**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Anna M. Joyce, OSB #013112**
AnnaJoyce@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Telephone: (503) 295-3085
Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (*pro hac vice* application forthcoming)
bgoldstein@gbdhlegal.com
**James Kan** (*pro hac vice* application forthcoming)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Fax: (510) 835-1417

Attorneys for Plaintiffs and Opt-In Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL and SARA JOHNSTON, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>    Defendant. | Case No. 3:18-cv-01477-JR<br><br>**CONSENT TO BECOME PARTY PLAINTIFF IN COLLECTIVE ACTION UNDER 29 U.S.C. § 216(b)** |

**Page 1 -   CONSENT TO BECOME PARTY PLAINTIFF IN COLLECTIVE ACTION
            UNDER 29 U.S.C. § 216(b)**
724722.1

1.    I, Heather Hender, consent to be a party plaintiff in the above-listed action under 29 U.S.C. § 216(b), and agree to be bound by any settlement or judgment of the Court in the action.

2.    I worked for Defendant Nike, Inc. in and around Beaverton, Oregon from April 6, 2015 through to the present, first as a Manufacturing Engineer II, later renamed "Process Engineer II," and then, beginning in September 2018, as a Senior Process Engineer I.

3.    I performed well in my roles.  Over the last three years, I was rated "highly successful" for one year and "successful" for two years.

4.    On information and belief, Nike paid me less than similarly situated males with respect to salary and bonuses.

5.    When I was hired as a Manufacturing Engineer II, Nike placed me in the L-Band and I was paid a salary on the lower end of the possible pay scale for that band level. Although my title was Manufacturing Engineer II (and later Process Engineer II), my duties and responsibilities were substantially the same as a Senior Process Engineer I on my Team who had his workspace near my workspace.  Because this male Senior Process Engineer I had a higher-level title than I did and was in a higher-level band level (U-Band) than I was in, this male Senior Process Engineer I had a higher salary and received larger bonuses than I did.

6.    Because I was not promoted to a senior-level position when I was qualified — despite doing senior-level work—I earned less than I was entitled to, had my title and band level reflected my job responsibilities.

7.    I authorize Plaintiffs' counsel to file this consent with the Clerk of the Court.

8.    Upon consideration of my rights with respect to my legal representation, I hereby authorize the named Plaintiffs' counsel (Goldstein, Borgen, Dardarian & Ho; Ackermann & Tilajef PC; India Lin Bodien Law; and Markowitz Herbold PC) to make decisions with respect to the conduct and handling of this action, including the settlement thereof, as they deem appropriate or necessary.

**Page 2 -   CONSENT TO BECOME PARTY PLAINTIFF IN COLLECTIVE ACTION
          UNDER 29 U.S.C. § 216(b)**
724722.1

Please type or print in ink the following:

Name:    Heather Hender_____

Address: ████████████████████████████████

Portland, OR 97231_____
(City)                    (State)                    (Zip)

Email:   ████████████████████████████

Tel:     ████████████████        _____
(Day)                          (Evening)

11/19/2018 6:55:18 AM PST

Date: _____

─DocuSigned by:

*Heather Hender*

───72E5D0E6364F46D...

Signature

790952

724722.1