IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KELLY CAHILL, SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated, | No. 3:18-cv-01477-JR<br><br>ORDER |
| Plaintiffs, | |
| v. | |
| NIKE, INC., an Oregon Corporation, | |
| Defendant. | |

HERNÁNDEZ, District Judge:

Magistrate Judge Russo issued a Findings and Recommendation [64] on February 26, 2019, in which she recommends the Court deny Defendant's partial motion to dismiss or, in the alternative, strike Plaintiffs' First Amended Class and Collective Action Allegation Complaint. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [64]. Accordingly, Defendant's Partial Motion to Dismiss Plaintiffs' First Amended Class and Collective Action Allegation Complaint [47] is DENIED.

IT IS SO ORDERED.

DATED this 16 day of May, 2019

/s/ Marco Hernández
MARCO A. HERNÁNDEZ
United States District Judge