**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Anna M. Joyce, OSB #013112**
AnnaJoyce@MarkowitzHerbold.com
**Chad A. Naso, OSB #150310**
ChadNaso@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
**Mengfei Sun** (admitted *pro hac vice*)
msun@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Fax: (510) 835-1417

Attorneys for Plaintiffs and Opt-In Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>　　　　　　　　　　　　　　Defendant. | Case No. 3:18-cv-01477-JR<br><br>**CONSENT TO BECOME PARTY PLAINTIFF IN COLLECTIVE ACTION UNDER 29 U.S.C. § 216(b)** |

**Page 1 -   CONSENT TO BECOME PARTY PLAINTIFF IN COLLECTIVE ACTION UNDER 29 U.S.C. § 216(b)**

1. I, Emily Tucker, consent to be a party plaintiff in the above-listed action under 29 U.S.C. § 216(b), and agree to be bound by any settlement or judgment of the Court in the action.

2. I worked for Defendant Nike, Inc. in and around Beaverton, Oregon from 1998 through 2002 and from 2005 to 2018. I was hired by Nike in 1998 as an External Temporary Worker and was hired as a full-time employee in 1999.

3. I was an Account Executive from 1998 to 2002, a Manager from 2002 through 2004 and from 2005 to August 2014, and a Director from about August 2014 to October 2018. My last role at Nike was the Sales Operations Director for Brand Jordan from August 2016 to October 2018.

4. Nike paid me less, with respect to salary and bonuses, than men for doing substantially similar work.

5. For example, the male Director who preceded me as the Sales Operations Director for Brand Jordan received, while in that position, an annual base salary that exceeded mine by more than $35,000. In the approximately two-year period that I worked as the Sales Operations Director in Brand Jordan my salary never approached the amount of salary that this male Director received while working in the same position.

6. In 2018, I was rated "successful" during my annual performance review. The Senior Sales Director to whom I reported told me that the Leadership Team had decided to award all Brand Jordan North America employees receiving a "successful" rating a 2.5% salary increase to enable those who received a "highly-successful" rating a larger increase given the limited dollars available to allocate toward pay raises. Subsequent to this conversation, however, Nike announced its decision to "level up" pay for employees whose salaries were under the minimum for their positions. I ended up receiving a 4.4% base salary increase in 2018, which indicated that my salary had been under the minimum for my position.

7. These salary discrepancies also caused me to lose opportunities for increased bonus compensation because, under Nike's Performance Sharing Plan, bonuses were calculated as a percentage of an employee's eligible paid fiscal year earnings.

8. I authorize Plaintiffs' counsel to file this consent with the Clerk of the Court.

9.      Upon consideration of my rights with respect to my legal representation, I hereby authorize the named Plaintiffs' counsel (Goldstein, Borgen, Dardarian & Ho; Ackermann & Tilajef PC; India Lin Bodien Law; and Markowitz Herbold PC) to make decisions with respect to the conduct and handling of this action, including the settlement thereof, as they deem appropriate or necessary.

Please type or print in ink the following:

Name:     Emily Tucker

Address:  ▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮
(City)          (State)          (Zip)

Email:    ▮▮▮▮▮▮▮▮

Tel:      ▮▮▮▮▮▮▮
(Day)            (Evening)

Date: 01 / 20 / 2020


*Emily E. Tucker*
Signature

Page 3 -  CONSENT TO BECOME PARTY PLAINTIFF IN COLLECTIVE ACTION
          UNDER 29 U.S.C. § 216(b)