IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KELLY CAHILL, SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated, | No. 3:18-cv-01477-JR |
| Plaintiffs, | AMENDED ORDER |
| v. | |
| NIKE, INC., an Oregon Corporation, | |
| Defendant. | |

HERNÁNDEZ, District Judge,

On March 23, 2020, Magistrate Judge Jolie Russo issued a non-dispositive order granting Plaintiffs' motion to compel Defendant to produce names and employee identification numbers of the employees and witnesses whose data and workplace complaint documents Defendant previously produced [99]. On April 6, 2020, Defendant filed objections to the Order [101]. The matter is now before the Court pursuant to Federal Rule of Civil Procedure 72(a).

1 – AMENDED ORDER

In accordance with Rule 72(a), "[w]hen a pretrial matter not dispositive of a party's claim or defense is referred to a magistrate judge to hear and decide, the magistrate judge must promptly conduct the required proceedings and, when appropriate, issue a written order stating the decision." Fed. R. Civ. P. 72(a). The standard of review for a non-dispositive order with objections is "clearly erroneous" or "contrary to law." 28 U.S.C. § 636(b)(1)(A) (applying the "clearly erroneous or contrary to law" standard of review for non-dispositive motions). If a ruling on a motion is not determinative of "a party's claim or defense," it is not dispositive and, therefore, is not subject to *de novo* review as are proposed findings and recommendations for dispositive motions under 28 U.S.C. § 636(b)(1)(B).

The Court has carefully considered Defendant's objections and concludes that they do not provide a basis to modify the Magistrate Judge's Order.

## CONCLUSION

The Court AFFIRMS Magistrate Judge Russo's Order [99].

IT IS SO ORDERED.

DATED: __November 17, 2020__ .

_____
MARCO A. HERNÁNDEZ
United States District Judge