**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Anna M. Joyce, OSB #013112**
AnnaJoyce@MarkowitzHerbold.com
**Chad A. Naso, OSB #150310**
ChadNaso@MarkowitzHerbold.com
**Anthony Blake, OSB #163446**
anthonyblake@markowitzherbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 | Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
**Mengfei Sun** (admitted *pro hac vice*)
msun@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | Fax: (510) 835-1417

Attorneys for Plaintiffs and Opt-In Plaintiffs

[Additional Counsel of Record listed on the Signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-JR<br><br>**PARTIES' JOINT STIPULATION AND ORDER REGARDING REVISED LITIGATION DEADLINES** |

**PARTIES' JOINT STIPULATION AND ORDER RE REVISED LITIGATION DEADLINES**

797023.3

Plaintiffs Kelly Cahill, *et al.* ("Plaintiffs") and Nike, Inc. ("Nike" or "Defendant") (collectively, the "Parties"), through their respective counsel hereby present the following stipulated and agreed upon revised litigation deadlines and request that the Court enter an order regarding the same.

### The Parties Have a Good Faith Basis for Revising the Litigation Deadlines

On September 25, 2020, the Court entered an Amended Order setting forth relevant discovery and class certification briefing deadlines. ECF No. 116. In that Amended Order, the Court set the fact witness deposition period to begin on November 2, 2020 and end on February 12, 2021. The fact witness deposition period would then be followed by a period for expert witness discovery and later briefing on Plaintiffs' motion for class certification.

The Court's September 25, 2020 Amended Order was set following the Parties' September 21, 2020 Joint Proposed Case Management Schedule, where Nike advocated for an October 30, 2020 document discovery deadline and Plaintiffs advocated for a proposed case management schedule that would proceed to depositions as soon as document discovery was completed. Joint Submission 21-22, ECF No. 114.

The Parties agree that there needs to be additional time for the deposition period because there are depositions that remain to be taken. The Parties are currently working to schedule the remaining depositions as soon as possible.

The Parties agree to a 42-day extension to the deposition period.

The Parties further agree that an extension of the fact witness discovery period necessitates extending the deadlines for expert witness discovery and class certification briefing. In an effort to mitigate the extension required for all of these deadlines, the Parties have agreed to reduce certain expert discovery periods as well as the time within the original class

**PARTIES' JOINT STIPULATION AND ORDER RE REVISED LITIGATION DEADLINES PAGE 1**

certification briefing schedule.

## STIPULATED REVISED LITIGATION DEADLINES

The Parties hereby stipulate and agree and request the Court order the following revised litigation deadlines (the prior dates are provided in the first column for ease of reference):

| Litigation Deadline | Previous Deadline | Proposed New Deadline |
|---|---|---|
| Fact Witness Depositions Close | 2/12/21 | 3/26/21 |
| Plaintiffs' Expert Reports Due | 3/29/21 | 5/10/21 |
| Nike to conduct expert discovery | 3/30/21-5/28/21 | 5/11/21-7/5/21 |
| Nike's Expert Reports | 5/28/21 | 7/6/21 |
| Plaintiffs to conduct expert discovery | 5/29/21-7/30/21 | 7/7/21-8/30/21 |
| Plaintiffs' Expert Reply Reports Due | 7/31/21 | 8/31/21 |
| Motion for Class Certification | 9/14/21 | 10/12/21 |
| Opposition to Class Certification | 11/15/21 | 12/14/21 |
| Reply to Class Certification | 1/7/22 | 1/28/22 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

Dated:  February 12, 2021           Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

 /s/ James Kan
Laura L. Ho (admitted *pro hac vice*)
Barry Goldstein, Of Counsel (*pro hac vice*
application forthcoming)
James Kan (*pro hac vice* application forthcoming)
Byron Goldstein (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Anna M. Joyce, OSB #013112

**PARTIES' JOINT STIPULATION AND ORDER RE REVISED LITIGATION DEADLINES PAGE 2**

797023.3

ACKERMANN & TILAJEF PC
Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
1180 S Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel: (310) 277-0614
Fax: (310) 277-0635

INDIA LIN BODIEN LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel: (253) 503-1672
Fax: (253) 276-0081

Attorneys for Plaintiffs and Opt-In Plaintiffs

Dated: February 12, 2021            Respectfully submitted,


 /s/ Felicia A. Davis
Daniel Prince (*pro hac vice*)
danielprince@paulhastings.com
Zach P. Hutton (*pro hac vice*)
zachhutton@paulhastings.com
Felicia A. Davis (*pro hac vice*)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705

Amy Joseph Pedersen, OSB No. 853958
amy.joseph.pedersen@stoel.com
Kennon Scott, OSB No. 144280
kennon.scott@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Tel: (503) 224-3380
Fax: (503) 220-2480

Attorneys for Nike, Inc.

## ORDER

The Court has reviewed the Parties' Joint Stipulation Regarding Revised Litigation Deadlines and hereby enters the same as reflected below.

| Litigation Deadline | Date |
|---|---|
| Fact Witness Depositions Close | 3/26/21 |
| Plaintiffs' Expert Reports Due | 5/10/21 |
| Nike to conduct expert discovery | 5/11/21-7/5/21 |
| Nike's Expert Reports | 7/6/21 |
| Plaintiffs to conduct expert discovery | 7/7/21-8/30/21 |
| Plaintiffs' Expert Reply Reports Due | 8/31/21 |
| Motion for Class Certification | 10/12/21 |
| Opposition to Class Certification | 12/14/21 |
| Reply to Class Certification | 1/28/22 |

**IT IS SO ORDERED.**

Dated: February 12, 2021

_____
JOLIE A. RUSSO
United States Magistrate Judge