**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Anna M. Joyce, OSB #013112**
AnnaJoyce@MarkowitzHerbold.com
**Chad A. Naso, OSB #150310**
ChadNaso@MarkowitzHerbold.com
**Anthony Blake, OSB #163446**
anthonyblake@markowitzherbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 | Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
**Mengfei Sun** (admitted *pro hac vice*)
msun@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | Fax: (510) 835-1417

Attorneys for Plaintiffs and Opt-In Plaintiffs

[Additional Counsel of Record listed on the Signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-JR<br><br>**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SECOND REVISED LITIGATION DEADLINES** |

Pursuant to the Court's April 1, 2021 Order, ECF No. 136, Plaintiffs Kelly Cahill, *et al.* ("Plaintiffs") and Nike, Inc. ("Nike" or "Defendant") (collectively, the "Parties"), through their respective counsel hereby present the following stipulated and agreed upon revised litigation deadlines and request that the Court enter an order regarding the same.

## STIPULATED REVISED LITIGATION DEADLINES

The Parties hereby stipulate and agree and request the Court order the following revised litigation deadlines (the prior dates are provided in the first column for ease of reference):

| Litigation Deadline | Old Date | Revised proposal |
|---|---|---|
| Fact Witness Depositions Close | 3/26/21 | 5/31/21 |
| Plaintiffs' Expert Reports Due | 5/10/21 | 7/15/21 |
| Nike to depose or conduct expert discovery | 5/11/21-7/5/21 | 7/16/21-9/9/21 |
| Nike's Expert Reports Due | 7/6/21 | 9/10/21 |
| Plaintiffs to depose or conduct expert discovery | 7/7/21-8/30/21 | 9/11/21-11/4/21 |
| Plaintiffs' Expert Reply Reports Due | 8/31/21 | 11/5/21 |
| Motion for Class Certification | 10/12/21 | 12/17/21 |
| Opposition to Class Certification | 12/14/21 | 3/4/22 |
| Reply to Class Certification | 1/28/22 | 4/18/22 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

Dated:  April 30, 2021          Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

 /s/ James Kan
Laura L. Ho (admitted *pro hac vice*)
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Byron Goldstein (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)
Mengfei Sun (admitted *pro hac vice*)

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Anna M. Joyce, OSB #013112

ACKERMANN & TILAJEF PC
Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
1180 S Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel: (310) 277-0614
Fax: (310) 277-0635

INDIA LIN BODIEN LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel: (253) 503-1672
Fax: (253) 276-0081

Attorneys for Plaintiffs and Opt-In Plaintiffs

Dated: April 30, 2021            Respectfully submitted,

  /s/ Felicia A. Davis
Daniel Prince (*pro hac vice*)
danielprince@paulhastings.com
Zach P. Hutton (*pro hac vice*)
zachhutton@paulhastings.com
Felicia A. Davis (*pro hac vice*)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705

Amy Joseph Pedersen, OSB No. 853958
amy.joseph.pedersen@stoel.com
Kennon Scott, OSB No. 144280
kennon.scott@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Tel: (503) 224-3380
Fax: (503) 220-2480

Attorneys for Nike, Inc.

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 11(b)(2), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated:  April 30, 2021                    Respectfully submitted,

                                          GOLDSTEIN, BORGEN, DARDARIAN & HO

                                           /s/ James Kan
                                          James Kan (admitted *pro hac vice*)

# [PROPOSED] ORDER

The Court has reviewed the Parties' Joint Stipulation Regarding Second Revised Litigation Deadlines and hereby enters the same as reflected below.

| Litigation Deadline | Revised proposal |
|---|---|
| Fact Witness Depositions Close | 5/31/21 |
| Plaintiffs' Expert Reports Due | 7/15/21 |
| Nike to depose or conduct expert discovery | 7/16/21-9/9/21 |
| Nike's Expert Reports Due | 9/10/21 |
| Plaintiffs to depose or conduct expert discovery | 9/11/21-11/4/21 |
| Plaintiffs' Expert Reply Reports Due | 11/5/21 |
| Motion for Class Certification | 12/17/21 |
| Opposition to Class Certification | 3/4/22 |
| Reply to Class Certification | 4/18/22 |

**IT IS SO ORDERED.**

Dated: _____

JOLIE A. RUSSO
United States Magistrate Judge