Amy Joseph Pedersen, OSB No. 853958
amy.joseph.pedersen@stoel.com
Kennon Scott, OSB No. 144280
kennon.scott@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Daniel Prince (admitted *pro hac vice*)
danielprince@paulhastings.com
Zach P. Hutton (admitted *pro hac vice*)
zachhutton@paulhastings.com
Felicia A. Davis (admitted *pro hac vice* )
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

        Attorneys for Defendant


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| KELLY CAHILL and SARA JOHNSTON, individually and on behalf of others similarly situated, | Case No.: 3:18-cv-01477 |
|  | NOTICE OF WITHDRAWAL OF COUNSEL |
| Plaintiffs, | |
| v. | |
| NIKE, INC., an Oregon corporation, | |
| Defendant. | |

 Page 1   -   NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that attorney Kennon Scott of Stoel Rives LLP, hereby withdraws as counsel of record for defendant Nike.

Amy Joseph Pedersen of Stoel Rives LLP remains as counsel for defendant Nike.

DATED:  October 15, 2021.

STOEL RIVES LLP


*s/Amy Joseph Pedersen*
Amy Joseph Pedersen, OSB No. 853958
amy.joseph.pedersen@stoel.com
Kennon Scott, OSB No. 144280
kennon.scott@stoel.com
Telephone:  503.224.3380

PAUL HASTINGS LLP

Daniel Prince (admitted *pro hac vice*)
danielprince@paulhastings.com
Zach P. Hutton (admitted *pro hac vice*)
zachhutton@paulhastings.com
Felicia A. Davis (admitted *pro hac vice*)
feliciadavis@paulhastings.com
Telephone:  1(213) 683-6000

Attorneys for Defendant