**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Anna M. Joyce, OSB #013112**
AnnaJoyce@MarkowitzHerbold.com
**Chad A. Naso, OSB #150310**
ChadNaso@MarkowitzHerbold.com
**Anthony Blake, OSB #163446**
anthonyblake@markowitzherbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 ǀ Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.comA
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
**Mengfei Sun** (admitted *pro hac vice*)
msun@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 ǀ Fax: (510) 835-1417

Attorneys for Plaintiffs and Opt-In Plaintiffs

[Additional Counsel of Record listed on the Signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br>　　　　Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br>　　　Defendant | Case No. 3:18-cv-01477-JR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

846345.4

Plaintiffs Kelly Cahill, *et al.* ("Plaintiffs") and Nike, Inc. ("Nike" or "Defendant") (collectively, the "Parties"), through their respective counsel, hereby stipulate and agree to the following page limits for the Parties' briefing on Plaintiffs' Motion for Class Certification, and respectfully request that the Court enter an order establishing the same.

## STIPULATED PAGE LIMITS

Given the complexity of this case, the Parties hereby stipulate and agree to, and request that the Court order, the following page limits for the Parties' briefing on Plaintiffs' Motion for Class Certification:

| Class Certification Briefing | Page Limit |
| --- | --- |
| Plaintiffs' Opening Brief | 60 |
| Nike's Opposition Brief | 60 |
| Plaintiffs' Reply Brief | 35 |

Nothing in this Stipulation shall prohibit Nike from requesting leave of Court to file a Sur-Reply Brief in Opposition to Plaintiffs' Motion for Class Certification, and Plaintiffs may oppose Nike's request.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

Dated:  December 23, 2021          Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

*/s/ James Kan*
Laura L. Ho (admitted *pro hac vice*)
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Byron Goldstein (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)
Mengfei Sun (admitted *pro hac vice*)
MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214

Anna M. Joyce, OSB #013112


ACKERMANN & TILAJEF PC
Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
1180 S Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel:  (310) 277-0614
Fax:  (310) 277-0635

INDIA LIN BODIEN LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel:  (253) 503-1672
Fax:  (253) 276-0081

Attorneys for Plaintiffs and Opt-In Plaintiffs

Dated:  December 23, 2021          Respectfully submitted,

 */s/ Felicia Davis*
Daniel Prince (*pro hac vice*)
danielprince@paulhastings.com
Zach P. Hutton (*pro hac vice*)
zachhutton@paulhastings.com
Felicia A. Davis (*pro hac vice*)
feliciadavis@paulhastings.com
Laura E. Zabele (*pro hac vice*)
laurazabele@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705

Amy Joseph Pedersen, OSB No. 853958
amy.joseph.pedersen@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Tel: (503) 224-3380
Fax: (503) 220-2480

Attorneys for Nike, Inc.

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**
**PAGE 2**

846345.4

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 11(b)(2), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated:  December 23, 2021          Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

_/s/ James Kan_
James Kan (admitted *pro hac vice*)

## [PROPOSED] ORDER

The Court has reviewed the Parties' Joint Stipulation Regarding Page Limits for Briefing

on Plaintiffs' Motion for Class Certification and hereby enters the following page limits:

| Class Certification Briefing | Page Limit |
|---|---|
| Plaintiffs' Opening Brief | 60 |
| Nike's Opposition Brief | 60 |
| Plaintiffs' Reply Brief | 35 |

Nothing in this Order shall prohibit Nike from requesting leave of Court to file a Sur-

Reply Brief in Opposition to Plaintiffs' Motion for Class Certification, and Plaintiffs may oppose

Nike's request.

**IT IS SO ORDERED.**

Dated: _____                _____

JOLIE A. RUSSO
United States Magistrate Judge

PARTIES' JOINT STIP. & [PROPOSED] ORDER REGARDING PAGE LIMITS FOR BRIEFING ON
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
PAGE 4

846345.4