```
               UNITED STATES DISTRICT COURT
                    DISTRICT OF OREGON
                     PORTLAND DIVISION
  _____
                                  )
  KELLY CAHILL, SARA JOHNSTON,    )
  LINDSAY ELIZABETH, and HEATHER  )
  HENDER, individually and on     )
  behalf of others similarly      )
  situated,                       )
                                  )
            Plaintiffs,            )
                                  )
  vs.                             ) No. 3:18-CV-01477-JR
                                  )
  NIKE, INC., an Oregon           )
  Corporation,                    )
                                  )
            Defendant.             )
  _____)


  VIDEOTAPED REMOTE DEPOSITION OF DAVID NEUMARK, Ph.D.
              San Francisco, California
               Tuesday, August 31, 2021
                      Volume I



  Reported by:
  CATHERINE A. RYAN, RMR, CRR
  CSR No. 8239
  Job No. 4778006

  PAGES 1 - 299
```

Page 1

Veritext Legal Solutions
866 299-5127

Pedersen Decl. Exhibit B, Page 1 of 14

| | | |
|---|---|---|
| 1 | MR. KAN:  Objection.  Vague and ambiguous. | 09:53:58 |
| 2 | THE WITNESS:  Can I just ask you to -- | |
| 3 | when you say did I do any analysis of jobs, can I | |
| 4 | just ask you to explain if you have something | |
| 5 | specific in mind? | 09:54:07 |
| 6 | MS. DAVIS:  Sure. | |
| 7 | Q    Did you learn anything about the content | |
| 8 | of any of Nike's jobs that made you feel confident | |
| 9 | that grouping job subfamily and job level together | |
| 10 | was properly grouping employees who performed | 09:54:25 |
| 11 | substantially similar work? | |
| 12 | A    So I did not do any what is called "job | |
| 13 | analysis," which is not something people in my field | |
| 14 | do~~, so~~.  I hope I'm defining it correctly as what | |
| 15 | industrial organization psychologists do.  I did not | 09:54:41 |
| 16 | observe work.  I did not talk to workers or anything | |
| 17 | of that sort. | |
| 18 | I relied on Dr. Lundquist's opinion on | |
| 19 | this, and that is her area of expertise, to my | |
| 20 | understanding, and I would say I relied secondarily | 09:54:58 |
| 21 | on things Nike said -- I think they're cited in this | |
| 22 | paragraph.  They may be cited elsewhere -- about | |
| 23 | this being the way in which they organize work | |
| 24 | and -- you know, and think about -- about workers | |
| 25 | having similar skills, et cetera. | 09:55:17 |

Page 38

Veritext Legal Solutions
866 299-5127

Pedersen Decl. Exhibit B, Page 2 of 14

```
 1    correct?                                              15:03:33
 2        A    I have never -- I have not, in this
 3    report, ever discussed the determination of which
                    you
 4    subfamily are hired in, which is what I control for
 5    in column 2, as related to discrimination.  Whether   15:03:50
 6    other evidence might be introduced in the future
 7    that suggests it is, I might -- I might -- I might
 8    go back to that differently, but at this point, no.
 9        Q    Column 3 does add job level, correct?
10        A    Yes.                                         15:04:04
11        Q    Right.
12             And then column 4 is the interaction of
13    job subfamily and job level, correct?
14        A    Yes.
15        Q    Between columns 3 and 4, which one do you    15:04:16
16    believe is the most accurate or most appropriate to
17    use in this case?
18             MR. KAN:  Objection.  Vague and ambiguous.
19             THE WITNESS:  I think -- I think what I
20    say and I show here is that column 4 is probably      15:04:30
21    more appropriate for equal pay claim, and that's
22    based -- you know, we discussed this before, but
23    princ- -- you know, reason number one would be
24    Dr. Lundquist's opinion that -- that subfamily times
                                 are
25    level interactions have the appropriate level of      15:04:46
```

