```
 1              UNITED STATES DISTRICT COURT
 2                   DISTRICT OF OREGON
 3                   PORTLAND DIVISION
 4
 5   KELLY CAHILL, SARA JOHNSTON,    Case No.: 3:18-cv-01477-JR
     LINDSAY ELIZABETH, and HEATHER
 6   HENDER, individually and on
     behalf of others similarly
 7   situated,
 8          Plaintiffs,
 9      v.
10   NIKE, INC., an Oregon Corporation,
11          Defendant.
     _____
12
13
14
15      VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
16                   SARA JOHNSTON
17                 Beaverton, Oregon
18             Tuesday, November 24, 2020
19                     Volume 1
20
21
22   Reported by:
     LESLIE JOHNSON
23   RPR, CCRR, CSR No. 11451
24   Job No.: 4347395
25   PAGES 1 - 312
```

Page 1

Veritext Legal Solutions
866 299-5127

Pedersen Decl. Exhibit C, Page 1 of 11

| | | |
|---|---|---|
| 1 | approximately. I don't know starting or ending or | 01:40:24 |
| 2 | where, but I can name five people that I worked with | |
| 3 | on the team. | |
| 4 | BY MR. PRINCE: | |
| 5 |     Q   Five women other than yourself? | 01:40:37 |
| 6 |     A   I believe that's how they identify. | |
| 7 |     Q   Can you name them for me, please? | |
| 8 |     A   Pat. I don't know how to say or spell her | |
| 9 | last name. If I were to hazard a guess, it would be | |
| 10 | Bruseau. Marty. | 01:40:57 |
| 11 |     Q   What's the first letter? | |
| 12 |     A   Pat, P, like Patricia. I think it's | |
| 13 | Bruseau -- Brister. Brister. B-R-I-S-T-E-R, | |
| 14 | Brister. Sorry. I got two people mixed up. Pat | |
| 15 | Brister. | 01:41:19 |
| 16 |        Marty. I don't remember her last name. | |
| 17 | Jenny Rhoten. Emily James. And there was another | |
| 18 | woman on our team, and she passed away. I'm -- I | |
| 19 | don't remember her name. | |
| 20 |     Q   And do you know whether any of those women | 01:41:51 |
| 21 | that were on your team were able to negotiate their | |
| 22 | starting pay? | |
| 23 |     A   I don't recall. I don't remember asking. | |
| 24 |     Q   When you had a conversation about your | |
| 25 | starting pay, I believe you testified earlier that | 01:42:10 |

Page 109

Veritext Legal Solutions
866 299-5127

Pedersen Decl. Exhibit C, Page 2 of 11

```
 1   you told the recruiter that you had been paid more        01:42:13
 2   at a prior position.
 3          Do you recall that?
 4      A   I believe that I would have made that
 5   argument.                                                  01:42:25
 6      Q   You believe you would have or you did?
 7      A   I believe I would have.  I remember
 8   negotiating.
 9      Q   Excuse me.  What was that?
10      A   I remember -- I don't know if I revealed            01:42:50
11   the amount.
12      Q   Did you have a --
13      A   I remember negotiating that.
14      Q   Sorry.  We have to be careful not to talk
15   over one another.                                          01:43:10
16          So did you have a conversation with a
17   recruiter about your prior salary for work that you
18   did before you began the senior account services
19   representative position?
20      A   It was several years ago.  I don't recall           01:43:26
21   if I named the amount.  I do know that I tried to
22   negotiate because I was going to take a pay cut.
23          Typically, if people are taking a pay cut
24   in human resources, we would ask them how much they
25   made and offer to match, if it were close.  So I           01:44:00
```

