IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

KELLY CAHILL, et al.,
individually and on behalf
of others similarly situated,    No.
      Plaintiffs,                  3:18-cv-01477-JR
  v.
NIKE INC., an Oregon
Corporation,
      Defendant.

REMOTE VIDEOCONFERENCE 30(b)(6) DEPOSITION OF
SHELLI WHITE
Taken in behalf of Plaintiffs
January 29, 2021

```
 1                    C E R T I F I C A T E
 2
 3          I, Aleshia K. Macom, Oregon CSR No. 94-0296,
 4     Washington CCR No. 2095, California CSR
 5     No. 7955, RMR, CRR, RPR, do hereby certify that
 6     SHELLI WHITE remotely appeared before me at the
 7     time and place mentioned in the caption herein;
 8     that the witness was by me first duly sworn on
 9     oath, and examined upon oral interrogatories
10     propounded by counsel; that said examination,
11     together with the testimony of said witness, was
12     taken down by me in stenotype and thereafter
13     reduced to typewriting; and that the foregoing
14     transcript, pages 1 to 235, both inclusive,
15     constitutes a full, true and accurate record of
16     said examination of and testimony given by said
17     witness, and of all other proceedings had during
18     the taking of said deposition, and of the whole
19     thereof, to the best of my ability.
20          Witness my hand at Portland, Oregon, this
21     11th day of February, 2021.
22
23                    _____
                      Aleshia K. Macom
24                    OR CSR No. 94-0296, Expires 9-30-2023
                      WA CCR No. 2095, Expires 7-7-2021
25                    CA CSR No. 7955, Expires 7-7-2021
```

*Cahill, et al v. Nike*

**Shelli White Deposition Errata**

| Page: Line | Reads | Should Read | Reason |
|---|---|---|---|
| 12:23 | "Yes. Approximately June 2020." | "Yes. Approximately June 2019." | To conform to the facts |
| 97:4 | "I don't know." | "I don't know, other than the names I have already provided." | To reflect prior consistent testimony mischaracterized by counsel |
| 101:6 | "Then I don't know." | "Then I don't know, other than the names I have already provided." | To reflect prior consistent testimony mischaracterized by counsel |
| 128:14 | "The higher the range, the higher the guideline." | "The higher the rating, the higher the guideline." | To correct a transcription error |

I attest that the above-referenced changes are true and correct.

Date: March 22, 2021

*Shelli White*
—DocuSigned by—
F8DEB74ECF524EA...
_____
Shelli White

1

# Byron Goldstein

| | |
|---|---|
| **From:** | Davis, Felicia A. <feliciadavis@paulhastings.com> |
| **Sent:** | Thursday, January 21, 2021 1:58 PM |
| **To:** | Barry Goldstein; Byron Goldstein; James Kan; Mengfei Sun |
| **Cc:** | Prince, Daniel; Zabele, Laura |
| **Subject:** | Cahill - Topics for January 29, 2021 Rule 30(b)(6) deposition |



Counsel,

Subject to our objections, here is the list of topics for the Rule 30(b)(6) deposition on January 29, 2021:

- **Topic 5**: HQ executives' involvement, knowledge and responsibilities related to Performance Sharing Plan ("PSP") and Long Term Incentive Plan ("LTIP"); Executives knowledge regarding potential disparities between men and women in PSP and Equity/LTIP; Executives' involvement, knowledge, and responsibilities concerning the formation, review, or changing of policies and practices related to PSP and Equity/LTIP (2015 – present).
- **Topic 8**: Effect of performance evaluations and potential appraisals on PSP and Equity/LTIP (2015 – present).
- **Topic 12**: Calculations, factors, recommendations, supervision, responsibilities, authority, and determinations concerning the amount of, factors impacting, and eligibility for PSP payments for employees in Covered Positions; Related policies and practices; Who formed, reviewed, or changed such policies and practices, and how these policies and practices were formed, reviewed, or changed (2015 – present).
- **Topic 14**: Equity and LTIP awards, including eligibility, calculations, factors, recommendations, supervision, responsibilities, authority, and determinations; Related policies and practices; Who made recommendations and determinations regarding awards of equity or LTIP; Who formed, reviewed, or changed such policies and practices, and how these policies and practices were formed, reviewed, or changed (2015 – present).
- **Topic 16**: Compensation at promotion or lateral job transfer as it relates to PSP and Equity/LTIP (2015 – present).

Thanks,
Felicia



**Felicia A. Davis | Partner, Employment Law Department**
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071 | Direct: +1.213.683.6120 | Main: +1.213.683.6000 | Fax: +1.213.996.3120 | feliciadavis@paulhastings.com | www.paulhastings.com

*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

1

Pedersen Decl. Exhibit I, Page 4 of 4