IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

KELLY CAHILL, et al.,
individually and on behalf
of others similarly situated,   No.
      Plaintiffs,              3:18-cv-01477-JR
  v.
NIKE INC., an Oregon
Corporation,
      Defendant.

REMOTE 30(b)(6) VIDEOCONFERENCE DEPOSITION OF
SHINE THOMAS
Taken in behalf of Plaintiffs
March 26, 2021

| | | |
|---|---|---|
| 1 | Q. | Do you know about or what the manager playbook |
| 2 | | is? |
| 3 | A. | I've heard that title.  I don't know all the |
| 4 | | contents of the manager playbook. |
| 5 | Q. | Sorry.  That noise is my pouring.  I feel like I |
| 6 | | haven't been hydrating. |
| 7 | | So do you see the first bullet point under |
| 8 | | "Manager Activities"? |
| 9 | A. | I do. |
| 10 | Q. | And it says, "Partner with human resource team |
| 11 | | to identify position needs, determine fill |
| 12 | | strategy and answer any questions."  Do you see |
| 13 | | that? |
| 14 | A. | I do. |
| 15 | Q. | What does that mean? |
| 16 | A. | I believe what that means is that the hiring |
| 17 | | manager should partner with their HR manager |
| 18 | | with regards to hiring. |
| 19 | Q. | So it's, when it's referring to HR, it's |
| 20 | | referring to HR business facing, not necessarily |
| 21 | | talent acquisition? |
| 22 | A. | Correct.  Correct. |
| 23 | Q. | What does "fill strategy" mean? |
| 24 | A. | "Fill strategy" means should the role be posted |
| 25 | | internally, should the role be posted internally |

| | | |
|---|---|---|
| 1 | | or and externally or should the hiring manager |
| 2 | | promote someone into a position. |
| 3 | Q. | And what are Nike's policies, guidelines or |
| 4 | | other documents describing how fill strategy is |
| 5 | | addressed? |
| 6 | A. | Every situation, every position is unique.  So |
| 7 | | the guideline is updated in this document.  The |
| 8 | | hiring manager will partner with their HR |
| 9 | | manager if needed.  I would say that's not |
| 10 | | always a requirement.  The hiring manager may |
| 11 | | know that they would like to open or post a role |
| 12 | | internally or externally.  If needed, they can |
| 13 | | consult with their HR manager.  The hiring |
| 14 | | manager decides when they have a vacancy, what |
| 15 | | that approach will be. |
| 16 | Q. | How do you know that? |
| 17 | A. | That is our guideline. |
| 18 | Q. | Where is that guideline? |
| 19 | A. | It could be in any of the various documents that |
| 20 | | you have shown me.  I don't know where it is |
| 21 | | written specifically. |
| 22 | Q. | Do you know whether or not it's written in any |
| 23 | | document? |
| 24 | A. | I don't know specifically if that is written in |
| 25 | | any document.  I do think that is a typical |

| | | |
|---|---|---|
| 1 | | you been involved in decisions concerning |
| 2 | | whether to do, fill a job competitively or |
| 3 | | noncompetitively in meeting the fill strategy? |
| 4 | A. | The fill strategy decision is made by the hiring |
| 5 | | manager.  Every single situation is unique and |
| 6 | | niche.  So there may have been situations where |
| 7 | | the hiring manager may wish to understand |
| 8 | | various topics such as the candidate pool. |
| 9 | | However, every single situation, every single |
| 10 | | position at Nike is unique when that vacancy |
| 11 | | opens up. |
| 12 | Q. | Have you, Shine Thomas, been involved in any |
| 13 | | determinations regarding fill strategy, whether |
| 14 | | a position will be filled competitively or |
| 15 | | noncompetitively? |
| 16 | A. | Talent acquisition is involved when we're |
| 17 | | informed that a position is to be filled |
| 18 | | competitively.  That is when talent acquisition |
| 19 | | enters the process. |
| 20 | Q. | So is it accurate to state that you, Shine |
| 21 | | Thomas, has not been involved in any |
| 22 | | determinations regarding fill strategy and |
| 23 | | whether or not to fill it competitively or |
| 24 | | noncompetitively? |
| 25 | A. | I would say that I'm not involved in the |

Beovich Walter & Friend

1-800-541-4452                    503-228-7201                    www.bwreporters.com

