```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF OREGON
 3                   PORTLAND DIVISION
 4
 5   KELLY CAHILL, et al.,
 6   individually and on behalf
 7   of others similarly situated,
 8            Plaintiffs,
 9      v.                          No. 3:18-cv-01477-JR
10   NIKE INC., an Oregon
11   corporation,
12            Defendant.
13
14
15         DEPOSITION OF CHESTER HANVEY, Ph.D.
16               FRIDAY, OCTOBER 29, 2021
17                 SAN DIEGO, CALIFORNIA
18
19
20
21
22
23
24   Reported by:   Marilynn Hoover, RPR
25                  Oregon CSR No. 04-0387
```

Page 1

Veritext
www.veritext.com

Pedersen Decl. Exhibit L, Page 1 of 5

1  evaluating the employment and HR practices at Nike?
2          MS. DAVIS:  Objection.  That question is a
3  legal conclusion -- calls for a legal conclusion or
4  expert -- well, calls for a legal conclusion and
5  calls for speculation.
6          THE WITNESS:  Can you repeat the question.
7      Q.   BY MR. BARRY GOLDSTEIN:  In your opinion,
8  do you think that, as a result of experience,
9  training, and education, Dr. Lundquist has gained
10 specialized knowledge for evaluating the employment
11 and HR practices at Nike?
12         MS. DAVIS:  Objection.  Calls for a legal
13 conclusion.  Calls for speculation.
14         THE WITNESS:  I don't know about
15 Dr. Lundquist specifically, but I think those are
16 certainly areas of competency for IO psychologists.
17     Q.   BY MR. BARRY GOLDSTEIN:  Do you think that
18 Dr. Lundquist has specialized knowledge, beyond
19 common knowledge, regarding compensation practices?
20         MS. DAVIS:  Objection.  Calls for a legal
21 conclusion.  Calls for speculation.
22         THE WITNESS:  I'm not sure about her
23 experience specifically on that topic.
24     Q.   BY MR. BARRY GOLDSTEIN:  What about HR
25 practices?

Page 57

```
 1   STATE OF CALIFORNIA   )
                           )  SS.
 2   COUNTY OF SAN DIEGO   )
 3         I, MARILYNN HOOVER, CSR No. 04-0387 for the
 4   State of Oregon, do hereby certify:
 5         That prior to being examined, the witness named
 6   in the foregoing deposition was duly sworn to
 7   testify the truth, the whole truth, and nothing but
 8   the truth;
 9         That said deposition was taken down by me in
10   shorthand at the time and place therein named, and
11   thereafter reduced by me to typewritten form; and
12   that the same is a true, correct, and complete
13   transcript of the said proceedings.
14         Before completion of the deposition, review of
15   the transcript [X] was [ ] was not requested.  If
16   requested, any changes made by the deponent (and
17   provided to the reporter) during the period allowed
18   shall be appended hereto.
19         I further certify that I am not interested in
20   the outcome of the action.
21         Witness my hand this 31st day of October 2021.
22                       [signature: Marilynn Hoover]


23
24                       Marilynn Hoover, RPR
25                       CSR No. 04-0387; Exp. 03/31/2023
```

Page 264

Veritext
www.veritext.com

Pedersen Decl. Exhibit L, Page 3 of 5

**Errata Sheet for the Deposition of Chester Hanvey, Ph.D.**

Taken on October 29, 2021 in the matter of *Cahill, et al. v. Nike, Inc.*

| Page | Line | Reads | Should Read | Reason |
|---|---|---|---|---|
| 8 | 24 | I'm quite | I might be | Transcription error |
| 18 | 8 | I do | I did | Transcription error |
| 23 | 2 | Tylene | Tyleen | Misspelling |
| 23 | 3 | Zarina Shipa | Zareena Shefa | Misspelling |
| 24 | 16 | specific | certain | Transcription error |
| 26 | 18 | set | study | Transcription error |
| 28 | 14 | I don't think so | I don't know… | Transcription error |
| 34 | 13 | Modeling | Bottling | Transcription error |
| 37 | 3 | It does | It does not… | Transcription error and to clarify the record as reflected in later testimony |
| 62 | 11 | how | or how | Transcription error |
| 71 | 20 | collected | the plaintiffs' expert collected | Clarification |
| 78 | 25 | Alberto | Aburto | Misspelling |
| 99 | 6 | of the | of | Transcription error |
| 100 | 18 | setting | studying | Transcription error |
| 107 | 20 | I | they | Transcription error |
| 116 | 24 | the | a | Transcription error |
| 167 | 23 | someone else's | some of that | Transcription error |
| 168 | 2 | increase | equity | Transcription error |
| 189 | 16 | Johansen | Johansson | Misspelling |
| 190 | 1 | Johansen | Johansson | Misspelling |
| 190 | 22 | Johansen | Johansson | Misspelling |
| 192 | 1 | Johansen | Johansson | Misspelling |
| 193 | 23 | a number of | appropriate | Transcription error |
| 200 | 2 | like the one | like one | Transcription error |
| 219 | 2 | I didn't look | I did look | Transcription error |
| 219 | 3 | unfamiliar | familiar | Transcription error |
| 223 | 9 | essential | central | Transcription error |
| 223 | 24 | Alberto | Aburto | Misspelling |
| 224 | 17 | Alberto | Aburto | Misspelling |
| 225 | 6 | conflicts | confidence | Transcription error |
| 225 | 13 | differences of | differences or | Transcription error |
| 230 | 3 | bias | biased | Transcription error |
| 230 | 15 | Band B | Band V | Transcription error |
| 246 | 13 | asks | is asked | Transcription error |

1

Pedersen Decl. Exhibit L, Page 4 of 5

| 252 | 23 | in this case, | in this case (Kassman v. KPMG), | Clarification |
|---|---|---|---|---|
| 263 | 1 | said | has ever said | Clarification |

I attest that the above-referenced changes are true and correct.

Date: November 19, 2021

DocuSigned by:

Chester Hanvey

B8910886EB8745C...

Chester Hanvey, Ph.D.

2