Page 213

Veritext Legal Solutions
866 299-5127

Pedersen Decl. Exhibit B, Page 3 of 14

| | |
|---|---|
| 1 | analysis -- unit of analysis for an equal pay claim. 15:04:49 |
| 2 | It turns out column 3 estimates are almost the same, |
| 3 | but that's neither here nor there. |
| 4 | BY MS. DAVIS: |
| 5 | Q    Yeah.  They're almost the same, but      15:04:57 |
| 6 | they're not identical? |
| 7 | A    Right. |
| 8 | Q    So -- right. |
| 9 | So what -- so can you just explain in -- |
| 10 | you know, I'm not an expert like you, so in the   15:05:06 |
| 11 | easiest, simplest way you can, the difference |
| 12 | between column 3 and column 4? |
| 13 | A    Sure. |
| 14 | So column 3 -- forget about all the other |
| 15 | controls, just as -- education, you know, age, all   15:05:19 |
| 16 | that stuff.  There's -- column 3 has subfamily |
| 17 | controls, and that allows the wages to differ |
| 18 | systematically by subfamily ~~or by the subfamily~~ |
| 19 | ~~algorithm~~.  Some are paid more; some are paid less. |
| 20 | And it allows pay to differ systematically by level.   15:05:35 |
| 21 | But because there aren't interactions, though, the |
| 22 | differences between -- just call it level one and |
| 23 | level two, level three and four, et cetera, are |
| 24 | constrained to be the same for each subfamily. |
| 25 | There's -- there's -- there are -- so there are --   15:05:50 |

Page 214

Veritext Legal Solutions
866 299-5127

Pedersen Decl. Exhibit B, Page 4 of 14

1       I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4       That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were administered an oath; that
8  a record of the proceedings was made by me using
9  machine shorthand which was thereafter transcribed
10 under my direction; that the foregoing is a true
11 record of the testimony given.
12      Further, that if the foregoing pertains to the
13 original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [ X ] was [  ] was not requested.
16          I further certify that I am neither
17 financially interested in the action nor a relative
18 or employee of any attorney or any party to this
19 action.
20      IN WITNESS WHEREOF, I have this date
21 subscribed my name.
22 Dated: 09/07/2021
23
                    *Catherine A. Ryan*
24              Catherine A. Ryan, RMR, CRR
25              CSR No. 8239

Page 299

Veritext Legal Solutions
866 299-5127

Pedersen Decl. Exhibit B, Page 5 of 14

Errata Sheet for the Deposition of David Neumark
Taken on August 31, 2021 in the matter of *Cahill et al. v. Nike, Inc.*

| |
|---|
| Page: 20<br>Line: 15<br>Change: "average" to "averages"<br>Reason: transcription error (TE) |
| Page: 21<br>Line: 6<br>Change: "An" to "The"<br>Reason: TE |
| Page: 27<br>Line: 6<br>Change: "me" to "me – "<br>Reason: TE |
| Page: 32<br>Line: 3<br>Change: "statistical" to "statistically"<br>Reason: TE |
| Page: 32<br>Line: 14<br>Change: "variant" to "variance"<br>Reason: TE |
| Page: 33<br>Line: 10<br>Change: "criteria" to "criterion"<br>Reason: TE |
| Page: 33<br>Line: 13<br>Change: "is" to "as"<br>Reason: TE |
| Page: 33<br>Line: 14<br>Change: "informed." to "informative."<br>Reason: TE |
| Page: 35<br>Line: 10-11<br>Change: "there. But" to "there – but"<br>Reason: TE |
| Page: 35<br>Line: 20<br>Change: "any" to "that any"<br>Reason: Clarification (C) |