Page 110

Veritext Legal Solutions
866 299-5127

Pedersen Decl. Exhibit C, Page 3 of 11

1  think it's in my character with that background that    01:44:06
2  I would have shared and said "Hey, like, I'm going
3  to take a pay cut here.  Can we come to a different
4  amount?"  And they said "We don't negotiate for
5  entry level."  I recall clearly them saying they    01:44:26
6  will not negotiate for entry level, that it's take
7  it or leave it.
8        Q    But you would have advised the recruiter
9  that you had been paid more highly than the offer
10 that was in front of you at the time.  Is that --    01:44:40
11       A    I believe I would have.
12       Q    You don't know the qualifications of the
13 other individuals that were being considered for
14 that senior account services position, do you?
15            MR. KAN:  Objection.  Lacks foundation.    01:45:09
16            THE WITNESS:  Other than Colton told me
17 about his background, you know, at a kiosk, I do
18 believe I testified before that I'd seen Emily and
19 Jenny's résumés, but I don't recall -- I don't
20 recall any of what I saw because it was so long ago.    01:45:39
21            THE REPORTER:  You know, I just got bits
22 of that answer.  I'm not sure if everyone else got
23 that, but it did cut out a bit, Sara.  If you could
24 repeat.
25            (Record read.)    01:46:03

Page 111

Veritext Legal Solutions
866 299-5127

Pedersen Decl. Exhibit C, Page 4 of 11

```
 1                REPORTER'S CERTIFICATION
 2
 3           I, Leslie Johnson, a Certified Shorthand
 4   Reporter of the State of California, do hereby certify:
 5           That the foregoing proceedings were taken
 6   before me at the time and place herein set forth; that
 7   any witnesses in the foregoing proceedings, prior to
 8   testifying, were administered an oath; that a record of
 9   the proceedings was made by me using machine shorthand
10   which was thereafter transcribed under my direction;
11   that the foregoing transcript is a true record of the
12   testimony given.
13           Further, that if the foregoing pertains to
14   the original transcript of a deposition in a Federal
15   Case, before completion of the proceedings, review
16   of the transcript [ ] was [ ] was not requested.
17   I further certify I am neither financially interested in
18   the action nor a relative or employee of any attorney or
19   any party to this action.
20           IN WITNESS WHEREOF, I have this date
21   subscribed my name.
             Dated:  December 15, 2020
22
23                  [signature: Leslie Johnson]
24
                    LESLIE JOHNSON
25              CSR No. 11451, RPR, CCRR
```

Page 312

Veritext Legal Solutions
866 299-5127

Pedersen Decl. Exhibit C, Page 5 of 11

*Cahill v. Nike*
No. 3:18-cv-01477-JR (D. Or.)

Deposition Date: November 24, 2020

Deponent: Sara Johnston

| Page | Line(s) | Reads | Should Read | Reason |
|---|---|---|---|---|
| 7 | 11 | Menfei | Mengfei | To correct a transcription error |
| 7 | 25 | Renée | Renee | To correct a transcription error |
| 30 | 5 | Yes. | Not when I was interviewed, but when I was interviewing other people. | Misheard the question |
| 32 | 5 | what | where | To correct a transcription error |
| 33 | 9 | Fallgamwalla | Balgamwalla | To correct a transcription error |
| 33 | 10 | David – I don't remember | David Klasner | To correct spelling |
| 37 | 23 | Maybe the lawyer | Maybe at the lawyers' office | To correct a transcription error |
| 39 | 1 | Acevedo | Azavedo | To correct a transcription error |
| 39 | 6 | Acevedo | Azavedo | To correct a transcription error |
| 39 | 9 | Acevedo | Azavedo | To correct inadvertent error in year |
| 39 | 11 | Acevedo's | Azavedo's | To correct a transcription error |
| 39 | 14 | Acevedo's | Azavedo's | To correct a transcription error |
| 39 | 19 | Acevedo's | Azavedo's | To correct a transcription error |
| 39 | 25 | Acevedo | Azavedo | To correct a transcription error |
| 40 | 5 | Acevedo | Azavedo | To correct a transcription error |
| 40 | 8 | Acevedo | Azavedo | To correct a transcription error |
| 40 | 11 | Acevedo | Azavedo | To correct a transcription error |
| 49 | 2 | To my knowledge, no. | Other than Nike, to my knowledge, no. | Misheard the question. |
| 49 | 22 | recognized the same rate as men | recognized at the same rate as men | To correct a transcription error |
| 49 | 23-24 | individuals who started with | individuals who I started with | To correct a transcription error |
| 53 | 11 | to | Too | To correct a transcription error |
| 55 | 1 | skills. In that more junior ASR, I did not realize | skills in that more junior, Sr. ASR role. I did not realize | To correct a transcription error |
| 55 | 2-3 | To my knowledge, I don't think I | To my knowledge, I don't think I viewed it that way. | To correct a transcription error |