Pedersen Decl. Exhibit J, Page 4 of 15

1  recruiter.
2  Q. Are there any trainings for talent acquisition
3     concerning how to use Taleo?
4  A. There are trainings on how to use Taleo.
5  Q. Who gives those trainings?
6  A. That is not consistent. Who gives the training
7     is not consistent. Sometimes it is the manager
8     of the recruiter. Sometimes it is through an
9     on-boarding training. It varies.
10 Q. So there's, there are on-boarding trainings for
11    talent acquisition new hires?
12 A. We have some on-boarding training for new hires
13    now.
14 Q. Has Nike been collecting compensation
15    expectations since 2015 or have a guideline or
16    policy regarding the collection of compensation
17    expectation since 2015?
18 A. We don't specifically -- I would like to define
19    what you mean by "collecting."
20 Q. Ask for compensation expectations.
21 A. I would say that is one of our guidelines for
22    our recruiters, to ask for compensation
23    expectations as a data point.
24 Q. Has that been a guideline since 2015 to the
25    present?

1   A.   It is our guideline for recruiters to ask the
2        compensation expectations.
3   Q.   And has that guideline been in existence since
4        at least 2015?  Is that accurate?
5   A.   I would say so.  I would say that is a way of
6        working in recruiting.
7   Q.   And that applies to new hires at Nike World
8        Headquarters in bands for positions in bands L
9        through S?
10  A.   Correct.
11  Q.   Then we get to phase five, "Make an Offer."
12  A.   Okay.
13  Q.   Do you see the, under "Talent Acquisition," the
14       second bullet point says, "Review compensation
15       information with hiring manager and conduct any
16       necessary pre assessment"?
17           Do you see that?
18  A.   I do.
19  Q.   What are the pre assessments?
20  A.   That could mean a variety of things.  I would, I
21       could not answer that conclusively, what that
22       means.  Just give me one minute.  It's such a
23       broad term.  It does not have a specific
24       definition that I could say what does a pre
25       assessment mean.

| | | |
|---|---|---|
| 1 | | the same work at the same level and experience |
| 2 | | are offered equitable compensation." |
| 3 | | Do you see that? |
| 4 | A. | I do. |
| 5 | Q. | So Nike decided to no longer ask candidates |
| 6 | | about their compensation history because it |
| 7 | | supports diversity inclusion and equitable |
| 8 | | compensation; is that correct? |
| 9 | A. | I believe the law also changed around legally |
| 10 | | asking candidates for their compensation history |
| 11 | | around the same time.  So I think it was a |
| 12 | | combination of both. |
| 13 | Q. | So would your answer to my question be yes, but |
| 14 | | it was also about the change in the law? |
| 15 | A. | I would say yes.  I mean, it's an evolution of |
| 16 | | that policy. |
| 17 | Q. | The main purpose of this e-mail is to inform |
| 18 | | talent acquisition employees that Nike would, |
| 19 | | quote, no longer ask candidates about their |
| 20 | | compensation history; correct? |
| 21 | A. | Just reviewing it.  Looks like it.  Yes. |
| 22 | Q. | And do you see the subject of the e-mail is |
| 23 | | "Commitment to pay equity"? |
| 24 | A. | I see that. |
| 25 | Q. | So the intention of this policy change of no |

| | | |
|---|---|---|
| 1 | Q. | Under that it says, "ask candidates or their |
| 2 | | employers questions about their compensation |
| 3 | | history."  Is that one of the policy changes? |
| 4 | A. | That would be a policy change. |
| 5 | Q. | And it says, "ask their employers."  How did |
| 6 | | Nike previously ask their employers about their |
| 7 | | compensation history? |
| 8 | A. | I have never asked an employer about someone's |
| 9 | | previous compensation history.  So I'm not |
| 10 | | actually sure why it says that.  It's not a |
| 11 | | standard part of our recruiting process.  We |
| 12 | | would ask, ~~a follow-on~~ before the change, we would ask ~~a~~ the |
| 13 | | compensation history of a candidate.  I can't |
| 14 | | think of a single scenario where the question |
| 15 | | went to their previous employer because of |
| 16 | | confidentiality.  And currently we ask the |
| 17 | | candidate expectations, but we also do not |
| 18 | | contact the candidate's previous employer around |
| 19 | | compensation. |
| 20 | Q. | You were saying that you, in your role as a |
| 21 | | recruiter, did not yourself ask employers those |
| 22 | | questions.  Is that what you're saying or are |
| 23 | | you speaking for all of Nike? |
| 24 | A. | I would say our guideline is to only ask the |
| 25 | | candidate about their compensation and that is a |