| |
|---|
| Page: 38<br>Line: 14<br>Change: delete ", so"<br>Reason: C |
| Page: 41<br>Line: 18<br>Change: "and I simply" to "and later I simply"<br>Reason: Clarification |
| Page: 45<br>Line: 21<br>Change: "scales" to "skills"<br>Reason: TE |
| Page: 46<br>Line: 7<br>Change: "moves" to "means"<br>Reason: TE |
| Page: 46<br>Line: 13<br>Change: "reference" to "referenced"<br>Reason: TE |
| Page: 53<br>Line: 24<br>Change: "subfamily levels." To "subfamily and levels."<br>Reason: TE |
| Page: 57<br>Line: 23<br>Change: "some does." to "one does."<br>Reason: TE |
| Page: 63<br>Line: 19<br>Change: "has" to "as"<br>Reason: TE |
| Page: 69<br>Line: 14<br>Change: "It's like I can't identify." to "I can't identify it."<br>Reason: C |
| Page: 69<br>Line: 17<br>Change: "shortfall." to "shortfall?"<br>Reason: TE |
| Page: 75<br>Line: 13<br>Change: "about. The" to "about – the" |

Reason: TE

Page: 78
Line: 13
Change: "simplist" to "simplest"
Reason: TE

Page: 81
Line: 10
Change: "of" to "about"
Reason: TE

Page: 82
Line: 10
Change: "that that that that" to "that"
Reason: TE/C

Page: 84
Line: 6-7
Change: "We got/we got" to "We've got/we've got" (3 X)
Reason: TE

Page: 90
Line: 8
Change: "research" to "in research"
Reason: TE

Page: 91
Line: 23
Change: "the appendix" to "vs. the appendix"
Reason: TE

Page: 92
Line: 16
Change: "corpuses" to "corpora"
Reason: Correction

Page: 95
Line: 25
Change: "day" to "data"
Reason: TE

Page: 116
Line: 8
Change: "has" to "hasn't"
Reason: TE

Page: 126
Line: 24
Change: "matter" to "matters"
Reason: TE

Page: 127
Line: 24

Change: "linguistic" to "linguistically"
Reason: TE

Page: 127
Line: 25
Change: "say," to "say:"
Reason: TE

Page: 135
Line: 14, 15
Change: "square" to "squared" (2X)
Reason: TE

Page: 145
Line: 7
Change: ", the person who got the highest degree." to "the person got the highest degree from."
Reason: C

Page: 146
Line: 8
Change: "not just" to "not that"
Reason: TE

Page: 149
Line: 12
Change: "spell" to "spelled"
Reason: TE

Page: 149
Line: 12-13
Change: "present it" to "presented"
Reason: TE

Page: 150
Line: 24
Change: "everyone. There" to "everyone – there"
Reason: TE

Page: 154
Line: 11
Change: "turned down," to "turned on,"
Reason: TE

Page: 161
Line: 18
Change: "send me the report" to "send me the quote from the report"
Reason: Clarification

Page: 161
Line: 20
Change: "a cite page" to "and cite a page"
Reason: TE

Page: 175

Line: 23-24
Change: “estimate, that you did obtain from the data” to “estimate that you did obtain from the data,”
Reason: TE

---

Page: 176
Line: 23-24
Change: “five. One I don’t report. I recorded.” to “, five are recorded.”
Reason: TE

---

Page: 177
Line: 10
Change: “by .56” to “at .56”
Reason: TE

---

Page: 185
Line: 14
Change: change “think to do it” to “think of to do with it.”
Reason: TE

---

Page: 193
Line: 11
Change: “do worse.” to “do better.”
Reason: Correction/TE

---

Page: 197
Line: 18
Change: “P level” to “P value”
Reason: TE

---

Page: 202
Line: 11
Change: “date” to “data”
Reason: TE

---

Page: 204
Line: 11
Change: “Time and” to “Time in”
Reason: TE

---

Page: 209
Line: 20
Change: “could” to “couldn’t”
Reason: TE

---

Page: 209
Line: 24
Change: “having this ranking compensation” to ?
Reason: TE – but I can’t tell from written transcript what I said