|     |     |     |     |     |
| --- | --- | --- | --- | --- |
|     |     | viewed it that way until then. |     |     |
| 55  | 18  | When I qualified | Which means to me that I was qualified | To correct a transcription error |
| 71  | 20  | after the same graduate school of management | Atkinson Graduate School of Management | To correct a transcription error |
| 77  | 19  | I also received an on-call. | I transitioned to an on-call role. | To correct a transcription error |
| 80  | 23  | Taleo is an application, a system application | Taleo is an application, an online job application tracking system | Full response to question asked |
| 86  | 16  | SaaS skills that come with that. | Social skills that come with that | To correct a transcription error |
| 88  | 21  | Colton | Colten | To correct a transcription error |
| 89  | 7-8 | I have suggested that two other people apply for the role | I encouraged two other people to apply for the role | To correct a transcription error |
| 90  | 14  | Colton | Colten | To correct a transcription error |
| 90  | 17  | Colton | Colten | To correct a transcription error |
| 91  | 16  | Colton | Colten | To correct a transcription error |
| 92  | 5   | Colton | Colten | To correct a transcription error |
| 92  | 7   | Colton | Colten | To correct a transcription error |
| 92  | 12  | Colton | Colten | To correct a transcription error |
| 93  | 4   | Colton | Colten | To correct a transcription error |
| 99  | 18  | Senior HR position | Senior ASR position | To correct a transcription error |
| 106 | 25  | Colton's | Colten's | To correct a transcription error |
| 107 | 7   | Colton | Colten | To correct a transcription error |
| 107 | 7   | Colton's | Colten's | To correct a transcription error |
| 107 | 11  | Colton | Colten | To correct a transcription error |
| 107 | 13  | Colton | Colten | To correct a transcription error |
| 107 | 16-17 | And Rick said "I'm not going to reveal, but I did negotiate." | And Rick said I'm not going to reveal, but I did negotiate, more than what you make | Full response to the question asked |
| 107 | 23  | Colton | Colten | To correct a transcription error |
| 108 | 3   | Colton | Colten | To correct a transcription error |
| 108 | 6   | Colton | Colten | To correct a transcription error |
| 108 | 10  | Colton | Colten | To correct a transcription error |

| | | | | |
|---|---|---|---|---|
| 108 | 16 | Colton | Colten | To correct a transcription error |
| 109 | 16 | Marty. I don't remember her last name. Jenny Rhoten. Emily James. And there was another woman on our team, and she passed away. I'm – I don't remember her name. | Marty. I don't remember her last name. Jenny Rhoten. Emily James. And there was another woman on our team, and she passed away. I'm – I don't remember her name. Also Lori Nearhood | Full response to the question asked |
| 111 | 16 | Colton | Colten | To correct a transcription error |
| 122 | 2 | To get the chain of permission. | To go up the chain to get permission. | To correct a transcription error |
| 123 | 24 | Value structure | VALUES structure | To correct a transcription error |
| 124 | 5 | B | V | To correct a transcription error |
| 124 | 7 | B | V | To correct a transcription error |
| 129 | 21 | Colton | Colten | To correct a transcription error |
| 131 | 1 | Colton | Colten | To correct a transcription error |
| 134 | 1 | OAT | OIT | To correct a transcription error |
| 136 | 18-19 | It's my belief. I don't have a solid knowledge. | It's my belief based on my experience. I don't have solid knowledge beyond that. | To correct a transcript error and provide full response to the question asked |
| 140 | 6 | And the nonapplication track | And the application track | To correct a transcription error |
| 154 | 24 | NCS | in CS | To correct a transcription error |
| 155 | 17 | BSA | ASR | To correct a transcription error |
| 162 | 25 | HPs | pieces | To correct a transcription error |
| 167 | 14 | Sladebo | Fladebo | To correct a spelling error |
| 167 | 18 | Yes | Yes, she was also a BSA. | Misheard the question. |
| 170 | 20-23 | They restructured the way we did work, and they promoted Lynn, and they moved her to a different – they changed how our teams were structured. | They restructured the way we did work, and they promoted Lynn, and they moved her to a different team, which was an off-cycle event that enabled | Complete answer to question |