1       Nike guideline.

2   Q.   And it also says under "Nike employees may no
3       longer," it says, "Record salary history
4       information in the ATS/CRM." So this was
5       telling -- Well, strike that. Is that a policy
6       change, too?
7   A.   That would, recording salary history, that would
8       be a ~~salary~~ policy change because the law changed.
9   Q.   And ATS refers to Taleo?
10   A.   Correct.
11   Q.   CRM refers to, does that refer to Avature?
12   A.   Correct.
13   Q.   Did Nike maintain the salary history information
14       in the ATS, I mean, has Nike maintained that
15       data to the present?
16   A.   Can you clarify what you mean by that question?
17   Q.   Does Taleo currently have information concerning
18       salary history of candidates, external
19       candidates for positions at Nike World
20       Headquarters bands L through S?
21   A.   It should not. Taleo is not used for that and
22       we don't, since the law changed, we don't record
23       compensation. So I don't -- I would be -- Taleo
24       is not used to house that information. Whether
25       it has or not, I don't know.

Beovich Walter & Friend

1-800-541-4452        503-228-7201        www.bwfreporters.com

Pedersen Decl. Exhibit J, Page 9 of 15

1        course, we look at their expectations.  I'm
2        looking at this document.  Sorry.
3   Q.   Sure.
4   A.   I think this is a, this is a general statement
5        as a part of a PowerPoint deck, may have been a
6        talking point.
7   Q.   Would you agree that that statement's accurate
8        if it's dated prior to October 2017, "We often
9        focused on a new hire's prior salary and/or the
10       size of the increase the new hire would
11       receive"?
12  A.   I would say that's inaccurate.  I would say that
13       prior salary was a data point that we looked at,
14       but it was always, our guideline has always been
15       that is a data point.  The position and the
16       range is also a data point.  Every single offer
17       is unique and every single offer has different
18       nuances associated with the candidate and their
19       experiences and qualifications.  So I would say
20       that that is what, your statement is not
21       correct.
22  Q.   I believe you said that external candidate's
23       prior salary was always within the guidelines.
24       Is that what you said?
25            MS. DAVIS:  Objection; vague.

```
 1              THE WITNESS:  I don't think I said that.  I
 2       don't know if Aleshia can restate what I said.
 3              MR. BYRON GOLDSTEIN:  Aleshia, can you read
 4       back the last answer from Shine, please.
 5              (Record read as follows:
 6              "A    I would say that's inaccurate.  I
 7              would say that prior salary was a data point
 8              that we looked at, but it was always, our
 9              guideline has always been that is a data
10              point.  The position and the range is also a
11              data point.  Every single offer is unique
12              and every single offer has different nuances
13              associated with the candidate and their
14              experiences and qualifications.  So I would
15              say that that is what, your statement is not
16              correct.")
17   Q.  BY MR. BYRON GOLDSTEIN:  So can you point to any
18       policies, guidelines or other documents that
19       would show that new hire's prior salary was a
20       data point and not, as this sentence says, often
21       focused on?
22   A.  There isn't a guideline I can point to.  I can
23       point to my experience as a recruiter at Nike.
24       It is absolutely one of the data points in
25       association with qualifications, experience,
```