---

Page: 213
Line: 4
Change: “are hired” to “you are hired”
Reason: TE

---

Page: 213
Line: 25
Change: "have" to "are"
Reason: TE

Page: 214
Line: 18-19
Change: "by subfamily or by the subfamily algorithm" to "by subfamily."
Reason: TE/Clarification

Page: 217
Line: 1
Change: "unmet" to "always"
Reason: TE

Page: 229
Line: 1
Change: "take" to "make"
Reason: TE

Page: 229
Line: 17
Change: "policy change for the" to "policy change. For the"
Reason: TE

Page: 229
Line: 18
Change: "employees. And note it's 15,000 versus about 3600." to "employees – and note it's 15,000 versus about 3600 --"
Reason: TE

Page: 229
Line: 19
Change: "There" to "there"
Reason:

Page: 233
Line: 4
Change: "2018, '19" to "2018-19"
Reason: TE

Page: 235
Line: 17
Change: "there is" to "merits"
Reason: TE

Page: 237
Line: 6
Change: "time and" to "time in"
Reason: TE

Page: 237
Line: 22

Change: "as respect" to "with respect"
Reason: TE

Page: 238
Line: 16
Change: "first" to "for"
Reason: TE

Page: 240
Line: 21
Change: "pre-periods" to "pre-period's"
Reason: TE

Page: 243
Line: 9
Change: "before, it's September 7 – 27 – '17, is – that's" to "before September '17, that's"
Reason: Clarification

Page: 244
Line: 5
Change: "interactives" to "interactions"
Reason: TE

Page: 244
Line: 18
Change: "data" to "Stata"
Reason: TE

Page: 244
Line: 24
Change: "in" to "on"
Reason: TE

Page: 245
Line: 1
Change: "its data" to "Stata"
Reason: TE

Page: 246
Line: 3
Change: "report" to "support"
Reason: TE

Page: 246
Line: 6
Change: "The best estimate is get" to "The best estimate is women get"
Reason: TE

Page: 248
Line: 6-7
Change: "common sense" to "close to Column 6"
Reason: TE

Page: 252

| | |
|---|---|
| Line: 4<br>Change: "control" to "controls"<br>Reason: TE | |
| Page: 252<br>Line: 8<br>Change: "in the sample" to "with the sample"<br>Reason: TE | |
| Page: 254<br>Line: 4<br>Change: After period, add "But this refers to explaining the gender gap in base pay, not explaining variation in base pay."<br>Reason: Clarification | |
| Page: 261<br>Line: 14<br>Change: "pose" to "impose"<br>Reason: TE | |
| Page: 267<br>Line: 8<br>Change: "professor" to "professor candidates"<br>Reason: TE/clarification | |
| Page: 268<br>Line: 1<br>Change: "application" to "applications"<br>Reason: TE | |
| Page: 268<br>Line: 18<br>Change: "level of industry" to "cell of industry and"<br>Reason: TE | |
| Page: 270<br>Line: 13<br>Change: "five" to "at the five"<br>Reason: TE | |
| Page: 279<br>Line: 12<br>Change: "these controls" to "the gender variable"<br>Reason: TE/clarification | |
| Page: 280<br>Line: 3<br>Change: "process, makes" to "process. Makes"<br>Reason: TE | |
| Page: 282<br>Line: 9<br>Change: "CHR" to "CHRO" | |

| |
|---|
| Reason: TE/clarification |
| Page: 283<br>Line: 3<br>Change: "the profits" to "steered"<br>Reason: TE |
| Page: 283<br>Line: 8<br>Change: "interaction" to "interacting"<br>Reason: TE |
| Page: 285<br>Line: 10<br>Change: "looser" to "loose"<br>Reason: TE |
| Page: 288<br>Line: 9<br>Change: "we discuss" to "we discussed"<br>Reason: TE |
| Page: 297<br>Line: 7, 8<br>Change: "anything" to "anything's" 2X<br>Reason: TE |

_[signature: David Neumark]_          9/23/21

David Neumark                         Date