| | | | managers to promote people like Lynn and Mrudula – they changed how our teams were structured. | |
|---|---|---|---|---|
| 171 | 25 | She was a BSA1. | She was a BSA 1? | To correct a transcription error |
| 173 | 6 | Has ever trained on a task | Has ever trained me on a task | To correct a transcription error |
| 173 | 22 | Grant and Jim Sherwin | Leon Fabricki and Jim Sherwin | To correct name |
| 174 | 24 | I would say yeah. I mean I don't - | I would say yeah. But I mean I don't know why that should affect his performance assessment. | Full response to the question asked |
| 175 | 14 | I didn't have the same deliverables as Grant | I didn't work on the same deliverables with Noah like I did with Grant | To correct a transcription error |
| 177 | 24 | I made rec- | I made recommendations to my manager when I was involved in phone screens and interviews. | To correct a transcription error |
| 181 | 11 | I didn't know that I could. | No, I didn't know that I could. | Full response to the question asked |
| 181 | 12 | That I acted | That it acted | To correct a transcription error |
| 186 | 7 | I think it would have been | No, I think it would have been | Full response to the question asked |
| 189 | 3 | Lindsay | Lynn Fladebo | To correct a transcription error |
| 192 | 4 | I'm sorry. I'm sorry. | I'm sorry. I'm sorry. But as I testified earlier, senior BSAs performed the same general duties as junior and intermediate BSAs. | Full response to the question asked |

| 192 | 8 | I don't have visibility, to my knowledge. | I don't have visibility, to my knowledge. But as I testified earlier, senior BSAs performed the same general duties as junior and intermediate BSAs. | Full response to the question asked |
|---|---|---|---|---|
| 194 | 7-8 | I did not know that at the time I was made an intermediate BSA, no. | I did not know the salary range at the time I was made an intermediate BSA, no. | Full response to the question asked. |
| 196 | 22 | E band | U band | To correct a transcription error. |
| 199 | 14 | Intermediate 1 | BSA 1 | To correct a transcription error |
| 199 | 24 | initial | Initial phone screen | Full responses to question asked |
| 201 | 15 | And we discussed advanced -- | And discussed the questions we wanted to ask in advance | Full responses to question asked |
| 202 | 18 | If they are not promoted at the same | If they are not promoted at the same rate | To correct a transcription error |
| 220 | 22 | Justin reached out to all of the Cs | Justin reached out to all of the SMEs | To correct a transcription error. |
| 229 | 14 | I went on the coast with | I did Hood to Coast with | To correct a transcription error |
| 230 | 14-15 | I viewed everything up to that point as consensual. | I viewed everything during that period as consensual. | Fully response to the question asked |
| 244 | 22 | Carsecken | Carspecken | To correct a transcription error |
| 254 | 12-13 | Justin Larsen told Juanita Danielson, "You talk to me about her issues with Chad" | Justin Larsen told Juanita Danielson that she should talk to me about her issues with Chad | To correct a transcription error |
| 257-258 | 25-1 | Against because she was let go and severanced. They offered her | Against because she was let go and I suspect was severanced. I believe they | Full response to the question asked. |

|     |       | severance, and they let her go. | offered her severance, and they let her go. |                                       |
| --- | ----- | ------------------------------- | -------------------------------------------- | ------------------------------------- |
| 276 | 24    | And I said "Wow, that's – okay." | And I said "Wow, that's shocking, okay."    | Full response to the question asked   |
| 277 | 2     | OTE                             | OTP                                          | To correct a transcription error      |
| 300 | 10-11 | an intermediate                 | a junior BSA                                 | To conform to facts                   |

Subject to the above changes, I declare under the penalties of perjury of the laws of the United States that my deposition transcript is true and correct.

Executed on  1/13/2021  in  Beaverton, OR .

DocuSigned by:

9B8F5B84ECAA43A...

Sara Johnston