Beovich Walter & Friend

1-800-541-4452                503-228-7201                www.bwfreporters.com

Pedersen Decl. Exhibit J, Page 11 of 15

```
 1            skill sets, capabilities.
 2      Q.    Okay.  I'm introducing what's been previously
 3            marked as Exhibit 509.  Bates numbers
 4            NIKE_00001996 and this is Nike's FY '16/'17
 5            sustainable business report.  Let me know when
 6            you have it up.
 7      A.    This is a large document as well.  So it will
 8            take some time to download.
 9                  It's about halfway there, just so you know
10            timing.
11      Q.    Thanks for the update.  I'm sure you could use
12            the break from me talking anyways.
13      A.    I have the document open now.
14      Q.    Just a couple of quick questions.  Can you turn
15            to, so it's page 57 of the document.  On the
16            page it says page 56 and the Bates number is
17            NIKE_00002052.
18      A.    Okay.  Okay.  Got it.
19      Q.    In the lower right-hand column, do you see where
20            it says "FY '18/'19 dedicated talent sourcing?"
21      A.    I do.
22      Q.    And do you see that it states, "We will invest
23            in a dedicated diversity sourcing team to be
24            immersed in the marketplace, increase visibility
25            and accountability to ensure slates of diverse
```

```
 1                    C E R T I F I C A T E
 2
 3           I, Aleshia K. Macom, Oregon CSR No. 94-0296,
 4      Washington CCR No. 2095, California CSR
 5      No. 7955, RMR, CRR, RPR, do hereby certify that
 6      SHINE THOMAS remotely appeared before me at the
 7      time and place mentioned in the caption herein;
 8      that the witness was by me first duly sworn on
 9      oath, and examined upon oral interrogatories
10      propounded by counsel; that said examination,
11      together with the testimony of said witness, was
12      taken down by me in stenotype and thereafter
13      reduced to typewriting; and that the foregoing
14      transcript, pages 1 to 270, both inclusive,
15      constitutes a full, true and accurate record of
16      said examination of and testimony given by said
17      witness, and of all other proceedings had during
18      the taking of said deposition, and of the whole
19      thereof, to the best of my ability.
20           Witness my hand at Portland, Oregon, this
21      8th day of April, 2021.
22
23      _____
        Aleshia K. Macom
24      OR CSR No. 94-0296, Expires 9-30-2023
        WA CCR No. 2095, Expires 7-7-2021
25      CA CSR No. 7955, Expires 7-7-2021
```

Beovich Walter & Friend

1-800-541-4452              503-228-7201              www.bwfreporters.com

Pedersen Decl. Exhibit J, Page 13 of 15

*Cahill, et al v. Nike*

**Shine Thomas Deposition Errata**

| Page: Line | Reads | Should Read | Reason |
|---|---|---|---|
| 25:6-8 | "a requisition was created and open to hire against, a recruiter would be managing that requisition." | "a requisition was created and open to hire against, a recruiter would be managing the administrative process of that requisition." | To clarify the record as reflected in other testimony |
| 29:4 | "involves the hiring and talent acquisition." | "involves the hiring manager and talent acquisition." | To correct a transcription error |
| 50:6-7 | "I would say that is a fair assessment." | "I would say that is a fair assessment but Talent Acquisition does not approve whether a candidate is hired or not." | To clarify the record as reflected in other testimony |
| 67:11 | "might take someone in a specific position." | "might place someone in a specific position." | To correct a transcription error |
| 85:6 | "opinion, externally or internally." | "opinion, externally and internally." | To correct a transcription error |
| 85:15 | "to post it internally or externally." | "to post it internally and externally." | To correct a transcription error |
| 121:6-7 | "I cannot, but I will reiterate this is not a rule that recruiters have to follow." | "I cannot, other than the New Hire Approval Matrix (Exhibit 672), but I will reiterate this is not a rule that recruiters have to follow." | To conform to the facts |
| 123:6 | "I cannot point to documents." | "I cannot point to documents other than the New Hire Approval Matrix (Exhibit 672)." | To conform to the facts |
| 132:15 | "Correct." | "I assume so, but as I said many times, non-competitive promotions are not my area of expertise." | To clarify the record as reflected in other testimony |
| 171:5-6 | "one of multiple data points that we would look at." | "one of multiple data points that we could look at." | To correct a transcription error |
| 180:11-19 | [This question is recorded in the form of an answer.] | | To correct a transcription error |
| 182:21-23 | "I don't know outside of not competitive hiring who uses this tool and for what." | "I don't know outside of competitive hiring who uses this tool and for what." | To correct a transcription error |
| 185:11 | "It's not a lineal process" | "It's not a linear process" | To correct a transcription error |
| 187:17 | "I did not." | "I did not look at specific offers. I know how offers are made." | To conform to the facts |

1

| 195:12-13 | "There are no written documents that I can think of." | "There are no written documents that I can think of other than the New Hire Approval Matrix." | To conform to the facts |
| --- | --- | --- | --- |
| 197:16 | "It's one of the data points that we look at." | "Equity walkaway is one of the data points that we look at." | To clarify the record as reflected in other testimony |
| 215:11-13 | "We would ask, a follow-on change, we would ask a compensation history of a candidate." | "We would ask, before the change, we would ask the compensation history of a candidate." | To correct a transcription error |
| 216:7-8 | "That would, recording salary history, that would be a salary change because the law changed." | "That would, recording salary history, that would be a policy change because the law changed." | To correct a transcription error |
| 251:6 | "screen to see we can hire the candidate." | "screen to see if we can hire the candidate." | To correct a transcription error |

I attest that the above-referenced changes are true and correct.

Date: May 21, 2021

_____
Shine Thomas

2