

# Expert Report of Chester Hanvey, Ph.D.

SUBMITTED IN THE MATTER:

CAHILL, ET AL. V. NIKE, INC.

**Case No: 3:18-cv-01477**
**United States District Court**
**District of Oregon**

October 1, 2021

# Table of Contents

EXECUTIVE SUMMARY .............................................................................. 1

EXPERT QUALIFICATIONS ........................................................................ 5

OVERVIEW OF NIKE'S JOB ARCHITECTURE ....................................... 6

GENERAL OVERVIEW OF A JOB ANALYSIS......................................... 9

NIKE JOB ANALYSIS STUDY ................................................................... 11

 Document Review....................................................................................... 12

 Subject Matter Expert Interviews ............................................................. 13

 Identifying the Topics to Include in the Interviews ................................. 16

 Pilot Testing the Interview Questions and Process.................................. 22

 Sample Selection........................................................................................ 23

 Interview Protocol ..................................................................................... 27

 Communication Plan.................................................................................. 28

 Interviewer Briefing .................................................................................. 29

 Conducting the Interviews ........................................................................ 30

 Additional Features to Maximize Reliability of Interview Responses ............ 31

JOB ANALYSIS RESULTS – SAMPLE 1................................................... 32

 Analysis Process ........................................................................................ 33

 Work Performed.......................................................................................... 35

 Skill / Knowledge ....................................................................................... 45

 Effort .......................................................................................................... 57

 Responsibility ............................................................................................. 62

 Working Conditions.................................................................................... 67

 Responsibility Within Level ...................................................................... 69

JOB ANALYSIS RESULTS – SAMPLE 2................................................... 79

 Job Code A0727 (DIR: IT MGMT)........................................................... 80

 Job Code A0971 (SUPV: MFG) ................................................................ 95

 Job Code A1044 (PROF EXPERT: BRAND/CATG MKTG)..................... 99

 Job Code A2662 (MGR: SW ENG)........................................................... 111

 Job Code A3118 (PROF LEAD: D&A INSIGHTS) .................................. 120

REVIEW OF DR. LUNDQUIST'S REPORT............................................... 132

Dr. Lundquist Did Not Follow A Scientific Method To Formulate Her Opinions......... 133

Summary ................................................................................................................... 140

CONCLUSION................................................................................................................. 140

## EXECUTIVE SUMMARY

1.      I am a Director in the Labor and Employment Practice at Berkeley Research Group, LLC. (BRG). I have been retained as an expert in Industrial/Organizational (I/O) psychology by Paul Hastings LLP on behalf of Nike, Inc. ("Nike") in the matter *Cahill, et al. v. Nike, Inc.* (Case No: 3:18-cv-01477, D. Or.).  Specifically, I was asked to analyze the jobs performed by Nike employees in Covered Positions[1] and provide an opinion on the degree of variability in the work performed and the skill, effort, responsibility, and working conditions associated with their jobs.  In addition, I was asked to review the July 15, 2021 report submitted by Plaintiffs' I/O psychologist expert, Dr. Kathleen K. Lundquist ("Lundquist Report"), and provide an opinion on the scientific soundness of the methods employed and the conclusions reached by Dr. Lundquist. This report summarizes my findings.

2.      In this case, I understand that one of the central issues is whether women working in Covered Positions at Nike's World Headquarters in Beaverton, Oregon ("WHQ") are paid less than men performing substantially equal or comparable work.  To help determine to the degree to which Nike employees are performing substantially equal or comparable work, my team and I gathered extensive job analysis information about specific Job Codes within the Covered Positions to analyze the degree of variability in the work actually performed by employees in those jobs.  Specifically, I designed and conducted a job analysis to systematically collect detailed data related to the work performed by Nike employees and the effort, skill, responsibility, and working conditions associated with that work.  In total, my team and I spent approximately 200 hours interviewing over 100 different Nike employees to collect detailed data on the jobs performed by employees in those jobs.

[1] Defined below in my report.

3.      Through this job analysis, the data showed that there are meaningful differences in work performed and the skill, effort, responsibility, and work conditions not only across Job Codes and Function, but also within Job Codes, at Nike.  These differences do not necessarily associate with Nike's job architecture in a systematic way, nor are differences within Job Codes captured in Nike's job descriptions.  I primarily relied on the job analysis to reach my conclusions in this report that (1) Nike's roles, whether looking across Function and Job Code, or within Job Code, are not all the same or substantially equal or comparable; and (2) in order to determine which roles *do* perform substantially equal or comparable work, it would be necessary to conduct a full assessment of actual job content for each of the more than 1,400 Job Codes that goes beyond reliance on Job Code (and beyond Job Subfamily and Level). In other words, Nike employees are not sufficiently similar to be examined as a single group. I briefly summarize the methodology and results of my job analysis here and in detail further in this report.

4.      Based on interviews with 20 Subject Matter Experts in leadership positions across 13 different Functions within Nike, I designed and executed a job analysis study using a structured interview methodology to systematically collect data directly from Nike incumbents in Covered Positions regarding the work they perform for Nike and the effort, skill, responsibility, and working conditions associated with their jobs.

5.      I conducted structured interviews with two independent random samples of Nike employees who work at WHQ.  Sample 1 consisted of 60 current female employees across multiple functions and Levels at Nike WHQ to understand the range of work performed and work characteristics of employees in covered positions. Sample 1 was selected to assess the degree of variability *across* functions and Job Codes at Nike. Sample 2 consisted of 25 current female employees, comprised of five randomly selected employees from five different Job Codes

at Nike WHQ. Sample 2 was selected to assess the degree of variability *within* the same Job Code.

6.  Based on the results of the job analysis, I found that employees in both samples varied substantially on factors that commonly impact pay, such as: work performed; knowledge, skills, and abilities ("KSAs") required to perform that work; prior work experience; education; decision-making authority; supervisory responsibility; level of stress in the job; work hours; travel; and exposure to physical hazards. Many of these differences are also present when I examined responses from multiple Nike employees with the same Job Code, Level, Function, Family, and Subfamily. For example, we analyzed the data by Level and found that even employees the same Level varied with respect to the amount and type of responsibility associated with their jobs, particularly at the Director Level. The study results demonstrate variability between Job Code and within Job Code. Many examples of this variability are provided throughout this report.

7.  In addition, I found that certain factors that impact pay are not uniformly applicable to all Job Codes. For example, employees' prior work experience varied substantially, both in the content and its applicability to their current jobs. As a result, simply knowing an employee's number of years of prior work experience would not necessarily allow one to accurately predict their salary. Instead, the alignment between the employee's prior work experience and the employee's job would need to be evaluated, which in many cases requires an individualized analysis. Similarly, employees reported a wide range of educational backgrounds, both in terms of level, discipline, and applicability to their job. Some educational backgrounds are not related to the work employees perform, while for others, it is critically important. An analysis of the alignment between an employee's educational background and their current job

would require a similar individualized analysis.  Prior work experience and education are commonly considered legitimate non-discriminatory pay factors based on the logic that these factors are indicative of an individual's level of job-relevant knowledge and skill.  Nike's compensation documents specifically include experience, knowledge, and skill as factors that impact an employee's pay.[2]  In order to accurately model pay in this case, the degree to which prior experience and education are likely to enhance job-related knowledge and skills is an important consideration.

8.      The study also revealed certain factors that impact pay that are applicable for some Nike employees but not others. As one example, employees in one job we studied perform shift work and those working certain shifts (e.g., overnight) are paid additional compensation in the form of shift differentials (a premium that is a percentage of their base salary).  However, this pay factor would not be relevant to most of the Nike employees in other Job Codes who work traditional business hours.

9.      Last, in my review of the Lundquist Report, I reached several opinions.  In her deposition, Dr. Lundquist acknowledged that, other than reviewing certain Nike documents and deposition transcripts, she did not conduct a job analysis for any Covered Positions to reach her conclusions.[3]  Instead, she relied on Nike's job categorization scheme, or job architecture, without investigating the skills, effort, responsibility or working conditions of any of the jobs at issue.  This approach is in direct conflict with Dr. Lundquist's statements in other cases, and with widely accepted I/O psychology principles generally.  For example, Dr. Lundquist stated the following in a recent expert report in another pay discrimination case (where she did perform a job analysis):

[2] NIKE_C_00001665.
[3] Lundquist Deposition, pp. 29-31

"[d]etermining whether work is 'substantially similar' requires a systematic analysis of the work performed in a job or jobs and the requirements for performing the job(s) effectively. ***An analysis of work (aka 'work analysis' or 'job analysis') is more than just reviewing a job description or a categorization scheme such as a job code***."[4]

10.    I agree.  However, the approach she criticized as insufficient in that prior report is the same approach she followed in this case.  In contrast with Dr. Lundquist's more limited review of Nike's leveling criteria and selected company documents and deposition testimony in *this* case, I conducted a job analysis to study the jobs of Nike employees - an approach that she endorsed previously.

11.    Not only did Dr. Lundquist fail to conduct a job analysis, she did not employ *any* scientific methods to support her conclusions about Nike employees.  Further, Dr. Lundquist did not perform any analysis to determine whether employees are "substantially similar" for evaluating pay.  She relied on materials that are not capable of reflecting variability within job title and seems to have simply assumed that no differences exist.  As a result, there is no scientific basis to support her position that Nike employees in the same Subfamily / Level  are "substantially similar."  Further details are provided below.

### EXPERT QUALIFICATIONS

12.    I have a Ph.D. in I/O Psychology with a minor in quantitative methods (statistics) from the University of Houston. I am a Director in the Labor and Employment Practice at Berkeley Research Group, LLC (BRG), a global strategic advisory and expert consulting firm.  I regularly perform projects related to labor and employment litigation, including allegations of discrimination.  In my career, I have worked with close to 200 organizations, mostly in the

---

[4] Expert Report of Dr. Kathleen K. Lundquist in *Jewett, et al. v. Oracle America, Inc.*, Case No. 17CIV02669, dated June 9, 2021, p. 9 (emphasis added).

context of labor and employment litigation.  I have extensive experience designing and executing

job analyses, the methodology typically used to identify the work performed by employees.  I

have also been retained as an expert witness by plaintiffs and defendants to provide testimony on

a range of issues, including the validity of employee selection exams and performance

management systems, adverse impact of selection systems, wage and hour compliance, statistical

sampling, and damage calculations.

13.    I have published and regularly present my work at professional conferences on

topics including employment test validation, job analysis, statistics, and wage and hour

compliance.  I am the author of *Wage and Hour Law: Guide to methods and analyses* (2018) and

the co-editor of *Practitioner's Guide to Legal Issues in Organizations* (2015). Both books

provide practical guidance to Human Resources practitioners and experts in litigation on topics

including pay equity, test validation, the use of physical abilities testing, adverse impact

analyses, and wage and hour compliance.  A more detailed description of my qualifications,

including previous cases in which I have provided expert testimony in the last four years, can be

found in my CV, attached as Exhibit 1.  My hourly rate for this project is $500 per hour.

## OVERVIEW OF NIKE'S JOB ARCHITECTURE

14.    According to SAP data produced by Nike ("Snapshot" data[5]), from September

2015 through September 2019, employees at WHQ have worked in more than 1,400 unique Job

Codes and more than 17,000 unique Position Titles.[6]  Within Nike's human resources

information system, Job Codes are organized into a job architecture with varying levels of

---

[5] Snapshots_201207_201909_Attorneys_Eyes_Only.txt
[6] If limited to August 2017 through September 2019, there would be more the 1,300 Job Codes and more than 13,000 Position Titles.

specificity.  The broadest possible grouping is Function (the terms "Functional Area" and "Pipeline" are used interchangeably to indicate Function).

15.    Within Function, jobs are grouped into Job Families and then further grouped into Job Subfamilies.  The number of Families and Subfamilies differs by Function.  In the "Sports Marketing" Function, for example, all employees are included in the same Family and Subfamily (both also named "Sports Marketing").  In other Functions, employees are subdivided into up to 20 different Families and Subfamilies.  For example, the "Product Creation" Function organizes jobs into eight families (i.e., Digital Enablement; Drafting, Mold, & Tool Design; Prod Creation Func Gen Mgmt; Prod Devel & Commercialization; Product Innovation/R&D; Product Integrity; Sample Creation; Technical Design) and 20 different Subfamilies (i.e., Product Digital; Production Art; Design Engineering; Mold & Tool Design; Prototype Development; Prod Creation Func Gen Mgmt; Club Engineering; Commercialization; Product Development; Engineering; Innovation; Materials Research; NSLR Research; Testing; Color Operations; Product Integrity; Quality Systems; Test Engineering; Sample Creation; Technical Design). Across the different Functions, employees at Nike work in more than 200 different Subfamilies, which are listed in Exhibit 2.

16.    Independent of Function, Family, and Subfamily, employees are also grouped into one of five job bands (i.e., pay bands).  Job bands are identified by a letter, which together spell the word "values" (V-A-L-U-E-S).  The "V band" is the lowest band and the "S band" is the highest band.  Within each band, employees are further subdivided into a "Level" which is based in part on whether the employee is on a "Management" or "Individual Contributor" track. Management track employees typically have responsibility for managing the work of other employees while Individual Contributors typically do not manage others.  Those lacking the

skillset or desire to advance to a management role can continue to progress in their career through the Individual Contributor track.

17.    According to the First Amended Complaint, the putative collective for Plaintiffs' federal Equal Pay Act claim is defined as "All female current and former Nike employees at Nike Headquarters in Oregon, who were employed by Nike at any time from three years prior to opting-in through the resolution of this action, in a salaried, corporate position that was or is a lower-level position than Vice-President"[7] but excludes "Nike retail store employees, lawyers within Nike's Legal department and employees in Nike's Finance and HR departments."[8]  Also according to the First Amended Complaint, the putative class for Plaintiffs' remaining claims is defined as: "All female current and former Nike employees at Nike Headquarters in Oregon, who were employed by Nike at any time from October 11, 2017 through the resolution of this action for claims under Title VII, and for the period from August 9, 2017 through the resolution of this action for claims under ORS 652.220 and ORS 659A.030, in a salaried, corporate position that was or is a lower-level position than Vice-President"[9] but excludes "Nike retail store employees, lawyers within Nike's Legal department and employees in Nike's Finance and HR departments."[10]

18.    I am informed by counsel that the putative class and collective definitions cover the same jobs at Nike, and therefore, I refer to those jobs generally as "Covered Positions" in this report.  According to the Snapshot data, the Covered Positions include those at any Nike WHQ

---

[7] See First Amended Class and Collective Action Allegation Complaint, filed 11/19/18 (par. 165).
[8] See First Amended Class and Collective Action Allegation Complaint, filed 11/19/18 (par. 166).
[9] See First Amended Class and Collective Action Allegation Complaint, filed 11/19/18 (par. 176).
[10] See First Amended Class and Collective Action Allegation Complaint, filed 11/19/18 (par. 177).

buildings that cover 20 Functions, 111 Families, and 203 Subfamilies in Bands L, U, E, S, and some jobs in Band A.[11]

## GENERAL OVERVIEW OF A JOB ANALYSIS

19.    I/O psychologists commonly rely on job analysis techniques to collect data about the work employees perform in their jobs and the underlying attributes required for successful performance in their jobs.

20.    Job analysis refers to a "variety of systematic procedures for examining, documenting, and drawing inferences about work activities, worker attributes, and work context."[12]  It is one of the most commonly-used organizational data collection techniques[13] and can provide a basis for a variety of Human Resources ("HR") applications (e.g., selection, training, performance appraisal) and non-HR applications (e.g., ergonomics, human factors).[14] Job analysis data are frequently used, for example, to support the job-relatedness of selection procedures.  In addition, job analysis data used to evaluate variability between employees for class certification purposes[15] and are specifically recommended for evaluating worker and work requirements to determine appropriate groupings for pay analyses.[16]

21.    There is widespread agreement among researchers and practitioners that the appropriate method for a job analysis depends on factors such as the type of work being studied and the intended use of the data.[17]  That is, a job analysis designed to validate an employment

---

[11] The detailed criteria that Nike used to prepare the Snapshot data such that it would be mirror the putative class and collective definitions are described in a letter from Felicia Davis of Paul Hastings LLP to Goldstein, Borgen, Dadarian & Ho attorneys, dated 11/22/20.  The letter provides specific criteria based on fields in the "Snapshot" database and specific values in each field.  See Cahill_Nike – 2020.11.22 Letter.pdf.
[12] Sackett, Walmsley, & Laczo (2013), p. 61.
[13] Morgeson & Campion (1997).
[14] Sanchez & Levine (2001).
[15] Banks & Cohen (2005).
[16] Strah, Rupp, & Morris (2021).
[17] Cascio & Aguinis (2018); Prien, Goodstein, Goodstein, & Gamble (2009); Sackett, Walmsley, & Laczo, (2013); *SIOP Principles* (2018); Wilson (2012).

selection test (such as a physical abilities test used in hiring, for example) will likely look different than a job analysis designed to determine the degree of variability between employees' job content. Similarly, a job analysis for a high-complexity job will likely differ from a job analysis for a low-complexity job. For example, jobs that consist of primarily physical tasks are more amenable to observational approaches, whereas jobs that consist primarily of mental tasks are more amenable to self-report approaches.[18] Similarly, jobs that are highly complex and involve many detailed tasks are more challenging to accurately capture in a survey; such information can often be collected more efficiently using an interview approach.

22.    For this job analysis project, I determined that a structured interview would be the most appropriate job analysis methodology for collecting valid and reliable data related to the work Nike employees perform and the skill, effort, responsibility, and working conditions associated with that work. The structured interview is a commonly used job analysis method[19] that involves asking the same open- or close-ended questions in the same order in every interview, thus standardizing the interview so that responses can be compared and analyzed across interviewees. In my professional experience, structured interviews are particularly useful when analyzing jobs that are highly technical and complex. The interview format allows employees to provide, in their own words, their best description of the work they personally perform and many other aspects of their work. A similar level of detail would not be possible to collect in a survey, for example, because the details for all jobs would need to be pre-populated into the survey and the options for responses would be limited.[20] This would have been particularly inappropriate for studying jobs at Nike given the number of jobs being studied and

---

[18] Cascio & Aguinis (2018); Guion & Highhouse (2006).
[19] Cascio & Aguinis (2018); Gatewood & Field (2001); Van De Voort & Whelen (2012).
[20] Van De Voort & Whelen (2012).

the variety of work performed by employees in those jobs.  In contrast, the interview format I used in this study allowed each employee to describe their job precisely, despite the range of work performed.  The process I followed to formulate my opinions in this report is described below.

## NIKE JOB ANALYSIS STUDY

23.    BRG was retained by Paul Hastings LLP on behalf of Nike to analyze the jobs performed by employees in certain Covered Positions and provide an opinion on the degree of variability in the work performed and the skill, effort, responsibility, and working conditions associated with that work.  I understood that a putative class and collective action lawsuit had been filed against Nike (*Cahill et al. v. Nike, Inc.*) alleging, among other things, that Nike "pays and promotes women less than men at Nike Headquarters" and "has thus violated, and continues to violate, the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. ("Title VII"); the Federal Equal Pay Act ("EPA"), 29 U.S.C. § 206(d); the Oregon Equal Pay Act, ORS 652.220; and the Oregon Equality Act, ORS 659A.030."  It is further alleged that "Nike has intentionally and willfully discriminated against Class/Collective Members with respect to pay, promotions, and conditions of employment."

24.    We followed widely recognized and accepted scientific methods to conduct a job analysis of employees for purposes of gathering data that are relevant to this case.  Namely, as I detail below, I designed, and my team and I conducted, a job analysis study using a structured interview methodology to systematically gather data regarding the work performed by Nike employees and the skill, effort, responsibility, and working conditions associated with that work. The following sections describe the steps in our methodology to develop and execute the job analysis.

**Document Review**

25.      As an initial step of learning about the different jobs at Nike, my team and I

reviewed thousands of pages of company documents.  Such documents included approximately

1,300 job descriptions, HR training documents, performance management materials,

compensation documents, employee work history data, employee compensation data, legal

documents, and Subject Matter Expert (SME) work history reports, among others. We also

reviewed 31 deposition transcripts of the Named Plaintiffs, the Opt-in Plaintiffs, and Nike's

30(b)(6) witnesses describing the work performed by Nike employees and the job architecture,

and the Expert Reports and deposition testimony of Dr. Lundquist and Dr. Neumark.  To

familiarize myself with the issues in this case, I also read the Class and Collective Action

Allegation Complaint filed on August 9, 2018, and the First Amended Class and Collective

Action Allegation Complaint filed on November 19, 2018.  Exhibit 3 shows a list of the

documents and other materials we received and reviewed as part of our job study.  Although

helpful, a document review alone is not a sufficient basis to support any conclusions I might

reach regarding the degree of similarity/variability between jobs of individual employees at

Nike.

26.      In addition to our review of various Nike documents, we conducted a systematic

analysis of the 1,311 two-page Nike Job Descriptions we received. The goal of the review was to

understand the breadth of jobs included in the covered positions as efficiently as possible. We

utilized a process called "Amazon Textract," a machine learning service that automatically

extracts text, handwriting, and data from scanned documents beyond the optical character

recognition (OCR) offered by other software programs (e.g., Adobe Acrobat).  This process

allowed us to pull the content from thousands of PDF pages in a relatively short period of time.

We were specifically interested in analyzing the "Key Job Accountabilities" section which provides information about job duties for a particular Job Code.

27.     Once the job description text was extracted from the PDF documents, we used R (statistical analysis program) to parse out relevant text using "regular expressions and pattern analysis."  Regular expressions and pattern analysis is a sequence of characters that are used to check whether a pattern exists in a given text.  We used this process to compare the text of the job descriptions and identify the specific terms used frequently and infrequently across the multiple documents. After exporting these findings to a database, we manually reviewed the text of job descriptions with common and infrequent terms identified. Examples of frequent terms identified include "processes", "system", and "calibration."  Examples of infrequent terms used include, "chemistry", "trademark", "childcare" and "inflight" and "mannequins."  We manually reviewed many of the job descriptions containing infrequent terms to understand the range of jobs that Nike employees perform.

**Subject Matter Expert Interviews**

28.     To learn more about Nike's functions and job architecture, I next conducted interviews with Subject Matter Experts (SMEs) who hold leadership roles throughout Nike's organizational structure.  I collected SME information as part of the study to learn from senior leaders how employees' work might be structured and what outcomes were required for successful performance.  The information also helped me to understand why the different functions, families, and subfamilies existed and how they interacted with each other, if at all.

29.     I conducted interviews with 20 senior leaders (e.g., Vice Presidents, Senior Level Human Resources professionals) from 13 different job Functions throughout Nike.[21]  I spent

---

[21] I interviewed a total of 20 leaders.  Six of the interviews had two members of leadership participate.  I also conducted two interviews with leaders from Product Creation.

approximately one hour interviewing each SME about various aspects of the work performed by employees within their functions.  The interviews provided detailed information about the job function represented by the SMEs and the range of work performed by employees in that function, including the KSAs required to perform that work, and the environment in which employees work.  I also interviewed Shane Walker, Senior Director of Broad-Based Compensation at Nike, which gave me an understanding of Nike's organizational structure and a broad understanding of the roles filled by employees in different functions.  A complete list of the interviews I conducted is provided in Exhibit 4.

**Summary of SME Interviews**

30.     Interviews with SMEs covered a wide range of topics: (a) Employee background, (b) Work performed, (c) Knowledge, Skills, and Abilities, (d) Job Performance (e) Setting pay, (f) Job Characteristics, and (g) changes to the organization.  During these interviews, I used Zoom's videoconference functionality to share with the SMEs the current Job Family structure for their function (based on the "Snapshots" data).  The SMEs generally reported that the job architecture groupings (e.g., Job Family and Subfamily) require regular maintenance to keep up with changes to the organization and external labor market, and the evolution of jobs.  In many instances, the SMEs did not recognize the families and subfamilies within their own function. These SMEs reported that the actual structure within their organization is not necessarily aligned with the formal SAP structure and needs revision to improve its accuracy.  For example, leaders in the Corporate Services Function reported that the job families don't reflect the current way that Job Codes are organized, because many of the job families were recently collapsed into a group called WD+C (Workforce Design and Connectivity), which is not a Family or Subfamily within the SAP database.  The leader in the Manufacturing and Sourcing Function described job

groupings that did not match the official SAP structure.  The leader in the Marketing Function stated that the Job Families in SAP are very "antiquated."  She noted that they used to be pretty accurate, but the jobs have evolved. The leader in the Strategic Planning Function stated that the job families are not very accurate in their Function.  The leaders in the Logistics and Services Function stated that the job families are not very descriptive, and most employees do not know them.  In contrast, SMEs in a few functions reported their organization has recently gone through a Job Code maintenance process and, as a result, that the Job Codes were updated and job family structure was aligned with the actual organizational structure reported that.  In such cases, those SMEs felt that the job architecture within their function was as up-to-date as possible.  For example, the leader in the Retail Function thought the job family structure was pretty useful within Function but noted that Digital Commerce is changing fast so they are creating new jobs to account for that.   Leaders in the Sports Marketing Function reported that the function was just re-organized in October 2020 as part of a company-wide re-organization, but before that, the function had never been re-organized.  Leaders from the Design Function reported that they just went through a large re-organization and the position descriptions that resulted from that process are as accurate as they will ever be.  Before that, they considered them "somewhat" accurate. They noted that the families are pretty accurate but that the subfamilies are not updated.

31.    There was also general agreement among the SMEs that Job Codes are broad/generic and not always accurate.  In addition, SMEs consistently reported that most Nike employees do not identify with their Job Codes (and associated title), or in many cases do not even know what their Job Code is.  Instead, employees typically identify with their "position," which some employees refer to as their "Desk Title" or "Outlook Title" (i.e., the title that appears in their email signature).  However, some of the SMEs noted that in some cases, Position

Titles are not always accurate.  SMEs consistently stated that Position Titles are generally perceived by leadership and employees to be more specific and accurate descriptions of the work performed by most Nike employees rather than the Job Codes.

32.    Leaders also reported a wide variety of work performed by employees within and across functions and a similarly wide variety of KSAs preferred when hiring people to fill positions at Nike.

33.    The SME interviews were an important first step in conducting the job analysis study because they helped determine which data collection method was most appropriate for obtaining a full and unbiased picture of the jobs at issue.  From this, I determined that the most appropriate methodology for collecting valid and reliable data related to the work Nike employees perform and the skill, effort, responsibility, and working conditions associated with that work was through structured interviews with a sample of current Nike employees in Covered Positions.  Responses to the structured interview questions would form the basis of my opinions regarding the degree of variability among the jobs held by Nike employees.  A description of this methodology and the job analysis study results follow.

**Identifying the Topics to Include in the Interviews**

34.    To develop the structured interview in this job study, I first identified the appropriate topics to include in the interviews and then designed questions to ask employees about those topics.  One source I considered to generate the relevant topics was the statutes at issue in the First Amended Class and Collective Allegation Complaint - the federal Equal Pay Act and the Oregon Equal Pay Act, along with their associated regulations - which offer guidance for defining which employees are appropriately grouped for purposes of analyzing

compensation.  I then designed interview questions that would address the characteristics of work that are articulated in those laws and regulations.

35.     To start, the federal Equal Pay Act states as follows:

No employer having employees subject to any provisions of this section shall discriminate, within any establishment in which such employees are employed, between employees on the basis of sex by paying wages to employees in such establishment at a rate less than the rate at which he pays wages to employees of the opposite sex in such establishment for **equal work** on jobs the performance of which requires **equal skill, effort, and responsibility**, and which are performed under similar **working conditions**.... (29 U.S.C. § 206(d); emphasis added)

36.     The Oregon Equal Pay Act similarly prohibits employers from discriminating against employees in compensation for "work of a comparable character," providing that:

It is an unlawful employment practice under ORS chapter 659A for an employer to: (a) In any manner discriminate between employees on the basis of a protected class in the payment of wages or other compensation for **work of comparable character**. (ORS 652.220; emphasis added)

37.     The federal regulations to the Equal Pat Act helpfully provide additional guidance and clarity on how to interpret and define equal "skill, effort, responsibility," and "working conditions," as those terms are used in the Equal Pay Act.  For example, the regulations state that, when evaluating whether jobs require equal "skill," this includes "consideration of such factors as experience, training, education, and ability" (29 C.F.R. Part 1620 The Equal Pay Act § 1620.15).  Likewise, when evaluating whether jobs require equal "effort," the regulations list several factors for consideration, including amount or degree of effort, physical or mental exertion, mental fatigue, and stress (29 C.F.R. Part 1620 The Equal Pay Act § 1620.16)

38.     Further, when evaluating whether jobs require equal "responsibility," the regulations specify "degree of accountability" and "importance of the job obligation" as factors for consideration (29 C.F.R. Part 1620 The Equal Pay Act § 1620.17(a)).  This section of the

regulations also provides several illustrative examples for evaluating equal responsibility, such as whether a job has supervisory duties and authority to make decisions that may materially affect the business operations (29 C.F.R. Part 1620 The Equal Pay Act § 1620.17(b)).

39.     Finally, to evaluate whether jobs are performed under similar "working conditions," the regulations list the following factors for consideration: surroundings such as toxic chemicals or fumes regularly encountered by a worker, and their intensity and their frequency; and hazards such as physical hazards regularly encountered, their frequency, and the severity of injury they can cause (29 C.F.R. Part 1620 The Equal Pay Act § 1620.18).

40.     The regulations to the Oregon Equal Pay Act (contained in the Oregon Administrative Rules, or "OAR") also provide guidance and clarity on "work of comparable character," as that phrase is used in the Oregon Equal Pay Act.  The factors listed in the Oregon regulations closely mirror the factors specified in the federal regulations,[22] stating that:

> As used in ORS 652.210 to ORS 652.235 and these rules, "work of comparable character" includes substantially similar **knowledge, skill, effort, responsibility and working conditions** as defined or described as follows, with no single factor being determinative. (OAR 839-008-0010; emphasis added.)

41.     The Oregon regulations (OAR 839-008-0010) further provide a list of considerations that may be used to evaluate each factor:

    a.   "Knowledge" considerations may include certifications, licenses and certificates, education, experience, and training.

    b.   "Skill" considerations may include ability, agility, coordination, creativity, efficiency, experience, and precision.

---

[22] One difference is that the Oregon regulations list knowledge as a separate factor from skill, whereas the federal regulations combine the two.  The specific examples of knowledge in the state regulations (e.g., education, experience, training) are also included in federal regulations, but categorized as a part of skill.

c.  "Effort" considerations may include the amount of physical or mental exertion

needed, the amount of sustained activity, and the complexity of job tasks

performed.

d.  "Responsibility" considerations may include accountability, decision-making

discretion or impact of an employee's exercise of their job functions on the

employer's business, amount, level or degree of significance of job tasks,

autonomy or extent to which the employee works without supervision, the extent

to which the employee exercises supervisory functions, and the extent to which an

employee's work or actions expose an employer to risk or liability.

e.  "Working condition" considerations may include work environment, hours (e.g.,

alternative scheduling such as split shifts, level of busyness during hours of work,

limited duration assignments, number of hours, overtime hours, part-time or full-

time work), time of day (e.g., shift differentials related to the day of the week or

time of day), physical surroundings (e.g., air quality, distractions, dust, exposure

to weather, isolation, lighting, noise, physical design or layout of workspace,

temperature, ventilation, wetness), and potential hazards (e.g., degree or severity

of potential injury, frequency of exposure, intensity, physical hazards, risk of

injury, toxicity).

42.    I also considered Title VII of the Civil Rights Act of 1964.  Job analyses are

commonly conducted by I/O psychologists to address allegations of discrimination in violation

of Title VII.  Generally, job analyses conducted in this context are designed to capture data on

the work performed by employees and KSAs required to perform that work effectively.[23]  An

---

[23] Cascio & Aguinis (2018), Sackett, Walmsley, & Lazco (2003); Strah, Rupp, & Morris (2021).

evaluation of work performed and KSAs is generally consistent with the factors considered under the Equal pay Act.

**Developing the Interview Questions**

43.    To formulate interview questions that would generate information most helpful to the court or jury, I designed them to collect detailed data on the topics specified in the above-referenced statutes and regulations.  In addition, I considered the type of work performed by Nike employees (based on SME interviews) and typical job analysis practice when formulating the interview questions.[24]  The factors specified in the relevant statutes and regulations are likely to be evident in different ways, depending on the work environment.  For example, factors such as "mental exertion" may look different in different jobs, so questions were written to be as specific as possible to the range of work that Nike employees perform.  In addition, certain factors did not apply to these employees such as part-time or full-time status.  I, therefore, did not include questions about these topics (e.g., full-time vs part time work).  Based on the information collected through the document review and SME interviews, I identified multiple topics to include in the structured interview questions, which are listed in **Table 1**.

---

[24] The *SIOP Principles* (2018), for example, state that the nature of the work should be considered in the design of a job analysis.

**Table 1. List of Topics Included in Structured Interviews**

| Factor | Interview Topics |
|---|---|
| Work Performed | • Tasks and activities regularly performed<br>• Work performed outside of normal job duties<br>• Changes to the job over time |
| Skill / Knowledge | • Knowledge, Skills, and Abilities required to perform work effectively<br>• Prior Work Experience<br>• Training Received<br>• Education<br>• Creativity<br>• Efficiency<br>• Precision |
| Effort | • Mental Fatigue<br>• Stress<br>• Physical Exertion<br>• Complexity<br>• Travel |
| Responsibility | • Degree of Accountability<br>• Importance of Work<br>• Supervision of others<br>• Decision-making authority |
| Working Conditions | • Surroundings<br>• Hazards<br>• Work Hours |

44.     To capture data on each of the topics listed in Table 1, I generated 102 interview questions.  The interview questions were organized into eleven sections, each section designed to elicit information about a different aspect of interviewees' work and job characteristics. The sections were: (1) Job Duties, (2) Role in Organization, (3) Work Team Structure, (4) Work Characteristics, (5) Decision Making, (6) Supervising Others, (7) Experience, Training, and Education, (8) Working Conditions, (9) Hours Worked, (10) Extra Roles, and (11) Changes to Job.  A list of all interview questions asked is provided in Exhibit 5.

45.     All interview questions were written following established best practices for obtaining unbiased, accurate interviewee responses.[25]  Namely, questions used neutral wording to avoid leading participants to provide any particular response, and the language was clear, understandable, and concise to maximize participant comprehension.  In addition, when appropriate, we used Nike terminology (e.g., "Geography," "Product Engine") gathered from the leadership interviews and documents so the meaning of the interview questions would be clearly and consistently understood by Nike employees.

46.     Most interview questions were open-ended, allowing the participant to give a tailored response to each question.  However, several questions were multiple-choice, which allowed us to use them for "filtering," (i.e., only asking subsequent questions were appropriate to ask the participant).  For example, if a participant responded that they did not work as part of a team, questions about the team structure and roles within the team were not asked.  This also allowed us to eliminate participant confusion that could have resulted from being asked questions that are irrelevant to their particular job (though which may be relevant to other Nike jobs).

**Pilot Testing the Interview Questions and Process**

47.     Following scientific guidelines and recommended practice, we pilot-tested the structured interview with Nike employees to check the clarity of the questions and the acceptability of the interview process.[26]  Two pilot interviews were conducted following the same interview protocol as the later interviews (described in the "Interview Protocol" section) to evaluate whether the process for conducting the interview was appropriate.  Each pilot interview took approximately two hours.  At the conclusion of each interview, the interviewer asked

---

[25] Cascio & Aguinis (2018); Krosnick & Presser (2010).
[26] See, for example, Gael, S. (1983); Harvey (1991).

interviewees for detailed feedback on different aspects of the interview, such as the communication process, their comfort in providing honest responses, clarity of instructions, and clarity of interview questions. We made some modifications to the interview based on their feedback, such as adding more detail to clarify the wording to some questions and eliminating a few questions that overlapped with other questions. Because all changes were minor, we retained data from the pilot survey in the final dataset and determined that no additional pilot testing was necessary.

**Sample Selection**

48.     I selected two independent samples to evaluate the degree of variability between Job Codes (Sample 1) and within Job Codes (Sample 2) for Covered Positions at Nike. The population from which both Samples were selected was the same: current female Nike employees in Job Codes within the Covered Positions. In other words, these are the eligibility criteria that an employee needed to meet to participate in an interview for the job study. Consistent with typical job analysis practice, only current employees were eligible to be selected because employees currently performing the job are most knowledgeable and can provide accurate information about the work they perform. In addition, employees must have met minimum performance expectations in the prior year to be eligible to be selected.[27] This helps to ensure that employees have demonstrated their ability to perform the job adequately. Both samples were selected using stratified random sampling techniques to ensure that the sample is unbiased and, within the limits of chance, is representative of the population. These samples are described further below.

---

[27] Employees with the lowest performance rating of "Inconsistent" were not included in the sample.

49.    **Sample 1.** Sample 1 was selected to evaluate the degree of variability between jobs held by employees in Covered Positions at Nike.  Based on my experience, I determined that a sample of 60 individuals would be sufficient to capture a broad range of jobs at Nike.[28] The sample was stratified based on Function to ensure that employees in each Function were not over-represented or under-represented in the sample.

50.    To select the sample for Sample 1, I first created a population profile based on the most current employee data (dated 3/17/2021) in which the number and percent of eligible employees (i.e., current female Nike employees in Covered Positions) in each Function were calculated.  Next, I calculated the number of eligible employees from each Function who should be sampled to approximate the eligible population profile as a whole as closely as possible.  I then assigned all eligible employees in the population a random number using a random number generator (RANUNI function) within SAS statistical analysis program.  Within each Function, employees were sorted by the random number and then selected in order until the total from each Function had been selected.

51.    After generating the initial sample, the list was reviewed by Nike to determine if any of the employees in the sample were ineligible to participate.  An employee was considered ineligible if the employee's status was not "active," meaning they no longer worked for Nike, were on a leave of absence, or worked in a Job Code that was not a Covered Position in the Snapshot data (e.g., newly created Job Codes). Several employees were identified as ineligible, and those employees were replaced in the sample by the next random employee in the stratum.

---

[28] There are not widely agreed-upon standards for the proper sample size (*see, e.g*., Kaye & Freedman, 2011) so professional judgment is typically required to determine whether a sample is sufficiently large.

52.    Table 2 shows the comparison of the population percentage to the sample percentage by function.  As shown in Table 2, the percent of the sample in each function is extremely close to the percent of the eligible population in each function.[29]

**Table 2. Comparison of Sample to Population in Sample 1**

| Function | Population[30] | Population Percent | Sample | Sample Percent |
|---|---|---|---|---|
| Communications | 79 | 1.9% | 1 | 1.7% |
| Corporate & Government Affairs | 41 | 1.0% | 0 | 0.0% |
| Corporate Services | 147 | 3.5% | 2 | 3.3% |
| Data Analytics | 211 | 5.0% | 3 | 5.0% |
| Design | 362 | 8.5% | 5 | 8.3% |
| Digital | 440 | 10.4% | 7 | 10.0% |
| General Management | 19 | 0.4% | 0 | 0.0% |
| Legal[31] | 23 | 0.5% | 0 | 0.0% |
| Logistics & Services | 347 | 8.2% | 5 | 8.3% |
| Manufacturing & Sourcing | 267 | 6.3% | 4 | 6.7% |
| Marketing | 364 | 8.6% | 5 | 8.3% |
| Merchandising | 261 | 6.2% | 5 | 6.7% |
| Product Creation | 632 | 14.9% | 9 | 15.0% |
| Product Management | 121 | 2.9% | 2 | 3.3% |
| Program/Process Excellence | 253 | 6.0% | 2 | 6.7% |
| Retail | 186 | 4.4% | 3 | 5.0% |
| Sales | 128 | 3.0% | 2 | 3.3% |
| Sports Marketing | 45 | 1.1% | 0 | 0.0% |
| Strategic Planning | 49 | 1.2% | 1 | 1.7% |
| Technology | 263 | 6.2% | 4 | 6.7% |
| Unassigned | 2 | 0.0% | 0 | 0.0% |

53.    The sampling procedure for Sample 1 resulted in a sample of employees from a broad range of Covered Positions within Nike WHQ; it included employees from 16 different functions, 41 Job Families, 47 Job Sub-Families, the four Pay Bands (L, U, E, and S), 9 Levels,

[29] We found that two employees moved into a Job Code within a different function between the time they were selected and their interview.  These changes are reflected in Table and the sample closely mirrored the population.
[30] The population for our sample was current female employees in "Covered Positions."
[31] The majority of the legal department was excluded, but non-attorneys and non-paralegals assigned to the "Legal" function could be included based on the criteria specified in Cahill_Nike - 2020.11.22 Letter.pdf.

59 Job Codes, and 60 Positions.  The tenure of the sampled employees ranged from 0.94 years to 25.37 (Average=8.56 years, Standard Deviation=6.57 years). See Exhibit 6 for a comparison of the population to the sample on different variables.

54.    **Sample 2.** I selected a second, independent sample to help determine the degree of variability *within* Job Codes for Covered Positions at Nike.  For this sample, I selected Job Codes with a large number of eligible employees[32] because many Job Codes have only one or zero eligible employee(s), preventing an evaluation of within Job Code variability.  I, therefore, identified the Job Codes with the most eligible employees in each Level, then selected Job Codes with the most eligible employee in each of the three most populous bands with the most eligible employees (L, U, and E).[33]  This approach ensured that the selected Job Codes were evenly distributed across Bands and were classified into different Levels.  In addition, all selected jobs codes are in different Functions.  The Job Codes selected for Sample 2 are shown in Table 3.

**Table 3.  Job Codes Selected for Sample 2**

| Function | Job Code | Job Name | Band | Level | Eligible Employees |
|---|---|---|---|---|---|
| Data Analytics | A3118 | PROF LEAD: D&A INSIGHTS | U | LEAD PROFESSIONAL | 29 |
| Digital | A2662 | MGR: SW ENG | U | MANAGER | 14 |
| Manufacturing & Sourcing | A0971 | SUPV: MFG | L | SUPERVISOR | 11 |
| Marketing | A1044 | PROF EXPERT: BRAND/CATG MKTG | E | EXPERT PROFESSIONAL | 27 |
| Technology | A0727 | DIR: IT MGMT | E | DIRECTOR | 26 |

[32] The same eligibility criteria were used for Sample 1 and Sample 2, i.e., current female Nike employees in Job Codes within the Covered Positions.

[33] We initially selected a sixth Job Code but learned that several of the employees moved to a different Job Code prior to the interview.  These data were not analyzed because they were not useful for characterizing the degree of variability within Job Code.

55.     Once the Job Codes were selected, I randomly selected five employees from each Job Code using the same randomization procedure used for Sample 1.  We followed the same procedure to determine which employees were ineligible and replaced those who did not meet the eligibility criteria.  The final sample included 30 employees.[34]

**Interview Protocol**

56.     To standardize the way in which we conducted the structured interviews, I developed a detailed interview protocol and interview script that all interviewers followed.  The interview protocol specified the procedures interviewers must follow to prepare for, conduct, and conclude each interview.  Interviewers followed the interview script which directed them to read interview instructions to interviewees throughout the interview, to ask all interview questions verbatim, to present standardized answers to questions employees might ask during the interview (FAQs), and to record responses as close to verbatim as possible.  We designed this protocol to ensure that interviews were unbiased, controlled, consistent, and ran smoothly.  A copy of the Interview Protocol is attached as Exhibit 7.

57.     As reflected in the Interview Protocol, for open-ended questions, interviewers were instructed to use specific follow-up questions ("probing questions") as needed to ensure that the employees' responses were clear and provided sufficient detail to answer the question.[35] The probing questions used neutral wording so that employees were not led to provide a particular response.  When necessary, interviewers asked a probing question such as "Can you please clarify what you mean by that?" "Can you please elaborate/tell me more about that?" or "Can you please provide an example to illustrate what you mean by that?"

---

[34] One employee was randomly selected for both Sample 1 and Sample 2.  This employee's data was used for both sets of independent analyses.
[35] *See*, Van De Voort & Whelen (2012).

**Communication Plan**

58.     Next, we developed and implemented a structured communication plan to ensure that the correct employees from each Sample were notified about the study and that each selected employee received accurate and standardized information before they participated in an interview.  Standardized messaging helps avoid concerns that differences in employee responses are the result of inconsistent communication before the interview and concerns that employees were encouraged to provide particular responses during the interview.  All employees selected for interviews received the same invitation email from an employee in Nike's legal department, which we helped to prepare and approved before it was sent out.  The email informed the employee of several items, such as Nike has asked an external company to conduct a study of different jobs, the recipient has been invited to participate in an interview about their job, the information in the interview will not be used to evaluate or reward any Nike employees, the interviews will be conducted via Zoom, and the interviews would last approximately two hours. The invitation email also asked the employee to respond with dates and times in which they were available to conduct the interview.  The text of the invitation email is attached as Exhibit 8. When the employees responded with their availability, a BRG consultant sent an electronic calendar invitation to the employee with a Zoom meeting link for the interview.

59.     Participation in the interview was encouraged but was not mandatory, as demonstrated by the two employees who declined to participate from Sample 1 and the one employee who declined to participate from Sample 2.[36] If the employee did not respond to the invitation email, up to two follow-up emails were sent asking the employee to respond with their

---

[36] For Sample 1, an additional nine employees did not respond to communication regarding the study, and another seven indicated that they did not have the availability to participate. For Sample 2, twelve employees did not respond to communication about the study, one was out of the office during the interviews, and an additional two were unavailable.

availability for an interview.  If necessary, a follow-up phone call was also made to employees to

ask for their availability.  The follow-up emails and phone calls also followed a standardized

script that mirrored the initial invitation email.  If an employee did not respond to these attempts

to contact them, they were replaced in the respective Sample by the next random employee after

confirming they did not meet any ineligibility criteria.[37]

**Interviewer Briefing**

60.    Before commencing the interviews, we conducted a two-hour briefing for all

interviewers.[38]  During the briefing, I provided all interviewers with an overview of the project,

an overview of Nike's job architecture, logistics for conducting the interview, detailed

information about the interview content, and expectations for conducting interviews.  The

briefing ensured standardization of the data collection process across interviewers, which allows

differences in participant responses to be interpreted as actual differences in the work performed,

rather than differences in the way the interviews were conducted.  Following the briefing, all

interviewers completed a post-briefing assessment to ensure they received and understood the

relevant information.  All interviewers answered all questions on the post-briefing assessment

correctly.

61.    In addition, I asked interviewers to listen in on an interview that I (or my highly

experienced colleague) conducted to observe how the interviews should be conducted.  After

that, I (or my colleague) listened in on an interview conducted by the other interviewers to

ensure that they were following the protocol and conducted the interview as expected.  I also

---

[37] The employee participation rate was consistent with participation rates in studies collecting job analysis data (Anseel, Lievens, Schollaert, & Choragwicka, 2008; Stetz, Beaubien, Keeney & Lyons).
[38] Two identical briefing sessions were held to accommodate interviewer's availability.  Each interviewer attended one of the two sessions.  Including me, our team consisted of nine interviewers, who were experienced BRG consultants or external consultants with graduate training in I/O Psychology.

checked in with interviewers at various times throughout the interview period to see if they had encountered any significant issues (none were reported). These steps gave me confidence that all interviews were conducted in a standardized and appropriate manner.

**Conducting the Interviews**

62.      Each interview was conducted via the Zoom online meeting platform. The interviewer logged on to Zoom a few minutes before the scheduled meeting time so that they would be prepared to begin the interview when the employee joined. After the employee joined the meeting, the interviewer greeted them, introduced themselves, and shared their screen so that the employee could read all instructions and questions as they were verbalized by the interviewer, and see all recorded responses as the interviewer typed them. As part of the interview instructions at the beginning of the interview, employees were encouraged to review the responses as they were typed and to request any changes or edits. This feature ensured that the typed responses accurately captured the employee's verbal response and eliminated the possibility that the interviewer misheard or misinterpreted a statement.

63.      Each interview lasted approximately two hours. Some interviews were completed in approximately one and half hours and others took approximately 3.5 hours We did not experience any significant technical issues during interviews.[39] All interviews were completed between July 29, 2021, and September 24, 2021. The responses that were typed during the interview were exported from the online tool (Alchemer) and converted to an Excel spreadsheet so that the responses could be reviewed, analyzed, and compared.

---

[39] During one interview, the interviewer accidentally clicked a button that cause an error in the survey. This was resolved in a few minutes and the interview resumed with only a minor interruption.

**Additional Features to Maximize Reliability of Interview Responses**

64.    To further ensure that the data from the structured interviews were reliable and valid, I incorporated numerous features into the design of the structured interview questions and execution in addition to those described previously.  Each of these features is consistent with best practices when collecting self-reported data.[40]

a.  Examples and definitions of key terms were provided throughout the interview to ensure consistency in the interpretation of those terms (e.g., skill, ability). Feedback from the pilot participants confirmed that the questions incorporating these terms were clear and understandable.

b.  We asked employees to report their personal experiences in their current job only. This minimized recall issues that could have occurred if employees were asked to describe work they performed in prior jobs.

c.  Response options and instructions were included to prevent employees from "guessing" if they did not know the answer to a question.  At the beginning of the interview, employees were instructed not to answer any question that they did not know the answer to or did not understand.  In addition, multiple-choice questions also included a response option of "I don't know."  In some instances, employees reported they did not know the answer to some questions, indicating that this instruction was effective.

d.  Only BRG and the interviewed employee were present for the interview.  No attorneys or other Nike employees were present.  In the invitation email and the

---

[40] See, for example, Diamond (2011), Kahneman, Slovic, & Tversky (1982), Schwarz, & Oyserman (2001), Sudman, Bradburn, & Schwarz (1996)

interview introduction, employees were told the study was being conducted by an external firm.

e.  Interviews were administered both verbally and visually to reduce potential limitations with a single mode of administration.  Employees had the advantage of hearing and reading all instructions, questions, and their recorded responses.

## JOB ANALYSIS RESULTS – SAMPLE 1

65.    The structured interview data from Sample 1 reveals a high degree of variability between employees in Covered Positions in the work they perform, as well as the effort, skill, responsibility, and working conditions associated with that work.  The degree of variability between employees is also consistent with the large number of Job Codes and Position Titles and the wide range of Functions within the Covered Positions.

66.    In particular, employees reported performing a wide range of job duties, which required a wide range of KSAs.  The data show that many employees in covered positions have almost no overlap in the daily work duties, or the KSAs required to perform that work effectively.

67.    The prior work history and educational background of employees in Covered Positions also varies widely, which suggests employees possess either different entirely KSAs in some cases and/or different levels of the same KSAs in other cases.  Because these factors (work history and educational background) typically influence pay decisions, it is important to account for these individual differences when modelling pay.  Failure to do so will result in imprecise models that have the potential to produce erroneous conclusions with respect to whether female employees are paid less than male employees for similar work.

68.    The job analysis results also showed that common pay factors such as education and prior work experience also vary in the degree to which they are related to employees' current job.  The impact of this finding is that simply knowing whether an employee has a college degree or the number of years of experience is not sufficient to accurately predict one's pay.  In other words, it is conceptually problematic to assume that the impact of education and prior experience would be the same for an employee with a degree that is unrelated to their current job as it would be for another employee whose education and experience is directly relevant to their current job.

69.    It would be similarly problematic to assume that the impact of education and experience would be the same for all jobs.  One would first have to determine the extent to which an employee's education and prior experience are related to their current job, which would require an analysis of the KSAs obtained from education and prior work experience and the KSAs required in one's current job.  Such an analysis would need to be done on an individual basis.

70.    Employees also reported variation in responsibility, even for employees within the same Level.  The data also how some differences in effort and working conditions, although these factors did not vary to the extent the other factors did.

**Analysis Process**

71.    The responses to all interview questions are attached as Exhibit 9.  The interviews resulted in more than 800 pages of data.  In the following sections, I summarize the large volume of data which were analyzed in several ways.  Many employee responses to the Nike Job Study open-ended interview questions were detailed and lengthy. To facilitate the communication of this detailed information, we used a "content analysis" approach. Content analysis is a technique

for extracting quantitative data from qualitative data.[41] To execute this process, we identified relevant themes or topics of particular interest and assigned a numeric code to each one. We then reviewed each comment to twenty-three interview questions and assigned one or more of the numeric codes based on the content of the employee response.  Using this approach allowed us to calculate the frequency and proportion of employees who mentioned specific topics during their interviews or provided responses that fit into specific categories.

72.    Consistent with best professional practice, we used a process to maximize the reliability of the data. After performing an initial review of the data, my team and I designed coding schemes for specific questions to help summarize the data in the most useful way.  The two coders then met to review and discuss the coding schemes in advance and to calibrate how they would be applied. At the end of the meeting, each rater had a consistent understanding of the responses they are coding, the coding scheme and rules, and how to assign and record their codes. The meeting included a review of several responses and a discussion to ensure that raters were applying the codes consistently. Once both coders were calibrated, they each reviewed the same interview responses and independently coded them using the coding scheme. After both coders completed their review of responses, the codes were compared. The calculated level of interrater reliability for this process was 97%, indicating a high level of agreement and highly reliable data.[42] Consistent with accepted practice[43], the coders then discussed the small number of coding discrepancies and reached a consensus on a final code. I then reviewed the coding results and performed a spot check to compare the coding to the full responses, and found the codes to be accurate in all instances. The content analysis process enables the information to be

---

[41] Krippendorff (2018); Schreier (2012); Stemler (2000).
[42] Schreier (2012).
[43] Schreier (2012).

summarized efficiently but does not contain the detail present in the employees' responses. Therefore, examples are provided throughout the following sections to illustrate the detailed responses.

73.     Through the content analysis process, we also learned that for some questions, the responses were so unique that they could not be placed into categories (or a separate category would be required for almost all responses).  In these cases, we provide examples of responses in the following sections.  Finally, some of the interview questions were closed-ended, and for those questions, responses are summarized by providing the percentages of employees who provided different responses.

74.     In the following sections, when a specific response is provided as an example, I provide the interview number, Position Title, and Function to identify the employee who provided the response.  The sections are organized according to the five factors identified and listed in Table 1.

**Work Performed**

75.     We asked employees multiple interview questions related to the work they perform. These questions covered topics which included: tasks and activities regularly performed, work performed outside of their normal job duties, and changes to the job over time. Below, I summarize responses to specific interview questions related to these topics.  Examples of responses to the question "Briefly describe your major responsibilities in your current job" are below.  Employees provided very detailed responses to this question which provided valuable data to determine the degree to which job duties between employees were similar or different. We received a wide range of responses to this question, reflecting the wide range of job duties performed by Nike employees.  The responses below help illustrate this vast difference:

- [ID 22: NA STRATEGY MANAGER in the STRATEGIC PLANNING Function]: "In Strategy, we would say we have three buckets to our work: one is chief of staff, one is Quarterback the offense (project management), write the future (strategy work). Those are the three major responsibilities in my job description. A fourth one would be to onboard the team, which is an unofficial responsibility, but I have mentored and have onboarded my third new hire. For chief of staff, we call it dotted-line, I dotted-line into the VP of North America Kids. I am her acting chief of staff, so I meet with her regularly to help with any of her team management projects. I am currently building a deck for her all-hands meetings. I run her off site meetings (and plan). I coordinate a lot of the information that she wants to present, wherever that may be. For quarterback the offense (project management), when we write a big strategy and it is approved and becomes a project, I manage that project. For example, we are doing this now with a project for Foot Locker (so setting up and launching new projects to manage). This is a lot of cross functional and process driven work. It can also be project managing the business, so when it comes time to report on Kids business or North America business, we do that. So I did that for five quarter. For write the future, that is when we create a vision - be visionaries about what we want. What is the future of North America kids? So I just finished writing the NA Kids marketplace, and I just got done presenting that. So that is a lot of story telling and streamlining information."

- [ID 23: NA - CDM NFS/VALUE RETAIL BRAND SPEC in the MARKETING Function]: "I am responsible for 365 evergreen retail brand, this encompasses in-store signage (including both evergreen plus seasonal initiatives). I am also responsible for Nike clearance store marketing (for New Doors and Relocations). The third bucket of my

role is Unite grand openings (so opening doors and creating a new strategy for opening

doors going forward)."

- [ID 29: BI ANALYST in the DATA ANALYTICS Function]: "I am in the digital loss

  prevention team, so my job is to analyze fraud data. As we surface potential fraud

  patterns, we'll investigate to identify potential business roles, automatically analyze the

  data to improve our digital loss prevention."

76.    The three examples above were selected to illustrate the range of responses.

However, nearly every employee we interviewed described a unique job.  To demonstrate this,

we selected five random employees and copied their responses into **Table 4** along with their

function and Job Code.  A review of these responses shows very different job duties.

**Table 4: Randomly Selected Responses: Briefly describe your major responsibilities in
your current job.**

| ID | Function | Job Code | Position Title | Participant Response |
|----|----------|----------|----------------|----------------------|
| 52 | Marketing | A1047 | SR DIR, NA MKTG LEAGUES & ATHLETES | I **lead a team of marketers** who are responsible for strategy and management and execution of our **partnerships with all of our leagues and other sport partners, our key athletes, and our grassroots work** in North America. |
| 34 | Logistics & Services | A0864 | MGR INVT PLANNING | I'm working with **supply and inventory planning**, we manage to bring the supply to fulfill the demand from the marketplace. That's the primary goal.  We manage the end to end supply to minimize any risk in the supply chain. With that it's no supply or lateness. That's overall.  Monitor, we track and communicate any risks or opportunities in the supply side. |
| 46 | Logistics & Services | A2820 | INP: SC DEVELOPMENT ASSC | **Right now I am in a Global leadership program.  It lasts for two years**.  I started in 2019, this is the last week that I will still be in this program.  I anticipate of my role next month. In these 2 years, I rotated in 4 different roles under the Global Operations and Technology Organization.  Each role takes six months. The main purpose of this program is for us to learn the end-to-end supply chain in Nike, meanwhile develop our leadership skills to become a Nike leader. |

| ID | Function | Job Code | Position Title | Participant Response |
|---|---|---|---|---|
| 12 | Product Creation | A2774 | MATERIAL MANAGER, NXT FTWR MTLS | I am responsible for **developing new materials to improve the performance, cost, or sustainability of footwear**.  I'm responsible for evaluating new vendors and new material concepts.  I have a background in chemistry so I use that background to evaluate new concepts.  I do a lot of vendor management - I correspond a lot with vendors.  I am guiding the vendors with my knowledge to develop the materials we need for Nike.  This includes setting up contracts, deliverables, timelines. There are a lot of vendors because its materials vendors and testing suppliers (external testing resources).  I'm in contact with 8-10 vendors in a monthly basis.  Materials that go into shoes are made of plastics, foams, rubbers, polyester, cotton, ethylene vinyl acetate (its usually a flexible material). Another area of responsibility is career development and coaching or my direct reports. Another part of the job is to make more of myself in the job by influencing other parts of the business to be better partners, so I use my technical background to translate technical aspects to other groups within Nike to get the right resources and decision-makers to help us from their various functions to help accelerate. This would be any group that touches materials (e.g., chemical engineers, legal, corporate development) to make sure that we are aligned on the major goals. |
| 14 | Digital | A2988 | DIR, PRODUCT MANAGEMENT | As a product director, **major responsibilities are leading the prioritization and implementation of order management processes and representing MPO (market place operations), business needs and strategic innovation projects**. Within that I manage, and responsible for the portfolio of work and as a people manager I manage multiple direct reports. Lastly, I'm responsible for relationships for maintaining and developing collaborative relationships with relevant business stakeholders and geo MPO partners. I drive approval of assigning business value to recommended work.  I confirm return investment with tech partners, I present our AOP (our final budget) to SLT (senior level) and executive level leadership for approval.  On a program level, identifying and escalating risk issues and roadblocks - and driving resolutions. Communicating program status as well as project status, milestones |

| ID | Function | Job Code | Position Title | Participant Response |
|---|---|---|---|---|
| | | | | and achievements. Responsible for signing off on commitments, making sure they are delivered on time and in budget. I am responsible for prioritizing our technology backlog and ensuring that our tech teams understand all requirements. Coaching and mentoring my direct reports. Developing and promoting talent. |

Note:  Emphasis added.

77.    We also asked participants whether their role was specific to a particular area of the business, which we learned from the leadership interviews may impact the work performed by employees.  For example, some employees are assigned to one of four "Geographies" (Global, EMEA, APLA, and North America), which means that their work is related to a certain portion of the globe.  Some employees are assigned to a specific "Product Engine" (footwear, apparel, or equipment), meaning that they specialize in a particular type of product. Some employees are assigned to a specific Sports Category (i.e., dimension), such as running, basketball, football/soccer, training, sportswear, or Jordan Brand.  Some employees are assigned to a specific consumer Product Line (i.e., gender), meaning they specialize in men's, women's, or kid's products.  During the interview, we asked – and employees reported —whether they were assigned to any of these specializations and if so, whether and how their specialization impacts the work they perform.

78.    With respect to Geography, 10% of participants reported that they were assigned to the APLA (Asia Pacific, Latin America) Geography and 20% were assigned to the North America Geography (the remaining employees were not assigned to a specific Geography or

reported "Other").  Of those assigned to a specific Geography, some employees stated that the Geography impacts their work, while others stated it did not impact their work or did not know how it impacted their work.  Examples of responses to the question "Do you know if the Geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different Geography?" are below:

- [ID 29: BI ANALYST in the DATA ANALYTICS Function]: "Absolutely for certain it does. Although we work with other geo in digital loss prevention each geo presents unique fraud trends and analytics to make each geo successful."

- [ID 23: NA - CDM NFS/VALUE RETAIL BRAND SPEC in the MARKETING Function]: "Yes, because my role is so ingrained with the consumer. A consumer that shops in the North American retail environment would be different than a consumer that shops within a different geography."

- [ID 31: NORTH AMERICA CREATIVE PRODUCER in the DESIGN Function]: "I don't believe so. The only difference is the location where we actually produce the work. We are in North America, whereas Global would be all over the world."

- [ID 39: NA DIRECT RE CONSTRUCTION PROJECT SPEC in the RETAIL Function]: "I don't know how they do it in other geographies."

- [ID 44: APLA - VISUAL MERCH MKTG MANAGER in the MARKETING Function]: "Absolutely. APLA is the most diverse marketplace, inclusive of 50 countries. More so than any other geo, our work needs to be adapted and tuned to our various territories in order to land with the consumer. In my function, there are less managers than in any other geo."

- [ID 47: SR DESIGNER in the DATA ANALYTICS Function]: "I believe so. Specifically, I know that there are quite a few differences between the work I do on the product page in North America compared to that work being done in greater China."

79.    For Product Engine, 13% of participants stated that they are assigned to apparel, and 18% reported that they are assigned to footwear (the reminder reported that they were not assigned to a Product Engine or responded "Other").  Most of these employees reported that the Product Engine impacts their work, although some said that it did not.  Examples of responses to the question "Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?" are below:

- [ID 19: SR IMAGE ARTIST in the PRODUCT CREATION Function]: "Absolutely. A T shirt is different than a shoe, so creating schematics for a T shirt is different than creating schematics for a shoe. The nature of the product is what is unique to this product engine in terms of what I do."

- [ID 33: MGR, FW 3D CONCEPTING - TOOLING in the PRODUCT CREATION Function]: "Yes, because we only work on footwear. There is more 3D modeling in footwear than in the other Product Engines and other programs are used for apparel."

- [ID 38: AP DEVELOPMENT MGR NA EXPRESS LANE in the PRODUCT CREATION Function]: "Yes, apparel is very different from footwear and equipment. We have different capability in factory machinery, apparel construction and patterns."

- [ID 40: PRODUCT LICENSING MANAGER, GPL in the MERCHANDISING Function]: "No the work would not be any different based on where we are assigned."

- [ID 42: MERCH MGR, WOMENS FW - SOLAR in the MERCHANDISING Function]: "I don't think so."

- [ID 61: DESIGNER II, AP COLOR W PERF in the DESIGN Function]: "Yes, it is different. It is the difference between coloring up apparel v. shoes or accessories. It is different materials, color takes on different materials differently. The briefs are different based on product engine. I think just the overall asks, like what footwear needs v. what apparel needs is different, is a completely different color category. Things that work in apparel wouldn't work in footwear, and vice versa. The skills are transferrable though."

80.    Most of the employees in our sample were not assigned to a specific Sports Category.  However, an employee in our sample was assigned to each of the following sports categories: basketball, Jordan Brand, sportswear, yoga, and Unite (formerly Factory Store).  For these employees, there were mixed responses in terms of whether the Sports Category impacted their work.  Example responses to the question "Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?" are below.

- [ID 18: MATERIALS DEVELOPER I, FW in the MANUFACTURING & SOURCING Function]: "The work would be the same, however the materials usually differ from sports category to sports category."

- [ID 25: SR SOURCING ANALYST in the MANUFACTURING & SOURCING Function]: "Overall, no but the Jordan Brand has a very very high standard of quality, so the ease of which others are able to bring on a factory/partner is the not the same for me.

The high complexity and high quality are the reasons. People have an easier time convincing their category leadership to enter a new factory."

- [ID 42: MERCH MGR, WOMENS FW - SOLAR in the MERCHANDISING Function]: "Yes, because there isn't a sports season to it, meaning there isn't a marathon season for running as an example."

81.    Most of the employees in our sample were not assigned to a specific consumer Product Line.  However, 7% of employees reported that they were assigned to women's, 5% were assigned to men's, and 3% were assigned to kids. Some of these employees reported that the consumer Product Line impacted their work, while others reported that it did not.  Examples of responses to the question "Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?" are below.

- [ID 2: SR DIR, FW TECH DEV- KIDS SP PERF/LIFE in the PRODUCT CREATION Function]: "We have specific kids product creation process. In some cases we follow the adults product line process and in some cases we have our own designs and this effects the timelines we work under.

- [ID 11: PRODUCT DIR, ACC - MENS TEES in the PRODUCT MANAGEMENT Function]: "Yes. The Men's tee business makes up a significant portion of the overall tee revenue. So, as a result, we do more styles, we have more teammates supporting the men's business. So there is a nuance to how the business is staffed and supported because the size of the business is different."

- [ID 70: DIR, GLOBAL PLANNING - WOMENS AP in the LOGISTICS & SERVICES Function]: "Men's and women's are closely aligned. While Kid's and Jordan have

different time constraints. Other than that the work across genders is the same, the difference is in timing."

- [ID 74: SR DIR APLA - WMNS PROD MERCH SPORT PERF in the MERCHANDISING Function]: "I don't think the tasks are different. The time and goals are different."

82.    All employees in Sample 1 reported working as part of a team.  The number of teams that employees are a part of ranged from 1 team to 11 or 12 teams.  Employees' roles within these teams also differed.  Some employees were responsible for leading their team(s), while others contributed specific expertise. Examples of responses to the question "What do you specifically contribute when you work with your primary team to complete work?" are below.

- [ID 3: N2 PRODUCTION SUPERVISOR in the MANUFACTURING & SOURCING Function]: "People management.  I create the schedule so people know where to report. I'm their support person.  Whatever they need to be effective, I'm that person.  For example, if we don't have enough equipment, I will create a purchase order to get that. Sometimes they just need someone to listen to them so they can focus on their work."

- [ID 5: MERCH OPS, POSITION in the MERCHANDISING Function]: "Ensuring SEC business requirements are captured and planned on strategic roadmaps.  Specifically the key priorities are: the retail listings, key brand initiatives, and a partner on third party product. Participate in PI (Program Increment) to ensure key results are captured. Work in close partnership with the technology teams to ensure business requirements come to life."

- [ID 16: PRODUCT MANAGER in the DIGITAL Function]: "I am considered the business expert, so my role is to take business needs, requirements, problems, and

general business perspective on what will or won't work to that group. I do initial testing

to say, 'no this won't work for our users' and I help roll it out to our users. So I am the

person between the tech teams and the user groups. I also tell them the strategy and the

roadmap."

- [ID 29: BI ANALYST in the DATA ANALYTICS Function]: "I share my dashboard

  and insights."

- [ID 31: NORTH AMERICA CREATIVE PRODUCER in the DESIGN Function]: "I

  manage the day to day oversight of creative projects."

- [ID 42: MERCH MGR, WOMENS FW - SOLAR in the MERCHANDISING

  Function]: "I am currently teaching associate managers how to analyze POS [Point of

  Sale] information, working with the analytics team to develop better data tools for my

  team, creating decks and frameworks to be updated every time; I build POS reports,

  analyze my business, create strategy, manage the line plan, pulse on consumer trends,

  brief new product, maintain cross-functional relationships."

**Skill / Knowledge**

83.     It is common that when employees are performing different work, the KSAs

required to perform that work will also differ.  Consistent with this, our data shows that a wide

variety of KSAs are required to perform different jobs at Nike.  We also found that the

technology, software programs, and other tools differed substantially between employees, thus

requiring different KSAs to enable the employee to effectively use those tools.

84.     Employees reported that a wide range of KSAs are required to perform their jobs

successfully.  We found that some KSAs were relatively common (e.g., communication,

presentation, time management), but most were different person to person.  Excerpts from some

responses to the question "What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any" are below.

- [ID 18: MATERIALS DEVELOPER I, FW in the MANUFACTURING & SOURCING Function]: "You have to knowledge about materials properties, material construction."

- [ID 19: SR IMAGE ARTIST in the PRODUCT CREATION Function]: "The biggest would be knowing how to use Adobe software, Illustrater, Photoshop, Indesign."

- [ID 35: DIGITAL EXP LEAD DECIDE, SIZE & FIT in the TECHNOLOGY Function]: "Subject matter expert in size and fit, I know all things sizes, when it comes to footwear, apparel, equipment, across genders and age groups that has been built over the past four years."

- [ID 38: AP DEVELOPMENT MGR NA EXPRESS LANE in the PRODUCT CREATION Function]: "Knowledge of textiles, graphic techniques, apparel factory capabilities, ink types, apparel construction and patterns."

- [ID 47: SR DESIGNER in the DATA ANALYTICS Function]: "Strong knowledge of UX [user experience], UI [user interface] and interaction principles; strong communication skills."

- [ID 51: LEAD PRODUCT MANAGER - LOGISTICS in the DIGITAL Function]: "Understanding inbound logistics, systems, tools, process."

- [ID 65: NA NDDC CITIES & STORES DIRECTOR in the MARKETING Function]: "Strategy planning, drive process (i.e., steps to create model and align all partners to create plans to achieve growth goals/targets), execute analysis from a few data sources, quantitative and qualitative decision making."

- [ID 79: NA NDDC GIFT CARDS PARTNERSHIP MANAGER in the SALES Function]: "Partner relationships/management, having to be really assertive and stand our ground in regards to what channels align with our brand."

85.    We asked employees specifically, "What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?"  Employees reported relying on more than 100 different software programs and tools to perform their jobs.  Many reported commonly-used programs, including Microsoft Office Suite, Zoom, Slack, Adobe Creative Suite (Photoshop, Illustrator), Paypal, Pinterest, Box, Instagram, and OneNote.  However, many employees listed a wide range of specialized programs that require particular knowledge and skill to use.  Examples of less commonly-used technology, software, and programs that participants reported relying on are listed in Table 5.

**Table 5: Sample of Software Used by Nike Employees**

| | | |
|---|---|---|
| Accertify | Feedzai | QA |
| Accurint | Figma | Qbench |
| Adyen | FIGma | Quality Center |
| AFS | Flex | Qualtrics |
| AHA | Forter | R |
| Airtable | Freeform | Relay PPM |
| AKB | GitHub | Rhino |
| AP Tracker | Grasshopper | S3 |
| Apparel PPS | Infinity | SAS Software |
| ASANA | InfoRetriever | Sales Force |
| Athena | Intelex | SAP |
| AV | Jira | Service Channel |
| Branch | Just Enough | Service Now |
| Browsewear | Keynote | Snowflake |
| BVAT | LicidChart | Spinklr |
| Campaign Monitor | Linkfluence | SQL |
| charback.com | LPX | SSBI |
| Claravine | Manhattan | Swoosh Desk |
| Cleintline | Miro | Tableau |
| Clo 3D | MMX | Time Track |
| Cognos | Monarch | TM1 |
| Confluence | MPOS | Trirega |
| Coupa | OEE | TurnTo |
| Cranium | OMOBO | Vizio |
| CSP | OptiText | VOTA |
| CyberSource | PCM | WFM |
| D6 | PCX | WGSN |
| databricks | PMD | WinShuttle |
| E2Open | Power Bi | WorkVivo |
| EJ | Python | Zero |

86.    Employees reported that their work requires varying levels of precision (i.e., work that must be done in an exact and accurate manner). Thirty-one percent reported that their work required a high level of precision and 38% reported that their work must be precise. In contrast, 26% reported that minimal precision was required to perform their work. The remaining 5% of

employees did not provide data. Examples of responses to the question "To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?" are below.

- [ID 8: SR DIR, APLA NIKE DIRECT ANALYTICS in the DATA ANALYTICS Function]: "It requires a high level of precision.  The wrong understanding could have direct implications on the P&L [Profit and Loss] and the bottom line of the company. You have to understand the methodology enough to make sure you know what it's telling you."

- [ID 9: DIRECTOR OF PRODUCT, ACTIVITY TRACKING in the DIGITAL Function]: "The work does not require a high level of precision.  We are talking about working out. The projections and expected outcomes of how our work will ladder up to overall business objectives need to be accurate."

- [ID 16: PRODUCT MANAGER in the DIGITAL Function]: "The nature of the work is not precise. So a very low percentage requires precision. People change their minds, so in an ideal world you get to 80% of what users want but realistically, you are lucky to get to 40%. So you have to be okay with failing fast (to use the latest buzz words). As you build the relationship, that percent increases."

- [ID 56: ART DIRECTOR, GLOBAL - BRAND DEFINING in the DESIGN Function]: "High precision is different for a role like mine compared to someone who is in like finance for example. It is Nike, so everything has to be great and done extremely well and I would say that is magnified because I am on the global team so our standard is a little higher."

87.    We also asked employees the extent to which creativity is important to perform their job effectively.  Creativity is a topic that is specially referenced in Oregon state regulations and is one that is particularly relevant to a subset of Nike employees, especially those involved in designing new styles of footwear and apparel.  However, creativity may also be involved in other jobs, such as finding creative solutions to business problems. Employees reported that their work involves varying levels of creativity:  Not Important (2%), Somewhat Important (20%), Important (42%), Critically Important (33%).  We also asked how creativity is required. Examples of responses from employees who reported "Critically Important" are below:

- [ID 4: TEAM ADMIN LEAD, OFFICE OF SERVE in the CORPORATE SERVICES Function]: "Creativity is required because we are doing something in a way we have never done before or working with something with a clear objective but not a clear path of how to get there. Lots of problem solving, trying different ways to do things to see what works."

- [ID 9: DIRECTOR OF PRODUCT, ACTIVITY TRACKING in the DIGITAL Function]: "As Product Managers one of the most important things is to creatively simplify the user experience for our members. Also to collaborate effectively with our design team. To be a creative problem solver."

- [ID 17: DIR, INSIDER THREAT in the TECHNOLOGY Function]: "It is critically important because we have complex problems to solve, and the threat landscape changes frequently so we need to be allowed to leverage creative thinking to solve problems."

- [ID 23: NA - CDM NFS/VALUE RETAIL BRAND SPEC in the MARKETING Function]: "I have to creatively come up with marketing ideas that are relevant, authentic, and actually matter to the people that we are marketing to."

- [ID 35: DIGITAL EXP LEAD DECIDE, SIZE & FIT in the TECHNOLOGY Function]: "Important because there is a component of envisioning experiences of the future, things that are not on the platform today, and keeping up with where technology and consumer trends are going. The creative aspect is looking at other industries, and getting inspiration from what you observe elsewhere, which can be all the same. So creativity is needed to create something fresh or new for consumers."

- [ID 44: APLA - VISUAL MERCH MKTG MANAGER in the MARKETING Function]: "My job is to build innovative storytelling executions that are unique to the brand, forward-thinking, and support the business."

- [ID 61: DESIGNER II, AP COLOR W PERF in the DESIGN Function]: "It is a design function, so in essence it is a creative job in and of itself. I mean, the whole front half of working on a season (i.e., coming up with concepts, color palettes, beautiful color stories for our product)."

- [ID 82: SR DESIGNER, ACCESSORIES in the DESIGN Function]: "I have to be able to think outside the box to solve problems that have not been created yet, and to solve them in ways that are not already out there."

88.      Another area covered in our interviews was employees' prior job experience, education, and training.  Specifically, we were interested in understanding employees' experiences before starting their current job and the KSAs obtained from those experiences that are related to their current job.  Prior jobs held by incumbents are typically related to the KSAs possessed by these workers when they join Nike.  In addition, prior work experience is commonly a factor that influences pay.[44]  However, an inherent assumption is that an employee's

---

[44] *See, e.g.*, Doverspike, Arthur, & Flores (2017); Sady, Aamodt, & Cohen (2015).

prior work experience relates to the employee's current job by providing them with higher levels of KSAs that are related to their current job. Therefore, we investigated not only employee's prior jobs but also the degree to which that prior experience was helpful in performing their current job

89.    Employees reported an extremely wide range of prior job experiences before joining Nike, including: Research Chemist in Army (ID 12), Senior Director at a Call Center (ID 20), Social Media Manager (ID 31), Technical Support (ID 36), and no prior experience (ID 34). Across our sample, around 150 different jobs were reported, all of which are listed in Table 6.

**Table 6.  List of Prior Jobs Before Joining Nike by 60 Employees in Sample 1[45]**

| Prior Job Titles | | | |
|---|---|---|---|
| • 3D Modeler at Converse<br>• Account Manager in Digital Commerce<br>• Account strategy planning at start-up<br>• Accounting at US Bank in real estate<br>• Accounting in the healthcare industry<br>• Administrative<br>• Advertising Account Executive<br>• Area sales manager for Wells Fargo mortgage division<br>• Assistant Buyer, Associate Buyer and Buyer at American Eagle Outfitters<br>• Assistant Designer<br>• Assistant Planner at (Ralph Lauren, Saks)<br>• Assistant Product Manager at Cuisinart<br>• Assistant store manager at Club Monaco<br>• Associate at Enterprise Rent-a-Car<br>• Associate Designer | • Design Intern at Converse<br>• Designer and Developer Under Armour<br>• Designer at a mid size design and advertising firm<br>• Designer at a small B2B studio<br>• Designer at Leo Burnette<br>• Designer creating ads for newspapers<br>• Digital Creative Producer at a marketing agency<br>• Digital imagery analyst for the US Army<br>• Director of Business Operations at Comcast<br>• Director of Eyewear  & E-commerce at Chanel<br>• Director of Marketing at Fleet Feet Sports<br>• Director of product design<br>• Editor at large at Peloton magazine<br>• Engineering project assistant<br>• Equities analyst<br>• Event coordinator DC Chamber of Commerce | • Master Scheduler in the coffee and high tech industry<br>• Materials Database Administrator at Nike (temporary employee)<br>• Media production as an account executive and a producer<br>• Member Feedback and Analysis Lead at AAA<br>• Merchandise Buyer at Nordstrom<br>• Merchandise planner at retailer<br>• Mortgage Loan coordinator in banking<br>• New store opening lead<br>• Operations Management Job in retail<br>• Operations Manager at Puma<br>• Operations Manager in the coffee and high tech industry<br>• Operations Specialist (Contractor with Nike) | • Senior Director of Call Center Operations at Comcast<br>• Senior Events Marketing Manager, and Account Executive at Athlon Sports<br>• Senior Manager for Reporting and Planning at Adidas<br>• Senior Project Coordinator for international NGO<br>• Service Delivery Director<br>• Service Delivery Manager<br>• Shift Supervisor at Nordstrom's<br>• Signal Systems Support Specialist for the US Army.<br>• Social Media Manager<br>• Software Developer<br>• Software industry in accounting<br>• Store development senior project manager at Starbucks<br>• Strategy and Planning/Inventory Planning and Management, and Sales Audit at Limited Brands |

[45] Though not specifically asked, some employees reported the prior company for which they worked as well. When that information was volunteered, I included it in the table.

## Prior Job Titles

- Banquet manager with Marriot
- Barista at a drive through coffee shop
- Bookkeeper at Safeway
- Brand manager at management for an architecture firm
- Brand Training Specialist at Essilor
- Business intelligence lead
- Business senior project manager at Starbucks
- Business systems analyst
- Buyer at Leupold & Stevens
- Case Worker for a non-profit for people who had minor misdemeanors and parking tickets
- Cashier at Safeway
- Chief of Staff/ Budgeting/Business Results Reporting/ Strategy at Eastern Mountain Sports
- Clerk in retail and customer service
- Client services
- Communication agencies with technology focus from entry level to agency General Manager
- Communication and project coordinator - AIB (Allied Irish Banks)
- Communications at a PR Company in Singapore
- Communications at the City of Arnhem in the Netherlands
- Consumer services representative at Wells Fargo
- Creative director
- Creative Manager at McCann Erickson (advertising industry)
- Customer service representative at hotel

- Executive development program at Bloomingdale's
- Fabric Testing Lab Internship at Patagonia
- Founder at SwiftPlus Creative
- General manager
- Global concept visual merchandising
- Graduate Research Assistant (The Textile Protection & Comfort Center)
- Head of UX/UI
- Help desk
- Human Resources Business Partner at Nation Star Mortgage
- Human Resources Engagement Partner at Essilor
- Innovation and Product Development at Under Armour
- Insurance Broker Agent at Medwin Insurance
- Intern at PGA Tour
- IT service management domain lead and store development Senior Systems analyst at Starbucks
- Localization project manager - XBOX 360 and games for windows
- Management consultant
- Management development program at the Plaza Hotel
- Manager for footwear sourcing
- Manager of a P&L
- Manager of Call Center Operations at Swett & Crawford
- Marketing Manager at Jive Software
- Night shift manager and baker at JaCiva's chocolatier and bakery.
- Operations and Sales

- Preschool and family counseling at First Place Kid's Center
- Product development
- Product integrity
- Product line management (Sailing) at Puma
- Product Management Director at Nordstrom
- Product merchandising
- Production Planner in the coffee and high tech industry
- Production Supervisor and Production Manager (battery manufacturing, computer manufacturing, precision sheet metal manufacturing, semiconductor manufacturing)
- Program Director at AT&T
- Project Manager for a commercial sign company
- Project/Program management
- Quality Assurance
- Recruiting Assistant at Nation Star Mortgage
- Regional Marketing Manager, Consumer and Collecting Manager, and Field Marketing Manager at Redbull
- Research Chemist with the Army
- Retail buyer
- Risk management function
- Sales Associate at Starbucks
- Sales supervisor at Bloomingdale's.
- Senior Buyer at Target
- Senior Buyer for Marketing at Nissan North America
- Senior Consultant
- Senior Designer

- Styling manager
- Supply Chain Manager at Microsoft
- Systems Analyst
- Team Head of Development at Puma
- Team lead for in-home design program at Pottery Barn
- Team Leader in commercial analytics
- Team Leader in digital and storage analytics
- Team Leader in marketing campaigns
- Team Leader in marketing science
- Team Leader in qualitative research
- Tech lead
- Technical coordinator and systems analyst at Safeco Insurance
- Technical Engineer
- technical publications administrator in the aviation industry
- Technical support
- Textile and Material Innovation Intern at Adidas
- Textile and Soft Goods Developer at Black Diamond Equipment
- US Merchandising Manager at Hermes
- Vendor management
- Visual Merchandising and Styling Manager
- VP of Marketing, Senior Director of Marketing, Director of Marketing at Turner Sports
- VP of strategic insights
- Weaving Mill for upholstery in the Netherlands
- Web Content Administrator

90.     Employees reported that their prior job experience ranged from not being not helpful in their current job (5%) to helpful in their current job (33%) or "extremely helpful" in their current job (62%).  Some of the KSAs that employees obtained from prior experience and reported as helpful in their current job included: video production (ID 6), textile testing (ID 18), 3D Modeling skills (ID 33), knowledge in apparel construction, graphic-ink knowledge, factory capability knowledge, product creation process knowledge (ID 38), technical skillsets and data analysis (ID 37), risk assessment and management (ID 41), marketplace trends and analytics (ID 45), technology integration (ID 51), customer service skills, negotiation skills (ID 58), and e-commerce knowledge (ID 70).  The 60 employees we interviewed identified more than 200 different KSAs they obtained from their work experience before joining Nike.

91.     Around half (52%) of Sample 1 reported that they were promoted to their current position from another job at Nike.  The remaining employees reported that they were external hires or reported "Other."  For those who were internal promotions, employees reported a range of KSAs obtained or developed in their prior jobs at Nike, including scrum master certification (helpful in understanding nature of software engineering) (ID 4), cross-cultural communication skills (ID 8), use of Confluence and Jira (ID 14), and Nike's business and their processes and procedures (ID 36).

92.     Employees also reported a wide range of educational backgrounds: some college/no degree (7%), Associate's degree (3%), Bachelor's degree (58%), Master's degree (28%), Doctoral degree (2%).  In addition to the level of education, the field of study also varied widely.  Across the 60 participants, the degree to which employees reported their education is helpful in performing their current job ranged from Extremely Helpful (28%), Helpful (43%),

Somewhat Helpful (15%) to Not Helpful (13%). We asked employees to report their specific

fields of study and 34 unique fields were listed.

93.    Once we collected information regarding educational fields of study, we then

analyzed the educational field and job for each employee who reported that their degree was

helpful and did not find any systematic patterns. The fields of study for education are listed in

Table 7.

**Table 7: Educational Fields of Study for Nike Employees**

| | | |
|---|---|---|
| • Apparel | • Film and Television Production | • Music |
| • Arts | • Finance | • Philosophy |
| • Business | • French | • Political Science |
| • Chemistry | • General Education | • Product Development and Merchandising |
| • Cinematic Arts | • Graphic Design | • Psychology |
| • Corporate Real Estate | • Japanese | • Public Administration |
| • Design | • Journalism | • Rhetoric |
| • Economics | • Logistics management | • Sociology |
| • Education | • Marketing | • Supply Chain |
| • Fashion Design | • Mathematics | • Textile Engineering |
| • FHS (Family and Human Services) | • Mechanical Engineering | |

94.    Employees also reported receiving or obtaining additional training and

certifications that are helpful for performing their current job.  These include a certificate for data

science (ID 8), Tableau training and SQL training (ID 29), an executive education course at the

Harvard Kennedy School of Government (ID 30), and Project Management Professional

certification (ID 36). Additional examples are shown in Table 8.

**Table 8: Certifications, Licenses, Training and other Qualifications for Nike Employees**

- AED
- Agile Methodology Certification
- AirTable training
- Authentic leadership workshop
- Blood born pathogens
- Change Management Certification by Prosci
- Chargeback processing and fighting
- Chemicals class
- Coached and helped athletic teams
- Consumer dig information (trying to get information from consumer to solve a problem)
- CTI Leadership courseS
- Dare To Lead Planning Transformation certification by Brene Brown
- Data science certification
- Design thinking essential certified by the LUMA institute
- Diversity classes
- Emotionally Intelligence at Nike
- Excel training (advanced)
- Executive education course at the Harvard Kennedy School of Government
- First Aid
- GIAC Security Leadership Certification (GSLC)
- Inc 3/2019
- IT courses
- ITIL V4 (IT Information Library)
- ITIL VS2 Certification
- Certified SAFe
- Agilist Scaled Agile
- Leadership Defined
- Leadership True North at Nike
- Leading Through Change
- Lean Six Sigma Certified
- Management courses (Dell Carnegie Management Certification)
- Management style classes
- Manager essential classes at Nike
- Microsoft office set of trainings
- Narrative/story telling class Net Ship projections training
- Nike Xccelerate training
- Notary
- Online education opportunities (Free)
- Planning Transformation training from Global Nike
- PMPS in progress
- Project Management Professional certification
- Public speaking classes
- Python trainings
- Red Cross certification (Nike provided the courses)
- SAP trainings
- Scrum Master certification (CSM)
- Security training and certification
- Shoe school
- Speak Spanish
- SQL training
- Tableau training
- WinShuttle training

95.     Employees were asked whether their qualifications were helpful for performing their current jobs. Eight percent stated that their certificates and training were extremely helpful for performing their current jobs, 43% reported that they were helpful, and 2% (1 person) reported that they were not helpful. Example responses include:

- [ID 17: DIR, INSIDER THREAT in the TECHNOLOGY Function]: "All of these qualifications have been very helpful in my job execution and I leverage the knowledge and skills I have learned on a daily basis."

- [ID 24: MGR, NA NDDC CS SOCIAL MEDIA SUPPORT in the SALES Function]: "It has been most helpful when I have to have difficult conversations. Also, I can connect with other leaders in the company so I have a network to lean on."

- [ID 36: DIR, PROGRAM MANAGEMENT in the DIGITAL Function]: "Being able to utilize these skills allows me to perform above average which leads to smoother implementation."

- [ID 86: DEVELOPER II, AP PCC in the PRODUCT CREATION Function]: "I am able to provide support and knowledge to my teammates who do not have the same background in Color that I do."

**Effort**

96.    To evaluate the level of effort associated with the work, we asked employees about several topics: mental fatigue, stress, physical exertion, complexity, and travel.  Again, the data revealed substantial variability between Nike employees on these factors.  The responses to specific interview questions are summarized below.

97.    We asked employees about the degree to which their workload was consistent and predictable.  As with other questions, the data showed a high degree of variability.  Some employees reported that there were distinct peaks and valleys and they were predictable (ID 20), some employees reported that there are distinct peaks and valleys and they are unpredictable (ID 44), and some employees reported that their workload is evenly distributed across the year (ID 29).

98.    Across all respondents, 68% reported that their work pattern reflected peaks and valleys. A smaller percentage reported that their work was evenly distributed (32%). In terms of predictability, nearly half of respondents reported that their work was predictable (45%) and

nearly half reported their work was unpredictable (48%). These categories were not mutually exclusive, meaning that one respondent could be included in multiple categories.

99.    We also asked employees about the level of stress in their job and aspects of work that are commonly associated with workplace stress, such as time pressures, unexpected disruptions, and role ambiguity.[46]  Employees reported varying levels and types of stress in their jobs.  Examples of responses are below:

- [ID 3: N2 PRODUCTION SUPERVISOR in the MANUFACTURING & SOURCING Function]: "Its low stress except for the December/January and May/June timeframe when performance reviews are being done."

- [ID 6: LAB TECH in the PRODUCT CREATION Function]: "I'd say it's kind of like a medium low hum, with occasional spikes."

- [ID 44: APLA - VISUAL MERCH MKTG MANAGER in the MARKETING Function]: "Periodic, high stress as projects pulse up and timelines are not flexible."

- [ID 52: SR DIR, NA MKTG LEAGUES & ATHLETES in the MARKETING Function]: "High stress and constant stress"

- [ID 58: DIR, DESKSIDE SUPPORT - AMERICAS in the TECHNOLOGY Function]: "High and constant. I would say it is constant because resource allocation. If I had the resources in the positions and could delegate more of the work, I think that would release some stress."

100.    Across the 60 respondents, nearly half (47%) reported their work involved high time pressure, 43% of respondents reported their work involved infrequent time pressure, and 20% reported not having any time pressure. An even larger percentage of employees (63%)

---

[46] Sonnentag, S., & Frese, M. (2013); Örtqvist & Wincent (2006); Stout & Posner (1984).

reported that their job included high-stress levels. Forty-two percent reported medium intensity levels and 33% reported low intensity. Some reported that their work stress level varies and that sometimes it is stressful while other times it is not. When appropriate, responses were coded to multiple categories. Some respondents also commented on the frequency of the stress. Forty-three percent reported constant stress, 3% reported frequent stress, and 52% reported periodic stress. Additional employees identified topics that contributed to their stress level. Common themes across responses included: a high volume of work (35%), the time-sensitive nature of their work (30%), ambiguity/lack of clarity (17%), unexpected events and change (43%), and a lack of resources (22%), among others.

101.    Employees were also asked directly to identify the most stressful aspects of their current jobs. In addition to the themes described above, additional topics described in response to this question included: Communication with others (40%), presentations to leadership (8%), customer demands (5%), and Covid (5%).

102.    In addition, half of the employees reported frequent or significant interruptions, 37% indicated that interruptions occur sometimes, and just 2% reported not having any interruptions during the work day. Three additional topics mentioned by employees include "Covid" (20%), "changing strategies/priorities" (30%), and "I don't know/didn't answer the question "(8%).  Examples of responses are shown below:

- [ID 8: SR DIR, APLA NIKE DIRECT ANALYTICS in the DATA ANALYTICS Function]: "All the time.  For example, inventory is delayed because factories are shut down.  This has implications on customer purchases.  If one product is gone, what is halo effect.  For example, a consumer comes to buy one product, they may also buy another product.  If the first product is not available, it could impact purchase of the second.

There are lots of other examples.  An example of an interior disruption is constantly changing or conflicting strategies from the global leadership team."

- [ID 16: PRODUCT MANAGER in the DIGITAL Function]: "Often and regularly - because we are dealing with end users, they can have things come up that derail your plans to meet and discuss, the business can change which impacts how things are done, if they get a new manager that can change how things are done. So semi-regularly."

- [ID 20: SR DIRECTOR, CAO OPERATIONS in the CORPORATE SERVICES Function]: "My work is not usually impacted by unexpected disruptions-- at least none that are impactful or material."

- [ID 27: OPERATIONS MANAGER in the PRODUCT CREATION Function]: "Not much... The only disruptions that I may have is the systems not working correctly, and then I have to rely on other teams to fix it (and then it is more of a waiting game)."

- [ID 29: BI ANALYST in the DATA ANALYTICS Function]: "Not much"

- [ID 31: NORTH AMERICA CREATIVE PRODUCER in the DESIGN Function]: "Most of the time.  It is a very common occurrence. For example, briefs may change or shift after creative has already kicked off. When dealing with creative production, we may not have product or product is delayed. Our talent may not show up or be available. We may not have legal or business affairs approval.  Timelines often shift."

103.    We also asked employees about role ambiguity or the degree to which their role at Nike is clearly defined.  Again, the data were highly variable.  Some employees reported that their roles were clear (40%) and slightly more indicated that their roles were mostly clear (47%). A smaller number reported that their work role was not clear (13%). Example responses are below.

- [ID 26: PROJECT COORDINATOR NNP TI in the DIGITAL Function]: "If you look at my job title, it does not clearly define my role. I think when I got hired, I was able to define the role myself, but that was also a little stressful. I think it took some time to figure out what is expected of me, but going into my second year I understand what is expected and how to go further. But the first six months was a bit wonky."

- [ID 29: BI ANALYST in the DATA ANALYTICS Function]: "It is not clearly defined. This role is new and I think our group is trying to build a team and team structure, so there is a lot to change and a lot more to come."

- [ID 30: GLOBAL SR. DIRECTOR, HR COMMS in the COMMUNICATIONS Function]: "It is pretty clearly defined and I understand what is expected of me. I also have the ability to play a role in the definition of my role."

- [ID 34: MGR INVT PLANNING in the LOGISTICS & SERVICES Function]: "I know, 100%. We know what we need to do, we know how we could get the supply to cover the demand that we have."

104.    We also asked employees about the degree to which their job requires physical exertion. Most employees (73%) reported that they are never required to physical exert themselves. However, some employees reported that they are required to physically exert themselves monthly (3%) or a few times per year (15%). The type of work requiring physical exertion includes tasks such as moving boxes, sorting samples, and carrying sample materials.

105.    Employees also travel with varying frequencies. Frequency of travel was greatly impacted by Covid-19 so, since the start of the pandemic, most Nike employees have not traveled as part of their jobs. Many employees (30%) reported never traveling regardless of the pandemic. However, some employees reported that they traveled weekly, monthly, or a few

times a year.  One employee (ID 37) traveled 25% of the time pre-pandemic but does not travel at all currently.  Employees also reported that they traveled to various locations, including Asia (33%), North America (other than the USA) (15%), EMEA (25%), central and southern America (8%), and many different cities throughout the United States (45%).

**Responsibility**

106.    We considered several components of responsibility in the interviews: degree of accountability, the importance of work, supervision of others, and decision-making authority. Again, we found a wide range of responsibility levels between employees.

107.    First, we asked employees to describe the most important tasks they perform (that is, the tasks that have the biggest impact on the success of Nike).  Employees provided a wide range of responses to this question, reflecting large differences in the most important tasks they perform.  Examples of responses are below:

- [ID 4: TEAM ADMIN LEAD, OFFICE OF SERVE in the CORPORATE SERVICES Function]: "At my suggestion we meet biweekly with hardware depot to talk to them re what is going well and what isn't with regard to hardware procurement. My team is the tightest team with hardware depot at Nike because we have the highest turnover and we are large organization. Also because we are software engineering organization, we have specific needs for the laptops."

- [ID 38: AP DEVELOPMENT MGR NA EXPRESS LANE in the PRODUCT CREATION Function]: "Our most important task is ensuring our garments are ready to be bought on time for our customers. This impacts our ability to service our customers on their requested dates, and ensures the factories have capacity filled according to forecasts. This happens by communicating and creating a sense of urgency with our factory

partners to create prototypes on time, prior to the buy ready date. Second is ensuring my

team is productive, happy, and learning."

- [ID 37: DIR, GLBL FINANCE NCF COSTING STANDARDS in the

  PROGRAM/PROCESS EXCELLENCE Function]: "Set the annual rates, and make

  updates to the framework. The updates aren't always mutually exclusive. The rates are

  based on the framework, so the framework is how we construct the rates. So if I change a

  standard for the utilities, the standard of utilities always adds standard inflation factor

  every year. So my work is that I decide if that is the right way to do it. I have to work

  with internal partners and external footwear suppliers to agree and/or be understanding to

  the change. It is kind of a negotiation at the same time. The other thing is constructing the

  story to ensure leadership understanding. Each level of change may need an executive

  summary of the process and outcomes summarized to the executive level. This take a lot

  of time as it is often complex in nature so we must simplify to the executive level."

108.    Employees provided a variety of reasons why the tasks were important such as:

driving revenue and margins (ID 8), the materiality of the size of the budget that we have (ID

20), the work is how customers are interacting with Nike's brand (ID 31), and they help support

the overall strategy and mission of Nike (ID 51).

109.    We also asked employees about the most important decisions they make as part of

their job.  Below are example responses:

- [ID 16: PRODUCT MANAGER in the DIGITAL Function]: "The most important

  decision is what features to implement into our tools. By not making that good decision,

  you create extra work for our end users and that costs Nike money."

- [ID 20: SR DIRECTOR, CAO OPERATIONS in the CORPORATE SERVICES Function]: "1) Spending approval as part of the forecasting processes: This is important because for example, there are times when people need to spend money that is not in their budget and I need to look across our entire financial portfolio to see if we can fund it or look at what the expense is for and if needed I will approve it. There are situations where if we do not spend the money there could be harm done to employees or risk Nike's brand reputation. This is the most critical.  2) Projects or large scale programs that require executive guidance: For example, which geo to go live first for a particular tool. This may not be meaningful to Nike Inc. but it can make a team swirl or stagnant trying to figure out a solution so guiding this team on a solution and helping them to move forward is important."

- [ID 22: NA STRATEGY MANAGER in the STRATEGIC PLANNING Function]: "I make very few decisions as part of my current job that influence the business. My decisions are strategic in nature, so they are not operational all the time (very few have been operational). The other important decisions I make are hiring decisions. While I'm not a hiring manager, I do weigh in (so I influence that decision).  Post-covid there is a decision making framework at Nike. So structurally, strategy is not set up to make a lot of decisions - we just don't own the business that way. Rather, we influence decisions."

- [ID 36: DIR, PROGRAM MANAGEMENT in the DIGITAL Function]: "I make decisions about hiring talent for Nike. A poor decision would mean a lack of productivity. I make decisions on goals for my team and department. Impact of a poor decision would be that the teams are working on the wrong priorities. I make decisions on

audience inclusion or communications. Poor decisions would mean other decisions being made without all the information."

- [ID 52: SR DIR, NA MKTG LEAGUES & ATHLETES in the MARKETING Function]: "The most important decisions that we make are: 1) What athletes and leagues we should be in partnership with? and 2) What should those deals look like? These are important because we want to ensure to align ourselves with partners who represent our brand well and can help us achieve our own objectives and if we do bad deals then the consequences for Nike can be massive from a business and consumer brand reception."

- [ID 56: ART DIRECTOR, GLOBAL - BRAND DEFINING in the DESIGN Function]: "I would say as a part of brand creative we are sort of expected and responsible for brand management for the company and we are kind of entering into this space where decision making is becoming more transparent because the consumer is demanding it of us. So decision making is super important in my job because we are sharing the opportunity of working from Nike and benefitting from working with Nike in a way that could change the lives of underrepresented groups, and coincidentally underrepresented groups make up majority of our athletes. So ethically this is important to our brand to make sure our values are represented in the communication that we are creating. Not just about who is in a picture in a Nike ad but who made the Nike ad essentially."

- [ID 61: DESIGNER II, AP COLOR W PERF in the DESIGN Function]: "I guess I get to decide everything related to color within my function, so if there is any decision that pertains to color I am the person that makes that decision. If a poor decision is made the outcome is product that isn't correct or doesn't look good."

110.    We also asked employees about their role in specific decisions such as strategy development or strategic planning, developing policies and procedures, managing project budgets, hiring employees, promoting employees, disciplining employees, and terminating employees.  For all of these questions, employees reported various roles in the decisions. Some indicated that they participated in developing strategy (22%) or contributed to strategy development (58%), while a smaller number had no involvement (20%). Half of the employees did not have a role in developing policies or procedures (54%). Twenty-seven percent of employees reported that they develop policies and procedures, while a smaller number contributed to the development process (19%). More than half of employees reported having no involvement in managing project budgets (56%), while a smaller number developed or managed budgets (29%) or contributed to the budget management process in some way (19%). Nearly the same proportion of employees reported making final hiring decisions (37%) and having no role in the hiring process (36%). The remaining employees reported making recommendations (25%) or reported not knowing whether they have the authority to hire (2%).

111.    More than half of employees reported making recommendations regarding promotions (51%) while the remaining half have no role (36%), make final promotion decisions (3%), don't know if they have the authority to promote employees (8%) or did not answer the question (2%).

112.    Less than half of employees reported having no role in disciplining employees (44%). Others reported making recommendations regarding employee discipline (27%), making final decisions (20%), not knowing whether they have the authority to discipline employees (7%), and not answering the question (2%). Nearly half of employees reported not having a role in terminations (49%), while others make recommendations (34%), make the final decision

(8%), don't know if they have the authority to terminate employees (7%) or didn't answer the question (2%).

113.    We also asked employees about their level of authority to sign legal documents on behalf of the company.  Fifty-eight percent of employees reported that they do not have this authority and 25% do have this authority (15% reported "other").  Of those employees who reported that they have the authority to sign legal documents, the frequency that they reported doing so ranged from weekly to never.  Examples of documents employees reported that they are authorized to sign included contracts with temporary workers, contracts with external partners, vendor contracts, purchase orders, Managed Services Agreements, and Statements of Work.

114.    Employees reported large discrepancies in spending limits without seeking approval.  Some employees stated they don't know their limit or must always seek approval.  Other employees reported very large spending limits, ranging up to over $500,000.  One employee stated that her spending limit is $1,000,000 for specific issues but she would collaborate with her manager on the expenditure (ID 2).

115.    We also asked about employees' roles in supervising others, both directly and indirectly.  Almost half (45%) of employees have direct reports and 15% have Nike employees who indirectly report to them (i.e., "dotted line" in the organizational structure).  Employees we interviewed directly supervise between one and 23 employees and indirectly supervise between one and six employees.

**Working Conditions**

116.    We asked employees about their working conditions, such as surroundings, hazards, and work hours.  Most employees reported working in an office environment and they have "Never" been exposed to any hazards (92%).  Since the Covid-19 pandemic started, many

employees have been working from home. However, some employees did report working in other environments where some hazards may exist (Factory 3%, Other location 8%). For example, a few employees travel to visit factories and are exposed to potential hazards such as loud noises, fumes, chemicals (e.g., inks and dyes), heavy machinery, and extreme heat. A few employees work every day in factory settings on the Nike campus where they may be exposed to hazards such as loud noises, dust, and dark or direct lighting. These employees work in different Functions (Merchandising, Product Creation, and Manufacturing and Sourcing) and perform different work. For example, one employee in Product Creation reports that she manages a team of five developers and, "oversee[s] the NA express lane apparel development. The team processes design files and communicates them to the factories…" (ID 38). Another employee is in Merchandising, and her work includes managing a weekly newsletter and seasonal calendar (ID 21).

117.    Most employees (92%) reported that they do not perform any work that has the potential for physical injury. However, a few employees reported performing their work in areas with potential for physical injuries, such as being on a factory floor with heavy machines, slip and trip hazards, lifting heavy boxes, or working with fabric cutters. One of the five employees who reported the potential for physical injury is in the Manufacturing and Sourcing Function and she reports being in this environment daily on the overnight shift. Her workspace is a desk in the middle of a large production floor (ID 3). In contrast, another employee whose working conditions include the potential for physical injury visits factories a few times a year. She is in the Product Creation Function and reports being, "…responsible for developing new materials to improve the performance, cost, or sustainability of footwear…" (ID 12).

118.    We also asked employees about their work hours.  More than half (66%) reported having some control over their work schedule such as where and when they perform tasks, while others reported having complete control (34%). Employees reported work hours ranging from 25-30 hours per week up to 70 hours per week.  Some employees reported that their work hours changed as a result of Covid-19.  Most employees reported that their hours don't vary much from week to week, although some reported that they vary "a little bit" (ID 2) "moderately" (ID 12) or "quite a bit" (ID 38).  Employees' start times ranged from 6:30am to 9:00am, with one employee reporting that she works a night shift (ID 3).

**Responsibility Within Level**

119.    It is common in organizations for those higher in the organizational structure to have jobs that involve more responsibility.  Therefore, I also examined the data to determine whether the differences we found in responsibility could be explained by the employee's level in Nike's job architecture.  We analyzed the data by Level and found that even within the same Level, employees varied with respect to the amount and type of responsibility associated with their jobs.

120.    Specifically, we analyzed responses to responsibility questions within Job Level groups with more than four participants in the sample. The largest number of participants were Directors, and the data showed the most differences in responsibility at that Level. We also evaluated differences in responsibility at the Senior Director, Manager, Lead Professional, Senior Professional, and Intermediate Professional Levels. This analysis shows that, even within the same Level, employees differ in their level of responsibilities.  Further explanation and examples of these difference are provided below.

*Senior Director*

121.    The data show a wide range of responses regarding different aspects of responsibility across the eight Senior Directors we interviewed. Seven of the eight Senior Directors reported having a role in strategy development. The specifics regarding their involvement varied from, "Strategy within communications…" (ID 30), to "Yes, I help contribute to our global and geography athlete and league strategy" (ID 52), and "Yes, I have involvement in strategy development and strategic planning. I participate in cross-functional kids team to set our annual strategic plans." (ID 2).

122.    Three of these Senior Directors reported having a role in the development of policies while five reported having no role. For the Senior Directors that reported having a role in the development of policy, one stated that she develops policies related to "…external engagement with Nike employees…" (ID 30), another stated, "Yes, I am responsible for records retention policies for Nike Inc. globally." (ID 20) and the last employee stated, "Yes.  The legal governance and compliance over the use of consumer data." (ID 8).

123.    Five of these Senior Directors reported having a role in managing budgets. For example, one stated that, "my team manages a 200 million+ annual budget that is mostly contractually obligated and my job is full accountability for it." (ID 52) and another stated that, "I do, I manage the budget for the HR communications team." (ID 30). A third stated that she has limited authority regarding budgets relating to a "…research budget for APLA." (ID 8). In addition to these five, two other Senior Directors reported that they do not have a role in managing budgets and the last Senior Director stated that she did not know her level of authority.

124.    Five of these Senior Directors reported having the authority to sign documents on behalf of Nike, two reported that they do not know whether they have this authority and one

reported that they do not have the authority to sign documents on behalf of Nike. Of those that sign documents, the frequency ranged from monthly to a few times a year and "rarely".

125.    Five of these Senior Directors stated that they do not know if they have a spending limit, two reported that they do not spend without approval, and one stated that her "spending limit is $1M for debt notes related to product cancelations and creation mistakes. I would do this in collaboration with my manager and the experts on our team." (ID 2).

126.    All Senior Directors reported having direct reports, ranging in number from four to nine. Two also reported having indirect reports (IDs 52 and 2).

*Director Level*

127.    The data show a wide range of responses regarding different aspects of responsibility across the thirteen Directors we interviewed. To evaluate the amount of responsibility, we reviewed the Directors' roles in important decisions.

128.    All but one of the Directors indicated some level of involvement in developing strategy. The level of strategy ranged from, "Yes, brand narrative and creative strategy." (ID 56) to "I help work on the strategy for the Global Consumer Planning Team." (ID 70). In contrast, one Director stated, "No, strategy development and planning occurs above me." (ID 35).

129.    Five Directors reported no role in policy development, while the remaining eight reported that they have some level of involvement. The types of policies varied from, "Policies and procedures that affect laptops, desktops, other technology…" (ID 58) to "I contribute to the roles and responsibilities for business product management employees. I define the roles and responsibilities." (ID 14).

130.    Seven of the thirteen Directors reported having no involvement in managing budgets.  Two stated that they need to be aware of department budgets, and two reported having

minimal/light roles in managing budgets. In contrast, the remaining four Directors reported managing budgets directly. For example, one Director stated, "Yes, I am responsible for the insider threat budget and ensuring we stay with budget year after year and requesting and justify leaving a budget increase for future years," (ID 17) and another said, "Yes, I do in managing budgets.  I submit a budget request annually and I am responsible for delivering within the approved budget and amount given." (ID 14).

131.    All of the Directors reported having some role in hiring, but their roles differed. Ten reported having ultimate decision-making regarding hiring for their groups/departments, while the remaining three stated that they provide input or play a role in the process (e.g., interview panel).

132.    Nine Directors reported that they provide input and make recommendations regarding employee promotion decisions and two employees stated that they have the authority to promote. For example, one Director stated, "I have ultimate approval for the promotion of any employee in the insider threat organization and I often provide feedback for other promotions in CIS (corporate information security)." (ID 17) and another said, "I have the authority, I don't have the budget management so those two are in conflict." (ID 37). One Director reported that she does not know her level of authority and one response was uninterpretable.

133.    Six Directors reported that they have the authority to discipline employees. For example, one stated, "I do have the authority to decide or impose disciplinary action for my team members." (ID 70) and another stated that, "[I am] directly responsible for my team and providing input for other CIS team members." (ID 41). Three Directors reported that they can provide input or work with others to impose discipline on other employees. Two Directors

reported having no authority to discipline. One Directors reported that she didn't know her level of authority and another response was uninterpretable.

134.     Three Directors reported that they have direct authority to terminate their direct reports. Six reported that they provide input and work with others (e.g., leadership, HR) to implement terminations. Two employees reported having no role in terminations, one didn't know her level of authority and another response was unclear.

135.     Five Directors reported having the authority to sign legal documents or contracts on behalf of Nike, while four reported that they did not. Two Directors reported not knowing if they have the authority to sign contracts. One stated she did have such authority but "probably shouldn't without consulting legal staff/team" (ID 11), and another stated, "I could sign some contracts, under certain criteria." (ID 35).

136.     Ten Directors stated that both they and their manager determine their work assignments. Two Directors reported that they receive work assignments from their managers, with one clarifying that she is "assigned a portfolio and I make decisions regarding my work within it" (ID 36) and the other stating, "I determine my own assignments and I review with my direct leader." (ID 17). One Director stated that she receives work assignments from her manager and leadership (ID 56).

137.     Ten Directors reported having direct reports ranging in quantity from two to fourteen, while the remaining three employees reported not having any direct reports. Four employees reported having indirect reports and an additional employee reported having indirect reports "sometimes…" (ID 37). The remaining eight reported not having any indirect reports.

*Manager*

138.    The data showed a wide range of responses regarding different aspects of responsibility across the seven Managers we interviewed. Of these seven, six reported contributing to the development of strategy. The area of strategy they reported being involved in differed from, "Yes, I help plan our holiday readiness strategy…" (ID 10), to "I participate in strategy for my 3D team and prototyping team…" (ID 33).

139.    Four Managers reported having a role in the development of policies and procedures. Of these four, example responses include, "Yes, I am responsible for developing the processes for NA specific apparel developers…" (ID 38) and "Yes - Internal policies in our territory.  But in general, we follow the policies from Global teams..." (ID 34). A fifth Manager stated that she has tried to create policies even though it is not part of her job (ID 12). Two Managers said that they do not have a role in developing policies (ID 33 and 15).

140.    Three Managers reported having no role in managing budgets. In contrast, three reported having a role in managing different types of budgets one stating that she manages "…salary increases" (ID 34), another stating that she sets the "budget for each one of [her] projects" (ID 12), and the third reporting that she participates in travel budgets and random expense budgets but doesn't manage them alone (ID 15).

141.    Three Managers reported having full authority to hire employees, three reported participating in hiring decisions (e.g., hiring committee, panel interviews), and one reported that she has the authority but has not been given the opportunity to hire anyone (ID 33). All seven Managers reported contributing input to the employee promotions process with levels ranging from "minimal" (ID 33) to "I have the authority to make recommendations for my direct report" (ID 12).

142.     Three Managers reported having a high level or full authority regarding implementing discipline. Of these three, one stated that she "[has] 100% authority for my direct reports" (ID 10), and another stated that she has full authority, but works with her co-manager and direct manager on it to make sure they are aligned on next steps (ID 24).

*Lead Professional*

143.     The data showed a wide range of responses regarding different aspects of responsibility across the five Lead Professionals we interviewed. All five Lead Professionals reported being involved in strategy development, but only three reported having a role in policy development. The Lead Professionals who reported having a role in policy development stated, "Yes, I would say from a team level perspective we set our own operational procedures, policies, and working agreements." (ID 51), while another stated, "I have a little bit because of the intern recruiting that we do. Procedurally I have helped design how we recruit our MBA interns. I work with the university relations team and a cross functional group of managers to determine the best process for that practice." (ID 22).

144.     Two Lead Professionals reported having involvement in managing budgets while three reported having no role. One stated, "I do, a lot of it has to do with the resourcing and funding approvals for the projects we are trying to put on as well as the driving factors of either the physical or processing changes that will affect budgets," (ID 32) and another stated, "Yes, basically I help put together forecasts in partnership with my manager to determine what we are going to ask for from a budget perspective. I am responsible for helping manage and track that budget for the fiscal year" (ID 51).

145.     Four Lead Professionals reported having a role in hiring through providing recommendations and participating in panel interviews. The fifth Lead Professional reported

having no role in hiring. Three Lead Professionals reported providing input regarding promotions, one reported that she does not know what level of authority she has (ID 22), and one reported having no role in determining employee promotions (ID 32).

146.    Two Lead Professionals reported providing input regarding disciplining and terminating of employees, though neither reported having any official "authority" (ID 51 and ID 40). The remaining three Lead Professionals stated that they do not have any role.

*Senior Professional*

147.    The data showed a wide range of responses regarding different aspects of responsibility for eleven of the Senior Professionals we interviewed.[47] Nine Senior Professionals reported having a role in developing strategy; however, the level and type of strategy varied greatly. For example, one Senior Professional stated, "I contribute to the strategy of the design process specifically…" (ID 47), another stated, "…I develop the three-year strategy for Jordan…" (ID 25), a third stated, "…Right now I am going through some samples strategic planning…" (ID 27). One Senior Professional stated that she did not have any role in developing strategies (ID 61) and one Senior Professional did not provide a response.

148.    Seven Senior Professionals stated that they did not have any role in developing policy, while three stated that they had some involvement. One Senior Professional reported being involved with the different aspects of developing a transfer process (ID 25) and another stated that she creates standard operating procedures (SOP) for samples (ID 27).

149.    One Senior Professional reported contributing to the budget for demand creation and production of cards (ID 79), and another stated that she manages and oversees the creative

---

[47] One Senior Professional did not provide responses to all of the questions in this section.

project budget (ID 31). The remaining Senior Professionals reported not having a role in managing budgets.

150.    Six Senior Professionals reported that they do not have any authority regarding hiring employees, one reported having "little to none" (ID 42), two reported providing some input, and one reported that she did not know her level of authority regarding hiring (ID 47).

151.    Two Senior Professionals reported being able to sign documents on behalf of Nike (ID 31 and ID 79). Four Senior Professionals reported not knowing their spending limits, three reported not having any spending authority, and three stated that they have specific limits. Of these three with limits, one clarified, "It is supposed to be 550,000 from a demand creation standpoint and 400,000 for card production. Although I have been told that I have the ability to spend as I see necessary, I have not felt empowered to make those decisions without first running it by my manager." (ID 79). The other spending limits reported were $10,000 and $25,000 (ID 16 and ID 31).

152.    Six Senior Professionals reported that they decide on work assignments in conjunction with their managers. Two Senior Professionals stated that they typically determine their own assignments, but there are times when their managers will assign tasks to them (ID 25 and ID 79). One Senior Professional reported that she determines her own work assignments (ID 27).

*Intermediate Professional*

153.    The data showed variability in the responses across the nine Intermediate Professionals we interviewed. Four reported having a role in developing strategies. One of these four reported, "Yes, I am currently developing the grand opening strategy for all Unite stores going forward…" (ID 23), and another stated, "Yes, this is a new aspect of my role that I am

trying to learn alongside my manager. We input information to the team on how the product can be strategically sold and sourced, alongside with the product management and merchandising team" (ID 86). Four Intermediate Professionals reported not having any role in strategy development, and one stated that she is only involved if it affects her shoe [the Nike shoe she helps create] (ID 18).

154.    Six Intermediate Professionals reported not having any role in the development of policies or procedures, while three reported that they do. For example, one employee stated, "Yes, within the lab setting…" (ID 6) and another stated, "Yes, I develop procedures around how we run the team and processes that streamline development and implementation." (ID 26).

155.    Six Intermediate Professionals reported having no involvement in managing budgets. In contrast, two stated that they have a role in managing budgets and a third said that she "kind of" has a role (ID 18). For example, one stated, "Yes, I reconcile budgets for construction projects to compare projected and actuals," (ID 39) and another stated, "…we are given a bucket of money and then we have to budget it our[sic] for all of the store openings that we have for those six months…" (ID 23). Two Intermediate Professionals reported having the authority to sign documents for Nike, adding that they are limited to signing "OIA agreements" (ID 18) and "contracts with vendors" (ID 23). A third Intermediate Professional stated that she stamps contracts as a notary but does not sign the documents on behalf of Nike (ID 39).

156.    Three Intermediate Professionals stated that they have a spending limit. One stated that she can sign up for $10,000 worth of agency fees (ID 23), another stated that her manager told her she could spend $1,000 without approval (ID 6) and the third stated that her limit is $5,000 (ID 39). Two Intermediate Professionals reported that they do not know if they have a spending limit, and another four stated that they need to ask for approval.

## JOB ANALYSIS RESULTS – SAMPLE 2

157.    The purpose of Sample 2 was to determine the degree to which employees varied within randomly selected Job Codes.  In other words, the analysis in this section addresses whether employees who share the same Job Code (and therefore Subfamily and Level) are substantially "equal" or "comparable" as is defined in equal pay legislation.

158.    I found that even within Job Code, there are meaningful differences in terms of job duties, KSAs, and to a lesser degree responsibility and effort.  Though some minor differences were found in working conditions, this factor did not vary greatly within Job Code.

159.    For three of the five Job Codes we analyzed (A0727, A1044, A3118), all five randomly-selected employees held different Position Titles, which reflected the differences in the work they performed.  Employees in several Job Codes also reported having specific areas of specialization which impacted the work they performed and the KSAs required to do this work. Like the results from Sample 1, employees in a few Job Codes varied greatly in their prior work experience and education.  In addition, the degree to which that background was helpful in performing their current job also varied.  In addition, I also found in one Job Code (A0971) that employees supervise shifts within the Nike factory, but some supervise day shifts and others supervise night shifts.  According to a Nike SME, Nike pays "shift differentials" to employees in this Job Code who work certain shifts in order to help attract employees to work the less desirable shifts.  Specifically, the shift differentials for employees in this job are:[48] D1 = 0%, D2 = 5%, D8 = 0%, N1 = 10%, N2 = 15%).   Thus, if more males work night shifts, an analysis of

---

[48] Employees in this job code are salaried exempt and the percentages refer to a percent of their base salary, which they receive on top of their base salary for working the corresponding shift(s).  Differences between the different Day shifts (D1, D2, D8) and Night shifts (N1, N2) relate to the days of the week the employee works.  In addition to those listed, two additional shifts, S8 (Swing), and N8 were created in 2019 but recently "sunsetted" and no longer exist.  Those shifts had a 5% and 10% differential, respectively.

pay would incorrectly show that females are compensated at a lower rate than males unless the model accounts for shift. Pay models for this Job Code (and any other Covered Positions for which this pay factor is relevant) would need to account for this pay factor to appropriately model pay, meaning that a separate model for such jobs may be necessary.

160.    In the sections below, I describe the findings for each of the five Job Codes I analyzed. Within Job Code, the results are organized according to the factors specified in Table 1. In addition to summarizing the results, I also provide example responses from employees throughout. Because all employees within a section have the same Job Code, I only reference the employee by ID Number, rather than providing Position Title and Function as I did when summarizing the results from Sample 1.

**Job Code A0727 (DIR: IT MGMT)**

161.    Job Code A0727, has a Job Title of "DIR: IT MGMT." This Job Code is categorized into the following groupings: Function: "Technology;" Family: "TECH FUNCTION GEN MGMT," Subfamily: "TECH FUNCTION GEN MGMT;" Band: "E," Level: "DIRECTOR." The five employees who were randomly selected held five different positions titles. Tenure with the company ranged from 2.63 years to 27.60 years. Information about each selected employee is provided in Table 9.

**Table 9. Position Title and Tenure for Five Employees in Job Code A0727**

| ID | Position Title | Tenure |
|----|----------------|--------|
| 48 | ENGINEERING DIRECTOR | 7.29 |
| 49 | DIR, ORG OPERATIONS | 8.61 |
| 53 | DIR, FOUNDATION DELIVERY | 2.63 |
| 72 | DIR, INFORMATION TECHNOLOGY | 16.38 |
| 89 | DIR, SOCIAL & CONTENT COLLABORATION | 27.60 |

*Work Performed*

162.    The employees in this Job Code reported performing different work based on the specific technology product or service provided by their group.  Examples include staffing, internal collaboration tools, and employee compensation.  Specific responses to the question "Briefly describe your major responsibilities in your current job." are below.

- (ID 48): "My current job is Technology Engineering Director. I work in the PICC (Product Innovation Consumer Creation) group. My particular subgroup is product development, which is under Global Technology. My major responsibilities in the role are to define the technology strategy for the groups that I manage, manage several scrum teams (thus dealing with labor strategy and labor tasks), assess individual's skill sets (making sure the individuals we have and their skills are actually well versed for the role they are in)... The reason I noted the group I am in is because it is different than other engineering directors, because in our group, we deal with direct engagement with business organizations. We support in gathering requirements and business needs. We support in aligning the solutions and recommending the solutions. We act, in our organization, as the technical product management directors. Once we understand the requirements and outcomes of design sessions, we provide recommendations of solutions. We are also tasked based on those recommendations to create, in a lot of cases, business ROI deck in order to secure funding - which usually goes up through senior leadership for financial approval. (Usually that senior leadership is both on the technology side and on the business product management side.) I have between ETWs and FTEs... I have the responsibilities of being a people manager. So that means setting goals, coaching and

mentoring, supporting my direct reports (which are usually FTEs) in their professional
goals and growth."

- (ID 49): "I lead a team of people who take are of core business operations functions for
our broader team. These functions include strategic planning; employee engagement and
communications; resource management processes; financial management processes;
project and portfolio management; general business operations - procedures and
governance; vendor (outside companies we hire) management and governance. Strategic
planning consists of annual strategic planning for future work and operating plans
associated with the future work. Another major responsibility in my current job is to
collaborate and create partnerships across the global technology team with peers in
similar roles to ensure consistency in operations where possible."

- (ID 53): "Staffing resourcing and that includes assessing the hiring, interviewing,
performance managing, and contracting. Team overall management - team health,
guidance and vision, directional decision making, performance assessments, team culture.
Time sheet approvals. Overall technical contracting - initiating, reviewing, and signing of
contracts. Also includes securing budget and leadership alignment and approval of
contracts and vendor decision making (which vendor we are picking).  Technical quality
assurance - insuring overall quality of applications and services. Adherence to
engineering standards and aligning to Nike's best practices, standards, security standards,
etc.  Insuring technical lead oversight of quality release readiness and management.
Production readiness. Making sure whatever we are delivering is quality. Making sure
that we have the roles in place so that the quality is place.  Technical road mapping -
providing visibility and direction on technical road map backlog items in a timeline and

aligning that with product management.  Alignment - insure alignment with my team, my leadership, and my business partners on prioritization decisions, technical direction, business direction and requirements, and overall delivery management.  Technical execution - insuring the on time delivery of prioritized scope to quality, business, and technical standards.  Performance management and career development - insuring that my full time employees are getting regular feedback on their performance and execution of technical delivery as well their interactions with peers, team dynamics, and Nike maxims. Provide formal documented feedback at least twice a year and develop their individual development plan for continued growth and career development.  This year, spend a lot of time establishing a new business and technical capability."

- (ID 72): "My major responsibility is supporting HR Technology Solutions from identifying vendors to vendor implementation of solutions. Specifically around HR Technology, it is around compensation, learning, and talent. I have a team, so I am a people manager - and I have direct reports who I oversee and manage work for."

- (ID 89): "I lead a team that launches, manages, and administers collaboration platforms to every Nike employee (examples: Slack, Box, G Suite, Live Tiles). We launched those and now we manage them. And we have vendor relationships with those vendors to manage those platforms for Nike. I am responsible for all contract renewals for all of these platforms - first line negotiations before they go to procurement and legal. Our role is to ensure these platforms comply with all of Nike's information security and legal policies."

163.    None of these employees are assigned to a specific Geography, Product Engine, Sports Category, or gender.  However, four of these employees reported having an area of

specialization in their current job, which impacts the work they do in different ways.  The four areas of specialty are below.

- (ID 48): "I am in PICC (product innovation consumer creation)."

- (ID 49): "I do have an area of specialization in adult learning and development and employee engagement."

- (ID 53): "Customer data - for wholesale, sports marketing, Direct (dot com), brand marketing."

- (ID 89): "It is global collaboration tools. We serve every geography, product line, category, etc."

164.    Two of these employees reported having additional responsibilities that are not part of their formal job duties which are serving as a mentor (ID 48) and working on the DEI council, supporting onboarding a vender, and supporting another team to fill a leadership gap (ID 53).  All five employees reported performing temporary projects in addition to their normal job duties.  The specific projects are listed below.

- (ID 48): "The whole strategy building... Acquiring a company to come in and give us insights into Nike and help us form our strategy - that was a special project I spearheaded [redacted].[49] On average, I was probably spending 30% of my time on this."

- (ID 49): "Yes. In 2018, I participated in the technology unification project, which was our first reorganization, and I am currently involved in the global technology org transformation work. That is above and beyond my typical day job."

---

[49] A portion of this response was redacted because it provided detail about this acquisition which may be confidential.

- (ID 53): "DEI council, supporting contractor selection playbook, overall DEI strategy support. For the tiger team developing the operating model, onboarding processes. I'm supporting a red status team as a backfill for leadership gap."

- (ID 72): "I've been here 17 years, so yes I have done stuff like this - but I would struggle to recall all the details. There was one years ago where a Tiger team was put together for us to rethink how we worked in Technology (I think I've been on projects like that multiple times). So projects have come up that I have given time to beyond my normal job... But how much time I spent, I don't think I could list them all."

- (ID 89): "There have been hundreds in my 29 years. They would typically add 10-20% additional time to a normal week."

165.    These employees also reported that there have been different types of changes to their jobs, such as changes to the tasks performed (e.g., "assuming leadership of the PMO (program management office) and vendor management functions" ID 49); changes in time spent on tasks (e.g., "the amount of time I spend on learning has changed as a result of our strategy" ID 72); changes to the way tasks are performed (e.g., "The way we perform things evolves with the productivity platforms we choose" ID 89); and changes to the tools and equipment used to complete tasks (e.g., "We have different softwares introduced all the time" ID 48).

*Skills / Knowledge*

166.    Despite having the same Job Code, the five employees we interviewed reported that their jobs require different KSAs for successful performance.  For example, some relied on function-specific knowledge or the internal network gained from prior jobs at Nike, and others relied on technical expertise, such as engineering standards and various software applications.

The responses to the question "What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?" are below.

- (ID 48): "In order for me to gather requirements and manage design sessions with the business, the unique KSAs is having been in the product creation organization for 20 years. So I was a user, and I can therefore relate to them. I was a user, I was their manager. I have been in the product creation side. So I know the questions to ask, and I know how to push the thinking process of the organization... As we deliver new solutions, they need to rethink their steps and processes. So I challenge how we approach things. It defeats the purpose if on the front side it looks the same and there is just newer technology on the back side. The other unique knowledge skills and abilities is creating trust and relationships across the overall company. We have to partner so often in all different directions - business, with other technology partners, with outside partners if factories. You need to build those trusting relationships to make your work successful and have the right champions. And the ability to assess the skill sets of individuals. One of my skills is the ability to build strong teams. Probably my other KSA is the ability to create a strategy, but also think about implementation and have a plan for implementation. I have been told I am skilled at delivering - so not just having a good plan, but making it happen."

- (ID 49): "Understanding of human behavior, emotional intelligence, communications and transition/change management, training and development, financial planning, ability to establish processes and governance models, anticipate what's next, take complex information and turn it into an executable plan or story."

- (ID 53): "Knowledge of engineering standards and quality frameworks.  Team leadership and support skills.  Contracting and hiring skills.  IT strategy skills.  Technical industry knowledge, for example understanding cloud technology, understanding of microservices and lambdas.  Program/project management. Agile methodologies.  Understanding of product management. Facilitation and conflict resolution skill.  Knowledge in the technology field.  Ability to create operating models, staffing models, governance models, and escalation paths.  Communication and change management skills."

- (ID 72): "A lot of my success in my role is because I've been at Nike a long time, and I have developed relationships, and I know who to go to if I need something or have a question."

- (ID 89): "Deep technical expertise (which is also referenced above) in collaboration applications and productivity suites (G Suite and Office 365)... Nike experience (I have been at Nike for 29 years) to understand what employees need and how to appeal to them and meet their needs and make adoption frictionless for them... Definitely management skill to lead a high functioning team... Negotiation skills and savvy when dealing with software vendors... Deep knowledge of software contracts and how to ensure Nike employee needs are being met within all the contracts. For example, we have to understand what Nike needs from Box - how groups are using it across the company, what CIS needs, what Legal needs... We need to make sure that gets in the contract to meet these needs. It is not just buying the products, but working with the vendors to continue to evolve the products so it meets Nike's needs, and making sure all of that is represented in the contract when it is time for a renewal. Also, expertise in change

management, because I am often the champion of these large change initiatives and I am accountable for their success."

167.    These employees also have diverse backgrounds in both prior experience and education.  For example, some of the employees have had decades working outside of Nike, while others have had up to 28 years working in various roles at Nike.  The difference in prior job content (e.g., e-learning, HR, Engineering) also reflects different skillsets that are applicable in their current jobs.  Four of the five employees thought their education was helpful for performing their current job, but one reported it was "minimally helpful" (ID 89).  Each employee's work experience and education are summarized in Table 10.

**Table 10.  Prior Experience and Education for Five Employees in Job Code A0727**

| ID | Prior Experience Before Joining Nike | Other Jobs at Nike | Highest Degree |
|---|---|---|---|
| 48 | • Apparel and Accessories Product and Development Operations and Innovations at Icebreaker Nature Clothing (8 years) | • 11 years at Nike (before leaving then coming back) <br> • Lead BSA (business systems analyst) <br> • Expert Technology Consultant | B.A. Fine Arts |
| 49 | • Director of e-learning (2 years) <br> • e-learning Production Manager/Instructional Designer/Curriculum Developer (6 years) <br> • Multiple Roles in Social Services Industry (10 years) | • Director of Business Operations <br> • Director of Knowledge Management and Portal <br> • Training Manager | B.A. Management and Marketing |
| 53 | • Engineer at Cisco (3 years) <br> • Security and Network Consultant / Product Manager at Schlumberger (4 years) <br> • Security Operations / Architecture / Manager / Kaizen Lean Specialist at Halliburton (6 years) <br> • IT program management at Acme Consulting (2 years) <br> • Business and engineering strategy / program management at Slalom (2 years) <br> • Product management and requirements assistant director at Cambia (4 years) <br> • IT Director - Ardon Health (6 months) | • Short term contracts | B,A. Mathematics and French |
| 72 | • Accounting firm (7 years) <br> • Company that did acquisitions <br> • HR Role in medical Field (7 years) | • BSA (Business Systems Analyst) <br> • QM (Quality Management) Lead <br> • QM Manager <br> • HR Tech Manager | Some college, no degree (business administration) |
| 89 | • Multiple jobs in Operations, Management, and Retail experience (10 years) | 29 years including: <br> • Sales Analyst <br> • Business Consultant <br> • Operations Manager <br> • Transition Manager, North America <br> • Portfolio Director, <br> • Communications Director <br> • Director of Collaboration and Productivity <br> • Director of Content and Social Collaboration | B.A. Business |

168.    Each of these employees also possesses additional training and certifications that differ in content such as Agile Product Manager, Adult Learning Theory, software-specific training.  Employees reported that their work requires varying levels of precision, but all reported that creativity is critically important to their work.

*Effort*

169.    The employees in this Job Code provided different responses when asked to describe the most complex aspects of their work.  Examples include aligning priorities with other teams, creating clear processes, and understanding the different layers of technology.  All responses to the question "What are the most complex aspects of your current job?" are below.

- (ID 48): "The most complex for me is when I have to negotiate with the business PM organization and convince them of priorities and work that must get done. They are our partners, so when we take on bodies of work, they need to be aware and provide necessary support (a business product manager, a project manager, transition managers, and/or training - depending on what we are delivering). So sometimes convincing the business product management leadership is complex and exhausting."

- (ID 49): "Establishing clear processes that are efficient and complement Nike's global processes. An example is managing our functional budgets as it relates in a similar way to Nike's financial management systems. We struggle getting a financial budget for our functions because Nike's finance processes don't manage it that same way."

- (ID 53): "Ensuring ongoing alignment and direction on priorities and quality.  Balancing execution timelines, quality, and lack of staffing.  Aligning staffing model directional changes between fulltime, contract, and statement of work resourcing."

- (ID 72): "Getting alignment... I think sometimes there is not clarity on who has the decision making rights, and there is a lot of time spent on getting everyone aligned - on how we want to do it, knowing who can make the decision, and being able to move forward."

- (ID 89): "Understanding the technologies and the different layers of complexity within each type of technology that we have. Understanding how a file sync and share product (like Box) works from top to bottom... And also understanding how a messaging platform (like Slack) works inside, top to bottom. You need to understand the technology to do my job and influence vendors to improve it. You also need that knowledge to figure out the best use cases to maximize the value for Nike business."

170.    Most employees reported a medium level of stress on the job.  Some employees reported that time pressure is common (e.g., "70% of our job" ID 53) and others reported it is not common (e.g., "Not very much" ID 72).  Employees also reported that their work is often impacted by unexpected disruptions.  Employees in this Job Code are not typically required to physically exert themselves, and travel infrequently.

*Responsibility*

171.    Employees in this Job Code reported making a variety of important decisions that impact Nike in different ways.  Responses to two questions "What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?" and "Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?" are copied into Table 11.

## Table 11.  Most Important Tasks Performed by Five employees in Job Code A0727

| ID | Position | Most Important Tasks | Why Are Tasks Important? |
|---|---|---|---|
| 48 | ENGINEERING DIRECTOR | The most important tasks would be the delivery of a body of work surrounding the strategy that we established. The other important tasks, from a financial perspective, would be the labor strategies and aligning with the labor strategies. (For example, there might be a request for a reduction in the workforce, so from a budget perspective, we need to find an extra amount of money and we need to provide YOY improvements in overall how we address work with headcounts we have. We need to spend weeks on end to look at scenarios, do talent assessments, understand and push on the people we want to keep, what does it mean to reduce headcount. So when I say labor strategy, it is often driven by budget constraints.) The last one is being that point person for the requirements gathering for the business, solutioning, and such. | From a financial perspective, the ROI. From being involved in solution and design decisions with the business, in our unique case (our group), we have more insight into the business needs than we would like our partners in business product management to have. We are also acting as technical project management directors, because we have always acted that way. So we are probably closest to our business. We have trust with them, so we are able in a lot of cases to represent their needs better AND tie it into the roadmap. When you put that together holistically, it has the biggest impact because you can look at what value that adds to the business as you look at the roadmap. Because our customers, in product creation, are not consumers - they are internal customers, Nike employees. And we provide solutions to simplify the work they do and overall processes in product creation. |
| 49 | DIR, ORG OPERATIONS | The most important tasks i perform have to do with planning future work and resource management around getting that work done, because that determines our capabilities for the future. The resource management piece is a critical part of the work because of the financial accountability we have. Another important task I perform is employee engagement, and leading the team to develop and deliver employee engagement strategies and plans regularly. | In order to keep up to speed in the market both from the technology perspective and the consumer perspective, we must think ahead. We need to anticipate the expectations of both our consumers and the industry. Planning and delivering work from a technology perspective drives the company outputs and therefore ultimately our stock price. Strong employee engagement is important to help employees feel valued and critical to the work, and when employees feel that way they deliver higher quality work in a shorter period of time, thereby delivering value to the company. |
| 53 | DIR, FOUNDATION DELIVERY | Technical execution support, escalation support, and quality oversight  Staffing, sometimes staffing is the escalation support Establishing the new capability Contracting | Ensure the execution and quality of the technical teams to support business capability and revenue generation. Specifically, I have a tier 1 service and app that directly supports 12 billion dollars in revenue and indirectly 35 billion dollars in revenue. We also provide customer data that supports strategic decision making from planning to purchasing to sales direction. Staffing ensures that we have the right people to deliver to the business needs within expected timelines. Establishing new capability supports the highest priority projects and sales direction.  Contracting is selecting our partners that enable us to deliver and deliver quality. |

| ID | Position | Most Important Tasks | Why Are Tasks Important? |
|---|---|---|---|
| 72 | DIR, INFORMATION TECHNOLOGY | There are two things... The most important work I do is being a people manager - but sometimes I don't have the right tools or capacity. But I think the way that I can support Nike the best is ensuring my team is supported. The other thing that I think is the most important is making sure that when we are purchasing a solution, we are not purchasing or building something we already have. So a big part of my job is when I know that another team has something, that is on my radar so I can make sure that we don't duplicate work. For example, bringing in another vendor to do x when we already have a vendor that does that. | From a people manager perspective, it is important because the way we get work done is our people. They need to understand the strategy, vision, and be supported to get the work done. And as far as making sure that we not duplicating efforts, that is time and money to Nike - and not spending money on the same thing in a slightly different function. |
| 89 | DIR, SOCIAL & CONTENT COLLABORATION | Influencing software vendors to prioritize product improvements that benefit Nike and our employees. That is the secret sauce that only someone with my knowledge and experience can do. | Because we impact every employee's productivity. We provide the platforms that help work get done at Nike. No work gets done without the platforms that we provide. And so we need them to be "Nike worthy", secure, and easy to use. |

172.    Similarly, employees in this Job Code also reported making a variety of different decisions such as which software to purchase, setting strategy, and talent assessment and recruiting.  The responses to the question "What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?" are below:

- (ID 48): "The most important decisions I make as part of my current job are related to talent assessment and recruiting, scope of solutions, and the design of solutions. From a talent assessment and recruiting perspective - consequences are impact to overall productivity/our ability to deliver or negative team dynamics. For scope of solution and design of solution - businesses unable to perform their job, they need to find other ways to do their work, negative feedback on the solution (which could cause loss of productivity to teams and therefore Nike overall)."

- (ID 49): "How we operate our business processes and employee engagement strategies. If I did not make those decisions, our managers in the organization would not know how to efficiently and effectively do their jobs, which would lead to an unengaged and poor employee experience. Our organization would likely be over budget, and not deliver work in a timely manner if I was not making those decisions."

- (ID 53): "Engineering quality signoff - for tier 1 app quality and readiness for deployment impacts the entire Nike.net platform.  CFE (employee performance ratings) and annual salary increase - this affects all of my employees. Affects all of their performance ratings and salary increases. Contract signatures - contract decisions affect major spend at Nike, legal and execution ramifications.  Staffing/selection - affects the quality of the team and the ability to deliver business priorities on time.  Escalation support - directly impacts the teams ability to deliver on time for business requirements."

- (ID 72): "The most important decisions, I think, are around choosing technology solutions and how I support my employees. The reason technology solutions are important goes back to ensuring that we are solving strategically for Nike. And from my employee perspective, it is more just helping them with day to day work - but the reason that is important is because employees need to feel supported."

- (ID 89): "Which software to purchase - that is important because it has a direct impact on Nike employee productivity. If we were to choose a bad product, it would negatively impact the productivity of every NIKE, Inc. employee (NIKE, Inc. includes Converse, Jordan, Nike). The other most important things are how to protect Nike intellectual property on all of our platforms - that is important because if our intellectual property leaks, it could have a negative impact on revenue. Also, timing of changes to our

platforms (to avoid key business events). For instance, not doing anything that would disrupt the holiday period. Also, ensuring adequate support of these platforms to maintain business continuity."

173.    All of these employees have significant involvement with strategy development or strategic planning, managing budgets, hiring, promoting, disciplining, and terminating employees, signing legal documents on behalf of the company (e.g., vendor contracts). Employees reported having the authority to spend up to $500,000 but said they would align with or give visibility to leadership before doing so.  All of these employees have direct reports, but the number ranges from three to twelve.  Three of the five employees also have indirect reports, ranging from two to as many as six indirect reports.

*Working Conditions*

174.    All employees we interviewed reported working in an office environment (or from home) with no known hazards, other than a potential risk of injury from lifting items at event preparations.  All work five days in a typical week, although two employees reported that they also work some of the weekends to either catch up or prepare for the following week. Employees reported working between 40 and 60 hours per week, which can be variable for some of the employees.  All of these employees have control over their work schedule and typically start work between 7am and 9am.

**Job Code A0971 (SUPV: MFG)**

175.    Job Code A0971, has a Job Title of "SUPV: MFG."  This Job Code is categorized into the following groupings: Function: "Manufacturing & Sourcing;" Family: "PRODUCTION," Subfamily: "MAINTENANCE & MANUFACTURING;" Band: "L," Level: "SUPERVISOR."  The five employees who were randomly selected all had the Position Title of

either "N1 PRODUCTION SUPERVISOR" "N2 PRODUCTION SUPERVISOR" or "D1 PRODUCTION SUPERVISOR." It is my understanding that positions that begin with "D" refer to Day shift and those that begin with "N" refer to night shift. Tenure with the company ranged from 1.75 years to 10.05 years.

*Work Performed*

176.    The five employees in this Job Code are primarily responsible for supervising a team of Nike employees who operate machinery in Nike manufacturing facilities. Common tasks performed by these employees include overseeing the work and serving as a resource for direct reports, monitoring time cards, ensuring employee safety, and scheduling work. All are assigned to footwear (making Air Bags that go in the sole of some Nike shoes) except for one employee, who is assigned to equipment.

177.    In addition to their formal job duties, three of these employees have additional roles: safety committee and AirMI Black employee network member (ID 3); Women of AirMI network member (ID 68); safety committee and Women of AirMI network member (ID 88).

178.    One of the biggest changes to the job since these employees started in their current role is modifications to their number of direct reports. Two employees reported that their headcount has reduced significantly (e.g., from 86 to 29; ID 3) while another employee's headcount has increased. These changes impact the amount of time spent on tasks related to interacting with the team.

*Skills / Knowledge*

179.    Employees typically reported that their job required KSAs related to managing others such as communication, listening, the ability to give honest and timely feedback, as well

as the ability to work with computers.  Most employees reported that entering timecards accurately into the payroll system is an important part of the job.

180.    These five employees had diverse backgrounds in both prior work experience and education.  Prior job experience ranged from no prior work experience (other than a temporary employee at Nike) to 30 years as a production supervisor and production manager.  All felt that their prior work experience was helpful to some degree.  Education ranged in both level (e.g., Associate's, Bachelor's) and filed of study (Education, Law).  Some of the employees felt their education has been helpful and others did not.  The prior work experience and education for these five employees are summarized in Table 12.

**Table 12.  Prior Experience and Education for Five Employees in Job Code A2543**

| ID | Position Title | Prior Work Experience | Education | Was Education Helpful in Current Role? |
|----|----------------|----------------------|-----------|----------------------------------------|
| 3 | N2 PRODUCTION SUPERVISOR | Production Supervisor and Production Manager in semiconductor, precision sheet metal, battery, and computer manufacturing (30 years) | B.A. Education | Yes |
| 68 | N1 PRODUCTION SUPERVISOR | Manager at Travel Agency (3 years) | Some college, no degree in Law | No |
| 76 | D1 PRODUCTION SUPERVISOR | Production Supervisor in the Military (2.5 years) | A.A. (General) | No |
| 80 | N2 PRODUCTION SUPERVISOR | Temporary Worker for Nike | Some college, no degree (General) | No |
| 88 | N2 PRODUCTION SUPERVISOR | Cashier at Target (2 years) | A.A. (General) | Somewhat |

181.    Two of these employees also have completed additional certifications and training, which were First Aid, AED, Blood-born pathogens (ID 3), and Yellow Belt training ("lean" manufacturing), and Nike management courses (ID 88).  Both employees reported that these certifications and training are helpful for their current job.

*Effort*

182.    Employees generally reported that their job involves a low level of stress, although several noted that Covid-19 has added stress related to worrying about their employees, implementing new social distancing policies, and adjusting to lower attendance levels.  A few employees reported that they physically exert themselves a few times a year, although one person noted that they walk around the production floor daily.  None of these employees reported traveling as part of their job.

*Responsibility*

183.    The most important decisions these employees reported making typically had to do with managing their team (e.g., keeping people happy, developing the team, connecting with employees).  All had limited or no involvement in strategy development or strategic planning or developing policies or procedures.  These employees also reported providing input or recommendations on personnel issues such as hiring, promotions, discipline, and terminations but none make final decisions on these issues.  All of these employees supervise others but the number of employees they supervise ranges from 15-20 (ID 80) to 35 (ID 68).

*Working Conditions*

184.    All of these employees work in a manufacturing facility and some also reported spending time in an office.  In that environment, employees may be exposed to various hazards such as loud noise, chemicals, dust, and seasonal hot temperatures.  One of the biggest differences between these employees is the shift they work.  Four of these employees work an overnight night shift (e.g., 5:30 pm to 5:30 am) and one works a day shift.  All of these employees work 12-hour shifts with alternating three and four-day weeks.

**Job Code A1044 (PROF EXPERT: BRAND/CATG MKTG)**

185.    Job Code A1044, has a Job Title of "PROF EXPERT: BRAND/CATG MKTG."

This Job Code is categorized into the following groupings: Function: "Marketing;" Family:

"BRAND/PRODUCT MARKETING," Subfamily: "BRAND/CATG MARKETING;" Band:

"E," Level: "EXPERT PROFESSIONAL."  The five employees who were randomly selected all

held five different Position Titles and their tenure at Nike ranged from 7.33 years to 13.48

years.[50]  The specific Position Titles and tenure for each of these five employees is provided in

Table 13.

**Table 13.  Five Randomly Selected employees from Job Code A1044**

| Interview ID | Position Name | Tenure with Nike (Years) |
|---|---|---|
| 63 | DIRECTOR, SCI NA | 13.48 |
| 66 | DIR, GLBL - PERF BRAND MGMT WMNS (LTCC) | 8.34 |
| 69 | NA BRAND MKTG WMNS LIFESTYLE DIR | 7.49 |
| 85 | DIR, GLBL - INNOVATION NARRATIVE | 7.92 |
| 87 | DIR, GLBL - PURPOSE DIRECT MARKETING | 7.33 |

*Work Performed*

186.    These five employees reported performing different work in their current job.  For

example, one employee is focused on Social and Community Impact (SCI) and others are

focused on specific Product Lines.  Responses to the question "Briefly describe your major

responsibilities in your current job" are below.

---

[50] For one of these five employees (ID 85), the interview was not completed in the available time and the employee
was not available to reschedule a second interview to continue.  Therefore, some questions have data from four
employees.

- (ID 63): "My role is the North America Brand Integration for Social & Community Impact.  My role is to serve as the brand liaison SCI within the larger brand organization. I work to elevate either SCI projects or partners through different Nike Brand Channels."

- (ID 66): "So I lead the marketing efforts for Nike sports bras and Nike maternity (i.e., our entire maternity collection). This involves building out go-to-market seasonal plans (i.e., basically everything from when the product launches all the way to the journey we take consumers through). Marketing plans are O2O (i.e., online to offline, so digital to physical) spanning across digital marketing and physical retail. So, the marketing plans include a full fly wheel approach (i.e., fly wheel is Nike's templated way to plan out a full marketing plan with 4 quadrants, and essentially the theory is if you have the 4 quadrants in motion you will keep members retained with the brand- the 4 quadrants are discussed in the next sentences), so under product we do a lot of product and performance marketing. Under activity we partner closely with our activity teammates to integrate activity into a members journey. Under story telling we create inspirational educational content to engage our consumers. Under community we work to make members feel like they are a part of the Nike community to spotlight their stories and local communities. In addition to building out seasonal marketing plans, my role includes looking upstream at future marketing plans at where our products will focus."

- (ID 69): "I oversee the North America women's lifestyle brand marketing plans I am responsible for the strategic planning and execution of seasonal products and concepts. Specifically, my role focuses on the Fall and Holiday seasons. I also have a specific focus on a couple of long term projects which are called style essentials, lifestyle apparel, and our new dance proposition. I also indirectly manage a brand manager and specialist

within my team-- it is my responsibility to lead the overall vision and direction and managing and leading the cross-functional and cross-category wider team to bring the plans to life to market."

- (ID 85): "Concepting, developing, creating consumer-facing branded content for Nike at a global level - creating and influencing creative strategy - developing multi-seasonal content strategy - Managing external creative partners - Partnering with cross-functional internal teams to deliver  creative initiative content."

- (ID 87): "Major responsibilities are creating strategy for how our purpose work shows up in our Nike digital ecosystem. Purpose is a new space in terms of, the team was created after the reorg. I am working on an initiative that we are working after, that it shows up in our materials, in our ecosystem, and our store levels. I work in the consumer direct marketing team."

187.    Two of these employees are assigned to the North America Geography (the other three are not assigned to a Geography).  One of these employees thought that the Geography impacted her work ("Yes, it would be different because each Geography has a different way they do work and is organized differently" ID 69) and the other did not (ID 63).  None of the employees is assigned to a specific Product Engine.  One employee is assigned to a Sportswear Sports Category and another is assigned to Sustainability, Innovation, and Purpose.  Both employees felt this area of specialization impacts their work.  Their responses to the question "Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?" are below.

- (ID 69): "Yes, it would be very different. Each category operates very differently. Especially, sportswear it is the lifestyle side of Nike, this varies from other sides of Nike."

- (ID 85): "Yes, it would be different. Oftentimes, our work is not focused on a specific product marketing initiative, but rather a holistic idea, brand value, or product innovation platform."

188.    Two of these employees are assigned specifically to Women's products (the other three are not assigned to a specific Product Line/Gender).  Their responses to the question "Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?" are below.

- (ID 66): "Generally speaking, no it doesn't matter. That said, Nike has a huge focus on women's right now (largely due to the business opportunity for women's, but also recognizing the gender inequality within sports so wanting to elevate women and eliminate the gender gap in sport), so working in the space of women's there is so much opportunity with the work we are doing."

- (ID 69): "Yes, it would be different because I would be marketing to a different set of people, there are different ways of operating, and different approaches that work."

189.    Three of the employees reported having additional areas of specialization and the other two did not.  One employee specializes in "Community" and reported, "It's the foundation for all the work that I perform in my function" (ID 63).  Another employee specializes in digital marketing and consumer knowledge within the women's gender which "allows me to write really sharp marketing plans that are aligned to Nike's strategic priorities" (ID 66).  The third employee

specializes in impact marketing and purpose brand marketing models and reports that "this area of specialization requires that the marketing and creative initiative is tied to specific corporate, brand, and consumer actions, that go beyond product marketing, selling product, and consuming product. Therefore, it requires deep understanding of consumer expectations of global brands operating within the diversity, inclusion and sustainability spaces" (ID 85).

190.    All five of these employees work as part of a team.  These employees reported being a member of between one and eight different teams, and the number of team members range from two to 100.  Responses to the question "What do you specifically contribute when you work with your primary team to complete work?" are below.

- (ID 63): "I support across all team members and any brand or marketing needs. I also set North America SCI brand strategy and ensure that it reflects the full North America SCI approach."

- (ID 66): "I specifically own the long-term concepts for sports bras and maternity, which are two key priorities as a part of the broader women's strategy."

- (ID 69): "I am responsible for driving the fall and holiday season, and indirectly managing brand managers and specialists. I also am a key player in helping create the roles and responsibilities for team culture and helping form the vision for the team."

- (ID 85): "Creative vision, strategy, content approach, creative planning, initiative planning, narrative development, briefing creation, review and approval of external partners, external partner management"

- (ID 87): "The thing I contribute is knowledge based, most people don't have a lot of digital knowledge. Give them information about multiple channels of Nike, the Nike

ecosystem, the dot com ecosystem, so that they can build out their systems based on their priorities. I'm in a consultant to the different teams."

191.    Two of these employees also reported having additional responsibilities that are not part of their formal job duties.  Their responses are below.

- (ID 66): "I mentor others, I typically have 2-3 employees that are not on my direct team that I act as a mentor to. Mentorship is one on one meetings with that employee either bi-weekly or monthly to check in with them, help them with career development questions and any specific projects they are working on. In addition to the people I mentor, I also help onboard new teammates either to work that I am currently responsible for or work I was responsible for in the past. For example, I am currently helping to onboard the new Social Media Manager for women's. This person is a new hire to Nike, so I am helping her get familiar with Nike culture and Nike processes. Onboarding her and sharing with her the Nike strategy, the previous Nike women's strategy, and giving her foundational knowledge so she could be successful. This is not a current part of my current responsibilities but it was in my previous role, so I have the knowledge to help her."

- (ID 87): "I am getting a DEI (Diversity, Equity, and Inclusion) certification from USC, serving as the DEI mentor and that's been for the last two weeks training. DEI certification we have four hour meetings monthly. Nike Impact Committee, we get funding for community. Part of Black and Play network."

192.    Three of the employees have also performed temporary projects in addition to their usual job duties which were:  Managing interns for two months and stretch assignments for four months (ID 63), serving on multiple committees and assisting with office re-designs (ID 69), and a project to work "on a gift for our board members and a way to explain the benefit of

Nike experts on demand to the board" (ID 87). Two of the employees reported that the tasks they perform in their job have not changed since they started (e.g., "Nothing has changed" ID 66) and two reported that they have changed (e.g., "Yes, all the time. Things are constantly changing at Nike" ID 69). These employees reported examples of changes in the amount of time spent performing different tasks (e.g., "my time has shifted to be a little more upstream in the seasonal process. And allowing my manager and specialist to be more involved in the day to day execution" ID 66); the way tasks are performed (e.g., "processes have been more streamlined based on the development of strategy and new hires that have created more efficiency and how we get after different purpose initiatives" ID 87); and the tools and equipment they use to complete tasks (e.g., "we use more slack, AirTable, Word documents rather than big presentations" ID 69).

*Skills / Knowledge*

193.    The five employees we interviewed in this Job Code described a variety of unique KSAs that are required to perform their job successfully. Many of the specific KSAs are related to the employee's area of specialization (e.g., "in-depth understanding of the female consumer within North America"). Their responses are provided below.

- (ID 63): "Strong communication skills, troubleshooting (ability to troubleshoot), thinking creatively, connecting the dots across teams and people, understanding of challenges community organizations face."

- (ID 66): "So you have to have knowledge of the consumer that you are targeting to be able to analyze consumer data to know what is working/not working and how you can evolve going forward. You have to understand marketing strategy and how to write a brief. And, you definitely have to know Keynote. The one other think I would add is deep

understanding of digital and retail channel strategy (i.e., understanding the different platforms within social media, the different consumers within each, and how you should leverage each)."

- (ID 69): "It is unique and in depth understanding of the female consumer within North America as well as a deep understanding of the lifestyle and sneaker marketplace. I also need to have extensive marketing experience across multiple functions including digital marketing, strategic planning, creative development, experiential marketing. Also, you should have a passion and understanding of products and product marketing. Extensive experience in managing teams and people and external agencies."

- (ID 85): "Full funnel brand marketing know-how - Integrated media - Communications and PR - Creative technology - Influencer landscape - Fashion and sportswear industry landscape - Deep understand of 21st century impact marketing models - Nike direct digital ecosystem, inclusive of product, services, and content - Creative agency and partner landscape - Ability to understand lived experience of underrepresented communities - Product design and merchandising timelines, and latest releases across the athletic industry - Manage, mentor and motivate creative professionals."

- (ID 87): "Digital acumen. Understanding how our different channels work at Nike. What the capabilities are, from a channel perspective. What the strategy and processes are. And combining that with the strategic purpose of the team and finding those intersection. A large part is around communication and collaboration to make sure our initiatives have the information and tools needed to unlock the objective."

194.    These employees also reported using many different technologies, software, and other tools in their work.  Some reported using only a few items and others reported using more than 20 different items.  The specific responses are below.

- (ID 63): "Microsoft office, Airtable, Salesforce, Slack."

- (ID 66): "So Keynote, Slack, Microsoft Office, Outlook, Airtable, Sprinklr, Google Workspace, and Box. Keynote is essentially the Mac version of Powerpoint, so this is where we build all of our presentations and briefs. Airtable is really similar to Sprinklr, kind of a data entry project planning space- Nike was using Airtable but we are shifting to Sprinklr. Box is where we house all of our files and how we share files. Another new one we are starting to use is Miro, which is a digital whiteboard and a space for teams to share information and brainstorm together."

- (ID 69): "Keynote, Slack, Zoom, Email, Texts, Miro, Excel, and a lot of collaborative Google Docs, AirTable."

- (ID 85): "Adobe suite, Apple suite of tools such as Keynote and Notes, MS Office suite, Slack, Zoom, Google suite of tools like Docs and Pages, WhatsApp, frame.io, production tools, iMessage, at-home video conferencing cameras, YouTube, Nike apps (NTC, SNKRS, Running, and the Nike App), Snapchat, Twitter, Instagram, SparkAR, Discord, twitch, TikTok."

- (ID 87): "Tableau, different dashboards, Sprinkler."

195.    All five employees reported that creativity was either important or very important.  All of these employees held marketing jobs before joining Nike and felt their prior work experience is helpful for performing their current job.  These employees reported different educational backgrounds.  One employee has a Bachelor's degree in political science, which they

reported is not helpful in their current job (ID 63). Another employee has a Bachelor's degree in Journalism, which they find helpful in some aspects of their current job (ID 66). Another employee has a Bachelor's degree in sport and exercise science, which they report is helpful but not necessary (ID 69). Another employee has an MBA, which they found to be helpful in some sense for their current job (ID 87). Only one employee has additional certifications, which were a digital marketing certificate and a leadership certificate (ID 87). This employee is currently completing graduate classes as well.

*Effort*

196.    Employees we interviewed all described the most complex aspects of their jobs which typically involved communicating and aligning strategies/priorities across multiple people and teams. The workload pattern differs between employees. For some employees, the work is spread evenly across the year (ID 63, ID 66), for others, the workload has distinct peaks and valleys based on seasonality (ID 69, ID 85), and another reported that the workload is unpredictable (ID 87). These employees generally reported that their work is stressful. Employees differed with respect to whether their work in impacted by unexpected disruptions, ranging from "fairly minimally" (ID 66) to "constant, daily, multiple times a day" (ID 69). Employees reported that their work generally does not require physical exertion or travel.

*Responsibility*

197.    The four employees who completed this section described making different types of decisions in their job. For example, responses to the question "What are the most important decisions you make as part of your current job? For each, please describe why it is important. For example, what would the consequences be for Nike or Nike employees if a poor decision was made?" are below.

- (ID 63): "I make decisions about strategy that help set the stage for how plans to come life across North America and making good decisions help ensure Nike is represented in the best light possible."

- (ID 66): "The most important decisions I make are all in the seasonal marketing brief, so what consumers we are going to targeting, the marketing levers (i.e., digital marketing, events, comms, athlete engagement) we are going to employ to engage that consumer, etc. If we made the wrong decision on where to focus in that brief, it would impact the Nike business from a sales perspective."

- (ID 69): "The most important decisions I make are the budget decisions, product launch decisions, launch and support decisions, I make creative decisions, hiring decisions, and decisions on the campaign roll out and strategy. These are important decisions because they impact how well a product is represented in the marketplace and therefore how well it will sell."

- (ID 87): "The most important decision I make is based on delivering the consumer journeys, because strategically the objective for us needs to be clearly defined and actionable. I wouldn't say there would be major consequences for Nike or Nike employees, that's where I can add the most influence."

198.    All of these employees reported having some role in strategy development or strategic planning within Nike, and none reported having a role in developing policies or procedures for Nike employees.  Employees differed in their level of responsibility for managing project budgets. Most said they are directly responsible for managing budgets, but one stated they have no involvement in managing budgets (ID 87).

199.    Employees in this Job Code also reported variability in their involvement in hiring employees.  One employee has been responsible for hiring multiple employees (ID 66), one has made recommendations on job candidates (ID 63), one said they have no involvement but did note that they have been on interview panels (ID 69), and one has only engaged a contractor (ID 87).  Two of these employees have made recommendations on promotions (ID 63, ID 69), and two reported having no involvement in promotion decisions (ID 66, ID 87).  The employees generally did not report having much involvement in disciplinary or termination decisions, although one employee said they could provide feedback or recommendations (ID 69).

200.    All of the employees we interviewed have the authority to sign legal documents on behalf of the company, which they do a few times per year.  Several employees reported that they sign service agreements and contracts with agency partners.  None of these employees have any Nike employees who directly report to them, but two reported that Nike employees indirectly report to them.  Both of them described their indirect supervision as follows.

- (ID 66): "We have a weekly team meeting and individual one on one meetings where work is shared. We are also such a small team that we stay in really close contact via Slack and email and check in with each other before sharing work more broadly."

- (ID 69): "I have weekly one-on-one meetings, regular team review meetings, and daily communication through email and slack and text."

*Working Conditions*

201.    All employees we interviewed reported working in an office environment (or from home) with no known hazards.  All work five days in a typical week and worked between 40 and 50 hours.  All of these employees have control over their work schedule and typically start work between 7:30 am and 8 am.

**Job Code A2662 (MGR: SW ENG)**

202.    Job Code A2662 has a Job Title of "MGR: SW ENG."  This Job Code is categorized into the following groupings: Function: "Digital;" Family: "ENGINEERING," Subfamily: "SOFTWARE ENGINEERING;" Band: "U," Level: "MANAGER."  The five employees who were randomly selected all held the Position Title of "ENGINEERING MANAGER" or "MGR, ENGINEERING" and their tenure at Nike ranged from 2.73 years to 27.67 years.

*Work Performed*

203.    All employees reported that they are responsible for leading a team of software engineers who are developing different digital capabilities for Nike such as: "manage a consumer behavior pipeline" (ID 43), portions of "software systems that [are] used to power the Nike digital business" (ID 57), "analytics engineering platform" (ID 71), and "finance and procurement technology" (ID 73).  None of these employees are assigned to specific Geographies, Product Engines, sports categories or genders.  Two employees weren't sure if they had an area of specialty, despite providing what could be considered an area of specialization. The other three employees describe areas of specialization.  All responses to the question "Do you have any additional specific areas of specialization? If yes, what areas?" are copied below:

- (ID 43): "Consumer data (i.e., data related to Nike consumers), but I'm not sure."

- (ID 50): "My domain is fulfillment and outbound logistics (carrier integrations and shipment services)."

- (ID 57): "I don't know, my role is a part of Global Technology but I don't know if that is the area of specialization."

- (ID 71): "We are the analytics platform, so I would say analytics is the specialization."

- (ID 73): "SAP Retail North America is my specialization. I have been involved with this system since we implemented it at Nike in 2009."

204.    Employees in this Job Code described different ways in which their area of specialization impacts their job, such as: "One thing that we have to keep in mind are consumer privacy laws" (ID 43) and "We are owners of the fulfillment/logistics domain and as owners, we make daily decisions and drive strategy based on the boundaries for this domain" (ID 50).

205.    All employees we interviewed work as part of a team, but the number of teams they work on at a time ranged from one to five.  In terms of their specific contributions to their team, most employees described having involvement in the team's work product (thus requiring knowledge of the work being performed), while one described providing support for their team, but not having any involvement in the actual work of the team (ID 73)  Responses to the question "What do you specifically contribute when you work with your primary team to complete work?" are copied below:

- (ID 43): "Specifically, I give input on what work we will work on and when, how we do it, how we build our stuff, and help remove impediments, and resolve interpersonal conflict as necessary. So there is the "what" we are going to build (e.g., building a more robust architecture for holiday readiness because Nike has more traffic during the holidays, I will give my input on that. The when is saying we will need it by next month or knowing when it will be done by, the how is figuring out what we need to do (e.g., should we make clusters bigger?, do we need to remove pieces out of our architecture or simplify?). Architecture is the layout for how something is built."

- (ID 50): "Helping teams understand architectural designs for Nike programs. Removing blockers and communicating needs or challenges. Reviewing high-level designs, API's

and other artifacts applying a big-picture perspective. Ensuring alignment across architecture, engineering, and product."

- (ID 57): "I help with prioritization of work, removing roadblocks, ensuring quality delivery, and making sure that employees feel valued. Also, understanding the business objectives and deliverables, and driving engineering direction to make sure that we are keeping up with industry standards and best practices."

- (ID 71): "I provide guidance and make sure priorities are communicated and help them plan out for the work. Also, I make sure the team gets what they need to do their work."

- (ID 73): "I do not get technically involved with the work on my team. I do not help with design or testing. I am contributing to the team by making sure that members have what they need to do their jobs and removing roadblocks. For example, if another team is not giving us what we need, I can escalate and resolve. I also support engineers if too much work is being asked for. I will work with scrum master to understand and help the team needs if they require a change a process. I review and approve change requests to production in Service Now. I share status and accomplishments upward to my director for team recognition. I attend quarterly planning and assist with gaining clarity if the team needs help from another team that they are dependent on. I also listen to status and work updates and then contribute by providing feedback and asking questions about work to gain clarity."

206.    Three of the five employees reported performing additional responsibilities that are not part of their formal job duties which were co-chair of "Women of Digital" (ID 43), occasionally mentoring others (ID 57), and member of the "Women of Digital" (ID 71).  One

employee also reported that she was filling in for the Product Owner role for a long time because the team was lacking a Product Director (ID 71).

*Skills / Knowledge*

207.    Employees in this Job Code reported that their jobs require different KSAs for successful performance.  For example, some reported requiring technical knowledge and skills, while others reported interpersonal skills and project management skills were important for their specific role.  This is consistent with differences in the work performed by these employees and their areas of specialization.  Specifically, all responses to the question "What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?" are copied below:

- (ID 43): "I think you have to have a good sense of managing interpersonal relationships and also have some kind of technical background with software engineering or data engineering. I think you have to be fairly flexible and ok with vagueness and changes."

- (ID 50): "There is a need to have a balance between understanding business process, having expertise in the products that are owned by my teams, and having a technical software development skillset.  Ability to create mutually trusting relationships between myself and my team members, based on fairness and mutual respect."

- (ID 57): "Sufficient understanding of software development methodologies and programming languages is one. Leadership skills, so there are soft skills related to being a good leader like building trust, holding people accountable, fostering a collaborative team environment, dealing with ambiguity, and conflict management. I would also add prioritization, time management, and strong partnership with other teams."

- (ID 71): "So, knowledge of the big data platform. Knowledge of AWS. And then, software development background. Management skills. Being able to work with cross-functional teams. Being able to translate requirements into workable solutions."

- (ID 73): "My KSAs would be knowledge of software development methodology and knowledge of agile scrum. Agile scrum is a framework for delivering work that allows a small team to plan their work in doable pieces that they can adjust and work on highest priorities. This is iterative and we can change. Only plan 2 weeks in advance so that we can shift as needed. They can break up tasks amongst the team. There is no project manager for scrum, they have scrum master. This is in contrast to waterfall technology practice, which is focused on deadlines and longer term planning. I need to have a basic understanding of retail business practices and financial practices, as well as familiarity with SAP or other large ERPs (Enterprise Resource Planning). Also management experience."

208.    Similarly, employees in this Job Code reported using some common software and programs to perform their jobs, but also several unique programs, requiring unique knowledge and skill.  Responses to the question "What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?" are copied below:

- (ID 43): "Outlook, Zoom, Slack, Jira, Confluence, Box, Google docs. Jira is a work tracking system so you can make bodies of work (kind of like every size from large concept to individual tasks and you can track progress on those pieces of work). Confluence is only on the internal network for the company and it is a place to create documentation, pictures, websites. Box is like drop box."

- (ID 50): "Github, Jenkins, Jira, Confluence, AWS, MS Office suite, Zoom, Java, Postman, Miro, SQL developer, browser (Chrome), Relay for approving timesheets, Flex for posting contract jobs, Box for internal communications, Workvivo, Slack, Lucidchart, Splunk, SignalFX, Cloudhealth, Atom."

- (ID 57): "We have the basics (i.e., Microsoft, Outlook, Word, Excel, Powerpoint). Specific to software development we have Jira, Confluence, GitHub, Aha, Slack. Jira is where we plan each of our sprints and document our stories, we also document our estimates for each of those stories and we have reports that show for each sprint what was completed, the velocity, and other reports that show categorization of work, etc. Confluence is where we store more detailed documentation regarding features, our run books, procedures, a good way to collaborate with other people. GitHub is our code repository. Aha is where we have our roadmap and where we plan for our quarters, and also where we identify dependencies across other organizations."

- (ID 71): "Big data technologies (e.g., Spark, Hadoop, Hive, EMR- these are used for processing big data), AWS (our infrastructure), Confluence (documentation), Jira (sprint planning), my SQL database (more for back end metadata), Outlook, Zoom."

- (ID 73): "I use the Microsoft Office Suite, Slack (can have groups of people or named group), Zoom. Internal websites (confluence, box, Google Docs). Nike Zero (training), Nike Success Factors for hiring and HR. Service Now for approving and tracking work, JIRA for all of the work that the team is working on (use the JIRA board daily), Trello board (track work that is to be done, in progress, waiting for someone or done). My team uses a lot of other programs."

209.    These employees reported that their work requires varying degrees of creativity even within the same Job Code.  Two reported creativity was "Somewhat Important," two reported creativity was "Important," and one reported that creativity was "Critically Important." The employee who reported that creativity was "Critically Important" provided this response to the follow-up question "In what way is creativity required to perform your current job effectively?":

- (ID 50): "It is required in terms of thinking outside the box and coming up with ways to solve problems, design solutions, and grow teams, not based on what has been done in the past, but based on openness to experimenting, disrupting the status quo, and being open to trying new things. My job also regularly requires the ability to offer new ideas or make decisions on the fly."

210.    In contrast, one of the employees who reported that creativity is somewhat important reported the following:

- (ID 71): "I think to have an open mind to be able to adopt to a new technology. And also, to be able to learn new design patterns (i.e., new service over in AWS that we can use, we need to explore how we can use that service in our high-level software development design)."

211.    The data show some large differences between the backgrounds of these employees before starting in this Job Code, in terms of years of experience before Nike, types of jobs held previously, experience in other jobs at Nike, and education.  Some of the employees have more than 20 years of experience in the software engineering field.  In contrast, one employee had no prior work experience before joining Nike, but today has worked for Nike for more than 27 years in various job titles.  One employee was hired directly into their current job,

while another worked as a temporary worker at Nike before being hired into their current job.

They also have dissimilar educational backgrounds.  Three employees have Computer Science

degrees:  two have a Bachelor's degree and one has a Master's degree.  Of the two who do not

have Computer Science degrees, one has a Master's degree in Health Education, while the other

has a Bachelor's degree in Psychology.  Two of the employees with Bachelor's degrees also took

some Master's courses but did not complete their degrees.  Table 15 summarizes these five

employees' prior work experience and education.

**Table 15.  Summary of Prior Experience and Education for employees in Job Code**

**A2662**[51]

| ID | Prior Work Experience (before Nike) | Prior Work Experience (at Nike) | Highest Educational Degree |
|----|-------------------------------------|--------------------------------|----------------------------|
| 43 | • Programmer Analyst 1 (1.5 years)<br>• Programmer Analyst 2 (1.5 years)<br>• Graduate Researcher (2 years)<br>• Software Engineer (1 year) | • External Temporary Worker, Senior Software Engineer II, and Senior Software Engineer III. | Master's in Computer Science |
| 50 | • Fitness Coordinator at BlueCross/BlueShield (7 years)<br>• Software Developer at Regence/Cambia (7 years) | • QA Engineer/QA Lead (6 years)<br>• Scrum Master (4 years)<br>• Engineering Master (4 years) | Master's in Health education: health and fitness management |
| 57 | • Sr. Engineering Manager (2 years)<br>• Engineering Manager (3 years)<br>• Principal Software Engineer (1 year)<br>• Agile Coach (2 years)<br>• Sr. Software Engineer (13 years)<br>• Software Engineer (2 years) | • None | Bachelor's in Computer Science |
| 71 | • Software Engineer 2 (3 years)<br>• Software Engineer 3 (15 years)<br>• Software Engineer 4 (2 years) | • Data Engineering Tech Lead | Bachelor's in Computer Science (took some Master's Courses) |
| 73 | • Sales associate at Macys and Benetton. | • Quality Engineering Manager<br>• Project Manager<br>• Senior Business Systems Analyst<br>• Operations Assistant<br>• Administrative Specialist<br>• Assistant to VP | Bachelor's in Psychology (took some Master's Courses) |

[51] The employees reported their prior work experience in different formats, so they are presented below in the same format to make comparisons easier.

212.    In addition, four of these five employees have received additional certifications or training which are: Safari Books online, Lynda.com/LinkedIn Learning, Degreed, external training or conferences (ID 50), Change management training, other leadership training (ID 57), Information Professional certificate, informal training on AWS (ID 71), certificate in project management, certified agile scrum master, training on rational unified process (ID 73).  All four of these employees felt that these certifications of training were helpful to some degree.  One employee reported no additional certifications or training.

*Effort*

213.    There were relatively few differences reported by employees in this Job Code related to effort.  All five employees reported that their workload has peaks and valleys and their stress is also periodic.  None of the employees reported that their work involved high time pressure. One area where employees reported differences was in the degree to which their work is impacted by unexpected disruptions.  For example, some employees described it as "constantly" (ID 43) and "a daily way of life" (ID 50), while others described it as "minimal" (ID 73).  None of these employees reported that their work requires physical exertion, and travel, if any, is minimal (a few times per year).

*Responsibility*

214.    All five employees generally reported that their most important work was managing their team, keeping the employees happy, and ensuring the team meets their objectives.  These employees do not have the authority to set strategies or policies beyond the team they manage and they do not manage project budgets.  All have the authority to make hiring decisions.  Four reported they can make promotion recommendations and one (ID 57) has full authority to make promotion decisions.  Several of the managers were not sure of their level

of authority to make disciplinary and termination decisions because the situation has not occurred. Only one of the four employees has the authority to sign legal documents on behalf of the company (ID 57). She stated that a few times per year, she signs software license contracts under a certain dollar value but wasn't sure what the dollar value was. None have a spending limit that they use without approval.

215.    All five employees directly supervise others. The number of people they supervise ranges from 5 to 21. Two of the employees also indirectly supervise others while the other three do not. They reported indirectly supervising 3 to 5 software engineers outside of their workgroup, which involves including them in Jira and Sprint Ceremony, monitoring the Slack channel, and holding one-on-one meetings.

*Working Conditions*

216.    All five employees reported working in an office environment with no known hazards. All work five days per week but the hours worked per week range from 35-40 hours (ID 43) to 50 hours (ID 50). All five employees have partial control over their work schedule and typically start work between 6:30 am and 9 am.

**Job Code A3118 (PROF LEAD: D&A INSIGHTS)**

217.    Job Code A3118 has a Job Title of "PROF LEAD: D&A INSIGHTS." This Job Code is categorized into the following groupings: Function: "Data Analytics;" Family: "D&A INSIGHTS," Subfamily: "D&A INSIGHTS;" Band: "U" Level: "LEAD PROFESSIONAL." The five employees who were randomly selected held five different Position Titles and their tenure at Nike ranged from 1.40 years to 23.35 years. These details and their Interview ID numbers are shown in Table 16.

**Table 16.  Five Randomly Selected employees from Job Code A3118**

| Interview ID | Position Name | Tenure with Nike (Years) |
|---|---|---|
| 54 | VOC INSIGHTS MANAGER II | 1.46 |
| 55 | COLOR & MATERIALS INSIGHTS MANAGER II | 23.35 |
| 59 | BRAND MEASUREMENT INSIGHTS MANAGER II | 2.67 |
| 75 | IMP INSIGHTS MANAGER II WOMENS | 2.38 |
| 81 | MEMBER TESTING INSIGHTS MANAGER II | 1.40 |

*Work Performed*

218.    Despite having the same Job Code, these five employees reported performing different work for Nike.  Their responses to the interview question, "Briefly describe your major responsibilities in your current job" are copied below:

- (ID 54): "We sit within the research and insights part of Nike. Leverage retail insights to inform key decisions. Such as building store concepts, building journeys, have customers employees feel good about shopping at Nike. Help retail stakeholders set strategies with consumer insights. Sharing or preparing retail consumer insights to inform decisions and roadmaps for retail. Developing measurement systems to best represent the Nike retail experience for customers."

- (ID 55): "I am in a consumer analytics organization so we study consumer behavior for shopping and purchasing, and for Nike Direct and Member specific buying patterns and we look to distill insights to perform our merchandising product creation and management community. My role includes color design and materials. We also see anonymized member behavior, and this helps us with analysis and insights. Also, setting standards so that the metrics can mean the same thing, promoting more standard approaches for describing certain concepts that have not been discussed in the past and having a data representation/information."

- (ID 59): "I am responsible for the campaign effectiveness evaluation of our brand marketing efforts globally. That means I am responsible for setting up the foundation for how we are going to measure, and then implementing the execution of the research. This includes partnering with the geos on certain pieces they have to run point on, with me organizing and project managing from the global side.  I am also responsible for the standardization of media tracking and data collection globally."

- (ID 75): "Inform key business decisions for the women's construct leadership team using data analytics."

- (ID 81): "To provide guidance around best practices for experimentation/testing to the global member growth team - to collect/collate/understand the key testing priorities for the global member group team - to advance the testing priorities for the global member group team in partnership with my geo counterparts."

219.    We also asked employees about areas of specialization they may have.  Only one of these five employees is assigned to a Geography (NA – North America), but she reports that this Geography impacts her work because "all the data that I am using is specific to North America because the data is only relevant to NA." (ID 75)  Only one employee is assigned to a specific gender (Women's) who assumed that that specialization impacts the work but was not sure.  Specifically, she stated "I only look at the Women's business so I would assume that it does impact the work I perform because the data and stakeholders that I work with are focused on Women's." (ID 75)  The other four employees reported having different areas of specialization:

- (ID 54): "Nike retail (NDSS) Nike Direct Stores and Services." (ID 54)

- (ID 55): "My team's area of specialization is "Members within Nike Direct Channels." My specific area of specialization in my role is around "Trends, Patterns, Colors, and Materials" of products. Sometimes as a team, we do conduct specific studies, but we do not report to a specific group regularly. We are able to dive deep into an area of data if needed or so a study that is more broad across different analytic groups." (ID 55)

- (ID 59): "Consumer insights, brand marketing measurement.

- (ID 81): "Membership/member growth."

220.    These five employees are members of multiple teams, ranging from two to seven teams, and the number of people on the teams ranges from four to 30.  Four of the employees reported working with their teams but one reported: "We do not work so much as a team, I mostly work on the Women's division on my own. There is some alignment with the Men's and Kid's Insights Managers to make sure that the work we do looks the same. However, I do bring Women's insight to the team if/when we do work together." (ID 59)

221.    All of these employees reported that their area of specialization impacts the work they perform.  For example, one employee stated that her area of specialization "shapes every way that I perform my work. My primary stakeholders are the member growth team, and my primary goal is to advance Nike membership" (ID 81).

222.    Three of these employees also reported filling an additional role beyond their normal job duties: Advertising Research Foundation committee member (ID 59), mentoring others (ID 75), and intern coach (ID 81).  Some of the employees also reported that their job has changed over time and others reported it has not changed.  For example, two employees reported that the tasks they perform in their job have changed:

- (ID 54): "Yes, there are tasks I no longer perform or have changed. Tasks I no longer perform include monthly insight reporting, monthly research priority changing. We no longer do that because we want to focus on the bigger picture. New tasks include strategic planning and road mapping for year, and having more say. Having more ownership in our budget, setting and requesting budget, and more project management tasks than when I started this role."

- (ID 59): "Yes, some tasks have shifted. I am doing more with our marketing teams than I used to, and less with our paid media teams, and I have transitioned one of my tasks in administering a particular tool to a newer teammate. That has freed me up more time to dedicate to analyzing how our campaigns are doing."

223.    In addition, some employees have reported that the amount of time they spend on certain tasks has changed ("I spend less time with our stakeholders and more time with my head down doing data work." ID 55), the way they perform certain tasks has changed ("I used to work directly with our geo teams on a lot of tasks, and now I will go through another middleman." ID 59), and the tools they use to perform their tasks has changed ("we have a much larger suite of software and tools that we use and invest in on behalf of Nike consumer insights than the past" ID 54).  Other employees reported that these have not changed for their position.

*Skill / Knowledge*

224.    As one would expect given the different job duties of these employees, the KSAs required to perform the job effectively also differ between employees.  Below are the responses to the question: "What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?"

- (ID 54): "Knowledge of consumer behavior, using research to unpack insights and using data to provide a strong point of view. From school or prior experience. Skills and abilities include people management, soft skills such as being a good communicator, navigating conflict, building good and healthy relationships at work. Being a good presenter and being confidence. Having the confidence to speak with clarity and answering complex questions. An air of confidence is critical to show you are needed in the time and important to your team and stakeholder. Skill in being able to make a clear story using complex data. Knowledge in past experiences working for a premium brand or retail industry, which is critical. It's difficult if you do not have a good grasp of the industry. Also, having the global knowledge, work experience that gives you knowledge that helps succeed in our global facing company."

- (ID 55): "Data analysis, data management, visualization, decks/presentation tools and skills, and need to know the business process and the key gates and milestones and understanding the different operations."

- (ID 59): "Multi-tasking, working with a variety of different functions and people internally and externally. Expertise in campaign effectiveness research. Adaptability to learn and teach myself new tools that Nike might pilot or contract with."

- (ID 75): "SQL, Tableau, Powerpoint, and I think having scripting knowledge would help as well (Python or R, it is not a requirement on my team and no one but myself knows it). Also, teamwork and not being so competitive (need to be collaborative with team members), and the biggest thing is to be more outspoken in areas of development and to feel safe bringing up these areas of growth to leadership (i.e., do not be afraid to speak up and do not just nod if you do not understand what is being said)."

- (ID 81): "Understanding the fundamentals of proper research (defining a hypothesis, isolating variables, defining success metrics, etc.) - Understanding the nuances of A-B testing (statistical significance, sample sizing) - Understanding the capabilities/tools that exist, that support A-B testing, and how they work - Being able to clearly and succinctly communicate testing best practices, ideas, etc. - Relationship-building - Having a good understanding of key performance indicators (KPI's) or available metrics for measurement - what they mean, how they're impacted, and why each of them is valuable - Being able to identify what metrics are best aligned to each individual test, as well as metrics that should serve as guiding North Stars - Interpreting data and being able to translate that into actionable next steps, or the "so-what" factor."

225.    Employees in this Job Code also reported using different technology, programs, and other tools to perform their job, each of which requires a different skillset. Employees reported a few common programs such as Microsoft Office programs and a presentation software called Keynote, but also describe numerous unique programs. All responses to the question: "What technology, software programs or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?" are copied below:

- (ID 54): "Presentation software (KeyNote), Microsoft Suite, collaboration tool (Miro), project management (Aha), zoom, clarabridge (sentiment data analytics, business analytics), tableau, survey data (third party survey tools and platforms)."

- (ID 55): "Tableau, Snowflake, Data Bricks, Excel, Powerpoint, Keynote, AHA (kind of like Jira), EditD, Heuritech, and a little bit of Athena."

- (ID 59): "MS Office suite (Excel, Outlook, Keynote, occasionally Word), Slack, Datorama, Claravine, Media Platforms (Google, FB, Twitter, etc.), Tableau."

- (ID 75): "SQL, Tableau, Powerpoint, Outlook, Aha!, and Slack. Also, although it is not required I have used Python and R."

- (ID 81): "Excel, Keynote, Box, Word, testing tools (Optimizely, Adobe Target, etc.), analytics tools (Adobe Analytics, etc.), Zoom."

226.    Employees in this Job Code also reported that their work requires varying levels of precision.  Two examples that illustrate the variability are below:

- (ID 54): "I don't believe my work requires a high degree of precision or repeatable. I think we go for depth and consistency. For example, we provide a big quarterly insights report - making sure they are tangible, easy to understand, our story is thorough and sharply focused on the insights we present, and doesn't create additional complexity. Consequences of not performing my work that is thorough and easy to understand would create complexity and friction with stakeholders that would result in decisions made without clarity of decisions that would impact the consumer."

- (ID 75): "100% of what I am doing needs to be precise, I am using data to inform decisions and strategies and it is very easy to misuse the data and misinform the business. I have seen this happen multiple times and it is something I avoid doing by being precise and technical with my work. I think more like a scientist than an analyst. I worked on sensitive projects in my last government job so I have that same mindset at Nike. I always like to make sure my work is accurate."

227.    When asked "To what extent is creativity important to perform your current job effectively?" employees in this Job Code varied in their responses between "Somewhat important" "Important" and "Critically Important."  For the three employees who reported that creativity was "Critically Important," the aspects of their jobs that require creativity differed.

They provided the following responses to the question "In what way is creativity required to perform your current job effectively?"

- (ID 54): "Creativity in telling strong stories, being able to use boring data a picture of consumer insights, paint a picture of cool consumer insights, is critical. Mostly critical to present work that is engaging and inspiring to your stakeholders and consumers, so that they use that in their work. Being able to hone your craft, but also use that work so that they will use it and act upon it."

- (ID 55): "Part of it is creatively distilling insight out of large data but there is also creativity on how to create metrics or things that others can use. There is also creatively visualizing the data and understanding if there are different types of information how it bridges into a story. Also creatively collaborating and sharing the data across different functions."

- (ID 81): "In test ideation, in creative solutioning when capabilities are not available, and in gaining the buy-in and trust of necessary partner teams."

228.    The five employees we interviewed also reported different prior job experiences before joining Nike.  Each of these employees reported that their prior experience was helpful in performing their current role but to various degrees (e.g., "Very high degree," "6 out of 10"). These employees also reported different educational backgrounds both in level of education and field of study.  They also provided varying responses on the degree to which their education has been helpful in the current role (e.g., "Not that helpful," "A lot").  Prior work experience and education for these five employees is summarized in Table 17.

**Table 17. Summary of Prior Experience and Education for employees in Job Code A3118**

[52]

| ID | Position Title | Prior Work Experience | Highest Degree |
|---|---|---|---|
| 54 | VOC INSIGHTS MANAGER II | • Leading UX Research at Sephora (2 years)<br>• Researcher on QuickBooks at Intuit (2 years)<br>• Leading Research Solutions at SurveyMonkey (2 years)<br>• Finance at Sears Canada (1.5 years) | Masters of Business Administration (MBA) |
| 55 | COLOR & MATERIALS INSIGHTS MANAGER II | • IT Manager (4.5 years)<br>• Information Manager (1 year) | B.S. in Mathematics Minor in Computer Science |
| 59 | BRAND MEASUREMENT INSIGHTS MANAGER II | • Client Service Analyst and Manager at a website analytics company (3.5 years)<br>• Manager at Ad Sales Research Company (2 years) | B.S. in Economics and Mathematics |
| 75 | IMP INSIGHTS MANAGER II WOMENS | • Data Scientist at Israel Prime Minister's Office (9 years)<br>• Analytics Manager at Simple Finance (3 years) | M.A. Technology Management |
| 81 | MEMBER TESTING INSIGHTS MANAGER II | • Digital Media Planning (2 years)<br>• Market Research (4 years)<br>• Analytics and Insights (3 years)<br>• Optimization Advisor (2 years)<br>• Digital Product Manager (1 year) | M.A. Communications |

229.    Three of the five employees also reported additional certifications that they have found helpful in various expects of their job, which is: data science boot camp, a certificate in design thinking (ID 55), certifications from Datorama and Google marketing platform (ID 59), certification in CSPO agile (ID 81).

*Effort*

230.    These five employees reported different workload patterns.  One employee reported that their work is spread evenly across the year (ID 55) and three reported that there are

---

[52] The employees reported their prior work experience in different formats, so they are presented below in the same format to make comparisons easier.

distinct peaks and valleys (ID 59, 75, 81).  One employee reported that their workload pattern was spread evenly across the year before Covid-19 but has been unpredictable and not spread evenly since Covid-19 (ID 54).  The amount and level of stress were described by three employees as high intensity but periodic (ID 54, 59, 81) with one employee describing it as "medium intensity" (ID 55), and another describing it as "an ideal level" (ID 75).  When asked "To what degree is your work impacted by unexpected disruptions?" employee responses were variable, ranging from "Very high degree of impact by unexpected disruption" (ID 54) to "Not to a high degree" (ID 55).

231.    None reported a high degree of time pressure or any physical requirements of the job.  Only one employee reported traveling as part of their job, which was a few times per year before Covid-19.

*Responsibility*

232.    We asked employees "What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?"  All employees reported making important decisions but the decisions they reported varied.  Their responses to this question are pasted below:

- (ID 54): "The most important decision I make for my job would be decisions on what actions we should be taking based on the consumer research or insights. I do not make any people or job decisions, so no consequences there. The consequences for Nike and our partners is that we would be making decisions that would negatively impact, or making decisions without feedback consumers provide. Creating experiences consumers do not want or want to experience, which would be consequential to Nike brand and

partners as it dilutes the work they have been contributing to see a big body of work. Making them upset that we didn't make the right decision with the data we had available."

- (ID 55): "The most important decisions we make is how we choose to present the information in terms of what we believe are consumer needs or interests. This is important because we need to be cognizant of how we represent our consumers. For Nike, if we made poor decisions we would be investing in the wrong types of product in our line and that leads to more consumer dissatisfaction in the product. If we do our job well we have a ton of opportunity."

- (ID 59): "The measurement frameworks for our campaigns, which could be selecting a particular vendor over another. Consequences for Nike would be wasted money, since we have to pay for these research projects.  Dedicate the necessary time to maintain and monitor Claravine (tool for standardization of marketing, tagging, and link creation). This is important to me because it fuels a lot of our marketing dashboards, so even though my management thinks this should happen from a different team, there isn't anyone else who is willing to take it on, therefore I continue to prioritize it. Consequence of this is inaccurate data in our marketing dashboards and tools, which help us optimize where we spend our media budget globally."

- (ID 75): "I have complete freedom in my approach and development of my analysis, so I think it is important for me to make good decisions with my approach. There is not quality assurance happening, so it is up to me to make sure I do not do anything wrong because if I do I can mislead the business strategy."

- (ID 81): "Prioritization of work, mostly because I don't have much direct support - there's only one of me. If I'm not focusing first on the work that's most important, or incorrectly prioritizing things, that can result in a lot of wasted time and resources, as well as a delay in focusing on the work that does matter, which would ultimately negatively impact the business. - How I choose to/the manner in which I communicate with my partner teams. It is incredibly important in my opinion to speak with these teams in a way that identifies and appreciates their unique perspectives, goals, priorities, etc. I've seen poor communication put a full stop to any kind of progress or partnership across teams, making it impossible to advance this work."

233.    These employees reported that they do not have much involvement in hiring, promoting, disciplinary, or termination decisions and do not have much involvement in managing project budgets.  They are typically not involved in signing legal documents and none directly or indirectly supervise other employees.

*Working Conditions*

234.    Employees in this Job Code all reported working in an office environment with no known hazards. These employees typically work 5 days per week.  Three employees reported working 40 hours in a typical week, one reported 45 hours, and one reported 50-55 hours.  All reported having control of their schedule and working regular business hours (i.e., start time between 8 am and 9 am).

## <u>REVIEW OF DR. LUNDQUIST'S REPORT</u>

235.    I was asked to review the Lundquist Report and provide an opinion on the scientific soundness of the methods employed and whether the conclusions reached by Dr. Lundquist are sufficiently supported by scientific evidence.  In her report and later in her

deposition, Dr. Lundquist made several statements about the work performed by Nike employees, in particular the degree to which employees in different job groupings perform similar work.  My response to these assertions is presented below.

**Dr. Lundquist Did Not Follow A Scientific Method To Formulate Her Opinions**

236.    Like those in other scientific disciplines, I/O psychologists rely on scientific principles to reach conclusions.  The scientific method is a general approach for acquiring knowledge using systematic and objective methods.[53]  Thus, certain methodological standards must be met for an approach to be considered "scientific."

237.    It is well recognized in the scientific and academic literature that the quality of the methods used to collect and analyze data have a direct impact on the value of the conclusions one may reach based on those methods.  As such, standards for both peer-reviewed academic publications and expert testimony require researchers to disclose the methods they used so that their reliability and the value of the subsequent conclusions can be assessed.  For example, the *Reference Manual of Scientific evidence* states that "scientists have a solemn responsibility to describe the methods they use as fully and accurately as possible"[54] and that "with very few exceptions, scientists are rigorously, even passionately, honest about reporting scientific results and how they were obtained."[55]  Similarly, the American Psychological Association (APA) publication manual states that academic articles typically include a methods section which includes: "a full description of each step in the investigation, including details about the materials and procedures followed."[56] General adherence to publication standards is common preparing expert reports.  In some discipline, this expectation is specifically stated.  The

---

[53] Crano, Brewer, & Lac (2015).
[54] Goodstein (2011), p. 48.
[55] Goodstein (2011), p. 43.
[56] *APA Publication Manual* (2020), p. 4.

American Statistical Association, for example, states that it is an ethical responsibility to "Provides only expert testimony, written work, and oral presentations that he/she would be willing to have peer reviewed."[57]

238.    Although the Lundquist Report references the Uniform Guidelines on Employment Selection Procedures ("Uniform Guidelines"), the SIOP Principles, and APA Standards in a section titled "Framework For Evaluating Nike's Personnel Decisions," (Lundquist Report, pp. 10-14), nowhere in her report does she describe how, if at all, she actually applied any of those principles, standards, or any other objective method to "analyze the policies, procedures, and decision-making processes relevant to compensation, promotion and certain aspects of the hiring process at Nike from January 2015 through the present time frame." (Lundquist Report, p. 1). Scientists are expected to show that their conclusions are grounded in the scientific method – not just personal beliefs or assumptions. In fact, reliance on scientific methods in what distinguishes science from other forms of (non-scientific) inquiry.[58]

239.    The Lundquist Report includes an "investigation" section which contains three sentences in which she refers to the data and documents she "relied upon" and states that she reviewed various files prepared a reference section (Lundquist Report, p. 9). It is not clear from this section what scientific method was employed (if any), what professional standards support the method, or what standards she is applying to reach a conclusion. In deposition, Dr. Lundquist further elaborated on her review by stating that others on her staff selected a non-scientific sample of "20 or so" job postings to "understand what was happening before the job-posting deposition was actually taken"[59] – which seems to be in reference to helping Plaintiff's

---

[57] American Statistical Association (2018).
[58] Crano, Brewer, & Lac (2015).
[59] Lundquist Deposition, p. 154.

counsel prepare to take the deposition of one of Nike's witnesses.  During deposition, Dr. Lundquist also stated that she attempted to conduct an analysis comparing job descriptions to leveling criteria, but her report omitted a description of the analysis because "the comparison of the leveling criteria to the job descriptions was a very difficult process for us to do without access to subject-matter experts.  There were [sic] terminology specific to Nike, terms that were used, that kind of thing, that made it very difficult to conduct such an analysis as a person who is outside of Nike." (Lundquist Deposition, pp. 57-58). The omission of this information fails to meet any reasonable scientific standard.

**Dr. Lundquist Did Not Attempt to Investigate Whether Nike Employees Perform "Substantially Similar" Work, Either Across or Within Job Codes**

240.    Determining which employees perform substantially equal or comparable or similar work is the critical initial consideration in pay discrimination litigation, as this determines which employees should be grouped together for comparison.  The difference in pay between a janitor and the CEO is irrelevant to a pay discrimination claim – the only question is the difference in pay between individuals performing substantially equal or comparable or similar work.  As a result, in order for a labor economist to perform a meaningful statistical analysis of compensation, the expert must first determine which employees perform "substantially similar" work (for example)[60] so that only those employees are compared to each other.  Comparing the compensation of individuals in jobs that are not substantially similar results in conceptually-flawed and uninterpretable results because the analysis is unable to account for legitimate non-discriminatory factors that may impact compensation.  Failure to account for these factors means

---

[60] "Substantially similar" is the standard used by Dr. Lundquist in her report.

that legitimate differences between employees (e.g., different skill level) are not accounted for, which could lead to an erroneous conclusion that one subgroup is underpaid relative to another.

241.    Determining whether employees perform substantially equal or comparable or similar work is an empirical question, one that requires reliable data related to the work employees actually perform.  Professional standards in the field of I/O psychology dictate that job analysis methods are well-suited to provide data to help answer this question.  Dr. Lundquist seems to agree with this point in other cases that involve the same issues.  In an expert report submitted to the Superior Court of the State of California, County of San Mateo, in the matter of *Jewett, et al. v. Oracle America, Inc.,* Dr. Lundquist stated:

> "Determining whether work is 'substantially similar' **requires a systematic analysis of the work performed in a job or jobs and the requirements of performing the job(s) effectively**."  (Expert Report of Dr. Kathleen K. Lundquist in *Jewett, et al. v. Oracle America, Inc.*, Case No. 17CIV02669, dated June 9, 2021 ("Jewett Report"), p. 9 (emphasis added)).

242.    She goes on to state: "An **analysis of work** (aka 'work analysis' or 'job analysis') **is more than just reviewing a job description or a categorization scheme such as a job code**."  (Jewett Report, p. 9) (emphasis added).  I agree with these statements.

243.    However, in the Nike matter, Dr. Lundquist did the opposite.  Rather than conducting "a systematic analysis of the work performed in a job or jobs and the requirements of performing the job(s) effectively," Dr. Lundquist relied almost exclusively on "job descriptions" and "a categorization scheme such as job code," the same process she criticized in the *Jewett* Report just four months ago.  In essence, Dr. Lundquist does not even meet her own stated standards for determining whether work is substantially equal or similar, let alone any standard

for a scientific method (and her report cited none) or any standards for job analysis practice within the field of I/O psychology.  Despite not collecting any data about the work Nike employees perform, Dr. Lundquist reached the following conclusion:

> "So, according to Nike's job architecture, Subfamily (within Job Function and Job Family) is the most differentiated *Type of Work* variable and Job Level within Band is the most differentiated *Level of Work* variable.  Jobs at the same Job Level within a Subfamily have been categorized by Nike as similar in job content or type of work and require a similar level of knowledge, experience, scope, effort and responsibility based on the leveling criteria." (Lundquist Report, p. 2, emphasis in original.)

244.    Dr. Lundquist has no basis for making this assumption and does not provide any supporting evidence for her conclusion.  Nonetheless, based on this assertion by Dr. Lundquist, Dr. Neumark (the Plaintiffs' second expert in this case) created a multiple regression model to statistically analyze pay for Nike employees in which he controls for Job Subfamily / Level interactions (i.e., differences between Nike employees' pay by Subfamily / Level are controlled for in the model).[61]  In other words, he assumed, based on Dr. Lundquist's statement, that Nike employees who shared the same Job Subfamily and Level were performing substantially equal or similar work.  However, Dr. Lundquist admitted in deposition that she did not do anything to investigate whether these employees were, in fact, performing substantially equal or similar work, other reviewing Nike documents and depositions taken in this case.  An excerpt from Dr. Lundquist's deposition is below:

> Q: Okay. But you're not offering an opinion yourself as to whether those job groupings actually, in fact, perform substantially similar work, correct?

> A: I -- I reached the conclusion that they were looking at the factors in the law: Skill, effort, responsibility, and working conditions.

> Q: Right. You reached a conclusion that Nike looked at those factors. But did you,

---

[61] See Neumark Report, par. 38.

yourself, form a conclusion that these job groupings are actually performing substantially similar work?

A: I did not conduct a job analysis to determine that, but, in fact, I did look at the criteria -- at the very detailed criteria that Nike used for that purpose.

Q: Okay. So your opinion that -- about which jobs are performing substantially similar work is based purely on Nike documents and Nike deposition testimony, correct?

A: Well, and my review of job descriptions and other kinds of documents, yes. It -- based on the training and guidelines and various documents that Nike put forth, as well as its very detailed leveling criteria, yes, that's the basis for my opinion.

Q: You did not interview anyone to -- as part of forming your opinion, correct?

A: At Nike?

Q: Correct.

A: That is correct. (Lundquist Deposition, pp. 29-31)

245.    In her report, Dr. Lundquist cited an excerpt from a single document to support her position.  She writes:

In fact, a 2018 Nike HR document entitled "Total Rewards Deep-Dive" stated as a core belief that, "We believe that all employees, at the same level and in similar jobs with similar performance, should be equitably compensated" (Exhibit 591, NIKE_00001653, p. -1660). (Lundquist Report, pp. 2, 22)

246.    However, even a cursory inspection of the quote from the lone document she cites shows that it does not actually support her assertion.  The excerpt states Nike's belief that employees should be equitably compensated when they meet three conditions: (1) same level, (2) similar jobs, and (3) similar performance.  Obviously, the key question then is which Nike employees perform similar jobs with similar performance.  She conducted no analyses to address either question.  Without this information, there is no reason to expect two employees to be paid

the same, even if they are in the same Level.  The quote she relies upon provides no information about whether employees in the same Subfamily and Level are substantially similar for purposes of comparing pay.

247.    Further, Dr. Lundquist states that Subfamily is the most differentiated type of work according to the job architecture.  There are at least two issues with this assertion.  First, Subfamily is *not* the most differentiated type of work according to the job architecture. Job Codes are the most differentiated type of work within the architecture, and even those are broad in many cases. [62]  In addition, Position Titles are even more specific than Job Codes and more accurately reflect the work employees perform.  Second, Dr. Lundquist did not collect any data (job analysis or otherwise) to assess whether employees are accurately placed into Subfamilies based on the work they perform or whether there is meaningful variation within Subfamilies.  Dr. Lundquist seems to have just assumed that Nike employees within the same Subfamily and Level are substantially similar without providing any data to support that assumption. The job analysis data I presented in this report provides numerous examples of differences in work performed, skills, knowledge, effort, responsibility, and working conditions, both across and within Job Codes, which undermines this assumption.

248.    In addition, the "secondary data" upon which Dr. Lundquist relied (e.g., job descriptions, job postings) provides limited value in supporting conclusions about the degree to which jobs are "substantially similar."  For some of the materials, such as job descriptions, it is not possible to determine whether there is variability within Job Codes based on this information. Just one job description is created for each Job Code so, by definition, if one reviews just the job

---

[62] Declaration of Jessica Stuckey, par. 4.

descriptions, one will not find variability within Job Code.[63]  There is no way to know through this process whether employees within that Job Code deviate from the written job description simply by looking at the job description.  Such an examination requires a job analysis to determine the actual work performed by employees and the attributes associated with that work.

**Summary**

249.    In my review, I found that some of the critical assertions in the Lundquist Report are unsupported by any data that would meet fundamental scientific standards.  Dr. Lundquist failed to employ any recognized scientific method and failed to disclose the process she followed to reach her conclusions.  More importantly, Dr. Lundquist performed no analysis that would support her assertions that employees in the same Job Subfamily and Level perform "substantially similar" work.  In the Jewett Report, Dr. Lundquist's conclusion states, "in order to determine which roles are the same or substantially similar, an assessment of actual job content that goes beyond reliance on Job Code would be required."  Jewett Report, p. 47.  This is precisely what her report in this case lacks.

## <u>CONCLUSION</u>

250.    I was retained to analyze the jobs performed by certain individuals in Covered Positions and provide an opinion on the degree of variability in the work performed and the skill, effort, responsibility, and working conditions associated with those jobs, and provide an opinion on the scientific soundness of the methods employed and the conclusions reached by Dr. Lundquist.

---

[63] Ms. Stuckey also testified in her Rule 30(b)(6) deposition that Nike's job descriptions are written to be "intentionally broad, because the purpose of them is to use them to match to compensation benchmark surveys. They are not intended to be a full record of every action that an employee or every activity or responsibility that an employee has in their role." Stuckey Deposition, 33:16-23.

251.    I designed and conducted an extensive job analysis involving over 200 hours of interviews with Nike employees to gather systematic data about the work performed by Nike employees and skill, effort, responsibility, and working conditions associated with that work.  I selected two random samples of employee to evaluate the degree of variability across Job Codes and within Job Codes and conducted detailed interviews with each individual in the samples regarding various aspects of their work that relate to the factors specified in equal pay statutes and regulations.

252.    I found that employees in both samples varied substantially on factors that commonly impact pay, such as: work performed; KSAs required to perform that work; prior work experience; education; decision-making authority; supervisory responsibility; level of stress in the job; work hours; travel; and exposure to physical hazards.   Many of these differences are also present when I examined responses from multiple Nike employees with the same Job Code, Level, Function, Family, and Subfamily.   I also found that certain factors that impact pay such as prior experience and education are not uniformly applicable to all Job Codes. In order to determine which roles do perform substantially equal or similar work, it would be necessary to conduct a full assessment of actual job content for each of the more than 1,400 Job Codes.

253.    Finally, I found that rather than conducting a job analysis, Dr. Lundquist relied entirely on existing documents to reach her conclusions, which directly contradicts professional standards and her own statements in a prior case.  She did not employ any scientific methods to support her conclusions about Nike employees and did not perform any analysis to determine whether employees are "substantially similar" for evaluating pay.  As a result, there is no

scientific basis to support her position that Nike employees in the same Subfamily / Level are substantially similar.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2021, in San Diego, CA.

Chester Hanvey, Ph.D.

142

# References

American Psychological Association (2020). *Publication Manual of the American Psychological Association* (7th Ed.). Washington, DC: American Psychological Association.

American Statistical Association, Committee on Professional Ethics (2018). *Ethical Guidelines for Statistical Practice*. Retrieved from:

http://www.amstat.org/asa/files/pdfs/EthicalGuidelines.pdf

Anseel, F., Lievens, F., Schollaert, E., & Choragwicka, B. (2010). Response rates in organizational science, 1995–2008: A meta-analytic review and guidelines for survey researchers. *Journal of Business and Psychology*, 25(3), 335–349.

Banks, C.G., & L. Cohen. (2005). "Wage and Hour Litigation: I-O Psychology's New Frontier." In F.J. Landy (Ed.), *Employment Discrimination Litigation*. Jossey-Bass/Pfeiffer.

Cascio, W. F., & Aguinis, H. (2018). *Applied psychology in talent management*. SAGE Publications.

Crano, W.D., Brewer, M.B., & Lac, A. (2015). *Principles and Methods of Social Research* (3rd Ed.). Routledge.

Doverspike, D., Arthur, W., & Flores, C. (2017). Analyzing EEO Disparities in Pay: A Primer on Structuring Analyses. In S.B. Morris & E.M. Dunleavy (Eds.), Adverse Impact Analyses: Understanding Data, Statistics, and Risk. New York: Routledge.

Gael, S. (1983) *Job analysis: A guide to assessing work activities.* San Francisco: Jossey-Bass;

Gatewood, R. D. & Feild, F. S. (2001). *Human Resource Selection* (5th ed.). Mason, OH: South-Western.

Goodstein, D. (2011). How Science Works. In *Reference Manual of Scientific Evidence* (3rd ed.). Washington, DC: National Academies Press.

Guion, R.M. & Highhouse, S. (2006). *Essentials of Personnel Assessment and Selection*. New
    York, NY: Lawrence Erlbaum Associates.

Harvey, R. J. (1991). Job analysis. In M. D. Dunnette & L. M. Hough (Eds.), Handbook of
    industrial and organizational psychology (Vol. 2, 2nd ed., pp. 71-163). Palo Alto, CA:
    Consulting Psychologists Press.

Kaye, D.H. & Freedman, D.A. (2011).  Reference Guide on Statistics.  In *Reference Manual of
    Scientific Evidence* (3rd ed.). Washington, DC: National Academies Press.

Krippendorff, K. (2018). *Content analysis: An introduction to its methodology*. Sage
    publications.

Krosnick, J.A. & Presser, S. (2010). Questions and Questionnaire Design. In Marsden, P.V. &
    Wright, J.D (Eds). *Handbook of Survey Research* (2nd. Edition), Bingley, UK: Emerald
    Publishing Group.

Örtqvist, D., & Wincent, J. (2006). Prominent consequences of role stress: a meta-analytic
    review. *International Journal of Stress Management*, *13*(4), 399.

Prien, E. P., Goodstein, L. D., Goodstein, J., & Gamble Jr, L. G. (2009). *A practical guide to job
    analysis*. John Wiley & Sons

Sackett, P.R., Walmsley, P.T. & Laczo, R.M (2013). Job and Work Analysis.  In Schmitt, N. &
    Highhouse, S. (Eds.) *Comprehensive Handbook of Psychology, Volume 12: Industrial
    and Organizational Psychology*. New York, NY: John Wiley and Sons.

Sady, K., Aamodt, M., & Cohen, D. (2015). Compensation Equity and Title VII: Who, What,
    Where, When, Why, and How. In Hanvey, C., & Sady, K. (Eds.), *HR Practitioners Guide
    to Legal Issues in Organizations* (249-282)*.* New York: Springer.

Schreier, M. (2012). *Qualitative content analysis in practice*. Sage publications.

Society for Industrial and Organizational Psychology. (2018). *Principles for the validation and use of personnel selection procedures* (5th ed.). Bowling Green: Author.

Sonnentag, S., & Frese, M. (2013). Stress in organizations. In N. W. Schmitt, S. Highhouse, & I. B. Weiner (Eds.), *Handbook of psychology: Industrial and organizational psychology* (pp. 560–592). John Wiley & Sons, Inc.

Strah, N., Rupp, D.E., & Morris, S. (2021).  Job Analysis and Job Classification for Addressing Pay Inequality in Organizations: Adjusting our Methods Within a Shifting Legal Landscape.  *Industrial and Organizational Psychology: Perspectives on Science and Practice*, 15 (1).

Stemler, S. (2000). An overview of content analysis. *Practical assessment, research, and evaluation*, *7*(1), 17.

Stetz, T.A., Beaubien, J.M., Keeney, M.J., & Lyons, B.D (2008). Nonrandom Response and Rater Variance in Job Analysis Surveys: A Cause for Concern? Public Personnel Management, 37 (2), 223-241.

Stout, J. K., & Posner, J. L. (1984). Stress, role ambiguity, and role conflict. *Psychological Reports*, *55*(3), 747-753.

Wilson, M.A. (2012). Methodological Decisions in Work Analysis: A Theory of Effective Work Analysis in Organizations.  In M. Wilson, W. Bennett, S. Gibson, & G. Alliger (Eds.), *The Handbook of Work Analysis: Methods, Systems, Applications, and Science of Work Measurement in Organizations* (pp. 41-80). Taylor & Francis.

Van De Voort, D.M. & Whelen, T.J. (2012). Work Analysis Questionnaires and App Interviews. In M. Wilson, W. Bennett, S. Gibson, & G. Alliger (Eds.), *The Handbook of Work*

*Analysis: Methods, Systems, Applications, and Science of Work Measurement in Organizations* (pp. 41-80). Taylor & Francis.

# Exhibit 1

# CHESTER HANVEY, PH.D.

BERKELEY RESEARCH GROUP, LLC
2200 Powell Street, Suite 1200 | Emeryville, CA 94608
Direct: 510.874.5963
chanvey@thinkbrg.com

## SUMMARY

Chester Hanvey provides expert testimony and consulting services related to labor and employment matters. Dr. Hanvey has worked with more than 150 organizations across a range of industries including public and private sectors. He specializes in designing and conducting job analyses, conducting statistical analyses, and reviewing personnel selection systems to evaluate wage and hour compliance, appropriateness of class certification, allegations of employment discrimination, and damages.

He has authored books, chapters, and scholarly articles and regularly presents his work at professional conferences on topics including wage and hour litigation, class certification, and statistical analyses. Most notably, he is the author of *Wage and Hour Law: Guide to Methods and Analysis* (2018) the co-editor of *Practitioner's Guide to Legal Issues in Organizations* (2015).  Both books provide practical guidance to Human Resources practitioners and experts working in areas of employment law that are commonly litigated. His experience includes the following issues:

*Wage and Hour*
- FLSA and State Exemptions
- Employment Status (e.g., Independent Contractor)
- Off-the-Clock Work (e.g., pre/post shift work, Security Checks, Donning/Doffing)
- Meal and Rest Break Compliance
- Damages Estimates (e.g., unpaid time, overtime, penalties, interest)
- Statistical Issues (e.g., class certification, sampling, time clock policies)

*Discrimination*
- Adverse Impact Analysis
- Test Validation (Public and Private sector)
- Performance Management
- Compensation Equity
- Physical Abilities Testing
- Disabilities (e.g., Essential Functions)

## EDUCATION

**Ph.D.**  Industrial/Organizational Psychology (Emphasis in Quantitative Methods), University of Houston, 2011.

**M.A.**  Psychology, University of Houston, 2008.

**B.A.**  Psychology (Minor: Spanish), University of Texas at Austin, 2005.

## PRESENT EMPLOYMENT

**2021-Present  Director**
*Berkeley Research Group, Emeryville, CA*

## PREVIOUS EMPLOYMENT

**2015-2020  Associate Director**
*Berkeley Research Group, Emeryville, CA*

**2014-2015  Senior Managing Consultant**
*Berkeley Research Group, Emeryville, CA*

**2012-2014  Senior Consultant**
*Lamorinda Consulting, LLC., Orinda, CA*

**2008-2012  Consultant**
*Lamorinda Consulting, LLC., Orinda, CA*

**2008  Instructor**
*University of Houston, Houston, TX*

**2007-2008  Teaching Fellow**
*University of Houston, Houston, TX*

**2007-2008  Consultant (Independent Contractor)**
*Lamorinda Consulting, LLC., Orinda, CA*

**2006  Consultant (Independent Contractor)**
*Development Dimensions International, Inc. (DDI), Bridgeville, PA*

## PROFESSIONAL AFFILIATIONS

Society of Industrial and Organizational Psychology (SIOP), Member
American Psychological Association (APA), Member

## SERVICE

SIOP Visibility Committee, Branding Subcommittee Chair (2018-2019)
SIOP Visibility Committee, Branding Subcommittee Member (2015-2018)
SIOP Speed Mentor, Topic: Legal Issues (2014)
SIOP Conference Submission Reviewer (2011-Present)
Southwest Academy of Management Conference Reviewer (2008)

## EXPERT WITNESS DISCLOSURES

*Williams v. Jeld-Wen, Inc. (2021),* Civil No: 1:17-CV-01366, W.D. La.

*Lambert v. Fury Motors, Inc.* (2021), Case No: 0:19-cv-00495, D. Minn.

*Equal Employment Opportunity Commission v. Schuster Co. (2020),* Civil Action No: 5:19-CV-4063, N.D. Iowa.

*Guzman-Lopez v. The American Bottling Co.* (2019)*,* Case No: 2:19-cv-04358-R-GJS, C.D. Cal.

*Equal Employment Opportunity Commission v. Dolgencorp LLC. (2018),* Case No. 1:13-cv-04307, N.D. Ill.

*Hootselle, et al. v. Lombardi, et al. (2018),* Case No: 12AC-CC00518, Mo. Cir. Ct., Cole County.

*Cope v. Let's Eat Out, Inc. et al.* (2017)*,* Case No: 6:16-cv-03050, W.D. Mo.

*Badillo v. SG Labor, Inc.* (2017), Case No.: BCV-15-100192-SPC, Cal. Super. Ct., Kern County.

*Soares v. State of California, et al.* (2017), Case No. 2:16-CV-00128-WBS-EFB, E.D. Cal.

*Berg v. Canadian Hockey League, et al.* (2016), Court File No. CV-14-514423, Ontario Superior Court (Canada).

*Davenport v. Charter Communications* (2016), Case No. 4:12-cv-00007-AGF, E.D. Mo.

*Walter et al. v. Western Hockey League, et al.* (2016), Court File No. 1401-11912, Court of Queen's Bench of Alberta (Canada).

*Stitt, et al. v. San Francisco Municipal Transportation Agency, et al.* (2016), Case No. C-12-03704-YGR, N.D. Cal.

*Johnson et al. v. The City and County of San Francisco* (2015), Case No. CV 09-5503 JSW, N.D. Cal.

*Clayton v. Waste Recycling Services, Inc.* (2014), Case No. 3:14-cv-00262-N, N.D. Tex.

## PUBLICATIONS

### BOOKS

**Hanvey, C.M.** (2018).  *Wage and Hour Law: Guide to Methods and Analysis*.  New York, NY: Springer.

**Hanvey, C.M.,** & Sady, K.G. (Eds.) (2015).  *Practitioner's Guide to Legal Issues in Organizations*.  New York, NY: Springer.

### BOOK CHAPTERS

**Hanvey, C.M.,** & Sady, K. (2020). Changes in the Legal Landscape. In B. Hoffman, M. Shoss, & L. Wegman (Eds.), *The Cambridge Handbook of the Changing Nature of Work* (Cambridge Handbooks in Psychology, pp. 154-172). Cambridge: Cambridge University Press.

**Hanvey, C.M.,** & Banks, C.G. (2015).  Wage and Hour Litigation. In C.M. Hanvey and K.G. Sady (Eds.), *Practitioner's Guide to Legal Issues in Organizations*. New York, NY: Springer.

### ARTICLES

**Hanvey, C.M.** (2020). New Wage and Hour Legislation in 2020. *The Industrial-Organizational Psychologist,* 57(4).

Arnold, E.B. & **Hanvey, C.M.** (2020). Compliance with the DOL's New Overtime Rules: The Exemption Job Analysis Update. *Journal of Compensation and Benefits,* January/February, 30-42.

Arnold, E.B. & **Hanvey, C.M.** (2019). Compliance with the DOL's New Overtime Rules: The Exemption Job Analysis. *BRG Review, 8*.

Arnold, E.B. & **Hanvey, C.M.** (2019). FLSA Exemption Update 2019. *Journal of Compensation and Benefits*, May/June, 5-16*.*

**Hanvey, C.M.** (2018). FLSA Revisions are permanently dead, at least temporarily. *The Industrial-Organizational Psychologist*, 55(3), 12-16.

**Hanvey, C.M.,** & Arnold, E.B. (2017).  FLSA Exemption Update: Focus on the Duties Test. *Journal of Compensation and Benefits,* November/December, 5-13.

**Hanvey, C.M.,** & Arnold, E.B. (2016).  Are your employees overtime-eligible? *Journal of Compensation and Benefits,* November/December, 20-27.

Banks, C.G., & **Hanvey, C.M.** (2016). Wage and Hour Litigation Developments and Trends. *The Industrial-Organizational Psychologist*, 53 (3), 80-87.

Dubin, D.F., & **Hanvey, C.M.** (2015). Criterion-Related Validity: Strategies for Addressing Supervisor Rating Errors. *Quarterly: A publication of the Personnel Testing Council of Metropolitan Washington, X (2),* 5-8.

**Hanvey, C.M.**, & Arnold, E.B. (2012). Nature of the Work: On-Duty Meal Periods. *HR Advisor: Legal and Practical Guidance,* January/February, 20-28.

**Hanvey, C.M.** (2012). Job Analyses to Study FLSA Exemption Misclassification. *Quarterly: A publication of the Personnel Testing Council of Metropolitan Washington, VIII* (1), 6-9.

### *ONLINE PUBLICATIONS*

**Hanvey, C.M. &** Arnold, E.B. (2021, April 8). Off-the-clock work legal risk: Practical guidance for conducting self-audits. *Westlaw.*

Arnold, E.B. & **Hanvey, C.M.** (2021, April 6). Using Data to Explore Employee Status Under FLSA. *Law360 Employment Authority.*

Arnold, E.B. & **Hanvey, C.M.** (2021, March 10). Data Can Inform Wage Policies On COVID-19 Screening. *Law360 Employment Authority.*

Arnold, E.B. & **Hanvey, C.M.** (2021, January 5). Measuring "Control" Under the DOL's Proposed Changes to Analyzing Independent Contractor Status. *Westlaw*.

Arnold, E.B. & **Hanvey, C.M.** (2020, November 11). When Covid-19, Remote Work, and Timekeeping Compliance Collide. *Talent Management and HR*.

Arnold, E.B. & **Hanvey, C.M.** (2020, October 6). Wage and Hour Compliance for Remote Workers during Covid. *BRG Insights*.

Arnold, E.B. & **Hanvey, C.M.** (2020, July 16). Mitigating the Compliance Risks of a Remote Workforce. *Talent Management and HR*.

**Hanvey, C.M.** (2020, April 9). A strategy for validating background checks could save employers from legal exposure. *Thinkset*.

**Hanvey, C.M.** (2020, April 2). Employee Exit Searches: Stay Compliant and Avoid Liability. *HR Daily Advisor*.

Arnold, E.B. & **Hanvey, C.M.**, Jelinek, K. (2020, March 27). What Changes to the FLSA Exemption Salary Threshold Mean for Retailers. *TotalRetail.*

Arnold, E.B. & **Hanvey, C.M.** (2019, August 22). Planning for Possible California Contractor Classification Changes. *Law360.*

Arnold, E.B. & **Hanvey, C.M.** (2019, April 2). Assessing Employee Exemption under DOL Overtime Regulations. *Law360.*

Arnold, E.B. & **Hanvey, C.M.** (2019, January 14). Tip Credits: Methods for Measuring Employee Work Time. *Law360.*

Arnold, E.B. & **Hanvey, C.M.** (2018, August 14). DOL provides the latest guidance on employee classification. *Daily Journal.*

Arnold, E.B. & **Hanvey, C.M.** (2018, August 8). California Employer's Guide to Tracking Off-The-Clock Tasks. *Law360.*

### WHITE PAPERS

Arnold, E.B. & **Hanvey, C.M.** (2017). *Suitable Seating: Totality of the Circumstances Inquiry* [white paper]. Emeryville, CA: Berkeley Research Group.

**Hanvey, C.M.,** & Arnold, E.B. (2016). *Evaluating Employee Exempt Status According to Revised FLSA Exemption Criteria* [white paper]. Washington, DC: Berkeley Research Group.

### OTHER PUBLICATIONS

Arnold, E.B., & **Hanvey, C. M.** (2016, April 29). Tools for Studying Your Employees' Duties. *Five on Friday.* [Web log post]. Seyfarth Shaw LLP.

## SPEAKING ENGAGEMENTS

### *CONFERENCE PROCEEDINGS*

Arnold, E.B. and **Hanvey, C.M.** (2021, June 5). *Remote Work During COVID: What Factors Drive Hourly Employee Compliance with Timekeeping Requirements?* Presentation at the Labor and Employment Relations Association (LERA) Annual Meeting, conference held virtually.

**Hanvey, C.M.** & Arnold, E.B. (2021, April). Remote Workforce Wage and Hour Compliance During COVID-19.  In E. Arnold (Chair), *Mitigating Challenges to Successful Remote Work During COVID-19.* Symposium presented at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), New Orleans, LA (held virtually).

**Hanvey, C.M.** (2020, March). Applicability of Corporate Culture Research in Employment Litigation.  In P. Morrel-Samuels (Chair), *Issues at the Intersection of Recent Case Law and Research Psychology: Discrimination, Sexual Harassment, Class Cert and Corporate Culture.* Symposium presented at the American Psychology-Law Society conference, New Orleans, LA.

**Hanvey, C.M.** (2019, April). Chair, *Grasping at Straw Men: Implications of Novel Title VII Allegations.* Panel Discussion presented at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), National Harbor, MD.

**Hanvey, C.M.**  (2018, August). Chair, *Employment Practices in the Tech Industry: Opportunities and Risks.*  Symposium presented at the American Psychological Association (APA) Annual Convention, San Francisco, CA.

**Hanvey, C.M.** (2018, April). Panelist, *What, Essentially, is an Essential Function? ADA-Compliant Job Analysis Best Practices.* Panel Discussion presented at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), Chicago, IL.

**Hanvey, C.M.** (2018, April). Panelist, *Dos and Don'ts: Thriving as PhD, Masters, and Undergraduate Students.* Panel Discussion presented at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), Chicago, IL.

**Hanvey, C.M.**  (2017, April). Chair, *Physical Abilities Testing: Lessons Learned in Test Development and Validation.*  Panel Discussion presented at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), Orlando, FL.

**Hanvey, C.M.**  (2017, April). Panelist, *Dos and Don'ts: Thriving as PhD, Masters, and Undergraduate Students 3.0.*  Panel Discussion presented at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), Orlando, FL.

**Hanvey, C.M.**  (2016, April). Panelist, *Implications of Revisions to FLSA Exemptions for Organizations and Employees.*  Panel Discussion presented at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), Anaheim, CA.

**Hanvey, C.M.**  (2016, April). Application of Bayesian Statistics to Wage and Hour Litigation.  In K. Sady (Chair), *Beyond Frequentist Paradigms in Legal Scenarios: Consideration of Bayesian Approaches.* Symposium presented at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), Anaheim, CA.

**Hanvey, C.M.**  (2016, April). Panelist, *Do's and Don'ts of Graduate School: Surviving and Thriving 2.0.*  Panel Discussion presented at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), Anaheim, CA.

**Hanvey, C.M.**  (2015, April). Panelist, *Performance Appraisal: Balancing Business Needs and Legal Defensibility.*  Panel Discussion presented at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), Philadelphia, PA.

Dubin, D.F., & **Hanvey, C.M.** (2015, April). Analyzing Nested Data in Criterion-Related Validation.  In K. Sady & D. Dubin (Co-Chairs), *Faces in a Crowd: Data Aggregation Issues in Legal Scenarios.* Symposium presented at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), Philadelphia, PA.

**Hanvey, C.M.**  (2015, April). Panelist, *Do's and Don'ts of Graduate School: Surviving and Thriving.*  Panel Discussion presented at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), Philadelphia, PA.

**Hanvey, C.M.** (2014, May). Evaluating "Statistically Significant" Within-Title Variability.  In C. Hanvey (Chair), *Within-Group Variability: Methodological and Statistical Advancements in the Legal Context.* Symposium presented at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), Honolulu, HI.

**Hanvey, C.M.** (2014, May). Chair, *Within-Group Variability: Methodological and Statistical Advancements in the Legal Context.*  Symposium presented at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), Honolulu, HI.

**Hanvey, C.M.**, Banks, C. G. & Arnold, E. B. (2013, April). Appropriate Analyses at Different Stages of a Class Action Lawsuit.  In C. Hanvey & K. Sady (Co-Chairs), *I-O in the Legal Context: Inconsistencies in Understanding and Application.* Symposium presented at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), Houston, TX.

**Hanvey, C.M.** & Sady, K. (2013, April). Co-Chairs, *I-O in the Legal Context: Inconsistencies in Understanding and Application.* Symposium presented at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), Houston, TX.

**Hanvey, C.M.**, Arnold, E. B. (2012, August). Nature of the Work: On-Duty Meal Periods**.** In C. Hanvey (Chair), *Innovation in Job Analysis: Creative Solutions to Unique Challenges*. Symposium presented at the American Psychological Association (APA) Annual Convention, Orlando, FL.

**Hanvey, C.M.,** (2012, August). Chair, *Innovation in Job Analysis: Creative Solutions to Unique Challenges*. Symposium presented at the American Psychological Association (APA) Annual Convention, Orlando, FL.

**Hanvey, C.M.**  (2012, April). Chair, *Job Analysis in a Legal Environment.*  Panel Discussion conducted at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), San Diego, CA.

**Hanvey, C.M.**, Campion, J. E., Sady, K. (2009, April). *Juror Decisions in Wrongful Termination Cases: A Multi-Level Justice Perspective***.** Interactive Poster presented at the annual meeting of the Society for Industrial and Organizational Psychology (SIOP), New Orleans, LA.

### *WEBINARS*

**Hanvey, C.M.** (2021, September).  Panelist. *Where Did the Time Go? Innovative approaches to analyzing cause and effect in construction inefficiency claims*. Webinar presented by the Society of Construction Law, North America.

**Hanvey, C.M.** (2018, October).  Panelist. *Current and Future State of Wage & Hour Laws*. Webinar presented by intuit QuickBooks.

Arnold, E.B. & **Hanvey, C.M.** (2017, June). *Use of Expert Witnesses in Wage and Hour Litigation*.  Webinar presented to Carothers DiSante & Freudenberger LLP.

***SEMINARS AND PRESENTATIONS***

Arnold, E.B. & **Hanvey, C.M.** (2017, June). *Maintaining Compliance with Wage & Hour Law*.  Presented to The Conference Board: Labor and Employment Law Council, New York, NY.

Arnold, E.B. & **Hanvey, C.M.** (2017, May). *Operationalizing and Measuring Key Concepts in Wage and* Hour.  Presentation to the Wage and Hour Defense Institute (WDHI), Columbus, OH.

Arnold, E.B. & **Hanvey, C.M.** (2017, April). *Operationalizing and Measuring Key Concepts in Wage and* Hour.  Paul Hastings Lunch Presentations, San Francisco, CA.

Arnold, E.B. & **Hanvey, C.M.** (2017, February). *Fair Pay: Is Your Company at Risk?* Presentation with Miller Law Group, San Francisco, CA.

Arnold, E.B. & **Hanvey, C.M.** (2017, February). *Fair Pay: Is Your Company at Risk?* Presentation with Miller Law Group, Palo Alto, CA.

--
9/30/21

# Exhibit 2

| Function | Family | SubFamily | Total Employees |
|---|---|---|---|
| COMMUNICATIONS | COMMUNICATIONS | EXTERNAL COMMUNICATIONS | 2537 |
| COMMUNICATIONS | COMMUNICATIONS | INTERNAL COMMUNICATIONS | 2448 |
| COMMUNICATIONS | COMMUNICATIONS | WEB CONTENT | 741 |
| COMMUNICATIONS | COMMUNICATIONS FUNC GEN MGMT | COMMUNICATIONS FUNCTION GEN MGMT | 37 |
| CORPORATE & GOVERNMENT AFFAIRS | COMMUNITY RELATIONS | COMMUNITY RELATIONS | 73 |
| CORPORATE & GOVERNMENT AFFAIRS | COMPLIANCE | COMPLIANCE | 546 |
| CORPORATE & GOVERNMENT AFFAIRS | COMPLIANCE | ENVIRONMENTAL, SAFETY & HEALTH | 340 |
| CORPORATE & GOVERNMENT AFFAIRS | CORPORATE RESPONSIBILITY | CORPORATE RESPONSIBILITY | 1594 |
| CORPORATE & GOVERNMENT AFFAIRS | DIVERSITY & INCLUSION | DIVERSITY & INCLUSION | 36 |
| CORPORATE & GOVERNMENT AFFAIRS | GOVERNMENT AFFAIRS | GOVERNMENT AFFAIRS | 270 |
| CORPORATE SERVICES | ADMIN SUPPORT | ADMIN ASSISTANT | 5186 |
| CORPORATE SERVICES | ADMIN SUPPORT | OFFICE ADMIN | 310 |
| CORPORATE SERVICES | ADMIN SUPPORT | RECEPTION | 245 |
| CORPORATE SERVICES | BUILDING OPERATIONS | AUDIO VISUAL | 596 |
| CORPORATE SERVICES | BUILDING OPERATIONS | MAIL SERVICES | 71 |
| CORPORATE SERVICES | BUILDING OPERATIONS | SECURITY/TRANSPORTATION | 660 |
| CORPORATE SERVICES | EMPLOYEE SERVICES | CHILDCARE | 784 |
| CORPORATE SERVICES | EMPLOYEE SERVICES | EMPLOYEE SERVICES | 148 |
| CORPORATE SERVICES | EMPLOYEE SERVICES | WELLNESS & FITNESS | 152 |
| CORPORATE SERVICES | FACILITIES | CONSTRUCTION MGMT | 1404 |
| CORPORATE SERVICES | FACILITIES | LEASING & REAL ESTATE | 147 |
| CORPORATE SERVICES | FACILITIES | MAINTENANCE & CUSTODIAL | 298 |
| CORPORATE SERVICES | FACILITIES | MEETING PLANNING | 592 |
| CORPORATE SERVICES | FACILITIES | SPACE PLANNING | 239 |
| CORPORATE SERVICES | FLIGHT | FLIGHT | 441 |
| CORPORATE SERVICES | TRAVEL | TRAVEL | 125 |
| CORPORATE SERVICES | WKPLC SERVICES FUNC GEN MGMT | WKPLC SERVICES FUNC GEN MGMT | 415 |
| DATA ANALYTICS | D&A INSIGHTS | D&A INSIGHTS | 810 |
| DATA ANALYTICS | DATA ANALYSIS | DATA ANALYSIS | 149 |
| DATA ANALYTICS | DATA ANALYTICS GENERAL MANAGEMENT | DATA ANALYTICS GENERAL MGMT | 11 |
| DATA ANALYTICS | DATA ENGINEERING | DATA ENGINEERING | 346 |
| DATA ANALYTICS | DATA GOVERNANCE | DATA GOVERNANCE | 11 |
| DATA ANALYTICS | DATA SCIENCE & ADVANCED ANALYTICS | DATA SCIENCE & ADVANCED ANALYTICS | 441 |
| DATA ANALYTICS | DATA SCIENCE & ADVANCED ANALYTICS | PERSONALIZATION SCIENCE | 3 |
| DATA ANALYTICS | DEV OPS ENGINEERING | DEV OPS ENGINEERING | 55 |
| DATA ANALYTICS | HUMAN CENTERED INSIGHTS | HUMAN CENTERED INSIGHTS | 34 |
| DATA ANALYTICS | MACHINE LEARN & DATA SCIENCE ENGINEERING | MACHINE LEARN & DATA SCIENCE ENGINEERING | 60 |
| DATA ANALYTICS | PORTFOLIO MANAGEMENT / SCALED ANALYTICS | PORTFOLIO MANAGEMENT / SCALED ANALYTICS | 69 |
| DATA ANALYTICS | PRODUCT MANAGEMENT | PRODUCT MANAGEMENT | 286 |
| DATA ANALYTICS | RESEARCH DESIGN | RESEARCH DESIGN | 109 |
| DATA ANALYTICS | VISUALIZATION ENGINEERING | VISUALIZATION ENGINEERING | 134 |
| DESIGN | BRAND DESIGN | BRAND DESIGN | 5192 |
| DESIGN | BRAND DESIGN | DIGITAL CREATIVE | 1178 |
| DESIGN | COLOR DESIGN | COLOR DESIGN | 4562 |
| DESIGN | DESIGN FUNCTION GEN MGMT | CATEGORY DESIGN | 41 |
| DESIGN | DESIGN FUNCTION GEN MGMT | CREATIVE DESIGN | 478 |
| DESIGN | DESIGN OPERATIONS | DESIGN OPERATIONS | 3476 |
| DESIGN | GRAPHIC DESIGN | GRAPHIC DESIGN | 1326 |
| DESIGN | GRAPHIC DESIGN | IMAGE DESIGN | 33 |
| DESIGN | MATERIALS DESIGN | MATERIALS DESIGN | 2170 |
| DESIGN | PRODUCT DESIGN | INNOVATION DESIGN | 1983 |
| DESIGN | PRODUCT DESIGN | PRODUCT DESIGN | 11091 |
| DESIGN | PRODUCT GRAPHIC DESIGN | PRODUCT GRAPHIC DESIGN | 5809 |
| DIGITAL | DIGITAL GENERAL MANAGEMENT | DIGITAL GENERAL MANAGEMENT | 34 |
| DIGITAL | DIGITAL PRODUCT MANAGEMENT | CAPABILITY PRODUCT MANAGEMENT | 2928 |
| DIGITAL | DIGITAL PRODUCT MANAGEMENT | CONSUMER PRODUCT MANAGEMENT | 1906 |
| DIGITAL | DIGITAL PRODUCT MANAGEMENT | EXPERIENCE PRODUCT MANAGEMENT | 23 |
| DIGITAL | DIGITAL PRODUCT MANAGEMENT | INNOVATION PRODUCT MANAGEMENT | 99 |
| DIGITAL | ENGINEERING | SITE RELIABILITY ENGINEERING | 189 |
| DIGITAL | ENGINEERING | SOFTWARE ARCHITECTURE | 407 |
| DIGITAL | ENGINEERING | SOFTWARE ENGINEERING | 17594 |
| DIGITAL | PROGRAM/PROJECT MANAGEMENT | DIGITAL PROGRAM MGMT | 384 |
| DIGITAL | PROGRAM/PROJECT MANAGEMENT | SW DEVELOPMENT PROJECT MGMT | 1727 |
| GENERAL MANAGEMENT | GENERAL MANAGEMENT | CATEGORY LEADERSHIP | 779 |
| GENERAL MANAGEMENT | GENERAL MANAGEMENT | GEO/TERRITORY LEADERSHIP | 96 |
| GENERAL MANAGEMENT | GENERAL MANAGEMENT | GM FUNCTION GEN MGMT | 43 |
| LEGAL | BRAND PROTECTION | BRAND PROTECTION | 157 |
| LEGAL | LEGAL FUNCTION GEN MGMT | LEGAL FUNCTION GEN MGMT | 476 |

| Function | Family | SubFamily | Total Employees |
|---|---|---|---|
| LEGAL | LEGAL SERVICES | LEGAL SERVICES | 582 |
| LEGAL | PRIVACY | PRIVACY | 463 |
| LOGISTICS & SERVICES | DEMAND/INVENTORY PLANNING | DEMAND PLANNING | 9211 |
| LOGISTICS & SERVICES | DEMAND/INVENTORY PLANNING | DPIM | 397 |
| LOGISTICS & SERVICES | DEMAND/INVENTORY PLANNING | INVENTORY PLANNING | 5265 |
| LOGISTICS & SERVICES | DISTRIBUTION CENTER OPS | DC OPERATIONS | 137 |
| LOGISTICS & SERVICES | DISTRIBUTION CENTER OPS | MATERIAL HANDLING | 99 |
| LOGISTICS & SERVICES | LOGISTICS & SVCS FUNC GEN MGMT | LOGISTICS & SVCS FUNC GEN MGMT | 2611 |
| LOGISTICS & SERVICES | LOGISTICS & SVCS FUNC GEN MGMT | SALES & OPS PLANNING | 839 |
| LOGISTICS & SERVICES | LOGISTICS & SVCS SC INNOVATION & PE | PERFORMANCE MGMT & ANALYTICS | 2767 |
| LOGISTICS & SERVICES | LOGISTICS & SVCS SC INNOVATION & PE | PROCESS & INNOVATION | 3268 |
| LOGISTICS & SERVICES | PRODUCT DELIVERY | CUSTOMS | 840 |
| LOGISTICS & SERVICES | PRODUCT DELIVERY | LOGISTICS | 3317 |
| MANUFACTURING & SOURCING | INDUSTRIAL ENGINEERING | INDUSTRIAL ENGINEERING | 182 |
| MANUFACTURING & SOURCING | MANF & SOURCING FUNC GEN MGMT | MANF & SOURCING FUNC GEN MGMT | 174 |
| MANUFACTURING & SOURCING | MANUFACTURING ENGINEERING | MANUFACTURING ENGINEERING | 5181 |
| MANUFACTURING & SOURCING | MATERIALS | MATERIALS DEVELOPMENT | 6563 |
| MANUFACTURING & SOURCING | PRODUCTION | LIAISON OFFICE MANAGEMENT | 121 |
| MANUFACTURING & SOURCING | PRODUCTION | MAINTENANCE & MANUFACTURING | 1757 |
| MANUFACTURING & SOURCING | PRODUCTION | PRODUCTION OPERATIONS | 1063 |
| MANUFACTURING & SOURCING | PRODUCTION | PRODUCTION SCHEDULING | 1153 |
| MANUFACTURING & SOURCING | QUALITY ASSURANCE | QUALITY ASSURANCE | 1124 |
| MANUFACTURING & SOURCING | SOURCING & SUPPLY PLANNING | MATERIALS PURCHASING | 262 |
| MANUFACTURING & SOURCING | SOURCING & SUPPLY PLANNING | MATERIALS SOURCING | 3661 |
| MANUFACTURING & SOURCING | SOURCING & SUPPLY PLANNING | SUPPLY PLANNING | 4321 |
| MANUFACTURING & SOURCING | TOOLING/MACHINING | TOOLING/MACHINING | 9 |
| MARKETING | BRAND/PRODUCT MARKETING | BRAND/CATG MARKETING | 9162 |
| MARKETING | BRAND/PRODUCT MARKETING | RETAIL BRAND MARKETING | 4396 |
| MARKETING | DIGT CONTENT & ASSET MGMT | DIGT CONTENT & ASSET MGMT | 2791 |
| MARKETING | DIRECT TO CONSUMER | ADVERTISING & PROMOTIONS | 826 |
| MARKETING | DIRECT TO CONSUMER | DIGITAL EXPERIENCE | 6 |
| MARKETING | DIRECT TO CONSUMER | DIGITAL PRODUCTION | 7579 |
| MARKETING | DIRECT TO CONSUMER | DIRECT MARKETING | 323 |
| MARKETING | ENTERTAINMENT MARKETING | ENTERTAINMENT MARKETING | 271 |
| MARKETING | MARKET RESEARCH | ANALYTICS | 3584 |
| MARKETING | MARKET RESEARCH | DATABASE MARKETING | 114 |
| MARKETING | MARKET RESEARCH | MARKETING RESEARCH | 896 |
| MARKETING | MARKETING FUNCTION GEN MGMT | MARKETING FUNCTION GEN MGMT | 117 |
| MARKETING | MARKETING SUPPORT | EKINS | 165 |
| MARKETING | MARKETING SUPPORT | EVENT PLANNING | 2235 |
| MARKETING | MARKETING SUPPORT | MARKETING BUSINESS AFFAIRS | 308 |
| MARKETING | MARKETING SUPPORT | MARKETING OPERATIONS | 4480 |
| MARKETING | MARKETING SUPPORT | MARKETING SUPPORT | 429 |
| MARKETING | MARKETING SUPPORT | PHOTO PRODUCTION | 161 |
| MARKETING | PRODUCT PRESENTATION | PRODUCT DISPLAY PLANNING | 76 |
| MARKETING | PRODUCT PRESENTATION | PRODUCT PRESENTATION | 2358 |
| MERCHANDISING | BRAND MERCHANDISING | BRAND MERCHANDISING | 1267 |
| MERCHANDISING | CATEGORY MERCHANDISING | CATEGORY MERCHANDISING | 1495 |
| MERCHANDISING | CATEGORY MERCHANDISING | DTC CATEGORY MERCHANDISING | 7 |
| MERCHANDISING | CATEGORY MERCHANDISING | GEO CATEGORY MERCHANDISING | 3606 |
| MERCHANDISING | CATEGORY MERCHANDISING | GLOBAL CATEGORTY MERCHANDISING | 3657 |
| MERCHANDISING | CATEGORY MERCHANDISING | GLOBAL CATEGORY MERCHANDISING | 576 |
| MERCHANDISING | CROSS CATEGORY MERCHANDISING | CROSS CATEGORY MERCHANDISING | 423 |
| MERCHANDISING | CROSS CATEGORY MERCHANDISING | DTC NIKE.COM MERCHANDING | 6 |
| MERCHANDISING | CROSS CATEGORY MERCHANDISING | DTC STORES MERCHANDING | 78 |
| MERCHANDISING | MARKETPLACE MERCHANDISING | MARKETPLACE MERCHANDISING | 2650 |
| MERCHANDISING | MERCH FUNCTION GEN MGMT | MERCH FUNCTION GEN MGMT | 53 |
| MERCHANDISING | MERCHANDISING OPERATIONS | MERCHANDISING OPERATIONS | 2922 |
| MERCHANDISING | PRICING | PRICING | 428 |
| MERCHANDISING | PRODUCT MERCHANDISING | PRODUCT MERCHANDISING | 168 |
| PRODUCT CREATION | DIGITAL ENABLEMENT | PRODUCT DIGITAL | 2438 |
| PRODUCT CREATION | DIGITAL ENABLEMENT | PRODUCTION ART | 3695 |
| PRODUCT CREATION | DRAFTING, MOLD & TOOL DESIGN | DESIGN ENGINEERING | 559 |
| PRODUCT CREATION | DRAFTING, MOLD & TOOL DESIGN | MOLD & TOOL DESIGN | 257 |
| PRODUCT CREATION | DRAFTING, MOLD & TOOL DESIGN | PROTOTYPE DEVELOPMENT | 146 |
| PRODUCT CREATION | PROD CREATION FUNC GEN MGMT | PROD CREATION FUNC GEN MGMT | 2319 |
| PRODUCT CREATION | PROD DEVEL & COMMERCIALIZATION | CLUB ENGINEERING | 147 |
| PRODUCT CREATION | PROD DEVEL & COMMERCIALIZATION | COMMERCIALIZATION | 637 |

| Function | Family | SubFamily | Total Employees |
|---|---|---|---|
| PRODUCT CREATION | PROD DEVEL & COMMERCIALIZATION | PRODUCT DEVELOPMENT | 21176 |
| PRODUCT CREATION | PRODUCT INNOVATION/R&D | ENGINEERING | 6826 |
| PRODUCT CREATION | PRODUCT INNOVATION/R&D | INNOVATION | 9259 |
| PRODUCT CREATION | PRODUCT INNOVATION/R&D | MATERIALS RESEARCH | 2586 |
| PRODUCT CREATION | PRODUCT INNOVATION/R&D | NSRL RESEARCH | 2323 |
| PRODUCT CREATION | PRODUCT INNOVATION/R&D | TESTING | 4028 |
| PRODUCT CREATION | PRODUCT INTEGRITY | COLOR OPERATIONS | 551 |
| PRODUCT CREATION | PRODUCT INTEGRITY | PRODUCT INTEGRITY | 340 |
| PRODUCT CREATION | PRODUCT INTEGRITY | QUALITY SYSTEMS | 987 |
| PRODUCT CREATION | PRODUCT INTEGRITY | TEST ENGINEERING | 58 |
| PRODUCT CREATION | SAMPLE CREATION | SAMPLE CREATION | 278 |
| PRODUCT CREATION | TECHNICAL DESIGN | TECHNICAL DESIGN | 2167 |
| PRODUCT MANAGEMENT | PRODUCT CATEGORY MGMT | PRODUCT CATEGORY MGMT | 2168 |
| PRODUCT MANAGEMENT | PRODUCT LINE MGMT | PRODUCT LINE MGMT | 13837 |
| PROGRAM/PROCESS EXCELLENCE | BUSINESS OPERATIONS | BUSINESS OPERATIONS | 4392 |
| PROGRAM/PROCESS EXCELLENCE | PROCESS LEADERSHIP | PROCESS LEADERSHIP | 4333 |
| PROGRAM/PROCESS EXCELLENCE | PROGRAM/PROJECT MGMT | PROGRAM/PROJECT MGMT | 9534 |
| PROGRAM/PROCESS EXCELLENCE | TRANSITION MANAGEMENT | TRANSITION MANAGEMENT | 1743 |
| RETAIL | DIGITAL COMMERCE | DIGITAL MERCHANDISING | 1132 |
| RETAIL | LOSS PREVENTION | LOSS PREVENTION | 478 |
| RETAIL | LOSS PREVENTION | MERCHANT FRAUD | 723 |
| RETAIL | RETAIL FUNCTION GEN MGMT | RETAIL FUNCTION GEN MGMT | 644 |
| RETAIL | RETAIL MERCHANDISING | RETAIL BUYING | 3881 |
| RETAIL | RETAIL PLANNING & ALLOCATIONS | RETAIL ALLOCATIONS | 2076 |
| RETAIL | RETAIL PLANNING & ALLOCATIONS | RETAIL PLANNING | 3137 |
| RETAIL | RETAIL REAL ESTATE | DTC RE GEN MGMT | 303 |
| RETAIL | RETAIL REAL ESTATE | LEASE ACQUISITION | 14 |
| RETAIL | RETAIL REAL ESTATE | LEASE ADMINISTRATION | 81 |
| RETAIL | RETAIL REAL ESTATE | RE OPERATIONS | 189 |
| RETAIL | RETAIL REAL ESTATE | RE STORE CONSTRUCTION | 260 |
| RETAIL | RETAIL REAL ESTATE | STORE DEVELOPMENT | 64 |
| RETAIL | RETAIL SUPPORT OPERATIONS | RETAIL SUPPORT OPERATIONS | 2274 |
| RETAIL | STORES | PARTNER STORES | 61 |
| RETAIL | STORES | RETAIL STORES | 155 |
| SALES | BUSINESS DEVELOPMENT | BUSINESS DEVELOPMENT | 1209 |
| SALES | CONSUMER/CUSTOMER SERVICE | ACCOUNT OPERATIONS | 2830 |
| SALES | CONSUMER/CUSTOMER SERVICE | CONSUMER SERVICES | 2587 |
| SALES | CONSUMER/CUSTOMER SERVICE | CUSTOMER SERVICE | 1873 |
| SALES | CONSUMER/CUSTOMER SERVICE | CUSTOMER SERVICE DEVELOPMENT | 1446 |
| SALES | CONSUMER/CUSTOMER SERVICE | CUSTOMER SERVICE OPERATIONS | 1416 |
| SALES | DIRECT SALES | CATEGORY SALES MANAGEMENT | 3299 |
| SALES | DIRECT SALES | FIELD SALES | 775 |
| SALES | DIRECT SALES | STRATEGIC ACCOUNT SALES | 1173 |
| SALES | SALES FUNCTION GEN MGMT | SALES FUNCTION GEN MGMT | 1085 |
| SALES | SALES SUPPORT | SALES GTM | 2959 |
| SALES | SALES SUPPORT | SALES OPERATIONS | 1119 |
| SALES | SALES SUPPORT | SALES/BIZ PLANNING | 4034 |
| SPORTS MARKETING | SPORTS MARKETING | SPORTS MARKETING | 4754 |
| STRATEGIC PLANNING | STRATEGIC BUSINESS DEVELOPMENT | STRATEGIC BUSINESS DEVELOPMENT | 642 |
| STRATEGIC PLANNING | STRATEGIC PLANNING | STRATEGIC PLANNING | 5644 |
| TECHNOLOGY | OPERATIONS & TECHNICAL SUPPORT | DATABASE ADMINISTRATION | 954 |
| TECHNOLOGY | OPERATIONS & TECHNICAL SUPPORT | TECH BUSINESS OPERATIONS | 1795 |
| TECHNOLOGY | OPERATIONS & TECHNICAL SUPPORT | TECH SECURITY | 7250 |
| TECHNOLOGY | OPERATIONS & TECHNICAL SUPPORT | TECH VENDOR MANAGEMENT | 2434 |
| TECHNOLOGY | OPERATIONS & TECHNICAL SUPPORT | TECHNICAL ENGINEERING | 8871 |
| TECHNOLOGY | OPERATIONS & TECHNICAL SUPPORT | TECHNICAL SVCS MANAGEMENT | 1138 |
| TECHNOLOGY | QUALITY ENGINEERING | SOFTWARE QUALITY ENGINEERING | 4822 |
| TECHNOLOGY | QUALITY ENGINEERING | TEST ENGINEERING | 92 |
| TECHNOLOGY | TECH ARCHITECTURE | TECH ARCHITECTURE | 4846 |
| TECHNOLOGY | TECH AUDIT | TECH AUDIT | 15 |
| TECHNOLOGY | TECH BUSINESS SOLUTIONS | APPLICATIONS ENGINEERING | 7919 |
| TECHNOLOGY | TECH BUSINESS SOLUTIONS | SOFTWARE ENGINEERING | 7410 |
| TECHNOLOGY | TECH BUSINESS SOLUTIONS | TECH BUSINESS CONSULTING | 5312 |
| TECHNOLOGY | TECH FUNCTION GEN MGMT | TECH FUNCTION GEN MGMT | 9485 |
| TECHNOLOGY | TECHNICAL PROJECT/PROGRAM MANAGEMENT | BUSINESS SYSTEMS ANALYSIS | 11397 |
| TECHNOLOGY | TECHNICAL PROJECT/PROGRAM MANAGEMENT | TECH PROJECT/PROGRAM MGMT | 4062 |
| TECHNOLOGY | TECHNICAL PROJECT/PROGRAM MANAGEMENT | TECHNICAL PRODUCT/PROGRAM MGMT | 2721 |
| UNASSIGNED | UNASSIGNED | UNASSIGNED | 160 |

# Exhibit 3

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| 10/16/2020 | BRG | Cover Letter | Nike_Cahill - 2019-12-30 - Letter Transmitting Data Production(101516063_1).PDF | Cover letter accompanying 12-30 data production to plaintiffs |
| | | 2019.12.30 – Nike Data Production – Attorneys' Eyes Only.zip | 2019.12.30 – Nike Data Production – Attorneys' Eyes Only.zip | 12-30 data production to plaintiffs |
| | | 2019.12.30 – Nike Data Production – PW.txt | 2019.12.30 – Nike Data Production – PW.txt | Password for 12-30 data production to plaintiffs |
| | | Comp_Change_2019_Equity_Attorneys_Eyes_Only.txt | Comp_Change_2019_Equity_Attorneys_Eyes_Only.txt | |
| | | Comp_Change_2019_Merit_Attorneys_Eyes_Only.txt | Comp_Change_2019_Merit_Attorneys_Eyes_Only.txt | |
| | | Comp_Change_2019_PSP_Attorneys_Eyes_Only.txt | Comp_Change_2019_PSP_Attorneys_Eyes_Only.txt | |
| | | Comp_Change_thru_20190531_Attorneys_Eyes_Only.txt | Comp_Change_thru_20190531_Attorneys_Eyes_Only.txt | |
| | | Snapshots_201207_201909_Attorneys_Eyes_Only.txt | Snapshots_201207_201909_Attorneys_Eyes_Only.txt | |
| | | Static_Table_20190831_Attorneys_Eyes_Only.txt | Static_Table_20190831_Attorneys_Eyes_Only.txt | |
| 10/16/2020 | BRG | Cover Letter | Nike-Cahill - 2020-01-29 Letter to Counsel re Updated Data.pdf | Cover letter accompanying 1-29 data production to plaintiffs |
| | | 2020.01.29 – Nike Data Production – Attorneys' Eyes Only.zip | 2020.01.29 – Nike Data Production – Attorneys' Eyes Only.zip | 1-29 data production to plaintiffs |
| | | 2020.01.29 – Nike Data Production - PW.txt | 2020.01.29 – Nike Data Production - PW.txt | Password for 1-29 data production to plaintiffs |
| | | 2020_01_29_Supplement_Comp_Change_2019_Merit_Attorneys_Eyes_Only.txt | 2020_01_29_Supplement_Comp_Change_2019_Merit_Attorneys_Eyes_Only.txt | |
| | | 2020_01_29_Update_Comp_Change_2019_Merit_Attorneys_Eyes_Only.txt | 2020_01_29_Update_Comp_Change_2019_Merit_Attorneys_Eyes_Only.txt | |
| 10/19/2020 | BRG | NIKE_003.zip | NIKE_003.zip | Entire Nike-003 prod (the job codes prod) |
| | | NIKE_00003362 | 20190501_052-000000632_COMM_003.pdf | |
| | | NIKE_00003364 | 20190501_052-000000632_COMM_004.pdf | |
| | | NIKE_00003366 | 20190501_052-000000632_COMM_005.pdf | |
| | | NIKE_00003368 | 20190501_052-000000632_COMM_006.pdf | |
| | | NIKE_00003370 | 20190501_052-000000632_COMM_007.pdf | |
| | | NIKE_00003372 | 20190501_052-000000632_COMM_009.pdf | |
| | | NIKE_00003374 | 20190501_052-000000632_COMM_010.pdf | |
| | | NIKE_00003376 | 20190501_052-000000632_COMM_011.pdf | |
| | | NIKE_00003378 | 20190501_052-000000632_COMM_012.pdf | |
| | | NIKE_00003380 | 20190501_052-000000632_COMM_013.pdf | |
| | | NIKE_00003382 | 20190501_052-000000632_COMM_014.pdf | |
| | | NIKE_00003384 | 20190501_052-000000632_COMM_015.pdf | |
| | | NIKE_00003386 | 20190501_052-000000632_COMM_016.pdf | |
| | | NIKE_00003388 | 20190501_052-000000632_COMM_018.pdf | |
| | | NIKE_00003390 | 20190501_052-000000632_COMM_019.pdf | |
| | | NIKE_00003392 | 20190501_052-000000632_COMM_020.pdf | |
| | | NIKE_00003394 | 20190501_052-000000632_COMM_021.pdf | |
| | | NIKE_00003396 | 20190501_052-000000632_COMM_022.pdf | |
| | | NIKE_00003398 | 20190501_052-000000632_COMM_024.pdf | |
| | | NIKE_00003400 | 20190501_052-000000632_COMM_025.pdf | |
| | | NIKE_00003402 | 20190501_052-000000632_COMM_026.pdf | |
| | | NIKE_00003404 | 20190501_052-000000633_CORPGOV_003.pdf | |
| | | NIKE_00003406 | 20190501_052-000000633_CORPGOV_005.pdf | |
| | | NIKE_00003408 | 20190501_052-000000633_CORPGOV_008.pdf | |
| | | NIKE_00003410 | 20190501_052-000000633_CORPGOV_010.pdf | |
| | | NIKE_00003412 | 20190501_052-000000633_CORPGOV_011.pdf | |
| | | NIKE_00003414 | 20190501_052-000000633_CORPGOV_012.pdf | |
| | | NIKE_00003416 | 20190501_052-000000633_CORPGOV_013.pdf | |
| | | NIKE_00003418 | 20190501_052-000000633_CORPGOV_014.pdf | |
| | | NIKE_00003420 | 20190501_052-000000633_CORPGOV_016.pdf | |
| | | NIKE_00003422 | 20190501_052-000000633_CORPGOV_017.pdf | |
| | | NIKE_00003424 | 20190501_052-000000633_CORPGOV_018.pdf | |
| | | NIKE_00003426 | 20190501_052-000000633_CORPGOV_019.pdf | |
| | | NIKE_00003428 | 20190501_052-000000633_CORPGOV_021.pdf | |
| | | NIKE_00003430 | 20190501_052-000000633_CORPGOV_029.pdf | |
| | | NIKE_00003432 | 20190501_052-000000633_CORPGOV_030.pdf | |
| | | NIKE_00003434 | 20190501_052-000000633_CORPGOV_031.pdf | |
| | | NIKE_00003436 | 20190501_052-000000633_CORPGOV_032.pdf | |
| | | NIKE_00003438 | 20190501_052-000000633_CORPGOV_033.pdf | |
| | | NIKE_00003440 | 20190501_052-000000633_CORPGOV_034.pdf | |
| | | NIKE_00003442 | 20190501_052-000000633_CORPGOV_039.pdf | |
| | | NIKE_00003444 | 20190501_052-000000633_CORPGOV_041.pdf | |
| | | NIKE_00003446 | 20190501_052-000000633_CORPGOV_042.pdf | |
| | | NIKE_00003448 | 20190501_052-000000633_CORPGOV_045.pdf | |
| | | NIKE_00003450 | 20190501_052-000000633_CORPGOV_046.pdf | |
| | | NIKE_00003452 | 20190501_052-000000633_CORPGOV_047.pdf | |
| | | NIKE_00003454 | 20190501_052-000000633_CORPGOV_052.pdf | |
| | | NIKE_00003456 | 20190501_052-000000633_CORPGOV_053.pdf | |
| | | NIKE_00003458 | 20190501_052-000000633_CORPGOV_054.pdf | |
| | | NIKE_00003460 | 20190501_052-000000633_CORPGOV_055.pdf | |
| | | NIKE_00003462 | 20190501_052-000000633_CORPGOV_056.pdf | |
| | | NIKE_00003464 | 20190501_052-000000633_CORPGOV_057.pdf | |
| | | NIKE_00003466 | 20190501_052-000000633_CORPGOV_059.pdf | |
| | | NIKE_00003468 | 20190501_052-000000634_CORPSVCS_003.pdf | |
| | | NIKE_00003470 | 20190501_052-000000634_CORPSVCS_006.pdf | |
| | | NIKE_00003472 | 20190501_052-000000634_CORPSVCS_009.pdf | |
| | | NIKE_00003474 | 20190501_052-000000634_CORPSVCS_010.pdf | |
| | | NIKE_00003476 | 20190501_052-000000634_CORPSVCS_011.pdf | |
| | | NIKE_00003478 | 20190501_052-000000634_CORPSVCS_014.pdf | |
| | | NIKE_00003480 | 20190501_052-000000634_CORPSVCS_015.pdf | |
| | | NIKE_00003482 | 20190501_052-000000634_CORPSVCS_019.pdf | |
| | | NIKE_00003484 | 20190501_052-000000634_CORPSVCS_021.pdf | |
| | | NIKE_00003486 | 20190501_052-000000634_CORPSVCS_022.pdf | |
| | | NIKE_00003488 | 20190501_052-000000634_CORPSVCS_023.pdf | |
| | | NIKE_00003490 | 20190501_052-000000634_CORPSVCS_028.pdf | |
| | | NIKE_00003492 | 20190501_052-000000634_CORPSVCS_029.pdf | |
| | | NIKE_00003494 | 20190501_052-000000634_CORPSVCS_030.pdf | |
| | | NIKE_00003496 | 20190501_052-000000634_CORPSVCS_034.pdf | |
| | | NIKE_00003498 | 20190501_052-000000634_CORPSVCS_035.pdf | |
| | | NIKE_00003500 | 20190501_052-000000634_CORPSVCS_036.pdf | |
| | | NIKE_00003502 | 20190501_052-000000634_CORPSVCS_038.pdf | |
| | | NIKE_00003504 | 20190501_052-000000634_CORPSVCS_039.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00003506 | 20190501_052-000000634_CORPSVCS_042.pdf | |
| | | NIKE_00003508 | 20190501_052-000000634_CORPSVCS_046.pdf | |
| | | NIKE_00003510 | 20190501_052-000000634_CORPSVCS_047.pdf | |
| | | NIKE_00003512 | 20190501_052-000000634_CORPSVCS_048.pdf | |
| | | NIKE_00003514 | 20190501_052-000000634_CORPSVCS_051.pdf | |
| | | NIKE_00003516 | 20190501_052-000000634_CORPSVCS_052.pdf | |
| | | NIKE_00003518 | 20190501_052-000000634_CORPSVCS_054.pdf | |
| | | NIKE_00003520 | 20190501_052-000000634_CORPSVCS_058.pdf | |
| | | NIKE_00003522 | 20190501_052-000000634_CORPSVCS_059.pdf | |
| | | NIKE_00003524 | 20190501_052-000000634_CORPSVCS_062.pdf | |
| | | NIKE_00003526 | 20190501_052-000000634_CORPSVCS_065.pdf | |
| | | NIKE_00003528 | 20190501_052-000000634_CORPSVCS_066.pdf | |
| | | NIKE_00003530 | 20190501_052-000000634_CORPSVCS_067.pdf | |
| | | NIKE_00003532 | 20190501_052-000000634_CORPSVCS_068.pdf | |
| | | NIKE_00003534 | 20190501_052-000000634_CORPSVCS_069.pdf | |
| | | NIKE_00003536 | 20190501_052-000000634_CORPSVCS_074.pdf | |
| | | NIKE_00003538 | 20190501_052-000000634_CORPSVCS_075.pdf | |
| | | NIKE_00003540 | 20190501_052-000000634_CORPSVCS_077.pdf | |
| | | NIKE_00003542 | 20190501_052-000000634_CORPSVCS_078.pdf | |
| | | NIKE_00003544 | 20190501_052-000000634_CORPSVCS_080.pdf | |
| | | NIKE_00003546 | 20190501_052-000000634_CORPSVCS_083.pdf | |
| | | NIKE_00003548 | 20190501_052-000000634_CORPSVCS_090.pdf | |
| | | NIKE_00003550 | 20190501_052-000000634_CORPSVCS_093.pdf | |
| | | NIKE_00003552 | 20190501_052-000000634_CORPSVCS_094.pdf | |
| | | NIKE_00003554 | 20190501_052-000000634_CORPSVCS_096.pdf | |
| | | NIKE_00003556 | 20190501_052-000000634_CORPSVCS_098.pdf | |
| | | NIKE_00003558 | 20190501_052-000000634_CORPSVCS_100.pdf | |
| | | NIKE_00003560 | 20190501_052-000000634_CORPSVCS_101.pdf | |
| | | NIKE_00003562 | 20190501_052-000000634_CORPSVCS_102.pdf | |
| | | NIKE_00003564 | 20190501_052-000000634_CORPSVCS_103.pdf | |
| | | NIKE_00003566 | 20190501_052-000000634_CORPSVCS_104.pdf | |
| | | NIKE_00003568 | 20190501_052-000000634_CORPSVCS_105.pdf | |
| | | NIKE_00003570 | 20190501_052-000000634_CORPSVCS_106.pdf | |
| | | NIKE_00003572 | 20190501_052-000000634_CORPSVCS_108.pdf | |
| | | NIKE_00003574 | 20190501_052-000000634_CORPSVCS_110.pdf | |
| | | NIKE_00003576 | 20190501_052-000000634_CORPSVCS_113.pdf | |
| | | NIKE_00003578 | 20190501_052-000000634_CORPSVCS_114.pdf | |
| | | NIKE_00003580 | 20190501_052-000000634_CORPSVCS_116.pdf | |
| | | NIKE_00003582 | 20190501_052-000000634_CORPSVCS_118.pdf | |
| | | NIKE_00003584 | 20190501_052-000000634_CORPSVCS_119.pdf | |
| | | NIKE_00003586 | 20190501_052-000000634_CORPSVCS_123.pdf | |
| | | NIKE_00003588 | 20190501_052-000000634_CORPSVCS_127.pdf | |
| | | NIKE_00003590 | 20190501_052-000000634_CORPSVCS_129.pdf | |
| | | NIKE_00003592 | 20190501_052-000000634_CORPSVCS_130.pdf | |
| | | NIKE_00003594 | 20190501_052-000000634_CORPSVCS_134.pdf | |
| | | NIKE_00003596 | 20190501_052-000000634_CORPSVCS_135.pdf | |
| | | NIKE_00003598 | 20190501_052-000000634_CORPSVCS_136.pdf | |
| | | NIKE_00003600 | 20190501_052-000000634_CORPSVCS_137.pdf | |
| | | NIKE_00003602 | 20190501_052-000000634_CORPSVCS_140.pdf | |
| | | NIKE_00003604 | 20190501_052-000000634_CORPSVCS_141.pdf | |
| | | NIKE_00003606 | 20190501_052-000000634_CORPSVCS_142.pdf | |
| | | NIKE_00003608 | 20190501_052-000000634_CORPSVCS_147.pdf | |
| | | NIKE_00003610 | 20190501_052-000000634_CORPSVCS_149.pdf | |
| | | NIKE_00003612 | 20190501_052-000000635_DATA_002.pdf | |
| | | NIKE_00003614 | 20190501_052-000000635_DATA_003.pdf | |
| | | NIKE_00003616 | 20190501_052-000000635_DATA_004.pdf | |
| | | NIKE_00003618 | 20190501_052-000000635_DATA_005.pdf | |
| | | NIKE_00003620 | 20190501_052-000000635_DATA_006.pdf | |
| | | NIKE_00003622 | 20190501_052-000000635_DATA_007.pdf | |
| | | NIKE_00003624 | 20190501_052-000000635_DATA_011.pdf | |
| | | NIKE_00003626 | 20190501_052-000000635_DATA_013.pdf | |
| | | NIKE_00003628 | 20190501_052-000000635_DATA_014.pdf | |
| | | NIKE_00003630 | 20190501_052-000000635_DATA_015.pdf | |
| | | NIKE_00003632 | 20190501_052-000000635_DATA_018.pdf | |
| | | NIKE_00003634 | 20190501_052-000000635_DATA_019.pdf | |
| | | NIKE_00003636 | 20190501_052-000000635_DATA_020.pdf | |
| | | NIKE_00003638 | 20190501_052-000000635_DATA_021.pdf | |
| | | NIKE_00003640 | 20190501_052-000000635_DATA_022.pdf | |
| | | NIKE_00003642 | 20190501_052-000000635_DATA_023.pdf | |
| | | NIKE_00003644 | 20190501_052-000000635_DATA_024.pdf | |
| | | NIKE_00003646 | 20190501_052-000000635_DATA_025.pdf | |
| | | NIKE_00003648 | 20190501_052-000000635_DATA_026.pdf | |
| | | NIKE_00003650 | 20190501_052-000000635_DATA_027.pdf | |
| | | NIKE_00003652 | 20190501_052-000000635_DATA_028.pdf | |
| | | NIKE_00003654 | 20190501_052-000000635_DATA_034.pdf | |
| | | NIKE_00003656 | 20190501_052-000000635_DATA_039.pdf | |
| | | NIKE_00003658 | 20190501_052-000000635_DATA_041.pdf | |
| | | NIKE_00003660 | 20190501_052-000000635_DATA_042.pdf | |
| | | NIKE_00003662 | 20190501_052-000000635_DATA_043.pdf | |
| | | NIKE_00003664 | 20190501_052-000000635_DATA_044.pdf | |
| | | NIKE_00003666 | 20190501_052-000000635_DATA_046.pdf | |
| | | NIKE_00003668 | 20190501_052-000000635_DATA_048.pdf | |
| | | NIKE_00003670 | 20190501_052-000000635_DATA_049.pdf | |
| | | NIKE_00003672 | 20190501_052-000000635_DATA_050.pdf | |
| | | NIKE_00003674 | 20190501_052-000000635_DATA_051.pdf | |
| | | NIKE_00003676 | 20190501_052-000000635_DATA_052.pdf | |
| | | NIKE_00003678 | 20190501_052-000000635_DATA_053.pdf | |
| | | NIKE_00003680 | 20190501_052-000000635_DATA_057.pdf | |
| | | NIKE_00003682 | 20190501_052-000000635_DATA_058.pdf | |
| | | NIKE_00003684 | 20190501_052-000000635_DATA_059.pdf | |
| | | NIKE_00003686 | 20190501_052-000000635_DATA_060.pdf | |
| | | NIKE_00003688 | 20190501_052-000000635_DATA_066.pdf | |
| | | NIKE_00003690 | 20190501_052-000000635_DATA_068.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00003692 | 20190501_052-000000635_DATA_069.pdf | |
| | | NIKE_00003694 | 20190501_052-000000635_DATA_070.pdf | |
| | | NIKE_00003696 | 20190501_052-000000635_DATA_071.pdf | |
| | | NIKE_00003698 | 20190501_052-000000635_DATA_075.pdf | |
| | | NIKE_00003700 | 20190501_052-000000635_DATA_077.pdf | |
| | | NIKE_00003702 | 20190501_052-000000635_DATA_078.pdf | |
| | | NIKE_00003704 | 20190501_052-000000635_DATA_079.pdf | |
| | | NIKE_00003706 | 20190501_052-000000635_DATA_082.pdf | |
| | | NIKE_00003708 | 20190501_052-000000635_DATA_084.pdf | |
| | | NIKE_00003710 | 20190501_052-000000635_DATA_086.pdf | |
| | | NIKE_00003712 | 20190501_052-000000635_DATA_087.pdf | |
| | | NIKE_00003714 | 20190501_052-000000635_DATA_088.pdf | |
| | | NIKE_00003716 | 20190501_052-000000635_DATA_089.pdf | |
| | | NIKE_00003718 | 20190501_052-000000636_DESIGN_001.pdf | |
| | | NIKE_00003720 | 20190501_052-000000636_DESIGN_002.pdf | |
| | | NIKE_00003722 | 20190501_052-000000636_DESIGN_003.pdf | |
| | | NIKE_00003724 | 20190501_052-000000636_DESIGN_004.pdf | |
| | | NIKE_00003726 | 20190501_052-000000636_DESIGN_005.pdf | |
| | | NIKE_00003728 | 20190501_052-000000636_DESIGN_006.pdf | |
| | | NIKE_00003730 | 20190501_052-000000636_DESIGN_007.pdf | |
| | | NIKE_00003732 | 20190501_052-000000636_DESIGN_008.pdf | |
| | | NIKE_00003734 | 20190501_052-000000636_DESIGN_010.pdf | |
| | | NIKE_00003736 | 20190501_052-000000636_DESIGN_011.pdf | |
| | | NIKE_00003738 | 20190501_052-000000636_DESIGN_012.pdf | |
| | | NIKE_00003740 | 20190501_052-000000636_DESIGN_013.pdf | |
| | | NIKE_00003742 | 20190501_052-000000636_DESIGN_014.pdf | |
| | | NIKE_00003744 | 20190501_052-000000636_DESIGN_015.pdf | |
| | | NIKE_00003746 | 20190501_052-000000636_DESIGN_016.pdf | |
| | | NIKE_00003748 | 20190501_052-000000636_DESIGN_022.pdf | |
| | | NIKE_00003750 | 20190501_052-000000636_DESIGN_023.pdf | |
| | | NIKE_00003752 | 20190501_052-000000636_DESIGN_024.pdf | |
| | | NIKE_00003754 | 20190501_052-000000636_DESIGN_025.pdf | |
| | | NIKE_00003756 | 20190501_052-000000636_DESIGN_026.pdf | |
| | | NIKE_00003758 | 20190501_052-000000636_DESIGN_027.pdf | |
| | | NIKE_00003760 | 20190501_052-000000636_DESIGN_028.pdf | |
| | | NIKE_00003762 | 20190501_052-000000636_DESIGN_031.pdf | |
| | | NIKE_00003764 | 20190501_052-000000636_DESIGN_032.pdf | |
| | | NIKE_00003766 | 20190501_052-000000636_DESIGN_033.pdf | |
| | | NIKE_00003768 | 20190501_052-000000636_DESIGN_034.pdf | |
| | | NIKE_00003770 | 20190501_052-000000636_DESIGN_035.pdf | |
| | | NIKE_00003772 | 20190501_052-000000636_DESIGN_036.pdf | |
| | | NIKE_00003774 | 20190501_052-000000636_DESIGN_037.pdf | |
| | | NIKE_00003776 | 20190501_052-000000636_DESIGN_041.pdf | |
| | | NIKE_00003778 | 20190501_052-000000636_DESIGN_042.pdf | |
| | | NIKE_00003780 | 20190501_052-000000636_DESIGN_043.pdf | |
| | | NIKE_00003782 | 20190501_052-000000636_DESIGN_044.pdf | |
| | | NIKE_00003784 | 20190501_052-000000636_DESIGN_045.pdf | |
| | | NIKE_00003786 | 20190501_052-000000636_DESIGN_046.pdf | |
| | | NIKE_00003788 | 20190501_052-000000636_DESIGN_047.pdf | |
| | | NIKE_00003790 | 20190501_052-000000636_DESIGN_048.pdf | |
| | | NIKE_00003792 | 20190501_052-000000636_DESIGN_049.pdf | |
| | | NIKE_00003794 | 20190501_052-000000636_DESIGN_050.pdf | |
| | | NIKE_00003796 | 20190501_052-000000636_DESIGN_051.pdf | |
| | | NIKE_00003798 | 20190501_052-000000636_DESIGN_052.pdf | |
| | | NIKE_00003800 | 20190501_052-000000636_DESIGN_059.pdf | |
| | | NIKE_00003802 | 20190501_052-000000636_DESIGN_060.pdf | |
| | | NIKE_00003804 | 20190501_052-000000636_DESIGN_061.pdf | |
| | | NIKE_00003806 | 20190501_052-000000636_DESIGN_062.pdf | |
| | | NIKE_00003808 | 20190501_052-000000636_DESIGN_063.pdf | |
| | | NIKE_00003810 | 20190501_052-000000636_DESIGN_064.pdf | |
| | | NIKE_00003812 | 20190501_052-000000636_DESIGN_065.pdf | |
| | | NIKE_00003814 | 20190501_052-000000636_DESIGN_066.pdf | |
| | | NIKE_00003816 | 20190501_052-000000636_DESIGN_067.pdf | |
| | | NIKE_00003818 | 20190501_052-000000636_DESIGN_069.pdf | |
| | | NIKE_00003820 | 20190501_052-000000636_DESIGN_070.pdf | |
| | | NIKE_00003822 | 20190501_052-000000636_DESIGN_071.pdf | |
| | | NIKE_00003824 | 20190501_052-000000636_DESIGN_072.pdf | |
| | | NIKE_00003826 | 20190501_052-000000636_DESIGN_073.pdf | |
| | | NIKE_00003828 | 20190501_052-000000636_DESIGN_074.pdf | |
| | | NIKE_00003830 | 20190501_052-000000636_DESIGN_075.pdf | |
| | | NIKE_00003832 | 20190501_052-000000636_DESIGN_076.pdf | |
| | | NIKE_00003834 | 20190501_052-000000636_DESIGN_078.pdf | |
| | | NIKE_00003836 | 20190501_052-000000636_DESIGN_079.pdf | |
| | | NIKE_00003838 | 20190501_052-000000636_DESIGN_080.pdf | |
| | | NIKE_00003840 | 20190501_052-000000636_DESIGN_081.pdf | |
| | | NIKE_00003842 | 20190501_052-000000636_DESIGN_082.pdf | |
| | | NIKE_00003844 | 20190501_052-000000636_DESIGN_083.pdf | |
| | | NIKE_00003846 | 20190501_052-000000636_DESIGN_085.pdf | |
| | | NIKE_00003848 | 20190501_052-000000636_DESIGN_086.pdf | |
| | | NIKE_00003850 | 20190501_052-000000636_DESIGN_087.pdf | |
| | | NIKE_00003852 | 20190501_052-000000636_DESIGN_088.pdf | |
| | | NIKE_00003854 | 20190501_052-000000636_DESIGN_089.pdf | |
| | | NIKE_00003856 | 20190501_052-000000636_DESIGN_090.pdf | |
| | | NIKE_00003858 | 20190501_052-000000636_DESIGN_091.pdf | |
| | | NIKE_00003860 | 20190501_052-000000636_DESIGN_093.pdf | |
| | | NIKE_00003862 | 20190501_052-000000636_DESIGN_095.pdf | |
| | | NIKE_00003864 | 20190501_052-000000636_DESIGN_098.pdf | |
| | | NIKE_00003866 | 20190501_052-000000636_DESIGN_101.pdf | |
| | | NIKE_00003868 | 20190501_052-000000636_DESIGN_102.pdf | |
| | | NIKE_00003870 | 20190501_052-000000636_DESIGN_103.pdf | |
| | | NIKE_00003872 | 20190501_052-000000636_DESIGN_105.pdf | |
| | | NIKE_00003874 | 20190501_052-000000636_DESIGN_106.pdf | |
| | | NIKE_00003876 | 20190501_052-000000636_DESIGN_108.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00003878 | 20190501_052-000000636_DESIGN_109.pdf | |
| | | NIKE_00003880 | 20190501_052-000000636_DESIGN_110.pdf | |
| | | NIKE_00003882 | 20190501_052-000000636_DESIGN_111.pdf | |
| | | NIKE_00003884 | 20190501_052-000000636_DESIGN_112.pdf | |
| | | NIKE_00003886 | 20190501_052-000000636_DESIGN_117.pdf | |
| | | NIKE_00003888 | 20190501_052-000000636_DESIGN_118.pdf | |
| | | NIKE_00003890 | 20190501_052-000000636_DESIGN_119.pdf | |
| | | NIKE_00003892 | 20190501_052-000000636_DESIGN_120.pdf | |
| | | NIKE_00003894 | 20190501_052-000000636_DESIGN_123.pdf | |
| | | NIKE_00003896 | 20190501_052-000000636_DESIGN_124.pdf | |
| | | NIKE_00003898 | 20190501_052-000000636_DESIGN_125.pdf | |
| | | NIKE_00003900 | 20190501_052-000000636_DESIGN_126.pdf | |
| | | NIKE_00003902 | 20190501_052-000000636_DESIGN_128.pdf | |
| | | NIKE_00003904 | 20190501_052-000000636_DESIGN_129.pdf | |
| | | NIKE_00003906 | 20190501_052-000000636_DESIGN_130.pdf | |
| | | NIKE_00003908 | 20190501_052-000000636_DESIGN_131.pdf | |
| | | NIKE_00003910 | 20190501_052-000000637_DIGITAL_001.pdf | |
| | | NIKE_00003912 | 20190501_052-000000637_DIGITAL_002.pdf | |
| | | NIKE_00003914 | 20190501_052-000000637_DIGITAL_003.pdf | |
| | | NIKE_00003916 | 20190501_052-000000637_DIGITAL_004.pdf | |
| | | NIKE_00003918 | 20190501_052-000000637_DIGITAL_005.pdf | |
| | | NIKE_00003920 | 20190501_052-000000637_DIGITAL_006.pdf | |
| | | NIKE_00003922 | 20190501_052-000000637_DIGITAL_007.pdf | |
| | | NIKE_00003924 | 20190501_052-000000637_DIGITAL_008.pdf | |
| | | NIKE_00003926 | 20190501_052-000000637_DIGITAL_009.pdf | |
| | | NIKE_00003928 | 20190501_052-000000637_DIGITAL_010.pdf | |
| | | NIKE_00003930 | 20190501_052-000000637_DIGITAL_011.pdf | |
| | | NIKE_00003932 | 20190501_052-000000637_DIGITAL_012.pdf | |
| | | NIKE_00003934 | 20190501_052-000000637_DIGITAL_013.pdf | |
| | | NIKE_00003936 | 20190501_052-000000637_DIGITAL_014.pdf | |
| | | NIKE_00003938 | 20190501_052-000000637_DIGITAL_015.pdf | |
| | | NIKE_00003940 | 20190501_052-000000637_DIGITAL_016.pdf | |
| | | NIKE_00003942 | 20190501_052-000000637_DIGITAL_017.pdf | |
| | | NIKE_00003944 | 20190501_052-000000637_DIGITAL_018.pdf | |
| | | NIKE_00003946 | 20190501_052-000000637_DIGITAL_019.pdf | |
| | | NIKE_00003948 | 20190501_052-000000637_DIGITAL_020.pdf | |
| | | NIKE_00003950 | 20190501_052-000000637_DIGITAL_021.pdf | |
| | | NIKE_00003952 | 20190501_052-000000637_DIGITAL_022.pdf | |
| | | NIKE_00003954 | 20190501_052-000000637_DIGITAL_023.pdf | |
| | | NIKE_00003956 | 20190501_052-000000637_DIGITAL_024.pdf | |
| | | NIKE_00003958 | 20190501_052-000000637_DIGITAL_025.pdf | |
| | | NIKE_00003960 | 20190501_052-000000637_DIGITAL_027.pdf | |
| | | NIKE_00003962 | 20190501_052-000000637_DIGITAL_030.pdf | |
| | | NIKE_00003964 | 20190501_052-000000637_DIGITAL_039.pdf | |
| | | NIKE_00003966 | 20190501_052-000000637_DIGITAL_040.pdf | |
| | | NIKE_00003968 | 20190501_052-000000637_DIGITAL_041.pdf | |
| | | NIKE_00003970 | 20190501_052-000000637_DIGITAL_042.pdf | |
| | | NIKE_00003972 | 20190501_052-000000637_DIGITAL_043.pdf | |
| | | NIKE_00003974 | 20190501_052-000000637_DIGITAL_044.pdf | |
| | | NIKE_00003976 | 20190501_052-000000637_DIGITAL_046.pdf | |
| | | NIKE_00003978 | 20190501_052-000000637_DIGITAL_047.pdf | |
| | | NIKE_00003980 | 20190501_052-000000637_DIGITAL_048.pdf | |
| | | NIKE_00003982 | 20190501_052-000000637_DIGITAL_049.pdf | |
| | | NIKE_00003984 | 20190501_052-000000637_DIGITAL_050.pdf | |
| | | NIKE_00003986 | 20190501_052-000000637_DIGITAL_051.pdf | |
| | | NIKE_00003988 | 20190501_052-000000637_DIGITAL_052.pdf | |
| | | NIKE_00003990 | 20190501_052-000000637_DIGITAL_053.pdf | |
| | | NIKE_00003992 | 20190501_052-000000637_DIGITAL_054.pdf | |
| | | NIKE_00003994 | 20190501_052-000000637_DIGITAL_056.pdf | |
| | | NIKE_00003996 | 20190501_052-000000637_DIGITAL_058.pdf | |
| | | NIKE_00003998 | 20190501_052-000000637_DIGITAL_059.pdf | |
| | | NIKE_00004000 | 20190501_052-000000637_DIGITAL_061.pdf | |
| | | NIKE_00004002 | 20190501_052-000000637_DIGITAL_064.pdf | |
| | | NIKE_00004004 | 20190501_052-000000637_DIGITAL_066.pdf | |
| | | NIKE_00004006 | 20190501_052-000000637_DIGITAL_067.pdf | |
| | | NIKE_00004008 | 20190501_052-000000637_DIGITAL_068.pdf | |
| | | NIKE_00004010 | 20190501_052-000000637_DIGITAL_070.pdf | |
| | | NIKE_00004012 | 20190501_052-000000637_DIGITAL_072.pdf | |
| | | NIKE_00004014 | 20190501_052-000000639_GENMAG_002.pdf | |
| | | NIKE_00004016 | 20190501_052-000000639_GENMAG_003.pdf | |
| | | NIKE_00004018 | 20190501_052-000000639_GENMAG_004.pdf | |
| | | NIKE_00004020 | 20190501_052-000000639_GENMAG_006.pdf | |
| | | NIKE_00004022 | 20190501_052-000000639_GENMAG_008.pdf | |
| | | NIKE_00004024 | 20190501_052-000000639_GENMAG_009.pdf | |
| | | NIKE_00004026 | 20190501_052-000000639_GENMAG_012.pdf | |
| | | NIKE_00004028 | 20190501_052-000000639_GENMAG_014.pdf | |
| | | NIKE_00004030 | 20190501_052-000000639_GENMAG_015.pdf | |
| | | NIKE_00004032 | 20190501_052-000000639_GENMAG_018.pdf | |
| | | NIKE_00004034 | 20190501_052-000000639_GENMAG_020.pdf | |
| | | NIKE_00004036 | 20190501_052-000000639_GENMAG_021.pdf | |
| | | NIKE_00004038 | 20190501_052-000000643_LOGSVCS_002.pdf | |
| | | NIKE_00004040 | 20190501_052-000000643_LOGSVCS_003.pdf | |
| | | NIKE_00004042 | 20190501_052-000000643_LOGSVCS_004.pdf | |
| | | NIKE_00004044 | 20190501_052-000000643_LOGSVCS_005.pdf | |
| | | NIKE_00004046 | 20190501_052-000000643_LOGSVCS_006.pdf | |
| | | NIKE_00004048 | 20190501_052-000000643_LOGSVCS_007.pdf | |
| | | NIKE_00004050 | 20190501_052-000000643_LOGSVCS_010.pdf | |
| | | NIKE_00004052 | 20190501_052-000000643_LOGSVCS_011.pdf | |
| | | NIKE_00004054 | 20190501_052-000000643_LOGSVCS_012.pdf | |
| | | NIKE_00004056 | 20190501_052-000000643_LOGSVCS_013.pdf | |
| | | NIKE_00004058 | 20190501_052-000000643_LOGSVCS_014.pdf | |
| | | NIKE_00004060 | 20190501_052-000000643_LOGSVCS_016.pdf | |
| | | NIKE_00004062 | 20190501_052-000000643_LOGSVCS_017.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00004064 | 20190501_052-000000643_LOGSVCS_018.pdf | |
| | | NIKE_00004066 | 20190501_052-000000643_LOGSVCS_019.pdf | |
| | | NIKE_00004068 | 20190501_052-000000643_LOGSVCS_020.pdf | |
| | | NIKE_00004070 | 20190501_052-000000643_LOGSVCS_021.pdf | |
| | | NIKE_00004072 | 20190501_052-000000643_LOGSVCS_022.pdf | |
| | | NIKE_00004074 | 20190501_052-000000643_LOGSVCS_023.pdf | |
| | | NIKE_00004076 | 20190501_052-000000643_LOGSVCS_025.pdf | |
| | | NIKE_00004078 | 20190501_052-000000643_LOGSVCS_035.pdf | |
| | | NIKE_00004080 | 20190501_052-000000643_LOGSVCS_037.pdf | |
| | | NIKE_00004082 | 20190501_052-000000643_LOGSVCS_038.pdf | |
| | | NIKE_00004084 | 20190501_052-000000643_LOGSVCS_054.pdf | |
| | | NIKE_00004086 | 20190501_052-000000643_LOGSVCS_055.pdf | |
| | | NIKE_00004088 | 20190501_052-000000643_LOGSVCS_058.pdf | |
| | | NIKE_00004090 | 20190501_052-000000643_LOGSVCS_060.pdf | |
| | | NIKE_00004092 | 20190501_052-000000643_LOGSVCS_061.pdf | |
| | | NIKE_00004094 | 20190501_052-000000643_LOGSVCS_062.pdf | |
| | | NIKE_00004096 | 20190501_052-000000643_LOGSVCS_063.pdf | |
| | | NIKE_00004098 | 20190501_052-000000643_LOGSVCS_065.pdf | |
| | | NIKE_00004100 | 20190501_052-000000643_LOGSVCS_069.pdf | |
| | | NIKE_00004102 | 20190501_052-000000643_LOGSVCS_070.pdf | |
| | | NIKE_00004104 | 20190501_052-000000643_LOGSVCS_075.pdf | |
| | | NIKE_00004106 | 20190501_052-000000643_LOGSVCS_076.pdf | |
| | | NIKE_00004108 | 20190501_052-000000643_LOGSVCS_077.pdf | |
| | | NIKE_00004110 | 20190501_052-000000643_LOGSVCS_078.pdf | |
| | | NIKE_00004112 | 20190501_052-000000643_LOGSVCS_079.pdf | |
| | | NIKE_00004114 | 20190501_052-000000643_LOGSVCS_080.pdf | |
| | | NIKE_00004116 | 20190501_052-000000643_LOGSVCS_082.pdf | |
| | | NIKE_00004118 | 20190501_052-000000643_LOGSVCS_083.pdf | |
| | | NIKE_00004120 | 20190501_052-000000643_LOGSVCS_084.pdf | |
| | | NIKE_00004122 | 20190501_052-000000643_LOGSVCS_085.pdf | |
| | | NIKE_00004124 | 20190501_052-000000643_LOGSVCS_086.pdf | |
| | | NIKE_00004126 | 20190501_052-000000643_LOGSVCS_087.pdf | |
| | | NIKE_00004128 | 20190501_052-000000643_LOGSVCS_091.pdf | |
| | | NIKE_00004130 | 20190501_052-000000643_LOGSVCS_092.pdf | |
| | | NIKE_00004132 | 20190501_052-000000643_LOGSVCS_093.pdf | |
| | | NIKE_00004134 | 20190501_052-000000643_LOGSVCS_094.pdf | |
| | | NIKE_00004136 | 20190501_052-000000643_LOGSVCS_095.pdf | |
| | | NIKE_00004138 | 20190501_052-000000643_LOGSVCS_096.pdf | |
| | | NIKE_00004140 | 20190501_052-000000643_LOGSVCS_097.pdf | |
| | | NIKE_00004142 | 20190501_052-000000643_LOGSVCS_105.pdf | |
| | | NIKE_00004144 | 20190501_052-000000643_LOGSVCS_107.pdf | |
| | | NIKE_00004146 | 20190501_052-000000643_LOGSVCS_108.pdf | |
| | | NIKE_00004148 | 20190501_052-000000643_LOGSVCS_109.pdf | |
| | | NIKE_00004150 | 20190501_052-000000643_LOGSVCS_110.pdf | |
| | | NIKE_00004152 | 20190501_052-000000643_LOGSVCS_111.pdf | |
| | | NIKE_00004154 | 20190501_052-000000643_LOGSVCS_112.pdf | |
| | | NIKE_00004156 | 20190501_052-000000643_LOGSVCS_113.pdf | |
| | | NIKE_00004158 | 20190501_052-000000643_LOGSVCS_114.pdf | |
| | | NIKE_00004160 | 20190501_052-000000643_LOGSVCS_119.pdf | |
| | | NIKE_00004162 | 20190501_052-000000643_LOGSVCS_120.pdf | |
| | | NIKE_00004164 | 20190501_052-000000643_LOGSVCS_122.pdf | |
| | | NIKE_00004166 | 20190501_052-000000643_LOGSVCS_123.pdf | |
| | | NIKE_00004168 | 20190501_052-000000643_LOGSVCS_124.pdf | |
| | | NIKE_00004170 | 20190501_052-000000643_LOGSVCS_125.pdf | |
| | | NIKE_00004172 | 20190501_052-000000643_LOGSVCS_126.pdf | |
| | | NIKE_00004174 | 20190501_052-000000643_LOGSVCS_128.pdf | |
| | | NIKE_00004176 | 20190501_052-000000643_LOGSVCS_129.pdf | |
| | | NIKE_00004178 | 20190501_052-000000643_LOGSVCS_130.pdf | |
| | | NIKE_00004180 | 20190501_052-000000643_LOGSVCS_132.pdf | |
| | | NIKE_00004182 | 20190501_052-000000643_LOGSVCS_133.pdf | |
| | | NIKE_00004184 | 20190501_052-000000643_LOGSVCS_135.pdf | |
| | | NIKE_00004186 | 20190501_052-000000643_LOGSVCS_137.pdf | |
| | | NIKE_00004188 | 20190501_052-000000643_LOGSVCS_138.pdf | |
| | | NIKE_00004190 | 20190501_052-000000643_LOGSVCS_139.pdf | |
| | | NIKE_00004192 | 20190501_052-000000643_LOGSVCS_140.pdf | |
| | | NIKE_00004194 | 20190501_052-000000644_MANUSOUR_001.pdf | |
| | | NIKE_00004196 | 20190501_052-000000644_MANUSOUR_002.pdf | |
| | | NIKE_00004198 | 20190501_052-000000644_MANUSOUR_004.pdf | |
| | | NIKE_00004200 | 20190501_052-000000644_MANUSOUR_005.pdf | |
| | | NIKE_00004202 | 20190501_052-000000644_MANUSOUR_006.pdf | |
| | | NIKE_00004204 | 20190501_052-000000644_MANUSOUR_007.pdf | |
| | | NIKE_00004206 | 20190501_052-000000644_MANUSOUR_008.pdf | |
| | | NIKE_00004208 | 20190501_052-000000644_MANUSOUR_009.pdf | |
| | | NIKE_00004210 | 20190501_052-000000644_MANUSOUR_010.pdf | |
| | | NIKE_00004212 | 20190501_052-000000644_MANUSOUR_011.pdf | |
| | | NIKE_00004214 | 20190501_052-000000644_MANUSOUR_012.pdf | |
| | | NIKE_00004216 | 20190501_052-000000644_MANUSOUR_013.pdf | |
| | | NIKE_00004218 | 20190501_052-000000644_MANUSOUR_017.pdf | |
| | | NIKE_00004220 | 20190501_052-000000644_MANUSOUR_018.pdf | |
| | | NIKE_00004222 | 20190501_052-000000644_MANUSOUR_019.pdf | |
| | | NIKE_00004224 | 20190501_052-000000644_MANUSOUR_026.pdf | |
| | | NIKE_00004226 | 20190501_052-000000644_MANUSOUR_027.pdf | |
| | | NIKE_00004228 | 20190501_052-000000644_MANUSOUR_028.pdf | |
| | | NIKE_00004230 | 20190501_052-000000644_MANUSOUR_029.pdf | |
| | | NIKE_00004232 | 20190501_052-000000644_MANUSOUR_030.pdf | |
| | | NIKE_00004234 | 20190501_052-000000644_MANUSOUR_033.pdf | |
| | | NIKE_00004236 | 20190501_052-000000644_MANUSOUR_034.pdf | |
| | | NIKE_00004238 | 20190501_052-000000644_MANUSOUR_035.pdf | |
| | | NIKE_00004240 | 20190501_052-000000644_MANUSOUR_036.pdf | |
| | | NIKE_00004242 | 20190501_052-000000644_MANUSOUR_040.pdf | |
| | | NIKE_00004244 | 20190501_052-000000644_MANUSOUR_043.pdf | |
| | | NIKE_00004246 | 20190501_052-000000644_MANUSOUR_044.pdf | |
| | | NIKE_00004248 | 20190501_052-000000644_MANUSOUR_046.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00004250 | 20190501_052-000000644_MANUSOUR_047.pdf | |
| | | NIKE_00004252 | 20190501_052-000000644_MANUSOUR_048.pdf | |
| | | NIKE_00004254 | 20190501_052-000000644_MANUSOUR_050.pdf | |
| | | NIKE_00004256 | 20190501_052-000000644_MANUSOUR_051.pdf | |
| | | NIKE_00004258 | 20190501_052-000000644_MANUSOUR_052.pdf | |
| | | NIKE_00004260 | 20190501_052-000000644_MANUSOUR_053.pdf | |
| | | NIKE_00004262 | 20190501_052-000000644_MANUSOUR_054.pdf | |
| | | NIKE_00004264 | 20190501_052-000000644_MANUSOUR_055.pdf | |
| | | NIKE_00004266 | 20190501_052-000000644_MANUSOUR_057.pdf | |
| | | NIKE_00004268 | 20190501_052-000000644_MANUSOUR_062.pdf | |
| | | NIKE_00004270 | 20190501_052-000000644_MANUSOUR_063.pdf | |
| | | NIKE_00004272 | 20190501_052-000000644_MANUSOUR_064.pdf | |
| | | NIKE_00004274 | 20190501_052-000000644_MANUSOUR_065.pdf | |
| | | NIKE_00004276 | 20190501_052-000000644_MANUSOUR_068.pdf | |
| | | NIKE_00004278 | 20190501_052-000000644_MANUSOUR_070.pdf | |
| | | NIKE_00004280 | 20190501_052-000000644_MANUSOUR_071.pdf | |
| | | NIKE_00004282 | 20190501_052-000000644_MANUSOUR_075.pdf | |
| | | NIKE_00004284 | 20190501_052-000000644_MANUSOUR_076.pdf | |
| | | NIKE_00004286 | 20190501_052-000000644_MANUSOUR_077.pdf | |
| | | NIKE_00004288 | 20190501_052-000000644_MANUSOUR_078.pdf | |
| | | NIKE_00004290 | 20190501_052-000000644_MANUSOUR_079.pdf | |
| | | NIKE_00004292 | 20190501_052-000000644_MANUSOUR_080.pdf | |
| | | NIKE_00004294 | 20190501_052-000000644_MANUSOUR_081.pdf | |
| | | NIKE_00004296 | 20190501_052-000000644_MANUSOUR_082.pdf | |
| | | NIKE_00004298 | 20190501_052-000000644_MANUSOUR_083.pdf | |
| | | NIKE_00004300 | 20190501_052-000000644_MANUSOUR_085.pdf | |
| | | NIKE_00004302 | 20190501_052-000000644_MANUSOUR_092.pdf | |
| | | NIKE_00004304 | 20190501_052-000000644_MANUSOUR_093.pdf | |
| | | NIKE_00004306 | 20190501_052-000000644_MANUSOUR_096.pdf | |
| | | NIKE_00004308 | 20190501_052-000000644_MANUSOUR_097.pdf | |
| | | NIKE_00004310 | 20190501_052-000000644_MANUSOUR_098.pdf | |
| | | NIKE_00004312 | 20190501_052-000000644_MANUSOUR_099.pdf | |
| | | NIKE_00004314 | 20190501_052-000000644_MANUSOUR_100.pdf | |
| | | NIKE_00004316 | 20190501_052-000000644_MANUSOUR_101.pdf | |
| | | NIKE_00004318 | 20190501_052-000000644_MANUSOUR_102.pdf | |
| | | NIKE_00004320 | 20190501_052-000000644_MANUSOUR_103.pdf | |
| | | NIKE_00004322 | 20190501_052-000000644_MANUSOUR_104.pdf | |
| | | NIKE_00004324 | 20190501_052-000000644_MANUSOUR_105.pdf | |
| | | NIKE_00004326 | 20190501_052-000000644_MANUSOUR_109.pdf | |
| | | NIKE_00004328 | 20190501_052-000000644_MANUSOUR_112.pdf | |
| | | NIKE_00004330 | 20190501_052-000000644_MANUSOUR_113.pdf | |
| | | NIKE_00004332 | 20190501_052-000000644_MANUSOUR_114.pdf | |
| | | NIKE_00004334 | 20190501_052-000000644_MANUSOUR_115.pdf | |
| | | NIKE_00004336 | 20190501_052-000000644_MANUSOUR_116.pdf | |
| | | NIKE_00004338 | 20190501_052-000000644_MANUSOUR_119.pdf | |
| | | NIKE_00004340 | 20190501_052-000000644_MANUSOUR_120.pdf | |
| | | NIKE_00004342 | 20190501_052-000000644_MANUSOUR_121.pdf | |
| | | NIKE_00004344 | 20190501_052-000000644_MANUSOUR_123.pdf | |
| | | NIKE_00004346 | 20190501_052-000000644_MANUSOUR_125.pdf | |
| | | NIKE_00004348 | 20190501_052-000000644_MANUSOUR_126.pdf | |
| | | NIKE_00004350 | 20190501_052-000000644_MANUSOUR_133.pdf | |
| | | NIKE_00004352 | 20190501_052-000000644_MANUSOUR_135.pdf | |
| | | NIKE_00004354 | 20190501_052-000000644_MANUSOUR_136.pdf | |
| | | NIKE_00004356 | 20190501_052-000000644_MANUSOUR_146.pdf | |
| | | NIKE_00004358 | 20190501_052-000000644_MANUSOUR_147.pdf | |
| | | NIKE_00004360 | 20190501_052-000000644_MANUSOUR_149.pdf | |
| | | NIKE_00004362 | 20190501_052-000000644_MANUSOUR_150.pdf | |
| | | NIKE_00004364 | 20190501_052-000000644_MANUSOUR_155.pdf | |
| | | NIKE_00004366 | 20190501_052-000000644_MANUSOUR_158.pdf | |
| | | NIKE_00004368 | 20190501_052-000000644_MANUSOUR_159.pdf | |
| | | NIKE_00004370 | 20190501_052-000000645_MKTING_001.pdf | |
| | | NIKE_00004372 | 20190501_052-000000645_MKTING_002.pdf | |
| | | NIKE_00004374 | 20190501_052-000000645_MKTING_003.pdf | |
| | | NIKE_00004376 | 20190501_052-000000645_MKTING_004.pdf | |
| | | NIKE_00004378 | 20190501_052-000000645_MKTING_005.pdf | |
| | | NIKE_00004380 | 20190501_052-000000645_MKTING_006.pdf | |
| | | NIKE_00004382 | 20190501_052-000000645_MKTING_007.pdf | |
| | | NIKE_00004384 | 20190501_052-000000645_MKTING_008.pdf | |
| | | NIKE_00004386 | 20190501_052-000000645_MKTING_009.pdf | |
| | | NIKE_00004388 | 20190501_052-000000645_MKTING_010.pdf | |
| | | NIKE_00004390 | 20190501_052-000000645_MKTING_011.pdf | |
| | | NIKE_00004392 | 20190501_052-000000645_MKTING_012.pdf | |
| | | NIKE_00004394 | 20190501_052-000000645_MKTING_013.pdf | |
| | | NIKE_00004396 | 20190501_052-000000645_MKTING_014.pdf | |
| | | NIKE_00004398 | 20190501_052-000000645_MKTING_015.pdf | |
| | | NIKE_00004400 | 20190501_052-000000645_MKTING_016.pdf | |
| | | NIKE_00004402 | 20190501_052-000000645_MKTING_017.pdf | |
| | | NIKE_00004404 | 20190501_052-000000645_MKTING_018.pdf | |
| | | NIKE_00004406 | 20190501_052-000000645_MKTING_019.pdf | |
| | | NIKE_00004408 | 20190501_052-000000645_MKTING_020.pdf | |
| | | NIKE_00004410 | 20190501_052-000000645_MKTING_021.pdf | |
| | | NIKE_00004412 | 20190501_052-000000645_MKTING_022.pdf | |
| | | NIKE_00004414 | 20190501_052-000000645_MKTING_023.pdf | |
| | | NIKE_00004416 | 20190501_052-000000645_MKTING_024.pdf | |
| | | NIKE_00004418 | 20190501_052-000000645_MKTING_025.pdf | |
| | | NIKE_00004420 | 20190501_052-000000645_MKTING_031.pdf | |
| | | NIKE_00004422 | 20190501_052-000000645_MKTING_033.pdf | |
| | | NIKE_00004424 | 20190501_052-000000645_MKTING_035.pdf | |
| | | NIKE_00004426 | 20190501_052-000000645_MKTING_036.pdf | |
| | | NIKE_00004428 | 20190501_052-000000645_MKTING_037.pdf | |
| | | NIKE_00004430 | 20190501_052-000000645_MKTING_038.pdf | |
| | | NIKE_00004432 | 20190501_052-000000645_MKTING_039.pdf | |
| | | NIKE_00004434 | 20190501_052-000000645_MKTING_040.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00004436 | 20190501_052-000000645_MKTING_041.pdf | |
| | | NIKE_00004438 | 20190501_052-000000645_MKTING_042.pdf | |
| | | NIKE_00004440 | 20190501_052-000000645_MKTING_043.pdf | |
| | | NIKE_00004442 | 20190501_052-000000645_MKTING_044.pdf | |
| | | NIKE_00004444 | 20190501_052-000000645_MKTING_048.pdf | |
| | | NIKE_00004446 | 20190501_052-000000645_MKTING_049.pdf | |
| | | NIKE_00004448 | 20190501_052-000000645_MKTING_050.pdf | |
| | | NIKE_00004450 | 20190501_052-000000645_MKTING_051.pdf | |
| | | NIKE_00004452 | 20190501_052-000000645_MKTING_052.pdf | |
| | | NIKE_00004454 | 20190501_052-000000645_MKTING_054.pdf | |
| | | NIKE_00004456 | 20190501_052-000000645_MKTING_055.pdf | |
| | | NIKE_00004458 | 20190501_052-000000645_MKTING_056.pdf | |
| | | NIKE_00004460 | 20190501_052-000000645_MKTING_057.pdf | |
| | | NIKE_00004462 | 20190501_052-000000645_MKTING_060.pdf | |
| | | NIKE_00004464 | 20190501_052-000000645_MKTING_063.pdf | |
| | | NIKE_00004466 | 20190501_052-000000645_MKTING_064.pdf | |
| | | NIKE_00004468 | 20190501_052-000000645_MKTING_066.pdf | |
| | | NIKE_00004470 | 20190501_052-000000645_MKTING_067.pdf | |
| | | NIKE_00004472 | 20190501_052-000000645_MKTING_068.pdf | |
| | | NIKE_00004474 | 20190501_052-000000645_MKTING_069.pdf | |
| | | NIKE_00004476 | 20190501_052-000000645_MKTING_070.pdf | |
| | | NIKE_00004478 | 20190501_052-000000645_MKTING_071.pdf | |
| | | NIKE_00004480 | 20190501_052-000000645_MKTING_072.pdf | |
| | | NIKE_00004482 | 20190501_052-000000645_MKTING_075.pdf | |
| | | NIKE_00004484 | 20190501_052-000000645_MKTING_076.pdf | |
| | | NIKE_00004486 | 20190501_052-000000645_MKTING_080.pdf | |
| | | NIKE_00004488 | 20190501_052-000000645_MKTING_082.pdf | |
| | | NIKE_00004490 | 20190501_052-000000645_MKTING_083.pdf | |
| | | NIKE_00004492 | 20190501_052-000000645_MKTING_085.pdf | |
| | | NIKE_00004494 | 20190501_052-000000645_MKTING_087.pdf | |
| | | NIKE_00004496 | 20190501_052-000000645_MKTING_088.pdf | |
| | | NIKE_00004498 | 20190501_052-000000645_MKTING_089.pdf | |
| | | NIKE_00004500 | 20190501_052-000000645_MKTING_090.pdf | |
| | | NIKE_00004502 | 20190501_052-000000645_MKTING_091.pdf | |
| | | NIKE_00004504 | 20190501_052-000000645_MKTING_092.pdf | |
| | | NIKE_00004506 | 20190501_052-000000645_MKTING_096.pdf | |
| | | NIKE_00004508 | 20190501_052-000000645_MKTING_097.pdf | |
| | | NIKE_00004510 | 20190501_052-000000645_MKTING_098.pdf | |
| | | NIKE_00004512 | 20190501_052-000000645_MKTING_099.pdf | |
| | | NIKE_00004514 | 20190501_052-000000645_MKTING_100.pdf | |
| | | NIKE_00004516 | 20190501_052-000000645_MKTING_101.pdf | |
| | | NIKE_00004518 | 20190501_052-000000645_MKTING_103.pdf | |
| | | NIKE_00004520 | 20190501_052-000000645_MKTING_104.pdf | |
| | | NIKE_00004522 | 20190501_052-000000645_MKTING_105.pdf | |
| | | NIKE_00004524 | 20190501_052-000000645_MKTING_106.pdf | |
| | | NIKE_00004526 | 20190501_052-000000645_MKTING_108.pdf | |
| | | NIKE_00004528 | 20190501_052-000000645_MKTING_109.pdf | |
| | | NIKE_00004530 | 20190501_052-000000645_MKTING_110.pdf | |
| | | NIKE_00004532 | 20190501_052-000000645_MKTING_112.pdf | |
| | | NIKE_00004534 | 20190501_052-000000645_MKTING_114.pdf | |
| | | NIKE_00004536 | 20190501_052-000000645_MKTING_115.pdf | |
| | | NIKE_00004538 | 20190501_052-000000645_MKTING_117.pdf | |
| | | NIKE_00004540 | 20190501_052-000000645_MKTING_118.pdf | |
| | | NIKE_00004542 | 20190501_052-000000645_MKTING_119.pdf | |
| | | NIKE_00004544 | 20190501_052-000000645_MKTING_120.pdf | |
| | | NIKE_00004546 | 20190501_052-000000645_MKTING_121.pdf | |
| | | NIKE_00004548 | 20190501_052-000000645_MKTING_122.pdf | |
| | | NIKE_00004550 | 20190501_052-000000645_MKTING_123.pdf | |
| | | NIKE_00004552 | 20190501_052-000000645_MKTING_125.pdf | |
| | | NIKE_00004554 | 20190501_052-000000645_MKTING_126.pdf | |
| | | NIKE_00004556 | 20190501_052-000000645_MKTING_127.pdf | |
| | | NIKE_00004558 | 20190501_052-000000645_MKTING_128.pdf | |
| | | NIKE_00004560 | 20190501_052-000000645_MKTING_131.pdf | |
| | | NIKE_00004562 | 20190501_052-000000645_MKTING_133.pdf | |
| | | NIKE_00004564 | 20190501_052-000000645_MKTING_134.pdf | |
| | | NIKE_00004566 | 20190501_052-000000645_MKTING_139.pdf | |
| | | NIKE_00004568 | 20190501_052-000000645_MKTING_140.pdf | |
| | | NIKE_00004570 | 20190501_052-000000645_MKTING_142.pdf | |
| | | NIKE_00004572 | 20190501_052-000000645_MKTING_144.pdf | |
| | | NIKE_00004574 | 20190501_052-000000645_MKTING_146.pdf | |
| | | NIKE_00004576 | 20190501_052-000000645_MKTING_147.pdf | |
| | | NIKE_00004578 | 20190501_052-000000645_MKTING_149.pdf | |
| | | NIKE_00004580 | 20190501_052-000000645_MKTING_155.pdf | |
| | | NIKE_00004582 | 20190501_052-000000645_MKTING_156.pdf | |
| | | NIKE_00004584 | 20190501_052-000000645_MKTING_157.pdf | |
| | | NIKE_00004586 | 20190501_052-000000645_MKTING_158.pdf | |
| | | NIKE_00004588 | 20190501_052-000000645_MKTING_159.pdf | |
| | | NIKE_00004590 | 20190501_052-000000645_MKTING_160.pdf | |
| | | NIKE_00004592 | 20190501_052-000000645_MKTING_161.pdf | |
| | | NIKE_00004594 | 20190501_052-000000645_MKTING_162.pdf | |
| | | NIKE_00004596 | 20190501_052-000000645_MKTING_164.pdf | |
| | | NIKE_00004598 | 20190501_052-000000645_MKTING_166.pdf | |
| | | NIKE_00004600 | 20190501_052-000000645_MKTING_168.pdf | |
| | | NIKE_00004602 | 20190501_052-000000645_MKTING_169.pdf | |
| | | NIKE_00004604 | 20190501_052-000000645_MKTING_170.pdf | |
| | | NIKE_00004606 | 20190501_052-000000645_MKTING_171.pdf | |
| | | NIKE_00004608 | 20190501_052-000000645_MKTING_172.pdf | |
| | | NIKE_00004610 | 20190501_052-000000645_MKTING_173.pdf | |
| | | NIKE_00004612 | 20190501_052-000000645_MKTING_174.pdf | |
| | | NIKE_00004614 | 20190501_052-000000645_MKTING_176.pdf | |
| | | NIKE_00004616 | 20190501_052-000000645_MKTING_177.pdf | |
| | | NIKE_00004618 | 20190501_052-000000645_MKTING_178.pdf | |
| | | NIKE_00004620 | 20190501_052-000000645_MKTING_179.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00004622 | 20190501_052-000000645_MKTING_180.pdf | |
| | | NIKE_00004624 | 20190501_052-000000645_MKTING_182.pdf | |
| | | NIKE_00004626 | 20190501_052-000000645_MKTING_183.pdf | |
| | | NIKE_00004628 | 20190501_052-000000645_MKTING_194.pdf | |
| | | NIKE_00004630 | 20190501_052-000000645_MKTING_195.pdf | |
| | | NIKE_00004632 | 20190501_052-000000645_MKTING_198.pdf | |
| | | NIKE_00004634 | 20190501_052-000000646_MERCH_001.pdf | |
| | | NIKE_00004636 | 20190501_052-000000646_MERCH_002.pdf | |
| | | NIKE_00004638 | 20190501_052-000000646_MERCH_003.pdf | |
| | | NIKE_00004640 | 20190501_052-000000646_MERCH_004.pdf | |
| | | NIKE_00004642 | 20190501_052-000000646_MERCH_005.pdf | |
| | | NIKE_00004644 | 20190501_052-000000646_MERCH_010.pdf | |
| | | NIKE_00004646 | 20190501_052-000000646_MERCH_011.pdf | |
| | | NIKE_00004648 | 20190501_052-000000646_MERCH_012.pdf | |
| | | NIKE_00004650 | 20190501_052-000000646_MERCH_013.pdf | |
| | | NIKE_00004652 | 20190501_052-000000646_MERCH_014.pdf | |
| | | NIKE_00004654 | 20190501_052-000000646_MERCH_015.pdf | |
| | | NIKE_00004656 | 20190501_052-000000646_MERCH_016.pdf | |
| | | NIKE_00004658 | 20190501_052-000000646_MERCH_018.pdf | |
| | | NIKE_00004660 | 20190501_052-000000646_MERCH_019.pdf | |
| | | NIKE_00004662 | 20190501_052-000000646_MERCH_020.pdf | |
| | | NIKE_00004664 | 20190501_052-000000646_MERCH_021.pdf | |
| | | NIKE_00004666 | 20190501_052-000000646_MERCH_022.pdf | |
| | | NIKE_00004668 | 20190501_052-000000646_MERCH_023.pdf | |
| | | NIKE_00004670 | 20190501_052-000000646_MERCH_024.pdf | |
| | | NIKE_00004672 | 20190501_052-000000646_MERCH_025.pdf | |
| | | NIKE_00004674 | 20190501_052-000000646_MERCH_026.pdf | |
| | | NIKE_00004676 | 20190501_052-000000646_MERCH_027.pdf | |
| | | NIKE_00004678 | 20190501_052-000000646_MERCH_028.pdf | |
| | | NIKE_00004680 | 20190501_052-000000646_MERCH_029.pdf | |
| | | NIKE_00004682 | 20190501_052-000000646_MERCH_030.pdf | |
| | | NIKE_00004684 | 20190501_052-000000646_MERCH_031.pdf | |
| | | NIKE_00004686 | 20190501_052-000000646_MERCH_033.pdf | |
| | | NIKE_00004688 | 20190501_052-000000646_MERCH_034.pdf | |
| | | NIKE_00004690 | 20190501_052-000000646_MERCH_035.pdf | |
| | | NIKE_00004692 | 20190501_052-000000646_MERCH_036.pdf | |
| | | NIKE_00004694 | 20190501_052-000000646_MERCH_037.pdf | |
| | | NIKE_00004696 | 20190501_052-000000646_MERCH_038.pdf | |
| | | NIKE_00004698 | 20190501_052-000000646_MERCH_039.pdf | |
| | | NIKE_00004700 | 20190501_052-000000646_MERCH_040.pdf | |
| | | NIKE_00004702 | 20190501_052-000000646_MERCH_041.pdf | |
| | | NIKE_00004704 | 20190501_052-000000646_MERCH_042.pdf | |
| | | NIKE_00004706 | 20190501_052-000000646_MERCH_043.pdf | |
| | | NIKE_00004708 | 20190501_052-000000646_MERCH_044.pdf | |
| | | NIKE_00004710 | 20190501_052-000000646_MERCH_045.pdf | |
| | | NIKE_00004712 | 20190501_052-000000646_MERCH_047.pdf | |
| | | NIKE_00004714 | 20190501_052-000000646_MERCH_050.pdf | |
| | | NIKE_00004716 | 20190501_052-000000646_MERCH_055.pdf | |
| | | NIKE_00004718 | 20190501_052-000000646_MERCH_056.pdf | |
| | | NIKE_00004720 | 20190501_052-000000646_MERCH_057.pdf | |
| | | NIKE_00004722 | 20190501_052-000000646_MERCH_058.pdf | |
| | | NIKE_00004724 | 20190501_052-000000646_MERCH_059.pdf | |
| | | NIKE_00004726 | 20190501_052-000000646_MERCH_060.pdf | |
| | | NIKE_00004728 | 20190501_052-000000646_MERCH_061.pdf | |
| | | NIKE_00004730 | 20190501_052-000000646_MERCH_062.pdf | |
| | | NIKE_00004732 | 20190501_052-000000646_MERCH_063.pdf | |
| | | NIKE_00004734 | 20190501_052-000000646_MERCH_064.pdf | |
| | | NIKE_00004736 | 20190501_052-000000646_MERCH_065.pdf | |
| | | NIKE_00004738 | 20190501_052-000000646_MERCH_066.pdf | |
| | | NIKE_00004740 | 20190501_052-000000646_MERCH_067.pdf | |
| | | NIKE_00004742 | 20190501_052-000000646_MERCH_068.pdf | |
| | | NIKE_00004744 | 20190501_052-000000646_MERCH_069.pdf | |
| | | NIKE_00004746 | 20190501_052-000000646_MERCH_070.pdf | |
| | | NIKE_00004748 | 20190501_052-000000646_MERCH_071.pdf | |
| | | NIKE_00004750 | 20190501_052-000000646_MERCH_072.pdf | |
| | | NIKE_00004752 | 20190501_052-000000646_MERCH_073.pdf | |
| | | NIKE_00004754 | 20190501_052-000000646_MERCH_075.pdf | |
| | | NIKE_00004756 | 20190501_052-000000646_MERCH_076.pdf | |
| | | NIKE_00004758 | 20190501_052-000000646_MERCH_077.pdf | |
| | | NIKE_00004760 | 20190501_052-000000646_MERCH_078.pdf | |
| | | NIKE_00004762 | 20190501_052-000000646_MERCH_079.pdf | |
| | | NIKE_00004764 | 20190501_052-000000646_MERCH_081.pdf | |
| | | NIKE_00004766 | 20190501_052-000000646_MERCH_084.pdf | |
| | | NIKE_00004768 | 20190501_052-000000646_MERCH_090.pdf | |
| | | NIKE_00004770 | 20190501_052-000000646_MERCH_091.pdf | |
| | | NIKE_00004772 | 20190501_052-000000646_MERCH_092.pdf | |
| | | NIKE_00004774 | 20190501_052-000000647_PRODCREAT_001.pdf | |
| | | NIKE_00004776 | 20190501_052-000000647_PRODCREAT_002.pdf | |
| | | NIKE_00004778 | 20190501_052-000000647_PRODCREAT_003.pdf | |
| | | NIKE_00004780 | 20190501_052-000000647_PRODCREAT_004.pdf | |
| | | NIKE_00004782 | 20190501_052-000000647_PRODCREAT_005.pdf | |
| | | NIKE_00004784 | 20190501_052-000000647_PRODCREAT_006.pdf | |
| | | NIKE_00004786 | 20190501_052-000000647_PRODCREAT_007.pdf | |
| | | NIKE_00004788 | 20190501_052-000000647_PRODCREAT_008.pdf | |
| | | NIKE_00004790 | 20190501_052-000000647_PRODCREAT_009.pdf | |
| | | NIKE_00004792 | 20190501_052-000000647_PRODCREAT_010.pdf | |
| | | NIKE_00004794 | 20190501_052-000000647_PRODCREAT_012.pdf | |
| | | NIKE_00004796 | 20190501_052-000000647_PRODCREAT_013.pdf | |
| | | NIKE_00004798 | 20190501_052-000000647_PRODCREAT_014.pdf | |
| | | NIKE_00004800 | 20190501_052-000000647_PRODCREAT_022.pdf | |
| | | NIKE_00004802 | 20190501_052-000000647_PRODCREAT_023.pdf | |
| | | NIKE_00004804 | 20190501_052-000000647_PRODCREAT_024.pdf | |
| | | NIKE_00004806 | 20190501_052-000000647_PRODCREAT_025.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00004808 | 20190501_052-000000647_PRODCREAT_029.pdf | |
| | | NIKE_00004810 | 20190501_052-000000647_PRODCREAT_031.pdf | |
| | | NIKE_00004812 | 20190501_052-000000647_PRODCREAT_032.pdf | |
| | | NIKE_00004814 | 20190501_052-000000647_PRODCREAT_041.pdf | |
| | | NIKE_00004816 | 20190501_052-000000647_PRODCREAT_046.pdf | |
| | | NIKE_00004818 | 20190501_052-000000647_PRODCREAT_047.pdf | |
| | | NIKE_00004820 | 20190501_052-000000647_PRODCREAT_048.pdf | |
| | | NIKE_00004822 | 20190501_052-000000647_PRODCREAT_051.pdf | |
| | | NIKE_00004824 | 20190501_052-000000647_PRODCREAT_052.pdf | |
| | | NIKE_00004826 | 20190501_052-000000647_PRODCREAT_053.pdf | |
| | | NIKE_00004828 | 20190501_052-000000647_PRODCREAT_054.pdf | |
| | | NIKE_00004830 | 20190501_052-000000647_PRODCREAT_059.pdf | |
| | | NIKE_00004832 | 20190501_052-000000647_PRODCREAT_060.pdf | |
| | | NIKE_00004834 | 20190501_052-000000647_PRODCREAT_061.pdf | |
| | | NIKE_00004836 | 20190501_052-000000647_PRODCREAT_062.pdf | |
| | | NIKE_00004838 | 20190501_052-000000647_PRODCREAT_063.pdf | |
| | | NIKE_00004840 | 20190501_052-000000647_PRODCREAT_065.pdf | |
| | | NIKE_00004842 | 20190501_052-000000647_PRODCREAT_066.pdf | |
| | | NIKE_00004844 | 20190501_052-000000647_PRODCREAT_067.pdf | |
| | | NIKE_00004846 | 20190501_052-000000647_PRODCREAT_068.pdf | |
| | | NIKE_00004848 | 20190501_052-000000647_PRODCREAT_069.pdf | |
| | | NIKE_00004850 | 20190501_052-000000647_PRODCREAT_070.pdf | |
| | | NIKE_00004852 | 20190501_052-000000647_PRODCREAT_071.pdf | |
| | | NIKE_00004854 | 20190501_052-000000647_PRODCREAT_072.pdf | |
| | | NIKE_00004856 | 20190501_052-000000647_PRODCREAT_073.pdf | |
| | | NIKE_00004858 | 20190501_052-000000647_PRODCREAT_074.pdf | |
| | | NIKE_00004860 | 20190501_052-000000647_PRODCREAT_075.pdf | |
| | | NIKE_00004862 | 20190501_052-000000647_PRODCREAT_077.pdf | |
| | | NIKE_00004864 | 20190501_052-000000647_PRODCREAT_078.pdf | |
| | | NIKE_00004866 | 20190501_052-000000647_PRODCREAT_079.pdf | |
| | | NIKE_00004868 | 20190501_052-000000647_PRODCREAT_080.pdf | |
| | | NIKE_00004870 | 20190501_052-000000647_PRODCREAT_081.pdf | |
| | | NIKE_00004872 | 20190501_052-000000647_PRODCREAT_083.pdf | |
| | | NIKE_00004874 | 20190501_052-000000647_PRODCREAT_084.pdf | |
| | | NIKE_00004876 | 20190501_052-000000647_PRODCREAT_087.pdf | |
| | | NIKE_00004878 | 20190501_052-000000647_PRODCREAT_088.pdf | |
| | | NIKE_00004880 | 20190501_052-000000647_PRODCREAT_090.pdf | |
| | | NIKE_00004882 | 20190501_052-000000647_PRODCREAT_093.pdf | |
| | | NIKE_00004884 | 20190501_052-000000647_PRODCREAT_094.pdf | |
| | | NIKE_00004886 | 20190501_052-000000647_PRODCREAT_095.pdf | |
| | | NIKE_00004888 | 20190501_052-000000647_PRODCREAT_096.pdf | |
| | | NIKE_00004890 | 20190501_052-000000647_PRODCREAT_097.pdf | |
| | | NIKE_00004892 | 20190501_052-000000647_PRODCREAT_102.pdf | |
| | | NIKE_00004894 | 20190501_052-000000647_PRODCREAT_103.pdf | |
| | | NIKE_00004896 | 20190501_052-000000647_PRODCREAT_104.pdf | |
| | | NIKE_00004898 | 20190501_052-000000647_PRODCREAT_105.pdf | |
| | | NIKE_00004900 | 20190501_052-000000647_PRODCREAT_106.pdf | |
| | | NIKE_00004902 | 20190501_052-000000647_PRODCREAT_107.pdf | |
| | | NIKE_00004904 | 20190501_052-000000647_PRODCREAT_111.pdf | |
| | | NIKE_00004906 | 20190501_052-000000647_PRODCREAT_112.pdf | |
| | | NIKE_00004908 | 20190501_052-000000647_PRODCREAT_113.pdf | |
| | | NIKE_00004910 | 20190501_052-000000647_PRODCREAT_114.pdf | |
| | | NIKE_00004912 | 20190501_052-000000647_PRODCREAT_115.pdf | |
| | | NIKE_00004914 | 20190501_052-000000647_PRODCREAT_119.pdf | |
| | | NIKE_00004916 | 20190501_052-000000647_PRODCREAT_120.pdf | |
| | | NIKE_00004918 | 20190501_052-000000647_PRODCREAT_121.pdf | |
| | | NIKE_00004920 | 20190501_052-000000647_PRODCREAT_122.pdf | |
| | | NIKE_00004922 | 20190501_052-000000647_PRODCREAT_125.pdf | |
| | | NIKE_00004924 | 20190501_052-000000647_PRODCREAT_126.pdf | |
| | | NIKE_00004926 | 20190501_052-000000647_PRODCREAT_127.pdf | |
| | | NIKE_00004928 | 20190501_052-000000647_PRODCREAT_128.pdf | |
| | | NIKE_00004930 | 20190501_052-000000647_PRODCREAT_129.pdf | |
| | | NIKE_00004932 | 20190501_052-000000647_PRODCREAT_130.pdf | |
| | | NIKE_00004934 | 20190501_052-000000647_PRODCREAT_131.pdf | |
| | | NIKE_00004936 | 20190501_052-000000647_PRODCREAT_132.pdf | |
| | | NIKE_00004938 | 20190501_052-000000647_PRODCREAT_133.pdf | |
| | | NIKE_00004940 | 20190501_052-000000647_PRODCREAT_134.pdf | |
| | | NIKE_00004942 | 20190501_052-000000647_PRODCREAT_135.pdf | |
| | | NIKE_00004944 | 20190501_052-000000647_PRODCREAT_136.pdf | |
| | | NIKE_00004946 | 20190501_052-000000647_PRODCREAT_137.pdf | |
| | | NIKE_00004948 | 20190501_052-000000647_PRODCREAT_141.pdf | |
| | | NIKE_00004950 | 20190501_052-000000647_PRODCREAT_142.pdf | |
| | | NIKE_00004952 | 20190501_052-000000647_PRODCREAT_143.pdf | |
| | | NIKE_00004954 | 20190501_052-000000647_PRODCREAT_144.pdf | |
| | | NIKE_00004956 | 20190501_052-000000647_PRODCREAT_146.pdf | |
| | | NIKE_00004958 | 20190501_052-000000647_PRODCREAT_147.pdf | |
| | | NIKE_00004960 | 20190501_052-000000647_PRODCREAT_152.pdf | |
| | | NIKE_00004962 | 20190501_052-000000647_PRODCREAT_154.pdf | |
| | | NIKE_00004964 | 20190501_052-000000647_PRODCREAT_155.pdf | |
| | | NIKE_00004966 | 20190501_052-000000647_PRODCREAT_156.pdf | |
| | | NIKE_00004968 | 20190501_052-000000647_PRODCREAT_163.pdf | |
| | | NIKE_00004970 | 20190501_052-000000647_PRODCREAT_166.pdf | |
| | | NIKE_00004972 | 20190501_052-000000647_PRODCREAT_167.pdf | |
| | | NIKE_00004974 | 20190501_052-000000647_PRODCREAT_168.pdf | |
| | | NIKE_00004976 | 20190501_052-000000647_PRODCREAT_169.pdf | |
| | | NIKE_00004978 | 20190501_052-000000647_PRODCREAT_171.pdf | |
| | | NIKE_00004980 | 20190501_052-000000647_PRODCREAT_172.pdf | |
| | | NIKE_00004982 | 20190501_052-000000647_PRODCREAT_174.pdf | |
| | | NIKE_00004984 | 20190501_052-000000647_PRODCREAT_175.pdf | |
| | | NIKE_00004986 | 20190501_052-000000647_PRODCREAT_177.pdf | |
| | | NIKE_00004988 | 20190501_052-000000647_PRODCREAT_178.pdf | |
| | | NIKE_00004990 | 20190501_052-000000647_PRODCREAT_179.pdf | |
| | | NIKE_00004992 | 20190501_052-000000647_PRODCREAT_181.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00004994 | 20190501_052-000000647_PRODCREAT_184.pdf | |
| | | NIKE_00004996 | 20190501_052-000000647_PRODCREAT_187.pdf | |
| | | NIKE_00004998 | 20190501_052-000000647_PRODCREAT_188.pdf | |
| | | NIKE_00005000 | 20190501_052-000000647_PRODCREAT_189.pdf | |
| | | NIKE_00005002 | 20190501_052-000000647_PRODCREAT_190.pdf | |
| | | NIKE_00005004 | 20190501_052-000000647_PRODCREAT_191.pdf | |
| | | NIKE_00005006 | 20190501_052-000000647_PRODCREAT_192.pdf | |
| | | NIKE_00005008 | 20190501_052-000000647_PRODCREAT_193.pdf | |
| | | NIKE_00005010 | 20190501_052-000000647_PRODCREAT_194.pdf | |
| | | NIKE_00005012 | 20190501_052-000000647_PRODCREAT_195.pdf | |
| | | NIKE_00005014 | 20190501_052-000000647_PRODCREAT_196.pdf | |
| | | NIKE_00005016 | 20190501_052-000000647_PRODCREAT_203.pdf | |
| | | NIKE_00005018 | 20190501_052-000000647_PRODCREAT_204.pdf | |
| | | NIKE_00005020 | 20190501_052-000000647_PRODCREAT_205.pdf | |
| | | NIKE_00005022 | 20190501_052-000000647_PRODCREAT_209.pdf | |
| | | NIKE_00005024 | 20190501_052-000000647_PRODCREAT_210.pdf | |
| | | NIKE_00005026 | 20190501_052-000000647_PRODCREAT_211.pdf | |
| | | NIKE_00005028 | 20190501_052-000000647_PRODCREAT_213.pdf | |
| | | NIKE_00005030 | 20190501_052-000000647_PRODCREAT_215.pdf | |
| | | NIKE_00005032 | 20190501_052-000000647_PRODCREAT_217.pdf | |
| | | NIKE_00005034 | 20190501_052-000000647_PRODCREAT_220.pdf | |
| | | NIKE_00005036 | 20190501_052-000000647_PRODCREAT_223.pdf | |
| | | NIKE_00005038 | 20190501_052-000000647_PRODCREAT_224.pdf | |
| | | NIKE_00005040 | 20190501_052-000000647_PRODCREAT_225.pdf | |
| | | NIKE_00005042 | 20190501_052-000000647_PRODCREAT_226.pdf | |
| | | NIKE_00005044 | 20190501_052-000000647_PRODCREAT_227.pdf | |
| | | NIKE_00005046 | 20190501_052-000000647_PRODCREAT_228.pdf | |
| | | NIKE_00005048 | 20190501_052-000000647_PRODCREAT_229.pdf | |
| | | NIKE_00005050 | 20190501_052-000000647_PRODCREAT_232.pdf | |
| | | NIKE_00005052 | 20190501_052-000000647_PRODCREAT_233.pdf | |
| | | NIKE_00005054 | 20190501_052-000000647_PRODCREAT_234.pdf | |
| | | NIKE_00005056 | 20190501_052-000000647_PRODCREAT_235.pdf | |
| | | NIKE_00005058 | 20190501_052-000000647_PRODCREAT_236.pdf | |
| | | NIKE_00005060 | 20190501_052-000000647_PRODCREAT_237.pdf | |
| | | NIKE_00005062 | 20190501_052-000000647_PRODCREAT_244.pdf | |
| | | NIKE_00005064 | 20190501_052-000000647_PRODCREAT_247.pdf | |
| | | NIKE_00005066 | 20190501_052-000000647_PRODCREAT_248.pdf | |
| | | NIKE_00005068 | 20190501_052-000000647_PRODCREAT_253.pdf | |
| | | NIKE_00005070 | 20190501_052-000000647_PRODCREAT_255.pdf | |
| | | NIKE_00005072 | 20190501_052-000000647_PRODCREAT_257.pdf | |
| | | NIKE_00005074 | 20190501_052-000000647_PRODCREAT_259.pdf | |
| | | NIKE_00005076 | 20190501_052-000000647_PRODCREAT_260.pdf | |
| | | NIKE_00005078 | 20190501_052-000000647_PRODCREAT_261.pdf | |
| | | NIKE_00005080 | 20190501_052-000000647_PRODCREAT_264.pdf | |
| | | NIKE_00005082 | 20190501_052-000000647_PRODCREAT_265.pdf | |
| | | NIKE_00005084 | 20190501_052-000000647_PRODCREAT_267.pdf | |
| | | NIKE_00005086 | 20190501_052-000000647_PRODCREAT_268.pdf | |
| | | NIKE_00005088 | 20190501_052-000000647_PRODCREAT_270.pdf | |
| | | NIKE_00005090 | 20190501_052-000000647_PRODCREAT_271.pdf | |
| | | NIKE_00005092 | 20190501_052-000000647_PRODCREAT_272.pdf | |
| | | NIKE_00005094 | 20190501_052-000000647_PRODCREAT_273.pdf | |
| | | NIKE_00005096 | 20190501_052-000000647_PRODCREAT_275.pdf | |
| | | NIKE_00005098 | 20190501_052-000000647_PRODCREAT_276.pdf | |
| | | NIKE_00005100 | 20190501_052-000000647_PRODCREAT_277.pdf | |
| | | NIKE_00005102 | 20190501_052-000000647_PRODCREAT_278.pdf | |
| | | NIKE_00005104 | 20190501_052-000000648_PRODMGMT_002.pdf | |
| | | NIKE_00005106 | 20190501_052-000000648_PRODMGMT_003.pdf | |
| | | NIKE_00005108 | 20190501_052-000000648_PRODMGMT_004.pdf | |
| | | NIKE_00005110 | 20190501_052-000000648_PRODMGMT_005.pdf | |
| | | NIKE_00005112 | 20190501_052-000000648_PRODMGMT_006.pdf | |
| | | NIKE_00005114 | 20190501_052-000000648_PRODMGMT_007.pdf | |
| | | NIKE_00005116 | 20190501_052-000000648_PRODMGMT_011.pdf | |
| | | NIKE_00005118 | 20190501_052-000000648_PRODMGMT_012.pdf | |
| | | NIKE_00005120 | 20190501_052-000000648_PRODMGMT_014.pdf | |
| | | NIKE_00005122 | 20190501_052-000000648_PRODMGMT_015.pdf | |
| | | NIKE_00005124 | 20190501_052-000000648_PRODMGMT_016.pdf | |
| | | NIKE_00005126 | 20190501_052-000000648_PRODMGMT_017.pdf | |
| | | NIKE_00005128 | 20190501_052-000000648_PRODMGMT_018.pdf | |
| | | NIKE_00005130 | 20190501_052-000000648_PRODMGMT_019.pdf | |
| | | NIKE_00005132 | 20190501_052-000000648_PRODMGMT_020.pdf | |
| | | NIKE_00005134 | 20190501_052-000000648_PRODMGMT_021.pdf | |
| | | NIKE_00005136 | 20190501_052-000000648_PRODMGMT_023.pdf | |
| | | NIKE_00005138 | 20190501_052-000000648_PRODMGMT_024.pdf | |
| | | NIKE_00005140 | 20190501_052-000000648_PRODMGMT_025.pdf | |
| | | NIKE_00005142 | 20190501_052-000000648_PRODMGMT_026.pdf | |
| | | NIKE_00005144 | 20190501_052-000000648_PRODMGMT_027.pdf | |
| | | NIKE_00005146 | 20190501_052-000000648_PRODMGMT_028.pdf | |
| | | NIKE_00005148 | 20190501_052-000000648_PRODMGMT_032.pdf | |
| | | NIKE_00005150 | 20190501_052-000000648_PRODMGMT_034.pdf | |
| | | NIKE_00005152 | 20190501_052-000000648_PRODMGMT_035.pdf | |
| | | NIKE_00005154 | 20190501_052-000000648_PRODMGMT_036.pdf | |
| | | NIKE_00005156 | 20190501_052-000000648_PRODMGMT_037.pdf | |
| | | NIKE_00005158 | 20190501_052-000000648_PRODMGMT_038.pdf | |
| | | NIKE_00005160 | 20190501_052-000000648_PRODMGMT_040.pdf | |
| | | NIKE_00005162 | 20190501_052-000000648_PRODMGMT_045.pdf | |
| | | NIKE_00005164 | 20190501_052-000000648_PRODMGMT_046.pdf | |
| | | NIKE_00005166 | 20190501_052-000000649_PROPROEX_002.pdf | |
| | | NIKE_00005168 | 20190501_052-000000649_PROPROEX_003.pdf | |
| | | NIKE_00005170 | 20190501_052-000000649_PROPROEX_004.pdf | |
| | | NIKE_00005172 | 20190501_052-000000649_PROPROEX_005.pdf | |
| | | NIKE_00005174 | 20190501_052-000000649_PROPROEX_006.pdf | |
| | | NIKE_00005176 | 20190501_052-000000649_PROPROEX_007.pdf | |
| | | NIKE_00005178 | 20190501_052-000000649_PROPROEX_009.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00005180 | 20190501_052-000000649_PROPROEX_010.pdf | |
| | | NIKE_00005182 | 20190501_052-000000649_PROPROEX_011.pdf | |
| | | NIKE_00005184 | 20190501_052-000000649_PROPROEX_012.pdf | |
| | | NIKE_00005186 | 20190501_052-000000649_PROPROEX_013.pdf | |
| | | NIKE_00005188 | 20190501_052-000000649_PROPROEX_014.pdf | |
| | | NIKE_00005190 | 20190501_052-000000649_PROPROEX_015.pdf | |
| | | NIKE_00005192 | 20190501_052-000000649_PROPROEX_018.pdf | |
| | | NIKE_00005194 | 20190501_052-000000649_PROPROEX_019.pdf | |
| | | NIKE_00005196 | 20190501_052-000000649_PROPROEX_020.pdf | |
| | | NIKE_00005198 | 20190501_052-000000649_PROPROEX_021.pdf | |
| | | NIKE_00005200 | 20190501_052-000000649_PROPROEX_022.pdf | |
| | | NIKE_00005202 | 20190501_052-000000649_PROPROEX_023.pdf | |
| | | NIKE_00005204 | 20190501_052-000000649_PROPROEX_024.pdf | |
| | | NIKE_00005206 | 20190501_052-000000649_PROPROEX_025.pdf | |
| | | NIKE_00005208 | 20190501_052-000000649_PROPROEX_026.pdf | |
| | | NIKE_00005210 | 20190501_052-000000649_PROPROEX_027.pdf | |
| | | NIKE_00005212 | 20190501_052-000000649_PROPROEX_028.pdf | |
| | | NIKE_00005214 | 20190501_052-000000649_PROPROEX_029.pdf | |
| | | NIKE_00005216 | 20190501_052-000000649_PROPROEX_050.pdf | |
| | | NIKE_00005218 | 20190501_052-000000649_PROPROEX_031.pdf | |
| | | NIKE_00005220 | 20190501_052-000000649_PROPROEX_032.pdf | |
| | | NIKE_00005222 | 20190501_052-000000649_PROPROEX_033.pdf | |
| | | NIKE_00005224 | 20190501_052-000000649_PROPROEX_034.pdf | |
| | | NIKE_00005226 | 20190501_052-000000649_PROPROEX_035.pdf | |
| | | NIKE_00005228 | 20190501_052-000000649_PROPROEX_036.pdf | |
| | | NIKE_00005230 | 20190501_052-000000649_PROPROEX_037.pdf | |
| | | NIKE_00005232 | 20190501_052-000000649_PROPROEX_040.pdf | |
| | | NIKE_00005234 | 20190501_052-000000649_PROPROEX_042.pdf | |
| | | NIKE_00005236 | 20190501_052-000000649_PROPROEX_043.pdf | |
| | | NIKE_00005238 | 20190501_052-000000649_PROPROEX_044.pdf | |
| | | NIKE_00005240 | 20190501_052-000000649_PROPROEX_047.pdf | |
| | | NIKE_00005242 | 20190501_052-000000649_PROPROEX_048.pdf | |
| | | NIKE_00005244 | 20190501_052-000000649_PROPROEX_049.pdf | |
| | | NIKE_00005246 | 20190501_052-000000649_PROPROEX_050.pdf | |
| | | NIKE_00005248 | 20190501_052-000000649_PROPROEX_051.pdf | |
| | | NIKE_00005250 | 20190501_052-000000649_PROPROEX_052.pdf | |
| | | NIKE_00005252 | 20190501_052-000000649_PROPROEX_053.pdf | |
| | | NIKE_00005254 | 20190501_052-000000649_PROPROEX_054.pdf | |
| | | NIKE_00005256 | 20190501_052-000000649_PROPROEX_055.pdf | |
| | | NIKE_00005258 | 20190501_052-000000649_PROPROEX_056.pdf | |
| | | NIKE_00005260 | 20190501_052-000000649_PROPROEX_057.pdf | |
| | | NIKE_00005262 | 20190501_052-000000649_PROPROEX_058.pdf | |
| | | NIKE_00005264 | 20190501_052-000000649_PROPROEX_059.pdf | |
| | | NIKE_00005266 | 20190501_052-000000649_PROPROEX_060.pdf | |
| | | NIKE_00005268 | 20190501_052-000000649_PROPROEX_061.pdf | |
| | | NIKE_00005270 | 20190501_052-000000649_PROPROEX_062.pdf | |
| | | NIKE_00005272 | 20190501_052-000000649_PROPROEX_063.pdf | |
| | | NIKE_00005274 | 20190501_052-000000649_PROPROEX_064.pdf | |
| | | NIKE_00005276 | 20190501_052-000000649_PROPROEX_065.pdf | |
| | | NIKE_00005278 | 20190501_052-000000649_PROPROEX_066.pdf | |
| | | NIKE_00005280 | 20190501_052-000000649_PROPROEX_067.pdf | |
| | | NIKE_00005282 | 20190501_052-000000649_PROPROEX_068.pdf | |
| | | NIKE_00005284 | 20190501_052-000000649_PROPROEX_069.pdf | |
| | | NIKE_00005286 | 20190501_052-000000649_PROPROEX_070.pdf | |
| | | NIKE_00005288 | 20190501_052-000000649_PROPROEX_073.pdf | |
| | | NIKE_00005290 | 20190501_052-000000649_PROPROEX_074.pdf | |
| | | NIKE_00005292 | 20190501_052-000000649_PROPROEX_075.pdf | |
| | | NIKE_00005294 | 20190501_052-000000649_PROPROEX_076.pdf | |
| | | NIKE_00005296 | 20190501_052-000000649_PROPROEX_077.pdf | |
| | | NIKE_00005298 | 20190501_052-000000649_PROPROEX_078.pdf | |
| | | NIKE_00005300 | 20190501_052-000000649_PROPROEX_079.pdf | |
| | | NIKE_00005302 | 20190501_052-000000649_PROPROEX_080.pdf | |
| | | NIKE_00005304 | 20190501_052-000000650_RETAIL_002.pdf | |
| | | NIKE_00005306 | 20190501_052-000000650_RETAIL_004.pdf | |
| | | NIKE_00005308 | 20190501_052-000000650_RETAIL_005.pdf | |
| | | NIKE_00005310 | 20190501_052-000000650_RETAIL_006.pdf | |
| | | NIKE_00005312 | 20190501_052-000000650_RETAIL_007.pdf | |
| | | NIKE_00005314 | 20190501_052-000000650_RETAIL_008.pdf | |
| | | NIKE_00005316 | 20190501_052-000000650_RETAIL_012.pdf | |
| | | NIKE_00005318 | 20190501_052-000000650_RETAIL_013.pdf | |
| | | NIKE_00005320 | 20190501_052-000000650_RETAIL_014.pdf | |
| | | NIKE_00005322 | 20190501_052-000000650_RETAIL_015.pdf | |
| | | NIKE_00005324 | 20190501_052-000000650_RETAIL_016.pdf | |
| | | NIKE_00005326 | 20190501_052-000000650_RETAIL_017.pdf | |
| | | NIKE_00005328 | 20190501_052-000000650_RETAIL_018.pdf | |
| | | NIKE_00005330 | 20190501_052-000000650_RETAIL_019.pdf | |
| | | NIKE_00005332 | 20190501_052-000000650_RETAIL_020.pdf | |
| | | NIKE_00005334 | 20190501_052-000000650_RETAIL_021.pdf | |
| | | NIKE_00005336 | 20190501_052-000000650_RETAIL_023.pdf | |
| | | NIKE_00005338 | 20190501_052-000000650_RETAIL_024.pdf | |
| | | NIKE_00005340 | 20190501_052-000000650_RETAIL_025.pdf | |
| | | NIKE_00005342 | 20190501_052-000000650_RETAIL_026.pdf | |
| | | NIKE_00005344 | 20190501_052-000000650_RETAIL_027.pdf | |
| | | NIKE_00005346 | 20190501_052-000000650_RETAIL_028.pdf | |
| | | NIKE_00005348 | 20190501_052-000000650_RETAIL_029.pdf | |
| | | NIKE_00005350 | 20190501_052-000000650_RETAIL_030.pdf | |
| | | NIKE_00003352 | 20190501_052-000000650_RETAIL_031.pdf | |
| | | NIKE_00003354 | 20190501_052-000000650_RETAIL_032.pdf | |
| | | NIKE_00003356 | 20190501_052-000000650_RETAIL_033.pdf | |
| | | NIKE_00003358 | 20190501_052-000000650_RETAIL_034.pdf | |
| | | NIKE_00003360 | 20190501_052-000000650_RETAIL_035.pdf | |
| | | NIKE_00003352 | 20190501_052-000000650_RETAIL_036.pdf | |
| | | NIKE_00005354 | 20190501_052-000000650_RETAIL_039.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00005356 | 20190501_052-000000650_RETAIL_046.pdf | |
| | | NIKE_00005358 | 20190501_052-000000650_RETAIL_048.pdf | |
| | | NIKE_00005360 | 20190501_052-000000650_RETAIL_049.pdf | |
| | | NIKE_00005362 | 20190501_052-000000650_RETAIL_059.pdf | |
| | | NIKE_00005364 | 20190501_052-000000650_RETAIL_060.pdf | |
| | | NIKE_00005366 | 20190501_052-000000650_RETAIL_068.pdf | |
| | | NIKE_00005368 | 20190501_052-000000650_RETAIL_078.pdf | |
| | | NIKE_00005370 | 20190501_052-000000650_RETAIL_079.pdf | |
| | | NIKE_00005372 | 20190501_052-000000650_RETAIL_080.pdf | |
| | | NIKE_00005374 | 20190501_052-000000650_RETAIL_085.pdf | |
| | | NIKE_00005376 | 20190501_052-000000650_RETAIL_088.pdf | |
| | | NIKE_00005378 | 20190501_052-000000650_RETAIL_089.pdf | |
| | | NIKE_00005380 | 20190501_052-000000650_RETAIL_094.pdf | |
| | | NIKE_00005382 | 20190501_052-000000650_RETAIL_095.pdf | |
| | | NIKE_00005384 | 20190501_052-000000650_RETAIL_096.pdf | |
| | | NIKE_00005386 | 20190501_052-000000650_RETAIL_097.pdf | |
| | | NIKE_00005388 | 20190501_052-000000650_RETAIL_099.pdf | |
| | | NIKE_00005390 | 20190501_052-000000650_RETAIL_100.pdf | |
| | | NIKE_00005392 | 20190501_052-000000650_RETAIL_104.pdf | |
| | | NIKE_00005394 | 20190501_052-000000650_RETAIL_105.pdf | |
| | | NIKE_00005396 | 20190501_052-000000650_RETAIL_106.pdf | |
| | | NIKE_00005398 | 20190501_052-000000650_RETAIL_107.pdf | |
| | | NIKE_00005400 | 20190501_052-000000650_RETAIL_108.pdf | |
| | | NIKE_00005402 | 20190501_052-000000650_RETAIL_109.pdf | |
| | | NIKE_00005404 | 20190501_052-000000650_RETAIL_110.pdf | |
| | | NIKE_00005406 | 20190501_052-000000650_RETAIL_111.pdf | |
| | | NIKE_00005408 | 20190501_052-000000650_RETAIL_112.pdf | |
| | | NIKE_00005410 | 20190501_052-000000650_RETAIL_146.pdf | |
| | | NIKE_00005412 | 20190501_052-000000650_RETAIL_147.pdf | |
| | | NIKE_00005414 | 20190501_052-000000650_RETAIL_148.pdf | |
| | | NIKE_00005416 | 20190501_052-000000650_RETAIL_152.pdf | |
| | | NIKE_00005418 | 20190501_052-000000650_RETAIL_153.pdf | |
| | | NIKE_00005420 | 20190501_052-000000650_RETAIL_154.pdf | |
| | | NIKE_00005422 | 20190501_052-000000650_RETAIL_156.pdf | |
| | | NIKE_00005424 | 20190501_052-000000650_RETAIL_157.pdf | |
| | | NIKE_00005426 | 20190501_052-000000650_RETAIL_158.pdf | |
| | | NIKE_00005428 | 20190501_052-000000650_RETAIL_159.pdf | |
| | | NIKE_00005430 | 20190501_052-000000650_RETAIL_160.pdf | |
| | | NIKE_00005432 | 20190501_052-000000650_RETAIL_162.pdf | |
| | | NIKE_00005434 | 20190501_052-000000650_RETAIL_164.pdf | |
| | | NIKE_00005436 | 20190501_052-000000650_RETAIL_166.pdf | |
| | | NIKE_00005438 | 20190501_052-000000650_RETAIL_168.pdf | |
| | | NIKE_00005440 | 20190501_052-000000650_RETAIL_170.pdf | |
| | | NIKE_00005442 | 20190501_052-000000650_RETAIL_171.pdf | |
| | | NIKE_00005444 | 20190501_052-000000650_RETAIL_179.pdf | |
| | | NIKE_00005446 | 20190501_052-000000650_RETAIL_181.pdf | |
| | | NIKE_00005448 | 20190501_052-000000650_RETAIL_182.pdf | |
| | | NIKE_00005450 | 20190501_052-000000650_RETAIL_190.pdf | |
| | | NIKE_00005452 | 20190501_052-000000650_RETAIL_192.pdf | |
| | | NIKE_00005454 | 20190501_052-000000650_RETAIL_193.pdf | |
| | | NIKE_00005456 | 20190501_052-000000650_RETAIL_198.pdf | |
| | | NIKE_00005458 | 20190501_052-000000650_RETAIL_203.pdf | |
| | | NIKE_00005460 | 20190501_052-000000650_RETAIL_212.pdf | |
| | | NIKE_00005462 | 20190501_052-000000650_RETAIL_222.pdf | |
| | | NIKE_00005464 | 20190501_052-000000650_RETAIL_225.pdf | |
| | | NIKE_00005466 | 20190501_052-000000650_RETAIL_226.pdf | |
| | | NIKE_00005468 | 20190501_052-000000651_SALES_007.pdf | |
| | | NIKE_00005470 | 20190501_052-000000651_SALES_008.pdf | |
| | | NIKE_00005472 | 20190501_052-000000651_SALES_009.pdf | |
| | | NIKE_00005474 | 20190501_052-000000651_SALES_010.pdf | |
| | | NIKE_00005476 | 20190501_052-000000651_SALES_011.pdf | |
| | | NIKE_00005478 | 20190501_052-000000651_SALES_012.pdf | |
| | | NIKE_00005480 | 20190501_052-000000651_SALES_013.pdf | |
| | | NIKE_00005482 | 20190501_052-000000651_SALES_014.pdf | |
| | | NIKE_00005484 | 20190501_052-000000651_SALES_015.pdf | |
| | | NIKE_00005486 | 20190501_052-000000651_SALES_016.pdf | |
| | | NIKE_00005488 | 20190501_052-000000651_SALES_017.pdf | |
| | | NIKE_00005490 | 20190501_052-000000651_SALES_018.pdf | |
| | | NIKE_00005492 | 20190501_052-000000651_SALES_019.pdf | |
| | | NIKE_00005494 | 20190501_052-000000651_SALES_020.pdf | |
| | | NIKE_00005496 | 20190501_052-000000651_SALES_021.pdf | |
| | | NIKE_00005498 | 20190501_052-000000651_SALES_022.pdf | |
| | | NIKE_00005500 | 20190501_052-000000651_SALES_023.pdf | |
| | | NIKE_00005502 | 20190501_052-000000651_SALES_024.pdf | |
| | | NIKE_00005504 | 20190501_052-000000651_SALES_026.pdf | |
| | | NIKE_00005506 | 20190501_052-000000651_SALES_028.pdf | |
| | | NIKE_00005508 | 20190501_052-000000651_SALES_029.pdf | |
| | | NIKE_00005510 | 20190501_052-000000651_SALES_030.pdf | |
| | | NIKE_00005512 | 20190501_052-000000651_SALES_031.pdf | |
| | | NIKE_00005514 | 20190501_052-000000651_SALES_032.pdf | |
| | | NIKE_00005516 | 20190501_052-000000651_SALES_033.pdf | |
| | | NIKE_00005518 | 20190501_052-000000651_SALES_037.pdf | |
| | | NIKE_00005520 | 20190501_052-000000651_SALES_039.pdf | |
| | | NIKE_00005522 | 20190501_052-000000651_SALES_040.pdf | |
| | | NIKE_00005524 | 20190501_052-000000651_SALES_045.pdf | |
| | | NIKE_00005526 | 20190501_052-000000651_SALES_046.pdf | |
| | | NIKE_00005528 | 20190501_052-000000651_SALES_047.pdf | |
| | | NIKE_00005530 | 20190501_052-000000651_SALES_049.pdf | |
| | | NIKE_00005532 | 20190501_052-000000651_SALES_050.pdf | |
| | | NIKE_00005534 | 20190501_052-000000651_SALES_051.pdf | |
| | | NIKE_00005536 | 20190501_052-000000651_SALES_054.pdf | |
| | | NIKE_00005538 | 20190501_052-000000651_SALES_055.pdf | |
| | | NIKE_00005540 | 20190501_052-000000651_SALES_056.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00005542 | 20190501_052-000000651_SALES_059.pdf | |
| | | NIKE_00005544 | 20190501_052-000000651_SALES_060.pdf | |
| | | NIKE_00005546 | 20190501_052-000000651_SALES_061.pdf | |
| | | NIKE_00005548 | 20190501_052-000000651_SALES_062.pdf | |
| | | NIKE_00005550 | 20190501_052-000000651_SALES_063.pdf | |
| | | NIKE_00005552 | 20190501_052-000000651_SALES_064.pdf | |
| | | NIKE_00005554 | 20190501_052-000000651_SALES_065.pdf | |
| | | NIKE_00005556 | 20190501_052-000000651_SALES_066.pdf | |
| | | NIKE_00005558 | 20190501_052-000000651_SALES_067.pdf | |
| | | NIKE_00005560 | 20190501_052-000000651_SALES_068.pdf | |
| | | NIKE_00005562 | 20190501_052-000000651_SALES_069.pdf | |
| | | NIKE_00005564 | 20190501_052-000000651_SALES_070.pdf | |
| | | NIKE_00005566 | 20190501_052-000000651_SALES_071.pdf | |
| | | NIKE_00005568 | 20190501_052-000000651_SALES_072.pdf | |
| | | NIKE_00005570 | 20190501_052-000000651_SALES_073.pdf | |
| | | NIKE_00005572 | 20190501_052-000000651_SALES_074.pdf | |
| | | NIKE_00005574 | 20190501_052-000000651_SALES_075.pdf | |
| | | NIKE_00005576 | 20190501_052-000000651_SALES_076.pdf | |
| | | NIKE_00005578 | 20190501_052-000000651_SALES_077.pdf | |
| | | NIKE_00005580 | 20190501_052-000000651_SALES_078.pdf | |
| | | NIKE_00005582 | 20190501_052-000000651_SALES_079.pdf | |
| | | NIKE_00005584 | 20190501_052-000000651_SALES_084.pdf | |
| | | NIKE_00005586 | 20190501_052-000000651_SALES_085.pdf | |
| | | NIKE_00005588 | 20190501_052-000000651_SALES_086.pdf | |
| | | NIKE_00005590 | 20190501_052-000000651_SALES_087.pdf | |
| | | NIKE_00005592 | 20190501_052-000000651_SALES_089.pdf | |
| | | NIKE_00005594 | 20190501_052-000000651_SALES_109.pdf | |
| | | NIKE_00005596 | 20190501_052-000000651_SALES_110.pdf | |
| | | NIKE_00005598 | 20190501_052-000000651_SALES_111.pdf | |
| | | NIKE_00005600 | 20190501_052-000000651_SALES_112.pdf | |
| | | NIKE_00005602 | 20190501_052-000000651_SALES_113.pdf | |
| | | NIKE_00005604 | 20190501_052-000000651_SALES_114.pdf | |
| | | NIKE_00005606 | 20190501_052-000000651_SALES_117.pdf | |
| | | NIKE_00005608 | 20190501_052-000000651_SALES_118.pdf | |
| | | NIKE_00005610 | 20190501_052-000000651_SALES_119.pdf | |
| | | NIKE_00005612 | 20190501_052-000000651_SALES_120.pdf | |
| | | NIKE_00005614 | 20190501_052-000000651_SALES_121.pdf | |
| | | NIKE_00005616 | 20190501_052-000000651_SALES_123.pdf | |
| | | NIKE_00005618 | 20190501_052-000000651_SALES_124.pdf | |
| | | NIKE_00005620 | 20190501_052-000000651_SALES_126.pdf | |
| | | NIKE_00005622 | 20190501_052-000000651_SALES_128.pdf | |
| | | NIKE_00005624 | 20190501_052-000000651_SALES_129.pdf | |
| | | NIKE_00005626 | 20190501_052-000000651_SALES_130.pdf | |
| | | NIKE_00005628 | 20190501_052-000000651_SALES_131.pdf | |
| | | NIKE_00005630 | 20190501_052-000000651_SALES_134.pdf | |
| | | NIKE_00005632 | 20190501_052-000000651_SALES_135.pdf | |
| | | NIKE_00005634 | 20190501_052-000000651_SALES_136.pdf | |
| | | NIKE_00005636 | 20190501_052-000000651_SALES_140.pdf | |
| | | NIKE_00005638 | 20190501_052-000000651_SALES_142.pdf | |
| | | NIKE_00005640 | 20190501_052-000000651_SALES_144.pdf | |
| | | NIKE_00005642 | 20190501_052-000000651_SALES_146.pdf | |
| | | NIKE_00005644 | 20190501_052-000000651_SALES_147.pdf | |
| | | NIKE_00005646 | 20190501_052-000000651_SALES_148.pdf | |
| | | NIKE_00005648 | 20190501_052-000000651_SALES_149.pdf | |
| | | NIKE_00005650 | 20190501_052-000000651_SALES_153.pdf | |
| | | NIKE_00005652 | 20190501_052-000000651_SALES_154.pdf | |
| | | NIKE_00005654 | 20190501_052-000000651_SALES_155.pdf | |
| | | NIKE_00005656 | 20190501_052-000000651_SALES_156.pdf | |
| | | NIKE_00005658 | 20190501_052-000000651_SALES_157.pdf | |
| | | NIKE_00005660 | 20190501_052-000000652_SPORTSMKTING_001.pdf | |
| | | NIKE_00005662 | 20190501_052-000000652_SPORTSMKTING_002.pdf | |
| | | NIKE_00005664 | 20190501_052-000000652_SPORTSMKTING_003.pdf | |
| | | NIKE_00005666 | 20190501_052-000000652_SPORTSMKTING_004.pdf | |
| | | NIKE_00005668 | 20190501_052-000000652_SPORTSMKTING_005.pdf | |
| | | NIKE_00005670 | 20190501_052-000000652_SPORTSMKTING_006.pdf | |
| | | NIKE_00005672 | 20190501_052-000000652_SPORTSMKTING_007.pdf | |
| | | NIKE_00005674 | 20190501_052-000000652_SPORTSMKTING_008.pdf | |
| | | NIKE_00005676 | 20190501_052-000000652_SPORTSMKTING_009.pdf | |
| | | NIKE_00005678 | 20190501_052-000000652_SPORTSMKTING_010.pdf | |
| | | NIKE_00005680 | 20190501_052-000000653_STRATPLN_003.pdf | |
| | | NIKE_00005682 | 20190501_052-000000653_STRATPLN_004.pdf | |
| | | NIKE_00005684 | 20190501_052-000000653_STRATPLN_005.pdf | |
| | | NIKE_00005686 | 20190501_052-000000653_STRATPLN_006.pdf | |
| | | NIKE_00005688 | 20190501_052-000000653_STRATPLN_007.pdf | |
| | | NIKE_00005690 | 20190501_052-000000653_STRATPLN_008.pdf | |
| | | NIKE_00005692 | 20190501_052-000000653_STRATPLN_009.pdf | |
| | | NIKE_00005694 | 20190501_052-000000653_STRATPLN_010.pdf | |
| | | NIKE_00005696 | 20190501_052-000000653_STRATPLN_011.pdf | |
| | | NIKE_00005698 | 20190501_052-000000653_STRATPLN_015.pdf | |
| | | NIKE_00005700 | 20190501_052-000000653_STRATPLN_016.pdf | |
| | | NIKE_00005702 | 20190501_052-000000653_STRATPLN_017.pdf | |
| | | NIKE_00005704 | 20190501_052-000000653_STRATPLN_018.pdf | |
| | | NIKE_00005706 | 20190501_052-000000653_STRATPLN_019.pdf | |
| | | NIKE_00005708 | 20190501_052-000000653_STRATPLN_020.pdf | |
| | | NIKE_00005710 | 20190501_052-000000653_STRATPLN_021.pdf | |
| | | NIKE_00005712 | 20190501_052-000000653_STRATPLN_022.pdf | |
| | | NIKE_00005714 | 20190501_052-000000653_STRATPLN_023.pdf | |
| | | NIKE_00005716 | 20190501_052-000000653_STRATPLN_024.pdf | |
| | | NIKE_00005718 | 20190501_052-000000653_STRATPLN_025.pdf | |
| | | NIKE_00005720 | 20190501_052-000000653_STRATPLN_026.pdf | |
| | | NIKE_00005722 | 20190501_052-000000654_TECH_001.pdf | |
| | | NIKE_00005724 | 20190501_052-000000654_TECH_002.pdf | |
| | | NIKE_00005726 | 20190501_052-000000654_TECH_003.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00005728 | 20190501_052-000000654_TECH_004.pdf | |
| | | NIKE_00005730 | 20190501_052-000000654_TECH_005.pdf | |
| | | NIKE_00005732 | 20190501_052-000000654_TECH_006.pdf | |
| | | NIKE_00005734 | 20190501_052-000000654_TECH_007.pdf | |
| | | NIKE_00005736 | 20190501_052-000000654_TECH_008.pdf | |
| | | NIKE_00005738 | 20190501_052-000000654_TECH_009.pdf | |
| | | NIKE_00005740 | 20190501_052-000000654_TECH_010.pdf | |
| | | NIKE_00005742 | 20190501_052-000000654_TECH_011.pdf | |
| | | NIKE_00005744 | 20190501_052-000000654_TECH_015.pdf | |
| | | NIKE_00005746 | 20190501_052-000000654_TECH_018.pdf | |
| | | NIKE_00005748 | 20190501_052-000000654_TECH_019.pdf | |
| | | NIKE_00005750 | 20190501_052-000000654_TECH_021.pdf | |
| | | NIKE_00005752 | 20190501_052-000000654_TECH_022.pdf | |
| | | NIKE_00005754 | 20190501_052-000000654_TECH_023.pdf | |
| | | NIKE_00005756 | 20190501_052-000000654_TECH_024.pdf | |
| | | NIKE_00005758 | 20190501_052-000000654_TECH_027.pdf | |
| | | NIKE_00005760 | 20190501_052-000000654_TECH_028.pdf | |
| | | NIKE_00005762 | 20190501_052-000000654_TECH_029.pdf | |
| | | NIKE_00005764 | 20190501_052-000000654_TECH_030.pdf | |
| | | NIKE_00005766 | 20190501_052-000000654_TECH_031.pdf | |
| | | NIKE_00005768 | 20190501_052-000000654_TECH_032.pdf | |
| | | NIKE_00005770 | 20190501_052-000000654_TECH_034.pdf | |
| | | NIKE_00005772 | 20190501_052-000000654_TECH_035.pdf | |
| | | NIKE_00005774 | 20190501_052-000000654_TECH_038.pdf | |
| | | NIKE_00005776 | 20190501_052-000000654_TECH_039.pdf | |
| | | NIKE_00005778 | 20190501_052-000000654_TECH_043.pdf | |
| | | NIKE_00005780 | 20190501_052-000000654_TECH_044.pdf | |
| | | NIKE_00005782 | 20190501_052-000000654_TECH_045.pdf | |
| | | NIKE_00005784 | 20190501_052-000000654_TECH_046.pdf | |
| | | NIKE_00005786 | 20190501_052-000000654_TECH_047.pdf | |
| | | NIKE_00005788 | 20190501_052-000000654_TECH_048.pdf | |
| | | NIKE_00005790 | 20190501_052-000000654_TECH_049.pdf | |
| | | NIKE_00005792 | 20190501_052-000000654_TECH_050.pdf | |
| | | NIKE_00005794 | 20190501_052-000000654_TECH_051.pdf | |
| | | NIKE_00005796 | 20190501_052-000000654_TECH_052.pdf | |
| | | NIKE_00005798 | 20190501_052-000000654_TECH_053.pdf | |
| | | NIKE_00005800 | 20190501_052-000000654_TECH_054.pdf | |
| | | NIKE_00005802 | 20190501_052-000000654_TECH_055.pdf | |
| | | NIKE_00005804 | 20190501_052-000000654_TECH_059.pdf | |
| | | NIKE_00005806 | 20190501_052-000000654_TECH_060.pdf | |
| | | NIKE_00005808 | 20190501_052-000000654_TECH_061.pdf | |
| | | NIKE_00005810 | 20190501_052-000000654_TECH_065.pdf | |
| | | NIKE_00005812 | 20190501_052-000000654_TECH_066.pdf | |
| | | NIKE_00005814 | 20190501_052-000000654_TECH_067.pdf | |
| | | NIKE_00005816 | 20190501_052-000000654_TECH_068.pdf | |
| | | NIKE_00005818 | 20190501_052-000000654_TECH_069.pdf | |
| | | NIKE_00005820 | 20190501_052-000000654_TECH_071.pdf | |
| | | NIKE_00005822 | 20190501_052-000000654_TECH_072.pdf | |
| | | NIKE_00005824 | 20190501_052-000000654_TECH_073.pdf | |
| | | NIKE_00005826 | 20190501_052-000000654_TECH_074.pdf | |
| | | NIKE_00005828 | 20190501_052-000000654_TECH_075.pdf | |
| | | NIKE_00005830 | 20190501_052-000000654_TECH_076.pdf | |
| | | NIKE_00005832 | 20190501_052-000000654_TECH_077.pdf | |
| | | NIKE_00005834 | 20190501_052-000000654_TECH_079.pdf | |
| | | NIKE_00005836 | 20190501_052-000000654_TECH_080.pdf | |
| | | NIKE_00005838 | 20190501_052-000000654_TECH_081.pdf | |
| | | NIKE_00005840 | 20190501_052-000000654_TECH_082.pdf | |
| | | NIKE_00005842 | 20190501_052-000000654_TECH_083.pdf | |
| | | NIKE_00005844 | 20190501_052-000000654_TECH_085.pdf | |
| | | NIKE_00005846 | 20190501_052-000000654_TECH_089.pdf | |
| | | NIKE_00005848 | 20190501_052-000000654_TECH_093.pdf | |
| | | NIKE_00005850 | 20190501_052-000000654_TECH_095.pdf | |
| | | NIKE_00005852 | 20190501_052-000000654_TECH_096.pdf | |
| | | NIKE_00005854 | 20190501_052-000000654_TECH_097.pdf | |
| | | NIKE_00005856 | 20190501_052-000000654_TECH_098.pdf | |
| | | NIKE_00005858 | 20190501_052-000000654_TECH_099.pdf | |
| | | NIKE_00005860 | 20190501_052-000000654_TECH_100.pdf | |
| | | NIKE_00005862 | 20190501_052-000000654_TECH_101.pdf | |
| | | NIKE_00005864 | 20190501_052-000000654_TECH_102.pdf | |
| | | NIKE_00005866 | 20190501_052-000000654_TECH_103.pdf | |
| | | NIKE_00005868 | 20190501_052-000000654_TECH_104.pdf | |
| | | NIKE_00005870 | 20190501_052-000000654_TECH_105.pdf | |
| | | NIKE_00005872 | 20190501_052-000000654_TECH_106.pdf | |
| | | NIKE_00005874 | 20190501_052-000000654_TECH_107.pdf | |
| | | NIKE_00005876 | 20190501_052-000000654_TECH_108.pdf | |
| | | NIKE_00005878 | 20190501_052-000000654_TECH_109.pdf | |
| | | NIKE_00005880 | 20190501_052-000000654_TECH_110.pdf | |
| | | NIKE_00005882 | 20190501_052-000000654_TECH_111.pdf | |
| | | NIKE_00005884 | 20190501_052-000000654_TECH_112.pdf | |
| | | NIKE_00005886 | 20190501_052-000000654_TECH_113.pdf | |
| | | NIKE_00005888 | 20190501_052-000000654_TECH_114.pdf | |
| | | NIKE_00005890 | 20190501_052-000000654_TECH_115.pdf | |
| | | NIKE_00005892 | 20190501_052-000000654_TECH_116.pdf | |
| | | NIKE_00005894 | 20190501_052-000000654_TECH_119.pdf | |
| | | NIKE_00005896 | 20190501_052-000000654_TECH_121.pdf | |
| | | NIKE_00005898 | 20190501_052-000000654_TECH_122.pdf | |
| | | NIKE_00005900 | 20190501_052-000000654_TECH_123.pdf | |
| | | NIKE_00005902 | 20190501_052-000000654_TECH_124.pdf | |
| | | NIKE_00005904 | 20190501_052-000000654_TECH_125.pdf | |
| | | NIKE_00005906 | 20190501_052-000000654_TECH_126.pdf | |
| | | NIKE_00005908 | 20190501_052-000000654_TECH_127.pdf | |
| | | NIKE_00005910 | 20190501_052-000000654_TECH_128.pdf | |
| | | NIKE_00005912 | 20190501_052-000000654_TECH_130.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00005914 | 20190501_052-000000654_TECH_131.pdf | |
| | | NIKE_00005916 | 20190501_052-000000654_TECH_133.pdf | |
| | | NIKE_00005918 | 20190501_052-000000654_TECH_134.pdf | |
| | | NIKE_00005920 | 20190501_052-000000654_TECH_135.pdf | |
| | | NIKE_00005922 | 20190501_052-000000654_TECH_136.pdf | |
| | | NIKE_00005924 | 20190501_052-000000654_TECH_137.pdf | |
| | | NIKE_00005926 | 20190501_052-000000654_TECH_138.pdf | |
| | | NIKE_00005928 | 20190501_052-000000654_TECH_139.pdf | |
| | | NIKE_00005930 | 20190501_052-000000654_TECH_140.pdf | |
| | | NIKE_00005932 | 20190501_052-000000654_TECH_141.pdf | |
| | | NIKE_00005934 | 20190501_052-000000654_TECH_142.pdf | |
| | | NIKE_00005936 | 20190501_052-000000654_TECH_143.pdf | |
| | | NIKE_00005938 | 20190501_052-000000654_TECH_149.pdf | |
| | | NIKE_00005940 | 20190501_052-000000654_TECH_151.pdf | |
| | | NIKE_00005942 | 20190501_052-000000654_TECH_152.pdf | |
| | | NIKE_00005944 | 20190501_052-000000654_TECH_153.pdf | |
| | | NIKE_00005946 | 20190501_052-000000654_TECH_154.pdf | |
| | | NIKE_00005948 | 20190501_052-000000654_TECH_155.pdf | |
| | | NIKE_00005950 | 20190501_052-000000654_TECH_156.pdf | |
| | | NIKE_00005952 | 20190501_052-000000654_TECH_157.pdf | |
| | | NIKE_00005954 | 20190501_052-000000654_TECH_160.pdf | |
| | | NIKE_00005956 | 20190501_052-000000654_TECH_161.pdf | |
| | | NIKE_00005958 | 20190501_052-000000654_TECH_162.pdf | |
| | | NIKE_00005960 | 20190501_052-000000654_TECH_163.pdf | |
| | | NIKE_00005962 | 20190501_052-000000654_TECH_164.pdf | |
| | | NIKE_00005964 | 20190501_052-000000654_TECH_165.pdf | |
| | | NIKE_00005966 | 20190501_052-000000654_TECH_166.pdf | |
| | | NIKE_00005968 | 20190501_052-000000654_TECH_167.pdf | |
| | | NIKE_00005970 | 20190501_052-000000654_TECH_168.pdf | |
| | | NIKE_00005972 | 20190501_052-000000654_TECH_169.pdf | |
| | | PW.txt | PW.txt | password for Nike-003 |
| 10/20/2020 | BRG | BRG (Deliverable to Expert) | | Doc identified by FAD |
| | | NIKE_00000021 | CFE Performance Feedback Tool.doc | |
| | | NIKE_00000026 | Nike VALUES Bands Overview.pdf | |
| | | NIKE_00001604 | 11.1.1.1. - Amplify Manager FAQs.pdf | |
| | | NIKE_00001607 | 25.1. - Total Rewards Reports.pdf | |
| | | NIKE_00001634 | 25.10.6.10. - Total Rewards Reports for Managers (Quick Steps).pdf | |
| | | NIKE_00001637 | 25.10.6.8. - Performance Rewards Planning (Quick Steps).pdf | |
| | | NIKE_00001637 | 25.10.6.9. - Performance Rewards Approval (Quick Steps).pdf | |
| | | NIKE_00001639 | 25.9.2.10. - CFE Ratings Report for HRBP Job Aid.pdf | |
| | | NIKE_00001653 | 25.9.3.1.2. - E2E Decision Framework.pdf | |
| | | NIKE_00001740 | 25.9.4.1.2. - Nike FY19 Beta CFE Form.pdf | |
| | | NIKE_00001754 | 25.9.4.3.2. - Coaching Request Intake Form.pdf | |
| | | NIKE_00001759 | 26.1.1. - FAQs Workforce Planning.pdf | |
| | | NIKE_00001802 | 26.1.2.1. - WFP Timeline.pdf | |
| | | NIKE_00001804 | 9.12.1.3.9.1. - Meaningful Conversations Cards.pdf | |
| | | NIKE_00001830 | TA Comp History Policy Change 2-Pager.pdf | |
| | | NIKE_00001848 | Assessing Performance Summary.pdf | |
| | | NIKE_00001849 | Bands and Levles.pdf | |
| | | NIKE_00001852 | Coaching for Excellence - CFE.pdf | |
| | | NIKE_00001853 | Coaching.pdf | |
| | | NIKE_00001871 | Gathering Feedback.pdf | |
| | | NIKE_00001891 | Individual Development Plan - IDP.pdf | |
| | | NIKE_00002070 | Job Changes.pdf | |
| | | NIKE_00002072 | Market Pay.pdf | |
| | | NIKE_00002301 | Merit Increases.pdf | |
| | | NIKE_00002303 | Mid-Year Review.pdf | |
| | | NIKE_00002304 | Performance Ratings.pdf | |
| | | NIKE_00002305 | ESPP.pdf | |
| | | NIKE_00002315 | Performance Sharing Plan.pdf | |
| | | NIKE_00002318 | PSP Redesign - Effective FY19.pdf | |
| | | NIKE_00002321 | Performance Action Plan - Link from Corrective Action Tools.docx | |
| | | NIKE_00002323 | Record of Coaching - Link from Corrective Action Tools.doc | |
| | | NIKE_00002324 | Written Reminder - Link from Corrective Action Tools.doc | |
| | | NIKE_00002325 | Milestones.pdf | |
| | | NIKE_00002327 | Annual Pay Review.pdf | |
| | | NIKE_00003102 | Base Pay.pdf | |
| | | NIKE_00003103 | Executive Compensation.pdf | |
| | | NIKE_00003105 | Hiring at Nike Overview.pdf | |
| | | NIKE_00003110 | Hiring Philosophy & Guidelines.pdf | |
| | | NIKE_00003115 | Hiring Process - FAQs.pdf | |
| | | NIKE_00003118 | Hiring Process.pdf | |
| | | NIKE_00003121 | Internal Transfers.pdf | |
| | | NIKE_00003174 | Job Changes.pdf | |
| | | NIKE_00003175 | Job Transfers.pdf | |
| | | NIKE_00003176 | Long Term Incentives.pdf | |
| | | NIKE_00003177 | Managing Pay at NIKE with Script (Updated Apr 24) - FINAL (1).pptx | |
| | | NIKE_00003178 | Nikes Total Rewards Strategy and Philosophy.pdf | |
| | | NIKE_00003182 | Performance Ratings.pdf | |
| | | NIKE_00003183 | Short-term Incentives.pdf | |
| | | NIKE_00003185 | Annual Pay Review (APR) for Managers.pdf | |
| | | NIKE_00003187 | CFE Rating Collection.pdf | |
| | | NIKE_00003188 | CFE Rating Report for Managers Job Aid.pdf | |
| | | NIKE_00003189 | Competency-Based Interview Questions.pdf | |
| | | NIKE_00003190 | Hiring Playbook - Hiring.pdf | |
| | | NIKE_00003191 | Hiring Playbook - Non-Employee Resources.pdf | |
| | | NIKE_00003192 | Interview Tips.pdf | |
| | | NIKE_00003196 | Lawful & Unlawful Questions.pdf | |
| | | NIKE_00003202 | Non-Competitive Job Change - Process Summary Document for Managers.pptx | |
| | | NIKE_00003240 | PCode - Investment Band.xlsx | |
| | | NIKE_00003242 | Year-End Review.pdf | |
| | | NIKE_00003243 | Annual Pay Review - FAQs for Managers.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00003247 | Annual Pay Review - Key Terms.pdf | |
| | | NIKE_00003250 | Nike, Inc's Total Rewards Strategy & Philosophy.pdf | |
| | | NIKE_00003251 | Pay Conversation Guide for Managers.pdf | |
| | | NIKE_00003252 | Total Rewards Fundamentals - NikeU Class Overview.pdf | |
| | | NIKE_00003253 | Employee Comm.pdf | |
| | | NIKE_00003254 | Mid-Year Comm.pdf | |
| | | NIKE_00003255 | WHQ M+ Day 2_16x9_March19.pptx | |
| | | NIKE_00003256 | media1.mp4 | |
| | | NIKE_00003257 | media2.mpg | |
| | | NIKE_00003258 | media3.mov | |
| | | NIKE_00003273 | 11. - Amplify.pdf | |
| | | NIKE_00003279 | 11.2.1. - Xcelerate.pdf | |
| | | NIKE_00003287 | 12. - Career Acceleration.pdf | |
| | | NIKE_00003292 | 12.3. - Feedback Lab.pdf | |
| | | NIKE_00003304 | 12.6.1.2. - CA HR One-Pager.pdf | |
| | | NIKE_00003314 | 12.6.2.1. - HR Career Work Activation Kit.pptx | |
| | | NIKE_00003328 | 12.6.2.2. - Career Central HR Activation Kit.pdf | |
| | | NIKE_00003329 | 13. - Teaming Framework.pdf | |
| | | NIKE_00003334 | 16. - CFE – FY19.pdf | |
| | | NIKE_00013689 | 2.1.1.2 - Employee Engagement Basics - The All-Employee Engagement Survey (PDF).pdf | |
| | | NIKE_00013690 | 2.1.5.1. - Team Engagement Conversation Guide (PDF).pdf | |
| | | NIKE_00013691 | 2.1.5.2. - Individual Commitment Worksheet (PDF).pdf | |
| | | NIKE_00013694 | 21. - Mid-Year Talent & Pay Review.pdf | |
| | | NIKE_00013695 | 21.2.1. - One-Pager re Mid-Year Talent & Pay Review.pptx | |
| | | NIKE_00013696 | 21.2.2.1. - MYTPR FY19 Leader Conversation Guide.pdf | |
| | | NIKE_00013697 | 21.3.1. - Communicate Employee Mid-Year Pay Increases.pdf | |
| | | NIKE_00013726 | 21.3.1.3. - Manager Conversation Guide.pdf | |
| | | NIKE_00013727 | 24. - Talent Segmentation.pdf | |
| | | NIKE_00013731 | 24.1.1. - One-Pager re Talent Segmentation.pdf | |
| | | NIKE_00013736 | 24.1.2.1. - Talent Segmentation – HR FAQs.pdf | |
| | | NIKE_00013738 | 24.1.2.2. - Talent Segmentation – Manager FAQs.pdf | |
| | | NIKE_00013739 | 24.1.3.1. - Calibration Session Pre-Read and Email Template (FY19).pptx | |
| | | NIKE_00013750 | 24.1.3.2. - Calibration Facilitator Guide & Session Deck (FY19).pptx | |
| | | NIKE_00013759 | 24.1.3.3. - Session Handout – Potential Assessment Worksheet (FY19).pptx | |
| | | NIKE_00013786 | 24.1.3.5. - Session Handout – Quick Reference Guide (FY19).pdf | |
| | | NIKE_00013790 | 24.2.1. - Talent Segmentation Process Begins Today.pdf | |
| | | NIKE_00013793 | 24.2.2. - Leader Email Templates.docx | |
| | | NIKE_00013794 | 25.10.3. - CFE Deadline for Leaders.docx | |
| | | NIKE_00013796 | 25.10.4. - CFE Ratings Close Friday.docx | |
| | | NIKE_00013797 | 25.10.8. - Review Total Reward Reports.pdf | |
| | | NIKE_00013802 | 25.10.9. - Personal Pay Statements Now Available.pdf | |
| | | NIKE_00013807 | 25.9.2. - CFE Ratings Open.pdf | |
| | | NIKE_00013808 | 25.9.4.1. - FY19 CFE.docx | |
| | | NIKE_00013810 | 25.9.5.2. - AMPLIFY.docx | |
| | | NIKE_00013811 | 4. - Hiring at Nike (formerly Inclusive Hiring Initiative).pdf | |
| | | NIKE_00013815 | 4.1. - December 2018 HR Update.pdf | |
| | | NIKE_00013817 | 4.2.1. - One-Pager re Hiring at Nike.pdf | |
| | | NIKE_00013818 | 4.2.2. - FAQs re Hiring at Nike.pdf | |
| | | NIKE_00013819 | 4.2.3. - HR Activation Kit re Hiring at Nike.pdf | |
| | | NIKE_00013820 | 4.2.4.2. - IHI Presentation Nov28.pdf | |
| | | NIKE_00013822 | 4.2.4.3. - Hiring Guidelines.pdf | |
| | | NIKE_00013823 | 6.1.2. - FAQs re Leadership Defined.pdf | |
| | | NIKE_00013824 | 6.2.2. - Leadership Development Coaching.pdf | |
| | | NIKE_00013825 | 9. - Year-End Process (CFE, APR).pdf | |
| | | NIKE_00013830 | 9.10. - Goal Setting Worksheet.pdf | |
| | | NIKE_00013832 | 9.11.1.1.2. - HR Update for Leaders 4.18.19.pdf | |
| | | NIKE_00013838 | 9.11.1.1.2.1. - Annual Pay Review Leader Toolkit.pdf | |
| | | NIKE_00013840 | 9.11.1.1.4. - Pay Equity Update 4.2.19.pdf | |
| | | NIKE_00013842 | 9.11.2. - One-Pager re APR Tools & Resources.pdf | |
| | | NIKE_00013844 | 9.11.3. - FAQs re APR Tools & Resources.pdf | |
| | | NIKE_00013849 | 9.11.5.1.4. - APR Readiness Roadmap.pdf | |
| | | NIKE_00013850 | 9.11.5.2.2. - APR March 12 Deep Dive Presentation.pdf | |
| | | NIKE_00013852 | 9.11.5.2.3. - APR Success Factors Preview Presentation.pdf | |
| | | NIKE_00013855 | 9.12.1.3.5. - Manager Toolkit.pdf | |
| | | NIKE_00013856 | Assessment Guide__FINAL.pdf | |
| | | NIKE_00013861 | NikeBuildingAddress.png | |
| | | NIKE_00013871 | Leader_Dev_Coaching_HRBP_Toolkit.pdf | |
| | | NIKE_00013875 | Job Code Master 11.9.18.XLSX | |
| | | NIKE_00013889 | 9.1. - Presentation Deck.pptx | |
| | | NIKE_00013954 | media1.mp4 | |
| | | NIKE_00013957 | 9.12.1.4.3. - Job Aid.pdf | |
| | | NIKE_00013993 | 9.2. - Managing Pay at NIKE Training.pdf | |
| | | NIKE_00013996 | 9.7. - APR HR Activation Kit.pdf | |
| | | NIKE_00014000 | 9.8. - Impact of EOY Talent Decisions on Pay.pdf | |
| | | NIKE_00014002 | WHQ_MAP-PRINT_11x17.pdf | |
| | | NIKE_00014009 | 1. Active Pay Management 05.16.18.pdf | |
| | | NIKE_00014013 | 2. Adjustment-conversation-guide-en.pdf | |
| | | NIKE_00014015 | 3. HRBP Guide for CPM.pdf | |
| | | NIKE_00014020 | 4. Manager-toolkit-en.pdf | |
| | | NIKE_00014021 | 3. Segmenting Talent Reimagined - Session Deck.pptx | |
| | | NIKE_00014066 | May 2109 OTPR Template Guide & Instructions.pdf | |
| | | NIKE_00014080 | 9BoxDefinitions_2015UPDATED.pptx | |
| | | NIKE_00014090 | Calibration Master Facilitation Deck_2015updated.pptx | |
| | | NIKE_00014613 | High Potential Defined.pptx | |
| | | NIKE_00014632 | LPA_Calibration_Templates_and_Resources_9.15.16.pptx | |
| | | NIKE_00014633 | Performance Potential Education Deck_2010.2015updated.pptx | |
| | | NIKE_00015398 | Manager Playbook - Onboarding.pdf | |
| | | NIKE_00015535 | R.2. - Managing Career.pdf | |
| | | NIKE_00015536 | R.2. - Managing Performance.pdf | |
| | | NIKE_00015537 | R.8. - CFE Ratings Distribution Summary Template Job Aid.pdf | |
| | | NIKE_00015541 | R.8. - CFE Ratings Distribution Template.xlsx | |
| | | | R.9. - CFE Rating Report Detail Job Aid.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00015548 | NCIR_Sales_2019May08.pptx | |
| | | NIKE_00015566 | NCLR_Sales_2019Jul10.pptx | |
| | | NIKE_00015577 | F. - FY16 PSP Brochure.pdf | |
| | | NIKE_00015686 | F. - FY17 PSP Brochure.pdf | |
| | | NIKE_00015705 | F. - FY19 PSP Brochure.pdf | |
| | | NIKE_00015706 | Manager Comm.pdf | |
| | | NIKE_00015717 | 24.1.3.4. - Session Handout – Conversation Guide (FY19).pdf | |
| | | NIKE_00015839 | 24.2.3. - Reminder to Complete Assessments.pdf | |
| | | NIKE_00015841 | 4.2.4.1. - Hiring at Nike Managers Walking Deck.pdf | |
| | | NIKE_00015869 | 9.12.1.3. - Kicking off year-end performance and pay process.pdf | |
| | | NIKE_00015870 | OTPR Deep Dive Session Deck - 3.2.18 - FINAL.pptx | |
| | | NIKE_00015872 | PSD FAQ_8.17.16_For TRCs.pdf | |
| | | NIKE_00015873 | PSD FAQ_8.17.16_For Website.pdf | |
| | | NIKE_00015874 | PSD KnowledgeBase.v2.pdf | |
| | | NIKE_00015937 | PSD_HRBP Message_09-01-2016.docx | |
| | | NIKE_00015943 | PSD TRAINING.TalkingAboutRewards.v2.pptx | |
| | | NIKE_00015944 | PSD TRAINING.TRPhilosophy.pptx | |
| | | NIKE_00015947 | PSD TRAINING.ALL.5.31.16.v24.pdf | |
| | | NIKE_00015950 | 5 objectives.png | |
| | | NIKE_00015951 | 9 box definitions.pptx | |
| | | NIKE_00019402 | 3.1 U.S. Hiring Check List.pdf | |
| | | NIKE_00019403 | 3.3.6 Posting Guidelines By Band.docx | |
| | | NIKE_00019405 | 3.4.11 NIKE Interview Guide.pdf | |
| | | NIKE_00019411 | 3.4.5 Interview Debrief Guidelines.pdf | |
| | | NIKE_00019413 | 3.5.20 Offer Approval Matrix FY20.pdf | |
| | | NIKE_00023509 | 3.5.22 Offer Modeling Tool - One Pager.pdf | |
| | | NIKE_00023533 | 3.5.30 Total Rewards Update FY20.pptx | |
| | | NIKE_00023538 | 3.5.7 Comp Changes FAQs.pdf | |
| | | NIKE_00023541 | 3.5.8 Comp Guidelines for External Hires.pdf | |
| | | NIKE_00023544 | 3.6.8 Recruiter FAQs for Nike Culture - Confidential.pdf | |
| | | NIKE_00023552 | Benchmark Jobs Deck.pptx | |
| | | NIKE_00023553 | Market Methodology (06.12.2018).pptx | |
| | | NIKE_00023554 | PSD & Job Architecture TRC Alignment Deck FY19.pptx | |
| | | NIKE_00023674 | PSD FY19 TRC Alignment Deck.pptx | |
| | | NIKE_00023675 | Survey Mgmt - TRC Discussion.pptx | |
| | | NIKE_00024155 | FY19 Structure Drafts for TRC's V2.pptx | |
| | | NIKE_00024158 | PSD Playbook.docx | |
| | | NIKE_00024167 | Survey Processes.docx | |
| | | NIKE_00024191 | Finance Update_Nov 2016.pdf | |
| | | NIKE_00024192 | Org Transform Update_Nov 2016.pdf | |
| | | NIKE_00024193 | Org Transform Update_Nov 2016.pdf | |
| | | NIKE_00024195 | Microsoft_Excel_Worksheet1.xlsx | |
| | | NIKE_00024196 | Microsoft_Excel_Worksheet.xlsx | |
| | | NIKE_00024199 | FY20 Base Pay Range Exec Summary.pdf | |
| | | NIKE_00024205 | Market Pricing & Pay Range Build Methodology.pptx | |
| | | NIKE_00024354 | TRC VERSION - Pay Structure Development Alignment.pptx | |
| | | NIKE_00024355 | Digital & Analytics Peer Group.pptx | |
| | | NIKE_00024356 | FY20 Geo Diff - Final.pdf | |
| | | NIKE_00024357 | 2020.04.15 - Country Guidelines for APR.pptx | |
| | | NIKE_00024377 | 41357015_1_Nike - Intake Form.xlsx | |
| | | NIKE_00024378 | Commitment to Pay Equity | |
| | | NIKE_00024552 | Diverse Slate Program Overview.pptx | |
| | | NIKE_00024565 | Hiring Philosophy and Guidelines.pdf | |
| | | NIKE_00024578 | Hiring Process - FAQs.pdf | |
| | | NIKE_00024585 | Hiring Process.pdf | |
| | | NIKE_00024591 | FY16 PSP Brochure_102715.docx | |
| | | NIKE_00024592 | Microsoft_Excel_Worksheet1.xlsx | |
| | | NIKE_00024593 | FY17 PSP Changes.pptx | |
| | | NIKE_00024594 | FY18 PSP Design Changes 6.16.17.pptx | |
| | | NIKE_00024595 | [Unnamed Spreadsheet] | |
| | | NIKE_00024628 | FY19 PSP Changes #1.pptx | |
| | | NIKE_00024661 | FY19 PSP Changes #2.pptx | |
| | | NIKE_00024662 | PSP Plan Document_2015-06-18.pdf | |
| | | NIKE_00024675 | APR_March12DeepDive_Presentation (1).pptx | |
| | | NIKE_00024726 | apr-faqs-for-managers-en.pdf | |
| | | NIKE_00024727 | Market Data_09242020.XLSX | |
| | | NIKE_00024728 | APR_All Employee Email_071519.docx | |
| | | NIKE_00024729 | APR_CFE Launch Comm_050819.docx | |
| | | NIKE_00024730 | APR_Executive Review Comm_061919.docx | |
| | | NIKE_00024732 | APR_Launch of APR Comm_060519.docx | |
| | | NIKE_00024742 | APR_Leader Announcement Email_041619.docx | |
| | | NIKE_00024746 | 01_Coming Soon Year-End Process.docx | |
| | | NIKE_00024747 | 02_Begins Today CFE Rating Collection.docx | |
| | | NIKE_00024748 | 20200423-donohoe-update-on-year-end-process-for-performance-and-pay-final-en.docx | |
| | | NIKE_00024756 | 20200428-next-steps-for-year-end-process-final-en.docx | |
| | | NIKE_00024759 | 20200505-starting-today-enter-your-cfe-ratings-final-en.docx | |
| | | NIKE_00024760 | 20200602-starting-today-apr-and-performace-conversations-final-en.docx | |
| | | NIKE_00024761 | 20200612-APR-executive-review-begins-today-final-en.docx | |
| | | NIKE_00024770 | 20200714-pay-conversations-goal-setting-final-en.docx | |
| | | NIKE_00024771 | 11.1.1.2. - Amplify Exec Summary.pdf | |
| | | NIKE_00024855 | 25.12.1. - June 27 Deep-Dive Deck Presentation.pdf | |
| | | NIKE_00024856 | 25.12.3. - April 25 Deep-Dive Deck Presentation.pdf | |
| | | NIKE_00024858 | 25.9.3.1.1. - May 21 Presentation Deck.pdf | |
| | | NIKE_00024861 | 25.9.4.3.1. - Coaching Toolkit.pdf | |
| | | NIKE_00024865 | 26.1.2.2. - WFP Training Presentation.pdf | |
| | | NIKE_00024868 | 26.1.2.3. - WFP Deep Dive Presentation.pdf | |
| | | NIKE_00024872 | Taleo Recruiting Center TA Training.pdf | |
| | | NIKE_00024874 | Executive Admin Banding.pptx | |
| | | NIKE_00024876 | CFE Rating Job Aid.pdf | |
| | | NIKE_00024878 | Annual Pay Review - Manager Toolkit.pdf | |
| | | NIKE_00024880 | Annual Pay Review - Pay Executive Review Job Aid.pdf | |
| | | NIKE_00024882 | Annual Pay Review - Pay Review Dashboard - Executive View Job Aid.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00024885 | Annual Pay Review - Pay Review Dashboard - Manager View Job Aid.pdf | |
| | | NIKE_00024887 | Annual Pay Review - Planning Pay in Successfactors Job Aid.pdf | |
| 11/1/2020 | BRG | Cover Letter | November 2020 Letter to Counsel Transmitting Taleo Files.pdf | 11 Taleo reports |
| | | Password for Taleo Production.txt | Password for Taleo Production.txt | |
| | | Taleo_Applications_2020_anon_Attorneys_Eyes_Only.txt | Taleo_Applications_2020_anon_Attorneys_Eyes_Only.txt | |
| | | Taleo_Hires_anon_Attorneys_Eyes_Only.txt | Taleo_Hires_anon_Attorneys_Eyes_Only.txt | |
| | | Taleo_Requisitions_Attorneys_Eyes_Only.txt | Taleo_Requisitions_Attorneys_Eyes_Only.txt | |
| | | Taleo_Applications_2012_anon_Attorneys_Eyes_Only.txt | Taleo_Applications_2012_anon_Attorneys_Eyes_Only.txt | |
| | | Taleo_Applications_2013_anon_Attorneys_Eyes_Only.txt | Taleo_Applications_2013_anon_Attorneys_Eyes_Only.txt | |
| | | Taleo_Applications_2014_anon_Attorneys_Eyes_Only.txt | Taleo_Applications_2014_anon_Attorneys_Eyes_Only.txt | |
| | | Taleo_Applications_2015_anon_Attorneys_Eyes_Only.txt | Taleo_Applications_2015_anon_Attorneys_Eyes_Only.txt | |
| | | Taleo_Applications_2016_anon_Attorneys_Eyes_Only.txt | Taleo_Applications_2016_anon_Attorneys_Eyes_Only.txt | |
| | | Taleo_Applications_2017_anon_Attorneys_Eyes_Only.txt | Taleo_Applications_2017_anon_Attorneys_Eyes_Only.txt | |
| | | Taleo_Applications_2018_anon_Attorneys_Eyes_Only.txt | Taleo_Applications_2018_anon_Attorneys_Eyes_Only.txt | |
| | | Taleo_Applications_2019_anon_Attorneys_Eyes_Only.txt | Taleo_Applications_2019_anon_Attorneys_Eyes_Only.txt | |
| 11/3/2020 | BRG | BRG (11-3-2020).zip | | Docs identifed by FAD |
| | | NIKE_00026609 | CFE Forms-page-2015.pdf | |
| | | NIKE_00026610 | CFE Forms-page-April-2017.pdf | |
| | | NIKE_00026611 | CFE Homepage-2015.pdf | |
| | | NIKE_00026613 | cfe-collection-faq-en-2015.pdf | |
| | | NIKE_00026617 | cfe-collection-faq-en-April-2106.pdf | |
| | | NIKE_00026621 | cfe-collection-faq-en-May-2017.pdf | |
| | | NIKE_00026625 | Individual Development Plan (IDP)-up to 2017.pdf | |
| | | NIKE_00026628 | Managing Performance-2015-and-before.pdf | |
| | | NIKE_00026630 | Mid-Year Review-2015.pdf | |
| | | NIKE_00026631 | Year-End Review-2015.pdf | |
| | | NIKE_00026632 | cfe-form-fy15-en (1).docx | |
| | | NIKE_00026636 | cfe-form-fy16-en (1).docx | |
| | | NIKE_00026640 | cfe-form-fy17-en.docx | |
| | | NIKE_00026644 | cfe-form-fy18-en.docx | |
| | | NIKE_00026648 | cfe-form-fy19-en.docx | |
| | | NIKE_00026652 | cfe-form-global-design-en_2015.pdf | |
| | | NIKE_00026660 | A0084 JOB DESC.pdf | |
| | | NIKE_00026662 | A2785 JOB DESC.pdf | |
| | | NIKE_00026664 | A2786 JOB DESC.pdf | |
| | | NIKE_00026666 | A2787 JOB DESC.pdf | |
| | | NIKE_00026668 | A2788 JOB DESC.pdf | |
| | | NIKE_00026670 | A2789 JOB DESC.pdf | |
| | | NIKE_00026672 | A2790 JOB DESC.pdf | |
| | | NIKE_00026678 | Performance Rewards Approval Job Aid.pdf | |
| | | NIKE_00026680 | Performance Rewards Planning Job Aid.pdf | |
| | | NIKE_00026686 | Planning Talent.pdf | |
| | | NIKE_00026699 | CFE Template | |
| | | NIKE_00026869 | competency-definitions-en.pdf | |
| | | NIKE_00026874 | FAQ FY18 PSP Design Changes[1].pdf | |
| | | NIKE_00026922 | Job Description A0109 - Security Manager - 2008 - 2017.pdf | |
| | | NIKE_00027134 | Capabilities_Mission_Vision.pptx | |
| | | NIKE_00027182 | FY14_16_Talent_Vision_Strategy_OnePgr.pdf | |
| | | NIKE_00027184 | Nike TP&A Strategic Framework v11.pptx | |
| | | NIKE_00027185 | Talent Management During Org Transformation Final.pptx | |
| | | NIKE_00027186 | Talent Planning_FY '15.pptx | |
| | | NIKE_00027187 | LPA_Calibration_placemat_8-31.pdf | |
| | | NIKE_00027189 | Our Tools.pdf | |
| | | NIKE_00027190 | Top Talent.Jobs Definition.extended draft.pptx | |
| | | NIKE_00027403 | competency-definitions-en.pdf | |
| | | NIKE_00027404 | competency-assessment-manager.pdf | |
| | | NIKE_00030173 | HRBP_GPR_Workshop.pdf | |
| | | NIKE_00030191 | HRBP_GPR_Workshop.pptx | |
| | | NIKE_00030224 | FY16 HRBP_Perf Rewards Workshop.pdf | |
| | | NIKE_00030245 | GPR HRBP FAQs.pdf | |
| | | NIKE_00030251 | HRBP Quick Ref Guide_FY16 GPR.pdf | |
| | | NIKE_00030252 | Performance Rewards FY16 Calendar_HRBP.pdf | |
| | | NIKE_00030256 | GPR Manager FAQs--Merit.pdf | |
| | | NIKE_00030258 | GPR Manager FAQs--Merit_FINAL.pdf | |
| | | NIKE_00030260 | GPR Manager FAQs--PSP.pdf | |
| | | NIKE_00030262 | GPR Manager FAQs--Stock Option.pdf | |
| | | NIKE_00030263 | Merit FAQs for Managers.pdf | |
| | | NIKE_00030265 | Rewards Conversation Prep and Delivery.pdf | |
| | | NIKE_00030266 | Rewards Conversation_What to Cover.pdf | |
| | | NIKE_00030280 | FY16 GPR Timeline.pptx | |
| | | NIKE_00030281 | FY16 HRBP_Perf Rewards Workshop.pptx | |
| | | NIKE_00030290 | GPR HRBP FAQs_FINAL.docx | |
| | | NIKE_00030295 | GPR Manager FAQs--CFE_FINAL.docx | |
| | | NIKE_00030302 | GPR Manager FAQs--Merit_FINAL.docx | |
| | | NIKE_00030306 | GPR Manager FAQs--PSP_FINAL.docx | |
| | | NIKE_00030310 | GPR Manager FAQs--Stock Option_FINAL.docx | |
| | | NIKE_00030313 | HRBP Quick Ref Guide_FY16 GPR_Final.pptx | |
| | | NIKE_00030317 | Rewards Conversation Prep and Delivery_042116.docx | |
| | | NIKE_00030320 | Rewards Conversation_What to Cover_0421126.docx | |
| | | NIKE_00030358 | Annual Pay Review (APR).pdf | |
| | | NIKE_00030372 | Performance Rewards - CFE Collection.pdf | |
| | | NIKE_00030411 | CFE 2019 Survey.pdf | |
| | | NIKE_00030434 | CFE Example Behaviors[1][1].pdf | |
| 11/10/2020 | BRG | NIKE_003 (in PDF for BRG).zip | NIKE_003.zip | Entire Nike-003 prod in PDF (the job codes prod) |
| | | NIKE_00003352 | 20190501_052-000000632_COMM_003.pdf | |
| | | NIKE_00003354 | 20190501_052-000000632_COMM_004.pdf | |
| | | NIKE_00003356 | 20190501_052-000000632_COMM_005.pdf | |
| | | NIKE_00003358 | 20190501_052-000000632_COMM_006.pdf | |
| | | NIKE_00003360 | 20190501_052-000000632_COMM_007.pdf | |
| | | NIKE_00003362 | 20190501_052-000000632_COMM_009.pdf | |
| | | NIKE_00003364 | 20190501_052-000000632_COMM_010.pdf | |
| | | NIKE_00003366 | 20190501_052-000000632_COMM_011.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00003368 | 20190501_052-000000632_COMM_012.pdf | |
| | | NIKE_00003370 | 20190501_052-000000632_COMM_013.pdf | |
| | | NIKE_00003372 | 20190501_052-000000632_COMM_014.pdf | |
| | | NIKE_00003374 | 20190501_052-000000632_COMM_015.pdf | |
| | | NIKE_00003376 | 20190501_052-000000632_COMM_016.pdf | |
| | | NIKE_00003378 | 20190501_052-000000632_COMM_017.pdf | |
| | | NIKE_00003380 | 20190501_052-000000632_COMM_018.pdf | |
| | | NIKE_00003382 | 20190501_052-000000632_COMM_020.pdf | |
| | | NIKE_00003384 | 20190501_052-000000632_COMM_021.pdf | |
| | | NIKE_00003386 | 20190501_052-000000632_COMM_022.pdf | |
| | | NIKE_00003388 | 20190501_052-000000632_COMM_024.pdf | |
| | | NIKE_00003390 | 20190501_052-000000632_COMM_025.pdf | |
| | | NIKE_00003392 | 20190501_052-000000632_COMM_026.pdf | |
| | | NIKE_00003394 | 20190501_052-000000633_CORPGOV_003.pdf | |
| | | NIKE_00003396 | 20190501_052-000000633_CORPGOV_005.pdf | |
| | | NIKE_00003398 | 20190501_052-000000633_CORPGOV_008.pdf | |
| | | NIKE_00003400 | 20190501_052-000000633_CORPGOV_010.pdf | |
| | | NIKE_00003402 | 20190501_052-000000633_CORPGOV_011.pdf | |
| | | NIKE_00003404 | 20190501_052-000000633_CORPGOV_012.pdf | |
| | | NIKE_00003406 | 20190501_052-000000633_CORPGOV_013.pdf | |
| | | NIKE_00003408 | 20190501_052-000000633_CORPGOV_014.pdf | |
| | | NIKE_00003410 | 20190501_052-000000633_CORPGOV_016.pdf | |
| | | NIKE_00003412 | 20190501_052-000000633_CORPGOV_017.pdf | |
| | | NIKE_00003414 | 20190501_052-000000633_CORPGOV_018.pdf | |
| | | NIKE_00003416 | 20190501_052-000000633_CORPGOV_020.pdf | |
| | | NIKE_00003418 | 20190501_052-000000633_CORPGOV_021.pdf | |
| | | NIKE_00003420 | 20190501_052-000000633_CORPGOV_029.pdf | |
| | | NIKE_00003422 | 20190501_052-000000633_CORPGOV_030.pdf | |
| | | NIKE_00003424 | 20190501_052-000000633_CORPGOV_031.pdf | |
| | | NIKE_00003426 | 20190501_052-000000633_CORPGOV_032.pdf | |
| | | NIKE_00003428 | 20190501_052-000000633_CORPGOV_033.pdf | |
| | | NIKE_00003430 | 20190501_052-000000633_CORPGOV_034.pdf | |
| | | NIKE_00003432 | 20190501_052-000000633_CORPGOV_039.pdf | |
| | | NIKE_00003434 | 20190501_052-000000633_CORPGOV_041.pdf | |
| | | NIKE_00003436 | 20190501_052-000000633_CORPGOV_042.pdf | |
| | | NIKE_00003438 | 20190501_052-000000633_CORPGOV_045.pdf | |
| | | NIKE_00003440 | 20190501_052-000000633_CORPGOV_046.pdf | |
| | | NIKE_00003442 | 20190501_052-000000633_CORPGOV_047.pdf | |
| | | NIKE_00003444 | 20190501_052-000000633_CORPGOV_052.pdf | |
| | | NIKE_00003446 | 20190501_052-000000633_CORPGOV_053.pdf | |
| | | NIKE_00003448 | 20190501_052-000000633_CORPGOV_054.pdf | |
| | | NIKE_00003450 | 20190501_052-000000633_CORPGOV_055.pdf | |
| | | NIKE_00003452 | 20190501_052-000000633_CORPGOV_056.pdf | |
| | | NIKE_00003454 | 20190501_052-000000633_CORPGOV_057.pdf | |
| | | NIKE_00003456 | 20190501_052-000000633_CORPGOV_059.pdf | |
| | | NIKE_00003458 | 20190501_052-000000634_CORPSVCS_003.pdf | |
| | | NIKE_00003460 | 20190501_052-000000634_CORPSVCS_006.pdf | |
| | | NIKE_00003462 | 20190501_052-000000634_CORPSVCS_009.pdf | |
| | | NIKE_00003464 | 20190501_052-000000634_CORPSVCS_010.pdf | |
| | | NIKE_00003466 | 20190501_052-000000634_CORPSVCS_011.pdf | |
| | | NIKE_00003468 | 20190501_052-000000634_CORPSVCS_014.pdf | |
| | | NIKE_00003470 | 20190501_052-000000634_CORPSVCS_015.pdf | |
| | | NIKE_00003472 | 20190501_052-000000634_CORPSVCS_019.pdf | |
| | | NIKE_00003474 | 20190501_052-000000634_CORPSVCS_021.pdf | |
| | | NIKE_00003476 | 20190501_052-000000634_CORPSVCS_022.pdf | |
| | | NIKE_00003478 | 20190501_052-000000634_CORPSVCS_023.pdf | |
| | | NIKE_00003480 | 20190501_052-000000634_CORPSVCS_028.pdf | |
| | | NIKE_00003482 | 20190501_052-000000634_CORPSVCS_029.pdf | |
| | | NIKE_00003484 | 20190501_052-000000634_CORPSVCS_030.pdf | |
| | | NIKE_00003486 | 20190501_052-000000634_CORPSVCS_034.pdf | |
| | | NIKE_00003488 | 20190501_052-000000634_CORPSVCS_035.pdf | |
| | | NIKE_00003490 | 20190501_052-000000634_CORPSVCS_036.pdf | |
| | | NIKE_00003492 | 20190501_052-000000634_CORPSVCS_038.pdf | |
| | | NIKE_00003494 | 20190501_052-000000634_CORPSVCS_039.pdf | |
| | | NIKE_00003496 | 20190501_052-000000634_CORPSVCS_042.pdf | |
| | | NIKE_00003498 | 20190501_052-000000634_CORPSVCS_046.pdf | |
| | | NIKE_00003500 | 20190501_052-000000634_CORPSVCS_047.pdf | |
| | | NIKE_00003502 | 20190501_052-000000634_CORPSVCS_048.pdf | |
| | | NIKE_00003504 | 20190501_052-000000634_CORPSVCS_051.pdf | |
| | | NIKE_00003506 | 20190501_052-000000634_CORPSVCS_052.pdf | |
| | | NIKE_00003508 | 20190501_052-000000634_CORPSVCS_054.pdf | |
| | | NIKE_00003510 | 20190501_052-000000634_CORPSVCS_058.pdf | |
| | | NIKE_00003512 | 20190501_052-000000634_CORPSVCS_059.pdf | |
| | | NIKE_00003514 | 20190501_052-000000634_CORPSVCS_062.pdf | |
| | | NIKE_00003516 | 20190501_052-000000634_CORPSVCS_065.pdf | |
| | | NIKE_00003518 | 20190501_052-000000634_CORPSVCS_066.pdf | |
| | | NIKE_00003520 | 20190501_052-000000634_CORPSVCS_067.pdf | |
| | | NIKE_00003522 | 20190501_052-000000634_CORPSVCS_068.pdf | |
| | | NIKE_00003524 | 20190501_052-000000634_CORPSVCS_069.pdf | |
| | | NIKE_00003526 | 20190501_052-000000634_CORPSVCS_074.pdf | |
| | | NIKE_00003528 | 20190501_052-000000634_CORPSVCS_075.pdf | |
| | | NIKE_00003530 | 20190501_052-000000634_CORPSVCS_077.pdf | |
| | | NIKE_00003532 | 20190501_052-000000634_CORPSVCS_078.pdf | |
| | | NIKE_00003534 | 20190501_052-000000634_CORPSVCS_080.pdf | |
| | | NIKE_00003536 | 20190501_052-000000634_CORPSVCS_083.pdf | |
| | | NIKE_00003538 | 20190501_052-000000634_CORPSVCS_090.pdf | |
| | | NIKE_00003540 | 20190501_052-000000634_CORPSVCS_093.pdf | |
| | | NIKE_00003542 | 20190501_052-000000634_CORPSVCS_094.pdf | |
| | | NIKE_00003544 | 20190501_052-000000634_CORPSVCS_096.pdf | |
| | | NIKE_00003546 | 20190501_052-000000634_CORPSVCS_098.pdf | |
| | | NIKE_00003548 | 20190501_052-000000634_CORPSVCS_100.pdf | |
| | | NIKE_00003550 | 20190501_052-000000634_CORPSVCS_101.pdf | |
| | | NIKE_00003552 | 20190501_052-000000634_CORPSVCS_102.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00003554 | 20190501_052-000000634_CORPSVCS_103.pdf | |
| | | NIKE_00003556 | 20190501_052-000000634_CORPSVCS_104.pdf | |
| | | NIKE_00003558 | 20190501_052-000000634_CORPSVCS_105.pdf | |
| | | NIKE_00003560 | 20190501_052-000000634_CORPSVCS_106.pdf | |
| | | NIKE_00003562 | 20190501_052-000000634_CORPSVCS_108.pdf | |
| | | NIKE_00003564 | 20190501_052-000000634_CORPSVCS_110.pdf | |
| | | NIKE_00003566 | 20190501_052-000000634_CORPSVCS_113.pdf | |
| | | NIKE_00003568 | 20190501_052-000000634_CORPSVCS_114.pdf | |
| | | NIKE_00003570 | 20190501_052-000000634_CORPSVCS_116.pdf | |
| | | NIKE_00003572 | 20190501_052-000000634_CORPSVCS_118.pdf | |
| | | NIKE_00003574 | 20190501_052-000000634_CORPSVCS_119.pdf | |
| | | NIKE_00003576 | 20190501_052-000000634_CORPSVCS_123.pdf | |
| | | NIKE_00003578 | 20190501_052-000000634_CORPSVCS_127.pdf | |
| | | NIKE_00003580 | 20190501_052-000000634_CORPSVCS_129.pdf | |
| | | NIKE_00003582 | 20190501_052-000000634_CORPSVCS_130.pdf | |
| | | NIKE_00003584 | 20190501_052-000000634_CORPSVCS_134.pdf | |
| | | NIKE_00003586 | 20190501_052-000000634_CORPSVCS_135.pdf | |
| | | NIKE_00003588 | 20190501_052-000000634_CORPSVCS_136.pdf | |
| | | NIKE_00003590 | 20190501_052-000000634_CORPSVCS_137.pdf | |
| | | NIKE_00003592 | 20190501_052-000000634_CORPSVCS_140.pdf | |
| | | NIKE_00003594 | 20190501_052-000000634_CORPSVCS_141.pdf | |
| | | NIKE_00003596 | 20190501_052-000000634_CORPSVCS_142.pdf | |
| | | NIKE_00003598 | 20190501_052-000000634_CORPSVCS_147.pdf | |
| | | NIKE_00003600 | 20190501_052-000000634_CORPSVCS_149.pdf | |
| | | NIKE_00003602 | 20190501_052-000000635_DATA_002.pdf | |
| | | NIKE_00003604 | 20190501_052-000000635_DATA_003.pdf | |
| | | NIKE_00003606 | 20190501_052-000000635_DATA_004.pdf | |
| | | NIKE_00003608 | 20190501_052-000000635_DATA_005.pdf | |
| | | NIKE_00003610 | 20190501_052-000000635_DATA_006.pdf | |
| | | NIKE_00003612 | 20190501_052-000000635_DATA_007.pdf | |
| | | NIKE_00003614 | 20190501_052-000000635_DATA_011.pdf | |
| | | NIKE_00003616 | 20190501_052-000000635_DATA_013.pdf | |
| | | NIKE_00003618 | 20190501_052-000000635_DATA_014.pdf | |
| | | NIKE_00003620 | 20190501_052-000000635_DATA_015.pdf | |
| | | NIKE_00003622 | 20190501_052-000000635_DATA_018.pdf | |
| | | NIKE_00003624 | 20190501_052-000000635_DATA_019.pdf | |
| | | NIKE_00003626 | 20190501_052-000000635_DATA_020.pdf | |
| | | NIKE_00003628 | 20190501_052-000000635_DATA_021.pdf | |
| | | NIKE_00003630 | 20190501_052-000000635_DATA_022.pdf | |
| | | NIKE_00003632 | 20190501_052-000000635_DATA_023.pdf | |
| | | NIKE_00003634 | 20190501_052-000000635_DATA_024.pdf | |
| | | NIKE_00003636 | 20190501_052-000000635_DATA_025.pdf | |
| | | NIKE_00003638 | 20190501_052-000000635_DATA_026.pdf | |
| | | NIKE_00003640 | 20190501_052-000000635_DATA_027.pdf | |
| | | NIKE_00003642 | 20190501_052-000000635_DATA_028.pdf | |
| | | NIKE_00003644 | 20190501_052-000000635_DATA_034.pdf | |
| | | NIKE_00003646 | 20190501_052-000000635_DATA_039.pdf | |
| | | NIKE_00003648 | 20190501_052-000000635_DATA_041.pdf | |
| | | NIKE_00003650 | 20190501_052-000000635_DATA_042.pdf | |
| | | NIKE_00003652 | 20190501_052-000000635_DATA_043.pdf | |
| | | NIKE_00003654 | 20190501_052-000000635_DATA_044.pdf | |
| | | NIKE_00003656 | 20190501_052-000000635_DATA_046.pdf | |
| | | NIKE_00003658 | 20190501_052-000000635_DATA_048.pdf | |
| | | NIKE_00003660 | 20190501_052-000000635_DATA_049.pdf | |
| | | NIKE_00003662 | 20190501_052-000000635_DATA_050.pdf | |
| | | NIKE_00003664 | 20190501_052-000000635_DATA_051.pdf | |
| | | NIKE_00003666 | 20190501_052-000000635_DATA_052.pdf | |
| | | NIKE_00003668 | 20190501_052-000000635_DATA_053.pdf | |
| | | NIKE_00003670 | 20190501_052-000000635_DATA_057.pdf | |
| | | NIKE_00003672 | 20190501_052-000000635_DATA_058.pdf | |
| | | NIKE_00003674 | 20190501_052-000000635_DATA_059.pdf | |
| | | NIKE_00003676 | 20190501_052-000000635_DATA_060.pdf | |
| | | NIKE_00003678 | 20190501_052-000000635_DATA_066.pdf | |
| | | NIKE_00003680 | 20190501_052-000000635_DATA_068.pdf | |
| | | NIKE_00003682 | 20190501_052-000000635_DATA_069.pdf | |
| | | NIKE_00003684 | 20190501_052-000000635_DATA_070.pdf | |
| | | NIKE_00003686 | 20190501_052-000000635_DATA_071.pdf | |
| | | NIKE_00003688 | 20190501_052-000000635_DATA_075.pdf | |
| | | NIKE_00003690 | 20190501_052-000000635_DATA_077.pdf | |
| | | NIKE_00003692 | 20190501_052-000000635_DATA_078.pdf | |
| | | NIKE_00003694 | 20190501_052-000000635_DATA_079.pdf | |
| | | NIKE_00003696 | 20190501_052-000000635_DATA_082.pdf | |
| | | NIKE_00003698 | 20190501_052-000000635_DATA_084.pdf | |
| | | NIKE_00003700 | 20190501_052-000000635_DATA_086.pdf | |
| | | NIKE_00003702 | 20190501_052-000000635_DATA_087.pdf | |
| | | NIKE_00003704 | 20190501_052-000000635_DATA_088.pdf | |
| | | NIKE_00003706 | 20190501_052-000000635_DATA_089.pdf | |
| | | NIKE_00003708 | 20190501_052-000000636_DESIGN_001.pdf | |
| | | NIKE_00003710 | 20190501_052-000000636_DESIGN_002.pdf | |
| | | NIKE_00003712 | 20190501_052-000000636_DESIGN_003.pdf | |
| | | NIKE_00003714 | 20190501_052-000000636_DESIGN_004.pdf | |
| | | NIKE_00003716 | 20190501_052-000000636_DESIGN_005.pdf | |
| | | NIKE_00003718 | 20190501_052-000000636_DESIGN_006.pdf | |
| | | NIKE_00003720 | 20190501_052-000000636_DESIGN_007.pdf | |
| | | NIKE_00003722 | 20190501_052-000000636_DESIGN_008.pdf | |
| | | NIKE_00003724 | 20190501_052-000000636_DESIGN_010.pdf | |
| | | NIKE_00003726 | 20190501_052-000000636_DESIGN_011.pdf | |
| | | NIKE_00003728 | 20190501_052-000000636_DESIGN_012.pdf | |
| | | NIKE_00003730 | 20190501_052-000000636_DESIGN_013.pdf | |
| | | NIKE_00003732 | 20190501_052-000000636_DESIGN_014.pdf | |
| | | NIKE_00003734 | 20190501_052-000000636_DESIGN_015.pdf | |
| | | NIKE_00003736 | 20190501_052-000000636_DESIGN_016.pdf | |
| | | NIKE_00003738 | 20190501_052-000000636_DESIGN_022.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00003740 | 20190501_052-000000636_DESIGN_023.pdf | |
| | | NIKE_00003742 | 20190501_052-000000636_DESIGN_024.pdf | |
| | | NIKE_00003744 | 20190501_052-000000636_DESIGN_025.pdf | |
| | | NIKE_00003746 | 20190501_052-000000636_DESIGN_026.pdf | |
| | | NIKE_00003748 | 20190501_052-000000636_DESIGN_027.pdf | |
| | | NIKE_00003750 | 20190501_052-000000636_DESIGN_028.pdf | |
| | | NIKE_00003752 | 20190501_052-000000636_DESIGN_031.pdf | |
| | | NIKE_00003754 | 20190501_052-000000636_DESIGN_032.pdf | |
| | | NIKE_00003756 | 20190501_052-000000636_DESIGN_033.pdf | |
| | | NIKE_00003758 | 20190501_052-000000636_DESIGN_034.pdf | |
| | | NIKE_00003760 | 20190501_052-000000636_DESIGN_035.pdf | |
| | | NIKE_00003762 | 20190501_052-000000636_DESIGN_036.pdf | |
| | | NIKE_00003764 | 20190501_052-000000636_DESIGN_037.pdf | |
| | | NIKE_00003766 | 20190501_052-000000636_DESIGN_041.pdf | |
| | | NIKE_00003768 | 20190501_052-000000636_DESIGN_042.pdf | |
| | | NIKE_00003770 | 20190501_052-000000636_DESIGN_043.pdf | |
| | | NIKE_00003772 | 20190501_052-000000636_DESIGN_044.pdf | |
| | | NIKE_00003774 | 20190501_052-000000636_DESIGN_045.pdf | |
| | | NIKE_00003776 | 20190501_052-000000636_DESIGN_046.pdf | |
| | | NIKE_00003778 | 20190501_052-000000636_DESIGN_047.pdf | |
| | | NIKE_00003780 | 20190501_052-000000636_DESIGN_048.pdf | |
| | | NIKE_00003782 | 20190501_052-000000636_DESIGN_049.pdf | |
| | | NIKE_00003784 | 20190501_052-000000636_DESIGN_050.pdf | |
| | | NIKE_00003786 | 20190501_052-000000636_DESIGN_051.pdf | |
| | | NIKE_00003788 | 20190501_052-000000636_DESIGN_052.pdf | |
| | | NIKE_00003790 | 20190501_052-000000636_DESIGN_059.pdf | |
| | | NIKE_00003792 | 20190501_052-000000636_DESIGN_060.pdf | |
| | | NIKE_00003794 | 20190501_052-000000636_DESIGN_061.pdf | |
| | | NIKE_00003796 | 20190501_052-000000636_DESIGN_062.pdf | |
| | | NIKE_00003798 | 20190501_052-000000636_DESIGN_063.pdf | |
| | | NIKE_00003800 | 20190501_052-000000636_DESIGN_064.pdf | |
| | | NIKE_00003802 | 20190501_052-000000636_DESIGN_065.pdf | |
| | | NIKE_00003804 | 20190501_052-000000636_DESIGN_066.pdf | |
| | | NIKE_00003806 | 20190501_052-000000636_DESIGN_067.pdf | |
| | | NIKE_00003808 | 20190501_052-000000636_DESIGN_069.pdf | |
| | | NIKE_00003810 | 20190501_052-000000636_DESIGN_070.pdf | |
| | | NIKE_00003812 | 20190501_052-000000636_DESIGN_071.pdf | |
| | | NIKE_00003814 | 20190501_052-000000636_DESIGN_072.pdf | |
| | | NIKE_00003816 | 20190501_052-000000636_DESIGN_073.pdf | |
| | | NIKE_00003818 | 20190501_052-000000636_DESIGN_074.pdf | |
| | | NIKE_00003820 | 20190501_052-000000636_DESIGN_075.pdf | |
| | | NIKE_00003822 | 20190501_052-000000636_DESIGN_076.pdf | |
| | | NIKE_00003824 | 20190501_052-000000636_DESIGN_078.pdf | |
| | | NIKE_00003826 | 20190501_052-000000636_DESIGN_079.pdf | |
| | | NIKE_00003828 | 20190501_052-000000636_DESIGN_080.pdf | |
| | | NIKE_00003830 | 20190501_052-000000636_DESIGN_081.pdf | |
| | | NIKE_00003832 | 20190501_052-000000636_DESIGN_082.pdf | |
| | | NIKE_00003834 | 20190501_052-000000636_DESIGN_083.pdf | |
| | | NIKE_00003836 | 20190501_052-000000636_DESIGN_085.pdf | |
| | | NIKE_00003838 | 20190501_052-000000636_DESIGN_086.pdf | |
| | | NIKE_00003840 | 20190501_052-000000636_DESIGN_087.pdf | |
| | | NIKE_00003842 | 20190501_052-000000636_DESIGN_088.pdf | |
| | | NIKE_00003844 | 20190501_052-000000636_DESIGN_089.pdf | |
| | | NIKE_00003846 | 20190501_052-000000636_DESIGN_090.pdf | |
| | | NIKE_00003848 | 20190501_052-000000636_DESIGN_091.pdf | |
| | | NIKE_00003850 | 20190501_052-000000636_DESIGN_093.pdf | |
| | | NIKE_00003852 | 20190501_052-000000636_DESIGN_095.pdf | |
| | | NIKE_00003854 | 20190501_052-000000636_DESIGN_098.pdf | |
| | | NIKE_00003856 | 20190501_052-000000636_DESIGN_101.pdf | |
| | | NIKE_00003858 | 20190501_052-000000636_DESIGN_102.pdf | |
| | | NIKE_00003860 | 20190501_052-000000636_DESIGN_103.pdf | |
| | | NIKE_00003862 | 20190501_052-000000636_DESIGN_105.pdf | |
| | | NIKE_00003864 | 20190501_052-000000636_DESIGN_106.pdf | |
| | | NIKE_00003866 | 20190501_052-000000636_DESIGN_108.pdf | |
| | | NIKE_00003868 | 20190501_052-000000636_DESIGN_109.pdf | |
| | | NIKE_00003870 | 20190501_052-000000636_DESIGN_110.pdf | |
| | | NIKE_00003872 | 20190501_052-000000636_DESIGN_111.pdf | |
| | | NIKE_00003874 | 20190501_052-000000636_DESIGN_112.pdf | |
| | | NIKE_00003876 | 20190501_052-000000636_DESIGN_117.pdf | |
| | | NIKE_00003878 | 20190501_052-000000636_DESIGN_118.pdf | |
| | | NIKE_00003880 | 20190501_052-000000636_DESIGN_119.pdf | |
| | | NIKE_00003882 | 20190501_052-000000636_DESIGN_120.pdf | |
| | | NIKE_00003884 | 20190501_052-000000636_DESIGN_123.pdf | |
| | | NIKE_00003886 | 20190501_052-000000636_DESIGN_124.pdf | |
| | | NIKE_00003888 | 20190501_052-000000636_DESIGN_125.pdf | |
| | | NIKE_00003890 | 20190501_052-000000636_DESIGN_126.pdf | |
| | | NIKE_00003892 | 20190501_052-000000636_DESIGN_128.pdf | |
| | | NIKE_00003894 | 20190501_052-000000636_DESIGN_129.pdf | |
| | | NIKE_00003896 | 20190501_052-000000636_DESIGN_130.pdf | |
| | | NIKE_00003898 | 20190501_052-000000636_DESIGN_131.pdf | |
| | | NIKE_00003900 | 20190501_052-000000637_DIGITAL_001.pdf | |
| | | NIKE_00003902 | 20190501_052-000000637_DIGITAL_002.pdf | |
| | | NIKE_00003904 | 20190501_052-000000637_DIGITAL_003.pdf | |
| | | NIKE_00003906 | 20190501_052-000000637_DIGITAL_004.pdf | |
| | | NIKE_00003908 | 20190501_052-000000637_DIGITAL_005.pdf | |
| | | NIKE_00003910 | 20190501_052-000000637_DIGITAL_006.pdf | |
| | | NIKE_00003912 | 20190501_052-000000637_DIGITAL_007.pdf | |
| | | NIKE_00003914 | 20190501_052-000000637_DIGITAL_008.pdf | |
| | | NIKE_00003916 | 20190501_052-000000637_DIGITAL_009.pdf | |
| | | NIKE_00003918 | 20190501_052-000000637_DIGITAL_010.pdf | |
| | | NIKE_00003920 | 20190501_052-000000637_DIGITAL_011.pdf | |
| | | NIKE_00003922 | 20190501_052-000000637_DIGITAL_012.pdf | |
| | | NIKE_00003924 | 20190501_052-000000637_DIGITAL_013.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00003926 | 20190501_052-000000637_DIGITAL_014.pdf | |
| | | NIKE_00003928 | 20190501_052-000000637_DIGITAL_015.pdf | |
| | | NIKE_00003930 | 20190501_052-000000637_DIGITAL_016.pdf | |
| | | NIKE_00003932 | 20190501_052-000000637_DIGITAL_017.pdf | |
| | | NIKE_00003934 | 20190501_052-000000637_DIGITAL_018.pdf | |
| | | NIKE_00003936 | 20190501_052-000000637_DIGITAL_019.pdf | |
| | | NIKE_00003938 | 20190501_052-000000637_DIGITAL_020.pdf | |
| | | NIKE_00003940 | 20190501_052-000000637_DIGITAL_021.pdf | |
| | | NIKE_00003942 | 20190501_052-000000637_DIGITAL_022.pdf | |
| | | NIKE_00003944 | 20190501_052-000000637_DIGITAL_023.pdf | |
| | | NIKE_00003946 | 20190501_052-000000637_DIGITAL_024.pdf | |
| | | NIKE_00003948 | 20190501_052-000000637_DIGITAL_025.pdf | |
| | | NIKE_00003950 | 20190501_052-000000637_DIGITAL_027.pdf | |
| | | NIKE_00003952 | 20190501_052-000000637_DIGITAL_030.pdf | |
| | | NIKE_00003954 | 20190501_052-000000637_DIGITAL_039.pdf | |
| | | NIKE_00003956 | 20190501_052-000000637_DIGITAL_040.pdf | |
| | | NIKE_00003958 | 20190501_052-000000637_DIGITAL_041.pdf | |
| | | NIKE_00003960 | 20190501_052-000000637_DIGITAL_042.pdf | |
| | | NIKE_00003962 | 20190501_052-000000637_DIGITAL_043.pdf | |
| | | NIKE_00003964 | 20190501_052-000000637_DIGITAL_044.pdf | |
| | | NIKE_00003966 | 20190501_052-000000637_DIGITAL_046.pdf | |
| | | NIKE_00003968 | 20190501_052-000000637_DIGITAL_047.pdf | |
| | | NIKE_00003970 | 20190501_052-000000637_DIGITAL_048.pdf | |
| | | NIKE_00003972 | 20190501_052-000000637_DIGITAL_049.pdf | |
| | | NIKE_00003974 | 20190501_052-000000637_DIGITAL_050.pdf | |
| | | NIKE_00003976 | 20190501_052-000000637_DIGITAL_051.pdf | |
| | | NIKE_00003978 | 20190501_052-000000637_DIGITAL_052.pdf | |
| | | NIKE_00003980 | 20190501_052-000000637_DIGITAL_053.pdf | |
| | | NIKE_00003982 | 20190501_052-000000637_DIGITAL_054.pdf | |
| | | NIKE_00003984 | 20190501_052-000000637_DIGITAL_056.pdf | |
| | | NIKE_00003986 | 20190501_052-000000637_DIGITAL_058.pdf | |
| | | NIKE_00003988 | 20190501_052-000000637_DIGITAL_059.pdf | |
| | | NIKE_00003990 | 20190501_052-000000637_DIGITAL_061.pdf | |
| | | NIKE_00003992 | 20190501_052-000000637_DIGITAL_064.pdf | |
| | | NIKE_00003994 | 20190501_052-000000637_DIGITAL_066.pdf | |
| | | NIKE_00003996 | 20190501_052-000000637_DIGITAL_067.pdf | |
| | | NIKE_00003998 | 20190501_052-000000637_DIGITAL_068.pdf | |
| | | NIKE_00004000 | 20190501_052-000000637_DIGITAL_070.pdf | |
| | | NIKE_00004002 | 20190501_052-000000637_DIGITAL_072.pdf | |
| | | NIKE_00004004 | 20190501_052-000000639_GENMAG_002.pdf | |
| | | NIKE_00004006 | 20190501_052-000000639_GENMAG_003.pdf | |
| | | NIKE_00004008 | 20190501_052-000000639_GENMAG_004.pdf | |
| | | NIKE_00004010 | 20190501_052-000000639_GENMAG_006.pdf | |
| | | NIKE_00004012 | 20190501_052-000000639_GENMAG_008.pdf | |
| | | NIKE_00004014 | 20190501_052-000000639_GENMAG_009.pdf | |
| | | NIKE_00004016 | 20190501_052-000000639_GENMAG_012.pdf | |
| | | NIKE_00004018 | 20190501_052-000000639_GENMAG_014.pdf | |
| | | NIKE_00004020 | 20190501_052-000000639_GENMAG_015.pdf | |
| | | NIKE_00004022 | 20190501_052-000000639_GENMAG_018.pdf | |
| | | NIKE_00004024 | 20190501_052-000000639_GENMAG_020.pdf | |
| | | NIKE_00004026 | 20190501_052-000000639_GENMAG_021.pdf | |
| | | NIKE_00004028 | 20190501_052-000000643_LOGSVCS_002.pdf | |
| | | NIKE_00004030 | 20190501_052-000000643_LOGSVCS_003.pdf | |
| | | NIKE_00004032 | 20190501_052-000000643_LOGSVCS_004.pdf | |
| | | NIKE_00004034 | 20190501_052-000000643_LOGSVCS_005.pdf | |
| | | NIKE_00004036 | 20190501_052-000000643_LOGSVCS_006.pdf | |
| | | NIKE_00004038 | 20190501_052-000000643_LOGSVCS_007.pdf | |
| | | NIKE_00004040 | 20190501_052-000000643_LOGSVCS_010.pdf | |
| | | NIKE_00004042 | 20190501_052-000000643_LOGSVCS_011.pdf | |
| | | NIKE_00004044 | 20190501_052-000000643_LOGSVCS_012.pdf | |
| | | NIKE_00004046 | 20190501_052-000000643_LOGSVCS_013.pdf | |
| | | NIKE_00004048 | 20190501_052-000000643_LOGSVCS_014.pdf | |
| | | NIKE_00004050 | 20190501_052-000000643_LOGSVCS_016.pdf | |
| | | NIKE_00004052 | 20190501_052-000000643_LOGSVCS_017.pdf | |
| | | NIKE_00004054 | 20190501_052-000000643_LOGSVCS_018.pdf | |
| | | NIKE_00004056 | 20190501_052-000000643_LOGSVCS_019.pdf | |
| | | NIKE_00004058 | 20190501_052-000000643_LOGSVCS_020.pdf | |
| | | NIKE_00004060 | 20190501_052-000000643_LOGSVCS_021.pdf | |
| | | NIKE_00004062 | 20190501_052-000000643_LOGSVCS_022.pdf | |
| | | NIKE_00004064 | 20190501_052-000000643_LOGSVCS_023.pdf | |
| | | NIKE_00004066 | 20190501_052-000000643_LOGSVCS_025.pdf | |
| | | NIKE_00004068 | 20190501_052-000000643_LOGSVCS_035.pdf | |
| | | NIKE_00004070 | 20190501_052-000000643_LOGSVCS_037.pdf | |
| | | NIKE_00004072 | 20190501_052-000000643_LOGSVCS_038.pdf | |
| | | NIKE_00004074 | 20190501_052-000000643_LOGSVCS_054.pdf | |
| | | NIKE_00004076 | 20190501_052-000000643_LOGSVCS_055.pdf | |
| | | NIKE_00004078 | 20190501_052-000000643_LOGSVCS_058.pdf | |
| | | NIKE_00004080 | 20190501_052-000000643_LOGSVCS_060.pdf | |
| | | NIKE_00004082 | 20190501_052-000000643_LOGSVCS_061.pdf | |
| | | NIKE_00004084 | 20190501_052-000000643_LOGSVCS_062.pdf | |
| | | NIKE_00004086 | 20190501_052-000000643_LOGSVCS_063.pdf | |
| | | NIKE_00004088 | 20190501_052-000000643_LOGSVCS_065.pdf | |
| | | NIKE_00004090 | 20190501_052-000000643_LOGSVCS_069.pdf | |
| | | NIKE_00004092 | 20190501_052-000000643_LOGSVCS_070.pdf | |
| | | NIKE_00004094 | 20190501_052-000000643_LOGSVCS_075.pdf | |
| | | NIKE_00004096 | 20190501_052-000000643_LOGSVCS_076.pdf | |
| | | NIKE_00004098 | 20190501_052-000000643_LOGSVCS_077.pdf | |
| | | NIKE_00004100 | 20190501_052-000000643_LOGSVCS_078.pdf | |
| | | NIKE_00004102 | 20190501_052-000000643_LOGSVCS_079.pdf | |
| | | NIKE_00004104 | 20190501_052-000000643_LOGSVCS_080.pdf | |
| | | NIKE_00004106 | 20190501_052-000000643_LOGSVCS_082.pdf | |
| | | NIKE_00004108 | 20190501_052-000000643_LOGSVCS_083.pdf | |
| | | NIKE_00004110 | 20190501_052-000000643_LOGSVCS_084.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00004112 | 20190501_052-000000643_LOGSVCS_085.pdf | |
| | | NIKE_00004114 | 20190501_052-000000643_LOGSVCS_086.pdf | |
| | | NIKE_00004116 | 20190501_052-000000643_LOGSVCS_087.pdf | |
| | | NIKE_00004118 | 20190501_052-000000643_LOGSVCS_091.pdf | |
| | | NIKE_00004120 | 20190501_052-000000643_LOGSVCS_092.pdf | |
| | | NIKE_00004122 | 20190501_052-000000643_LOGSVCS_093.pdf | |
| | | NIKE_00004124 | 20190501_052-000000643_LOGSVCS_094.pdf | |
| | | NIKE_00004126 | 20190501_052-000000643_LOGSVCS_095.pdf | |
| | | NIKE_00004128 | 20190501_052-000000643_LOGSVCS_096.pdf | |
| | | NIKE_00004130 | 20190501_052-000000643_LOGSVCS_097.pdf | |
| | | NIKE_00004132 | 20190501_052-000000643_LOGSVCS_105.pdf | |
| | | NIKE_00004134 | 20190501_052-000000643_LOGSVCS_107.pdf | |
| | | NIKE_00004136 | 20190501_052-000000643_LOGSVCS_108.pdf | |
| | | NIKE_00004138 | 20190501_052-000000643_LOGSVCS_109.pdf | |
| | | NIKE_00004140 | 20190501_052-000000643_LOGSVCS_110.pdf | |
| | | NIKE_00004142 | 20190501_052-000000643_LOGSVCS_111.pdf | |
| | | NIKE_00004144 | 20190501_052-000000643_LOGSVCS_112.pdf | |
| | | NIKE_00004146 | 20190501_052-000000643_LOGSVCS_113.pdf | |
| | | NIKE_00004148 | 20190501_052-000000643_LOGSVCS_114.pdf | |
| | | NIKE_00004150 | 20190501_052-000000643_LOGSVCS_119.pdf | |
| | | NIKE_00004152 | 20190501_052-000000643_LOGSVCS_120.pdf | |
| | | NIKE_00004154 | 20190501_052-000000643_LOGSVCS_122.pdf | |
| | | NIKE_00004156 | 20190501_052-000000643_LOGSVCS_123.pdf | |
| | | NIKE_00004158 | 20190501_052-000000643_LOGSVCS_124.pdf | |
| | | NIKE_00004160 | 20190501_052-000000643_LOGSVCS_125.pdf | |
| | | NIKE_00004162 | 20190501_052-000000643_LOGSVCS_126.pdf | |
| | | NIKE_00004164 | 20190501_052-000000643_LOGSVCS_128.pdf | |
| | | NIKE_00004166 | 20190501_052-000000643_LOGSVCS_129.pdf | |
| | | NIKE_00004168 | 20190501_052-000000643_LOGSVCS_130.pdf | |
| | | NIKE_00004170 | 20190501_052-000000643_LOGSVCS_132.pdf | |
| | | NIKE_00004172 | 20190501_052-000000643_LOGSVCS_133.pdf | |
| | | NIKE_00004174 | 20190501_052-000000643_LOGSVCS_135.pdf | |
| | | NIKE_00004176 | 20190501_052-000000643_LOGSVCS_137.pdf | |
| | | NIKE_00004178 | 20190501_052-000000643_LOGSVCS_138.pdf | |
| | | NIKE_00004180 | 20190501_052-000000643_LOGSVCS_139.pdf | |
| | | NIKE_00004182 | 20190501_052-000000643_LOGSVCS_140.pdf | |
| | | NIKE_00004184 | 20190501_052-000000644_MANUSOUR_001.pdf | |
| | | NIKE_00004186 | 20190501_052-000000644_MANUSOUR_002.pdf | |
| | | NIKE_00004188 | 20190501_052-000000644_MANUSOUR_004.pdf | |
| | | NIKE_00004190 | 20190501_052-000000644_MANUSOUR_005.pdf | |
| | | NIKE_00004192 | 20190501_052-000000644_MANUSOUR_006.pdf | |
| | | NIKE_00004194 | 20190501_052-000000644_MANUSOUR_007.pdf | |
| | | NIKE_00004196 | 20190501_052-000000644_MANUSOUR_008.pdf | |
| | | NIKE_00004198 | 20190501_052-000000644_MANUSOUR_009.pdf | |
| | | NIKE_00004200 | 20190501_052-000000644_MANUSOUR_010.pdf | |
| | | NIKE_00004202 | 20190501_052-000000644_MANUSOUR_011.pdf | |
| | | NIKE_00004204 | 20190501_052-000000644_MANUSOUR_012.pdf | |
| | | NIKE_00004206 | 20190501_052-000000644_MANUSOUR_013.pdf | |
| | | NIKE_00004208 | 20190501_052-000000644_MANUSOUR_017.pdf | |
| | | NIKE_00004210 | 20190501_052-000000644_MANUSOUR_018.pdf | |
| | | NIKE_00004212 | 20190501_052-000000644_MANUSOUR_019.pdf | |
| | | NIKE_00004214 | 20190501_052-000000644_MANUSOUR_026.pdf | |
| | | NIKE_00004216 | 20190501_052-000000644_MANUSOUR_027.pdf | |
| | | NIKE_00004218 | 20190501_052-000000644_MANUSOUR_028.pdf | |
| | | NIKE_00004220 | 20190501_052-000000644_MANUSOUR_029.pdf | |
| | | NIKE_00004222 | 20190501_052-000000644_MANUSOUR_030.pdf | |
| | | NIKE_00004224 | 20190501_052-000000644_MANUSOUR_033.pdf | |
| | | NIKE_00004226 | 20190501_052-000000644_MANUSOUR_034.pdf | |
| | | NIKE_00004228 | 20190501_052-000000644_MANUSOUR_035.pdf | |
| | | NIKE_00004230 | 20190501_052-000000644_MANUSOUR_036.pdf | |
| | | NIKE_00004232 | 20190501_052-000000644_MANUSOUR_040.pdf | |
| | | NIKE_00004234 | 20190501_052-000000644_MANUSOUR_043.pdf | |
| | | NIKE_00004236 | 20190501_052-000000644_MANUSOUR_044.pdf | |
| | | NIKE_00004238 | 20190501_052-000000644_MANUSOUR_046.pdf | |
| | | NIKE_00004240 | 20190501_052-000000644_MANUSOUR_047.pdf | |
| | | NIKE_00004242 | 20190501_052-000000644_MANUSOUR_048.pdf | |
| | | NIKE_00004244 | 20190501_052-000000644_MANUSOUR_050.pdf | |
| | | NIKE_00004246 | 20190501_052-000000644_MANUSOUR_051.pdf | |
| | | NIKE_00004248 | 20190501_052-000000644_MANUSOUR_052.pdf | |
| | | NIKE_00004250 | 20190501_052-000000644_MANUSOUR_053.pdf | |
| | | NIKE_00004252 | 20190501_052-000000644_MANUSOUR_054.pdf | |
| | | NIKE_00004254 | 20190501_052-000000644_MANUSOUR_055.pdf | |
| | | NIKE_00004256 | 20190501_052-000000644_MANUSOUR_057.pdf | |
| | | NIKE_00004258 | 20190501_052-000000644_MANUSOUR_062.pdf | |
| | | NIKE_00004260 | 20190501_052-000000644_MANUSOUR_063.pdf | |
| | | NIKE_00004262 | 20190501_052-000000644_MANUSOUR_064.pdf | |
| | | NIKE_00004264 | 20190501_052-000000644_MANUSOUR_065.pdf | |
| | | NIKE_00004266 | 20190501_052-000000644_MANUSOUR_068.pdf | |
| | | NIKE_00004268 | 20190501_052-000000644_MANUSOUR_070.pdf | |
| | | NIKE_00004270 | 20190501_052-000000644_MANUSOUR_071.pdf | |
| | | NIKE_00004272 | 20190501_052-000000644_MANUSOUR_075.pdf | |
| | | NIKE_00004274 | 20190501_052-000000644_MANUSOUR_076.pdf | |
| | | NIKE_00004276 | 20190501_052-000000644_MANUSOUR_077.pdf | |
| | | NIKE_00004278 | 20190501_052-000000644_MANUSOUR_078.pdf | |
| | | NIKE_00004280 | 20190501_052-000000644_MANUSOUR_079.pdf | |
| | | NIKE_00004282 | 20190501_052-000000644_MANUSOUR_080.pdf | |
| | | NIKE_00004284 | 20190501_052-000000644_MANUSOUR_081.pdf | |
| | | NIKE_00004286 | 20190501_052-000000644_MANUSOUR_082.pdf | |
| | | NIKE_00004288 | 20190501_052-000000644_MANUSOUR_083.pdf | |
| | | NIKE_00004290 | 20190501_052-000000644_MANUSOUR_085.pdf | |
| | | NIKE_00004292 | 20190501_052-000000644_MANUSOUR_092.pdf | |
| | | NIKE_00004294 | 20190501_052-000000644_MANUSOUR_093.pdf | |
| | | NIKE_00004296 | 20190501_052-000000644_MANUSOUR_096.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00004298 | 20190501_052-000000644_MANUSOUR_097.pdf | |
| | | NIKE_00004300 | 20190501_052-000000644_MANUSOUR_098.pdf | |
| | | NIKE_00004302 | 20190501_052-000000644_MANUSOUR_099.pdf | |
| | | NIKE_00004304 | 20190501_052-000000644_MANUSOUR_100.pdf | |
| | | NIKE_00004306 | 20190501_052-000000644_MANUSOUR_101.pdf | |
| | | NIKE_00004308 | 20190501_052-000000644_MANUSOUR_102.pdf | |
| | | NIKE_00004310 | 20190501_052-000000644_MANUSOUR_103.pdf | |
| | | NIKE_00004312 | 20190501_052-000000644_MANUSOUR_104.pdf | |
| | | NIKE_00004314 | 20190501_052-000000644_MANUSOUR_105.pdf | |
| | | NIKE_00004316 | 20190501_052-000000644_MANUSOUR_109.pdf | |
| | | NIKE_00004318 | 20190501_052-000000644_MANUSOUR_112.pdf | |
| | | NIKE_00004320 | 20190501_052-000000644_MANUSOUR_113.pdf | |
| | | NIKE_00004322 | 20190501_052-000000644_MANUSOUR_114.pdf | |
| | | NIKE_00004324 | 20190501_052-000000644_MANUSOUR_115.pdf | |
| | | NIKE_00004326 | 20190501_052-000000644_MANUSOUR_116.pdf | |
| | | NIKE_00004328 | 20190501_052-000000644_MANUSOUR_119.pdf | |
| | | NIKE_00004330 | 20190501_052-000000644_MANUSOUR_120.pdf | |
| | | NIKE_00004332 | 20190501_052-000000644_MANUSOUR_121.pdf | |
| | | NIKE_00004334 | 20190501_052-000000644_MANUSOUR_123.pdf | |
| | | NIKE_00004336 | 20190501_052-000000644_MANUSOUR_125.pdf | |
| | | NIKE_00004338 | 20190501_052-000000644_MANUSOUR_126.pdf | |
| | | NIKE_00004340 | 20190501_052-000000644_MANUSOUR_133.pdf | |
| | | NIKE_00004342 | 20190501_052-000000644_MANUSOUR_135.pdf | |
| | | NIKE_00004344 | 20190501_052-000000644_MANUSOUR_136.pdf | |
| | | NIKE_00004346 | 20190501_052-000000644_MANUSOUR_146.pdf | |
| | | NIKE_00004348 | 20190501_052-000000644_MANUSOUR_147.pdf | |
| | | NIKE_00004350 | 20190501_052-000000644_MANUSOUR_149.pdf | |
| | | NIKE_00004352 | 20190501_052-000000644_MANUSOUR_150.pdf | |
| | | NIKE_00004354 | 20190501_052-000000644_MANUSOUR_155.pdf | |
| | | NIKE_00004356 | 20190501_052-000000644_MANUSOUR_158.pdf | |
| | | NIKE_00004358 | 20190501_052-000000644_MANUSOUR_159.pdf | |
| | | NIKE_00004360 | 20190501_052-000000645_MKTING_001.pdf | |
| | | NIKE_00004362 | 20190501_052-000000645_MKTING_002.pdf | |
| | | NIKE_00004364 | 20190501_052-000000645_MKTING_003.pdf | |
| | | NIKE_00004366 | 20190501_052-000000645_MKTING_004.pdf | |
| | | NIKE_00004368 | 20190501_052-000000645_MKTING_005.pdf | |
| | | NIKE_00004370 | 20190501_052-000000645_MKTING_006.pdf | |
| | | NIKE_00004372 | 20190501_052-000000645_MKTING_007.pdf | |
| | | NIKE_00004374 | 20190501_052-000000645_MKTING_008.pdf | |
| | | NIKE_00004376 | 20190501_052-000000645_MKTING_009.pdf | |
| | | NIKE_00004378 | 20190501_052-000000645_MKTING_010.pdf | |
| | | NIKE_00004380 | 20190501_052-000000645_MKTING_011.pdf | |
| | | NIKE_00004382 | 20190501_052-000000645_MKTING_012.pdf | |
| | | NIKE_00004384 | 20190501_052-000000645_MKTING_013.pdf | |
| | | NIKE_00004386 | 20190501_052-000000645_MKTING_014.pdf | |
| | | NIKE_00004388 | 20190501_052-000000645_MKTING_015.pdf | |
| | | NIKE_00004390 | 20190501_052-000000645_MKTING_016.pdf | |
| | | NIKE_00004392 | 20190501_052-000000645_MKTING_017.pdf | |
| | | NIKE_00004394 | 20190501_052-000000645_MKTING_018.pdf | |
| | | NIKE_00004396 | 20190501_052-000000645_MKTING_019.pdf | |
| | | NIKE_00004398 | 20190501_052-000000645_MKTING_020.pdf | |
| | | NIKE_00004400 | 20190501_052-000000645_MKTING_021.pdf | |
| | | NIKE_00004402 | 20190501_052-000000645_MKTING_022.pdf | |
| | | NIKE_00004404 | 20190501_052-000000645_MKTING_023.pdf | |
| | | NIKE_00004406 | 20190501_052-000000645_MKTING_024.pdf | |
| | | NIKE_00004408 | 20190501_052-000000645_MKTING_025.pdf | |
| | | NIKE_00004410 | 20190501_052-000000645_MKTING_031.pdf | |
| | | NIKE_00004412 | 20190501_052-000000645_MKTING_033.pdf | |
| | | NIKE_00004414 | 20190501_052-000000645_MKTING_035.pdf | |
| | | NIKE_00004416 | 20190501_052-000000645_MKTING_036.pdf | |
| | | NIKE_00004418 | 20190501_052-000000645_MKTING_037.pdf | |
| | | NIKE_00004420 | 20190501_052-000000645_MKTING_038.pdf | |
| | | NIKE_00004422 | 20190501_052-000000645_MKTING_039.pdf | |
| | | NIKE_00004424 | 20190501_052-000000645_MKTING_040.pdf | |
| | | NIKE_00004426 | 20190501_052-000000645_MKTING_041.pdf | |
| | | NIKE_00004428 | 20190501_052-000000645_MKTING_042.pdf | |
| | | NIKE_00004430 | 20190501_052-000000645_MKTING_043.pdf | |
| | | NIKE_00004432 | 20190501_052-000000645_MKTING_044.pdf | |
| | | NIKE_00004434 | 20190501_052-000000645_MKTING_048.pdf | |
| | | NIKE_00004436 | 20190501_052-000000645_MKTING_049.pdf | |
| | | NIKE_00004438 | 20190501_052-000000645_MKTING_050.pdf | |
| | | NIKE_00004440 | 20190501_052-000000645_MKTING_051.pdf | |
| | | NIKE_00004442 | 20190501_052-000000645_MKTING_052.pdf | |
| | | NIKE_00004444 | 20190501_052-000000645_MKTING_054.pdf | |
| | | NIKE_00004446 | 20190501_052-000000645_MKTING_055.pdf | |
| | | NIKE_00004448 | 20190501_052-000000645_MKTING_056.pdf | |
| | | NIKE_00004450 | 20190501_052-000000645_MKTING_057.pdf | |
| | | NIKE_00004452 | 20190501_052-000000645_MKTING_060.pdf | |
| | | NIKE_00004454 | 20190501_052-000000645_MKTING_063.pdf | |
| | | NIKE_00004456 | 20190501_052-000000645_MKTING_064.pdf | |
| | | NIKE_00004458 | 20190501_052-000000645_MKTING_066.pdf | |
| | | NIKE_00004460 | 20190501_052-000000645_MKTING_067.pdf | |
| | | NIKE_00004462 | 20190501_052-000000645_MKTING_068.pdf | |
| | | NIKE_00004464 | 20190501_052-000000645_MKTING_069.pdf | |
| | | NIKE_00004466 | 20190501_052-000000645_MKTING_070.pdf | |
| | | NIKE_00004468 | 20190501_052-000000645_MKTING_071.pdf | |
| | | NIKE_00004470 | 20190501_052-000000645_MKTING_072.pdf | |
| | | NIKE_00004472 | 20190501_052-000000645_MKTING_075.pdf | |
| | | NIKE_00004474 | 20190501_052-000000645_MKTING_076.pdf | |
| | | NIKE_00004476 | 20190501_052-000000645_MKTING_080.pdf | |
| | | NIKE_00004478 | 20190501_052-000000645_MKTING_082.pdf | |
| | | NIKE_00004480 | 20190501_052-000000645_MKTING_083.pdf | |
| | | NIKE_00004482 | 20190501_052-000000645_MKTING_085.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00004484 | 20190501_052-000000645_MKTING_087.pdf | |
| | | NIKE_00004486 | 20190501_052-000000645_MKTING_088.pdf | |
| | | NIKE_00004488 | 20190501_052-000000645_MKTING_089.pdf | |
| | | NIKE_00004490 | 20190501_052-000000645_MKTING_090.pdf | |
| | | NIKE_00004492 | 20190501_052-000000645_MKTING_091.pdf | |
| | | NIKE_00004494 | 20190501_052-000000645_MKTING_092.pdf | |
| | | NIKE_00004496 | 20190501_052-000000645_MKTING_096.pdf | |
| | | NIKE_00004498 | 20190501_052-000000645_MKTING_097.pdf | |
| | | NIKE_00004500 | 20190501_052-000000645_MKTING_098.pdf | |
| | | NIKE_00004502 | 20190501_052-000000645_MKTING_099.pdf | |
| | | NIKE_00004504 | 20190501_052-000000645_MKTING_100.pdf | |
| | | NIKE_00004506 | 20190501_052-000000645_MKTING_101.pdf | |
| | | NIKE_00004508 | 20190501_052-000000645_MKTING_103.pdf | |
| | | NIKE_00004510 | 20190501_052-000000645_MKTING_104.pdf | |
| | | NIKE_00004512 | 20190501_052-000000645_MKTING_105.pdf | |
| | | NIKE_00004514 | 20190501_052-000000645_MKTING_106.pdf | |
| | | NIKE_00004516 | 20190501_052-000000645_MKTING_108.pdf | |
| | | NIKE_00004518 | 20190501_052-000000645_MKTING_109.pdf | |
| | | NIKE_00004520 | 20190501_052-000000645_MKTING_110.pdf | |
| | | NIKE_00004522 | 20190501_052-000000645_MKTING_112.pdf | |
| | | NIKE_00004524 | 20190501_052-000000645_MKTING_114.pdf | |
| | | NIKE_00004526 | 20190501_052-000000645_MKTING_115.pdf | |
| | | NIKE_00004528 | 20190501_052-000000645_MKTING_117.pdf | |
| | | NIKE_00004530 | 20190501_052-000000645_MKTING_118.pdf | |
| | | NIKE_00004532 | 20190501_052-000000645_MKTING_119.pdf | |
| | | NIKE_00004534 | 20190501_052-000000645_MKTING_120.pdf | |
| | | NIKE_00004536 | 20190501_052-000000645_MKTING_121.pdf | |
| | | NIKE_00004538 | 20190501_052-000000645_MKTING_122.pdf | |
| | | NIKE_00004540 | 20190501_052-000000645_MKTING_123.pdf | |
| | | NIKE_00004542 | 20190501_052-000000645_MKTING_125.pdf | |
| | | NIKE_00004544 | 20190501_052-000000645_MKTING_126.pdf | |
| | | NIKE_00004546 | 20190501_052-000000645_MKTING_127.pdf | |
| | | NIKE_00004548 | 20190501_052-000000645_MKTING_128.pdf | |
| | | NIKE_00004550 | 20190501_052-000000645_MKTING_131.pdf | |
| | | NIKE_00004552 | 20190501_052-000000645_MKTING_133.pdf | |
| | | NIKE_00004554 | 20190501_052-000000645_MKTING_134.pdf | |
| | | NIKE_00004556 | 20190501_052-000000645_MKTING_139.pdf | |
| | | NIKE_00004558 | 20190501_052-000000645_MKTING_140.pdf | |
| | | NIKE_00004560 | 20190501_052-000000645_MKTING_142.pdf | |
| | | NIKE_00004562 | 20190501_052-000000645_MKTING_144.pdf | |
| | | NIKE_00004564 | 20190501_052-000000645_MKTING_146.pdf | |
| | | NIKE_00004566 | 20190501_052-000000645_MKTING_147.pdf | |
| | | NIKE_00004568 | 20190501_052-000000645_MKTING_149.pdf | |
| | | NIKE_00004570 | 20190501_052-000000645_MKTING_155.pdf | |
| | | NIKE_00004572 | 20190501_052-000000645_MKTING_156.pdf | |
| | | NIKE_00004574 | 20190501_052-000000645_MKTING_157.pdf | |
| | | NIKE_00004576 | 20190501_052-000000645_MKTING_158.pdf | |
| | | NIKE_00004578 | 20190501_052-000000645_MKTING_159.pdf | |
| | | NIKE_00004580 | 20190501_052-000000645_MKTING_160.pdf | |
| | | NIKE_00004582 | 20190501_052-000000645_MKTING_161.pdf | |
| | | NIKE_00004584 | 20190501_052-000000645_MKTING_162.pdf | |
| | | NIKE_00004586 | 20190501_052-000000645_MKTING_164.pdf | |
| | | NIKE_00004588 | 20190501_052-000000645_MKTING_166.pdf | |
| | | NIKE_00004590 | 20190501_052-000000645_MKTING_168.pdf | |
| | | NIKE_00004592 | 20190501_052-000000645_MKTING_169.pdf | |
| | | NIKE_00004594 | 20190501_052-000000645_MKTING_170.pdf | |
| | | NIKE_00004596 | 20190501_052-000000645_MKTING_171.pdf | |
| | | NIKE_00004598 | 20190501_052-000000645_MKTING_172.pdf | |
| | | NIKE_00004600 | 20190501_052-000000645_MKTING_173.pdf | |
| | | NIKE_00004602 | 20190501_052-000000645_MKTING_174.pdf | |
| | | NIKE_00004604 | 20190501_052-000000645_MKTING_176.pdf | |
| | | NIKE_00004606 | 20190501_052-000000645_MKTING_177.pdf | |
| | | NIKE_00004608 | 20190501_052-000000645_MKTING_178.pdf | |
| | | NIKE_00004610 | 20190501_052-000000645_MKTING_179.pdf | |
| | | NIKE_00004612 | 20190501_052-000000645_MKTING_180.pdf | |
| | | NIKE_00004614 | 20190501_052-000000645_MKTING_182.pdf | |
| | | NIKE_00004616 | 20190501_052-000000645_MKTING_183.pdf | |
| | | NIKE_00004618 | 20190501_052-000000645_MKTING_194.pdf | |
| | | NIKE_00004620 | 20190501_052-000000645_MKTING_195.pdf | |
| | | NIKE_00004622 | 20190501_052-000000645_MKTING_198.pdf | |
| | | NIKE_00004624 | 20190501_052-000000646_MERCH_001.pdf | |
| | | NIKE_00004626 | 20190501_052-000000646_MERCH_002.pdf | |
| | | NIKE_00004628 | 20190501_052-000000646_MERCH_003.pdf | |
| | | NIKE_00004630 | 20190501_052-000000646_MERCH_004.pdf | |
| | | NIKE_00004632 | 20190501_052-000000646_MERCH_005.pdf | |
| | | NIKE_00004634 | 20190501_052-000000646_MERCH_010.pdf | |
| | | NIKE_00004636 | 20190501_052-000000646_MERCH_011.pdf | |
| | | NIKE_00004638 | 20190501_052-000000646_MERCH_012.pdf | |
| | | NIKE_00004640 | 20190501_052-000000646_MERCH_013.pdf | |
| | | NIKE_00004642 | 20190501_052-000000646_MERCH_014.pdf | |
| | | NIKE_00004644 | 20190501_052-000000646_MERCH_015.pdf | |
| | | NIKE_00004646 | 20190501_052-000000646_MERCH_016.pdf | |
| | | NIKE_00004648 | 20190501_052-000000646_MERCH_018.pdf | |
| | | NIKE_00004650 | 20190501_052-000000646_MERCH_019.pdf | |
| | | NIKE_00004652 | 20190501_052-000000646_MERCH_020.pdf | |
| | | NIKE_00004654 | 20190501_052-000000646_MERCH_021.pdf | |
| | | NIKE_00004656 | 20190501_052-000000646_MERCH_022.pdf | |
| | | NIKE_00004658 | 20190501_052-000000646_MERCH_023.pdf | |
| | | NIKE_00004660 | 20190501_052-000000646_MERCH_024.pdf | |
| | | NIKE_00004662 | 20190501_052-000000646_MERCH_025.pdf | |
| | | NIKE_00004664 | 20190501_052-000000646_MERCH_026.pdf | |
| | | NIKE_00004666 | 20190501_052-000000646_MERCH_027.pdf | |
| | | NIKE_00004668 | 20190501_052-000000646_MERCH_028.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00004670 | 20190501_052-000000646_MERCH_029.pdf | |
| | | NIKE_00004672 | 20190501_052-000000646_MERCH_030.pdf | |
| | | NIKE_00004674 | 20190501_052-000000646_MERCH_031.pdf | |
| | | NIKE_00004676 | 20190501_052-000000646_MERCH_033.pdf | |
| | | NIKE_00004678 | 20190501_052-000000646_MERCH_034.pdf | |
| | | NIKE_00004680 | 20190501_052-000000646_MERCH_035.pdf | |
| | | NIKE_00004682 | 20190501_052-000000646_MERCH_036.pdf | |
| | | NIKE_00004684 | 20190501_052-000000646_MERCH_037.pdf | |
| | | NIKE_00004686 | 20190501_052-000000646_MERCH_038.pdf | |
| | | NIKE_00004688 | 20190501_052-000000646_MERCH_039.pdf | |
| | | NIKE_00004690 | 20190501_052-000000646_MERCH_040.pdf | |
| | | NIKE_00004692 | 20190501_052-000000646_MERCH_041.pdf | |
| | | NIKE_00004694 | 20190501_052-000000646_MERCH_042.pdf | |
| | | NIKE_00004696 | 20190501_052-000000646_MERCH_043.pdf | |
| | | NIKE_00004698 | 20190501_052-000000646_MERCH_044.pdf | |
| | | NIKE_00004700 | 20190501_052-000000646_MERCH_045.pdf | |
| | | NIKE_00004702 | 20190501_052-000000646_MERCH_047.pdf | |
| | | NIKE_00004704 | 20190501_052-000000646_MERCH_050.pdf | |
| | | NIKE_00004706 | 20190501_052-000000646_MERCH_055.pdf | |
| | | NIKE_00004708 | 20190501_052-000000646_MERCH_056.pdf | |
| | | NIKE_00004710 | 20190501_052-000000646_MERCH_057.pdf | |
| | | NIKE_00004712 | 20190501_052-000000646_MERCH_058.pdf | |
| | | NIKE_00004714 | 20190501_052-000000646_MERCH_059.pdf | |
| | | NIKE_00004716 | 20190501_052-000000646_MERCH_060.pdf | |
| | | NIKE_00004718 | 20190501_052-000000646_MERCH_061.pdf | |
| | | NIKE_00004720 | 20190501_052-000000646_MERCH_062.pdf | |
| | | NIKE_00004722 | 20190501_052-000000646_MERCH_063.pdf | |
| | | NIKE_00004724 | 20190501_052-000000646_MERCH_064.pdf | |
| | | NIKE_00004726 | 20190501_052-000000646_MERCH_065.pdf | |
| | | NIKE_00004728 | 20190501_052-000000646_MERCH_066.pdf | |
| | | NIKE_00004730 | 20190501_052-000000646_MERCH_067.pdf | |
| | | NIKE_00004732 | 20190501_052-000000646_MERCH_068.pdf | |
| | | NIKE_00004734 | 20190501_052-000000646_MERCH_069.pdf | |
| | | NIKE_00004736 | 20190501_052-000000646_MERCH_070.pdf | |
| | | NIKE_00004738 | 20190501_052-000000646_MERCH_071.pdf | |
| | | NIKE_00004740 | 20190501_052-000000646_MERCH_072.pdf | |
| | | NIKE_00004742 | 20190501_052-000000646_MERCH_073.pdf | |
| | | NIKE_00004744 | 20190501_052-000000646_MERCH_075.pdf | |
| | | NIKE_00004746 | 20190501_052-000000646_MERCH_076.pdf | |
| | | NIKE_00004748 | 20190501_052-000000646_MERCH_077.pdf | |
| | | NIKE_00004750 | 20190501_052-000000646_MERCH_078.pdf | |
| | | NIKE_00004752 | 20190501_052-000000646_MERCH_079.pdf | |
| | | NIKE_00004754 | 20190501_052-000000646_MERCH_081.pdf | |
| | | NIKE_00004756 | 20190501_052-000000646_MERCH_084.pdf | |
| | | NIKE_00004758 | 20190501_052-000000646_MERCH_090.pdf | |
| | | NIKE_00004760 | 20190501_052-000000646_MERCH_091.pdf | |
| | | NIKE_00004762 | 20190501_052-000000646_MERCH_092.pdf | |
| | | NIKE_00004764 | 20190501_052-000000647_PRODCREAT_001.pdf | |
| | | NIKE_00004766 | 20190501_052-000000647_PRODCREAT_002.pdf | |
| | | NIKE_00004768 | 20190501_052-000000647_PRODCREAT_003.pdf | |
| | | NIKE_00004770 | 20190501_052-000000647_PRODCREAT_004.pdf | |
| | | NIKE_00004772 | 20190501_052-000000647_PRODCREAT_005.pdf | |
| | | NIKE_00004774 | 20190501_052-000000647_PRODCREAT_006.pdf | |
| | | NIKE_00004776 | 20190501_052-000000647_PRODCREAT_007.pdf | |
| | | NIKE_00004778 | 20190501_052-000000647_PRODCREAT_008.pdf | |
| | | NIKE_00004780 | 20190501_052-000000647_PRODCREAT_009.pdf | |
| | | NIKE_00004782 | 20190501_052-000000647_PRODCREAT_010.pdf | |
| | | NIKE_00004784 | 20190501_052-000000647_PRODCREAT_012.pdf | |
| | | NIKE_00004786 | 20190501_052-000000647_PRODCREAT_013.pdf | |
| | | NIKE_00004788 | 20190501_052-000000647_PRODCREAT_014.pdf | |
| | | NIKE_00004790 | 20190501_052-000000647_PRODCREAT_022.pdf | |
| | | NIKE_00004792 | 20190501_052-000000647_PRODCREAT_023.pdf | |
| | | NIKE_00004794 | 20190501_052-000000647_PRODCREAT_024.pdf | |
| | | NIKE_00004796 | 20190501_052-000000647_PRODCREAT_025.pdf | |
| | | NIKE_00004798 | 20190501_052-000000647_PRODCREAT_029.pdf | |
| | | NIKE_00004800 | 20190501_052-000000647_PRODCREAT_031.pdf | |
| | | NIKE_00004802 | 20190501_052-000000647_PRODCREAT_032.pdf | |
| | | NIKE_00004804 | 20190501_052-000000647_PRODCREAT_041.pdf | |
| | | NIKE_00004806 | 20190501_052-000000647_PRODCREAT_046.pdf | |
| | | NIKE_00004808 | 20190501_052-000000647_PRODCREAT_047.pdf | |
| | | NIKE_00004810 | 20190501_052-000000647_PRODCREAT_048.pdf | |
| | | NIKE_00004812 | 20190501_052-000000647_PRODCREAT_051.pdf | |
| | | NIKE_00004814 | 20190501_052-000000647_PRODCREAT_052.pdf | |
| | | NIKE_00004816 | 20190501_052-000000647_PRODCREAT_053.pdf | |
| | | NIKE_00004818 | 20190501_052-000000647_PRODCREAT_054.pdf | |
| | | NIKE_00004820 | 20190501_052-000000647_PRODCREAT_059.pdf | |
| | | NIKE_00004822 | 20190501_052-000000647_PRODCREAT_060.pdf | |
| | | NIKE_00004824 | 20190501_052-000000647_PRODCREAT_061.pdf | |
| | | NIKE_00004826 | 20190501_052-000000647_PRODCREAT_062.pdf | |
| | | NIKE_00004828 | 20190501_052-000000647_PRODCREAT_063.pdf | |
| | | NIKE_00004830 | 20190501_052-000000647_PRODCREAT_065.pdf | |
| | | NIKE_00004832 | 20190501_052-000000647_PRODCREAT_066.pdf | |
| | | NIKE_00004834 | 20190501_052-000000647_PRODCREAT_067.pdf | |
| | | NIKE_00004836 | 20190501_052-000000647_PRODCREAT_068.pdf | |
| | | NIKE_00004838 | 20190501_052-000000647_PRODCREAT_069.pdf | |
| | | NIKE_00004840 | 20190501_052-000000647_PRODCREAT_070.pdf | |
| | | NIKE_00004842 | 20190501_052-000000647_PRODCREAT_071.pdf | |
| | | NIKE_00004844 | 20190501_052-000000647_PRODCREAT_072.pdf | |
| | | NIKE_00004846 | 20190501_052-000000647_PRODCREAT_073.pdf | |
| | | NIKE_00004848 | 20190501_052-000000647_PRODCREAT_074.pdf | |
| | | NIKE_00004850 | 20190501_052-000000647_PRODCREAT_075.pdf | |
| | | NIKE_00004852 | 20190501_052-000000647_PRODCREAT_077.pdf | |
| | | NIKE_00004854 | 20190501_052-000000647_PRODCREAT_078.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00004856 | 20190501_052-000000647_PRODCREAT_079.pdf | |
| | | NIKE_00004858 | 20190501_052-000000647_PRODCREAT_080.pdf | |
| | | NIKE_00004860 | 20190501_052-000000647_PRODCREAT_081.pdf | |
| | | NIKE_00004862 | 20190501_052-000000647_PRODCREAT_083.pdf | |
| | | NIKE_00004864 | 20190501_052-000000647_PRODCREAT_084.pdf | |
| | | NIKE_00004866 | 20190501_052-000000647_PRODCREAT_087.pdf | |
| | | NIKE_00004868 | 20190501_052-000000647_PRODCREAT_088.pdf | |
| | | NIKE_00004870 | 20190501_052-000000647_PRODCREAT_090.pdf | |
| | | NIKE_00004872 | 20190501_052-000000647_PRODCREAT_093.pdf | |
| | | NIKE_00004874 | 20190501_052-000000647_PRODCREAT_094.pdf | |
| | | NIKE_00004876 | 20190501_052-000000647_PRODCREAT_095.pdf | |
| | | NIKE_00004878 | 20190501_052-000000647_PRODCREAT_096.pdf | |
| | | NIKE_00004880 | 20190501_052-000000647_PRODCREAT_097.pdf | |
| | | NIKE_00004882 | 20190501_052-000000647_PRODCREAT_102.pdf | |
| | | NIKE_00004884 | 20190501_052-000000647_PRODCREAT_103.pdf | |
| | | NIKE_00004886 | 20190501_052-000000647_PRODCREAT_104.pdf | |
| | | NIKE_00004888 | 20190501_052-000000647_PRODCREAT_105.pdf | |
| | | NIKE_00004890 | 20190501_052-000000647_PRODCREAT_106.pdf | |
| | | NIKE_00004892 | 20190501_052-000000647_PRODCREAT_107.pdf | |
| | | NIKE_00004894 | 20190501_052-000000647_PRODCREAT_111.pdf | |
| | | NIKE_00004896 | 20190501_052-000000647_PRODCREAT_112.pdf | |
| | | NIKE_00004898 | 20190501_052-000000647_PRODCREAT_113.pdf | |
| | | NIKE_00004900 | 20190501_052-000000647_PRODCREAT_114.pdf | |
| | | NIKE_00004902 | 20190501_052-000000647_PRODCREAT_115.pdf | |
| | | NIKE_00004904 | 20190501_052-000000647_PRODCREAT_119.pdf | |
| | | NIKE_00004906 | 20190501_052-000000647_PRODCREAT_120.pdf | |
| | | NIKE_00004908 | 20190501_052-000000647_PRODCREAT_121.pdf | |
| | | NIKE_00004910 | 20190501_052-000000647_PRODCREAT_122.pdf | |
| | | NIKE_00004912 | 20190501_052-000000647_PRODCREAT_125.pdf | |
| | | NIKE_00004914 | 20190501_052-000000647_PRODCREAT_126.pdf | |
| | | NIKE_00004916 | 20190501_052-000000647_PRODCREAT_127.pdf | |
| | | NIKE_00004918 | 20190501_052-000000647_PRODCREAT_128.pdf | |
| | | NIKE_00004920 | 20190501_052-000000647_PRODCREAT_129.pdf | |
| | | NIKE_00004922 | 20190501_052-000000647_PRODCREAT_130.pdf | |
| | | NIKE_00004924 | 20190501_052-000000647_PRODCREAT_131.pdf | |
| | | NIKE_00004926 | 20190501_052-000000647_PRODCREAT_132.pdf | |
| | | NIKE_00004928 | 20190501_052-000000647_PRODCREAT_133.pdf | |
| | | NIKE_00004930 | 20190501_052-000000647_PRODCREAT_134.pdf | |
| | | NIKE_00004932 | 20190501_052-000000647_PRODCREAT_135.pdf | |
| | | NIKE_00004934 | 20190501_052-000000647_PRODCREAT_136.pdf | |
| | | NIKE_00004936 | 20190501_052-000000647_PRODCREAT_137.pdf | |
| | | NIKE_00004938 | 20190501_052-000000647_PRODCREAT_141.pdf | |
| | | NIKE_00004940 | 20190501_052-000000647_PRODCREAT_142.pdf | |
| | | NIKE_00004942 | 20190501_052-000000647_PRODCREAT_143.pdf | |
| | | NIKE_00004944 | 20190501_052-000000647_PRODCREAT_144.pdf | |
| | | NIKE_00004946 | 20190501_052-000000647_PRODCREAT_146.pdf | |
| | | NIKE_00004948 | 20190501_052-000000647_PRODCREAT_147.pdf | |
| | | NIKE_00004950 | 20190501_052-000000647_PRODCREAT_152.pdf | |
| | | NIKE_00004952 | 20190501_052-000000647_PRODCREAT_154.pdf | |
| | | NIKE_00004954 | 20190501_052-000000647_PRODCREAT_155.pdf | |
| | | NIKE_00004956 | 20190501_052-000000647_PRODCREAT_156.pdf | |
| | | NIKE_00004958 | 20190501_052-000000647_PRODCREAT_163.pdf | |
| | | NIKE_00004960 | 20190501_052-000000647_PRODCREAT_166.pdf | |
| | | NIKE_00004962 | 20190501_052-000000647_PRODCREAT_167.pdf | |
| | | NIKE_00004964 | 20190501_052-000000647_PRODCREAT_168.pdf | |
| | | NIKE_00004966 | 20190501_052-000000647_PRODCREAT_169.pdf | |
| | | NIKE_00004968 | 20190501_052-000000647_PRODCREAT_171.pdf | |
| | | NIKE_00004970 | 20190501_052-000000647_PRODCREAT_172.pdf | |
| | | NIKE_00004972 | 20190501_052-000000647_PRODCREAT_174.pdf | |
| | | NIKE_00004974 | 20190501_052-000000647_PRODCREAT_175.pdf | |
| | | NIKE_00004976 | 20190501_052-000000647_PRODCREAT_177.pdf | |
| | | NIKE_00004978 | 20190501_052-000000647_PRODCREAT_178.pdf | |
| | | NIKE_00004980 | 20190501_052-000000647_PRODCREAT_179.pdf | |
| | | NIKE_00004982 | 20190501_052-000000647_PRODCREAT_181.pdf | |
| | | NIKE_00004984 | 20190501_052-000000647_PRODCREAT_184.pdf | |
| | | NIKE_00004986 | 20190501_052-000000647_PRODCREAT_187.pdf | |
| | | NIKE_00004988 | 20190501_052-000000647_PRODCREAT_188.pdf | |
| | | NIKE_00004990 | 20190501_052-000000647_PRODCREAT_189.pdf | |
| | | NIKE_00004992 | 20190501_052-000000647_PRODCREAT_190.pdf | |
| | | NIKE_00004994 | 20190501_052-000000647_PRODCREAT_191.pdf | |
| | | NIKE_00004996 | 20190501_052-000000647_PRODCREAT_192.pdf | |
| | | NIKE_00004998 | 20190501_052-000000647_PRODCREAT_193.pdf | |
| | | NIKE_00005000 | 20190501_052-000000647_PRODCREAT_194.pdf | |
| | | NIKE_00005002 | 20190501_052-000000647_PRODCREAT_195.pdf | |
| | | NIKE_00005004 | 20190501_052-000000647_PRODCREAT_196.pdf | |
| | | NIKE_00005006 | 20190501_052-000000647_PRODCREAT_203.pdf | |
| | | NIKE_00005008 | 20190501_052-000000647_PRODCREAT_204.pdf | |
| | | NIKE_00005010 | 20190501_052-000000647_PRODCREAT_205.pdf | |
| | | NIKE_00005012 | 20190501_052-000000647_PRODCREAT_209.pdf | |
| | | NIKE_00005014 | 20190501_052-000000647_PRODCREAT_210.pdf | |
| | | NIKE_00005016 | 20190501_052-000000647_PRODCREAT_211.pdf | |
| | | NIKE_00005018 | 20190501_052-000000647_PRODCREAT_213.pdf | |
| | | NIKE_00005020 | 20190501_052-000000647_PRODCREAT_215.pdf | |
| | | NIKE_00005022 | 20190501_052-000000647_PRODCREAT_217.pdf | |
| | | NIKE_00005024 | 20190501_052-000000647_PRODCREAT_220.pdf | |
| | | NIKE_00005026 | 20190501_052-000000647_PRODCREAT_223.pdf | |
| | | NIKE_00005028 | 20190501_052-000000647_PRODCREAT_224.pdf | |
| | | NIKE_00005030 | 20190501_052-000000647_PRODCREAT_225.pdf | |
| | | NIKE_00005032 | 20190501_052-000000647_PRODCREAT_226.pdf | |
| | | NIKE_00005034 | 20190501_052-000000647_PRODCREAT_227.pdf | |
| | | NIKE_00005036 | 20190501_052-000000647_PRODCREAT_228.pdf | |
| | | NIKE_00005038 | 20190501_052-000000647_PRODCREAT_229.pdf | |
| | | NIKE_00005040 | 20190501_052-000000647_PRODCREAT_232.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00005042 | 20190501_052-000000647_PRODCREAT_233.pdf | |
| | | NIKE_00005044 | 20190501_052-000000647_PRODCREAT_234.pdf | |
| | | NIKE_00005046 | 20190501_052-000000647_PRODCREAT_235.pdf | |
| | | NIKE_00005048 | 20190501_052-000000647_PRODCREAT_236.pdf | |
| | | NIKE_00005050 | 20190501_052-000000647_PRODCREAT_237.pdf | |
| | | NIKE_00005052 | 20190501_052-000000647_PRODCREAT_244.pdf | |
| | | NIKE_00005054 | 20190501_052-000000647_PRODCREAT_247.pdf | |
| | | NIKE_00005056 | 20190501_052-000000647_PRODCREAT_248.pdf | |
| | | NIKE_00005058 | 20190501_052-000000647_PRODCREAT_253.pdf | |
| | | NIKE_00005060 | 20190501_052-000000647_PRODCREAT_255.pdf | |
| | | NIKE_00005062 | 20190501_052-000000647_PRODCREAT_257.pdf | |
| | | NIKE_00005064 | 20190501_052-000000647_PRODCREAT_259.pdf | |
| | | NIKE_00005066 | 20190501_052-000000647_PRODCREAT_260.pdf | |
| | | NIKE_00005068 | 20190501_052-000000647_PRODCREAT_261.pdf | |
| | | NIKE_00005070 | 20190501_052-000000647_PRODCREAT_264.pdf | |
| | | NIKE_00005072 | 20190501_052-000000647_PRODCREAT_265.pdf | |
| | | NIKE_00005074 | 20190501_052-000000647_PRODCREAT_267.pdf | |
| | | NIKE_00005076 | 20190501_052-000000647_PRODCREAT_268.pdf | |
| | | NIKE_00005078 | 20190501_052-000000647_PRODCREAT_270.pdf | |
| | | NIKE_00005080 | 20190501_052-000000647_PRODCREAT_271.pdf | |
| | | NIKE_00005082 | 20190501_052-000000647_PRODCREAT_272.pdf | |
| | | NIKE_00005084 | 20190501_052-000000647_PRODCREAT_273.pdf | |
| | | NIKE_00005086 | 20190501_052-000000647_PRODCREAT_275.pdf | |
| | | NIKE_00005088 | 20190501_052-000000647_PRODCREAT_276.pdf | |
| | | NIKE_00005090 | 20190501_052-000000647_PRODCREAT_277.pdf | |
| | | NIKE_00005092 | 20190501_052-000000647_PRODCREAT_278.pdf | |
| | | NIKE_00005094 | 20190501_052-000000648_PRODMGMT_002.pdf | |
| | | NIKE_00005096 | 20190501_052-000000648_PRODMGMT_003.pdf | |
| | | NIKE_00005098 | 20190501_052-000000648_PRODMGMT_004.pdf | |
| | | NIKE_00005100 | 20190501_052-000000648_PRODMGMT_005.pdf | |
| | | NIKE_00005102 | 20190501_052-000000648_PRODMGMT_006.pdf | |
| | | NIKE_00005104 | 20190501_052-000000648_PRODMGMT_007.pdf | |
| | | NIKE_00005106 | 20190501_052-000000648_PRODMGMT_011.pdf | |
| | | NIKE_00005108 | 20190501_052-000000648_PRODMGMT_012.pdf | |
| | | NIKE_00005110 | 20190501_052-000000648_PRODMGMT_014.pdf | |
| | | NIKE_00005112 | 20190501_052-000000648_PRODMGMT_015.pdf | |
| | | NIKE_00005114 | 20190501_052-000000648_PRODMGMT_016.pdf | |
| | | NIKE_00005116 | 20190501_052-000000648_PRODMGMT_017.pdf | |
| | | NIKE_00005118 | 20190501_052-000000648_PRODMGMT_018.pdf | |
| | | NIKE_00005120 | 20190501_052-000000648_PRODMGMT_019.pdf | |
| | | NIKE_00005122 | 20190501_052-000000648_PRODMGMT_020.pdf | |
| | | NIKE_00005124 | 20190501_052-000000648_PRODMGMT_021.pdf | |
| | | NIKE_00005126 | 20190501_052-000000648_PRODMGMT_023.pdf | |
| | | NIKE_00005128 | 20190501_052-000000648_PRODMGMT_024.pdf | |
| | | NIKE_00005130 | 20190501_052-000000648_PRODMGMT_025.pdf | |
| | | NIKE_00005132 | 20190501_052-000000648_PRODMGMT_026.pdf | |
| | | NIKE_00005134 | 20190501_052-000000648_PRODMGMT_027.pdf | |
| | | NIKE_00005136 | 20190501_052-000000648_PRODMGMT_028.pdf | |
| | | NIKE_00005138 | 20190501_052-000000648_PRODMGMT_032.pdf | |
| | | NIKE_00005140 | 20190501_052-000000648_PRODMGMT_034.pdf | |
| | | NIKE_00005142 | 20190501_052-000000648_PRODMGMT_035.pdf | |
| | | NIKE_00005144 | 20190501_052-000000648_PRODMGMT_036.pdf | |
| | | NIKE_00005146 | 20190501_052-000000648_PRODMGMT_037.pdf | |
| | | NIKE_00005148 | 20190501_052-000000648_PRODMGMT_038.pdf | |
| | | NIKE_00005150 | 20190501_052-000000648_PRODMGMT_040.pdf | |
| | | NIKE_00005152 | 20190501_052-000000648_PRODMGMT_045.pdf | |
| | | NIKE_00005154 | 20190501_052-000000648_PRODMGMT_046.pdf | |
| | | NIKE_00005156 | 20190501_052-000000649_PROPROEX_002.pdf | |
| | | NIKE_00005158 | 20190501_052-000000649_PROPROEX_003.pdf | |
| | | NIKE_00005160 | 20190501_052-000000649_PROPROEX_004.pdf | |
| | | NIKE_00005162 | 20190501_052-000000649_PROPROEX_005.pdf | |
| | | NIKE_00005164 | 20190501_052-000000649_PROPROEX_006.pdf | |
| | | NIKE_00005166 | 20190501_052-000000649_PROPROEX_007.pdf | |
| | | NIKE_00005168 | 20190501_052-000000649_PROPROEX_009.pdf | |
| | | NIKE_00005170 | 20190501_052-000000649_PROPROEX_010.pdf | |
| | | NIKE_00005172 | 20190501_052-000000649_PROPROEX_011.pdf | |
| | | NIKE_00005174 | 20190501_052-000000649_PROPROEX_012.pdf | |
| | | NIKE_00005176 | 20190501_052-000000649_PROPROEX_013.pdf | |
| | | NIKE_00005178 | 20190501_052-000000649_PROPROEX_014.pdf | |
| | | NIKE_00005180 | 20190501_052-000000649_PROPROEX_015.pdf | |
| | | NIKE_00005182 | 20190501_052-000000649_PROPROEX_018.pdf | |
| | | NIKE_00005184 | 20190501_052-000000649_PROPROEX_019.pdf | |
| | | NIKE_00005186 | 20190501_052-000000649_PROPROEX_020.pdf | |
| | | NIKE_00005188 | 20190501_052-000000649_PROPROEX_021.pdf | |
| | | NIKE_00005190 | 20190501_052-000000649_PROPROEX_022.pdf | |
| | | NIKE_00005192 | 20190501_052-000000649_PROPROEX_023.pdf | |
| | | NIKE_00005194 | 20190501_052-000000649_PROPROEX_024.pdf | |
| | | NIKE_00005196 | 20190501_052-000000649_PROPROEX_025.pdf | |
| | | NIKE_00005198 | 20190501_052-000000649_PROPROEX_026.pdf | |
| | | NIKE_00005200 | 20190501_052-000000649_PROPROEX_027.pdf | |
| | | NIKE_00005202 | 20190501_052-000000649_PROPROEX_028.pdf | |
| | | NIKE_00005204 | 20190501_052-000000649_PROPROEX_029.pdf | |
| | | NIKE_00005206 | 20190501_052-000000649_PROPROEX_030.pdf | |
| | | NIKE_00005208 | 20190501_052-000000649_PROPROEX_031.pdf | |
| | | NIKE_00005210 | 20190501_052-000000649_PROPROEX_032.pdf | |
| | | NIKE_00005212 | 20190501_052-000000649_PROPROEX_033.pdf | |
| | | NIKE_00005214 | 20190501_052-000000649_PROPROEX_034.pdf | |
| | | NIKE_00005216 | 20190501_052-000000649_PROPROEX_035.pdf | |
| | | NIKE_00005218 | 20190501_052-000000649_PROPROEX_036.pdf | |
| | | NIKE_00005220 | 20190501_052-000000649_PROPROEX_037.pdf | |
| | | NIKE_00005222 | 20190501_052-000000649_PROPROEX_040.pdf | |
| | | NIKE_00005224 | 20190501_052-000000649_PROPROEX_042.pdf | |
| | | NIKE_00005226 | 20190501_052-000000649_PROPROEX_043.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00005228 | 20190501_052-000000649_PROPROEX_044.pdf | |
| | | NIKE_00005230 | 20190501_052-000000649_PROPROEX_047.pdf | |
| | | NIKE_00005232 | 20190501_052-000000649_PROPROEX_048.pdf | |
| | | NIKE_00005234 | 20190501_052-000000649_PROPROEX_049.pdf | |
| | | NIKE_00005236 | 20190501_052-000000649_PROPROEX_050.pdf | |
| | | NIKE_00005238 | 20190501_052-000000649_PROPROEX_051.pdf | |
| | | NIKE_00005240 | 20190501_052-000000649_PROPROEX_052.pdf | |
| | | NIKE_00005242 | 20190501_052-000000649_PROPROEX_053.pdf | |
| | | NIKE_00005244 | 20190501_052-000000649_PROPROEX_054.pdf | |
| | | NIKE_00005246 | 20190501_052-000000649_PROPROEX_055.pdf | |
| | | NIKE_00005248 | 20190501_052-000000649_PROPROEX_056.pdf | |
| | | NIKE_00005250 | 20190501_052-000000649_PROPROEX_057.pdf | |
| | | NIKE_00005252 | 20190501_052-000000649_PROPROEX_058.pdf | |
| | | NIKE_00005254 | 20190501_052-000000649_PROPROEX_059.pdf | |
| | | NIKE_00005256 | 20190501_052-000000649_PROPROEX_060.pdf | |
| | | NIKE_00005258 | 20190501_052-000000649_PROPROEX_061.pdf | |
| | | NIKE_00005260 | 20190501_052-000000649_PROPROEX_062.pdf | |
| | | NIKE_00005262 | 20190501_052-000000649_PROPROEX_063.pdf | |
| | | NIKE_00005264 | 20190501_052-000000649_PROPROEX_064.pdf | |
| | | NIKE_00005266 | 20190501_052-000000649_PROPROEX_065.pdf | |
| | | NIKE_00005268 | 20190501_052-000000649_PROPROEX_066.pdf | |
| | | NIKE_00005270 | 20190501_052-000000649_PROPROEX_067.pdf | |
| | | NIKE_00005272 | 20190501_052-000000649_PROPROEX_068.pdf | |
| | | NIKE_00005274 | 20190501_052-000000649_PROPROEX_069.pdf | |
| | | NIKE_00005276 | 20190501_052-000000649_PROPROEX_070.pdf | |
| | | NIKE_00005278 | 20190501_052-000000649_PROPROEX_073.pdf | |
| | | NIKE_00005280 | 20190501_052-000000649_PROPROEX_074.pdf | |
| | | NIKE_00005282 | 20190501_052-000000649_PROPROEX_075.pdf | |
| | | NIKE_00005284 | 20190501_052-000000649_PROPROEX_076.pdf | |
| | | NIKE_00005286 | 20190501_052-000000649_PROPROEX_077.pdf | |
| | | NIKE_00005288 | 20190501_052-000000649_PROPROEX_078.pdf | |
| | | NIKE_00005290 | 20190501_052-000000649_PROPROEX_079.pdf | |
| | | NIKE_00005292 | 20190501_052-000000649_PROPROEX_080.pdf | |
| | | NIKE_00005294 | 20190501_052-000000650_RETAIL_002.pdf | |
| | | NIKE_00005296 | 20190501_052-000000650_RETAIL_004.pdf | |
| | | NIKE_00005298 | 20190501_052-000000650_RETAIL_005.pdf | |
| | | NIKE_00005300 | 20190501_052-000000650_RETAIL_006.pdf | |
| | | NIKE_00005302 | 20190501_052-000000650_RETAIL_007.pdf | |
| | | NIKE_00005304 | 20190501_052-000000650_RETAIL_008.pdf | |
| | | NIKE_00005306 | 20190501_052-000000650_RETAIL_012.pdf | |
| | | NIKE_00005308 | 20190501_052-000000650_RETAIL_013.pdf | |
| | | NIKE_00005310 | 20190501_052-000000650_RETAIL_014.pdf | |
| | | NIKE_00005312 | 20190501_052-000000650_RETAIL_015.pdf | |
| | | NIKE_00005314 | 20190501_052-000000650_RETAIL_016.pdf | |
| | | NIKE_00005316 | 20190501_052-000000650_RETAIL_017.pdf | |
| | | NIKE_00005318 | 20190501_052-000000650_RETAIL_018.pdf | |
| | | NIKE_00005320 | 20190501_052-000000650_RETAIL_019.pdf | |
| | | NIKE_00005322 | 20190501_052-000000650_RETAIL_020.pdf | |
| | | NIKE_00005324 | 20190501_052-000000650_RETAIL_021.pdf | |
| | | NIKE_00005326 | 20190501_052-000000650_RETAIL_023.pdf | |
| | | NIKE_00005328 | 20190501_052-000000650_RETAIL_024.pdf | |
| | | NIKE_00005330 | 20190501_052-000000650_RETAIL_025.pdf | |
| | | NIKE_00005332 | 20190501_052-000000650_RETAIL_026.pdf | |
| | | NIKE_00005334 | 20190501_052-000000650_RETAIL_027.pdf | |
| | | NIKE_00005336 | 20190501_052-000000650_RETAIL_028.pdf | |
| | | NIKE_00005338 | 20190501_052-000000650_RETAIL_029.pdf | |
| | | NIKE_00005340 | 20190501_052-000000650_RETAIL_030.pdf | |
| | | NIKE_00005342 | 20190501_052-000000650_RETAIL_031.pdf | |
| | | NIKE_00005344 | 20190501_052-000000650_RETAIL_032.pdf | |
| | | NIKE_00005346 | 20190501_052-000000650_RETAIL_033.pdf | |
| | | NIKE_00005348 | 20190501_052-000000650_RETAIL_034.pdf | |
| | | NIKE_00005350 | 20190501_052-000000650_RETAIL_035.pdf | |
| | | NIKE_00005352 | 20190501_052-000000650_RETAIL_036.pdf | |
| | | NIKE_00005354 | 20190501_052-000000650_RETAIL_039.pdf | |
| | | NIKE_00005356 | 20190501_052-000000650_RETAIL_046.pdf | |
| | | NIKE_00005358 | 20190501_052-000000650_RETAIL_048.pdf | |
| | | NIKE_00005360 | 20190501_052-000000650_RETAIL_049.pdf | |
| | | NIKE_00005362 | 20190501_052-000000650_RETAIL_059.pdf | |
| | | NIKE_00005364 | 20190501_052-000000650_RETAIL_060.pdf | |
| | | NIKE_00005366 | 20190501_052-000000650_RETAIL_068.pdf | |
| | | NIKE_00005368 | 20190501_052-000000650_RETAIL_078.pdf | |
| | | NIKE_00005370 | 20190501_052-000000650_RETAIL_079.pdf | |
| | | NIKE_00005372 | 20190501_052-000000650_RETAIL_080.pdf | |
| | | NIKE_00005374 | 20190501_052-000000650_RETAIL_085.pdf | |
| | | NIKE_00005376 | 20190501_052-000000650_RETAIL_088.pdf | |
| | | NIKE_00005378 | 20190501_052-000000650_RETAIL_089.pdf | |
| | | NIKE_00005380 | 20190501_052-000000650_RETAIL_094.pdf | |
| | | NIKE_00005382 | 20190501_052-000000650_RETAIL_095.pdf | |
| | | NIKE_00005384 | 20190501_052-000000650_RETAIL_096.pdf | |
| | | NIKE_00005386 | 20190501_052-000000650_RETAIL_097.pdf | |
| | | NIKE_00005388 | 20190501_052-000000650_RETAIL_099.pdf | |
| | | NIKE_00005390 | 20190501_052-000000650_RETAIL_100.pdf | |
| | | NIKE_00005392 | 20190501_052-000000650_RETAIL_104.pdf | |
| | | NIKE_00005394 | 20190501_052-000000650_RETAIL_105.pdf | |
| | | NIKE_00005396 | 20190501_052-000000650_RETAIL_106.pdf | |
| | | NIKE_00005398 | 20190501_052-000000650_RETAIL_107.pdf | |
| | | NIKE_00005400 | 20190501_052-000000650_RETAIL_108.pdf | |
| | | NIKE_00005402 | 20190501_052-000000650_RETAIL_109.pdf | |
| | | NIKE_00005404 | 20190501_052-000000650_RETAIL_110.pdf | |
| | | NIKE_00005406 | 20190501_052-000000650_RETAIL_111.pdf | |
| | | NIKE_00005408 | 20190501_052-000000650_RETAIL_112.pdf | |
| | | NIKE_00005410 | 20190501_052-000000650_RETAIL_146.pdf | |
| | | NIKE_00005412 | 20190501_052-000000650_RETAIL_147.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00005414 | 20190501_052-000000650_RETAIL_148.pdf | |
| | | NIKE_00005416 | 20190501_052-000000650_RETAIL_152.pdf | |
| | | NIKE_00005418 | 20190501_052-000000650_RETAIL_153.pdf | |
| | | NIKE_00005420 | 20190501_052-000000650_RETAIL_154.pdf | |
| | | NIKE_00005422 | 20190501_052-000000650_RETAIL_156.pdf | |
| | | NIKE_00005424 | 20190501_052-000000650_RETAIL_157.pdf | |
| | | NIKE_00005426 | 20190501_052-000000650_RETAIL_158.pdf | |
| | | NIKE_00005428 | 20190501_052-000000650_RETAIL_159.pdf | |
| | | NIKE_00005430 | 20190501_052-000000650_RETAIL_160.pdf | |
| | | NIKE_00005432 | 20190501_052-000000650_RETAIL_162.pdf | |
| | | NIKE_00005434 | 20190501_052-000000650_RETAIL_164.pdf | |
| | | NIKE_00005436 | 20190501_052-000000650_RETAIL_166.pdf | |
| | | NIKE_00005438 | 20190501_052-000000650_RETAIL_168.pdf | |
| | | NIKE_00005440 | 20190501_052-000000650_RETAIL_170.pdf | |
| | | NIKE_00005442 | 20190501_052-000000650_RETAIL_171.pdf | |
| | | NIKE_00005444 | 20190501_052-000000650_RETAIL_179.pdf | |
| | | NIKE_00005446 | 20190501_052-000000650_RETAIL_181.pdf | |
| | | NIKE_00005448 | 20190501_052-000000650_RETAIL_182.pdf | |
| | | NIKE_00005450 | 20190501_052-000000650_RETAIL_190.pdf | |
| | | NIKE_00005452 | 20190501_052-000000650_RETAIL_192.pdf | |
| | | NIKE_00005454 | 20190501_052-000000650_RETAIL_193.pdf | |
| | | NIKE_00005456 | 20190501_052-000000650_RETAIL_198.pdf | |
| | | NIKE_00005458 | 20190501_052-000000650_RETAIL_203.pdf | |
| | | NIKE_00005460 | 20190501_052-000000650_RETAIL_212.pdf | |
| | | NIKE_00005462 | 20190501_052-000000650_RETAIL_222.pdf | |
| | | NIKE_00005464 | 20190501_052-000000650_RETAIL_225.pdf | |
| | | NIKE_00005466 | 20190501_052-000000650_RETAIL_226.pdf | |
| | | NIKE_00005468 | 20190501_052-000000651_SALES_007.pdf | |
| | | NIKE_00005470 | 20190501_052-000000651_SALES_008.pdf | |
| | | NIKE_00005472 | 20190501_052-000000651_SALES_009.pdf | |
| | | NIKE_00005474 | 20190501_052-000000651_SALES_010.pdf | |
| | | NIKE_00005476 | 20190501_052-000000651_SALES_011.pdf | |
| | | NIKE_00005478 | 20190501_052-000000651_SALES_012.pdf | |
| | | NIKE_00005480 | 20190501_052-000000651_SALES_013.pdf | |
| | | NIKE_00005482 | 20190501_052-000000651_SALES_014.pdf | |
| | | NIKE_00005484 | 20190501_052-000000651_SALES_015.pdf | |
| | | NIKE_00005486 | 20190501_052-000000651_SALES_016.pdf | |
| | | NIKE_00005488 | 20190501_052-000000651_SALES_017.pdf | |
| | | NIKE_00005490 | 20190501_052-000000651_SALES_018.pdf | |
| | | NIKE_00005492 | 20190501_052-000000651_SALES_019.pdf | |
| | | NIKE_00005494 | 20190501_052-000000651_SALES_020.pdf | |
| | | NIKE_00005496 | 20190501_052-000000651_SALES_021.pdf | |
| | | NIKE_00005498 | 20190501_052-000000651_SALES_022.pdf | |
| | | NIKE_00005500 | 20190501_052-000000651_SALES_023.pdf | |
| | | NIKE_00005502 | 20190501_052-000000651_SALES_024.pdf | |
| | | NIKE_00005504 | 20190501_052-000000651_SALES_026.pdf | |
| | | NIKE_00005506 | 20190501_052-000000651_SALES_028.pdf | |
| | | NIKE_00005508 | 20190501_052-000000651_SALES_029.pdf | |
| | | NIKE_00005510 | 20190501_052-000000651_SALES_030.pdf | |
| | | NIKE_00005512 | 20190501_052-000000651_SALES_031.pdf | |
| | | NIKE_00005514 | 20190501_052-000000651_SALES_032.pdf | |
| | | NIKE_00005516 | 20190501_052-000000651_SALES_033.pdf | |
| | | NIKE_00005518 | 20190501_052-000000651_SALES_037.pdf | |
| | | NIKE_00005520 | 20190501_052-000000651_SALES_039.pdf | |
| | | NIKE_00005522 | 20190501_052-000000651_SALES_040.pdf | |
| | | NIKE_00005524 | 20190501_052-000000651_SALES_045.pdf | |
| | | NIKE_00005526 | 20190501_052-000000651_SALES_046.pdf | |
| | | NIKE_00005528 | 20190501_052-000000651_SALES_047.pdf | |
| | | NIKE_00005530 | 20190501_052-000000651_SALES_049.pdf | |
| | | NIKE_00005532 | 20190501_052-000000651_SALES_050.pdf | |
| | | NIKE_00005534 | 20190501_052-000000651_SALES_051.pdf | |
| | | NIKE_00005536 | 20190501_052-000000651_SALES_054.pdf | |
| | | NIKE_00005538 | 20190501_052-000000651_SALES_055.pdf | |
| | | NIKE_00005540 | 20190501_052-000000651_SALES_056.pdf | |
| | | NIKE_00005542 | 20190501_052-000000651_SALES_059.pdf | |
| | | NIKE_00005544 | 20190501_052-000000651_SALES_060.pdf | |
| | | NIKE_00005546 | 20190501_052-000000651_SALES_061.pdf | |
| | | NIKE_00005548 | 20190501_052-000000651_SALES_062.pdf | |
| | | NIKE_00005550 | 20190501_052-000000651_SALES_063.pdf | |
| | | NIKE_00005552 | 20190501_052-000000651_SALES_064.pdf | |
| | | NIKE_00005554 | 20190501_052-000000651_SALES_065.pdf | |
| | | NIKE_00005556 | 20190501_052-000000651_SALES_066.pdf | |
| | | NIKE_00005558 | 20190501_052-000000651_SALES_067.pdf | |
| | | NIKE_00005560 | 20190501_052-000000651_SALES_068.pdf | |
| | | NIKE_00005562 | 20190501_052-000000651_SALES_069.pdf | |
| | | NIKE_00005564 | 20190501_052-000000651_SALES_070.pdf | |
| | | NIKE_00005566 | 20190501_052-000000651_SALES_071.pdf | |
| | | NIKE_00005568 | 20190501_052-000000651_SALES_072.pdf | |
| | | NIKE_00005570 | 20190501_052-000000651_SALES_073.pdf | |
| | | NIKE_00005572 | 20190501_052-000000651_SALES_074.pdf | |
| | | NIKE_00005574 | 20190501_052-000000651_SALES_075.pdf | |
| | | NIKE_00005576 | 20190501_052-000000651_SALES_076.pdf | |
| | | NIKE_00005578 | 20190501_052-000000651_SALES_077.pdf | |
| | | NIKE_00005580 | 20190501_052-000000651_SALES_078.pdf | |
| | | NIKE_00005582 | 20190501_052-000000651_SALES_079.pdf | |
| | | NIKE_00005584 | 20190501_052-000000651_SALES_084.pdf | |
| | | NIKE_00005586 | 20190501_052-000000651_SALES_085.pdf | |
| | | NIKE_00005588 | 20190501_052-000000651_SALES_086.pdf | |
| | | NIKE_00005590 | 20190501_052-000000651_SALES_087.pdf | |
| | | NIKE_00005592 | 20190501_052-000000651_SALES_089.pdf | |
| | | NIKE_00005594 | 20190501_052-000000651_SALES_109.pdf | |
| | | NIKE_00005596 | 20190501_052-000000651_SALES_110.pdf | |
| | | NIKE_00005598 | 20190501_052-000000651_SALES_111.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00005600 | 20190501_052-000000651_SALES_112.pdf | |
| | | NIKE_00005602 | 20190501_052-000000651_SALES_113.pdf | |
| | | NIKE_00005604 | 20190501_052-000000651_SALES_114.pdf | |
| | | NIKE_00005606 | 20190501_052-000000651_SALES_117.pdf | |
| | | NIKE_00005608 | 20190501_052-000000651_SALES_118.pdf | |
| | | NIKE_00005610 | 20190501_052-000000651_SALES_119.pdf | |
| | | NIKE_00005612 | 20190501_052-000000651_SALES_120.pdf | |
| | | NIKE_00005614 | 20190501_052-000000651_SALES_121.pdf | |
| | | NIKE_00005616 | 20190501_052-000000651_SALES_123.pdf | |
| | | NIKE_00005618 | 20190501_052-000000651_SALES_124.pdf | |
| | | NIKE_00005620 | 20190501_052-000000651_SALES_126.pdf | |
| | | NIKE_00005622 | 20190501_052-000000651_SALES_128.pdf | |
| | | NIKE_00005624 | 20190501_052-000000651_SALES_129.pdf | |
| | | NIKE_00005626 | 20190501_052-000000651_SALES_130.pdf | |
| | | NIKE_00005628 | 20190501_052-000000651_SALES_131.pdf | |
| | | NIKE_00005630 | 20190501_052-000000651_SALES_134.pdf | |
| | | NIKE_00005632 | 20190501_052-000000651_SALES_135.pdf | |
| | | NIKE_00005634 | 20190501_052-000000651_SALES_136.pdf | |
| | | NIKE_00005636 | 20190501_052-000000651_SALES_140.pdf | |
| | | NIKE_00005638 | 20190501_052-000000651_SALES_142.pdf | |
| | | NIKE_00005640 | 20190501_052-000000651_SALES_144.pdf | |
| | | NIKE_00005642 | 20190501_052-000000651_SALES_146.pdf | |
| | | NIKE_00005644 | 20190501_052-000000651_SALES_147.pdf | |
| | | NIKE_00005646 | 20190501_052-000000651_SALES_148.pdf | |
| | | NIKE_00005648 | 20190501_052-000000651_SALES_149.pdf | |
| | | NIKE_00005650 | 20190501_052-000000651_SALES_153.pdf | |
| | | NIKE_00005652 | 20190501_052-000000651_SALES_154.pdf | |
| | | NIKE_00005654 | 20190501_052-000000651_SALES_155.pdf | |
| | | NIKE_00005656 | 20190501_052-000000651_SALES_156.pdf | |
| | | NIKE_00005658 | 20190501_052-000000651_SALES_157.pdf | |
| | | NIKE_00005660 | 20190501_052-000000652_SPORTSMKTING_001.pdf | |
| | | NIKE_00005662 | 20190501_052-000000652_SPORTSMKTING_002.pdf | |
| | | NIKE_00005664 | 20190501_052-000000652_SPORTSMKTING_003.pdf | |
| | | NIKE_00005666 | 20190501_052-000000652_SPORTSMKTING_004.pdf | |
| | | NIKE_00005668 | 20190501_052-000000652_SPORTSMKTING_005.pdf | |
| | | NIKE_00005670 | 20190501_052-000000652_SPORTSMKTING_006.pdf | |
| | | NIKE_00005672 | 20190501_052-000000652_SPORTSMKTING_007.pdf | |
| | | NIKE_00005674 | 20190501_052-000000652_SPORTSMKTING_008.pdf | |
| | | NIKE_00005676 | 20190501_052-000000652_SPORTSMKTING_009.pdf | |
| | | NIKE_00005678 | 20190501_052-000000652_SPORTSMKTING_010.pdf | |
| | | NIKE_00005680 | 20190501_052-000000653_STRATPLN_003.pdf | |
| | | NIKE_00005682 | 20190501_052-000000653_STRATPLN_004.pdf | |
| | | NIKE_00005684 | 20190501_052-000000653_STRATPLN_005.pdf | |
| | | NIKE_00005686 | 20190501_052-000000653_STRATPLN_006.pdf | |
| | | NIKE_00005688 | 20190501_052-000000653_STRATPLN_007.pdf | |
| | | NIKE_00005690 | 20190501_052-000000653_STRATPLN_008.pdf | |
| | | NIKE_00005692 | 20190501_052-000000653_STRATPLN_009.pdf | |
| | | NIKE_00005694 | 20190501_052-000000653_STRATPLN_010.pdf | |
| | | NIKE_00005696 | 20190501_052-000000653_STRATPLN_011.pdf | |
| | | NIKE_00005698 | 20190501_052-000000653_STRATPLN_015.pdf | |
| | | NIKE_00005700 | 20190501_052-000000653_STRATPLN_016.pdf | |
| | | NIKE_00005702 | 20190501_052-000000653_STRATPLN_017.pdf | |
| | | NIKE_00005704 | 20190501_052-000000653_STRATPLN_018.pdf | |
| | | NIKE_00005706 | 20190501_052-000000653_STRATPLN_019.pdf | |
| | | NIKE_00005708 | 20190501_052-000000653_STRATPLN_020.pdf | |
| | | NIKE_00005710 | 20190501_052-000000653_STRATPLN_021.pdf | |
| | | NIKE_00005712 | 20190501_052-000000653_STRATPLN_022.pdf | |
| | | NIKE_00005714 | 20190501_052-000000653_STRATPLN_023.pdf | |
| | | NIKE_00005716 | 20190501_052-000000653_STRATPLN_024.pdf | |
| | | NIKE_00005718 | 20190501_052-000000653_STRATPLN_025.pdf | |
| | | NIKE_00005720 | 20190501_052-000000653_STRATPLN_026.pdf | |
| | | NIKE_00005722 | 20190501_052-000000654_TECH_001.pdf | |
| | | NIKE_00005724 | 20190501_052-000000654_TECH_002.pdf | |
| | | NIKE_00005726 | 20190501_052-000000654_TECH_003.pdf | |
| | | NIKE_00005728 | 20190501_052-000000654_TECH_004.pdf | |
| | | NIKE_00005730 | 20190501_052-000000654_TECH_005.pdf | |
| | | NIKE_00005732 | 20190501_052-000000654_TECH_006.pdf | |
| | | NIKE_00005734 | 20190501_052-000000654_TECH_007.pdf | |
| | | NIKE_00005736 | 20190501_052-000000654_TECH_008.pdf | |
| | | NIKE_00005738 | 20190501_052-000000654_TECH_009.pdf | |
| | | NIKE_00005740 | 20190501_052-000000654_TECH_010.pdf | |
| | | NIKE_00005742 | 20190501_052-000000654_TECH_011.pdf | |
| | | NIKE_00005744 | 20190501_052-000000654_TECH_015.pdf | |
| | | NIKE_00005746 | 20190501_052-000000654_TECH_018.pdf | |
| | | NIKE_00005748 | 20190501_052-000000654_TECH_019.pdf | |
| | | NIKE_00005750 | 20190501_052-000000654_TECH_021.pdf | |
| | | NIKE_00005752 | 20190501_052-000000654_TECH_022.pdf | |
| | | NIKE_00005754 | 20190501_052-000000654_TECH_023.pdf | |
| | | NIKE_00005756 | 20190501_052-000000654_TECH_024.pdf | |
| | | NIKE_00005758 | 20190501_052-000000654_TECH_027.pdf | |
| | | NIKE_00005760 | 20190501_052-000000654_TECH_028.pdf | |
| | | NIKE_00005762 | 20190501_052-000000654_TECH_029.pdf | |
| | | NIKE_00005764 | 20190501_052-000000654_TECH_030.pdf | |
| | | NIKE_00005766 | 20190501_052-000000654_TECH_031.pdf | |
| | | NIKE_00005768 | 20190501_052-000000654_TECH_032.pdf | |
| | | NIKE_00005770 | 20190501_052-000000654_TECH_034.pdf | |
| | | NIKE_00005772 | 20190501_052-000000654_TECH_035.pdf | |
| | | NIKE_00005774 | 20190501_052-000000654_TECH_038.pdf | |
| | | NIKE_00005776 | 20190501_052-000000654_TECH_039.pdf | |
| | | NIKE_00005778 | 20190501_052-000000654_TECH_043.pdf | |
| | | NIKE_00005780 | 20190501_052-000000654_TECH_044.pdf | |
| | | NIKE_00005782 | 20190501_052-000000654_TECH_045.pdf | |
| | | NIKE_00005784 | 20190501_052-000000654_TECH_046.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00005786 | 20190501_052-000000654_TECH_047.pdf | |
| | | NIKE_00005788 | 20190501_052-000000654_TECH_048.pdf | |
| | | NIKE_00005790 | 20190501_052-000000654_TECH_049.pdf | |
| | | NIKE_00005792 | 20190501_052-000000654_TECH_050.pdf | |
| | | NIKE_00005794 | 20190501_052-000000654_TECH_051.pdf | |
| | | NIKE_00005796 | 20190501_052-000000654_TECH_052.pdf | |
| | | NIKE_00005798 | 20190501_052-000000654_TECH_053.pdf | |
| | | NIKE_00005800 | 20190501_052-000000654_TECH_054.pdf | |
| | | NIKE_00005802 | 20190501_052-000000654_TECH_055.pdf | |
| | | NIKE_00005804 | 20190501_052-000000654_TECH_059.pdf | |
| | | NIKE_00005806 | 20190501_052-000000654_TECH_060.pdf | |
| | | NIKE_00005808 | 20190501_052-000000654_TECH_061.pdf | |
| | | NIKE_00005810 | 20190501_052-000000654_TECH_065.pdf | |
| | | NIKE_00005812 | 20190501_052-000000654_TECH_066.pdf | |
| | | NIKE_00005814 | 20190501_052-000000654_TECH_067.pdf | |
| | | NIKE_00005816 | 20190501_052-000000654_TECH_068.pdf | |
| | | NIKE_00005818 | 20190501_052-000000654_TECH_069.pdf | |
| | | NIKE_00005820 | 20190501_052-000000654_TECH_071.pdf | |
| | | NIKE_00005822 | 20190501_052-000000654_TECH_072.pdf | |
| | | NIKE_00005824 | 20190501_052-000000654_TECH_073.pdf | |
| | | NIKE_00005826 | 20190501_052-000000654_TECH_074.pdf | |
| | | NIKE_00005828 | 20190501_052-000000654_TECH_075.pdf | |
| | | NIKE_00005830 | 20190501_052-000000654_TECH_076.pdf | |
| | | NIKE_00005832 | 20190501_052-000000654_TECH_077.pdf | |
| | | NIKE_00005834 | 20190501_052-000000654_TECH_079.pdf | |
| | | NIKE_00005836 | 20190501_052-000000654_TECH_080.pdf | |
| | | NIKE_00005838 | 20190501_052-000000654_TECH_081.pdf | |
| | | NIKE_00005840 | 20190501_052-000000654_TECH_082.pdf | |
| | | NIKE_00005842 | 20190501_052-000000654_TECH_083.pdf | |
| | | NIKE_00005844 | 20190501_052-000000654_TECH_085.pdf | |
| | | NIKE_00005846 | 20190501_052-000000654_TECH_089.pdf | |
| | | NIKE_00005848 | 20190501_052-000000654_TECH_093.pdf | |
| | | NIKE_00005850 | 20190501_052-000000654_TECH_095.pdf | |
| | | NIKE_00005852 | 20190501_052-000000654_TECH_096.pdf | |
| | | NIKE_00005854 | 20190501_052-000000654_TECH_097.pdf | |
| | | NIKE_00005856 | 20190501_052-000000654_TECH_098.pdf | |
| | | NIKE_00005858 | 20190501_052-000000654_TECH_099.pdf | |
| | | NIKE_00005860 | 20190501_052-000000654_TECH_100.pdf | |
| | | NIKE_00005862 | 20190501_052-000000654_TECH_101.pdf | |
| | | NIKE_00005864 | 20190501_052-000000654_TECH_102.pdf | |
| | | NIKE_00005866 | 20190501_052-000000654_TECH_103.pdf | |
| | | NIKE_00005868 | 20190501_052-000000654_TECH_104.pdf | |
| | | NIKE_00005870 | 20190501_052-000000654_TECH_105.pdf | |
| | | NIKE_00005872 | 20190501_052-000000654_TECH_106.pdf | |
| | | NIKE_00005874 | 20190501_052-000000654_TECH_107.pdf | |
| | | NIKE_00005876 | 20190501_052-000000654_TECH_108.pdf | |
| | | NIKE_00005878 | 20190501_052-000000654_TECH_109.pdf | |
| | | NIKE_00005880 | 20190501_052-000000654_TECH_110.pdf | |
| | | NIKE_00005882 | 20190501_052-000000654_TECH_111.pdf | |
| | | NIKE_00005884 | 20190501_052-000000654_TECH_112.pdf | |
| | | NIKE_00005886 | 20190501_052-000000654_TECH_113.pdf | |
| | | NIKE_00005888 | 20190501_052-000000654_TECH_114.pdf | |
| | | NIKE_00005890 | 20190501_052-000000654_TECH_115.pdf | |
| | | NIKE_00005892 | 20190501_052-000000654_TECH_116.pdf | |
| | | NIKE_00005894 | 20190501_052-000000654_TECH_119.pdf | |
| | | NIKE_00005896 | 20190501_052-000000654_TECH_121.pdf | |
| | | NIKE_00005898 | 20190501_052-000000654_TECH_122.pdf | |
| | | NIKE_00005900 | 20190501_052-000000654_TECH_123.pdf | |
| | | NIKE_00005902 | 20190501_052-000000654_TECH_124.pdf | |
| | | NIKE_00005904 | 20190501_052-000000654_TECH_125.pdf | |
| | | NIKE_00005906 | 20190501_052-000000654_TECH_126.pdf | |
| | | NIKE_00005908 | 20190501_052-000000654_TECH_127.pdf | |
| | | NIKE_00005910 | 20190501_052-000000654_TECH_128.pdf | |
| | | NIKE_00005912 | 20190501_052-000000654_TECH_130.pdf | |
| | | NIKE_00005914 | 20190501_052-000000654_TECH_131.pdf | |
| | | NIKE_00005916 | 20190501_052-000000654_TECH_133.pdf | |
| | | NIKE_00005918 | 20190501_052-000000654_TECH_134.pdf | |
| | | NIKE_00005920 | 20190501_052-000000654_TECH_135.pdf | |
| | | NIKE_00005922 | 20190501_052-000000654_TECH_136.pdf | |
| | | NIKE_00005924 | 20190501_052-000000654_TECH_137.pdf | |
| | | NIKE_00005926 | 20190501_052-000000654_TECH_138.pdf | |
| | | NIKE_00005928 | 20190501_052-000000654_TECH_139.pdf | |
| | | NIKE_00005930 | 20190501_052-000000654_TECH_140.pdf | |
| | | NIKE_00005932 | 20190501_052-000000654_TECH_141.pdf | |
| | | NIKE_00005934 | 20190501_052-000000654_TECH_142.pdf | |
| | | NIKE_00005936 | 20190501_052-000000654_TECH_143.pdf | |
| | | NIKE_00005938 | 20190501_052-000000654_TECH_149.pdf | |
| | | NIKE_00005940 | 20190501_052-000000654_TECH_151.pdf | |
| | | NIKE_00005942 | 20190501_052-000000654_TECH_152.pdf | |
| | | NIKE_00005944 | 20190501_052-000000654_TECH_153.pdf | |
| | | NIKE_00005946 | 20190501_052-000000654_TECH_154.pdf | |
| | | NIKE_00005948 | 20190501_052-000000654_TECH_155.pdf | |
| | | NIKE_00005950 | 20190501_052-000000654_TECH_156.pdf | |
| | | NIKE_00005952 | 20190501_052-000000654_TECH_157.pdf | |
| | | NIKE_00005954 | 20190501_052-000000654_TECH_160.pdf | |
| | | NIKE_00005956 | 20190501_052-000000654_TECH_161.pdf | |
| | | NIKE_00005958 | 20190501_052-000000654_TECH_162.pdf | |
| | | NIKE_00005960 | 20190501_052-000000654_TECH_163.pdf | |
| | | NIKE_00005962 | 20190501_052-000000654_TECH_164.pdf | |
| | | NIKE_00005964 | 20190501_052-000000654_TECH_165.pdf | |
| | | NIKE_00005966 | 20190501_052-000000654_TECH_166.pdf | |
| | | NIKE_00005968 | 20190501_052-000000654_TECH_167.pdf | |
| | | NIKE_00005970 | 20190501_052-000000654_TECH_168.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00005972 | 20190501_052-000000654_TECH_169.pdf | |
| 11/23/2020 | BRG | Cover Letter | Cahill_Nike - 2020.11.23 Letter Transmitting Data Files.pdf | cover letter |
| | | Pw.txt | Pw.txt | |
| | | Comp_Change_2019_Equity_Attorneys_Eyes_Only.txt | Comp_Change_2019_Equity_Attorneys_Eyes_Only.txt | |
| | | Comp_Change_2019_Merit_Attorneys_Eyes_Only.txt | Comp_Change_2019_Merit_Attorneys_Eyes_Only.txt | |
| | | Comp_Change_2019_PSP_Attorneys_Eyes_Only.txt | Comp_Change_2019_PSP_Attorneys_Eyes_Only.txt | |
| | | Comp_Change_thru_20190531_Attorneys_Eyes_Only.txt | Comp_Change_thru_20190531_Attorneys_Eyes_Only.txt | |
| | | Pot_Appraisal_FY13_FY18_Attorneys_Eyes_Only.txt | Pot_Appraisal_FY13_FY18_Attorneys_Eyes_Only.txt | |
| | | Segmentation_FY18_FY20_Attorneys_Eyes_Only.txt | Segmentation_FY18_FY20_Attorneys_Eyes_Only.txt | |
| | | Snapshots_201207_201909_Attorneys_Eyes_Only.txt | Snapshots_201207_201909_Attorneys_Eyes_Only.txt | |
| | | Static_Table_20190831_Attorneys_Eyes_Only.txt | Static_Table_20190831_Attorneys_Eyes_Only.txt | |
| | | Taleo_Application_Data_2012_Attorneys_Eyes_Only.txt | Taleo_Application_Data_2012_Attorneys_Eyes_Only.txt | |
| | | Taleo_Application_Data_2013_Attorneys_Eyes_Only.txt | Taleo_Application_Data_2013_Attorneys_Eyes_Only.txt | |
| | | Taleo_Application_Data_2014_Attorneys_Eyes_Only.txt | Taleo_Application_Data_2014_Attorneys_Eyes_Only.txt | |
| | | Taleo_Application_Data_2015_Attorneys_Eyes_Only.txt | Taleo_Application_Data_2015_Attorneys_Eyes_Only.txt | |
| | | Taleo_Application_Data_2016_Attorneys_Eyes_Only.txt | Taleo_Application_Data_2016_Attorneys_Eyes_Only.txt | |
| | | Taleo_Application_Data_2017_Attorneys_Eyes_Only.txt | Taleo_Application_Data_2017_Attorneys_Eyes_Only.txt | |
| | | Taleo_Application_Data_2018_Attorneys_Eyes_Only.txt | Taleo_Application_Data_2018_Attorneys_Eyes_Only.txt | |
| | | Taleo_Application_Data_2019_Attorneys_Eyes_Only.txt | Taleo_Application_Data_2019_Attorneys_Eyes_Only.txt | |
| | | Taleo_Application_Data_2020_Attorneys_Eyes_Only.txt | Taleo_Application_Data_2020_Attorneys_Eyes_Only.txt | |
| | | Taleo_Hires_Data_Attorneys_Eyes_Only.txt | Taleo_Hires_Data_Attorneys_Eyes_Only.txt | |
| | | Taleo_Requisitions_Attorneys_Eyes_Only.txt | Taleo_Requisitions_Attorneys_Eyes_Only.txt | |
| 12/16/2020 | BRG | Kelly Cahill Nov 18, 2020 depo + exhibits | | Kelly Cahill Nov 18, 2020 depo + exhibits |
| | | KellyCahill_4.pdf | KellyCahill_4.pdf | |
| | | KellyCahill_5.pdf | KellyCahill_5.pdf | |
| | | KellyCahill_6.pdf | KellyCahill_6.pdf | |
| | | KellyCahill_7.pdf | KellyCahill_7.pdf | |
| | | KellyCahill_8.pdf | KellyCahill_8.pdf | |
| | | KellyCahill_9.pdf | KellyCahill_9.pdf | |
| | | KellyCahill_10.pdf | KellyCahill_10.pdf | |
| | | KellyCahill_11.pdf | KellyCahill_11.pdf | |
| | | KellyCahill_12.pdf | KellyCahill_12.pdf | |
| | | KellyCahill_13.pdf | KellyCahill_13.pdf | |
| | | KellyCahill_14.pdf | KellyCahill_14.pdf | |
| | | KellyCahill_15.pdf | KellyCahill_15.pdf | |
| | | KellyCahill_16.pdf | KellyCahill_16.pdf | |
| | | KellyCahill_17.pdf | KellyCahill_17.pdf | |
| | | KellyCahill_18.pdf | KellyCahill_18.pdf | |
| | | KellyCahill_19.pdf | KellyCahill_19.pdf | |
| | | KellyCahill_20.pdf | KellyCahill_20.pdf | |
| | | KellyCahill_21.pdf | KellyCahill_21.pdf | |
| | | KellyCahill_22.pdf | KellyCahill_22.pdf | |
| | | KellyCahill_23.pdf | KellyCahill_23.pdf | |
| | | KellyCahill_24.pdf | KellyCahill_24.pdf | |
| | | KellyCahill_25.pdf | KellyCahill_25.pdf | |
| | | KellyCahill_26.pdf | KellyCahill_26.pdf | |
| | | KellyCahill_27.pdf | KellyCahill_27.pdf | |
| | | KellyCahill_28.pdf | KellyCahill_28.pdf | |
| | | KellyCahill_29.pdf | KellyCahill_29.pdf | |
| | | KellyCahill_30.pdf | KellyCahill_30.pdf | |
| | | KellyCahill_31.pdf | KellyCahill_31.pdf | |
| | | KellyCahill_32.pdf | KellyCahill_32.pdf | |
| | | KellyCahill_33.pdf | KellyCahill_33.pdf | |
| | | KellyCahill_34.pdf | KellyCahill_34.pdf | |
| | | KellyCahill_35.pdf | KellyCahill_35.pdf | |
| | | KellyCahill_36.pdf | KellyCahill_36.pdf | |
| | | KellyCahill_37.pdf | KellyCahill_37.pdf | |
| | | KellyCahill_38.pdf | KellyCahill_38.pdf | |
| | | KellyCahill_COND.pdf | KellyCahill_COND.pdf | |
| | | KellyCahill_LinkPDF.pdf | KellyCahill_LinkPDF.pdf | |
| | | KellyCahill_PDFTran.pdf | KellyCahill_PDFTran.pdf | |
| | | KellyCahill_RAndS.pdf | KellyCahill_RAndS.pdf | |
| | | Kelly Cahill errata sheet.PDF | Kelly Cahill errata sheet.PDF | |
| | | KellyCahill.txt | KellyCahill.txt | |
| | | KellyCahill.xmef | KellyCahill.xmef | |
| | | KellyCahill_1.pdf | KellyCahill_1.pdf | |
| | | KellyCahill_2.pdf | KellyCahill_2.pdf | |
| | | KellyCahill_3.pdf | KellyCahill_3.pdf | |
| 12/16/2020 | BRG | Sara Johnston Nov 24, 2020 depo + exhibits | | Sara Johnston Nov 24, 2020 depo + exhibits |
| | | SaraJohnston_43.pdf | SaraJohnston_43.pdf | |
| | | SaraJohnston_44.pdf | SaraJohnston_44.pdf | |
| | | SaraJohnston_45.pdf | SaraJohnston_45.pdf | |
| | | SaraJohnston_46.pdf | SaraJohnston_46.pdf | |
| | | SaraJohnston_47.pdf | SaraJohnston_47.pdf | |
| | | SaraJohnston_COND.pdf | SaraJohnston_COND.pdf | |
| | | SaraJohnston_LinkPDF.pdf | SaraJohnston_LinkPDF.pdf | |
| | | SaraJohnston_PDFTran.pdf | SaraJohnston_PDFTran.pdf | |
| | | SaraJohnston_RAndS.pdf | SaraJohnston_RAndS.pdf | |
| | | Deposition Transcript Errata of Sara Johnston.PDF | Deposition Transcript Errata of Sara Johnston.PDF | |
| | | SaraJohnston.txt | SaraJohnston.txt | |
| | | SaraJohnston.xmef | SaraJohnston.xmef | |
| | | SaraJohnston_39.pdf | SaraJohnston_39.pdf | |
| | | SaraJohnston_40.pdf | SaraJohnston_40.pdf | |
| | | SaraJohnston_42.pdf | SaraJohnston_42.pdf | |
| 12/22/2020 | BRG | BRG.zip | BRG.zip | Docs identifed by FAD |
| | | NIKE_00008579.xlsx | NIKE_00008579.xlsx | |
| | | NIKE_00008605.pdf | NIKE_00008605.pdf | |
| | | NIKE_00008675.pdf | NIKE_00008675.pdf | |
| | | NIKE_00008939.pdf | NIKE_00008939.pdf | |
| | | NIKE_00009032.pdf | NIKE_00009032.pdf | |
| | | NIKE_00009126.pdf | NIKE_00009126.pdf | |
| | | NIKE_00012778.pdf | NIKE_00012778.pdf | |
| | | NIKE_00012778.pptx | NIKE_00012778.pptx | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | NIKE_00012857.pdf | NIKE_00012857.pdf | |
| | | NIKE_00012857.xlsx | NIKE_00012857.xlsx | |
| | | NIKE_00013036.pdf | NIKE_00013036.pdf | |
| | | NIKE_00013160.pdf | NIKE_00013160.pdf | |
| | | NIKE_00013160.xls | NIKE_00013160.xls | |
| | | NIKE_00013185.pdf | NIKE_00013185.pdf | |
| | | NIKE_00013185.xlsx | NIKE_00013185.xlsx | |
| | | NIKE_00013186.pdf | NIKE_00013186.pdf | |
| | | NIKE_00013186.xlsx | NIKE_00013186.xlsx | |
| | | NIKE_00013738.pdf | NIKE_00013738.pdf | |
| | | NIKE_00013738.pptx | NIKE_00013738.pptx | |
| | | NIKE_00014098.pdf | NIKE_00014098.pdf | |
| | | NIKE_00014376.pdf | NIKE_00014376.pdf | |
| | | Cahill0000059.pdf | Cahill0000059.pdf | |
| | | NIKE_00002072.pdf | NIKE_00002072.pdf | |
| | | NIKE_00003183.pdf | NIKE_00003183.pdf | |
| | | NIKE_00006629.pdf | NIKE_00006629.pdf | |
| | | NIKE_00006629.xlsx | NIKE_00006629.xlsx | |
| | | NIKE_00006630.pdf | NIKE_00006630.pdf | |
| | | NIKE_00006630.xlsx | NIKE_00006630.xlsx | |
| | | NIKE_00008579.pdf | NIKE_00008579.pdf | |
| 12/22/2020 | BRG | Samantha Phillips Depo + exhibits | | Samantha Phillips Depo + exhibits |
| | | SamanthaPhillips_53.pdf | SamanthaPhillips_53.pdf | |
| | | SamanthaPhillips_54.pdf | SamanthaPhillips_54.pdf | |
| | | SamanthaPhillips_55.pdf | SamanthaPhillips_55.pdf | |
| | | SamanthaPhillips_56.pdf | SamanthaPhillips_56.pdf | |
| | | SamanthaPhillips_57.pdf | SamanthaPhillips_57.pdf | |
| | | SamanthaPhillips_58.pdf | SamanthaPhillips_58.pdf | |
| | | SamanthaPhillips_59.pdf | SamanthaPhillips_59.pdf | |
| | | SamanthaPhillips_60.pdf | SamanthaPhillips_60.pdf | |
| | | SamanthaPhillips_COND.pdf | SamanthaPhillips_COND.pdf | |
| | | SamanthaPhillips_LinkPDF.pdf | SamanthaPhillips_LinkPDF.pdf | |
| | | SamanthaPhillips_PDFTran.pdf | SamanthaPhillips_PDFTran.pdf | |
| | | SamanthaPhillips_RAndS.pdf | SamanthaPhillips_RAndS.pdf | |
| | | SamanthaPhillips.txt | SamanthaPhillips.txt | |
| | | SamanthaPhillips.xmef | SamanthaPhillips.xmef | |
| | | SamanthaPhillips_48.pdf | SamanthaPhillips_48.pdf | |
| | | SamanthaPhillips_49.pdf | SamanthaPhillips_49.pdf | |
| | | SamanthaPhillips_50.pdf | SamanthaPhillips_50.pdf | |
| | | SamanthaPhillips_51.pdf | SamanthaPhillips_51.pdf | |
| | | SamanthaPhillips_52.pdf | SamanthaPhillips_52.pdf | |
| 12/22/2020 | BRG | Tracee Cheng Depo + exhibits | | Tracee Cheng Depo + exhibits |
| | | TraceeCheng_69.pdf | TraceeCheng_69.pdf | |
| | | TraceeCheng_70.pdf | TraceeCheng_70.pdf | |
| | | TraceeCheng_71.pdf | TraceeCheng_71.pdf | |
| | | TraceeCheng_72.pdf | TraceeCheng_72.pdf | |
| | | TraceeCheng_73.pdf | TraceeCheng_73.pdf | |
| | | TraceeCheng_COND.pdf | TraceeCheng_COND.pdf | |
| | | TraceeCheng_LinkPDF.pdf | TraceeCheng_LinkPDF.pdf | |
| | | TraceeCheng_PDFTran.pdf | TraceeCheng_PDFTran.pdf | |
| | | TraceeCheng_RAndS.pdf | TraceeCheng_RAndS.pdf | |
| | | 2021-01-19 - Nike - Ps' Deposition Errata of Tracee Cheng.pdf | 2021-01-19 - Nike - Ps' Deposition Errata of Tracee Cheng.pdf | |
| | | CahillEtAl_Nike_20201222_ACE.pdf | CahillEtAl_Nike_20201222_ACE.pdf | |
| | | TraceeCheng.txt | TraceeCheng.txt | |
| | | TraceeCheng.xmef | TraceeCheng.xmef | |
| | | TraceeCheng_61.pdf | TraceeCheng_61.pdf | |
| | | TraceeCheng_62.pdf | TraceeCheng_62.pdf | |
| | | TraceeCheng_63.pdf | TraceeCheng_63.pdf | |
| | | TraceeCheng_64.pdf | TraceeCheng_64.pdf | |
| | | TraceeCheng_65.pdf | TraceeCheng_65.pdf | |
| | | TraceeCheng_66.pdf | TraceeCheng_66.pdf | |
| | | TraceeCheng_67.pdf | TraceeCheng_67.pdf | |
| | | TraceeCheng_68.pdf | TraceeCheng_68.pdf | |
| 1/8/2021 | BRG | Cindy Linebaugh Depo + exhibits | 12212020_23301524.zip | Cindy Linebaugh Depo + exhibits |
| | | CindyLeaLinebaugh_93.pdf | CindyLeaLinebaugh_93.pdf | |
| | | CindyLeaLinebaugh_94.pdf | CindyLeaLinebaugh_94.pdf | |
| | | CindyLeaLinebaugh_95.pdf | CindyLeaLinebaugh_95.pdf | |
| | | CindyLeaLinebaugh_96.pdf | CindyLeaLinebaugh_96.pdf | |
| | | CindyLeaLinebaugh_97.pdf | CindyLeaLinebaugh_97.pdf | |
| | | CindyLeaLinebaugh_98.pdf | CindyLeaLinebaugh_98.pdf | |
| | | CindyLeaLinebaugh_99.pdf | CindyLeaLinebaugh_99.pdf | |
| | | CindyLeaLinebaugh_100.pdf | CindyLeaLinebaugh_100.pdf | |
| | | CindyLeaLinebaugh_101.pdf | CindyLeaLinebaugh_101.pdf | |
| | | CindyLeaLinebaugh_102.pdf | CindyLeaLinebaugh_102.pdf | |
| | | CindyLeaLinebaugh_103.pdf | CindyLeaLinebaugh_103.pdf | |
| | | CindyLeaLinebaugh_104.pdf | CindyLeaLinebaugh_104.pdf | |
| | | CindyLeaLinebaugh_105.pdf | CindyLeaLinebaugh_105.pdf | |
| | | CindyLeaLinebaugh_COND.pdf | CindyLeaLinebaugh_COND.pdf | |
| | | CindyLeaLinebaugh_LinkPDF.pdf | CindyLeaLinebaugh_LinkPDF.pdf | |
| | | CindyLeaLinebaugh_PDFTran.pdf | CindyLeaLinebaugh_PDFTran.pdf | |
| | | CindyLeaLinebaugh_RAndS.pdf | CindyLeaLinebaugh_RAndS.pdf | |
| | | CindyLeaLinebaugh.txt | CindyLeaLinebaugh.txt | |
| | | CindyLeaLinebaugh.xmef | CindyLeaLinebaugh.xmef | |
| | | CindyLeaLinebaugh_91.pdf | CindyLeaLinebaugh_91.pdf | |
| | | CindyLeaLinebaugh_92.pdf | CindyLeaLinebaugh_92.pdf | |
| 1/8/2021 | BRG | Donna olson Depo + exhibits | | Donna olson Depo + exhibits |
| | | DonnaOlsonVolumeI_76.pdf | DonnaOlsonVolumeI_76.pdf | |
| | | DonnaOlsonVolumeI_77.pdf | DonnaOlsonVolumeI_77.pdf | |
| | | DonnaOlsonVolumeI_78.pdf | DonnaOlsonVolumeI_78.pdf | |
| | | DonnaOlsonVolumeI_79.pdf | DonnaOlsonVolumeI_79.pdf | |
| | | DonnaOlsonVolumeI_80.pdf | DonnaOlsonVolumeI_80.pdf | |
| | | DonnaOlsonVolumeI_81.pdf | DonnaOlsonVolumeI_81.pdf | |
| | | DonnaOlsonVolumeI_82.pdf | DonnaOlsonVolumeI_82.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | DonnaOlsonVolumeI_COND.pdf | DonnaOlsonVolumeI_COND.pdf | |
| | | DonnaOlsonVolumeI_LinkPDF.pdf | DonnaOlsonVolumeI_LinkPDF.pdf | |
| | | DonnaOlsonVolumeI_PDFTran.pdf | DonnaOlsonVolumeI_PDFTran.pdf | |
| | | DonnaOlsonVolumeI_RAndS.pdf | DonnaOlsonVolumeI_RAndS.pdf | |
| | | CahillEtAl_Nike_20201211_ACE.pdf | CahillEtAl_Nike_20201211_ACE.pdf | |
| | | CahillEtAl_Nike_20201222_ACE.pdf | CahillEtAl_Nike_20201222_ACE.pdf | |
| | | Donna Olson Deposition Transcript (Vols. 1 & 2) Errata.PDF | Donna Olson Deposition Transcript (Vols. 1 & 2) Errata.PDF | |
| | | DonnaOlsonVolumeI.txt | DonnaOlsonVolumeI.txt | |
| | | DonnaOlsonVolumeI.xmef | DonnaOlsonVolumeI.xmef | |
| | | DonnaOlsonVolumeI_74.pdf | DonnaOlsonVolumeI_74.pdf | |
| | | DonnaOlsonVolumeI_75.pdf | DonnaOlsonVolumeI_75.pdf | |
| 1/8/2021 | BRG | Jessica Junkins Depo + exhibits | | Jessica Junkins Depo + exhibits |
| | | JessicaJunkins_90.pdf | JessicaJunkins_90.pdf | |
| | | JessicaJunkins_COND.pdf | JessicaJunkins_COND.pdf | |
| | | JessicaJunkins_LinkPDF.pdf | JessicaJunkins_LinkPDF.pdf | |
| | | JessicaJunkins_PDFTran.pdf | JessicaJunkins_PDFTran.pdf | |
| | | JessicaJunkins_RAndS.pdf | JessicaJunkins_RAndS.pdf | |
| | | EXT_Cahill v_Nike - Deposition Errata - Jessica Junkins_December 16 2020.msg | EXT_Cahill v_Nike - Deposition Errata - Jessica Junkins_December 16 2020.msg | |
| | | JessicaJunkins.txt | JessicaJunkins.txt | |
| | | JessicaJunkins.xmef | JessicaJunkins.xmef | |
| | | JessicaJunkins_83.pdf | JessicaJunkins_83.pdf | |
| | | JessicaJunkins_84.pdf | JessicaJunkins_84.pdf | |
| | | JessicaJunkins_85.pdf | JessicaJunkins_85.pdf | |
| | | JessicaJunkins_86.pdf | JessicaJunkins_86.pdf | |
| | | JessicaJunkins_87.pdf | JessicaJunkins_87.pdf | |
| | | JessicaJunkins_88.pdf | JessicaJunkins_88.pdf | |
| | | JessicaJunkins_89.pdf | JessicaJunkins_89.pdf | |
| 1/8/2021 | BRG | Shane Walker Vol 1 Depo + exhibits | | Shane Walker Vol 1 Depo + exhibits |
| | | 521 - NIKE_00015535.pptx | 521 - NIKE_00015535.pptx | |
| | | 522 - NIKE_00024770.pptx | 522 - NIKE_00024770.pptx | |
| | | Exhibit 500- NIKE_00003191.pdf | Exhibit 500- NIKE_00003191.pdf | |
| | | Exhibit 507- NIKE_00023548.pdf | Exhibit 507- NIKE_00023548.pdf | |
| | | Exhibit 508 - NIKE_00024354_Confidential.pdf | Exhibit 508 - NIKE_00024354_Confidential.pdf | |
| | | Exhibit 515 - NIKE_00024195_Confidential.pdf | Exhibit 515 - NIKE_00024195_Confidential.pdf | |
| | | Exhibit 516 - NIKE_00023550_Confidential.pdf | Exhibit 516 - NIKE_00023550_Confidential.pdf | |
| | | Exhibit 517 - NIKE_00024591_Confidential.pdf | Exhibit 517 - NIKE_00024591_Confidential.pdf | |
| | | Exhibit 518 - NIKE_00023551_Confidential.pdf | Exhibit 518 - NIKE_00023551_Confidential.pdf | |
| | | Exhibit 520 - NIKE_00023546_Confidential.pdf | Exhibit 520 - NIKE_00023546_Confidential.pdf | |
| | | Exhibit 522- NIKE_00024770.pdf | Exhibit 522- NIKE_00024770.pdf | |
| | | Walker, Shane - Vol. 1.pdf | Walker, Shane - Vol. 1.pdf | |
| | | 500 - NIKE.pptx | 500 - NIKE.pptx | |
| | | 507- NIKE_00023548.pptx | 507- NIKE_00023548.pptx | |
| | | 508 - NIKE_00024354.pptx | 508 - NIKE_00024354.pptx | |
| | | 515 - NIKE_00024195.pptx | 515 - NIKE_00024195.pptx | |
| | | 516 - NIKE_00023550.pptx | 516 - NIKE_00023550.pptx | |
| | | 517 - NIKE_00024591.pptx | 517 - NIKE_00024591.pptx | |
| | | 518 - NIKE_00023551.pptx | 518 - NIKE_00023551.pptx | |
| | | 520 - NIKE_00023546.pptx | 520 - NIKE_00023546.pptx | |
| | | Walker, Shane - Vol. 1.pdf | Walker, Shane - Vol. 1.pdf | |
| | | Exhibit 500 - NIKE.pdf | Exhibit 500 - NIKE.pdf | |
| | | Exhibit 501- NIKE_00003191.pdf | Exhibit 501- NIKE_00003191.pdf | |
| | | Exhibit 502 - Email from Felicia Davis proposing topics for Rule 30(b)(6) deposition, December 8, 2020.pdf | Exhibit 502 - Email from Felicia Davis proposing topics for Rule 30(b)(6) deposition, December 8, 2020.pdf | |
| | | Exhibit 503- Protocol for Virtual Depositions .pdf | Exhibit 503- Protocol for Virtual Depositions .pdf | |
| | | Exhibit 504 NIKE_00002303.pdf | Exhibit 504 NIKE_00002303.pdf | |
| | | Exhibit 505 - NIKE_00000026.pdf | Exhibit 505 - NIKE_00000026.pdf | |
| | | Exhibit 506 - 123- 29 C.F.R. §§ 1607.1 et seq..pdf | Exhibit 506 - 123- 29 C.F.R. §§ 1607.1 et seq..pdf | |
| | | Exhibit 507- NIKE_00023548.pdf | Exhibit 507- NIKE_00023548.pdf | |
| | | Exhibit 508 - NIKE_00024354.pdf | Exhibit 508 - NIKE_00024354.pdf | |
| | | Exhibit 508 - NIKE_00024354_Confidential.pdf | Exhibit 508 - NIKE_00024354_Confidential.pdf | |
| | | Exhibit 509 - NIKE_00001996.pdf | Exhibit 509 - NIKE_00001996.pdf | |
| | | Exhibit 510 - NIKE_00003352.pdf | Exhibit 510 - NIKE_00003352.pdf | |
| | | Exhibit 511- NIKE_00003243.pdf | Exhibit 511- NIKE_00003243.pdf | |
| | | Exhibit 512 - NIKE_00002233.pdf | Exhibit 512 - NIKE_00002233.pdf | |
| | | Exhibit 513 - NIKE_00002070.pdf | Exhibit 513 - NIKE_00002070.pdf | |
| | | Exhibit 514 - NIKE_00023658.pdf | Exhibit 514 - NIKE_00023658.pdf | |
| | | Exhibit 515 - NIKE_00024195.pdf | Exhibit 515 - NIKE_00024195.pdf | |
| | | Exhibit 515 - NIKE_00024195_Confidential.pdf | Exhibit 515 - NIKE_00024195_Confidential.pdf | |
| | | Exhibit 516 - NIKE_00023550.pdf | Exhibit 516 - NIKE_00023550.pdf | |
| | | Exhibit 516 - NIKE_00023550_Confidential.pdf | Exhibit 516 - NIKE_00023550_Confidential.pdf | |
| | | Exhibit 517 - NIKE_00024591.pdf | Exhibit 517 - NIKE_00024591.pdf | |
| | | Exhibit 517 - NIKE_00024591_Confidential.pdf | Exhibit 517 - NIKE_00024591_Confidential.pdf | |
| | | Exhibit 518 - NIKE_00023551.pdf | Exhibit 518 - NIKE_00023551.pdf | |
| | | Exhibit 518 - NIKE_00023551_Confidential.pdf | Exhibit 518 - NIKE_00023551_Confidential.pdf | |
| | | Exhibit 519 - NIKE_00023533.pdf | Exhibit 519 - NIKE_00023533.pdf | |
| | | Exhibit 520 - NIKE_00023546.pdf | Exhibit 520 - NIKE_00023546.pdf | |
| | | Exhibit 520 - NIKE_00023546_Confidential.pdf | Exhibit 520 - NIKE_00023546_Confidential.pdf | |
| | | Exhibit 521 - NIKE_00015535.pdf | Exhibit 521 - NIKE_00015535.pdf | |
| | | Exhibit 522 - NIKE_00024770.pdf | Exhibit 522 - NIKE_00024770.pdf | |
| | | Exhibit 522- NIKE_00024770.pdf | Exhibit 522- NIKE_00024770.pdf | |
| | | Letter to Plaintiffs' Counsel re Shane Walker Confidential Designations.pdf | Letter to Plaintiffs' Counsel re Shane Walker Confidential Designations.pdf | |
| | | Shane Walker Errata.pdf | Shane Walker Errata.pdf | |
| 1/8/2021 | BRG | Shane Walker Vol 2 Depo + exhibits | | Shane Walker Vol 2 Depo + exhibits |
| | | Exhibit 529 - NIKE_00030245.pdf | Exhibit 529 - NIKE_00030245.pdf | |
| | | Exhibit 530 - NIKE_C_00003279.pdf | Exhibit 530 - NIKE_C_00003279.pdf | |
| | | Exhibit 531 - 9.11.1.1.2.1. - Annual Pay Review Leader Toolkit (NIKE_00014002).pdf | Exhibit 531 - 9.11.1.1.2.1. - Annual Pay Review Leader Toolkit (NIKE_00014002).pdf | |
| | | Exhibit 532 - NIKE_00003174.pdf | Exhibit 532 - NIKE_00003174.pdf | |
| | | Exhibit 533 - NIKE_C_00003292.pdf | Exhibit 533 - NIKE_C_00003292.pdf | |
| | | Exhibit 534 - NIKE_C_00003296.pdf | Exhibit 534 - NIKE_C_00003296.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | Exhibit 535 - NIKE_00003328.pdf | Exhibit 535 - NIKE_00003328.pdf | |
| | | Exhibit 536 - NIKE_C_00001707.pdf | Exhibit 536 - NIKE_C_00001707.pdf | |
| | | Exhibit 537 - NIKE_00003175.pdf | Exhibit 537 - NIKE_00003175.pdf | |
| | | Exhibit 538 - NIKE_C_00001653.pdf | Exhibit 538 - NIKE_C_00001653.pdf | |
| | | | | |
| | | Letter to Plaintiffs' Counsel re Shane Walker Confidential Designations.pdf | Letter to Plaintiffs' Counsel re Shane Walker Confidential Designations.pdf | |
| | | Shane Walker Errata.pdf | Shane Walker Errata.pdf | |
| | | Walker, Shane - Vol. 2.pdf | Walker, Shane - Vol. 2.pdf | |
| | | Walker, Shane - Vol. 2.ptx | Walker, Shane - Vol. 2.ptx | |
| | | Exhibit 523 - NIKE_00033376.pdf | Exhibit 523 - NIKE_00033376.pdf | |
| | | Exhibit 524 - NIKE_00024855.pdf | Exhibit 524 - NIKE_00024855.pdf | |
| | | Exhibit 525 - Jobs Chart.pdf | Exhibit 525 - Jobs Chart.pdf | |
| | | Exhibit 526 - NIKE_00030360.pdf | Exhibit 526 - NIKE_00030360.pdf | |
| | | Exhibit 527 - NIKE_00027546.pdf | Exhibit 527 - NIKE_00027546.pdf | |
| | | Exhibit 528 - NIKE_00030143.pdf | Exhibit 528 - NIKE_00030143.pdf | |
| 1/8/2021 | BRG | Shane Walker Vol 3 Depo + exhibits | | Shane Walker Vol 3 Depo + exhibits |
| | | Exhibit 557 - NIKE_00027018.pdf | Exhibit 557 - NIKE_00027018.pdf | |
| | | Exhibit 558 - NIKE_00013826.pdf | Exhibit 558 - NIKE_00013826.pdf | |
| | | Exhibit 559 - NIKE_00003314.pdf | Exhibit 559 - NIKE_00003314.pdf | |
| | | Exhibit 560- NIKE_00002237.pdf | Exhibit 560- NIKE_00002237.pdf | |
| | | Exhibit 561 - NIKE_00001960.pdf | Exhibit 561 - NIKE_00001960.pdf | |
| | | Exhibit 562 - NIKE_00003194.pdf | Exhibit 562 - NIKE_00003194.pdf | |
| | | Exhibit 563 - NIKE_00019518.pdf | Exhibit 563 - NIKE_00019518.pdf | |
| | | Exhibit 564 - NIKE_00019519.pdf | Exhibit 564 - NIKE_00019519.pdf | |
| | | Exhibit 565 - NIKE_00027852.pdf | Exhibit 565 - NIKE_00027852.pdf | |
| | | | | |
| | | Letter to Plaintiffs' Counsel re Shane Walker Confidential Designations.pdf | Letter to Plaintiffs' Counsel re Shane Walker Confidential Designations.pdf | |
| | | Shane Walker Errata.pdf | Shane Walker Errata.pdf | |
| | | Walker, Shane - Vol. 3.pdf | Walker, Shane - Vol. 3.pdf | |
| | | Walker, Shane - Vol. 3.ptx | Walker, Shane - Vol. 3.ptx | |
| | | 546 - NIKE_00023549.pptx | 546 - NIKE_00023549.pptx | |
| | | 547 - NIKE_00024355.pptx | 547 - NIKE_00024355.pptx | |
| | | 549 - NIKE_00023547.pptx | 549 - NIKE_00023547.pptx | |
| | | Exhibit 539 - NIKE_00003182.pdf | Exhibit 539 - NIKE_00003182.pdf | |
| | | Exhibit 540 - PLF_002062.pdf | Exhibit 540 - PLF_002062.pdf | |
| | | Exhibit 541 - NIKE_00002324.pdf | Exhibit 541 - NIKE_00002324.pdf | |
| | | Exhibit 542 - NIKE_00001740.pdf | Exhibit 542 - NIKE_00001740.pdf | |
| | | Exhibit 543 - NIKE_00003273.pdf | Exhibit 543 - NIKE_00003273.pdf | |
| | | Exhibit 544 - NIKE_00027426.pdf | Exhibit 544 - NIKE_00027426.pdf | |
| | | Exhibit 545 - NIKE_00003258.pdf | Exhibit 545 - NIKE_00003258.pdf | |
| | | Exhibit 546 - NIKE_00023549.pdf | Exhibit 546 - NIKE_00023549.pdf | |
| | | Exhibit 546 - NIKE_00023549_Confidential.pdf | Exhibit 546 - NIKE_00023549_Confidential.pdf | |
| | | Exhibit 547 - NIKE_00024355.pdf | Exhibit 547 - NIKE_00024355.pdf | |
| | | Exhibit 547 - NIKE_00024355_Confidential.pdf | Exhibit 547 - NIKE_00024355_Confidential.pdf | |
| | | Exhibit 548 - NIKE_00024552.pdf | Exhibit 548 - NIKE_00024552.pdf | |
| | | Exhibit 549 - NIKE_00023547.pdf | Exhibit 549 - NIKE_00023547.pdf | |
| | | Exhibit 549 - NIKE_00023547_Confidential.pdf | Exhibit 549 - NIKE_00023547_Confidential.pdf | |
| | | Exhibit 550 - NIKE_00002321.pdf | Exhibit 550 - NIKE_00002321.pdf | |
| | | Exhibit 551 - NIKE_00027991.pdf | Exhibit 551 - NIKE_00027991.pdf | |
| | | Exhibit 552 - NIKE_00001647.pdf | Exhibit 552 - NIKE_00001647.pdf | |
| | | Exhibit 553 - NIKE_00024413.pdf | Exhibit 553 - NIKE_00024413.pdf | |
| | | Exhibit 554 - NIKE_00015428.pdf | Exhibit 554 - NIKE_00015428.pdf | |
| | | Exhibit 555- NIKE_00016499.pdf | Exhibit 555- NIKE_00016499.pdf | |
| | | Exhibit 556 - NIKE_00014089.pdf | Exhibit 556 - NIKE_00014089.pdf | |
| 3/3/2021 | BRG | Alison Daugherty Vol. 2 Deposition + Exhibits | | Alison Daugherty Vol. 2 Deposition + Exhibits |
| | | Daugherty, Alison - Vol. 2.ptx | Daugherty, Alison - Vol 2.ptx | |
| | | (615-627) Daugherty, Alison - Vol 2.zip | (615-627) Daugherty, Alison - Vol 2.zip | |
| | | 2021-03-19 Letter to Plaintiffs' Counsel re Alison Daugherty Confidential Designations.pdf | 2021-03-19 Letter to Plaintiffs' Counsel re Alison Daugherty Confidential Designations.pdf | |
| | | Daugherty, Alison - Vol. 2.pdf | Daugherty, Alison - Vol. 2.pdf | |
| | | Exhibit 619 - NIKE_00023461.pdf | Exhibit 619 - NIKE_00023461.pdf | |
| | | Exhibit 620 - NIKE_00033364-65.pdf | Exhibit 620 - NIKE_00033364-65.pdf | |
| | | Exhibit 621 - NIKE_00033366-67.pdf | Exhibit 621 - NIKE_00033366-67.pdf | |
| | | Exhibit 622 - NIKE_00033352-55.pdf | Exhibit 622 - NIKE_00033352-55.pdf | |
| | | Exhibit 623 - NIKE_00033344-45.pdf | Exhibit 623 - NIKE_00033344-45.pdf | |
| | | Exhibit 624 - NIKE_00033356.pdf | Exhibit 624 - NIKE_00033356.pdf | |
| | | Exhibit 625 - NIKE_00033368-69.pdf | Exhibit 625 - NIKE_00033368-69.pdf | |
| | | Exhibit 626 - PLF_000010-63.pdf | Exhibit 626 - PLF_000010-63.pdf | |
| | | Exhibit 627 -Daugherty, Alison - Vol. 1 - 30(b)(6).pdf | Exhibit 627 -Daugherty, Alison - Vol. 1 - 30(b)(6).pdf | |
| | | Exhibit 615 - Lisa J. Lewen, Ph.D.pdf | Exhibit 615 - Lisa J. Lewen, Ph.D.pdf | |
| | | Exhibit 616 - NIKE_00006252.pdf | Exhibit 616 - NIKE_00006252.pdf | |
| | | Exhibit 617 - Josh Simon.pdf | Exhibit 617 - Josh Simon.pdf | |
| | | Exhibit 618 - NIKE_00015835.pdf | Exhibit 618 - NIKE_00015835.pdf | |
| 3/3/2021 | BRG | Christina Baumel Deposition + Exhibits | | Christina Baumel Deposition + Exhibits |
| | | EXT Cahill v Nike - Deposition Errata - Christina Baumel January 26 2021.msg | EXT Cahill v Nike - Deposition Errata - Christina Baumel January 26 2021.msg | |
| | | 01262021_23712629.zip | 01262021_23712629.zip | |
| | | ChristinaBaumel_175.pdf | ChristinaBaumel_175.pdf | |
| | | ChristinaBaumel_176.pdf | ChristinaBaumel_176.pdf | |
| | | ChristinaBaumel_177.pdf | ChristinaBaumel_177.pdf | |
| | | ChristinaBaumel_178.pdf | ChristinaBaumel_178.pdf | |
| | | ChristinaBaumel_COND.pdf | ChristinaBaumel_COND.pdf | |
| | | ChristinaBaumel_LinkPDF.pdf | ChristinaBaumel_LinkPDF.pdf | |
| | | ChristinaBaumel_PDFTran.pdf | ChristinaBaumel_PDFTran.pdf | |
| | | ChristinaBaumel_RAndS.pdf | ChristinaBaumel_RAndS.pdf | |
| | | ChristinaBaumel.txt | ChristinaBaumel.txt | |
| | | ChristinaBaumel.xmef | ChristinaBaumel.xmef | |
| | | ChristinaBaumel_170.pdf | ChristinaBaumel_170.pdf | |
| | | ChristinaBaumel_171.pdf | ChristinaBaumel_171.pdf | |
| | | ChristinaBaumel_172.pdf | ChristinaBaumel_172.pdf | |
| | | ChristinaBaumel_173.pdf | ChristinaBaumel_173.pdf | |
| | | ChristinaBaumel_174.pdf | ChristinaBaumel_174.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| 3/3/2021 | BRG | Cindy Linebaugh Deposition + Exhibits | | Cindy Linebaugh Deposition + Exhibits |
| | | 12212020_23301524.zip | 12212020_23301524.zip | |
| | | EXT Cahill v Nike - Deposition Errata - Cindy Linebaugh December 21 2020.msg | EXT Cahill v Nike - Deposition Errata - Cindy Linebaugh December 21 2020.msg | |
| | | CindyLeaLinebaugh_97.pdf | CindyLeaLinebaugh_97.pdf | |
| | | CindyLeaLinebaugh_98.pdf | CindyLeaLinebaugh_98.pdf | |
| | | CindyLeaLinebaugh_99.pdf | CindyLeaLinebaugh_99.pdf | |
| | | CindyLeaLinebaugh_100.pdf | CindyLeaLinebaugh_100.pdf | |
| | | CindyLeaLinebaugh_101.pdf | CindyLeaLinebaugh_101.pdf | |
| | | CindyLeaLinebaugh_102.pdf | CindyLeaLinebaugh_102.pdf | |
| | | CindyLeaLinebaugh_103.pdf | CindyLeaLinebaugh_103.pdf | |
| | | CindyLeaLinebaugh_104.pdf | CindyLeaLinebaugh_104.pdf | |
| | | CindyLeaLinebaugh_105.pdf | CindyLeaLinebaugh_105.pdf | |
| | | CindyLeaLinebaugh_COND.pdf | CindyLeaLinebaugh_COND.pdf | |
| | | CindyLeaLinebaugh_LinkPDF.pdf | CindyLeaLinebaugh_LinkPDF.pdf | |
| | | CindyLeaLinebaugh_PDFTran.pdf | CindyLeaLinebaugh_PDFTran.pdf | |
| | | CindyLeaLinebaugh_RAndS.pdf | CindyLeaLinebaugh_RAndS.pdf | |
| | | CindyLeaLinebaugh.txt | CindyLeaLinebaugh.txt | |
| | | CindyLeaLinebaugh.xmef | CindyLeaLinebaugh.xmef | |
| | | CindyLeaLinebaugh_91.pdf | CindyLeaLinebaugh_91.pdf | |
| | | CindyLeaLinebaugh_92.pdf | CindyLeaLinebaugh_92.pdf | |
| | | CindyLeaLinebaugh_93.pdf | CindyLeaLinebaugh_93.pdf | |
| | | CindyLeaLinebaugh_94.pdf | CindyLeaLinebaugh_94.pdf | |
| | | CindyLeaLinebaugh_95.pdf | CindyLeaLinebaugh_95.pdf | |
| | | CindyLeaLinebaugh_96.pdf | CindyLeaLinebaugh_96.pdf | |
| 3/3/2021 | BRG | Donna Olson Vol. 2 Deposition + Exhibits | | Donna Olson Vol. 2 Deposition + Exhibits |
| | | DonnaJeanOlson_106.pdf | DonnaJeanOlson_106.pdf | |
| | | DonnaJeanOlson_107.pdf | DonnaJeanOlson_107.pdf | |
| | | DonnaJeanOlson_COND.pdf | DonnaJeanOlson_COND.pdf | |
| | | DonnaJeanOlson_LinkPDF.pdf | DonnaJeanOlson_LinkPDF.pdf | |
| | | DonnaJeanOlson_PDFTran.pdf | DonnaJeanOlson_PDFTran.pdf | |
| | | DonnaJeanOlson_RAndS.pdf | DonnaJeanOlson_RAndS.pdf | |
| | | EXT Cahill v Nike - Donna Olson Deposition Errata.msg | EXT Cahill v Nike - Donna Olson Deposition Errata.msg | |
| | | Donna Olson Deposition Transcript (Vols. 1 & 2) Errata.PDF | Donna Olson Deposition Transcript (Vols. 1 & 2) Errata.PDF | |
| | | DonnaJeanOlson.txt | DonnaJeanOlson.txt | |
| | | DonnaJeanOlson_75.pdf | DonnaJeanOlson_75.pdf | |
| 3/3/2021 | BRG | Emily Tucker Deposition + Exhibits | | Emily Tucker Deposition + Exhibits |
| | | EmilyTucker_150.pdf | EmilyTucker_150.pdf | |
| | | EmilyTucker_151.pdf | EmilyTucker_151.pdf | |
| | | EmilyTucker_152.pdf | EmilyTucker_152.pdf | |
| | | EmilyTucker_153.pdf | EmilyTucker_153.pdf | |
| | | EmilyTucker_154.pdf | EmilyTucker_154.pdf | |
| | | EmilyTucker_155.pdf | EmilyTucker_155.pdf | |
| | | EmilyTucker_156.pdf | EmilyTucker_156.pdf | |
| | | EmilyTucker_157.pdf | EmilyTucker_157.pdf | |
| | | EmilyTucker_158.pdf | EmilyTucker_158.pdf | |
| | | EmilyTucker_159.pdf | EmilyTucker_159.pdf | |
| | | EmilyTucker_160.pdf | EmilyTucker_160.pdf | |
| | | EmilyTucker_161.pdf | EmilyTucker_161.pdf | |
| | | EmilyTucker_162.pdf | EmilyTucker_162.pdf | |
| | | EmilyTucker_163.pdf | EmilyTucker_163.pdf | |
| | | EmilyTucker_164.pdf | EmilyTucker_164.pdf | |
| | | EmilyTucker_165.pdf | EmilyTucker_165.pdf | |
| | | EmilyTucker_166.pdf | EmilyTucker_166.pdf | |
| | | EmilyTucker_167.pdf | EmilyTucker_167.pdf | |
| | | EmilyTucker_168.pdf | EmilyTucker_168.pdf | |
| | | EmilyTucker_169.pdf | EmilyTucker_169.pdf | |
| | | EmilyTucker_COND.pdf | EmilyTucker_COND.pdf | |
| | | EmilyTucker_LinkPDF.pdf | EmilyTucker_LinkPDF.pdf | |
| | | EmilyTucker_PDFTran.pdf | EmilyTucker_PDFTran.pdf | |
| | | EmilyTucker_RAndS.pdf | EmilyTucker_RAndS.pdf | |
| | | Tucker Depo Rough.docx | Tucker Depo Rough.docx | |
| | | Deposition Transcript Errata of Emily Tucker.PDF | Deposition Transcript Errata of Emily Tucker.PDF | |
| | | EmilyTucker.txt | EmilyTucker.txt | |
| | | EmilyTucker_145.pdf | EmilyTucker_145.pdf | |
| | | EmilyTucker_146.pdf | EmilyTucker_146.pdf | |
| | | EmilyTucker_147.pdf | EmilyTucker_147.pdf | |
| | | EmilyTucker_148.pdf | EmilyTucker_148.pdf | |
| | | EmilyTucker_149.pdf | EmilyTucker_149.pdf | |
| 3/3/2021 | BRG | Heather Hender Deposition + Exhibits | | Heather Hender Deposition + Exhibits |
| | | 01142021_23631386.zip | 01142021_23631386.zip | |
| | | HeatherHender_Rough.txt | HeatherHender_Rough.txt | |
| | | EXT Cahill v Nike - Deposition Errata & Confidential Designation - Heather Hender.msg | EXT Cahill v Nike - Deposition Errata & Confidential Designation - Heather Hender.msg | |
| | | HeatherHender_136.pdf | HeatherHender_136.pdf | |
| | | HeatherHender_137.pdf | HeatherHender_137.pdf | |
| | | HeatherHender_138.pdf | HeatherHender_138.pdf | |
| | | HeatherHender_139.pdf | HeatherHender_139.pdf | |
| | | HeatherHender_140.pdf | HeatherHender_140.pdf | |
| | | HeatherHender_141.pdf | HeatherHender_141.pdf | |
| | | HeatherHender_142.pdf | HeatherHender_142.pdf | |
| | | HeatherHender_COND.pdf | HeatherHender_COND.pdf | |
| | | HeatherHender_LinkPDF.pdf | HeatherHender_LinkPDF.pdf | |
| | | HeatherHender_PDFTran.pdf | HeatherHender_PDFTran.pdf | |
| | | HeatherHender_RAndS.pdf | HeatherHender_RAndS.pdf | |
| | | HeatherHender.txt | HeatherHender.txt | |
| | | HeatherHender.xmef | HeatherHender.xmef | |
| | | HeatherHender_132.pdf | HeatherHender_132.pdf | |
| | | HeatherHender_133.pdf | HeatherHender_133.pdf | |
| | | HeatherHender_134.pdf | HeatherHender_134.pdf | |
| | | HeatherHender_135.pdf | HeatherHender_135.pdf | |
| 3/3/2021 | BRG | Kendra Pryce Deposition + Exhibits | | Kendra Pryce Deposition + Exhibits |
| | | Exhibit 629 - 2021-02-04 Email with Topics.pdf | Exhibit 629 - 2021-02-04 Email with Topics.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | Pryce, Kendra - 30(b)(6).pdf | Pryce, Kendra - 30(b)(6).pdf | |
| | | 2021-03-22 Letter to Plaintiffs' re Kendra Pryce's Confidential Designations.pdf | 2021-03-22 Letter to Plaintiffs' re Kendra Pryce's Confidential Designations.pdf | |
| | | Exhibit 628 - NIKE_00024144.pdf | Exhibit 628 - NIKE_00024144.pdf | |
| 3/3/2021 | BRG | Lauren Anderson Deposition + Exhibits | | Lauren Anderson Deposition + Exhibits |
| | | 01212021_23712893.zip | 01212021_23712893.zip | |
| | | CahillEtAl_Nike_20210121_ACE.pdf | CahillEtAl_Nike_20210121_ACE.pdf | |
| | | 2021-03-19 Depo Errata re L. Anderson.msg | 2021-03-19 Depo Errata re L. Anderson.msg | |
| | | LaurenAnderson_144.pdf | LaurenAnderson_144.pdf | |
| | | LaurenAnderson_COND.pdf | LaurenAnderson_COND.pdf | |
| | | LaurenAnderson_LinkPDF.pdf | LaurenAnderson_LinkPDF.pdf | |
| | | LaurenAnderson_PDFTran.pdf | LaurenAnderson_PDFTran.pdf | |
| | | LaurenAnderson_RAndS.pdf | LaurenAnderson_RAndS.pdf | |
| | | LaurenAnderson.txt | LaurenAnderson.txt | |
| | | LaurenAnderson.xmef | LaurenAnderson.xmef | |
| | | LaurenAnderson_143.pdf | LaurenAnderson_143.pdf | |
| 3/3/2021 | BRG | Lauren Anderson Vol. 2 Deposition + Exhibits | | Lauren Anderson Vol. 2 Deposition + Exhibits |
| | | LaurenAndersonVol2_193.pdf | LaurenAndersonVol2_193.pdf | |
| | | LaurenAndersonVol2_194.pdf | LaurenAndersonVol2_194.pdf | |
| | | LaurenAndersonVol2_195.pdf | LaurenAndersonVol2_195.pdf | |
| | | LaurenAndersonVol2_196.pdf | LaurenAndersonVol2_196.pdf | |
| | | LaurenAndersonVol2_197.pdf | LaurenAndersonVol2_197.pdf | |
| | | LaurenAndersonVol2_198.pdf | LaurenAndersonVol2_198.pdf | |
| | | LaurenAndersonVol2_199.pdf | LaurenAndersonVol2_199.pdf | |
| | | LaurenAndersonVol2_200.pdf | LaurenAndersonVol2_200.pdf | |
| | | LaurenAndersonVol2_201.pdf | LaurenAndersonVol2_201.pdf | |
| | | LaurenAndersonVol2_202.pdf | LaurenAndersonVol2_202.pdf | |
| | | LaurenAndersonVol2_203.pdf | LaurenAndersonVol2_203.pdf | |
| | | LaurenAndersonVol2_204.pdf | LaurenAndersonVol2_204.pdf | |
| | | LaurenAndersonVol2_205.pdf | LaurenAndersonVol2_205.pdf | |
| | | LaurenAndersonVol2_206.pdf | LaurenAndersonVol2_206.pdf | |
| | | LaurenAndersonVol2_207.pdf | LaurenAndersonVol2_207.pdf | |
| | | LaurenAndersonVol2_208.pdf | LaurenAndersonVol2_208.pdf | |
| | | LaurenAndersonVol2_209.pdf | LaurenAndersonVol2_209.pdf | |
| | | LaurenAndersonVol2_COND.pdf | LaurenAndersonVol2_COND.pdf | |
| | | LaurenAndersonVol2_LinkPDF.pdf | LaurenAndersonVol2_LinkPDF.pdf | |
| | | LaurenAndersonVol2_PDFTran.pdf | LaurenAndersonVol2_PDFTran.pdf | |
| | | LaurenAndersonVol2_RAndS.pdf | LaurenAndersonVol2_RAndS.pdf | |
| | | 2021-03-19 Depo Errata re L. Anderson.msg | 2021-03-19 Depo Errata re L. Anderson.msg | |
| | | LaurenAndersonVol2.lef | LaurenAndersonVol2.lef | |
| | | LaurenAndersonVol2.txt | LaurenAndersonVol2.txt | |
| | | LaurenAndersonVol2.xmef | LaurenAndersonVol2.xmef | |
| | | LaurenAndersonVol2_143.pdf | LaurenAndersonVol2_143.pdf | |
| | | LaurenAndersonVol2_190.pdf | LaurenAndersonVol2_190.pdf | |
| | | LaurenAndersonVol2_191.pdf | LaurenAndersonVol2_191.pdf | |
| | | LaurenAndersonVol2_192.pdf | LaurenAndersonVol2_192.pdf | |
| 3/3/2021 | BRG | Lindsay Elizabeth Deposition + Exhibits | | Lindsay Elizabeth Deposition + Exhibits |
| | | LindsayElizabeth.lef | LindsayElizabeth.lef | |
| | | LindsayElizabeth.txt | LindsayElizabeth.txt | |
| | | LindsayElizabeth.xmef | LindsayElizabeth.xmef | |
| | | LindsayElizabeth_108.pdf | LindsayElizabeth_108.pdf | |
| | | LindsayElizabeth_109.pdf | LindsayElizabeth_109.pdf | |
| | | LindsayElizabeth_110.pdf | LindsayElizabeth_110.pdf | |
| | | LindsayElizabeth_COND.pdf | LindsayElizabeth_COND.pdf | |
| | | LindsayElizabeth_LinkPDF.pdf | LindsayElizabeth_LinkPDF.pdf | |
| | | LindsayElizabeth_PDFTran.pdf | LindsayElizabeth_PDFTran.pdf | |
| | | LindsayElizabeth_RAndS.pdf | LindsayElizabeth_RAndS.pdf | |
| | | Proof of service.pdf | Proof of service.pdf | |
| | | 01112021_23628008.zip | 01112021_23628008.zip | |
| | | Letter to counsel.pdf | Letter to counsel.pdf | |
| | | Lindsay Elizabeth Errata.pdf | Lindsay Elizabeth Errata.pdf | |
| | | PMSessionLindsayElizabeth_121.pdf | PMSessionLindsayElizabeth_121.pdf | |
| | | PMSessionLindsayElizabeth_122.pdf | PMSessionLindsayElizabeth_122.pdf | |
| | | PMSessionLindsayElizabeth_123.pdf | PMSessionLindsayElizabeth_123.pdf | |
| | | PMSessionLindsayElizabeth_124.pdf | PMSessionLindsayElizabeth_124.pdf | |
| | | PMSessionLindsayElizabeth_125.pdf | PMSessionLindsayElizabeth_125.pdf | |
| | | PMSessionLindsayElizabeth_126.pdf | PMSessionLindsayElizabeth_126.pdf | |
| | | PMSessionLindsayElizabeth_127.pdf | PMSessionLindsayElizabeth_127.pdf | |
| | | PMSessionLindsayElizabeth_128.pdf | PMSessionLindsayElizabeth_128.pdf | |
| | | PMSessionLindsayElizabeth_129.pdf | PMSessionLindsayElizabeth_129.pdf | |
| | | PMSessionLindsayElizabeth_130.pdf | PMSessionLindsayElizabeth_130.pdf | |
| | | PMSessionLindsayElizabeth_131.pdf | PMSessionLindsayElizabeth_131.pdf | |
| | | PMSessionLindsayElizabeth_COND.pdf | PMSessionLindsayElizabeth_COND.pdf | |
| | | PMSessionLindsayElizabeth_LinkPDF.pdf | PMSessionLindsayElizabeth_LinkPDF.pdf | |
| | | PMSessionLindsayElizabeth_PDFTran.pdf | PMSessionLindsayElizabeth_PDFTran.pdf | |
| | | PMSessionLindsayElizabeth_RAndS.pdf | PMSessionLindsayElizabeth_RAndS.pdf | |
| | | PMSessionLindsayElizabeth.lef | PMSessionLindsayElizabeth.lef | |
| | | PMSessionLindsayElizabeth.txt | PMSessionLindsayElizabeth.txt | |
| | | PMSessionLindsayElizabeth.xmef | PMSessionLindsayElizabeth.xmef | |
| | | PMSessionLindsayElizabeth_111.pdf | PMSessionLindsayElizabeth_111.pdf | |
| | | PMSessionLindsayElizabeth_112.pdf | PMSessionLindsayElizabeth_112.pdf | |
| | | PMSessionLindsayElizabeth_113.pdf | PMSessionLindsayElizabeth_113.pdf | |
| | | PMSessionLindsayElizabeth_114.pdf | PMSessionLindsayElizabeth_114.pdf | |
| | | PMSessionLindsayElizabeth_115.pdf | PMSessionLindsayElizabeth_115.pdf | |
| | | PMSessionLindsayElizabeth_116.pdf | PMSessionLindsayElizabeth_116.pdf | |
| | | PMSessionLindsayElizabeth_117.pdf | PMSessionLindsayElizabeth_117.pdf | |
| | | PMSessionLindsayElizabeth_118.pdf | PMSessionLindsayElizabeth_118.pdf | |
| | | PMSessionLindsayElizabeth_119.pdf | PMSessionLindsayElizabeth_119.pdf | |
| | | PMSessionLindsayElizabeth_120.pdf | PMSessionLindsayElizabeth_120.pdf | |
| 3/3/2021 | BRG | Paige Azavedo Deposition + Exhibits | | Paige Azavedo Deposition + Exhibits |
| | | Paige Azavedo Deposition Errata.pdf | Paige Azavedo Deposition Errata.pdf | |
| | | 01292021_24009764.zip | 01292021_24009764.zip | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | PaigeAzavedo_181.pdf | PaigeAzavedo_181.pdf | |
| | | PaigeAzavedo_182.pdf | PaigeAzavedo_182.pdf | |
| | | PaigeAzavedo_183.pdf | PaigeAzavedo_183.pdf | |
| | | PaigeAzavedo_184.pdf | PaigeAzavedo_184.pdf | |
| | | PaigeAzavedo_185.pdf | PaigeAzavedo_185.pdf | |
| | | PaigeAzavedo_186.pdf | PaigeAzavedo_186.pdf | |
| | | PaigeAzavedo_187.pdf | PaigeAzavedo_187.pdf | |
| | | PaigeAzavedo_188.pdf | PaigeAzavedo_188.pdf | |
| | | PaigeAzavedo_189.pdf | PaigeAzavedo_189.pdf | |
| | | PaigeAzavedo_COND.pdf | PaigeAzavedo_COND.pdf | |
| | | PaigeAzavedo_LinkPDF.pdf | PaigeAzavedo_LinkPDF.pdf | |
| | | PaigeAzavedo_PDFTran.pdf | PaigeAzavedo_PDFTran.pdf | |
| | | PaigeAzavedo_RAndS.pdf | PaigeAzavedo_RAndS.pdf | |
| | | PaigeAzavedo.lef | PaigeAzavedo.lef | |
| | | PaigeAzavedo.txt | PaigeAzavedo.txt | |
| | | PaigeAzavedo.xmef | PaigeAzavedo.xmef | |
| | | PaigeAzavedo_179.pdf | PaigeAzavedo_179.pdf | |
| | | PaigeAzavedo_180.pdf | PaigeAzavedo_180.pdf | |
| 3/3/2021 | BRG | Shelli White Deposition + Exhibits | | Shelli White Deposition + Exhibits |
| | | White, Shelli - 30(b)(6).pdf | White, Shelli - 30(b)(6).pdf | |
| | | (589-614) White, Shelli - 30(b)(6).zip | (589-614) White, Shelli - 30(b)(6).zip | |
| | | 2021-03-22 Letter to Plaintiffs' Counsel re Shelli White's Confidential Designations and Signed Errata.pdf | 2021-03-22 Letter to Plaintiffs' Counsel re Shelli White's Confidential Designations and Signed Errata.pdf | |
| | | Exhibit 609 - NIKE_00008579_Confidential.xlsx | Exhibit 609 - NIKE_00008579_Confidential.xlsx | |
| | | Exhibit 612 - NIKE_00015869_Confidential.pptx | Exhibit 612 - NIKE_00015869_Confidential.pptx | |
| | | Exhibit 595 - NIKE_00030191.pptx | Exhibit 595 - NIKE_00030191.pptx | |
| | | Exhibit 596 - NIKE_00026514.pptx | Exhibit 596 - NIKE_00026514.pptx | |
| | | Exhibit 606 - NIKE_00001959.xlsx | Exhibit 606 - NIKE_00001959.xlsx | |
| | | Exhibit 608 - NIKE_00030133.xlsx | Exhibit 608 - NIKE_00030133.xlsx | |
| | | Exhibit 614 - NIKE_00030252.pdf | Exhibit 614 - NIKE_00030252.pdf | |
| | | Exhibit 589 - NIKE_00030711.pdf | Exhibit 589 - NIKE_00030711.pdf | |
| | | Exhibit 590 - NIKE_00003328.pdf | Exhibit 590 - NIKE_00003328.pdf | |
| | | Exhibit 591 - NIKE_00001653.pdf | Exhibit 591 - NIKE_00001653.pdf | |
| | | Exhibit 592 - NIKE_00030143.pdf | Exhibit 592 - NIKE_00030143.pdf | |
| | | Exhibit 593 - NIKE_00030262.pdf | Exhibit 593 - NIKE_00030262.pdf | |
| | | Exhibit 594 - NIKE_00030170.pdf | Exhibit 594 - NIKE_00030170.pdf | |
| | | Exhibit 595 - NIKE_00030191.pdf | Exhibit 595 - NIKE_00030191.pdf | |
| | | Exhibit 596 - NIKE_00026514.pdf | Exhibit 596 - NIKE_00026514.pdf | |
| | | Exhibit 597 - Jan. 21, 2021 Email with 1.29.21 Topics.pdf | Exhibit 597 - Jan. 21, 2021 Email with 1.29.21 Topics.pdf | |
| | | Exhibit 598 -NIKE_00019411.pdf | Exhibit 598 -NIKE_00019411.pdf | |
| | | Exhibit 599 -NIKE_00015413.pdf | Exhibit 599 -NIKE_00015413.pdf | |
| | | Exhibit 600 - NIKE_00019405.pdf | Exhibit 600 - NIKE_00019405.pdf | |
| | | Exhibit 601 - NIKE_00013312.pdf | Exhibit 601 - NIKE_00013312.pdf | |
| | | Exhibit 602 - NIKE_00030254.pdf | Exhibit 602 - NIKE_00030254.pdf | |
| | | Exhibit 603 - NIKE_00026617.pdf | Exhibit 603 - NIKE_00026617.pdf | |
| | | Exhibit 604 - NIKE_00030271.pdf | Exhibit 604 - NIKE_00030271.pdf | |
| | | Exhibit 605 - NIKE_00030136.pdf | Exhibit 605 - NIKE_00030136.pdf | |
| | | Exhibit 606 - NIKE_00001959.pdf | Exhibit 606 - NIKE_00001959.pdf | |
| | | Exhibit 607 - NIKE_00024675.pdf | Exhibit 607 - NIKE_00024675.pdf | |
| | | Exhibit 608 - NIKE_00030133.pdf | Exhibit 608 - NIKE_00030133.pdf | |
| | | Exhibit 609 - NIKE_00008579_Confidential.pdf | Exhibit 609 - NIKE_00008579_Confidential.pdf | |
| | | Exhibit 610 - NIKE_00003287.pdf | Exhibit 610 - NIKE_00003287.pdf | |
| | | Exhibit 611 -NIKE_00030149.pdf | Exhibit 611 -NIKE_00030149.pdf | |
| | | Exhibit 612 - NIKE_00015869_Confidential.pdf | Exhibit 612 - NIKE_00015869_Confidential.pdf | |
| | | Exhibit 613 - NIKE_00030260.pdf | Exhibit 613 - NIKE_00030260.pdf | |
| 4/7/2021 | BRG | Treasure Heinle Deposition + Exhibits | | Treasure Heinle Deposition + Exhibits |
| | | Exhibit 638 -NIKE_00002301.pdf | Exhibit 638 -NIKE_00002301.pdf | |
| | | Exhibit 639 - NIKE_00030097.pdf | Exhibit 639 - NIKE_00030097.pdf | |
| | | Exhibit 640 -NIKE_00030094.pdf | Exhibit 640 -NIKE_00030094.pdf | |
| | | Exhibit 641 - NIKE_00015942.pdf | Exhibit 641 - NIKE_00015942.pdf | |
| | | Exhibit 642 - NIKE_00030710.pdf | Exhibit 642 - NIKE_00030710.pdf | |
| | | Exhibit 643 - NIKE_C_00001853.pdf | Exhibit 643 - NIKE_C_00001853.pdf | |
| | | Exhibit 644 - NIKE_00015839.pdf | Exhibit 644 - NIKE_00015839.pdf | |
| | | Exhibit 644 -NIKE_00015839.pptx | Exhibit 644 -NIKE_00015839.pptx | |
| | | Exhibit 645 - NIKE_00013810.pdf | Exhibit 645 - NIKE_00013810.pdf | |
| | | Exhibit 646 - NIKE_00027189.pdf | Exhibit 646 - NIKE_00027189.pdf | |
| | | Exhibit 647 - NIKE_00027184.pdf | Exhibit 647 - NIKE_00027184.pdf | |
| | | Exhibit 647 - NIKE_00027184.pptx | Exhibit 647 - NIKE_00027184.pptx | |
| | | Exhibit 648 - NIKE_00001849.pdf | Exhibit 648 - NIKE_00001849.pdf | |
| | | Exhibit 649 - NIKE_00013822.pdf | Exhibit 649 - NIKE_00013822.pdf | |
| | | Exhibit 650 - NIKE_00015874.pdf | Exhibit 650 - NIKE_00015874.pdf | |
| | | Exhibit 650 -NIKE_00015874.pptx | Exhibit 650 -NIKE_00015874.pptx | |
| | | Exhibit 651 - NIKE_00030112.pdf | Exhibit 651 - NIKE_00030112.pdf | |
| | | Heinle, Treasure - 30(b)(6) Transcript.pdf | Heinle, Treasure - 30(b)(6) Transcript.pdf | |
| | | Heinle, Treasure - 30(b)(6).ptx | Heinle, Treasure - 30(b)(6).ptx | |
| | | Exhibit 635 - Mar. 11, 2021 Email from Nike Re Topics.pdf | Exhibit 635 - Mar. 11, 2021 Email from Nike Re Topics.pdf | |
| | | Exhibit 636 - NIKE_00003255.pdf | Exhibit 636 - NIKE_00003255.pdf | |
| | | Exhibit 636 - NIKE_00003255.pptx | Exhibit 636 - NIKE_00003255.pptx | |
| | | Exhibit 637 -NIKE_00002304.pdf | Exhibit 637 -NIKE_00002304.pdf | |
| 4/12/2021 | BRG | Heather Hender Deposition + Exhibits (Volume 2) | | Heather Hender Deposition + Exhibits (Volume 2) |
| | | HeatherHenderVol2_COND.pdf | HeatherHenderVol2_COND.pdf | |
| | | HeatherHenderVol2_PDFTran.pdf | HeatherHenderVol2_PDFTran.pdf | |
| | | HeatherHenderVol2_RAndS.pdf | HeatherHenderVol2_RAndS.pdf | |
| | | EXT_Cahill v_Nike - Deposition Errata & Confidential Designation - Heather Hender.msg | EXT_Cahill v_Nike - Deposition Errata & Confidential Designation - Heather Hender.msg | |
| | | 2021-06-11 - Nike - Ps' Amended Confidentiality Designation re Heather Hender.pdf | 2021-06-11 - Nike - Ps' Amended Confidentiality Designation re Heather Hender.pdf | |
| | | CahillEtAl_Nike_20210317_ACE.pdf | CahillEtAl_Nike_20210317_ACE.pdf | |
| | | HeatherHenderVol2.txt | HeatherHenderVol2.txt | |
| | | HeatherHenderVol2.xmef | HeatherHenderVol2.xmef | |
| 4/12/2021 | BRG | Shine Thomse Deposition + Exhibits | | Shine Thomse Deposition + Exhibits |
| | | Exhibit 669 - NIKE_00024155.pdf | Exhibit 669 - NIKE_00024155.pdf | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | Exhibit 670 - NIKE_00024196.pdf | Exhibit 670 - NIKE_00024196.pdf | |
| | | Exhibit 671 - NIKE_00024193.pdf | Exhibit 671 - NIKE_00024193.pdf | |
| | | Exhibit 673 - NIKE_00024727.pdf | Exhibit 673 - NIKE_00024727.pdf | |
| | | Exhibit 674 - NIKE_00030825.pdf | Exhibit 674 - NIKE_00030825.pdf | |
| | | Exhibit 675 - NIKE_00007038.pdf | Exhibit 675 - NIKE_00007038.pdf | |
| | | Exhibit 676 - NIKE_00008904.pdf | Exhibit 676 - NIKE_00008904.pdf | |
| | | Exhibit 677 - PLF_002885.pdf | Exhibit 677 - PLF_002885.pdf | |
| | | Thomas, Shine - 30(b)(6).pdf | Thomas, Shine - 30(b)(6).pdf | |
| | | Thomas, Shine - 30(b)(6).ptx | Thomas, Shine - 30(b)(6).ptx | |
| | | 2021 - Correction_Sheet - Thomas, Shine.pdf | 2021 - Correction_Sheet - Thomas, Shine.pdf | |
| | | Exhibit 658 -NIKE_00027182.pdf | Exhibit 658 -NIKE_00027182.pdf | |
| | | Exhibit 659 - NIKE_00029808.pdf | Exhibit 659 - NIKE_00029808.pdf | |
| | | Exhibit 660 -NIKE_00013856.pdf | Exhibit 660 -NIKE_00013856.pdf | |
| | | Exhibit 661 - NIKE_00024728.pdf | Exhibit 661 - NIKE_00024728.pdf | |
| | | Exhibit 662 - NIKE_00003251.pdf | Exhibit 662 - NIKE_00003251.pdf | |
| | | Exhibit 663 - NIKE_00003185.pdf | Exhibit 663 - NIKE_00003185.pdf | |
| | | Exhibit 664 - Mar. 11, 2021 Email from Nike Re Topics.pdf | Exhibit 664 - Mar. 11, 2021 Email from Nike Re Topics.pdf | |
| | | Exhibit 665 -Cahill v. Nike - March 26 Rule 30(b)(7) Deposition.pdf | Exhibit 665 -Cahill v. Nike - March 26 Rule 30(b)(7) Deposition.pdf | |
| | | Exhibit 666 - NIKE_00030276.pdf | Exhibit 666 - NIKE_00030276.pdf | |
| | | Exhibit 667 - NIKE_00030682.pdf | Exhibit 667 - NIKE_00030682.pdf | |
| | | Exhibit 668 - NIKE_00030684.pdf | Exhibit 668 - NIKE_00030684.pdf | |
| 4/16/2021 | BRG | Cory Gillespie Deposition + Exhibits | | Cory Gillespie Deposition + Exhibits |
| | | Exhibit 654 -Matter of Respect - PLF_002497.pdf | Exhibit 654 -Matter of Respect - PLF_002497.pdf | |
| | | Exhibit 655 - NIKE_00014625 - ER-process-roadmap.pdf | Exhibit 655 - NIKE_00014625 - ER-process-roadmap.pdf | |
| | | Exhibit 656 - NIKE_00014613 - Assessment Guide__FINAL.pdf | Exhibit 656 - NIKE_00014613 - Assessment Guide__FINAL.pdf | |
| | | Exhibit 657 - NIKE_00033412-NIKE_00033413 - corrected.pdf | Exhibit 657 - NIKE_00033412-NIKE_00033413 - corrected.pdf | |
| | | Gillespie rough draft.txt | Gillespie rough draft.txt | |
| | | Gillespie, Cory - 30(b)(6).pdf | Gillespie, Cory - 30(b)(6).pdf | |
| | | Gillespie, Cory - 30(b)(6).ptx | Gillespie, Cory - 30(b)(6).ptx | |
| | | 2021 - Correction_Sheet - Gillespie, Cory.pdf | 2021 - Correction_Sheet - Gillespie, Cory.pdf | |
| | | 2021-05-07 Letter to Plaintiffs' Counsel re Cory Gillespie's Confidentiality Designations.msg | 2021-05-07 Letter to Plaintiffs' Counsel re Cory Gillespie's Confidentiality Designations.msg | |
| | | Exhibit 652 - Nike_Cahill - Obj_s and Resps of Notice of Deposition[26555].pdf | Exhibit 652 - Nike_Cahill - Obj_s and Resps of Notice of Deposition[26555].pdf | |
| | | Exhibit 653 - NIKE_00023458 - Case Details (Lauren Anderson).pdf | Exhibit 653 - NIKE_00023458 - Case Details (Lauren Anderson).pdf | |
| 6/2/2021 | BRG | Jessica Stuckey Deposition + Exhibits | | Jessica Stuckey Deposition + Exhibits |
| | | Exhibit 684 - NIKE_00004194 A0947 Job Description.pdf | Exhibit 684 - NIKE_00004194 A0947 Job Description.pdf | |
| | | Exhibit 685 - NIKE_00002318 - IDP HR policy.pdf | Exhibit 685 - NIKE_00002318 - IDP HR policy.pdf | |
| | | Exhibit 686 - NIKE_00003110 - Instructions for Performance Action Plans.pdf | Exhibit 686 - NIKE_00003110 - Instructions for Performance Action Plans.pdf | |
| | | Exhibit 687 - PLF_012105 Email 8-14-18 re Elizabeth leave.pdf | Exhibit 687 - PLF_012105 Email 8-14-18 re Elizabeth leave.pdf | |
| | | Exhibit 688 - PLF_012116 - Prof Inter Prod DES - App Job Description.pdf | Exhibit 688 - PLF_012116 - Prof Inter Prod DES - App Job Description.pdf | |
| | | Exhibit 689 - NIKE_00026662-73 - Stretch Assignment JDs.pdf | Exhibit 689 - NIKE_00026662-73 - Stretch Assignment JDs.pdf | |
| | | Exhibit 690 - NIKE_00021529 - Westerhof Thread.pdf | Exhibit 690 - NIKE_00021529 - Westerhof Thread.pdf | |
| | | Exhibit 691 - NIKE_00026578 - 10-9-12 Email from J Marisco to D Olson.pdf | Exhibit 691 - NIKE_00026578 - 10-9-12 Email from J Marisco to D Olson.pdf | |
| | | Exhibit 692 - NIKE_00030821 - 2x Pay Review-2014-prior.pdf | Exhibit 692 - NIKE_00030821 - 2x Pay Review-2014-prior.pdf | |
| | | Exhibit 693 - NIKE_00030675 - 2x Pay Review for Managers.pdf | Exhibit 693 - NIKE_00030675 - 2x Pay Review for Managers.pdf | |
| | | Exhibit 694 -NIKE_00030354 - 2x Pay FAQs.pdf | Exhibit 694 -NIKE_00030354 - 2x Pay FAQs.pdf | |
| | | Exhibit 695 - NIKE_00030664 - 2x Pay Review Considerations.pdf | Exhibit 695 - NIKE_00030664 - 2x Pay Review Considerations.pdf | |
| | | Stuckey, Jessica.pdf | Stuckey, Jessica.pdf | |
| | | Stuckey, Jessica.ptx | Stuckey, Jessica.ptx | |
| | | Exhibit 678 - Nike_Cahill - Objections and Responses to Notice of Deposition (May 14, 2021).pdf | Exhibit 678 - Nike_Cahill - Objections and Responses to Notice of Deposition (May 14, 2021).pdf | |
| | | Exhibit 679 - Jessica Stuckey LinkedIn.pdf | Exhibit 679 - Jessica Stuckey LinkedIn.pdf | |
| | | Exhibit 680 - NIKE_00034219-NIKE_00034219 - Job Descriptions.pdf | Exhibit 680 - NIKE_00034219-NIKE_00034219 - Job Descriptions.pdf | |
| | | Exhibit 681 - NIKE_00005318 - A1536 Job Description .pdf | Exhibit 681 - NIKE_00005318 - A1536 Job Description .pdf | |
| | | Exhibit 682 - PLF_001989 - Talk with Me - Bands and Levels.pdf | Exhibit 682 - PLF_001989 - Talk with Me - Bands and Levels.pdf | |
| | | Exhibit 683 - NIKE_00004190 A0945 Job Description.pdf | Exhibit 683 - NIKE_00004190 A0945 Job Description.pdf | |
| 6/8/2021 | BRG | Julian MIller Deposition + Exhibits | | Julian MIller Deposition + Exhibits |
| | | Exhibit 731 - EX 731 - Taleo Requisitions Data Fields.pdf | Exhibit 731 - EX 731 - Taleo Requisitions Data Fields.pdf | |
| | | Exhibit 732 - EX 732 - Taleo Applications Data 2012 Fields.pdf | Exhibit 732 - EX 732 - Taleo Applications Data 2012 Fields.pdf | |
| | | Exhibit 733 - EX 733 - Taleo Hires Data Fields.pdf | Exhibit 733 - EX 733 - Taleo Hires Data Fields.pdf | |
| | | Exhibit 734 - EX 734 - NIKE_00054170_Confidential.pdf | Exhibit 734 - EX 734 - NIKE_00054170_Confidential.pdf | |
| | | Exhibit 735 - EX 735 - Questions for Data Deposition.pdf | Exhibit 735 - EX 735 - Questions for Data Deposition.pdf | |
| | | Exhibit 736 - EX 736 - NIKE_00025700.pdf | Exhibit 736 - EX 736 - NIKE_00025700.pdf | |
| | | Exhibit 737 - EX 737 - Taleo Data Sample.pdf | Exhibit 737 - EX 737 - Taleo Data Sample.pdf | |
| | | EX 501 - 30(b)(6) deposition notice.pdf | EX 501 - 30(b)(6) deposition notice.pdf | |
| | | EX 669 - NIKE_00024155 (Stamped).pdf | EX 669 - NIKE_00024155 (Stamped).pdf | |
| | | EX 675 - NIKE_00007038(Stamped).pdf | EX 675 - NIKE_00007038(Stamped).pdf | |
| | | EX 676 - NIKE_00008904(Stamped).pdf | EX 676 - NIKE_00008904(Stamped).pdf | |
| | | EX 681 - NIKE_00005318 - A1536 Job Description .pdf | EX 681 - NIKE_00005318 - A1536 Job Description .pdf | |
| | | EX 734 - NIKE_00054170_Confidential.pptx | EX 734 - NIKE_00054170_Confidential.pptx | |
| | | EX 737 - Taleo Data Sample.xlsx | EX 737 - Taleo Data Sample.xlsx | |
| | | Exhibit 728 - EX 728 - F. Davis 6-1 Email re Taleo Data.pdf | Exhibit 728 - EX 728 - F. Davis 6-1 Email re Taleo Data.pdf | |
| | | Exhibit 729 - EX 729 - Julian Miller_ LinkedIn.pdf | Exhibit 729 - EX 729 - Julian Miller_ LinkedIn.pdf | |
| | | Exhibit 730 - EX 730 - NIKE_C_00002072.pdf | Exhibit 730 - EX 730 - NIKE_C_00002072.pdf | |
| | | Miller, Julian.ptx | Miller, Julian.ptx | |
| | | Cahill v Nike - Julian Miller Errata.msg | Cahill v Nike - Julian Miller Errata.msg | |
| | | Julian Miller Errata.pdf | Julian Miller Errata.pdf | |
| | | Miller, Julian.pdf | Miller, Julian.pdf | |
| 6/17/2021 | BRG | Elizabeth Vales Deposition + Exhibits | | Elizabeth Vales Deposition + Exhibits |
| | | Exhibit 709 - NIKE_00043209_Confidential.pptx | Exhibit 709 - NIKE_00043209_Confidential.pptx | |
| | | Exhibit 710 - NIKE_00036238.ppt | Exhibit 710 - NIKE_00036238.ppt | |
| | | Exhibit 714 - From Nike Volumes 36-38 Metadata with Insperity OrgPlus.xlsx | Exhibit 714 - From Nike Volumes 36-38 Metadata with Insperity OrgPlus.xlsx | |
| | | Exhibit 715 - NIKE_00046375.pptx | Exhibit 715 - NIKE_00046375.pptx | |
| | | Exhibit 716 -NIKE_00046464.pptx | Exhibit 716 -NIKE_00046464.pptx | |
| | | Exhibit 717 - NIKE_00034444.pptx | Exhibit 717 - NIKE_00034444.pptx | |
| | | Exhibit 719 -NIKE_00043593_Confidential.pptx | Exhibit 719 -NIKE_00043593_Confidential.pptx | |
| | | Exhibit 721 -NIKE_00052230_Confidential.pptx | Exhibit 721 -NIKE_00052230_Confidential.pptx | |

| Date Sent | Expert | Content | File Name | Description |
|---|---|---|---|---|
| | | Exhibit 724 - NIKE_00052394.pptx | Exhibit 724 - NIKE_00052394.pptx | |
| | | Exhibit 727 - NIKE_00052057.pptx | Exhibit 727 - NIKE_00052057.pptx | |
| | | Exhibit 699 - NIKE_00034262_Confidential.pptx | Exhibit 699 - NIKE_00034262_Confidential.pptx | |
| | | Exhibit 702 - NIKE_00033435.xlsx | Exhibit 702 - NIKE_00033435.xlsx | |
| | | Exhibit 703 - NIKE_00027190.pptx | Exhibit 703 - NIKE_00027190.pptx | |
| | | Exhibit 704 - NIKE_00027186.pptx | Exhibit 704 - NIKE_00027186.pptx | |
| | | Exhibit 707 -NIKE_00027185.pptx | Exhibit 707 -NIKE_00027185.pptx | |
| | | Exhibit 708 - NIKE_00043209.pptx | Exhibit 708 - NIKE_00043209.pptx | |
| | | Exhibit 716 -NIKE_00046464.pdf | Exhibit 716 -NIKE_00046464.pdf | |
| | | Exhibit 717 - NIKE_00034444.pdf | Exhibit 717 - NIKE_00034444.pdf | |
| | | Exhibit 718 - NIKE_00051305.pdf | Exhibit 718 - NIKE_00051305.pdf | |
| | | Exhibit 719 - NIKE_00043593_Confidential.pdf | Exhibit 719 - NIKE_00043593_Confidential.pdf | |
| | | Exhibit 720 -NIKE_00043194.pdf | Exhibit 720 - NIKE_00043194.pdf | |
| | | Exhibit 721 -NIKE_00052230_Confidential.pdf | Exhibit 721 -NIKE_00052230_Confidential.pdf | |
| | | Exhibit 722 - NIKE_00051308.pdf | Exhibit 722 - NIKE_00051308.pdf | |
| | | Exhibit 724 - NIKE_00052394.pdf | Exhibit 724 - NIKE_00052394.pdf | |
| | | Exhibit 725 -NIKE_00041597.pdf | Exhibit 725 -NIKE_00041597.pdf | |
| | | Exhibit 726 -NIKE_00043690.pdf | Exhibit 726 -NIKE_00043690.pdf | |
| | | Exhibit 727 - NIKE_00052057.pdf | Exhibit 727 - NIKE_00052057.pdf | |
| | | Vales, Elizabeth - 30(b)(6).pdf | Vales, Elizabeth - 30(b)(6).pdf | |
| | | Exhibit 696 - NIKE_00046439.pdf | Exhibit 696 - NIKE_00046439.pdf | |
| | | Exhibit 697 - NIKE_00054502-NIKE_00054504.pdf | Exhibit 697 - NIKE_00054502-NIKE_00054504.pdf | |
| | | Exhibit 698 - May 21, 2021 Email from Nike.pdf | Exhibit 698 - May 21, 2021 Email from Nike.pdf | |
| | | Exhibit 699 - NIKE_00034262_Confidential.pdf | Exhibit 699 - NIKE_00034262_Confidential.pdf | |
| | | Exhibit 700 -NIKE_00030091.pdf | Exhibit 700 -NIKE_00030091.pdf | |
| | | Exhibit 701 -NIKE_00026686.pdf | Exhibit 701 -NIKE_00026686.pdf | |
| | | Exhibit 702 - NIKE_00033435_SHEET 1 ONLY.pdf | Exhibit 702 - NIKE_00033435_SHEET 1 ONLY.pdf | |
| | | Exhibit 703 - NIKE_00027190.pdf | Exhibit 703 - NIKE_00027190.pdf | |
| | | Exhibit 704 - NIKE_00027186.pdf | Exhibit 704 - NIKE_00027186.pdf | |
| | | Exhibit 705 - NIKE Announces Strategic Leadership Changes.pdf | Exhibit 705 - NIKE Announces Strategic Leadership Changes.pdf | |
| | | Exhibit 706 - Nike Inc Announces New Consumer Direct Offense.pdf | Exhibit 706 - Nike Inc Announces New Consumer Direct Offense.pdf | |
| | | Exhibit 708 - NIKE_00043209.pdf | Exhibit 708 - NIKE_00043209.pdf | |
| | | Exhibit 709 - NIKE_00043209_Confidential.pdf | Exhibit 709 - NIKE_00043209_Confidential.pdf | |
| | | Exhibit 710 - NIKE_00036238.pdf | Exhibit 710 - NIKE_00036238.pdf | |
| | | Exhibit 711 - NIKE_00038707.pdf | Exhibit 711 - NIKE_00038707.pdf | |
| | | Exhibit 712 - NIKE_00045243.pdf | Exhibit 712 - NIKE_00045243.pdf | |
| | | Exhibit 713 - NIKE_00045443.pdf | Exhibit 713 - NIKE_00045443.pdf | |
| | | Exhibit 714 - From Nike Volumes 36-38 Metadata with Insperity OrgPlus.pdf | Exhibit 714 - From Nike Volumes 36-38 Metadata with Insperity OrgPlus.pdf | |
| | | Exhibit 715 - NIKE_00046375.pdf | Exhibit 715 - NIKE_00046375.pdf | |
| 9/7/2021 | BRG | 20210903_Docs to BRG.zip | | |
| | | NIKE_00024207.pdf | 01 - Survey Response.pdf | |
| | | NIKE_00024209.pdf | 02 - Survey Response.pdf | |
| | | NIKE_00024223.pdf | 06 - Survey Response.pdf | |
| | | NIKE_00024225.pdf | 07 - Survey Response.pdf | |
| | | NIKE_00024228.pdf | 08 - Survey Response.pdf | |
| | | NIKE_00024232.pdf | 09 - Survey Response (████).pdf | |
| | | NIKE_00024237.pdf | 10 - Survey Response.pdf | |
| | | NIKE_00024259.pdf | 16 - Survey Response.pdf | |
| | | NIKE_00024267.pdf | 20 - Survey Response.pdf | |
| | | NIKE_00024269.pdf | 21 - Survey Response (████).pdf | |
| | | NIKE_00024271.pdf | 22 - Survey Response.pdf | |
| | | NIKE_00024275.pdf | 24 - Survey Response (████).pdf | |
| | | NIKE_00024277.pdf | 25 - Survey Response.pdf | |
| | | NIKE_00024278.pdf | 26 - Survey Response.pdf | |
| | | NIKE_00024280.pdf | 27 - Survey Response.pdf | |
| | | NIKE_00024282.pdf | 28 - Survey Response (████).pdf | |
| | | NIKE_00024284.pdf | 29 - Survey Response.pdf | |
| | | NIKE_00024286.pdf | 30 - Survey Response.pdf | |
| | | NIKE_00033334.pdf | 03 - Survey Response.pdf | |
| | | NIKE_00033338.pdf | 04 - Survey Response (████).pdf | |
| | | NIKE_00033344.pdf | 05 - Survey Response.pdf | |
| | | NIKE_00033346.pdf | 11 - Survey Response (████).pdf | |
| | | NIKE_00033352.pdf | 12 - Survey Response (████).pdf | |
| | | NIKE_00033356.pdf | 13 - Survey Response.pdf | |
| | | NIKE_00033360.pdf | 14 - Survey Response.pdf | |
| | | NIKE_00033362.pdf | 15 - Survey Response.pdf | |
| | | NIKE_00033364.pdf | 17 - Survey Response.pdf | |
| | | NIKE_00033366.pdf | 18 - Survey Response.pdf | |
| | | NIKE_00033368.pdf | 19 - Survey Response (████).pdf | |
| | | NIKE_00033370.pdf | 23 - Survey Response.pdf | |
| | | NIKE_00033372.pdf | B. Survey Response Letter.pdf | |

# Exhibit 4

**Nike**

**Job Analysis Study**

**List of SME Interviews Conducted**

| Name(s) | Job Title(s) | Functional_Pipeline | Interviewees | Date | Time (PT) | Duration |
|---------|-------------|---------------------|--------------|------|-----------|----------|
| Sharnelle Niedermeyer | North America Men's Sports Marketing | Sports marketing | 1 | 19-Apr | 2:00 PM | 1:30 |
| Courtney Watts, Andy Caine | HRBP Partner Design; VP FW Product Design | Design | 2 | 20-Apr | 10:30 PM | 1:05 |
| Jeff Baker | Sr Dir HRBP WD+C. | Corporate Services | 1 | 21-Apr | 10:00 AM | 1:10 |
| Omar Douglas | VP HR DSM Analytics & CAO. | Corporate and government affairs | 1 | 22-Apr | 12:00 PM | 1:05 |
| Carlene Elliott | VP HRBP NA Marketplace | Retail | 1 | 27-Apr | 9:00 AM | 1:00 |
| Laura Monette, Rebecca Jury | HR Manager; VP Global Women's AP Product Merchandise | Merchandising (Product Merchansing) | 2 | 3-May | 9:00 AM | 1:00 |
| Erin Sanesi, Venkatesh Alagirisami | SR Dir HRBP Global Ops & Logistic; VP Global Ops Logistics & Express Lane | Logistics and services | 2 | 3-May | 2:00 PM | 1:00 |
| Bel Castle, Robert Giacomantonio | Sr Tech Training Program Manager FW; Sr Dir Global FW PCC | Product creation | 2 | 4-May | 10:00 AM | 1:15 |
| Melanie Harris | VP Strategy & Development | Strategic planning | 1 | 4-May | 3:00 PM | 0:50 |
| Mahvish Zaman, Andrea Corradini | Sr Dir HRBP Footwear; VP Global Catalyst FW Product Merch | Product management | 2 | 4-May | 4:00 PM | 1:10 |
| Mike Brewer | VP Global Sourcing & Manufacturing Corporate services | Manufacturing and sourcing | 1 | 5-May | 9:00 AM | 1:00 |
| Jessica Giannini | Sr Dir HRBP Finance & Strategy | Marketing | 1 | 6-May | 11:00 AM | 1:00 |
| Heather Singer, Melissa Schirripa | HRBP Apparel; VP Global Apparel Development | Product creation | 2 | 6-May | 1:30 PM | 1:00 |
| Denise Hadley | VP of HR, Global Technology | Digital / Technology | 1 | 21-Jun | 4:00 PM | 1:10 |
| | | | 20 | | | 15:15 |

# Exhibit 5

# Nike Job Analysis Interview

## Pre-Interview Information

**1) Interview ID Number**

_____

**2) Interviewee Name:**

_____

**3) Employee ID**

_____

**4) Interviewer Name:**

_____

## Welcome

My company has been hired by Nike to conduct a study of the work that employees perform in their jobs. We are interviewing employees in various areas of the company to learn about the work that individuals perform.  We will follow the prompts on the screen to guide us through the interview so please follow along throughout.

I'll be asking you questions about the work that you personally perform in your current position. Unless otherwise instructed, we would like you to focus only on your current position and the work that you have personally performed.

## Review and Introduction

Before we get started I would like to take a minute to review a few points:
- This interview is completely voluntary. Regardless of whether you talk to me, you will not be penalized or retaliated against in any way.  You also will not receive any benefit or preferential treatment for participating.

- You have the permission of Nike to participate in this study.  If you choose to participate, the only requirement is that provide accurate and truthful responses to any interview questions. However, if you do not know the answer to any question, just let me know and we will move on.  Please do not guess.

- This study is not evaluating your performance or the performance of any of your colleagues in any way.

- During this interview I will type your responses as we go and you will be able to view, request edits, and approve each response before it is submitted. Please let

me know if you would like me to re-word any of the notes and I will be happy to do so.  Otherwise, I will assume that I have documented your responses accurately.

- Last, I would like to confirm that you have privacy where you are located, correct?

Great, now I'd like to provide you with an overview of the interview structure.

---

**Overview**

**Here are the topics included in the interview:**

- **Job Duties**
- **Role in Organization**
- **Work Team Structure**
- **Work Characteristics**
- **Decision Making**
- **Supervising Others**
- **Experience, Training, and Education**
- **Working Conditions**
- **Hours Worked**
- **Extra Roles**
- **Changes to Job**

**We will spend about two hours to cover all parts of the interview. Thank you in advance for your time and effort on this important project.**

**Do you have any questions?**

---

**Section 1: Job Duties**

**In this part, I'm going to ask you questions about the specific job duties you have performed in your current position.**

**For each question, please provide as thorough a response as possible. You can provide examples to explain your answer more fully.**

**Below are definitions of several terms that are used on this page.  We can refer back to these definitions at any time.**

**Task: A step or component in the performance of a broader duty, with a clear beginning and end.  (Example: Restock products on store shelves.)**

**Knowledge: A body of information, usually of a factual or procedural nature, that makes**

for successful performance of a task. (Example: Knowledge of building materials including the uses, storage, and preparation of materials.)

Skill: An individual's level of proficiency or competency in performance of a specific task. (Example: Skill in typing business correspondence at 50 words per minute without error.)

Ability: A general, enduring trait or capability an individual possesses when he or she first begins to perform a task. (Example: Ability to use basic arithmetic to calculate flow of current through an electrical circuit.)

5) Briefly describe your major responsibilities in your current job.
_____
_____
_____
_____

6) What tasks do you spend the most time performing?
_____
_____
_____
_____

7) What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?
_____
_____
_____
_____

8) Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?
_____
_____
_____
_____

9) How frequently do you perform these important tasks?
_____
_____
_____
_____

10) What are the most complex aspects of your job?

_____
_____
_____
_____

**11) What are the specific performance goals you must meet to be a high-performer?**

_____
_____
_____
_____

**12) Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

_____
_____
_____
_____

**13) What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

_____
_____
_____
_____

**14) What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

_____
_____
_____
_____

**15) What job title or titles will be next in your career progression?**

_____
_____
_____
_____

**16) What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

_____
_____
_____
_____

**Section 2: Role in Organization**

In this part, I'm going to ask you questions about your specific role in the organization and any areas of specialization you have.

For each question, please provide as thorough a response as possible. You can provide examples to explain your answer more fully.

**Logic: Show/hide trigger exists.**

**17) Are you assigned to a specific geography?**
( ) APLA
( ) EMEA
( ) Greater China
( ) North America
( ) I am not assigned to a specific geography
( ) Other: _____

**Logic: Hidden unless: #17 Question "Are you assigned to a specific geography?" is one of the following answers ("APLA","EMEA","Greater China","North America","Other")**

**18) Do you know if the geography to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different geography?**

_____
_____
_____
_____

**Logic: Show/hide trigger exists.**

**19) Are you assigned to a specific "Product Engine?"**
( ) Footwear
( ) Apparel
( ) Equipment
( ) I am not assigned to a specific Product Engine
( ) Other: _____

**Logic: Hidden unless: #19 Question "Are you assigned to a specific "Product Engine?"" is one of the following answers ("Footwear","Apparel","Equipment","Other")**

**20) Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

_____
_____
_____
_____

**Logic: Show/hide trigger exists.**

**21) Are you assigned to a specific Sports Category (dimension)?**
( ) Basketball
( ) Football (Soccer)
( ) Jordan Brand
( ) Running
( ) Sportswear
( ) Training
( ) I am not assigned to a specific sports category
( ) Other: _____

**Logic: Hidden unless: #21 Question "Are you assigned to a specific Sports Category (dimension)?" is one of the following answers ("Basketball","Football (Soccer)","Jordan Brand","Running","Sportswear","Training","Other")**

**22) Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**
_____
_____
_____
_____

**Logic: Show/hide trigger exists.**

**23) Are you assigned to a specific Product Line/Gender?**
( ) Kid's
( ) Men's
( ) Women's
( ) I am not assigned to a specific Product Line
( ) Other: _____

**Logic: Hidden unless: #23 Question "Are you assigned to a specific Product Line/Gender?" is one of the following answers ("Kid's","Men's","Women's","Other")**

**24) Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**
_____
_____
_____
_____

**25) Do you have any additional specific areas of specialization? If yes, what areas?**
_____
_____

_____
_____

**26) How, if at all, does this area of specialization shape the work you perform?**
_____
_____
_____
_____

---

**Section 3: Work Team Structure**

In this part, I'm going to ask you questions about the people with whom you collaborate to complete projects.

For each question, please provide as thorough a response as possible. You can provide examples to explain your answer more fully.

Below are definitions of several terms that are used on this page. We can refer back to these definitions at any time.

**Team:** A group of Nike employees who interact to accomplish a common outcome, each have a specific role/function, and whose work is dependent on one another.

**Typical:** Your usual or most common experience.

**Logic: Show/hide trigger exists.**

**27) Do you work as part of a team?**
( ) Yes, I work as part of a team.
( ) No, I do not work as part of a team.
( ) Other: _____

**Logic: Hidden unless: #27 Question "Do you work as part of a team?" is one of the following answers ("Yes, I work as part of a team.","Other")**

**28) How many teams do you work on at a time?**
_____
_____
_____
_____

**Logic: Hidden unless: #27 Question "Do you work as part of a team?" is one of the following answers ("Yes, I work as part of a team.","Other")**

**29) How many people are on each team?**
_____

_____
_____
_____

**30) Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

_____
_____
_____
_____

**Logic: Hidden unless: #27 Question "Do you work as part of a team?" is one of the following answers ("Yes, I work as part of a team.","Other")**

**31) Who are the members of your primary team by job title and what work do they do?**

_____
_____
_____
_____

**Logic: Hidden unless: #27 Question "Do you work as part of a team?" is one of the following answers ("Yes, I work as part of a team.","Other")**

**32) What do you specifically contribute when you work with your primary team to complete work?**

_____
_____
_____
_____

---

**Section 4: Work Characteristics**

**In this part, I'm going to ask you questions about work you perform in your current position.**

**For each question, please provide as thorough a response as possible. You can provide examples to explain your answer more fully.**

**Below are definitions of several terms that are used on this page.  We can refer back to these definitions at any time.**

**Stress: Conditions and events that evoke strain which can be single events such as critical life events or traumatic experiences, and they can also be chronic events that continue over a longer period of time.**

**Physical Exertion: Work that requires physical effort, such as muscular strength, aerobic**

endurance, or movement quality (flexibility, balance, coordination).

Typical: Your usual or most common experience.

33) How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.

_____
_____
_____
_____

34) To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?

_____
_____
_____
_____

35) How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.

_____
_____
_____
_____

36) What are the most stressful aspects of your current job?  For each, what makes that work stressful?

_____
_____
_____
_____

37) To what degree does your work involve high time pressure?  Please explain.

_____
_____
_____
_____

38) To what degree is your work impacted by unexpected disruptions?  Please explain.

_____
_____
_____
_____

**39) To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

_____
_____
_____
_____

**Logic: Show/hide trigger exists.**

**40) To what extent is creativity important to perform your current job effectively?**
( ) Not Important
( ) Somewhat Important
( ) Important
( ) Critically Important
( ) Other: _____

**Logic: Hidden unless: #40 Question "To what extent is creativity important to perform your current job effectively?" is one of the following answers ("Somewhat Important","Important","Critically Important","Other")**

**41) In what way is creativity required to perform your current job effectively?**

_____
_____
_____
_____

**Logic: Show/hide trigger exists.**

**42) How frequently, as part of your current job, are you required to physically exert yourself?**
( ) Never
( ) A few times per year
( ) Monthly
( ) Weekly
( ) Daily
( ) Other: _____

**Logic: Hidden unless: #42 Question "How frequently, as part of your current job, are you required to physically exert yourself?" is one of the following answers ("A few times per year","Monthly","Weekly","Daily","Other")**

**43) Please describe the work you perform that requires you to physically exert yourself.**

_____
_____
_____
_____

**Logic: Hidden unless: #42 Question "How frequently, as part of your current job, are you required to physically exert yourself?" is one of the following answers ("A few times per year","Monthly","Weekly","Daily","Other")**

**44) What specific physical abilities are required to perform your current job effectively?**

[ ] Dynamic Flexibility — The ability to quickly and repeatedly bend, stretch, twist, or reach out with your body, arms, and/or legs.

[ ] Dynamic Strength — The ability to exert muscle force repeatedly or continuously over time. This involves muscular endurance and resistance to muscle fatigue.

[ ] Explosive Strength — The ability to use short bursts of muscle force to propel oneself (as in jumping or sprinting), or to throw an object.

[ ] Extent Flexibility — The ability to bend, stretch, twist, or reach with your body, arms, and/or legs.

[ ] Gross Body Coordination — The ability to coordinate the movement of your arms, legs, and torso together when the whole body is in motion.

[ ] Gross Body Equilibrium — The ability to keep or regain your body balance or stay upright when in an unstable position.

[ ] Stamina — The ability to exert yourself physically over long periods of time without getting winded or out of breath.

[ ] Static Strength — The ability to exert maximum muscle force to lift, push, pull, or carry objects.

[ ] Trunk Strength — The ability to use your abdominal and lower back muscles to support part of the body repeatedly or continuously over time without 'giving out' or fatiguing.

[ ] Other - Write In: _____

**Logic: Show/hide trigger exists.**

**45) How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

( ) Never
( ) A few times per year
( ) Monthly
( ) Weekly
( ) Daily
( ) Other: _____

**Logic: Hidden unless: #45 Question "How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box). " is one of the following answers ("A few times per year","Monthly","Weekly","Daily","Other")**

**46) Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

_____
_____
_____
_____

> Validation: Min = 0 Max = 100
> **Logic: Show/hide trigger exists.**

**47) Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0 _____[__]_____ 100

> Validation: Min = 0 Max = 100

**48) Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0 _____[__]_____ 100

> **Logic: Hidden unless: #47 Question "Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?" is greater than "0"**

**49) In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

_____
_____
_____
_____

_____

**Section 5: Decision Making**

In this part, I'm going to ask you questions about decisions you may make or contribute to in your current position.

For each question, please provide as thorough a response as possible. You can provide examples to explain your answer more fully.

Below are definitions of several terms that are used on this page.  We can refer back to these definitions at any time.

**Manager: The Nike employee to whom you directly report.**

**Leadership: Any Nike employee two or more levels above your current position.**

**50) What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

_____
_____
_____
_____

**51) Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

_____
_____
_____
_____

**52) Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

_____
_____
_____
_____

**53) Do you have any involvement in managing budgets?  If yes, what is your role?**

_____
_____
_____
_____

**54) What level of authority do you have, including making recommendations, to hire employees, if any?**

_____
_____
_____
_____

**55) What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

_____
_____
_____
_____

**56) What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

_____
_____
_____
_____

**57) What level of authority do you have, including making recommendations, to terminate employees, if any?**

_____
_____

_____
_____

**Logic: Show/hide trigger exists.**

**58) Are you authorized to sign legal documents, such as contracts, on behalf of the company?**
( ) Yes
( ) No
( ) Other: _____

**Logic: Hidden unless: #58 Question "Are you authorized to sign legal documents, such as contracts, on behalf of the company?  " is one of the following answers ("Yes","Other")**

**59) Please explain the type of legal documents you are authorized to sign.**
_____
_____
_____
_____

**Logic: Hidden unless: #58 Question "Are you authorized to sign legal documents, such as contracts, on behalf of the company?  " is one of the following answers ("Yes","Other")**

**60) How frequently do you sign legal documents on behalf of the company?**
( ) Never
( ) A few times per year
( ) Monthly
( ) Weekly
( ) Daily
( ) Other: _____

**61) What is your spending limit without seeking approval?**
_____
_____
_____
_____

**62) Are you assigned work by your manager/leadership or do you determine your own assignments?**
_____
_____
_____
_____

**Section 6: Supervising Others**

In this part, I'm going to ask you questions about your role in supervising the work of other employees.

For each question, please provide as thorough a response as possible. You can provide examples to explain your answer more fully.

| Logic: Show/hide trigger exists. |
| --- |

**63) Do any Nike employees <u>directly</u> report to you?**
( ) Yes
( ) No
( ) Other: _____

| Logic: Hidden unless: #63 Question "Do any Nike employees <u>directly</u> report to you?" is one of the following answers ("Yes","Other") |
| --- |

**64) How many Nike employees directly report to you?**
_____
_____
_____
_____

| Logic: Hidden unless: #63 Question "Do any Nike employees <u>directly</u> report to you?" is one of the following answers ("Yes","Other") |
| --- |

**65) What are the job titles of the employees who directly report to you and what work do they perform?**
_____
_____
_____
_____

| Logic: Hidden unless: #63 Question "Do any Nike employees <u>directly</u> report to you?" is one of the following answers ("Yes","Other") |
| --- |

**66) How do you supervise the work of those who directly report to you?**
_____
_____
_____
_____

| Logic: Show/hide trigger exists. |
| --- |

**67) Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**
( ) Yes
( ) No
( ) Other: _____

**Logic: Hidden unless: #67 Question "Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?" is one of the following answers ("Yes","Other")**

**68) How many Nike employees <u>indirectly</u> report to you?**

_____
_____
_____
_____

**Logic: Hidden unless: #67 Question "Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?" is one of the following answers ("Yes","Other")**

**69) What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

_____
_____
_____
_____

**Logic: Hidden unless: #67 Question "Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?" is one of the following answers ("Yes","Other")**

**70) How do you supervise the work of those who <u>indirectly</u> report to you?**

_____
_____
_____
_____

---

**Section 7: Experience, Training, and Education**

In this part, I'm going to ask you questions about your work experience, training, and development you may have received.

For each question, please provide as thorough a response as possible. You can provide examples to explain your answer more fully.

Below are definitions of several terms that are used on this page. We can refer back to these definitions at any time.

**Knowledge:** A body of information, usually of a factual or procedural nature, that makes for successful performance of a task. (Example: Knowledge of building materials including the uses, storage, and preparation of materials.)

**Skill:** An individual's level of proficiency or competency in performance of a specific task. (Example: Skill in typing business correspondence at 50 words per minute without error.)

**71) Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

_____
_____
_____
_____

**72) To what degree has your prior work experience been helpful for performing your current job?**

_____
_____
_____
_____

**73) What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

_____
_____
_____
_____

**74) Were you hired into your current job as an external hire or promoted from another job at Nike?**

( ) External Hire
( ) Promoted from another job at Nike
( ) Other: _____

**75) What job titles have you held at Nike prior to your current job?**

_____
_____
_____
_____

**76) Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

_____
_____
_____
_____

**77) How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

_____
_____
_____
_____

**78) What is your highest educational level?**
( ) High school
( ) Some college, no degree
( ) Associate's degree
( ) Bachelor's degree
( ) Master's degree
( ) Professional degree
( ) Doctoral degree
( ) Other: _____

**79) In what field of study is your highest degree?**
_____
_____
_____
_____

**80) How, if at all, has your education been helpful for performing your current job?**
_____
_____
_____
_____

**81) What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**
_____
_____
_____
_____

**82) How have these qualifications been helpful for performing your current job?**
_____
_____
_____
_____

---

**Section 8: Working Conditions**

**In this part, I'm going to ask you questions about working conditions in your current position.**

**For each question, please provide as thorough a response as possible. You can provide examples to explain your answer more fully.**

Below are definitions of several terms that are used on this page.  We can refer back to these definitions at any time.

**Typical:** Your usual or most common experience.

**83) What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

_____
_____
_____
_____

| Logic: Show/hide trigger exists. |
|---|

**84) How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

( ) Never
( ) A few times per year
( ) Monthly
( ) Weekly
( ) Daily
( ) Other: _____

| Logic: Hidden unless: #84 Question "How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box)." is one of the following answers ("A few times per year","Monthly","Weekly","Daily","Other") |
|---|

**85) Please describe the hazards to which you are exposed as part of your job.**

_____
_____
_____
_____

| Logic: Show/hide trigger exists. |
|---|

**86) How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

( ) Never
( ) A few times per year
( ) Monthly
( ) Weekly
( ) Daily

( ) Other: _____

> **Logic: Hidden unless: #86 Question "How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box)." is one of the following answers ("A few times per year","Monthly","Weekly","Daily","Other")**

**87) Please describe the work you perform that has the potential for physical injury to yourself or others.**

_____
_____
_____
_____

---

**Section 9: Hours Worked**

**In this part, I'm going to ask you questions about the hours during which you perform your work.**

**For each question, please provide as thorough a response as possible. You can provide examples to explain your answer more fully.**

**Below are definitions of several terms that are used on this page. We can refer back to these definitions at any time.**

**Typical: Your usual or most common experience.**

**88) How many hours do you work in a typical week?**

_____
_____
_____
_____

**89) To what extent do your work hours vary from week to week?**

_____
_____
_____
_____

**90) How many days do you work in a typical week?**
( ) 1
( ) 2
( ) 3
( ) 4
( ) 5
( ) 6

( ) 7
( ) Other: _____

**91) To what extent does the number of days you work vary from week to week?**
_____
_____
_____
_____

**92) To what extent do you control your work schedule such as where and when you perform tasks?**
_____
_____
_____
_____

**93) What time do you typically start work each day?**
_____
_____
_____
_____

**94) What time do you typically end work each day?**
_____
_____
_____
_____

---

**Section 10: Extra Roles**

**In this part, I'm going to ask you questions about any roles you have ever held while working at Nike in addition to your usual job responsibilities.**

**For each question, please provide as thorough a response as possible. You can provide examples to explain your answer more fully.**

**95) Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**
_____
_____
_____
_____

**96) Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

_____
_____
_____
_____

**97) Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

_____
_____
_____
_____

**98) Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

_____
_____
_____
_____

---

**Section 11: Changes to The Job**

**In this part, I'm going to ask you questions about how your job may have changed during the time you have been performing it.**

**For each question, please provide as thorough a response as possible. You can provide examples to explain your answer more fully.**

**Below are definitions of several terms that are used on this page.  We can refer back to these definitions at any time.**

**Task: A step or component in the performance of a broader duty, with a clear beginning and end. (Example: Restock products on store shelves.)**

**99) Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

_____
_____
_____
_____

**100) Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

_____
_____
_____
_____

**101) Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

_____
_____
_____
_____

**102) Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

_____
_____
_____
_____

---

**Thank You!**

**Thank you very much for participating in this interview. The information you provided will be extremely useful to us and I appreciate your time and effort.**

**Last, I would like to ask you to not discuss the content of this interview with other employees because the project is ongoing and it is possible they too may be interviewed. We would like everyone who participates in this interviews to have a "fresh" perspective and receive the same information about this study in advance. Is that ok?**

**Thank you.**

---

**Thank You!**

**The interview responses have been submitted.**

---

# Exhibit 6

| Pay Band | Population Count | Population Percent | Sample Count | Sample Percent |
|----------|------------------|-------------------|--------------|----------------|
| A | 94 | 2.2% | | |
| L | 904 | 21.3% | 12 | 20.0% |
| U | 1994 | 47.0% | 23 | 38.3% |
| E | 988 | 23.3% | 17 | 28.3% |
| S | 260 | 6.1% | 8 | 13.3% |

| Job Level | Population Count | Population Percent | Sample Count | Sample Percent |
|-----------|------------------|-------------------|--------------|----------------|
| CONSULTANT | 4 | 0.1% | | |
| DIRECTOR | 619 | 14.6% | 13 | 21.7% |
| ENTRY PROFESSIONAL | 202 | 4.8% | 1 | 1.7% |
| EXPERT PROFESSIONAL | 369 | 8.7% | 4 | 6.7% |
| INTERMEDIATE PROFESSIONAL | 684 | 16.1% | 9 | 15.0% |
| LEAD PROFESSIONAL | 550 | 13.0% | 5 | 8.3% |
| MANAGER | 242 | 5.7% | 7 | 11.7% |
| SENIOR DIRECTOR | 253 | 6.0% | 8 | 13.3% |
| SENIOR PROFESSIONAL | 1198 | 28.3% | 11 | 18.3% |
| SENIOR SUPPORT | 94 | 2.2% | | |
| SUPERVISOR | 24 | 0.6% | 2 | 3.3% |

| Job_Family | Population Count | Population Percent | Sample Count | Sample Percent |
|------------|------------------|-------------------|--------------|----------------|
| ADMIN SUPPORT | 115 | 2.7% | 1 | 1.7% |
| BRAND DESIGN | 29 | 0.7% | 1 | 1.7% |
| BRAND MERCHANDISING | 105 | 2.5% | 2 | 3.3% |
| BRAND PROTECTION | 1 | 0.0% | | |
| BRAND/PRODUCT MARKETING | 153 | 3.6% | 2 | 3.3% |
| BUILDING OPERATIONS | 4 | 0.1% | | |
| BUSINESS DEVELOPMENT | 20 | 0.5% | | |
| BUSINESS OPERATIONS | 58 | 1.4% | | |
| CATEGORY MERCHANDISING | 4 | 0.1% | | |
| COLOR DESIGN | 77 | 1.8% | 1 | 1.7% |
| COMMUNICATIONS | 79 | 1.9% | 1 | 1.7% |
| COMMUNITY RELATIONS | 7 | 0.2% | | |
| COMPLIANCE | 15 | 0.4% | | |
| CONSUMER/CUSTOMER SERVICE | 37 | 0.9% | 1 | 1.7% |
| CORPORATE RESPONSIBILITY | 14 | 0.3% | | |
| CROSS CATEGORY MERCHANDISING | 76 | 1.8% | | |
| D&A INSIGHTS | 64 | 1.5% | 1 | 1.7% |
| DATA ANALYSIS | 15 | 0.4% | 1 | 1.7% |
| DATA ANALYTICS GENERAL MANAGEMENT | 1 | 0.0% | | |
| DATA ENGINEERING | 4 | 0.1% | | |
| DATA GOVERNANCE | 11 | 0.3% | | |
| DATA SCIENCE & ADVANCED ANALYTICS | 19 | 0.4% | | |
| DEMAND/INVENTORY PLANNING | 143 | 3.4% | 3 | 5.0% |
| DESIGN FUNCTION GEN MGMT | 1 | 0.0% | | |
| DESIGN OPERATIONS | 72 | 1.7% | 2 | 3.3% |

| | | | | |
|---|---|---|---|---|
| DIGITAL COMMERCE | 20 | 0.5% | | |
| DIGITAL ENABLEMENT | 60 | 1.4% | 1 | 1.7% |
| DIGITAL PRODUCT MANAGEMENT | 194 | 4.6% | 4 | 6.7% |
| DIGT CONTENT & ASSET MGMT | 37 | 0.9% | | |
| DIRECT SALES | 17 | 0.4% | | |
| DIRECT TO CONSUMER | 58 | 1.4% | 1 | 1.7% |
| DISTRIBUTION CENTER OPS | 1 | 0.0% | | |
| DIVERSITY & INCLUSION | 1 | 0.0% | | |
| DRAFTING, MOLD & TOOL DESIGN | 1 | 0.0% | | |
| ENGINEERING | 131 | 3.1% | | |
| ENTERTAINMENT MARKETING | 7 | 0.2% | | |
| FACILITIES | 19 | 0.4% | | |
| FLIGHT | 2 | 0.0% | | |
| GENERAL MANAGEMENT | 19 | 0.4% | | |
| GOVERNMENT AFFAIRS | 4 | 0.1% | | |
| GRAPHIC DESIGN | 38 | 0.9% | | |
| HUMAN CENTERED INSIGHTS | 22 | 0.5% | | |
| INDUSTRIAL ENGINEERING | 2 | 0.0% | | |
| LEGAL FUNCTION GEN MGMT | 3 | 0.1% | | |
| LEGAL SERVICES | 5 | 0.1% | | |
| LOGISTICS & SVCS FUNC GEN MGMT | 32 | 0.8% | 1 | 1.7% |
| LOGISTICS & SVCS FUNC SC INNOVATION & PE | 62 | 1.5% | 1 | 1.7% |
| LOSS PREVENTION | 15 | 0.4% | 1 | 1.7% |
| MACHINE LEARN & DATA SCIENCE ENGINEERING | 4 | 0.1% | | |
| MANUFACTURING ENGINEERING | 44 | 1.0% | | |
| MARKET RESEARCH | 6 | 0.1% | | |
| MARKETING SUPPORT | 90 | 2.1% | 1 | 1.7% |
| MARKETPLACE MERCHANDISING | 31 | 0.7% | | |
| MATERIALS | 102 | 2.4% | 1 | 1.7% |
| MATERIALS DESIGN | 36 | 0.8% | | |
| MERCH FUNCTION GEN MGMT | 3 | 0.1% | | |
| MERCHANDISING OPERATIONS | 38 | 0.9% | 2 | 3.3% |
| OMNI CHANNEL SERVICES | 72 | 1.7% | | |
| OPERATIONS & TECHNICAL SUPPORT | 86 | 2.0% | 2 | 3.3% |
| PORTFOLIO MANAGEMENT / SCALED ANALYTICS | 9 | 0.2% | | |
| PRICING | 1 | 0.0% | | |
| PRIVACY | 14 | 0.3% | | |
| PROCESS LEADERSHIP | 33 | 0.8% | | |
| PROD CREATION FUNC GEN MGMT | 41 | 1.0% | 1 | 1.7% |
| PROD DEVEL & COMMERCIALIZATION | 293 | 6.9% | 3 | 5.0% |
| PRODUCT CATEGORY MGMT | 15 | 0.4% | | |
| PRODUCT DELIVERY | 37 | 0.9% | | |
| PRODUCT DESIGN | 105 | 2.5% | 1 | 1.7% |
| PRODUCT GRAPHIC DESIGN | 4 | 0.1% | | |
| PRODUCT INNOVATION/R&D | 184 | 4.3% | 3 | 5.0% |
| PRODUCT INTEGRITY | 42 | 1.0% | 1 | 1.7% |
| PRODUCT LINE MGMT | 106 | 2.5% | 2 | 3.3% |
| PRODUCT MANAGEMENT | 38 | 0.9% | | |
| PRODUCT MERCHANDISING | 3 | 0.1% | 1 | 1.7% |
| PRODUCT PRESENTATION | 13 | 0.3% | 1 | 1.7% |
| PRODUCTION | 31 | 0.7% | 1 | 1.7% |
| PROGRAM/PROJECT MANAGEMENT | 115 | 2.7% | 3 | 5.0% |

| | | | | |
|---|---|---|---|---|
| PROGRAM/PROJECT MGMT | 117 | 2.8% | 2 | 3.3% |
| QUALITY ASSURANCE | 4 | 0.1% | | |
| QUALITY ENGINEERING | 19 | 0.4% | | |
| RETAIL FUNCTION GEN MGMT | 8 | 0.2% | | |
| RETAIL PLANNING & ALLOCATIONS | 84 | 2.0% | | |
| RETAIL REAL ESTATE | 10 | 0.2% | 1 | 1.7% |
| RETAIL SUPPORT OPERATIONS | 45 | 1.1% | 1 | 1.7% |
| SALES FUNCTION GEN MGMT | 12 | 0.3% | | |
| SALES SUPPORT | 42 | 1.0% | 1 | 1.7% |
| SAMPLE CREATION | 3 | 0.1% | | |
| SOURCING & SUPPLY PLANNING | 84 | 2.0% | 2 | 3.3% |
| SPORTS MARKETING | 45 | 1.1% | | |
| STORES | 4 | 0.1% | | |
| STRATEGIC BUSINESS DEVELOPMENT | 7 | 0.2% | | |
| STRATEGIC PLANNING | 42 | 1.0% | 1 | 1.7% |
| TECH ARCHITECTURE | 18 | 0.4% | | |
| TECH BUSINESS SOLUTIONS | 43 | 1.0% | | |
| TECH FUNCTION GEN MGMT | 39 | 0.9% | 1 | 1.7% |
| TECHNICAL DESIGN | 8 | 0.2% | | |
| TECHNICAL PROJECT/PROGRAM MANAGEMENT | 58 | 1.4% | 1 | 1.7% |
| TRANSITION MANAGEMENT | 45 | 1.1% | | |
| TRAVEL | 1 | 0.0% | | |
| UNASSIGNED | 2 | 0.0% | | |
| VISUALIZATION ENGINEERING | 24 | 0.6% | 1 | 1.7% |
| WKPLC SERVICES FUNC GEN MGMT | 6 | 0.1% | 1 | 1.7% |

| Tenure (Company) | Population Count | Population Percent | Sample Count | Sample Percent |
|---|---|---|---|---|
| 6-12 months | 37 | 0.9% | 1 | 1.7% |
| 1-5 years | 1619 | 38.2% | 19 | 31.7% |
| 5-10 years | 1293 | 30.5% | 22 | 36.7% |
| 10 or more years | 1291 | 30.4% | 18 | 30.0% |

# Exhibit 7

# Nike

## Job Analysis

| Structured Interview Protocol |
| --- |

## PROJECT OVERVIEW

Job Analysis Overview

> We are conducting a study of jobs performed at Nike across various functions, practices and offices.  The study is related to litigation in the case is known as *Cahill vs. Nike*, and it involves allegations of gender discrimination based on promotions, pay, performance evaluations, job assignments, and denying equal pay for equal work.

> This study involves interviewing randomly selected female employees to collect detailed information about the jobs they perform.

> Each interview will be conducted using Zoom. The employee's responses will be typed into an online tool as the employee responds which the interviewee will be able to see. The interviewee is encouraged to view, request edits to, and approve each response before it is saved.

Company Overview

> NIKE, INC. IS A GROWTH COMPANY.
> We create innovative, must-have products. We build deep, personal connections with consumers. And we deliver an integrated marketplace with compelling retail experiences.[1]

> ABOUT NIKE
> Our mission is what drives us to do everything possible to expand human potential. We do that by creating groundbreaking sport innovations, by making our products more sustainably, by building a creative and diverse global team and by making a positive impact in communities where we live and work.

> Based in Beaverton, Oregon, NIKE, Inc. includes the Nike, Converse, and Jordan brands.[2]

---

[1] https://investors.nike.com/Home/default.aspx
[2] https://about.nike.com/

**Organization of Jobs within Internal HR System (from broad to specific)**

- Function (aka "Pipeline")
- Family
- Sub-Family
- Band / Level
- Job Code
- Position Titles

**Overview of Functions (Pipelines) at Nike**

| Function | General Summary |
|---|---|
| Communications | Marketing and Communication teams at NIKE, Inc., help set the brand tone. They act as a creative force of specialists, driven to tell Nike's stories of innovation and sport through advertising, brand strategy, digital engagement and product presentation. Using channels ranging from retail stores to social media, Marketing & Communication teams connect the science and art of Nike innovations to the hearts and minds of athletes around the world. (source: Nike.com) |
| Corporate Services | Provide administrative assistance, manage facilities, food services. Mainly they are managing the campus and travel for company employees. (source: Employee Interview) |
| Data Analytics | We're a team of strategists and scientists. Inquisitors and interpreters. Designers and innovators. We're big thinkers and detail enthusiasts. Data wranglers and insight creators. NIKE Inc.'s Data & Analytics teams get after big data and turn it into digestible decision-making tools for the company. We use personalization science by leveraging AI and machine learning to build solutions to ingest, integrate and transform data into useful formats to do more of what we do best. Together, we pair the science of data and analytics with the art of functional expertise to support NIKE, Inc. in achieving our company's enterprise goals. (source: Nike.com) |
| Design | At Nike, designers chase their curiosities and build what's next, shaping the culture and advancing human potential. The Design teams include artists, inventors and specialists, all with different focuses, including color and material experts, and apparel, footwear and graphic designers. Nike designers look to the future, aggressively pursuing materials, ideas and forms that further elevate the athlete experience, raise the bar for modern style and reduce environmental impact. (source: Nike.com) |

| Function | General Summary |
|---|---|
| Digital | From our flagship website and five-star mobile apps to the retail store experience, our digital teams at NIKE are reimagining how design and technology meet to serve consumers more directly and personally. We bring together cutting-edge technologies and the most creative thinkers in the world to build industry-leading consumer innovations. We hire commerce leaders, product and site merchants, digital marketers, planners, product leaders, strategists, data scientists, engineers, member experts, designers, and analytics talent to create world-class retail and ecommerce experiences. Our teams are innovative, diverse, multidisciplinary and collaborative, together providing access to premium products and immersive experiences to enable our consumers to make sport a daily habit. (source: Nike.com) |
| Logistics & Services | The NIKE, Inc. Supply Chain team is the engine that propels product around the world. Supply Chain experts ensure that every year, almost a billion units of footwear, apparel and equipment arrive at the right place, at the right time. (source: Nike.com) |
| Manufacturing & Sourcing | Manufacturing teams at NIKE, Inc., dream up new ways to make better-performing products faster and more efficiently. This world-class team challenges assumptions about how our products are made and leads the company in pursuing ambitious sustainability goals — all while producing Nike's rich mix of product. (source: Nike.com) |
| Marketing | They are determining how to market products to consumers (advertisements, etc.). Entertainment marketing includes how they market to celebrities and athletes. (source: Employee Interview) |
| Merchandising | For NIKE, Inc., merchants, everything begins and ends with the consumer. The Nike Merchandising team analyzes consumer needs and market capacity to create the right product mix for marketplaces around the world. (source: Nike.com) |
| Product Creation | The first spark of a product idea sets the NIKE, Inc. Product team into motion. The team of developers, testers, engineers, designers and managers obsess over Nike's iconic silhouettes and create groundbreaking new styles. They collaborate, ideate and refine products' construction, fit and materials. They maintain a keen understanding of consumer and market trends. They skillfully operate at the intersection of buyer needs, technical feasibility and business objectives. And they work lockstep with Merchandising, Design, Manufacturing and others to produce the final result: products that reflect the soul of sport and inspire athletes to reach new levels of performance. (source: Nike.com) |
| Product Management | Nike has different product categories (e.g., basketball, football). There are people that manage different products lines within each sports category (e.g., footwear, apparel). They are setting strategy for the product category, try to keep consistency. (source: Employee Interview) |

| Function | General Summary |
|---|---|
| Program/Process Excellence | This is an operation function in which they help make sure that Nike has the right processes in place to manage the business such as ensuring that timelines are met and managing deliverables.  They also manage changes within the organization, which are constant. For example, may consult with marketing team to determine how a new product should be introduced internally and externally. (source: Employee Interview) |
| Retail | Nike Direct HQ teams serve as the backbone for both brick-and-mortar stores and digital commerce around the world. A global network of teams — including Marketing, Merchandising, Buying, Visual Presentation, Operations, Real Estate, Finance Strategy and more — help direct Nike.com, as well as an ecosystem of apps and hundreds of physical retail locations. (source: Nike.com) |
| Sales | NIKE, Inc., knows how to sell sneakers. And apparel. And just about everything an athlete could need. Nike Sales teams are the front line for getting these products into the customer's hands. Through sustained relationships with wholesale partners around the world — from a specialty store in Rome to a department store in Manhattan — Nike Sales delivers defining products, experiences and brand stories. (source: Nike.com) |
| Strategic Planning | Strategic Planning teams keep Nike moving in the right direction by leading the strategic business planning process and spearheading transformational projects across Nike businesses and geographies. Embedded in teams across the company, strategy professionals explore complex business issues; conduct consumer, competitive and market analyses; create financial models and develop action plans. The Strategic Planning teams help write the future of sport by charting Nike's path forward. (source: Nike.com) |
| Technology | NIKE is a technology company. From our flagship website and five-star mobile apps to developing products, managing big data and providing leading edge engineering and systems support, our teams at NIKE Global Technology exist to revolutionize the future at the confluence of tech and sport. We invest and develop advances in technology and employ the most creative people in the world, and then give them the support to constantly innovate, iterate and serve consumers more directly and personally. Our teams are innovative, diverse, multidisciplinary and collaborative, taking technology into the future and bringing the world with it. (source: Nike.com) |

**Job Bands and Levels**

| Band | Level (Tract) |
|------|---------------|
| V | Not included |
| A | Not included |
| L | Entry Professional (Individual Contributor)<br>Intermediate Professional (Individual Contributor)<br>Supervisor (Managerial) |
| U | Lead Professional (Individual Contributor)<br>Senior Professional (Individual Contributor)<br>Manager (Managerial) |
| E | Expert Professional (Individual Contributor)<br>Director (Managerial) |
| S | Consultant (Individual Contributor)<br>Senior Director (Managerial) |

## SCHEDULING THE INTERVIEWS

1. Interviews will be scheduled based on the availability information you provide in the shared excel workbook located at:
   https://docs.google.com/spreadsheets/d/1aO0C2mM3SCgMbs5CRXA5pb7-o5uGXvRP8S3kKF7RR9s/edit?usp=sharing

2. You will be notified of your interviews by receiving Zoom invitations sent to you by David Chang. Please accept the invitation as quickly as possible. Let David know right away if you have a conflict or cannot conduct the interview for some other reason. He can be reached at DChang@thinkbrg.com or cell: 626.367.8919.

## PREPARING FOR THE INTERVIEW

- Prior to conducting the interview you should perform the following activities:
  - Read this document
  - Review interview questions
  - Review interviewee's function and level, etc. in the database (and review the document to make sure you are generally familiar with them)

## CONDUCTING THE INTERVIEW

- Interviews will be conducted using Zoom and an online interview tool.
  - Interviewees will be viewing their responses to interview questions as you type them.

- - Interviewees are encouraged to rephrase or change their responses as needed to ensure that the text accurately reflects how they intended to respond to the question.

- Prior to the interview, make sure you are prepared by performing the following activities:
  - Log into the Zoom meeting
  - Go to the survey URL: https://survey.alchemer.com/s3/6459823/Nike-Job-Analysis-Interview
  - Complete the "pre-interview information" before the employee logs in (Name and ID should be copied from the scheduling workbook).
  - Put your browser in "Full Screen" mode before the employee logs in to maximize the viewable area and minimize distractions such as your taskbar
  - You should "Share Desktop" with the Employee
    - You will need to be the "presenter" in order to do this
  - Close all programs on your computer other than the data collection tool.  This is especially important for programs with notifications that may pop up during the interview (which the Employee will see) such as Outlook or Instant Messaging.
  - Be sure that you are familiar with how to use Zoom.
    - There are many training videos online.
  - Read the text on each page of the interview tool verbatim (we will review an example)

- Throughout the interview, <u>do not lead interviewees to any particular answer.</u>
  - Ask questions as they are written verbatim.
  - If a person asks for clarification, start by simply repeating the question as it is written.
    - If the interviewee still does not understand the question, you should ask why she doesn't understand and type her response. This information will be useful to us in interpreting her responses.
  - For radio-button questions, do not hover the mouse over any particular answer before the participant answers the question.
  - Use the follow-up questions listed below as needed to ensure that interviewee responses are clear and provide sufficient information and detail.
    - "Can you please clarify what you mean by that?"
    - "Can you please elaborate/tell me more about that?"
    - "Can you please provide an example to illustrate what you mean by that?"
  - It is important that the response accurately and completely answers the question.  If the response they provide does not actually answer the question, you should ask a follow-up question to ensure the response is clear and complete.  The specific follow-up question you ask will depend on the question and the response.  But, it is critical that you <u>do not lead interviewees to any particular answer.</u>

- - As an example, If the question asks what KSAs are required to perform their work and they respond by stating the tasks they perform. An appropriate follow-up would be, "Can you describe the Knowledge, Skills, and abilities that are required to perform that work effectively?"
  - If the employee uses an acronym you do not recognize, you should ask the interviewee to clarify/define the term for you during the interview
  - If a question has multiple parts, be sure that all parts are answered. This may require you to ask part of the question again.
  - We want to collect responses which represent each employee's experience across their <u>entire tenure in their current position</u>, not just her most recent work. An example can be helpful in explaining a concept, but it is not sufficient to describe her typical experience.
    - Some responses may have changed (e.g., travel, work location) because of COVID 19, whereas others (e.g., job duties, employees supervised) may have not changed. The goal is to describe their experience across their entire time in their current position. However. For those responses that have changed significantly, record their response both before and after COVID.
  - If the employee does not know the answer to the question, type "I don't know" and move on. We do not want the employee to guess.

- General Guidelines
  - Be friendly and professional.
  - Make sure you are prepared when you start the interview.
  - Minimize mouse movement as it can be distracting
  - If you are typing, record responses as accurately as possible
    - Ask for clarification using questions provided above if you do not understand a response.
    - Try to collect as much detail as possible. The detail is what makes the interview data useful.
    - Review the responses you type for clarity as you record them. All responses should be in complete sentences and should be clear to any reader. Abbreviations and typos should be eliminated and corrected during the interview.
- Call Chester (619.925.8612) if you have any trouble with Zoom.


## CONCLUDING THE INTERVIEW

- After the interview has ended, thank the interviewee for her time following the script on the last page of the survey.

# Exhibit 8

**Subject: [EXT] Invitation for Nike Job Study Interview**

Hi [Employee Name],

I am writing to let you know that Nike has asked an external firm to conduct a study of different jobs at WHQ. As part of this phase of the project, the job analysts will be conducting interviews to learn about different jobs at Nike. You are invited to take part in an interview so that the job analysts can ask you questions about different aspects of your job, including the work you perform and the decisions you make. Your participation is very important to the success of this study.

Nothing discussed during the interview will be used to evaluate or reward you or any other Nike employee. The goal of the interviews is simply to learn as much as possible about how different jobs are performed.

The interview will be conducted via Zoom, and you'll just need your computer, Wi-Fi access and a private space for the duration of the interview, which will last approximately two hours. Is there a date and time that works well for you over the next two weeks? Please "reply all" with your availability, and Berkeley Research Group will send you a calendar invitation for the interview.

You do not need to do anything in advance to prepare for the interview or bring anything to the interview. We only ask that you answer the questions openly, honestly and to the best of your ability. Consultants from Berkeley Research Group will be conducting the interview, and they can answer any questions you have during your meeting with them. You can also contact me with questions.

Thank you in advance for your participation in this important study.


DONNA VANDERSCHOOT
Global Litigation & Employment Coordinator

OR

JESSICA BAUMANN
Senior Litigation Paralegal

# Exhibit 9

Nike Job Analysis Interview - Pilot

Response ID:3 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

1

**2. Interviewee Name:**

Heinrich Lesley A

**3. Employee ID**

███████

**4. Interviewer Name:**

Chester Hanvey

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Lead a team through a production quarter factory balancing activity, where we determine where 98% of footwear is sourced for Nike. We determine which factories make which shoes. Production quarter is a 3-month window that is somewhat aligned to a season (but there are nuances based on lead times for the geography where the product is made and will be sold). Its like a just in time production model.

**6. What tasks do you spend the most time performing?**

Running the process to balance factories. We have an excel-based process where we rebalance the factories with the models based on changes to the demand forecast. I help lead that process and get team to make sure we are balancing appropriately and in a way that makes the most sense for Nike and our factory partners. For example, we will set up initial sourcing. We might say that Nike Air Force 1's are produced at 3 factories, all will demand split 33% each. All factories make a lot of models of shoes. We might find that Factory A is loaded at 110% of capacity and our ideal state is 90% to optimize delivery. Factory B is loaded at 80% of capacity. We would move some Air Force 1 from factory A to factor B to get them both as close to 90% as possible, which is called the "fill rate." Within Air Force 1, there are a lot of style colors so could move only certain colors to a different factory. Other times, we may move them based on the geography where they will be sold. The team analyzes the optimal move. My role in this process is where there is contention - there is no good model to move but something has to be moved. I will negotiate with the team (my direct reports and my peers' direct reports) to help determine what is the best move that balances Nike's need/profitability with the factory's needs. The other thing I would add to that: In order to move some of the less than ideal models, we need to negotiate with our Nike team in Asia who works with the factories. We also need to negotiate with our product development team. I help my team to help get things "over the hump" when there are contentious issues and they need assistance.

**7. Looking at your job as a whole, what tasks do you perform that are important for the company (even if they are performed infrequently)?**

The tasks described in the prior response are the most important for the company. In addition, we do strategy-work in which we look at 3-year plans for the factory and category (e.g., running).

**8. Why are these tasks important for the company?**

It drives on-time delivery to consumers at the highest quality possible. The strategy work is important because enables us to be proactive and set-up the factory network in the most optimal way which is also in support of on-time delivery and product quality.

**9. How frequently do you perform these important tasks?**

The factory balancing is done approximately weekly and its based on when we get updated "demand submit" numbers. Each week, we would look at a different production quarter. For example, one week we would get a demand submit for summer 2022 and the next wee we would get one for fall 2022. The 3-year strategy work is done every 6 months in a very robust way, but there are bits and pieces that are done more frequently.

**10. What are the specific performance goals you must meet to be a high-performer?**

High level of collaboration, openness to change in processes, tools, doing things differently. Having a strategic mindset to think beyond the immediate production quarter that we are balancing.

**11. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

There are no metrics on the annual performance review process because there are many variables that impact the metrics that are outside of our control. But the metrics we look at are factor fill rates (e.g., 90% to capacity) and "planned in full and on time" which we want to be as close to 100% as possible.

**12. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Ability to consider multiple teams' needs and try to balance them to do what is best overall from a Nike, Inc. perspective. Collaboration with teams who have competing priorities. Skill using excel. Ability to think beyond what is best for me.

**13. What technology, software programs, or tools do you use in your current position (other than a cell phone or other commonly used electronic devices)?**

Excel, Tableau, and PowerBI (Microsoft reporting program) are the primary ones. I occasionally use PMD (Planning Master Data) which is a web-based tool that the team uses to enter in where a product will be produced. Outlook, Zoom (we talk to people in Asia almost daily). Box.

**14. What job title or titles will be next in your career progression?**

Sr. Sourcing Director or Sr. Supply Plan Director (this is our sister team)

**15. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

In those jobs, its more from a leadership perspective. Looking at the big-picture strategy. Networking is also important. At that level, its very soft-skill based, it can be political so having good office politics and being able to say things in the right way is very helpful.

## 6. Section 2: Role in Organization

**16. Are you assigned to a specific geography?**

Other: From an HR perspective, I's assigned to North America. From a business perspective, I am not assigned to a specific geography (Global organization).

**17. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?**

Yes, because I need to think holistically. If a specific geography tries to influence me, I need to remain neutral and think about how that may impact another geography and make sure that I'm being fair across all geographies.

**18. Are you assigned to a specific product category?**

Footwear

**19. Do you know if the product category to which you are assigned impacts the work you perform?  If so, how?**

At a high level, there isn't a lot of difference but there are a lot of nuances between footwear and apparel that make them

different. For example, in footwear, we are 100% of the factory's capacity so we need to make sure we are supporting that factory's financial well-being because they are completely dependent on Nike. So of our partners only do business with Nike. In apparel, they don't have any factories that are only Nike. All factories share space with other apparel companies. So apparel could say they don't need to capacity they pre-reserved so that could be given to another apparel company. In footwear that is not an option. We have a different time of responsibility which means we have to because the factory's viability is important to us. We sometimes make sourcing decisions that are less advantageous to Nike to ensure the factory can remain financially stable. Footwear has around 50 factories and apparel has around 200. We have fewer factory partners so we rely on them.

**20. Are you assigned to a specific sport?**

Other: I lead the sportswear/lifestyle team but I'm not assigned to a specific sport.

**21. Do you know if the sport to which you are assigned impacts the work you perform?  If so, how?**

No, because I need to consider all of our sports because they all work together. Some of the negotiating/influencing I do is specific to lifestyle but I have a peer who does that for Jordan, for example. However, I need to be neutral and think about it from Nike, Inc perspective.

**22. Are you assigned to a specific product line?**

I am not assigned to a specific product line

**Do you know if the product line to which you are assigned impacts the work you perform?  If so, how?**

**23. Do you have any additional specific areas of specialization? If yes, what areas?**

No.

**24. How, if at all, does this area of specialization shape the work you perform?**

N/A

## 7. Section 3: Project Team Structure

**25. Do you work as part of a team?**

Yes, I work as part of a team.

**26. How many teams do you work on at a time?**

Five. My own team, supply planning, TechDev Men's and Women's teams (part of product creation - they develop the products), Asia PMO (Partner Management Office - they work directly with the factories), consumer planning (formerly "Demand Planning")

**27. What is your typical team size?**

I have 4 direct reports on my team. the sourcing team overall is 20-22 people. We interact as a team regularly. This is our primary group. In the other groups, I typically interact with 2-5 people per team, but may work with others depending on the issue.

**28. Who are the members of your team by function, job family, and job level and what do they do?**

I have 2 managers and 1 Sr. Analyst (all U band). All of them manage certain aspects of the lifestyle category. There are classics (e.g., Air Force 1, dunk, blazer), sports style (e.g., Air Max), and sandals. I have one L band analyst who supports the other three U bands with various activities (e.g., data entry, running reports, vacation coverage)

**29. Do you primarily complete your work independently or do you work jointly and collaboratively with others? Please explain.**

Typically I do work jointly and collaboratively with others. Its because most of what we do is very cross-functional in nature. If I make a decision on one thing, it will impact others so I need to make sure I'm not negatively impacting someone else.

### 30. What do you specifically contribute when you work with others to complete a project?

I contribute sourcing expertise, both in the short-term and big-picture. In short term, when we are balancing factories, I would know different challenges and costs associated with different factories. For big-picture, I'll have conversations with category TechDev team, we might want to work with a certain factory to make sure they have a certain type of capability in 2 years, so I need to start building that capability now so we can hit demand needs in 2 years.

## 8. Section 4: Work Characteristics

### 31. How would you characterize your workload pattern? For example, is it spread evenly across the year or are there distinct peaks and valleys? Please explain.

Its spread evenly across the year.

### 32. How does this workload pattern effect you?

It is what it is. Its nice to know that you have the stability. When there are peaks, I know they are short and temporary. I also take advantage of the valleys when they occur.

### 33. What are the most complex aspects of your job?

The negotiating and aligning across the different teams we work with to gain consensus. Everyone has a different priority and is looking at it from a singular lens. We need to look across the Nike, Inc. perspective as well and short and long term.

### 34. Do you work on a large volume of relatively straightforward projects or a low volume of complex, multipart projects?

Its a low volume of complex and multi-part projects. Its the same process but its complex and has a lot of parts to it.

### 35. In what ways does your work require a high level of precision in how you perform it? What could the consequences be if you did not perform your work to a high degree of precision?

We need high precision when we balance our factories. For us, its a relative term. Some groups at Nike require really high levels of precision. There are so many variables that impact us that we usually try to be within 5% to avoid over-engineering. We have to allow flexibility in our project because we deal with a lot of volatility. If we didn't work in this way, we wouldn't be able to deliver the right amount of shoes to retailers or end consumer.

### 36. How would you characterize the level of stress in your job? For example, high or low intensity? Periodic or constant? Please explain.

During Covid, stress has been really high. Under normal circumstance, it is medium.

### 37. What are the most stressful aspects of your job? For each, what makes that work stressful?

During Covid, there are so many things that we need to react to. There is a lot of pressure from geographies and other teams. Sometimes we have to say no to people when we don't want to. The amount of work has also been really high. Under normal times, the stress is medium because there are so many checks and balances because its not entirely on me. If I make a bad decision, someone will probably question it and prevent an issue.

### 38. To what degree does your work involve high time pressure? Please explain.

Not a lot for my job, because the job is pretty fluid and always changing. The analyst team has more time pressure to have things entered into the system by specific dates. There are times where we can push things out by a week without consequences. We should do a good job of prioritizing the workload to make sure everything gets done within a specific time frame.

### 39. To what degree is your work impacted by unexpected disruptions? Please explain.

This happens a lot. We have a lot of unexpected disruptions. We are very dependent on other teams (e.g., demand planning) to provide us information to do our jobs. The demand plans feeds our source plan which triggers us to make updates. They (demand planning) are frequently changing the deadlines and making really big errors that make us have to wait for them to make corrections before we can do our jobs. For example, they may forget to remove demand from the system, which results in overestimation of demand by millions. We cannot do our work until this is corrected. Or, very late, they will push out their deadline which means we have to push out our process which has a trickle down effect because it impacts what we were planning the following weeks.

---

**40. To what degree is your role at Nike clearly defined?  Please explain.**

Its mostly defined. I know what I need to do and what I should be doing but there is always a lot of ambiguity. This is the nature of Nike.

---

**41. To what extent is creativity important to perform your job effectively?**

Important

---

**42. In what way is creativity required to perform your job effectively?**

Coming up with different and unique solutions to the problems that we face. For example, problems with a delivery or balancing our factories, how can we think creatively about how to resolve the problem to make sure that we get our job done.

---

**43. How frequently, as part of your job, are you required to physically exert yourself?**

A few times per year

---

**44. Please describe the work you perform that requires you to physically exert yourself.**

When we get together with factories, we do team building that may involve obstacle course or something like that. My normal job is performed at a desk with a computer.

---

**45. What specific physical abilities are required to perform your current job effectively?**

Trunk Strength — The ability to use your abdominal and lower back muscles to support part of the body repeatedly or continuously over time without 'giving out' or fatiguing.

---

**46. How frequently, as part of your job, do you travel beyond the Beaverton area?**

A few times per year

---

**47. Where do you typically travel?**

Asia

---

**48. Please estimate the percent of time have you spent working at a location other than your primary office?**

10

---

**49. In what location(s), other than your primary office, do you spend time performing work?**

Asia. We work in offices (strategy sessions) and do factory visits.

---

## 9. Section 5: Decision Making

**50. What are the most important decisions you make as part of your job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Helping to drive the team to balance the factories appropriately. I will sometimes make the final decision when there is disagreement or no obvious decision. This allows us to move forward and support on-time delivery and product quality. The other important decisions I make is how to support my team. For example, it could be listening to them vent, being empathic (e.g., family issues), having their back in the decisions they are making.

**51. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes. Its strategy from a sourcing lens. What capability do we want each factory to have in the future and then what models and categories can help fulfil that. What new tools (e.g., software) will help support us from now to the next 3-5 years.

**52. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

For our sourcing team, yes. I may lead an effort, be part of a change effort. For example, in our most recent re-org, we needed to re-define roles and responsibilities. My peers and I were an integral part of that. Another example is how can we communicate changes in how factories shar information with each other. We consistently have changes to polies and procedures as the business evolves. Depending on my expertise or bandwidth, I may be on a cross-functional team to define or update the policies and procedures.

**53. Do you have any involvement in managing project budgets?  If yes, what is your role?**

No.

**54. What level of authority do you have, including making recommendations, to hire employees, if any?**

If its someone on my direct team, I have complete authority to make that decision.

**55. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

For employee below my level, this is usually a collective decision, what I would have input into.

**56. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

For my direct reports, I have more or less complete authority. But I would work with my manager to make sure it was the right thing to do.

**57. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I've never had to do this. I feel like this would be a collective decision between my manager and me. I would have a lot of authority to do this.

**58. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**59. What is your spending limit without seeking approval?**

I don't know.

**60. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Its a little bit of both. I more or less determine my own assignment but sometimes there are projects or other things that I am assigned to or volunteer for.

## 10. Section 6: Supervising Others

**61. Do any Nike employees _directly_ report to you?**

Yes

**62. How many Nike employees directly report to you?**

4

**63. What are the job titles of the employees who directly report to you and what work do they perform?**

2 sourcing managers - They manage the sourcing for specific product categories. They focus on high-impact, high-profile categories (e.g., classics, air max).
1 Sr. Sourcing Analyst - Manages the sourcing for specific product categories
1 Sourcing Analyst - Supports the rest of the team through data entry, reporting, and helping with execution to free up the rest of the team to do more strategy.

**64. How do you supervise the work of those who directly report to you?**

I am really hands-off. Every week, i send a communication to our entire team with what to focus on for the week and what is coming up so they know the priorities. We attend some meetings together. They may reach out to me for help on certain things. They are really self-sufficient so I cater my approach as a supervisor to their needs.

**65. Do any Nike employees indirectly report to you (e.g., "dotted line")?**

No

**How many Nike employees indirectly report to you?**

**What are the job titles of the employees who indirectly report to you and what work do they perform?**

**How do you supervise the work of those who indirectly report to you?**

## 11. Section 7: Experience, Training, and Education

**66. Please describe your prior work experience before starting work at Nike (years, job titles, etc).**

I was in college before joining Nike and held various receptionist and basic office jobs.

**67. To what degree has your prior work experience been helpful for performing your current job?**

Not related to current job.

**68. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Typing.

**69. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**70. What job titles have you held at Nike prior to your current job?**

Customer Service Rep, Demand Planner, Sr. Business Planning Analyst, Sr. Business Systems Analyst, Planning Process Manager, Demand Planning Manager, Sr. Supply Planning Analyst, Supply Planning Operation Manager.

**71. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Knowledge of Nike culture and the Nike matrix. The broad network that I have makes it easier to work with people. Broad supply chain knowledge (understand all the inputs and outputs across the entire supply chain) which really helps explaining why we need certain things, or making decisions (what/who is impacted). Leadership skills - my current role is very leadership-driven. How to think big-picture because I need to be all-inclusive in my decisions. Also knowing all the systems that Nike uses (the ERP system, SAP).

**72. How did you acquire these new knowledge and skills? For example, formal training, on the job experience, coaching and**

mentoring?

90% is from on the job experience. Maybe 3% is from formal training and 7% coaching and mentoring.

**73. What is your highest educational level?**

Master's degree

**74. In what field of study is your highest degree?**

MBA - Business administration with a concentration in leadership.

**75. How, if at all, has your education been helpful for performing your current job?**

Its not really relevant anymore because it was more than 20 years ago. The things I learned back then were helpful when I first started, but its not really helpful in my current job because the education was more generic.

**76. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to do your job effectively, if any?**

No

**77. How have these qualifications been helpful for performing your current job?**

N/A

## 12. Section 8: Working Conditions

**78. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings?**

Before Covid, at a desk at Nike HQ. I've been working from home since Covid.

**79. How frequently, as part of your job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature?**

A few times per year

**80. Please describe the hazards to which you are exposed as part of your job.**

When I do factory visits, I am exposed to loud noises for short period of time. I may go into the rubber room and you are exposed to rubber smell. Its also hot, we are in Southeast Asia near the equator.

**81. How frequently, as part of your job, do you perform work that has the potential for physical injury to yourself or others?**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**82. How many hours do you work in a typical week?**

45-50

**83. To what extent do your work hours vary from week to week?**

They are pretty consistent

**84. How many days do you work in a typical week?**

5

**85. To what extent does the number of days you work vary from week to week?**

It does not.

**86. To what extent do you control your work schedule such as where and when you perform tasks?**

I have a lot of control when we start and end our day. If I have a late call with Asia, I can also start later. Its more about getting the work done so we have flexibility, other than scheduled meetings.

**87. Do you have flexible work arrangements such as working 4 vs. 5 days per week, working part-time, working modified hours, or working from home?**

No, other than Covid.

**88. What time do you typically start work each day?**

Between 8:30am-9am

**89. What time do you typically end work each day?**

Between 6pm-7pm

## 14. Section 10: Extra Roles

**90. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

No.

**91. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

No. Random special project are considered part of the job at this level.

**92. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**93. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**94. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Yes, because we have gone through two re-orgs since I started in this position. The biggest change is that we went from managing the process end-to-end (across sourcing and supply planning) to only managing sourcing for a shorter time horizon. Now, we manage sourcing end-to-end for the entire time horizon. Sourcing and supply planning used to be one in the same, now they are are two separate functions (separate pipelines).

**95. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

The job has changed enough that the tasks have changed. At a big picture level, the time spent performing certain tasks probably hasn't changed.

**96. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

The only thing that has changed is that now we are managing sourcing for the entire time horizon, as opposed to handing it over to supply planning at a specific week in the calendar and they would complete the process.

**97. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No. We have a few more robust excel tools that have been improved over time.

Nike Job Analysis Interview - Pilot

Response ID:4 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

2

**2. Interviewee Name:**

Erica Van Baalen

**3. Employee ID**

██████

**4. Interviewer Name:**

Elizabeth Arnold

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am the Senior Tech Development Director for Kids footwear. This is a Division of lifestyle and performance. I have a director that reports over performance, and another over lifestyle and then an engineering director. I manage and lead teams in product creation, tech developers and engineers. I coach and mentor the team members and provide talent planning (which is understanding where the individual wants to take their career, lining them up with opportunities, and representing them at talent meetings). I make sure that we have the right capabilities and talent on our team, and make sure that we follow the process and support our cross functional team members in product and design. My responsibility is to deliver product excellence.

**6. What tasks do you spend the most time performing?**

I spend the most time on team and talent management. Currently, I am managing the workload of the team. I have a certain capacity in the team. There is a certain line and sometimes that doesn't line up in terms of what the work is and the number of people we have. My Directors do the distribution of the work, I work with our product director to inform him/her how much we can do within a season.

**7. Looking at your job as a whole, what tasks do you perform that are important for the company (even if they are performed infrequently)?**

Talent management is important for the company. This means that you have the right team dynamic and culture. If you have this, then you have a support system for the individual and you create opportunities on how they can grow. We create individual development plans so that we understand their goals, have honest conversation on where they are at and develop a plan for certain job experiences or training to grow.

**8. Why are these tasks important for the company?**

Talent management is important because we are retaining and attracting the best talent to work for Nike. If you have a good team and have great talent you are going to make a good product, which will generate revenue and support the brand.

**9. How frequently do you perform these important tasks?**

These talent management tasks are ongoing. There are probably 4 to 5 moments per year where we go deeper and more specific with employees. Deeper means that we have a meeting cross function or working with the individual.

**10. What are the specific performance goals you must meet to be a high-performer?**

I don't know if I have performance goals.

**11. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

No.

**12. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

I have experience with talent management, having worked with a few difficult situations where someone was underperforming or employees with difficult home situations. I understand when to consult with HR partners. You make sure that you document conversations. Skills include listening and understanding the situation to put it in the right perspective and understanding the impact of the situation. Also on the positive side I listen deeply about what people want and have honest conversations to make sure what they say is true and that it fits the person. On the business side, understanding our creation process from end to end from product design to manufacturing. I also have good collaboration skills.

**13. What technology, software programs, or tools do you use in your current position (other than a cell phone or other commonly used electronic devices)?**

Software includes: Outlook, Box, Miro (collaborative visual virtual space), excel, word, PowerPoint, KeyNote, OneNote, Zoom, Internal tools such as work vivo and Zero (intranet).

**14. What job title or titles will be next in your career progression?**

VP of Tech Development.

**15. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I don't know.

## 6. Section 2: Role in Organization

**16. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?**

**17. Are you assigned to a specific product category?**

Footwear

**18. Do you know if the product category to which you are assigned impacts the work you perform?  If so, how?**

You need to know the footwear process (this is the creation process from ideation to commercialization) and network (which is cross functional teams and our Asia partners).

**19. Are you assigned to a specific sport?**

I am not assigned to a specific sport

**Do you know if the sport to which you are assigned impacts the work you perform?  If so, how?**

**20. Are you assigned to a specific product line?**

Kid's

**21. Do you know if the product line to which you are assigned impacts the work you perform?  If so, how?**

We have specific kids product creation process. In some cases we follow the adults product line process and in some cases we have our own designs and this effects the timelines we work under.

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

I have a lot of knowledge and understand product cost engineering in apparel and footwear.

**23. How, if at all, does this area of specialization shape the work you perform?**

I orient myself toward the business side of my job rather than the technical product side.

## 7. Section 3: Project Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

I work in the development team and on the kids team. (Two different teams).

**26. What is your typical team size?**

For development the team size depends because I am part of the development leadership team, which has 6 people. My own team has product tech developers and engineers and it is 29 people. For our cross functional kids team, the leadership has 7 people, but if you look at the whole kids team it is 80+ people.

**27. Who are the members of your team by function, job family, and job level and what do they do?**

I have 22 product tech developers on my team. They develop product using the technical package that goes to Asia, receive the samples, and define the materials.
Six are product engineers. They are technical experts who develop our product. They have knowledge of the manufacturing process to make sure that we build a shoe to our best practices. They help designers and developers on how to build the product through drawings, emails, and meetings.

**28. Do you primarily complete your work independently or do you work jointly and collaboratively with others? Please explain.**

I complete my work independently and collaboratively. Sometimes I communicate to others by myself (e.g., email), but if we are working on a strategy we do that collaboratively. I collaborate with other functions as well. I create proposals by myself but I will always include my team with cross functional expertise.

**29. What do you specifically contribute when you work with others to complete a project?**

It is hard to say what I specifically contribute because my work is so diverse. I listen, learn, give ideas, facilitate, participate, and add a new perspective.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year or are there distinct peaks and valleys? Please explain.**

My work is spread evenly because my work is not related to the product creation process, which has peaks and valleys. Sometimes around year end or midyear it gets a little busier but you can create the right amount of space/time.

**31. How does this workload pattern effect you?**

You can balance the cycle to lower the peaks because you can do work ahead of time or create space in your calendar to work through the peaks. You can plan your work to distribute the work more evenly.

**32. What are the most complex aspects of your job?**

The most complex aspect is change in the organization, and the new strategy (direct to consumer acceleration). This is most complex at this moment. To understand it and have the right knowledge to help the team through the change. Our process is changing, the team, the calendar, the line (product line), and strategy are all changing. Basically it is a "new day". We started this in December but still in the midst of figuring it out.

**33. Do you work on a large volume of relatively straightforward projects or a low volume of complex, multipart projects?**

In my world we talk about a "product project" and that is not what I work on. I don't do project work. I oversee the work and get involved in it at a high level but I am not responsible for the project work itself. I would say low volume, complex multi-part product. For example, the change to the CDA (consumer direct acceleration).

**34. In what ways does your work require a high level of precision in how you perform it?  What could the consequences be if you did not perform your work to a high degree of precision?**

People management requires a high level of precision. You have to make sure that we have the right ratings in the system and give the correct advice on pay reviews.

**35. How would you characterize the level of stress in your job?  For example, high or low intensity? Periodic or constant? Please explain.**

The stress is periodically high. I changed managers 4 times in the last year. I think the fact that we had to wait to find out if we had a job for several months created stress.

**36. What are the most stressful aspects of your job?  For each, what makes that work stressful?**

The most stressful parts of my job are collaboration and getting to know your cross functional team while working from home. It is hard to get to know people working remotely.

**37. To what degree does your work involve high time pressure?  Please explain.**

My work involves high time pressure because we have a few deadlines that are time critical per year. These include ratings in the system for people, pay reviews, and potential assessments.

**38. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Over the last year we have had unexpected disruptions every month. This has to do with Covid, working at home, returning to the US, and teammates getting stuck in other countries. Vietnam and Indonesia were having surges in Covid which impacts production and sample making. In addition, people decided to visit their family in another country and then the borders close so they cannot return. I was living in Korea in 2020 and we got repatriated to the US and did not return, we stayed here. Another example is the fires in Oregon prevented us getting samples, and the BLM movement impacted people and the amount of time people could concentrate at work.

**39. To what degree is your role at Nike clearly defined?  Please explain.**

I know what I am responsible for but have not seen my job description since I got the role in July of 2020.

**40. To what extent is creativity important to perform your job effectively?**

Important

**41. In what way is creativity required to perform your job effectively?**

Situations and changing dynamics in people and process asks for creativity in solutions.

**42. How frequently, as part of your job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**43. How frequently, as part of your job, do you travel beyond the Beaverton area?**

A few times per year

**44. Where do you typically travel?**

I do not travel at the moment due to Covid, but usually travel to Asia (in my prior role). Currently I work 100% from home.

**45. Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**46. In what location(s), other than your primary office, do you spend time performing work?**

I work from home in Portland as my primary office.

## 9. Section 5: Decision Making

**47. What are the most important decisions you make as part of your job?  For each, please describe why it is important. For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decisions are Hiring and firing. This is important because you need to make sure we have the best talent to execute the work.

Also making product decisions. This is important because if the consumer has a bad experience with a product they may not return to Nike. This may also diminish the perception of the brand.

**48. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, I have involvement in strategy development and strategic planning. I participate in cross functional kids team to set our annual strategic plans. I listen, learn, contribute ideas or confirmation regarding the direction we are taking re brand, product line, and how to execute with innovation.

**49. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**50. Do you have any involvement in managing project budgets?  If yes, what is your role?**

No.

**51. What level of authority do you have, including making recommendations, to hire employees, if any?**

Yes, I have the authority to hire employees up to E band (Director level) with an HR Partner.

**52. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

Yes, I can give recommendations for promotions. If there is an opportunity to promote someone and there is a position open, I have the authority up to E band (Director level) with an HR Partner.

**53. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

Yes, I can decide on and impose disciplinary action for employees up to E band (Director level) with an HR Partner.

**54. What level of authority do you have, including making recommendations, to terminate employees, if any?**

Yes, I can decide to terminate employees up to E band (Director level) with an HR Partner.

**55. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Other: I don't know.

**56. Please explain the type of legal documents you are authorized to sign.**

I don't know.

**57. How frequently do you sign legal documents on behalf of the company?**

Never

**58. What is your spending limit without seeking approval?**

My spending limit is $1M for debt notes related to product cancelations and creation mistakes. I would do this in collaboration with my manager and the experts on our team.

**59. Are you assigned work by your manager/leadership or do you determine your own assignments?**

We work toward strategic priorities and I collaborate with my manager on the goals that we set for the year. I determine how to execute the goals.

## 10. Section 6: Supervising Others

**60. Do any Nike employees <u>directly</u> report to you?**

Yes

**61. How many Nike employees directly report to you?**

5

**62. What are the job titles of the employees who directly report to you and what work do they perform?**

Employees who report to me are:

Technical development director- manages a team of developers that work on product projects.

Engineering director- manages team or product engineers that work on technical execution of product.

Sample coordinator- coordinates sample ordering, process, and intake of all kids samples.

Senior administrative assistant

**63. How do you supervise the work of those who directly report to you?**

We have one on one meetings, two weekly check-in meetings, and four product reviews in the seasonal calendar.

**64. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Yes

**65. How many Nike employees <u>indirectly</u> report to you?**

2

**66. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

My two indirect reports are:

Material development director- manages a team of material developers that work on material projects. This involves new material that we need to develop (e.g., new fabric)

Footwear product testing director- manages a team of footwear testers that perform tests on our product during creation.

**67. How do you supervise the work of those who _indirectly_ report to you?**

We have one on one meetings, two weekly check-in meetings, and four product reviews in the seasonal calendar.

## 11. Section 7: Experience, Training, and Education

**68. Please describe your prior work experience before starting work at Nike (years, job titles, etc).**

2 years in a weaving mill for upholstery in Netherlands.

**69. To what degree has your prior work experience been helpful for performing your current job?**

That was my first job out of college. Started at Nike in 1996 so not that influential now. My major in college is textile engineering.

**70. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

I obtained work ethics, dedication, and my engineering skills from my prior work experience.

**71. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**72. What job titles have you held at Nike prior to your current job?**

The job titles I have held at Nike include:
Sourcing and costing manager in Europe in apparel,
Global cost engineering in Europe for apparel,
Margin planning director for apparel in WHQ,
Project manager in innovation,
Cost engineering director in footwear,
Senior product creation director in Korea.

**73. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

I have found team and talent management, coaching, leading teams, my global understanding of supply management, product creation process, footwear manufacturing, and cost engineering knowledge and skills to be the most helpful.

**74. How did you acquire these new knowledge and skills? For example, formal training, on the job experience, coaching and mentoring?**

I acquired this knowledge and skills through experience and learning on the job. I had formal training and coaching through Nike University.

**75. What is your highest educational level?**

Master's degree

**76. In what field of study is your highest degree?**

My highest degree is in business and textile engineering.

**77. How, if at all, has your education been helpful for performing your current job?**

My education has been very helpful for my current job. Working through business problems and logical thinking for solving product problems specifically.

**78. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to do your job effectively, if any?**

I did the Nike Xccelerate training.

**79. How have these qualifications been helpful for performing your current job?**

My Nike University training increased my strategic thinking and focus on priorities as well as my team and talent management abilities

## 12. Section 8: Working Conditions

**80. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings?**

Home.

**81. How frequently, as part of your job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature?**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**82. How frequently, as part of your job, do you perform work that has the potential for physical injury to yourself or others?**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**83. How many hours do you work in a typical week?**

50.

**84. To what extent do your work hours vary from week to week?**

My work hours vary a little bit from week to week. Right now we have every Friday off so I don't work 50 hours.

**85. How many days do you work in a typical week?**

5

**86. To what extent does the number of days you work vary from week to week?**

Same Monday to Friday.

**87. To what extent do you control your work schedule such as where and when you perform tasks?**

I control 70% of my work schedule.

**88. Do you have flexible work arrangements such as working 4 vs. 5 days per week, working part-time, working modified hours, or working from home?**

No.

**89. What time do you typically start work each day?**

7:30am

**90. What time do you typically end work each day?**

6pm

## 14. Section 10: Extra Roles

**91. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

I am mentoring about 5 people on average in Asia, but I would consider this part of my role. They aren't on my team directly.

**92. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

No.

**93. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**94. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**95. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

No.

**96. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes the amount of time I spend on specific tasks has changed since I first entered my current job. I am much more involved with team management since the changes we have gone through (CDA).

**97. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, the way I perform tasks has changed. We have had process changes such as new "gates" (moments in the calendar when we get together on the calendar and we changed those) and the way we collaborate (through Zoom).

**98. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No.

# Nike Job Analysis Interview

Response ID:3 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

3

**2. Interviewee Name:**

Lundin Susan Rae

**3. Employee ID**

██████

**4. Interviewer Name:**

Chester Hanvey

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I'm responsible for the safety, quality, and output of my direct reports. For safety, twice a night, I audit my direct reports to ensure they are in compliance for safety which means they are wearing the appropriate personal protective equipment (e.g., safety classes, cut-resistant gloves and sleeves, earplugs, and protective footwear as needed), and they are performing their work to proper methods and ergonomics. For example, a person may be using a Beech-lift (used to move large heavy rolls) to move a roll TPU (its a roll of film used for the outside of the airbags), so they would need the proper toe protectors. For quality, I check the finished goods boxes coming off the line. I verify that the hand-written part code on the box matches the label that is affixed to the box. For example, there is a printed part code on the label so I have to guarantee that they part what's what it says on the box. We are manufacturing the air bags that are used in the shoes. I also check parts coming off the line as they go down the conveyor.

**6. What tasks do you spend the most time performing?**

People management, production scheduling, administrative tasks (e.g., time cards, programs called OEE where all work orders on the line are assigned to different cells - I need to verify that the data is being entered correctly by the people on the line). People management is where I spent most of my time. It begins before the shift starts. People will call to let me know if they are reporting for work - people may call me directly. For the people that are showing up, I put them on the production schedule for the night, in terms of who is working where. As they come to work, I'm at my desk and I'll help them what whatever they need (e.g., want a day off, need PPE, want to schedule a meeting later in the shift). This is continual throughout the night. I tell my folks that I work for them, they don't work for me. I'm their support person.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

As a production supervisor, the most important is being that support person for the team. We work on a really hard shift. Its weekend nights and its 12-hour shifts. I spend a great deal of my time listening and supporting the personnel in my department.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

I want people to enjoy coming to work. By being a good support person, that improves morale on the team and if people like coming to work, we have less attrition. They also seem to work more safely and make a better quality product, and do more work.

**9. How frequently do you perform these important tasks?**

This is all night long.

**10. What are the most complex aspects of your job?**

I've been doing the job a long time so its relatively easy for me. If I had to say something, I guess it would be: Sometimes conflict resolution between two employees can be challenging. For example, two employees may get into an argument during break, and I'll have to intervene so that their disagreement doesn't affect the team.

**11. What are the specific performance goals you must meet to be a high-performer?**

I have my own internal expectations for high performance but Nike does not clearly define the metrics for a production supervisor to be highly successful. My own expectations are, I tell my team I'm available to them 24 hours a day, 7 days a week. I believe Nike expects you to be on duty during regular work hours.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Nike is very laid back, unlike any other company I've worked for. For quality, our goal is 96.4%. If we don't reach that goal, there is no discussion or repercussions.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Organization, error free data entry, people management. I have a teaching degree and tough public school for one year, and went into manufacturing after that. I've been working with people and teams for over 30 year. Strategic listening definitely helps. Sometimes, people don't want you to solve their problems, they just want someone to listen. Another is empathy for the night shift worker. Over those 30 years, I've worked night shift probably 26 of those years so I know how hard it is to be sleep deprived, miss weekends with your family, juggle school and work.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Time Track (for time cards).
Word, Excel, PowerPoint
Intelex (Safety site)
OEE (Tracking line performance for overall team)
Infinity (Quality tracking)
AP tracker (Tracking attendance and performance - I enter coaching conversations)

**15. What job title or titles will be next in your career progression?**

Production Manager

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I don't think I need to learn anything additional, I just need to be given the opportunity. I am already set up to be able to move into the next level. Once in that level, my learning would progress. I have asked what else I need to do and have not been provided feedback.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

North America

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

I believe in North America, we are the only ones making the Air Bags.

**19. Are you assigned to a specific "Product Engine?"**

Footwear

**20. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

No.

**21. Are you assigned to a specific Sports Category (dimension)?**

Other: Air Manufacturing Innovation (Air MI)

**22. Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

Air MI only exists in Beaverton and Missouri. Other sports categories are manufactured in other countries and the supervisors would be located there.

**23. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**24. Do you have any additional specific areas of specialization? If yes, what areas?**

VisiZoom, and thermoforming, and injection. Currently, I do VisiZoom and injection. Visizoom has a piece of Zoom fabric within the air bag where you can see the fabric within the air sole. Injection supplies skins and cages for the vapor max and e-max air soles.

**25. How, if at all, does this area of specialization shape the work you perform?**

I have two teams to manage (VisiZoom and injection). My goal is to cross train the two teams so they can be interchangeable. plus it provides the employees opportunities to learn both platforms.

## 7. Section 3: Work Team Structure

**26. Do you work as part of a team?**

Yes, I work as part of a team.

**27. How many teams do you work on at a time?**

3

**28. How many people are on each team?**

Direct reports: 29
Peers: 6
Day-shift Counterparts: 5

**29. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

Direct Reports.

**30. Who are the members of your primary team by job title and what work do they do?**

PCO (Plastics Components Operator, or Production Components Operator - they are interchangeable). They are the line operators.

PMO (Plastics Machine Operator). They are the cell leaders. They operate the machines that feed the products to the PCOs.
Sr. PMO. They do the same thing as the PMOs but will cover for PMO leads if they are absent.
PMO Leads. They are my go-to people. They are responsible for the entire area,. There is more than once cell so they float between cells assisting the PMOS with paperwork, quality issues, troubleshooting equipment.

**31. What do you specifically contribute when you work with your primary team to complete work?**

People management. I create the schedule so people know where to report. I'm their support person. Whatever they need to be effective, I'm that person. For example, if we don't have enough equipment, I will create a purchase order to get that. Sometimes they just need someone to listen to them so they can focus on their work.

## 8. Section 4: Work Characteristics

**32. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

We are busiest in December and January and May and June. These are the business times because that is when Mid-year and end of year reviews are done. In December, I write the reviews, in January I deliver the mid-year. In May I write the end of year, and in June I deliver them. For VisiZoom, there are busier times because we make them for the Lebron James shoes so we are busier leading up to basketball season. We are also making a brand new product: Royalty Fore Foots. This is stressful and we are trying to meet the demand.

**33. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

The number one thing is time card accuracy. If employees' timecards are incorrect they don't get paid accurately - that is a real morale hit for the line employees.

**34. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant?  Please explain.**

Its low stress except for the the December/January and May/June timeframe when performance reviews are being done. People want to have an accurate review so I like to put the time into create it thoroughly. When I present it, I give them however much time they want which is usually an hour or more.

**35. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

Attendance management during the pandemic. Nike has been very lenient with attendance expectations of the production employees.

**36. To what degree does your work involve high time pressure?  Please explain.**

There is not a lot of pressure other than making sure time cards are completed on time every two weeks.

**37. To what degree is your work impacted by unexpected disruptions?  Please explain.**

All the time. My desk is in the middle of the production so I'm accessible from all directions at a moments notice. It is non-stop from my direct reports.

**38. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I know what's expected of me because I've been a production supervisor for so many years but I'm not sure its clearly defined at Nike. There is currently an effort to try to define the roles more clearly.

**39. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**40. In what way is creativity required to perform your current job effectively?**

I try to be creative in terms of employee rewards and recognition.

**41. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**43. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**44. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

On a nightly basis, it managing the production schedule. If I don't have the team cross trained, Nike loses the flexibility to operate certain lines when we have low attendance and the air bags would not be produced.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Its minimal. I share labor between other platforms.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

I've been occasionally asked to participate in interviewing candidates for the PMO position. I made recommendations after the interviews.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

This is a team based decision. I complete and evaluation sheet in which we rate candidates on their interview responses. We score the candidates on our own and submit them to Talent Acquisition.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if**

any?

I have a "seek to understand" conversion with the employee. I want to be as fair as possible to understand what happened, why a mistake was made. From there, I decide if its a documented coaching conversion, or something more serious that requires a written warning. I have had to do final warnings.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

For final warnings and terminations, I have to review the findings with HR, Employee relations, and my manager before I can proceed.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**54. What is your spending limit without seeking approval?**

Purchase orders have to be approved. I can purchases rewards and recognition snacks for the the team, but I was asked to keep it around $1.50 per person.

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I am assigned to platforms, but within those platforms, I basically manage my own work.

## 10. Section 6: Supervising Others

**56. Do any Nike employees <u>directly</u> report to you?**

Yes

**57. How many Nike employees directly report to you?**

23

**58. What are the job titles of the employees who directly report to you and what work do they perform?**

PCO, PMO, Sr. PMO, Lead PMO

**59. How do you supervise the work of those who directly report to you?**

Its direct supervision through observation and daily metrics. I can tell how we did on output and quality based on the metrics. I also track safety. If no one is getting injured then we are doing great on safety.

**60. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**61. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

30 years as a production supervisor and production manager in semiconductor, precision sheet metal, battery and computer manufacturing.

**62. To what degree has your prior work experience been helpful for performing your current job?**

It has been very helpful because I had the experience coming in for how to be a production supervisor in a manufacturing environment.

**63. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Time management, conflict resolution, strategic listening, organization of daily tasks, how to influence and inspire people to do their best work.

**64. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**65. What job titles have you held at Nike prior to your current job?**

None

**66. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Giving and providing feedback to employees in a constructive manner.

**67. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

I've taken advantage of Nike University and taken 80 classes on there.

**68. What is your highest educational level?**

Bachelor's degree

**69. In what field of study is your highest degree?**

Education.

**70. How, if at all, has your education been helpful for performing your current job?**

I use it every single day. Coaching and training and classroom presentation are similar to a teaching environment.

**71. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

First Aid, AED, Blood-born pathogens. I've received certifications through the Red Cross (Nike provided the courses).

**72. How have these qualifications been helpful for performing your current job?**

Providing basic first aid to direct reports.

## 12. Section 8: Working Conditions

**73. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Production floor. Its a large building, like a factory.

**74. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud**

noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).

Daily

**75. Please describe the hazards to which you are exposed as part of your job.**

Its very noisy.

**76. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Daily

**77. Please describe the work you perform that has the potential for physical injury to yourself or others.**

Its a factory floor so you have the noise and machines with moving parts. There are slip and trip hazards. There is also a lot a forklift movement.

## 13. Section 9: Hours Worked

**78. How many hours do you work in a typical week?**

My assigned work hours: One week is 3 12-hour shifts and the next week is 4 12-hour shifts (alternate each week). However, I am online (e.g., checking emails for work, taking classes, joining meetings) 7 days a week. I do this because that's what I'm accustomed to from previous employers for an exempt employee.

**79. To what extent do your work hours vary from week to week?**

My regular work schedule seldom changes.

**80. How many days do you work in a typical week?**

4

**81. To what extent does the number of days you work vary from week to week?**

It doesn't - the "compressed work week" (2 week period) is consistent.

**82. To what extent do you control your work schedule such as where and when you perform tasks?**

90%

**83. What time do you typically start work each day?**

4:30pm

**84. What time do you typically end work each day?**

5:30am

## 14. Section 10: Extra Roles

**85. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I'm on the N2 (name of shift) safety committee and Air MI black employee network.

**86. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

No

**87. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**88. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

Performance reviews.

## 15. Section 11: Changes to The Job

**89. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Ive been assigned to different platform. Currently I'm VisiZoom and injection. Previously, I was assigned to Thermaforming and grinding.

**90. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes. At one time, I had 86 people and now I have 29 (including ETWs - External Temporary Workers).

**91. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

No.

**92. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

I was provided an iphone which has been very helpful Previously, I used my own phone and I had to check emails on my laptop.

Nike Job Analysis Interview

Response ID:4 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

4

**2. Interviewee Name:**

Allen Helen Louise

**3. Employee ID**

█████

**4. Interviewer Name:**

Elizabeth Arnold

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am the Team Administrative Lead for the Office of Consumer of Marketplace within Global Technology. Major responsibility of my job is manage 3 admin assistance who are providing ops support to our organization. A large part of my role is performance managing the 3 that I have on my team. I am an SME on providing team ops support. Bulk of role is perf management of my team, escalating issues that my team can no longer escalate and working with broader set of organizational goals. My team is working on onboarding to consumer and marketplace in global technology. That means that we gather hardware and software for someone's first day within the 1600 sized organization. Our work looks very different because of Covid and working remotely. Used to be that we had a cache of laptops in closet that we could give out and request to have imaged for new employees and the employee could come and pick up from desk. Now the laptops are in the hardware depot. Because we have issues within the supply chain and because we are moving to Distributed Workforce Offense (DWO) (part of the model having satellite offices in other countries. Example, office in India, Poland. And we have a large number of resources that are starting that are not in the US) our responsibilities are the same but the circumstances are very different because now we don't have our own cache, we are pulling report to see what have and relying on others to pull the equipment and imaging. The space is so new we are relearning how to do our jobs with new circumstances. Same responsibilities, but because we have people starting in different countries and we are working remotely, the employee first day looks very different.

**6. What tasks do you spend the most time performing?**

I spend a lot of my time approving laptop requests. I have higher dollar amount than my team can approve. Laptop requests route to me for my approval.

One on ones with admins. Once a week for 30 mins. Admin meetings every Monday and Wednesday for 30 mins. It used to be we met once a week but now more often because we are remote. So now see each of them three times a week.

Fact finding information about how our processes are performed. Example, building the plane while flying it. My job is understanding patterns, finding SMEs in process, then being able to dictate the process back to people who need to know it to share with others involved in the process when onboarding.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

At my suggestion we meet biweekly with hardware depot to talk to them re what is going well and what isn't with regard to hardware procurement. My team is the tightest team with hardware depot at Nike because we have the highest turnover and we are large organization. Also because we are software engineering organization, we have specific needs for the laptops.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

This task is important because without communication and an understanding of the supply chain. Our engineers need to have such high quality machines and we have high volume of people and we are known for having high turnover. This is team that creates Nike's critical infrastructure it is critical for team to have laptops on day 1. Because of conversations that we have had with the hardware depot and tasks we have asked them to complete and communications we have asked them to add they have changed WHQ because of our input. The hardware depot I am referring to work on main campus and are also responsible for shipping laptops in the US and international. Better communication and fewer surprises is my goal. Can help other people down the line in the process. Clear communication and expectation setting for everyone.

**9. How frequently do you perform these important tasks?**

We meet with the hardware depot every two weeks right now. We use admin meeting before hand to create agenda for meeting with hardware depot of things we need to discuss.

**10. What are the most complex aspects of your job?**

I am trying to understand an ever changing landscape enough to understand myself and then communicate it to other people with enough time that we can act upon what we needed ahead of time. Its like being a private investigator. Never linear. Along the way reach out to other people and find yourself in other parts of the matrix just trying to understand. Trying to figure out how we can get done what we need to because never done it like this before.

**11. What are the specific performance goals you must meet to be a high-performer?**

If my team successfully helps to onboard people in such a way that everyone has a laptop on day 1 or everyone has a workaround then we have done our job well.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Administrative work is a catch all. No specific metrics, there is an unwritten expectation that our work is providing the administrative work that asked for as well as onboarding. The job is they say jump, we say by when. Because we are in team admin support role, instead of providing direct support people know when to come to me if something isn't going well. We are well connected and resourced and we are good at finding answers. An example would be I have someone who has started work in India that needs software that we have never heard of but they need it. They will ask us to get it. Someone who is working remotely in Costa Rica but they need a laptop but we can't find one for them in country because no tech support there, help me get one. I have a laptop for someone in Canada but it is tied up in shipment and lost by UPS and we have to find it so not lost but the person there is being paid to work with no laptop.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

This job requires an in depth understanding of the hardware supply chain. There is a high degree of emotional intelligence and communication required. Acting as a translator, gathering information and then translating it so others can understand it. Explaining in a way that they can understand and often disappointing them. Soften the blow to communicate or blocking for my team so that the team are not the recipients of frustrated managers who don't get the outcome they want.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

programs: Slack the most, Outlook, SmartSheets (reporting tool to track headcount reporting and planning for the future which will help us determine what inventory we need to carry)

**15. What job title or titles will be next in your career progression?**

I could go into: scrum master role (in software engineering world, small teams of 6 to 10 that are working on particular project. Providing guidance and helping them stay on track), step into a change management role, organizational effectiveness role, or a coaching role.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I don't know how to answer this question. I have already done a stretch assignment for 9 most and thought that this was going to be permanent role but it did not so I have demonstrated the KSAs for this role. Also going to grad school to prove on paper that I have them.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

I am part of Global Technology so don't fall within any specific part of Nike's matrix.

**22. How, if at all, does this area of specialization shape the work you perform?**

Not applicable.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

Have admin team I manage, central team that I am a part of (Office of Consumer and Marketplace which is a business operations team), then broader team are satellite people I interact with to get this job done. People from different groups.

**25. How many people are on each team?**

There are four of us on admin team. 20 of us in Office of Consumer and Marketplace, Satellite Team is about 12.

**26. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

Admin Team that I manage and the Satellite Team.

**27. Who are the members of your primary team by job title and what work do they do?**

My team is made up of senior admin assistants. The Satellite Team includes the Director of the WHQ hardware depot, and the rest of the staff that work on that team, our space planner (the person that helps us allocate space for teams and deal with logistics of where people should sit). Traditionally we are very involved with capacity and planning seating for teams, but now since remote less of an issue. I also work with transition managers in Tech Ops that I speak with as we try to figure out our current jobs, also speak with procurement analyst and an HR coordinator.

**28. What do you specifically contribute when you work with your primary team to complete work?**

I contribute the approval of laptops. I am understanding and communicating with supply chain to depot, my team, and hiring managers. A lot of role ends up being a communication facilitator. Central point of contact for communication. Like an air traffic controller because of who I am speaking with. I see the forest and the trees. My job is removing road blocks with the information I provide.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

We have a peak in onboarding at the beginning of fiscal year on June 1st. Groups are eager to hire. The last year has been unpredictable because we are remote and distributed workforce offence. The year doesn't have usual peaks and valleys that it would because we are in the new environment and going in different strategic direction where not onboarding as many people locally.

**30. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

The consequence of me not understanding the supply chain and not having an accurate understanding of timelines is that new employees would not be able to work on their first day. Or, whole teams of people could be without the equipment they need to complete their roles. There is more margin for error for me than my team members because they are dealing with specific employee information. We onboarded 400 people last fiscal year.

**31. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

High level of stress. We in global tech have been going through a reorg that has been 1.5 to 2 years in the making that has yet to land. We are supposed to find out in September what our new roles are and be in new flying formation in November. We are approaching the tale end of this chapter before moving into next one. High degree of uncertainty, anxiety. Navigating sustained uncertainty and anxiety is difficult.

**32. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

I have for the better part of 15 mos have managed an anxious and cynical team without information to share with them about what the future holds. I also am spending the bulk of my time trying to understand a changing landscape and communicating it to other people and finding where to go for things. I take educated guesses to find out where I should go to get what I need, this is self directed.

**33. To what degree does your work involve high time pressure? Please explain.**

There is now more time pressure than there used to be because we are working under tight timelines without an understanding of how long things take to do. If contract with vendor has already been signed, we have to see if we can get employee the machinery in time but also trying to get the machinery to them. Deadlines have been set without consideration for how long it takes to get employees what they need. Working backwards from a deadline without knowing how we will

figure out how to provide equipment.

**34. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Covid is an unexpected disruption and because of impact on supply chain and working remotely it has significantly impacted our work. Pre-Covid not a lot of unexpected disruptions. Because we are trying to move quickly. Could be new strategy or could be Covid. Could be external to Nike or could be a change in strategy that is not clearly communicated.

**35. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

The nature of my job has changed because of Covid and because I am business ops role and admin role, I tend to become a catch all for things that are clearly outside of other people's scope. I am point person for space planning because someone who used to be in this role left and I happened to know enough about it but it is not in my JD as part of what I do. Admin work ends up becoming catch all because of our depth and breadth of knowledge. So my job responsibilities are more nebulous than most.

**36. To what extent is creativity important to perform your current job effectively?**

Critically Important

**37. In what way is creativity required to perform your current job effectively?**

Creativity is required because we are doing something in a way we have never done before or working with something with a clear objective but not a clear path of how to get there. Lots of problem solving, trying different ways to do things to see what works.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**40. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

7

**41. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**42. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

There are times when I am in a car that I will be on Slack or emails.

## 9. Section 5: Decision Making

**43. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The decisions I am making are about what needs to be shared all onboarding process with the correct people. Can cause problems downstream if I choose not to share info. What do I know that I need to share with other people so that they know and can act accordingly. If info was not shared about supply chain we would not meet our strategic goals. If Nike hires people and they do not have laptops, that is a problem. There are decisions regarding inventory so that we are prepared in advance for people to start.

**44. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

No but strategy development directly impacts my team. The decisions that are made about strategy affect us and our processes.

**45. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**46. Do you have any involvement in managing budgets?  If yes, what is your role?**

Not necessarily allocated a budget but because my team controls inventory of laptops, that is part of my role. I am actively approving requests for laptops so that people are not getting more laptop than they need. Laptops have warranty end date. Making sure people are not getting new laptops until old one is out of date. This has an effect on budget.

**47. What level of authority do you have, including making recommendations, to hire employees, if any?**

Have interviewed and hired 10 to 12 admin assistants while in this role.

**48. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None.

**49. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

Hasn't happened but I have the authority to do so if needed to.

**50. What level of authority do you have, including making recommendations, to terminate employees, if any?**

Hasn't happened. I know there would be many steps we would go through before terminating someone.

**51. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**52. What is your spending limit without seeking approval?**

I think it is $5k.

**53. Are you assigned work by your manager/leadership or do you determine your own assignments?**

It is a combination of both. Sometimes there are passdowns from leadership and I hear about them from my manager, more often I am on a fact finding mission and it is self-directed on my end.

## 10. Section 6: Supervising Others

**54. Do any Nike employees <u>directly</u> report to you?**

Yes

**55. How many Nike employees directly report to you?**

3

**56. What are the job titles of the employees who directly report to you and what work do they perform?**

All three of them are senior admin assistants. Their work is unique because instead of providing direct support to leaders they are providing support to teams of software engineers. They work with 20 hiring managers each and support teams that are an average size of 400 people.

**57. How do you supervise the work of those who directly report to you?**

There is a high degree of autonomy and trust in their roles. Because I am communicating with them regularly on Slack and meeting with them once a week there is a high level of communication.

**58. Do any Nike employees _indirectly_ report to you (e.g., "dotted line")?**

No

**How many Nike employees _indirectly_ report to you?**

**What are the job titles of the employees who _indirectly_ report to you and what work do they perform?**

**How do you supervise the work of those who _indirectly_ report to you?**

## 11. Section 7: Experience, Training, and Education

**59. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

In summer in 2011 I was an intern as an executive admin assistant at Linfield University. From fall 2011 to Feb 2012 I was an office manager for a small music academy. From fall 2012 to spring 2013 I was a project assistant at an engineering firm.

**60. To what degree has your prior work experience been helpful for performing your current job?**

I cut my teeth in administrative work. For clerical duties I learned that in my previous roles.

**61. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Each role that I have held has had an increased level of responsibility and scope. What is being asked of me is growing over time. Can't point to anything in particular.

**62. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**63. What job titles have you held at Nike prior to your current job?**

Senior administrative assistant

**64. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

I got my scrum master certification which was helpful in understanding nature of software engineering. I have spent last 4 years both from Nike materials and self-sourced materials how to coach and manage other people.

**65. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

I acquired this new knowledge through on the job experience and self directed on the side learning outside of work.

**66. What is your highest educational level?**

Bachelor's degree

**67. In what field of study is your highest degree?**

Music.

**68. How, if at all, has your education been helpful for performing your current job?**

I am half way through my masters degree in org leadership which has direct application to coaching, change management and leading teams.

**69. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None.

**70. How have these qualifications been helpful for performing your current job?**

Not applicable.

## 12. Section 8: Working Conditions

**71. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre Covid I worked in an office at HQ.
Post Covid I work from home.

**72. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**73. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**74. How many hours do you work in a typical week?**

35 to 40.

**75. To what extent do your work hours vary from week to week?**

Standard from week to week. But also dependent on how many things are on fire.

**76. How many days do you work in a typical week?**

5

**77. To what extent does the number of days you work vary from week to week?**

Does not.

**78. To what extent do you control your work schedule such as where and when you perform tasks?**

I have a high level of control except for meetings that someone else puts on my calendar. 80% of my calendar is up to my control.

**79. What time do you typically start work each day?**

Between 8:30am and 9:00am.

**80. What time do you typically end work each day?**

4:00pm.

## 14. Section 10: Extra Roles

**81. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I am a Nike storyteller. Tour guides who have gone through certification to give Nike tours to other businesses that are visiting campus.

**82. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

I was a scrum master from May 2019 to November 2019. In this role I provided coaching and leadership to a team of software engineers who were building an internal planning tool. This was over 50% of my time. I was doing my regular job as well so I had two jobs at once.

**83. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**84. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

Not that I can think of.

## 15. Section 11: Changes to The Job

**85. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

I used to manually create distribution lists for the teams within our organization and maintain them and that has become automated. We used to manually maintain org charts which have been replaced by dashboarding tool. Space planning has been put on hold why we are working remotely because there is no need.

**86. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

I am sure that it has but I can't give you any specifics. When I took this job I didn't have experience managing people. I am sure tasks have changed as I became more competent as a manager.

**87. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

We work with a tech org and tech moves fast. Yes, the outcomes we deliver are the same but how we reach the end goal has changed. The depot is also a three years old initiative and that significantly changed the nature of our work because instead

of us managing our inventory, the depot does it for us.

**88. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

We rely on Nike Now which is a ticketing system for onboarding or other hardware or software requests. This has had at least one overhaul in last four years. This system that has been built internally by Nike. The types of requests and user interface has changed. The addition of Slack has significantly changed the nature of work as well. More instant way of communicating with people. Replaces email. because working remotely we are much more reliant on slack than when we could just walk to another desk.

Nike Job Analysis Interview

Response ID:5 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

5

**2. Interviewee Name:**

Yeiser Bloom Laura

**3. Employee ID**

█████

**4. Interviewer Name:**

Noel Williams

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

My major responsibilities are representing merchandising as the business capabilities lead (SEC) Strategic Enterprise Capabilities . I am representing the business requirements that will go into developing the ERP (Enterprise Resource Planning -accounting procurement) system (technical platform for performing work) for global and geo. Our first go-live geo is greater China (one of 4 ). They are in the testing phase, going live in January 2022. We are kicking off solution confirmation which are requirements for North America.

**6. What tasks do you spend the most time performing?**

Meetings and making sure that teams are aware of timelines and what is needed to be accomplished.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Essentially knowledge, connecting with lots of people in the company. Sharing knowledge with other about how things work from end to end. Connecting with technical and business partners for them to share their expertise. I am going to those subject matter experts. For China, while in testing phase, spends time with global and geo team to resolve defects. If there is a gap in processes , we are ensuring updates are made in process documentation.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

This a company initiative. We are rewiring our whole system, end to end from merchandising to supply chain logistics to finance. It is how we do business. It has the biggest impact on Nike, and wants it to be right. Everyone that uses the SAP (Systems Applications and Products - type of Enterprise Resource system). It helps with day to day operations.

**9. How frequently do you perform these important tasks?**

This is daily. Meetings are daily, reports are happening.

**10. What are the most complex aspects of your job?**

There are so many, a lot of cross functional collaboration. There a lot of team that you're trying to get together. There is a lot of ambiguity. There is no user manual, based on experience.

**11. What are the specific performance goals you must meet to be a high-performer?**

I've been in the role since April, in progress of setting goals. Our fiscal year starts in June. There are metrics, phases and go-live. There are weekly sprints, scorecards reflect our tracking to go live. We are finishing up the year.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

The program itself is score carded all to go live in January 2022 for Greater China, North America July 2023. There are phases of the project that are score carded. It is a collaborative effort to get to the common goal. Merchandising is in the plan create space of this project. If we were falling behind/defect, there would be red or scoring metric around that plan create. There isn't a personal measurable goal at this time, but personal goal setting is in progress (due end of Aug). It is about meeting the goal of the project overall.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Strategic influence, overall merchandising experience, end to end experience, chain management expertise, stakeholder communication. Nike direct experience as well.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

I use Microsoft Powerpoint, OneNote, Word, Microsoft Suite, Slack (communication miro), Confluence (project management system).

**15. What job title or titles will be next in your career progression?**

Because this is a project/initiative, there isn't a natural career progression in SEC (Strategic Enterprise Capabilities) specifically. The path will need to be personally created along with my leadership.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Overarching. I need to continue to enhance influence, strategic skills and communication. Demonstrated success on an end to end large scale project.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

Other: Global

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

I represent global, but the success is working in geography. Going live with an ERP system that is in geo. My work is heavily impacted by working with team members in Greater China and North America. The work is not different as it is not applicable. We are taking the requirements of China. We are capturing the nuisances of the geographies. The work will be more similar than different. I am playing the role of consultant.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how?  In other words, is**

the work you perform different than it would be if you were assigned to a different Sports Category?

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

Nike direct. I have a good knowledge of end to end Nike direct. How a vertical retailer works.

**23. How, if at all, does this area of specialization shape the work you perform?**

You're providing Nike direct subject matter expertise as the strategy moves to be more digitally led and monobrand focused versus wholesale focused.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

6

**26. How many people are on each team?**

It ebbs and flows.
SEC - up to 20-25
DPC (Digital Project Creation) up to 15
North America - around 5
Greater China - 10-15
CCO (Consumer Creation Operations) - as needed basis 1-5
Global Member Team - 1 to 5
These are the regular ones, there may be more.

**27. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

I directly report to DPC (Digital Project Creation). I primarily work with SEC, and the team members in Greater China and North America that are responsible for SEC.

**28. Who are the members of your primary team by job title and what work do they do?**

They range from manager to a VP. Manager, Director, Senior VP, VP, and product owners. We are all doing work to make SEC successful. My direct boss in DPC (VP of DPC) - capabilities and business development.

**29. What do you specifically contribute when you work with your primary team to complete work?**

Ensuring SEC business requirements are captured and planned on strategic roadmaps. Specifically the key priorities are : the retail listings, key brand initiatives, and a partner on third party product. Participate in PI (Program Increment) to ensure key results are captured. Work in close partnership with the technology teams to ensure business requirements come to life.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct**

**peaks and valleys, is it predictable or unpredictable? Please explain.**

I haven't been enrolled for very long, but there are peaks and valleys, ebbs and flows before going live. In the testing phase for Greater China, I have been on call for evenings and weekends. Performance hasn't been needed, but I am ready if needed. The work is very interdependent.

**31. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

If we are not capturing the business requirements accurately and the system is built correctly - user experience could be impacted. Day to day operations could be impacted. I am part of a team, and every one needs to perform at a high level.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

The stress is medium intensity. It is periodic, not constant. The stress level is at this level because it is large in scale. I have no defined job description. I work with cross functional teams, across time zones with those that do not directly report to me. Calls start across time zones (Greater China is 15 hours ahead of Pacific time). We are trying to accomplish all the calls, and get the work done.

**33. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

Decision making of others. We are connecting with others and leaders to make decisions. Revisiting things multiple times, may be the nature of the project. There are a lot of team members.

**34. To what degree does your work involve high time pressure? Please explain.**

We are very much attached to our time line. There is not additional pressure other than what has already been mentioned.

**35. To what degree is your work impacted by unexpected disruptions? Please explain.**

The work can be impacted by unexpected disruptions. The nature of the work is highly dependent. SEC is dependent upon the tech team's resource funding and roadmaps We delayed the go live with North America by 6 months due to other priorities in the geo.

**36. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

I understand what is expected of the project. I have less clarity on what is expected of me. day to day. Perception is strategic, the role with Greater China is very tactical and technical. SEC's
technical team and I tend to overlap in priority.

**37. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**38. In what way is creativity required to perform your current job effectively?**

As creativity relates to this role, I am using influence and change management techniques based on the team member that I'm copied to. Creativity can be artistic, or even in the type of approach with an individual. There is change that goes along with implementing a big project.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Post Covid - no travel at all. Pre-Covid - once a quarter (4 times a year). (Greater China goes live)

**41. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

It would be based on where we are going live currently.

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

---

## 9. Section 5: Decision Making

**44. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

How we proceed with capturing business requirements for SEC around retail listings and key brand initiatives. We want to make sure that our systems are developed accurately to perform the day to day operations. The consequences would cause day to day operations to not be performed optimally and user experience (ERP system not used as intended, a manual workaround may be needed).

**45. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Not really.

**46. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**47. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**48. What level of authority do you have, including making recommendations, to hire employees, if any?**

I don't have a direct team right now. I have helped with the hiring of other team members with SEC, through interviewing and making a recommendation for hire.

**49. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None.

**50. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**51. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**52. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**53. What is your spending limit without seeking approval?**

I don't have anything formal, I wouldn't spend anything over $100 without approval.

**54. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I determine my own assignments dependent upon where we are in the SEC program.

## 10. Section 6: Supervising Others

**55. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**56. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Yes

**57. How many Nike employees <u>indirectly</u> report to you?**

3 right now.

**58. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

They have the same job title and different geographies, SEC Merchandising Director (one located in North America, one located in Greater China) . Global Program Manager (interim helping out with testing). All perform testing and business requirement process documentation. The two SEC directors are the subject matter experts for their geo merchandising team.

**59. How do you supervise the work of those who <u>indirectly</u> report to you?**

We have regular status update meetings and we also communicate via Slack.

## 11. Section 7: Experience, Training, and Education

**60. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Prior to Nike I worked at Addias as Senior Manager for Reporting and Planning. Prior to Addias, I worked at Eastern Mountain Sports as Chief of Staff/ Budgeting/Business Results Reporting/ Strategy. Prior to Eastern Mountain Sports, I worked at Limited Brands - Strategy and Planning/Inventory Planning and Management, and Sales Audit.

**61. To what degree has your prior work experience been helpful for performing your current job?**

It is helpful in bringing industry experience and vertical retail knowledge based on Nikes current strategy. I have a well rounded, expertise on day to day operations.

**62. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

I was part of the Business leadership team for US SAP retail ERP implementation. Inventory management experience, merchandising experience and Nike direct experience throughout my entire nike career.

**63. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: Part of the Consumer Creation Operations Reorg

**64. What job titles have you held at Nike prior to your current job?**

Manager of United States Direct to Consumer Inventory, Director of Process Excellence, Director of Change Management Operations, Director of Nike Direct Merchandising Operations, Director of Nike Direct Product Management.

**65. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Influence, learning more about end to end, vertical wholesale company works.

**66. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job experience.

**67. What is your highest educational level?**

Bachelor's degree

**68. In what field of study is your highest degree?**

Business Administration, Finance, Corporate Real Estate

**69. How, if at all, has your education been helpful for performing your current job?**

It is not necessarily related, been so long ago.

**70. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Prosci certification - change management,
Safe agile certification

**71. How have these qualifications been helpful for performing your current job?**

Prosci - change management. Brings users and stakeholders along for high level change.
Safe agile - incremental project methodology.

## 12. Section 8: Working Conditions

**72. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Currently working at home, Pre Covid - in an office at HQ.

**73. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**74. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

---

## 13. Section 9: Hours Worked

**75. How many hours do you work in a typical week?**

45-50

**76. To what extent do your work hours vary from week to week?**

The evenings will vary, pacific time (7pm) varies based on priority with Greater China (15 hours ahead). We can talk to them in our evening time.

**77. How many days do you work in a typical week?**

5

**78. To what extent does the number of days you work vary from week to week?**

It stays around 5.

**79. To what extent do you control your work schedule such as where and when you perform tasks?**

Heavy meeting based. I organize my priorities.

**80. What time do you typically start work each day?**

8am.

**81. What time do you typically end work each day?**

typically 6 or 7pm.

---

## 14. Section 10: Extra Roles

**82. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I mentor others, I do not have a team. I mentor 4 to 6 people on a regular basis.

**83. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

No.

**84. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**85. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No.

---

## 15. Section 11: Changes to The Job

**86. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

No.

**87. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No.

**88. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

No.

**89. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No.

Nike Job Analysis Interview

Response ID:7 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

7

**2. Interviewee Name:**

Johnson LaDawna Marie

**3. Employee ID**

██████

**4. Interviewer Name:**

Tyleen Lopez

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am responsible for following up with project managers to ensure the data in our portfolio is up to date and accurate. I lead a couple portfolio review sessions directed at different audiences. So I prepare the deck and share the deck. As I prepare for the deck I ensure that the project managers have their slides ready and then during the review session I am leading the meeting and managing it from slide to slide, taking actions, anything to run the actual meeting. We use a portfolio tool called "AirTable," I keep that tool organized, I support new team members onboarding in the tool. I am the overall manager of that tool, any processes within that tool (it is a relational database), there are a lot of features and enhancements to automate emails and reports out of that tool. And so I have created reports as well as Standard Operating Procedures (SOPs) not only for the tool but for reports. I send a quarterly newsletter, it is comprised of the top five to seven wins of the quarter with descriptions and pictures of what we did and how we did it and metrics along with it, it also has new team members, the big five or ten year milestones, and it recaps the community service that nay team members have done during the quarter. My team is APLA (Asia Pacific Latin America) global technology and that is the focus of the newsletter. I support our intake process between our cross functional teams that need to be brought to leadership's review. For projects that are approved and accepted to be worked on, I create a relay code which is a way for our global teams to charge back hours and times to the geo (geography which is APLA) or territory. With the creation of relay codes, I manage the relay codes as well (ex: setting them up, closing them, auditing them). Overall, I am a cross-tech liaison to ensure our cross-functional teams (e.g., the technology function leaders in reference to retail, Nike Digital Commerce, O2O--Offline to online, marketing technology, operations and logistics, our enterprise data and analytics, corporate security, our tech op teams, and planning and manufacturing) are working together/updating the AirTable portfolio. There is a variety of what I work on everyday. Lastly, I manage the team Confluence (which is a program to create, manage, and hosts webpage) space which are the webpages with information on our team, project information, and I manage this overall page and make sure all the links are up-to-date.

**6. What tasks do you spend the most time performing?**

I would say that it is hard to pinpoint because it is a variety of ensuring that the data is accurate within AirTable and our functional slides to be able to create the reports needed for leadership. If things are not up to date I spend a lot of time ensuring that the deliverables are delivered on time and are accurate. For example, if I show up a document that is two weeks outdated to leadership that may make other team leaders look bad. We are updating information in multiple places and there are multiple people updating this information or getting approval from multiple leaders on what to present so I must make sure that all this is being done accurately and on time.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do**

you do that has the biggest impact on the success of Nike?

I would say that the most important task that I currently do is send weekly updates for the CDIO and COO reports (I do not know what these exactly stand for but they are 2 leaders but Andy Campion is the COO). These submissions feed into our monthly and quarterly readouts to the enterprise portfolio team that eventually make it to the CEO John Donahoe. In other words, the most important thing I do is pull the data from AirTable to these reports.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Nike's focus is our digital growth. My team is directly responsible for digital growth for APLA (Asian Pacific Latin America) and we are reporting our accomplishments, pain points, and help needed through these reports.

**9. How frequently do you perform these important tasks?**

I perform these tasks weekly. I have weekly submissions and from there the enterprise team pulls the information that is most important.

**10. What are the most complex aspects of your job?**

Giving clear direction is the most complex because we work with teams internationally and so you need to make sure you are giving the right directions. The directions need to be crisp and 100% clear because people are reading our reports and taking them really seriously. We have dual language (ex: Japanese, Korean, Spanish, Portuguese, Chinese, Filipino, Vietnamese) within our team so the interpretation of our direction is really important and we need to be clear on what we are asking people to do. Specifically, we have 18 different countries and territories that are represented within our geography (aka team). At Nike, because we are international we split into 4 geographies (Ex: North America, EMEA (Europe, Middle East, Asia), APLA (Asia, Pacific, Latin America, and China).

**11. What are the specific performance goals you must meet to be a high-performer?**

You need to have great communication, be able to be flexible with your priorities, great time management, be a self-starter with the ability to learn new tools (ex: AirTable, Confluence, LucidChart, Smartsheets). You cannot be afraid to get in there and learn a new skillset. Also, meet deadlines that is the most important goal. If you do not know how to use the tools you will not finish the project on time. My role is to often support the people who do not know how to use such tools so I also need good people skills. Be likeable so that I can gain respect, and then my team will do things for me so that they know the value and are able to buy-in.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

For Confluence, the data needs to be 90% accurate at all times including links and topics surrounding the team. For example, AOP (Annual Operating Plan) needs to be accurate so I need to make sure to update that as needed. The data in AirTable needs to be updated within every week to 2 weeks. The information needs to be accurate in order to report out on it. The decks that are shared with leadership are made available within 24 hours prior to the meeting to have as a pre-read if someone on the team needs to read it ahead of time. It is hard to put the work into actual metrics but there are certainly things that need to be updated within a certain amount of time and have a certain amount of accuracy.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

For my role specifically, you need to have the knowledge of AirTable and Confluence because those programs are used very frequently. They call me the "guru" of AirTable. You need to have the ability to adapt and understand your priorities because you may need to shift your work and transition to a higher priority project. You have to have the skills to work with many people with a variety of personalities. Our team is so broad and big that this is key and need to be able to read the room and adapt. You may be working with leadership one day and then a direct peer another day. You also need to be able to understand who owns and where the data lives. Basically, a lot of what we do is some sort of reporting to someone, so if I am asked a question I need to be able to find its location whether it is based on a project itself or in the lifecycle of the project (in reference to is it an active or backlog project).

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

AirTable, Confluence, LucidChart, Smartsheets, Campaign Monitor, Keynote, Slack, Notes, Microsoft Suite, the internet in general, Box, Outlook, Zoom, Relay PPM (Program Project Management). There are also more but these are the major ones and the ones that I use the most frequently.

**15. What job title or titles will be next in your career progression?**

I would probably say director or manager would be in my next career progression. This is based on job titles, director and manager could be similar. So for instance, there are project managers or the O2O director.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

One of the things that I would need to move specifically in that would be to have my project management certification. Although I know how to manage a project, I know that it has tasks, timelines, risks, etc. and the certification shows that you went through and understand the professional route for program project management which is a huge portion of the jobs/roles in my space. Having this certification, would bring my skillset up to a director or manager level because the projects are significantly bigger.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

APLA

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

In a general sense, not necessarily. But a lot of the teams are not always set up the same. For example, my peer in North America was an Admin but that Admin was doing more than Admin responsibilities in their geography. Their job responsibilities were different due to their location.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

Yes, APLA (Asian Pacific Latin America) Global Technology.

**23. How, if at all, does this area of specialization shape the work you perform?**

My focus is on supporting the technology portfolio for APLA.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

I work on 3 teams at a time: the portfolio team to understand our reporting needs, the consumer and marketplace functional leads, and the cross functional technology functional lead directors. I am technically apart of the consumer and marketplace team.

**26. How many people are on each team?**

There are about 4 people on the portfolio team (but currently I am only working with 2), on the consumer and marketplace team there are approximately 10 people, and on the cross functional technology team there are about 20. For the cross-functional team it depends of the specific work I'm doing. So, according to the work I am doing I will be working with certain teammates on that team.

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

It is the Portfolio team but that falls under the consumer and marketplace team. The Portfolio team is the team I pull information from but I also work with the consumer and marketplace team because they are in charge of updating the data on AirTable and template slides.

**28. Who are the members of your primary team by job title and what work do they do?**

I work with the VP of APLA global technology, she is overall responsible for the delivery of the global technology for APLA and she ensures we work together, that the work is being delivered, she is our advocate to leadership, and helps with our pain points. There is also the Territory Operations Manager/Financial Operations Manager, he is the liaison for territory operations and our financial reconciliation and budgeting. The next few all do the same thing but for their specific function. So there's Solutions Director of NDDC (Nike Direct Digital Commerce), Delivery Director for NDDC. There is a solution and delivery director for Retail, Marketing Technology, O2O (Offline to Online), and Partnerships. The Solutions Director for each of those functions helps define technology solutions in their functional (ex: NDDC, O2O, etc) space. The Delivery Director ensures the delivery of the solution. So for example, a bug fix or how to implement ship to store in a specific country. There are 6 territory leads that support the solutions and delivery directors in their territories as well as lead the overall technology in their territory.

**29. What do you specifically contribute when you work with your primary team to complete work?**

I specifically contribute compiling and gathering all of the data to easily be presented to the right audience. This captures my work in a general sense.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

I would say it is predictable with distinct peaks and valleys at certain times of the year we know there are specific work duties to be performed. This could be on top of our regular work or be a part of a new scope of work. During some of the peaks, you may know that it will be more stressful due to the workload. It takes a couple of years to understand some of the peaks and valleys.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

The work needs to performed at a high level of precision 90 of the time as you are sharing project details typically within reports where the data and information must be accurate. If the data is not accurate you could be sending mixed messages

which causes confusion amongst teams. You could potentially have people searching down a rabbit hole if you are not performing accurately. There is a level of consequences, there could be multiple reasons why the information is not accurate. Sometimes information could be changed over night, but if you consistently miss information then you will not be in charge of that report anymore. You will not get fired but you may have your job responsibilities changed. This has never been a problem for me because there are aways people supporting you to ensure this does not happen. If it does not happen often then an apology is typically okay.

**32. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

The stress level is medium-high intensity because the priorities can change quickly from leadership. We are also understaffed, so you have to understand your true priorities in all of the work you are doing to ensure you are working on the most important things. This stress-level is constant because we have been down one team member for over a year but now we are down another team member for almost 2 months. Right now we are just keeping afloat, and focused on the high priority items for leadership rather than the day to day items. We have to make time for day-to-day stuff though because if not work falls apart.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

For me personally, right now it is ensuring I'm performing the work accurately. I'm working with more leadership and presenting to more leadership where typically I had not. My manager used to present to leadership, but now she is out. I used to pull together most of the report and my manager would catch things that I would miss. I feel like now I am constantly responsible for catching minor flaws, they are minor but huge to our VP. My manager can spot multiple fonts and sizes so quickly, just little details that I normally would not need to catch if she were in. During this transition, I need to catch these little details and this skill is new to me and not one of my strengths so it is personally stressful.

**34. To what degree does your work involve high time pressure?  Please explain.**

I would say it is a medium degree of high pressure time being able to complete everything you know you need to complete.There are not enough hours in the day sometimes and then something needs to give. For example, you may have a deliverable with a much shorter timeframe because we are shorthanded. The previous portfolio director was in the role for more than 5 years and knew lead times to projects and would remind the VP of those to ensure ample time to complete the projects. Whereas now, it is up to the portfolio coordinator and VP to ensure that the proper lead times are set which does not always happen because the VP is in charge of multiple things and the coordinator is not a part of our meetings so does not always know proper project time so this leads to high time pressure.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

About once a week I need to adjust my priorities due to unexpected disruption. For example, last week we got an email at 4:45 on Thursday to which we all had PTO on Friday to have a debt completed by Tuesday. So on Monday most people had to rearrange and create work time but since everybody is on the deck at different times, I am waiting to gather information until they are done to see what is missing so that I can add on to the deck afterwards.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

80% of my role is clearly defined. There is about 20% of my role that is ambiguous because my role is so cross-functional. However, I do understand what is expected of me.

**37. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**38. In what way is creativity required to perform your current job effectively?**

When creating webpages and decks you need to be able to be creative with your visuals and understand what other people see when they see it. For example, something being too busy or something leading your eye to something that is not important. You need to be creative to show the work effectively.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Other:

**40. Please describe the work you perform that requires you to physically exert yourself.**

Once or twice a year but it is optional. It is typically at an off-site you are working out but not like I have to go lift and move a bunch of stuff. Just helping admin with transporting backpacks for example. Not a part of my job description but who would not help.

**41. What specific physical abilities are required to perform your current job effectively?**

Dynamic Flexibility — The ability to quickly and repeatedly bend, stretch, twist, or reach out with your body, arms, and/or legs.
Extent Flexibility — The ability to bend, stretch, twist, or reach with your body, arms, and/or legs.
Trunk Strength — The ability to use your abdominal and lower back muscles to support part of the body repeatedly or continuously over time without 'giving out' or fatiguing.

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**43. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

10

**44. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**45. In what location(s), other than your primary office, do you spend time performing work? Please provide a separate response for pre/post Covid if applicable.**

I mainly work in my home office post covid. Pre-covid I mainly worked in the Dan Fouts Building. I do not typically work in locations other than my primary office.

## 9. Section 5: Decision Making

**46. What are the most important decisions you make as part of your current job? For each, please describe why it is important. For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I need to align the information I am sharing on the reports to our VP to ensure that is the information she wants to share with leadership. This is to ensure that the best information is being shared with leadership because she has a view on more than what I have. I think a new procedure would be put into place to ensure that we are sharing the right information. What we do now is I send the updates to our VP and if those are not the most important she may send me another idea back or ask for more information. There are not serious consequences like being fired for sending certain information but we just want to ensure that we are highlighting the most important information to the CEO because in the end that is where it ends up.

**47. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, I support strategic planning by creating the space for our APLA team to submit and manage the data for strategic planning for the AOP (annual operating plan).

**48. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes, I create policies and procedures for the tools I am responsible for within our team (for example: AirTable).

**49. Do you have any involvement in managing budgets? If yes, what is your role?**

It is hard because I do not necessarily manage the budget but I create the relay codes for projects so that the team can manage the budget for a specific project.

**50. What level of authority do you have, including making recommendations, to hire employees, if any?**

None.

**51. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None.

**52. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**53. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**54. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**55. What is your spending limit without seeking approval?**

It needs to be within corporate spending guidelines. For example, I am not required to spend money on lunch right not so I should not be using my card but if I needed a new tool I would have the authority to spend the money but I communicate my spending to my manager.

**56. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both. 75% comes from management/leadership and 25% comes from partnership with other teams or people.

## 10. Section 6: Supervising Others

**57. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**58. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**59. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I have been at Nike for 8 years. 5 years I was at the child development center and not at the corporate side which I am now. I was the teacher for the kids whose parents work at Nike. My career was leaning into education and then I switched. I worked in 2009-2013 as. customer service representative at a hotel as well as a bartender. In 2005-2008 I was a cashier and a head bookkeeper at Safeway.

**60. To what degree has your prior work experience been helpful for performing your current job?**

My role as a customer service representative and as a teacher helped me understand how to work with my team. Working with children is very similar to working with adults, as you have to understand how they buy-in. With children you need class management but with adults you need to have them be reminded what is important and why so that they can buy-in to what you need to get done.

**61. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

A skill is communicating effectively with teammates and working with multiple personalities as well. In a general sense, any of the work that I do with Microsoft suite and computers in general also helps with the current role.

**62. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**63. What job titles have you held at Nike prior to your current job?**

Lead Birth to 3 teacher, and floating associate Birth to 3 teacher.

**64. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

The knowledge of computer applications has helped in my success. The skill of being able to adapt and be flexible as a self-starter has also helped in performing my current job.

**65. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

I went through formal training on communication, Linkedin trainings, Smartsheet training, definitely on the job experiences, and also my old manager Jodie coached and mentored me as well and pushed me outside of my box while using my current skills to enhance them and she does this in a way that you do not even realize how fast you are growing and exposed me to experiences that helped me along in my career.

**66. What is your highest educational level?**

Master's degree

**67. In what field of study is your highest degree?**

MA in Arts and Teaching with a level of early childhood education (ELE - effective learning environments).

**68. How, if at all, has your education been helpful for performing your current job?**

The rigor of being in a masters program helps with day to day stresses and priorities of work. Also, the developmental classes helps me understand people, their personalities, and behaviors.

**69. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I went through microsoft office set of trainings to relearn basic skills in microsoft suite to perform basic daily tasks. In general, I keep up on trainings with the tools that I use like AirTable. AirTable has new capabilities so I have to learn those capabilities

and share them with the team. I share this knowledge with the team so that I can help them in supporting a certain functionality.

**70. How have these qualifications been helpful for performing your current job?**

I would say it brings trust between my team and I because they know that I have the latest information on the tools that we are using and can support them in the work that they do.

## 12. Section 8: Working Conditions

**71. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre Covid: I worked at the Nike Headquarters 90% of the time.
Post-Covid: I work at home 100%.

**72. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**73. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**74. How many hours do you work in a typical week?**

45-50 hours a week.

**75. To what extent do your work hours vary from week to week?**

It depends on personal activities after work and any disruptions throughout the day, and it depends on workload. Sometimes I jump online at 7, if it is high priority I will jump on at 6:30, or if I have an appointment I will work around that as well.

**76. How many days do you work in a typical week?**

5

**77. To what extent does the number of days you work vary from week to week?**

If I have PTO or not but besides that there is no difference.

**78. To what extent do you control your work schedule such as where and when you perform tasks?**

95% of the time I have free range to control of where and when I work. More so on the matter of the deadline so if the deadline is today I need to make sure it is done by today but if I got it two weeks ago I manage from there.

**79. What time do you typically start work each day?**

Between 7:30 and 8am.

**80. What time do you typically end work each day?**

About 5-5:30pm.

## 14. Section 10: Extra Roles

**81. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I am a part of a few of NIKE's community networks. They provide trainings, space to connect with other teammates, supports within specific communities.

**82. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

I have but it is hard to say. There are pieces of my role that have evolved over the three years I have been in it and while there are specific job duties for my role, there can be other things that I support. APLA global technology hosted a soccer tournament so I helped support putting on the tournament for example.

**83. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

None.

**84. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

At the beginning of the fiscal year, making sure everything is up to date for the new fiscal year (any updates and changes).

## 15. Section 11: Changes to The Job

**85. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

When I first started my role I did a lot of administration for one of our leaders, and as my skillset has evolved and the technology organizations combined I stopped doing administration and focused more on cross-liaison projects and more in depth portfolio management.

**86. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes, some tasks I was merely a support whereas now I am responsible for the project end to end versus one task out of the project.

**87. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Some ways in which I perform tasks have changed to improve accuracy, efficiency, and clarity among the team.

**88. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

We have enhanced our portfolio from a spreadsheet to an actual database where you can actually find and organize the work properly.

# Nike Job Analysis Interview

Response ID:8 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

6

**2. Interviewee Name:**

Perry Christina Marion

**3. Employee ID**

█████

**4. Interviewer Name:**

Dustin Maneethai

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

My biggest responsibilities are delegating work load from our colleagues to engineers. That includes reviewing test request submissions, coordinating with submitters, and checking samples that have been submitted. Maintain equipment through both routine maintenance and when something breaks down. Coordinating with outside vendors to get the parts and repairs needed and also to keep the machines calibrated per our standards. Responsible for managing lab inventory, insuring the correct supplies and enough supplies for testing that the engineers have what they need to do their work. Responsible for the quarterly news letter that my team sends out. Currently working with a teammate to develop an app that will make some of the inventory work that we do digitized, not necessarily automated, a smaller responsibility.

**6. What tasks do you spend the most time performing?**

Overall, I would say probably the dealing with tester request submissions. Reviewing the requests that are submitted that they are complete and error free. Cross check their samples with what they said they provided. And work with teammates to determine who has the bandwidth to deal with the test request. That happens everyday and is a small part of the day. Doing inventory of consumables (supplies), coordinate maintenance and calibration with the outside vendors. Both are larger tasks, but are not something done every day.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Kind of the stuff we talked about. Assigning the test request to my team and making sure my team has the supplies and equipment that they need to get the work done. I think the work is important, because we are the ones that are testing the products. If we need to see if one foam is better than another, we are the ones who do it. If skateboard wants to know if one material is more durable than another, we are the ones who test us. We work with the engineers to make sure that they have what they need to be successful. That's how we influence the success of Nike.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

My team contributes to the success of Nike by quantifying material and mechanical properties of various materials and products and that's information that designers and makers rely on to make the best products. Providing data to improve products.

**9. How frequently do you perform these important tasks?**

Dealing with test request submission is daily, if we receive them every day, which usually is the case. Maintenance of the

machines are on a monthly cycle and dealing with when something going wrong, which occurs every other week, which involves coordinating with workers and vendors to get the machines back online.

**10. What are the most complex aspects of your job?**

The most complex thing that I have been a part of is the test request submission system. When I started in the role, we were in the process of transitioning from the old test request submission system to the new one. We basically needed to start from the ground up in developing a new test request system, creating and developing the required documents and troubleshooting when there are issues or limitations in the system. Using the system to assign work to teammates, but also improving the system so that my teammates can do their job faster and more efficiently.

**11. What are the specific performance goals you must meet to be a high-performer?**

My role when I started it, was a new role to Nike, just created and first person to take it. I have an ongoing conversation with my manager about what are the goals. The quarterly news letter must go out on time. Test requests in the system should be assigned to an engineer in two days to be complete, I am responsible that things don't stick in our queue and are assigned to engineers. Make sure that inventory is up-to-date and we don't run out of things. Keeping the lab running is my performance goal, but not super specific.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Getting tests assigned within two days, although I don't know how closely this is monitored. There are a lot of extenuating circumstances that it may not happen in two days. Requesters may not have the materials and it may be pushed out.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Basic computer literacy, Outlook, Excel, PowerPoint, Access.
Ability to build relationships, speak in front of groups, serve as ambassador of the lab to the greater Nike community - give tours and presentations.
Emotional intelligence, being able to look at teammate workloads and used that information and help decide where test requests go.
Knowledge of test methods - if someone is testing sole abrasions, I can look at it and can determine whether the sample they provided is enough.
Knowledge in the lab information management system (LIMS).
Developed data analysis skills - previously basic excel, now pivot tables, tableau.
Writing - written word.
Video production - our newsletter relies on video content that I am responsible for editing.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Tableau
Microsoft Office Suite
Microsoft Access
Microsoft Sharepoint
QBench - lab information management system
Adobe Premier, Photoshop, and Aftereffects
Newsletter goes out over campaign monitor
Zoom
Slack
SmartSheets

**15. What job title or titles will be next in your career progression?**

I couldn't tell you. I am the lab operation specialist, and there is a senior lab operation specialist, so I guess that could be next in my career progression. Other than that, there doesn't seem to be a clear progression of roles from where I am. I do think if I want to progress, I would need to leave my current team. That's not necessarily because I am a woman, there are a lot of

people on my team that have career progression issue.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

More formal training and education in data analysis for some of the career goals. More formal training in video production and writing if I wanted to go in that direction. If I wanted to go into development and design, then I would need to know more about material science. Depending on what career path I want to take, these are some ways to get there.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Footwear

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

Actually in my current role, not really. Apparel and equipment have different labs, but they perform similar responsibilities. They have different systems LIMS, but they are similar across.

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

I don't think so.

**23. How, if at all, does this area of specialization shape the work you perform?**

It doesn't, I don't think I have one.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

1 - my team

**26. How many people are on each team?**

About 18 of us

**27. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

My team, the material and mechanical footwear testing lab.

**28. Who are the members of your primary team by job title and what work do they do?**

Manager - Director of the lab - does the big picture stuff, the one who deals with HR, dealing WD+C - stands for something, the campus maintenance and management team - about the building renovations, interacts with senior management.
Senior lab manager position - also involved in the maintenance and calibration of machines - working to get he machines fixed and calibrated, leading a team that focuses on consistency in the methods, big picture on the operations sides - making inventory and fixing machines more streamlined processes.
Test engineers 1, 2, and lab managers - they are working on testing and interacting with the developers and designers.

**29. What do you specifically contribute when you work with your primary team to complete work?**

I do a lot of work and my role is very support based and I offer the team a lot of support and making sure they have the supplies and equipment they need, also data they may need, and help with the LIMS system.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

Unpredictable, as I said the machine can break down at any time. Even when it comes to test requests - there are some weeks every hour there is something new. Whereas weeks like this there have been only 3 or 4, so it changes. The quarterly newsletter has some level of predictability. I wake up in the morning and I don't know what my day is going to look like, which is exciting.

**31. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

I would say its not a super high degree that my work requires a high level of precision. Some aspects require more precision than others, for example inventory, so that my engineers aren't asking for things to get their work done which could impact production times. Data analysis requires precision to make sure team is working on time. The consequences of it being reported to senior leadership may reflect poorly on us if reported inaccurately. Test requests is good be precise, but if I assign it to someone who can't take it on, they just tell me and I assign it to someone else. So it does not take a high level of precision.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

I'd say it's kind of like a medium low hum, with occasional spikes. It's not brainless, but I'm not consistently stressed out. If a machine breaks down and we need to fix it quickly that can be stressful. If there is a deadline that will be very tight that can be stressful. With the new LIMS system when it didn't give lab performance data accurately that was stressful. Occasional spikes, but overall mid levels of stress.

**33. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

I think assigning test requests amongst my team can be pretty stressful, because I'm not a manager, but I am assigning work to people. I want to keep it distributed fairly. Balancing act of getting the work done, but not putting anyone in a hard position is stressful for me. And when things break down that is really stressful. I didn't start in the lab and I'm not super familiar with the machines, so when something breaks down I want to fix it, but I need to coordinate with people to get it fixed. It's a stressful time, but it drops when the machine is fixed and people can use it.

**34. To what degree does your work involve high time pressure?  Please explain.**

In general, we want to get something assigned to an engineer within two days of it coming through the door. So there is the timeline there to get things done as soon as possible to get it back. The quarterly newsletter is not high time pressure, its based on what I put on myself. When machines go down, when we need to use it for testing, that's a high time pressure. There's not a specific deadline, its just get it done quick as you can.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Quite a bit, I guess it depends. There are high and lows of test request submissions, there are days when we get a lot of requests. Machines breaking down, almost always unexpected. Every day is different, but it's kind of like that for everyone that works in the lab. Our work varies depending on what the company needs from us.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

Not particularly, the role was new, it was created just before I took it. No one had this role in the past. I came into it and its sort of my role to shape. I have an overarching goal of keeping the lab running and making sure everyone has what they need, but there is not a clearly defined list of subtasks or way to make that happen.

**37. To what extent is creativity important to perform your current job effectively?**

Important

**38. In what way is creativity required to perform your current job effectively?**

The newsletter, I am writing and creating the content. When it comes to assigning test requests, sometimes I need to get creative if there is not a clear person that the request goes to, I may need to break the request up or assign things to different people. Inventory, created a basic excel system and now developing an app in SharePoint that will automate the process.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Monthly

**40. Please describe the work you perform that requires you to physically exert yourself.**

Carrying things, a lot of carrying. Sample materials vary from couple of sheets to boxes of material. Shipping things if teammates need me to ship things, Supplies can be fairly heavy. Some of the maintenance may need some muscular strength to and contortions to get to screws and stuff.

**41. What specific physical abilities are required to perform your current job effectively?**

Static Strength — The ability to exert maximum muscle force to lift, push, pull, or carry objects.

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**43. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**44. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decision I make is to which engineer a test request should be assigned. If I assign a test request to someone who does not know how to perform the request or the availability to perform the test, the person who submitted the test may get bad data, irrelevant data, or data that is too late to serve its purpose. The consequences for Nike would be if decisions or poor decisions were made using the data, then the product quality might suffer.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

No, I don't. Not that I am aware.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes, within the lab setting. The lab have a couple of policies or procedures, ranging from how to submit a test request to getting a material approved. And these are procedures that I am involved in updating. New software came to light and I was involved in contributing to the discussion and making the changes. These are specifically policies within the lab, not Nike employees in general.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

No I do not have a role in managing the the budget.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

I don't have any.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I don't think I have any.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I don't think I have any.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I don't think I have any.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**54. What is your spending limit without seeking approval?**

I don't know if I have a Nike spending limit. I have been told by manager that I am able to spend up to $1000 for the lab without asking him.

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Probably a mix of both, my manager specific requests that he wants me to do, but if there are assignments that I think need to get done, I don't think I need his approval or need to ask to get it done.

## 10. Section 6: Supervising Others

**56. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**57. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**58. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Spent a year at Kelly Services as a ETW (external temporary workers) for Nike as a Materials Database Administrator.
Two years at Cuisinart as an Assistant Product Manager
Two years Fleet Feet Sports Stamford as a Director of Marketing

**59. To what degree has your prior work experience been helpful for performing your current job?**

It has been very helpful. At Fleet Feet Sports I was given an introduction to athletic shoe retail, Cuisinart I learned about corporate atmosphere and the product lifecycle, and as a Materials Database Administrator helped me learn the systems I am using now. It was not necessarily essential, but all of it was helpful.

**60. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Customer service as a skill. I also spent 14 years working in bars and restaurants, so working with test requesters that are our customers, is helpful. Knowledge of how the lab works, what the lab needs.
Video production, writing, and editing in marketing at Fleet Feet Sports that I now use for the newsletter.
At Cuisinart I learned the fundamentals of data analysis and excel, to do analysis beyond building tables.

**61. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: Hired from an ETW (external temporary worker) role

**62. What job titles have you held at Nike prior to your current job?**

The ETW (external temporary workers) role as a Material Database Administrator

**63. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Tableau

Microsoft Sharepoint - using it to develop an app

Learned a little bit of coding

Learned about the leather and synthetic leather processing procedures

Process of footwear production

**64. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Most of it has come from on the job experience and YouTube and Google. And the processing and production procedures, I did some of the Nike provided training online.

**65. What is your highest educational level?**

Bachelor's degree

**66. In what field of study is your highest degree?**

Film and Television Production

**67. How, if at all, has your education been helpful for performing your current job?**

I majored in how to run a three-ring circus. The whole experience of managing multiple tasks, multiple teams, keeping things on time, under budget. Not super specific.

**68. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Nothing official.

**69. How have these qualifications been helpful for performing your current job?**

Aren't any

## 12. Section 8: Working Conditions

**70. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre Covid, worked from an office in Nike HQ. Post Covid, split time between working in the office Nike HQ and at home.

**71. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**72. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**73. How many hours do you work in a typical week?**

45

**74. To what extent do your work hours vary from week to week?**

Not a lot, sometimes I'll do a little more if I need to, but not a regular occurrence.

**75. How many days do you work in a typical week?**

5

**76. To what extent does the number of days you work vary from week to week?**

Not much

**77. To what extent do you control your work schedule such as where and when you perform tasks?**

Mostly me, my manager has some input.

**78. What time do you typically start work each day?**

Between 7:30 AM and 8:00 AM.

**79. What time do you typically end work each day?**

Try to finish up by 6:00 PM.

## 14. Section 10: Extra Roles

**80. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

This summer I am part of our mentor team for high school interns.

**81. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

No

**82. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**83. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No, not really. Quarterly newsletter occurs quarterly and monthly maintenance monthly.

## 15. Section 11: Changes to The Job

**84. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Yes, the newsletter used to be done by someone else on my team, but now I am responsible for it. Initially, when we got the new LIMS there was a lot when we were getting it up and running, but not much of that any more.

**85. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

I think I've got more efficient at things that I do consistently. But that's really all I can think of. I've gotten more efficient so I have taken on more tasks.

**86. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Nothing substantially, nothing I can think of off the top of my head.

**87. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yeah, we onboarded and entirely new LIMS, we previously were working out of a Microsoft database that would breakdown every couple of weeks. It not only has our database, but also does so much more.

The whole company switched from Microsoft Teams to Slack.

Nike Job Analysis Interview

Response ID:9 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

8

**2. Interviewee Name:**

Krumin Reisa Kay

**3. Employee ID**

██████

**4. Interviewer Name:**

Chester Hanvey

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Activating strategy to execution and scaling it or testing where needed. The global team focus on big picture strategies. The geographies focus on P&L. I'm on the geo side with territories reporting into me so I have a hybrid responsibility. The other thing is that you have to prove that it will work, generate revenues. We help create the learning agendas to provide the value. I do a lot of selling with key stakeholders. For example, there is code process, a major segmentation projects (including insights into each segments). The global team is leading a segmentation project with McKinsey. Another example is using consumer insights into driving products and sales. I may work with the teams to provide them insights into how to make the product more efficiently. My group is consumer insights and analytics. The other area where I focus is leading a team in four territories and WHQ - making sure we hit our goals, use uniform methodologies, and typical management of the teams. A lot of this is reviewing the results of analysis, and helping the team think through things and upskilling. For example, in APLA, we are a little behind so we need to create stop gaps and run parallel processes to catch up with the goal of helping the geo catch up to global, not duplicate it. The other thing I do is build a lot of presentations. I do some analyses and built the share-outs. We onboard new technology capabilities (e.g., Nike app launched in new countries), I am leveraging the new data and sharing new insights. The new capabilities can generate a lot of different data and this requires work to measure and analyze the data.

**6. What tasks do you spend the most time performing?**

Managing the team and their day to day needs and share-outs (e.g., presentations, updates in meetings) is the biggest. The second is the bridge activity (scaling) - nurturing ideas from prototype to scale and create efficiencies.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Actioning the strategy - helping create a path. A lot of people have good ideas but they may die quickly. This is a skillset I have from a different background that has served me well.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

They drive revenue or margins. Its the business adoption. A good idea isn't worth anything unless its adopted. You can do a perfect PhD level analysis but if nobody does anything with it, there is no point.

**9. How frequently do you perform these important tasks?**

All the time. There are a lot of idea at Nike. Its about supporting them.

**10. What are the most complex aspects of your job?**

Leading multiple teams with different P&Ls, leadership teams, and strategies. There are a lot of competing ideas.

**11. What are the specific performance goals you must meet to be a high-performer?**

I attach myself to Nike directs revenue and margin goals. If I'm doing my job well, the business is doing well. I work with Finance to optimize performance marketing spend (ODC - Other demand creation). As revenue increases, I try to help them increasing the efficiency of the spend on performance marketing.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

The Nike direct goals, and member goals (consumers using Nike direct). Number retained, acquired, etc. I attach myself to those numbers but they aren't assigned to me. I also track my recommendation adoption rate.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Analytics knowledge including consumer research in addition to hard data (qualitative and quantitative). Also business knowledge.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Reporting portals (there are probably 10), social listening tools (e.g., Linkfluence), analytics platforms (e.g., SQL, R), project management tracking (Aha, Jira), and Slack (internal messaging system).

**15. What job title or titles will be next in your career progression?**

VP of Insights or Analytics (or some sort). Something tangential in the business that requires a lot of analytics would work too.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Executive storytelling, broad Nike business knowledge. I have a lot of ALPA knowledge to demonstrating knowledge of more globally-spanning things.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

APLA

**18. Do you know if the geography to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Yes, that is because of investment and capability gaps. Because my team is farmed out across 5 different countries, the other geos can go deeper with the same headcount because they are more centralized. I serve 5 P&Ls and a cost center, they are serving 1 P&L and 1 cost center. The technology capabilities lag in APLA (they are deprioritized) so we have to create stop gaps to figure out how to do what is expected of us.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

I specialize in Nike Direct analytics including members and consumers and sometimes marketing analytics.

**23. How, if at all, does this area of specialization shape the work you perform?**

It means that I have a lot of stakeholders because I'm serving across all genders, categories and countries so I have to prioritize the places that create synergy.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

5

**26. How many people are on each team?**

About 10 per team.

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

The APLA Nike Direct leadership team.

**28. Who are the members of your primary team by job title and what work do they do?**

Leader is VP/GM of Nike Direct
VP of NDDC (Nike Direct Digital Commerce) for APLA
VP of NDSS (Nike Direct Store and Services) for APLA
Sr. Director of Direct to Consumer Marketing for APLA
Sr. Director of APLA Merchandising for NDDC
There is a dotted line for the following team members:
Sr. Director of Integrated Marketplace Planning for APLA
Sr. Director of ALPA Finance for Marketplace for APLA
Director of Strategy for APLA
Director of Communications for APLA
Director of Marketplace Operations for Nike Direct for APLA

**29. What do you specifically contribute when you work with your primary team to complete work?**

Insights, measurement, reporting. Maybe advanced analytics depending on the project. Testing center of excellence to make sure that product tests are appropriate.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It is very unpredictable. I can plan for half but the other half you have to be agile and able to pivot.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

It requires a high level of precision. The wrong understanding could have direct implications on the P&L and the bottom line of the company. You have to understand the methodology enough to make sure you know what its telling you.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant?  Please explain.**

Low and periodic pulses of short term stress but nothing ongoing. The job itself doesn't cause stress, its the curveballs. When you serve a lot of countries, there can be a lot of stressful events that can happen (e.g., mudslides, tsunamis).

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

The politics, maybe. Typical office politics. Make sure you are building the right relationships, not leaving people out, considering all viewpoints.

**34. To what degree does your work involve high time pressure?  Please explain.**

Where there is an urgent need to pivot - something we couldn't plan for. This happens to some degree but its not constant.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

All the time. For example, inventory is delayed because factories are shut down. This has implications on customer purchases. if one product is gone, what is halo effect. For example, a consumer comes to buy one product, they may also buy another product. If the first product is not available, it could impact purchase of the second. There are lots of other examples. An example of an interior disruption is constantly changing or conflicting strategies from the global leadership team.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I understand that I support Nike Direct analytics and I know the role profile. When I started, I listened to the needs and started trying to solve for those needs. there isn't any guidance on what I'm supposed to do. I cover for a lot of people who are on sabbatical or maternity/paternity leave so I'm often working multiple jobs.

**37. To what extent is creativity important to perform your current job effectively?**

Critically Important

**38. In what way is creativity required to perform your current job effectively?**

Understanding how to help solve in a way that is mutually beneficial to all interested parties, but still drives results and gets adopted.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: I travelled a few time before Covid. I would expect to travel a few times per year. Since Covid, I haven't travelled at all

**41. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Tokyo, Seoul, Singapore, Mexico, Australia (maybe).

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

20

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**44. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

I've been working 100% from home since march 2020. Before Covid, I also worked from home some of the time.

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Methodology and prioritization of analytics work. If poor decisions were made, there would be no progress or inaccurate results. Inaccurate results or recommendations can scale so if you say that something is a winning combination to drive sales but it really wasn't, they could be an investment in a strategy that doesn't work and will impact sales.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes. I provide insights, measurement and methodologies that are related to strategy development.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes. The legal governance and compliance over the use of consumer data. I inform them, I don't establish the polices. For example, I may share who uses certain data and for what purpose.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

Limited. Typical manager time. T&E (travel and expenses), I help with the research budget for APLA.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

Full authority if they are on my team and there is an open headcount.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None. I can make a recommendation but I was told employees don't get promoted in role. There is a central committee that decides this.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

All of it. I can work with HR if I need to make recommendations. But even through the simplification, I was told which employees were going to be let go - I had to deliver the news.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I can make a recommendation, but that is not decided by me.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**54. Please explain the type of legal documents you are authorized to sign.**

Temporary workers (ETW) and research contract. Research contracts are usually in the hundreds of thousands. They are with approved vendors with MSAs who we do business with.

**55. How frequently do you sign legal documents on behalf of the company?**

A few times per year

**56. What is your spending limit without seeking approval?**

I wont spend money without getting approval.

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I am not assigned work. I determine my own assignments. I am in conversations and share my priorities with my boss and he reviews them and they can change them.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

Yes

**59. How many Nike employees directly report to you?**

9

**60. What are the job titles of the employees who directly report to you and what work do they perform?**

Director, Nike Direct Analytics for APLA - They serve APLA stakeholders and scale things across territories within APLA.
Director, Japan Nike Direct Analytics - They serve Japan stakeholders.
OPEN Direct, Korea Nike Direct Analytics - Because this is open, I have three analysts in Korea reporting to me.
Manager, Nike Direct Analytics in Mexico - They serve Mexico stakeholders.
Manager, Nike Direct Analytics in Southeast Asia and India (SEAI) - They serve SEAI stakeholders.
OPEN Manager, Nike Direct in Chile - They serve Chile stakeholders.
Some territories are more developed/mature (e.g., Japan) than others (SEAI) based on the investment in those territories.

**61. How do you supervise the work of those who directly report to you?**

We prioritize together. They have a dotted line manager in territory to guide day to day activities. I held with methodologies and analytics. We have weekly check-ins and team meetings. In meetings, we shar information about what is going on, what direction they are getting from different leaders.

**62. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**63. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

18 years of experience ranging all sorts of analytics and consumer activities across a range of industries. I've lead teams that

do commercial analytics, marketing science, execute marketing campaigns, qualitative research, digital and storage analytics. If there is analytics that can be done, I've lead a team that does it. I've been in sinking ships and private equity so I see the need to deliver results. I've been in levels from Sr. Manager up to VP. Last role was VP of strategic insights where I've set up a lot of technology capabilities.

**64. To what degree has your prior work experience been helpful for performing your current job?**

Very helpful.

**65. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

How to action strategies that add value using data and insights. General methodologies, direct to consumer knowledge is huge which is a new area for Nike.

**66. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**67. What job titles have you held at Nike prior to your current job?**

Sr. Director of Consumer Direct Science. Its pretty much the same role, they just remove the Marketing component.

**68. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Cross-cultural communication skills, next level storytelling, a lot about product creation and products in general.

**69. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Combination of training, on the job experience and coaching and mentoring.

**70. What is your highest educational level?**

Master's degree

**71. In what field of study is your highest degree?**

MBA

**72. How, if at all, has your education been helpful for performing your current job?**

Really helpful because I understand the drivers of business and the math behind economics, finance, and marketing.

**73. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Certificate for data science. I also speak Spanish which comes in handy in APLA.

**74. How have these qualifications been helpful for performing your current job?**

Understanding what's possible with data science, or recommending methods that exist. For Spanish, I feel like a more equitable interviewer by asking questions in their native language.

## 12. Section 8: Working Conditions

**75. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid, I worked in an office at HQ. Although half the time I had to sit in the cafeteria or outside because all the desks were full.

Post-covid, I work from my home office.

**76. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**77. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**78. How many hours do you work in a typical week?**

Around 50.

**79. To what extent do your work hours vary from week to week?**

They don't vary wildly.

**80. How many days do you work in a typical week?**

5

**81. To what extent does the number of days you work vary from week to week?**

None, unless I take time off.

**82. To what extent do you control your work schedule such as where and when you perform tasks?**

I mostly control this.

**83. What time do you typically start work each day?**

It depends on if there are global meetings. If there are, I start around 7am or 8am. If not, I start at 8:30am or 9am.

**84. What time do you typically end work each day?**

On Mondays, I end around 8 or 8:30pm. Tuesday, I end at 4;30pm, Wednesday and Thursday, I end at 7pm, Fridays I end around 4:30pm. I have teams in Asia I need to work with but I also have kids so I am balancing work and life.

## 14. Section 10: Extra Roles

**85. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

Yes. The director of Marketing science and his team don't formally report to me but I'm responsible for managing their workload and helping them pickup work they cannot finish. The are an unofficial part of my team. I also cover for other employees when they are on maternity/paternity leaves and sabbatical. This year, the roles I've covered have been: VP of Analytics and Insights for APLA (Jan-May 2021), Director of Marketing Science (May-June 2021), Director of Nike of Direct Analytics (Aug-Sept 2021). Since January, I've covered the Director of Nike Direct Analytics in Korea because I haven't been allowed to hire for that position.

**86. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

There were stretch roles (described in previous response). I also built training for the Operating Model (Consumer Direct Acceleration). I was on a team that developed training for employees on how to do this.

**87. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**88. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

Code process, which is our seasonal planning process. Quarterly and Monthly Business reviews. Strategy planning that happens once or twice a year. There are specific activations (e.g., Olympics) there are things we measure.

## 15. Section 11: Changes to The Job

**89. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

They hired me to stand up the functions a few years ago. In the beginning it was about building foundational knowledge and capabilities of the team. It has shifted to informing and measuring strategies and business processes. I went from someone on the outside trying to sell analytics to being part of the conversation.

**90. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes. My team is now cranking away and they are Rockstars. they can handle the fundamentals, drive the business value. I can be more hands off and focus more on strategic issues.

**91. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes. Being more incorporated into upstream decisions changes a lot of where we add value. I transitioned form someone who delivers reports to being a key partner.

**92. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, we change tools frequently. I uses to use SAS, but they did away with that but there are other tools such as R and Python.

# Nike Job Analysis Interview

Response ID:10 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

9

**2. Interviewee Name:**

Ruoff Katie Anne

**3. Employee ID**

█████

**4. Interviewer Name:**

Noel Williams

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Major responsibilities as Director of Product focus on Motivation are to create features in the NTC (Nike Training Club), NRC (Nike Run Clothes), activity apps and the drive engagement for Nike. This includes driving our roadmap, setting goals, and managing the team.

**6. What tasks do you spend the most time performing?**

1. Managing my team. I have three direct reports.
2. Collaborating with crossteam leaders- engineering, design, marketing, geo, program, other product leaders.
3. Strategy and KPI (Key Performance Indicators)
4. Managing resource constraints
5. Meetings

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

1. The strategy - we need to be listening to our consumers more, being in touch with trends and what's happening in the marketplace to nail the consumer needs.
2. Development of my team members - career growth and training opportunities.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Strategy - the collaboration between so many stakeholders is a lot. Without an aligned strategy we are all moving in a million directions. It's hard to be effective without an aligned strategy. The market that we are in so competitive right now and we're falling behind because we're not all working together - we are working separately.

Investment in the career growth for our team is important because to have the best products - we need to have the best people. I am seeing that we are currently devaluing who is on our team by not allowing time for personal growth. We are recruiting top talent out of Silicon Valley; it is a revolving door. It is hard to have the consistent change.

**9. How frequently do you perform these important tasks?**

For the strategy right now, this is performed weekly. But I'm not gaining a lot of traction.

For the development of my team members, this is performed weekly in one-on-ones, biannually in goal setting. But it is inconsistent. There isn't a clear path for how to do this.

**10. What are the most complex aspects of your job?**

Right now the overall strategy is unclear.
The overlap between my work and my peers is confusing.
The resource constraints with design and engineering is frustrating.
The ownership and accountability is absent.
The relationship between global and their geo teams is not clear.
What is being asked of me is unclear.
How my team's work is impacting Nike overall is unclear.

**11. What are the specific performance goals you must meet to be a high-performer?**

It is a bit unclear. We have goals for our products that I manage but they are not specific. My own personal performance goals are left up to me to write in my CFE (Career - "annual goals"). Even if I meet those, it doesn't feel as if I'll be rewarded as a high-performer, due to politics.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

For our products, the metrics that we are tracking against are AIR (Activity Initiation Rate) and DER (Daily Engagement Rate). Our goal is to increase these metrics, but we don't have a specific number. We just want to increase these, as they are fairly new. We are trying to migrate more commerce users into activity. We don't have a specific number there either. I know overall in the big picture - we are looking to change the landscape of shopping "direct to consumer" where 50% of our consumers are purchasing digitally. And we are looking for members to make sport a daily habit.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Experience in digital product management (mobile and web).
Experience in activity products such as running and training.
Strategic thinking, curious mindset, excellent communication, digitally savvy
Consumer facing product experience
Empathetic leadership
Passionate and adaptable

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Confluence, JIRA (software management),
ASANA (project management)
FIGMA (design collaboration)
Hardware (Apple watch, Android wear, screen casting, sensing footwear and apparel)
Analytics (Adobe, Tableau)

**15. What job title or titles will be next in your career progression?**

Senior Director Product

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Based on the feedback that I've been given in my CFE, I need to work on: my strategic leadership, being more outspoken, and having some big wins from the work on my team. My recent manager was hired because he was respected across the matrix - this seems like something political that I need to figure out.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

Digital product - activity apps

**22. How, if at all, does this area of specialization shape the work you perform?**

I'm focused on consumer facing apps focused on running and training.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

2 teams:
Motivation (within Core Activity)
Core Activity

**25. How many people are on each team?**

4 product members including myself are on the Motivation Team. 12 members are on the Core Activity Product Team.

**26. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

Motivation Team

**27. Who are the members of your primary team by job title and what work do they do?**

I am the Product Director - I have three Product Managers that report to me.
Briana Jackucewicz - she leads a pillar focused on first time interaction and guidance.
Laina Crosby - leads a pillar on rewards and gamification
The third I'm currently hiring/interviewing for - will be focused on tracking and data insights.

**28. What do you specifically contribute when you work with your primary team to complete work?**

Leadership
Guidance
Oversight
Strategy
Resourcing

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

There are peaks and valleys depending on the cycle of work.

**30. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

The work does not require a high level of precision. We are talking about working out. The projections and expected outcomes of how our work will ladder up to overall business objectives needs to be accurate.

**31. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

Previously my job was very high stress and high intensity. Since CDA (recent reorg), the stress has been significantly reduced, as well as the intensity. Previously it was very clear and rigorous what I need to do. Now, I feel stressed because I am unclear what I need to do and if I'm doing it well. I don't have trust in my leadership.

**32. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

It has been a traumatic change. I used to be required for weekly reporting and held accountable for a large subscription business that had monetary implications to our business as well as the creation of a new content production process (this included overseeing 8 plus additional coworkers). I also used to give a lot of presentations to leadership. Now all of this has been taken off of my plate. The unknown is stressful now (I have a hard time seeing how the work that I'm doing is connected to the rest of the business).

**33. To what degree does your work involve high time pressure? Please explain.**

Previously there was a weekly pressure for reporting and leadership presentations which meant long hours (almost every night and weekend). Now this is sporadic and maybe once a week.

**34. To what degree is your work impacted by unexpected disruptions? Please explain.**

The most common disruptions are resources, legal, and change in strategy. The level of degree is low.

**35. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

I used to understand very clearly my role and with my new role it's much less clear. The outcome and output from my team, and the responsibilities for me personally are muddy. Some of my work currently is duplicative with other coworkers and much of my work that I used to do was never picked up. So by default, it is still landing on me.

**36. To what extent is creativity important to perform your current job effectively?**

Critically Important

**37. In what way is creativity required to perform your current job effectively?**

As Product Managers one of the most important things is to creatively simplify the user experience for our members. Also to collaborate effectively with our design team. To be a creative problem solver.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

A few times per year

**39. Please describe the work you perform that requires you to physically exert yourself.**

Team building.

**40. What specific physical abilities are required to perform your current job effectively?**

Other - Write In: We work on activity apps and so we need to be consumers of these apps too. It is not expected but we need to be able to use them.

**41. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

A few times per year

**42. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre covid - travel for consumer research, team building
No travel during Covid.

**43. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

5

**44. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**45. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

(Pre-Covid) From time to time working at home. (5%)

## 9. Section 5: Decision Making

**46. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

What features we put in our NRC, NTC apps - These are important because they are key to driving engagement. Central to making sport a daily habit.

**47. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Right now, I have input into the strategy for our activity apps which ladder into strategic planning for Nike.

**48. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**49. Do you have any involvement in managing budgets?  If yes, what is your role?**

My involvement right now is minimal. It is with costs associated with expenses from my team.

**50. What level of authority do you have, including making recommendations, to hire employees, if any?**

I have the authority to hire members of my team that report to me.

**51. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I have the opportunity to make a recommendation.

**52. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I have the authority to make a recommendation.

**53. What level of authority do you have, including making recommendations, to terminate employees, if any?**

Based on black and white policies, I have the authority to make a recommendation when rules and policies are broken.

**54. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**55. Please explain the type of legal documents you are authorized to sign.**

Statements of work for agencies and companies such as creative agencies and content production partners.

**56. How frequently do you sign legal documents on behalf of the company?**

Other: Previously I was signing monthly. Since the reorg it is no longer our responsibility.

**57. What is your spending limit without seeking approval?**

I don't know if I know the answer to that. If i were to expense something it would be $100. Previously if it were SOW (statements of work) it was 250K.

**58. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both.

## 10. Section 6: Supervising Others

**59. Do any Nike employees <u>directly</u> report to you?**

Yes

**60. How many Nike employees directly report to you?**

2

**61. What are the job titles of the employees who directly report to you and what work do they perform?**

Lead Product Manager and Product Manager.
They manage key features for the Motivation pillar of Core Activity.

**62. How do you supervise the work of those who directly report to you?**

I review work at key milestones and have weekly checkins.

**63. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**64. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I worked in digital commerce for 4 years. (Account Manager)
I worked in digital startup focused on marketing for 4 years. (Account Strategy Planning)

**65. To what degree has your prior work experience been helpful for performing your current job?**

The nature of rapid change within in technology
The project management and the production management carry over.
My experience with consumer facing products
My connections in the workplace

**66. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

High stress, tight timelines, high visibility brand, change management , leadership, flexibility , presentation, speaking , communication skills,

**67. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**68. What job titles have you held at Nike prior to your current job?**

Experience Producer, Software Engineering Product Manager, Senior Product Manager

**69. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Agile Methodology
Product Management
Mobile Platform Experience

**70. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Agile Methodology - formal training
Product Management - on the job experience and mentoring
Mobile Platform Experience - on the job experience, also self initiated

**71. What is your highest educational level?**

Bachelor's degree

**72. In what field of study is your highest degree?**

Communications and Business

**73. How, if at all, has your education been helpful for performing your current job?**

The communications has paid off.

**74. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

At one time, I was certified in Agile Methodology.

**75. How have these qualifications been helpful for performing your current job?**

It helped to improve team efficiency.

## 12. Section 8: Working Conditions

**76. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Right now I'm working from home (during covid). Typically, pre-covid I would work in the office at Nike HQ.

**77. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**78. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**79. How many hours do you work in a typical week?**

I went from working 70 hours/week to now working 45 hours/week.

**80. To what extent do your work hours vary from week to week?**

Depends on deliverables. It varies from week to week.

**81. How many days do you work in a typical week?**

5

**82. To what extent does the number of days you work vary from week to week?**

Very little.

**83. To what extent do you control your work schedule such as where and when you perform tasks?**

Right now in covid times, where is up to me. The when is very structured.

**84. What time do you typically start work each day?**

8:30 am

**85. What time do you typically end work each day?**

6:00 pm

## 14. Section 10: Extra Roles

**86. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

I am a mentor to several product managers.

**87. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

Yes, team building. I usually go out of my way to develop team building activities, recognize birthdays and celebrate key milestones for the team. Previously, I was going to set (video shoots), and events.

**88. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**89. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**90. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

No. I'm still trying to figure out my current job.

**91. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No.

**92. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, figuring out how to work in our new structure. We've become more efficient, but there's still more to try and figure out. An example is that we had to figure out how to coordinate the work across the new capability teams. After many failed attempts, we have one consolidated place to track the work. This helps us prioritize and plan our resources, so we can give accurate launch dates.

**93. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, we have moved to ASANA for program management and FIGMA for design collaboration.

Nike Job Analysis Interview

Response ID:11 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

10

**2. Interviewee Name:**

Margaret Anne McGee

**3. Employee ID**

████████ █

**4. Interviewer Name:**

Ashwin Krishnan

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

First and foremost, I manage a team of six analysts, three of whom perform charge-back analysis, and three of whom perform order management review and support other teammates on the team in other areas - jacks of all trades. I am responsible for maintaining our digital forecast, so we can align resources with our outsource partner. Also responsible for helping outsource partner maintaining SLA (service level agreement). working with other partners in supply chain to ensure we have the correct information available. Act as a subject matter expert in our department due to the tenure I've had so I can facilitate connections with cross-functional partners.

**6. What tasks do you spend the most time performing?**

Probably managing my team and working on their development with them. WE are starting a new fraud tool so I am helping to support UAT testing which has to be from all aspects which use our fraud tool, whether that's outsource, investigation, internal service. etc.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Developing my team for advanced roles. Our department is in the process of changing how we work - becoming more analytical. Helping the members of my team that are not analytical takes up a lot of my time - getting them to practice.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

To me, developing the talent on our team to fulfill the roles we will have tomorrow that don't exist today. I have been in this department for 10 years and there has been a lot of change , whether it was 2 years ago or 10 years ago.

**9. How frequently do you perform these important tasks?**

Daily. Seven days a week sometimes. I usually have contact with somebody on my team every day.

**10. What are the most complex aspects of your job?**

I would say the forecasting and analytics. Taking multiple forecasts from sales and transferring that to how many items ar on an average order, and then extrapolate how many orders that translates to, then work with IT team to determine expected review rate, to determine how many orders will go to manual review, and then working with the outsource partner to make sure they'll have coverage for that many orders, and if they won't working back with the internal team to decrease review rate

to meet SLA. A lot of these variable change depending on the season, or holidays. Being aware of trends, and historical sales.

**11. What are the specific performance goals you must meet to be a high-performer?**

I must develop my team. My boss holds me to that and I hold myself to that. I want to see the people on my team succeed, move up and attain their goals. I am also held to SLA standards, making sure that the outsource partner is supported and that there are solid communication channels. Also that I'm working on my personal development to become more educated on digital loss prevention and leadership.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

I am expected to support the call center to achieve a 97% SLA adherence.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

I developed and implemented our forecasting system, so I have total ownership of that. I have extensive knowledge of order review - what it takes to be a good order reviewer and the tools we need to provide to make them successful at their jobs. I have an extensive list of cross-functional partners who I can reach out to, make connections with, and get answers for my team.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Tableau, Excel, Forter (new fraud platform), Feedzai (old fraud tool), Cybersource, Accurint, Clientline, chargeback.com, Adyen, Accertify, Confluence, CSP, OMOBO, Paypal.com, Box, Discover.com, EJ (electronic journal), Monarch, Cognos. Salesforce, BVAT, Databricks

**15. What job title or titles will be next in your career progression?**

I am currently working towards being the operations manager for North America Digital Loss Prevention. The job doesn't exist yet, but I am going to convince my director we need it.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

To become an operations manager, I possess all of the required skills. I need to develop more proficient project management, but I have a firm grasp on the inner workings of the department. Organizational skills, and the desire to bring us to the next level - to be best in class in digital loss prevention.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

North America

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Absolutely for certain it does. Although we work with other geo in digital loss prevention each geo presents unique fraud trends and analytics to make each geo successful.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

I have been in digital loss prevention for some years, and before that I was in customer service, so if i have any other areas of specialization it would be consumer service.

**23. How, if at all, does this area of specialization shape the work you perform?**

I have a unique perspective that allows me to take into consideration the customer experience, so driving down false positives in digital loss prevention and minimizing negative customer impact.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

We're all in the same team, but I have my team, the leadership team, the North America DLP (digital Loss prevention), and we are all part of the North America Digital Operations team.

**26. How many people are on each team?**

My team has seven including myself. Leadership team has seven including myself. NADLP team has twenty one including myself. North America Digital Operations, there's probably 300+.

**27. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

My team is in the NADLP team but I work cross-functionally in the NADLP team every day.

**28. Who are the members of your primary team by job title and what work do they do?**

Director - he directs the operations of te NADLP team in coordination with the mission of North America operations
Digital Analytics Manager - coordinates a team of two analysts to ensure that the fraud tools and third party tools are working and that we have a firm grasp of the analytics surrounding what we do, and the success of what we do.
Senior Fraud Manager - coordinates a team of 3 analysts to find fraud trends, test rules, and mitigate fraud loss after purchase.
Payment Risk Manager - coordinates the training and implementation of SOP's to our outsource partner. She has a team of 4 analysts
I am another Payment Risk Manager
I have 6 fraud analysts on my team, 3 who manage and fight chargebacks, and 3 who support other roles and manage manual review

**29. What do you specifically contribute when you work with your primary team to complete work?**

I would say expertise and knowledge around DLP, order management, order review, and the overall inner workings of how our department functions within the greater digital operations team. I champion a lot of happy hours and team functions and it's been a very difficult year with COVID and it's important to make sure our team can stay connected.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

I would characterize my workload as somewhat predictable. We have distinct peaks and valleys that closely align with the sales and initiatives from Nike.com i.e. black Friday, cyber Monday, mother's day, etc.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

It needs to be performed to a 90-95% level of precision and the risks associated with not performing to that would be missing SLA's poor coverage with the outsource partners, financial loss to Nike through chargebacks, and increased customer insults. Not to mention the impact on social media because we handle high heat launches.

**32. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

I would say it mirrors the workload pattern, so during peak holidays stress levels are high, and during the valleys stress levels are low, generally. There are always things that come up but generally speaking. For instance, last Saturday I was contacted by production support because there were 700 orders that were stuck in fraud hold and we had to work with Feedzai to figure out how we can get those orders sent to DOMs (unknown acryonym related to order management; how the orders get to the warehouse for picking and packing).

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

personally, the most stressful is the unknown. When the systems break down and you have to find the fix, the solution, or why it happened and then coordinate efforts to make sure the consumers are taken care of and that there's minimal impact, both financially to Nike and negative customer impact.

**34. To what degree does your work involve high time pressure?  Please explain.**

Maybe 10-20% during peak.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

40-50% and this can be a result of Feedzai going down and not being able to review orders. It could be a result of gmail.com getting put on the positive list, and 3600 orders get auto-approved of which over half were fraud. It could be a launch that sells out all to one buyer. There are a lot of things that could go wrong.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

My role is 50% defined. I clearly understand what's expected of me but what's expected of me is not in line with my job description. I know our director is trying to work with HR to accurately document our job descriptions to accurately document what we actually do - this is for several people in our department.

**37. To what extent is creativity important to perform your current job effectively?**

Important

**38. In what way is creativity required to perform your current job effectively?**

Thinking of new ways to solve old problems. Thinking of solutions outside the box. Staying ahead of current fraud trends.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Other: When we go back to the office. I sit at my desk

**40. Please describe the work you perform that requires you to physically exert yourself.**

Team functions. Team challenges. Morale boosters. We recently had a gallon of water tossing competition and people had to send in videos of themselves tossing the water and we had a winner.

**41. What specific physical abilities are required to perform your current job effectively?**

Other - Write In: None. Just offsite stuff, not my core job.

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Pre and Post covid

**43. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Post covid I did not travel. pre-covid I would travel to conferences and other GEOs to support the fraud teams there. I have been to China, Japan, and Amsterdam.

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

10

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**46. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-covid, it would be at the conferences, Chicago Vegas. other GEOs, EHQ (European Headquarters)
Post-Covid, 100%. I just worked from home.

## 9. Section 5: Decision Making

**47. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Deciding on development opportunities for my team and allowing them the flexibility to continue working on it. Around forecasting, I publish and distribute our forecast to our outsource partner to coordinate staffing and right now I am recommending and implementing the changes to our new fraud tool. If i were to make a poor decision, my manager and I would have a discussion and probably handle it differently next time.

**48. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, I help plan our holiday readiness strategy to ensure that we have coverage, that our systems can handle the increased volume and that we have made the right connections with supply chain to ensure that we meet SLA and that EDD (estimated delivery date) is met for the consumer.

**49. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes, I am a sounding board and subject matter expert when developing new processes or procedures for our fraud team.

**50. Do you have any involvement in managing budgets?  If yes, what is your role?**

I have to adhere to a budget but I don't manage it. I think our director manages our budget.

**51. What level of authority do you have, including making recommendations, to hire employees, if any?**

I am usually on the interview panel for hiring new people in our department.

**52. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I always have input when we're getting ready to promote someone within the DLP team.

**53. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I have 100% authority for my direct reports.

**54. What level of authority do you have, including making recommendations, to terminate employees, if any?**

Maybe a mid-level authority, depending on who it is, who they report to, and what the infraction was, if any.

**55. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**56. What is your spending limit without seeking approval?**

It's never been issued to me like that, and we pretty much have things that we know that we're going to spend money on and that can always be done. If it's outside of that I would always ask permission first.

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both. Some things my director asks me to take on, or asks if I can take on. Other tasks or changes I volunteer for as opportunities to develop my skillsets.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

Yes

**59. How many Nike employees directly report to you?**

six

**60. What are the job titles of the employees who directly report to you and what work do they perform?**

they are all listed in HR as digital loss prevention order analysts. However, I have three that are chargeback analysts, and three that are order review subject matter experts.

**61. How do you supervise the work of those who directly report to you?**

A combination of touch-bases, metrics, and feedback from other leaders on our team.

**62. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**63. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

March 2013-September 2016 while working for Nike, I also worked part time as a front desk clerk. May 1998-Sept 2003 I was a night shift manager and baker at JaCiva's chocolatier and bakery. From August 1993 - March 1998 I was a signal systems support specialist and a digital imagery analyst for the US Army.

**64. To what degree has your prior work experience been helpful for performing your current job?**

100%. I learned patience and customer service skills working at the hotel, as well as bookkeeping skills at JaCiva. I had to manage and coordinate the needs of the bakery for the following to ensure that they had the product to cover orders and sell in the store. In the military I learned discipline in terms of when to follow and when to lead, and self-motivation

**65. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

I would say organizational skills, discipline, and multitasking and handling pressure.

**66. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**67. What job titles have you held at Nike prior to your current job?**

I was an analyst in digital loss prevention, digital commerce service specialist, contact center lead, and contact center representative.

**68. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Overall knowledge of digital commerce - ecommerce - banking, chargebacks, fraud trends, Excel, Tableau, data analytics, typing, multitasking, and I am currently going back to school to get my bachelor's in business administration.

**69. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

All of the above. Formal training, seminars, webinars, on the job training, coaching and mentoring, personal development books, magazines, web articles, and school.

**70. What is your highest educational level?**

Other: Graduating with Bachelor's in 9 weeks

**71. In what field of study is your highest degree?**

Bachelor's in Business Administration

**72. How, if at all, has your education been helpful for performing your current job?**

It's been tremendously helpful in helping me figure out how to navigate being a leader, managing the business, thinking big picture, problem-solving, as well as solidifying my career path.

**73. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I have taken advance excel, which helps with all the analytics. I have taken basic Tableau. I have taken webinars on chargeback processing and fighting.

**74. How have these qualifications been helpful for performing your current job?**

They help me perform the analytics portion of forecasting.

## 12. Section 8: Working Conditions

**75. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid was the office - West Campus. Post-covid I worked from my office at home.

**76. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**77. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**78. How many hours do you work in a typical week?**

40 - 50

**79. To what extent do your work hours vary from week to week?**

To some extent. Generally consistent.

**80. How many days do you work in a typical week?**

5

**81. To what extent does the number of days you work vary from week to week?**

Maybe 2-3 times a month, I'll work greater than 5 days.

**82. To what extent do you control your work schedule such as where and when you perform tasks?**

Very little because I need to be able to support the team during normal working hours, which for my team is 6:30Am to 5:30PM.

**83. What time do you typically start work each day?**

6:30AM

**84. What time do you typically end work each day?**

About 4:30PM to 5PM

## 14. Section 10: Extra Roles

**85. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

Yes, I currently sit on the team fund for North America NDDC (Nike digital direct consumer, our parent organization). I chair the communications subcommittee. I mentor 3 individuals that used to be on my team that have moved on to greater roles within

the DLP team.

**86. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

I think everything I've always done has been a function within our team. When we first moved to a new fraud tool, I helped bring on new call centers in Iowa and Arizona. I have helped ramp up the fraud teams in Europe, China, and Japan. I also once got to work the Nike field house during the college world series.

**87. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No I do not.

**88. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

Initially, our forecasting was to set us up for Christmas/holiday season, but proved to be so valuable that we do it all year now. Generally ramping up 24/7 coverage during peak seasons. That's like being on call during Christmas, Black Friday, Cyber Monday, Mother's Day

## 15. Section 11: Changes to The Job

**89. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Yes, I no longer hold my team accountable to order review metrics and they have moved onto order queue management as the department has transitioned away from internal order review. And I now own the forecasting. I partner with another manager on outsource partner relationship management, and I now manage the chargeback team.

**90. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

I would say if anything I spend more time now on team development and mentorship because the roles they're currently in will no longer exist in the future, so I'm trying to set them up for their next career move.

**91. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Absolutely. I entered this job as a brand new manager at Nike, so developing as a leader has changed drastically in the last two years with how I communicate with me team and external partners.

**92. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes. We have moved off of and onto different third party systems that help mitigate fraud as well as developing a skillset around analytics using Tableau and Databricks.

Nike Job Analysis Interview

Response ID:12 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

11

**2. Interviewee Name:**

Ferreira Lisa M

**3. Employee ID**

██████

**4. Interviewer Name:**

Sam Stelman

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am primarily responsible for leading a team of individuals to meet their business goals and their personal growth and development opportunities. Being clear about goal setting for business targets, setting clear strategies for the combined business that the entire team works on, and understanding how the individuals work - their strengths, interests, and opportunities that they would like to progress their goals at Nike.

**6. What tasks do you spend the most time performing?**

Staying connected to my cross functional partners. For me, I am a product person, so that is being connected with leadership, merchandising, geographical partners (e.g., Europe, China), and partners across the consumer offense. Being connected means providing visibility, transparency, communicating with our strategic goals (for my team), our objectives and targets, what are we creating seasonally, making sure all of my invested partners have a line of sight to that and are ready if we need to pivot. It's a lot of time sharing and having conversations to make sure my teammates and partners don't have any issues, and if they do, making sure that we can respond to them, move forward, and progress our work.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

It is the work that we do to analyze our business, successes and losses. A bit of business analytics and hindsighting, as well as a key component of what myself and my team do, are to also be very connected with our consumer and where he is going and what is happening in his world that influences him - that way we can deliver the right product at the right time and place. Which that takes a village to do, but my team creates the product.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

It is part of the business and product acumen... People say there is an art and a science to my role. So the business acumen is the science, but you also need to be able to anticipate and connect dots and trends. You are creating what is next. We are creating things that the consumer won't see for two years. So, to some degree, we are futurists.

**9. How frequently do you perform these important tasks?**

We do these tasks quarterly. We do a pause, a financial deep dive, business hindsighting, and then creating our plan for that season on a quarterly cadence. So every 3 months we are doing a new season. The consumer connectivity and the trend and the forecasting... That has been very difficult during COVID - like not being able to travel with the frequency that we have in the past. So that part is always ongoing. Seeing consumers around you, going into retail stores, social media cyber stalking. It is

something that is always present and less formal from my deliverable point of view. But every 3 months we try to frame up who the consumer is and what is of interest to him right now.

---

**10. What are the most complex aspects of your job?**

What is above... Being able to connect the dots in anticipation of putting together product that will be relevant to the consumer in 18-24 months. Specific to the work I am doing right now, I work on graphic tees. There are a lot of opinions around those, that we need to navigate and manage and influence in order to get the right product to our consumer.

---

**11. What are the specific performance goals you must meet to be a high-performer?**

I struggle with this question because determining who is a high performer is difficult to assess, because we rely so heavily on 360 and peer feedback. Are you partners feeling like you are collaborative, reliable, you deliver when you say you will, you share information when you say you will... Because that is then tied to your specific performance.

---

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Revenue targets, productivity targets, and margin/profitability targets. These are quarterly and based on season. Your performance bonus is paid out annually, so as much as we have targets on a seasonal basis, it does roll up to annual.

---

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

I believe that part of my success in this particular role is that I have a deep understanding of product creation, specifically apparel creation - that some folks do not. So I have been to multiple factories, I can put garments together. I understand the nuances of that and the skill required to do that in a production environment. I have a very deep understanding... I have done multiple roles within the functions on our team, so having that knowledge has benefitted me in my performance. I think the other thing that is a bit unique, in my experience (compared to other roles at Nike), I have worked at smaller companies where I had to do multiple roles as part of my role - so I have a very broad understanding of line planning, creation, and go to market. And roles are just not set up that way at Nike. I can sew, I can knit, so I understand how the product comes together. Is business analytics a skill? Like looking at financial reporting, P&Ls (profit and loss statements), I have the skills needed to do that.

---

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

I use a lot of databases - Smartsheets, AirTable, our specific product database (MMX). Excel, PowerPoint, Keynote. We make a lot of decks at Nike.

---

**15. What job title or titles will be next in your career progression?**

We just reorged... So I don't know what these roles are called now, but I would like to see myself move into a more senior level, a senior director role in Product, leading more of a cross functional team. I am also interested in exploring opportunities in Product Innovation or Product Creation (in a closer to market track in our geographies) or Digital Product Creation.

---

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

For a senior director role, it is probably more leadership skills around team performance, team development, strategy and vision. For Product Innovation, it is probably more strategic and vision, as well as the futurist ideation thinking (being open to some really far off ideas). I think the space is 3-5, 10 years down the road. For Digital Product Creation, it is understanding your consumer - but the consumer of the digital product is different because it's not the consumer that we're selling to, but who is using the digital tools to create and what are their needs.

---

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?

**18. Are you assigned to a specific "Product Engine?"**

Apparel

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

Yes. I work in what we call a COE (Center of Excellence) for t-shirts. So we are in service to a classification offense (classification being the tee), while supporting our consumer offense (being our friends in womens, mens, and kids - because those are separate teams). We do men's tees.

**20. Are you assigned to a specific Sports Category (dimension)?**

Other: I do all of these for men with the exception of Jordan

**21. Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

Yes. We are still serving the dimension and the mens offense. We are serving both of those things. (Example: Even though everything is considered a men's t-shirt, we are still asked to do two men's baseball tees.)

**22. Are you assigned to a specific Product Line/Gender?**

Men's

**23. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

Yes. The Men's tee business makes up a significant portion of the overall tee revenue. So, as a result, we do more styles, we have more teammates supporting the men's business. So there is a nuance to how the business is staffed and supported because the size of the business is different.

**24. Do you have any additional specific areas of specialization? If yes, what areas?**

I don't know.

**25. How, if at all, does this area of specialization shape the work you perform?**

I really lean into my experience working with different parts of the business.

## 7. Section 3: Work Team Structure

**26. Do you work as part of a team?**

Yes, I work as part of a team.

**27. How many teams do you work on at a time?**

I have my team within the COE (Men's branded and purpose team). We are a small team within the COE, which has the COE product - and then there is a larger COE team that we plug into (our cross functional partners like design and development). And we work with the Men's performance team and lifestyle team. Those roll up into the Nike Apparel team, so we consider ourselves to be part of Apparel. We are also a part of the Product Merchandising team. We consider ourselves to be part of many teams.

**28. How many people are on each team?**

COE Men's Branded and Purpose Team: There are 5 of us. The COE Product Team, I think there are 13 or 14 (including Branded and Purpose). The COE team is about 90 people. The Men's Performance team is probably about 90, same for

Lifestyle. And the broader apparel organization is about 1500 people.

**29. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

My team - Men's Branded and Purpose team.

**30. Who are the members of your primary team by job title and what work do they do?**

I have three PLMs (product line managers) and there is one each for men's lifestyle, men's performance, and SBACG (dimensions- skateboard and all conditions gear) & purpose. And there is one APLM (associate PLM) and that person manages our Unite business (which is Factory Store).

**31. What do you specifically contribute when you work with your primary team to complete work?**

Goal setting, problem solving, strategic guidance, career development

## 8. Section 4: Work Characteristics

**32. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It is spread pretty evenly across the year. It is pretty predictable (with the exception of reorganizations). We have a pretty defined process and calendar, with clear deadlines and deliverables associated with that - so that's what we track against.

**33. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

For me in my role, I'm not responsible for the production of deliverables. I am responsible to empower and enable my team to deliver and ensure they have the best information at the right time in order to do so, free of ambiguity... And that they know they are empowered to decision make and they are supported to do what they need to do to get the work done.

**34. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

I think it is variable. It is usually associated with some degree of ambiguity or misalignment. Work from home has created additional opportunities for stress, because there is a lot of opportunity to lose meaning and intent when you are doing things via email and text. I think that has added to stress, and that can be situational and unpredictable. I've referenced the reorg... For me, it is natural for a reorg to come with some ambiguity and that is fine, for me it is when there is a lack of communication or transparency that can create stress.

**35. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

In my role, the stress is the onboarding and alignment of peers, new teammates, and cross functional partners. It is helping people understand why we do what we do or have made decisions we made, and having to manage their input or point of view. I think there is a bit of intent versus impact in the medium of communication (email, text, Zoom) that has been difficult. We also are very calendar and meeting focused at Nike, and I think the tradeoff in that environment is that people aren't curious or taking enough time to ask questions or why, or taking the time to brainstorm new thinking or new ideas, or truly understanding the impact of the decision. We move so quickly from thing to thing that that can be stressful.

**36. To what degree does your work involve high time pressure?  Please explain.**

Seldom. I think our process is very clear. There are times when we have hurry up offense and need to deliver information that isn't readily available or the information comes from a place that doesn't feel the time sensitivity of the request.

**37. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Seldom. Again, I think it is ad hoc last minute requests to do a 4 year plan that you hadn't anticipated delivering in 4 weeks. Those moments don't happen often though.

**38. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I think my role expectations are clear. What has recently become a bit more vague is what are my priorities and what is important. Strategically, what are the most important things we should do for our classification? To me, that was super clear before the reorg and now it feels like it is in question - which is fine. For example, we're going to make these pivots to the classification strategy and this is where we should be going.

**39. To what extent is creativity important to perform your current job effectively?**

Important

**40. In what way is creativity required to perform your current job effectively?**

Creativity enables us to think differently and I feel like being more future facing and solutions oriented. I mentioned that our process is pretty well defined, but I also know we have the opportunity if something doesn't work well to think differently and adapt and find something that could be more effective in the future. So just thinking differently about the way we work or how we see where our consumer is going and what his needs are - and even how we define him, potentially.

**41. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other:

**43. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre covid was a few times a year. Probably 4-6 times. Post covid it has been nothing.

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

2

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

2

**46. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: either at home or if I was traveling and needed to be plugged in to the team at the office.
Post-covid: again, just dependent on if I had to leave home to travel for any reason and needed to stay connected to the team.

## 9. Section 5: Decision Making

**47. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I make decisions based on talent and development, and how my team is performing... Resource need and workload capacity. This is important as it impacts team morale, it impacts the team's ability to do their work and do it well, and it impacts our ability to deliver.

**48. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes. So I am working with my team to create a strategic point of view for Men's tees. In terms of investments, divestments, for our line plan, newness around fits, fabrics, sustainability. My contribution is leading conversations with my team and providing a point of view on how we can get there while achieving our financial targets, as well as understanding what our consumer wants and end of life strategies (product lifecycle).

**49. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Our team has been doing some work around workplace norms - do we have a Zoom free day, what is defined as appropriate hours for Zoom meetings, meeting duration and scheduling during the week. So I have had some input into that in order to represent my team's views and needs.

**50. Do you have any involvement in managing budgets?  If yes, what is your role?**

I have provided input to my manager in terms of what would a non-covid travel budget would look like for our team. Otherwise, zero oversight of budget.

**51. What level of authority do you have, including making recommendations, to hire employees, if any?**

I am a hiring manager, so I can hire.

**52. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I can make recommendations in terms of talent planning for my immediate team and the broader COE product team when we are calibrating talent.

**53. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I can make a recommendation, but I need the buy-in and support of peers and managers, as well as making a case with HR and having their support.

**54. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I can make recommendations. Same as above. There is no way I can terminate someone without taking appropriate HR steps - there is a specific process/course of action that needs to be followed.

**55. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Other: I am, but I probably shouldn't without consulting legal staff/team

**56. Please explain the type of legal documents you are authorized to sign.**

A recent example... I think there is a printer contract for a licensed pattern, that it would seem I was authorized to sign. But in the research I did with our legal team, I don't feel like that should be me that is representing and signing that contract on Nike's behalf.

**57. How frequently do you sign legal documents on behalf of the company?**

Never

**58. What is your spending limit without seeking approval?**

$25

**59. Are you assigned work by your manager/leadership or do you determine your own assignments?**

A bit of both. I think in terms of day to day, I self managed - but I would never take on additional workload or assignments without providing visibility and getting alignment from my manager.

## 10. Section 6: Supervising Others

**60. Do any Nike employees <u>directly</u> report to you?**

Yes

**61. How many Nike employees directly report to you?**

4

**62. What are the job titles of the employees who directly report to you and what work do they perform?**

Product line manager (PLM, 3) and Associate product line manager (APLM, 1). In my team, each member (PLMs and my APLM) is partnering with merchandising to plan and brief seasonal tee line plans for their businesses. They lead triad teams (triad is design, development, product, and sourcing costing) to hit seasonal gates and dates. They are conducting the team to share and get the information that each function needs in order to progress, meet their deadlines, and progress seasonal work.

**63. How do you supervise the work of those who directly report to you?**

I meet with my team weekly to track how they are progressing in the work they are doing and understand their needs. They provide me with visibility, and their functional partners do too, of financial roll ups, line plans. I participate in seasonal moments, such as design reviews, briefing. I am also communicating with cross functional partners to ensure that business needs are met and our team is delivering to their needs, as well.

**64. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**65. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I have worked in apparel my entire career. I have an Apparel Textile Marketing degree. Before I started working at Nike, I have 20 years of experience prior to Nike. Some key areas based on Nike speak... I worked in product integrity (6 years), quality assurance, vendor management, product development (4 years), product management, client services, omni channel, visual merchandising, and product merchandising (12 years). Because I worked at smaller companies (like offices with 40 people), the work was nowhere near as segmented as the work I do at Nike. I worked for Pearl izumi, Sierra Designs, Icebreaker, and Spyder Active Sports.

**66. To what degree has your prior work experience been helpful for performing your current job?**

Being in smaller companies, I have true end to end experience from strategically why we are doing what we are doing to the product creation and planning, to deliver it, not just to our sales team, but having done omni channel whether that was to our consumers or via .com and direct.

**67. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

All of it. That is hard because I have established that I've been working for a long time... Learning how to use Creative Suite (Adobe) - that helps me understand how the design and tech team works. Creating visual merchandising (VM) directives to understand how much product needs to be on the floor and how it is represented to the consumer. To understanding POS and sell-through metrics versus sell-in metrics and buying behavior.

**68. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**69. What job titles have you held at Nike prior to your current job?**

Senior product line manager (PLM) (Socks COE) and senior PLM (Kids Apparel, boys)

**70. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Nike is amazing at helping develop leadership skills and providing constant learning in that area, which, again, in smaller companies, even if you are managing teams, there isn't as much space for learning and growing your leadership skills.

**71. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

All of the above. Nike provides great classes, so I've done things like Manager Plus, there are Nike U modules. They also have formal mentoring programs, so I have participated in those. And of course, on the job experience, until you lead people at Nike and have an ER issue and work through that with your partners and understand the process - that is invaluable experience.

**72. What is your highest educational level?**

Master's degree

**73. In what field of study is your highest degree?**

Apparel MS

**74. How, if at all, has your education been helpful for performing your current job?**

I think it is invaluable. It is rare, but it has certainly given me an advantage as I understand textile science - sewing, production environment, design inspiration, marketing, financial analytics... I got to learn all of that in an academic environment. My BS is a double major in apparel and business.

**75. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I don't think any applicable

**76. How have these qualifications been helpful for performing your current job?**

N/A

## 12. Section 8: Working Conditions

**77. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid in a Nike office at WHQ, post-covid in my home office

**78. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**79. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

---

## 13. Section 9: Hours Worked

**80. How many hours do you work in a typical week?**

About 50

**81. To what extent do your work hours vary from week to week?**

In the summer, we have summer Fridays, where you can have half day Fridays. I try to take advantage of that. So those Fridays are lighter in summer versus the rest of the year. (We work hard Monday-Thursday to get to that Friday.)

**82. How many days do you work in a typical week?**

Other: 5 or 6 (sometimes 6, but not often)

**83. To what extent does the number of days you work vary from week to week?**

It kind of depends on the projects that pop up, if you have a quick turnaround or deadline that just can't be done in your 9-5 Zoom world.

**84. To what extent do you control your work schedule such as where and when you perform tasks?**

I have pretty good ownership over that, especially during work from home. It feels like there is less flexibility Monday-Friday, 9-5... Just based on schedules and regularly occurring meetings.

**85. What time do you typically start work each day?**

It can vary depending on my day. Sometimes it is 7:30, other days it is 8:30. But for sure I am plugged in by 8:30.

**86. What time do you typically end work each day?**

6:00pm

---

## 14. Section 10: Extra Roles

**87. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

Yes, I am doing two mentorship programs right now. One is for our summer interns and the other is our apparel DE&I mentorship program. For the summer interns, I do four touchpoint calls with my intern and the DE&I mentorship is about the same. Every two weeks we are connecting, helping with problem solving, discussing goals, tracking progress.

**88. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

I was doing an enterprise project, but it kind of falls under my broader team - so I don't know if I would count that here as a special project. It used to take a considerable amount of time (2-3 hours/week), but it has shifted since the reorg, where it feels like it's not an enterprise project any longer.

**89. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No - I might volunteer with some groups and they know I am a Nike employee, but I am not a representative of Nike

**90. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a**

**specific sports league's season?**

No

## 15. Section 11: Changes to The Job

**91. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

No

**92. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

I think initially, when I first entered my job, there was a lot of standing up of best practices of how the cross functional team should work together. Earlier in my role, I also spent a good amount of time working with the team to develop a product construct or classification offense for tees. That early work was foundational to get us up and running. Since then, my pivot has been now providing guidance, oversight, goal setting... I can do more of those day to day tasks.

**93. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Initially my tasks were standing up efficient processes and giving the team a framework in which to work. Since then it has been ensuring our teams have what they need to get their work done and are feeling a sense of job satisfaction.

**94. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes. We were very Excel based in terms of creating our plans when I first entered my job. And now we are more database driven. I mentioned AirTable and that has been a huge help for our team. We also use MIRO and that has been amazing working from home and being able to have a visual reference to the entire product offer in one place (it mimics a design wall where you see everything at one time, together). Our team has also been driving digital work, where we use BrowseWare which is a digital product creation tool, which has enabled us to reduce the amount of physical samples we need to approve product and shift to more digital renders and digital assets to approve and hand over product to our go to market partners.

Nike Job Analysis Interview

Response ID:13 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

12

**2. Interviewee Name:**

Killops Kathryn Louise

**3. Employee ID**

██████

**4. Interviewer Name:**

Chester Hanvey

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am responsible for developing new materials to improve the performance, cost, or sustainability of footwear. I'm responsible for evaluating new vendors and new material concepts. I have a background in chemistry so I use that background to evaluate new new concepts. I do a lot of vendor vendor management - I correspond a lot with vendors. i am guiding the vendors with my knowledge to develop the materials we need for Nike. This includes setting up contracts, deliverables, timelines. There are a lot of vendors because its materials vendors and testing suppliers (external testing resources). I'm in contact with 8-10 vendors in a monthly basis. Materials that go into shoes are made of plastics, foams, rubbers, polyester, cotton, ethylene vinyl acetate (its usually a flexible material). Another area of responsibility is career development and coaching or my direct reports. Another part of the job is to make more of myself in the job by influencing other parts of the business to be better partners, so I use my technical background to translate technical aspects to other groups within Nike to get the right resources and decision-makers to help us from their various functions to help accelerate. This would be any group that touches materials (e.g., chemical engineers, legal, corporate development) to make sure that we are aligned on the major goals.

**6. What tasks do you spend the most time performing?**

Meetings with lot of different people. A lot of products have a core team so we meet to develop plans to exchange information and move development forward. The core teams are all different but its the people who are responsible for the deliverable of the project. We will work on a part of a shoes (e.g., textile for the outside of the shoe or plate on the inside of the shoe). The materials can go in multiple places on the shoe so we have to figure where it makes sense for the material to be.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Using my technical background to help people understand where the biggest opportunities are for sustainability in our commodities materials (e.g., polyester, cotton, rubber, foam - materials that are used for many different purposes). The group that I work with is not a technical team and I add a complimentary skill to their skillset - they don't have the technical knowledge on their team. Its a lot of business people with communications experience but they are not used to using data to guide their decision making. Our job as technical experts is to use data to guide the rest of the team - how we can improve the performance of products and use data to back it up.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Nike is a marketing and design company. If you use emotion to guide decisions, it can lead us down a precarious path. We want to back up what we are saying with data and guide a logical progression. Making sure that can can do something that is

measurably better is critical and very important.

**9. How frequently do you perform these important tasks?**

Daily, it might come up in meetings and I'll need to use data to back up what I'm saying.

**10. What are the most complex aspects of your job?**

Navigating all the internal politics. There are a lot of emotions and some people make decision based on emotions. I use data to support my position which can be delicate because people may have their feelings hurt.

**11. What are the specific performance goals you must meet to be a high-performer?**

There is the aspect of getting your work done on time and on budget. Making sure that all the boxes are checked in the project. To be a high performer, you really have to be able to navigate to political aspects of the company well. It feels like selling yourself - requires shameless self-promotion. You shop your idea around. You may need to go to a different team to get support for your ideas. I have never really figured out my specific performance goals. It seems that if a product is successful, the people associated with that product are also successful. In innovation, there are a lot of products but only some of them are actually used in products. If the materials you innovate make it to market, its considered a success. Probably less than half of the products eventually make it market.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

We have carbon impact sustainability targets. They are science-based targets: 30% reduction in overall carbon impact by 2030. When we increase the volume of products, we have to reduce by 70% to reduce the total by 30%. For performance product (as opposed to lifestyle product), they need to be measurably better (or at parity) than what was was previously.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

My unique background in materials chemistry is the thing I fall back on often. Interpersonal skills are incredible important. Communication. The ability to plan and organize and chart into the future (creating project timeline). You need to have a vision for where a product is going and how it connects to the overall strategy. I use Microsoft office skills and data analysis skills in concert with chemistry background to interpret what is happening..

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Microsoft Office, Miro (like an online whiteboard where multiple people can contribute simultaneous - for project visualization and collaboration tool), Air table (like excel but its easier to manipulate how data is organized).

**15. What job title or titles will be next in your career progression?**

Director or Sr. Innovator - There are a lot of different roles to go into (e.g., Director of Materials).

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I have been trying to figure out what is required to get to the next level for the last 3-4 years. I've talked to HR, leadership team and other leaders but nobody can seem to give me any tangible and useful suggestions.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Footwear

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

Yes. All of the innovation work I do is specifically targeted to footwear. In my influencer role, I think about how changes to the materials and supply chain impact both footwear and apparel. There are meaningful difference between footwear and apparel. Apparel is not able to do as much in house and rely a lot more on their vendors.

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

Im and expert in UV (ultra violet) Chemistry.

**23. How, if at all, does this area of specialization shape the work you perform?**

When I first joined, we were doing a 3D printing project that required this expertise. I still consult on 3D printing projects from time to time.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

A lot, not sure I can put a number on it because almost every meeting is a different team. For example, on my stretch assignment along, I manage the communication for 6 or 7 different teams.

**26. How many people are on each team?**

3 to 30.

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

The materials team is set up into three sub teams: soul-lutions, fiber systems, yarns. I am a member of the fiber systems team. I report through that team.

**28. Who are the members of your primary team by job title and what work do they do?**

Director (1) - Leads the team
Sr. Innovators (2) - Material development, Vendor management
Materials Manager (1) - Material development, Vendor management, also manage one of the material innovator
Material Innovators (3) - They do similar things but less of the orchestration and strategic direction. They do more testing and analysis of samples.

**29. What do you specifically contribute when you work with your primary team to complete work?**

On our team, there is not a clear distinction for who does what. There is no leveling. There is a lot of overlap between the levels. Even the job descriptions are pretty much the same within the team. We are participate in discussions.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It is unpredictably spread evenly across the year. You don't know whether a contract will take 2 weeks or 6 months. You can't work on a project until the contract is complete. I try to have a lot of projects at the same time (some of which don't have contracts) so I'm not sitting idle if a contract takes a long time.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

My current role, I don't do a lot of high-precision work. I'm just starting to do carbon scoring, where there is a lot of data analysis, soliciting information from vendors on energy use, etc. That requires high precision to ensure data fidelity.

**32. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

Its periodic and its moderate.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

The politics and lack of clarity between roles. You don't know if what you are doing is right. There is a lack of power and lack of knowledge of power. I don't know if I have the power to complete my project all the way of if i will get in trouble for overstepping.

**34. To what degree does your work involve high time pressure?  Please explain.**

Not at all, I have the least deadline-specific job in Nike probably. I set my own deadlines to help get things done. None of the projects are connected to a release.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Weekly, if not multiple times per week. For example, the power went out for a few hours, my internet went out. Its mostly related to working from home. When in the office, there were a lot of disruptions from other employees, having side conversations.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I think I know what's expected of me in my current role. But I don't know what's expected of me or what's missing to get to the next level. Or how my role is different from other positions on the team. There is no clear role definition between positions which makes it really complicated to know who is in charge.

**37. To what extent is creativity important to perform your current job effectively?**

Important

**38. In what way is creativity required to perform your current job effectively?**

I have to be able to take in a lot of information that seems irrelevant. But I synthesize the information with my background to try to find synergies between different work streams to make thing run more efficiently. The other part is being creative about what is possible, and knowing whether its feasible. Are there different incarnations that would be more feasible. Thinking about

where a material goes and where it makes the most sense.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Pre-covid: 3 or 4 times a year. Post-covid: There is a travel ban

**41. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid, we travel to vendors and factor partners. I would probably have 1 international trip and 2-3 domestic trips per year. They are located all over the world.

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

10

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

95

**44. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid - At home or travelling.
Post Covid - Work mostly from home, but recently have been going into the office once a week.

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Because we are in innovations, the most important decision is how I spend my time. I'm the person to prioritize which work is the most important. I need to know what's most important to leadership. This could mean we miss milestones if I don't maintain project momentum. It would be a waste a resource if my projects don't stay on time and on budget.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes. My stretch assignment was my attempt to build my strategy muscle. I am helping to set the strategy for Nike's engagement with partners in the commodity supply chains. This is all because we buy a relatively small amount of polyester so we use our brand power to partner with large volume drivers to improve the sustainability of those materials for the entire market.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

I've tried. Its not technically part of my job. But there are instances where these things affect me (repeat the same things to vendors over an over) so I tried to create a policy of document to outline these things.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

I set the budget for each one of my projects. I am responsible for managing the spending against that budget. They can be anywhere from $30k to $500k.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

I've been on the hiring committee for 6 or 7 different positions. I made recommendations as part of the process. In my current role, I'm charged with creating the role description for a new position, which involved identify the skills gaps we have on our current team.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I have the authority to make recommendations for my direct report.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I have the authority to make recommendations for my direct report.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I have the authority to make recommendations for my direct report.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Other: Previously that was the policy, but now we have a policy where leadership signs.

**54. Please explain the type of legal documents you are authorized to sign.**

Non-disclosure agreements, Master Services Agreements, and Statements of work with vendors.

**55. How frequently do you sign legal documents on behalf of the company?**

A few times per year

**56. What is your spending limit without seeking approval?**

$500

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I mostly determine my own assignments, but leadership does make recommendations when they think my skills are well suited for a project.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

Yes

**59. How many Nike employees directly report to you?**

1

**60. What are the job titles of the employees who directly report to you and what work do they perform?**

Material Innovator - Sample testing and analysis.

**61. How do you supervise the work of those who directly report to you?**

Bi-weekly check ins for 45 minutes.

**62. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?

How do you supervise the work of those who <u>indirectly</u> report to you?

## 11. Section 7: Experience, Training, and Education

**63. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

4 years for the Army as a Research Chemist

**64. To what degree has your prior work experience been helpful for performing your current job?**

I did a lot of the same things at the Army. I did a lot of proposal writing, solicited a lot of proposals for funding and secured over a million dollars in funding to work on my research projects. I did a lot of technical interpretation - taking a technical topic and making it more approachable.

**65. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Skill in influencing others, confidence to secure resources for my ideas.

**66. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**67. What job titles have you held at Nike prior to your current job?**

Material Innovator (used to be called Material Researcher)

**68. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

I've done a lot of management training. I've put a lot of effort into improving my management style.

**69. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

There was formal management training, experience being a manager, and getting coaching from other managers.

**70. What is your highest educational level?**

Doctoral degree

**71. In what field of study is your highest degree?**

Chemistry

**72. How, if at all, has your education been helpful for performing your current job?**

I use it every day. I have to have a level of base knowledge to be able to speak intelligently about what I'm working on and move the work forward. The background is necessary to be able to think through the steps for how to complete the work. This is not something you would get at an undergrad level.

**73. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None.

**74. How have these qualifications been helpful for performing your current job?**

N/A

## 12. Section 8: Working Conditions

**75. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid I was in the office at HQ 5 days a week. Post-covid I am home at least 4 days a week.

**76. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

A few times per year

**77. Please describe the hazards to which you are exposed as part of your job.**

Fumes, heavy machinery, chemicals. If we do a trial at a factory, I would travel to the factory and be exposed to all the factory hazards.

**78. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Monthly

**79. Please describe the work you perform that has the potential for physical injury to yourself or others.**

I've cut myself with fabric cutters in preparing samples.

## 13. Section 9: Hours Worked

**80. How many hours do you work in a typical week?**

40-45

**81. To what extent do your work hours vary from week to week?**

Moderately. Its based on meeting schedules. Some weeks are packed with meetings so I have to find time outside of the meetings to do my work. Depending on disruptions from being at home, that can also impact work hours.

**82. How many days do you work in a typical week?**

5

**83. To what extent does the number of days you work vary from week to week?**

Only during the summer when they give us Fridays off. Or if I have a deadline or big presentation, I may work on the weekend to get it done.

**84. To what extent do you control your work schedule such as where and when you perform tasks?**

All the way.

**85. What time do you typically start work each day?**

Between 7:30am and 8am

**86. What time do you typically end work each day?**

Between 4pm and 5pm

## 14. Section 10: Extra Roles

**87. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I'm on the Community Crew. We are responsible for improving the culture of advanced innovation community (Innovation group within Nike). I informally mentor a few people on the team, more junior women employees.

**88. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

We have special projects all the time so its part of my job.

**89. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**90. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

We have goal setting at the beginning of the fiscal year so I'll set goals for myself and my direct report. At the end of the year we do a performance review. For projects, there are quarterly check ins/presentations.

## 15. Section 11: Changes to The Job

**91. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

When I was first promoted to Manager, I was working with my manager to do more team-focused organization. She was relying on me to help with team management. I no longer do that work. My stretch assignment has become a part of my job that is very different - its about influencing groups and getting cross-functional coalition and support.

**92. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

I spend less time on management training and building management skills that I did when I first started.

**93. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

I may have more autonomy and I have the ability to create my own process or influence the creation of processes.

**94. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Miro is something we started using very heavily during Covid because that was the only way we could collaborate in real time and see it.

Nike Job Analysis Interview

Response ID:14 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

13

**2. Interviewee Name:**

Takasumi Melissa J

**3. Employee ID**

██████

**4. Interviewer Name:**

Dustin Maneethai

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

As the director of Responsive Inventory Models (how Nike deploys different models of inventory, our fulfill and DPP - dynamic product program) my prevue is setting strategy, understanding business impact implications, and optimizing our inventory models. It is collaborate future DPP strategy and determine recommendations how responsive inventory will support a GEO success metrics. Project on reviewing integrator strategy - integrator sits between Nike and our partner, they consolidate orders and inventory fulfillment. The body of work typically uses a third party integrator, but down the road we have an opportunity to work directly. Strategy issues, Nike marketplace objectives. Also, DPP capabilities, road map prioritization, determining what tech investment Nike needs to operationalize and automate. Collaborate on test and learn agenda to optimize DPP. Determining key KPIs to test DPP hypotheses, to provide recommendations on how we can optimize the business.

**6. What tasks do you spend the most time performing?**

Meetings, lots of meetings. Because we sit in these global roles, not only do we work cross functionally, but also continuously back with the GEOs to gain insight, input, into work that needs to be done. Because of global role, we speak on behalf of GEOs to cross-functional partners to get tech enabled investment. Spend a lot of time deep diving into strategies, both short-term and long-term, to determine most efficient road map. A lot of workshopping and weekly touch bases because there are cross-functional dependencies that we need to influence and prioritize objectives based on the connected marketplace.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Biggest impact on Nike is setting strategy and innovation. Innovation could be operationalizing and also the optimization piece. Determining the most efficient ways of working and the business models that provide the best investment back to Nike.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

We insuring that we lay down foundational work as well as projections against alignment to future business goals. Setting strategy, making sure we're aligned for a 3-5 years cadence and into the future. Because we are not doing the day-to-day operations, it frees us up to ensure the long-term strategy is visualized.

**9. How frequently do you perform these important tasks?**

Currently in the midst of creating global strategy against each of the three pillars, integrator strategy, test and learn, and DPP. Right now we have a two-hour scrum session on Friday and we will have many more strategy sessions through August and

September.

**10. What are the most complex aspects of your job?**

The interdepend ices with cross-functional partners. Also, competing priorities and tech investment. So currently, there is massive tech constraint, so we are unable to enable the capabilities we need to drive up the business.

**11. What are the specific performance goals you must meet to be a high-performer?**

Ability to communicate at the leadership level effectively. To influence and garner support around our efforts. Also create compelling strategies and alignment or adoption with GEOs.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Yes, measuring key KPIs against DPP to show efficiency and productivity of the program, beyond typical demand metrics. The way DPP works, demand may not be the best metric, because of optimization, full price realization, reduction in liquidation, more profitable margins.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Creating compelling strategy decks or presentations to communicate cross-functionally thinking alignment at the leadership levels.
Collaborating effectively with GEO partners to align and prioritize their efforts.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Microsoft Suite
Keynote
InfoRetriever

**15. What job title or titles will be next in your career progression?**

Senior Director

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Visibility and access to senior leadership. It comes down to networking capability.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

Other: Global

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Yes, as a global employee we look more at setting long term strategies, establishing guard rails and best practices and develop recommendations. But the GEOs are actually the teams that execute against targets.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

No, we're more generalist and we look at overall business and not assigned to category or gender.

**23. How, if at all, does this area of specialization shape the work you perform?**

We look more holistically at the whole marketplace.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

6 teams

**26. How many people are on each team?**

Two to thirty

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

Connected marketplace inventory

**28. Who are the members of your primary team by job title and what work do they do?**

Senior Director - Connected inventory model
Director - New business models

**29. What do you specifically contribute when you work with your primary team to complete work?**

Creating strategy presentations. My portion is taking those strategies and operationalizing them.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

The workload is spread evenly across the year. However, more deadlines are congregated around the AOP process (our two halves investment funding intake) so we have to prepare documents that ask for tech investment. Unpredictable workload typically comes from senior leadership as they understand more around responsive inventory and have questions about the strategy and roadmap.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a**

high degree of precision?

Setting the test and learn agenda with global outcomes, we need to be very intentional of the metrics we want to measure and analyzing and capturing the data accurately in order to determine recommendations. Developing business model financials, we also need to be sure we're capturing accurate KPIs to prove the success of the program.

**32. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

Mid intensity, it appears to be pretty constant. As a new function our team was created out of CDA (consumer direct acceleration), we're standing up a new organization and ways of utilizing inventory that require basic foundational needs that are currently unfunded. Lack of prioritization of capabilities makes it difficult for reporting and operationalizing in season to best enable responsive inventory.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

We were more reactionary in our efforts early in the year, which required a lot of "sprint work" to answer inquiries from senior leadership. We appear to be in a position that we are setting a global point of view and communicating that strategy more proactively. Also, with the AOP process not clearly defined, we created numerous intake documents that did not receive funding due to lack of prioritization at the GEO and global functional levels.

**34. To what degree does your work involve high time pressure?  Please explain.**

To the degree that senior leadership needs more visibility to how the program operates and long term objectives. We often felt the pressure to create high level documents to communicate.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Again, in response to functional leaders not understanding the purpose of DPP and how it fits into responsive inventory. We had to react very quickly to questions and inquiries.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

At the onset of CDA, our roles were not clearly defined. There was a lot of overlap, duplication, and redundancy, we have used the last six months to provide more clarity to our roles. Currently, the team has done work to improve definition of roles and responsibilities, but as it is a new organization we will continue to be as flexible as possible.

**37. To what extent is creativity important to perform your current job effectively?**

Important

**38. In what way is creativity required to perform your current job effectively?**

Looking at an issue or situation from differing points of view and providing options or creative solutions is key.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Got my job during COVID, so do not know.

**41. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Not applicable

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**44. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Post COVID work 100% at home.
Pre COVID 100% at WHQ.

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Creating global strategy is our most important work, because it sets more holistic, long term view that GEOs can use as a template when they are fashioning their own strategy. If a poor decision was made, we would lose our credibility and trust within the GEOs.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes we are responsible for creating long-term vision for responsive inventory models.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes, we develop guard rails and playbooks on different aspects of responsive inventory to highlight GEO best practices, establish thresholds, and test assumptions.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

No

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

No

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**54. What is your spending limit without seeking approval?**

None

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both

## 10. Section 6: Supervising Others

**56. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**57. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**58. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Advertising agency - Advertising Account Executive - 2 years
Advertising agency - Creative director - 2 years

**59. To what degree has your prior work experience been helpful for performing your current job?**

Understanding consumers and marketing strategies. And multitasking working with vendors, contract negotiations. I use all those applications in some shape or form now.

**60. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Analyzing consumer data, which is not unlike what we do now to do analysis on our test and learn agenda.
Understanding in how to conduct a proper test.

**61. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: Lateral from another job at Nike

**62. What job titles have you held at Nike prior to your current job?**

Retail Brand Presentation Producer
Global Product Line Manager
US Senior Merchant
NA Merch Director Running Apparel

NA Category Sales Director

**63. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Organizing information in a thoughtful narrative. Creating compelling presentation decks. Ability to present effectively. To work cross-functionally. Being a part of a high-performing team.

**64. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job experience.

**65. What is your highest educational level?**

Bachelor's degree

**66. In what field of study is your highest degree?**

Business

**67. How, if at all, has your education been helpful for performing your current job?**

Business background has been helpful in understanding financial metrics. Marketing background/education has been helpful in analyzing consumer data. And my management education has been overall helpful.

**68. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None

**69. How have these qualifications been helpful for performing your current job?**

Not applicable

## 12. Section 8: Working Conditions

**70. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid WHQ
Post-Covid work from home

**71. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**72. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**73. How many hours do you work in a typical week?**

36

**74. To what extent do your work hours vary from week to week?**

It's pretty consistent.

**75. How many days do you work in a typical week?**

5

**76. To what extent does the number of days you work vary from week to week?**

It doesn't.

**77. To what extent do you control your work schedule such as where and when you perform tasks?**

100% control of my work place, working from home.

**78. What time do you typically start work each day?**

7 AM. It should be 8, but they these EMEA (Europe) calls that are scheduled at 7.

**79. What time do you typically end work each day?**

Mostly 5 PM, but once a week we have calls with APLA (Asia Pacific Latin America) or global calls so that extends the time because of lag time.

## 14. Section 10: Extra Roles

**80. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

Yes, I am an intern mentor. Providing another point of contact for our 2021 interns, I conduct weekly meetings, groups and individual, with three interns. I've also been an informal mentor. I have also done some several stretch positions, that's usually when you cover for someone who is in a different category, function, or position for an extended period of time (such as maternity leave, pulled for extended project, or no one in that position).

**81. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

I did a merchandising stretch to running into women's training (6-9 months).

**82. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**83. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No

## 15. Section 11: Changes to The Job

**84. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

We have restructured our team since the CDA re-org which has changed my position slightly. Instead of director of DPP, I am

now director of responsive inventory, which takes a larger view of our overall inventory models. Also, been put on point to develop our global test and learn agenda. And my primary accountabilities now include operationalizing aspects of connected inventory.

**85. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Spend more time on the test and learn, with weekly meetings, now with GEOs and separate meetings with global counterparts.

**86. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Because we are a new organization we established processes and procedures that were not in place 9 months ago. This includes our AOP intake process has evolved and has become more streamlined.

**87. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Attempting to get access to an analytics dashboard that was built in InfoRetriever, but that process has been taking several months. Slack, we now use Slack as our primary source of communication, we not only have text and emails, I now need to check my Slack app.

Nike Job Analysis Interview

Response ID:15 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

14

**2. Interviewee Name:**

Piecka Wendy Carol

**3. Employee ID**

███

**4. Interviewer Name:**

Noel Williams

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

As a product director, major responsibilities are leading the prioritization and implementation of order management processes and representing MPO (market place operations), business needs and strategic innovation projects. Within that I manage, and responsible for the portfolio of work and as a people manager I manage multiple direct reports. Lastly, I'm responsible for relationships for maintaining and developing collaborative relationships with relevant business stakeholders and geo MPO partners. I drive approval of assigning business value to recommended work. I confirm return investment with tech partners, I present our AOP (our final budget) to SLT (senior level) and executive level leadership for approval. On a program level, identifying and escalating risk issues and roadblocks - and driving resolutions . Communicating program status as well as project status, milestones and achievements. Responsible for signing off on commitments, making sure they are delivered on time and in budget. I am responsible for prioritizing our technology backlog and ensuring that our tech teams understand all requirements. Coaching and mentoring my direct reports. Developing and promoting talent.

**6. What tasks do you spend the most time performing?**

I spend a significant amount of time leading collaborative cross-functional meetings and working sessions. I meet with cross-functional partners to maintain alignment on priorities, work timelines and delivery deadlines. I meet with senior level leadership to educate and inform on program status, wins, risks and issues and engage their help when needed. Engagement with stakeholders to ensure that we have alignment on priorities, as well as facilitating presentations to stakeholders to show the benefits of our work to them, to achieve their buy-in and support. I review and approve program roadmaps, timelines and budget. Most of my time is spent driving the key components of the program to ensure that they are delivered on time and in budget with quality.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Approval of prioritized program roadmap and backlog. Resolving escalated issues and roadblocks. Coaching my direct reports on product management best practices. Creating and distributing weekly, monthly, quarterly status updates and program communications. Facilitating working sessions and meetings that drive decision making and alignment on priorities and the work. I do midyear and endyear reviews for my direct reports. I get signoff and approval from my key geo and global partners to ensure our work is of the highest value and is in alignment with Nike strategies.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Because in a world where there is only so much funding, resource capacity and time - it's critical that we are supporting and

delivering the most critical and high value processes and tools that enable Nike's highest priority strategy.

**9. How frequently do you perform these important tasks?**

Daily.

**10. What are the most complex aspects of your job?**

Due to the Nike matrix and the crossfunctional nature of the work, achieving and maintaining ongoing alignment on prioritization across the number of teams and individuals involved and/or required is both essential and time-consuming. The annual budget process creates complexities in how to best support multiyear programs and projects.

**11. What are the specific performance goals you must meet to be a high-performer?**

Deliver commitments on time, in budget, achieve high adoption rate from business users, demonstrate improvement on committed key performance metrics, consistently promote talent, deliver value and committed return on investment.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Some examples would be reduced operations cost, improved SLA (service level agreement), improved productivity

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Product management experience, strategic thinking, collaborative relationship building, business acumen, technical ability relevant with tools (Confluence, Jira, excel), problem solving, ability to lead and manage crossfunctional teams, effective storytelling.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Commonly Microsoft Office tools, Confluence, Jira, Power Bi or Tableau.

**15. What job title or titles will be next in your career progression?**

Senior Director would be next in my career progression.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

A proven ability to lead, manage and deliver a program portfolio, ability to manage and lead large and high-performing diverse crossfunctional teams, reputation amongst stakeholders as an influential partner, highly organized. In my role its special knowledge, thorough knowledge of end-to-end, order management capabilities and business needs.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

Other: Global Market place operations

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

As a member of global market place operations, we are responsible for leading with globally led design in partnership with the geographies. No necessarily different than other geographies.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

Order management , processes, systems and tools.

**23. How, if at all, does this area of specialization shape the work you perform?**

It provides clarity on our area of ownership and engagement.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

Several - I have my primary team that I report into and that I support. I also could be a member of multiple other teams depending on the type of work or deliverables we are currently working on.

**26. How many people are on each team?**

It could be a few to 20 depending on the crossfunctional nature of the work that the team is working on. One team could be working on a small process improvement within a geography that requires only a few people, or we could be driving work within a large program like SEC activation (Strategic Enterprise Capabilities) which require the whole program (several 100), but we engage with 20 to 30 people.

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

I have three primary teams: Global MPO (market place operations) strategies and capabilities , Geo MPO (Market place operations), and our OSD (Order Services Domain) technology team.

**28. Who are the members of your primary team by job title and what work do they do?**

Global MPO - Senior Product Director, Product Director, Product Manager, Project Manager, Process Manager, Process Director, Program Manager, PMO (Portfolio Management Organization) Director,
Geo MPO - Geo MPO Lead
OSD - Technology Director, Technology Manager, Business Analyst, Engineer

**29. What do you specifically contribute when you work with your primary team to complete work?**

I bring expertise on the products and programs I lead and drive conversations to ensure my primary team understands the work we're doing and how it should be prioritized within our portfolio.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

There are minor peaks and valleys as project work ramps up and completes. It can be unpredictable because we don't always know the next problem that we are going to solve. We tend to be under-resourced, so work sits often at or over capacity.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

Our work requires accuracy around identifying root cause, then definition of requirements to enable technical and development work and estimating timelines and completing relevant documentation. If we did not deliver the appropriate level of precision, we will not identify the appropriate root cause. We will contribute to the development of a flawed tool or system and we'll deliver a poor or unusable solution.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant?  Please explain.**

Periodic high stress, constant moderate stress. The reason is that we are often tasked with delivering complex solutions with limited funding and unrealistic timelines.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

The most stressful aspects of the current job is achieving project approval and securing related funding. Also, trying to achieve a high quality deliverable within very tight timelines. Another stressful aspect is working with crossfunctional teams that are not aligned with our priorities.

**34. To what degree does your work involve high time pressure?  Please explain.**

My work includes high time pressure when we are at risk of missing a key milestone or a deliverable is at risk of not going live on time. Another driver of high time pressure is when we have an issue that blocks our work moving forward.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Often. We are constantly having to reprioritize our program backlog based on marketplace performance and competing Nike priorities.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

Yes, my role is clearly defined. I understand what is expected of me. My responsibilities are clear to me as well as what I am expected to achieve.

**37. To what extent is creativity important to perform your current job effectively?**

Critically Important

**38. In what way is creativity required to perform your current job effectively?**

We often have to identify multiple ways to solve a single problem, particularly when funding or resource capacity is a constraint.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if**

applicable (use "Other" box).

Other: Pre Covid - a few times a year, Post Covid - not at all (current)

**41. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre - Covid: I travel to Amsterdam EMEA (our European HQ). I also travel to Shanghai.

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

40

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**44. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: Other Nike buildings that were not my primary location. Home (but not very much), Amsterdam and Shanghai Nike business offices.
Post - Covid: home.

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

What work is prioritized on our roadmap. I also decide on the scope of that work. I decide what the work is. I approve the timelines . The consequences to Nike is that a poor decision results in misuse of Nike funding and resources and a poor user experience for MPO teams.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, involvement in strategy development and strategic planning for order management capabilities. I contribute by representing our GEO MPO community, ensuring their highest priority requests are approved and delivered.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

I contribute to the roles and responsibilities for business product management employees. I define the roles and responsibilities.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes, I do in managing budgets. I submit a budget request annually and I am responsible for delivering within the approved budget and amount given.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

I have authority to interview and hire employees for approved openings within my area.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I make recommendations. I have the authority if I'm the one hiring the position. I don't have the sole authority to promote an employee outside my area. I can determine employee promotions for jobs within my area.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I have authority for employees that are my direct reports.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I can make recommendations and I have authority in partnership with my HR manager.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**54. Please explain the type of legal documents you are authorized to sign.**

Statement of work for contract employees (primary one).

**55. How frequently do you sign legal documents on behalf of the company?**

Other: Occasionally

**56. What is your spending limit without seeking approval?**

I don't know.

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both. My manager may assign me to an area or an area of work, but then I determine my own assignments within that area of ownership.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

Yes

**59. How many Nike employees directly report to you?**

Currently 5.

**60. What are the job titles of the employees who directly report to you and what work do they perform?**

Senior Product Manager - leads and delivers specific tracks of work and may have a direct report.
Product Manager - leads and contributes to a specific track of work.

**61. How do you supervise the work of those who directly report to you?**

I attend meetings that they lead or participate in. I hold weekly one-on-meetings with them to review their work. I solicit feedback from their peers and crossfunctional partners. I review their deliverables. I hold weekly team meetings to understand the status of their work and help them remove roadblocks.

**62. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Yes

**63. How many Nike employees <u>indirectly</u> report to you?**

1

**64. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

Senior Product Manager - leads and delivers specific tracks of work and may have a direct report.

**65. How do you supervise the work of those who <u>indirectly</u> report to you?**

I attend meetings that they lead or participate in. I hold weekly one-on-meetings with them to review their work. I solicit feedback from their peers and crossfunctional partners. I review their deliverables. I hold weekly team meetings to understand the status of their work and help them remove roadblocks.

## 11. Section 7: Experience, Training, and Education

**66. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

most recent - Supply Chain Manager (Microsoft) - 14 months
Product Management Director (Nordstrom) - 10 years
Merchandise Buyer (Nordstrom) - 5 years

**67. To what degree has your prior work experience been helpful for performing your current job?**

Very helpful as it provided me with retail experience, supply chain experience and product management experience. Both as a driver of work and as a people manager and leader.

**68. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Product Management methodologies, continuous improvement methodologies, supply chain processes, merchandise buying experience, presentation skills and storytelling.

**69. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**70. What job titles have you held at Nike prior to your current job?**

None.

**71. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Order management processes, wholesale business processes, use of Confluence and Jira

**72. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job experience.

**73. What is your highest educational level?**

Bachelor's degree

**74. In what field of study is your highest degree?**

Cinematic Arts (Bachelor of Arts)

**75. How, if at all, has your education been helpful for performing your current job?**

Directly not helpful, but overall it has been beneficial. My degree doesn't directly apply to what I do today.

**76. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I don't have any other formal certifications.

**77. How have these qualifications been helpful for performing your current job?**

Not applicable.

## 12. Section 8: Working Conditions

**78. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid - at Nike HQ in multiple buildings, and occasionally at home.

Post-Covid: work from home.

**79. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**80. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**81. How many hours do you work in a typical week?**

50.

**82. To what extent do your work hours vary from week to week?**

Not much.

**83. How many days do you work in a typical week?**

5

**84. To what extent does the number of days you work vary from week to week?**

Very rarely does it vary.

**85. To what extent do you control your work schedule such as where and when you perform tasks?**

I largely control where. As to when - I can control when I'm not available, but I have less control when meetings or other working sessions are scheduled. I can determine when I set aside time to complete activities or tasks.

**86. What time do you typically start work each day?**

7am.

**87. What time do you typically end work each day?**

6:30pm.

## 14. Section 10: Extra Roles

**88. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I have mentored other product managers and have served on our culture club committee as a core team member.

**89. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

I worked on building trainings for my team - working 8 hours over 6 weeks time. I have planned crossfunctional offsite meetings, requiring ten hours of my time.

**90. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**91. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**92. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

I wouldn't say that my tasks have changed, but they've grown in complexity - as my role and my team's role has evolved.

**93. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes. The time I've spent has increased. Due to the magnitude and breadth of the work that I'm managing in relation to when I first started.

**94. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, in that we are more organized and utilizing tools and resources like Confluence, Jira, and ARIS to be more efficient.

**95. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, we've incorporated more and better time management and documentation tools/programs again to help us be more efficient.

Nike Job Analysis Interview

Response ID:16 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

15

**2. Interviewee Name:**

Floberg Carly Ann

**3. Employee ID**

██████

**4. Interviewer Name:**

Alex Jou

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

two different segments: people manager managing data analysts. business leader across apparel and accessories to understand cross functional business needs and making decision based on her understandings

**6. What tasks do you spend the most time performing?**

sitting in on leadership meetings across apparel and accessories. conducting business needs meetings with product teams. working on strategy with directors and future strategies for teams: workchart, rolling out strategy

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Having meetings with apparel and accessories leaders. work in airtable with project delegation, load delegation. Meet with all direct reports every week to make sure all connected internally

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Can help support leaders with greatest needs, makes sure that apparel and accessories are vetted otherwise products would be going out not vetted into the market and product not getting tested.

**9. How frequently do you perform these important tasks?**

Multiple times a day.

**10. What are the most complex aspects of your job?**

Lost half of team recently so most complex thing right now is prioritizing external asks coming in based on impact of the buisness and who they have on the bench (their team)

**11. What are the specific performance goals you must meet to be a high-performer?**

No matter what has to be a high performer because not enough team members right now, being able to think more strategically than most other managers, think really future innovation (how do we grow, how do we adapt, how do we align with company priorities)

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Not in this role

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Came from product managament and being able to multitask be organized detail oriented good communicator. All the people skills how they function (being a parent essentially) and being able to manage appropriately. Came from data anaylsis so know how they think. Strategic thinking and balance multiple personalities.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Microsoft Suite, Keynote, VOTA website( thieir own created website), Qualtrics (survey tool), user testing (database of human beings), airtable, sharepoint, Nike box (where they store all of their things)

**15. What job title or titles will be next in your career progression?**

Director

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Everything you're doing but to the next level, already doing a lot of director type work and director level conversations, so more about elevating current skill set

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Other: Apparel and Equipment

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

The work would be the same, the expectation would be the same, would be at director level

**20. Are you assigned to a specific Sports Category (dimension)?**

Other: All dimensions in apparel and equipment

**21. Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

If assigned to one specific category, would be a lot more of an expert in one area than spread across areas. For example used to be focused on consumer half only of business but now she has to do both sides of business because spread so thin.

**22. Are you assigned to a specific Product Line/Gender?**

Other: Work across men's, women's and kids

**23. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

Same as answer above, if could focus on one product line would be able to really hine in on one area and be and expert, as opposed to be spread thin across all business.

**24. Do you have any additional specific areas of specialization? If yes, what areas?**

Footwear, was a product manager their for 8 years so knows how to market and manage. Was a footwear product manager for 6 years and footwear analyst for 2 years.

**25. How, if at all, does this area of specialization shape the work you perform?**

Work with PM's alot so can understand what it's like to be in their seat and have a full understanding of what it's like to do their job allows her to do her job better.

## 7. Section 3: Work Team Structure

**26. Do you work as part of a team?**

Yes, I work as part of a team.

**27. How many teams do you work on at a time?**

1, works WITH multiple other teams (every dimension and gender in apparel)

**28. How many people are on each team?**

13

**29. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

Apparel wear testing

**30. Who are the members of your primary team by job title and what work do they do?**

Awt director - meets with VP and above leadership to inform them of strategy and create awarewness and visibility to Nike initiatives and priorities and also create awareness of new change that you need to be aware of. insures alignment to apparel initiatives on a weekly/daily basis

2 managers - lead a team of anlalysts in collecting data and insights to impact apparel product in the creation process. also lead and drive our teams priorities in alignment to dimensional leadership priorities

Senior analysts - highest caliber analyst, coaching peer reviewing test design thought partners and usually have heavier workload then standard analyst putting garments on consumer and insuring that they are performing to the standards of product creation team and collecting data and insights to inform the product creation process

Analyst 2 - putting garments on consumer and insuring that they are performing to the standards of product creation team and collecting data and insights to inform the product creation process

**31. What do you specifically contribute when you work with your primary team to complete work?**

Insuring that analysts are on task and organized and supported and have the resources they need to accomplish their job. On a daily basis has to insure their workload capacity is regulated. Take care of them in general and making sure that their ok and weekly meetings with them.

## 8. Section 4: Work Characteristics

**32. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

Somewhat predictable, for any people manager there's always peaks based on fiscal year timing, there are not a lot of valleys, for the most part predictable but there are some moments that they gear up for.

**33. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

Doesn't exactly apply, team has templates that they work within so that everything is trackable so everything aligns with what they promised. Have their best practices and standard operating procedures to make it good for people they are partnering with. Consequences are disappointing cross functional partners, leadership would be unhappy, legal team could be unhappy, brand contacts must be met for certain athletes.

**34. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

At given moment is high, has been high for a while, team being resuced is very stressful because they have to keep telling no because ot enough manpower. Stress has been constant because of letting team members and cross functional partners down and also manager going on sabbatical so having to manage more people on her own. Believes function is undervalued and having to prove themselves constantly is constant pressure.

**35. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

Everytime they have discussion about new projects, have to priotize the priorities, has a bunch of different VP from different dimensions telling them why their product is so important so has to impease all of their needs while not overworking analysts and also making sure the analysts are doing their job right.

**36. To what degree does your work involve high time pressure? Please explain.**

Not on daily basis, comes up with sample delays, athlete availability (ex. when athlete at US open is only available for a few hours) test a lot of products and having right consumer and getting answer s in time, not only everyday consumer but also athletes. getting results in right time to teams before it launches for promo.

**37. To what degree is your work impacted by unexpected disruptions? Please explain.**

Most disruptive is when plan changes that is out of control, factories closing is biggest one right now, having to pivot rapidly/change has been pretty consistent, Sample delays are most constant and athlete availability.

**38. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

Comanager and I are reconstructiong roles cause they have evolved, she knows what is expected based on boss's expectation, already doing more than what's on her list of standard roles and responsibilities doesn't believe that if she told someone what she did on a day to day basis it wouldn't align with the job description.

**39. To what extent is creativity important to perform your current job effectively?**

Critically Important

**40. In what way is creativity required to perform your current job effectively?**

Constantly evolving in the way they do their day to day, every day putting analysts together as puzzle pieces and has to be very nimble and flexible together and create problem solving solutions everyday and thinking creatively on how to motivate different kinds of individuals and how to connect with them especially on zoom. Problem solving requires creativity.

**41. How frequently, as part of your current job, are you required to physically exert yourself?**

A few times per year

**42. Please describe the work you perform that requires you to physically exert yourself.**

Lift boxes, and help clean up and archive their stuff, and digging through old boxes

**43. What specific physical abilities are required to perform your current job effectively?**

**44. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**45. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**46. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

95

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**47. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

what projects they can support across apparel and accessories - prioritization is necessary in alignment with apparel initiatives and moving the needle for Nike apparel overall, if wrong projects are picked everyone will get mad including leadership, if wrong things are prioritized and gets on screen at Olympic they're going to figure out she said no

assigning right people to projects - makes sure team can deliver on project and expected outcome

**48. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

yes, strategic planning for her team for the actual individuals in individual development and professional development has spent days/weeks in meetings developing new strategies in the last few years in terms of creating org charts mission statements the pitch deck has had a step in every part of the way. Equal thought partner with co-manager and director.

**49. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

team has plethora of standard opertating procedure with whole new chapter on safety protocol for COvid since representing Nike externally has to know how to engage with collegiate teams NCaa teas professional teams and helps write the content and updates with analyst help accordingly

**50. Do you have any involvement in managing budgets?  If yes, what is your role?**

yes, travel budget team budgets random expense budgets for offsites gift card budget for compensating tester and equipment managers for help with testing team budgets for new software has a part in all those conversation even in cell phone and computer budget. Equal contributor to director and co manager has to work on submitting budgets with them. Doesn't do it single handedly but participates frequently in those conversations.

**51. What level of authority do you have, including making recommendations, to hire employees, if any?**

hiring manger if their is opening on team, with panels created it's less of a single person determining. Can make recommendations if she has experience working with person or speaks to their skillset that applies to job and also has worked on panels making decisions.

**52. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

high level of input but not as much authority, can go to HR and make recommendations but can't wave magic wand to promote them but definitely makes recommendations off of who she believes should be promoted but believes her input on promotions is taken into account.

**53. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

If needed to put employee on action plan (person isn;t doing job as expected or isn't able to do day to day task as expected and goes to HR to have person take job more seriously, gieving people roadmap to get back on track) her director would put that into action, hasn't had to do much lately

**54. What level of authority do you have, including making recommendations, to terminate employees, if any?**

has to go through multiple steps at Nike for anyone to get terminated, HR would have to reach out to her and there would be a heavy investigation as to why she reported it, or if she was a witness to something that happens she has same authority as everyone else

**55. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**56. What is your spending limit without seeking approval?**

75$

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

both, director delegates projects and areas to her based on their strengths but if she has special interest she can definitely ask for that to be something that she does

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

Yes

**59. How many Nike employees directly report to you?**

3

**60. What are the job titles of the employees who directly report to you and what work do they perform?**

Analyst 2 - their jobs to put garments on the intended consumer and collect data and insights to help inform product creation team

**61. How do you supervise the work of those who directly report to you?**

constant communication, has a tracking tool and airtable, text messages open minded communication looks through tracking tool and always being available for coaching always welcome to ask questions and rolls into weekly check ins and covering their projects and steps in when asked/neeed as a manager for example if something is off the rails or not getting response they need, but usually have a long leash to do their thing

**62. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**63. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Mortgage in banking (loan coordinator) 2 years
account manager for footwear sourcing 1 year

**64. To what degree has your prior work experience been helpful for performing your current job?**

Extremely helpful, wouldn't have been able to get back into Nike without working in footwear got a full education on how footwear is sourced and made, super detailed working in load coordinating long hours basically a project manager so keep things on time and super organized and corresponding with mortgage brokers and account team internally got used to working across different functions.

**65. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

team collaboration, product management, prioritization, strong communication, task delegation, organizational skills, clear communication

**66. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**67. What job titles have you held at Nike prior to your current job?**

Footwear product testing coordinator
Footwear product analyst 1
Footwear product analyst 2
Associate product line manager
product line manager
apparel testing wear manager

**68. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

navigating corporate matrices, footwear knowledge and expertise, data analysis, cross functional collaboration, people management, project management, prioritizing multiple projects, strategy building, expenses, financial decision making, managing a footwear business

**69. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Experience on the job and definitely coaching and mentoring. Both her coaching others and also other coaching her

**70. What is your highest educational level?**

Bachelor's degree

**71. In what field of study is your highest degree?**

Communications

**72. How, if at all, has your education been helpful for performing your current job?**

Extremely, has always worked on teams at Nike. has always been a contributor and a collaborator at Nike, communication at both verbal and non verbal levels, reading a room, editing emails, putting together decks and presentations, getting up in front of large audiences

**73. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Nike U classes: manager essential classes, shoe school, chemicals class

**74. How have these qualifications been helpful for performing your current job?**

especially manager classes because they taught her what Nike expects for people leaders because everyone has different interpretations and getting standard Nike standards and also knowing how to establish team culture and class gave her good starting block for managing

## 12. Section 8: Working Conditions

**75. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre covid: worked in office all day every day at world HQ
Post Covid: working from home majority of time, has gone in office 4 times

**76. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**77. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**78. How many hours do you work in a typical week?**

40-50

**79. To what extent do your work hours vary from week to week?**

Pretty consistent

**80. How many days do you work in a typical week?**

5

**81. To what extent does the number of days you work vary from week to week?**

Consistent

**82. To what extent do you control your work schedule such as where and when you perform tasks?**

during operating hours always available unless if there is a kid appointment she will make up hours later, so has some flexibility with when hours are

**83. What time do you typically start work each day?**

8:30-9am

**84. What time do you typically end work each day?**

5pm

## 14. Section 10: Extra Roles

**85. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

A few people refer to her as mentor, helps coach and mentor Nike employees

**86. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

No

**87. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**88. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No, pretty consistent throughout the year

## 15. Section 11: Changes to The Job

**89. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

Overall, no

**90. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

yes, when first got on team was less involved in strategic conversation but that takes up alot of time now, now she does all day offsite strategic planning at least once a month, even leadership meetings are 2-3 hours a week where they used to be 1 hour or less a week. Overall more involved in leadership discussions

**91. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

yes, strategy shift caused process to changed significantly, much more streamlined, efficient and organized and more connected to apparel initiatives due to leadership conversations she has been in and do away with less platforms and softwares and try to get it all into one place

**92. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

airtable is most recent change it is their massive primary tool for organization used by their team and used for metrics and keeping track and user testing is new as well

Nike Job Analysis Interview

Response ID:17 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

16

**2. Interviewee Name:**

Currie Jillian Maree

**3. Employee ID**

███

**4. Interviewer Name:**

Sam Stelman

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

My major responsibility is ensuring tools have the features to meet the needs of our business users. Tools involves the inhouse system of LPX (Line Plan Excellence) and some third-party tools like SmartSheet, AirTable. I do this by talking a lot to our end users - find out what they need, what is working, what isn't working, how they would like to change things... Having those discussions and capturing that, then handing that off to our UX designers and tech leads so they can implement those changes. After that is done, then I go back to the users to confirm the changes are what they expected and do what they need to do, then once it is approved, then we approve it for production. Sometimes, if it isn't something that our inside team does, then we find a third-party team or tool that can meet that need. I also create roadmaps and strategies for tools and applications.

**6. What tasks do you spend the most time performing?**

Talking to our end users. That is what I spend the most time doing. If I look at my calendar, 2-3 times a week I am talking to those groups. Then it would be documenting, then handing it off to our tech partners. Documentation is quicker than the other two elements.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Talking to the end users, that is the most important. If you don't know what they want, you'll deliver tools that don't meet their needs. The ultimate goal is that they reach out if they have any concerns or problems - once you have that relationship and level of communication, it makes the entire process easier.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

This allows us to deliver tools that save them time and enable them to do their jobs. If you don't know their needs, you might deliver something they don't need. And then Nike is spending time on tools that don't get used. So it is all about making their life easier, which in turn helps their work life balance. It also allows them to focus on their actual jobs versus all the other stuff.

**9. How frequently do you perform these important tasks?**

I talk to users at least once a week, and I talk to several different users. That is through meetings, Slack, or email. A lot of it depends on calendar availability and also the other tasks going on in their week.

**10. What are the most complex aspects of your job?**

I would say it is working with the tech team to deliver what will actually solve their needs. We have to explain the user to the tech team, we have to explain their needs, why it is a need, and how people use computers.

**11. What are the specific performance goals you must meet to be a high-performer?**

I think having your end users promoting your tools - versus if they are trying to avoid using it... Having that relationship where if they think of an idea, they call you. I think that means you have that level of relationship with the user and you can make decisions on their behalf. And having the trust with your tech partners where they can be creative, and allow them to do what they need to do to solve the problem. But to have those relationships, with trust and respect, that is what you must have. Also the ability to build strategies and roadmaps.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

No

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

You need to know how to build relationships and trust. You need to be able to clearly document and explain your user needs. And you need to be able to explain technical needs back to your end user (if they ask for something that can't be done). You need to be able to negotiate with your tech partners about what they can and can't do. And negotiate back with your end users about what can and can't be done. You need to be very open minded and need to be able to figure out what solutions are - if you narrow too quickly, you can miss things. And you need to be thick-skinned, so teams can vent to you without you taking it personally.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

MIRO is currently my tool of choice. MIRO is an online whiteboard collaboration tool that has templates, sticky notes, workflows, comments. And we use PowerPoint frequently. The others are standard (email, Slack, Zoom).

**15. What job title or titles will be next in your career progression?**

My next title would probably be Director of Product.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I don't know. I've heard different things. They probably want to hear more strategy and also want to know that you have the skills to manage people.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

I have specialized knowledge in how countries and geographies (e.g., APLA) work. This helps me because when I hear what people need, I can provide some answers to questions and think through how it will impact them.

**22. How, if at all, does this area of specialization shape the work you perform?**

I think it helps me have a greater understanding when people talk about how they work with geos (geographies). They know that I know how geos work, so they don't need to explain it to me. They can ask me, "If I do this, will the geos do..." And then I can weigh in with yes or no.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

Officially 1 (Product line plan team)... Currently I am working on 4, but they are considered part of my job (I consider them part of it, but other people don't necessarily)

**25. How many people are on each team?**

There are 4 people who I work with often as part of the core team.

**26. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

My product line plan team. My end users are across multiple teams.

**27. Who are the members of your primary team by job title and what work do they do?**

There are three roles/people in the core team: Senior UX designer, Technical product owner, Delivery director. We also work with tech engineers, scrum master, global merchandisers, product line managers, and operations. Senior UX designer: Designs interfaces that our end users will use. Technical product owner: This person helps me interpret things for the technical teams and helps me coordinate work for the technical teams. Delivery director: Determines what and how the tech teams will actually do the work - they are the technical expert of how things will be coded and all things technical.

**28. What do you specifically contribute when you work with your primary team to complete work?**

I am considered the business expert, so my role is to take business needs, requirements, problems, and general business perspective on what will or won't work to that group. I do initial testing to say, "no this won't work for our users" and I help roll it out to our users. So I am the person between the tech teams and the user groups. I also tell them the strategy and the roadmap.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct**

**peaks and valleys, is it predictable or unpredictable? Please explain.**

I would say it can be unpredictable, in that I don't necessarily know what our users will want when and when the business will change its mind - that is what makes it unpredictable. It can be predictable as the tech teams plan every three months, so from the delivery side, there are predictable parts. The business side can be a little unpredictable (you can plan what you think, but then they throw a curveball and you need to change and adjust). There aren't really peaks and valleys, although some quarters are busy and others are less.

**30. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

The nature of the work is not precise. So a very low percentage requires precision. People change their minds, so in an ideal world you get to 80% of what users want but realistically, you are lucky to get to 40%. So you have to be okay with failing fast (to use the latest buzz words). As you build the relationship, that percent increases.

**31. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

Fairly low. (That could be my personality though.) I think you could make it more stressful if you want to be stressed out. But you are there to serve your customers, end users, who are all internal. And I find people to be reasonable if you explain things to them. I like talking to people, so for me, it is fairly low stress. It can be stressful when trying to meet deadlines.

**32. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

Yesterday I was talking to someone (an end user) about her role (what her job is, what her process is) and she burst into tears - so I would say the most stressful part is knowing how to deal with your end users' emotions and knowing how to help them in that situation. The most stressful part is probably dealing with people's emotions.

**33. To what degree does your work involve high time pressure? Please explain.**

Because I can set the strategy and the roadmap, any time pressure is what I put on myself. There are some things we need to get done, but probably 50-60% is high time pressure - because we promised delivery and we have to deliver it. But most times we get the delivery right, so it's not a big deal.

**34. To what degree is your work impacted by unexpected disruptions? Please explain.**

Often and regularly - because we are dealing with end users, they can have things come up that derail your plans to meet and discuss, the business can change which impacts how things are done, if they get a new manager that can change how things are done. So semi-regularly.

**35. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you? Please explain.**

I would say my work is not clearly defined. I have decided what my job is, so that is what I do and I hold myself up to my standards. I think everyone has a different definition of what a product manager does, and I don't think there is much consistency for that anywhere.

**36. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**37. In what way is creativity required to perform your current job effectively?**

You have to be able to communicate what you heard, and some people are visual people, so you have to figure out how to creatively explain things to people. It is important in communication, as you sometimes have to be very creative in how you get things across.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other:

**40. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: maybe once a year, post-covid: never

**41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

80

**42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**43. In what location(s), other than your primary office, do you spend time performing work? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: I would be at the location that my end user is in (it would be on campus, just different buildings and away from my desk)

Post-covid: at my home office all the time

## 9. Section 5: Decision Making

**44. What are the most important decisions you make as part of your current job? For each, please describe why it is important. For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decision is what features to implement into our tools. By not making that good decision, you create extra work for our end users and that costs Nike money.

**45. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes. I build out the strategy for my tool (product line planning tool - LPX) and that rolls up to the strategy for the wider group.

**46. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

I have no involvement in this.

**47. Do you have any involvement in managing budgets? If yes, what is your role?**

Not in this role.

**48. What level of authority do you have, including making recommendations, to hire employees, if any?**

I have none.

**49. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I have none.

**50. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**51. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**52. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**53. What is your spending limit without seeking approval?**

I think it's like $10,000

**54. Are you assigned work by your manager/leadership or do you determine your own assignments?**

A bit of both. My manager says, "Can you work in this area" and then I get to determine what that means.

---

## 10. Section 6: Supervising Others

**55. Do any Nike employees _directly_ report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**56. Do any Nike employees _indirectly_ report to you (e.g., "dotted line")?**

No

**How many Nike employees _indirectly_ report to you?**

**What are the job titles of the employees who _indirectly_ report to you and what work do they perform?**

**How do you supervise the work of those who _indirectly_ report to you?**

---

## 11. Section 7: Experience, Training, and Education

**57. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I've been at Nike for 22 years. Prior to working at Nike, my job experience was as a technical engineer. I was also a business systems analyst and a business intelligence lead. (I honestly can't remember the years associated with each of those roles.)

**58. To what degree has your prior work experience been helpful for performing your current job?**

It has given me understanding of what our engineers do. So I tell people I now have enough technical knowledge to be dangerous, but not enough to do technical work. But it helps me understand what they are talking about.

**59. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Probably talking to people and building relationships.

**60. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**61. What job titles have you held at Nike prior to your current job?**

My first job was business intelligence lead, and then I was a business systems analyst for retail, the business systems analyst for supply chain and retail, and then it changed to business consultant (for supply chain, finance, HR, retail, digital, and sales), and then a senior business consultant (for retail and sales), and then a senior business consultant (ED&A - enterprise data and analytics, sales, and supply chain), and then I moved into my current role. (There may have been a few others, but I can't remember.)

**62. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Strategy, patience, and communication

**63. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

All on the job experience

**64. What is your highest educational level?**

Bachelor's degree

**65. In what field of study is your highest degree?**

Bachelor of business majoring in commercial computing

**66. How, if at all, has your education been helpful for performing your current job?**

I think because it has given me an understanding of technology, and I think that has been helpful.

**67. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I don't think I have any

**68. How have these qualifications been helpful for performing your current job?**

Qualifications are useful so you know how to apply and present information

## 12. Section 8: Working Conditions

**69. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid was at Nike HQ and post-covid has been at my home office.

**70. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**71. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**72. How many hours do you work in a typical week?**

I would say about 40 hours in a typical week

**73. To what extent do your work hours vary from week to week?**

It depends on when I need to talk to geos (geographies). Currently that is every week, but in a few months I will be back to not talking to them.

**74. How many days do you work in a typical week?**

5

**75. To what extent does the number of days you work vary from week to week?**

It doesn't

**76. To what extent do you control your work schedule such as where and when you perform tasks?**

I have 100% control of that

**77. What time do you typically start work each day?**

Between 8:30 and 9:00

**78. What time do you typically end work each day?**

Between 5 and 5:30, although lately it has been 6:30

## 14. Section 10: Extra Roles

**79. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

I don't have any

**80. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

Currently I am working on SEC (it is the new SAP, I don't know what it stands for, but it is the largest program currently running at Nike). I have been doing this project probably since August of last year (2020). I am also working on a project for innovation and I started that in February of this year and am still working on it. The third is a project for Catalyst (it is where they collaborate with people, it could be an athlete, influencer, music artist, celebrity) and I started on that in July of this year and am still working on it.

**81. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**82. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No

## 15. Section 11: Changes to The Job

**83. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

No, no changes. The user groups have changed, but the tasks are the same.

**84. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No

**85. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

The big change is that we now use MIRO for a whiteboard, rather than using an actual whiteboard.

**86. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

The big change is that we now use MIRO for a whiteboard, rather than using an actual whiteboard.

# Nike Job Analysis Interview

Response ID:19 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

17

**2. Interviewee Name:**

Sessions Amanda Ruth

**3. Employee ID**

███████

**4. Interviewer Name:**

Tyleen Lopez

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am the leader of insider threat at Nike. I am responsible for data protection and insider threat operations and am responsible for protecting Nike's data while educating employees on data protection while detecting, monitoring, and responding to Nike data egress.

**6. What tasks do you spend the most time performing?**

I lead a team of about 35 people globally this takes up about 30% of my time. I manage the insider threat program development and governance, this portion takes up about 45% of my time. Specifically, I reduce risks by identifying, classifying, and prioritizing data. Applying standards and controls to protect data and this includes responding to and protecting data egress, and supplying mandatory security training to minimize data egress. Executive collaboration takes up about 25% of my time. Specifically, I maintain the insider threat risk score card for the board of directors in enterprise risk council. I regularly update on program health to the insider threat executive committee.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Training and engaging Nike's leadership and employees on data handling standards, what people should and should not be doing with Nike data. Mentoring other Nike employees and leaders is also something meaningful I do. I also build Nike's insider threat strategy and manage my organization to deploy the tools and processes to protect Nike data.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

We are reducing risk at Nike to ensure that Nike's most critical data and intellectual property do not get into the hand of competitors or the public too early. From a mentoring aspect, it is important to develop future leaders and working to improve existing leaders at Nike.

**9. How frequently do you perform these important tasks?**

I perform these tasks daily.

**10. What are the most complex aspects of your job?**

1) Influencing Nike leadership to adopt tools technology and process that better protect our data.
2) Understanding industry trends and solutions that we can leverage to better protect our Nike data and leverage that to build

our multi-year strategy.
3) Continuing to inspire/challenge Nike employees and leaders to retain talent.

**11. What are the specific performance goals you must meet to be a high-performer?**

1) Execute on the strategic outcomes and board commitments for our organization.
2) Successfully lead, manage, and inspire my team.
3) I need to display strong collaboration across the organization and across Nike to identify and implement opportunities to protect Nike data.
4) Continuing my own personal growth in the way of education and training around cyber-security industry tends.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

I must ensure that my team is adequately staffed to meet 95% of critical ticket triage SLA (service level agreement). We also have KPI's (Key performance indicators) and KRI's (key risk indicators) to measure program success and we are currently working on baselining.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

A strong understanding of risk and problem management, the ability to articulate program health with data, executive communication skills (written and verbal), strong collaboration and influencing skills, an understanding of privacy regulations and strategic planning, policy and standards development, security governance, an understanding of business operations, and a comprehensive understanding of cyber-security in general. Also, it is necessary to have leadership skills. Specifically, staffing, resourcing, tracking managing capacity, mentoring, retaining talent, building organizations for the future.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

I use JIRA, Microsoft Suite, Zoom--these are the big ones.

**15. What job title or titles will be next in your career progression?**

Senior Director, VP, and CISO (Chief information security officer) would be next in line under cyber security.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I believe I need to continue maturing the skillset that I have. I need more experience/ visibility to showcase my skillset with executive leadership.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

Other: I believe I am assigned to North America, but I lead a global team.

**18. Do you know if the geography to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Unfortunately, being based in WHQ (World Head Quarters) provides the opportunity to connect with influential resources and gain more information and insight that helps my position. The reason why I say "unfortunately" is because we could technically do this role from a global location, however, Nike needs to continue the maturity of our global operations.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

Technology and Informations Security

**23. How, if at all, does this area of specialization shape the work you perform?**

Information security requirements shape the work I perform. The policies, standards, regulations, and legal requirements drive a lot of the work that I am doing and how I do it.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Other: I lead the insider threat organization and I collaborate heavily with corporate information security, technology, and the business.

**25. How many teams do you work on at a time?**

I lead the one team, and then I am part of the CIS (corporate information security) leadership team.

**26. How many people are on each team?**

My total organization is about 30+ people. The leadership team is about 9 people.

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

My insider threat organization team that I lead.

**28. Who are the members of your primary team by job title and what work do they do?**

1) Director of Data Protection: they lead the data protection team to deploy tools and technology and guidance to protect Nike's data.
2) Director of Insider Threat Operations: This person leads the ITO team to triage data egress, tickets coming out of the tools that the data protection team deploys.

**29. What do you specifically contribute when you work with your primary team to complete work?**

I am there to provide strategic direction, remove roadblocks, and serve as the executive liaison to gain approval and guidance on people process and tools. I also coach and mentor those leaders.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It is unpredictable, I work in cyber security so nothing is predictable. We do strategic planning and we set milestones for

ourselves so we try to provide as much structure as we can, however, if the technology or risk landscape changes we needs to adjust quickly to that as often needed. Sometimes, business landscapes such as CDA (consumer direct acceleration). Our work is always busy there are not specific peaks or valleys, our peaks are unpredictable.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

There is a high degree of precision required to perform my job in understanding legal or regulatory requirements that really drive what we can or cannot do in the way of data monitoring by geography. If I did not do my job with a high precision it would lead to fines or legal action taken against Nike. Then there is a precision of understanding insider threat risks and/or threats and ensuring that we are deploying tools, process, and education to reduce the risk of those happening at Nike. If I do not stay up-to-date on these potential threats and risks, it could jeopardize Nike in the way of an insider threat incident resulting in data loss. Outside of this, precision comes into being precise in my communications and knowledge sharing to executive leadership. If I am not clear and precise in that communication, it could lead to confusion or poor decision making resulting in risk to Nike.

**32. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

It is medium to high intensity but it depends on executing strategy or managing incidents. Deploying tools and technology and getting that done in a timely fashion is low to medium intensity but high intensity is potential incidents that can affect Nike. To me, the stress is periodic and there are peaks and valleys to the stress level. But it is a job that I need to always have my phone on me, and be ready to act when needed.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

The most stressful part is that employees accidentally or maliciously try to send data outside of Nike and I need to make sure that that does not happen and if it does happen I need to make sure we can detect and respond to it. It is a moving needle all the time. This is stressful to me because there is no finish line, it is ever evolving. Another really stressful thing to me is talent retention. Attracting cyber security talent and retaining cyber security talent is difficult at Nike because we are not seen as a top technology company and we are competing with the Bay area companies plus a lot of companies are offering remote work and we are not. Also our pay is not as competitive as other companies in the Bay area. Also, in retaining talent there is a lot of growth we need to make in career path development and pay for our employees. The competition is huge when it comes to attracting and retaining talent and Portland, Oregon is not a super desirable location nor does it really embrace diversity. We have a huge issue with minority groups moving to Portland and they can't find a community to connect with, it is lonely and isolating and makes it difficult to attract talent.

**34. To what degree does your work involve high time pressure?  Please explain.**

50% of the time it is high pressure. The nature of cyber security work is high pressure in general, but with my individual experience I would say 50% of the time I am in the high pressure zone.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

It depends. There is a high level of disruption in my work because of the nature of my work. This goes back to threat landscape change, technology landscape change, legal regulatory changes, and business changes.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

Yes, I understand what is expected of me and my role is really clear. I understand what I am supposed to do and what my organization is supposed to do. I also feel that others understand what my role is, and I feel comfortable explaining to others what I do when people ask. I have clear milestones and multi-year strategies in my job as well.

**37. To what extent is creativity important to perform your current job effectively?**

Critically Important

**38. In what way is creativity required to perform your current job effectively?**

It is critically important because we have complex problems to solve, and the threat landscape changes frequently so we need to be allowed to leverage creative thinking to solve problems.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other:

**41. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Maybe once a year because I have a global team, I have a team in China and India that I may only be expected to travel on occasion.

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**44. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

I was not in this role pre-covid so it does not apply to me, also we are not yet in a "post-covid" position so I am not sure how that will affect my time in my primary office.

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

1) Strategic Direction: this is important because it drives the maturity of the program in alignment with industry trends.
2) Resourcing/Staffing and Organizational Structure: this is important because it secures appropriate staffing to deploy tools and technology and manage critical events to protect Nike from data egress.
3) Tools and technology to support the work: this is important because the tools and technology we decide to use are critical in protecting Nike's data.

If a poor decision was made on any of these, it potentially puts Nike at risk and our intellectual property data could potentially get into the wrong hands which can have significant brand or financial impact to the company.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, I am primarily responsible for the insider threat strategy and I contribute into the development of additional CIS strategies. I pay attention to industry trends and Nike trends to influence our strategic direction on what people process and tools people are delivering and employing.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes, I do have involvement in developing policy standards and procedures at Nike. Most specifically around data protection

and data handling standards. My contribution is that I have direct responsibility over data protection and industry standards. I am also often a reviewer and contributor to other cyber security policies and standards. In the way of procedures, I am ultimately responsible for ensuring that all insider threat procedures are clearly documented and governed.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes, I am responsible for the insider threat budget and ensuring we stay with budget year after year and requesting and justifying a budget increase for future years.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

I have ultimate approval for the hiring of any employee in the insider threat organization and I often interview for others and provide feedback.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I have ultimate approval for the promotion of any employee in the insider threat organization and I often provide feedback for other promotions in CIS (corporate information security).

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I have ultimate approval for the decision on disciplinary action on any employee in the insider threat organization.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

HR does get involved and has ultimate authority but I have strong authority for the recommendation to terminate any employee in the insider threat organization.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**54. Please explain the type of legal documents you are authorized to sign.**

Vendor contracts, professional services, and/or resourcing contracts.

**55. How frequently do you sign legal documents on behalf of the company?**

A few times per year

**56. What is your spending limit without seeking approval?**

I don't know.

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I determine my own assignments and I review with my direct leader.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

Yes

**59. How many Nike employees directly report to you?**

2 direct reports and my organization size is about 30 total.

**60. What are the job titles of the employees who directly report to you and what work do they perform?**

1) Director of Data Protection: deploys tool and technology to protect Nike's data.
2) Director of Insider Threat Operations: triages the alerts and critical events coming out of the tools and technology that data

detection employs.

**61. How do you supervise the work of those who directly report to you?**

We clearly align on annual milestones at the start of every year. All of that work is tracked and managed in JIRA to ensure we are meeting targets and deadlines. We have weekly meeting with my leaders to make sure we are on track, remove roadblocks, and meeting deadlines. Also, I report out program health to a portfolio group on a monthly basis and the internal threat council on a quarterly basis. A few of our milestones are work commitments and those get status reported on a quarterly basis.

**62. Do any Nike employees _indirectly_ report to you (e.g., "dotted line")?**

No

**How many Nike employees _indirectly_ report to you?**

**What are the job titles of the employees who _indirectly_ report you and what work do they perform?**

**How do you supervise the work of those who _indirectly_ report to you?**

## 11. Section 7: Experience, Training, and Education

**63. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

1) SafeCo Insurance- 5 years; technical coordinator and systems analyst
2) Starbucks- 7 years; IT service management domain lead and store development Senior Systems analyst, Store development senior project manager, Business senior project manager.

**64. To what degree has your prior work experience been helpful for performing your current job?**

It has been really helpful, in all my previous jobs I leverage some of the knowledge and skills on a daily basis.

**65. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

All IT service management capabilities, analytical skills, project management skills, communication skills, technical influencing skills, and the problem management and risk management skills I developed I use daily.

**66. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**67. What job titles have you held at Nike prior to your current job?**

1) Director of Commerce Application Services and Support,
2) Director of Commerce Release Management,
3) Director of Secure Code,
and 4) Director of EMEA/APLA information security.

**68. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Information Security, Technical Operations, Risk Management, Privacy Regulations, Agile, Global Leadership, Data Protection, Insider Threat, Strategic Planning, Policy & Standards, Security Governance, Technical Recovery, Technical Operations, Incident Management, IT SOX Compliance.

**69. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

All of the above.

**70. What is your highest educational level?**

Some college, no degree

**71. In what field of study is your highest degree?**

General

**72. How, if at all, has your education been helpful for performing your current job?**

Somewhat helpful

**73. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

GIAC Security Leadership Certification (GSLC) – 3/2019, ITIL V.2 Certification – 2014
Certified SAFe® 4 Agilist – Scaled Agile, Inc 3/2019, Certified Lean Six Sigma Green Belt - 2006. Beyond this I leverage Linkedin learing, the source, and other free online education opportunities to stay current with industry standards.

**74. How have these qualifications been helpful for performing your current job?**

All of these qualifications have been very helpful in my job execution and I leverage the knowledge and skills I have learned on a daily basis.

## 12. Section 8: Working Conditions

**75. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid, I worked in the office, during Covid I am working from home, Post Covid it will be a blend.

**76. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**77. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**78. How many hours do you work in a typical week?**

45-50 hours per week.

**79. To what extent do your work hours vary from week to week?**

Yes, it depends on what is going on. It depends on incidents and cyber pressures.

**80. How many days do you work in a typical week?**

5

**81. To what extent does the number of days you work vary from week to week?**

Sometimes, I sometimes have to do weekend work.

**82. To what extent do you control your work schedule such as where and when you perform tasks?**

I most always control my schedule and what I do and when.

**83. What time do you typically start work each day?**

8am.

**84. What time do you typically end work each day?**

6pm.

## 14. Section 10: Extra Roles

**85. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

Yes, I do a lot of mentoring internal to Nike and external.

**86. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

I partnered with our leadership team on guiding our global leadership on guiding global ways of working. I co-lead the CIS Until We All Win community (diversity/inclusion).

**87. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

I an not a rep for Nike.

**88. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**89. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

None that I can think of.

**90. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No.

**91. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, processes and procedures have matured in the way I present to the council and board members.

**92. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No.

Nike Job Analysis Interview

Response ID:20 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

18

**2. Interviewee Name:**

Freeman Julisha LeeAnna Joyner

**3. Employee ID**



**4. Interviewer Name:**

Noel Williams

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

My responsibilities are to catch the cloud and pin it down. Work with material design and make sure that their ideas are executed in a way that maintains the integrity of the shoe. I solve problems with materials when they arise, I try to keep up with the latest trends in materials and materials vendors. I also try to make sure that all of our materials are as sustainable as possible to reach Nike's sustainability goals.

**6. What tasks do you spend the most time performing?**

1. Researching materials
2. Attending meetings - about 60% of my day.
3. Communicating with material vendors.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Creating material numbers and approving or rejecting LUs (Limited Usability).

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

They allow the materials to be ordered to produce the shoe and they also ensure that the materials that don't meet our standards will still work on the shoe.

**9. How frequently do you perform these important tasks?**

Probably every other day.

**10. What are the most complex aspects of your job?**

The most complex aspects are solving material problems when their integrity isn't the best - how to proceed with the materials and how to fix it.

**11. What are the specific performance goals you must meet to be a high-performer?**

Provide helpful feedback to the team (the shoe model team). To not push, but be very influential in upping our sustainability content. And increasing knowledge about materials suppliers.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

I don't think there are any numeric performance metrics.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

You have to knowledge about materials properties, material construction. You have to knowledge about shoe construction and basic Microsoft Office skills.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

PCX (database program), PDM (database program), Microsoft Office programs (all of them), Miro, Box

**15. What job title or titles will be next in your career progression?**

Hopefully a Footwear Material Developer II.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I think its the ability to solve problems in your current role and to have a little bit of experience just being in the current role - so that when you move into the next role you're able to bring that experience.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Footwear

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

So I specifically work on materials that are used on footwear. If I were in apparel or equipment, the role still exists but the materials or responsibilities are still different.

**20. Are you assigned to a specific Sports Category (dimension)?**

Basketball

**21. Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

The work would be the same, however the materials usually differ from sports category to sports category.

**22. Are you assigned to a specific Product Line/Gender?**

Men's

**23. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

I would say that the work would be similar, but each product line/gender has their own of working. For instance in the kids category, most of their line is a takedown from the men's or womens's group. There is an additional responsibility to keep up

with the men's/women's' team to ensure the success of the kids takedown models.

**24. Do you have any additional specific areas of specialization? If yes, what areas?**

I do have an additional responsibility of being the View & Filter Administrator of the PCX database. I control how all of the footwear team views and searches for information in PCX.

**25. How, if at all, does this area of specialization shape the work you perform?**

It makes it way easier.

## 7. Section 3: Work Team Structure

**26. Do you work as part of a team?**

Yes, I work as part of a team.

**27. How many teams do you work on at a time?**

I'm going to say 11.
Each shoe model is a team. Within the 11 teams there are a lot of shoe teams. (such as a PG team, Lebron team, Giannis inmortality team, etc.)
I have:
Category Materials team
Men's Materials footwear team
Footwear Materials team
The Materials Footwear PCX team

**28. How many people are on each team?**

For some teams there are 4, other teams probably 60.

**29. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

Maybe the Category Materials Team.

**30. Who are the members of your primary team by job title and what work do they do?**

Materials Designer - chooses the materials that are going to be used on the shoe.
Other Material Developer in my category - along with me, we make sure that these materials are usable on the shoe.
They (Material Designers) are the art and we (Material developers) the science.

**31. What do you specifically contribute when you work with your primary team to complete work?**

I am able to assist the Materials Designer by checking to make sure the material combinations are compatible. I provide knowledge of the material suppliers and their capabilities. I ensure that Nike's standards are met in choosing the materials and I also solve problems in material layering. For example, if a material is prone to breaking or bursting, what ideas can I offer to make the material work.

## 8. Section 4: Work Characteristics

**32. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

The workload is definitely not the same across the year. There's definitely peaks and valleys . The peaks typically happen at a calendar gate and the valleys usually happen leading up that gate. There also is the unpredictable aspect of whether there is a materials catastrophic failure or event with material vendor incapability.

**33. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

I would say a low level. The work just has to be done and with this type of role you can't exactly predict how to solve things. So you just gather as much information as you can to make a decision and hopefully it works. And if not, you go to the backup option.

**34. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

I would say periodic . There are just times when the work required exceeds a normal 40 hour week, but it is balanced with some weeks that don't require 40 hour weeks.

**35. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

I would say just not having enough time to complete the tasks and what's required during the calendar gates.

**36. To what degree does your work involve high time pressure? Please explain.**

During the calendar dates, I have less than 3 days to research materials , reach out to the materials vendor to get material construction information, input that information into the system and communicate it to the project team. With the added caveat that nothing goes wrong.

**37. To what degree is your work impacted by unexpected disruptions? Please explain.**

The database system PDM is extremely slow. It takes about 4 to 5 minutes to respond after you click something and the database system PCX (which is way more reliable) , but there are times when it stops working.

**38. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

Yes, I understand what my role is, I understand how to prioritize the tasks that I need to do. I'm a cog in a machine and if I don't do my work, then nothing can be done. If it don't work, it fails.

**39. To what extent is creativity important to perform your current job effectively?**

Other: There is creativity in logic.

**40. In what way is creativity required to perform your current job effectively?**

To solve material issues, I have to come up with new ideas to fix things. When you solve problems it's not always in black and white or do the same thing to solve a similar problem. you have to use the knowledge that you have to creatively solve a problem. Fr example, if a material will break in the area that it is on the shoe - advising the shoe designer to create breaks in the material (spaces where the material is not in the design), to take the stress that the wear impacts on the shoe.

**41. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Only in this role for a year before Covid happened, so before covid i was supposed to travel to Asia with the project team. But now that covid is still happening we can't go to Asia.

**43. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre - Covid : Typically a material developer would travel to wear the materials are located twice a year. Primarily Asia, but there could be one offs, - like a place in Australia (kangaroo leather) or a place in Italy that has another type of leather. Post - Covid: Obviously we can't travel out of the country. I'm not sure our ability to travel will change.

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

25

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

---

## 9. Section 5: Decision Making

**46. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decision is whether or not except the LU (limited use). It is an agreement to use a material that isn't performing to Nike's standards. The consequences could be catastrophic failure of the material in the marketplace like a hole developing in the material it's being worn on an NBA athlete's foot on national television.

**47. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

I would say that I don't have any involvement in strategic development unless it affects my shoe, If something doesn't work then I work with individuals in strategic planning to solve the problem.

**48. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Not really.

**49. Do you have any involvement in managing budgets?  If yes, what is your role?**

I would say kind of. As a material developer, I have a responsibility to keep material costs close to the budge that I'm given.

**50. What level of authority do you have, including making recommendations, to hire employees, if any?**

Absolutely none.

**51. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None.

**52. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**53. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**54. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Other: OIA agreements

**55. Please explain the type of legal documents you are authorized to sign.**

When the materials suppliers are not authorized for use, we work with a company called OIA. We have to sign a contract with them, to create the materials. I would be the one signing it.

**56. How frequently do you sign legal documents on behalf of the company?**

A few times per year

**57. What is your spending limit without seeking approval?**

I have to seek approval.

**58. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I determine my own assignments. It is very clear the work that I need to do. It's not something that my manager has access to for every single task that I need to do. No, my manager doesn't say create this particular materials number or fix this problem. It is just a general understanding that I will fix any issue that comes up in my realm of work.

## 10. Section 6: Supervising Others

**59. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**60. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**61. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

3 roles at Nike - before then I was:
Textile & Material Innovation Intern (Adidas) - 2014
Graduate Research Assistant (The Textile Protection & Comfort Center) 2012-2014

**62. To what degree has your prior work experience been helpful for performing your current job?**

It's been very helpful. Working in my previous roles at Nike and outside of Nike helped me to make better decisions about my work.

**63. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Textile testing, wear testing, material development, and VBA coding.

**64. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**65. What job titles have you held at Nike prior to your current job?**

Test Engineer I ETW

Apparel Material Developer

**66. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Textile testing, material development, working with vendors, working with databases.

**67. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job experience.

**68. What is your highest educational level?**

Master's degree

**69. In what field of study is your highest degree?**

Textile Engineering

**70. How, if at all, has your education been helpful for performing your current job?**

Pretty helpful. It's the foundation or basic knowledge needed to solve problems at work.

**71. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I don't think I have any.

**72. How have these qualifications been helpful for performing your current job?**

Not applicable.

---

## 12. Section 8: Working Conditions

**73. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre - Covid: in the Nike HQ office

Post - Covid : at home.

**74. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**75. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

---

## 13. Section 9: Hours Worked

**76. How many hours do you work in a typical week?**

Maybe like 38.

**77. To what extent do your work hours vary from week to week?**

If it's a calendar gate, probably at least 50. If not, probably a little less than 40.

**78. How many days do you work in a typical week?**

5

**79. To what extent does the number of days you work vary from week to week?**

It usually doesn't.

**80. To what extent do you control your work schedule such as where and when you perform tasks?**

I am control of my schedule in terms of when I perform tasks. My schedule isn't a solid you must work from 8 to 5. You must work around those hours. Starting at 9 is perfectly fine, working at 7 one day is fine.

**81. What time do you typically start work each day?**

9.

**82. What time do you typically end work each day?**

5:30-6.

## 14. Section 10: Extra Roles

**83. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

Yes. I am the View & Filter Administrator in PCX. And I do usually mentor whatever interns we have.

**84. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

I don't think I do that.

**85. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

no.

**86. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**87. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

I would say that my tasks really haven't changed in this role. There have been some breakthroughs in technology that allowed somethings that were once manual to be done automatically or I don't have to do them anymore.

**88. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes, entering material numbers into PCX used to take 15-20 minutes per material number. But now that we have the BOX program, it takes less than 5.

**89. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

I would say Yes, a little bit just because I'm a little bit more knowledgeable now. I can make decisions to do things faster now.

**90. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No it hasn't.

Nike Job Analysis Interview

Response ID:21 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

19

**2. Interviewee Name:**

Johnson Veronica Jean

**3. Employee ID**

██████

**4. Interviewer Name:**

Zareena Shefa

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

In my current job my responsibilities include creating factory schematics (I provide vector graphics that factories can use for producing screens for Tshirts), 3D images (used for downstream partners for .com/webfacing or for sales purposes), sales pages (not everyone does this, I work with react group. In order for us to sell product we need to provide sales force with an image and style number, when it should be produced/shipped by), and project managing time (I work with MBA name and number, which is a totally different product group than react group, so I have projects like learning 3D pro. NBA draft just starting so how will I manage my time). and other types of projects (3D training, I've been asked if I wanted to design headwear for college playoffs as a side project).

**6. What tasks do you spend the most time performing?**

The most amount of time I spend would be creating the vector graphics for name and number T-shirts and art (player name and player number).

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

It would be the NBA name and number T-shirts, producing graphics for T shirts, looking at the numbers that is the bulk of the NBA license T business (this is the global T shirts licensed business).

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

It is a big money driver, someone has to do it.

**9. How frequently do you perform these important tasks?**

Within a year we have fall holiday season, home away jerseys, hardwood classic city edition. We also have 30 teams x X amount of players (e.g., Golden State, Denver Nuggets). I touch the files quite often especially during draft and trade season. I am in the files maybe 4 days out of the week.

**10. What are the most complex aspects of your job?**

Communication, especially with CDA (Consumer Direct Acceleration, our restructuring after the layoffs that recently happened and movement of groups and people. Our NBA term was decimated, we lost so many people. Those holes were filled with people who don't know the business as well. Has been chaotic to say the least). There has been a lot of disconnect between

larger group. For example, 2 days ago, Singapore PCC (our factory liaisons, not sure what acronym is) came to me asking there was an update to Allstar jersey for 2022 and all my files are incorrect. Someone in the jersey group made update and didn't update me, because of that my files were incorrect, factory was delayed. So I had to update T group. Then you had to notify the photo group (who does 3D renders for .com), had to also notify Outer Stuff group (they do children's take of NBA jerseys and T shirts).

**11. What are the specific performance goals you must meet to be a high-performer?**

Just meeting all the dates and deadlines. To be a high performer you need to think about process; how to make things faster and more efficient. Utilizing new technologies- for example, creating the line art for a name and number T as an illustrator, creating vectors. We worked with technology group. They came up with a script where I can create a name, #, and path so the script fills it all into vector file. My job is to open vector file and fix the name plate and make it look good. Prior to that it would take me 5 minutes, now it takes 30 seconds. Also scripting (we have scripts in place to do tasks that are repetitive with just a click of a button. For example, in order to upload a 3D image into Aurora Connect, we need it to be a certain size/resolution. We have a script through Photoshop that can be dropped, or the scripting can automatically do it).

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

Yes, but I don't know off the top of my head. Its a number that is encompassing of our whole DPC studio (Digital Product Creation, a studio of image artists that take in tasks, do the tasks, and it goes back out into ether). I am just a little nugget of the whole studio. When they ask for numbers my job and daily tasks are not captured in Wrike (a data managing software) because my tasks are not one for one. Meaning, a style number in our MMX (a Nike wide online data system that holds all information regarding product) does not equal one task for me to do. One style number could equal 5 or 6 tasks on my end, so it doesn't capture everything I do. When it comes to numeric performance, I am not sure if I hit them.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

The biggest would be knowing how to use Adobe software, Illustrater, Photoshop, Indesign. For my particular area, TPC area studio, knowing how to use 3D softwares, like Modo and Clo. Also, another thing that I do is I create the 3D blocks in our library (part of the automation is having standard T 3D forms that we use when we do 3D veneering, these blocks are in a digital library that are standard so they look similar) that our studio uses to create 3D images. I need to know how to create browse-wear, Lotta, and V Stitcher. Also, abilities would be to juggle multiple projects. Something that we end up learning is general information about product, like what is a non PVC ink (most basic ink that you can use in a factory, softer feel) vs a Puff ink (ink that has a puffing element that rises like dough when it heats up) so knowing that if you are looking at a design from a designer we have to manipulate for the specific team, we need to make sure that there are more room around the puff ink (the little nuances you may not know when you first get into job but you learn as you have been on the job 17+ years). As we go into 3D veneering (right now a part of process for 3D T apparel studio is getting a graphic and we veneer, place onto a 3D form, make it look real), being able to make those look real on a digital format. Knowing how factories manipulate graphics for screening. Also, because I work with licensed product its knowing the difference between Golden State Warriors and LA Lakers.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

We have Macbook Pro that we use. Our software programs are Adobe, Browsewear, Clo. Browsewear is the company that makes Lota and V stitcher. Clo is a 3D program like another form of Lota and V stitcher.

**15. What job title or titles will be next in your career progression?**

I don't know. There really isn't a natural career progression for someone in my field other than a design assist and designer. If you don't want to go that route than manager is the next. But if you don't want to be a manager then you are kind of stuck.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

If you want to go into design you would need a design degree. For a manager I don't know whether you're a process or people manager you would need those skillsets. That doesn't interest me so I never looked into it.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

Other: I think APLA but I am not too sure

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

I don't know

**19. Are you assigned to a specific "Product Engine?"**

Apparel

**20. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

Absolutely. A T shirt is different than a shoe, so creating schematics for a T shirt is different than creating schematics for a shoe. The nature of the product is what is unique to this product engine in terms of what I do.

**21. Are you assigned to a specific Sports Category (dimension)?**

Other: Technically, I am in the studio and I can touch numerous Basketball, Football, Training. Unofficially, it would be basketball (NBA specific)

**22. Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

Absolutely. Licensed NBA product is inherently different than for example NCAA Basketball or Major League Baseball. Based on teams, colors. For example, NBA is Global, NFL is North America. NBA name and number t is such a specific part of that sports business. NFL name and number is not as robust, so it would be different if I were assigned to a different sports category.

**23. Are you assigned to a specific Product Line/Gender?**

Other: No

**24. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

I don't know

**25. Do you have any additional specific areas of specialization? If yes, what areas?**

I work with React License Event team (some others work with other event products like popups or Olympics but ours is mostly for licensed) as well. Licensed is product with other branding (e.g., Nike+NBA, Nike+college teams, Nike+NFL). Event product is different than normal product because it deals with one specific sport moment in time. Example, NBA playoffs, NFL playoffs, etc. What makes this unique is that we have to design and produce schematics for every possible outcome. Once I produced over 2000 schematics for one winner. Also it is on a national stage so the graphic we work on will be on TV so it has to be pristine and look awesome. So I believe this is a specialization.

**26. How, if at all, does this area of specialization shape the work you perform?**

For one thing, the work that I do is on a different timeline than normal Nike product. Or Quickturn (part of the Nike business that is outside of the normal line plan. We have our own ops team, factories, and separate data system that we use. We are very specialized group of 6 people that are lean and fast), sometimes we have to have product out the door from concept to delivery to partners in one week vs. our normal 18 month turnaround. Theres no dilly dallying, you need to make a decision and go. For example, USAB Gold Medal T was designed for Women's National Team. We realized we should have something for men's national team even though they didn't do well. We needed the schematic, get it to sales force, get it to factory in less than 2-3 days, so being able to work quickly and efficiently and clear communication with business partners.

## 7. Section 3: Work Team Structure

**27. Do you work as part of a team?**

Yes, I work as part of a team.

**28. How many teams do you work on at a time?**

I would say 3. The first would be the Apparel DPC (Digital Product Creation) studio. The second would be the NBA T Group. The third would be the License React Group.

**29. How many people are on each team?**

Let's do generals because I don't know total, but for DPC there is about 30 some odd in the whole group. The ones i normally work with are 12 or 13. The NBA T Group I would say around 7-10. And then License React Group theres only about 6-10, its a lot smaller.

**30. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

I would say it would probably be the NBA T Group because I do name and numbers a lot.

**31. Who are the members of your primary team by job title and what work do they do?**

Product line manager, they are the ones who dictate the line, whats going to be offered in a season. For example we will do a holiday 2022 takedown of the hardwood classic jersey only for mens Ts and not for womens- they are the ones who make that decision. The other person I work with is the developer, it is their job to coordinate my graphics with the factories. The other person I work with a lot was CIA (I think it is Category Information Analyst but Nike changed the acronym as always) but now they are PIA (Product Information Analyst) and they are the ones that put in the style numbers that I use to reference in my art. Those are the primary members of the team.

**32. What do you specifically contribute when you work with your primary team to complete work?**

My specific job is to create the vector art that the factory needs in order to create the product. I also create the 3D image that is used for internal sales purposes for name and number product.

## 8. Section 4: Work Characteristics

**33. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

For NBA name and number is comes in peaks and valleys. Peaks are right now during the NBA draft and free agency. Valleys would be in a typical year right now (draft normally happens in June or July, everything got pushed out due to COVID. We would always do planning and artwork for example the NBA Finals in February, but this year it got switched around. Typical year valleys are after the draft and before the season starts, like summertime). Predictable in the fact that we need to have product in the fall and holiday season so we are always going to offer a Lebron T. Unpredictable in that he might change his number, or like Westbrook is going to the Lakers.

**34. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

One time we had to destroy product because I forgot an accent on a player's name and number T, so accuracy matters. There is a high level degree, there are check points in place to make sure the product is good. but even with all of those things in place things slip through the cracks so if I can be accurate in the beginning Nike won't lose money. The NBA itself provides a smart sheet with player name and number and one time graphics were created based on what NBA provided but the NBA provided the wrong information but it happens. So it is a matter of check and double check work.

**35. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

It is periodic, high intensity. For example, right now during the draft season. Especially if its a popular draft class like 2 years ago Zion Williamson was hot, I was sitting in a conference room and as soon as they announced him I was creating artwork and sending to the product artwork to the factory. I would like to add that for the restructuring, we were one of the last groups to be restructured, so while most of our group was let go in September 2020, we didn't know we if we would be restructured in March so we waited for 6 months to know if we would have a job.

**36. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

Most stressful aspects would be the quick turnaround of some of my products of projects, especially when it comes to the event products. For example, years ago I was working on Super bowl product and t shirt had score on it. I was watching the game, as soon as it was over I was creating the artwork and I was on the phone with a digitizer in Montana to make sure they could create the screens for my art until 1am. So the nature of Quickturn is stressful.

**37. To what degree does your work involve high time pressure? Please explain.**

All of the above I have talked about. For example, just the nature of the business. Draft, Quickturn, event product - everything is needed now so there is high time pressure for sure. Because the factory needs are now, and especially with some of our factories being on the East coast it makes it kind of hairy with that time difference.

**38. To what degree is your work impacted by unexpected disruptions? Please explain.**

PANDEMIC. Everything that I work on is licensed business, so when the pandemic hit there was no playoffs or college football playoffs, everything got crazy. Another one is factory closures in Asia sometimes. When we are doing Quickturn product (because NBA is global, we need to work around Chinese year), the factory closures are disruptions based on timing. If I want to go on vacation, i need to train someone to do my job because I'm the only one who knows how to. I want to take a sabbatical next year during a valley so I need to figure out who to train.

**39. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

If you were to go to Nike HR and look for a Senior Image Artist it would not match what I do day in and day out. I do understand what is expected of me because I have strong matrix partners (the group that I work with, like the NBA T group) who are vocal about their needs to get the product produced. So it is clearly defined but not on paper.

**40. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**41. In what way is creativity required to perform your current job effectively?**

Being able to take a designer's vision for what a graphic needs to look like and being able to replicate that into any team requires creativity.

**42. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**43. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

5

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**46. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre COVID sometimes I would take my laptop to a communal space on the Nike campus just because people can find me at my desk, so if I need to hide I can go elsewhere to hide.

## 9. Section 5: Decision Making

**47. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decision is how I spend my time and what project I will prioritize. It is super important because if I miss a deadline or miss getting product to the factories that could be costly. For example, if we are late getting product to the venue, we may need to change from standard to air freight shipping, we may miss on sales if the product isn't in stores on time.

**48. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

No, I have no power.

**49. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Nope, none.

**50. Do you have any involvement in managing budgets?  If yes, what is your role?**

Nope, not me.

**51. What level of authority do you have, including making recommendations, to hire employees, if any?**

None

**52. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I have no authority, but I do like making recommendations. Emailing the manager to whom I'm making recommendation for and giving examples of why the person rocks and should get the job.

**53. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None

**54. What level of authority do you have, including making recommendations, to terminate employees, if any?**

Nope, none.

**55. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**56. What is your spending limit without seeking approval?**

I have don't have a budget, $0

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Neither, I am assigned work based on my product matrix partners like the product line manager, react ops team.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**59. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**60. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Prior to Nike I was a Designer creating ads for newspapers, and that was probably 2 years. Prior to that I was in college.

**61. To what degree has your prior work experience been helpful for performing your current job?**

It was a good starting off point. The most helpful part was working with such tight deadlines helped me handle the stress of time crunches.

**62. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

I would have to say file management, project managing, designing quickly. Those are the biggest skills from the first to the second.

**63. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**64. What job titles have you held at Nike prior to your current job?**

I've always been an Image Artist. I was in a separate group called the Graphic Identity Group for a couple of years. The Graphic Identity Group (maybe disbanded) was an internal design group that created athletic marks for universities. For example, we redid Arizona State's trident logo. But most of the time have been with the same group of people.

**65. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Oh, lots. Working in a corporate environment, being able to handle meetings, deadlines, email correspondence. Also,

learning and keeping up with software- especially the 3D stuff coming down the pipeline.

**66. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Most of it was from coaching and mentoring, and doing this on my own time, not part of my job description.

**67. What is your highest educational level?**

Bachelor's degree

**68. In what field of study is your highest degree?**

Design, but I graduated with Visual Communications.

**69. How, if at all, has your education been helpful for performing your current job?**

Having a design degree helps with the basic elements of what I do, like a white swoosh on a yellow body won't be visible on TV so knowing that it should be changed to something with contrast. Everything else has been on the job learning.

**70. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None currently.

**71. How have these qualifications been helpful for performing your current job?**

I currently don't have any certs, licenses, or training. While I do believe they would be helpful in my current position, I don't feel they are needed.

## 12. Section 8: Working Conditions

**72. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID I worked at a desk surrounded by other desks in an open area. Post COVID, I worked on my kitchen table.

**73. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**74. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**75. How many hours do you work in a typical week?**

35-40 ish.

**76. To what extent do your work hours vary from week to week?**

They vary very minimally. I have been able to have a typical schedule. Lunch is very "when I take it." But most of the time I'm

online and offline at consistent times.

**77. How many days do you work in a typical week?**

5

**78. To what extent does the number of days you work vary from week to week?**

They vary for Summer Fridays, Nike has this thing where if you work 40 hours between Mondays and Fridays at noon you can the rest of the Friday off. This is between two major holidays, Memorial Day and Labor Day in the summer.

**79. To what extent do you control your work schedule such as where and when you perform tasks?**

Post COVID I control it 100%, I feel it needs to be and I need to be flexible because of the type of work I do with the React product.

**80. What time do you typically start work each day?**

Typically I start at 8am.

**81. What time do you typically end work each day?**

4pm.

## 14. Section 10: Extra Roles

**82. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

Currently the biggest additional responsibility I have is to create the 3D T blocks for the 3D library.

**83. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

In the past, I've been at Nike for 17 years, theres been a lot. The most current is creating the designs for the college football headwear for 2021 (Fall). A lot of little design products that normally wouldn't come my way. For example, the USAB Gold Medal T normally goes to brand design and then come to us but because of CDA the NBA T Group are asking me to step in and fill roles I normally wouldn't.

**84. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**85. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

NBA Playoff season, basically everything that React team does. Like college football playoffs, March Madness, Allstar Week product.

## 15. Section 11: Changes to The Job

**86. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Absolutely, i've been at Nike for 17 years so the basically elements of what I do have not changed. Tasks haven't changed but how I am delivering them has changed. For example, we used to print out 4 sets of schematics and send them oversees so they would have the visual of what to print. Nowadays that is all digital. We used to create 2D flat representations of our product, but now we create 3D representations of our product and we can add in veneering, so if we have a metallic we can

add it in so it actually looks metallic. Also, the software we use hasn't changed (Adobe Illustrator) but there are more things we can do with it now, so much more powerful.

**87. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Absolutely, with the addition of automation some of our most basic tasks have changed. For example, when we would do basic logo T shirt, we would have to open up the reference file and grab the logo, copy paste into schematic, save the schematic, close, open template, open the icon (e.g., Alabama A). Now we have scripts that would do it for us.

**88. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Absolutely. Back in the olden times, we used to sit in our category. For example, I would be IA (Image Artists) for basketball team only. Our current process we sit in a studio. We have WRIKE, which is the online service that holds tasks. As a studio member, I can go in and do tasks from any of the silos (e.g., NSW, Jordan). Biggest procedural change is how IA are organized.

**89. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Absolutely. The technology used to be "new" at the time (e.g., used to sit at a desk with a huge Tower, keyboard, and monitor that were not portable). So sometimes had to drive back to work because factory needed something updated immediately). Now I can do that on my laptop. Luckily we have been using the most modern tech and computer programs which has been much needed for what we do.

Nike Job Analysis Interview

Response ID:22 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

20

**2. Interviewee Name:**

Johns Teresa Munoz

**3. Employee ID**

███

**4. Interviewer Name:**

Tyleen Lopez

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Budgeting and forecasting, team leadership, I also do portfolio prioritization this entails working with the leadership team to understand what their needs are and then I help them prioritize the work and then I assign resources to the work. I am the go-to person when people ask questions as well.

**6. What tasks do you spend the most time performing?**

I spend the most time answering people's questions. These questions are really broad and they can be about budgeting, forecasting, corporate policies (for ex: with covid we have a specific procedure in place and employees ask about this), sometimes the questions are related to other parts of the company that individuals assume (ex: hr questions, or policy questions) I know or the questions can be about my team. If I do not know the answer, I normally find the answer for them.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Budgeting and forecasting.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Because of the materiality of the size of the budget that we have. Also, what we spend the budget on is important.

**9. How frequently do you perform these important tasks?**

Essentially it is the first and last month of every quarter.

**10. What are the most complex aspects of your job?**

Portfolio prioritization because we do not have enough resources (people or money resources) to do all of the work. Everyone thinks their work is the most important work, so they would like me to prioritize their work.

**11. What are the specific performance goals you must meet to be a high-performer?**

Nike has very specific behavioral goals and expectations, they are referred to as leadership defined and it is clear and outlined what I need to do to be a high performer. It is more how you show up, work with others, and deliver goals more than the goals itself. Nike cares more about how the team delivered the tool for example rather than the tool itself.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

None.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Need to have an understanding of financials--budgeting, forecasting, and accounting principles. Also, operational expertise and knowing how to run an organization like a business.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

AirTable, OneNote, Microsoft Office Suite, Service Now, SalesForce.

**15. What job title or titles will be next in your career progression?**

I do not see my title changing, ideally VP of operations but Nike's operations are in supply chain and I do not have expertise in supply chain. I presume I will stay Senior Director of Operations.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

If there were to be a VP role, it would be about needing broader Nike business expertise and having greater influencing skills.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

Other: I am considered Global

**18. Do you know if the geography to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different geography?**

I would say because I am a Global leader I have to think about the globe and how work might impact each of the geos versus if I was in one geo I could focus on that specific geo and not all of the geos.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

None.

**23. How, if at all, does this area of specialization shape the work you perform?**

None because I do not have another area of specialization.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

Two teams.

**26. How many people are on each team?**

On my team that I work with most directly there are 3 members, and the other team has eight members.

**27. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

The team of three people (my direct reports) is my primary team.

**28. Who are the members of your primary team by job title and what work do they do?**

1) Director of Solution Delivery-- this role deploys and manages processes and technical tools and solutions
2) Director of PMO (program management office) and TMO (transition management office)-- her team project manages the programs that we deploy and is responsible for the change management, user adoption, and training.
3) Operations Coordinator-- She manages team logistics, manages organization wide events, light program support, and headcount tracking.

**29. What do you specifically contribute when you work with your primary team to complete work?**

Usually, I remove obstacles and make critical decisions. I also deal with escalations.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It has distinct peaks and valleys and it is predictable. The peaks and valleys occur because Nike had a very strategic planning cycle, so I know when the peaks are (late summer early fall or early spring). Now that we have a new CEO they are revamping the entire strategic planning cycle so I am unsure of how it will unfold in the future that is to be determined.

**31. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

For me directly, forecasting requires a high degree of precision. Not because the company is forcing me to that precision but I hold myself to that great of precision. The consequences of not doing my forecasting with precision is that I believe we would lose credibility with our finance partners and it could have an impact on Nike Inc. if we are off because of how we report to the street.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

It is periodic and high intensity but it is only high because of the people. The work itself is not stressful but the people and their belief that they are "snowflakes" (need everything customized and unique to them and bespoke solutions to their problems) make the job stressful.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

1) The people -- they need everything customized and unique to them and bespoke solutions to their problems.
2) New Leadership -- it is unknown how they would like me and my team to perform my job in the future.

**34. To what degree does your work involve high time pressure?  Please explain.**

The forecasting cycle has distinct deadline but it is not high pressure because we know about it and it is predictable. The things that bring high pressure are events or processes that we are told about at the last minute. For example, the company is going through org governance work and we were told at the last minute that we need to participate in the process and they only gave us 48 hours to figure out the org of the future. This was high pressure because we could not deliver quality information by that deadline.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

My work is not usually impacted by unexpected disruptions-- at least none that are impactful or material.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

Operations in general is not usually clearly defined and I am completely fine with that, I like the variability of it. I know what I need to do to show up to work everyday and be successful.

**37. To what extent is creativity important to perform your current job effectively?**

Important

**38. In what way is creativity required to perform your current job effectively?**

We do not have all of the tools that we need to solve all of the problems that people have so we need to get creative in how we solve those problems. We need to be innovative and creative in how we think about solutions, there is not a cookie-cutter approach to all problems.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Other:

**40. Please describe the work you perform that requires you to physically exert yourself.**

It is usually only when we relocate to new buildings and we have to pack our boxes and move them. However, this is rare.

**41. What specific physical abilities are required to perform your current job effectively?**

Extent Flexibility — The ability to bend, stretch, twist, or reach with your body, arms, and/or legs.

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other:

**43. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: a few times a year
Post-Covid: Never (however, I am unsure of the new "normal")

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

20

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**46. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: I worked once a week at home pre-covid.

Post-Covid: I work 100% of the time at home.

## 9. Section 5: Decision Making

**47. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

1) Spending approval as part of the forecasting processes: This is important because for example, there are times when people need to spend money that is not in their budget and I need to look across our entire financial portfolio to see if we can fund it OR look at what the expense is for and if needed I will approve it. There are situations where if we do not spend the money there could be harm done to employees or risk Nike's brand reputation. This is the most critical.

2) Projects or large scale programs that require executive guidance: For example, which geo to go live first for a particular tool. This may not be meaningful to Nike Inc. but it can make a team swirl or stagnant trying to figure out a solution so guiding this team on a solution and helping them to move forward is important.

**48. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

No I do not.

**49. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes, I am responsible for records retention policies for Nike Inc. globally. At Nike this record can be an HR record for example, and my job is to develop policies to retain those records and educate employees on those policies.

**50. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes, my role is twofold. 1) I manage the budgets for the entire organization and 2) I am a cost center owner so I have to manage my own budget as well.

**51. What level of authority do you have, including making recommendations, to hire employees, if any?**

Yes, I hire individuals and I also participate when asked to interview other candidates outside of my own team and make hiring recommendations.

**52. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I have authority within my own team to make recommendations for promotions.

**53. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I believe I always need the input of employee relations to impose any disciplinary action. I have the authority to address it with the ER (employee relations) but I do not believe I have any formal authority to engage in disciplinary action.

**54. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None. I have to involve employee relations to approve of the termination.

**55. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**56. Please explain the type of legal documents you are authorized to sign.**

They have to be contracts that are within my spending approval based on my band.

**57. How frequently do you sign legal documents on behalf of the company?**

Other: Rarely

**58. What is your spending limit without seeking approval?**

I do not know. I know where the policy is (Global Spend Authorization) but I do not know it off of the top of my head.

**59. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I determine my own assignments 95% of the time.

## 10. Section 6: Supervising Others

**60. Do any Nike employees <u>directly</u> report to you?**

Yes

**61. How many Nike employees directly report to you?**

Five employees.

**62. What are the job titles of the employees who directly report to you and what work do they perform?**

1) Director of Solution Delivery-- this role deploys and manages processes and technical tools and solutions
2) Director of PMO (program management office) and TMO (transition management office)-- her team project manages the programs that we deploy and is responsible for the change management, user adoption, and training.
3) Operations Coordinator-- She manages team logistics, manages organization wide events, light program support, and headcount tracking.
4) Analytics and Insights Lead-- She manages and analyzes data and builds data visualization tools, provides insight to end users about their data, and creates KPIs (key performance indicators)
5) Accounting Lead-- She manages month end, quarter end, and year end close, addresses invoice issues, and provides vendor support so that they can get paid.

**63. How do you supervise the work of those who directly report to you?**

I engage with them on a weekly basis with one-on-ones to provide guidance and support. Usually I do not have to review their work but they keep me updated on all of the things in their portfolio of work and I help them prioritize it when needed. I also help them overcome obstacles when needed.

**64. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**65. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

1) Senior Director of Call Center Operations (Comcast)-- 2005 to 2008
2) Director of Business Operations (Comcast)-- 2001 to 2005
3) Program Director (AT&T)-- 1999 to 2001
4) Member Feedback and Analysis Lead (AAA) -- 1996-1999
5) Manager of Call Center Operations (Swett & Crawford) -- 1992-1996
6) Insurance Broker Agent (Medwin Insurance) -- 1987-1992

**66. To what degree has your prior work experience been helpful for performing your current job?**

My call center operations roles specifically have been most key to being successful at Nike because it is extremely dynamic and you have hundreds of people that you need to provide the same level of service to customers and you need to do it uniformly and because you are dealing with customers, new situations happen all the time, so you need to think rapidly, build budgets, and do a lot all at once. Because it was such a busy and dynamic job that kept me on my toes it has helped with my success in my current role.

**67. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Critical thinking, problem solving, and financial acumen.

**68. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**69. What job titles have you held at Nike prior to your current job?**

1) Program Management Expert
2) Business Operations Manager
3) Business Operations Director
4) Workforce Administration Director
5) Global Operations Director
6) and now my current role--- Global Operations Senior Director

**70. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

No new skills.

**71. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

I have not acquired new skills. If I have done formal training I do not recall. I also have not had a coach or mentor but I have coached and mentored others.

**72. What is your highest educational level?**

Some college, no degree

**73. In what field of study is your highest degree?**

General Education

**74. How, if at all, has your education been helpful for performing your current job?**

Not at all.

**75. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None.

**76. How have these qualifications been helpful for performing your current job?**

I have not received any meaningful qualifications to perform my current job.

## 12. Section 8: Working Conditions

**77. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in**

**multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: In an office at Nike HQ (I had my own office). I also worked from home once a week.

Post-Covid: I work solely from home.

**78. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**79. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**80. How many hours do you work in a typical week?**

Pre-Covid: Approx. 50 hours.

Post-Covid: Approx. 32-42 hours.

**81. To what extent do your work hours vary from week to week?**

They do vary but not in an unexpected way. My schedule is pretty predictable.

**82. How many days do you work in a typical week?**

5

**83. To what extent does the number of days you work vary from week to week?**

None.

**84. To what extent do you control your work schedule such as where and when you perform tasks?**

50% of my schedule is based on my managing my calendar and 50% is others putting time on my calendar which is more unpredictable.

**85. What time do you typically start work each day?**

7:30am.

**86. What time do you typically end work each day?**

4:30-5pm.

## 14. Section 10: Extra Roles

**87. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

I do mentor others both formally and informally. I also participate in the Women of CAO (Chief Administrative Office) Committee. I've been part of the Maxim Committee as well.

**88. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please**

**describe the projects, when they occurred and the time you spent working on them.**

The Maxim Committee was a project and it was time intensive because it was the Nike Inc. Maxims. It was a great experience.

**89. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No, I do not.

**90. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No, not outside of my job.

## 15. Section 11: Changes to The Job

**91. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

The CAO used to participate in the corporate strategic review process (aka CSR) so I was responsible for that entire process. However, we no longer participate in it unfortunately. The new tasks would be the portfolio prioritization work that has become critical given our lack of resources.

**92. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Not in any material way.

**93. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Minimally. The CAO has been slow to adopt digital tools and therefore I have to do a lot of work manually.

**94. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Unfortunately, no.

Nike Job Analysis Interview

Response ID:23 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

21

**2. Interviewee Name:**

Morris Calyn Reed

**3. Employee ID**

██████

**4. Interviewer Name:**

Dustin Maneethai

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I manage a weekly newsletter, which is for merchandising, specifically for APLA, a three week capture of upcoming deadlines for the merchandising teams.
I also manage a seasonal calendar, which is a main source of deadlines that I share in the newsletter.
I am the go to person for deliverables, so basically dates on the calendar, when people have questions on that.
I help people with process related issues and questions with merchandising.

**6. What tasks do you spend the most time performing?**

Tracking down and confirming global deadlines. Our GEO deadlines are affected by global deadlines and the global deadlines and the team in charge of the those deadlines are not always the most communicative, hard to determine if they are accurate. Because our deadlines are based on whether their deadlines are accurate, it impacts downstream teams. Reviewing general process in order to prepare for any unforeseen or sudden changes. An example of that could be for our holiday season, the actual holiday always is a major work around. At Nike people are strongly encouraged to take off Christmas to new years, two to three weeks, we need to change dates and make sure work is done before or after based on how important it is to get done sooner than later.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Making sure the dates (dates for major moments and deadlines for important seasonal work) are accurate for both the global and GEO level. An example of seasonal work could be making sure that the team is meeting their deadlines for assortments. Connecting with various teams, which would be at a global level and cross-functional teams.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

The date accuracy is important because our whole system from product creation to actually going to store is based on deadlines, if those aren't met, product doesn't get to store on time, or product is not created.
Connecting with various teams is important because, during times like this when we are all remote, when we don't have constant face-to-face, we don't have the contact - and can't track them down. In addition, it's easier when you build a relationship with these different teams they are willing to work with you and their work or lack of work impacts your team and downstream.

**9. How frequently do you perform these important tasks?**

The date accuracy is daily. The connecting with teams depends on the team, but can range from daily to monthly.

**10. What are the most complex aspects of your job?**

Because the process is always changing, it makes it difficult to be an expert at it, to have a strong knowledge of various tasks, because they are always new. An example would be, before the reorg, there were key moments, such as PRO (product read out) and then after the reorg, that went away and that was replaced with different moments that are still being defined/mastered.

I have to consult with so many teams that it makes it difficult to land on a decision or solution.

**11. What are the specific performance goals you must meet to be a high-performer?**

Able to complete the work and to take initiative to solve problems that might not be on people's radar. And building rapport with teams. Lastly, increasing knowledge in regards to your role.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

No

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Being able to work in an ambiguous environment.

Be a self-starter.

Good at time-management and self-management, being able to work on your own.

Critical thinking, for example when you are looking at the process you need to be able to plan out the possible roadblocks and how it will impact the teams.

Need to have good written and verbal communication.

You do not need a special degree.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Microsoft Suite (primarily word, excel, PowerPoint, and outlook)

SmartSheet

Campaign Monitor - email marketing

Box

Zoom & Slack

**15. What job title or titles will be next in your career progression?**

If I follow within my team it would be process manager and then process director. But outside of my team, the most suitable would be a operations manager.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Strong verbal and written communication. Ability to bring teams together to make decisions. Problem-solving skills. General knowledge of the consumer led process.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

APLA

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Yes, at a high level the work is similar if not the same. However, every GEO is different, so for example APLA is now the only

GEO with territories. Having territories makes the deadlines even tighter than they already are, for all GEOs. I'd have a bigger budget in North America.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

Other: Not officially, but I am assigned as the kid's point person.

**22. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

No

**23. Do you have any additional specific areas of specialization? If yes, what areas?**

I don't.

**24. How, if at all, does this area of specialization shape the work you perform?**

No

---

## 7. Section 3: Work Team Structure

**25. Do you work as part of a team?**

Yes, I work as part of a team.

**26. How many teams do you work on at a time?**

1

**27. How many people are on each team?**

4, including me

**28. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

The team that I am on the process team.

**29. Who are the members of your primary team by job title and what work do they do?**

Process director - manages the team and meets with leadership teams. Defines the process from a higher perspective.
Process managers (2) - one defines processes/seasonal work, the second does this as well, but focuses more on AV (a Nike system where assortments are located).
Process associate - my job.

**30. What do you specifically contribute when you work with your primary team to complete work?**

I create and maintain the seasonal calendars and provide updates from the kid's team as necessary. I also the point person to

create visuals, such as PowerPoints. Also, inform the team of any date shifts.

## 8. Section 4: Work Characteristics

**31. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

There are peaks and valleys. It peaks between week 42 and week 39 for every season, that's every three months. The valleys would be the time in-between that unless there are major business changes that we need to plan around. It is predictable in that it is unpredictable.

**32. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

The first part of the seasonal calendar must be confirmed no later than week 50 for the GEO, in order to make sure teams are working towards accurate deadlines. And confirming the calendar continues throughout that process, that's just the first part of it, but it all needs to be confirmed.

**33. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

Typically its periodic aligning with when the peaks are. Currently though it is all the time, due to the reorg. High intensity.

**34. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

Global deadlines being delayed more and more, because I have to rework the seasonal calendar after its already been confirmed. And lack of communication of sharing those delayed deadlines, because sometimes I don't find out a deadline has been delayed a week before the deadline. And GEO teams looking to my team to fix these issues, because it's a lot of responsibility put on one person or our small team.

**35. To what degree does your work involve high time pressure? Please explain.**

All of it, since its a process calendar, its all based on timing. Need to have it done sooner than later.

**36. To what degree is your work impacted by unexpected disruptions? Please explain.**

Often, all of us on the team are always dealing with unexpected disruptions. Feels like I am always putting out fires, when it comes to deadlines specifically.

**37. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

For the most part. I think the nature of my role is to help, so that can blur the lines that define my role.

**38. To what extent is creativity important to perform your current job effectively?**

Important

**39. In what way is creativity required to perform your current job effectively?**

Coming up with solutions and ideas, it does require a creative mind to think of those, as opposed to being very rigid on what to do. Because I work teams that are very visual, I need to be creative in how I present boring deadlines, so they actually pay attention to them. For example, using fun colors and shapes to display a timeline in PowerPoint.

**40. How frequently, as part of your current job, are you required to physically exert yourself?**

Other: Pre-Covid: a few times per year, currently: none

**41. Please describe the work you perform that requires you to physically exert yourself.**

Pre-covid: I would need to assist with sorting physical samples and helping transport them to different buildings.

**42. What specific physical abilities are required to perform your current job effectively?**

**43. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

---

## 9. Section 5: Decision Making

**46. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decisions are made as a team and involve several other teams, which could include selecting deadlines. And if the deadlines do not allow the teams to get their work done, then it would impact product going to stores.

**47. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, my teams work, defining processes is a form of strategic planning. I contribute by providing known deadlines, brainstorming, and creating visuals.

**48. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No, not outside of the seasonal work already described.

**49. Do you have any involvement in managing budgets?  If yes, what is your role?**

I personally do not have any involvement, leadership above me does though.

**50. What level of authority do you have, including making recommendations, to hire employees, if any?**

None

**51. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None

**52. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None

**53. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None

**54. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**55. What is your spending limit without seeking approval?**

I don't know.

**56. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both, it just depends on the work that is needed. Sometimes, work might be established by my manager/leadership and sometimes I might see work that needs to be done that I then share with my manager.

## 10. Section 6: Supervising Others

**57. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**58. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**59. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Operations Specialist (Contractor with Nike) - 2017-2018 (1 year)
Transaction Coordinator - 2015-2017 (2 years)
Office Coordinator - 2012-2015 (3 years)

**60. To what degree has your prior work experience been helpful for performing your current job?**

Actually been very helpful. With time management, communicating with different personalities, and with seeing projects through from start to finish. Calendar management, too.

**61. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Written and verbal communication with different personalities.
Time management.
Knowledge of downstream work.
Creating appealing visuals.

**62. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**63. What job titles have you held at Nike prior to your current job?**

None, aside from being an ETW (External Temporary Worker).

**64. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Working with leadership more directly and teammates with different cultural backgrounds.

**65. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job experience and some mentoring.

**66. What is your highest educational level?**

Bachelor's degree

**67. In what field of study is your highest degree?**

Psychology

**68. How, if at all, has your education been helpful for performing your current job?**

It's been helpful with working with different people.

**69. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None

**70. How have these qualifications been helpful for performing your current job?**

Not applicable.

## 12. Section 8: Working Conditions

**71. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid - a building at Nike HQ
Currently/during Covid - at home.

**72. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Daily

**73. Please describe the hazards to which you are exposed as part of your job.**

Pre and during covid: dust, lighting too little or too direct, and loud noises (during covid loud noises or construction; pre-covid loud noises because of construction and people).

**74. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: pre-Covid: A few times per year, when working with samples; post/during covid: Never

**75. Please describe the work you perform that has the potential for physical injury to yourself or others.**

Pre-Covid: moving samples that are on rolling walls.

## 13. Section 9: Hours Worked

**76. How many hours do you work in a typical week?**

25-30

**77. To what extent do your work hours vary from week to week?**

They don't vary.

**78. How many days do you work in a typical week?**

5

**79. To what extent does the number of days you work vary from week to week?**

It does not vary.

**80. To what extent do you control your work schedule such as where and when you perform tasks?**

The majority of the time, so 90%.

**81. What time do you typically start work each day?**

9 AM

**82. What time do you typically end work each day?**

4:30 PM

## 14. Section 10: Extra Roles

**83. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

No

**84. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

No

**85. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**86. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No

## 15. Section 11: Changes to The Job

**87. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you**

**began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Added the element of being the kid's point person and because of covid, I don't help with the samples.

**88. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No, with the exception of the newsletter, which takes less time. It takes less time, because of SmartSheet calendar.

**89. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, in the way most jobs typically do.

**90. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, I added SmartSheet.

Nike Job Analysis Interview

Response ID:24 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

22

**2. Interviewee Name:**

Guajardo Micaela R

**3. Employee ID**

███

**4. Interviewer Name:**

Sam Stelman

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

In Strategy, we would saw we have three buckets to our work: one is chief of staff, one is Quarterback the offense (project management), write the future (strategy work). Those are the three major responsibilities in my job description. A fourth one would be to onboard the team, which is an unofficial responsibility, but I have mentored and have onboarded my third new hire. For chief of staff, we call it dotted-line, I dotted-line into the VP of North America Kids. I am her acting chief of staff, so I meet with her regularly to help with any of her team management projects. I am currently building a deck for her all-hands meetings. I run her off site meetings (and plan). I coordinate a lot of the information that she wants to present, wherever that may be. For quarterback the offense (project management), when we write a big strategy and it is approved and becomes a project, I manage that project. For example, we are doing this now with a project for Foot Locker (so setting up and launching new projects to manage). This is a lot of cross functional and process driven work. It can also be project managing the business, so when it comes time to report on Kids business or North America business, we do that. So I did that for five quarter. For write the future, that is when we create a vision - be visionaries about what we want. What is the future of North America kids? So I just finished writing the NA Kids marketplace, and I just got done presenting that. So that is a lot of story telling and streamlining information.

**6. What tasks do you spend the most time performing?**

I probably spend the least amount of time doing quarterback the offense. Since a reorg, there have been a lot of projects we haven't moved forward with. This year, that has been the least amount of time. But in FY 21, I spent a lot of time doing that. My time is pretty split between all of them. It changes by week. We have kids all-hands this week, so I am spending a lot of time on that. When we were finishing the marketplace deck, that took a lot of time. So it really depends... But right now I am deep in chief of staff, but then I will go back to write the future. So it is pretty evenly split.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

I think I do something that isn't one of my responsibilities but I do it anyway. I do intern recruiting. So I work cross functionally with 5 corporate functions to do diversity hiring. I feel like that has a really big impact on the business. And then the other thing I do, I make space for the VP of Kids to do her work. Having a chief of staff is not something every leader gets... So when she knows I am doing work for her, and saving her that thought, then she gets to put her brain to use where she should. I make space for her. And that is hugely important for the business.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

The success of Nike can be interpreted a lot of different ways (e.g., shareholder value, authenticity with customers, inclusivity and representation). For me, it is probably a combination of those things. I think our tasks are important because they make things easier and free up a lot of space. We spend a lot of time making it make sense, so that the vision we set out to be successful can actually be implemented. So our work is the conduit between saying what we want to do and actually doing it - which helps us not play a misguided game of telephone.

**9. How frequently do you perform these important tasks?**

There are a number of tasks I do that all flow up to the same thing. So the ways in which I support the VP of Kids, it might be coordinating meetings or taking notes, whatever those chief of staff duties are (there are so many tasks that go into that). And that is probably 30% of my time, consistently. She wouldn't write a marketplace deck anyway, so I don't count that as freeing up her time. So this is really the chief of staff work. But doing recruiting, that ebbs and flows. I have probably put 40 hours into it in the past quarter (which is a lot for something that is beyond the scope of my role). So it is infrequent, because it will go away since we just made all our offers. And then I move on to the next task.

**10. What are the most complex aspects of your job?**

I think the most complex aspect is that I am consistently working up. I don't work with teams of other managers, I work with VPs (Global VPs). So their expectations of deliverables can vary. That is really tough. You always want to be a step ahead and provide them with the answer (not a problem), so that is a ton of work. The other thing is our job is super cross functional, so making sure our work resonates across all different expertise and all different levels (those that understand the strategy and those that it trickles down to). And we don't get 6 week sprints, we just get big questions. So scoping those big, ambiguous problems can be complex. And navigating Nike (because it is such a matrix) is always complex. (Complexity has also been added through the recent reorg and working from home, as you can't read between the lines as much.)

**11. What are the specific performance goals you must meet to be a high-performer?**

Strategy has not clearly outlined these. The word specific is hard because we have a full sheet of development language. It takes some of what I just said, managing complexity or working through ambiguity to get the work done... Being an effective chief of staff, doing work for senior leaders, anticipating questions. So it is thriving in that environment. That is not a specific goal, but we are evaluated on if we can thrive in the environment we work in.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

One PSP. So we are all in the same bonus structure, and that comes from us hitting our sales goal. So I don't sell anything, but we are all expected to hit that sales target. I don't think I have any numeric performance metrics.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

In terms of knowledge... Problem solving, building frameworks, good business judgment (drive towards the right answer), industry knowledge (retail, NA consumers), process management (scoping work, creating a work back plan), basic understanding of financial analysis (read a P&L statement)... We need to have a refined and nuanced skill set to influence up and across - you need a high EQ to do that (read the room). The ability to influence, manage up, see the forest through the trees. The reason I was just successful in presenting a deck to VPs was because it was aligned and it was clear - so writing something at their level that could also be interpreted by analysts... Being able to use Keynote and PowerPoint and Excel, and our date reporting systems like Tableau.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Mac proficiency (strategy uses Mac). So we use Keynote. Slack, Box, Outlook, Tableau, Excel (rarely), Office Suite, Zoom

**15. What job title or titles will be next in your career progression?**

I am currently a U band, and I hope to be an E band in progression, which would mean I would be a director. There is nothing in between where I am, I am at the top of the U band... and then there is E band.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Overarching it autonomy and individual leadership. So it is nothing beyond the skills and abilities that I have already outlined, except there is less direction. So I will lead more projects on my own than I currently do.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

North America

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Yes. Because each geo has a very specific consumer. So North America has the most unified consumer group (because we have US and Canada). And APLA is a lot more varied (currency, language, distribution model). So it impacts the work I perform because the work I do is very comprehensive, but I think in other geos, much more happens in the territory (e.g., territory is Australia and geo is APLA). So there is nuance in how we are able to execute in terms of the depth of direction we can develop - and you can't do that when you have 75 countries under you.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

Kid's

**22. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

Very similar to the geography question... It is the nuance and where the kids business is in relation to the women's business and the men's business. Men's business is much more established (we were founded as that). And women's is more established than kid's. So I do think I get more project leadership and ownership because of the work that needs to be done in kid's (whereas a lot of that is already established in both men's and women's).

**23. Do you have any additional specific areas of specialization? If yes, what areas?**

No

**24. How, if at all, does this area of specialization shape the work you perform?**

N/A

## 7. Section 3: Work Team Structure

**25. Do you work as part of a team?**

Yes, I work as part of a team.

**26. How many teams do you work on at a time?**

I sit with the Kid's leadership team (in support of VP). I sit in the NA strategy on the consumer team. And we are a part of global C&M (consumer and marketplace). And global strategy. Technically I sit on all those teams, but they ladder up into each other. I would say I probably work on two - NA strategy and NA kid's.

**27. How many people are on each team?**

NA Kid's is 11 ish people. NA Strategy is 14 people.

**28. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

I do more work with the Kid's team, but I rest within NA strategy. My work is more tied to NA Kid's.

**29. Who are the members of your primary team by job title and what work do they do?**

There is a VPGM (General Manager) of Kid's - they are responsible for P&L. Then you have a VP or senior director for every function (insights, marketing, finance, demand planning, merchandising, Jordan, operations, communications) and then there is an admin for the VP. Every VP or senior director is responsible for their activities in their functional vertical - and then we work cross functionally to get after shared priorities (that's where I come in). We connect on the things that matter most to all of us.

**30. What do you specifically contribute when you work with your primary team to complete work?**

I mostly contribute alignment. I decide the priorities for the offsite and make sure they are fully encompassing and there is a project plan for all of those. So enforcing cross functional work with all functional leaders, and helping set the vision of cross functional success and the success of the Kid's group (along with the VP). (She has the final say.) I also contribute scoping documents, work plans, and clarity of the vision (a lot of decks and one pagers that do that).

## 8. Section 4: Work Characteristics

**31. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It is unpredictable. You are never really sure how long an all-hands deck is going to take. There is a pattern, because we have quarterly reporting and monthly reporting - so you know when those are coming. You know when Board of Directors is coming (5 times a year, the board comes in for a meeting - you know when the dates are, it's very cyclical). And we have a yearly corporate strategy report (CSR), but we didn't have that last year due to the reorg - so it is hard to predict how intensive it will be this year. Last time we did it, we had categories, so again, unclear how challenging it will be this year. There are distinct peaks. The valleys are when your VP is on vacation (so you try to match your VP's vacation schedule). It is not really spread evenly, because the VP will decide she wants to do an off-site and if I have a vacation planned, then I need to compress one week to prepare for the off-site.

**32. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

My work requires a high level of precision because it is going to the VPs of the company, and potentially even the CEO. When I would write the quarterly business review, North America (the largest geo), the notes and the storyline I would write would be commentary for the CEO in the earnings call. So that requires precision (but does have checkpoints before that level). It has to be accurate - we are talking about dollars, investments, sales figures. It has to be accurate - you can't be giving the wrong metrics. But the consequences are just a little embarrassing - you don't want to show up with content that isn't clear. I'm a perfectionist, so it is embarrassing and you don't want to be called out. The consequence could also be that people don't get the information they need and we don't make the right business decisions - but usually there is a checkpoint (or several) to ensure everything is accurate.

**33. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or**

constant? Please explain.

Very high. I have very high stress levels right now. We're working in a pandemic like everything is normal and it's not - which is a huge contributor to my stress. I'm not living in Oregon (where my job is located), so that has added to the stress. The visibility to my promotion is unavailable, which adds to my stress. And the pressure to deliver really high precision work adds a lot of stress. The unpredictability doesn't help, because it adds hours and when you are tired it adds to the stress. The stress is constant.

**34. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

I feel like I answered a lot of that above... The pressure to deliver really high precision adds a lot of stress... The unpredictability of the work... Knowing we are about to go into a new process (corporate strategic reporting) and not knowing what to expect from that... I think it is very stressful that my work product is highly visible. In creating this marketplace deck, we are the first consumer group (Men's, Women's, Kid's) and first geo to roll down the plan to our marketplace. So this deck will go a lot of places, which is stressful. And I feel I have to be in charge of my development, which is stressful (to always be an advocate for yourself).

**35. To what degree does your work involve high time pressure? Please explain.**

Not often. However, for QBR (Quarterly business review) I am responsible for work product for the VP of the geography. She takes that analysis and storyline to global. I write the narrative for NA for the quarter. And the turnaround to create that is 72 hours, which is a weekend - because of when the quarter ends and when we can do the read out, since we don't get business financials until a certain date. So that is high time pressure, but that is quarterly. I haven't had a fire drill in a while. But because I support leadership, and one person likes a lot of information, so we can be called upon to create a lot of work very quickly. Any reporting involves time pressure because it has to be turned around very quickly. During COVID, I have done some daily reporting (it was daily for about 3 weeks).

**36. To what degree is your work impacted by unexpected disruptions? Please explain.**

Last year my work became all about COVID. 100% though. We just went through COVID and a reorg and my work was completely disrupted. My work was completely changed. For example, I became weekly reporting about COVID. And the lingering effects from that on our business (closing stores, supply chain disruptions), the strategy became self preservation - it was not writing the future. My work is severely impacted by unexpected disruptions. (And now COVID is really bad in Vietnam, where so many of our factories are.)

**37. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

Because part of the definition of my role is to deal with ambiguity, I know that anything is expected of me. It is rare that I have said "that's not in my job description" or "I don't do that". Sometimes I don't have the access or capabilities, but my role sort of covers everything. I think there are really broad and basic expectations, and that is what can make it more stressful (am I doing it right?). I think I understand what is expected, but I think you define your own set of expectations for your work and that also adds to the stress (because you don't know if your expectations are aligned to those of others). And the teams we work with, some have extremely high expectations.

**38. To what extent is creativity important to perform your current job effectively?**

Important

**39. In what way is creativity required to perform your current job effectively?**

To the previous question about expectations and how my role being clearly defined... If I wasn't agile and nimble and creative in my problem solving, I wouldn't be as successful. So I deal with ambiguous problems with creative solutions. (And to me, that is the fun part.) And also, because we do strategy, you have to be a visionary and be creative in writing the future.

**40. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**41. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

A few times per year

**42. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: I was traveling for recruiting (so I went to Chicago to recruit from two universities) and I traveled to LA for an off-site. Post-covid: I went a year without traveling and then recently I have been back to Oregon twice (because I am not currently there). So I wouldn't have to travel if I was already there. And then I plan to go to NY and LA at some point this year (maybe).

**43. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**44. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I make very few decisions as part of my current job that influence the business. My decisions are strategic in nature, so they are not operational all the time (very few have been operational). The other important decisions I make are hiring decisions. While I'm not a hiring manager, I do weigh in (so I influence that decision).
Post-covid there is a decision making framework at Nike. So structurally, strategy is not set up to make a lot of decisions - we just don't own the business that way. Rather, we influence decisions.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

That is my job. We've answered this through a lot of questions already. Strategy development and strategic planning are my job. How do I contribute? I write, research, and influence strategy. That is what people rely on me for. So, my contributions are the strategy. I make the frameworks, do the offsites, and design the workshops to help senior leadership come up with the ideas.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

I have a little bit because of the intern recruiting that we do. Procedurally I have helped design how we recruit our MBA interns. I work with the university relations team and a cross functional group of managers to determine the best process for that practice.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

No

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

I have the highest level of authority that is not actually making the decision. So, the highest level of influence.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I have never been asked, so I don't know.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if**

**any?**

I do not have that authority.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**54. What is your spending limit without seeking approval?**

Everything I spend on my card needs to be approved (so 0).

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both. I was assigned to do quarterly business review (QBR), but now that I have a great relationship with the Kid's GM and have progressed further in my career, I get to manufacture some of my own assignments. Leadership will assign work to our team, and then my manager assigns it to me. (It is rare that strategy leadership asks me to do something directly, but Kid's leadership is often involved in my assignment.)

## 10. Section 6: Supervising Others

**56. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**57. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**58. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I joined Nike in Fall 2019. Prior to that I was pursuing my MBA for two years (started in 2017). Prior to that I was in professional services marketing for two years - I did marketing and content management for an architecture firm. I was a brand manager. Before that I was in the executive development program at Bloomingdale's for a year (2013 or 2014). Before that I was a sales supervisor at Bloomingdale's. All of this is retail management experience. And the two years before that I was the assistant store manager at Club Monaco for two years. So my prior work experience is rooted in retail management and brand

management. During my MBA program, I interned at Mars.

**59. To what degree has your prior work experience been helpful for performing your current job?**

It has been really helpful. My retail industry experience is helpful as Nike is a retailer. Brand management experience, like understanding how to operate and run a brand, is helpful. So there is a big chunk of industry experience, and then there is tactical experience - like cross function experience, going through a leadership development program, or being in people management roles. Those are the most helpful.

**60. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Same as above. My retail industry experience is helpful as Nike is a retailer. Brand management experience, like understanding how to operate and run a brand, is helpful. So there is a big chunk of industry experience, and then there is tactical experience - like cross function experience, going through a leadership development program, or being in people management roles. Those are the most helpful.

**61. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**62. What job titles have you held at Nike prior to your current job?**

None

**63. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

I learned how Nike business runs. That knowledge is critical. Skills... I have learned a lot of presentation and storytelling skills, which I've also refined here... As well as project and process management skills. I have also learned some specific consumer knowledge. We have a ton of research about the consumer and I have learned a lot about that.

**64. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

We have no formal training. Most of it has been on the job training and coaching... I don't think anyone has mentored me. I didn't have a mentor until now, and most of my skills have been refined before now.

**65. What is your highest educational level?**

Master's degree

**66. In what field of study is your highest degree?**

Business Administration (Marketing focus)

**67. How, if at all, has your education been helpful for performing your current job?**

It has been very helpful. I learned a lot of strategic thinking and refined my strategic skillset in school. It also taught me a lot about working in teams (everything we did was in teams), so I learned how to be a strong leader, a better delegator, all those team dynamic things. I also did a lot of strategy, so the strategy toolkit was the most important thing. It was also helpful because it was my first experience with a lot of data driven decision making, so I took a lot of stats classes and learned to make better decisions that way.

**68. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None

**69. How have these qualifications been helpful for performing your current job?**

N/A

## 12. Section 8: Working Conditions

**70. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid I worked in an office at Nike HQ. And during covid I have been working at home.

**71. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**72. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**73. How many hours do you work in a typical week?**

60

**74. To what extent do your work hours vary from week to week?**

A lot. It can be 40-60. Because we have half day Fridays, last Friday was lighter. If you are at an off-site, you can put in 14 or 15 hour days.

**75. How many days do you work in a typical week?**

5

**76. To what extent does the number of days you work vary from week to week?**

Not very much

**77. To what extent do you control your work schedule such as where and when you perform tasks?**

I have a very high level of control (both where and when).

**78. What time do you typically start work each day?**

I usually start 7:30 PT (because I am on CT).

**79. What time do you typically end work each day?**

Typically... I usually end around 5 PT but then I do more at night (2-3 more hours after dinner).

## 14. Section 10: Extra Roles

**80. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

Yes. I am responsible for onboarding new hires into NA Strategy group. This involves writing onboarding plans, creating

folders filled with resources. I also do this for interns. And then I meet with our new analysts for 3 hours/week - training them, having them shadow me, etc. I am also working on our Diversity MBA intern recruiting. For this, I go to conferences and meet with candidates. I take a lot of informational calls and talk one on one with candidates. I create content for those conferences and the informational sessions we do. And I read hundreds of resumes - probably 200 this cycle. And I did 9 case interviews (helped write the cases, scored cases, and participated in interview calibration). I do a lot of programming once they get here, helping to design their summer experience.

**81. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

No

**82. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

I am a representative at the conferences. So my public facing role is the strategy ambassador. I am a strategy representative in recruiting that represents Nike.

**83. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

During MBA recruiting, which is in the summer - so we are just wrapping up in August. And it happens again in the winter.

## 15. Section 11: Changes to The Job

**84. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

They have evolved, they haven't really changed. Like I used to write the full QBR submission, but now I will help an analyst do it. Most of my tasks have become more autonomous, but the work has stayed the same.

**85. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Things go faster as I have gotten better at it. Mostly things like designing frameworks or coming up with storylines. The problem solving hasn't gotten faster, but I can make keynotes faster.

**86. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

No

**87. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No

# Nike Job Analysis Interview

Response ID:25 Data

---

## 1. Pre-Interview Information

**1. Interview ID Number**

23

**2. Interviewee Name:**

Royce Jessica Leigh

**3. Employee ID**

█████

**4. Interviewer Name:**

Tyleen Lopez

---

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am responsible for 365 evergreen retail brand, this encompasses in-store signage (including both evergreen plus seasonal initiatives). I am also responsible for Nike clearance store marketing (for New Doors and Relocations). The third bucket of my role is Unite grand openings (so opening doors and creating a new strategy for opening doors going forward).

**6. What tasks do you spend the most time performing?**

Currently, meetings with both internal and external partners to plan grand openings. We have a crazy amount of stores coming up within the end of this calendar year and next calendar year so it is difficult to focus on anything but grand openings at the moment.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

One of the important tasks would be getting signage in order and being efficient we have 240+ doors which means that we have a lot of signage and when it is not ordered or created in an efficient manner it could be a big money waste. Another piece of that would be ensuring that new store openings happen without issues and there's a proper amount of training for store athletes (aka employees) and the proper amount of visibility of the store to the outside consumer.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

It directly impacts the consumer's experience with Nike, and how consumer's feel about the brand because it is the actual on the ground support.

**9. How frequently do you perform these important tasks?**

Daily.

**10. What are the most complex aspects of your job?**

Navigating the matrix and understanding who makes decisions, especially in a concept like Unite. It is a brand new concept but we have already launched it consumer facing without making a lot of the decisions that impact the consumer. For example: the concept itself is called Unite but it was never officially decided if the word "unite" was going to be consumer facing or not. So as a marketing team we were not given a straight answer on if we should use the word "unite" in consumer facing marketing.

**11. What are the specific performance goals you must meet to be a high-performer?**

Honestly, I do not know because I have not had those conversations with my manager and I was not given a job description when I joined the new CDM (Consumer Direct Marketing) team.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Not that I am aware of.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Most of the work that I do because I am in a specialist role can be learned on the job. For example, someone in a manager role above me retail brand experience would be crucial but for a specialist coming into the role you can learn that from your partners.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

We use Slack, Zoom, AirTable, KeyNote, Box (or other file sharing services), and Microsoft Suite.

**15. What job title or titles will be next in your career progression?**

Either Marketing Manager or a Project Manager of some sort.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I would need to master the current role that I am in plus getting opportunities to own projects rather than just working on them.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

North America

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Yes, because my role is so ingrained with the consumer. A consumer that shops in the North American retail environment would be different than a consumer that shops within a different geography.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

I am also working under brand marketing and retail. Both are under the North America geography.

**23. How, if at all, does this area of specialization shape the work you perform?**

We get general guidance from both specializations but we are allowed to make decisions that impact the consumer at our individual level. For example, we will get guidance from brand marketing on what Unite is but then we have the ability to figure out if that is right for our consumer for each individual store.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

It depends on the project but you typically interact with 3 to 6 teams at a time.

**26. How many people are on each team?**

1) Retail Brand -- 2 people
2) Visual Merchandising -- 6 people
3) Marketing -- 4 people
4) Operations -- 3 people
5) Purpose and Community -- 2 people
6) Store Team -- 6 people

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

My primary teams would be Retail Brand, Visual Merchandising, and Marketing. We all report to the same manager.

**28. Who are the members of your primary team by job title and what work do they do?**

1) Retail Brand Manager -- they do seasonal retail brand initiatives.
2) 3 different Visual Merchandising Managers -- they are all separated out by gender (Men, Women, and Kids).
3) Digital Marketing Manager -- they handle O2O (offline to online) projects.
4) Marketing Manager -- handles grand openings.
5) Purpose and Community Specialist -- handles everything that happens within our community doors (community doors are a tier of Unite).

**29. What do you specifically contribute when you work with your primary team to complete work?**

I manage all things Marketing for brand new Doors which includes what we call a preheat, grand opening weekend, and a sustain plan. I also manage all of the seasonal updates for signage across the full Nike factory store fleet.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It is unpredictable for the most part but there are peak time frames when we know it is going to be busy (for example during the holidays). For the most part, it is really busy all throughout the year and I think that the primary reason for that is that we do not have enough people to perform all of the work.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a**

high degree of precision?

There are two parts to this. 1) The Retail Brand aspect: retail brand has to be performed precisely because it is a physical sign that needs to be produced and so you have to make sure that it is accurate and precise. The consequences are budgetary because it is really expensive to produce anything physical for such a large amount of stores. Also, it can cause strain on the store athletes (employees). 2) Marketing: marketing can be done a little bit more loosely and we have the opportunity to test and learn different functions. The consequences are that consumers do not know about your store and therefore there is a lapse of ROI (in other words, less sales).

### 32. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.

It is a high level of stress and constant due to the fact that I am doing two roles. My official title is "Retail Brand" but I am also doing retail brand and grand opening marketing. Also, we have 200 doors opening across all of our concepts in the next 3 years and there are currently only 2 people working on my team.

### 33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?

It is not the individual pieces of the job that are stressful, it is more so that we do not have enough people on the team to complete all the work that needs to be done which becomes stressful. Also, stores have a hard opening date and so I do not have the ability to impact that opening date so the work needs to be completed before then, there is no way to push it out.

### 34. To what degree does your work involve high time pressure?  Please explain.

It involves high time pressure because there is no way to impact opening dates so we have to complete the work on time.

### 35. To what degree is your work impacted by unexpected disruptions?  Please explain.

Nike is a company that is always moving really quickly. So I think that there are always pivots that you have to be prepared for and you just have to learn to be adaptable and pivot your plans. In the new store space, there are always things that we get told about last minute that they were not able to fit into the drawings of the store or if they were installing something and it did not work they have to pivot, so we must always stay on our toes.

### 36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.

Post CDA (Consumer Direct Acceleration) I did not receive a job description so I have had to almost create that with my manager who also did not receive a job description. For that reason, it almost feels like we made up the role. This makes it hard to know what is actually expected of me.

### 37. To what extent is creativity important to perform your current job effectively?

Critically Important

### 38. In what way is creativity required to perform your current job effectively?

I have to creatively come up with marketing ideas that are relevant, authentic, and actually matter to the people that we are marketing to.

### 39. How frequently, as part of your current job, are you required to physically exert yourself?

Monthly

### 40. Please describe the work you perform that requires you to physically exert yourself.

This happens monthly, when we do a store opening and are able to travel to that store opening. With Covid, we were not able to travel to store openings.

### 41. What specific physical abilities are required to perform your current job effectively?

Other - Write In: I do not need any of these to perform my role, we may only need all of these physical abilities when we are doing our monthly store openings but only if we are able to travel to those store openings.

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other:

**43. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre Covid: We traveled once a month for store openings.

Post Covid: I have only traveled once in the past 18 months (and that was last week for a store opening).

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

10

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

5

**46. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: For market travel, I would do work at other Nike locations. For example, the Nike Los Angeles office. Also, we would sometimes work with vendors at vendor offices.

Post-Covid: Mainly at coffeeshops.

## 9. Section 5: Decision Making

**47. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

1) How Nike is represented in Grand Opening marketing "Nike App, Email, Social Channels, and integrated media" -- This is important because this is how the consumer interacts with Nike. Some consequences would be the relationship that consumers have with Nike could be damaged.

2) For signage we have to make decisions on the verbiage that is written on those signs -- This is important because depending on what the sign says there could be legal implications. For example, with a promotion you have to have all of the terms and restrictions and if you do not include that there could be some type of legal ramifications.

**48. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, I am currently developing the grand opening strategy for all Unite stores going forward. We will be opening 200+ stores in the next 3 years, and so I am developing a strategy on how we can make openings authentically Nike but also have a piece that is scaleable and can be accomplished by a lean team. The goal is to make it authentic but also repeatable. We want to develop a blueprint for grand opening but each store opening still needs to be unique to the community that it is in.

**49. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No I do not.

**50. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes, we receive our overall budget from our operations manager. So essentially, we are given a bucket of money and then we have to budget it our for all of the store openings that we have for those six months. That is a strict budget.

**51. What level of authority do you have, including making recommendations, to hire employees, if any?**

I do not have any authority to make recommendations or hire employees.

**52. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I do not have any authority to make recommendations or determine employee promotions.

**53. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I do not have any authority to make recommendations or impose disciplinary action.

**54. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I do not have any authority to make any recommendations or to terminate any employees.

**55. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**56. Please explain the type of legal documents you are authorized to sign.**

I am able to sign contracts with vendors.

**57. How frequently do you sign legal documents on behalf of the company?**

A few times per year

**58. What is your spending limit without seeking approval?**

If we are doing statements of work with agencies that we are going to work with I can sign up to $10,000.

**59. Are you assigned work by your manager/leadership or do you determine your own assignments?**

It is a mix, my manager assigns a big bucket of work and then I am able to then figure out how to complete that work.

## 10. Section 6: Supervising Others

**60. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**61. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**62. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

1) Brand Training Specialist (Essilor) -- 2016-2018.
2) Human Resources Engagement Partner (Essilore) -- 2012-2016.
3) Human Resources Business Partner (Nation Star Mortgage) -- 2011-2012
4) Recruiting Assistant (Nation Star Mortgage) -- 2009-2011.

**63. To what degree has your prior work experience been helpful for performing your current job?**

Working in HR has helped to shape how I interact with teammates, managers, and overall taking feedback and working through our Matrix. Also, the brand training specialist role was primarily marketing which has led me to where I am now.

**64. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Public speaking, presentation building, and relationship management.

**65. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: I came from another role at Nike but it was a lateral move.

**66. What job titles have you held at Nike prior to your current job?**

1) Senior Administrative Assistant (North America Digital Brand) -- I was a contractor in this role
2) Project Coordinator (North America Digital Brand) -- I moved to this role once I went from contract work to Full-time.
3) Now I am in my current role -- Unite/Value Retail Brand Specialist

**67. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Digital brand marketing -- so working with digital apps, email, .com, paid media, and social media.

**68. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

There was no formal training, it was more job experience and getting involved in various projects and learning.

**69. What is your highest educational level?**

Bachelor's degree

**70. In what field of study is your highest degree?**

Bachelor of Arts in Communication Studies.

**71. How, if at all, has your education been helpful for performing your current job?**

My concentration was in rhetorical theory which has helped me to be able to be an effective communicator both verbally and written.

**72. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I have taken several project management trainings. I also think you have to have a good mix of being creative and analytical in this role.

**73. How have these qualifications been helpful for performing your current job?**

They allow you to manage the workload effectively, and to creatively come up with solutions while still making sure you meet the goals of the business.

## 12. Section 8: Working Conditions

**74. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: I worked from Nike WHQ on the North America Campus in Portland, Oregon.

Post-Covid: I am working from home. My role probably will include more travel in the future if travel restrictions allow it.

**75. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**76. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**77. How many hours do you work in a typical week?**

45-50 hours.

**78. To what extent do your work hours vary from week to week?**

They increase during peak seasons like holiday or directly prior to a store opening.

**79. How many days do you work in a typical week?**

5

**80. To what extent does the number of days you work vary from week to week?**

The number of days I work a week increase during peak seasons like holiday or directly prior to a store opening.

**81. To what extent do you control your work schedule such as where and when you perform tasks?**

I have complete control over my work schedule.

**82. What time do you typically start work each day?**

About 7:30 am.

**83. What time do you typically end work each day?**

About 5:30pm.

## 14. Section 10: Extra Roles

**84. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

While working at Nike, I used to run a "fun" committee. It was like a culture committee that focused on physical activities, mentoring opportunities, and educational opportunities.

**85. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

Most of everything that I have done has been in direct reference to my role.

**86. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No, I do not.

**87. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No, there are not any specific tasks I perform during certain times of the year.

---

## 15. Section 11: Changes to The Job

**88. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Yes, when I first came into this role it was retail brand only. However, as our store openings ramped up more support was needed on the marketing side. As a result, I was asked to step in there and now I am creating the full strategy for the marketing team while also continuing to do the current tasks for the retail brand.

**89. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes, when I first started it was 100% retail brand but now I spend about 30% retail brand and 70% marketing for our store openings.

**90. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, because there were no processes or procedures in place. The previous person who was in a role similar to mine had been here for 20 years and just knew how to do everything so there were not any processes actually written down. That person got let go, so we had to build everything from scratch. For example, there was not a way for stores to order signs online and now we have created that.

**91. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

We implemented using a project management system "AirTable." That is the only major change that I have seen in my current job.

Nike Job Analysis Interview

Response ID:26 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

24

**2. Interviewee Name:**

Luell Lauren Jean

**3. Employee ID**

██████

**4. Interviewer Name:**

Zareena Shefa

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

So I have a mix - I am a people manager and a business manager. I am a social media support manager. As a social media support manager, it is unlike a social media manager who manages the account. As the support manager, I am developing the team and making sure they have the support they need (e.g., we get all over the world, so we want to make sure they have what they need to give all the answers for their day to day role and making sure they feel comfortable to grow and develop in the company). My team responds to Twitter, Instagram, all Nike apps, and Youtube comments (e.g., we have a platform that brings comments into one place, our team gets auto assigned all messages, I go in and see how many messages we have in one day, I go in and make sure theres no trending topics to bubble up. I also check quality of work to make sure spelling, grammar, and tone of voice is appropriate). If we see something trending like that, because social media is the first place people are comfortable to voice their opinion (especially negative), we take the article and bubble it up to our Comms team to handle. We sometimes send out a broader statement on behalf of Nike. A lot of stuff we stay silent on, we are like the eyes and ears. So my main role is managing them, schedules, quality of work (e.g., spelling and grammar, did we provide the correct info to consumer, do we have correct tone of voice like "friendly"), making sure they have info they need, and staying connected to the marketing and brand partners because we need to know what they are posting, what campaigns they have, and making sure you are connected to how they want nike to sound in the campaigns (what we are supposed to encourage consumers to do).

**6. What tasks do you spend the most time performing?**

So reporting is a big piece of it. Reporting includes checking our queues and seeing the volume we get in vs how many people are working. And the next one is response rate, and that is how many messages we respond to vs what we see. Another is average handle time is how long it takes us to handle each message. Last is quality again, we have a set of questions that we use to score messages or interactions. There is a handful of questions, like conflict resolution, tone of voice, linking to product that is relevant, and was consumer satisfied. We don't have surveys so we have to grade it on our own. These are about 50%, the other half is the people management part. That includes scheduling (we have 28 people, and our hours of op are 5am-7pm 7 days a week, so making sure we have enough people per shift to handle the volume). I also do bi-weekly one on ones with each of my team members to go over examples of their work, discuss concerns on their end, and help with their development of their future goals.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

I think it is supporting our "athletes" (we call our team athletes) that are doing the front line work, we can't be successful if they

aren't successful. What that looks like is being there to answer any of their questions. For example, they can ask questions about how to respond to a consumer or if they should respond to a consumer, or someone they connect to to get more info on a certain topic, or even scheduling questions (can I have this day off). Also making sure they have a sense of purpose every day, and making sure they gain experiences they can use for other jobs or giving them challenging work or side projects to keep them motivated day to day. So I try to meet with each of my team members bi-weekly, so once a month we go through an IDP (independent development plan) where they write down the future jobs or things they are interested in, so we can figure out experiences to help them get ready for that. For example, they want to learn how to build a deck, so I will get them on a project like that.

---

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

I feel like our consumers are number one, and our athletes (team members) are the face of Nike when they are talking to consumer. It is important they are knowledgable, happy, and know what they are talking about when interacting with consumers so that they consumers have trust in them.

---

**9. How frequently do you perform these important tasks?**

We do have the set aside one on ones that we do bi-weekly but I feel like team can reach out daily. I try to let the team know that they are ok to reach out anytime (e.g., on Zoom, Face time, and even a phone call).

---

**10. What are the most complex aspects of your job?**

I feel like right now we handle global English contacts (consumers from around the world), the hard part is handling consumers from different geos (time difference) and there are different protocols. Any type of English contact that comes into our social media handles, we at least see them all, but if we need to respond then we will send out a response to them. For example, in North America there are different protocols than in Europe. It is important to know where consumer is located to give them the most accurate info. For example, in north America we have an escalations team that handles situations, our social team is able to get trained on North America escalation so they can be first contact resolutions to respond to those consumers. In Europe, there are different systems for first contact resolutions so our athletes are not trained for this. In this case, we might have to send them back to phone or chat which I don't think is the best for handling this. Also, from my POV, in North America we have a well oiled machine that isn't necessarily reflected in other geos, which can be frustrating that we can't give that high level of service to every consumer.

---

**11. What are the specific performance goals you must meet to be a high-performer?**

It is a little bit tricky in social because we don't have the traditional KPIs that other teams have, but I would say it includes being proactive (e.g., if I am working with marketing, and theres a big launch coming up, so brainstorming how many people to operate, are we going to need an after action plan- like what are we going to do to help consumers. For example, finding the shoe in an authorized retailer or a Nike store). Also, being quick to respond (if there are any PR issues we need to bubble up, we also get a lot of threats that we need to send to cyber security team, or even inappropriate content that we remove so that our team doesn't see it). Especially because it is social, things move quickly, so you want to be able to respond fast and bubble it up (this means to escalate the situation to the Comms or PR team, we also have a knowledge base that we can create articles so the team has info on what you can or can't say. We wan't the articles created quickly, so our department is like a call center with lots of spindles). Also, the ability to move with global geo partners and being comfortable to make those relationships because we definitely need it. So really, being able to figure out who is in charge of what. For example, we get questions from Zimbabwe, so I use my connections to see where to get info/photos for that event. So making those relationships is important and I make a running list of my connections for future use.

---

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

So our full consumer services team does have metrics for sales and direct demand. For social, we just got sales about a week ago which is hard to track so we use CP tags (unsure what this stands for, but this is a set of words that you put at the end of a link that puts cookies on the consumer's site so if they purchase on Nike we can see links sent, how many people clicked, and dollar amount of the sales. It also works on apps) or links. Each athlete has their own CP tag, so we can track by person. We don't have a specific goals yet but in the next month we will be sitting with Director to set those metrics. Before the CP tags, we did not have performance metrics.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

I feel like communication is huge, both with being able to lead someone (people that report to you) and communicating with your peers or people outside of your department. Being able to lead a time is a big one, because we have 28 people with only 2 managers so if we can keep our team motivated and excited about their roles we can be successful. I think organization is important, I have a running checklist of to-dos each week. Also, I don't know if there is specific knowledge that is needed because a lot can be taught or learned, but the people management part requires a passion for helping people learn and develop. Without that it would be difficult to lead. Also, speaking on meetings and representing the team on meetings- being comfortable with that type of thing.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

We use Sprinklr for social messages (our whole workload from social media apps come into Sprinklr, and we can monitor the day to day of my team on Sprinklr). We use Swoosh Desk for keeping track of cases (all the same messages from one consumer, like questions about a specific shoe or a specific topic from one consumer. Tracks the full conversation from each consumer and kind of groups into topic. Starts a new case in 7 days) or if we need to do escalations within our department (this is an internal tool). Within Swoosh is the AKB (athlete knowledge base), and that is where the articles are posted to keep people up to date on certain things happening in consumer service world. We also have CSP (not sure what stands for) but it is a program where we can view consumer purchase history, place orders on behalf of the consumer if they want, or trouble shoot apps or devices. We can even do order trouble shooting on CSP as well. Next we have Tableau, where we do all of our sales reporting (once we have all the sales) it will document it all. We also have Claravine and Branch. Claravine used to track .com, and Branch is used for apps. We eventually have a QA (quality assurance) that should be built into Sprinklr, but right now we use an air table for it. Air table is used to see the marketing and brand plans for the next month or two. TurnTo is where we will moderate product reviews on Nike.com - TurnTo has their own team that monitors reviews and flag ones that need to be checked. I go in and see how many were flagged on TurnTo and assign team to those messages, and make sure how many were responded to.

**15. What job title or titles will be next in your career progression?**

When I think about it, I would like to be a Director or Senior Director. I look up to my Directors, and I love being in Consumer Services so I would like it to be in this area because I love my team, but I would be open to other areas as well.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

For me, I am still working on this, but getting a better understanding of the "spindles" of our department and get to know both our department and the big picture of North Americas ecosystem within the company. Also, I like speaking, but I am a fast talker, so I need to practice slowing down when in meetings. I feel comfortable with it but I need to remind myself to practice even more.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

Other: I am technically North America, but because social handles global English are global, I am technically global

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Yes, we have global handles and North America handles. We work very closely with North America team (e.g., Los Angeles, Chicago, NY, and Toronto) to make sure we are connecting with their brand plans and we are supporting consumers in those areas. In other geos, they handle the other languages (e.g., Europe handles French, Dutch, German, Spanish, etc while China handles Chinese). The main barrier would be language because I don't speak those languages to it would be hard for me to coach those athletes.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

It doesn't impact my job now but I was a Running Specialist when I first started, but now I have been here long enough so I know all categories. I would also say Sprinklr is a big one now because we have been with them for years (7-8 years) and we are one of their biggest clients so we can tell them how to operate. I can help them (Sprinklr team we work directly with) build their tool to work better for us because I have worked with it for so long.

**23. How, if at all, does this area of specialization shape the work you perform?**

It helps me when any of my athletes have questions about running, I can automatically give them an answer instead of doing research to get the answer. I am faster at giving a response. The Sprinklr has helped us broaden our social flow because we have developed a workflow that has allowed us to support Instagram DMs (direct messages) for all of our handles without overwhelming the work flow.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

I would say the social team is the main one (day to day), but there are 5 total. Other teams within consumer services are EST (elite services team), NEOD (Nike expert on demand), training team, and the global social CS (consumer services) team.

**26. How many people are on each team?**

Social has 30, EST is 80, NEOD is 50, training is 6, and the global CS team is 3.

**27. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

Yes, the social team.

**28. Who are the members of your primary team by job title and what work do they do?**

I have one co-manager (Social Media Support Manager), he mirrors a lot of what I do on the day to day, we split the team in half (24 each) and we divide and conquer. Everyone else on the social team are called Social Media Specialists, and they are the ones who are reviewing the messages we get from social handles and either responding or archiving those messages.

**29. What do you specifically contribute when you work with your primary team to complete work?**

Direction for how to respond in social, updates on any launches or campaigns, and how we run the business and scheduling type of stuff (e.g., making sure we have enough coverage for scheduling)

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

Yes, I would say it is pretty unpredictable because social can be big when you don't expect it. The things that we can predict are shoe launches or promos that we have scheduled. Things we can't predict are like when Kaepernick tweeted and tagged Nike, so we got a year's worth of volume that two day period (bout 1 million contacts). Now we have things put in place so it doesn't impact us as much, like keyword routing. What that means is we can put keywords if we see a lot of volume on words we don't respond to so they can get routed out of our workflow. Another example is COVID in general, so we had a huge uptick in order and tracking questions that we didn't have before that was global because people were ordering more (even from Europe), so that was unexpected.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

I think that is is very important for me me to perform highly because our business runs off accurate numbers (do we have enough people to cover the hours of operation? do we need more coverage in certain areas? Headcount is important because we need coverage for each and have to have people to handle the volume of daily messages- knowing the right number of people to support each tower, if it isn't busy, maybe not worth paying someone to stay). It is important to be as accurate as possible, but our Director and senior manager are flexible and want us to try things out, so it is ok if it isn't accurate. My manager is great so if something is off, we can definitely fix it. We have a north America budget for our NA handles and a budget for global handles separately for staffing, so looking together at it holistically to make sure it makes sense.

**32. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

I don't feel like I get stressed a lot. We have a lot of busy times but I strive in those moments. I am a positive person so I have adapted over time and don't get too stressed out- maybe every once in awhile. I am more go with the flow.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

It is really making sure my team is happy and feeling good about the work they are doing. The Social Media Specialist role is an entry level job (someone might be in it for 2 ish years, but some people on team have been in this role for 5+ years). When people don't get other positions they are applying for from their entry level spot can be hard, so making sure they don't lose motivation. Someone on my team interviewed for 4 different roles, and didn't get the first 3, but finally got the 4th. So I do stress for them, coach them, and be positive for them.

**34. To what degree does your work involve high time pressure?  Please explain.**

I would say when we get those crazy moments out of the blue. For example, Nike dropping Allison Felix, do we need to release a statement from PR. We want to bubble it up as quick as possible to prepare the Comms or PR team ASAP.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Being in social, it happens all the time. It can be a sports moment. For example, when Kyrie tweeted about the Kyrie 8 not being his shoe. So every month we can expect something like that to happen. Also, there can be a system outage so something might not work accurately. For example, Sprinklr has a once in awhile issue where messages don't come into our workflow. If someone changes the password to one of our accounts/handles, we have to go into our system and change it too. Sometimes they (e.g., someone from Brand or Marketing team might update password and forget to tell us they changed the

password so we wont get our messages). We can usually resolve in 30 min to an hour because they are good partners.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

Yes, I do understand what my role is and what is expected of me. I meet with my manager bi-weekly but we talk everyday so we are connected on what I need to do to make my team successful.

**37. To what extent is creativity important to perform your current job effectively?**

Important

**38. In what way is creativity required to perform your current job effectively?**

There are times where we need to think of how to serve our consumer in the best way. For example, before Instagram DMs we tried to pilot that to see what it looked like. We bought iPads and had people respond on these apps natively (e.g., I wanted a Rose Gold iPad). They had to get passwords for accounts on a password keeper (lets you use without giving you the password) so they could login to the iPads using Nike credentials.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

A few times per year

**40. Please describe the work you perform that requires you to physically exert yourself.**

Carrying laptops for new hires, not a crazy amount. I am sure I could ask someone for help but I don't mind.

**41. What specific physical abilities are required to perform your current job effectively?**

Other - Write In: Typing and sitting at a computer

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other:

**43. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

A few times a year pre COVID to the Wilsonville Call Center just to see how they operate and help with training. Post COVID, never. I noticed traveling is not a normal thing now. Maybe might collaborate one day with European partners.

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

5

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

50

**46. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre and Post COVID is at work if not at my primary office.

## 9. Section 5: Decision Making

**47. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I would think scheduling because we want to make sure we have enough coverage to cover the business, but also want to balance rest and recovery for our team. If we don't have enough coverage the people who are there will end up feeling burnt out. We can't shut down social so we constantly have to deal with all the contacts and messages.

**48. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

In a sense we do with how we operate in the social space. So, with our Nike Voice (this is how we sound as a company when we respond to consumers as messages- want to come off as friendly, concise, helpful, encouraging), we came up with a lot of how we text or what we say to consumers and we pitch that to our Brand and Marketing directors. We proactively come up with a strategy on how to respond to consumers and get sign off from other teams.

**49. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

We have a very different business compared to WHQ, because we are hourly compared to other areas who are salaried. When we had the shut downs, we can't run our business if everyone takes it off, so we had to come up with an alternative plan. Our employees now have "comp days" instead of taking the whole day off because we need to get creative with hourly employment. Comp days are 10 days our employees can use as PTO that aren't PTO (so 10 days off to accommodate for the Nike shut down Fridays and shut down week in August that our team cannot participate in. This was we can run our business but still keep team happy). Hourly is important because our team can get paid for overtime, which is often needed.

**50. Do you have any involvement in managing budgets?  If yes, what is your role?**

I'm not directly involved, but my role is figuring out cost per contact and making sure it aligns with global and North America budget. Making sure the number of people is correct for the volume we are seeing. We have someone who does our finance/budget and we have to monthly align each person on our team with who they are being charged back to.

**51. What level of authority do you have, including making recommendations, to hire employees, if any?**

I would say I have full authority in a sense. We have a mix of contract and full time employees. For social, I leave the hiring process for the contract process. I do screening, meet with managers, and give them the writing assessment then decide with my co-manager. The full time is more intense but I still have the full authority to make this decision.

**52. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

We don't really do promotions like that. But, I feel like if roles within our department open up I will send a recommendation for our team member. I won't have the authority to make the decision but I can send the recommendation on behalf of them.

**53. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I have full authority for that, but I do work with my co-manager and direct manager to make sure we are all aligned. But once we are aligned I do have full authority.

**54. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I have full authority, but I don't do it on a whim. I would connect with direct manager and co-manager to have a plan and are aligned. Once we try everything else in our action plan to help the employee as much as possible, then termination is the final step and I will have full authority.

**55. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**56. What is your spending limit without seeking approval?**

I don't know- I used to run everything by my manager because he approves everything. He hasn't said no but I always loop him in to everything.

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both - sometimes I have my own stuff that I am working on but others my managers and leaders will ask me to work on stuff as well.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

Yes

**59. How many Nike employees directly report to you?**

14 direct employees, and 8 of them are full time employees. The other 6 are contract workers.

**60. What are the job titles of the employees who directly report to you and what work do they perform?**

Social Media Specialists, and they handle all of our one to one conversations from our social platforms.

**61. How do you supervise the work of those who directly report to you?**

We do the bi-weekly one on ones and I look through the QA to look through their messages and ensure everything is being done accurately. I don't wait for one on ones to provide feedback, I do a lot of in the moment coaching.

**62. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**63. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

My first job was as a barista at a drive through coffee ship for about 8 years. I worked at First Place Kid's Center where I helped with the preschool and family counseling for a year and a half.

**64. To what degree has your prior work experience been helpful for performing your current job?**

I think the customer service from the coffee shop is huge because thats what I work with everyday and training my athletes to work with as well. My experience at the Kid's Center I use that daily with coaching and developing my team with skills like listening and problem solving.

**65. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Customer service, being able to know people and how to help them. Patience is a big one. My counseling experience has helped with being a leader.

**66. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**67. What job titles have you held at Nike prior to your current job?**

Store Athlete, Store Lead, Social Media Specialist, and now I am Social Media Support Manager.

**68. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

A lot. Serving consumers in the sport aspect, learning all the technologies of our products, learning our apps. That has helped me connect to our consumer and helped our athletes do the same.

**69. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

I would say every position has been great with formal training. The most beneficial has been on the job and learning from those around me.

**70. What is your highest educational level?**

Bachelor's degree

**71. In what field of study is your highest degree?**

Sociology and FHS (Family and Human Services)

**72. How, if at all, has your education been helpful for performing your current job?**

I would say FHS because that is where I learned most of my counseling skills. Sociology because it keeps me curious as to why people do what they do everyday.

**73. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I don't think I have specific ones except Leadership ones I have taken at Nike. For example, Leadership Defined and other Nike trainings help you deal with conversations like pay, bonuses, coaching a team, and different tips to improve as a manager.

**74. How have these qualifications been helpful for performing your current job?**

It has been most helpful when I have to have difficult conversations. Also, I can connect with other leaders in the company so I have a network to lean on.

---

## 12. Section 8: Working Conditions

**75. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID it was all in the office. We sit in "open sitting" where the whole social team sits in one area. Post COVID it has been 50% at home and 50% in the actual office, but I work in my boss's office because he is not here.

**76. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**77. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**78. How many hours do you work in a typical week?**

I would say it is 40, 8am-5pm M-Friday. But I am always available for questions on the weekends and my off time during our normal hours of operation (5am-7pm).

**79. To what extent do your work hours vary from week to week?**

They are pretty much the same every week.

**80. How many days do you work in a typical week?**

5

**81. To what extent does the number of days you work vary from week to week?**

It is the same, doesn't really vary.

**82. To what extent do you control your work schedule such as where and when you perform tasks?**

I control pretty much all of it, and if anything is different I loop in my manager so that he is aware.

**83. What time do you typically start work each day?**

Like 8am.

**84. What time do you typically end work each day?**

Around 5pm.

## 14. Section 10: Extra Roles

**85. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I don't think it is formal but I help with training our new Social Media Specialists if the training department is busy. I have also helped train at the call centers.

**86. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

Yes, I feel like the biggest was the Unified First Line which was about a 5 month project during COVID in which we were able to bring on virtual store athletes to be trained on an app chat to be trained on how to perform that role in our department temporarily while their store was closed.

**87. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

I do not.

**88. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

Certain reports, like the internal Holiday Report (e.g., volume of messages we get, or any trending messages/products). Or if there is a Campaign (for example, Play New was the Campaign so we collect sentiment on what people had to say about the video and report back to Brand and Marketing teams) we do a recap report on how it went.

## 15. Section 11: Changes to The Job

**89. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

So when I first started this role, we supported social accounts by category like running, training, or women's "@NikeWomen's on Twitter" but now everyone on our team handles every contact (also wasn't grouped by global or North America). Now that we are global, it is more streamlined so we do campaign as a whole (like every single handle across all social media platforms) instead of by category.

**90. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

I think yes it has been higher because our team has grown, so it is more time doing QA and doing coaching, mentoring, and one on ones. We also have more handles now that we have brought in Instagram DMs.

**91. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, I feel like when we first started social we used to only engage with consumers in an encouraging ways. Now we have adapted to answering consumer services questions as well. Our services/systems have changed over time as well so its adapting to those services.

**92. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, I think they all have but the biggest one impacted is Sprinklr because it has changed so we can handle more volume.

# Nike Job Analysis Interview

Response ID:27 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

25

**2. Interviewee Name:**

Kohlmeier Samantha Anne

**3. Employee ID**



**4. Interviewer Name:**

Noel Williams

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

In my current role, I manage the overall source base for Jordan footwear, which includes making decisions on which set of factories that will be used. I work with the engineering team and the development teams to identify if the footwear factories are capable to make certain models. I work with MSD (manufacturing sourcing directors), director counterparts in Asia. I work with them on executing the overall Jordan strategy for partner and factory growth. I work with the other sourcing analysts on my team to balance individual models within a factory based on the specific seasons and demand fluctuations (holidays, fall (back to school), basket ball season, etc). We have a source based review meeting, a couple times during the season. I build out the three year sourcing strategy for Jordan, that's what I'm executing in the imminent seasons.

**6. What tasks do you spend the most time performing?**

Probably confirming sourcing ( from emails from developers asking for a future season - where is this going to go). They are so far ahead in the season. Source based review - we review the entire source plan. I manage AJ One - considered a power franchise. I do a lot of actual resetting the sourcing on them. We have a maximum capacity that we negotiate with the factories. As the demand changes or evolves, I may need to do the in-system moves during that week. We go from global to Geo demands in-system, it breaks down into more specific color ways (means more high touch system adjustments to the sourcing plan).

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

I'd say building out and executing new factory/partner engagements for the Jordan category. This expands where we can build and get us more capacity for the marketplace. With that, influencing our strategic sourcing team to make the right investments in specific partners and making sure they build up the right capabilities.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

The more capacity and partners that are capable to build high quality, classic craft allows us to serve the marketplace. This includes all of the power franchises, with the leather, their quality is important. Influencing our strategic sourcing team to make the right investments in specific partners and making sure they build up the right capabilities.

**9. How frequently do you perform these important tasks?**

It's probably anywhere between once a month to once every three months. We have a weird calendar.

**10. What are the most complex aspects of your job?**

I think probably the most complex portion is understanding what a model is composed of. We have all these models with the same name. Women's low, men's low, grade schools low, etc.- the name does not always lead to the same construction and they will have a specific stitch on the mid and the low ( you have to pair them together). Or sometimes there is a specific processing - you'd think that factories would have dealt with it before. You have to change your strategy for the season depending on the complexities of the models themselves. You have to get creative with the flexibility on other models.

**11. What are the specific performance goals you must meet to be a high-performer?**

To be honest, I do not know for this role. It is not extremely clear.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

I don't specifically have any numeric metrics outside of making sure as a collective we achieve a reasonable fill rate for the factory. It leads to downstream people's need for metrics. We as a team, haven't been told that we have specific metrics. I think they are trying to evolve some, but it's not clear.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

I'd say that you have to have some knowledge of in general how the Nike planning system works, and it helps to have some supply chain knowledge (knowing how supply chains work in general). And you need to be able to think strategically long-term and creatively short-term to create flexibility and options, being able to look at data and see available options. You need to be good at influencing and specifically influencing up, director level/senior level/vp level - a lot of times you'll need their buyoff to do certain things.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

I use Microsoft ( all the office suites). A new one is Power Bi. PCX (developer tools - developers used to setup tools for the season) , MMX (Merchandising tool- they set up style for the season, and it feeds into the others), PCM (developer tools) , PMD (our tool for inputting sourcing and capacities in system for the planning engine to run). Tableau for reports, but they're not so useful. We are really heavy in just using Excel. Zoom, Slack for communicating with each other. Notebooks, and BOX.

**15. What job title or titles will be next in your career progression?**

I honestly don't know. I say that because of CDA (consumer defense alignment - a reorg of the entire company). I was on a different team previously, my team was dissolved and I was placed in this role. This is the 4th reorg I've been through and the titles have changed each time. Its hard to know which teams still exist or how they've changed. Like there was a group that I wanted to get into and that entire team got dissolved. They placed the parts of that team with others of other teams. I have to look and see where did they go and which team looks good for the future.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

That's a good question, since I don't know. In general, being able to think more strategically, be collaborative and being able to influence and communicate well applies across the board.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

Other: Global

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

I would say because we are global - we have to look at everything as opposed to being assigned to a geography - we'd look at a specific geo. We look at the whole.

**19. Are you assigned to a specific "Product Engine?"**

Footwear

**20. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

My understanding of the other product engines is that footwear has a smaller source base. We have a lot more of sway within our factories. Apparel had over a hundred factories, a couple lines in a building. If they couldn't fill it for a season - it would be given away to another company. We've tried to align, but each product engine is so drastically different.

**21. Are you assigned to a specific Sports Category (dimension)?**

Jordan Brand

**22. Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

Overall, no but the Jordan Brand has a very very high standard of quality, so the ease of which others are able to bring on a factory/partner is the not same for me. The high complexity and high quality are the reasons. People have an easier time convincing their category leadership to enter a new factory.

**23. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**24. Do you have any additional specific areas of specialization? If yes, what areas?**

Probably in terms of the Jordan brand category - I cover all of the dimensions within , whereas others on our team cover very specific dimensions. One person covers women's running, or men's running - I cover all -23E, Flights, Performance, Lifestyle, and Lux.

**25. How, if at all, does this area of specialization shape the work you perform?**

I think it probably means that I need to collaborate more with the other analysts on my team in terms of what capabilities they are building in a certain factory. For example, performance in Jordan means basketball - so I would need to collaborate with the Nike basketball planner on what models they are sourcing, where and what new factories they are going into. - Because we tend to share complexities for model performance.

## 7. Section 3: Work Team Structure

**26. Do you work as part of a team?**

Yes, I work as part of a team.

**27. How many teams do you work on at a time?**

I work with other sourcing analysts. I have other Asia counterparts (manufacturing sourcing analysts). For category - I work with manufacturing/engineering and development teams. Supply planning counterparts, Strategic sourcing. (6)

**28. How many people are on each team?**

Between 2 and 15. Supply planning counterparts are just 2.

**29. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

I would say that I interact most with the Jordan development team.

**30. Who are the members of your primary team by job title and what work do they do?**

They are called TDs (Technical Developers). They are the ones that build out the BOMs (bill of materials) for all models of each season and they work with the PCCs (product creation centers) in Asia to develop and approve the manufacturing. They will do sampling with the PCCS and approve out material.

**31. What do you specifically contribute when you work with your primary team to complete work?**

I build out the sourcing strategy which influences which PCC they are going to use.

## 8. Section 4: Work Characteristics

**32. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It is probably more peak and valley because we run off of a CGP (category game plan) and at specific gates within a calendar specific actions happen by other teams that drive our downstream activity. There are four seasons happening at the same time but they are at different gates along the CGP and sometimes they will have a key activity happen the same week for multiple seasons. There are a couple weeks where no activity is happening. We have to do specific actions within a season, based on the CGP key activities.

**33. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

There is probably only one thing that I would say can have a make or break moment. There are buy-weeks and occasionally one of those key activities may land on a Monday and we have to evaluate and complete any sourcing changes in system by Tuesday at 3pm because the buy is on Wednesday. You can completely mess-up the lead time and factory assignment on a PO (purchase order) on a buy if you miss the deadline. That causes downstream work for other partners.

**34. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

I would say maybe medium to low but periodic depending on what CGP activities are happening.

**35. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

Probably the most stressful part is you work on a plan and you think it's good - and you present it to either the MSD (manufacturing sourcing director) or the category senior director and they almost blow it apart because they think of something that you haven't considered. You have to sometimes start back at the beginning.

**36. To what degree does your work involve high time pressure?  Please explain.**

Maybe like 30% of it is due to time pressure. It goes back to those key activities because the CGP calendar is really long. It starts at week 96 to the product in retail. When we're in the higher weeks, you can take your time to do changes or consider options, but there becomes a six week period of time in the calendar when any change needs to happen immediately and quickly because it has such an extreme impact. During that window it becomes very high time pressure with a lot of meetings to collaborate, get things done before a buy or a go-dark period (can't make any changes at that time). You have one week following a go-dark period to get everything done, then it's hands-off.

**37. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Covid right now has shut down all of our Vietnam factories, We cannot do any actions in the tight timeframe. We are just waiting and waiting. We literally cannot do anything right now.

**38. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I would say yes and no. I understand the work I do, but I am certain there are things that I need to be doing (that other people

are doing). When shown the breakdown of the duties of the two positions in our team - I do the duties of the two positions, but only have the title of the lower role. It makes it very confusing.

### 39. To what extent is creativity important to perform your current job effectively?

Important

### 40. In what way is creativity required to perform your current job effectively?

You have to think creatively about the flexibility you have because you could be asked at any week to find a creative way to make sure a certain model or capacity can be filled. Like right now, because everything in Vietnam is closed we've been asked to find places to fill the gaps that this closure presents.

### 41. How frequently, as part of your current job, are you required to physically exert yourself?

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

### 42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).

Other: I've heard that Pre-covid - people would travel with their categories 1 or 2 a year. But now during covid, no travel.

### 43. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.

I've heard that Pre-covid, the team would travel to the key factories.

### 44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?

### 45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?

99

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

### 46. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?

The most important decision is whether or not to go into a new partner/factory. This is important because it can impact that partner/factory's ability to increase capabilities, but it can be risky for my part because if we go into a partner in which our models are being used to elevate their capabilities - and there isn't success - it can impact our ability to serve the marketplace.

### 47. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?

Yes, I develop the three-year strategy for Jordan and I have to influence our strategic sourcing team to elevate or approve factory capabilities or capacity adds(additions) that align with that strategy. We have factory profiles that are broken down into Kids, Lifestyle and Jordan. This profile is maintained by the strategic sourcing team and I have to give them feedback on the Jordan profile to make sure I get enough of a percentage of a factory to support the total demand.

### 48. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?

Sorta, we have projects that people can help with - such as building a new report, investigating something else, setting up a new dashboard, etc. I'm working on a project for our transfer process. Our goal is to revamp the whole procedure for it and eventually revamp the tool for it.

**49. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**50. What level of authority do you have, including making recommendations, to hire employees, if any?**

None.

**51. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None.

**52. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**53. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**54. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**55. What is your spending limit without seeking approval?**

I'd have to ask on everything.

**56. Are you assigned work by your manager/leadership or do you determine your own assignments?**

For the most part, I determine - but my manager will ask me if I want to participate in certain things. She asked me if I wanted to participate in the transfer process.

## 10. Section 6: Supervising Others

**57. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**58. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**59. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Previously, I was a Buyer at Leupold & Stevens, three and a half years.

**60. To what degree has your prior work experience been helpful for performing your current job?**

It gave me the closer-in aspect of the supply chain. It helps where I'm at so far up in the process, how it trickles down to almost to end-user.

**61. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

It's roundabout related, going through the Kaizen and Lean programs and setting up a replenishment system. I did take some supply management courses when I was in that role.

**62. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: Reorged into this role. This is the second role that I have had just given as part of a reorg.

**63. What job titles have you held at Nike prior to your current job?**

1st position held - Emerging Markets Purchasing Analyst (6 months)
2. Emerging Markets Inventory Planner
3. Emerging Markets Senior Inventory Planner
4. Innovation Senior Sourcing Analyst
Now currently - GSM Senior Sourcing Analyst

**64. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

My 3rd and 4th positions are the ones that have given me the most useful knowledge for this role. In the 3rd role, I did all the downstream things impacted by my current role. In my 4th role, I basically did capacity and sourcing management for our second tier factories - which applies to our first tier factories.

**65. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Probably on the job experience, and coaching and mentoring. To be honest, there isn't very good formal training for our roles.

**66. What is your highest educational level?**

Bachelor's degree

**67. In what field of study is your highest degree?**

Philosophy and French.

**68. How, if at all, has your education been helpful for performing your current job?**

Not at all.

**69. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Formal - advanced Excel training through a local company.

**70. How have these qualifications been helpful for performing your current job?**

We do everything on excel. Extremely helpful.

## 12. Section 8: Working Conditions

**71. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: We were moved to freestyle, which meant you had to hunt for a desk and most of the time I ended up going home to work.

Post-covid - I get to work from home. No need to hunt for a desk.

**72. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**73. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Pre-covid - in the freestyle, there are no ergonomics. I had to start PT again for my arm. Post-covid - I have a setup at home and don't have to worry about it.

**74. Please describe the work you perform that has the potential for physical injury to yourself or others.**

Sitting at your desk for too long can strain your back, exacerbate any carpi tunnel.

## 13. Section 9: Hours Worked

**75. How many hours do you work in a typical week?**

Probably between 20 and 45. It all depends on how many conference calls in the evening. I try to offset that a bit.

**76. To what extent do your work hours vary from week to week?**

Probably quite a bit, just because of those deadlines. Sometimes we have a lot of evening conference calls. Other times you can manage your work within the working day.

**77. How many days do you work in a typical week?**

5

**78. To what extent does the number of days you work vary from week to week?**

Probably quite a bit. About 50% is five days a week, about 50% is 4 days a week.

**79. To what extent do you control your work schedule such as where and when you perform tasks?**

For the most part, I control it 100% except in weeks that we have leadership driven collaborations with Asia. They claim my evenings.

**80. What time do you typically start work each day?**

About 9:30am.

**81. What time do you typically end work each day?**

Between 4:30pm or 5pm , unless it's the conference call week.

## 14. Section 10: Extra Roles

**82. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I've only done it once, where I participated in a mentoring program where I was paired with a mentor.

**83. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

When I was in Emerging Markets, I participated in Planning Transformation. It was the total revamp of the entire planning system. I was part of the team to evaluate processes and do testing. On the second go, I was the training lead for Emerging Markets. I trained everyone in the new system. The first time, was when the Apparel product engine went through this - I spent about 10 hours a week , in addition to my current duties. On the second time, with Footwear and Equipment, I spent 35 hours a week on it , in addition to my then current role. Now, I am working on the transfer project and I am spending probably about 2 hours a week working on it.

**84. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**85. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**86. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

There is only one new task that I'm doing, which could be the task that I'm doing that I shouldn't be doing. Precursor sourcing at the Progate - used to then start their process.

**87. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes, in the sense I'm a little faster at them now. I know what I'm doing, not asking everyone. Certain tasks are easier to digest and faster.

**88. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Some, when I started I was mimicking how the previous person in my role did it. Now I'm doing it how it best suits me to process it.

**89. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

The only thing that has changed, is that we've added Power BI. We've added visuals and reports through that tool.

Nike Job Analysis Interview

Response ID:28 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

26

**2. Interviewee Name:**

Finch Taylor Elizabeth

**3. Employee ID**



**4. Interviewer Name:**

Dustin Maneethai

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Responsible for scrum lead duties, which include running backlog refinement (making sure the Jira backlog is accurate and current) meeting, retrospectives (quarterly check-in to see what's working, what's not working, and areas of improvement), standups/team meetings.

Meets with cross-functional domain leads (All GEOs, teams like MMP, CPA, DPP, and strategic key initiatives) to ensure roadmap alignment and also manages the partner engineering roadmap/prioritization.

Manages all high level communication, which includes status reporting, portfolio updates, newsletters.

**6. What tasks do you spend the most time performing?**

Preparation for team meetings and compiling status reports.

Taking notes and ensuring that information is shared accurately post meetings.

Updating and refining AHA (portfolio tool used to share upcoming roadmap).

Organizing Confluence and Jira to make sure that it's up to a high standard, clear and concise, and the backlog is refined.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Most important is making sure whatever is being communicated from our domain partners to the team is being done accurately and concisely, because its coming from a business point of view and I need to articulate it in a technical point of view. Articulate business value of the work we are doing to different types of people, because our team doesn't work vertically, but instead horizontally across Nike. To ensure that they know the value of our team, to ensure that the work is done, and communicating out what we can do effectively.

Making sure that our roadmap is as accurate as possible, so we can properly capacity plan, because our team works kanban style (scrum works in sprints, kanban we have everything in our backlog, we have all that work sitting there, so making sure everything is accurate is important so things don't fall through).

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

For us, our team, is considered the "last mile" so we need to be sure to be hitting all the points, so in my role - just making sure that communication is really clear, work is presented accurately, and positively ensures actual ROI and target goals are being hit. At the end of the day, we are not the ones getting the glory, but we are important to finding the people who are, so in doing the tasks I am able to help the success of my team.

**9. How frequently do you perform these important tasks?**

Varies, around go-lives, or when the work is actually implemented for the partner, so because we are in tech, we are creating solutions for partners, specifically APIs, for us we do a lot of consulting beforehand. These projects will be going on for months, but the actual go-live is the last thing, but we make sure the components are correct leading up to it. So the tasks are important to be synced in and not drop the ball. We try to be engaged as early as possible.

**10. What are the most complex aspects of your job?**

How many different types of teams and people we have to engage with, it gets pretty confusing within the matrix style of Nike. I luckily had some background in the Nike landscape, but I get confused about what is going on upstream. And with CDA and with people moving roles, or changing names it just makes figuring out who to connect to complicated.

**11. What are the specific performance goals you must meet to be a high-performer?**

I think what's nice about my role is the actual job requirement when I joined, it was flexible and now you can stretch it to be more advanced. So right now I'm stretching on my team as a product manager role, so I'm learning how to fill in that gap that we are experiencing.
In general for my role, I think just hitting deadlines, sync regularly with all my counterparts and make sure that my work for the team is done even before sometimes they ask, and is what I strive for.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

I don't have any numeric performance metric.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Have to know basic technical acumen.
Clear communication and being able to question decision making.
Being comfortable in ambiguity.
Having some knowledge in Scrum or Agile practices.
Having a willingness to learn new skills.
Person skills, being personable.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Jira, Confluence, AHA, GitHub, SmartSheets, all Microsoft Tools, Keynote, AWS, Campaign Monitor, and Crate.

**15. What job title or titles will be next in your career progression?**

Product manager or owner, or scrum lead

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

For product manager, better knowledge in how to build a project roadmap and storyboarding.
Looking into doing PMP certification.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

Yes, Global tech

**22. How, if at all, does this area of specialization shape the work you perform?**

Working at a global level you have to consider GEO perspectives and their influence on decision making as well.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

1

**25. How many people are on each team?**

13 (including me)

**26. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

Partner engineering, which is part of the PME (partners and marketplace engineering).

**27. Who are the members of your primary team by job title and what work do they do?**

Senior Director - in charge of primary contact with leadership and communicating main business needs and reasons
Senior Engineering Manager - is in charge of partner and platform engineers
Partner Engineers - they consult with domain leads and they do the technical work specifically needed with intake partners, do discovery work and requirement gathering.
Platform Engineers - do all the actual platform development work, manage HLDs, building testing documentation.
Principal Engineer - in charge of forward thinking with the team, concept designing, and also does consultation technical work.

**28. What do you specifically contribute when you work with your primary team to complete work?**

I make sure they are tracking towards project timelines by working closely with the principal engineers and partner engineers. I do prioritization with the senior engineering manger, with the senior director I make sure he has everything he needs for high level leadership meetings as far as roadmaps or decks.

I do weekly check-ins with the platform engineers to check-in on processes and capacity of their work.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

My workload pattern is normally pretty predictable, we have some peaks and valleys throughout the year when it might get more busy than usual, but I would say we're consistently always pretty steady. As far as predictable, I always kind of know, for my work stream, the usual things, and when unexpected things pop-up it doesn't normally happen too often.

**30. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

I would say my work has to be performed at a pretty high degree of precision, because we are reporting out to high level VPs and so making sure things are accurate is important and would just look poorly on the team if we didn't. I don't have anything I'm personally doing too often that would drastically affect others if I did incorrectly, but it would reflect poorly on the team.

**31. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant?  Please explain.**

Stress is probably periodic at a medium level. I think our team does a good job of communicating with others, so when things get hectic, we try to alleviate the stress for each other. I've been on the team for a little over a year, and I haven't noticed extreme levels of stress, whereas other roles I experienced high levels of stress consistently. We work efficiently, so it goes away quickly. We definitely had periods of stress, but hasn't lingered as I have noticed on other teams.

**32. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

The high levels of ambiguity, having to wait on other dependent teams to get work done. And also having a really small team for a lot of work.

**33. To what degree does your work involve high time pressure?  Please explain.**

It really depends. We've had times, within this last year that it's happened every couple of weeks. Recently, it has felt like its not been super high time pressure, over the summer. And that way we have been able to balance the load and so the stress isn't all at one time.

**34. To what degree is your work impacted by unexpected disruptions?  Please explain.**

I would say pretty regularly, just because our team is impacted by a lot of external teams. So the work we are able to do can sometimes get delayed or deprioritized, so my work gets shifted. Such as reprioritize the backlog, status reporting. Making sure everything is reporting out correctly.

**35. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

If you look at my job title, it does not clearly define my role. I think when I got hired, I was able to define the role myself, but that was also a little stressful. I think it took some time to figure out what is expected of me, but going into my second year I understand what is expected and how to go further. But the first six months was a bit wonky.

**36. To what extent is creativity important to perform your current job effectively?**

Important

**37. In what way is creativity required to perform your current job effectively?**

I try to come up with ways to engage the team and make being on the team fun, so I come up with activities. Also being creative with decks and newsletters so that they are engaging with different audiences and not bland. As far as looking at our

team from a product lens and end-to-end user experience.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

A few times per year

**39. Please describe the work you perform that requires you to physically exert yourself.**

Moving stuff around for the team or doing a group activity. We're very much on the computer, type of team.

**40. What specific physical abilities are required to perform your current job effectively?**

**41. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

75

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**44. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: Swift, West Campus
Post-covid: 100% at home

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Prioritizing the roadmap is important because it ensures we get the work done in accordance with the timeline set by our stakeholders.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, I work with our senior director when we do AOP (budgeting for the year) speed dating and also strategic yearly planning where I help do a leadership offsite. Whereas this year it was a virtual offsite.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes, I develop procedures around how we run the team and processes that streamline development and implementation.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

No

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

I have not been involved so far.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I don't believe I have any.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I don't think I have any.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

Definitely don't have that.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**54. What is your spending limit without seeking approval?**

I think everything has to go through approval on the company card.

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Varies, sometimes my senior director assigns me things to do, but a lot of my work comes in horizontally from stakeholders or domain leads.

## 10. Section 6: Supervising Others

**56. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**57. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**58. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Nike is my first corporate job.
Starbucks in college - 3.5 years as a Shift Supervisor
Nordstrom's as Sales Associate before Starbucks - 1 year

**59. To what degree has your prior work experience been helpful for performing your current job?**

My experience at Starbucks helped me with my people skills and having the willingness to take on whatever is thrown at me.

My other roles in Nike had a larger role in training me for the current role. There is a lot encouragement for growth at this company, which is why I enjoy it so much.

**60. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

As a shift supervisor I had to manage and organize multiple tasks under tight deadlines, work with a whole bunch of different people.

**61. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**62. What job titles have you held at Nike prior to your current job?**

Senior Administrative Assistant
Buying Coordinator

**63. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

A lot of work around written and verbal communication, style improvements, time management, did a couple of training around scrum certification, supply chain university, learning python, and being able to hone in on developmental skills and learn how to improve them.

**64. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Had some really great coaches and mentors. Worked with leadership coach. Certification trainings. Trained an hour every week on development work, depending on what was discussed in IDP (individualized development plan). Part of Women of Digital and Women of Nike.

**65. What is your highest educational level?**

Bachelor's degree

**66. In what field of study is your highest degree?**

Economics and Business

**67. How, if at all, has your education been helpful for performing your current job?**

It's been helpful with basics of cost analysis, why ROI and the importance of business value being the bottom line for all deliverables.

**68. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Scrum Master Certified, Agile Certified, Python trainings, in the process of getting a PMP.

**69. How have these qualifications been helpful for performing your current job?**

They have been helpful as a framework to base how I want to manage a team, but its important to not treat it as a fundamental, "this is how it should be."

## 12. Section 8: Working Conditions

**70. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Only been working from home in current position.

**71. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**72. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**73. How many hours do you work in a typical week?**

40 to 45 hours

**74. To what extent do your work hours vary from week to week?**

It doesn't vary too often, on rare cases I'll go up to 50 hours, very rarely am I below 40 though. If I'm below 40, I usually take that time to work on development stuff, which is encouraged by my manager.

**75. How many days do you work in a typical week?**

5

**76. To what extent does the number of days you work vary from week to week?**

It doesn't normally vary, I might work an extra day on the weekend, if I need a couple of extra hours to get things done.

**77. To what extent do you control your work schedule such as where and when you perform tasks?**

100% control my work schedule. My manager is very flexible about how we work and as long as we are getting work done. There are definitely meetings that I always need to be there for and run, but as long as I'm hitting the deadlines it doesn't matter what time I'm doing them at.

**78. What time do you typically start work each day?**

8 AM

**79. What time do you typically end work each day?**

About 5:30 PM
Except on Summer Friday - Nike gives us summer Friday's which means we can get off at 12 PM in the summers, and our team definitely takes those. So Mon-Thurs about 5:30.

## 14. Section 10: Extra Roles

**80. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

No

**81. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

Yes, I've done some time working DEI (Diversity, Equity, and Inclusion) on the engineering teams to come up with initiative for them (spring of 2020).

I've helped run a Fun Committee that came up with ways to engage the team for the whole organization (last summer).

Part of Women Learning Coding Initiative, which was when I was learning python this past winter.

Helped with an engineering for everyone speaker series, which is like a Ted Talk speaker series (ongoing, but recently been involved this summer).

**82. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**83. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No

## 15. Section 11: Changes to The Job

**84. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

The role has been evolving since I joined a year ago. Yes, it has changed, but I wouldn't know how to compare and contrast it, because it has been ever evolving. We have definitely done process changes and added some ways of running the team differently.

**85. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes, since I'm now better and quicker at the role and it takes less time than a year ago. I feel more efficient now going to and from virtual meetings and getting my work done throughout the day.

**86. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, my work flows have changed in general. I've had to get used to not being in an office, that in general has changed how I operate. For a long time I didn't have a monitor, so had to learn how to work in a smaller space. But now I'm in a good rhythm.

**87. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No, I pretty much use the same tools.

Nike Job Analysis Interview

Response ID:29 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

27

**2. Interviewee Name:**

Garcia Esther Judith

**3. Employee ID**

██████

**4. Interviewer Name:**

Sam Stelman

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

My major responsibility is to seasonally create purchase orders on behalf of the geos (APLA, Greater China, Europe, and North America) for their SPA (seasonal product alignment) meetings. In doing so, when I create the purchase orders, I have to maintain the POs with any changes, and help track the products once they reach their final destination at the distribution center (DC). I also make sure there are process improvements with the seasonal buy and the ordering process.

**6. What tasks do you spend the most time performing?**

PO (purchase order) maintenance... This includes factory transfers where I have to cancel POs, create new POs, update sizes (where I go to each PO and change sizes), any cancels (whether that is a geo drop or global drop), any changes to quantity (increasing or decreasing).

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Creating the purchase order in a timely manner and making sure that the geos (APLA, Greater China, Europe, North America) are receiving these samples at the right time and at the right place. Basically I make sure that the samples (specifically SPA samples) that they need for their salesforce to create sales for Nike are made on time and shipped on time, so they can be utilized for showrooms and meetings with the reps.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Same as above... Basically I make sure that the samples (specifically SPA samples) that they need for their salesforce to create sales for Nike are made on time and shipped on time, so they can be utilized for showrooms and meetings with the reps.... This really generates the sales.

**9. How frequently do you perform these important tasks?**

On a seasonal basis (every 3 months)

**10. What are the most complex aspects of your job?**

I don't know... I think it is more knowing what is in the beginning process of a seasonal buy, because there are a lot of things that happen in the front end. And I come in more in the middle. And then there are things at the end. So knowing the end to end process is pretty complex.

**11. What are the specific performance goals you must meet to be a high-performer?**

Knowing Excel, knowing the needs of the geos, really knowing the process of product creation, and knowing the process of what merchandising does and how we fit in as an operations group, looking outside the box for process improvements

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Not really... We do expect ourselves to achieve a 95% or higher ex-factory (Ex-factory is when products leave the factory). So we measure that as a way to show when geos will get samples. So if we are tracking performance of getting samples there on time, we look at ex-factory.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

The sample process, you really need to know that. You need good communication skills because you are working with different cultures. Organizational skills, because you need to be organized when it comes to creating and maintaining purchase orders. You need to know Excel, because you work with Excel when creating reports.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

SAP, WinShuttle, PCX (a system where we create bill of material, BOMs), PCM (product creation management, which is used to create product codes and to submit for purchase order creation), Tableau

**15. What job title or titles will be next in your career progression?**

Senior management

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

You would need leadership skills and be more strategic.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Footwear

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

If I was assigned to apparel, my work would be slightly different in the ways we use different tools to order our samples. For example, we use PCM and they use Mapper.

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

Samples

**23. How, if at all, does this area of specialization shape the work you perform?**

My main focus is samples, so I deal with development samples and SPA samples... Which is my daily work.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

I work with the geos, merchandising, sales, factories, logistics, development/product creation, the product digital creation team, partner go-to-market team, and the marketplace units. I don't work on these teams, I work with them. In terms of teams I work on, it would just be product creation operations.

**26. How many people are on each team?**

There are 13 of us total (including me).

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

I work with product creation operations team.

**28. Who are the members of your primary team by job title and what work do they do?**

There is a director, who leads us in our job role. Then there is a senior manager, who mainly focuses on the tech developers. She (the senior manager) has 7 operations analysts, that sit within each segment to help with product creation. Then there is another operations manager, who focuses on engineering. Another operations manager, who focuses on wear test (operationally, she helps wear test with their process and needs). We have an operations lead, and he takes care of calendars (i.e., footwear key events calendar). And then there is me, focused mainly on samples.

**29. What do you specifically contribute when you work with your primary team to complete work?**

Like I've mentioned before, it's mainly samples that I work with - so that is my contribution when it comes to the product creation team.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

My workload pattern is on a seasonal basis, so there are peaks and valleys... But the valleys don't last as long as the peaks. And since it is seasonal, it is very predictable.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

I think it would be more PO creation... If you are not detailed and paying attention, the orders will either not be created or will get messed up. The consequence would be having to redo it.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

Anywhere from low to medium. It really depends on the season and if there are any issues with the system or with access or anything that would hinder me from completing that work in a timely manner.

**33. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

I think it is more the tools/systems we use. Some of them are archaic, so the job may take longer or getting it fixed can be challenging when it comes to getting it fixed in a timely manner. Also, what's stressful is I rely on other people or other teams - and sometimes they lack the response that I need or the actions that I need from them in order for me to move on and do my job/my next steps.

**34. To what degree does your work involve high time pressure? Please explain.**

With sample ordering, it is very time sensitive. So we have deadlines that we constantly follow, and to hit those deadlines, sometimes we have to rely on others (like I said above). We rely on other people to hit those deadlines.

**35. To what degree is your work impacted by unexpected disruptions? Please explain.**

Not much... The only disruptions that I may have is the systems not working correctly, and then I have to rely on other teams to fix it (and then it is more of a waiting game).

**36. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

I understand highly what is expected from me, because I have been in this position for over 20 years.

**37. To what extent is creativity important to perform your current job effectively?**

Important

**38. In what way is creativity required to perform your current job effectively?**

Sometimes you have to think outside the box to get your result. For example, trying to come up with a different ordering process to meet the geos needs... You kind of have to think what would be best for all partners to meet their needs. And you have to think outside the box, where you can't just go the standard way, you may have to go outside of your partners to get what your partners really need.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Pre-covid: once a year, I used to go to Asia every year, post-covid: never

**41. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: Asia (Vietnam, Taiwan, China, Korea)

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

3

In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.

## 9. Section 5: Decision Making

**44. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I can't think of any

**45. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes. Right now I am going through some samples strategic planning, in which we are trying to find the balance of physical and digital sampling.

**46. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

The only procedures that I do is I create SOPs (standard operational procedures) for samples (what I do). Some recent examples are how to create an order form, how to do and run an ex-factory report, how to create SRs (sample requests), how to run WinShuttle, how to submit POs through PCM, how to maintain POs in SAP.

**47. Do you have any involvement in managing budgets?  If yes, what is your role?**

No

**48. What level of authority do you have, including making recommendations, to hire employees, if any?**

None

**49. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None

**50. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None - Although if someone did something to me that I felt was wrong, I can go to HR and ask them to handle it correctly.

**51. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None

**52. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**53. What is your spending limit without seeking approval?**

I'm not sure

**54. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I determine my own assignments.

## 10. Section 6: Supervising Others

**55. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**56. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**57. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I've been working for Nike for over 26 years. Before Nike I worked in retail and customer service as a clerk.

**58. To what degree has your prior work experience been helpful for performing your current job?**

It helped in a way with customer service, as I had to talk to and handle and deal with people.

**59. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Same as above, just the customer service experience.

**60. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**61. What job titles have you held at Nike prior to your current job?**

I worked at IHM (in house manufacturing) as a lead. That was approximately in 1995.

**62. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

The knowledge of the product creation process, some of the systems and tools that we use (to do my job now), and I have strengthened my communication skills, my organizational skills, and my business skills.

**63. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job experience (of course, being here for 26 years)

**64. What is your highest educational level?**

Associate's degree

**65. In what field of study is your highest degree?**

Marketing and business administration

**66. How, if at all, has your education been helpful for performing your current job?**

That was so long ago, but the marketing background helped to understand marketing's point of view of what they need when it comes to sampling.

**67. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

There are always SAP trainings, WinShuttle training... I probably have more, but just can't think of them right now.

**68. How have these qualifications been helpful for performing your current job?**

Because we utilize SAP and WinShuttle on a seasonal basis. So those are the systems that we work with.

## 12. Section 8: Working Conditions

**69. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: In an office, my own desk, open space (at Nike WHQ)

Post-covid: at home in my office

**70. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**71. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**72. How many hours do you work in a typical week?**

about 40

**73. To what extent do your work hours vary from week to week?**

It doesn't vary from week to week, it varies from season to season. So some seasons I may have to work longer hours to complete what is needed and sometimes I would have to contact my partners (which may sit in Europe or Asia, where there is a big time difference).

**74. How many days do you work in a typical week?**

5

**75. To what extent does the number of days you work vary from week to week?**

Same as 73. It doesn't vary week to week, but varies season to season. There are times that I have to work on a Sunday to accommodate Asia.

**76. To what extent do you control your work schedule such as where and when you perform tasks?**

Full control

**77. What time do you typically start work each day?**

9am

**78. What time do you typically end work each day?**

around 6pm

## 14. Section 10: Extra Roles

**79. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

None

**80. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

None

**81. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

None

**82. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No... Sampling is seasonal, but there are no specific tasks when it comes to things like the holiday season or any sports league's season.

## 15. Section 11: Changes to The Job

**83. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

So our sample ordering process has changed, which includes systems. Because we used to use PPS (where we used to create BOMs - bill of materials) and Goal (our ordering PO creation system), and now we use PCM and SAP. There is now a lot more reporting that we do (e.g., mainly tracking reports for samples).

**84. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

One example is back then, we used to print out every PO that we created and file them. Now we don't print off anything. Another example is creating our purchase order, we have created an upload process in which we will take a list and send it to SAP at one time - whereas before, we had to manually click on each line item to send for our PO creation. So the time spent on this has decreased from what it used to be.

**85. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

The same as 84. One example is back then, we used to print out every PO that we created and file them. Now we don't print off anything. Another example is creating our purchase order, we have created an upload process in which we will take a list and send it to SAP at one time - whereas before, we had to manually click on each line item to send for our PO creation. So the time spent on this has decreased from what it used to be.

**86. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your**

**current job? If so, how?**

Same as 83. So our sample ordering process has changed, which includes systems. Because we used to use PPS (where we used to create BOMs - bill of materials) and Goal (our ordering PO creation system), and now we use PCM and SAP. There is now a lot more reporting that we do (e.g., mainly tracking reports for samples).

Nike Job Analysis Interview

Response ID:30 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

28

**2. Interviewee Name:**

Swift Heidi Renee

**3. Employee ID**

███████

**4. Interviewer Name:**

Tyleen Lopez

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

1) I oversee the operational execution of seasonal strategic launch. For example, currently I am working to deliver Fall Holiday 2023 overarching creative vision and brand direction for the Fall Holiday 2023 season. Inclusive of product design creative direction, brand design creative direction, brand storytelling, innovation launches, insights and macro trends, sustainability objectives, collaborator/influencer early strategy. Also, inclusive of delivery functional toolboxes required for color, graphics, print/pattern, sustainability, for product teams to begin work for the season.

2) Creative capabilities development for product design organization "Hoke's Org." Future technology exploration and integration.

3) End to end creative moments strategy and evolution.

4) Special Projects: essentially if Nike gets invited to or decides to participate in an event that is not a traditional or predictable part of our creative product design process that flows into my work to work on.

5) Oversight of London Design Studio operations.

**6. What tasks do you spend the most time performing?**

1) Tactical process engineering
2) Leadership alignment activities-- I spend a lot of time in meetings with executives to make sure that everyone agrees on what is planned.
3) Oversight and organization of production activities.
4) Strategic ideation and collaboration: I spend a lot of time in meetings with other leaders providing input to strategies that are in the development for the season.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

The most important tasks I perform are 1) driving leader alignment and clarity across functions and 2) seasonal launch work that I do, which sets the strategic creative direction for the entire company/vision of the future.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

1) Driving leader alignment and clarity is important because having agreement on the major initiatives we are working on reduces inefficiencies and helps us deliver product to the marketplace to support the bottom line. Nike shareholders are happy when we sell a lot of shoes.

2) The seasonal launch work I do is important because it enables Nike to create the future and take the consumer to a new place. This is a key differentiator for Nike.

**9. How frequently do you perform these important tasks?**

I perform leadership alignment and seasonal launch work about 70% of my work time.

**10. What are the most complex aspects of your job?**

1) Balancing internal political agendas-- because I work with such a wide variety of functions, part of the work that is the most complex is helping leaders in various functions agree on how we will operationally execute a vision when there are multiple ways to interpret a strategy of the company.

2) Defining the work for the creative teams-- business plans, priorities, and objectives seem to be constantly shifting so getting a clear brief around what needs to be done takes an enormous amount of time.

**11. What are the specific performance goals you must meet to be a high-performer?**

1) The successful delivery of the seasonal launch moment.

2) Meeting stated quarterly portfolio objectives related to creative capability work.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

No, we do not really KPI (key performance indicator) the success of the SL (seasonal launch) moment.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Deep product creation process knowledge, 20+ years of experience with creative organizations and creative output optimization, overarching process engineering skill, facilitation acumen, emotional intelligence, political savvy, Nike Matrix expertise, knowledge of design specific tools and software such as Adobe, Alias, Gravity Sketch, etc., production expertise, and light manufacturing knowledge (to know enough about how shoes and apparel get made).

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

SmartSheet, Miro, AirTable, Slack, KeyNote, Word, Excel.

**15. What job title or titles will be next in your career progression?**

I do not know. It will probably be a different senior director role.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Strategic planning and thinking, improved enterprise awareness, strong team management, vision, and executive communication. I am already demonstrating some of these skills and abilities.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

My specialization is design.

**22. How, if at all, does this area of specialization shape the work you perform?**

The work I perform primarily serves the design organization with other functions being peripheral benefactors.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

I work on 5 teams at a time.

**25. How many people are on each team?**

1) Central Design Operations -- about 17 people
2) Seasonal Launch Core Team -- about 10-11 people
3) Design Leadership Team -- about 12 people
4) Brand Architecture Squad-- about 12 people
5) London Knit Studio -- 3 people (that I work with but there are more members on the team)

**26. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

Seasonal Launch Core team is my primary team.

**27. Who are the members of your primary team by job title and what work do they do?**

1) Project Manager: They coordinate all vendors, technology partners, event production schedules, physical rig builds, activation time lines, content deliverable deadlines.
2) Concept Director: Brings together the holistic vision for the SL moment. Manages the production of immersive world building component.
3) Footwear Capability Ops. Manager: Oversees footwear design process as it relates to SL, and all production activities related to 3D assets.
4) Brand Innovation Concepts Director: Guides the look and feel of presentation assets and oversees the coordination of brand design content within.

5-8) Studio/production Manager(s) and Director(s): Oversee production of brand assets such as videos and VCs (visual centers).

9) Global Brand Marketing Ops Director: Coordinates with brand marketing creative leaders.

10) Program Manager: In charge of our operational structure, sets meetings, provides recaps, identifies next steps, nets back to other adjacent work streams.

11) Information/Comms Manager: Coordinates all necessary communications and micro site building.

12) Process Specialist: Handles all event logistics inclusive of audience definition, invitation management, and facilities coordination.

---

**28. What do you specifically contribute when you work with your primary team to complete work?**

1) Set the vision: strategic vision

2) I contribute the high level end to end flow of the project. I contribute overall process definition, I define how we work together (tactics)

3) Leadership/executive alignment activities (politics).

---

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

There are two distinct peaks each year: the launch of the SL moment which happens twice a year. This is somewhat predictable although we never repeat the same process exactly. There is an unpredictable component of my work in the special projects field.

**30. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

The SL process engineering must be precise, the consequence of it not being precise would be either a delay of the strategic launch for the entire company (downstream impacts would be poor team health/compressed deadlines and a lack of alignment across Nike businesses).

**31. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant?  Please explain.**

The level of stress is very high and it is constant. This is caused by high levels of ambiguity and lack of alignment at the executive level on key strategic priorities and shifts. Also, it is caused by a lack of appropriate resources for design work. Design working time is always the first component of the process to be reduced when circumstances require product creation to move faster.

**32. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

Lack of clarity/early planning from business partners (defining the work for the creative teams is always extremely challenging). This causes stress because we are constantly adjusting production schedules when inputs are delayed. Also, the second most stressful aspect is lack of role clarity. Post CDA (consumer direct acceleration) confusion has left many teams struggling to figure out who is responsible for what. This is very time consuming and detracts from the available time to perform job functions.

**33. To what degree does your work involve high time pressure?  Please explain.**

The degree is significant, because I oversee the production of an event, there is no wiggle room for timeline adjustments. We cannot change the event dates no matter what happens.

**34. To what degree is your work impacted by unexpected disruptions?  Please explain.**

The degree is significant-- strategy changes, priority shifts, leadership availability, changes to the corporate calendar, all significantly impact our work.

**35. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

The seasonal launch portion of my work is clearly defined, knowing we have to launch an event/strategy on a specific day is very clear. However, there is a lack of clarity in the intention of what the strategic launch moment is meant to serve and a wide variety of opinions about that which makes the future less clearly defined.

The future of creative capabilities evolution is less clearly defined but is part of the work to do for my role. So I am confident that I can get to a clear definition in the future.

**36. To what extent is creativity important to perform your current job effectively?**

Important

**37. In what way is creativity required to perform your current job effectively?**

We are asked to constantly re-envision what the future can be, so a creative mindset is essential.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: This role would have traveled pre-covid but I was not in this role pre-covid. This role would also travel post-covid once it is over.

**40. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: this role would need to travel to key cities, NY, LA and London. Post-Covid, this role would presumably travel to these cities.

**41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

10

**42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

40

**43. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: primary office would be the Nike HQ and 10% of the time we had an offsite studio in downtown Portland that I would work at but we do not have that anymore.
During Covid: I work from home primarily.
Post-Covid: I would go to the Nike HQ as my primary office 3 days a week and then 2 days of the week I would work from home.

## 9. Section 5: Decision Making

**44. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

How to structure SL team collaboration and who to include when: this is important because SL is one of the only moments we come together as a corporation to rally around one holistic vision for the future. It is important to have the right inputs at the right time. The consequences if a poor decision was made would be failure to get needed buy-in resulting in strategic disconnect and ultimately a lack of defined brand identity in the marketplace.

**45. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, I am involved with the creation of creative strategy. I contribute by standing up the necessary operating sequence to facilitate the right brainstorming session and conversations at the right time. I also contribute by compiling and presenting potential connections between previous strategies and future strategies for consideration by design leaders involved in the process.

**46. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No I do not.

**47. Do you have any involvement in managing budgets?  If yes, what is your role?**

Light involvement, my role is to connect with finance partners often to align on future technology requirements, planning/budget needs, and other design specific cost forecasting.

**48. What level of authority do you have, including making recommendations, to hire employees, if any?**

I am the hiring manager for a director role currently, I also frequently sit on interview panels for colleagues and make recommendations for hires.

**49. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I can advocate on behalf of my direct reports for development and growth opportunities to promote advancements in the future but I am not currently aware that Nike permits in role promotions.

**50. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

In partnership with HR, I can activate action plans for direct reports who are underperforming. I can also document underperformance to support potential recommendation for disciplinary action including termination.

**51. What level of authority do you have, including making recommendations, to terminate employees, if any?**

As stated previously, I can document underperformance to support potential recommendation for disciplinary action including termination.

**52. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**53. Please explain the type of legal documents you are authorized to sign.**

I am authorized to sign health and safety agreements (London Studio), and vendor contracts.

**54. How frequently do you sign legal documents on behalf of the company?**

A few times per year

**55. What is your spending limit without seeking approval?**

I do not know.

**56. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both. Primarily I determine my own assignments though.

## 10. Section 6: Supervising Others

**57. Do any Nike employees <u>directly</u> report to you?**

Yes

**58. How many Nike employees directly report to you?**

3 Nike employees.

**59. What are the job titles of the employees who directly report to you and what work do they perform?**

1) Project Manager: facilitates seasonal launch production activities.
2) Studio Operations Manager: Handles all facilities, building management, process refinement, employee experience, security requirements, lease oversight, space planning for London Studio.
3) Design Ops Director of Creative Capabilities: Runs the day to day operations for seasonal launch and drives initiatives for creative capability development within the creative end to end process.

**60. How do you supervise the work of those who directly report to you?**

Weekly touch base one-on-ones for updates and help needed, regular working team meetings, and review of produced output documentation (decks, Miro boards, etc.).

**61. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**62. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

1) Creative Manager at McCann Erickson (advertising industry): 2001-2006
2) Marketing Manager at Jive Software: 2006-2007
3) Founder at SwiftPlus Creative: 2006-2015
4) Editor at large at Peloton magazine: 2010-2020

**63. To what degree has your prior work experience been helpful for performing your current job?**

I have always worked in creative industries which provides the foundation for my creative process expertise.

Working in advertising gave me specific expertise in high pressure, high stakes, environments and tight production deadlines. Plus deep knowledge across a wide variety of creative functions.

**64. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

High level communications, writing expertise, creative process expertise, production/manufacturing knowledge, technology adoption acumen, Adobe photoshop and in design skills, vendor management, strategic planning, finance (budget oversight experience), and adoption optimization for new processes and technologies.

**65. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**66. What job titles have you held at Nike prior to your current job?**

1) Design Studio Manager (North America product relation)
2) Design Operations Manager (Young Athletes division)
3) Design Operations Director (Nike Global Footwear)
4) The current job title: Senior Director Center of Design Excellence Initiatives.

**67. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Apparel and footwear product creation process expertise, manufacturing process knowledge, online collaboration software implementation, SmartSheet proficiency, and finely honed political diplomacy.

**68. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job experience primarily. Formal training from Supply Chain University and coaching from managers.

**69. What is your highest educational level?**

Bachelor's degree

**70. In what field of study is your highest degree?**

Sociology.

**71. How, if at all, has your education been helpful for performing your current job?**

The study of how people function in groups is extremely helpful for navigating corporate systems and social structures.

**72. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I am design thinking essential certified by the LUMA institute, and Dare to Lead Trained certified by Brene Brown group. Both were over Zoom but were live and I found on my own.

**73. How have these qualifications been helpful for performing your current job?**

LUMA training is helpful for structuring effective collaboration moments and brainstorming sessions, and greatly increased proficiency at facilitation. Dare to Lead increased acumen in interpersonal interactions and emotional intelligence.

## 12. Section 8: Working Conditions

**74. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre Covid: I worked at Nike HQ and partly at a Portland studio downtown.
Currently during Covid: I work from home
Post Covid: I will be working at Nike HQ 3 times a week and twice a week at home.

**75. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**76. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**77. How many hours do you work in a typical week?**

50-60 hours.

**78. To what extent do your work hours vary from week to week?**

They are pretty consistent.

**79. How many days do you work in a typical week?**

5

**80. To what extent does the number of days you work vary from week to week?**

It does not change at all.

**81. To what extent do you control your work schedule such as where and when you perform tasks?**

Mostly.

**82. What time do you typically start work each day?**

7am

**83. What time do you typically end work each day?**

6pm.

## 14. Section 10: Extra Roles

**84. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

No.

**85. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

No.

**86. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**87. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**88. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

No, since I just entered the job 4 months ago.

**89. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No.

**90. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

No.

**91. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No.

Nike Job Analysis Interview

Response ID:31 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

29

**2. Interviewee Name:**

Hironaka Kana

**3. Employee ID**

███████

**4. Interviewer Name:**

Ashwin Krishnan

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am in the digital loss prevention team, so my job is to analyze fraud data. As we surface potential fraud patterns, we'll investigate to identify potential business roles, automatically analyze the data to improve our digital loss prevention.

**6. What tasks do you spend the most time performing?**

Pulling data and building dashboards and analyzing and providing insights.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

It will show how much impact of the chargebacks or fraud related orders to Nike.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

As we look at chargeback orders, we night potentially be blocking the non fraudulent orders that impact Nikes' revenue, and if we can improve our fraud rules, we can possibly increase our revenue.

**9. How frequently do you perform these important tasks?**

It's my main focus so we have monthly reports but the dashboard is daily.

**10. What are the most complex aspects of your job?**

I'm in the global team so each GEO has different payment methods or different processes so it is very complex to standardize as global.

**11. What are the specific performance goals you must meet to be a high-performer?**

It will be related to fast paced changes.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

I would like to have all the dashboards up to date and I like to add forecasting so we can look at the whole picture of what's happening in the fraud area.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if**

any?

Knowledge of the digital payment process, flow of digital orders.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

SQL, python, tableau, Amazon Web Services Athena, S3, databricks, Microsoft Office.

**15. What job title or titles will be next in your career progression?**

Senior Analyst

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Presentation skills, soft skills

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

No.

**22. How, if at all, does this area of specialization shape the work you perform?**

No.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

Three teams.

**25. How many people are on each team?**

The teams are in different GEO's so I am not sure. I usually talk to one or two people in those teams.

**26. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

North America loss prevention team

**27. Who are the members of your primary team by job title and what work do they do?**

Analyst - they look at the orders and determine fraudulent vs non-fraudulent; chargebacks
Senior Analyst - manage all the data and verifying fraud rules; data implementation

**28. What do you specifically contribute when you work with your primary team to complete work?**

I share my dashboard and insights

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It is very evenly distributed across the year.

**30. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

Monthly, quarterly, and yearly reports must be completed in an accurate manner. Inaccuracy would affect our leadership's decision making.

**31. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

Low intensity, constant.

**32. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

We don't have enough resources, for example for data scientists to discuss deep dive analyses. Currently we are switching the vendor so the data is not fully accessible. Sometimes we have to do manual work and it's time consuming.

**33. To what degree does your work involve high time pressure?  Please explain.**

I joined this team during the pandemic so it's difficult to learn new areas without teammates in person.

**34. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Not much

**35. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

It is not clearly defined. This role is new and I think our group is trying to build a team and team structure, so there is a lot to change and a lot more to come.

**36. To what extent is creativity important to perform your current job effectively?**

Important

**37. In what way is creativity required to perform your current job effectively?**

How to visualize the performance in the dashboard.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**40. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**41. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

80

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**42. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

To make sure to provide accurate data and to communicate with the stakeholders and managers. Poor decisions are going to provide inaccurate information.

**43. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

No I don't.

**44. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No I don't.

**45. Do you have any involvement in managing budgets?  If yes, what is your role?**

No, I don't.

**46. What level of authority do you have, including making recommendations, to hire employees, if any?**

I don't have any currently.

**47. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

No I don't have any.

**48. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I don't have any.

**49. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I don't have any.

**50. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**51. What is your spending limit without seeking approval?**

I need to ask for approval.

**52. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both.

## 10. Section 6: Supervising Others

**53. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**54. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**55. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I was a technical publications administrator in the aviation industry for 5 years.

**56. To what degree has your prior work experience been helpful for performing your current job?**

It was a totally different experience.

**57. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Nothing specifically.

**58. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: Reorganization

**59. What job titles have you held at Nike prior to your current job?**

Business insights analyst

**60. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Knowledge of the products and knowledge of order management and payment management.

**61. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Training and on-the-job experience

**62. What is your highest educational level?**

Master's degree

**63. In what field of study is your highest degree?**

Mechanical Engineering

**64. How, if at all, has your education been helpful for performing your current job?**

Not much; it is different.

**65. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Tableau training and SQL training

**66. How have these qualifications been helpful for performing your current job?**

I would be able to self-learn and build effective dashboards.

## 12. Section 8: Working Conditions

**67. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

I work from home

**68. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**69. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**70. How many hours do you work in a typical week?**

40

**71. To what extent do your work hours vary from week to week?**

They are the same. It doesn't vary.

**72. How many days do you work in a typical week?**

5

**73. To what extent does the number of days you work vary from week to week?**

It doesn't vary

**74. To what extent do you control your work schedule such as where and when you perform tasks?**

I adjust according to meetings with other geographies.

**75. What time do you typically start work each day?**

9 AM

**76. What time do you typically end work each day?**

6 PM

## 14. Section 10: Extra Roles

**77. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

I don't have any.

**78. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

I haven't had special projects

**79. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No I don't.

**80. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

I may have a seasonal report but I haven't had it so I'm not sure.

## 15. Section 11: Changes to The Job

**81. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

They haven't changed.

**82. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No it hasn't changed.

**83. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

It hasn't changed.

**84. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

The tool has changed. As we changed a third party vendor, we used a different tool to pull data.

Nike Job Analysis Interview

Response ID:32 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

30

**2. Interviewee Name:**

Hamelinck Anne-Miek Cornelia

**3. Employee ID**



**4. Interviewer Name:**

Dustin Maneethai

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I lead the HR communications team and I am responsible for creating and driving and our HR communication strategy both internally and externally in support of HR communications across the enterprise for all employees as well as HR to HR.
Additionally, I am also responsible for internal and external strategy for Chief HR executive communications.
Oversee all communications that are part of the HR function, total rewards, talent diversity and culture.
Also, the primary communication partner of our CHRO.

**6. What tasks do you spend the most time performing?**

I spend a lot of time sitting in meetings.
I spend a lot of time writing all of our CHRO communications, including presentations, emails, any and all notes or posts both internal or social that need to go out on her behalf.
I spend time with my direct reports managing the team, working on their development and growth climbs.
Collaboration with peers in communication and with stakeholders in HR.
I spend time ideating and brainstorming new ideas and strategies for communication support for projects and strategies.
Spend time creating new strategies for new HR projects.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Spending time ideating and brainstorming new ideas and strategies.
Spend time creating new strategies.
Time with my direct reports.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Time with my direct reports - play a role in developing our talent. As a company we want to make sure our talent is looked after and have the opportunity to develop and learn.
Spending time ideating and brainstorming new ideas and strategies. Assure that we take into account an ever evolving landscape that we operate in, new time and new measures. Make sure Nike is not falling behind how we communicate our HR functions to employees.

**9. How frequently do you perform these important tasks?**

10-15% of my time.

**10. What are the most complex aspects of your job?**

Stakeholder management (within HR and within Communications), making sure that everyone is aware and aligned. Navigating the Nike matrix.

**11. What are the specific performance goals you must meet to be a high-performer?**

I must provide a high level of value to my internal stakeholders. I must be an innovative thinker and excellent people manager. A great collaborator. Knowledgeable of my craft (communications) and subject matter area (HR) and to continue to learn and grow in these areas.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

No

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

I have to be an excellent communicator.
A good writer.
Ability to juggle multiple projects/ a good multi-tasker.
Need to stay calm under pressure.
Be a good people manager.
Reach into several parts of the organization to get people on board and aligned.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Microsoft Office Suite, Apple products (Keynote), internal social media platform (WorkVivo), intranet (Zero), Slack, text message, iMessage, Zoom, occasionally FaceTime

**15. What job title or titles will be next in your career progression?**

Vice President

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I actually don't know. I need longevity, rather than a specific skill or knowledge.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

I sit in communications, but HR would be an additional area of specialization.

**22. How, if at all, does this area of specialization shape the work you perform?**

Greatly. The majority of my work that I do is in support of HR.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

4 Teams -
HR Communications Team,
Enterprise Communications Team,
Global Communications Team,
HR Leadership Team

**25. How many people are on each team?**

HR Communications Team - 5,
Enterprise Communications Team - 25,
Global Communications Team - 250,
HR Leadership Team - 12

**26. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

HR Communications Team, but not necessarily the one I interact with the most. But it is my primary team.

**27. Who are the members of your primary team by job title and what work do they do?**

2 Directors of HR Communications - and they support one center of excellence within HR. And support basic communications support.
2 Managers of HR communications - and they each support one of the directors.
I'm the fifth, Senior Director of HR Communications.
We also have a contractor - provides writing services.

**28. What do you specifically contribute when you work with your primary team to complete work?**

We collaborate on different work streams that each of us have going on, and give input and advice on these work streams that I may not be directly involved in. I review and approve any and all materials that go out from HR to the enterprise.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

Unpredictable, there are peaks and valleys, with many more peaks than are valleys. They are unpredictable and therefore I am unable to say whether February or August, for example, would be peaks. They are not distinct that I can predict when they would fall in the year.

**30. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

Precision in my line of work has to do with being very attentive or detailed oriented and there is a high degree of that. Need to be detail oriented to be successful in this work. We are communicating often to the entire enterprise and being read by 70,000+ people and it needs to be correct. And for the HR and people we support there are regulatory and compliance issues that need to be followed, so it needs to be highly accurate. The consequence if work is not performed with a high degree of precision is misinformation to a high degree.

**31. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant?  Please explain.**

High intensity and constant. High volume, time sensitive, big stakes or big impact, often many big stakeholders (most senior leadership team), no margin for error. There is a difference between the stress level of the job and how it is experienced.

**32. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

Unexpected nature of it, not being able to plan or prepare for what is coming, which is stressful. The 24/7 nature of it, which makes it stressful because I have a family who would also like to see me. The high stakes nature of the job, there are a lot of eyes on this work.

**33. To what degree does your work involve high time pressure?  Please explain.**

To a significant degree. A lot of the work comes in hot and has to be completed quickly.

**34. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Moderately. Related to the above, my work can be disrupted by work that comes in hot and needs to be completed immediately.

**35. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

It is pretty clearly defined and I understand what is expected of me. I also have the ability to play a role in the definition of my role.

**36. To what extent is creativity important to perform your current job effectively?**

Critically Important

**37. In what way is creativity required to perform your current job effectively?**

We constantly communicate to our employees and it is very key to keep the attention of our internal audience when we communicate and the best way to do that is inserting creativity. If we send out the same email day after day they will lose interest, so we need to keep it fresh. Need to change it up, like how we use video. The kind of content and channels we use. A constant desire to keep us on our toes to reach our audience in an effective manner.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Weekly

**40. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Commute from the bay area to Oregon. A weekly commute from one state to another state.

**41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

5

**42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

40

**43. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: other Nike office and home.
Post-Covid: home.

## 9. Section 5: Decision Making

**44. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Communication strategy. It is important because it determines the trajectory of what needs to be communicated, how and when.
I make decisions about how our CHRO shows up and that is important because she is a high level executive in the company and I help determine what her profile in the company is.
I make decisions around hiring, that is important because you bring in the right talent into the company.

**45. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Strategy within communications. Make recommendations, give advice and council on new approaches or how to do things, etc.

**46. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes, as it relates to external engagement with Nike employees. And I contribute as an advisory fashion.

**47. Do you have any involvement in managing budgets?  If yes, what is your role?**

I do, I manage the budget for the HR communications team.

**48. What level of authority do you have, including making recommendations, to hire employees, if any?**

I hire employees. I do not have the authority to add headcount, but once headcount is open I have the authority to determine who best to fill that headcount for my team.

**49. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I can make recommendations.

**50. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I can make recommendations.

**51. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I can make recommendations.

**52. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**53. Please explain the type of legal documents you are authorized to sign.**

A contract with a temporary worker. Or certain third-party vendors or suppliers.

**54. How frequently do you sign legal documents on behalf of the company?**

A few times per year

**55. What is your spending limit without seeking approval?**

I have no idea.

**56. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Combination of both. I will largely determine my own assignments, but occasionally will get something assigned to me.

## 10. Section 6: Supervising Others

**57. Do any Nike employees <u>directly</u> report to you?**

Yes

**58. How many Nike employees directly report to you?**

4

**59. What are the job titles of the employees who directly report to you and what work do they perform?**

2 Directors of HR Communications - they each support one of HRs centers of excellence.
2 Managers of HR Communications - each support one of the directors.

**60. How do you supervise the work of those who directly report to you?**

We have regular touch bases where we discuss the work. Ad-hoc recommendations and advice on ongoing and new projects.

**61. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**62. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

1994 worked for 3 years for City Arnhem in Netherlands. Communications Role.

1997-1999 worked at PR agency in Singapore, where I did a lot of communications for companies operating in the IT segment.

1999-2019 for 20 years - moved to San Francisco worked at a variety of communications agencies all in roles focused on the technology industry. Starting at an entry level communications role to agency General Manager.

2019 joined Nike.

**63. To what degree has your prior work experience been helpful for performing your current job?**

To a very high degree. Everything that I do now has been informed by the 25 years preceding my current job. Having exposure to different companies, industries, working with a variety of executive, more experience in my communications craft, meeting a network of people that are an active network that I can fall back on for advice or council.

**64. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Communication strategy, leadership, writing, managing multiple tasks and people.

**65. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**66. What job titles have you held at Nike prior to your current job?**

Only one job title, Senior Director

**67. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Knowledge of working in a consumer company, getting to know our products, getting to know HR.

Skills in stakeholder management.

**68. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Been a combination of job experience and mentoring.

**69. What is your highest educational level?**

Master's degree

**70. In what field of study is your highest degree?**

Public Administration

**71. How, if at all, has your education been helpful for performing your current job?**

Critical thinking skills and teamwork and collaboration.

**72. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I have done an executive education course at the Harvard Kennedy School of Government. That has helped me.

**73. How have these qualifications been helpful for performing your current job?**

Exposure to different leadership skills, different kinds of leaders, and a better knowledge and understanding of what makes for a good leader.

## 12. Section 8: Working Conditions

**74. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in**

multiple settings? Please provide a separate response for pre/post Covid if applicable.

Pre-Covid: Nike WHQ
Post-Covid: Nike WHQ and home

**75. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**76. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**77. How many hours do you work in a typical week?**

Between 50-60

**78. To what extent do your work hours vary from week to week?**

Not really.

**79. How many days do you work in a typical week?**

5

**80. To what extent does the number of days you work vary from week to week?**

Not really.

**81. To what extent do you control your work schedule such as where and when you perform tasks?**

To a great extent.

**82. What time do you typically start work each day?**

7 AM

**83. What time do you typically end work each day?**

8-9 PM

## 14. Section 10: Extra Roles

**84. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

I do not.

**85. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

I have not.

**86. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

I do not.

**87. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No, there are not.

## 15. Section 11: Changes to The Job

**88. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

No, there have not been.

**89. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No.

**90. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

No. I am also fairly new in my role.

**91. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No.

# Nike Job Analysis Interview

Response ID:33 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

31

**2. Interviewee Name:**

Gaylord Olivia Randall

**3. Employee ID**

███████

**4. Interviewer Name:**

Noel Williams

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I'm a Creative Producer. - Oversee creative projects, from brief to execution. That includes entails working with a range of cross-functional team within Nike, creative agencies and vendors. The work we do ranges from digital execution , retail activations, broadcast media and out of home, etc. Major responsibilities - oversee creative production for motion/still photography shoots, manage entire process (hiring photographers, partners), with athletes, locations. We ensure shoots run smoothly, manage post production. Also handoff execution of final content and overseeing how it comes to life in Nike and partner channels.

**6. What tasks do you spend the most time performing?**

It really depends on the project and the day. Honestly a lot of meetings, just ensuring that everything is aligned and we are producing content that everyone is signing off on. Making sure everyone's vision is executed, a lot of time managing vendors and external partners. Time is spent planning and executing photo shoots, or activations.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

We actually make sure all of the created is created. All the advertisements, photos, videos, all the content that is seen. My team ensures that this content sees the light of day. We make sure the content is created on time and on budget.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

It is what the consumer sees (the work that we create). It is how they are directly interacting with the brand. The content is seen in retail stores, we shape what the consumer sees and views the brand. Content is seen in social media, real life, and everywhere.

**9. How frequently do you perform these important tasks?**

Daily.

**10. What are the most complex aspects of your job?**

A lot of them. Producing content within the very short timelines that we have. Managing expectations and receiving feedback from different decisionmakers. Just managing priorities as well, shifting priorities - things change minute by minute. Being able to break things down, prioritize and problem solve on the fly.

**11. What are the specific performance goals you must meet to be a high-performer?**

Being able to be level-headed, quick thinker and adaptable. Being a strong problem solver and a creative problem solver. Excellent communication skills, working with a range of people on a daily basis, break things down easily and concisely. Being able to get to the root of problem quickly.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

Yes, are expected have our projects within budget, a certain monetary number given at the beginning. We are expected to be within that range. Also, on time. We are given timelines that we ensure delivery within.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Being a communicator, problem solver, thinking quickly on your feet. Also knowledge of creative content production.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

There are quite a few: BOX, Airtable, COUPA, Aravo, Contract central, Cranium, Slack, Microsoft Suite, outlook, etc.

**15. What job title or titles will be next in your career progression?**

Likely Studio Manager and Senior Producing roles. Operation and Production director roles,

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Mastery of creative production and best practices. Demonstrated effective communicator. An efficient manager as well.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

North America

**18. Do you know if the geography to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different geography?**

I don't believe so. The only difference is the location where we actually produce the work. We are in North America, whereas Global would be all over the world.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

No.

**23. How, if at all, does this area of specialization shape the work you perform?**

Not applicable.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

I just work on one team. But I interact with multiple other teams on a daily basis.

**26. How many people are on each team?**

20 - North America Brand Creative. It really varies, each team has different sizes, kinda ebbs and flows.

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

North America Brand Creative Operations.

**28. Who are the members of your primary team by job title and what work do they do?**

Production Coordinators - support creative producers and studio managers
Creative Producers (Regular and Senior) - they manage creative projects start to finish
Studio Managers - they oversee and manage the creative studio. They manage the intake of projects and ensuring that the studio is running smoothly.
Production Director - They ensure that the team is up to speed on production best practices. They oversee the entire production team.

**29. What do you specifically contribute when you work with your primary team to complete work?**

I manage the day to day oversight of creative projects.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

I'd say that it is spread evenly across the year. There used to be peaks and valleys, now it's consistently busy.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

It's a very high degree of precision that is required. All of our work must be completed pretty accurately and exactly. We manage contracts with external partners with photographers, etc. We have to execute these contracts to ensure that Nike is protected. We also partner with legal to ensure that Nike is protected, and that we are developing creatively and putting out into the world - is not opening us up to a lawsuit. We also work with Nike's elite athletes, we have to ensure that when they are on our productions that they are safe and well taken care of.

**32. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

Pretty high stress pretty consistently. Creative timelines and work loads. Timelines are short and workloads are significant.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

Short timelines and executing high level and large productions. Often times there is small team and limited resources.

**34. To what degree does your work involve high time pressure?  Please explain.**

Pretty much all the time. We're usually under pretty significant time crunches. For example, an ideal timeframe is 12 weeks for creative production from start to finish. More often than not, we have been under a few weeks. The time is very consolidated.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Most of the time. It is a very common occurrence. For example, briefs may change or shift after creative has already kicked off. When dealing with creative production, we may not have product or product is delayed. Our talent may not show up or be available. We may not have legal or business affairs approval. Timelines often shift.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

Yes, it is clearly defined. I understand what is expected of me.

**37. To what extent is creativity important to perform your current job effectively?**

Important

**38. In what way is creativity required to perform your current job effectively?**

So we partner with creatives on a daily basis. It allows us to understand that world and speak to it effectively. We also need creative problem solving to think on our feet - to work in partner with our design teams to come up with creative solutions.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: A few times per year to monthly. Pre-covid: We traveled productions and activations whenever needed. During covid, we're not able to travel for health and safety reasons.

**41. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Within the United States and Canada.

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

25

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**44. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-covid - working on the road, depending on where we were traveling. Sometimes in other Nike offices (Chicago, LA, depending on where we were)
Post- covid: - primarily working from home.

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I make a lot of important decision's. Responsible for managing creative budget. If it is mismanaged - - impacts Nike financially. We make a decision whether creative production takes place and is in line with Nike's production policies, make sure it's actually safe.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

A little bit. We partner with brand teams during creative briefs to align on marketing strategies. We help to facilitate and make sure the Brand plan and creative plan makes budgetary, time, etc (that it all makes sense)

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

A little bit. I partner with our production director to help outline best production practices and keep them up to date.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes, I manage and oversee the creative project budget.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

Not really, not typically involved in that.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I do not have any.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

No, don't have any.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I don't have any.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**54. Please explain the type of legal documents you are authorized to sign.**

Contracts with external partners, creative agencies. That can be usually independent contractor agreements, master contractor agreements.

**55. How frequently do you sign legal documents on behalf of the company?**

Weekly

**56. What is your spending limit without seeking approval?**

I believe it is 25K.

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Typically it is assigned. My manager consults me on what I'd like to work on.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**59. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**60. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

1. I worked as a Social Media Manager for about a year. (held this position first)
2. I worked as a Digital Creative Producer at a marketing agency for about a year.

**61. To what degree has your prior work experience been helpful for performing your current job?**

Very helpful. I've been both on client side and agency side, understanding how both sides work together and how they interact. Having an understanding of the social and digital landscape, that's where most of our creative lives.

**62. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Communication skills. Lots of other ones, but most specifically communication skills.

**63. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**64. What job titles have you held at Nike prior to your current job?**

Social Media Specialist (first position held)
Content Specialist
Creative Coordinator

**65. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Just knowledge of creative production. There's quite a myriad of knowledge skills that goes along with that. It allows for managing the workstream efficiently.

**66. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Primarily on the job experience.

**67. What is your highest educational level?**

Bachelor's degree

**68. In what field of study is your highest degree?**

Journalism.

**69. How, if at all, has your education been helpful for performing your current job?**

Extremely helpful. It taught excellent communication and critical thinking skills. My specialty was also television production, which skills translate directly into creative production.

**70. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None additional.

**71. How have these qualifications been helpful for performing your current job?**

Not applicable.

## 12. Section 8: Working Conditions

**72. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: typically in Nike HQ in an office
Post - covid: work from home.

**73. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**74. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**75. How many hours do you work in a typical week?**

Typical week is about 50.

**76. To what extent do your work hours vary from week to week?**

They vary a little bit, depending on what project we're on. Anywhere from 40 hours a week to 80.

**77. How many days do you work in a typical week?**

Other: 5 to 6

**78. To what extent does the number of days you work vary from week to week?**

Again depends on projects. We can work anywhere from 5 to 7.

**79. To what extent do you control your work schedule such as where and when you perform tasks?**

During covid - pretty much all the time.

**80. What time do you typically start work each day?**

8:30 to 9.

**81. What time do you typically end work each day?**

Probably 6 to 7, depends on workload.

## 14. Section 10: Extra Roles

**82. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

No, not currently.

**83. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

No, that I can recall.

**84. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**85. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**86. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

I'd say some aspects have changed. We used to just be responsible for creative production and handoff assets to other partnering teams. Our team is now responsible for digital production and execution - we are now responsible for the entire end to end in the creative process.

**87. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Not really. I'd say that I do spend more time on managing digital production than I used to.

**88. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

No.

**89. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No, not recently.

# Nike Job Analysis Interview

Response ID:34 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

32

**2. Interviewee Name:**

Kruger Mikela Kristine

**3. Employee ID**

█████

**4. Interviewer Name:**

Zareena Shefa

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I will bring it back to foundational. The 3 hierarchy's of program management, so project management is the lowest level, manage specific projects like reviewing true deliverable dates and tracking people). Then program managers are the second level and have a lens to that and we track the 100 k level of the project, like what needs to be elevated up to leadership and what are the risks and decisions needed to drive with the product teams. And portfolio managers synthesize that and are the highest level. Similar projects under the same project roll up into the project manager. For example, I was program managing for Scan solution and we were program managing for Scan solutions at multiple sites. Each one was the same project at multiple facilities, so I would centralize the support. Projects can be driven in any function across the company, specifically in supply chain. Scan solution gets very technical, and it one minute part of the supply chain. I'm on the team called connected product and what we are tasked with in simplest form is adding RFID (radiofrequency identification, which is an embedded antenna with a microchip on it that is on our box labels which can be read by readers that doesn't require line of sight. What you get is inventory accuracy and many other programs in the company) onto each one of our products. For me in that role, I am that middle role of program manager. So as the middle program layer, what I am doing is starting to develop projects through an intake process and following through from strategy to implementation. The intake process is how we determine what we do and don't do, so when people have ideas for how to leverage or improve stuff we own, we take it into intake to review as a formalized process of how things get approved and prioritized to set requirements for the strategy from development to implementation. What this requires is developing the framework and reporting documentation. So the projects are intended to provide the information they (i.e., project management team) need to drive the projects and set lessons learned, parameters, etc and then develop the framework for how that gets sent up to leadership or portfolio managers. This requires a level of expertise knowledge in the field and who you should go to for what information. Skills are much heavier on the soft skills, such as the people management side.

**6. What tasks do you spend the most time performing?**

I would say the tasks I spend the most time performing are stakeholder management (i.e., corralling the experts in meetings or on on one for reviewing content to determine alignment and documentation). Every one of the experts in their field has a perspective, and it is my job to make sure everyone is heard and their perspective is represented so we can get that alignment of what needs to get documented and synthesized to leadership. Another aspect would be documentation development (e.g., leadership reports, weekly status summaries, business case development files, toolkits, etc). Sometimes it is design, sometimes it is filling in the content for documentation development, sometimes it is being the expert that is contacted to represent a certain aspect. Majority is documentation and meetings.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

What I would say it is it hard to articulate as a specific task, but as a lens of my job holistically I am the bridge between strategy and execution. So working with a strategy and taking to the teams to run it in the business- this takes knowledge of the supply chain on what to prioritize, what goes first, potential roadblocks, what is required for it to be successful, who is need to be informed and consulted. Supply chain is literally whatever it is that you develop end to end. For example, we do shoes, so supply chain is from the materials, developed into products, shipped from factory to intended destination, to consumer, to being returned. So all of that. business wise falls into supply chain. There are many aspects of the company that fall into the supply chain bucket. It can be difficult because people can stay in just planning, logistics, or factory (like segments of an entire company). But someone like me plays as a bridge/360 perspective of the supply change because i need to be able to work across all the supply chain functions. I have to be a jack of all trades without being an expert, but also rely on the experts.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

The word I would come to for my job specifically is around change and continuous improvement. If we stay stagnant, we aren't able to adapt to the new demands of our consumers or other departments. So, my job has always been around the innovations needed around supply chain. For example, RFID (for example) is to drive efficiency and accuracy within our supply chain so that we don't have as much waste at additional unnecessary cost but also gains from data learning and elevating our experiences. It has always been a top priority when we have new ways to improve processes, efficiencies, or ways to save the company money if we haven't done it before. So I am on the team that needs to figure out how we are going to be able to do it. This depends on the innovation because it could affect just one or multiple segments of the supply chain. My current role is focused in distribution centers. What we are doing (for example- RFID is going through supply chains and Distribution centers), we are tying that individual unit information to the intended ship to account as that product hits the market, we can do investigations against that and also leverage higher level inventory to go back to that waste factor.

**9. How frequently do you perform these important tasks?**

It needs to be fluid depending on the size and the demands of the project or program. Sometimes it will be a one pager, sometimes it will be an enormous powerpoint, or needs to be developed with external consulting forms. You need to be flexible and know the right level that is needed to know the weight of the value and the team needed to support. Weekly status reports are to always provide a summary level. Some artifacts (toolkits, business case files, analyses) are developed once, others are updated daily, weekly, quarterly.

**10. What are the most complex aspects of your job?**

I feel like this is subjective to the individual filling the role. Some people might have different skillsets that come more naturally. For me it is easier in supply chain because I have 15 years experience, so the areas I am focused on developing would be on presentation skills and leadership management.

**11. What are the specific performance goals you must meet to be a high-performer?**

You have to be able to handle a vast pool of stakeholders. Extensive industry knowledge, and all of the artifacts for standard product management. There is definitely an element of Nike-isms (i.e., specific ways of working that Nike has developed in its own culture) and being able to know where to spend your time and how to manage your own work.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

Theres no standard KPI, but i think the bigger thing is around meeting the projected outcomes that you set out to define. Theres definitely an element of how your stakeholders feel about how they work with you or how well you perform (e.g., NPS net promoter score, which is an industry standard way of measuring success by people's inputs). But really what you are doing in this type of role is defining in this type of role is defining/developing what the KPIs should be for your own projects.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Specifically for this area is requires a lot of supply chain knowledge, project management skills, and people management skills.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

I definitely use Microsoft Outlook, I use Slack, all of the Microsoft tools (word, powerpoint, excel), I use keynote, I use Box significantly (where we hold all of our files online so they are accessible/centralized/has version control for the team), and some Tableau (data visualizations) and Smartsheet (Excel online).

**15. What job title or titles will be next in your career progression?**

I don't know. Theres a lot of places i could go from here so it is hard to determine what would be the next step because it is not linear. I don't value climbing the ladder I value knowledge so this could be a lateral move into a different area.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

What I would need to develop is more of the leadership management, so I am focused on managing up as well as developing direct reports.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

Supply chain with expertise across geos.

**22. How, if at all, does this area of specialization shape the work you perform?**

I tend to be a go to for where to start and how to move forward in supply chain.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

A lot. We have to consolidate teams depending on the projects we are managing which are across geos, functions, tech expertise, supply chain, and so much more (e.g., legal)

**25. How many people are on each team?**

It can vary from 3 to 300. You may not be presenting to 300 people but you still need to go as far as informing and consulting very broadly.

**26. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

My direct team is connected product which is about 40 people as a hard line and goes up to that 300 as a consult and inform broader collaboration.

**27. Who are the members of your primary team by job title and what work do they do?**

We have product owners, and they own the solution/technology from the business side. We have all of our geo and function roles that we collaborate with on all of the ideas of intake processes.

**28. What do you specifically contribute when you work with your primary team to complete work?**

Generally what I'm providing is a bridge between all the primary teams to keep track of how we move forward. All the experts are giving me their info, I consolidate and help guide the direction, timelines, artifacts needed, alignment to deliver the solution.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

Pre COVID, many meetings throughout the day across multiple buildings and departments around campus which meant running back and forth all over the place. Post COVID, having all those meetings on Zoom and extremely stationary to do my work definitely a loss in innovation of being able to see people in person. You can't as easily develop and refine virtually. My work is unpredictable, but generally it is not like I am following a calendar. During peaks or valleys it is driven by the work itself. For example of peaks, if there is a big presentation, that means we are focusing on a week to finalize documentation for it. Or, if we are starting a new project we need to gather a lot of information and meet with stakeholders, a lot of meetings, filling in excel sheets.

**30. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

This could be subjective, but I have never felt like I have needed to be exact and that there would be consequences if it wasn't. Working in an innovative area of the company requires us to be brave and step out of our comfort zone. If we weren't encouraged to step out of our comfort zones then you wouldn't get the innovation. For example, if there is a typo on a presentation we just fix it and nobody bats an eye.

**31. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

I don't have stress from my job, I have stress from my career and lack of direction and development. We are living in a state of uncertainty and it is very difficult to figure out where everyone is going to go from here currently, and there isn't bandwidth to focus on it in this current time (i.e., COVID, or trying to accelerate important aspects of the job or department. We are being tasked with a lot so it is hard to prioritize time for individuals).

**32. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

Lack of vision, which is the focus of what the department is trying to deliver in the coming year-4 years. Also, lack of accountability as in role clarity and your stakeholders being held to what they are supposed to be delivering. There is misalignment in interpretation which leads to conflict and people losing drive.

**33. To what degree does your work involve high time pressure?  Please explain.**

Compared to some departments I have heard of at Nike, my job has very little because we are not held to the core aspects of the company (innovation, because we are an innovation team, we are protected from the day to day deliverables).

**34. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Minute by minute, you have to be extremely adaptable. There is no playbook, we have to define it, and a lot of times this means new information can completely pivot the work and processes. For example, a new stakeholder comes in with new information that wasn't considered yet, and that new information completely pivots what we need to do and why, also the scale of it.

**35. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

It is not defined, right now I am filling in a temporary backfill at the current time and do not have a defined role, CFE (Coaching for Excellence our standard measurement of employee performance), or deliverables. This is not uncommon, because right now it is the beginning of our fiscal year so this is the time to define roles in relation to our vision and mission.

**36. To what extent is creativity important to perform your current job effectively?**

Critically Important

**37. In what way is creativity required to perform your current job effectively?**

The adaptability of how you pivot and rebalance your time to different projects, as well as creatively design the information so that it can be synthesized by multiple stakeholders in different departments.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

A few times per year

**40. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID, to multiple Nike sites across the globe (e.g., Emea is our Europe site, Memphis is our USDC, China and Korea and many more) to collaborate with those teams in person. We have been making do virtually during COVID, but that has come at a cost of not being able to accelerate the work as well.

**41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

20

**42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**43. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

I would say always on the Nike campus unless I was traveling.

## 9. Section 5: Decision Making

**44. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Setting the timelines and goals of the programs. If not done well, then you could be out of a job because you can't predict the needs or support the stakeholders for how much time they need to do the work. If you aren't good at development of the information and knowing what info is needed for the LT (leadership team) then you would also be out of a job.

**45. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

A bit, generally I support the direct strategic team in advising prioritization and level of effort. Sometimes developing the business cases (i.e., specific ways to lay out an idea to understand what is needed to allocate time, effort, and people to be involved in review of bringing it into intake process- this is usually a 1 page artifact filled in with the scope, involved people, projected level of effort, funding, resources, etc depending on the type of business case you are developing) and the analyses needed to drive direction.

**46. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Not really, the only factor would come into place if we need to make changes based on the work that we are doing. So if the projects they are innovating need to change the policy and procedure, then we work with the teams to factor in the adjustments needed.

**47. Do you have any involvement in managing budgets?  If yes, what is your role?**

I do, a lot of it has to do with the resourcing and funding approvals for the projects we are trying to put on as well as the driving factors of either the physical or processing changes that will affect budgets.

**48. What level of authority do you have, including making recommendations, to hire employees, if any?**

Yes, I am on various interview pools and drive hiring for some. I'm not the direct manager, but the manager assigns me to own the entire interview process (working with the recruiter to define the job and review the applicant's schedule, interview, run through proposal of who would be the best candidate) for a role on our team.

**49. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None, other than standard peer reviews (end of year feedback).

**50. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**51. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**52. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**53. What is your spending limit without seeking approval?**

I don't know, other than our standard invoice limit of $50k that is the manager approval level.

**54. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I would say generally it is a partnership to determine priority as well as opportunities.

## 10. Section 6: Supervising Others

**55. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**56. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Other:

**57. How many Nike employees <u>indirectly</u> report to you?**

Only 1 intern and 1 backfilling management for open roles.

**58. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

QA (Quality Assurance) Auditor is the intern who develops industry analysis over the summer in RFID. The other is Tagging Business Analyst and they own development of projects and documentation with stakeholders and LT leadership.

**59. How do you supervise the work of those who <u>indirectly</u> report to you?**

I track assignments in one on one sessions, or collaborations to set the vision, and reviewing at various points to touch base.

## 11. Section 7: Experience, Training, and Education

**60. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I was an Operations Manager, Master Scheduler, Production Planner for about 6 years prior to Nike. These roles were in the coffee and high tech industry.

**61. To what degree has your prior work experience been helpful for performing your current job?**

They gave me a vast understanding of supply chain industry and different segments of the world, which gave me unique perspectives into best practices and broader application.

**62. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Literally everything because of the 360 perspective I am able to provide to my team that no one else has been able to give context to.

**63. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**64. What job titles have you held at Nike prior to your current job?**

Reporting Analyst, Business Analyst, Supply Chain Execution Manager, and Senior Supply Chain Analyst.

**65. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current**

job?

Footwear and apparel industry, many areas of supply chain (i.e., manufacturing, planning, free trade agreement, logistics, materials, distribution centers, and more), design, product development, engineering, leadership management, people development, analytics and design visualization, project and program management, finance and value development, strategy, and more.

**66. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

This was purely job experience.

**67. What is your highest educational level?**

Bachelor's degree

**68. In what field of study is your highest degree?**

Supply chain.

**69. How, if at all, has your education been helpful for performing your current job?**

Extremely helpful because it set the foundation for practical application in the field.

**70. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None.

**71. How have these qualifications been helpful for performing your current job?**

Not applicable.

## 12. Section 8: Working Conditions

**72. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Post COVID I work at an office from home. Pre COVID was 90% in office (Nike WHQ) and 10% from home.

**73. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**74. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**75. How many hours do you work in a typical week?**

I work a standard 40 hours a week.

**76. To what extent do your work hours vary from week to week?**

My standard hours can have slight variation due to peaks and valleys or travel. Travel can go up to 60 hours a week. Standard hours can vary depending on meetings and other requirements, too.

**77. How many days do you work in a typical week?**

5

**78. To what extent does the number of days you work vary from week to week?**

It doesn't, I always work Monday-Friday.

**79. To what extent do you control your work schedule such as where and when you perform tasks?**

Pretty well, other than making sure to attend meetings and I have full flexibility as long as I am meeting deadlines.

**80. What time do you typically start work each day?**

This varies from 7am to 9am depending on if I have Europe calls or late calls with the team.

**81. What time do you typically end work each day?**

This varies from 4pm to 9pm depending on late calls with Asia.

## 14. Section 10: Extra Roles

**82. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I do not serve on any committees but I keep track of the network groups and I engage in as many of the programs as possible. Network groups are the our LGBTQ Women's Network, our Black Network, Native American Network, Sustainability Network. I also take on supporting of mentoring for some employees as requested.

**83. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

None I can think of at this time.

**84. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**85. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**86. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

On the evolution of an innovative team, everyone's roles are purposefully evolving. So, for example, certain tasks (e.g., development of early introductory documentation for new team mates, presenting for Steer Cos who are senior LT boards that you go up for monthly) were needed to get the work up and running in the beginning of my roles but I no longer need to do those and now it has evolved to what the team needs.

**87. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

This carries over from the response above, it is required for us to be adaptable as needed. Some tasks you do a lot of in the beginning and then completely drop off as the evolution of the department is going through.

**88. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, we have been developing more structure (i.e., intake process of developing an idea through the evolution to implementation) and trying to define clarity in requirements (i.e., what is required for each phase, inputs/outputs).

**89. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, we have leveraged different versions of Smartsheet to Miro boards to Aha and many more. There are multiple versions of how we are tracking our work and managing everything. We have to be adaptable.

# Nike Job Analysis Interview

Response ID:35 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

33

**2. Interviewee Name:**

Russell Julie Hansen

**3. Employee ID**

█████

**4. Interviewer Name:**

Tyleen Lopez

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

1) Project Management: incoming projects, gathering data, and assigning to team, also tracking of projects.
2) Team Performance and Employee Coaching: make sure team is meeting expectations of the role and the work, one-on-ones and yearly performances (CFEs - coaching for excellence).
3) Team Strategy: developing a yearly strategy for the team on work to get after, programs to learn, and general direction of the team.
4) Training and skill development: Organizing any training of current or new employees.
5) Education: educating and making connections outside of our team and presenting team's work.

**6. What tasks do you spend the most time performing?**

Making presentations, tracking our project management system, researching 3D programs, emails, and attending meetings.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Technical tasks, for example, finding new 3D workflows is very important. Team coaching is also really important.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Technical tasks are important because it brings innovation to the workflow and constantly evolving how we do things to make a better product and be more efficient. And team coaching is important so that we can focus on the team and improving their skillset and experience at Nike.

**9. How frequently do you perform these important tasks?**

I perform these tasks a couple of times a month but not in big chunks. For example, my day is too broken up for me to focus on diving in to anything deep so I perform these tasks when I am not performing other substantial and immediate tasks.

**10. What are the most complex aspects of your job?**

The most complex aspects of my job are the complexity of the Nike structure. There are a lot of politics and things that I need to get approval for. There are a lot of people involved so a lot of the times I feel as though I cannot move things forward because I rely on other individuals.

**11. What are the specific performance goals you must meet to be a high-performer?**

I have to go above and beyond but I am not sure exactly what that looks like, especially as a manager.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

No, there are none that I know of.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

3D technical knowledge, presenting skills, footwear knowledge, prototyping knowledge, effective communication and listening skills, and strong verbal skills.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

We use 3D programs such as Rhino, Grasshopper, Freeform, etc. We also use Microsoft Office Suite (word, powerpoint, excel).

**15. What job title or titles will be next in your career progression?**

Prototyping Director or 3D Studio Director.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

More in-depth strategy work, and being able to execute larger strategies. More big picture thinking. I would probably need to move out of this career to get back into it, this would be to diversify my skills. I would most likely not be able to diversify my skills within the department that I work for at Nike.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Footwear

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

Yes, because we only work on footwear. There is more 3D modeling in footwear than in the other product engines and other programs are used for apparel.

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other**

**words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

No I do not.

**23. How, if at all, does this area of specialization shape the work you perform?**

It does not because I do not have any other areas of specialization.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

I work on two teams at a time.

**26. How many people are on each team?**

1) 3D Team: 3 people
2) Prototyping Team: 4 people

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

I work with my 3D team as my "primary" team. However, I do more work for my prototyping team as they are more demanding work wise.

**28. Who are the members of your primary team by job title and what work do they do?**

All people on the team are 3D Concept Creators -- they are in charge of all the 3D modeling for incoming design projects, the work is divided according to skillset.

**29. What do you specifically contribute when you work with your primary team to complete work?**

I am the project manager so incoming information, setting up kick-off meetings, project tracking, and 3D technical assistance.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

Generally, spread evenly across the year. Some years it does peak around what we call SL (Strategic Launch) and they happen twice a year. My workload pattern tends to be predictable.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

My work does not require a high level of precision because I am not working directly on any product which does require precision. Manager work is slightly ambiguous, and no one is relying on my work. I believe the only consequences I would have would be a bad review maybe.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant?  Please explain.**

My job is pretty low stress intensity and it is usually low-stress with minor peaks of stress. There may be some stressful events but not often. I do not have to travel or present to others so I am not often put into stressful situations with this job.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

When I do need to present, dealing with certain leaders, doing critical coaching with employees, dealing with any complaints from our collaborators, and dealing with difficult coworkers.

**34. To what degree does your work involve high time pressure?  Please explain.**

Occasionally there are certain projects with hard deadlines, but this maybe happens around ten times per year.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Everyday there is an unexpected disruption, each day there is something new to manage.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

My role is clearly defined as a manager. I have a job description, and I understand what is expected of me. However, it is not made clear what is expected of me to do a great job.

**37. To what extent is creativity important to perform your current job effectively?**

Important

**38. In what way is creativity required to perform your current job effectively?**

Understanding design intent, and creating creative strategy and storytelling of work.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

5

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**43. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

1) What work to take on -- this is important because it is the work our team is going to model and what designs we are going to work on.
2) How to build the team -- this is important but I have not been given the opportunity to do so.
3) How I treat my team -- this is important for team morale and engagement.

**44. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

I participate in strategy for my 3D team and prototyping team. I contribute by writing strategy goals every year and participate in a strategy session every year. I come up with 100% of my own goals for my team.

**45. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No I do not.

**46. Do you have any involvement in managing budgets?  If yes, what is your role?**

Supposedly yes, however, I do not have a budget.

**47. What level of authority do you have, including making recommendations, to hire employees, if any?**

Supposedly a lot but I have not been given the opportunity to hire anybody.

**48. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

Minimal.

**49. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I can make suggestions and recommendations to HR and leadership for disciplinary actions.

**50. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I can make suggestions and recommendations to HR and leadership for terminating employees.

**51. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**52. What is your spending limit without seeking approval?**

I think approximately $5,000.

**53. Are you assigned work by your manager/leadership or do you determine your own assignments?**

It is 60% me determining my own assignments and 40% my manager/leadership assigning me assignments.

## 10. Section 6: Supervising Others

**54. Do any Nike employees _directly_ report to you?**

Yes

**55. How many Nike employees directly report to you?**

3 employees.

**56. What are the job titles of the employees who directly report to you and what work do they perform?**

They are 3D Concept Creators -- they are in charge of all the 3D modeling for incoming design projects, the work is divided according to skillset.

**57. How do you supervise the work of those who directly report to you?**

I hold weekly team huddles, individual weekly one-on-ones, and then project management tools.

**58. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

---

## 11. Section 7: Experience, Training, and Education

**59. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

1) Design Intern at Converse -- 1 year
2) 3D Modeler at Converse -- 4 years

**60. To what degree has your prior work experience been helpful for performing your current job?**

The 3D technical knowledge has been the only thing that is helpful.

**61. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

3D Modeling skills, and Footwear development knowledge.

**62. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**63. What job titles have you held at Nike prior to your current job?**

1) Model Maker 3
2) Senior 3D Designer

**64. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

More advanced footwear making skills, including production, materials, chemistry, and pattern engineering.

**65. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

A lot of it is through tech training, and also gained on-the-job experience through projects.

**66. What is your highest educational level?**

Master's degree

**67. In what field of study is your highest degree?**

MBA

**68. How, if at all, has your education been helpful for performing your current job?**

Pretty helpful because knowledge of business practices, terminology, presenting skills, and managing skills.

**69. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None.

**70. How have these qualifications been helpful for performing your current job?**

N/A.

## 12. Section 8: Working Conditions

**71. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: I was working 100% in an office at WHQ.
Currently: 100% at home except for the rare occasion that I go in.
Post-Covid: I think we are going to be doing 3 days in the office and 2 days home.

**72. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**73. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**74. How many hours do you work in a typical week?**

40 hours.

**75. To what extent do your work hours vary from week to week?**

My hours are consistent.

**76. How many days do you work in a typical week?**

5

**77. To what extent does the number of days you work vary from week to week?**

This is consistent not including PTO.

**78. To what extent do you control your work schedule such as where and when you perform tasks?**

Yes, except meetings also control my work schedule.

**79. What time do you typically start work each day?**

8am.

**80. What time do you typically end work each day?**

4:430/5pm.

## 14. Section 10: Extra Roles

**81. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

I have had an intern that I mentored but that was temporary just for the summer.

**82. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

No, I have not.

**83. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No, I do not.

**84. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No, there are not.

## 15. Section 11: Changes to The Job

**85. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Expectations for the job have increased because there has been new leadership. There has been more presentations as well. There has also been an increase in project tracking.

**86. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

It has increased because the accountability has increased.

**87. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

I track and document a lot more things than I used to. I report back information to others more as well.

**88. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No it has not.

Nike Job Analysis Interview

Response ID:36 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

35

**2. Interviewee Name:**

Girola Sara

**3. Employee ID**

██████

**4. Interviewer Name:**

Dustin Maneethai

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I lead the digital experience for size and fit (how we help consumer's understand what size to buy and overcoming the lack of physical interaction with the product). and the product detail page that consumers will see on Nike.com and the Nike app and the digital ecosystem.

Acting as a connector between digital and the consumer construct and the consumer construct is the men's, women's, kids, and Jordan. How we want to serve consumers and our goals and strategies to drive digital growth, but we can't do it in a vacuum or a general e-commerce website, but follow Nike leadership's strategies as defined by the consumer construct. My job is aligning those two entities. My two areas of expertise are around size and fit and what shows up online.

Specifically, in the area of women's, I focus on what the women's strategies are in terms of the foundational plans for the next two or three fiscal years and work alongside cross-functional teams within the women's space to drive the digital experience. Lead size and fit, as person with a lot of experience in this.

**6. What tasks do you spend the most time performing?**

Most time I spend is working cross-functionally to drive execution of digital strategies, to bring to life these new experiences. On one side is working with the consumer construct, that consumers will see in the next year or two years. What the product architecture looks like, or new things we are introducing. There are shifts in what we are communicating to consumers, so the determination that those are key product flow for the company. Creating strategies and outlining for our digital partners, why we need to invest time and resources for experiences geared to franchises, products, classifications, such as women's will drive tremendous growth in digital, so how we define the strategy and create experiences that are really unique to women's and consumer segments that identify within the women's construct. Taking the strategy and vision to translate that to digital entities and design what should be the future for consumer products and help them understand what is the right product for them.

Planning and executing AB tests, again to prove what experiences work best and resonates most with consumers. Those tests then help us drive longer term changes to the experience.

Spend quite some time connecting dots, people within the matrix and information sharing across the enterprise, rather than in silos and allow collaboration across functions, as a role we are in digital commerce at the junction between digital and physical, digital at Nike used to be just a sale channel, but now there is more desire for product creation and consumer construct to understand the digital, and in the digital space understand the product design and how Nike looks.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Envision what the experience looks like.

Determine what the elements that are needed to bring the experience to life, from an operational standpoint and user experience standpoint.

Look at building case why that is needed, so looking for financial data, growth projection, estimated outcomes, and essentially create documentation to drive alignment and execution of those plans.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Because in my area, Nike is not necessarily the pinnacle experience and we know the gap that we need to cover, compared to our competitors, or in the industry around those areas. Those tasks are important because they tend to create a better consumer experience, and envision an experience that sets us apart from competitors. All the while, focused on driving growth and revenue. So not only nice and beautiful experience, but also drives growth for the company.

**9. How frequently do you perform these important tasks?**

Everyday.

**10. What are the most complex aspects of your job?**

Driving alignment and priorities among teams that have different goals or agendas.

We are not the fastest at doing things and there is a lot of complexity in the technology we use or how we are organizationally set up that makes it complex in achieving things in a timely manner and fast enough. Executing at speed is really complex.

**11. What are the specific performance goals you must meet to be a high-performer?**

I believe in general the goals are those of clearly defining and building new experiences that are clearly visible to consumers and define or improve the experience in the marketplace compared to where it should be.

How we drive visible change because it touches the experience in a very visible way, what you see on the website and the app.

If we are successful in size and fit, it is tangible because we increase revenue and reduce returns, so KPIs are easy to track. So for women's we are able to track the growth of leggings. When we define these goals, we make specific goals that we can track.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Not sure. The only thing I can think of is townhalls or emails that explain what we need to succeed, but we define what those goals need to be. But numeric performance, specific to me, there isn't anything that says what I need to hit for numbers. For example, I contribute in my job to revenue goals, but not me personally. How much we need to reduce returns, we have some KPIs, but they are not ironed out completely at this time.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Subject matter expert in size and fit, I know all things sizes, when it comes to footwear, apparel, equipment, across genders and age groups that has been built over the past four years, after speaking with developers within those divisions.

Very deep knowledge of how Nike digital architected in the sense of the tools and processes are used and how data goes from upstream to downstream, within digital experience and how that data is used for front-end experience.

Very deep knowledge in how we operationalize digital experience, which puts me in a position when I design a new experience, I know how to design it upstream and our design teams are able to create it for the consumer. It could be a left navigation or product detail page.

Very deep knowledge in product internationalization, localization, globalization, geopolitical expertise. That helps me understand how the geography can be served in unique ways. Because of the complexities of our technology and how the software is developed, I am in a good position to understand what our lifts are and how to achieve them, and it resonates with our geographies because I understand where they are coming from.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Keynote, communication tools (email, Slack), excel, Miroboard (being used by product and design teams to organize

concepts and allow collaboration).

**15. What job title or titles will be next in your career progression?**

Senior Director in Size and Fit or an adjacent type of role, like experience.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Ability to influence/drive results and manage people.

With size and fit, knowledge makes me the go-to-person and the base of growth.

People management is particularly important.

Ability to adapt and to work through ambiguity, but also the ability to define or set the vision for a discipline that may be new for the company, starting from scratch. I say this because I'm in size and fit, before I was in globalization and that was not structured and external vendors handled it. Now globalization exists as a division and jobs of that spans across functions and that stems from the work that I have done.

Figure out things.

Navigating the matrix (specific to Nike), it's a skill.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

Other: Two out of three of my areas of focus are not assigned to a specific product line, but one of the three is focused on Women's .

**21. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

It's different only because its specific to bras and leggings, which is specific to women's. If it was men's I would be focused on tights or something focused on men. It forces me to get deeper knowledge of women's key classifications. I need to benchmark and analyze how consumers shop bras, what consumers are looking for and how our competitors are selling their products and what levers and experiences that they use, and there are benchmarks that are specific to women's.

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

No.

**23. How, if at all, does this area of specialization shape the work you perform?**

No.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

5 teams

**26. How many people are on each team?**

From 5-10

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

NDDC Flagship Experience (Nike Direct Digital Commerce).

**28. Who are the members of your primary team by job title and what work do they do?**

Experience leads (5), which are director level and they perform work that is similar to mine, but focused on other areas of the experience. For example, I lead specifically the decide (PDP-product detail page). My colleagues have the browsing, navigation of the site, top navigation. There is someone else managing that and discovery. They also report into growth market lead, which are senior directors in men's, kid's, and women's.

I'm the lead for size and fit (1).

Senior Director Global Market Lead Women's (1) - Manager is go to market lead for the organization. Within just digital, our digital product counterparts are divided into different teams and there are 21 of them, but when we ship to our consumer constructs, there are these three (men's, women's, kid's) we partner as digital representative and discuss specifically within women's, but when we shift it may be a different team.

Managers - they still report to senior director, but probably have areas of focused in more specific areas. Manager's may focus, for example, on one part of the PDP, such as review. They may work with vendors and have specific relationships with those vendors.

Vice President of Flagship and Activity Experience (1)

Senior Admin Assistant (1)

Senior Director's (3 - women's, men's kid's)

Senior Director (1 - sports activities)

**29. What do you specifically contribute when you work with your primary team to complete work?**

I provide updates on tests or updates to the experience for my areas. For example, we are currently testing how to copy the product description and what is shown on the product detail page, and I update them on how the test is running and the results.

I also provide insights on how the experience on the PDP is organized and what the planning and priorities are in the next quarter, and what is being asked in the geographies. Can be size and fit or PDP.

When it comes to size and fit it generally provides insights and guidance on how to tackle some new offers or new constructs that we want to bring to light, bringing that expertise on what we can or cannot do, how things work, or thinking about size and fit for product dimension or gender.

Benchmarking and reviewing analytic data on how consumers shop on our other platforms, for example bras, leggings, or PDP. I have these insights and I share them with the team.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It's pretty much steady, it is somewhat predictable. There are moments that it can have peaks because they are connected some timing with leadership. For example, in April we had to develop foundational plans that came from consumer construct leadership, but digital needed to provide insights. CSR (company strategic review) defines what we will be doing for the next three years and the financial goals, whether they will be shared or not that will spark insights from our division that we will need to work cross-functionally. Also, going into holidays, big consumer moments. Some regions are different, such as China and think about the holidays early. Some moment are predictable, because there are consumer moments that require more moments.

**31. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

Part of my role in size and fit and expertise is coming from working in digital operations, size data in the systems are clunky and complicated and its fair to say that the way we operationalize sizes on the PDP is fragile. But the precision, the data around sizes that is consumer facing must be precise. I have expertise on how it is done. Managing others work requires precision as well. If we did not perform in exact and accurate manner prevent Nike consumers from understanding what sizes to purchase, which could cause problems with purchasing the product.

Making sure we have the right data for size and measurement, it's easy to say thousands of sizes across products and genders.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

Medium intensity and constant. It's just sitting in the middle.

**33. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

Stressful at times to perform the AB tests. Delivering results that are visible and tangible and it takes quite an effort from cross-functional teams to execute these changes. The part that is stressful is getting all those people, because it takes longer and effort than it should take.

**34. To what degree does your work involve high time pressure? Please explain.**

It's not really high time pressure, or not hard time constraint. Low or we set plans so that they are ahead in time, so we are months ahead of when we need to deliver, so it gives us a runway. So time pressure is not super intense.

**35. To what degree is your work impacted by unexpected disruptions? Please explain.**

Seldom. Requests to create new material for a specific new meeting. One of the specific things that you need to drop your attention for this thing that was not planned.

**36. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

Yes. So I understand what is expected of me, although I believe we are a new function and the shift or changes that have been brought from our consumer digital acceleration are still taking shape or being adjusted. So there is some tweaks in how we execute or work across teams.

**37. To what extent is creativity important to perform your current job effectively?**

Critically Important

**38. In what way is creativity required to perform your current job effectively?**

Important because there is a component of envisioning experiences of the future, things that are not on the platform today, and keeping up with where technology and consumer trends are going. The creative aspect is looking at other industries, and getting inspiration from what you observe elsewhere, which can be all the same. So creativity is needed to create something fresh or new for consumers.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Pre: few times per year, During/post: never

**41. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre: to the geographies to have face-to-face time and discuss roadmaps and future work needed. Team bonding across larger cross-functional teams, otherwise to visit studio in LA where we shoot photography that show, which requires collaboration with global brand team.

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

1

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**44. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre: it would be in the LA studio or one of the GEO offices.

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I influence or define what sizes we show on Nike experiences for each product. Consumers would be unable to purchase a product or buy a product and return it, which incurs cost and lost revenue.

Define how we are going to present consumers with new product constructs or architecture and how we are going to communicate changes to products or franchises that have existed for a long time. Risk is that the investment in these franchises may not meet the goals, so its important to explain to consumers why they buy these products.

Heavily influence our go-to-market approach when it comes to size recommendations and the technology we used and how consumers interact with that technology. Risk, if we don't make the right call, consumers may be getting wrong recommendations and create brand damage and high returns.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

No, strategy development and planning occurs above me.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

I participate in the employee interview panels. And may make recommendations on talent that I know for a specific goal.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I have participated in talent calibration sessions that may have determined promotions of individuals levels below mine.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Other: I could sign some contracts, under certain criteria.

**54. Please explain the type of legal documents you are authorized to sign.**

Non-disclosure agreement with other entities, so that there is an exchange of information with the other company.

**55. How frequently do you sign legal documents on behalf of the company?**

Never

**56. What is your spending limit without seeking approval?**

Whatever is e-band level (job level) that I have, the amount attached to that. After which it needs to go higher.

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

It's a mix of the two. My leadership assigns me areas of focus, but within the areas I determine what type of work needs to happen.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**59. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**60. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Localization project manager - XBOX 360 and games for windows. - 2 years.
Communication and project coordinator - AIB (Allied Irish Banks) - less than a year.

---

**61. To what degree has your prior work experience been helpful for performing your current job?**

Been very helpful, because it allowed me to transfer knowledge and soft skills from localization to size and fit. I was working within the operations team at Microsoft and when I found myself in operations role, I was able to work into it. Also project management.

---

**62. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Localization, internationalization, and project management.

---

**63. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: Lateral move within Nike

---

**64. What job titles have you held at Nike prior to your current job?**

Localization producer
Senior localization manager
Senior manager of globalization
Director of globalization for global digital commerce
Global size and fit director for NDDC operations

---

**65. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Definitely size and fit, knowing everything about all the sizes we sell.
E-commerce is something that I acquired here.
Digital experience, how mobile apps, and how it comes to life, is something that I acquired here.

---

**66. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

A bit of all, a lot of job experience, some coaching and a bit of formal training (such as Agile methodology).

---

**67. What is your highest educational level?**

Bachelor's degree

---

**68. In what field of study is your highest degree?**

Communications

---

**69. How, if at all, has your education been helpful for performing your current job?**

A little.

---

**70. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None relevant to this job.

---

**71. How have these qualifications been helpful for performing your current job?**

Not applicable.

---

## 12. Section 8: Working Conditions

**72. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre: Nike HQ
Post: home

**73. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**74. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**75. How many hours do you work in a typical week?**

50 on average

**76. To what extent do your work hours vary from week to week?**

They don't.

**77. How many days do you work in a typical week?**

5

**78. To what extent does the number of days you work vary from week to week?**

It doesn't change.

**79. To what extent do you control your work schedule such as where and when you perform tasks?**

I tend to work within the assigned working hours 8AM - 4PM, but I typically work until 6 or 6:30. There may be calls with China or Japan and may be on calls late at night, or on the phone with Tel Aviv. I have flexibility within the hours of the day, but typically within the time.

**80. What time do you typically start work each day?**

8:30 AM, but depends. I work a lot with Tel Aviv, so the day may start at 7:30, because I'm working off of Tel Aviv time.

**81. What time do you typically end work each day?**

6-6:30 PM

## 14. Section 10: Extra Roles

**82. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

In my current position, I'm on a back to work committee, but I haven't heard from them. And I don't know when we are going back.

**83. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

Yes, a footwear sizing taskforce for 5 hours every month for 10 months.

**84. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**85. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**86. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Since the beginning we will have a weekly tracker or a document that tracks AB tests, and we have been changing format, but we have been doing the work pretty consistently, so it has just been consistent within the job.

**87. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

If we consider of tasks the execution of tests, it has changed to that we went from planning tests to executing them. So the amount of time, I spend more time overseeing the tests and the results.

**88. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Just the formatting, which I update the tracker and reports.

**89. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No.

# Nike Job Analysis Interview

Response ID:37 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

34

**2. Interviewee Name:**

Altamirano Ocampo Maria Alicia

**3. Employee ID**



**4. Interviewer Name:**

Noel Williams

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I'm working with supply and inventory planning, we manage to bring the supply to fulfill the demand from the marketplace. That's the primary goal. We manage the end to end supply to minimize any risk in the supply chain. With that it's no supply or lateness. That's overall. Monitor, we track and communicate any risks or opportunities in the supply side.

**6. What tasks do you spend the most time performing?**

We create purchasing orders. We maintain the purchasing orders, that could be cancelled or changed mode of transport, quantity, GACs (dates). In general we buy and then we plan the inventory available for a specific country(countries - we can manage multiple). The communication is key, with stakeholders. Those stakeholders are coming from teams in the factories, from global supply planning, APLA (Asia, Pacific, Latin America) geography and the territories cross-functional teams.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

If we don't have supply, we don't have sales. It could be simple, but it's big because our role ensures that the consumer and the marketplace (driven by the demand) is fulfilled. Another thing is that with no supply, we lose revenue as well as if there's an excess (of inventory ), we will need to find a way to sell or find another home for those units. In this case, one of the things that we do is divert. For instance, if one country is having issues with the sell through (and we've already bought the supply), we are able to find another home where we can find the demand available to sell the supply that we've already bought for the original country.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

We buy, we manage the deliveries, we plan the supply or inventory in order to make sure that the marketplace's demand has enough supply to sell. The other part is the communication across our stakeholders to communicate risks and opportunities in the supply chain.

**9. How frequently do you perform these important tasks?**

Every week.

**10. What are the most complex aspects of your job?**

I think the connection, with multiple stakeholders, meaning that we are working with teams that are in a different time zone and

the supply chain is in general is complex. We have multiple risks in the supply chain around the supply. For instance, the factory will have some delays with the production because the suppliers are late and on the other side, the carriers (the team in logistics) will have more delays. There are multiple things that could happen in the supply chain. Then, when we are importing the supply, customs could have another delay. So in general, we work with teams that will have different risks that could impact delivery at the final destination of the supply, to arrive on time or late.

**11. What are the specific performance goals you must meet to be a high-performer?**

One of the metrics we have is PIFOT (Product Planned In Full and On Time). No Supply, No DSM, Inventory & Excess, and lateness. The other one is the buy conversion (every other week).

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Yes, unplanned which is 3% - that is our target. This unplanned is related with the No Supply or No DSM metric. The other one is the PIFOT, in general our goal is to achieve 90%. The buy conversion should be more than 95%.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

To analyze numbers, it's one of the things that we need. Operation in a way, we are results oriented. Resolving problems proactively, teamwork, communication, creativity, and reaching deadlines.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Computer systems like: SAP, Cognos, Tableau, CDB, IXP, PMD, Amberroad, Microsoft Office, other email tools.
Zoom, Slack - to communicate.

**15. What job title or titles will be next in your career progression?**

I'll say Demand & Supply Management
Right now, Inventory Management Director or Consumer Planning, or Integrated Business Planning

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Communication, Experience, Crossfunctional work, teamwork.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

APLA

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

I don't think it's going to be totally different. It will serve the internal and external consumers.

**19. Are you assigned to a specific "Product Engine?"**

Other: All of the three product engines

**20. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

No I don't think it's going to be different.

**21. Are you assigned to a specific Sports Category (dimension)?**

Other: All of the categories.

**22. Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

No.

**23. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**24. Do you have any additional specific areas of specialization? If yes, what areas?**

Yes, Project management, training, demand planning, merchandising, purchasing, inventory management, supply planning, and knowledge from factories production plans, planning in general, systems (like SAP, IXP).

**25. How, if at all, does this area of specialization shape the work you perform?**

Decision making, knowing more about the stakeholders and crossfunctional teams helps me to proactively reduce potential risks in the business end of the team.

## 7. Section 3: Work Team Structure

**26. Do you work as part of a team?**

Yes, I work as part of a team.

**27. How many teams do you work on at a time?**

1) My direct team "S&IP Team for CASA" (Supply and Inventory Planning - Central and South America countries - Argentina, Chile, Uruguay, Panama, Ecuador, Paraguay, and Brazil.)
2) Teams working with vendors from Argentina and Brazil
3) Crossfunctional team from CASA territory (Central and South America countries)
4) APLA Supply & Inventory Planning Team (Asia, Pacific, Latin America countries)
5) The factories teams - Supply Planning from Global
6) Country crossfunctional teams

**28. How many people are on each team?**

1) My direct team "S&IP Team for CASA" (Supply and Inventory Planning - Central and South America countries - Argentina, Chile, Uruguay, Panama, Ecuador, Paraguay, and Brazil.) - 8 team members
2) Teams working with vendors from Argentina and Brazil - around 6 team members
3) Crossfunctional team from CASA territory (Central and South America countries) - 10 or more team members (a big team, they are bucketed in crossfunctional)
4) APLA Supply & Inventory Planning Team (Asia, Pacific, Latin America countries) - right now around 35 team members
5) The factories teams - Supply Planning from Global - maybe 6 team members from Global, and factory team members could be variable
6) Country crossfunctional teams - each country will have at least 4 team members, it's a big team.

**29. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

1) My direct team "S&IP Team for CASA" (Supply and Inventory Planning - Central and South America countries - Argentina, Chile, Uruguay, Panama, Ecuador, Paraguay, and Brazil.)

**30. Who are the members of your primary team by job title and what work do they do?**

Supply & Inventory Planning Analyst (or Planners)
1) S&IP Analyst is responsible for executing and managing supply commitments through creation of purchase orders (POs) for

procurement of Nike's finished goods and the management of buy exceptions. Maintains any changes to POs, including product movement from factory to distribution center. Reviews POs for conformance to company policy and may address issues related to delivery.

2) A typical day/week revolves around facilitating twice monthly delivery planning process and ensure that all materials are planned & purchased on the appropriate timelines under Demand Supply Management (DSM) function.

3) S&IP Analyst conducts analysis to proactively identify challenges, at the same time be able to tell a story, driving clarity for your key stakeholders thru key business metric (PIFOT-Planned in Full On Time, Coverage, and Unplanned). At times, represents projects and support key initiatives that have an impact to our day-to-day business.

4) S&IP Analyst drives actions to keep a healthy inventory position in the assigned business. Leverages multiple reports and dashboards to review key metrics, escalating any issues that will cause unfulfilled demand and/or a delay to the expected timelines. S&IP Analyst reports and communicates to territory teams and consumer planning teams delivery expectations, risks and opportunities.

---

**31. What do you specifically contribute when you work with your primary team to complete work?**

• Lead analyst team to ensure that planning parameters & buys are executed to support overall inventory planning strategies and KPIs are met (PIFOT, Unplanned, Coverage).

• Drive seasonal buy and inventory strategies (PDP, blind buys, Global pre-builds, L4L).

• Lead IP Reviews, ensure Categories / Territories are kept informed of root-cause and driving resolutions through the management of levers and value-based decisions.

• Follow up and drive action plans with stakeholders (Countries teams, Geo teams, Global and Local manufacturing Supply Planning teams) to reduce inventory risks, as: late deliveries, no supply and inventory excess that could impact the marketplace.

• Deliver monthly NIKE Cancel Forecast for 6 Countries (Panama, Ecuador, Argentina, Chile, Uruguay and Brazil), which feeds the consensus plan. Projections including Short & Long range timelines to ensure reaching biz growth and marketplace needs.

• Build and maintain strong collaborative working relationships with key cross-functional partners.

---

## 8. Section 4: Work Characteristics

**32. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

Right now with covid it's crazy. Usually, it's balanced but in the last year and a half, it's been different and changing all of the time. It's hard to organize and to proactively plan to reduce reworks as the supply chain is highly impacted with the covid closures.

**33. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

We are accurate on what is currently reflected in the systems, meaning in the supply chain somethings could change depending on when you take the snapshot of the systems. So usually, we are 90% accurate in the information that we share, because timing is one of the variables that we can control if the information is going to change later on. We should try to have 100% in meeting deadlines, we should not miss deadlines. If we miss a deadline, we could impact the supply, meaning we probably won't be able to buy the product or, the product will be arriving later. That could bring more risks to lose the sale, or cancel in the marketplace.

**34. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant? Please explain.**

Periodic , sometimes high, depending on how short the turnaround is and the actions.

**35. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

Reporting. In order to communicate things and to analyze, we will need data and refreshed. Sometimes we have multiple

delays in the reporting that could shorten the time of the analysis. Having multiple stakeholders makes communication hard, because each of the different teams meet with a different focus.

**36. To what degree does your work involve high time pressure?  Please explain.**

Maybe 40% is going to be multiple meetings with different stakeholders and sometimes validation points from upstream stakeholders to update the demand signal.

**37. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Right now, maybe 20%. Right now with the covid situation, it's something that we know that is impacting the supply, but we don't know how when the situation is going to stop, or when it's going to be better to reduce reactions.

**38. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I know , 100%. We know what we need to do, we know how we could get the supply to cover the demand that we have.

**39. To what extent is creativity important to perform your current job effectively?**

Critically Important

**40. In what way is creativity required to perform your current job effectively?**

We know what we should do, we know the risks and the opportunities. Depending on the situation, sometimes we don't know exactly the best way to reach unexpected things. That's where we'll need to think out of the box to resolve somethings. We share best practices, we learn and teach what we know and brainstorm about what could help us to complete any tasks that ensure that we deliver the results needed.

**41. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

A few times per year

**43. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

To the countries that we work with like Central and South America(s). But in general, our role is not highly focused on travelling.

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

99

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**46. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Buy strategy, buy or no-buy. That is the most important decision. As managers we have the focus to make sure that when we are buying or not, it is the best decision for the country that we are working with. The consequences will be about us losing the opportunity to have supply, or having the supply arriving late.

**47. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, there is a process that we have, blind buy. That blind buy pretty much with forecasted signal that could increase the risk of the inventory access. The other is cancel buys. If we cancel or do something with the supply like diverts.

**48. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes - Internal policies in our territory. But in general, we follow the policies from Global teams. Yes - we can work on procedures within my team, what is the best process or tasks that could benefit the supply for the countries that we work with.

**49. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes, it's more with the people like salary increases.

**50. What level of authority do you have, including making recommendations, to hire employees, if any?**

Yes, as a manager I hire employees. I follow the HR processes, timelines, like hiring, interviews.

**51. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

As a manager, I could recommend team members to get projects or move to through the hiring process to give my point my view. I don't decide (if it's not in my direct team), but I can help team members to elevate skills.

**52. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I could report any attitudes or disrespect with team members to HR, managers or directors (if needed). With my direct reports, I could start an action plan, working with HR , going through the processes if I see something that should be corrected.

**53. What level of authority do you have, including making recommendations, to terminate employees, if any?**

With my direct reports, I could start an action plan, working with HR , going through the processes if I see something that should be corrected.

**54. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**55. What is your spending limit without seeking approval?**

No, I don't have that in my role.

**56. Are you assigned work by your manager/leadership or do you determine your own assignments?**

No, it's from the leadership - direct manager.

## 10. Section 6: Supervising Others

**57. Do any Nike employees <u>directly</u> report to you?**

Yes

**58. How many Nike employees directly report to you?**

7

**59. What are the job titles of the employees who directly report to you and what work do they perform?**

1) S&IP Analyst is responsible for executing and managing supply commitments through creation of purchase orders (POs) for procurement of Nike's finished goods and the management of buy exceptions. Maintains any changes to POs, including product movement from factory to distribution center. Reviews POs for conformance to company policy and may address issues related to delivery.

2) A typical day/week revolves around facilitating twice monthly delivery planning process and ensure that all materials are planned & purchased on the appropriate timelines under Demand Supply Management (DSM) function.

3) S&IP Analyst conducts analysis to proactively identify challenges, at the same time be able to tell a story, driving clarity for your key stakeholders thru key business metirc (PIFOT-Planned in Full On Time, Coverage, and Unplanned). At times, represents projects and support key initiatives that have an impact to our day-to-day business.

4) S&IP Analyst drives actions to keep a healthy inventory position in the assigned business. Leverages multiple reports and dashboards to review key metrics, escalating any issues that will cause unfulfilled demand and/or a delay to the expected timelines. S&IP Analyst reports and communicates to territory teams and consumer planning teams delivery expectations, risks and opportunities.

**60. How do you supervise the work of those who directly report to you?**

We have a weekly touch-bases defining what the priorities are of the tasks, and I share the context of the business or situations that we have - so that they can be focused to minimize risks and reduce reworks. The other is through one-on-one meetings with my team to define what help is needed, what's working/not working (from the team, from the business). Lastly, it's the performance and the results, tracking the Key Performance Indicators.

**61. Do any Nike employees _indirectly_ report to you (e.g., "dotted line")?**

No

**How many Nike employees _indirectly_ report to you?**

**What are the job titles of the employees who _indirectly_ report to you and what work do they perform?**

**How do you supervise the work of those who _indirectly_ report to you?**

## 11. Section 7: Experience, Training, and Education

**62. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

None, school.

**63. To what degree has your prior work experience been helpful for performing your current job?**

None, school.

**64. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

None, school.

**65. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**66. What job titles have you held at Nike prior to your current job?**

1. Project Management & Training Analyst (first position) - Nike Mexico
2. Purchasing Planning Analyst - Nike Mexico
3. Demand Planning Analyst - Nike Mexico
4. Demand Planning Manager - Nike Mexico
5. Inventory Planning Lead - Nike US
6. Supply & Inventory Manager - Nike US

**67. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Analysis skills, teamwork, collaboration, be curious, learn and teach, share knowledge, SAP technical knowledge, systems and reports, people management, crossfunctional processes

**68. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Onboarding, trainings, stretch assignments, crossfunctional projects, sharing job experiences, coaching and mentoring from some directors

**69. What is your highest educational level?**

Master's degree

**70. In what field of study is your highest degree?**

MBA

**71. How, if at all, has your education been helpful for performing your current job?**

Strategy, connection between the supply chain, the operation and the execution, finance knowledge, inventory.

**72. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Planning Transformation training from Global Nike, Trainings from Net Ship projections when demand planning was centralized to APLA geography.

**73. How have these qualifications been helpful for performing your current job?**

Better understandings of systems, business processes and collaboration.

---

## 12. Section 8: Working Conditions

**74. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid - Nike HQ.
Post - covid - from home.

**75. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**76. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**77. How many hours do you work in a typical week?**

40. That's the regular but there are some days or weeks that we will need to extend that. 45 or 50 sometimes, long days. Not every week.

**78. To what extent do your work hours vary from week to week?**

Every 3 months we have a few activities that we need to validate, there is sometimes work there. Depends on the situation.

**79. How many days do you work in a typical week?**

5

**80. To what extent does the number of days you work vary from week to week?**

Every time it's five.

**81. To what extent do you control your work schedule such as where and when you perform tasks?**

Right now we are working from home. It's pretty much aligned with the deadlines on the tasks that we have. So, it depends on how urgent the situation is.

**82. What time do you typically start work each day?**

That depends on how busy the day is with meetings. Sometimes I will start at 7:30/8.

**83. What time do you typically end work each day?**

That depends on how busy the day is with meetings. If I have to complete some things, I can work the eight hours or ten hours. Usually around 6.

## 14. Section 10: Extra Roles

**84. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

No.

**85. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

No. All of them are part of my role.

**86. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**87. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**88. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

I think we are starting a new distributor's model with a few of the countries that I work with like Brazil. The operations have been different in the last year and it's going to change within the next one too. Some of the system ways to create purchasing orders are going to change because the operational model is going to be Direct ship. This is going to change the business processes, collaboration, and the way that we run. In addition, Nike just changed the way to manage the business from category focus into gender focus, to support the consumer.

**89. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes, the operation of the business of Brazil. Brazil's business is now distributor.

**90. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, reporting. Business processes have changed, and the system configuration.

**91. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Some of the tools are focused on connection (such as Zoom). We didn't use them in the past. Security in the computer, etc. - it's changing every year.

Nike Job Analysis Interview

Response ID:38 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

36

**2. Interviewee Name:**

Nancy Sue English

**3. Employee ID**

██████

**4. Interviewer Name:**

Ashwin Krishnan

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am responsible for supporting the delivery of the product portfolio that I've been assigned. I am responsible for mentoring and career growth of program managers and agile team coaches. Leadership of the central agile program management office (APM). Hiring top talent for Nike.

**6. What tasks do you spend the most time performing?**

I spend the majority of my time supporting my team and looking at their career development. I spend time being a thought leader in each of the product work streams around process and strategic direction of delivery. I spend time creating goals for my team and central APM along with special projects within the central APM. Hiring and onboarding employees

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Being a sounding board for my team regarding strategic program operating models. Communicating portfolio priorities and directional changes within Nike digital products.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

When the team has a clear understanding of Nike's direction, they can implement program activities and deliver value to Nike consumers.

**9. How frequently do you perform these important tasks?**

Daily

**10. What are the most complex aspects of your job?**

Staying up to date with the strategic direction and being able to map back the work the teams are doing with the strategic priorities, including the engineering capacity. Onboarding talent to be able to fully perform at Nike.

**11. What are the specific performance goals you must meet to be a high-performer?**

I don't know.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

We are looking at trying to have a percent decrease of lead time though it has not been implemented.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Expert level program management, expert level interpersonal skills, strong goal setting, and strong analytical skills. The ability to choose top talent and manage them to be their best selves.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

MS outlook, MS products, Keynote, project management software, collaboration software (Miro), Jira, Confluence, Box, internal vendor processing tools, human resources tools.

**15. What job title or titles will be next in your career progression?**

Senior director.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I don't know.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

Nike digital

**22. How, if at all, does this area of specialization shape the work you perform?**

It narrows the scope that I'm working on.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

Six

**25. How many people are on each team?**

Three of the teams have 5-10 people, and three teams have 20-30 people.

**26. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

My primary team would be the SLTDP (senior leadership team, Digital Product).

**27. Who are the members of your primary team by job title and what work do they do?**

There's three senior directors and two directors. They lead Nike digital product, and I lead portfolio program direction.

**28. What do you specifically contribute when you work with your primary team to complete work?**

I bring the program expertise for the portfolio.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

I would say the work pattern is consistently heavy except for at the holiday time, holiday time being 12/15-1/2.

**30. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

My work with contracts requires a high degree of precision, otherwise there could be a financial impact on Nike. My adherence to the budget of my department requires a high level of precision, otherwise there could be a financial impact on Nike.

**31. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

I would consider it medium to high intensity and it has been constant since CDA because we are rebuilding.

**32. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

The lack of leadership decisions made regarding AOP before we began our program planning and the many changes at Nike including priority changes, organizational changes, and talent changes (attrition).

**33. To what degree does your work involve high time pressure? Please explain.**

I would say 60% of my work needs to be responded to within 24-48 hours due to Nike's fast paced environment.

**34. To what degree is your work impacted by unexpected disruptions? Please explain.**

I would say 30% of my work is impacted by unexpected disruptions. Because we are rebuilding, our cadences aren't set, therefore we are asked for information gathering and reporting with short timelines.

**35. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

I have a clear expectation of leading my team and delivering on the digital product portfolio. The gray area centers around the central and federated agile program management. It hasn't clearly been defined regarding the benefits of the federated APM model.

**36. To what extent is creativity important to perform your current job effectively?**

Important

**37. In what way is creativity required to perform your current job effectively?**

It is important to creatively determine goals, implement plans, and work with the variety of talent at Nike.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

A few times per year

**40. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

To other offices.

**41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**43. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I make decisions about hiring talent for Nike. A poor decision would mean a lack of productivity. I make decisions on goals for my team and department. Impact of a poor decision would be that the teams are working on the wrong priorities. I make decisions on audience inclusion or communications. Poor decisions would mean other decisions being made without all the information.

**44. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

My inputs are shared with my senior leadership and can influence their goal-setting and direction.

**45. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

My involvement would be indirect contribution through exercising the Nike policy and procedure systems with employee use cases.

**46. Do you have any involvement in managing budgets?  If yes, what is your role?**

I need to be aware of departmental budgets and procedures around utilization of it. In addition, I manage vendor contracts. I need to adhere to contract provisions.

**47. What level of authority do you have, including making recommendations, to hire employees, if any?**

I have the ability to hire employees for my team and provide input on hires within my department.

**48. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I have the ability to make recommendations for promotions on my team and review other promotions within the agile program management office.

**49. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I have the ability to decide and impose disciplinary action on my direct reports.

**50. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I have the ability to terminate my direct reports.

**51. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**52. Please explain the type of legal documents you are authorized to sign.**

Professional service contracts.

**53. How frequently do you sign legal documents on behalf of the company?**

Other: Quarterly

**54. What is your spending limit without seeking approval?**

I'm not sure if it's $100,000 or $500,000.

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I am assigned a portfolio and I make decisions regarding my work within it.

## 10. Section 6: Supervising Others

**56. Do any Nike employees <u>directly</u> report to you?**

Yes

**57. How many Nike employees directly report to you?**

Twelve.

**58. What are the job titles of the employees who directly report to you and what work do they perform?**

Scrum master/ agile team coach - they support the agile practices of the agile squads.
Program managers and senior program managers - they manage delivery of portfolio priorities.

**59. How do you supervise the work of those who directly report to you?**

I support them through one-on-one conversations by directing, coaching, supporting, and delegating.

**60. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

How many Nike employees <u>indirectly</u> report to you?

What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?

How do you supervise the work of those who <u>indirectly</u> report to you?

## 11. Section 7: Experience, Training, and Education

**61. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Technical support - 3 years
Software developer - 2 years
Project/Program management - 15 years
Manager of a P&L - 6 years

**62. To what degree has your prior work experience been helpful for performing your current job?**

Very helpful.

**63. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Interpersonal skills, management skills, program delivery, analytical skills, and general business knowledge.

**64. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**65. What job titles have you held at Nike prior to your current job?**

Senior project manager, senior program manager.

**66. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

I have learned Nike's business and their processes and procedures. In addition, I have also evolved my leadership skills.

**67. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job experience, coaching, and mentoring, including formal courses such as Dare to Lead, and CTI Leadership coaching.

**68. What is your highest educational level?**

Bachelor's degree

**69. In what field of study is your highest degree?**

Mathematics

**70. How, if at all, has your education been helpful for performing your current job?**

My educational background has taught me how to learn about problems and create solutions.

**71. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

The Project Management Professional certification, Scrum Master certification (CSM), Prosci Change Management, Dare to Lead training, Leading Through Change, CTI Leadership course.

**72. How have these qualifications been helpful for performing your current job?**

Being able to utilize these skills allows me to perform above average which leads to smoother implementation.

## 12. Section 8: Working Conditions

**73. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid I worked at Nike world HQ. During covid I worked from my home office.

**74. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**75. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**76. How many hours do you work in a typical week?**

45 to 50 hours.

**77. To what extent do your work hours vary from week to week?**

They don't.

**78. How many days do you work in a typical week?**

5

**79. To what extent does the number of days you work vary from week to week?**

They don't.

**80. To what extent do you control your work schedule such as where and when you perform tasks?**

The majority of my work schedule is in my control.

**81. What time do you typically start work each day?**

8 AM.

**82. What time do you typically end work each day?**

5:30 or 6 PM.

## 14. Section 10: Extra Roles

**83. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

Not at this time.

**84. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

Yes, I served on the diversity and inclusion committee for 6 months at 3-5 hours per week. I served as a mentor for 6 months, 1 hour bi-weekly.

**85. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**86. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**87. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

My role has expanded to include activities for the central APM. Tasks include contributing to sub-committees.

**88. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

My direct reports have increased, therefore my time spent managing has increased.

**89. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

No.

**90. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No.

Nike Job Analysis Interview

Response ID:39 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

37

**2. Interviewee Name:**

Skaar Katherine Renee

**3. Employee ID**

███

**4. Interviewer Name:**

Zareena Shefa

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I work on standardizing the way we buy our shoes across our footwear suppliers. In the past, we had 14+ ways Nike bought our shoes but we are working towards one structure through implementing a standard framework. I worked on helping to develop the framework for a new way to buy our shoes from our footwear suppliers, that is getting buy in from stakeholders (i.e., internal Nike stakeholders are product creation, GSM global sourcing and manufacturing leadership, and Nike COO/CFO and external stakeholders are footwear supplier leadership and costing department) thats running the analysis to prove areas of the framework. Running the analysis is using data to support the standards development to reflect overhead and labor costs of our suppliers. Now that the framework is set, it is using that framework to set rates for our factory partners or footwear suppliers. So then I also run the operations ensuring the data collection and database is set up in a way to support the rate setting process. We developed templates on Excel to send to the factory partners so that they can input their costs to help us define and evolve our standards. Developing metrics on that and ensuring the ingestion (i.e., getting data from Excel into database, I work with another group that does that but we have to ensure that they do it right) and database reflects appropriate conditions. Last, I work at evolving the framework to ensure its continuity with business realities. Essentially, this has been a 7 year project, and in that time business realities have changed, so we take more data to ensure our costs/rates are reflecting an appropriate compensation levels for the footwear suppliers. I had ran a team of 7, but now we are down to 2 as of yesterday it is changing quickly. I manage a team where one person helps manage the operations and the other works on analysis and rate setting. So I develop yearly goals, discuss performance throughout the year on Nike's performance schedule, have one on ones weekly, and ensure work balance management.

**6. What tasks do you spend the most time performing?**

Currently I would say management, exit and onboarding of people (including the whole hiring process). Second is influence (i.e., using data to drive different aspects of the framework like wage rate, decisions to be made, all regarding business realities with respect to what the data says today vs previous years, implementing policies around framework, how we develop policies, a lot of bringing people along and making sure they understand and if they have different viewpoints how you can align the viewpoints) and hold accountable about the decisions made re the framework (i.e., the intent of the framework is to be transparent and predictable, and thus, we have to ask leadership to make decisions and hold to them and to introduce change more methodically- sometimes, based on for example: COVID, there a lot of thoughts about how to cost... we haven't hit stability so there is room for improvement). Part of my job is prioritizing what to improve first and working with leadership to set those priorities. I would also say developing message points about the factory stakeholders (i.e., how we are going to launch changes/updates and how we are going to talk to them about rates because we set the rates annually each year).

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Set the annual rates, and make updates to the framework. The updates aren't always mutually exclusive. The rates are based on the framework, so the framework is how we construct the rates. So if I change a standard for the utilities, the standard of utilities always adds standard inflation factor every year. So my work is that I decide if that is the right way to do it. I have to work with internal partners and external footwear suppliers to agree and/or be understanding to the change. It is kind of a negotiation at the same time. The other thing is constructing the story to ensure leadership understanding. Each level of change may need an executive summary of the process and outcomes summarized to the executive level. This take a lot of time as it is often complex in nature so we must simplify to the executive level.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

These tasks directly impact what we pay our footwear suppliers for our footwear product. It is out biggest bottom line (i.e., billions of dollars).

**9. How frequently do you perform these important tasks?**

I set the rates once a year, and then we resolve issues with the rates all the time, and continue evolving the framework in our offseason of setting rates. Offseason is when we are not setting rates, but during COVID, we are always talking about setting rates. I do all of that year round: so influencing, evolving the framework, setting rates (a 6 month process), and trying to evolve the rate setting process so it is not a 6 month process.

**10. What are the most complex aspects of your job?**

Getting leadership understanding and buy in. Part of that is because there is a lot going on at the leadership so getting time and brain space from them to understand complexities. Also, data analysis to drive framework evolution. Team management is also a complex area of my job in terms of working on developing my team for their next step, working through personal issues, working through broader team dynamics, which was all much harder through COVID.

**11. What are the specific performance goals you must meet to be a high-performer?**

I have not had a CFE (Coaching for Excellence a Nikeism aka our performance document, what I do with my employees to help measure performance) in this role, so that is not well outlined by my manager. I also feel it is a constant revolving door about what it is to be a high performer. At Nike, they always want less cost but partners want more money, so it is hard to make everyone happy and I am in a no-win situation.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

No.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Per my world, it is leadership skills, influencing skills, analytical skills, empathetic leadership, negotiation skillsets, strategic planning (i.e., this comes into play when we want to evolve the framework because we have to think through internal stakeholders will take change/recommendations and also anticipating response from external stakeholders, also trying to plan for the future based on the future business realities that need to be reflected in our cost structure), operational acuteness (i.e., deciding what data to track, and how to develop metrics and KPIs), active listening, patience, providing effective feedback, stakeholder management skillsets, communication and presentation skills, and also positivity (because it is a no-win situation so we have to remain positive).

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

It is really basic like Excel, and Snowflake (our data lake) which feeds into SSBI (the front end like Tableau where we can run scenarios and data). Other than that it is Powerpoint and now Zoom calls.

**15. What job title or titles will be next in your career progression?**

Hopefully Senior Director, but I don't know for what. I am in a finance and strategy organization but I am not a finance person so I am more operations/strategy roles. I am looking to get back into Sustainability (one of my first roles in Nike). I'd love to do a general manager or partner manager and continuing to work with our suppliers.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Good story telling skills (for any jobs moving up in career), executive presentation skills, enterprise mindset, more financial acumen, exhibiting deep understanding of other areas of the business (e.g., sourcing, marketing, demand planning), and an ability to work across the matrix (i.e., Nike is a matrix company which means there are a lot of little companies in one such as marketing department/strategy department and they all work together too... so set up more as a grid) and develop relationships.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Footwear

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

Yes, because footwear is made differently than apparel and equipment so it costs different. But the work I perform (influencing, data analysis) would remain, but the subject matter would change. But we do have a different relationship with our footwear suppliers than we do with apparel suppliers so that would change how I approach our external stakeholders. I am more impacted by footwear sourcing so I don't know how that would change with apparel sourcing.

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

I bring a sustainability background and external stakeholder management (an area of specialization for me).

**23. How, if at all, does this area of specialization shape the work you perform?**

It provides additional context to setting rates on things like wages, and when we are discussing sustainability impacts (e.g., we have external company targets that we drive through supply chain, so it may require our suppliers to invest in solar energy, work wellness programs- we have to decide how to cost that because there is some level of cost share so suppliers benefit. It also helps me to provide context when setting labor wage rates). It helps with negotiations with our suppliers.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

Three. The team I manage is Standard Strategy and Operations (SSO) which is part of the Nike Costing Team at WHQ managed by my boss, which is part of a bigger Nike costing structure on a global scale.

**26. How many people are on each team?**

My team is 3 (a lot of change lately). The Nike Costing Team at WHQ is 6 plus my team of 3 (9 total). The global team has an additional 11 PMOs (partner management office, we call our factory suppliers partners internally- these offices sit in our manufacturing countries and they are the account managers of our factory partners) that I work with as part of the global team (but those teams are even bigger, I work mostly with their directors).

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

My team (SSO), which used to be a 6 person team, and the Nike Costing Team at WHQ.

**28. Who are the members of your primary team by job title and what work do they do?**

Business Operations Liaison Manager, she is in charge of policy development and management, liaising with our business partners across Nike (tech, finance) to ensure connectivity and economies of scale. Currently due to our changes of responsibility after losing people she is in charge of data operations and factory communication. The Standard Strategy Manager, she does a lot of ad hoc analysis geared towards rate setting and evolving the framework standards.

**29. What do you specifically contribute when you work with your primary team to complete work?**

Prioritization, analysis review, powerpoint development, process optimization, direction, troubleshooting, decision making, open doors and take down barriers. I look for additional help a lot like connecting to other people who may help with analysis or being able to provide info we don't have readily. We work on how we want to view analyses (how to summarize), I review policies and provide feedback on presentations and/or guidelines that are being developed.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern?  For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

I would definitely say I live in the unpredictable world. I could have anywhere from a typical 40 to a 65-70 hour work week. There is supposed to be predictable peaks and valleys but they have yet to materialize because we have not stabilized yet.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

I would say a high degree of precision, because each decimal matters. Each decimal has the potential to be millions of dollars. I have bosses who have a photogenic memory so if we show a different number they will ask why. This is often because we have shown it on a different scale so we have to talk through it. We are dealing with factory partner data, so we want to make sure when dealing with them that it is accurate to what they told us. Consistency is a big element of the job. Consistent messaging to our partners, consistent way we look at cost and cost structures, consistent way in which we define metrics (even if it changes over time, we have to track), consistent way of looking at yearly impacts.

**32. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

Constant, there are periods of higher and lower but overall constant is the level. Two reasons: a lot of money on the line and a

lot of stakeholders that change a lot (because Nike has a lot of change). I would say we have to prove old decisions often and reinvent wheels constantly. Again, being in the no-win position where we don't make anyone happy provides a level of stress in and of itself.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

The amount of money we are working with and changing of leadership and decision making at the top. I can't implement the standard process that I have set out. Consistently wanting to do the right thing by Nike and our factory suppliers. Also, managing a team through COVID and getting a new boss was stressful.

**34. To what degree does your work involve high time pressure?  Please explain.**

We have to set rates on a yearly cadence, so they have to be in the system by certain times (usually end of September), so that timing means that the majority of our work and leadership sign off is in the Summer. That is usually when people take their vacations/sabbaticals. I would also say each change we implement has a direct impact on factory compensation and Nike bottom line so there are always time elements outside of even the right rate setting process (in September). If we are going to change standards, we have to do it in front of the rate setting process, so there has to be some sort of predictability in our cost structure.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

The year at home has been full of distractions (online school and daycares closing, fighting with who has what call and where in house to take it). Work related, my calendar doesn't matter and meetings fall on calendar no matter what I have going on (e.g., Asia meetings at night). Because we are not stable yet, there are always new ideas and analyses to be done and reviewed (e.g., a new factory analysis that they want to change, or even internally at Nike). This happens out of our daily operations and happens consistently.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

Probably currently in the 70% realm. With the change of leadership there is less clarity than there had been in the past. Also, the North Star (i.e., long term strategy at Nike) is more unclear than ever- so how do I plan for something if I don't know what it is/how to get to it. Lots of team members have created lots of uncertainty (e.g., uncertainty is what continues or what stops because we lost a lot of team members, so figuring out who takes on responsibilities).

**37. To what extent is creativity important to perform your current job effectively?**

Important

**38. In what way is creativity required to perform your current job effectively?**

Always looking for new ways to think about old problems.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel?  Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Pre COVID: 25% of the time Post COVID: 0%

**41. Where do you typically travel?  Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: Asia (Taiwan, Vietnam, Singapore, Korea)

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

25

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**44. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: Our PMO office (partner management office from Asia companies, or the factory locations within those Asia companies)

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Most of the decisions I make are more on the day to day operations side and how we want to approach leadership. If a poor decision was made, leadership doesn't understand or have clarity so we may have to redo/restructure/rework. From an operational perspective, it could end up in unclear results. This goes back to are we showing the right data, are we being precise, is it structured correctly. We don't want to confuse leadership.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

I would say strategy for me is how I evolve our costing framework. I have inputs into how we use cost as a strategic element for Nike.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes, we outline guidelines and policies. One, we develop policies and procedures that impact how we cost a shoe. Two, we provide guidance on how to cost a variety of elements for our developers for Nike, for Nike costing professionals in the PMO (Partner Management Office, offices of Nike around the world), as well as for our factory partners. We develop policies that impact overall factory partner compensation levels.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

Often times I am the hiring manager for employees on my team. I sit on several other interviews as a panelist to help decide who gets hired on other people's teams.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I have the authority, I don't have the budget management so those two are in conflict. I have recommended promotions and got them approved in the past. If my team member was to apply for another position, I'm sure someone would reach out to me to see if I recommend them.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

For those on my team, as the manager, I have a high level of authority but it is not only me. I would seek others' input.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I would say that we would have to put them on a performance management plan first, but I would need more support from leadership to terminate.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**54. What is your spending limit without seeking approval?**

I don't know.

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both, it depends. It is more on the big picture elements (asking what will be done about something, figuring out if something is a problem, figuring out how to put the analysis together to solve well defined and not well defined issues that are coming up). Sometimes I have visibility on these issues, others I don't. Now that we have lose employees who haven't been replaced, leadership will have to ask for certain responsibilities to be done by others.

## 10. Section 6: Supervising Others

**56. Do any Nike employees <u>directly</u> report to you?**

Yes

**57. How many Nike employees directly report to you?**

Currently 2

**58. What are the job titles of the employees who directly report to you and what work do they perform?**

The Business Operations Liaison Manager who does policy and business connectivity (tech, sourcing) and has inherited more specific data operations and factory communications. She also does a lot of training and transition management. Second is Standard Strategy Manager who helps set rate setting process and helps to evolve the standards by doing a lot of the analytical power.

**59. How do you supervise the work of those who directly report to you?**

Direct meetings to talk about work outputs via analyses, powerpoints, direct messages, peer reviews, staff meetings, one on ones, asking them to present to my leadership/boss.

**60. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Other: Sometimes, now we are fluid but it is not formalized (e.g., stretch assignments)

**61. How many Nike employees <u>indirectly</u> report to you?**

It could be up to 3 or 4 depending on the day, assignment, or work being done.

**62. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

Finance manager, in charge of the financial strategy in which our rates are incorporated so I have to review his work to make sure he understands standards/rates. Process manager who fills in to help with the ongoing operations due to losing 3 employees. I have 2 people on stretch assignments. One focused on amortization rate that we set for our factory partners. The other is focusing on expanding the operational process into our Wave 3 partners, additional suppliers that will be costed into new program.

**63. How do you supervise the work of those who <u>indirectly</u> report to you?**

Direct meetings to talk about work outputs via analyses, powerpoints, direct messages, peer reviews, staff meetings, one on ones, asking them to present to my leadership/boss.

Additionally, discuss anything with direct manager as well (e.g., changes)

## 11. Section 7: Experience, Training, and Education

**64. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

2013-2014 I was a Senior Consultant. Prior I was in school. Prior to that from 2007-11 I was a Senior Project Coordinator for international NGO.

**65. To what degree has your prior work experience been helpful for performing your current job?**

A high degree

**66. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

I've brought my technical skillsets and data analysis that I learned in consulting and my years with the NGO I brought stakeholder management, critical thinking, communication, negotiation, leadership, cultural awareness, project management, Excel skillsets.

**67. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: Lateral internal move at Nike

**68. What job titles have you held at Nike prior to your current job?**

Performance Management Director for Sustainable Manufacturing and Sourcing

**69. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Understanding how a shoe is made, story telling, understanding Nikeisms, Nike-specific supply chain operations, and executive emotional intelligence.

**70. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

I would say job experience.

**71. What is your highest educational level?**

Master's degree

**72. In what field of study is your highest degree?**

Business Administration

**73. How, if at all, has your education been helpful for performing your current job?**

A lot of different ways. Organizational awareness, data mining, supply chain optimization classes, and sustainable enterprise.

**74. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None.

**75. How have these qualifications been helpful for performing your current job?**

N/A

## 12. Section 8: Working Conditions

**76. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in**

multiple settings? Please provide a separate response for pre/post Covid if applicable.

Pre COVID: I worked in Nike HQ at Nike PMO sometimes, and sometimes at a factory (5%)
Post COVID: WFH

**77. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**78. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**79. How many hours do you work in a typical week?**

I don't have a typical week, but I would say 45-50 hours / week.

**80. To what extent do your work hours vary from week to week?**

To a high extent.

**81. How many days do you work in a typical week?**

5

**82. To what extent does the number of days you work vary from week to week?**

Low, I try to fit it in that 5.

**83. To what extent do you control your work schedule such as where and when you perform tasks?**

Very little.

**84. What time do you typically start work each day?**

8am.

**85. What time do you typically end work each day?**

7pm, with breaks in between.

## 14. Section 10: Extra Roles

**86. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I serve on Women of Finance and Strategy Committee, and I've been asked to helped mentor someone not on my team.

**87. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

No, not in this job. It is mostly tangental to what we need done.

**88. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

Nope.

**89. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No, but I was trying to volunteer for the Kid's Par Olympics and other various volunteering opportunities.

## 15. Section 11: Changes to The Job

**90. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Yes, after my new manager started on the team my old task of being the face of the frame work and negotiating with factories has changed because my manager has taken that on. The uncertainty about the direction on which we have gone has put a hold on my strategic development. The way we set rates are different than in my job description and our mandated much more from a leadership perspective than from the standard framework that I had been hired to help develop.

**91. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Less interaction with the factories, less travel, more time explaining to my boss different elements of the framework.

**92. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, from an operational perspective, we went from having no pipes to having pipes (i.e., we didn't have a database or a structured way to collect data, now we do) so things got faster, better, and stronger. It is easier for analysis now. We have gone from development to operationalizing the structure as well.

**93. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No.

Nike Job Analysis Interview

Response ID:40 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

38

**2. Interviewee Name:**

Lucero Mari Eva

**3. Employee ID**

█████

**4. Interviewer Name:**

Dustin Maneethai

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I manage a team of five developers. We oversee the NA express lane apparel development. The team processes design files and communicates them to the factories. My major responsibilities are accurate and on time prototypes (apparel - men's, women's, kid's, tops and bottoms). Ensure there is an attention to detail and accuracy and expressive capabilities in graphics. Being the chief liaison with our factory partners (12 of them).

**6. What tasks do you spend the most time performing?**

Communicating between designers and factories, via email, on the topics of style development, which includes all over print graphics, color accuracy, calendar timeline, and capability of factory.
Use excel on tasks that include KPI tracking, communicating number of developments to factories, workload of the team.
Attending prototype reviews, design review meetings, and one-on-one meetings with my team.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Our most important task is ensuring our garments are ready to be bought on time for our customers. This impacts our ability to service our customers on their requested dates, and ensures the factories have capacity filled according to forecasts. This happens by communicating and creating a sense of urgency with our factory partners to create prototypes on time, prior to the buy ready date. Second is ensuring my team is productive, happy, and learning.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

My team and I ensure garments are executed according to design, which creates the best garments for consumers. Secondly, our business is to create trend relevant apparel collections for the North American consumer. And thus we are responsible for creating fresh, new, exciting, graphics and design capabilities. Third, products we produce drive NA revenue and is a capability of speed for Nike to adapt to other business units.

**9. How frequently do you perform these important tasks?**

Everyday, my team and I are pushing along every single style to be on time, to be the best product to design standards, and are working efficiently.

**10. What are the most complex aspects of your job?**

Most complex aspect is working with the designers to execute their requests, and balance them with the capabilities with the factories who may not be able to execute the designers vision. Dealing with excel spreadsheets could be in a better database. Balancing the need for speed in apparel creation with the length of time it takes for prototypes and factory development.

**11. What are the specific performance goals you must meet to be a high-performer?**

The ability to balance multiple projects on different timelines. The ability to positive and productive in the face of adversity and change. To create new exciting apparel designs that are trend relevant and unique.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

We have a margin target goal, this season its 61.5% so we need to create garments that hit this margin, weighted with forecasts and bookings.
On time prototypes with our factory partners, we share this performance metric. The metric is the date of the prototype turn time.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Knowledge of textiles, graphic techniques, apparel factory capabilities, ink types, apparel construction and patterns.
Skill in assessing the quality of factory prototypes.
Ability to work with designers in a positive and with a level of customers service that is polite, but with a strong point of view.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Excel, Apparel PPS (our software, Nike's), system called PCX (Nike's system), PowerPoint, Word, OptiText, Adobe Illustrator, Zoom, OneNote, Outlook.

**15. What job title or titles will be next in your career progression?**

If I stay in Apparel Development then Director. I'm currently interviewing for two jobs one in Operations Director and the other is Director in Apparel Sustainability.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

The ability to influence cross-functionally. Design and development experience. Manufacturing capabilities of factory partners, such as textile, graphic, and apparel construction.
Ability to communicate with several platforms and have a knowledge in rhetoric on sustainability.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

North America

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Yes, we create products specific to NA trends and consumer preferences, such as "sneaker obsessed" consumer. The NA GEO is subject to duty and tariffs from certain sourcing regions that affect our margin and ability to create apparel to our revenue targets.

**19. Are you assigned to a specific "Product Engine?"**

Apparel

**20. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

Yes, apparel is very different from footwear and equipment. We have different capability in factory machinery, apparel construction and patterns.

**21. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**22. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**23. Do you have any additional specific areas of specialization? If yes, what areas?**

I'm a subject matter expert on apparel sourcing in Central America. I have a master degree in finance, so specialize in corporate finance.

**24. How, if at all, does this area of specialization shape the work you perform?**

I use my knowledge of the importance of financial metrics and KPIs to track, monitor and provide updated information and progress on our goals. Secondly, I look for opportunities for more efficient processes and sourcing strategies for Nike apparel in the express lane business.

## 7. Section 3: Work Team Structure

**25. Do you work as part of a team?**

Yes, I work as part of a team.

**26. How many teams do you work on at a time?**

2 teams, the NA express lane team, which is the larger GEO and my team is the NA apparel development team.

**27. How many people are on each team?**

There might be about 25 people.

**28. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

The triad, which is the apparel development, product line management, and design.

**29. Who are the members of your primary team by job title and what work do they do?**

Apparel Tech Developer I - process tech packs to the factory, including building of bill materials. Review prototypes on quality, color, and construction. And communicate with designers and factories on apparel development, execution, and progress.
Apparel Tech Developer II - Everything Apparel Tech Developer I does, plus process more complex styles, including woven styles, all over print styles, new wash and dye techniques.
Senior Apparel Tech Developer - Everything above, plus develop styles that are highest price tier with the most complexity, lead calls with factory developers on apparel development capabilities. These people also present in larger team meetings and create new techniques that have never been done before. These people lead the trim development and allover print development for fabric and design.

**30. What do you specifically contribute when you work with your primary team to complete work?**

My expertise in apparel development, to provide mentoring, advice, and point of view on capabilities on apparel creation. I

listen, encourage, and support my team members which can lead to new processes, alleviating pain points, and looking for opportunities for efficiencies. Share with them updates from the global tech dev community as well as the design and product management directors.

## 8. Section 4: Work Characteristics

**31. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

Work is very predictable for our calendars. There are peaks and valleys. There are busier times when we have deadlines and face our buy ready dates quarterly.

**32. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

There is a high degree of precision in apparel development, such as our capability of creating bill of materials, such as individual components, fabrics, and trims for each design. We need to be an excellent judge of graphic and apparel construction quality. The consequence to inaccurate apparel development is lower quality products to our consumers as well as not executing designs original intent of their products.

**33. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

There is a medium level of stress as we have a new strategy for creating new elevated apparel products in a speed to market business model. The stress is from the challenge of factory capabilities, which often aren't matched with the designers requests. There is also stress from late prototypes and poor communication with factories due to language barriers and lack of attention to detail.

**34. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

The ability to have our style buy ready, by the first order date of the season. This is stressful because it is often out of my control and directly correlated to factory performance. Subsequently there is a level of stress working with designers who have a narrow view of factory capabilities and apparel construction rhetoric and vernacular. The cost value of design is often challenging with elevated product that create low margin styles in a short amount of time that cannot be fixed.

**35. To what degree does your work involve high time pressure? Please explain.**

We have a truncated calendar in our express lane business model that gives all parties a very narrow amount of time to do their job. We process a fair amount of styles in a short amount of time which are often subject to changes to design, changes from factories, which creates time pressures, and accuracy, and consistency. Secondly, we face high time pressure when reviewing prototypes prior to the buy-ready deadline.

**36. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Working from home is much better with having not as many or much less unexpected disruptions. For example, people don't come by my desk and disrupt me and I don't need to listen to the chatter of an open floor plan design. We face unexpected disruptions in the changes from our footwear counterpart, when we have a collection that shares a similar pattern, color, or construction. For example, if footwear changes their designs, we need to change our design, so that the collection is cohesive. We also face unexpected disruptions due to closures of factories due to Covid and delays of prototypes due to Covid. Lastly, the CDA reorg, created many new cross-functional team members who needed to learn our team, our processes, and businesses. This created a disruption and slower work flow that directly impacted our ability to make the best products for our consumers.

**37. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

Yes, my role is very clearly defined. I would say 95% defined. I understand what my manager expects of me, as well as my

cross-functional partners.

**38. To what extent is creativity important to perform your current job effectively?**

Critically Important

**39. In what way is creativity required to perform your current job effectively?**

We need to work directly with designers and interpret their intent from a flat rendering on a computer to a 3-D prototype, which includes construction, color, and material and drape. We need to creatively solve problems and create options for designers. We need to be creative and resourceful with our factory partners to execute designs with options.

**40. How frequently, as part of your current job, are you required to physically exert yourself?**

A few times per year

**41. Please describe the work you perform that requires you to physically exert yourself.**

Moving boxes and organizing large amounts of apparel garments. Dressing and undressing mannequins.

**42. What specific physical abilities are required to perform your current job effectively?**

Extent Flexibility — The ability to bend, stretch, twist, or reach with your body, arms, and/or legs.

**43. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Pre: a few times a year; Post: never

**44. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre: Mexico, China, Thailand, Vietnam, SE Asia, Los Angele, New York.
Post: Nowhere.

**45. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

5

**46. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**47. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre: work from WHQ office 95% of the time and travelled 5% of the time.
Post: work from home 95% of the time and work at Nike WHQ 5% of the time.

## 9. Section 5: Decision Making

**48. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decision I make is in hiring great team members, it is important to ensure the success of our business and make excellent apparel styles. Second, an important decision is what factory sources develop certain styles to ensure that we are matching sourcing capabilities with the design of every style. Last, a decision to edit our calendar to be either faster or slower is a major decision that affects our business and cross-functional partners.

**49. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

No.

**50. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes, I am responsible for developing the processes for NA specific apparel developers that function slightly differently than global apparel developers, due to our fast time line and "badge and borrow" business.

**51. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**52. What level of authority do you have, including making recommendations, to hire employees, if any?**

Direct involvement, I've hired three employees in the last two years.

**53. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I have low authority, unfortunately. It is enormously difficult to promote high performers due to the banding of teams. For example a team may only have two U band roles or L band roles. It's hard to convince senior management to move bands on the team. Such as adding an L band, this creates a situation where people have to move to new teams to make new promotions.

**54. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I have a high level of authority, which initially starts with recording and monitoring situations that need disciplinary action. I had a team member this year that was placed on warning and terminated.

**55. What level of authority do you have, including making recommendations, to terminate employees, if any?**

The decision to terminate employees is taken very seriously and very much a partnership with HR, they provide coaching, mentoring, and precise direction to provide opportunities to employees prior to their termination.

**56. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**57. What is your spending limit without seeking approval?**

$50

**58. Are you assigned work by your manager/leadership or do you determine your own assignments?**

My manager provides 80% direction on my work and my teams work. 20% is at our discretion and is dictated by areas of opportunities we see, alleviating pain points, and bringing new ideas and capabilities to the team.

## 10. Section 6: Supervising Others

**59. Do any Nike employees <u>directly</u> report to you?**

Yes

**60. How many Nike employees directly report to you?**

5

**61. What are the job titles of the employees who directly report to you and what work do they perform?**

Apparel Tech Developer I - create bill of materials, advise design on capability, liaison with factories on design, cost,

execution, and timeline.

Apparel Tech Developer II - All of the above, plus manage more complex styles, such as woven and all over prints.

Product Creation Center (PCC) - Manage lead times and cost sheets. Support communication between factory and developers on complex projects.

Senior Tech Developer - All of the Apparel Tech Dev I & II responsibilities, plus they manage the most complex styles, including new wash and dye techniques, new trim creation, travel independently to factories.

---

**62. How do you supervise the work of those who directly report to you?**

I have one-on-one meetings with everyone on my team each week. Also have a team meeting once a week. I coach, support, and mentor my team members to elevate their apparel development expertise, confidence, and expand their capabilities. I monitor their progress, creating styles, and capability working with designers, to ensure positive relationships and maintaining the calendar dates and that they are met.

---

**63. Do any Nike employees indirectly report to you (e.g., "dotted line")?**

No

---

**How many Nike employees indirectly report to you?**

---

**What are the job titles of the employees who indirectly report to you and what work do they perform?**

---

**How do you supervise the work of those who indirectly report to you?**

---

## 11. Section 7: Experience, Training, and Education

**64. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Black Diamond Equipment - Textile and Soft Goods Developer - 1 year

Patagonia - Fabric Testing Lab Internship - 1 year

Under Armour - Innovation and Product Development - 2 years

Under Armour - Innovation, Designer, and Developer - 2 years

Puma - Product line management (Sailing) - 1 year

Puma - Senior Product line Manger - 1 year

Puma - Team Head of Development - 1 year

Puma - Operations Manager - 2 years

---

**65. To what degree has your prior work experience been helpful for performing your current job?**

Enormously helpful, I could not do my job without all of the experience that I've had.

---

**66. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Knowledge in apparel construction, graphic-ink knowledge, factory capability knowledge, product creation process knowledge. Apparel operations and demand planning knowledge. Factory machinery knowledge. Color and quality knowledge.

Skills, communication, influencing, rhetoric with design, efficiency, pattern making skills.

---

**67. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

---

**68. What job titles have you held at Nike prior to your current job?**

This is the only job I've had at Nike.

---

**69. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current**

job?

Nike specific systems, processes, and acronyms. Nike category structure and key management people. Skill is the art of understanding the organization and tiers of management. Knowledge of systems, such as PCX, PPS, MMX (all three are apparel operations and style creation systems for apparel), graphic and print approval processes, and apparel creation resources.

**70. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Grit. Seeking out subject matter experts, attending formal training sessions, repetitive work in the system. Making connections and networking.

**71. What is your highest educational level?**

Master's degree

**72. In what field of study is your highest degree?**

Fianance

**73. How, if at all, has your education been helpful for performing your current job?**

My education has enabled me to understand the motivation and rationale behind our business decisions such as revenue growth opportunities, KPIs, and the complexities of sourcing and supply chain. I have been able to distill complex financial information to an audience of different band levels and to more efficiently work with the resources that I have. The importance of sustainability and ensuring that we are making decisions that have a positive impact on Nike's 2025 targets for sustainability.

**74. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None

**75. How have these qualifications been helpful for performing your current job?**

My job area doesn't really have that kind of thing.

## 12. Section 8: Working Conditions

**76. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre: worked in an open floor plan office at Nike WHQ, I also travelled to several other buildings at Nike HQ that was time consuming and stressful, due to finding parking and commuting to other buildings.
During covid: worked from home office.

**77. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

A few times per year

**78. Please describe the hazards to which you are exposed as part of your job.**

Visiting factories in developing countries, safety to self, hot factories, working conditions, noisy machines, exposure to chemical from inks and dyes and wash houses.

**79. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**80. How many hours do you work in a typical week?**

40 hours

**81. To what extent do your work hours vary from week to week?**

They vary quite a bit. I work up to 50 hours during a busy time.

**82. How many days do you work in a typical week?**

5

**83. To what extent does the number of days you work vary from week to week?**

It doesn't vary.

**84. To what extent do you control your work schedule such as where and when you perform tasks?**

I control 100%, I would say.

**85. What time do you typically start work each day?**

8:30 AM, sometimes do factory calls at 7:00 AM due to time zones.

**86. What time do you typically end work each day?**

4:30 PM, occasionally do factory calls up to 10 PM at night.

## 14. Section 10: Extra Roles

**87. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

No.

**88. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

Yes. I completed a stretch assignment on the labor and sustainability team, within the sustainability manufacturing and sourcing organization. This project included gender equality of our sourcing partners, to determine their baseline and ability to hit our 2025 targets for gender equality for our sourcing factories. This was February - May of 2021.

**89. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

Mentor for the University of Oregon, Sports Product Management Program

**90. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**91. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

The team and I are now creating more styles that are designed with more complexity than we had been 18 months ago. This is due to a new strategy and target consumer. Specifically, the trend maven and sneaker obsessed consumer, these tasks include creating more elevated garments with details, graphics, and pattern construction. We now need to redevelop patterns at new sources, which we had not been doing prior. We need to ensure fit consistency of styles with new sources. My team has also extended from three factories to twelve factories, in the last two years. Lastly, we now work on an everchanging silhouette pallet, and thus need to be capable and informed on new garment constructions and fabric to achieve our designers requests.

**92. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes. I spend more time communicating with more people. Specifically more factory partners. I spend more time reviewing prototype arrival time and calendar feasibility. I spend more time on style redevelopments and silhouette changes due to the greater amount of unique styles we create.

**93. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, my team and I now work in new systems include VStitcher, Lotta, and Optittx Systems, these enable us to create 3-D garments for prototype reviews and enable us to create patterns for designers. My team now use OneNote in our apparel development processes. Lastly, we use Zoom for all of our meetings now.

**94. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, we were able to get approval and acquire mannequins and a light box for color review.

Nike Job Analysis Interview

Response ID:41 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

39

**2. Interviewee Name:**

Leza Beth Bishop

**3. Employee ID**

█████

**4. Interviewer Name:**

Elizabeth Arnold

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Work on factory side of store construction, all of them in US. Remodel, new construction, expansion. I support our project managers, function teams and external teams in the remodel and new contraction and expansions from start to finish. Support includes setting up projects in smart sheets when it comes down pipeline from real estate. Set-up up the sheets that house the master budgets, schedules, purchase orders we create on behalf of function leaders and managers. Also holds invoices and proposals, bids for general construction.

We use PlanGrid which is a tool that houses all of the architect drawings and scans of space (virtual tool as well) so that when project managers (directors) can look at this information they get a better idea of the space and what it looks like. They can also can present this information to others within our team to let them know this is what we are working on, before and after. Also helps function leaders on how to design and the layout of the space. This program is important since we are not traveling. It also houses our "close out package" from the GC. I have to review the close out package, looking for certificate of occupancy, punch list, lien waivers, application for payments, warranties, permits and more. If the information is not or requirements are not met then we go back to GC to get the information.

In Smartsheets we can review historic costs for fixtures, loss prevention, price per square footage, etc. Budget is developed in Smartsheets and goes for budget approvals to the global team (VPs). They decide whether we will proceed. They evaluate is it cost effective, customer traffic. They will either cancel or tell us to proceed.

For the Factory side of business, the GCs payment terms are 45%, 45%, 10%. 45% at initial contract, 45% when construction ends, 10% when close out package received and reviewed. My role comes in I do all of the SmartSheets except the budget, which is done by our director or project manager. I am an administrator of SmartSheets and PlanGrid so I review who can have access to the sheets, what their permissions are. SmartSheet is a complex program with links and pulls information into an overall worklist, all formula based.

**6. What tasks do you spend the most time performing?**

Depends. Setting up the sheets, reviewing close-out packages and gathering information to send to landlord for tenant approval allowance. Also, purchase orders, processing invoices, and utilities.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

The tasks that are most important are setting up worksheets within SmartSheets. If we didn't have worksheets we wouldn't know our budgets, the players in project, or the construction timeline, which is very important. For example, there are blackout periods where you can't build. It tells the team who is doing what where and when, for example loss prevention and audio. All pieces to the build have to be streamlined so it moves smoothly. For example, make sure have electricity, TVs are set up for athletes, permitting, landlords. Many factors which determine what timeline will be. Have to make sure everyone is available to work on projects at the right time. Material delivery from overseas can also impact timeline. The worksheet creates a centralized location where the team can go in and add their timing, status and other information. This is their "bible". We have a conversation regarding delays, reasons for the delay, etc. We are extremely busy in construction so we need to make sure the right people are available. Also want to make sure that Function Leads have contacted all of the vendors and orders are placed. I also check to make sure we are receiving proposals from vendors.

## 8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?

If we can't complete these tasks than our stores won't open. If we can't meet our deadlines, it would be chaos trying to keep things straight. Won't get store open on time or within budget. Never had store not open. When real estate gets an idea and reviews location, there are certain things that need to be done, such as drawings. Engineering and project managers are outsourced. So if the project doesn't go ahead then we've already spent money on it. So there is a cost to Nike. I have had to write money off of costs that we have incurred. Losing money because not proceeding. Loss to Nike, money you can't recover because already been sent. Not a huge loss but it is a loss.

We usually do open on time so they will do overtime to finish. If over a certain percentage on budget the director has to go back to request approval. I have to go through the budget and determine why we are over budget. I will review the budgeted amount and the bid and they have to explain why there is a difference. For example, union labor. We have to provide an explanation to the global team. In the initial bid we didn't account for that, for example. Also review whether we can pull money from other area of budget to cover the overage. Same with loss prevention, they may decide that we need more cameras in the space and the estimate is more than allocated. I need to go to them and determine why. Sometimes we will come back and tell them that the change is not approved and they have to figure out where funds will come from.

## 9. How frequently do you perform these important tasks?

I am in SmartSheets every day. We have another platform called Coupa which houses all of our POs and invoicing. I am in that everyday. Coupa is our accounting and where we create purchase orders. Then vendors can invoice to that amount. We have used different programs in the past. I have a lot of projects right now. We create the PO from proposals in SmartSheets. We get notification of approvals and then I create the purchase order within Coupa. Then go through approvals, then a PO is generated and submitted to vendors. Vendors then create proposals and submit. Through SmartSheets we can ask vendors to submit proposals. I review the proposal to make sure that it is within budget. Architects, engineers, and LEEDs review the proposal and then I submit request for work order from legal, then goes for band level approval (each one of us have a band) and once approved legal initiates work order, and it is sent electronically to vendor for signature. Once signed, work order is sent back to legal for signature and then it is sent to us for purchase order request. My role is to initiate all of this. I am notified at each step through this process. I am monitoring it until I get signed copy from legal.

## 10. What are the most complex aspects of your job?

Reconciliations are the most complex aspect of my job and billing out tenant allowance. Part of it is that there are all of these different systems, such as SAP (which holds all of the financials regarding dollars left, used, etc). SmartSheets houses all of the budgets and total costs. It is basically a fancy excel sheet with links to other sheets within the program. There are underlying sheets for a particular project. For one project may have 25 different sheets associated with it. This funnels into master budget. I don't create the underlying sheets, we are using a template and then there is a linking sheet to link everything up. To find out final costs have to reconcile SmartSheets, PO tracker, master budget, construction budget, loss prevention budget, design budget. I usually use PO tracker and master budget and see if costs line up. The POs are linked to the SAP number. Actuals compared to invoices, allocations.

SAP is what all of Nike uses to manage projects and it is what finance uses. They create all of the projects within SAP. For this I look at "actuals". Each store has a code and it breaks all of the details down by construction, etc. so I am tagging each line (e.g., architect, permitting, construction- all of which is broken up into different accounting numbers). When I do reconciliations

I am looking at SmartSheets to see why not matching SAP numbers. The project is set up as an asset- has operational expenses. Maybe finance has settled the project. I have to review this. Hunt and see where things are. This can take up to 4 days depending on size of projects. Also are other people posting things to your project. I am responsible for my project number and if someone is charging against my project I have to find out why they are hitting my project. Project breakdown by numbers is huge so I have to go through all of these line items. When I do PO I am making sure that I am using the tracker so that it is linked. So, when I go into SAP and see someone else is hitting it, I have to see why this is. Have to go to other parties and find out what is going on so that I can account for it. Have to link all of these different sources.

I am doing both NSO (not sure of acronym) (i.e., Nike Live, which are the high end Nike stores). I do the factory stores. I have report that I generated which goes back historically. I review the leases. New stores that we are taking on have some sort of tenant allowance. Each are different with different terms. I notate this on the log. I prepare the entry with landlord name, location, price per square footage, dollar amount, comments section which includes the requirements for the tenant allowance (this comes from system called Trirega which is a legal platform which houses leases, rent information, any legal documentation). I pull information from this program and look at the requirements for tenant allowance. I take the information and put it in my log. Review all of the leases, sometimes additional requirements. Tenant allowance is a capital expenditure, it is when Landlord has agreed to pay for costs we have incurred for stores. Some leases will have allowance and others will not.

**11. What are the specific performance goals you must meet to be a high-performer?**

I am not sure.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

There are none.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

I have accounting knowledge, understanding leases, working with different platforms (programs).

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Trirega (which is a legal platform which houses leases, rent information, any legal documentation)
Coupa (purchase order invoicing)
SmartSheets (our construction tool for project management)
The Box (where we can send out our as builts, can upload materials to send out to vendors, also holds historic information about projects).
SAP (financial accounting tool)

**15. What job title or titles will be next in your career progression?**

I am retiring.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Nothing right now.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

North America

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

I don't know how they do it in other geographies.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

No

**23. How, if at all, does this area of specialization shape the work you perform?**

Not applicable.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

I am basically part of one team right now.

**26. How many people are on each team?**

There are 5 people on my team, but we have also outsourced to Mace. They are a consulting group which is analyzing the work process and providing staffing for project management. We do Nike Live, Nike Rise and Mace is assisting with some of the workload. They are an external project manager.

**27. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

Construction team.

**28. Who are the members of your primary team by job title and what work do they do?**

Director, Real Estate Construction: We report to him. He oversees the construction.
Senior Manager or Construction: He oversees the factory construction.
Manager of Construction: On the Nike Live side construction.
Project Specialist for Construction: Handles the Nike Live (NSO) side
I am the 5th team member. I am a construction project specialist. I handle the NVS side (Unite). Nike values store.

**29. What do you specifically contribute when you work with your primary team to complete work?**

I am backup for other construction specialist and I support the senior construction manager on the unite side.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

I think this fiscal year it is ramping up. There are more stores coming up on pipeline than we are used to. The workload has increased significantly. There were peaks and valleys but now becoming more constant. Prior years, they come in at the beginning of the year with a large list of stores and then toward the end of the year the amount of stores projected would dwindle down. Current year, the list keeps increasing significantly. They keep adding stores. A lot more than prior years.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

For me I want everything correct. I want 100% where every penny and dollar is going. This is for the reconciliations. The accounting information has to be precise in terms of where charging fees to. What is an operational vs. capital expenditure. If don't do this I create work for other people to come in and do corrections. Want to do accurate reporting to make sure depreciations are complete. Creates a lot of work for finance if these are incorrect.

For utilities we used to do ourselves but now we are outsourcing. I have to step in and set meters because they can't. No utility are the same at each location. This can have consequence for store opening. There certain aspects that we do ourselves but there are times when we have to step in and get things accomplished and that is time consuming, which takes my time away from other things. Also, filling out forms and signing them.

**32. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

Right now the level of stress is medium high due to increased amount of work and not having additional support. Just got approval to hire another person which will help.
Entire time in my job I think it is low intensity. When we are in the office things are a lot better because we can bounce things off of each other. Remote is more difficult. More collaborative in the office. Working in the work environment, you can talk to others and get input. Working at home is more stressful because trying to get the answers. When in office can get answers right away.

**33. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

I think trying to organize with tenant allowances. Trying to find the time to get everything done. With amount of work coming on being pulled in different directions. And, interruptions that I have to deal with. Workload is what is stressful. Being at home trying to work with one monitor, etc. I am behind on it. Dedicate time to just get things done and not have urgent issues come up. Also, repetitive emails regarding one subject, trying to read through the emails and figuring out where I fit into this and to identify what I need to do. 100 emails a night, trying to funnel through those.

**34. To what degree does your work involve high time pressure?  Please explain.**

I don't think I have high time pressure. The group that I work with is so supportive. I put the pressure on myself. I think I should have things completed even if others say it is ok.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

I want to leave this blank. I don't know.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I do because it is clearly defined. We have constant meetings with direct reports talking about goals, what we want to

accomplish and how we fit in individually to be successful in the group.

**37. To what extent is creativity important to perform your current job effectively?**

Not Important

**In what way is creativity required to perform your current job effectively?**

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**40. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**41. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**42. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I don't make decisions. I talk to upper leadership and have them make the final decision on how to handle it.

**43. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

No.

**44. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**45. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes, I reconcile budgets for construction projects to compare projected and actuals.

**46. What level of authority do you have, including making recommendations, to hire employees, if any?**

None.

**47. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None.

**48. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**49. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**50. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Other: We do affidavits when do tenant allowance, I do notarize them. I don't sign documents on behalf of Nike but I notarize.

**51. Please explain the type of legal documents you are authorized to sign.**

We do affidavits when do tenant allowance, I do notarize them. I don't sign documents on behalf of Nike but I notarize.

**52. How frequently do you sign legal documents on behalf of the company?**

Never

**53. What is your spending limit without seeking approval?**

$5,000

**54. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I am assigned work by my manager. I do all of the NVS (Nike Unite, the factory stores) so anything that comes through I do those. I am assigned to do those stores.

## 10. Section 6: Supervising Others

**55. Do any Nike employees _directly_ report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**56. Do any Nike employees _indirectly_ report to you (e.g., "dotted line")?**

No

**How many Nike employees _indirectly_ report to you?**

**What are the job titles of the employees who _indirectly_ report to you and what work do they perform?**

**How do you supervise the work of those who _indirectly_ report to you?**

## 11. Section 7: Experience, Training, and Education

**57. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I have been with Nike 18 years. I worked in the software industry in accounting for I think 1 year. I worked in healthcare industry in accounting- don't remember how many years. I worked at US Bank in real estate and that was in accounting for 10 years.

**58. To what degree has your prior work experience been helpful for performing your current job?**

Prior work experience has been helpful for reconciliations. Having accounting fundamentals made transition to Nike easier.

**59. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

I don't know, want to skip this one. Prior work experience has been helpful for reconciliations. Having accounting fundamentals made transition to Nike easier.

**60. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**61. What job titles have you held at Nike prior to your current job?**

I was in Senior Accounting Assistant when I started at Nike in the brand design department. In my current job I have had 3 or 4 different job titles. My job title in my current position changed. Started as construction coordinator, then become procurement coordinator, then went to construction coordinator, then I became an RE Construction Project Specialist.

**62. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

I think learning the new systems (programs) such as Coupa, SmartSheets, Aravo (vendor set-ups), Trirega (legal platform).

**63. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

I acquired this knowledge through on the job training.

**64. What is your highest educational level?**

Some college, no degree

**65. In what field of study is your highest degree?**

Education.

**66. How, if at all, has your education been helpful for performing your current job?**

Maybe skills in training people.

**67. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Notary.

**68. How have these qualifications been helpful for performing your current job?**

Being a notary has been helpful for processing affidavits for tenant allowance.

## 12. Section 8: Working Conditions

**69. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Currently working from Home. Pre-Covid worked in office which was off-campus at Challenge Court in an office building. All of my team worked off campus.

**70. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**71. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**72. How many hours do you work in a typical week?**

I work between 40 and 50 hours per week.

**73. To what extent do your work hours vary from week to week?**

My hours don't vary.

**74. How many days do you work in a typical week?**

5

**75. To what extent does the number of days you work vary from week to week?**

The number of days doesn't vary except when I am on PTO.

**76. To what extent do you control your work schedule such as where and when you perform tasks?**

Our director is flexible so we are able to work within a timeframe and if we need more time he is accommodating. He is willing to work with you regarding hours, etc.

**77. What time do you typically start work each day?**

I start work at 7:00 AM

**78. What time do you typically end work each day?**

I end work at 4:30pm to 5:00pm.

## 14. Section 10: Extra Roles

**79. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

I do not have any.

**80. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

I was backup support for leasing working on documents received that needed additional information to be sent to Trirega. I did this last year for about 2 mos. Someone was out on medical leave.

**81. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**82. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**83. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

The systems that we utilize have changed and the way we report is different. Part of it is SmartSheets and how reports are generated and the information they are requiring is more now than they required 10 years ago. The information required is more complex, not as generic. We can be more specific, more detailed than we were with the type of information they want. With the new system we are able to provide more clarity with what they need and different dashboards that they want. The existing tasks have changed, not new tasks added.

**84. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

I think the amount of time has changed because of the format of how we are doing things. Like in Smartsheet information is on multiple sheets rather than one sheet. Pulling information all together which takes more time compared to the old sheets. Plus the volume increase of stores we are doing now. Now we are doing more new stores rather than remodels. Remodels it is shorter construction period, new stores are longer. New requires a lot more detailed work. The design of the store, new fixture packages, takes more time. Not enough time to get everything done.

**85. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

(Same as above) I think the amount of time has changed because of the format of how we are doing things. Like in Smartsheet information is on multiple sheets rather than one sheet. Pulling information all together which takes more time compared to the old sheets. Plus the volume increase of stores we are doing now. Now we are doing more new stores rather than remodels. Remodels it is shorter construction period, new stores are longer. New requires a lot more detailed work. The design of the store, new fixture packages, takes more time. Not enough time to get everything done.

**86. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, Nike is always initiating new tools. They will find something and new tools to help things run smoothly and easier. Doing our budgets, stores new tool such as SmartSheets added last year. Nike Unite was not on this platform before but now it is running smoothly.

Nike Job Analysis Interview

Response ID:42 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

40

**2. Interviewee Name:**

Gowen Diana Lynn

**3. Employee ID**

███ ▏

**4. Interviewer Name:**

Dustin Maneethai

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Provide leadership, expertise, and direction to licensee partners from people doing the work to the leadership of these companies, and that is so they can deliver the right products for Nike's brand and category initiatives for our consumers.
Influence partner strategies (licensee strategies) around the Nike brand, sports marketing, merchandising plan (assortments in the market), consumer constructs (aligned in voice and positioning and with direct to consumer).
Also drive companies to focus on things that are important to Nike, innovation, category defining initiatives and that they are making money, involving their core business and their business drivers.
Coach and educate our partners on how to be Nike, our ethos, our methodology, how we utilize tools, set expectations and deliverables, and protocol, advise and lead them in any interactions they have internally (if they are meeting with someone in Nike, meeting with them prior to get them to see it from a Nike perspective).
Drive high profile and may involve intellectual properties, projects licensees have, making sure the projects are on track and making sure between innovation space and taking to market are aligned. Sometimes Nike takes the innovation and hands it off to the licensees.
Define and drive the sports marketing process between Nike, licensees, and sports teams. Increase communication and visibility internally.
Build relationships and partnerships with product safety (correct testing and protocols to make sure safe for kids and restricted substances like lead, and other chemicals), materials group, packaging group, working with Nike legal quite a bit for retail and trademark infringement.
Build relationship and facilitate partnerships with brand marketing teams in terms of signs, language, fixtures. Make sure its all aligned from a Nike perspective.
Approve everything that will go to market.
Pivotal in working with functional teams, systems, and processes. Making sure everything goes into the systems correctly, that we are talking to the right people, sourcing, etc. We have experts, but I am the linchpin.
Create processes and tools.
Influence leadership and strategies.
Voice to our internal partners in Nike, what they can and cannot do, what they are allowed to do, their capabilities, and their business models.
Help mentor on campus partners, the interactions they have, help those partners get to know Nike.

**6. What tasks do you spend the most time performing?**

Facilitate meetings, set agendas, and drive meetings to keep meetings on track, the correct people are in the meetings.

Project manage by defining steps in the project, making sure people are accountable, driving deliverables, setting deliverables, and communicating to stakeholders.

Drive the product approval process to ensure that the product is approved to be sold to retail. We're demanding that we see the product at every stage, from design, to prototype, to color stage, all of that.

Communicate via email, verbal communication, and written communication (recap - after meeting recapping the meeting, the deliverables and defining next steps). Keep the conversation moving forward.

Connecting people with others, facilitating relationships to gain alignment or information.

Leading, coaching, and providing leadership a lot of expertise to our partners for them to get to their end results, leading them so that they interact with Nike the right way.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Building and facilitating relationships between our partners and internal teams at Nike.

Driving high profile projects at Nike.

Leading, coaching, educating, and providing expertise to licensees and product team, and our internal category partners on our licensees behalf.

Driving deliverables (ensuring licensee partners deliver what they are supposed to).

Holding people accountable to their deadline and deliverables, for internal partners in Nike and licensee partners.

Influencing our partners to focus on the most important things to Nike. For example, sustainability is super important to Nike, but partners may not have resources to tackle, but we want to keep them focused on, how they will focus on it into the future and beyond. Sports marketing, making sure product delivers for sports teams - so making sure they deliver on time.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Because if we don't do all of that, we put our consumers at risk. We are not closing the gap on safety or testing we put in our products. We risk our reputation if the products are not out on time. The product is held up.

A lot of it Nike's reputation, our primary focus is protecting the brand. If a company is coming to work with Nike, we want them to adhere to the brand. We want to make sure the rules are met, so they do not hurt the brand, which can be catastrophic. For example, if a football player blew out their glove our shoe during a game that would be catastrophic.

**9. How frequently do you perform these important tasks?**

On going regularly/ daily, because we are working on four seasons at any given time. And working across ten categories at any given time, and all different functions such as safety, materials.

**10. What are the most complex aspects of your job?**

Figuring out who to go to in the Nike matrix, for various issues, problems, and alignment, its hard to figure out all the people who need to be involved in the conversation. Because the Nike matrix is large and complex. Second thing is, dealing with separate companies. For example, there is the Nike way and there are the ways of the licensees. It is important for them to understand that we are here to help them, generally they know that. Our job is not specialized, we are not just focused on product, merchandising, or finance. We are a jack of all trades, we need to see the whole picture which can be challenging and rewarding. We don't do the same thing day in and day out, as some specializations in Nike. Problem solving is constant challenge. Problem solving where there is not a clear roadmap.

**11. What are the specific performance goals you must meet to be a high-performer?**

I need to be able to act with courage. I need to be able to embrace and lead change. Instill trust, drive clarity, think strategically, ensure accountability, communicate vision and purpose, foster effective teamwork.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

No

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Deep knowledge of Nike product, our categories, our matrix, and our brand protections and priorities.

Knowledge of licensing and licensing business models and/or vendor or partnership management.

Ability to lead and inspire work groups, involve, build working relationships at all levels and create cross team collaboration.

Ability to lead initiatives and complex project team, such as sustainability and innovation space.

Ability to problem solve, influence, and generate consensus.

Skill in verbal and written communication skills including facilitating meetings and presentation facilitation.

Ability to communicate concepts and opportunities to a diverse and wide audience.

Ability to implement strategic and long term product agendas.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Microsoft Suite (word, excel, PowerPoint, outlook), keynote, Zoom, Box (filesharing).

**15. What job title or titles will be next in your career progression?**

Product Director or Business Director, but probably more like a Business Director, product director may be too narrow. Also, a merchandising director, project management director, operations. We don't have a clear line.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

A lot of the same, just more experience. I've been doing this for so long, I feel like I can slide into a business director position now. Problem solving, consensus building, mentoring and leading teams, experience with partner management, communicating to a diverse audience, cross-team collaborations, leading initiatives.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Apparel

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

No the work would not be any different based on where we are assigned.

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

Licensing and partner management.

**23. How, if at all, does this area of specialization shape the work you perform?**

It has everything to do with how we perform, because we work with external partners and licensing business models which is different from what Nike is doing. We need to apply what they are doing and translate that to what are doing at Nike. It tells us what we can and can't do and tells our partners what they can and can't do.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

11 or 12

**26. How many people are on each team?**

Anywhere from 3 to 15

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

GPL/JR Team (Global Product Licensing / JR286, which is the name of our primary licensee).

**28. Who are the members of your primary team by job title and what work do they do?**

Product line (licensing) manager - same thing as me
Business director - responsible for the partner relationships, the contract.

**29. What do you specifically contribute when you work with your primary team to complete work?**

Calendar and product management. Strategic focus. And chief of staff, the one that reminds everyone what they need to be doing or should be doing. Follow-up as needed and driving deliverables and areas of focus, issues and additional areas of concern.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It's spread evenly across the year. 70% predictable, 30% unpredictable. We have our general product that we are continually pumping out and we have dates every season, but also have projects and issues from sports marketing, delivery, to testing issues, to capacity issues, that come up at any given moment. We are continually being pulled into initiatives throughout the process at any given time.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

To me, preventing damage to the brand/reputation is critical as well as keeping our consumers safe. The only precision that is there is that the product going to market is approved in the contract, its safe for consumers, and appropriate for our brand. Those are my three levers of precision. Is it in the system or not, if a couple sneak by does it ruin the brand, probably not. But if that one does ruin the brand, then it is devastating. Or if it hurts a consumers, its bad. And we do deal with a lot of product that is high risk, such as a mouth guard that can hurt teeth, or plastics that have a lot of chemicals, kids products that are not choking hazards.

**32. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

Low stress. Periodically high stress. Recently we realized a yoga mat into the market, incredible innovation for Nike. Nike.com team made a claim that we could not substantiate and we needed to get that down and finding the right person to get it down was challenging and was challenging. Had implications with the FDA.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

If we get a claim against something, for example legal contacts us for formal complaint, lawsuit out for a product, if something does not deliver on time for our sports marketing assets. It's stressful to me if our partner lets down our category or internal team partners, and I take that personally. If there is something high profile, ensuring that project is followed through accurately and timely. If something high profile comes to us last minute, trying to figure out if we can execute and be part of the story. Its exciting, but exciting stressful.

**34. To what degree does your work involve high time pressure?  Please explain.**

Once in awhile, and only in a case that we needed some leadership approval or something in a timely manner. Trying to get that approval in a timely manner can be stressful.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Pretty regularly, based on the work that we do. That being that we are working across categories and dimensions, gender, functions, and the amount of time Nike changes their mind. Coupled with the challenges of supply chain and all of that going on with the partner/licensee. And we also have a high level of changes because we need third party approval from team (NFL/NBA), which adds another layer of disruption because we need to make changes to the product.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

It's pretty highly defined. Although when we are dealing with external partnerships and all the constant change at Nike, the expectations are changing pretty regularly, but bottom line, I know and understand completely what needs to get done and the most important work to do.

**37. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**38. In what way is creativity required to perform your current job effectively?**

It comes in the way of trying to figure out the right people to involve at Nike and how to get things through that need to get through quickly. Also, any time you are dealing with product there is a level of creativity there, how it functions, how it works. There is a creative collaboration there.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

A few times per year

**40. Please describe the work you perform that requires you to physically exert yourself.**

That is around sample management, store room boxes, sorting samples.

**41. What specific physical abilities are required to perform your current job effectively?**

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Pre: a few time a year; Currently/post: never

**43. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre: to see the partner, sales meetings or product meetings, with the current licensee they are in LA, but they can be in Kansas City or NY, usually once a quarter.
Post: Nothing since covid.

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**46. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Any decision about product. The consequences would be going back to brand appropriateness, safe in the market, legally okay for us to be doing, and product quality.

**47. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, collaboratively for our group. We meet once a year to discuss a strategy plan for the year. I contribute anything that is important to my partner or to Nike on behalf of my partner.

**48. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No. However, we do have partner people who sit on campus with us, they are part of our team, they are employed by the partner, but we set policies and procedures for them as representative of our group and the partner at Nike.

**49. Do you have any involvement in managing budgets?  If yes, what is your role?**

No. Other than a travel budget at the beginning of the year.

**50. What level of authority do you have, including making recommendations, to hire employees, if any?**

I've sat on a lot of interview panels and made recommendations. Also have done that for partners, not Nike employees, but we have a say of who they hire on that end.

**51. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

Definitely made my opinions known, but don't have any authority.

**52. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

Definitely had influence on partner reps disciplinary actions, but again no authority.

**53. What level of authority do you have, including making recommendations, to terminate employees, if any?**

Had influence, but no authority.

**54. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**55. What is your spending limit without seeking approval?**

I don't know, but there is one.

**56. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I determine my own assignments, but sometimes we discuss projects in a broader setting and I've volunteered for things or been asked to captain.

## 10. Section 6: Supervising Others

**57. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**58. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**59. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Retail Job - summers during school
Operations Management Job - 18 months.

**60. To what degree has your prior work experience been helpful for performing your current job?**

My prior work experience has been very helpful in performing my job.

**61. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Prior to Nike: process work, creating process, knowledge of retail and consumer patterns.
At Nike: Building relationships, problem solving, verbal and written communication skills, working on team, licensing knowledge, licensing at Nike.

**62. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: Rehired into Nike after leaving for several years.

**63. What job titles have you held at Nike prior to your current job?**

Production administrator, operations manager, demand planning manager

**64. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Matrix management. The Nike way, we operate differently from other companies. Creative collaboration. Knowledge of licensing, licensing models, and licensing at Nike.

**65. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job experience and coaching and mentoring.

**66. What is your highest educational level?**

Bachelor's degree

**67. In what field of study is your highest degree?**

Business - Operations Management

**68. How, if at all, has your education been helpful for performing your current job?**

Helpful. I think I deal in a lot of projects and processes, and I learned about a lot of processes management, just in time management, finances. There are a lot of different aspects that apply, but not directly.

**69. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Public speaking classes, management style classes, narrative/story telling class, classes on consumer dig information (trying to get information from consumer to solve a problem), diversity classes.

**70. How have these qualifications been helpful for performing your current job?**

They are the building blocks to the plethora of knowledge that I have right now for my current position. All of it is built on each other.

## 12. Section 8: Working Conditions

**71. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre: in the office Nike HQ
Post: office at home

**72. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**73. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

A few times per year

**74. Please describe the work you perform that has the potential for physical injury to yourself or others.**

Lifting heavy boxes of samples.

## 13. Section 9: Hours Worked

**75. How many hours do you work in a typical week?**

40

**76. To what extent do your work hours vary from week to week?**

They don't much, maybe certain times a year a little more, but no.

**77. How many days do you work in a typical week?**

5

**78. To what extent does the number of days you work vary from week to week?**

None.

**79. To what extent do you control your work schedule such as where and when you perform tasks?**

I control what I do when, except when I have set meeting times.

**80. What time do you typically start work each day?**

7:00 AM

**81. What time do you typically end work each day?**

4:00 PM

## 14. Section 10: Extra Roles

**82. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

Nope.

**83. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

No.

**84. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**85. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**86. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

The only major one that has been added is the "chief-of-staff" role in which I set the internal priorities, drive the priorities for our group. Setting agendas for meetings.

**87. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

The time spent is more on strategy and priorities has increased over the years. In some licensees infancy, you do a lot of the work for them, as they mature they do the work and you direct the work.

**88. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current**

**job? If so, how?**

With my experience I am much more efficient than I used to be. I am a constant process improvement person, so I am evaluating the best way to do something, which is evolving and changing all the time.

**89. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Nope.

# Nike Job Analysis Interview

Response ID:43 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

41

**2. Interviewee Name:**

Jovita Alphonse

**3. Employee ID**

██████

**4. Interviewer Name:**

Ashwin Krishnan

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Managing a team of individuals to execute our strategic priorities related to insider threat operations. Setting strategic priorities for the team. I am accountable for delivering results.

**6. What tasks do you spend the most time performing?**

Stakeholder engagement, team communication, assessing metrics, helping the team prioritize to deliver results, and highlighting team accomplishments.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Leveraging data to help the team focus on the most important activities to reduce risk to Nike.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

The nature of the teams work is to identify high value Nike data loss and to take steps to protect Nike. Being able to help the team focus on the highest risk data loss directly connects to Nike's competitive advantage.

**9. How frequently do you perform these important tasks?**

Every day.

**10. What are the most complex aspects of your job?**

Connecting the risk, technology, and threat landscapes to operations, helping the team leverage current tools to create operational efficiencies and manage stakeholder relationships.

**11. What are the specific performance goals you must meet to be a high-performer?**

Delivering and exceeding established personal goals, influencing team to exceed established team goals, creating team success and utilizing resources effectively and supporting individual team development plans.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

The numeric performance metrics are team based, and my role is to ensure that the team meets them, and make sure that we identify any business reasons or challenges to meet them.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Technical expertise, business management, strategic thinking, financial management, industry knowledge, building and maintaining successful relationships, high-performing team management, futuristic thinking, envisioning, blue sky thinking.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Security tools, SAAS software, communication tools i.e. Slack, business programs.

**15. What job title or titles will be next in your career progression?**

Senior Director.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Enterprise management, large team management, high-profile communication.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

Other: Global

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

No.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

Information security.

**23. How, if at all, does this area of specialization shape the work you perform?**

Insider threat operations is a specialized function triaging data loss alerts. Operations are globally focused and phased expansion is currently in scope.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

My first team is my peer team and then I have the operations team that I manage directly and part of the larger CIS (Corporate Information Security) team. Between 3 to 4 teams at a time.

**26. How many people are on each team?**

Peer team is 3, direct team has 14, CIS team is 200+.

**27. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

Primary team is my peer team, or first team.

**28. Who are the members of your primary team by job title and what work do they do?**

- director of data protection
- senior director of insider threat program

All three of us establish the strategic direction for the insider threat program, which we communicate with our respective teams to execute.

**29. What do you specifically contribute when you work with your primary team to complete work?**

Evaluation of program and milestones, assess gaps, envisioning the future, making data-driven decisions.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It's spread across the year with peaks and valleys, and it's unpredictable. The primary function of the team is to detect and respond to data loss events. These events occur throughout the year with unpredictable volume. There are organizational change events that can potentially impact volume.

**31. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

There is a high degree of precision for the team to perform the work to identify and respond to critical data egress events. The consequences of not responding timely and accurately to critical events could result in sensitive data loss impacting Nike.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

Periodic, high stress to meet deliverables in a highly interdependent environment, impacted by lack of control of incoming ticket volume, limitations of tools, open and innovative organizational culture that makes implementing security solutions challenging.

**33. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

The nature of operational work, managing teams in different time zones, meeting SLA (service level agreement) consistently with unpredictable incoming volume and established resources.

**34. To what degree does your work involve high time pressure? Please explain.**

70-75% of my work. The SLA requirements are to be met to ensure that we can detect and respond to critical data loss,

regardless of the incoming volume which is unpredictable.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Moderate to significant. Privacy requirements, global expansion of insider threat program, loss of tool functionality, dependence on third-party tools, organizational changes are contributing factors to ticket volume.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

My role is clearly defined. As part of the CIS detect-and-respond strategy, my primary role is to lead a global operations team that responds to insider data loss events.

**37. To what extent is creativity important to perform your current job effectively?**

Important

**38. In what way is creativity required to perform your current job effectively?**

To develop process improvements, to create efficiencies, creatively leveraging teams and tools, collect and analyze data to assess gaps and challenge team to develop creative solutions.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Global team after covid. Travelled to industry conferences 2-3 times a year before covid.

**41. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Within the US. Post-covid, global teams are in other geographies.

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

15

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**44. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Home office.

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Planning for corporate strategic review (CSR) decisions related to resources, work distribution and allocation between the team, resourcing asks, decisions related to creating operational efficiencies.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Participating in the strategy development for the insider threat program, maturing the capabilities of the program. The program is a relatively new inception with opportunities to scale and grow.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

We provide input on high-risk employee data loss activity, which directly impacts several Nike employee policies, such as the acceptable use policy, Nike employee conduct standards, etc.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

Training budgets

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

Directly responsible for hiring for the ITO (insider threat operations) Team. Provide input on other CIS hiring panel.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

Directly responsible for making recommendations for the ITO team and providing input for other CIS teams.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

Directly responsible for my team and providing input for other CIS team members.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

Directly responsible for my team and providing input for other CIS team members.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**54. What is your spending limit without seeking approval?**

0.

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both.

## 10. Section 6: Supervising Others

**56. Do any Nike employees <u>directly</u> report to you?**

Yes

**57. How many Nike employees directly report to you?**

6 FTE's (full time employees)

**58. What are the job titles of the employees who directly report to you and what work do they perform?**

- senior insider threat analyst
- lead insider threat analyst
Supporting insider threat operations for triage, investigating sensitive incidents, managing security tools, developing automation for operations, providing consultation on insider threat data, review and analyze data and metrics, stake holder collaboration and engagement to support and mature capabilities.

**59. How do you supervise the work of those who directly report to you?**

Utilizing Jira dashboards, daily stand-up meetings, slack collaboration, one-on-one's, team meetings, informal coaching sessions.

**60. Do any Nike employees indirectly report to you (e.g., "dotted line")?**

Yes

**61. How many Nike employees indirectly report to you?**

6 ETW's (External temporary workers)

**62. What are the job titles of the employees who indirectly report to you and what work do they perform?**

- senior insider threat analyst
Supporting insider threat operations for triage, investigating sensitive incidents, managing security tools, developing automation for operations, providing consultation on insider threat data, review and analyze data and metrics, stake holder collaboration and engagement to support and mature capabilities.

**63. How do you supervise the work of those who indirectly report to you?**

Utilizing Jira dashboards, daily stand-up meetings, slack collaboration, one-on-one's, team meetings, informal coaching sessions.

## 11. Section 7: Experience, Training, and Education

**64. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I've been with Nike for 24 years. Prior to Nike, I was in a risk management function for other companies.

**65. To what degree has your prior work experience been helpful for performing your current job?**

Identifying and managing risk. At Nike I spend some of my time in human resources so I have an understanding of Nike business operations, and experience developing relationships across various stakeholder communities. I also was in an employee relations role for about 9-10 years at Nike, so I have experience investigating policy violations which are critical experience to manage a team responsible for detecting and responding to insider threat events.

**66. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Team management, coaching, risk assessment and management, data analytics, business operations, stakeholder engagement and management, high-profile communication, resource management, storytelling, strategy development, vendor management, technical expertise, threat intelligence.

**67. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**68. What job titles have you held at Nike prior to your current job?**

Risk management specialist, employee relations specialist, employee relations manager, human resources manager, HR business operations, cyber threat intelligence specialist, cyber threat intelligence director, insider threat operations director.

**69. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

MBA, security training, threat intelligence training.

**70. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching**

and mentoring?

Formal training, informal training, self-development, on-the-job experience, coaching.

**71. What is your highest educational level?**

Master's degree

**72. In what field of study is your highest degree?**

Business administration.

**73. How, if at all, has your education been helpful for performing your current job?**

Enterprise level thinking, strategy development, ROI based decision-making, leadership management.

**74. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Security training and certification.

**75. How have these qualifications been helpful for performing your current job?**

Industry knowledge and relationships, and functional capabilities.

## 12. Section 8: Working Conditions

**76. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid I was in the Nike office at WHQ. Post-covid I was at my home office.

**77. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**78. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**79. How many hours do you work in a typical week?**

40-50+ hours.

**80. To what extent do your work hours vary from week to week?**

Minimal.

**81. How many days do you work in a typical week?**

6

**82. To what extent does the number of days you work vary from week to week?**

Occasionally to frequently. Weekend work varies based on incidents.

**83. To what extent do you control your work schedule such as where and when you perform tasks?**

I highly control my work schedule.

**84. What time do you typically start work each day?**

About 7 in the morning, starting with checking emails and Slack. Also accommodating global teams.

**85. What time do you typically end work each day?**

About 4:30 to 7:30, again accommodating meeting with global teams.

## 14. Section 10: Extra Roles

**86. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

Yes, I was on a committee for the executive women's forum and am currently on the committee for the women in cybersecurity organization. Also participate in women of CIS organization, BEIT (Black employees in tech) and the Ascend diversity network. Selected to participate in technology leadership circles mentorship program.

**87. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

I don't know.

**88. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**89. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**90. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

The role has expanded to support global teams since joining this role - meeting with, mentoring, and managing global teams.

**91. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

One-on-one coaching and mentoring as the team has grown. Strategic planning across the insider threat program.

**92. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes. As process has matured, utilizing data, collecting metrics, making data-driven decisions, automating processes, communication tools have all changed.

**93. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Enhancements and additional functionality and communication mediums. More robust adoption of Jira to manage work.

Nike Job Analysis Interview

Response ID:44 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

42

**2. Interviewee Name:**

Molly Anne Reznick

**3. Employee ID**

██████

**4. Interviewer Name:**

Ashwin Krishnan

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am the merchant manager who works on both men's and women's footwear. I work with product, design, geos, development, sourcing, consumer planning, many functions, to create the best line plan I can.

**6. What tasks do you spend the most time performing?**

I spend a lot of time trying to collect point of sale information to analyze it and understand the business, as well as meeting with our geo merchants to see their consumer trends in their geos, and create future strategy for the business. Analyzing the business in different slices to find opportunity to grow organically to identify risks in our line plan and places that we can cut.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

I brief in new product ideas based on trends I'm seeing in the marketplace, things that we're not currently making that consumers will need within the next few years, based on internal consumer insights and geo feedback. Part of this is optimizing our line plan to ensure that we have the best line plan to deliver what the consumer needs when they need it and at the price they need it. In a nutshell, my job is to be the voice of the consumer.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

It is keeping us current with the consumer and what they need. It is driving revenue. Overall, it is setting us up for more wins than losses. Creating the future and driving what keeps Nike at the forefront of footwear.

**9. How frequently do you perform these important tasks?**

Daily. I am reading all the time about trends, and speaking to partners across the world on what trends they're seeing, as well as reviewing sales and bookings information through different lenses.

**10. What are the most complex aspects of your job?**

1 - Navigating post-CDA (consumer direct acceleration) world and through systems that are not set up for post-CDA world (eg. still set up to function using category filters when no longer applicable)

2 - Working across both men's and women's teams, who run things very differently. Not always being included in men's strategy and necessary tasks to do the business.

3 - All data systems are terrible. Dashboards are designed to inform senior leaders, not the employees doing the work. Need

analytics tools to simplify the work.

4 - Constant overlapping of seasons and deadlines creates a constant hustle without having thoughtful time to focus on the business.

**11. What are the specific performance goals you must meet to be a high-performer?**

Grow your business; understand all the nuances of your business; be a "game-changer"; don't rock the internal boat/be a yes man.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Yes, grow your business "X" percent.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Understanding of retail math; how to turn numbers into stories; general understanding of market trends; how to optimize your line plan and balance new products, icon products, and sunsetting products.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

I use MMX, AV, LPX, Tableau for dashboards, SSAS, MIRO, Box, MS office suite, Apple suite, Slack, Zoom, Smartsheet

**15. What job title or titles will be next in your career progression?**

Director

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

People management skills; empathy; understanding of the process of the work being done; ability to create, socialize and execute strategy.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Footwear

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

I don't think so.

**20. Are you assigned to a specific Sports Category (dimension)?**

Sportswear

**21. Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

Yes, because there isn't a sports season to it, meaning there isn't a marathon season for running as an example.

**22. Are you assigned to a specific Product Line/Gender?**

Other: Men's and Women's both

**23. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

Yes. I am one of the few people who works on both genders of products. Normally you work on one or the other, so it adds a lot of complexity to work across teams.

**24. Do you have any additional specific areas of specialization? If yes, what areas?**

Yes.

**25. How, if at all, does this area of specialization shape the work you perform?**

I think it allows me to see the business differently than if I were to sit in a single gender, so I see more dual gender trends than single different trends, and get to see the differences in what men care about vs what women care about, as they can be different and even conflicting. Nike tends to lead with men's and trickle down to women's, and that is challenging when needing to create specific things for women.

## 7. Section 3: Work Team Structure

**26. Do you work as part of a team?**

Yes, I work as part of a team.

**27. How many teams do you work on at a time?**

One primary team that sits within a bigger team, with a secondary team I am trying to be included in.

**28. How many people are on each team?**

Around 10-12 right now, with a wide range across teams.

**29. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

I interact most with the women's footwear merchandising team.

**30. Who are the members of your primary team by job title and what work do they do?**

associate managers - build POS reports, analyze business, learn overall merchandising role
managers - build POS reports, analyze business, create strategy, manage the line plan, pulse on consumer trends, brief new product, maintain cross-functional relationships
directors - I don't really know what directors do
senior director - works on overarching strategy, alleviates pain points within the team, creates steps for team to execute against big-picture ideas
VP - at a higher level than sr. director, works on overarching strategy, alleviates pain points within the team, creates steps for team to execute against big-picture ideas

**31. What do you specifically contribute when you work with your primary team to complete work?**

I am currently teaching associate managers how to analyze POS information, working with the analytics team to develop better data tools for my team, creating decks and frameworks to be updated every time; I build POS reports, analyze my business, create strategy, manage the line plan, pulse on consumer trends, brief new product, maintain cross-functional relationships

## 8. Section 4: Work Characteristics

**32. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct**

**peaks and valleys, is it predictable or unpredictable? Please explain.**

It is very inconsistent workload pattern as we try to understand the specifics of our post-CDA roles and responsibilities. Right now, we're over-indexing at working with high-stress, heavy workloads to ensure that no balls are dropped. With no routine or consistent structure, there's a constant creation and recreation of ways to do our jobs.

**33. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

I'd say about 85% of my work is done to a high degree of precision, and the consequences would be the product doesn't sell in the marketplace, or the consumer doesn't like it.

**34. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

High-stress, fairly constant because of consistent mixed messages from Nike leaders, redoing of work that's already been done, creating and recreating ways to do our jobs. There are times right now that Nike feels like a startup.

**35. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

Navigating different dynamics in cross-functional teams; having the time to do thoughtful work, while also hitting multiple overlapping deadlines; the constant barrage of emails, Slack messages, communications, Zoom meetings, and trying to stay on top of your actual job in conjunction with all of the ongoing communication. Needing to be available to answer questions so others can complete their tasks on time, and vice versa: waiting on information from others to do your tasks. Not having the data and analytics tools to do my job, requiring hours of manually doing it myself.

**36. To what degree does your work involve high time pressure?  Please explain.**

I'd say about half the time, I have a tight turnaround, which is less than it was in previous roles.

**37. To what degree is your work impacted by unexpected disruptions?  Please explain.**

The biggest consistent unexpected disruption is a strategy shift from a senior leader requiring immediate attention. The next biggest is the dynamic of the covid-19 situation and how that impacts, our factories, partners, consumers and personal lives.

**38. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I have a general understanding but I've also made it my own based on what the business needs are. My role feels very fluid right now as Nike continues to better explain and execute CDA structure.

**39. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**40. In what way is creativity required to perform your current job effectively?**

Creativity is most important in how I socialize the business and sell the dream on the future of the line plan. Next is thinking of new ways to innovate to best serve our consumer.

**41. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Post-covid no travel. Pre-covid would have been a few times a year.

**43. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: I would travel to key trend cities in all four geos.

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

2

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**46. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Post-covid: only working from home.

## 9. Section 5: Decision Making

**47. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Optimizing the line plan across MO's (model offers) and PO's (product offers - the colors of the models) to ensure it's successfully serving our consumer and if I don't do this, consumers won't purchase products. Part of this is having consistent newness in the line and sunsetting products that are at the end of their life cycles.

**48. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

I do. I create strategies for different time frames on the footwear products I work on. There's a one-season plan, four-season plan, eight-season plan, three-year plan, and five-year plan.

**49. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**50. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**51. What level of authority do you have, including making recommendations, to hire employees, if any?**

Very little to none.

**52. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None.

**53. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**54. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**55. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**56. What is your spending limit without seeking approval?**

I don't know - I always seek approval.

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**59. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**60. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I was a buyer for 2 years for a retailer, and I was a merchandise planner for 4 years at the same retailer.

**61. To what degree has your prior work experience been helpful for performing your current job?**

Exponentially. Previous company did thorough onboarding and training to understand retail reality, which Nike does not do.

**62. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

How to analyze and interpret sales and bookings; how to calculate retail math; how to build a line plan with your consumer in mind, instead of your own personal taste; what good and bad sell-throughs and growth over previous time frames is.

**63. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**64. What job titles have you held at Nike prior to your current job?**

I have been a planner and a merchandise manager.

**65. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Understanding of the anatomy of a shoe, tying in corporate strategy to everyday tasks, how to navigate the Nike matrix, how to show up to work authentically.

**66. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On-the-job experience, coaching, and mentoring, workshops.

**67. What is your highest educational level?**

Bachelor's degree

**68. In what field of study is your highest degree?**

Business, with an emphasis on sports marketing.

**69. How, if at all, has your education been helpful for performing your current job?**

Basic concepts of the R's and M's of marketing, for example right price, right product, right time.

**70. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Dare to lead trained, I went through an authentic leadership workshop, which has been very helpful in navigating the social dynamic at work.

**71. How have these qualifications been helpful for performing your current job?**

Having a better understanding of intrinsic motivations with other people. As I collaborate with teammates, socialize strategies, or challenge decisions, I can do so from a more authentically empathetic place, understanding where others are coming from. While these aren't affecting my ability to do tasks, per se, Nike is so dependent on relationships that these tools have really improved interactions.

## 12. Section 8: Working Conditions

**72. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid, I worked at Nike WHQ (world headquarters), post-covid I work from home.

**73. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**74. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**75. How many hours do you work in a typical week?**

50 hours on average. I definitely flexes up at times during multiple deadlines.

**76. To what extent do your work hours vary from week to week?**

Right now the biggest variable in the structure of my work day is navigating working from home with kids, and part of that is working early mornings and late nights when not able to work the full day's schedule with the kids at home.

**77. How many days do you work in a typical week?**

5

**78. To what extent does the number of days you work vary from week to week?**

During crunch time with multiple deadlines, I work Sundays as well.

**79. To what extent do you control your work schedule such as where and when you perform tasks?**

Generally, I manage my own schedule. Right now the biggest variable in the structure of my work day is navigating working from home with kids, and part of that is working early mornings and late nights when not able to work the full day's schedule with the kids at home.

**80. What time do you typically start work each day?**

I typically read my emails when I wake up at 6:30am, but don't sit down to my desk until 8:30.

**81. What time do you typically end work each day?**

I pause work at 5pm to have family time, and typically work more at night.

## 14. Section 10: Extra Roles

**82. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

I am on a task force right now, working with the analytics team to improve our dashboards and the analytics tools we have access to. it's currently paused, but I am also on a sustainability task force, working on how to bring sustainable practices to our everyday jobs.

**83. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

No.

**84. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**85. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**86. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Yes. My tasks have changed, primarily because additional tasks keep being added.

**87. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No, tasks are still taking longer than they should, either because of data issues, or because we're still establishing a routine structure of how to do things.

**88. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Continuously evaluating how to best efficiently do tasks, but unable to optimize because of current company structure and tools.

**89. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes. There are now fewer tableau dashboards and the ones remaining are insufficient to successfully do our tasks. Also still trying to learn MIRO and other new digital tools necessary for working from home.

Nike Job Analysis Interview

Response ID:45 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

43

**2. Interviewee Name:**

Mullins Jessica Lou-Anne

**3. Employee ID**

███

**4. Interviewer Name:**

Zareena Shefa

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

My major responsibility is to support a team of individual contributor engineers that manage a consumer behavior pipeline. The consumer behavior pipeline is a data pipeline that ingresses (i.e., intake) and egresses (i.e., out, make available) data events generated by Nike consumers on our .com and app suites (i.e., like a funnel, data comes in one end and out the other). The support can look like removing impediments (e.g., any kind of blockers that prevent an engineer of doing an assigned task like if they don't have access to a data set I can help them get access), participating in technical design decisions and direction (e.g., when there are convos about what we want to do about our architecture, I'll help facilitate or decide in that conversation, for example helping when there is a technical disagreement), providing support for career growth (e.g., help with goal setting, talk about career path short term and medium term, help people navigate career against ladder at Nike), and also partnering closely with product managers and program managers.

**6. What tasks do you spend the most time performing?**

I spend the most time attending meetings, emails, having one on one meetings with my direct reports.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

I think the one on one meetings with my direct reports are the most important because it if the individuals are more happy on the team they are more successful and productive. As a manager I think it is important to invest in the people who report to you and it is my job to support them.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Just like I said in the previous response it is important to have talent happy and that helps to retain talent.

**9. How frequently do you perform these important tasks?**

I meet with each direct report 30 minutes bi-weekly.

**10. What are the most complex aspects of your job?**

I think the most complex aspect of the job is partnering with product managers on the technical direction of our data product because we've had so much uncertainty and shifting landscape which has made it really hard. (i.e., what will we build next over the next fiscal year or over the next couple of years?) For example, we are considering building/implementing a complex

event framework so we can expand our offerings, such as a "rules engine." This is like if there is a rule that is followed, then something happens (e.g., if you add a product to a cart, then you get an email). For shifting landscape we had some pivots with COVID rapid response (i.e., pivoting to support changes to the org because of COVID, such as splitting the team into a couple teams and acquiring more people over the quarter to try and build out a consumer activation platform) and we also had a mini re-org a year ago which impacted our roadmap. For uncertainties we have had a looming re-org for a year so we haven't really known what the impact will be on our long term direction.

**11. What are the specific performance goals you must meet to be a high-performer?**

It is really unclear at Nike, I don't know.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Not really, our team is supposed to achieve a say-do, which means what % of our work that we set out to do did we actually get done. But for me as an individual I don't think there are numeric performance metrics.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

I think you have to have a good sense of managing interpersonal relationships and also have some kind of technical background with software engineering or data engineering. I think you have to be fairly flexible and ok with vagueness and changes.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Outlook, Zoom, Slack, Jira, Confluence, Box, Google docs. Jira is a work tracking system so you can make bodies of work (kind of like every size from large concept to individual tasks and you can track progress on those pieces of work). Confluence is only on the internal network for the company and it is a place to create documentation, pictures, websites. Box is like drop box.

**15. What job title or titles will be next in your career progression?**

In this role someone's next role might be Senior Manager or Director. For me, I don't know. I don't really know what I want to do next and I don't know what I want to do at Nike next either.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I don't know.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

Consumer data (i.e., data related to Nike consumers), but I'm not sure.

**22. How, if at all, does this area of specialization shape the work you perform?**

One thing that we have to keep in mind are consumer privacy laws. There is financial impact if we violate those laws. If consumers want there data to be deleted, then there is a timeframe that we need to delete by or Nike could face a lawsuit or pay a fine. We also have to think about if we are storing identifiable pieces of information and if you are storing it properly.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

One, which is Data Capture Data Enablement.

**25. How many people are on each team?**

About 10 people are on this team.

**26. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

Data Capture Data Enablement.

**27. Who are the members of your primary team by job title and what work do they do?**

Product manager, they are in charge of deciding what and when we build something. Scrum master, they manage the ceremonies (i.e., meeting) for our software development practices. Principal engineer, they write code and also give technical direction across the organization between our team and other teams. Lead engineer, they lead our team with technical direction and also writes code. The software engineers, who deliver code. Everyone kind of does some of the other stuff too.

**28. What do you specifically contribute when you work with your primary team to complete work?**

Specifically, I give input on what work we will work on and when, how we do it, how we build our stuff, and help remove impediments, and resolve interpersonal conflict as necessary. So there is the "what" we are going to build (e.g., building a more robust architecture for holiday readiness because Nike has more traffic during the holidays, I will give my input on that. The when is saying we will need it by next month or knowing when it will be done by, the how is figuring out what we need to do (e.g., should we make clusters bigger?, do we need to remove pieces out of our architecture or simplify?). Architecture is the layout for how something is built.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

I think there are peaks and valleys. Holidays are definitely busy (Oct/Nov to mid December during the holidays), end of December is usually light and people take time off. It is unpredictable between January and May and goes up and down.

**30. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

I don't think it needs a lot of precision.

**31. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

It is periodically high and periodically low. It is just kind of dependent and has been on kind of a roller coaster. Last summer was very stressful with COVID impacting our business, so we got 30 people into our org so there was a lot going on without direction, had to work a lot of hours. I found it stressful with Nike's response to Diversity, Equity, and Inclusion. Nike did a lot of public things recently like announcing Juneteenth as a holiday but the external communication was great although the internal discussion was not great. Senior leaders mention it a lot but I don't see a lot of that change so that dichotomy is stressful for me. I also had a stressful/intense convos with a couple VPs and I did not feel like they had a lot of handle on DEI. Sometimes there is not a lot going on so it is less stressful. For example, this summer I found it stressful with the impending re-org but I stopped thinking about it and trying to enjoy myself and not be stressed about things.

**32. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

The most stressful aspect for my current job is definitely around hiring, career progression, and managing contracts because we have people on work contracts who are temporary workers. Hiring is stressful because we don't get a lot of power in getting roles opened up when we need them, there is a lot of lead time from approvals. We have roles suddenly freeze when they open up so it makes it hard and a time crunch to get someone in your seat before you lose your role. On top of that I had a good partnership with the person from Talent Acquisition although there wasn't a lot of assist once I made an offer, it was up to me to determine their salary which is not my expertise. It goes back to DEI, hiring managers should not be in charge of salary because that is not their scope of talent. So career progression is hard because 1 we don't know what achievements are specifically needed to get from one role to the next (I don't know what to do to demonstrate what I need to do to be ready for that role), the next thing that is hard is that once someone is submitted (like if I submit someone to be promoted), I feel like a lot of it rides on people socially knowing that person and saying they are skilled/deserving of the promotion so it is not based on data, and 3rd when people get denied for promotion there is no feedback loop on why. So Nike has people on contract ETW (external temp worker), and the culture at Nike is that as an ETW is seems like a great path to become an employee at Nike so I was told as a manager you can get ETW roles opened up quicker and I could convert them over to a full time role quicker. It actually isn't that easy to then you have a person whose contract is going to end and it doesn't work out to a full time position. Also, I don't think it is legal for us at Nike to talk to ETWs about career goals or employment (they should talk to their actual employer), so they talk to me about it and ask when they'll get hired on so the culture is that everyone talks about it. I don't talk about certain things so it becomes stressful. The orientation time for being a manager sets the expectation that you shouldn't talk to them about certain times, which is not the reality of what other managers and people are doing so that makes it hard.

**33. To what degree does your work involve high time pressure? Please explain.**

Actually we don't have too many tight deadlines. Generally it is about this time of year (late August- September to October) there are more time pressures because of the holidays. Global tech at Nike has certain time windows where you can release things (e.g., any changes to our code that impact production) during the holidays so that has a built in time pressure as well.

**34. To what degree is your work impacted by unexpected disruptions? Please explain.**

Almost daily, I don't know, constantly. It makes it hard to think about the work I do. Those disruptions are usually Slack messages that need to be responded to or one-off emails or messages that need to be responded to. So often times I do get these messages that disrupt my regular job tasks.

**35. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

Kind of clearly defined, kind of what is expected of me. Like I said there is not really a clear set definition of what any role does at Nike. But I think what helps because I can see what other successful managers do. This can hurt because it can create a stereotype. I also have a good relationship with my manager so that helps.

**36. To what extent is creativity important to perform your current job effectively?**

Important

**37. In what way is creativity required to perform your current job effectively?**

I think that theres a certain extent of creativity when you are solving technical problems and you are working on tech solutions and you can see other peoples solutions to technical problems. Also being creative with creating team harmony. I haven't had a lot of interpersonal conflict on my team but if it does pop up it helps to be creative when addressing it.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Because I started working during COVID never but in person I probably would travel a little

**40. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

N/A

**41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**43. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I think most important decision is when I am hiring deciding who to move along the pipeline or who to hire. This is important for Nike because we want to hire good talent and important for employees because we want to work with good people. Also important to avoid a bad hire. Otherwise the technical stuff largely is left to my team and team leads and I just try to help facilitate that. My team drives all of that although I do weigh in.

**44. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, I sit in meetings and I hear things. But I think on my teams level I have influence/voice even though I let them drive decisions although I can influence. I have talented people on my team so I don't have a lot of work there. Lately, I have been involved in some strategy development with leadership and contributing there have had the opportunity to comment on the documentation although I don't feel like my feedback was read. It is a weird position being in this management role because it feels like you would have more scope on contributing in a way that makes a difference but at the same time I don't. I also co-chair for Women of Digital and in that role I do have a lot of opportunity to contribute to strategy and planning because the co-chair team is very collaborative and we are an organization that supports women and friends targeted towards underrepresented people in the digital/tech space and our agenda is to create programming and opportunities to support that

community. I think in that role I have been able to have more contribution/be able to make a difference.

**45. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

I have involvement in procedures for my team. I contribute by just hearing what the team likes/dislikes and helping them adjust or refine procedures. For example, we have on-call support to be a point of contact for something that comes up, and one of the things that we tried was to change the procedure for the on-call handoff. We decided to make it a week and hand it off on Monday. We also have daily meetings where I have opportunities to contribute to things like developing code. For a larger scale I have given feedback through various venues like Women of Digital, Nike Moms and Dads, and I have contacted HR about specific policies that I thought should change.

**46. Do you have any involvement in managing budgets?  If yes, what is your role?**

No, I don't have any involvement. Actually my manager doesn't have very much involvement managing budget. Nike leadership mostly manages budget which contributes to the long time to a role opens up to add someone to our team until the role is filled (there is a long process, possibly because we don't have budget control at a lower level).

**47. What level of authority do you have, including making recommendations, to hire employees, if any?**

On my team I am the final decision maker for that so a lot of authority. I also have influence on partner teams and I think my recommendation could carry some value.

**48. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I can make a recommendation and I can make a case (provide supporting evidence for why i am providing recommendation).

**49. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I'm not sure and luckily I have not had to do this. But I think managers can start that process although I have not had to exercise that.

**50. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I definitely can do that, but luckily have no come across this. I'm pretty sure that is within my scope of authority.

**51. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Other:

**52. Please explain the type of legal documents you are authorized to sign.**

Not sure.

**53. How frequently do you sign legal documents on behalf of the company?**

Never

**54. What is your spending limit without seeking approval?**

Probably $200 but I usually seek approval.

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both. Sometimes my manager/leadership will give tasks but also sometimes I can kind of determine my own assignments.

## 10. Section 6: Supervising Others

**56. Do any Nike employees _directly_ report to you?**

Yes

**57. How many Nike employees directly report to you?**

8 directly report to me.

**58. What are the job titles of the employees who directly report to you and what work do they perform?**

Lead software engineer, they provide technical guidance, mentorship, and write code. Senior software engineer III and II, their primary functions are writing code and doing some technical design work. I also have an intern, their function is to complete their intern project.

**59. How do you supervise the work of those who directly report to you?**

We have daily meetings called stand ups that is a 15 minute meeting where everyone reports what they worked on yesterday and what they will work on today. I also supervise through bi-weekly one on ones by asking how everything is going and getting a sense through that. And then just larger project meetings and kind of seeing holistically how a project is trending (i.e., going towards the finish line).

**60. Do any Nike employees _indirectly_ report to you (e.g., "dotted line")?**

No

**How many Nike employees _indirectly_ report to you?**

**What are the job titles of the employees who _indirectly_ report to you and what work do they perform?**

**How do you supervise the work of those who _indirectly_ report to you?**

## 11. Section 7: Experience, Training, and Education

**61. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I was a Programmer Analyst I for a year and a half. And then I was a Programmer Analyst II for a year and a half. I was a Graduate Researchers for 2 years. And I was a Software Engineer for a year.

**62. To what degree has your prior work experience been helpful for performing your current job?**

I think extremely helpful. In my previous jobs I built my foundation for understanding software development and got a chance to learn from managers I liked or didn't like and picked up on their management styles.

**63. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

I think how to facilitate conversation. I want to say "software engineering" that is not specific but the whole thing. For example, best practices, how to write code, how to review code, how to review design documents.

**64. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: I was an internal application

**65. What job titles have you held at Nike prior to your current job?**

External Temporary Worker, Senior Software Engineer II, and Senior Software Engineer III.

**66. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

I think I learned a lot about API development (i.e., kind of how two services talk to each other, like two things on the internet such as if you go to Nike.com and recommendations for shoes is another services), AWS (Amazon web services which is a suite of tools used for development in the cloud). I have learned a lot about building connections with other people.

**67. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job experience and coaching/mentoring.

**68. What is your highest educational level?**

Master's degree

**69. In what field of study is your highest degree?**

Computer Science.

**70. How, if at all, has your education been helpful for performing your current job?**

My Masters has helped me to give and receive critical feedback.

**71. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None.

**72. How have these qualifications been helpful for performing your current job?**

N/A

## 12. Section 8: Working Conditions

**73. What is your typical work environment? For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID I was in the office at Nike WHQ. Post COVID I work from home.

**74. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**75. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**76. How many hours do you work in a typical week?**

Probably 35-40 hours in a standard work week.

**77. To what extent do your work hours vary from week to week?**

From week to week my hours do not vary very much.

**78. How many days do you work in a typical week?**

5

**79. To what extent does the number of days you work vary from week to week?**

Not much, or not at all actually. Nike is doing Summer hours but my typical experience is not much. Nike does the Summer Fridays that are half days.

**80. To what extent do you control your work schedule such as where and when you perform tasks?**

I think I have pretty good control over my work schedule for the most part. I think I can exercise some autonomy over my work schedule.

**81. What time do you typically start work each day?**

I try to start by 9AM, earlier if possible.

**82. What time do you typically end work each day?**

5PM, but sometimes 4:30PM if I can start earlier.

## 14. Section 10: Extra Roles

**83. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

I am a co-chair of Women of Digital so the duties are to lead the Women of Digital team in the planning of programming for our community.

**84. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

I don't think I have.

**85. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**86. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No, I don't think so.

## 15. Section 11: Changes to The Job

**87. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

I don't think so.

**88. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

I don't think so, that part has been pretty consistent.

**89. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Not really, not that I can think of. Largely how and what has remained the same as far as tasks I perform. Maybe as far as the direction or changing the team might change but the tasks are the same still.

**90. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, we were using Blue Jeans for videoconferencing but now we are using Zoom.

Nike Job Analysis Interview

Response ID:46 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

44

**2. Interviewee Name:**

Mia Ashley Burtch

**3. Employee ID**

██████

**4. Interviewer Name:**

Ashwin Krishnan

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Seasonal work - I partner cross-functionally with store's marketing, digital, and brand teammates to align on a holistic marketing strategy, prior to the kickoff of the season. Once the seasonal strategy is dialed, I provide seasonal guidelines for visual merchandising and styling managers across APLA that ensures consistent and elevated product presentation. This guidance is intended to keep storytelling in the marketplace aligned to the larger enterprise, ensure sell-through of seasonal products, and provide a memorable experience for our consumer. Within the seasonal work, I provide key looks for mannequins, styling direction and example planograms of how products should be laid out in store. After providing guidelines, I review the geography's plans for execution and give them feedback on how to improve these. Once the season has kicked off, I begin a cadence of photo review process with teams, providing them feedback and suggestions on their actual store executions.

365 guidance - I provide season-less guidelines for visual merchandising and styling managers across APLA that ensures consistent elevated product presentation year-over-year. These guidelines share foundational principles for product presentation that can be used in any of our direct and partner doors. These tools can also be used for training new team members on Nike's vision for VMS (visual merchandising and styling). Every time a new proposition is introduced in the marketplace, I create a new 365 tool to guide teams on how to execute in-store storytelling for this part of the business.

New store openings - I work cross-functionally to plan and execute new store openings in our key cities across APLA. From the beginning, I work with the business teams and design teams to identify capacities, store layout, and product zoning for new stores. I acquire the opening assortment from territory partners and create an opening plan inclusive of the consumer journey, fixture blocking, product layout, mannequin styling, and signage placement. I partner with store's marketing teammates to ensure we are marketing key stories for this opening. During the opening process, I provide feedback on photos from the VMS team, making suggestions on how to improve the store presentation prior to opening. Most recently, I have been a part of launching new store concepts in the marketplace, such as Nike Rise and Nike Live.

**6. What tasks do you spend the most time performing?**

Seasonal Guidelines
- thirteen-week online to offline styling tool
- seasonal planogram example
- briefing geo brand creative team on store needs for brand-defining stories
- reviewing territory plans and providing feedback

- reviewing territory execution photos and providing feedback

New Store Openings
- initial capacity studies
- fixture, mannequin, and prop ordering
- opening plans (consumer journey and planogram)

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Seasonal direction and new store opening guidance.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Seasonal direction ensures the consistency of the brand for Nike through direct and partner channels. This direction ultimately leads to product sell-through and brand profitability. There's no avenue for our territory and country teams to receive this seasonal guidance if not for myself and my VMS team. This seasonal direction and feedback pipeline are the number one ways I train and develop team members for the brand.

New store opening guidance ensures we are introducing the brand to consumers within a new marketplace in a premium and consistent way. This work protects and drives our brand identity globally, and ensures profitability across new store investments.

**9. How frequently do you perform these important tasks?**

Seasonal direction - four times a year.
New store openings - vary, but are approximately once a month.

**10. What are the most complex aspects of your job?**

Partnering cross-functionally to create an overarching seasonal marketing plan before building the seasonal VMS guidelines.

Partnering cross-functionally during the early stages of the new store opening process.

Building 365 guidelines that take into account evolution of our business propositions, APLA's diverse marketplace, and evolution of the field of visual merchandising and styling.

**11. What are the specific performance goals you must meet to be a high-performer?**

Highly skilled at design composition, product merchandising, and product styling. Clear communication, both written and verbal. Ability to digest and adapt global direction for stores. Timely when delivering seasonal and new store opening plans. Ability to coach, provide feedback, and develop teammates through written and virtual interaction. Ability to partner cross-functionally on high-level marketing strategy.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Not really.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Highly skilled at design composition, product merchandising, and product styling. Clear communication, both written and verbal. Ability to digest and adapt global direction for stores. Timely when delivering seasonal and new store opening plans. Ability to coach, provide feedback, and develop teammates through written and virtual interaction. Ability to partner cross-functionally on high-level marketing strategy.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Keynote, PPT, Excel, Slack, Airtable, D6, Box tools, Outlook.

**15. What job title or titles will be next in your career progression?**

Visual merchandising and styling director, senior director.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Ability to pull up and think high-level marketing strategy.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

APLA

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Absolutely. APLA is the most diverse marketplace, inclusive of 50 countries. More so than any other geo, our work needs to be adapted and tuned to our various territories in order to land with the consumer. In my function, there are less managers than in any other geo.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

Other: Women's and Kid's

**22. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

Absolutely. Women's and kid's has a tremendous growth trajectory and thus requires a lot of strategic work and creation of store's guidance at this time.

**23. Do you have any additional specific areas of specialization? If yes, what areas?**

New concept strategy.

**24. How, if at all, does this area of specialization shape the work you perform?**

I currently spend half of my working hours partnering with global to strategize a new concept that will launch in our geo.

## 7. Section 3: Work Team Structure

**25. Do you work as part of a team?**

Yes, I work as part of a team.

**26. How many teams do you work on at a time?**

Most regularly, I work on a team of 3, within a larger team of 6, within a larger team of about 15.

**27. How many people are on each team?**

Most regularly, I work on a team of 3, within a larger team of 6, within a larger team of about 15.

**28. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

The Consumer Direct Marketplace (CDM) team.

**29. Who are the members of your primary team by job title and what work do they do?**

visual merchandising and styling manager (men's) - seasonal, 365, and new store openings.
visual merchandising and styling director - oversees the work being done across women's, men's and kid's.

**30. What do you specifically contribute when you work with your primary team to complete work?**

Create timelines and work-backs to ensure efficiency in planning. Written and verbal communication to our teams. Women's and kid's perspective for strategy and creation of tools. Servant leadership.

## 8. Section 4: Work Characteristics

**31. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

Unpredictable - dependent on the amount of new store openings or new concept launches happening at any given time. Projects pulse up and down irregularly dependent on business needs. The amount of meetings and deliverables are directly dependent on how many projects are going on at the same time. Underlying the above, seasonal work is more consistent and predictable and peaks four times a year.

**32. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

New store opening, capacity planning, must be exact in order to ensure the door will be profitable. Fixture, mannequin and prop orders must be exact, otherwise teams won't have what the need to open the doors once on the ground. Errors in any of the above could negatively impact partner relationships.

Written and verbal guidance for our seasonal and 365 tools must be exact, or we risk inconsistency and misunderstanding.

**33. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant?  Please explain.**

Periodic, high stress as projects pulse up and timelines are not flexible. We only have two managers executing the work.

**34. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

Timelines. Meeting seasonal timelines and new store opening timelines, but ensuring that the work is highly detailed, precise, and communicated effectively are competing priorities. At times there is not enough hours in the week to attend regular meetings and protect working desk time to execute deliverables. My job requires innovative thinking and creative strategy, which is difficult to muster when the proper amount of free space is not protected.

**35. To what degree does your work involve high time pressure?  Please explain.**

I hand over at least one extensive deliverable per week. Each week, finding time to execute the work is difficult.

**36. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Daily, meetings or varying business needs pop up and impede on desk time.

**37. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I feel my role is clearly defined, more than other functions. I know exactly what is expected of me.

**38. To what extent is creativity important to perform your current job effectively?**

Critically Important

**39. In what way is creativity required to perform your current job effectively?**

My job is to build innovative storytelling executions that are unique to the brand, forward-thinking, and support the business.

**40. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**41. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Pre-covid: monthly or bi-monthly. Post-covid: never.

**42. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid would have been primarily to Tokyo, Seoul, Bangkok, and Mexico City.

Post-covid we are not currently traveling.

**43. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

30

**44. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**45. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: The retail lab at WHQ, varying building on campus, and global travel, mainly to support new store openings and trainings.

Post-covid: 100% at my desk, virtual.

## 9. Section 5: Decision Making

**46. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Seasonal direction - if I did not provide this, we would not see consistency in key product sell-through across APLA

New store opening - fixture, mannequin and prop orders must be exact or we risk ability to open the store, profitability, and partner relationships.

Concept strategy - decisions that impact global adoption of product, merchandising, and styling principles, leveraged within a new store concept globally. This could affect profitability, consistency, partner relationships, and brand identity.

**47. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Concept strategy - decisions that impact global adoption of product, merchandising, and styling principles, leveraged within a new store concept globally. This could affect profitability, consistency, partner relationships, and brand identity.

APLA's Women's and kid's strategic plans - partner cross-functionally to create the vision of how women's and kid's comes to life in stores.

**48. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**49. Do you have any involvement in managing budgets? If yes, what is your role?**

No.

**50. What level of authority do you have, including making recommendations, to hire employees, if any?**

Only suggestions and feedback. I participate in interviews if asked.

**51. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None.

**52. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**53. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**54. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**55. What is your spending limit without seeking approval?**

None.

**56. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both.

---

## 10. Section 6: Supervising Others

**57. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**58. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

---

## 11. Section 7: Experience, Training, and Education

**59. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Visual merchandising and styling manager , senior manager, new store opening lead - ten years.

General manager - two years.

Global concept visual merchandising and styling manager - 6 mos.

**60. To what degree has your prior work experience been helpful for performing your current job?**

100%.

**61. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

- managing large teams
- managing creatives
- creating work-backs and project timelines
- display ideation - from gathering inspiration, sketching, through execution and install
- business acumen
- design principles
- delivering feedback
- executing performance reviews
- building new store openings
- strategizing new retail concepts
- working cross-functionally with merchants and business managers
- styling experience
- written and verbal communication/presentations
- training and development of employees
- mentorship
- collaboration
- retail end-of-mind experience

**62. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: Previously, I was an ETW (external temporary worker) at Nike

**63. What job titles have you held at Nike prior to your current job?**

Global concept visual merchandising and styling manager for Nike Unite (ETW).

**64. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Space planning, creating detailed directives, working cross-functionally with design and construction teams, adapting communication to fit the needs of varying marketplaces, mannequin fabrication, working within a matrix.

**65. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Job experience.

**66. What is your highest educational level?**

Bachelor's degree

**67. In what field of study is your highest degree?**

Marketing and Japanese

**68. How, if at all, has your education been helpful for performing your current job?**

Functional understanding of marketing.

**69. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

N/A

**70. How have these qualifications been helpful for performing your current job?**

N/A

## 12. Section 8: Working Conditions

**71. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: Nike WHQ

Post-covid: at the kitchen table

**72. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**73. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**74. How many hours do you work in a typical week?**

42-45

**75. To what extent do your work hours vary from week to week?**

Five hours or less.

**76. How many days do you work in a typical week?**

5

**77. To what extent does the number of days you work vary from week to week?**

N/A

**78. To what extent do you control your work schedule such as where and when you perform tasks?**

I control my work schedule based on when I'm not in meetings.

**79. What time do you typically start work each day?**

8:30am

**80. What time do you typically end work each day?**

Between 5 and 7 (this is due to the varying time zones we partner with)

## 14. Section 10: Extra Roles

**81. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

Mentoring others, maintaining relationships and guiding newer managers.

**82. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

Yes. APLA employee engagement thought team - about two hours a week during 2020. Mannequin Tiger Team - developing new poses for global adoption, which took about 10 hours a week during 2019.

**83. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**84. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

N/A.

## 15. Section 11: Changes to The Job

**85. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

Yes. We've added on to our seasonal work each season (for example, having long term consumer concept pages, and example planogram, and a thirteen-week styling tool). With increased monthly communication with the cross-functional partners and our VMS teams by sending out a newsletter. We've begun a series of training workshops to educate our VMS teams on the new concepts. Post-CDA, we have taken on the responsibility of guiding communication and graphic placement at retail. We have begun curating briefs for the geo brand creative team each season - building a deck that communicates what retail needs are out of the visual creative they deliver for brand-defining stories. Post-CDA, I continue to do all aspects of my pre-CDA job.

**86. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes, we've added more responsibilities that increase the amount of time spent.

**87. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

No.

**88. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No.

Nike Job Analysis Interview

Response ID:47 Data

---

## 1. Pre-Interview Information

**1. Interview ID Number**

45

**2. Interviewee Name:**

Allen Hayley Kirst

**3. Employee ID**

███████

**4. Interviewer Name:**

Zareena Shefa

---

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I manage the apparel rebuy assortment for global Nike factory stores. A rebuy assortment is when we take previous in-line assortments (i.e., the current product offering from the product teams, like women's training, women's sportswear so we take current offering and resell a year later) and rebuy them one year later, so basically when you walk into a Nike factory store (this is 900 doors in the global marketplace, which create curated assortments for consumers, so Nike creates a value destination in the marketplace), half of the product you see on the store is close out (i.e., liquidation from the wholesale market) and the other half is rebuy. This make sure the consumer always have access to the essentials in their wardrobe. would say my responsibility is to provide a compelling and thorough assortment for our Nike consumer, meaning... his or her favorite essentials, seasonal or heat, and an elevated shopping experience. So we do marketplace analytics, we review data both POS (i.e., point of sale which are actual numbers) or forecasts (we think this item will sell X amount, more so the units and not the pricing architecture) from prior season, consumer trends and insights), we look at line art (i.e., the visual representation of specific styles in the assortment), brand/story telling (i.e., a specific retail moment like "AirMax day" so making sure we have the specific product to support that retail moment), product decks and tools (i.e., this can be tech sheets, which are a breakdown or overview of a specific style which can mean the type of material, weight, trim, application... so anything that tells me more about the garment. This is also specific narratives or story telling around a specific collection or assortment. For this, an iconic example is "Nike Air" is a recognizable and ever-green style and story telling for the consumer). We partner with our PCC (product creation center) over in Asia, these are our development partners who develop and commercialize our styles. We partner with Sourcing and Planning to ensure we have capacity at our factory partners to produce and manufacture. We also partner with our global merchandising team and our geo-leads to ensure marketplace needs are being met. We also partner with the in-line teams to align on product life cycles, over-arching strategies, and priorities. We are creating a curated experience for the consumer so that they have access to Nike essentials (e.g., black tights, bras in all the sizes) alongside the close-out from the wholesale marketplace (e.g., a flashy jacket, a broken size run).

**6. What tasks do you spend the most time performing?**

Line plan architecture, deck and tool review, product lifecycle management, specific product details, data and analytics (POS, forecasts), and I would say meetings with merch and product teams on alignment and strategy. Line plan architecture is how we kick off the initial season, which is understanding geo frameworks or marketplace needs and using our product tools, line art, and data analytics to fill those marketplace needs. The line plan architecture is the kickoff to each season. For us, this is financials, targets, LY (last years info, where we have been), specific price points, and classifications. Product lifecycle management, styles all have a lifecycle which is how long they are offered or exist in the market (e.g., women's running short available from Spring 21 to holiday 21). In the rebuy business, we are not able to offer a style in Nike factory store until it is no

longer active in the global marketplace. So this is partnering with in-line teams on product cadences and when we can introduce a certain product into our value distribution (i.e., Nike factory store).

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

I would say Nike factory store reaches more consumers than any other point of distribution. Ensuring that we have a balanced assortment (i.e., rebuy) for our consumer while providing a premium Nike shopping experience plays a huge part and is essential to Nike's success.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Having a balanced assortment in our Nike factory stores is because it provides our consumer with access to Nike's essentials with access to a broad assortment of Nike product (e.g., rebuy and close-out from wholesale partners, but a lot of the time it is the flashy bright color prints and higher price-point products) and drives a ton of revenue. Also, it drives global reach.

**9. How frequently do you perform these important tasks?**

Daily, this is my job daily. I would say constantly learning more from our geo partners, global marketplace, making adjustments to the line plan to ensure that we are meeting or fulfilling the consumer's needs as far as price-point, style, and access.

**10. What are the most complex aspects of your job?**

Volatility and high frequency of change in product access and lifecycles. An example of this would be that we have reached a point of finalization/handoff of our process and due to marketplace shifts, we could experience significant change later in the calendar (e.g., our in line partners taking styles back to be offered in the in line marketplace, therefore creating a gap in our assortment) that can be challenging to rectify or to provide solutions.

**11. What are the specific performance goals you must meet to be a high-performer?**

I have to deliver seasonal assortments that fill marketplace needs (e.g., style, color, price point, classification which is "shorts" or "fleece" or "bras"). I also deliver seasonal tool-kits (i.e., a product deck that includes the assortment overview, style level details, specific storytelling/narratives, strategic priorities for the season) to our geo partners.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Style count targets. Style count is how many styles we are offering for a specific season broken down by merch classification.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Product knowledge (i.e., textiles, garment construction, applications and techniques, garment cost and margin), balance of art and science (i.e., science meaning data and analytics to make sure decisions are informed by data, and art as in future thinking, consumer needs, trends).

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Excel, Powerpoint, Miro (a visual tool like a virtual whiteboard, you can put imagery, sticky notes), Slack.

**15. What job title or titles will be next in your career progression?**

Product Director in the Product Merch Org is the typical career progression.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Knowledge and expertise on product and product creation, managing teams effectively, inspiration and motivation is a big one, ability to communicate and drive a vision or strategy.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Apparel

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

I don't know.

**20. Are you assigned to a specific Sports Category (dimension)?**

Other: I manage all, excluding the Jordan brand (my role manages all the men's business including all the sports dimensions whereas the in land partners are dimension specific and have one area of focus where I have 6)

**21. Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

The rebuy role is unique in the sense that it is no new product creation and we are only rebuying older assortments from the dimensions. The work would change significantly if I were in a different Sports Category because it would be product creation. In rebuy, we do not create new products.

**22. Are you assigned to a specific Product Line/Gender?**

Men's

**23. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

No.

**24. Do you have any additional specific areas of specialization? If yes, what areas?**

Sustainability, two projects; one being excess raw material in the supply chain and number two would be material conversions.

**25. How, if at all, does this area of specialization shape the work you perform?**

I would say these two projects started off as concepts that were then able to be scaled to become part of how we operate (i.e., started off as a small project and it has become part of our roles and responsibilities across all genders).

## 7. Section 3: Work Team Structure

**26. Do you work as part of a team?**

Yes, I work as part of a team.

**27. How many teams do you work on at a time?**

I mostly work on one team, which is Nike Value Apparel/Rebuys. I also work on the Global Merch NFS (Nike Factory Store) Rebuys.

**28. How many people are on each team?**

On the immediate team (Nike Value Apparel/Rebuys) there are 6 people. There are 2 people on the Global Merch NFS Rebuys team.

**29. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

The Nike Value Apparel Rebuys team.

**30. Who are the members of your primary team by job title and what work do they do?**

Product Director drives strategy and process for Nike value apparel. Then I have my PLM (Product Line Manager) counterparts that manage the women's and kid's businesses and have the same roles and responsibilities as myself. There is also a PA (Production Artist) who manages the line art and visuals. Our CIA (Category Information Analyst) manages the data integrity of style offering. And then we have a Sourcing and Costing Partner who sources our styles at multiple factory bases and manages our FOBs (i.e., Freight on board or the cost of a garment with our development partners).

**31. What do you specifically contribute when you work with your primary team to complete work?**

Specific line plans (e.g., style count, specific style attributes, color, and life cycle). I also contribute seasonal strategies and overarching direction from specific dimension partners.

## 8. Section 4: Work Characteristics

**32. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

Peaks and valleys. We have seasonal deliverables four times a year (quarterly) where we have multiple seasons, tool-kits, and deadlines colliding. Yes, it is predictable.

**33. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

The line plan must be handed over in an exact and accurate manner. Consequences would be additional workload for multiple partners.

**34. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

Low intensity for the most part, I would say there are moments throughout the year where multiple expectations/deliverables can cause stress.

**35. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

The most stressful part of my current job would be presenting to our geo partners, seasonal strategies, line plans, and priorities. This is more personal than anything but the stress comes from the pressure that I delivered on all marketplace needs and asks.

**36. To what degree does your work involve high time pressure? Please explain.**

It goes back to the quarterly deliverables within a certain timeline, so to a mid degree.

**37. To what degree is your work impacted by unexpected disruptions? Please explain.**

Yes, it is impacted by unexpected disruptions. Unexpected disruptions could be COVID, store closures, marketplace opportunities, gaps, manufacturing capacity, and factory closures.

**38. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

Yes, I do what is expected of me. My roles and responsibilities are clearly defined and I am clear of what is expected of my

role and function within the organization.

**39. To what extent is creativity important to perform your current job effectively?**

Critically Important

**40. In what way is creativity required to perform your current job effectively?**

To have a thoughtful and flexible approach, being able to pivot and react quickly to pilot a new way of thinking which could be a business opportunity or a way we approach a process or a way we do things.

**41. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Between never and once a year

**43. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID I have gone to Florida. Post COVID I do not travel.

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**46. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I would say landing a rebuy assortment that fills marketplace needs and is relevant for the consumer. If a poor decision was made, this could result in missed sales or a marketplace gap.

**47. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, part of a small team driving strategic planning within the Nike Value Store business. This varies from sustainability initiatives to inclusivity to what a future shopping experience could look like.

**48. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**49. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**50. What level of authority do you have, including making recommendations, to hire employees, if any?**

None.

**51. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None.

**52. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**53. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**54. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**55. What is your spending limit without seeking approval?**

I don't spend, it is not part of my role so I don't know.

**56. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I would say both. I have the flexibility to bring about new projects or assignments with the approval of my manager.

## 10. Section 6: Supervising Others

**57. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**58. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**59. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Product Line Manager for 6 years.

**60. To what degree has your prior work experience been helpful for performing your current job?**

Incredibly important I would say from understanding consumer and marketplace needs and trends, price sensitivity, competitors, balanced assortments (style, color, price), and overall team work and collaboration.

**61. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

I would say marketplace trends and analytics, product decks and tools.

**62. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**63. What job titles have you held at Nike prior to your current job?**

APLM (Associate Product Line Manager), before that Product Developer, and before that Technical Developer II.

**64. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

I would say robust line planning and line architecture, marketplace and consumer insights from our geo partners. Also style and color life cycles. Also the importance of an essentials business vs. seasonal energy.

**65. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

I would say job experience and coaching/mentoring.

**66. What is your highest educational level?**

Associate's degree

**67. In what field of study is your highest degree?**

Product Development and Merchandising.

**68. How, if at all, has your education been helpful for performing your current job?**

I would say basic knowledge of the industry and the life cycle of a garment from concept to commercialization.

**69. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None.

**70. How have these qualifications been helpful for performing your current job?**

N/A

## 12. Section 8: Working Conditions

**71. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID was Nike HQ. Current status is at home.

**72. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**73. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**74. How many hours do you work in a typical week?**

I work 45-50 hours a week.

**75. To what extent do your work hours vary from week to week?**

I would say it is dependent on where we are in the calendar and what deliverables we have at the moment.

**76. How many days do you work in a typical week?**

5

**77. To what extent does the number of days you work vary from week to week?**

The number doesn't vary.

**78. To what extent do you control your work schedule such as where and when you perform tasks?**

Outside of meetings I have full control on how I manage when and where I get my work done.

**79. What time do you typically start work each day?**

8AM.

**80. What time do you typically end work each day?**

That is tricky, I would say I have a sharp cut off at 4:30PM to pick up the kids but most of the time I get online later in the evening to catch up.

## 14. Section 10: Extra Roles

**81. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I am mentoring someone right now who is a colleague I worked on a project with. I help her to chart and navigate her next career at Nike by providing networking and tools.

**82. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

I would say excess raw material which has been a project that has provided visibility to the excess raw material in our supply chain. Time spent is hard to put a number on but a significant amount of time was spent.

**83. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**84. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**85. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

As we have refined our process, we have eliminated several tools that enable us to be more efficient. The tasks haven't really changed, just becoming more efficient and sharp on how we approach the body of work and specific outputs.

**86. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

The PLMs focus less on data and analytics as this responsibility is now owned by a different function.

**87. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

We are always striving to look for efficiencies and ways to streamline and improve the way we do things. In doing so, we are able to manage different projects and lean into different bodies of work, which has opened up more time.

**88. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No.

Nike Job Analysis Interview

Response ID:48 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

47

**2. Interviewee Name:**

Celia Eleson Donnelly

**3. Employee ID**

██████

**4. Interviewer Name:**

Ashwin Krishnan

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am a digital product designer, so I perform UX, UI and interaction design, specifically on our product page.

**6. What tasks do you spend the most time performing?**

As of lately, collaboration, meeting time. It's been many months since I've worked on significant UX or UI challenges. Documentation is one of my primary tasks as of late.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

I am working on vision - north star work on our product page - that involves cross-functional collaboration with product and engineering and branding partners. This will significantly impact our primary KPI's (key performance indicator), including add-to-cart and favoriting.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

This will significantly impact our primary KPI's (key performance indicator), including add-to-cart and favoriting.

**9. How frequently do you perform these important tasks?**

As of late, that work is starting to increase, so 50% of my time.

**10. What are the most complex aspects of your job?**

Cross-functional teamwork and alignment.

**11. What are the specific performance goals you must meet to be a high-performer?**

Strong communication, timely turnaround of work, a comprehensive understanding of how our page is engineered.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Not that I'm aware of.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Strong knowledge of UX, UI and interaction principles; strong communication skills.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Figma, Slack, Outlook, Box.

**15. What job title or titles will be next in your career progression?**

Staff designer

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Strong leadership capabilities and strong cross-functional relationships and a broad understanding of Nike's business goals.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

North America

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

I believe so. Specifically, I know that there are quite a few differences between the work I do on the product page in North America compared to that work being done in greater China.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

No.

**23. How, if at all, does this area of specialization shape the work you perform?**

N/A

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

One.

**26. How many people are on each team?**

Six on my immediate team.

**27. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

Yes, we're called the Decide Design Team, within digital.

**28. Who are the members of your primary team by job title and what work do they do?**

Senior director of product design (decide and buy) - they manage the decide and buy teams.
Design manager - they specifically manage the decide team
Senior producer - they manage operations
Designer II - they perform mid-level design work
Senior designer - they perform more big-picture or high-level design work

**29. What do you specifically contribute when you work with your primary team to complete work?**

I perform some level of design guidance to the designer II's on the team. My individual contribution is more high-level or big-picture design work.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It feels like there are unpredictable peaks and valleys. Last year, prior to the reorg that Nike went under, my workload and meeting-load were manageable. Since the reorg, both workload and meeting-load have increased pretty significantly. It's been hard to predict what's around the corner.

**31. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

There is some flexibility up front. A good amount of my work beings with exploration, which doesn't require much precision. But by the time my work is handed off to engineering, it must be precise. The consequences if the work isn't precise by the time it's handed to engineering will be a lot of churn and back-and-forth between design and engineering.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

It feels like frequent, high stress. Contributing factors are high meeting load with little time to execute work, little amount of sway in timelines of deliverables, and lots of time dedicated toward planning and documentation, leaving little time to execute on design.

**33. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

For me, frequent and recurring presentation of work with little enthusiasm in response to work. It's frustrating to put in a lot of care and effort and effective collaboration, and have it be met with no real positive validation from leadership. They jump straight into constructive criticism without leaving any room for what's been accomplished.

**34. To what degree does your work involve high time pressure? Please explain.**

It really varies. Some really simple tasks, I'm allotted six months to execute on, while my current project requires a lot more

deep thinking, and there's a very pressing time constraint.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Heavily. Anyone can add anything to my calendar with very little notice, and I think Slack can be abused, so it is a common distractor as well.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I think it's pretty clearly defined, and I do understand what is expected of me.

**37. To what extent is creativity important to perform your current job effectively?**

Other: See below

**38. In what way is creativity required to perform your current job effectively?**

Creativity is really important when it comes to innovation in design, and we want to be a leader in design as well as product design, but the way we work and prioritize things, as well as technological constraints really minimize the room for creativity.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**43. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I get to have some level of input in strategy on how to execute a feature, but I'd say it's quite minimal.

**44. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

I contribute to the strategy of the design process specifically. I would contribute to strategy questions like: How do we start? What do we prioritize? To what level of fidelity?

**45. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**46. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**47. What level of authority do you have, including making recommendations, to hire employees, if any?**

I am not sure.

**48. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I'd say probably some, but likely minimal.

**49. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**50. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**51. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**52. What is your spending limit without seeking approval?**

Zero.

**53. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I am assigned work.

## 10. Section 6: Supervising Others

**54. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**55. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**56. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I was a designer for 10 years by the time I started at Nike. Prior titles have included director of product design, head of UX/UI, and senior designer.

**57. To what degree has your prior work experience been helpful for performing your current job?**

As far as my design experience goes, it has been very applicable. However, my experience has been predominantly at startups, so I'm used to working on more big-picture work and I'm way less accustomed to the processes of a large organization.

**58. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

My knowledge of product design, and skills I've gained along the way in regards to giving and receiving design feedback.

**59. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**60. What job titles have you held at Nike prior to your current job?**

Designer II

**61. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

I have a better understanding of the value of compromise between all the partners involved in developing a feature.

**62. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On-the-job experience.

**63. What is your highest educational level?**

Bachelor's degree

**64. In what field of study is your highest degree?**

French and rhetoric.

**65. How, if at all, has your education been helpful for performing your current job?**

My formal education has not applied to my current job.

**66. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None.

**67. How have these qualifications been helpful for performing your current job?**

N/A

## 12. Section 8: Working Conditions

**68. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid I was working at WHQ, five days a week. Now, I work from home 5 days a week.

**69. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**70. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**71. How many hours do you work in a typical week?**

During the summer, 35 hours - we have summer Fridays. Any other time of year, 40 hours.

**72. To what extent do your work hours vary from week to week?**

They don't vary.

**73. How many days do you work in a typical week?**

5

**74. To what extent does the number of days you work vary from week to week?**

It doesn't.

**75. To what extent do you control your work schedule such as where and when you perform tasks?**

I don't have control of my schedule but I do have control of where I'm working in the covid era.

**76. What time do you typically start work each day?**

9AM

**77. What time do you typically end work each day?**

5PM

## 14. Section 10: Extra Roles

**78. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

I don't.

**79. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

I haven't.

**80. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**81. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**82. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

No.

**83. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No.

**84. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes. We underwent a reorg earlier this year and that shook up quite a few processes. For example, I have a new manager who has different processes that who I would've been reporting to before.

**85. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, when I started we were designing in Sketch, and then we changed to Figma.

Nike Job Analysis Interview

Response ID:49 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

46

**2. Interviewee Name:**

Zhang Jennie

**3. Employee ID**

█████

**4. Interviewer Name:**

Noel Williams

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Right now I am in a Global leadership program. It lasts for two years. I started in 2019, this is the last week that I will still be in this program. I anticipate of my role next month. In these 2 years, I rotated in 4 different roles under the Global Operations and Technology Organization. Each role takes six months. The main purpose of this program is for us to learn the end-to-end supply chain in Nike, meanwhile develop our leadership skills to become a Nike leader.

**6. What tasks do you spend the most time performing?**

Because of the program design, I was working on different projects on an equal time. So there isn't one task that I spent the most performing. The main task is to learn the end-to-end supply chain process, across planning, sourcing and manufacturing, and marketplace operations and logistics.
Also, in these two years I learned different leadership curriculums sponsored by the program and also the different leadership connections to practice our leadership skills.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Mapping out product flows from manufacturing origins to consumers/our stores.
Supporting our teammates on their career development.
Mentoring teammates on project management and communication skills.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

For product flow, currently in Nike supply chain there is a lot of gaps and disconnection to manage a seamless product flow, with my working experience in manufacturing origins helped to bridge the gap and advocate teammates of a more wholistic product flow (which enables us to deliver our products to our consumer).
People are the most important thing at Nike, the people define our future success. Supporting our people growth is the same thing as supporting our company's growth.

**9. How frequently do you perform these important tasks?**

These tasks happened during these two years all of time. I can see how the products are linked to the end-to-end supply chain flow. I have been focusing on people development within these two years in different rotations.

**10. What are the most complex aspects of your job?**

First, the change management. For example, we need to rotate in different roles every six months, requiring us to learn new knowledge quickly, identify the gap and bringing value to the team.

How to identify your own value, know what type of leader that you want to be and how you bring the impact the company.

**11. What are the specific performance goals you must meet to be a high-performer?**

I don't know whether we have a KPI (key performance index). In these two years, we were measured by different rotation measures on on CFE (performance rate) and we will present our learning to the program advisory board every three months to share our growth and learning. Every year we will also receive a yearly performance rating from our manager based on the feedback she received from our rotation teams, our mentor, and advisory boards.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

No, I don't think so.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

The key competencies. In project management: high level communication, data analytics, process mapping.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

SAP system, Tableau reports, there is a process mapping tool (can't recall name), Power BI

**15. What job title or titles will be next in your career progression?**

I'm still figuring that out. I will be promoted to a E band (level) role to lead project management in Demand & Supply Planning.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Communication effectiveness, develop people, influencing skills, decision making.

---

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

Leadership development

**22. How, if at all, does this area of specialization shape the work you perform?**

The leadership learning and program resources are very helpful to help support the success of my rotations and long-term career development at Nike.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

5 to 6 teams in each rotation.
Rotation 1 - Supply & Inventory management team, Integrated business planning team, Sales planning team, Demand planning team, Territories planning team, Marketplace operations team
Rotation 2 - Marketplace operations team, Global goods flow planning team, transportation team, data analytics team, allocations team
Rotation 3 - Footwear sourcing team, Footwear manufacturing team, Footwear engineering team, Regional footwear sourcing team, Global supply planning team, data analytics team, Product management team
Rotation 4 - Nike Direct store planning team, Nike Direct gender planning team, Brand team, Marketplace operations team, Transportation team, Data analytics team, Product management team

**25. How many people are on each team?**

Each team has a different number.

**26. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

My primary team is the Leadership Development Program team.
From a Leadership development side - the HR/Senior Leaders are the team that I work with the most.
Business side - I have different teams to work with, the roles are very different.
There are different teams within the different rotations:
Rotation 1 - Supply & Inventory management team, Integrated business planning team, Sales planning team, Demand planning team, Territories planning team, Marketplace operations team
Rotation 2 - Marketplace operations team, Global goods flow planning team, transportation team, data analytics team, allocations team
Rotation 3 - Footwear sourcing team, Footwear manufacturing team, Footwear engineering team, Regional footwear sourcing team, Global supply planning team, data analytics team, Product management team
Rotation 4 - Nike Direct store planning team, Nike Direct gender planning team, Brand team, Marketplace operations team, Transportation team, Data analytics team, Product management team

**27. Who are the members of your primary team by job title and what work do they do?**

Program Director
Program Manager
They work together to facilitate leadership curriculum, setup leadership connections, measure our performance, design rotations, communicate program updates, support program participants.

**28. What do you specifically contribute when you work with your primary team to complete work?**

I provide feedback to the program on how to improve the curriculum design, participate in different leadership learning sessions to share experiences. Form a culture of belonging and bring the impact to the organization.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

The workload pattern is pretty even, because of the program design which requires us to change our roles every six months. The design is unpredictable and changes could happen depending on the greater situation.

**30. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

No I don't have this requirement in my current role.

**31. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

Like 70%. Low is zero, 70% is in-between. It's a constant stress because of the changes happening within the two years, and the visibility of our work to the senior leaders in the company.

**32. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

Bringing change to the current process and supporting team growth. Because bringing change is always hard. The process that we have now has existed for years, so to influence experienced teammates to accept and implement the change needs a lot of time and energy. Secondly, because of the recent organization change in the company - there are a lot of uncertainties in the teammates' jobs and their responsibilities. As a leader in Nike, we need to be responsible to help our teammates to get more clarity and help them to see the growth path in the company. But these will not happen in a short term, so that brings in a lot of stress, you can't see the results immediately.

**33. To what degree does your work involve high time pressure?  Please explain.**

I need to be prepared for change on the rotation role for every six months.

**34. To what degree is your work impacted by unexpected disruptions?  Please explain.**

The global pandemic impacts the resources and opportunities that we can get to experience and learn more in this program.

**35. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

90%. We have regular touch basis with our managers, advisory board and mentors to align on the expectations and the program runs for 8 years already. We have a lot of alumni to learn and ask clarity.

**36. To what extent is creativity important to perform your current job effectively?**

Critically Important

**37. In what way is creativity required to perform your current job effectively?**

Constantly thinking about what are the changes that we can bring to the process, the team and even what changes that we need to bring to the company's culture.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**40. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

20

**41. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

99

**42. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: doing travel for business reasons
Post-Covid: Home.

## 9. Section 5: Decision Making

**43. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

N/A.

**44. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, I do have involvement during my rotations. I was acting as an observer during those sessions.

**45. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**46. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**47. What level of authority do you have, including making recommendations, to hire employees, if any?**

No.

**48. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

Yes, I joined the talent review during rotations. Acting as a learner, more than a decision maker. I was able to provide input of an employee's performance.

**49. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

No, I don't think so.

**50. What level of authority do you have, including making recommendations, to terminate employees, if any?**

No.

**51. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**52. What is your spending limit without seeking approval?**

I don't know.

**53. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Assigned by my manager, but I can provide input to influence any change.

## 10. Section 6: Supervising Others

**54. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**55. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**56. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

2007-2009 , Operations and Sales

**57. To what degree has your prior work experience been helpful for performing your current job?**

Very helpful. The understanding of logistics process helps me to bridge the gap in the end-to-end supply chain. The communication skills and interpersonal skills from being in Sales has helped to build relationships with Nike teammates.

**58. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

The understanding of logistics process helps me to bridge the gap in the end-to-end supply chain. The communication skills and interpersonal skills from being in Sales has helped to build relationships with Nike teammates.

**59. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: Transfer

**60. What job titles have you held at Nike prior to your current job?**

Sales Executive

**61. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Manufacturing operations
Logistics management
Capacity planning
Production management
Strategic planning
Manufacturing Sustainability
Factory Partner Relationship Management
Team management

**62. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

80% from job experience, 15% from training,5% from coaching and mentoring.

**63. What is your highest educational level?**

Bachelor's degree

**64. In what field of study is your highest degree?**

Logistics management

**65. How, if at all, has your education been helpful for performing your current job?**

It somewhat helpful. The process and basic principals are helpful. There are so many changes in supply management, some of the knowledge that I learned in college may not be applicable nowadays. The work experience is very helpful and a resource for continuing learning.

**66. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Logistics LOGISTICIAN
Brene Brown Dare To Lead
Planning Transformation - Nike internal training
Manager Essential - Nike internal training
Leadership True North - Nike internal training
Emotionally Intelligence

**67. How have these qualifications been helpful for performing your current job?**

They have been very helpful. They have provided tools and materials to help me connect with the teams and better understand the end-to-end supply chain process.

## 12. Section 8: Working Conditions

**68. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid - office in China/HQ
Post-Covid - home.

**69. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**70. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**71. How many hours do you work in a typical week?**

Around 45-50.

**72. To what extent do your work hours vary from week to week?**

Not really, maybe less than 10% of the time that it changes.

**73. How many days do you work in a typical week?**

5

**74. To what extent does the number of days you work vary from week to week?**

Not really.

**75. To what extent do you control your work schedule such as where and when you perform tasks?**

Where is 100%, no one cares where you are sitting. Regarding when, we have pretty regular working hours.

**76. What time do you typically start work each day?**

7:30ish (7 or 8) am.

**77. What time do you typically end work each day?**

Around 6ish pm.

## 14. Section 10: Extra Roles

**78. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

Yes, I mentor some other teammates, especially those relocating from China to the WHQ (World Headquarters)

**79. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

No.

**80. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**81. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No.

---

## 15. Section 11: Changes to The Job

**82. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Yes, because of the design of the program- my main task changes every six months.

Rotation 1 - inventory closed loop planning

Rotation 2 - inbound product flow visibility

Rotation 3 - capacity fill rate model

Rotation 4 - outbound product flow from DCs (distribution centers) to stores

**83. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

The time that I spent on tasks in each rotation are similar.

**84. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Because the tasks are very different in each rotation, I must change the process or procedures that I manage or evaluate. This could be a special case due to the program design. I don't believe others in Nike would have this frequent change.

**85. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No.

Nike Job Analysis Interview

Response ID:50 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

48

**2. Interviewee Name:**

Talvan Elisabeta

**3. Employee ID**

███████

**4. Interviewer Name:**

Sam Stelman

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

My current job is Technology Engineering Director. I work in the PICC (Product Innovation Consumer Creation) group. My particular subgroup is product development, which is under Global Technology. My major responsibilities in the role are to define the technology strategy for the groups that I manage, manage several scrum teams (thus dealing with labor strategy and labor tasks), assess individual's skill sets (making sure the individuals we have and their skills are actually well versed for the role they are in)... The reason I noted the group I am in is because it is different than other engineering directors, because in our group, we deal with direct engagement with business organizations. We support in gathering requirements and business needs. We support in aligning the solutions and recommending the solutions. We act, in our organization, as the technical product management directors. Once we understand the requirements and outcomes of design sessions, we provide recommendations of solutions. We are also tasked based on those recommendations to create, in a lot of cases, business ROI deck in order to secure funding - which usually goes up through senior leadership for financial approval. (Usually that senior leadership is both on the technology side and on the business product management side.) I have between ETWs and FTEs... I have the responsibilities of being a people manager. So that means setting goals, coaching and mentoring, supporting my direct reports (which are usually FTEs) in their professional goals and growth. For the ETWs (external workforce), it is a little muddier, so we can't coach as much... But I provide guidance in potential other opportunities (with other projects). So we assess their talent and understand where they want to expand. So we try to give ETWs those opportunities. Our team, in particular, is unconventional as we are made up of 80% ETWs, so they are a huge part of our workforce and we need to make sure they feel supported.

**6. What tasks do you spend the most time performing?**

The most time performing is strategy/road map definition, business requirements and design sessions, and tasks around managing the team. Managing the team includes priority setting for the work that needs to get done, goal setting and coaching for the FTEs, and one-on-ones with the FTEs and team members (ETWs that want 1:1s). I also spend a lot of time on PowerPoints and communicating status of work in progress. I also spend a lot of time working cross teams - we are kind of the frontrunners on things that come from other teams (e.g., "we have dependencies")... So we are not only creating those relationships, but are the frontrunners for understanding the work that needs to happen, understanding dependencies, and who do we need to engage and sequester outside of our train (outside of the groups that we have).

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

The most important tasks would be the delivery of a body of work surrounding the strategy that we established. The other

important tasks, from a financial perspective, would be the labor strategies and aligning with the labor strategies. (For example, there might be a request for a reduction in the workforce, so from a budget perspective, we need to find an extra amount of money and we need to provide YOY improvements in overall how to we address work with headcounts we have. We need to spend weeks on end to look at scenarios, do talent assessments, understand and push on the people we want to keep, what does it mean to reduce headcount. So when I say labor strategy, it is often driven by budget constraints.) The last one is being that point person for the requirements gathering for the business, solutioning, and such.

### 8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?

From a financial perspective, the ROI. From being involved in solution and design decisions with the business, in our unique case (our group), we have more insight into the business needs than we would like our partners in business product management to have. We are also acting as technical project management directors, because we have always acted that way. So we are probably closest to our business. We have trust with them, so we are able in a lot of cases to represent their needs better AND tie it into the roadmap. When you put that together holistically, it has the biggest impact because you can look at what value that adds to the business as you look at the roadmap. Because our customers, in product creation, are not consumers - they are internal customers, Nike employees. And we provide solutions to simplify the work they do and overall processes in product creation.

### 9. How frequently do you perform these important tasks?

Weekly. In some cases it is daily. The only one that is not weekly or daily is the budget. In a lot of cases, we have our strategy and know what we need to stay on task with. But the budget constraints come in at the end of the FY (in January or Q3 or Q4), that is when we have more of that. So the budget reconciliation can take 2 or 3 months. It's not daily, but we'll do a proposal and that might be a few days, then we wait for feedback... In some cases, those steps are dragged out.

### 10. What are the most complex aspects of your job?

The most complex for me is when I have to negotiate with the business PM organization and convince them of priorities and work that must get done. They are our partners, so when we take on bodies of work, they need to be aware and provide necessary support (a business product manager, a project manager, transition managers, and/or training - depending on what we are delivering). So sometimes convincing the business product management leadership is complex and exhausting.

### 11. What are the specific performance goals you must meet to be a high-performer?

We have targets in a lot of cases where we deliver to OKRs (objectives and key results). This is a goal setting methodology to measure goals, so we align on these OKRs that we bring to the business. These are captured for quarters, so we are measured on our ability to meet these goals. An example of an OKR is modernize and upgrade existing product development platform and application landscape.

### 12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.

It's not really numeric, but they are trying to quantify... But we use NPS (Net Promoter Score), which is a market research metric that asks users to respond to the solution provided (how do they like it). So that is how some things are measured - NPS scoring. The hard part is that even though we have ROI and budget, we don't go back to look at that. We don't have visibility... I know they are doing it at a more senior level. But I've seen it happen where months later they ask how much work really cost, but because you are so far away and it wasn't tracked in the moment, that can be hard to quantify later in time. The other is if we hit the timeline for OKRs (although that is time bound, I'm not sure if it counts as a numeric performance metric).

### 13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?

In order for me to gather requirements and manage design sessions with the business, the unique KSAs is having been in the product creation organization for 20 years. So I was a user, and I can therefore relate to them. I was a user, I was their manager. I have been in the product creation side. So I know the questions to ask, and I know how to push the thinking process of the organization... As we deliver new solutions, they need to rethink their steps and processes. So I challenge how we approach things. It defeats the purpose if on the front side it looks the same and there is just newer technology on the back side. The other unique knowledge skills and abilities is creating trust and relationships across the overall company. We have to partner so often in all different directions - business, with other technology partners, with outside partners if factories. You

need to build those trusting relationships to make your work successful and have the right champions. And the ability to assess the skill sets of individuals. One of my skills is the ability to build strong teams. Probably my other KSA is the ability to create a strategy, but also think about implementation and have a plan for implementation. I have been told I am skilled at delivering - so not just having a good plan, but making it happen.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

There are a lot of software programs that we use: PowerPoint, MIRO (a collaboration/whiteboard tool). We use Air Table, Smart Sheets. (At my level I don't use the software/tools associated with coding, etc.)

**15. What job title or titles will be next in your career progression?**

I don't know. (I'm happy with my current role, so I haven't thought that far ahead.)

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

As a director currently, the next role might be director (lateral). It could be senior director, next level up. The biggest things they look for at this level is leadership, the whispering abilities (negotiating in such a way that people believe it was their idea). You have to demonstrate the ability to network and create great relationships. And if I wanted to stay in Technology, the group I would go to, they might ask for particular background in a certain technology. In the business, they would look for background in understanding business processes or operations. Some recent conversations I've had about other roles, they are looking for the ability to either create an organization or redraft an organization (so it comes back to labor strategies).

---

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

I am in PICC (product innovation consumer creation).

**22. How, if at all, does this area of specialization shape the work you perform?**

Our goal is to support the product development capabilities and users across all engines.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

A minimum of 3

**25. How many people are on each team?**

It can range from 8-16.

**26. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

It is the team that is delivering the legacy modernization in product development.

**27. Who are the members of your primary team by job title and what work do they do?**

We have a business product manager, right now he is really acting as a project manager and his primary job is to outline the project timelines and our weekly status. We also have a technical product manager, who is my right hand person. He manages the activities on the scrum team (which are the engineers) and he is the one that breaks down the work into stories and works with the team on the level of effort and plans the work based on priorities. We have a scrum master for the engineering team (the scrum team) and he acts like the project managers, so he is the right hand person to the TPM (technical product manager). We have lots of engineers, who are grouped by their areas of expertise. We have software engineers, we have back end integration engineers, we have data engineers, and we have QA engineers. We also have someone who comes from the business product management organization that is a transition manager. Her responsibilities are to coordinate and communicate to the business the work that is happening and where we need their help - so she organizes meetings and recaps things to the business, so she acts as the communication manager to the business. I also have my left hand person, who is my tech lead and his job is to identify solution options, in a lot of cases draft solution architecture. He also negotiates across technology teams to secure resources that we need from other team members. For example, we need enterprise architectural support or tech ops support which deals with infrastructure (that is consolidated in a team called tech ops).

**28. What do you specifically contribute when you work with your primary team to complete work?**

My contributions are laying out vision and strategy. Also, challenging the solution proposals. In a lot of cases, the team is thinking very much what they believe is acceptable... so my role is to push those boundaries and challenge the status quo. My other contribution to complete the work is securing support - both decision support and financial support for the work we are doing. I have to convince business product management that we need to do this body of work. I am also the primary person that deals with requirements gathering... I am the primary person in activities with the business, just because of my knowledge to explain what we are trying to achieve and challenging them on how we look at things. So I am the front person when we deliver products to them. I am also the one who is potentially the buffer that either blocks things from reaching our team that can distract them or unblocks the team if they are stuck (if they need to get responses, I can help push).

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

My workload is, for the most part, predictable. The unpredictable part comes around the whole budget timing, because we don't really know what our level of effort will be required so it changes year over year. Otherwise, I would say it is a lot of work, but it is predictable throughout the year - e.g., this is what we have to deliver. And we have planning sessions that are

quarterly that tell us what we are committing to for the quarter. There are always peaks and valleys. To be honest, even though we plan, there are still a lot of curveballs. It is predictable that there will never be a perfect plan. So I know that even though we put a plan together, something will change. That's why it is predictable to me. Most cases, we say we check and adjust - and in a lot of cases, we redefine priorities if a curveball comes our way. It's not ideal, but after operating in this scenario for so many years, I know it is how we do things.

**30. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

I don't think that my particular work requires a high level of precision. And even in the output of the scrum team, and the output of the technology side, we can, in a lot of cases, discuss what is good enough to deliver - maybe in the timeline and what can be fixed after go live. I think data capture is probably the only thing that has to be to a high degree of precision (e.g., does the tool capture the data accurately as entered into the system). So that's not in my role, but applies to the roles I am responsible for - that's inbound and outbound integration of datasets. The consequences if those are not done correctly... The scenarios would vary... It could be that product is not bought (by production, e.g., order placement) or commercialized on time.

**31. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

The level of stress in my current job is more medium... There are peaks and valleys to the stress. I think it depends with where we are in the year. For instance, the budget planning timeline can be stressful - because it feels like we negotiate and fight for resources every year. It can be stressful with a lack of decision making or in how long it takes or how many different ways I need to draft and convince and communicate certain things that we need to achieve. One of the more stressful parts can be dealing with mediocrity.

**32. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

The budget planning timeline can be stressful - because it feels like we negotiate and fight for resources every year. It can be stressful with a lack of decision making or in how long it takes or how many different ways I need to draft and convince and communicate certain things that we need to achieve. One of the more stressful parts can be dealing with mediocrity. Dealing with mediocrity is stressful because... To me mediocrity is a lack of decision making, lack of being committal, asking for the same information just in a different format or way. I think sometimes people look for ways to delay decisions. And I see mediocrity when we see the train coming (here is what we need to do to avoid being hit by it) and don't do anything to prepare or avoid it. So that is stressful because it's infuriating for me. But we have to be very professional. In a lot of cases, we can't say, "I told you this would happen on x" - so instead we are focused on how to fix it. So I see it as a performance issue, but we aren't really able to address it. If an engineer were to behave this way, their performance would be a problem. It's all about how did you present it, did you raise the risk - it is almost passive aggressive in a way. A lot of time is spent on PowerPoints, but even if you capture it and document it there, people can still be surprised (how come we didn't know). That can be maddening.

**33. To what degree does your work involve high time pressure?  Please explain.**

On the budget side, it is high time pressure and sensitive. Sometimes we need to turn things around in just a day or two. There is also high time pressure in cases with AOP (annual operating plans), which is defining your strategy, budget, justification. A lot of times that comes at the last minute - for instance, the plan our senior leader shared wasn't detailed enough so we have to pivot and suddenly provide micro details. So that is definitely high time pressure.

**34. To what degree is your work impacted by unexpected disruptions?  Please explain.**

At a minimum, it happens quarterly. Sometimes it is monthly. That might be disruptions to our plan or what we were trying to achieve. (The rest of the disruptions I deal with are normal day to day things.)

**35. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I personally know what is expected of me - and that is through my goal setting and 1:1 conversations with my manager. I know what is expected of me. But how is my role clearly defined? It's always a bit more generic. For roles and responsibilities, it is

more of a guideline. But then there are nuances to every role, the team you're on, the work you do. But we get assessed on how did we achieve certain business goals (as part of our CFE - coaching for excellence process) and assessed on soft skills (team interactions, perceptions of others). At a director level, it is to be expected. As an engineer, it is very clear - what skills are needed, how you spend your time... But for directors, you wear multiple hats - so the description acts as more of guidance.

**36. To what extent is creativity important to perform your current job effectively?**

Critically Important

**37. In what way is creativity required to perform your current job effectively?**

It depends on how you define creativity. For me it is critical. In my role, I define creativity as what tools and ways do I use to convince individuals. So knowing your audience and drafting your message to get to that audience. Being creative in solution proposals (challenging the status quo). Being creative in the strategy (which is also challenging the status quo). In my mind, pushing comfort levels is a form of creativity. Let's not be complacent, let's push on it. For instance, last year I found creative ways to say modernization was required to operate and here is why. So we looked at what it would take to do a body of work. I had to draft scenarios for what the overall cost would be and how could we fund the project (e.g., staying flat). We didn't ask for more headcount, we looked at what we had and pulled certain skills and individuals to form a team. That whole process was being creative with what we had. So I feel like how you define creativity can vary.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Precovid: it depended on releases, but a few times a year. Postcovid: never

**40. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Precovid: I would travel to Asia for requirements gathering and design sessions in person. Asia would most likely be Taiwan, China, and possibly Singapore.

**41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**43. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decisions I make as part of my current job are related to talent assessment and recruiting, scope of solutions, and the design of solutions. From a talent assessment and recruiting perspective - consequences are impact to overall productivity/our ability to deliver or negative team dynamics. For scope of solution and design of solution - businesses unable to perform their job, they need to find other ways to do their work, negative feedback on the solution (which could cause loss of productivity to teams and therefore Nike overall).

**44. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes - my contributions include actively participating... Even in the past year I have been involved in drafting the strategy based on my knowledge of business partners with what is needed, what needs to be replaced... In a lot of cases there is drafting and thus formulating what the strategy should be. And strategy refers to technical solutions strategy. The other strategies I have been involved in include labor and budget strategies (which are tied together - what is the work we are looking to complete). And the contribution is formulating the strategy or bringing in critical information around headcount, level of effort, financial estimations.

---

**45. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Not applicable... Definitely not policies, but procedures would only be our work processes. So if this is more HR or ER oriented, I'm not involved in those.

---

**46. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes - there are several budgets: Our operating budgets which we review yearly (towards the end of the last quarter) and my role is to present our needs, the financial ask. The other management of budget is related to employee compensation at the end of the fiscal year - all managers have to look at what we can offer in terms of their performance and salary and bonuses. In that, I understand the budget I have, the decisions I make, and if someone else goes over budget, I might need to make adjustments to the percentage I was offering for someone's raise.

---

**47. What level of authority do you have, including making recommendations, to hire employees, if any?**

As a hiring manager, I have authority in regards to who is being hired. The recommendations I make are around salary ranges, package proposals... I work with recruiters and HR. We have standards, but if we want to go above a certain amount, we talk about that in terms of assessing talent (I would negotiate with my manager, provide a justification, something that would need to be approved by leadership).

---

**48. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

Same as above. As a manager of individuals, it is my responsibility to evaluate and assess and provide recommendations for next steps. At Nike right now, for promotions, we are in an interesting dynamic where it's not always clear. We have been told that if there isn't a role within your organization that is the next level up, then a person that is ready can't just be promoted because they're doing a great job. There has to be an opening. And we get stuck, because that is how you lose really great talent. (This might vary group, I'm not sure as I only have visibility to where I am.) Sometimes they will stay or stay at Nike, but other times they leave.

---

**49. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I can make recommendations. In a lot of cases, managers have to be the ones to collect the necessary documentation and information around the issue. Managers are likely to be the ones communicating there was an issue. So we are the ones to communicate any problems, track down documentation... Imposing disciplinary action is different because it needs to go through HR and possibly ER.

---

**50. What level of authority do you have, including making recommendations, to terminate employees, if any?**

A lot of authority based on talent assessment - do we feel the person is coachable, are there behavioral problems we documented? I think it is easier for an ETW than an FTE. For ETWs, we speak with the contractor/vendor manager and explain to them how the person isn't performing (skill or behavioral issue), and we ask for a replacement. When it comes to FTE, there is a very specific process for terminating someone based on behavioral or performance. But we have also been in situations where there is a restructure, but we don't terminate those employees - that is done at my level (director) or the leadership level. In a lot of cases, we are told it will happen, but we aren't involved in decision making (we just get hints). (Layoffs or displacements associated with restructures.)

---

**51. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

---

**52. Please explain the type of legal documents you are authorized to sign.**

NDA or potentially an agreement where there is not a lot of financial implications. For example, this is how much we need to pay for licenses (if it is a smaller amount) - other cases would go to others for approval. I think it depends on the amount.

**53. How frequently do you sign legal documents on behalf of the company?**

Other: On an as needed basis - it is not a consistent thing, but last year I signed two NDAs (before that, I hadn't signed any)

**54. What is your spending limit without seeking approval?**

I don't know - I always seek approval (because I don't own my own budget)

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I think it is a collaboration. In a lot of cases, I would present the opportunities (here is the problem, then they tell me to go solve it). In other cases, they mention a body of work they'd like me to work on. It is a collaboration and depends on the need.

## 10. Section 6: Supervising Others

**56. Do any Nike employees <u>directly</u> report to you?**

Yes

**57. How many Nike employees directly report to you?**

4

**58. What are the job titles of the employees who directly report to you and what work do they perform?**

(1 and 2) There are two tech leads: performs solutioning architecture, managing/defining of engineering tasks. (3) Data architect: be the information architect and data specialist on solutions that we are creating, integrations, and conversions. (4) Technical product manager (but he is currently doing the work of a service/engineering manager): manage the work of a particular scrum team (advanced production support), establishes the team's goals, is the primary for SOX audits for our organization, and he manages that team and their processes.

**59. How do you supervise the work of those who directly report to you?**

We collaborate on goals. We have one-on-one catchups (formal), I do a lot of informal conversations... I clear blockers/obstacles for them. In a lot of cases, I give them encouragement to think outside the box. So, I challenge them in their thinking. I allow them to do things, they show me their proposals, we collaborate on those, and then they go do their thing. I don't micromanage at all.

**60. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**61. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I was first at Nike for 11 years (first job) in apparel product development and operations. I was creating the apparel, working to create and manufacture the apparel product. Then, for 8 years, I was in apparel and accessories product and development operations and innovations at Icebreaker Nature Clothing. That is also where I got deeper experience in technology,

implementing a PLM (Product Lifecycle Management) and being a system administrator and configuration engineer. I wore a lot of hats in that organization. Then I came back to Nike and have been here for 6 years. I came back in the technology side and worked my way from a business systems analyst (BSA) to a product manager/EPIC owner. I moved into a lead/expert position and then I was promoted to director.

**62. To what degree has your prior work experience been helpful for performing your current job?**

Super helpful. I do my job well and I love it because of all of my experience - knowing the business, having trust with my business partners (which is so critical in solutioning)... But on the technology side, learning my way up in technology... I don't code, but the value I bring is I create strong teams, a good vision, I understand technology enough to be dangerous, I ask the right questions, and we deliver. In this org, my team and I have been great at delivering for the past 5 years.

**63. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

I would say all of it... Being able to manage teams, being able to adapt to constant changes, being able to see the bigger picture, being able to challenge status quo, being able to ask hard (and critical) questions, having business process experience, and at the same time, having a clear understanding of technology and what it takes to execute. I like looking for problems because I like solving them.

**64. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**65. What job titles have you held at Nike prior to your current job?**

Lead BSA (business systems analyst), expert technology consultant, engineering director (current)

**66. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

I have acquired a lot of knowledge in technology and software deployment, Agile, tech ops, A&B testing, product management... I am now learning some java coding (just for my knowledge, to be more proficient).

**67. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

The product management knowledge was formal training, there was a course. But the majority of it was on the job experience.

**68. What is your highest educational level?**

Bachelor's degree

**69. In what field of study is your highest degree?**

Fine arts

**70. How, if at all, has your education been helpful for performing your current job?**

It taught me critical thinking, problem solving, creativity.

**71. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Agile Product Manager (PM) was a certification I earned. And on the job training that I have done to perform my role and what I have picked up/studied on my own.

**72. How have these qualifications been helpful for performing your current job?**

I think being an Agile PM was helpful at the time. We moved from a waterfall methodology to Agile methodology for software development. So the approach is to look at things differently and the processes that are required in order to be in an Agile methodology (meeting standards and cadences, documentation standards and cadences)... That continues to be, in my

current role, more around me making sure my product manager is meeting those needs - they are creating those documents and they are clear, how are we tracking work so we can forecast for future projects.

## 12. Section 8: Working Conditions

**73. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Precovid: an office at Nike HQ (100% from here)

Postcovid: home office

**74. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**75. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**76. How many hours do you work in a typical week?**

45, sometimes 50

**77. To what extent do your work hours vary from week to week?**

Hours are consistent

**78. How many days do you work in a typical week?**

5

**79. To what extent does the number of days you work vary from week to week?**

It doesn't vary

**80. To what extent do you control your work schedule such as where and when you perform tasks?**

I can control it... Obviously I have to attend certain meetings, but I have some control over my schedule.

**81. What time do you typically start work each day?**

Between 8:30 and 9:00 (depends on day)

**82. What time do you typically end work each day?**

Between 6 and 7, depends on the day

## 14. Section 10: Extra Roles

**83. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees,**

mentoring others, etc.? If so, please describe.

Mentorship... I took this on myself. I am mentoring others. I am currently mentoring someone from the business and I am a mentor guide to a group of 7 women. We had a team giving committee that I have volunteered for, as well. These are volunteer things.

**84. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

The whole strategy building... Acquiring a company to come in and give us insights into Nike and help us form our strategy - that was a special project I spearheaded. That is where I learned working with legal, signing NDAs, getting them access, scheduling sessions, recapping, and helping draft the strategies. I was involved in that March-May of 2021. On average, I was probably spending 30% of my time on this.

**85. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**86. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

just budget planning at end of FY

## 15. Section 11: Changes to The Job

**87. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

Yes, formally the tasks have changed on paper... Those tasks were EPIC owner, product manager responsibilities. Even as a director, I had those responsibilities. Those changed on paper, but I still do them informally today. We had counterparts who were process managers - and as process managers, they would go and understand overall processes for the business. And we were responsible for drafting strategy, solution, body of work, and the order it would be delivered. That was our role 2 years ago. And then 2 years ago, there was a reposition within technology (within our group - GPMO global process management office). They changed and said they were product managers, and we in technology were just engineering. This meant that THEY draft the strategy and they are responsible for order of priorities - and we just execute. So that works in theory, but not in reality.

**88. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

I've been a director for quite a few years (probably at least 4 years). My responsibilities have changed. As a director, I am responsible for direct reports, budget planning, strategy, negotiation on what work we will do. The timing has probably been consistent over the last 4 years.

**89. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

It has changed when it comes to budget planning... My current manager is now having us be more involved and transparent, and allowing us more creativity in resolving budget issues. The other improvement has been collaborating on strategy. That change is also due to my manager - he relies on us to help draft the overall technical strategy for the current year and the roadmap that we have.

**90. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

We have different softwares introduced all the time. For instance, MIRO is our virtual whiteboard collaboration tool. We have Air Table for status tracking now. We have changed to JIRA for work backlog.

Nike Job Analysis Interview

Response ID:51 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

49

**2. Interviewee Name:**

Julie Christine Brink

**3. Employee ID**

███████

**4. Interviewer Name:**

Ashwin Krishnan

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I lead a team of people who take are of core business operations functions for our broader team. These functions include strategic planning; employee engagement and communications; resource management processes; financial management processes; project and portfolio management; general business operations - procedures and governance; vendor (outside companies we hire) management and governance. Strategic planning consists of annual strategic planning for future work and operating plans associated with the future work. Another major responsibility in my current job is to collaborate and create partnerships across the global technology team with peers in similar roles to ensure consistency in operations where possible.

**6. What tasks do you spend the most time performing?**

Reconciling information and helping the team troubleshoot and problem-solve. Another task I do regularly is planning for the future. Planning can be broad, be it resource planning, planning for work, or planning our next strategy session.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

The most important tasks i perform have to do with planning future work and resource management around getting that work done, because that determines our capabilities for the future. The resource management piece is a critical part of the work because of the financial accountability we have. Another important task I perform is employee engagement, and leading the team to develop and deliver employee engagement strategies and plans regularly.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

In order to keep up to speed in the market both from the technology perspective and the consumer perspective, we must think ahead. We need to anticipate the expectations of both our consumers and the industry. Planning and delivering work from a technology perspective drives the company outputs and therefore ultimately our stock price. Strong employee engagement is important to help employees feel valued and critical to the work, and when employees feel that way they deliver higher quality work in a shorter period of time, thereby delivering value to the company.

**9. How frequently do you perform these important tasks?**

At least monthly, if not more. It depends on where we are in the corporate planning cycle. Even when the planning cycle is done in theory, we are always planning ahead. Employee engagement is daily.

**10. What are the most complex aspects of your job?**

Establishing clear processes that are efficient and complement Nike's global processes. An example is managing our functional budgets as it relates in a similar way to Nike's financial management systems. We struggle getting a financial budget for our functions because Nike's finance processes don't manage it that same way.

**11. What are the specific performance goals you must meet to be a high-performer?**

Plus or minus two percent to my functional budget, which will be hard to get based on the financial example in number 10. Improved employee engagement scores. Delivery of established business process and governance models. Also have to be seen as a thought leader and driver by my peers.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Plus or minus two percent to my functional budget. We haven't done other specific performance metrics yet. We will do a metric against employee engagement, but I don't know what that metric is yet.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Understanding of human behavior, emotional intelligence, communications and transition/change management, training and development, financial planning, ability to establish processes and governance models, anticipate what's next, take complex information and turn it into an executable plan or story.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

I use MS office (ppt, keynote, excel, word), Slack, zoom, online document management systems - Box, Workvivo.

**15. What job title or titles will be next in your career progression?**

Senior Director.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I need to better be able to demonstrate my ability to lead and influence up. I also need to improve my storytelling. I need to expand my knowledge of infrastructure in the technology space, and how it all works together.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

Other: Global

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Yes. We establish global processes and partner with our geos to ensure they can modify those practices to their area. An example is that hiring processes vary across geos, so we establish a global hiring process that they modify to suit their geo.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

I do have an area of specialization in adult learning and development and employee engagement.

**23. How, if at all, does this area of specialization shape the work you perform?**

This are of specialization shapes the work I perform in that I lead with a people perspective rather than with a technological solution first. That is important in the technology space because we sometimes forget about the people

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

I would say 3.

**26. How many people are on each team?**

One team has approximately 50 people. Another team has 15 people. The third team has 12.

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

Yes, the largest team.

**28. Who are the members of your primary team by job title and what work do they do?**

Business operations manager - oversees and establishes business process and governance models; also facilitates strategic planning and financial duties
Engagement and communications lead - develops and executes our engagement strategy and plans
Director of vendor management - collaborates with functional leaders to ensure contracts are appropriately worded and established with our vendors, and then governs the vendor performance against the contracts
PMO director - leads the team who delivers projects and programs like new store openings, technology, development
Business operations analysts - manage data and collect data to help us make business decisions

The first four roles above all have teams underneath them as well.

**29. What do you specifically contribute when you work with your primary team to complete work?**

Though leadership, decision-making, collaboration, and directions and recommendations on what to do. I also provide to them suggestions for improvement in our processes, and final approval of our processes and procedures.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

There are distinct peaks and valleys. As we get to the strategic planning process, that is definitely a peak. There are no valleys, and it is predictable. The beginning of the fiscal year is another peak, because we are establishing our goals for Q1 and moving forward.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

In my role, I delegate a lot of the detailed, precise work. The work that I delegate is data reconciliation, specifically around hiring, resource management, and financial reconciliation. If I can't delegate something, my work needs to be very precise in those areas, but I typically try to delegate. If I do not perform my work to a high degree of precision, we may hire the wrong roles, or have bad data that doesn't give us the full picture with which to make our decision.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant?  Please explain.**

I would say the level of stress in my current job is manageable because I have a strong team who is talented at what they do. It does get intense around our strategic planning peak, so it is periodic but still manageable.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

The most stressful aspect of my job is probably aligning with cross-functional teams the work that we are involved in. It's stressful because there isn't always money to pay for the work, yet we are asked to pay for it when we don't have the budget to. Another stressful aspect of my current job is executing strategic plans that will benefit our team, for example delivering a learning strategy when we don't have budget or resources to do the work. A third stressful aspect is quick-turn data reviews and reconciliations, and when I say quick turn it generally means a few days on data that requires cross-collaboration with leadership.

**34. To what degree does your work involve high time pressure?  Please explain.**

There are always deadlines. There is always something that comes up that keeps us from planning ahead. At least fifty percent of what we do is reactionary, rather than proactive, and those reactionary items involve quick-turn, time-sensitive work.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

At least fifty percent of the time.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

Yes I do understand what is expected of me The expectation that has been shared by my manager is that I run his business. Everything me and my team do are to make sure his business runs smoothly and easily.

**37. To what extent is creativity important to perform your current job effectively?**

Critically Important

**38. In what way is creativity required to perform your current job effectively?**

It is required to perform my current job effectively so I can think ahead and deliver solutions to our employees before they ask for them, and to keep them engaged and effective at their jobs.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Never since covid. Before covid, a few times a year.

**41. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre covid - I would travel internationally to our geo headquarters, or to technology conferences within the US.
Post covid - never travelled.

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

15

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

5

**44. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Since March 2020, my home office has been my primary office, but I go into the WHQ office once every couple of weeks.

---

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

How we operate our business processes and employee engagement strategies. If I did not make those decisions, our managers in the organization would not know how to efficiently and effectively do their jobs, which would lead to an unengaged and poor employee experience. Our organization would likely be over budget, and not deliver work in a timely manner if I was not making those decisions.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes. Me and my team lead the strategy development for our organization. That means we collaborate with our organization's managers and functions to say what we will be delivering in the future and estimate the resources and hard costs to deliver that work. My contribution is facilitating those conversations and ensuring that the planning gets done. I also validate the strategic planning work with the cross-functional teams.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes. We develop operations procedures for our organization. My contribution is drafting the procedure, getting feedback, and then implementing the procedure once it's approved by my manager.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

I manage my own functional budget, but I also help my peers understand where they are against their budgets. I facilitate conversations between the finance director and our organization management team to ensure awareness of budget planning.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

Strong level of authority.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

Strong level of authority.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

Medium level of authority.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

Strong level for my own team, low level if outside of my direct reports.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**54. Please explain the type of legal documents you are authorized to sign.**

I am authorized to sign contracts for work from vendors and purchase orders for goods for the team.

**55. How frequently do you sign legal documents on behalf of the company?**

A few times per year

**56. What is your spending limit without seeking approval?**

I think it is $250,000.

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

Yes

**59. How many Nike employees directly report to you?**

Seven.

**60. What are the job titles of the employees who directly report to you and what work do they perform?**

Business operations manger - establishes, maintains and governs business processes, including strategic planning and financial accountability
Business operations analysts - governs processes and maintains data integrity; also helps with strategic planning sessions
Engagement lead - develops and delivers employee engagement events and strategies
Communications analyst - writes and delivers communications to our organization
Reporting and metrics developer - establishes and maintains reporting dashboards for the team

**61. How do you supervise the work of those who directly report to you?**

I have weekly one-on-ones. Often we have planning sessions for their areas of accountability. I am available via Slack, email, phone, text, and Zoom as they need me. We have two fifteen minute stand-ups each week. I also have monthly team meetings, and ad hoc conversations. I also like to employ the "two in a box" approach, so that we are not single-threaded, and people can help out their colleagues. When we are back in the office, regular gemba walks (management by walking around).

**62. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Yes

**63. How many Nike employees <u>indirectly</u> report to you?**

I think three.

**64. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

They are administrative assistants. They provide admin support to my peers.

**65. How do you supervise the work of those who _indirectly_ report to you?**

Weekly touch-bases. I am available via Slack, email, phone, text, and Zoom as they need me.

## 11. Section 7: Experience, Training, and Education

**66. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I was director of e-learning for 2 years. Prior to that, I was e-learning production manager/instructional designer/curriculum developer for 6 years. Before that, I worked in the social services industry with a variety of roles including management and curriculum and operations development for 10 years.

**67. To what degree has your prior work experience been helpful for performing your current job?**

It has been very helpful, because in my prior work i focused on human behavior and that has helped me develop successful strategies for engaging and developing my team, Additionally, exposure to the technology industry has helped me be successful on the global technology team. As director of e-learning, I was also accountable for operating that line of business, so the exposure to the operations and business development side has helped me develop effective strategies to lead the operations of my current team.

**68. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Adult learning processes, people management, strategic planning, operations development, communication, writing, facilitation, and planning.

**69. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**70. What job titles have you held at Nike prior to your current job?**

Director of business operations, director of knowledge management and portal, training manager.

**71. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Transition management, storytelling, long-term strategic planning, and Service-Now portal development.

**72. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

15% formal training, 25% coaching and mentoring, 60% on-the-job experience.

**73. What is your highest educational level?**

Bachelor's degree

**74. In what field of study is your highest degree?**

Management and marketing.

**75. How, if at all, has your education been helpful for performing your current job?**

It helped lay the foundation on which I then developed more professional acumen as I was working.

**76. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Adult learning theory.

**77. How have these qualifications been helpful for performing your current job?**

My training in adult learning theory has helped me understand how to more effectively approach teaching, guiding, and engaging people in the workplace.

## 12. Section 8: Working Conditions

**78. What is your typical work environment? For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid I worked in an office at Nike WHQ. Post-covid, I have been working from home.

**79. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**80. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**81. How many hours do you work in a typical week?**

50.

**82. To what extent do your work hours vary from week to week?**

They don't vary very much. I take advantage of summer hours. During the summer months, I will work on average 40 hours a week.

**83. How many days do you work in a typical week?**

5

**84. To what extent does the number of days you work vary from week to week?**

It does not vary. Sometimes I may do email management on the weekends, but typically I work Monday-Friday.

**85. To what extent do you control your work schedule such as where and when you perform tasks?**

I have good control over my work schedule.

**86. What time do you typically start work each day?**

7:30 am.

**87. What time do you typically end work each day?**

5:30 or 6 pm.

## 14. Section 10: Extra Roles

**88. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

No I do not, because I have not had time to work that into my work schedule.

**89. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

Yes. In 2018, I participated in the technology unification project, which was our first reorganization, and I am currently involved in the global technology org transformation work. That is above and beyond my typical day job.

**90. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

I do not.

**91. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**92. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

Yes. New tasks include assuming leadership of the PMO (program management office) and vendor management functions.

**93. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes. The team has grown significantly since I first entered the job, and the time that I have to spend on tasks to complete the work has grown. The responsibilities of my team have also grown but my team has not scaled in size to effectively deliver against those responsibilities.

**94. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, it has changed. I have more people to collaborate with and delegate additional work to, so it has helped to improve the quality of the tasks I complete.

**95. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes. I now use Slack and Workvivo and more extensively use Excel, Powerpoint, and Keynote. The use of Slack has decreased emails, but increased the need to be immediately responsive, so multitasking has become more commonplace, which does not always make me more effective, as my ability to focus on a task is interrupted more regularly.

Nike Job Analysis Interview

Response ID:52 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

50

**2. Interviewee Name:**

Shelley Kleinsmith

**3. Employee ID**

███

**4. Interviewer Name:**

Ashwin Krishnan

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

People management - weekly one on ones with the FTE's (full-time employee, as opposed to a contractor) on my teams; performance management activities; I meet bi-weekly with offshore teams; coaching and mentoring; conflict resolution; team building; recruiting, hiring, and onboarding new contractors and FTE's; strategically aligning teams and team members to highest-priority work; goal-setting with teams and FTE's; helping team members navigate change.

Responsibilities related to deliveries - I do participate in architectural design, high-level design meetings, and provide inputs as needed; I make sure teams have tools needed to do their jobs; we're always looking for ways to build better, faster, and continuously improve; I make sure teams are meeting delivery expectations; there are occasions when I spearhead certain deliveries, so instead of being a participant, I am actually the one driving it; I ensure that teams have awareness to global tech, GOAL (global operations and logistics - my overarching department) tech, and fulfillment and logistics priorities

Miscellaneous - I am also responsible for introducing the domain to new external team members such as architects, product, etc.

Strategy - I drive strategy across fulfillment and logistics domain

Communication - maintain constant open communication and alignment with engineering teams, principal engineers, product team members, architecture, and leadership.

**6. What tasks do you spend the most time performing?**

Ongoing tasks: weekly one on one's with FTE team members (I get updates from them on what they want me to know, how their work is progressing, challenges they're facing, where they need my help - I also spend time understanding their career goals and setting goals on how to help achieve); I participate in scrum ceremonies such as stand-ups, sprint planning, occasionally backlog grooming.

Other tasks: I spend a lot of my time in meetings related to architectural designs, high-level designs, setting strategy related to the fulfillment/logistics domain and new Nike initiatives; I spend a lot of time reviewing resumes, conducting interviews, onboarding/offboarding new team members; I do spend time meeting with contractors and offshore teams.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do**

you do that has the biggest impact on the success of Nike?

Understanding and representing the needs of individual teams and team members, and being able to advocate for what they need. Ensuring engineering teams have the tools needed to do their jobs well and are able to deliver with high quality in the preferred timelines.

Understanding the career goals and objectives of individual FTE team members, and partnering with them on how to achieve their goals through coaching and mentoring.

Participating in architectural design, high-level design, strategy meetings, and making sure engineering teams have all the information they need to turn business requirements into robust solutions deployed in production. Helping set strategy for the domain, and in some cases, setting strategy.

Maintain open channels of communication no matter where a person sits in the organizational structure, preferring to over-communicate than under-communicate.

Try to create a culture of safety where failure is looked as an opportunity, team members strive to do interesting work that moves Nike forward, and Nike can count on my teams to deliver.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

The people are what make Nike successful. To the extent that the engineers on my teams enjoy the work that they do, have the tools that they need, are coached but never micromanaged, are challenged by the work that they do, are proud to work at Nike, strive to do their best every day, continuously improve, are given opportunities to learn and grow, feel safe that mistakes will be looked upon as opportunities, and are given room to innovate, they will have the biggest impact on the success of Nike.

**9. How frequently do you perform these important tasks?**

These are done to some extent daily.

**10. What are the most complex aspects of your job?**

Managing change.
Maintaining the necessary open lines of communication in a highly matrixed organization.

**11. What are the specific performance goals you must meet to be a high-performer?**

- getting feedback from team members who either report to me, or who I work with closely, or who are customers of my teams, and growing areas where there is positive feedback and setting goals to improve areas where there is constructive feedback
- leading engineering teams and ensuring they have what they need to be able to deliver business value on time with high quality on behalf of Nike
- leadership in the area of people management, and helping all team members become leaders themselves, regardless of their roles

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

At this point, there are no numeric performance metrics for me.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

There is a need to have a balance between understanding business process, having expertise in the products that are owned by my teams, and having a technical software development skillset.

Ability to create mutually trusting relationships between myself and my team members, based on fairness and mutual respect.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Github, Jenkins, Jira, Confluence, AWS, MS Office suite, Zoom, Java, Postman, Miro, SQL developer, browser (Chrome), Relay for approving timesheets, Flex for posting contract jobs, Box for internal communications, Workvivo, Slack, Lucidchart, Splunk, SignalFX, Cloudhealth, Atom.

**15. What job title or titles will be next in your career progression?**

Director Software Engineering, or Product Manager/Director.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Director software engineering: setting strategy, strong leadership, technical expertise, being well-rounded, and having good communication skills

Product Manager/Director: strong understanding of business processes and technical implementation associated with a particular product; desire to learn and grow.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

Other: Global

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

My teams deliver enterprise solutions that span across all geos, or geo-specific solutions based on prioritization.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

My domain is fulfillment and outbound logistics (carrier integrations and shipment services).

**23. How, if at all, does this area of specialization shape the work you perform?**

We are owners of the fulfillment/logistics domain and as owners, we make daily decisions and drive strategy based on the boundaries for this domain. As Nike drives towards a platform strategy, the fulfillment and logistics platforms will be refined and grow in a way that accelerates use and ease of use of these platforms.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

I have 5 teams

**26. How many people are on each team?**

Each scrum team has 8-12 team members but there are an additional ~8 team members outside the scrum teams.

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

No, they're all primary.

**28. Who are the members of your primary team by job title and what work do they do?**

Software Engineers (contractors and FTE's) - analyze business requirements, design and develop systems, automated testing, observability, deployment to production, production support
Product Owners (PO's) - provide the prioritized list of work for engineers on their squads, and curate the product backlog
Scrum Masters - facilitate scrum ceremonies, remove blockers, coach on agile principles, promote continuous improvement
Product Managers/Directors - work with business, geo's, global, engineering squads, architects to understand upcoming Nike initiatives and their requirements and to break them down into product increments
Principal Engineers - involved in architectural designs, ensuring best practices are followed and helping set technical strategy for engineering teams
Domain Architects - drivers of architectural designs for their domains

**29. What do you specifically contribute when you work with your primary team to complete work?**

Helping teams understand architectural designs for Nike programs. Removing blockers and communicating needs or challenges. Reviewing high-level designs, API's and other artifacts applying a big-picture perspective. Ensuring alignment across architecture, engineering, and product.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It is relatively predictable. There are definitely peaks and valleys, of which some can be predicted and others cannot. Mid-year and year-end review periods usually require additional high work loads. Based on priorities, there are times when a larger number of programs are in progress or going into production simultaneously that require after-hours work. Holidays always require 24/7 support by our teams, resulting in weekend or after-hours support shifts. Large, complex programs such as SEC with strict timelines have resulted in extra workload.

Since working from home due to Covid, my workload has gotten higher. Meetings routinely are scheduled starting at 7-7:30am in the mornings or ending at 5-6pm in the evenings, and some later evening meetings are scheduled on an ad hoc basis.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

My work does not require a high degree of precision. There are definitely timelines that must be adhered to.

**32. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or**

constant? Please explain.

It varies over time, and it runs the whole gambit from low to high periods of stress. I am in a constant state of feeling like I don't have the time to do the things I need to do, and that is stressful to me. An example of that is that I have pages of to-do lists that are all things that I need to get done, and every day is prioritizing what amongst those things is most important that day. Over the past year, there has been a fair amount of turnover within teams, and the constant cadence of recruiting, interviewing, hiring and onboarding new resources, plus the impact to teams due to instability is stressful.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

- Team instability: team turnover, regular cadence of recruiting, hiring, backfilling are detractors to team stability and team culture
- At times, it feels that Nike moves onto its next iteration of change before the previous iteration was completed or stabilized. Contributing to this is that some changes do not seem like they have been well-communicated or had significant forward planning, leading to teams and individuals needing to figure out how to organically respond to change.

**34. To what degree does your work involve high time pressure?  Please explain.**

I don't have significant deliverables with high time pressure. However there are individual daily tasks that may have some time pressure, or alternatively, there are tasks that I put pressure on myself to complete within tight timelines.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Unexpected disruptions is a daily way of life. There are times when I start my work day with certain goals that I intend to achieve by day's end, and few or none get done due to unexpected disruptions. Being able to prioritize across planned and unplanned work is a necessary skillset to be able to deal with these disruptions.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

There are clearly defined behaviors related to achieving business results and leadership that are defined for my role. My experience has been that each of my managers has taken a slightly different approach when it comes to defining and communicating their expectations for me.

**37. To what extent is creativity important to perform your current job effectively?**

Critically Important

**38. In what way is creativity required to perform your current job effectively?**

It is required in terms of thinking outside the box and coming up with ways to solve problems, design solutions, and grow teams, not based on what has been done in the past, but based on openness to experimenting, disrupting the status quo, and being open to trying new things. My job also regularly requires the ability to offer new ideas or make decisions on the fly.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Pre-covid: a few times a year; Post-covid, never.

**41. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: travel to other Nike locations where teams are located, travel to colleges for intern recruiting, travel to different locations in the US for training or conferences.

Post-covid: n/a.

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

5

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**44. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-covid:other Nike locations where teams are located, colleges for intern recruiting, different locations in the US for training or conferences.

Post-covid: n/a.

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

- Hiring decisions: important because the health of a team is reflective of individual team members; poor decisions in this area impact team health, team culture, team stability, and ultimately a team's ability to deliver for Nike.
- Strategy decisions: important to keep Nike moving forward and remaining competitive; poor decisions in this area impact teams, business deliverables, ease of use of Nike platforms, etc.
- Design decisions: important to provide big-picture perspective and best practices in our designs; poor decisions in this area can result in brittle applications, inability to reuse components, etc.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, but only to the extent that an engineering manager is provided the opportunity to be involved in setting strategy. I partner with architects, product, principal engineers, and others to help develop strategy, but there is significant strategic planning that occurs above my role. There is also a certain amount of strategic planning that can be driven from the engineering manager role or from the engineering teams themselves.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

I partner with some of the roles mentioned previously in helping vet or define best practices for our teams, but otherwise I do not have significant involvement in developing policies and procedures for Nike employees.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

I do have decision-making authority in regards to who to hire as FTE's and/or contractors on my teams. I participate in interviews and provide feedback for roles on other engineering teams or product roles as well. In the past, I have been involved with intern recruiting, making recommendations, and selecting interns for my teams.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I am able to make recommendations for in-band promotions of FTE employees who work for me. In previous years, I was able to recommend promotions for FTE's two times per year, but more recently, there is no regular communicated cadence for promotions that I am aware of.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I am able to use the CFE/performance evaluation process to provide feedback to FTE's who are not meeting expectations in certain areas. I am able to end the engagement with contract employees due to performance concerns as needed. At this point, I have not needed to impose disciplinary action for any of my FTE's, however I would plan to partner with HR and my immediate supervisor if/when the need arises.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

At this point, I have not needed to terminate any of my FTE's, however I would plan to partner with HR and my immediate supervisor if/when the need arises.

I have ended the engagement for contractors when their performance did not meet expectations.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Other: I don't fully know what legal documents I am authorized to sign. My immediate supervisor or higher has signed statements of work or other contracts such as service agreements.

**54. Please explain the type of legal documents you are authorized to sign.**

I don't fully know.

**55. How frequently do you sign legal documents on behalf of the company?**

Never

**56. What is your spending limit without seeking approval?**

I know that is documented someplace, but I don't know exactly what my spending limit is. I think it is based on role.

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

90-95% of my work assignments are self-determined. The remaining 5-10% is assigned by my manager or other leaders.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

Yes

**59. How many Nike employees directly report to you?**

Right now, 21 people. This includes 8 full time employees and 13 contract employees.

**60. What are the job titles of the employees who directly report to you and what work do they perform?**

Lead Software Engineer, Senior Software Engineer, Software Engineer - capability engineers on scrum teams focused on delivering business value for Nike within a certain domain.

**61. How do you supervise the work of those who directly report to you?**

FTE's - I have weekly one on one's, and I am available at any time if there is anything that they need from me. I also am engaged with the teams on a daily basis and I am aware of the work done by each of my team members. I am involved in the work, but I do not micromanage. I give each team member the flexibility to determine how to go about their daily work. I look for opportunities to coach and mentor and challenge team members to learn and grow.

**62. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**63. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Fitness coordinator - my career started in corporate wellness at Regence BlueCross BlueShield of Oregon for 7 years.

Software Developer at Regence/Cambia for 7 years.

QA Engineer/QA Lead at Cambia/Nike for 6 years.

Scrum Master at Nike for 4 years.

Engineering Manager at Nike for 4 years to current.

**64. To what degree has your prior work experience been helpful for performing your current job?**

100% my prior work experience has been helpful in enabling me to perform my current job. Diverse career experiences have been an asset more than a detriment to any new role I have taken.

**65. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Software development tools and technologies, quality-first mindset, quality and automation tools, ability to think and make decisions on the fly, managing ambiguity and change, developing an innovation mindset, learning how to take complex problems and break them down into smaller parts to derive solutions, knowing and understanding your audience when communicating, customer comes first and customer knows best approach, big-picture thinking, people management.

**66. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**67. What job titles have you held at Nike prior to your current job?**

QA Lead and Scrum Master.

**68. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

AWS cloud development, development best practices, new development tools and technologies, Nike domain-specific knowledge and expertise, people management strategies and resources.

**69. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

A combination of training, on the job experience, coaching, and mentoring. On the job experience has been the biggest contributor to acquiring new knowledge and skills.

**70. What is your highest educational level?**

Master's degree

**71. In what field of study is your highest degree?**

Health education: health and fitness management.

**72. How, if at all, has your education been helpful for performing your current job?**

My undergraduate degrees were in general science, psychology, and biology, which require logical thinking and problem-solving. At Regence, I tested into a PEP (programmer entry program), which provided six months of training to become a software developer, leading to a software engineering position. This has been helpful as an early experience in helping me perform my current job.

**73. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

For this job, there are no certifications, licenses, or trainings that are required. I do take advantage of training opportunities such as Safari Books online, Lynda.com/LinkedIn Learning, and Degreed. I also have participated in a few external trainings or conferences.

**74. How have these qualifications been helpful for performing your current job?**

The knowledge and skills from question 65 and training/conferences from question 73 have all been helpful in helping perform my current job.

## 12. Section 8: Working Conditions

**75. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid, I work in an office building at Nike WHQ (Swift). I have an office that is shared with another engineering manager, and my office is surrounded by a pod where my other team members work.

Post-covid, I work from home in a main room in my house, with a desk, monitor, laptop, accessories, and many notebooks and papers for staying organized.

**76. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**77. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**78. How many hours do you work in a typical week?**

50 hours in a typical week.

**79. To what extent do your work hours vary from week to week?**

There's slight variations weekly, due to timing of meetings scheduled with other geos, meetings with my teams in India to accommodate their working hours, and after-hours work required during holidays or in support of other deliverables/events.

**80. How many days do you work in a typical week?**

5

**81. To what extent does the number of days you work vary from week to week?**

Most weeks, I work a five-day work week, but working additional days may be self-determined or based on key events, holidays, deployments, and other reasons.

**82. To what extent do you control your work schedule such as where and when you perform tasks?**

I control 50% of my work schedule with the remaining 50% being dictated by meetings, holidays, key events, or other items.

**83. What time do you typically start work each day?**

7:30 to 8 am.

**84. What time do you typically end work each day?**

5:30 to 6 pm.

## 14. Section 10: Extra Roles

**85. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

None.

**86. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

None.

**87. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

None.

**88. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

Our teams, including myself, support holidays and big events such as China Singles day, Black Friday, AJ11 (Air Jordan 11) and other holiday launches with 24/7 support rosters.

Performance evaluation (CFE) and 360 feedback activities happen at mid-year and year-end.

## 15. Section 11: Changes to The Job

**89. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

The majority of tasks have remained the same since I first entered this job; however, with the previous Nike tech/Nike digital reorg ~2 years ago, I have assumed more responsibility setting strategy and received less guidance from my leadership on the same. Additionally, a few of my teams in the fulfillment domain remained with managers in order management and I became the manager of a second outbound logistics team.

**90. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

I spend more time in one-on-one, goal-setting, and CFE (performance evaluations) activities with FTE's. This is because I have more FTE's working for me.

**91. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

I used to have more involvement in self-determining or advocating for new positions or backfill positions than I do today.

Every new iteration of the organization brings changes to processes and procedures.

**92. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Not significantly. New tools or upgraded tools have become more commonplace to support remote work. Nike has attempted to streamline and consolidate toolsets. For example, Slack has replaced Cisco Jabber and MS Teams, Confluence and Box have replaced Sharepoint, Zoom/LucidChart/Miro have become new tools available to Nike employees, Jira has replaced VersionOne, and software development tools and technologies are constantly changing.

Nike Job Analysis Interview

Response ID:53 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

51

**2. Interviewee Name:**

Amano Molly Anne

**3. Employee ID**

█████

**4. Interviewer Name:**

Zareena Shefa

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

So as a product manager for inbound logistics I am responsible for the products our team owns as far as strategy, roadmaps, planning work, and overseeing and ensuring the execution of the work and that it done and delivered on time. Inbound logistics is the movement of our goods (e.g., clothes, shoes) from the factories to our customers, like Macys or Nordstroms, or even to our distribution centers. Strategy is looking at where we are at today with products, the solutions we are leveraging, the gaps we face today (i.e., our roadmaps and where you're trying to go and how we can get there), looking at our relationships in partnership with our business partners (i.e., where we are and where we want to be so I work closely with our business partners to understand the strategy and roadmap for logistics). As an example, we do direct ship where we send goods directly to a store, one of the roadmaps would be to increase our direct ship's percentage to a certain percentage. The roadmap is the strategy to get to that plan. We work with a 3rd party company called E2Open, and this system provides inbound visibility to where our products are as far as when they are moving from destination A to B. So I am responsible for working with that 3rd party vendor to ensure the work we need them to do is communicated with them and holding them accountable to the timelines so work is delivered on time and accurate. If there are any issues with that system I am ensuring those issues get resolved.

**6. What tasks do you spend the most time performing?**

Planning and communicating. Planning as far as attending canvasing sessions (i.e., when the business will present the work or a problem/enhancement/upcoming change to process, they will share with product team so we can ask questions and better understand the business value we are trying to achieve and determine if there is additional info needed so we have a solid grasp of the business case) with our business partners to understand what the issue is. Providing consulting information on our current process or set up, and getting work prepped to hand over to our product team (i.e., analysts who break down work and deliver it). Once I turn that work over to the team, I spend a lot of time communicating out status of the work to our business partners, stakeholders, leadership, etc. Another thing I spend a lot of time doing is working with current state (i.e., how do our integrations currently flow) as far as our integration patterns (i.e., the way we send data or information across systems, can be internally or communicating with logistics providers or reporting tools) and where we want to go in the future state (i.e., how we want the future landscape to look like to support Nike's strategy, basically keeping up with the volumes for Nike to increase) in partnership with our architecture team.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

So I would say prepping incoming work for the team so that they have a solid understanding of what business is trying to

achieve. We use a tool called Jira where we build epics which is a ticket or a unique numbering system that allows a user to go in and look at a description of the work, details around the issue, what we are trying to achieve, the business value, timelines, providing enough docs and links for the team, so once I turn it over to the team they have enough information. For example, an epic would be if Europe wants to start leveraging rail to move goods from the factory to the destination, so the epic would be an ask, why they want to use rail, and on our end we would determine the how. So the business comes to us with the business case and we determine the how. All of the tech teams plan the work 3 months in advance, we do a 2 day workshop before PI (i.e., program increment) starts where the team breaks down all the work and we work with product teams that we have dependencies on. If they go off to do work without a clear understand they might not be able to deliver the business value trying to be achieved. Another key task performed is strategy work, like focusing on setting that strategy and goals as far as future landscape and solutions to get Nike to where they want to be. Another important part of my job is communication, because if you don't have clear communication there is a lot of downstream and upstream impacts. I also lead the team, so I am responsible for the overall product team. Several of the team members report to me (e.g., ETW contract workers), so I support the team, help remove roadblocks, coach.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

So the tasks are important because they help support the overall strategy and mission of Nike. I think the key thing here is that we are responsible for getting the products moved from the factory to the customers, so if that doesn't happen theres a huge downstream impact on revenue.

**9. How frequently do you perform these important tasks?**

I perform these tasks daily.

**10. What are the most complex aspects of your job?**

Probably strategy and understanding incoming work from the business. Strategy is complex because you want to make sure you are aligning your overall strategy with Nike's roadmap and mission, because if it is not aligned then you can't help Nike achieve its goal. As far as understanding incoming work, you need to have thorough understanding because if your team will take on that work they need to understand everything to take on that work. If they don't understand the work there can be delays, confusion, and the potential to deliver work that does not achieve business goals.

**11. What are the specific performance goals you must meet to be a high-performer?**

Delivering work on time that also meets the business value. Communication, clear and timely.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

So we are working on defining those right now. However, as we plan our work 3 months in advance, we are committing to delivering that work 3 months in advance. So if we don't deliver those epics, me and my team are held accountable. It is my job to ensure the team has the info needed and removing roadblocks so we can deliver. I check in their progress and the team demos the work to me at the end of the 2 weeks so I can see the progress they are making to ensure it matches the business value they are trying to achieve.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Understanding inbound logistics, systems, tools, process. Agile principles/methodology (i.e., agile is the tech our product team uses, so this is used to plan and execute the next work). Technology/integration capabilities (i.e., AWS, leveraging new technology that Nike could use to advance our tech landscape). Leadership skills (e.g., coaching, communication, guiding, providing positive mindset). Strong communication skills.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

I use Excel, Powerpoint, Word, Jira, Slack, Quality Center (i.e., a tool to track test cases and the execution of test cases. Test cases are for example if we are integrating data between Nike and a 3rd party system E2Open, we would want to build a test case to ensure data is flowing accurately and successfully from point A to point B).

**15. What job title or titles will be next in your career progression?**

Probably Solutions Director.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

For Solutions Director, it is just increased knowledge in inbound logistics and strategy. I would say that role is heavy in strategy. While I spend a lot of time on strategy, I spend a lot of time focused on execution of the work while Solutions Director doesn't focus a lot on the execution.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

Technology, inbound logistics, and agile methodology.

**22. How, if at all, does this area of specialization shape the work you perform?**

Without this knowledge I wouldn't be successful in my job.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

One, Inbound Logistics.

**25. How many people are on each team?**

There are 12 people on this team.

**26. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

Inbound Logistics.

**27. Who are the members of your primary team by job title and what work do they do?**

Product Owner, they are responsible for ensuring the work planned for the 3 month increment is executed on and also providing support to each team member if they have questions or need guidance. The next is Scrum Master, they are responsible for facilitating ceremonies which is the scheduling/meetings part of the whole agile methodology, also ensures team is following agile methodology practices, removes roadblocks. The next is Product Analysts, and these team members are actually executing the work (e.g., documenting, configuring, testing).

**28. What do you specifically contribute when you work with your primary team to complete work?**

I am providing the details on the upcoming work, the business value, and the timing.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

My workload pattern falls under typical, but we do have peaks throughout the year as we get close to planning each program increment every 3 months. It is pretty stressful to make sure we have everything we need to plan those next 3 months over work. Over the past year and a half it has been more stressful reacting to COVID, especially Inbound Logistics because there has been a lot of impacts from COVID. Basically, COVID has backed up the supply chain. There can be factories shut down because of COVID cases, or delays on shipments (e.g., cargo boats backed up), which all has a ripple effect. Helping the business on creative ways to help solve or minimize impacts from COVID.

**30. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

Again, it is understanding the work that is coming in from an intake perspective, documenting it, and communicating it to the team. It does need to be exact because we plan 3 months in advance, so we have a milestone date that requires a lot of work planning for that so if we are not ready we cannot do the work.

**31. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

I wouldn't say low or high all the time. For the most part, if things are going to plan, it is a moderate level of stress. This is also upto each individual and how they manage stress. For example, I manage production support issues which could be at severity Level 1, which has a lot of impact of Nike products/revenues, this can result in high stress until we get it resolved.

**32. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

I would say just the volume of work that our team is responsible for is extremely high, so the stress around understanding, prioritizing, and planning for that work is high because we can't do it all at once. What else is more stressful is when we do have severity 1 issues, everyone has to be head down until it gets resolved- this can mean waking people up even in the middle of the night because we need the issue resolved within hours.

**33. To what degree does your work involve high time pressure? Please explain.**

Again, it is delivering to the commitments we made within the 3 month period. So we are constantly communicating the status of that work and if anything slips there is a lot of pressure to get back on track.

**34. To what degree is your work impacted by unexpected disruptions? Please explain.**

That is one of my roles/responsibilities as well, to ensure the team is kind of protected from those disruptions (which can occur on a weekly basis like unplanned work coming in, or production support issues). So it is my responsibility to work back and ensure this doesn't disrupt the work of my team because they need to be able to continue their work that is their primary focus. If truly urgent, I am responsible for pulling something on the current plate to replace with something else that came through that is really urgent (I try to avoid this).

**35. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

Yes, I completely understand what is expected of me.

**36. To what extent is creativity important to perform your current job effectively?**

Important

**37. In what way is creativity required to perform your current job effectively?**

So I would say when we are solutioning for enhancements or fixes, we are responsible for being creative on the solutioning. So we should look at all avenues instead of looking one way to be creative on our solutions. (e.g., the way we onboard a new deconsolidator, the way we send data between systems needs us to create a new system for the integration. This might require a creative approach that is streamlined for greater results). Also being creative in the way we break down our work into 2 week increments.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**40. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

10

**41. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**42. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: Traveling to various building within Nike HQ for meetings.
Post COVID: WFH.

## 9. Section 5: Decision Making

**43. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I would say the decisions that I make are prioritization of work, solutioning, and strategy/roadmaps. Prioritization includes a lot of factors like working with global leads, solution director, business partners to determine that prioritization of work. It is

important because we have a lot of work, and we cannot always commit to it all, so prioritizing what is the most important for the business value. With solutioning, strategy, and roadmaps, if a poor decision is made we wouldn't be able to support Nike's mission or roadmap.

**44. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

So yes, I contribute in providing feedback on the strategy or even helping determine what the strategy is.

**45. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes, I would say from a team level perspective we set our own operational procedures, policies, and working agreements.

**46. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes, basically I help put together forecasts in partnership with my manager to determine what we are going to ask for from a budget perspective. I am responsible for helping manage and track that budget for the fiscal year.

**47. What level of authority do you have, including making recommendations, to hire employees, if any?**

Yes, I don't have full time employees reporting to me but if we are hiring full time employees I am involved in the hiring process and I provide direct feedback to my manager whom they will report to. For contractors, most of the time they report to me, so I am a part of the interview process. It is typically a joint decision process between me and my direct manager.

**48. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

We had a product analyst on our team and we were hiring for a Product Owner role (which is the next step), so I was involved in the interview process. We always have an employee go through the interview process, which would lead to a promotion.

**49. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

Fortunately I have not had to make that decision, but I do have the authority to recommend disciplinary action to my direct manager if needed.

**50. What level of authority do you have, including making recommendations, to terminate employees, if any?**

Because I don't have full time employees reporting to me, I could provide my recommendations to my boss because I do have more visibility to give recommendations/feedback. However, I would not have the authority for full time employees. But with contractors I would have the full authority after talking to my manager.

**51. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**52. What is your spending limit without seeking approval?**

N/A

**53. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both, my manager will ask me to do some specific tasks. I also know what my responsibilities are so I create my own tasks and plan for managing those responsibilities. I know what I need to achieve so I am not micromanaged and work independently.

## 10. Section 6: Supervising Others

**54. Do any Nike employees <u>directly</u> report to you?**

Other: Contractors

**55. How many Nike employees directly report to you?**

There are 3 ETWs (external temporary workers, i.e., contractors) that directly report to me

**56. What are the job titles of the employees who directly report to you and what work do they perform?**

The ETWs are Product Analysts/BSAs (business systems analysts). They are responsible for the execution of work (i.e., system configuration, documentation, test plans, test execution, analysis).

**57. How do you supervise the work of those who directly report to you?**

We have daily stand ups, as part of agile methodology we have these where we meet for 15 minutes where the team provides updates on what was completed yesterday, the work to be completed today, and if they have any roadblocks. We can track through Jira what work was delivered. Also through bi-weekly demos, the 2 week increments of work that was broken down for the team, so they will demo what they have accomplished so we can check off if it is what we were looking for/trying to accomplish. The Scrum Master and Product Owner also provide feedback.

**58. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**59. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Prior to starting at Nike I had 9 years of experience in technology roles, such as a Systems Analyst and Web Content Administrator.

**60. To what degree has your prior work experience been helpful for performing your current job?**

I would say it has been extremely helpful. A lot of the experience I had at my previous job was applicable to my current job in regards to technology (i.e., integration, testing, configuration, analysis, solutioning).

**61. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

A lot of the experience I had at my previous job was applicable to my current job in regards to technology (i.e., integration, testing, configuration, analysis, solutioning).

**62. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**63. What job titles have you held at Nike prior to your current job?**

Business Analyst, Business Systems Analyst, Senior Business Systems Analyst, Lead Business Systems Analyst, and Product Owner.

**64. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Agile methodology, inbound logistics, leadership skills, vendor management, AWS training.

**65. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Inbound logistics would be on the job experience. Agile methodology was formal training. Leadership skills was formal training, coaching, and mentoring. Vendor management was on the job training. AWS was a formal training.

**66. What is your highest educational level?**

Bachelor's degree

**67. In what field of study is your highest degree?**

Business Administration with a focus on General Management and Human Resource Management.

**68. How, if at all, has your education been helpful for performing your current job?**

I would say it has been really helpful, such as the training in business operations in general has been helpful. As far as HR Management I would say I apply that to being a leader at Nike and coaching team members. With my business degree, I had courses in supply chain that are applicable to my current job. Also I had courses in finance that are applicable to my current role in budget management.

**69. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I was certified in Agile Methodology. Along the way through college I took several IT courses as well. There are a lot of courses over the years at Nike that I have taken for leadership skills.

**70. How have these qualifications been helpful for performing your current job?**

They have given me the skills and knowledge to be successful in my current role.

## 12. Section 8: Working Conditions

**71. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: I worked at Nike HQ.
Post COVID: I work at home.

**72. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**73. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**74. How many hours do you work in a typical week?**

A typical week would be 42-48 hours.

**75. To what extent do your work hours vary from week to week?**

They are pretty consistent.

**76. How many days do you work in a typical week?**

5

**77. To what extent does the number of days you work vary from week to week?**

It doesn't vary and is pretty standard.

**78. To what extent do you control your work schedule such as where and when you perform tasks?**

I think majority of the time I am able to control my work schedule unless there is an urgent product support issue that comes through, then I need to be available at any point in time.

**79. What time do you typically start work each day?**

About 7am.

**80. What time do you typically end work each day?**

Between 4 and 5pm, depending on school/kid's schedule. I might get back later in the evening. There is flexibility in my schedule, so if something comes up I can adjust my schedule accordingly.

## 14. Section 10: Extra Roles

**81. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

On occasion, I will mentor others.

**82. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

I can't think of anything off the top of my head. I have done stretch assignments in a different areas. This was a short term assignment that ended with me being in the team that I am on right now.

**83. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**84. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No. We ramp up during the holiday season to provide extra support. Our priorities change (i.e., we usually plan 3 months in advance, but approaching the holiday season we can prioritize different things to support the holiday season) during the holiday season but there aren't extra roles I take on during those times.

## 15. Section 11: Changes to The Job

**85. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Yes, and that is only because I moved from a Product Owner to Product Manager role, and because we didn't have a Product Owner replacement I acted as both until we were able to fill that position. Since then, my tasks as a Product Manager have been consistent.

**86. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes, I would say because of my previous answer I now have more time to focus on Product Manager tasks instead of splitting my time between Product Manager and Product Owner responsibilities.

**87. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

No.

**88. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No, just my location.

# Nike Job Analysis Interview

Response ID:54 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

52

**2. Interviewee Name:**

May Emma Anderson

**3. Employee ID**

███████

**4. Interviewer Name:**

Tyleen Lopez

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I lead a team of marketers who are responsible for strategy and management and execution of our partnerships with all of our leagues and other sport partners, our key athletes, and our grassroots work in North America.

**6. What tasks do you spend the most time performing?**

Team management/leadership, budget planning and reconciliation, athlete strategy and plan execution, league and partner management, and working with a North America brand leadership team to represent my team's work and needs.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

League, partner, and athlete relationship management and big idea concepting.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

These tasks are important because they drive Nike's tie to sport and relevancy within sport.

**9. How frequently do you perform these important tasks?**

Everyday.

**10. What are the most complex aspects of your job?**

People.

**11. What are the specific performance goals you must meet to be a high-performer?**

I need to provide value back into the brand and the business from our partner and athlete relationships and work to bring them into the Nike ecosystem.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

Yes, I am expected to achieve sell through as it relates to product associated with our league deals as well as product associated with our athletes. I am expected to be on budget, and I am expected to keep a high performing and diverse team which is measures numerically.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Team leadership and team management, partner and athlete relationship management, background in league/sport, ability to manage multiple projects at the same time, the ability to make the complex simple, and the ability to deliver consistently remarkable work.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Keynote, Excel, Word, Slack, AirTable, and Box.

**15. What job title or titles will be next in your career progression?**

Vice President

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I feel as though I already have the required knowledge, skills, and abilities for whatever role is next.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

Other: North America. However, I have global properties that I am responsible for.

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Yes, the work that I perform is very much based in North America because our leagues and athletes and such are based in North America but relevant globally. So for example, my job in APLA would look very different.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

Other: I am assigned to every sports category.

**21. Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

Yes, I am expected to be knowledgeable about every single sport category, athlete, and organization under our purview.

**22. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**23. Do you have any additional specific areas of specialization? If yes, what areas?**

Yes, managing athletes is an area of specialization. They would not just call anyone in to speak to Lebron, however, I would speak to Lebron.

**24. How, if at all, does this area of specialization shape the work you perform?**

It shapes how we think about everything. We a re very detail oriented, we are very conscious of other people's time, we spend a lot of time with external partners and thus are not always tied in to the day to day footwear apparel business at Nike.

## 7. Section 3: Work Team Structure

**25. Do you work as part of a team?**

Yes, I work as part of a team.

**26. How many teams do you work on at a time?**

Seven.

**27. How many people are on each team?**

Typically there are between 10-25 people on each team.

**28. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

My primary team is the North America Brand Leadership team.

**29. Who are the members of your primary team by job title and what work do they do?**

1) VP of North America Brand -- holistically responsible for everything marketing.
2) VP of Women's Brand -- responsible for women's marketing.
3) VP of Men's Brand -- responsible for men's marketing.
4) VP of Consumer Direct Marketing -- responsible for consumer direct marketing.
5) Senior Director of Kids -- responsible for Kid's marketing.
6) Senior Director of Catalysts -- Responsible for catalysts marketing.
7) Senior Director of Marketing Operations -- responsible for marketing operations.
8) Senior Director of Brand Defining & Purpose -- responsible for brand defining and purpose marketing.
9) Senior Director of Integrated Media -- responsible for integrated media marketing.
10) Senior Director of Creative -- responsible for creative marketing.
11) 3 City Senior Directors -- responsible for marketing within their respective cities LA, Chicago and NY.

**30. What do you specifically contribute when you work with your primary team to complete work?**

The primary team is about 1) setting the culture for all of NA brand, 2) aligning on NA brand priorities and budget, and 3) ensuring execution for the work.

## 8. Section 4: Work Characteristics

**31. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It is predictable and it is spread out unevenly, it is non-stop 24/7, 365 days a year. There is little work life balance in this position. However, I do not expect work life balance in this position because in the sports world that is not a thing.

**32. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

Yes, there is a high level of precision involved in all of the work. It all needs to be completed in an exact and accurate manner. The consequences would be loss of a major partner, loss of an athlete relationship, it could be consumer distrust, or brand perception shift.

**33. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or**

constant?  Please explain.

High stress and constant stress (see above).

---

**34. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

1) Working with so many uncontrollable variables,
2) The need to be up to date on all sport happenings all the time,
and 3) Leading a team that needs to do those top 2 things as well.

---

**35. To what degree does your work involve high time pressure?  Please explain.**

All of the time, our team is not working on our schedule ever. We need to work on the schedule of sport and not on the schedule of Nike.

---

**36. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Weekly, for example an athlete shares their feelings about a product unexpectedly and then the ramifications that come from that must be dealt with. Or a league partner makes a decision that we are not in alignment with, and sometimes that requires dropping everything to attend to the issue depending on the issue.

---

**37. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I understand what is expected of me based on my many years in sports and entertainment marketing, I do not understand what is expected of me based on any documentation or clarity that has been provided by my employer.

---

**38. To what extent is creativity important to perform your current job effectively?**

Critically Important

---

**39. In what way is creativity required to perform your current job effectively?**

We are always wanting to bring new and innovative approaches to our consumer that only Nike could do.

---

**40. How frequently, as part of your current job, are you required to physically exert yourself?**

A few times per year

---

**41. Please describe the work you perform that requires you to physically exert yourself.**

My team is required to do physical things like set up event spaces or move a lot of product, and sometimes I help but I am not required to.

---

**42. What specific physical abilities are required to perform your current job effectively?**

Dynamic Strength — The ability to exert muscle force repeatedly or continuously over time. This involves muscular endurance and resistance to muscle fatigue.
Gross Body Coordination — The ability to coordinate the movement of your arms, legs, and torso together when the whole body is in motion.
Gross Body Equilibrium — The ability to keep or regain your body balance or stay upright when in an unstable position.
Static Strength — The ability to exert maximum muscle force to lift, push, pull, or carry objects.

---

**43. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other:

---

**44. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

I have only had this role in Covid, and I am required to travel monthly at the moment but after covid I would most likely have to travel more frequently.

**45. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

60

**46. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

10

**47. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre covid I did not work in this position but I still worked at Nike and I was working 60% of the time out of my primary office because of work travel. And Post covid I am working mainly from home, and the 10% I work out of my primary office at home is also due to work travel.

---

## 9. Section 5: Decision Making

**48. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decisions that we make are: 1) What athletes and leagues we should be in partnership with? and 2) What should those deals look like? These are important because we want to ensure to align ourselves with partners who represent our brand well and can help us achieve our own objectives and if we do bad deals then the consequences for Nike can be massive from a business and consumer brand reception.

**49. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, I help contribute to our global and geography athlete and league strategy. I contribute to this by providing a consumer focused perspective based on 18 years of experience.

**50. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No I do not. I have to implement them but not develop them.

**51. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes, my team manages a 200 million+ annual budget that is mostly contractually obligated and my job is full accountability for it.

**52. What level of authority do you have, including making recommendations, to hire employees, if any?**

I have full authority if the employee would be working on my team.

**53. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I make recommendations for employee promotions, however, employee promotions seem to be made by VP of NA brand along with HR.

**54. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

Along with my HR business partner, I have partial authority. I would not impose disciplinary action without HR.

**55. What level of authority do you have, including making recommendations, to terminate employees, if any?**

Along with my HR business partner, I have partial authority. I would not terminate an employee without HR.

**56. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**57. Please explain the type of legal documents you are authorized to sign.**

Contracts and scope of work documents.

**58. How frequently do you sign legal documents on behalf of the company?**

Monthly

**59. What is your spending limit without seeking approval?**

I don't know.

**60. Are you assigned work by your manager/leadership or do you determine your own assignments?**

A little bit of both.

## 10. Section 6: Supervising Others

**61. Do any Nike employees <u>directly</u> report to you?**

Yes

**62. How many Nike employees directly report to you?**

9 employees.

**63. What are the job titles of the employees who directly report to you and what work do they perform?**

1) Director of NFL -- Direct NFL marketing.
2) Director of MLB -- Direct MLB marketing.
3) Director of W/NBA -- Direct WNBA and NBA markerting.
4) Director of Golf Retail and Grassroots-- Direct golf retail and grassroots marketing.
5) Director of Golf Partnerships and Ambassador Program-- Direct golf partnerships and ambassador program marketing.
6) Director of Grassroots-- Direct Grassroots marketing.
7) Agile Manager -- manages our partnership with brand defining and purpose and leads athlete brand plans.
8) Agile Specialist -- manages our HBCU strategy and Colin Kaepernick's Brand plan.
9) Soccer Manager -- manages soccer marketing.

**64. How do you supervise the work of those who directly report to you?**

Bi-weekly meetings with individuals, bi-weekly director staff meeting, bi-weekly agile staff meeting, team slack channel, and daily texts and phone calls.

**65. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Yes

**66. How many Nike employees <u>indirectly</u> report to you?**

There are 2 people who indirectly report to me through a dotted line (not inclusive of the full team).

**67. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

1) Senior Administration Assistant -- Life-saver
2) Director of Marketing Operations -- lead my teams tie into our marketing ops organization.

**68. How do you supervise the work of those who <u>indirectly</u> report to you?**

We have bi-weekly meetings and they both sit on my director staff and my agile staff meetings as well.

## 11. Section 7: Experience, Training, and Education

**69. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

(Most current to least current)
1) Turner Sports -- VP of Marketing, Senior Director of Marketing, Director of Marketing (2014-2019)
2) Redbull -- Regional Marketing Manager, Consumer and Collecting Manager, and Field Marketing Manager (2011-2014)
3) Nissan North America -- Senior Buyer for Marketing (2008-2010)
4) Athlon Sports -- Senior Events Marketing Manager, and Account Executive (2003-2008)

**70. To what degree has your prior work experience been helpful for performing your current job?**

Unbelievably helpful.

**71. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Interacting, managing, and planning for athlete strategies and execution. Also, contract negotiations, responsible for consumer sentiment, and digital marketing and channel management.

**72. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: It was a lateral hire from a job at Nike.

**73. What job titles have you held at Nike prior to your current job?**

1) Senior Director of Global Basketball Nike Direct
2) Senior Director of Brand Marketing W/NBA

**74. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Most of my knowledge and skills are from previous positions.

**75. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Job experience, formal training, and coaching and mentoring all from previous roles before Nike.

**76. What is your highest educational level?**

Bachelor's degree

**77. In what field of study is your highest degree?**

Political Science

**78. How, if at all, has your education been helpful for performing your current job?**

Political science is what I would argue the study of people and what they want, and that directly applies to marketing.

**79. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None.

**80. How have these qualifications been helpful for performing your current job?**

N/A.

## 12. Section 8: Working Conditions

**81. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: I did not work in this position but I did work a previous position at Nike at Nike HQ.
During Covid: I am working from home.
Post-Covid: I anticipate that I will be returning to Nike HQ.

**82. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**83. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**84. How many hours do you work in a typical week?**

70 hours.

**85. To what extent do your work hours vary from week to week?**

They do vary week from week.

**86. How many days do you work in a typical week?**

6

**87. To what extent does the number of days you work vary from week to week?**

This is pretty consistent.

**88. To what extent do you control your work schedule such as where and when you perform tasks?**

Currently, I control it completely.

**89. What time do you typically start work each day?**

7am

**90. What time do you typically end work each day?**

9pm

## 14. Section 10: Extra Roles

**91. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

Yes, I informally mentor many individuals and I also sit on the Diversity and Inclusion Mentor Panel.

**92. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

Yes, I have covered for people on paternity leave. I led the brand defining and purpose team during this coworkers absence.

**93. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No I do not.

**94. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

Yes, my role is very much tied to specific sport's leagues seasons.

---

## 15. Section 11: Changes to The Job

**95. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Yes, a considerable amount of scope has been added to my role since I started it. Specifically, NCAA marketing, USA track and field marketing, and an increase in athlete brand work.

**96. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

The overall scope of my current job is far greater than my previous role. Prior to me taking this role, there were four senior directors assigned to this level of scope.

**97. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

We are currently working to elevate how we do the work.

**98. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No.

# Nike Job Analysis Interview

Response ID:55 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

53

**2. Interviewee Name:**

Buxton Erin O

**3. Employee ID**

██████

**4. Interviewer Name:**

Dustin Maneethai

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Staffing resourcing and that includes assessing the hiring, interviewing, performance managing, and contracting.
Team overall management - team health, guidance and vision, directional decision making, performance assessments, team culture. Time sheet approvals.
Overall technical contracting - initiating, reviewing, and signing of contracts. Also includes securing budget and leadership alignment and approval of contracts and vendor decision making (which vendor we are picking).
Technical quality assurance - insuring overall quality of applications and services. Adherence to engineering standards and aligning to Nike's best practices, standards, security standards, etc.
Insuring technical lead oversight of quality release readiness and management. Production readiness. Making sure whatever we are delivering is quality. Making sure that we have the roles in place so that the quality is place.
Technical road mapping - providing visibility and direction on technical road map backlog items in a timeline and aligning that with product management.
Alignment - insure alignment with my team, my leadership, and my business partners on prioritization decisions, technical direction, business direction and requirements, and overall delivery management.
Technical execution - insuring the on time delivery of prioritized scope to quality, business, and technical standards.
Performance management and career development - insuring that my full time employees are getting regular feedback on their performance and execution of technical delivery as well their interactions with peers, team dynamics, and Nike maxims. Provide formal documented feedback at least twice a year and develop their individual development plan for continued growth and career development.
This year, spend a lot of time establishing a new business and technical capability.

**6. What tasks do you spend the most time performing?**

Technical execution support, escalation support, and quality oversight - which includes supporting sprint planning and grooming, cycle planning. Attend standups, bi-weekly connection points with our product team on status and priorities, retrospectives, one on ones with team to understand status, review and sign off on high level designs (architecture). Sign off for demos, the technical components. Confirm with technical and business team on quality and next priorities against the timeline. Sign off on release plans, and go no go decisions. Support escalations and remove blockers for the team. Insure the business activities tied to our release are completed. Report status through PMOs (project management office) and technical leadership.
Staffing, determining staffing needs to meet delivery expectations. Get alignment with department leadership. Negotiate with other managers on resource sharing/borrowing. Submit requests for new contractors or fulltime employees. Work with staffing

suppliers to source resources. Coordinate and interview resources. Select and onboard resources. Depending on the staffing supplier, use our internal Flex process (our third party contracting system) or establish a statement of work contract and take that through signature.

Depending on the year, contracting. Align with department leadership and capability needs. This can be everything from vendor selection, which includes determining vendors to include, working with vendors on a RFI/RFP (request for information/request for proposal) process. Reviewing RFI/RFPs, conducting sessions with suppliers, evaluate and score suppliers. Get funding approvals through our BCR (business case review) and technical PMO, (CDIO) leadership approval for the capability and spend. Contract reviews, feedback, and negotiations, insuring completeness of contract coverage, depending on the level of spend, contract signature. Insure any full time employee staffing asks are reviewed and approved as well as the implementation partner selection and funding, and contracting are complete, with leadership alignment.

This year, spend a lot of time establishing a new business and technical capability. For this new business capability, we work with business, tech, and architecture to establish the strategy, base requirements, scope and direction. We also did the full technical solution, implementation partner selection, went through the full contracting process. Establish the governance teams and approvals around this. Establish base staffing needs. We onboarded and got support from external contracting firm to further refine scope and high level technical considerations, as well as the business alignment, scope, current state, and future state.

---

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Technical execution support, escalation support, and quality oversight
Staffing, sometimes staffing is the escalation support
Establishing the new capability
Contracting

---

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Ensure the execution and quality of the technical teams to support business capability and revenue generation. Specifically, I have a tier 1 service and app that directly supports 12 billion dollars in revenue and indirectly 35 billion dollars in revenue. We also provide customer data that supports strategic decision making from planning to purchasing to sales direction.
Staffing ensures that we have the right people to deliver to the business needs within expected timelines.
Establishing new capability supports the highest priority projects and sales direction.
Contracting is selecting our partners that enable us to deliver and deliver quality.

---

**9. How frequently do you perform these important tasks?**

Daily

---

**10. What are the most complex aspects of your job?**

Ensuring ongoing alignment and direction on priorities and quality.
Balancing execution timelines, quality, and lack of staffing.
Aligning staffing model directional changes between fulltime, contract, and statement of work resourcing.

---

**11. What are the specific performance goals you must meet to be a high-performer?**

On time delivery to committed plans. Meeting Nike expectations around interactions with peers, teams, and leadership.

---

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

On time deliver to committed plans.

---

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Knowledge of engineering standards and quality frameworks.
Team leadership and support skills.
Contracting and hiring skills.
IT strategy skills.

Technical industry knowledge, for example understanding cloud technology, understanding of microservices and lambdas.

Program/project management.

Agile methodologies.

Understanding of product management.

Facilitation and conflict resolution skill.

Knowledge in the technology field.

Ability to create operating models, staffing models, governance models, and escalation paths.

Communication and change management skills.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Microsoft Office Suite, Slack, Dashboarding tools (depends on the team, e.g., AWS console, SignalFX, Consoles, etc.), Lucid Charts

**15. What job title or titles will be next in your career progression?**

Senior Director

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Track record for strong teams and on time execution. Track record for continued alignment with leadership. Ability to show influence across the leadership teams.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

Other: Global

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

I don't think so.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

Other: We support all of them.

**21. Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

Our work universally supports all the sports categories.

**22. Are you assigned to a specific Product Line/Gender?**

Other: We support all of them.

**23. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

Our work universally supports all product lines/genders.

**24. Do you have any additional specific areas of specialization? If yes, what areas?**

Customer data - for wholesale, sports marketing, Direct (dot com), brand marketing.

**25. How, if at all, does this area of specialization shape the work you perform?**

I have to think about impacts across the enterprise and ensure alignment across the enterprise.

## 7. Section 3: Work Team Structure

**26. Do you work as part of a team?**

Yes, I work as part of a team.

**27. How many teams do you work on at a time?**

4

**28. How many people are on each team?**

6 to 15

**29. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

Enterprise Customer Data Platform

**30. Who are the members of your primary team by job title and what work do they do?**

Senior Director - executive sponsor, sets governance direction
Product Director - sets business direction
Expert Architect - sets architecture direction
Engineering Director - escalation support (my boss)

**31. What do you specifically contribute when you work with your primary team to complete work?**

I'm the overall program leader. I have been the primary point of contact for contracting, vendor selection, staffing model, technical/strategic direction, ongoing coordination and delivery of action items. Handle the BCR and TCM budget approvals and leadership alignment. All staffing requests. Vendor management. Supported strategy direction and requirements. Provide customer data expertise.

## 8. Section 4: Work Characteristics

**32. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

Some are peaks and valleys, but a lot of it isn't as well. Escalation support and staffing (like contracting and hiring) those are all peaks and valleys, depending on where we are in the process and team needs. Also depends on business priorities and staff retention (e.g., if people leave without notice, increases workload). More predictable are the agile processes and regular cadence of alignment meetings, planning, and agile delivery.

**33. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

Contracting/vendor selection and staffing require more precision. Contracting/vendor selection because of the legal and cost ramifications to Nike if we miss something. Staffing and hiring require precision because of the positive or negative impacts it can have on the teams and the effort needed to onboard someone is impactful.
Engineering quality needs a level of precision due to the fact that I manage a tier 1 app, and the revenue and customer experience of Nike can be negatively impacted if our application or service goes down. For example, during order deadline

on Nike.net platform, downtime can result in impacts to our 12 billion dollar revenue that goes through that system.

**34. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

Some aspects, such as SEC work is higher stress due to the cross-organization dependencies and timeline pressures. Other stress is ensuring that we have the right level of staffing to deliver to timelines, for example it has been very challenging to get staffing especially with poor retention due to the pending reorg. This has been seen more in the last year for SEC, and staffing more in the last quarter.

**35. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

Staffing and hiring fast enough to meet the execution demands. The COVID stress, whether or not we have to go into the office, and impact to family. The gaps in department leadership that have not been addressed because of the reorg.

**36. To what degree does your work involve high time pressure? Please explain.**

70% of our job. Execution is high time pressure.

**37. To what degree is your work impacted by unexpected disruptions? Please explain.**

For staffing it is high because of challenges with employee retention due to reorg. The other disruptions are around SEC, for example, recent shift in staffing for SEC to a third party partner and onboarding that in a very short time. Changes in staffing decisions for things that support SEC, for example previously approved roles changed to unapproved. 2080 rules have changed, causing us to lose a lot of long term contractors and do a lot of staff planning and business reprioritization, and a late change in the 2080 rule required a redoing of our staffing plan to get mass extensions, which cause a lot of confusion.

**38. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

Roles are not clearly defined and its a trial by error to discover your full role. Equivalent roles don't necessarily align to other companies.

**39. To what extent is creativity important to perform your current job effectively?**

Critically Important

**40. In what way is creativity required to perform your current job effectively?**

We often have to get scrappy to figuring out solutions to get our teams to deliver expected solutions on time.

**41. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Post: Never; Pre: A few times a year

**43. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre: to any one of the GEOs depending on the project.

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

30

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**46. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre: WHQ business offices
Post: Home office

## 9. Section 5: Decision Making

**47. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Engineering quality signoff - for tier 1 app quality and readiness for deployment impacts the entire Nike.net platform.
CFE (employee performance ratings) and annual salary increase - this affects all of my employees. Affects all of their performance ratings and salary increases.
Contract signatures - contract decisions affect major spend at Nike, legal and execution ramifications.
Staffing/selection - affects the quality of the team and the ability to deliver business priorities on time.
Escalation support - directly impacts the teams ability to deliver on time for business requirements.

**48. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, the enterprise customer data platform. Work in partnership with business governance architecture to determine strategy and direction. Also contribute to AOP (annual operating plan) planning.

**49. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

I'm currently working on global tech contractor selection process that includes diversity and inclusion. Worked extensively with managers, HR, talent acquisition, DEI HR business partners, HR legal, etc. on the development of this playbook and training content.

**50. Do you have any involvement in managing budgets?  If yes, what is your role?**

Responsible for contracting budgets and ensuring we are within budget for contracts.

**51. What level of authority do you have, including making recommendations, to hire employees, if any?**

I have hiring authority.

**52. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I have the authority to promote.

**53. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I have the authority when in alignment with our HR business partners and employee relations.

**54. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I have the authority when in alignment with our HR business partners, employee relations, and my department leadership.

**55. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**56. Please explain the type of legal documents you are authorized to sign.**

Statement of work, vendor contracts (e.g., IT tools or services)

**57. How frequently do you sign legal documents on behalf of the company?**

A few times per year

**58. What is your spending limit without seeking approval?**

$500,000 with leadership alignment.

**59. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Mostly determine my own.

## 10. Section 6: Supervising Others

**60. Do any Nike employees <u>directly</u> report to you?**

Yes

**61. How many Nike employees directly report to you?**

3

**62. What are the job titles of the employees who directly report to you and what work do they perform?**

2 Tech leads - ensure technical quality of the code and unblocks technical team members
1 Data expert - ensures quality requirements, provides customer data expertise, and does technical delivery

**63. How do you supervise the work of those who directly report to you?**

Through team meetings, agile processes, 1 on 1s, CFE (performance ratings)

**64. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Yes

**65. How many Nike employees <u>indirectly</u> report to you?**

2

**66. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

1 Tech lead - ensure technical quality of the code and unblocks technical team members
1 Scrum lead - manage the day to day delivery through agile ceremonies, first point of escalation

**67. How do you supervise the work of those who <u>indirectly</u> report to you?**

Through team meetings, agile processes, 1 on 1s, CFE (performance ratings)

## 11. Section 7: Experience, Training, and Education

**68. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

3 years - Engineer - Cisco Systems
4 years - Security and Network Consultant / Product Manager - Schlumberger
6 years - Security Operations / Architecture / Manager / Kaizen Lean Specialist - Halliburton
2 years - IT program management - Acme Consulting
2 years - Business and engineering strategy / program management - Slalom
4 years - Product management and requirements assistant director - Cambia
6 months - IT Director - Ardon Health

**69. To what degree has your prior work experience been helpful for performing your current job?**

Very helpful

**70. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Program management, team management, IT direct hands on experience, IT strategy and architecture experience, process improvement, rapid delivery, product management. Contracting and budgeting. Staff planning and hiring.

**71. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**72. What job titles have you held at Nike prior to your current job?**

Short term contracts,

**73. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Leadership alignment skillsets. Learn some Python.

**74. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job experience and Python through training pilot.

**75. What is your highest educational level?**

Bachelor's degree

**76. In what field of study is your highest degree?**

Mathematics and French

**77. How, if at all, has your education been helpful for performing your current job?**

Yes

**78. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Lean bronze certification, agile training, product management training, copious amount of leadership training.

**79. How have these qualifications been helpful for performing your current job?**

Agile is the day to day mechanics of working with the team in an agile environment. Lean bronze cert. is all about process improvement and efficiencies. Product management to understand my business partner and how to support them. Leadership training outside of Nike helps me lead my teams effectively.

## 12. Section 8: Working Conditions

**80. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre: Outside of HQ (Quantum Force) and business partner offices at WHQ
Post: Home Office

**81. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**82. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**83. How many hours do you work in a typical week?**

40-60 depending on the week

**84. To what extent do your work hours vary from week to week?**

It's variable depending on the timelines and deadlines.

**85. How many days do you work in a typical week?**

5

**86. To what extent does the number of days you work vary from week to week?**

Never

**87. To what extent do you control your work schedule such as where and when you perform tasks?**

I can mostly control it. I control how I respond to deadlines, but the deadlines don't move.

**88. What time do you typically start work each day?**

9 AM

**89. What time do you typically end work each day?**

4 to 7 PM

## 14. Section 10: Extra Roles

**90. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

Yes, work on the DEI council and currently supporting a tiger team for onboarding external vendor and currently supporting another team, due to leadership gaps.

**91. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

DEI council, supporting contractor selection playbook, overall DEI strategy support. For the tiger team developing the operating model, onboarding processes. I'm supporting a red status team as a backfill for leadership gap.

**92. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**93. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

We support order deadline for Nike.net wholesale partners. AOP planning annually.

## 15. Section 11: Changes to The Job

**94. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Old tasks we no longer perform is budget management for our team within a percentage, we had to be within 1%.

**95. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No

**96. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, through trial and error and clarification of my role. Yes, for significant changes in staffing processes. And changes in our agile processes from PI (quarterly planning) planning to cycle planning (6 week planning cycles).

**97. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Some, but pretty minor.

Nike Job Analysis Interview

Response ID:56 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

54

**2. Interviewee Name:**

Kulkarni Priyanka

**3. Employee ID**

███

**4. Interviewer Name:**

Dustin Maneethai

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

We sit within the research and insights part of Nike. Leverage retail insights to inform key decisions. Such as building store concepts, building journeys, have customers employees feel good about shopping at Nike. Help retail stakeholders set strategies with consumer insights. Sharing or preparing retail consumer insights to inform decisions and roadmaps for retail. Developing measurement systems to best represent the Nike retail experience for customers.

**6. What tasks do you spend the most time performing?**

Socializing our work. Ensuring our stakeholders and partners understand the insights we share and building those interpersonal relationships to ensure that we are building out the strategy for the next three years. Strategizing the partners.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Most important tasks would be leverage knowledge and ability to leverage consumer insights for Nike, so that any projects Nike retail takes is informed by consumer insights. Measuring consumer experience is lack for example, there is no good yard stick of measurement. So how to build the measurement system to inform decisions and change behavior. That is an example of how we support our partners move forward and make hard decisions and the best decisions for the Nike consumer.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Tasks are important because at the end of the day our customers and consumers choose to engage with our brand, equity lens, loyalty, or any affinity for Nike. Over their life or the life of their families, building relationship. Keep the consumer at the forefront of these decisions and having a good experience with the brand and the product. A strong relationship with consumer ends up with long term relationship. Can be emotional and physical. Biggest impact for Nike is successful building of relationship with consumers.

**9. How frequently do you perform these important tasks?**

One key strategic project like this every quarter. Balance time between building foundational components and part of the time socializing and leveraging it over time. It's something we think about constantly, its usually a long term visions. Could be a years long project that spans multiple quarters, so there is balancing between these tasks and some of the other tasks that we work on.

**10. What are the most complex aspects of your job?**

The most complex aspects of my job are two things, one the people and the relationships and two being data savvy so that we are informing our customers with the right and accurate data. Essentially wrangling the data and tell a story representative of that data.

**11. What are the specific performance goals you must meet to be a high-performer?**

People savvy, building or having the skills to facilitate the right conversations, build successful partnerships, being able to navigate when it comes to relationships and working relationships.

Another performance goal would be to know your craft very well, leveling up your skills set, staying informed, reading articles, taking additional courses, networking, working on your craft is key at Nike, and the asset you bring to your team and that you continue to hone.

Lastly, understanding the vision you want to create with your team or your broader stakeholders, common goals and visions to speak the same speak and work towards and put effort towards common goals and not be too divergent from it. Identify and be a part of that team and goal and how you can contribute, versus straying too far from the path or doing your own thing.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

No, there isn't.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Knowledge of consumer behavior, using research to unpack insights and using data to provide a strong point of view. From school or prior experience.

Skills and abilities include people management, soft skills such as being a good communicator, navigating conflict, building good and healthy relationships at work. Being a good presenter and being confidence. Having the confidence to speak with clarity and answering complex questions. An air of confidence is critical to show you are needed in the time and important to your team and stakeholder.

Skill in being able to make a clear story using complex data.

Knowledge in past experiences working for a premium brand or retail industry, which is critical. It's difficult if you do not have a good grasp of the industry. Also, having the global knowledge, work experience that gives you knowledge that helps succeed in our global facing company.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Presentation software (KeyNote), Microsoft Suite, collaboration tool (Miro), project management (Aha), zoom, clarabridge (sentiment data analytics, business analytics), tableau, survey data (third party survey tools and platforms).

**15. What job title or titles will be next in your career progression?**

Director or Senior Director Insights/Research

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Further fine tuning knowledge, skills, and abilities mentioned before. Honing your craft. Skillset that is important is people management and relationship management needs to be honed to move to the next level.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

Nike retail (NDSS) Nike Direct Stores and Services

**22. How, if at all, does this area of specialization shape the work you perform?**

Shapes my focal point in terms of the consumer insights that we are leveraging to inform decisions. Broad focus on Nike Direct Retail, so all the experiences that they experience across the globe, product lines, and genders, and help set the strategy and leverage insights to inform decisions.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

2

**25. How many people are on each team?**

The core team has 8 and the second team has 5.

**26. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

Voice of Consumer Team (team of 8)

**27. Who are the members of your primary team by job title and what work do they do?**

1 Director of Voice of Consumer - manages our team and roadmap. Voice of our team across research and insights.
5 Senior Managers of Voice of Consumer - Like me there is one senior manager for each domain, retail, digital, product, activities and apps, sentiment.
2 Analysts - support each of the senior managers, analytical support house.

**28. What do you specifically contribute when you work with your primary team to complete work?**

I specifically contribute the retail insights and strategies for measurement for our global VOC roadmap.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

Pre Covid: workload pattern would have been spread evenly across the year, with holiday season and end of fiscal year being busiest and requiring more hours on campus, meetings, and deliverables.

Post Covid: unpredictable, not spread evenly. On the person to make a good routine and spread myself throughout the week without straining. Busy at the end of every quarter. It's unpredictable the last two years. Most of the unpredictability happening the first year working from home.

**30. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

I don't believe my work requires a high degree of precision or repeatable. I think we go for depth and consistency. For example, we provide a big quarterly insights report - making sure they are tangible, easy to understand, our story is thorough and sharply focused on the insights we present, and doesn't create additional complexity. Consequences not performing my work that is thorough and easy to understand would create complexity and friction with stakeholders that would result in decisions made without clarity of decisions that would impact the consumer.

**31. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

High stress but periodically, driven by the complexity of the Nike organization and the decisions being made at the highest level, rather than the complexity in our team. Waiting for decisions or clarity from top of what our road map looks like, what we should key in on. If those decisions take too long, it creates spin, and the stress comes from second guessing whether the work will provide insights. No clear end in sight. Very covid related, our industry moves very fast and we can't attend the right meetings and can't be clicked in with each other. Before covid could have met with the right people to reduce that complexity, which has been a complexity in the past two years.

**32. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

Relationship building, people component - basically building the right relationships that are positive and collaborative in nature. Oftentimes dealing with difficult personalities and in the post covid world not being able to build relationships and relying on Zoom meetings, which could have been a healthy relationship in the office. Stressful because not everyone's mental health is what it used to be and having the blend with life and work. Shared stress amongst the people I work with, everyone dealing with work from home complexity, like have kids in daycare. Which may show up in interactions with you or others.

Another stressful aspect is the workload, the workload for our team is that every day you need to context switch every hour, we are often dabbling in multiple streams of work and multiple levels of complexity that we are trying to solve for. Constant context switching and wearing different hats, and not having seeing people face to face and instead meeting online. Project management and project overload happening in the space of your home, which adds to the longitudinal stress felt day to day.

**33. To what degree does your work involve high time pressure?  Please explain.**

Medium degree of time pressure. In that there are some strategic projects that require very clear budge deadline, and to see that to fruition we must deliver in a timely manner.

**34. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Very high degree of impact by unexpected disruptions. Unexpected disruptions comes fro the Nike retail strategy, the markets, GEOs, retail stores opening and closing (due to covid), all of that often adds to unexpected disruptions that may lead to insights not being applicable anymore due to those changes. Unexpected disruptions are with people and roles, people changes. People leaving or joining or moving roles. Which may interrupt the insights we provide. Oftentimes that swirl makes us stop and hold or completely pivot in a different direction.

**35. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

It's very clearly defined, but it took two years to craft that definition. Changed from team role, from strategy, team and role changes. But now more clearly defined and work in progress between myself and my manager. Work in progress in what my future career holds is very much representative of my relationship with manager and facilitated by what we think I should do in my role, rather than what others.

---

**36. To what extent is creativity important to perform your current job effectively?**

Critically Important

---

**37. In what way is creativity required to perform your current job effectively?**

Creativity in telling strong stories, being able to use boring data a picture of consumer insights, paint a picture of cool consumer insights, is critical. Mostly critical to present work that is engaging and inspiring to your stakeholders and consumers, so that they use that in their work. Being able to hone your craft, but also use that work so that they will use it and act upon it.

---

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

---

**Please describe the work you perform that requires you to physically exert yourself.**

---

**What specific physical abilities are required to perform your current job effectively?**

---

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Pre: A few times a year; Post: never

---

**40. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre: our Nike GEO partner offices, within NA or Asia. Goal to visit retail locations and visit new concepts Nike is launching in those markets.

---

**41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

10

---

**42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

---

**43. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre: any market we travel for research, we would find a Nike office or a remote location we can set up shop for a few days or an office.
Post: at home, so no change there.

---

## 9. Section 5: Decision Making

**44. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decision I make for my job would be decisions on what actions we should be taking based on the consumer research or insights. I do not make any people or job decisions, so no consequences there. The consequences for Nike and our partners is that we would be making decisions that would negatively impact, or making decisions without feedback consumers provide. Creating experiences consumers do not want or want to experience, which would be consequential to Nike brand and partners as it dilutes the work they have been contributing to see a big body of work. Making

them upset that we didn't make the right decision with the data we had available.

**45. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, for strategic development an planning for Nike Retail. I contribute by helping the Nike retail team decide where to put there investment dollars in store concepts, specific consumers (men/women), or specific markets (APLA). Gives them insight to make the best decision for the consumer. Giving them insights that makes the consumer satisfied and happy within the Nike brand. These consumer insights help shape consumer road map and help drive strategic planning that they need to make critical decisions and use those insights to inform them along the way.

**46. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

I do not.

**47. Do you have any involvement in managing budgets?  If yes, what is your role?**

As VoC team, I help set roadmap what to invest for retail consumers. Our director helps manage the budget in the capabilities we want to invest in as a group.

**48. What level of authority do you have, including making recommendations, to hire employees, if any?**

Very low authority at the moment.

**49. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None

**50. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None

**51. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None

**52. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**53. What is your spending limit without seeking approval?**

I don't believe I have one.

**54. Are you assigned work by your manager/leadership or do you determine your own assignments?**

It's 80% I determine my own work assignments, and 20% from leadership in our consumer insights group.

## 10. Section 6: Supervising Others

**55. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**56. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**57. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Sephora - 2 years - Leading UX Research
Intuit - 2 years - Researcher on QuickBooks
SurveyMonkey - 2 years - Leading Research Solutions
Sears Canada - 1.5 years - Finance

**58. To what degree has your prior work experience been helpful for performing your current job?**

Very high degree

**59. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Knowledge in consumer research methodologies, knowledge in working in a multinational company that operates in multiple markets, knowledge in retail brand and retail industry.
Skills in conducting research, synthesizing insights, building strategic plans, and assisting in the development of new store concepts, digital experiences, project management, people management, budget management. Data analysis - working with third party vendors or conducting analyses in house, translating those insights into stories.

**60. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**61. What job titles have you held at Nike prior to your current job?**

Not applicable

**62. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Knowledge of deep understanding of a matrixed retail company. The company is complex internally and understanding the relationships and where I stand.
Knowledge of being part of a very valued global brand and understanding how it operates, what is operates, and why it is successful. And the other business units Nike makes money from. Helps me get the lay of the land and drive impact.
Skills honed into was the people management in the matrix, which has been helpful for organizing complexity and spin, especially in determining your part in the larger picture. Which has been particularly relevant in the pandemic.

**63. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Combination of on the job experience and having good mentors.

**64. What is your highest educational level?**

Master's degree

**65. In what field of study is your highest degree?**

Business (MBA)

**66. How, if at all, has your education been helpful for performing your current job?**

Not that helpful I'd say. Success in performing in this job is the soft skills you learn in school, being a good communicator, telling a powerful story or communicating a strategy. The soft skills are what drives the skills.

**67. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None

**68. How have these qualifications been helpful for performing your current job?**

Not applicable

## 12. Section 8: Working Conditions

**69. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre: Work on campus Nike HQ, sitting in multiple buildings, moving to where partners and stakeholders, rather than one place.
Post: working from home and remote working space (non-Nike) I use twice a week.

**70. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**71. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**72. How many hours do you work in a typical week?**

50 to 55

**73. To what extent do your work hours vary from week to week?**

They vary very minimally. Summer season has been very different because of PTO and Nike shutdown week, but typically in the range of 50 - 55.

**74. How many days do you work in a typical week?**

5

**75. To what extent does the number of days you work vary from week to week?**

None, except summer half day Fridays

**76. To what extent do you control your work schedule such as where and when you perform tasks?**

100% I control my own work schedule

**77. What time do you typically start work each day?**

8 - 8:30 AM

**78. What time do you typically end work each day?**

6 - 6:30 PM

## 14. Section 10: Extra Roles

**79. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

None

**80. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

None

**81. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

None

**82. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

None

## 15. Section 11: Changes to The Job

**83. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Yes, there are tasks I no longer perform or have changed. Tasks I no longer perform include monthly insight reporting, monthly research priority changing. We no longer do that because we want to focus on the bigger picture. New tasks include strategic planning and road mapping for year, and having more say. Having more ownership in our budge, setting and requesting budget, and more project management tasks than when I started this role.

**84. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes, I spend a lot more time on project management than when I first entered the job. Mostly because after we lost someone on our team in the reorg, we all had to fill in the gap and fulfill our own project management in terms of onboarding vendors and capabilities.

**85. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, it has changed. There is more complexity in the processes and procedures we have to fulfill, from a Nike legal and Nike privacy standpoint. These tasks utilize a lot of PII (personal identifiable information) or consumer information, so a lot of processes involving contracts and paperwork than we did before.

**86. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, we have a much larger suite of software and tools that we use and invest in on behalf of Nike consumer insights than the past. Our role is to facilitate of an enterprise wide self serve insight tools for decision making for Nike direct.

# Nike Job Analysis Interview

Response ID:57 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

55

**2. Interviewee Name:**

Yuan Vivian P

**3. Employee ID**

███████

**4. Interviewer Name:**

Tyleen Lopez

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am in a consumer analytics organization so we study consumer behavior for shopping and purchasing, and for Nike Direct and Member specific buying patterns and we look to distill insights to perform our merchandising product creation and management community. My role includes color design and materials. We also see anonymized member behavior, and this helps us with analysis and insights. Also, setting standards so that the metrics can mean the same thing, promoting more standard approaches for describing certain concepts that have not been discussed in the past and having a data representation/information.

**6. What tasks do you spend the most time performing?**

There is a lot of time spent with data collection and wrangling. So things like looking for potential data sources. We have member data but also data that Nike buys for consumers outside of Nike. So sometimes it is searching for data, assessing the quality of data, or talking with customer about a certain type of metric or answering a question that the business may have in a quantifiable way, or looking at the data to see if there are any patterns that we were expecting or not expecting. The work that I do with the color and materials team is to serve the consumer better and what can we pull out to help them make better strategic decisions and also including potential recommendations if we see something interesting but it is more calling out the insight. The teams own their own lines so they make final decisions but we can make recommendations based on the data and how it lines up with their questions. How and when they decide to apply it is up to them.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

The most important piece is understanding the strategy and types of key challenges that my team are trying to tackle and coming up with prototypes or roadmaps on how to break up their problem. It is not the individual insight but it is producing the methodology that can be shared with the group in the future. Our area is newer in the company of leveraging the member and consumer data and getting it into their hands.So it is how can we take big data content and make it into something that is reproducible. How can we tell the story in a useful way? There is also some cultural differences between teams and how they use data and their understanding of what numbers means so the second thing that is important is to help teams understand how the data bridges and presenting it in a meaningful way to get them on board and understand how the numbers came about in a consistent way to facilitate a discussion on what is needed. If we can tell the consumer story it also brings team into the room as well, which is important in terms of showing trends or elements that they may not see without the data.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

The key goal is to support our consumers and understand what they are interested in so we can make great products for them. Also, if we are on point then we do not have to discount product as much for example. Also, we want engagement with our consumers and this is one of the ways we can connect with and bring their behavior and needs in with data.

**9. How frequently do you perform these important tasks?**

Going through data and analyzing the data or looking for insight in data are day to day activities. However, we also have sessions with our stakeholders to describe the data and this happens weekly or bi-weekly depending on the stakeholders.

**10. What are the most complex aspects of your job?**

For me personally, in the current role, prepping all of the content takes a lot of time. We do not have any engineers supporting our team so we need to do everything ourselves. Given the tools and unorganized data at Nike it is difficult. I also used to be more internal facing, whereas now seeing the consumer data and what is out there I got dropped into a new functional area and I have to spend a bit of time to build the familiarity within this space.

**11. What are the specific performance goals you must meet to be a high-performer?**

Clear understanding of what stakeholders need or what their challenges are and the ability to story tell and share visuals or metrics in a way that is useful for them. To get there you have to also know how to "grab all the ingredients and bake your Souffle" so to speak.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

No there are not. Every quarter we define what are the business priorities and what key questions do they want to answer and we plan out what we are trying to achieve for the quarter and then work through it. Our goal at the end of the quarter is to share what we know and we can decide if there are add-ons or other things in the next quarter that need to be progressed.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Data analysis, data management, visualization, decks/presentation tools and skills, and need to know the business process and the key gates and milestones and understanding the different operations.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Tablaeu, Snowflake, Data Bricks, Excel, Powerpoint, Keynote, AHA (kind of like Jira), EditD, Heuritech, and a little bit of Athena.

**15. What job title or titles will be next in your career progression?**

I could either be an expert in my area or if we have a large body of work identified that we need to do I can become a Director for a specific area if it were to grow.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

To move into the expert role, I would just be the go to person when people need to have questions answered. This would build collaboration across teams, and building the coalition to understand who is doing what to bring that to life.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

My team's area of specialization is "Members within Nike Direct Channels." My specific area of specialization in my role is around "Trends, Patterns, Colors, and Materials" of products. Sometimes as a team, we do conduct specific studies, but we do not report to a specific group regularly. We are able to dive deep into an area of data if needed or so a study that is more broad across different analytic groups.

**22. How, if at all, does this area of specialization shape the work you perform?**

Because most analysis is done at the style level, since I am going down deeper one of two things happens. 1) I am working with the color or product creation groups to show things resonant to them, or 2) for merchandisers they are not used to going down that deeper level and are not able to see trends as well. So, the work that I am doing is different than what has been done in the past and shapes my work and my work includes finding a way for merchandisers to see questions from a different angle but still fit the numbers and metrics they are used to seeing but that they have already been using. Sometimes, there are cultural adjustments/awareness that need to take place.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

Right now, I work on only one team.

**25. How many people are on each team?**

There are 10 people on the team.

**26. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

I only have one team.

**27. Who are the members of your primary team by job title and what work do they do?**

1) Senior Director - Lead of our team.
2) 3 Directors - One is a functional manager, and the other two are reps for our teams that are more embedded in the business.

3) 4 Senior Analytics Managers - They are in charge of the metrics and insights and storytelling and distilling consumer information from consumer data. A number have worked with the business for a number of years and work in areas where they have more familiarity with a business process.

4) 2 Analytics Managers - Similar type of role from Senior analytic managers but they are more recent hires.

**28. What do you specifically contribute when you work with your primary team to complete work?**

We reference each other in terms of what data is available, what the context of previous work that has been done, but we each do our work independently. We refer to each other if we need assistance and bounce ideas/comments off each other and do internal reviews but we work independently. Sometimes I also work outside of my team to get work done, and the directors would bridge the feedback different teams are putting together into the more overarching story for that specific study. However, I spend more time figuring out how to represent and certain angle of answering questions.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It is spread evenly across the year, there is always something to learn in the day. However, each day varies and tasks are not always defined. Must have tolerance for ambiguity in this role.

**30. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

There is precision in that you need to be tolerant for the data and have a sense of attention to detail so that the quality of data is good enough to be used. We do not need to be precise in a way but do need to be aware of the details. The consequences of details not being in order would cause us to maybe not use the data or it could affect how we frame the data when presenting it.

**31. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

The stress is medium intensity.

**32. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

Given our current situation because of COVID we are all separated and the work we do has an element of needed collaboration. So for me it is stressful that I do not have a clear network of people within a "broader" team outside of my primary team because COVID has not allowed me to meet or create a rapport with others in the workplace. So for me it is stressful that I have lost that connection with others.

**33. To what degree does your work involve high time pressure? Please explain.**

Right now, there is not a high amount of time pressure. There is a pressure to get things done for the quarter and hit main deadlines but it is not high time pressure for daily activities.

**34. To what degree is your work impacted by unexpected disruptions? Please explain.**

Not to a high degree, this group is good about giving people space to scope out what they are able to do and give feedback on their capacity to get things done.

**35. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

I have a strong sense of what is expected but it is not clearly defined. This can be good because as long as we know the goal it gives us flexibility on how to get there.

**36. To what extent is creativity important to perform your current job effectively?**

Critically Important

**37. In what way is creativity required to perform your current job effectively?**

Part of it is creatively distilling insight our of large data but there is also creativity on how to create metrics or things that others can use. There is also creatively visualizing the data and understanding if there are different types of information how it bridges into a story. Also creatively collaborating and sharing the data across different functions.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**40. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**41. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

40

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**42. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decisions we make is how we choose to present the information in terms of what we believe are consumer needs or interests. This is important because we need to be cognizant of how we represent our consumers. For Nike, if we made poor decisions we would be investing in the wrong types of product in our line and that leads to more consumer dissatisfaction in the product. If we do our job well we have a ton of opportunity.

**43. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

In this current role, I mostly just contribute to the color strategy and working with how to enable them to study a breadth of colors they can use in the market. The main thing we offer is data information on the colors. We also adjust the way people understand the way product is managed based on the way the consumer sees it.

**44. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

I collaborate on a few things because I came from the tech space, so for example, how do we classify color expression in product and materials? We set standards there that other employees can re-use.

**45. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**46. What level of authority do you have, including making recommendations, to hire employees, if any?**

I don't know.

**47. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I don't know.

**48. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I don't have any.

**49. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I don't have any.

**50. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**51. What is your spending limit without seeking approval?**

I don't know.

**52. Are you assigned work by your manager/leadership or do you determine your own assignments?**

It is a mix of both. Leadership and stakeholders says what priorities are and then there is a conversation on what is most beneficial and achievable.

## 10. Section 6: Supervising Others

**53. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**54. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**55. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

1) IT Manager - 4.5 years
2) Information Manager - 1 year

**56. To what degree has your prior work experience been helpful for performing your current job?**

It was helpful because I learned core skills of data management and analysis, product ownership, and one was a startup so I also learned how to define a path from scratch.

**57. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Data management and analysis, user interface and rollout, managing contractors, audits and reporting out to industry, managing portfolios (tools and assets within the dept), and iterative building and enhancement.

**58. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**59. What job titles have you held at Nike prior to your current job?**

1) Lead BSA (Business Systems Analyst)
2) Senior Business Consultant
3) Senior Product Manager

**60. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Developed presentation skills, roadmapping, leading teams (mostly dotted line), have had one or two direct reports in previous roles, have brought on interns as well.

**61. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Job experience, coaching, and self-taught resources.

**62. What is your highest educational level?**

Other: B.S. plus graduate certificate in sustainability studies.

**63. In what field of study is your highest degree?**

B.S. in Mathematics and a minor is computer science.

**64. How, if at all, has your education been helpful for performing your current job?**

It is helpful in understanding the principles but I do not specifically do heavy duty math, it is more statistics and critical thinking now. With the sustainability studies, I have a broad context of theory and approaches.

**65. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

A couple of trainings have been helpful, one is a data science boot camp. I also recently took a certificate in design thinking which is not directly applicable in terms of the data side but it does apply to understanding and framing problem statements and encourages a more creative way in thinking about how to address peoples needs.

**66. How have these qualifications been helpful for performing your current job?**

It has helped with my frame of thinking when approaching how to define and frame a person's need from the data, and different ways to answer their questions.

## 12. Section 8: Working Conditions

**67. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre Covid: I was not in this position. Now, I am working from home because of COVID, post covid it would be on campus at Nike HQ (at least 3 days a week, and 2 days at home).

**68. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**69. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

---

## 13. Section 9: Hours Worked

**70. How many hours do you work in a typical week?**

40

**71. To what extent do your work hours vary from week to week?**

It can vary, may be more or less hours depending on the day.

**72. How many days do you work in a typical week?**

Other: Mostly 5 days but sometimes 6 days.

**73. To what extent does the number of days you work vary from week to week?**

It can vary, may be more or less depending on the week. Mostly weekdays but I might work on the weekends if it fits the schedule better.

**74. To what extent do you control your work schedule such as where and when you perform tasks?**

The main thing is to be available during regular office hours. But the actual working hours vary according to what best fits my schedule but it is still mostly the regular working hours.

**75. What time do you typically start work each day?**

9am

**76. What time do you typically end work each day?**

6pm

---

## 14. Section 10: Extra Roles

**77. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

Not in my current role.

**78. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

No.

**79. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**80. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No.

---

## 15. Section 11: Changes to The Job

**81. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

No.

**82. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Since the re-org happened, all analytics managers do our own tasks and we could be paired with data scientists to do work but we are not always connected up with somebody, so we have to do our own data management. So with the re-orgs, I spend less time with our stakeholders and more time with my head down doing data work.

**83. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Please refer to question 82.

**84. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

The tool has not really changed but it is a change for me in that I need to learn how to do tasks that an engineer or teammate might have done in the past.

# Nike Job Analysis Interview

Response ID:59 Data

---

## 1. Pre-Interview Information

**1. Interview ID Number**

56

**2. Interviewee Name:**

Chamberlain Tricia

**3. Employee ID**

█████

**4. Interviewer Name:**

Zareena Shefa

---

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

So my role as an Art Director on the Global Brand Defining Team at Nike, so my team stands on top of all the brand creative marketing Within marking org, we have marketing counterparts who are given budget and business priorities. I am creative counterpart, so we strategially come up with solutions for priorities set forth that reflect values of both company and consumer (i.e., translation of business priorities/values/ethics) and staying relevant but doing it in a meaningful way. Because of the structure on my team, we interpret the goals of the company to try to reach the consumer in a really emotional way and come up with a brand narrative for the entire year for the consumers. It is really coming up with themes and responses set forth by the marketing department that is in line with consumer expectations of the brand. I would add we are responsible for the highest touch points that consumers engage with us, you know a lot of our projects are high visibility with high ad spend and are designed to leave a lasting impression with our consumers so this is a really high priority to the company. High touchpoints: our projects put on the largest stage for high visibility (broadcast, lots of money for ads, Instagram, story telling on @Nike handle) in a category role I worked with marketing that sold a certain unit of product, so we had to come up with enough to support that. But now, we are divorced of product but are more in charge of the perception of the brand in an emotional way/like a journey. For example, story telling during the Olympics because it was a culturally significant moment for Nike. A lot to do with visibility.

**6. What tasks do you spend the most time performing?**

I don't know if I have very many tasks. When we get from marketing partners, we have to come up with creative solutions that strategically hit the bench marks that match up with company values. Brief alignment should be signed off my leadership. Often times because the projects i work on are so big, sometimes the briefs change outside of that window. Sometimes we have to rethink, or the strategy has shifted. Coming up with solutions looks like a presentation deck with the priorities set forth, this is the benchmark we will measure success against, and tell the objectives for the year. We also present insight around what leads us to the creative solution. Very strategic unpacking of what led us to our creative solution. All done in Keynote but as we get further it is coming up with brand narrative, make sure everything is copasetic. After we get theme and narrative signed off by leadership we come up with how we will do it. So this means partnering with agency where we bring ideas to what is important and shepherd them through process of creating the ad. In that, theres a lot of thinking around the strategy around what kind of creative partners we want to work with each year. I bring this up because culture is really important to Nike (around sport, athleticism, company culture), so the way we get after our work needs to reflect the culture and the athletes/consumers that love the bland. For example, this year we want to hire women of color to direct, produce our ads. As we know what a female gaze is, this differs from male gaze, so when we look at marketing to women and business potential of women (and also athletes leaving and going elsewhere), we need to market to women so we need women to make our ads

and tell the stories.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Everything. It comes down to even choosing agency partners that are going to spend our budgets appropriately and responsibly. Also sizing that against our creative vision and the standard that we hold ourselves to as a part of Nike marketing. Before the pandemic, I did photoshoots with our elite athletes so it is representing the brand in a way that connects with them. We are stewards for the brand so we share the brand in a way inspires confidence. We are also on the edge of innovation not only with product design but how we market and create experiences for our consumers, so all of these things ladder up to the success of the brand.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

There are two sides to this answer and I would often say this is also how we approach marketing like a product or athlete story. We call it like a combination of art and science to show valuable benefit in the product or valuable benefit in the brand. If we are looking at the numbers, whether it is a product we are supporting, sell through is something we look at/ digital click through something we look at. On the other side of that when we do the brand anthem, noticeably they come at a big time for the culture (e.g., violence against people of color, Superbowl), you can see a connection between brand affinity and consumers and how we show up in these moments in time. How we make the brand makes consumers feel today in a really emotionally charged culture right now.

**9. How frequently do you perform these important tasks?**

All day, everyday. If everything I said up above, it is my job.

**10. What are the most complex aspects of your job?**

Well, I will say that the Nike matrix is complex. And that really is the way that the company is designed with all the functions. What it does is it ensures that everyone critical to the success of a project is involved and collaborating. But then it decentralizes key decision making processes, which leadership has seen in the CDM reorg (i.e., consumer direct marketing). It ends up adding time and because leadership is not empowered to make decisions, deadlines are blown which results in revenue loss. Our marketing partners can eat up as much time as they need perfecting their brief even though our deadline doesn't move. This takes off time to do our work, which puts us in a really tight spot to deliver at a high level with the same standards (i.e., rush fees with our agencies, large overages with our agencies). Key decision making swirl (i.e., have we landed the strategy? have we landed this gate that allows us move to the next gate to produce the work?) complicates the process upfront. Nike leadership notices this and are trying to help empower individuals to make decisions to move the work forward. We try to have reviews so these gates and dates are not missed, in my 7 years we tend to miss them. Nike is a massive ship and it takes a lot to move a massive ship.

**11. What are the specific performance goals you must meet to be a high-performer?**

I would say you really need to be strategically nimble and sharp in creative solutions put forth. Because I am on the Global Brand Defining team, we have to take complex deliverables to disseminate them out to geo and territory teams, so we have to define a brand bible (i.e., basically a creative direction/narrative for the year. Making sure all global teams create against the narrative that we have set forth and that it creates a cohesive experience for the consumer) and give all the teams around the world the tools to succeed on that direction. So it includes the tone of voice, execution standards comes to life (i.e., production approaches, key consistencies that should be present in all productions, caliber of creative partners and creative that Nike is known for) and making people at Nike across the world come together cohesively. I would also add you have to be an excellent communicator because we work cross-functionally with so many teams. You also have to be very direct because Nike is a very competitive company. On the creative side, for my job, you have to be at the top of your game as far as creative solutions and story telling. Not only coming up with pivotal story telling but also executing at an extremely high level.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

We do have a budget, so adhering to budget seasonally and quarterly is really important to all of our teams. I am not really working on story telling that has direct product correlation (like a product launch). Digital engagement is something we look at to measure if the time we are spending on certain platforms to story tell is actually reaching our consumers, so there are data

we are looking at for that.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

As an Art Director I have a traditional background in graphic design and graphic systems thinking, and I would say where that comes in to play at Nike is that we don't have small projects and are thinking holistically about lots of touch points. Really is brand design at its core. Then I would say from there it is important to have a good understanding of digital landscape (beyond just Nike's landscape but digital world in general). Similar to that is retail experience or experience design. Something that might be more broad is art direction or asset creation, and that is really where we come up with a creative vision for how we want to bring a message to life so it includes being able to define and communicate this vision to all our partners (e.g., sharp acumen to photography, what is going on in culture, high design taste is really important at Nike not only in product design but in the experience it gives consumers). For example, design taste: sketchers v. Nike.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

I am on my Apple laptop all day every day. We are outfitted with the Adobe Creative Suite. Also Keynote is where we present all of our extravagant and complex presentations. We use software programs for asset management like Box or D6. We also have organizational tools like Air Table. We just got a new digital wireframe program that we are using across Nike and our agencies (forgot name) but a way to incorporate universal changes seamlessly and is great for seeing an entire digital journey in an ecosystem at one time.

**15. What job title or titles will be next in your career progression?**

Probably Senior Art Director or Creative Director.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Senior Art Director, theres excellence in design and systems thinking, excellence in narrative building and design strategy. I would say taking all of those things I just mentioned and applying them across a robust digital and retail landscape. Because I am in global, communication is super important because we have to be able to give all of our geo teams what they need to execute successfully against our vision. In terms of the people side of Senior Art Director role I would say people management would be a component. I'm already scaling up from my role, but the Senior role is more of a manager of teammates. For Creative Director, I would say this is everything I already mentioned above but a longer term narrative building and big picture thinking, connecting the dots across complex functions, and a larger emphasis on people/teams management.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is**

the work you perform different than it would be if you were assigned to a different Sports Category?

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

No, I would say we are responsible for it all (i.e., all sports categories, genders, at the global brand defining level).

**22. How, if at all, does this area of specialization shape the work you perform?**

I have time spent in a number of these categories/genders (e.g., women's running which is 2nd largest), so it is a lot of business priority. I wouldn't be successful in my current role had I not spent time in a gendered or category offense.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

My main Art Direction team that sits within Global Brand Defining. Then I would say as offshoots we also have our Digital Team, also our Retail Experiences Team. Outside of this I would say we have our larger brand creative organization, and that is made up of those category and gender teams and also our geo teams. So all of that is brand creative focused. But we also have our Marketing Team. So I would say 8-10 teams, on any given day I could be asked a question or could be collaborating with individuals from these teams.

**25. How many people are on each team?**

Art Direction has 4, Global Brand Defining has ~12, Digital and Social combined has maybe 6, Retail Experience has maybe 6, Brand Creative is huge (I don't know how many), Marketing team is ~15 people, Geo Creative teams for each of the geos has about 4 people/team (so all together ~20).

**26. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

My primary team is my Global Brand Defining team.

**27. Who are the members of your primary team by job title and what work do they do?**

I have a Senior Art Director, who is in charge of connecting dots through strategy and creative output to create engaging brand narrative and to deliver on standards set forth across the company. He's also my direct manager and is also a people manager. Creative/Narrative Director (very senior, not exactly sure the job title), who oversees all of the strategy and kind of acts like a conductor for all of the work. Writing Director, they do everything like sharpening our tone of voice for the brand every year, consumer facing writing on our social platforms, finessing the story narratives that we pitch to brand folks. Narrative Director, who manages execution against the larger brand narrative for seasonal projects. A Social Director, who manages the stories and interpretation of those stories for Nike social channels. Studio Management/Ops, in charge of staffing/resourcing/ and also right sizing the bandwidth and capabilities against the asks set forth by marking team. Also manage our budget. I have an Art Director counterpart, and we just hired a Designer. The Designer floats between me and my counterpart and Senior Art Direct as a support designer. We have 3 Producers on our team, they help us engage with our agency partners in terms of all facets of production (e.g., hiring creators, hiring agency to retouch) and also are tight holders of our budgets. We also have a handful of Producers that help Digital and Social within our team as well.

**28. What do you specifically contribute when you work with your primary team to complete work?**

I would say strategy and vision and creative direction for the brand narrative. Also interfacing with agency partners to bring Nike vision to life. Also adhering to budget set forth by our studio management team. Bringing innovative solutions in those spaces.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

I would say on this team there are a bit of peaks and valleys. For example, I was an integral part that came up with the Nike 2021 brand creative direction, so when you look at the lineage of the product like that we work a year in advance to bring to life and communicate with the partners, and on the backside is the execution and production. The creative side is like a 200 page that explains, while the other side is athlete stories/brand anthem and the production that takes place for all those deliverables. So before today, I have had a bit of a lull because I am wrapping up the 2021 story telling, but also we are going to get pretty busy as we start to ramp up the 2022 story telling (will all start again).

**30. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

High precision is different for a role like mine compared to someone who is in like finance for example. It is Nike, so everything has to be great and done extremely well and I would say that is magnified because I am on the global team so our standard is a little higher.

**31. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

I mean 0 physical strain but I would say stress is a bit periodic based on our workload. However, when that period comes, it is constant. The last year, we have all been adjusting successfully to working from home, but because of some of those roadblocks or opportunities about missing brief alignment dates, it resulted in almost like of 3 months of back to back project sprints (this is nearly impossible). I would consider myself extremely resilient and a high producer, but working under that much strain and back to back sprints it is total stress and total burnout. During those times, on my team I know we will have a breather, but in my previous teams in marketing it was like a year and a half of back to back. So it has gotten better in this position but in those times of back to back sprints it is really uncomfortable.

**32. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

Rushed timelines, also the reorg we just went through was a pretty traumatic event. This is all not even mentioning the pandemic. Being resilient and flexible learning how to WFH we did very quickly. But it resulted in a dull ache underneath, but when Nike pushes the envelope (which Nike likes to do, it is in the Nike DNA), it creates situations that seem almost impossible.

**33. To what degree does your work involve high time pressure?  Please explain.**

I mean we are not saving lives, we are doing marketing for a sports wear company. But that being said we have a lot of pride and belief in our brand, so I would say a lot of time the pressure is high especially because I am in a global team. Because I am on this team our proximity to senior leadership is really close, which creates a lot of pressure. It all comes down to time, because we could have a launch date and an ad we are working on, and that launch date doesn't move. It is Nike so we are never going to have more time, everyone at Nike has gotten used to working without time. That is not sustainable to folk's wellbeing. There is this weird thing that happens at Nike where you get moved around every 1 1/2 to 2 years, it almost feels like 5 years. It is almost necessary to move around from roles and teams because the accelerated pace is so intense people would be incredible burnt out.

**34. To what degree is your work impacted by unexpected disruptions?  Please explain.**

It is very impacted by unexpected disruptions. For example, the Olympics being pushed out a year put a lot of balls we had up in the air for months on hold overnight. We had been working up to that point for a year and overnight it came to a screeching

halt. So we had to revisit calendar during this unknown time, was pretty wild. The pandemic changed marketing that we had set to go out, forcing us to react quickly. Especially because of Nikes role in culture we have to be responsible for those responses, and my team is responsible for that. We also had production challenges (i.e., COVID), we had to get creative about solutions to reach consumers at a time it was nearly impossible to create with productions that we would have (e.g., revisiting athlete stories from previous times).

**35. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I do really understand what is expected of me. I would say I would attribute that to my direct manager Senior Art Director because he is extremely communicative, clear, and patient when it comes to outlining expectations. When I say expectations, this includes the team and the company. If I wasn't on this team today, there is a lot of murkiness about expectations/roles, and it can be very frustrating for my counterparts on different teams. I do not have that issue because of who my direct manager is and I am lucky because that is not everyone's experience at Nike.

**36. To what extent is creativity important to perform your current job effectively?**

Critically Important

**37. In what way is creativity required to perform your current job effectively?**

It is important to come up with creative solutions but also being fiscally creative and connecting the dots against extremely complex deliverables to drive forward, and I am actually really good at that. It requires you to zoom out and see across multiple opportunities to make something happen that could be potentially challenging but is important to the brand.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other:

**40. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: I was traveling once a month to every 6 weeks. Domestic travel to LA was frequent, largely to do photoshoots. I also traveled to Qatar for world championships for track, so we had to go where athletes were. I have also been a part of style guides and their mega shoots, so sometimes they are in the US, sometimes out of the country.

Post COVID: I have gone nowhere. This is a result of us getting resilient and creative on how we can lean on our creative partners to depend on them to do production.

**41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

35

**42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**43. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre COVID this was largely based on a photoshoot that couldn't be done in the office.

Post COVID we are still doing productions but I Zoom in, so I still direct these but the London teammates are on the ground.

## 9. Section 5: Decision Making

**44. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I would say as a part of brand creative we are sort of expected and responsible for brand management for the company and we are kind of entering into this space where decision making is becoming more transparent because the consumer is demanding it of us. So decision making is super important in my job because we are sharing the opportunity of working from Nike and benefitting from working with Nike in a way that could change the lives of underrepresented groups, and coincidentally underrepresented groups make up majority of our athletes. So ethically this is important to our brand to make sure our values are represented in the communication that we are creating. Not just about who is in a picture in a Nike ad but who made the Nike ad essentially.

**45. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, brand narrative and creative strategy.

**46. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No

**47. Do you have any involvement in managing budgets?  If yes, what is your role?**

I do not manage a budget personally but as a responsible Nike employee we are expected to be aware of the budget and be fiscally responsible. It is always a factor and is important to the company and our counterparts.

**48. What level of authority do you have, including making recommendations, to hire employees, if any?**

On paper I have no authority, but I do think I am a really unique employee and I am particular and a high performer that moves really fast. So I do think team chemistry is really important and my manager will let me know when HR is doing things around fairness/equity, but my manager is really emotionally intelligent and thinking about the best chemistry to the team. I am a really important player on the team so it is important to find folks who complement each other and work well.

**49. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

We are all asked to require 360 feedback on key members we have worked closely with over the past 12 months. I have been doing what I do for 14 years and have prior experience before Nike, so I am not shy when I say someone is ready for growth or when I see potential in someone and they are not getting it. Stagnation leads to people disengaging, Nike takes too long to promote or recognize people within brand creatives specifically. So I really try to do what I can to advocate for the people that in my seniority and experience I think are ready for growth and needing that.

**50. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None

**51. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None

**52. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Other: Not sure

**53. Please explain the type of legal documents you are authorized to sign.**

I don't know.

**54. How frequently do you sign legal documents on behalf of the company?**

Never

**55. What is your spending limit without seeking approval?**

I would say it has changed since COVID. Now I seek approval for everything. Pre COVID, we have an employee parameters for team building exercises/dinners/gifts, or if we need resources for a photo shoot, or for getting product at the employee store. Now my take away going into COVID is that all extraneous spending is halted, we are not having a lot of team events. I am a pretty conservative spender when it comes to Nike funds even when traveling with my Nike card. But showing appreciation is something I used to do quite a bit with my team (e.g., working late and getting the team dinner). But now after COVID showing appreciation is something I always check with my manager.

**56. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Manager and leadership assigns.

## 10. Section 6: Supervising Others

**57. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**58. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**59. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Prior to Nike I was a Designer at Leo Burnette for 2 years, before that I was a Designer at a mid size design and advertising firm for 1 year, and prior to that I was a Designer at a small B2B studio for 3 years.

**60. To what degree has your prior work experience been helpful for performing your current job?**

Extremely helpful.

**61. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Brand design building, creative direction and systems thinking when building a brand, and brand communications.

**62. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**63. What job titles have you held at Nike prior to your current job?**

Senior Designer and Designer.

**64. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Communication muscle has been perfected, navigating complex creative solutions with a lot of stakeholders, and I would also so I have become an expert for photoshoots and motion.

**65. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

I would say on the job experience, coaching, and mentoring.

**66. What is your highest educational level?**

Bachelor's degree

**67. In what field of study is your highest degree?**

I think a BFA in Communications and Graphic Design.

**68. How, if at all, has your education been helpful for performing your current job?**

Extremely helpful, at this point in my career its the building blocks and foundation for literally everything we do. It has provided me with a solid foundation from which I have grown exponentially. School may have thought how to use tone or make a beautiful presentation but the vision building I've learned is way more complex than what I was taught at school.

**69. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None

**70. How have these qualifications been helpful for performing your current job?**

N/A

## 12. Section 8: Working Conditions

**71. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID I was at Nike HQ in a corporate setting with my team.
Post COVID I work from home.

**72. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**73. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**74. How many hours do you work in a typical week?**

I would say now it is about 35-40 now that we have summer Fridays. Before summer I would say about 40-50 or 55.

**75. To what extent do your work hours vary from week to week?**

They vary maybe like 5-10 hours a week usually. If we are in one of our high peak production times that variation is greater, because we have communication with people in different time zones so we can work outside of our regular hours (pretty normal for Nike because it is a global company). I would add if we are straddling multiple time zones (zoom or pre COVID), I could be at a photoshoot and come back to multiple demands in my inbox from global partners. It is all sort of additive and you have to manage being able to be in all places and that shows in time.

**76. How many days do you work in a typical week?**

Other: 5-6 days

**77. To what extent does the number of days you work vary from week to week?**

Lately with the company thinking about mental health there hasn't been a lot of variation. The norm before this was working at least a day on the weekend.

**78. To what extent do you control your work schedule such as where and when you perform tasks?**

I definitely control where, and performing tasks that is all deadline based that is decided by our teams and we execute against those. I don't have anyone micromanaging my time and we are senior enough to deliver against those deadlines successfully.

**79. What time do you typically start work each day?**

8am, some days it is 9am. Outside of those regular times we do have 7 or 730am all hands calls.

**80. What time do you typically end work each day?**

I would say about 6pm.

## 14. Section 10: Extra Roles

**81. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I would say mentoring others is pretty important. We have a number of free lancer or flex employees that come into our team so I try to provide a lot of context into how we work at Nike because Nike is a unique beast. I also have a lot of younger designers who have reached out to me so I am taking on informal mentoring a lot more recently.

**82. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

Yes, my last special project was 2 years ago and I was tapped for an opportunity to work on an LA 28 Branding Project for the Olympics in 2028. So that would be an example of how at the time I was leading seasonal product launches and creative around those, and this would be considered an additional role on top of my usual responsibilities (i.e., "stretch project").

**83. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**84. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

I would say that my team is outside of seasons and we are more on sports moments (e.g., World Cup every 4 years, Olympics every 4 years). I am less involved in launch of other sports (e.g., NFL, NBA) and instead on these really big moments. Fall and summer are very busy for my team because we are working on narrative and creative direction for the next year. So I am always working ahead whether it is a season or a year (so I am working on 2022 right now).

## 15. Section 11: Changes to The Job

**85. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

I don't know if this is a task but the Brand Creative Organization has shifted its focus to not solely focus on the work at all expenses. So before, if you were in brand creative you did what was best for the work at all expenses, including your wellbeing. Now the new leadership are trying to weight being a team member is now equally weighted to providing excellent solutions at a high caliber. Before the new leadership emphasized this bad behavior was rewarded, like a lot of creatives who had bad behaviors with their team, but excellent work solutions/output was rewarded for their work despite how they acted towards their team. Make great work at all costs no matter what gets in your way, but now make great work but ensure the team has a great experience along the way.

**86. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

I have gone into a role where I am directing and managing others who are doing the doing (i.e., the production). So I am scaling out of being an individual contributor and more of the directing and guiding of the work. In that sense, I spend more time pulling out and focused on strategy/excellence in the work and I leave more of the nitty gritty production details to the teams and agencies in place to take care of that under my direction.

**87. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Leadership of Brand Creative has turned over twice in the past 2 years, so in each of those turnovers comes a new process and new way of doing our work. I'll be honest it has been very disruptive even though the leaders mean well. Constantly revamping the processes that we operate in, it gives people whiplash and becomes a distraction and takes people away from their work. I don't want leadership to stop innovating but I want us to get into a cadence where we have clear expectations and things are more automated.

**88. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Not really, I would say we have a couple more digital products that help in the digital design landscape that help us see across the touch points. Besides those tools everything has stayed pretty consistent on a day to day basis. It also does seem like every 2 years Nike as a corporation enters into a new agreement with data asset management (e.g., Box). So after we launch a campaign, all the stuff we made for that campaign everything gets uploaded to somewhere where everyone can access that file, Nike tends to switch file management system every few years (but the function is the same).

# Nike Job Analysis Interview

Response ID:60 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

57

**2. Interviewee Name:**

Sison Michaela Pua

**3. Employee ID**

██████

**4. Interviewer Name:**

Zareena Shefa

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

One major responsibility is ensuring delivery of engineering systems from the organization that I manage(i.e., software systems that is used to power the Nike digital business, so my teams own portions of this huge Nike system and we need to ensure that we are building and maintaining systems so the parts and pieces work in the larger Nike ecosystem). That includes working with product program and engineers to understand the business objectives, detailed requirements, schedules, and other constraints. Also making sure that my teams develop systems according to these requirements. Another major responsibility is the development of talent (e.g., recruiting, developing, and retaining talent within the organization), many aspects related to this broad responsibility. I'm thinking theres a lot of small details that fall under these 2 responsibilities but these are the biggest portion of my responsibilities.

**6. What tasks do you spend the most time performing?**

Most of my time is spent on the first major responsibility listed (i.e., delivering engineering systems). So, collaborating with product and program on intake of new work from other groups at Nike. Building the roadmap in partnership with product and program for our organization, which includes prioritizing different objectives. The roadmap is a one to two year plan for what our organization is going to focus on in tandem with the goals of Nike as a broader company. And then, once we have a prioritized list, then we go into more implementation levels. So lower level objectives, understanding different groups that need to be involved, breakdown of that work, sizing, scheduling. And then making sure that all of the different roles that have to be involved in delivering this understand the work and have what they need. As we work through that implementation, keeping an eye on the delivery timeline and the quality of work being done, also the integration with other teams. Once we have implemented these systems, then there is a component of maintenance associated with it so we need to keep things running, be proactive about monitoring the health of our systems, keeping up with changes in the industry, and minimizing any maintenance work so that we can focus more on delivering new functionality.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

I think the most important piece is making sure that our employees feel valued and recognized, and feel that they have a future with Nike. I have several employees that report to me, so I feel like my role is very critical in how they feel about Nike as a company and their future. So spending time with them about their goals, challenges, and how I can help them overcome their challenges and grow where they need to grow.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

This is the most critical piece because when my employees feel like they are valued and have a future then they are more likely to do the work that enables Nike's business objectives. The other tasks we discussed in the previous questions are also very critical because they are tied to the deliverables that are important to Nike, but I also feel the people aspect is critical because we can't just focus on the work, we have to focus on the people that are doing the work.

**9. How frequently do you perform these important tasks?**

I would say on a daily basis, there are a lot of different ways these tasks are performed. For example, having a regular connection with my employees feeds into that relationship that then enables me to know how they are feeling and where they need to be supported the most. It creates that safe environment for them to trust me and share when things need attention (e.g., related to their business deliverables, if they have a roadblock, if they have interpersonal issues with a teammate or another team, frustrations they have with Nike in general, anything they can't resolve on their own). There are other more formal tasks that happen on a different cadence. For example, I have one on ones every other weeks scheduled, and there are check ins related to career goals and performance that have a regular schedule. So it is a mixture of formal and informal tasks.

**10. What are the most complex aspects of your job?**

It is probably balancing what they employees need against some higher level objectives from senior leadership. So there is multiple parts to that. One is when there are directives that we don't understand the full context behind. The DWO (i.e., distributed workforce offense, moving away from all teams in WHQ and instead having teams in other locations like India, Eastern Europe, San Francisco, etc) is a challenging one for us right now. There are a lot of questions from employees around how we can continue to have high performing teams that have limited time to collaborate with each other. Additionally, this seems to be in conflict with the in-person culture that Nike has where employees are not allowed to be fully remote but yet we are hiring teams that are remote. This is just one example where employees have expressed confusion and concern over where the Nike culture is headed. A second piece that is complex is retaining good talent because we have a more systemic issue around promotions and providing compensation that matches what is in the market, so we are losing a lot of really good people.

**11. What are the specific performance goals you must meet to be a high-performer?**

My teams have to deliver on our business objectives (i.e., varies every quarter, related to software delivery that are planned for and committed to at the start of each quarter), so it is having high performing teams that deliver on these business objectives. Good partnership with product and program, and other engineering teams. And, employees that feel valued and recognized.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Sometimes there are, but not always. One example where we had one was around reducing cycle time (i.e., average number of days for a story to be completed. A story is a small unit of work that delivers business value related to a larger software feature).

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Sufficient understanding of software development methodologies and programming languages is one. Leadership skills, so there are soft skills related to being a good leader like building trust, holding people accountable, fostering a collaborative team environment, dealing with ambiguity, and conflict management. I would also add prioritization, time management, and strong partnership with other teams.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

We have the basics (i.e., Microsoft, Outlook, Word, Excel, Powerpoint). Specific to software development we have Jira, Confluence, GitHub, Aha, Slack. Jira is where we plan each of our sprints and document our stories, we also document our estimates for each of those stories and we have reports that show for each sprint what was completed, the velocity, and other reports that show categorization of work, etc. Confluence is where we store more detailed documentation regarding features, our run books, procedures, a good way to collaborate with other people. GitHub is our code repository. Aha is where we

our roadmap and where we plan for our quarters, and also where we identify dependencies across other organizations.

**15. What job title or titles will be next in your career progression?**

Either Senior Engineering Manager or Engineering Director.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

For Senior Engineering Manager, it is very similar to my current role and I feel like there is lack of clarity in the difference between the two roles. I have a couple of peers (3 of us) who do the same work, but the titles are different, so that creates confusion about the differences between the roles. I think for Engineering Director you have to work at a higher and more strategic level, so maybe operating at less detail than my current role but looking at a longer horizon. I tend to be more focused on the current quarter, where the Engineering Director looks at the more longer term.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

I don't know, my role is a part of Global Technology but I don't know if that is the area of specialization.

**22. How, if at all, does this area of specialization shape the work you perform?**

N/A

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

So I have 2 teams that report to me, one is for the Consumer Product API (application programming interface). The other is for Product Admin Tools. Both of these teams roll up in to the Omni Channel Product Platform Organization.

**25. How many people are on each team?**

There are 10 people on Consumer Product API team, and 8 people on the Product Admin Tools team, with 2 open positions.

**26. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

No, I am responsible for both so they are both my teams.

**27. Who are the members of your primary team by job title and what work do they do?**

For each of those teams, there is one Lead Software Engineer, and the rest are a combination of Software Engineer II, Software Engineer III, or contract Engineers. They all design, develop, and maintain software systems.

**28. What do you specifically contribute when you work with your primary team to complete work?**

I help with prioritization of work, removing roadblocks, ensuring quality delivery, and making sure that employees feel valued. Also, understanding the business objectives and deliverables, and driving engineering direction to make sure that we are keeping up with industry standards and best practices.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

There are usually peaks during start and end of our fiscal quarter and year. Mostly predictable based on our deliverables and those timelines.

**30. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

I don't know if it is precision, but the quality of our work definitely matters more for some of our software systems than others. Especially for the services being used by Nike.com have high-risk if they fail to work. For example, if the services fail, then potentially a consumer cannot make a purchase on Nike.com. So we have to make sure that they are always operating as expected.

**31. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

This probably matches the load and peaks and valleys, so higher stress when there are peaks around start and end of our fiscal year. Lower stress in the valleys. At the start or just prior to the start of a quarter, we are planning ahead for the work that our organization will accomplish and commit to in that quarter, so there is a lot of collaboration that needs to happen across multiple dozens of people to make sure we are ready for that start of the quarter, and this happens at the start of every quarter. Prior to the start of the fiscal year, we have a lot of work related to the annual operating plan, and projecting what we are doing for the fiscal year and the budget that is required. At the end of the fiscal year is when we do performance reviews (also mid year reviews), and this is also when we do planning for merit increases, so it is a lot of things happening right at the end of the fiscal year. Around the holidays, there is a lot more stress because we expect a lot more traffic on our digital platforms, therefore a lot more stakes involved in making sure all of the systems are working.

**32. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

Most stressful is around year end when we have multiple processes that are time sensitive going on, especially around year end reviews and merit increase planning when we are limited with what we can do. Additionally, all the extra planning that happens that happens just before the start of each quarter and the extra collaboration and work that has to happen within a short time frame.

**33. To what degree does your work involve high time pressure?  Please explain.**

I have too many recurring and important meetings, so the daily time pressure comes from only having so many hours in the day to meet with people and try to get any of my own work done. Additionally, even more meetings when we are talking about quarter and year end. I would say the time pressure is probably high.

**34. To what degree is your work impacted by unexpected disruptions?  Please explain.**

I'll say moderate unexpected disruption. While we plan for our quarter, it is common for those plans to be disrupted by something that comes in during the quarter with different priorities popping up that cannot be delayed to the next quarter. I feel like it happens all the time so it is hard to think of a specific disruption.

**35. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I feel like it is fairly well defined. However, there appears to be a lot of variations across against different groups. So what might be expected of me may not match what is expected of an Engineering Manager in a different part of the organization. Having said that I guess it isn't really well defined. While I have an Engineering Manager title and 2 others in my group have a Senior Engineering Manager title, it appears as though our responsibilities are the same. So maybe not well defined. I understand what is expected of me from my boss but that doesn't necessarily mean that the expectations of Engineering managers across different groups are the same or that there is clarity between Engineering Manager v. Senior Engineering Manager.

**36. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**37. In what way is creativity required to perform your current job effectively?**

With my job being very heavy on the people management side, there isn't always a straight well defined one size fits all answer, so creativity is required to make sure that we are building the right processes and solutions for the team that we have for the circumstances that we face, which may be different for each time. A different solution is required based on the mixture of people that we have on each team.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

A few times per year

**40. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: It would be to our counterparts in EMEA EHQ, because our systems integrate with some of their systems.
Post COVID: No travel.

**41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

2

**42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

1

**43. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate**

response for pre/post Covid if applicable.

Pre COVID: Offsite locations.
Post COVID: Primarily WFH, occasionally go on campus Nike WHQ.

## 9. Section 5: Decision Making

**44. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Probably hiring decisions and retention, along with performance review and merit increases. Hiring is important because it can completely change the dynamic and culture of the team, and therefore their productivity. Review and merit impact whether an employee feels valued and wants to stay, which also then impacts the productivity of the group. Next to those would be decisions around prioritization of the work, which is important because we want to deliver on the items that bring the most value to Nike. It can impact a major initiative with huge revenue or compliance consequences for Nike.

**45. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

I don't think so, most of my work is at a tactical level.

**46. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

I do have involvement in developing processes for our teams but not broader than my team. These pertain to software development and delivery.

**47. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**48. What level of authority do you have, including making recommendations, to hire employees, if any?**

I have hiring decision responsibilities. I have full authority, although my manager can veto.

**49. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

That is part of my responsibility as well. I have full authority, although my manager can veto.

**50. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

That is part of my responsibilities as well. I have full authority, although my manager can veto.

**51. What level of authority do you have, including making recommendations, to terminate employees, if any?**

That is part of my responsibilities as well. I have full authority, although my manager can veto.

**52. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**53. Please explain the type of legal documents you are authorized to sign.**

I would say software license contracts under a certain dollar value, but I don't know the exact dollar value.

**54. How frequently do you sign legal documents on behalf of the company?**

A few times per year.

**55. What is your spending limit without seeking approval?**

I don't know.

**56. Are you assigned work by your manager/leadership or do you determine your own assignments?**

At a high level, yes, it is assigned by my leadership.

## 10. Section 6: Supervising Others

**57. Do any Nike employees <u>directly</u> report to you?**

Yes

**58. How many Nike employees directly report to you?**

Seven, with 3 open positions.

**59. What are the job titles of the employees who directly report to you and what work do they perform?**

Lead Software Engineer, Software Engineer II, Software Engineer III. They all design, develop, and maintain software systems.

**60. How do you supervise the work of those who directly report to you?**

Through frequent interaction and through systems and processes. So for example, Jira is one of the tools that we use that allows us to track the work, so that is one system that I might use to track what is happening. For a process, we have sprint planning ceremonies where we decide what we are going to do in the next. These are just examples of some of the ways.

**61. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Yes

**62. How many Nike employees <u>indirectly</u> report to you?**

It is complicated- we have 2 sets of Professional Services teams that don't show reporting to me in our HR systems but I manage their day to day work and I am responsible and accountable for their delivery. And, we have some employees that show as reporting to another HR manager but I am also responsible for their day to day work.

**63. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

Lead Software Engineer, Software Engineer III, and contract Software Engineers. They also design, develop, and maintain software systems.

**64. How do you supervise the work of those who <u>indirectly</u> report to you?**

Same way, Jira and sprint planning ceremonies, along with other tools and processes.

## 11. Section 7: Experience, Training, and Education

**65. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Two and a half years as a Senior Engineering Manager, 3 years as a Engineering Manager, 1 year as a Principle Software Engineer, 2 years as an Agile Coach, 13 years as a Senior Software Engineer, and 2 years as a Software Engineer.

**66. To what degree has your prior work experience been helpful for performing your current job?**

Extremely helpful, because it has helped me understand the work that my direct reports do as well as the work that other people I have to interact with do because I have done a lot of those roles.

**67. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Management skills, and software development skills as well as coaching and change management skills.

**68. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**69. What job titles have you held at Nike prior to your current job?**

N/A

**70. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Knowledge about the specific technology stack that Nike uses. For example, AWS (Amazon web service) computing. Rather than have our own data center, we use AWS to host our own infrastructure.

**71. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Just on the job experience.

**72. What is your highest educational level?**

Bachelor's degree

**73. In what field of study is your highest degree?**

Computer Science.

**74. How, if at all, has your education been helpful for performing your current job?**

Extremely helpful in providing good foundational knowledge of software development.

**75. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Change management training, and other leadership training.

**76. How have these qualifications been helpful for performing your current job?**

They have been helpful in giving me different tools and methods to solve different challenges we face.

## 12. Section 8: Working Conditions

**77. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: Nike HQ in the office.
Post COVID: My home office.

**78. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**79. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**80. How many hours do you work in a typical week?**

I would say 45+ hours/week.

**81. To what extent do your work hours vary from week to week?**

It is fairly stable except for those peaks that we discussed (i.e., before the start of the quarter, around the start of the fiscal year).

**82. How many days do you work in a typical week?**

5

**83. To what extent does the number of days you work vary from week to week?**

Rarely, not really.

**84. To what extent do you control your work schedule such as where and when you perform tasks?**

I think for the most part I have fairly good control over that, with the exception of having to accommodate other people's schedules or extending the workday due to the number of meetings that I need to have.

**85. What time do you typically start work each day?**

7:45am.

**86. What time do you typically end work each day?**

6pm.

## 14. Section 10: Extra Roles

**87. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

Occasionally it includes mentoring others. Often, it is previous employees that have moved to a different team that want to continue a mentoring relationship. Or, someone that I know who wants to have a mentor.

**88. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

I don't think so.

**89. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**90. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

I help with Adopt a Family, we usually sponsor a family with my team. It requires coordinating with a group of other volunteers to make sure the family's wishlist is fulfilled as much as possible and having it gift wrapped and delivered on time.

## 15. Section 11: Changes to The Job

**91. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

I think they are mostly the same except the exception that COVID changed how we interact with people. Finding a way to build personal connections with people has been more challenging. My teams have changed twice now during COVID, because I have been moved to different areas twice. I have had to build those relationships from scratch and this is very different when there are less opportunities to connect due to COVID.

**92. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

I think only as far as how COVID has caused things to changed, so collaborating with larger groups of people seems to be more difficult and seems to take more time.

**93. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, again it is just really because of COVID and we all have had to adjust the way we do things. In the past, we would be able to use whiteboards and sticky notes or look over someone else's shoulder, and this is different now that we all aren't in the same place.

**94. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

It is definitely changed in a couple ways. Again, COVID. One, we have had to find new tools to do things (e.g., to replace whiteboards or physical boards with notes, suggestion boxes that used to be physical boxes), we are now on our computer way more than we used to be.

Nike Job Analysis Interview

Response ID:62 Data

---

## 1. Pre-Interview Information

**1. Interview ID Number**

58

**2. Interviewee Name:**

Ashford Sharon Renee

**3. Employee ID**

█████

**4. Interviewer Name:**

Samantha Stelman

---

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am responsible for Technology Support On Site for all of our enterprise locations. I have 5 towers: performance bars (where people can walk up for technology help), AV Operations (keeping conference room, audio visual equipment maintained and fixing anything needed), Dedicated Support (where we embed support in specific specialized areas - e.g., innovation or manufacturing), Executive Support (teams that support ELT and SEALs (Senior Executive and Liaison Support), VIPERs (Vice Presidents and their administrative assistants), and Depot Services (Hardware lifecycle - ordering all the monitors, laptops, equipment, EUC devices: end user computing equipment). The support aspect of this includes... Two things: for every area we have managed services, I am responsible for managing and maintaining those service levels (the provider is meeting targets, working with the business to ensure we are meeting their needs. And keeping up with technology (for instance, transitioning to COVID we had to evolve our support since no one was physically walking up to the support bars). And we ensure that our budget still aligns with our forecasts - projects that are coming up... The money we spend or purchasing new things, that is all aligned with our budget. Managing the budgets associated with all my towers.

**6. What tasks do you spend the most time performing?**

I probably spend the most time advising and directing- whether that is projects we are going after based on our road map or the overall strategy. It is advising what we should be doing and how so my teams can execute against that. That is what I spend the most time on. The other is coaching and development for my actual team - making sure they are in a good place, have the skills they need to execute, and are keeping up on current trends (keeping certifications present). I am also involved in special projects that are more technical in nature - like org transformation and processing some of the work that needs to be closer (for security reasons). That is the only time I do more technical stuff - otherwise I don't fix things or respond to tickets. Also vendor governance, talking with partners, manufacturers, making sure we are aligned with our road maps - so if they are going to change equipment or end a line, our teams are in step so we know when to phase things out. So keeping in touch with vendors - whether that is weekly, monthly, or quarterly meetings WORs, MORs, QORS (weekly operations review, etc.). They provide the data to me for those.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

It is making sure that my teams are delivering on our service level agreements (above 90%), we are resolving tickets, we are fixing problems. Making sure we are meeting or exceeding expectations. (And that includes all the vendor meetings mentioned above.) And making sure that we are constantly evolving the way we do things and that I am advising against our road map. I build the road map and make sure we stay that direction. 1) We deliver on what we need to to keep end users

working and 2) make sure we are constantly evolving so we can keep up or stay ahead of where Nike needs us to be (e.g., if they are increasing manufacturing in the US, we need to be ahead of that).

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

They impact employees' abilities to deliver on their commitments. If an employee can't work, they can't deliver on their tasks or their objectives (new shoes, new designs, etc.). That's the main reason. The second is if we are not keeping up, then we are behind the curve and we are not able to deliver the advanced technology that teams need for their roadmaps. So delivering the here and now - so they can do their work. So our ability to deliver can be multiplied down all the functions that rely on us. If they can't use technology, then they can't deliver.

**9. How frequently do you perform these important tasks?**

Daily - because my org is so big and the five towers all have various components. So, every day I am in 2-3 different project review meetings to advise on where we are. And every week I have 1-2 Operations review meetings. Every month I have at least 3 Monthly Operations review meetings. And I have several each quarter. So it depends on the cadence of work, but daily between all of those.

**10. What are the most complex aspects of your job?**

With Nike, it is keeping up with everyone's roadmaps. Not only internal to Nike, but where every group (engineering, infrastructure), keeping up with them so we can support... But also keeping up with industry trends. That is probably the most complex because it is a large, matrixed organization with a lot of employees. So it is complicated and complex to touch base and coordinate with all those teams, including the business groups. For instance, we need to know what innovation is looking to do so we can anticipate their needs and make sure they have the equipment they will need to eventually execute.

**11. What are the specific performance goals you must meet to be a high-performer?**

My groups, service level targets need to be green over 90% of the time. Customer satisfaction, response time, resolution time, asset accuracy - those types of KPIs. And employee engagement is another way I am measured - how my team feels engaged and how they are satisfied with their jobs. So I am graded on that. And my own target is over 90% (for engagement), which I hit consecutively. I take the people part of my job very seriously - because I can't do it all by myself. And then project completion - are they completed on time and within budget. How many performance bars have gone live, what new services have been developed and implemented... That is what my boss is looking for. And the last is that my trending is going in the right direction - so if the number of incidents is going up, that's a problem. So am I eliminating incidents? Or are solutions just band-aids?

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

A lot of these were covered above, but: Customer satisfaction, Response time, Resolution time, Asset accuracy, MTTR (mean time to repair), FCR (first contact resolution - how many things did we fix right away and didn't have to come back to solve later). I think those are the main ones as far as performance metrics.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

I have a college degree and although my degree is not tied to what I do (it's not in technology), I do think that is a key part of my success, as it has given me a well rounded foundation (math, science, english) - whether it is calculating budget or aggregating data or typing an executive summary... The skills I learned in my college courses play a hand in what I do today. 1) is formal education. 2) Real world experience - I have worked as a help desk agent answering calls, all the way through the ranks - and that experience has helped me a lot as it allows me to speak to technical terms to people who might not think I know that technical side. So having real world experience helps me legitimate what I expect from my team. 3) and third is industry knowledge. I attend industry conferences, I get certified ITIL (IT Information Library - which is essentially a framework of how to do all things in service delivery). So that industry knowledge and keeping up with it helps too. One conference I attend is with ServiceNow - because I want to know what other companies are doing, so I can make sure my team is leveraging the latest and greatest. So formal education, real world experience, and industry knowledge.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly**

used electronic devices)?

The basics: Office Suite (Outlook, Word, PowerPoint, Excel, OneNote)... In addition, Slack for collaboration with team members and sharing data, Box for information/data repository and sharing information, Zoom for video conferencing (meetings, 1:1s), Vizio for workflows and lean process mapping. I use OneNote religiously to keep myself organized. And ServiceNow - that is where we have all of our tickets, so every incident, request, problem is logged. So I use that to extract data, analyze trends, and gauge how we are doing. Other tools are not as often and just if I need to go on to approve something (like Concur - travel and expense, Flex - contractor onboarding, Cranium - contracts administration). But those are really just to review a SOW or approve a funding request.

**15. What job title or titles will be next in your career progression?**

Senior Director Global Operations Support... If it kept going up, then VP of Technology Operations. If I went lateral, there are multiple opportunities at my level or at the Senior Director level.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Senior Director Global Operations Support: The same things I have today, however a shift to the importance on strategy. So I would need to be able to depend on what I do to advise and have so much knowledge in my 5 towers... I would have to depend on that director level to do that work and I would focus on higher level strategy so the entire operations team knew where we were going. So higher focus on strategy, budget, those types on things... All on a much broader scale than where I currently sit, so I would need to be prepared for that.

---

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

No, we support them all (global).

**22. How, if at all, does this area of specialization shape the work you perform?**

Because we are global, it makes it more difficult because we can't just do what works for WHQ, we have to do what works for

China, EMEA, etc. If we present an idea to a geo, they could potentially deploy it faster than we could - because we need to understand global implications before we take the next step. And working with the various geos can be complex - between rules, privacy expectations, language, etc.

## 7. Section 3: Work Team Structure

### 23. Do you work as part of a team?

Yes, I work as part of a team.

### 24. How many teams do you work on at a time?

Main time spent is with my core team... The team the we most collaborate with is the Service Desk, they are our peer group as they support the same employees we do. We leverage the same services and deliver the same types of things (just at different levels). There are also Tier 3 teams that we collaborate with for the same reason. It goes through Tier 1, I'm tier 2... And then if we need to go to infrastructure and engineering folks (tier 3), as they are creating and deploying the services that we are supporting. The service delivery managers and directors in each of the geos are also people I work with and align with.

### 25. How many people are on each team?

My core team is 18 people (Nike employees with the global scope, each of the folks in my 5 towers). We also have 200 managed service technicians that are distributed across the geos (e.g., 77 technicians who work at WHQ, and the rest are spread across the various geos). I'm not as familiar with the size of Tier 1 and Tier 3 teams - engineering, infrastructure, and service desk. I usually collaborate with the director in those areas and my service delivery managers partner with the other service delivery managers in those spaces.

### 26. Which team do you consider your "primary" team?  For example, is there one team you interact with most?

My core team is Desk Side services.

### 27. Who are the members of your primary team by job title and what work do they do?

(We are in the middle of a reorg now, so there are currently some open positions. The 18 count only includes the currently filled roles.) There are 5 SDMs (service delivery managers, right now I only have 2, but there are 5 in my org structure) and each one is over a tower (the 5 towers listed earlier). Because the org structure is not yet filled, I am still doing a lot of the work I would expect an SDM to do (so the tasks I list as their tasks might overlap with things I said I currently do). The first thing they do is manage their own people/staff and the associated workload (1:1s, performance reviews, individual development plans for the FTES in their team - and they manage the work of any contractors). The second thing they do is manage the service that their tower is responsible for (attend weekly operations review meetings, see how providers are providing service, and report any issues/concerns with how things are going that week - dropping tickets, etc., and ensure we have a "get to green" plan to get on the right track). The third thing is the projects that align with their tower (the road map we create on what is evolving or changing - for example, a new performance bar we are building would fall under the performance bar tower, and my SDM over that tower would be responsible for making sure that is built with the right design specs, works, has digital signage, etc.). They are responsible for project execution for whatever projects align with their tower. And that goes hand in hand with CSI (continuous service improvement), because they are constantly coming up with new projects to ensure we evolve and improve the services we provide - so CSI work to identify where we can improve and what projects we need to initiate to evolve our service.

The people who report to each of the SDMs (and again, right now 3 towers report to me) are responsible for executing on the work. So rather than managing if we are hitting service levels, these are the people executing on the work - SEAL technicians, VIPER technicians, rolling out new equipment, forecasting, solving problems within those spaces (innovation, manufacturing). These are the Nike positions that we have chosen to hire internally because of the sensitivity involved in their work or the skill required (supporting executives, etc.). They are exposed to a lot of sensitive information when supporting executives - so they are hired under the Nike umbrella. There are 16 people at this level (second tier that would report to an SDM if those positions were all filled).

### 28. What do you specifically contribute when you work with your primary team to complete work?

Industry experience, decision making, direction, motivation, and tying it back to the strategy. There is a lot of things to do, so I need to challenge my team with "is this where we should be spending our time? Does it align with where we are going?" Typically we don't have the resources to get it all done, so making sure that strategy is top of mind.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

There is never enough time to get everything we need to get done accomplished. So we are constantly at that level where you can't get ahead of take a breath. I consider that typical. Some of that may get helped as I am able to add SDM positions (so it is more distributed). The most volume is around performance review time. Since I have been here at Nike, I've had 15 direct reports (a large span of control), so that is always a stressful time - because I have to make sure that I have kept up with each and every employee throughout the year, so their mid-years (at the end of the calendar year, Nov-Dec) and meaningful and their year-ends (May) are representative of their work. That is probably the highest workload because it is in addition to work that is already peaked. Currently we have 5 major projects and all the normal KLO (keep the lights on). When it is review time, I typically have meetings from 7am-6pm. You can't quite fit in 16 1:1s easily to a schedule that is already filled. In retail, the holiday season is stressed- but we don't have that peak. But a peak for us is onboarding and offboarding. Currently we are going through reorg and I am the "quarterback" for technology (for reduction in force), so that is coordinating and orchestrating how that happens - how equipment is collected, how personal belongings are returned. So onboarding and offboarding are peaks. For example, intern onboarding when we need to get them all their equipment and then offboarding when there is a larger volume of displacements.

**30. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

I don't think a lot of what I do requires precision. My team definitely requires it, but typically I am working with generalizations (budget forecasts)... So I need to be in the ballpark but I don't need to be down to the penny. When it comes to reduction in force, those are more precise because I need to be thorough and make sure we don't miss anything (every step is taken). The consequence would be a security risk to Nike (we don't collect equipment with Nike data on it). So that is where I need to be extremely thorough.

**31. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

High and constant. I would say it is constant because resource allocation. If I had the resources in the positions and could delegate more of the work, I think that would release some stress. There would still be peaks, but the stress wouldn't be as constant.

**32. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

The volume of work. Because we are delivering services for the globe and we are setting the direction, there are a lot of projects that I am constantly going after. The projects that I typically go after make it easier for my team to deliver and make it better for end user experience. My team's mission is "obsess the end user experience" and that obsession drives a lot of work.

**33. To what degree does your work involve high time pressure? Please explain.**

This is more for my team - like supporting an executive who can't get their tech to work. But for me, it is providing the information at a leadership level at the right cadence. Really, I have to funnel all the stuff up. So I have a weekly highlight reel, where each of my towers can report on major problems I need to be aware of and giving positive recognition. So weekly, making sure that always gets shared is important. And monthly I need metrics in on time and they need to be in on time (from service providers or our team) - and if we are trending, we know why (so I can present to leadership and they understand). And then the projects. Right now we have so many projects going on that hitting those timelines for our milestones are pretty time sensitive and critical. If we were working on one, it would be one thing - but so many at one time is high pressure because you need to manage each one at a different time. One might be in budget review, one might be executing - so

managing how each one is going and what needs to be done - but maybe that is because I am filling the current openings for SDMs.

**34. To what degree is your work impacted by unexpected disruptions?  Please explain.**

A lot. It typically is in the form of escalation - someone doesn't have what they need... This morning we were onboarding 40 people in India and equipment takes x weeks to get, and my team says that, and then it gets escalated when they don't like that answer (what else can we do? can we think outside the box?)... Teams that are trying to get their projects through but need sign off or support. Since we are on site, a lot of teams want my team's insight to test their product to make sure our executives don't get surprised by a release. So they ask us to check for implications and impacts of new releases. So I can get interrupted by escalations or things like that.

**35. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

Yes. I have been doing this a long time (not just at Nike), so while my job description probably doesn't do what I do justice, I understand what I should be doing and what I need to do. I drive myself to deliver that (which comes from experience).

**36. To what extent is creativity important to perform your current job effectively?**

Important

**37. In what way is creativity required to perform your current job effectively?**

It might not be critical, but it is definitely important. I think the main reason is because the only thing constant at Nike is change. Just because that is how we do it today, doesn't mean that will be expected tomorrow. COVID is a prime example. All our services are based on a physical connection. So once we heard that WHQ might be shutting down, I called an all hands with the team and said "let's create virtually a way to support our end users". We were the first company to launch virtual performance bars via Slack. So they can get help from any technician who used to sit on property. So that is creativity. Or the vending machines that are in my zoom background. It is too much to deliver equipment, so rather than running things across town, we launched tech vending machine. So now people can walk up and swipe their badge to get the keyboard or mouse they need. That is out of the box thinking.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: precovid: biannual or quarterly (2-4 times a year). postcovid: never

**40. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

One of our locations for a site visit or to launch a new service or to travel to a conference or to go network (like traveling to Apple in CA to talk about what we're doing)

**41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

15

**42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

5

**43. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Precovid: 15% I would be working in another building at WHQ because we are introducing a new performance bar or I'm meeting other leaders (rather than working at my physical desk). I also worked at home a lot precovid (outside of my normal work day)

Postcovid: 5% would be me going into the office and having to do some work on site (maybe once a month)

## 9. Section 5: Decision Making

**44. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Hiring decisions and the result would be that we would not deliver the level of service we need to (problems wouldn't get fixed, technology would fail, and our service providers wouldn't be providing good service). Also roadmap and deciding what new services we are going to invest in and the impact is we wouldn't be able to keep up with Nike's trajectory and growth and our digital transformation.

**45. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes. My input would be annually, on providing roadmap and OKRs (objectives key results). So I provide input on OKRs which is where we need to focus delivering for a Global Operations Support perspective.

**46. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes. Policies and procedures that affect laptops, desktops, other technology (iPads, iPhones)... How an employee uses those devices and how they are refreshed and supported... So policies and procedures on EUAA (end user acceptance agreement) - what an employee is and isn't allowed to do. And from a support, how we encrypt and protect and dispose of Nike data. Also our equipment standards - what types of monitors, keyboards, mice, that we purchase has to do with compliance (meeting certain standards).

**47. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes. My role is to not spend more than I have. So, ensuring that I am managing the training, travel, project, and any type of ongoing maintenance (for different services we offer), and any managed service costs (managing our spend there). And figuring out how to do things when we don't have enough money.

**48. What level of authority do you have, including making recommendations, to hire employees, if any?**

I have final say for my group. I can recommend or influence or make final decision depending on whether I have an SDM over that area or not.

**49. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

Same as above.

**50. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

Same as above.

**51. What level of authority do you have, including making recommendations, to terminate employees, if any?**

Same as above.

**52. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**53. Please explain the type of legal documents you are authorized to sign.**

Statement of Work (SOWs) and Managed Service Agreements (MSAs) - I think those are the two that Nike would consider formal legal documents that I sign

**54. How frequently do you sign legal documents on behalf of the company?**

A few times per year

**55. What is your spending limit without seeking approval?**

I don't know?

**56. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both. Mostly I determine my own, but sometimes my manager has something for me to do.

## 10. Section 6: Supervising Others

**57. Do any Nike employees <u>directly</u> report to you?**

Yes

**58. How many Nike employees directly report to you?**

Right now, I have 17 (FTEs and contractors). 14 FTEs.

**59. What are the job titles of the employees who directly report to you and what work do they perform?**

2 SDMs (service delivery managers) - one is over performance bar and the other is over dedicated support. (These roles were detailed in an earlier question.) And I have 3 SEALS (senior executives and liaisons that support Executive Leadership Team), 4 VIPERS (VIP, which represents all VPs and then elite support), 1 senior hardware administrator (in depot services area), 1 asset administrator (also in depot services), 1 hardware financial analyst (also in depot services), 4 AV neighborhood leads, and 1 AV coordinator.

**60. How do you supervise the work of those who directly report to you?**

I have one 1:1 each month with every single individual on my team and then I have team syncs every other week (the entire performance bar team, the AV team, the depot team) and in that we do round table and talk more as a group. I can currently only do 1:1 monthly (since I don't have all my SDM roles filled), and there we talk performance and anything I need to address with them. And then once a week I have a leadership meeting where I have one member from each tower (one representative from each tower will come meet with the group once a week).

**61. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Yes

**62. How many Nike employees <u>indirectly</u> report to you?**

4 - Greater China, APLA, EMEA, and Converse. Regional SDMs are somewhat of a dotted line. Because the work that they are managing is the same work that we are globally responsible for. And typically I have a global call once every 2 weeks that they sit in on, and I maintain a slack channel with representatives from each geo to stay aligned.

**63. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

Regional SDM and service delivery managers for Service Desk and Desk Side (aligned to each of the geos or Converse).

**64. How do you supervise the work of those who <u>indirectly</u> report to you?**

See above. Typically I have a global call once every 2 weeks that they sit in on, and I maintain a slack channel with representatives from each geo to stay aligned.

## 11. Section 7: Experience, Training, and Education

**65. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Before Nike: help desk, tech lead, operations manager, service delivery manager, service delivery director. Those were all positions I held prior to coming to Nike. 4 years lower level (help desk), 2 tech lead, probably 3-4 years as operations manager, most of the time as SDM, and then the last 5 years before coming to Nike I was a Service Delivery Director.

**66. To what degree has your prior work experience been helpful for performing your current job?**

Extremely helpful - it all aligns to the work I am overseeing now.

**67. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Customer service skills, negotiation skills, dealing with difficult customers/situations, dealing with high stress situations, best practices - this has been extremely helpful because I develop best practices through continuous improvement, so developing things over time and knowing what other businesses are doing. My team at Nike is kind of green, they are used to fixing problems but aren't as used to the bigger picture. So I think that has been extremely helpful, because I came in with that.

**68. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**69. What job titles have you held at Nike prior to your current job?**

None

**70. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Lean value stream mapping - I was going it before but not as a formal method, and that has probably been the most helpful.

**71. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Formal training

**72. What is your highest educational level?**

Bachelor's degree

**73. In what field of study is your highest degree?**

Education

**74. How, if at all, has your education been helpful for performing your current job?**

Extremely helpful - it gave me a well rounded education. Also, I went to college when computers were highly leveraged (graduated in '91). I think it has been extremely helpful - knowing what they teach in general in college courses - how to write a report, how to create a presentation, how to present. That has all come in handy. And my education degree (coming up with curriculum, coming up with lesson plans), I do that now in employee development and thinking about how we can educate our end users if they don't understand a particular application or piece of equipment.

**75. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

ITIL V4 (IT Information Library, the latest certification), LEAN certified, Six Sigma (I don't think I went through certification, but I took courses at my last job), and management courses (Dell Carnegie Management Certification). The other is an actual coach, I have been a coach and helped athletic teams - so I learn a lot from that of how to motivate your team and get them on the same page.

**76. How have these qualifications been helpful for performing your current job?**

See above. The only thing I would add is it has helped me be able to formally present how we can do things better. I have always been the type of person that doesn't believe "if it's not broke, don't fix it" - I have always looked for improvements. But before training, I didn't know how to best present that (e.g., showing the ROI, production hours or dollars saved). Now I know how to get leadership to sign off. That has helped me to formally put things into a business case or project proposal.

## 12. Section 8: Working Conditions

**77. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Precovid office on Nike campus (WHQ) and postcovid my home office

**78. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**79. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**80. How many hours do you work in a typical week?**

probably 50-60

**81. To what extent do your work hours vary from week to week?**

They don't vary a lot. On occasion, I need to work later due to the geos and being available for late night calls... Or if I have an appointment in the morning, I might shift. But typically I am 7-6, Monday-Friday.

**82. How many days do you work in a typical week?**

5

**83. To what extent does the number of days you work vary from week to week?**

Doesn't really vary. I try to keep it to 5. I always do things on the weekend, but I won't count it unless I end up sitting at my desk for a long time. I try not to work on Sundays.

**84. To what extent do you control your work schedule such as where and when you perform tasks?**

My meeting schedule controls my work shift. So I don't have as much control as I would like to.

**85. What time do you typically start work each day?**

either 7 or 8am

**86. What time do you typically end work each day?**

5-7pm

## 14. Section 10: Extra Roles

**87. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I am Tech Quarterback for Reduction in Forces. So when we do reorgs, I manage how that work gets done, sit in the war room to make sure things go smoothly during displacement conversations. I also lead our Tech Ops Power Up and that is a weekly meeting we do every Monday morning to connect with the team and update them on what is to come, where they can participate and engage, and have some fun. I host those every week.

**88. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

I don't think so. I don't have much time, unfortunately. I have been asked to represent GOS with regard to sustainability at Nike (I haven't started that yet).

**89. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

There are a couple of forums I belong to - ServiceNow and Next Think, but I don't hold a position... I just contribute to what we are doing, how are we using those tools, and network with other companies. So it is kind of representing Nike, but less formal than sitting on a board.

**90. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No... There is work we do that is cyclical or seasonal, like intern onboarding or when all the groups come in to our showrooms and we refresh their computers. So their are seasonal things, but really my team executes on that - rather than me needing to do anything special. One example would be Olympics and making sure we have the right support techs on site for events like that. (We didn't do it this year due to travel restrictions, but we did for Rio.) Then the other stuff, like intern onboarding is normal - but it is cyclical (same time of year, we need to be ready for).

## 15. Section 11: Changes to The Job

**91. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

No

**92. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No

**93. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

For the most part, no. I don't think so.

**94. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Other than evolving with Nike changing... For example, communication - we used to use Chat and Messenger, then we used to Teams, now Slack... From SharePoint to Confluence and JIRA... Definitely some of the things I use have changed, but because Nike adopted a new toolset.

Nike Job Analysis Interview

Response ID:63 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

60

**2. Interviewee Name:**

Haden Ashley

**3. Employee ID**

██████

**4. Interviewer Name:**

Zareena Shefa

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

So we are responsible for entering the data within MMX (doesn't remember acronym but is a system that manages flow of data from tech partners, factories, SAPs which basically a housing system for data) which creates the style numbers and color codes and managing that information from idea to creation. We help take information from a bunch of cross functional partners, enter it in, and manage the data until it is live and into stores/ out to the consumer. I, as a senior Product Info Analyst, I also have the responsibility of working on projects and find best practices (e.g., we do chassis which are basic silhouettes of a t-shirt or apparel, so a team creates that and figures out what is achievable or badge and borrowed and design it, so we are looking at expanding this function to broader teams because not a lot of teams do this. So I figure out best practices to expand this and what teams need what information, etc) , gaps that we have working with cross functional partners to help blend my knowledge of data and systems to help streamline processes. For example, we have a calendar we work with out Operations partners that help manage the calendar, we have certain dates to update style numbers/attributes, so I figure out if we have enough timing in the calendar to achieve all of that kind of stuff. The only other thing would be also training within our own team, I am responsible for training a couple people as well and getting them up to speed. I do more like system training (i.e., training how to use MMX, Smart Sheets, and other systems we use daily) and calendar training (i.e., helping people get up to speed and understand nuances within the job).

**6. What tasks do you spend the most time performing?**

I spend the most time performing my daily tasks which is the data within MMX, and kind of maintaining and updating different styles and attributes within the system. I am one of 35 people who do the data task people, but 6 of us who are Senior product Info. We have all sorts of different categories, so I support 4 different teams right now. Each team has a set amount of styles depending on the season, and we have different attributes (e.g., price, material, size, name, etc) and we look at these and update as things change across teams and decide if we can/can't do this or if something needs to change. As a senior, we also focus on project work, so we also focus on best practices and training even though the bulk of our work is the data management part. Different things within the system that we do on a day to day basis, so most of the time I am doing that or answering emails from people asking about systems and data, so I am usually in MMX looking at the data and updating it.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

I would say a big one is when we "final adopt" (i.e., the last step within the system to let the style flow all the way downstream (i.e., to factories, SAP or so so SAP can make sure product is sent to the right store), the style is good and is going to launch in a couple months and be out to the consumer). At that step we have a lot of last minute checks to make sure the style is good to

go because we are kind of the gate keepers so we ensure what is shown in the system is shown to consumers. Most recently, due to covid, we have had to do a lot of carry overs. So basically, in our system we have styles that can live in different seasons, but if that style or color way is not active within a season, then it won't go to a consumer in that season so merchandise can't place buys against the styles. So buyers are working with either 3rd party companies (e.g., Nordstrom, JC Penny, retail stores), so different locations have different apparel that they provide, so if the style is not active they cannot buy those styles. With COVID and factories closing down and supply chain being backed up we have had to carry over a lot of product for 2021 (i.e., take season product in system and carry it over into the season you want) order for Nike to sell the product that we have which has been a big impact.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

The final adopt and being able to flow downstream, because if it is not final adopted then the product cannot go to the consumers. And with carry overs, if the product is not active in the season then we cannot sell that product. Basically, the importance of it is if we don't do that part of it, then Nike cannot sell the product that was created and it ends up sitting in the factories.

**9. How frequently do you perform these important tasks?**

So final adopt, per season, there is a gate within our calendar where the styles should be adopted by. So normally we do this about 4 times a year. There is always one off occasions where there are late style adds so we might do it a little more. And those mass carry overs due to COVID we have only done twice (last summer and last week).

**10. What are the most complex aspects of your job?**

I would say knowing the data part is pretty complex because we have a lot of different attributes within the system that we manage, and depending on what that attribute is for a certain apparel (e.g., t shirt) it might have different attributes than another piece of apparel (e.g., short). Also, knowing the end to end process because if something downstream is not working then they come to us because we know the data and they want us to go in and look to see if everything is set up correctly (i.e., attributes) so that our downstream partners (e.g., tech developers, our factories, sports marketing, merchandising in specific geos) can do their job. What we do is at the global level, and depending on what styles want to be adopting in different geographies, our downstream partners rely a lot on what we enter in our system at the global level.

**11. What are the specific performance goals you must meet to be a high-performer?**

We do have goals to meet like keeping our data clean, and we have audits in place to help us with that. Because when you are managing hundreds of lines of data we are human so mistakes can happen, but keeping the data clean is a goal within our team. In my opinion, to be a high performer, being able to manage multiple competing priorities (e.g., I manage 4 different teams, so each team has their own work and can ask for their styles to be updated ASAP while another team has their own request, so figuring out what to prioritize and managing certain deadlines within the calendar) and being able to interpret the data and explain it to our cross functional partners. Also, working within Excel is huge.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

No, there are no numeric performance metrics. Like I said, we try to keep our data errors as close to 0 which is the closest thing that we have.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

So I would say being able to handle competing priorities, being able to interpret the data and be able to explain it in laymans terms (i.e., influence and get what you need to someone who doesn't understand the data). Also, working within the grey area because it is never yes/no and is more situation based, so when our cross functional partners don't really know, being able to step in and explain the outcome of doing things different ways. Essentially being able to help lend the knowledge.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

We use MMX (i.e., houses all the data), Smart Sheets (i.e., an online system similar to Excel but has different capabilities), Excel, a system called Miro (i.e., recently adopted this software, basically an electronic whiteboard so you can post sticky

notes to help zoom into details within different sections of the board).

---

**15. What job title or titles will be next in your career progression?**

From this role, PIA (product info analyst), the senior role is very new and I was moved into it in March. You can take many jumping points because we work with so many cross functional partners. So a PIA could move into a Senior role, or work within Ops, Merchandising, Product Management Team, Digital Creation Lead. My position is a really good stepping stone and as a Senior PIA I am looking at becoming an APLM (Associate Product Line Manager), so we as PIAs we currently support mainly the product line manager. They are the ones that overview and manage the line (i.e., working with design, factory), and they work with us to get the data in the system to come to life so that is my next line to go into APLM and the next step from that is a PLM.

---

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

A lot of these abilities will be the same across APLM and PLM, so understanding data and being able to tell a story from it, handle competing priorities, consumer insights to influence what the line should be in the future. Also, depending on what area of the company you are in, being able to work with different teams/athletes/3rd parties and ensuring they approve of everything (e.g., NFL, ensuring NFL logo is within the right specifications). You are kind of the face of Nike when working with them so being able to lead and help manage.

---

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different geography?**

---

**18. Are you assigned to a specific "Product Engine?"**

Apparel

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

I would say about 75% of what I do is not dependent upon what product engine I am in. The rest is, because there are specific attributes and processes that are different depending on the product engine. Also, if you are assigned things like license or team sport, we have different types of product so my work is also dependent on that.

---

**20. Are you assigned to a specific Sports Category (dimension)?**

Sportswear

**21. Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

Yes and no. There are different attributes depending on the dimension you are on, but depending on the dimension there are different things that can vary.

---

**22. Are you assigned to a specific Product Line/Gender?**

Men's

**23. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

Yes, there are specific attributes that are tied to men's only, as well as with kid's or women's. Most of it is the same, but there are specific attributes across.

**24. Do you have any additional specific areas of specialization? If yes, what areas?**

I have managed multiple dimensions before. In my PIA role, I have been there for 2 1/2 years so I have managed a lot of dimensions/categories so I have a lot of knowledge within all those. Also, within our women's business, understanding our plus line and maternity I have a lot of knowledge into and I have a lot of hats across these.

**25. How, if at all, does this area of specialization shape the work you perform?**

I would say understanding different areas of the business and working within different dimensions/categories has been able to help me take learnings from different ones and apply to my current category. So, knowing what worked well in one area and applying it or knowing what didn't work in the past. Being able to take what I've learned and using it to apply or influence the work that I currently do.

## 7. Section 3: Work Team Structure

**26. Do you work as part of a team?**

Yes, I work as part of a team.

**27. How many teams do you work on at a time?**

I would say 7 teams. I support our Men's Classics team, Men's Capsules/Collections team, ACG team, and Skateboarding team (for apparel). And then, I also have my PIA team that I work with and report up to my manager and other PIAs on the team to execute initiatives. And I am currently with the Plus and Maternity team on the women's side and I am working within an Ops team to help create our calendars to create our calendars within apparel and what dates and gates to go after and ensure they are good.

**28. How many people are on each team?**

Men's Classics has 5, Men's Capsules/Collections has 4, ACG has 2, Skateboarding has 2, PIA currently has 8 but there is 1 open position, Plus and Maternity has ~10-12, and Ops has ~10-12.

**29. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

I interact the most with the category teams more than my PIA team on a day to day basis. So Men's Classics, Men's Capsules/Collections, ACG, and Skateboarding are my main teams that I interact with.

**30. Who are the members of your primary team by job title and what work do they do?**

Across the 4 categories (i.e., Men's Classics, Men's Capsules/Collections, ACG, Skateboarding), the teams are all APLMs and PLMs. They manage the product lines basically from idea to creation and they kind of are very similar to my role but they aren't in the data as much as we are and are instead managing if the materials are correct or making sure middle grounds are established for product direction. They manage different expectations across cross functional teams.

**31. What do you specifically contribute when you work with your primary team to complete work?**

I manage the data side of everything. So the APLM and PLM tell us what they want for each style so I go into the system to put it into action and enter what they asked for for each product style.

## 8. Section 4: Work Characteristics

**32. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

I would say it is varies depending on what point of the season we are in. I am consistently busy. However, there are certain points in the calendar I get busier but it is predictable because there are those points in the calendar where we expect this to happen (e.g., did a huge update in the system so things got busier in July).

**33. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

We have to have very accurate information, so a lot of it also depends on what we were given. Also we have to be able to influence and be able to decide what works for certain attributes before getting it into the system correctly. If we put the data into the system incorrectly it goes to factories wrong, tech partners wrong, so essentially the style of the product could get really messed up.

**34. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

I would say overall, for the role, it is a medium to low stress job. Closer to low though. When it gets to get stressful its when our workload increases and we have a lot of competing priorities so a lot of people coming at you. For example, from March-July I was covering 3 jobs and was covering Women's style so I was constantly stressed to make sure I didn't drop the ball on anything - but this is very unusual it just so happened to fall that way.

**35. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

The biggest one (and kind of the only one) is when we have a lot of high visibility and big deliverables within the same time frame, so being able to manage those and hit those deadlines within the alotted time.

**36. To what degree does your work involve high time pressure?  Please explain.**

When we get initial line planning, we have a short amount of time to enter it into the systems. We have system constraints so it takes awhile because the system can be slow, and this creates probably the most high time pressure. The only other time pressure situation is if we have a last minute add (more on the license side if something was missed), we need to get it out as quick as possible so it can go downstream, so I have to go in to update and get it to final adopt. For example, during NBA finals t'shirts for the finals, you have to create all these new styles tied specifically to the teams and this is time sensitive. But, time pressure is a very small part in this business past those.

**37. To what degree is your work impacted by unexpected disruptions?  Please explain.**

All the time. I would say a lot of the emails that I receive are from the teams saying something isn't working, is wrong, or not showing up in the system. A part of that is because I just moved into this role and a lot of the historical data wasn't done by me so figuring out what went wrong is a lot. Also, my manager put me as the point person or go-to person, so I get reached out to a lot with random questions. This doesn't necessarily fall within my day to day job. But the Senior role is new so this kind of falls within it, but everyday something new pops.

**38. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I would say the data side of it (i.e., entering, managing) is clearly defined. The rest of our job working with cross functional teams, how we manage or help influence/participate in other parts of the business is not quite defined. This also varies depending on the category/dimension you support. Also, the Senior role is new so it is still being defined, so a lot of times I am given projects to help streamline processes but it is never as easy as being told "this is what you do A, B, C."

**39. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**40. In what way is creativity required to perform your current job effectively?**

It is like working with data and manipulating the data to see what works and what doesn't work within the systems. Trying to figure out how to fix the system when there are system limitations. Or, when someone comes to you and asks to find something (e.g., a Swoosh collection from Spring 2020), you have to find creative ways to look for that attribute in the system because people might have a different way of describing things that they are looking for so being able to figure that out.

**41. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

---

**Please describe the work you perform that requires you to physically exert yourself.**

---

**What specific physical abilities are required to perform your current job effectively?**

---

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

---

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

---

**43. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

20

---

**44. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

5

---

**45. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: In other areas on campus at Nike WHQ (e.g., coffee shops, areas with booths)
Post COVID: WFH, but occasionally go to my parents house or have gone to campus a couple times.

---

## 9. Section 5: Decision Making

**46. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

So important decisions that we make are what attributes go into the system. If we are given incorrect attributes, knowing what it should be in the system that reflect accurately what the APLMs and PLMs are actually wanting. The consequence would be that there would be errors downstream, the wrong materials are sent to the factory, etc if it is entered incorrectly.

**47. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, I do, but not a lot of other PIAs do. I am a part of the Ops team that I work with and we are trying to come up with strategic plans for what the calendar should be. So I am able to influence coming from the data side. So there are calendar times set my PLMs and APLMs and a lot of people think its like a magic wand but using my expertise and data knowledge I can help influence what the calendar should be.

**48. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

So I am helping create training documents for MMX within my PIA team for new hires. Also, when new hires are brought on helping them figure out requests and the nuances within that seat.

**49. Do you have any involvement in managing budgets?  If yes, what is your role?**

No

**50. What level of authority do you have, including making recommendations, to hire employees, if any?**

I do not have authority. We do have people reach out for informationals (i.e., what I do in my job), and if I think they are a good fit I can pass them along to my manager.

**51. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None

**52. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None

**53. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None

**54. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**55. What is your spending limit without seeking approval?**

Nothing.

**56. Are you assigned work by your manager/leadership or do you determine your own assignments?**

The teams that we support are assigned to us by our Manager or Director, so you have some say in it (i.e., saying you are interested in supporting a certain area of the business). The project that I am being asked to be a part of, I would say about 75% of them are ones that my Manager/Director have given my names to people to be involved on. The others happened because I might have been talking to someone about the project and they asked me to be a part of it.

## 10. Section 6: Supervising Others

**57. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**58. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**59. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I worked as a Referee/Supervisor for Intermurals in college and was Office staff helping manage programs and the logistic side for 5 years. I also worked at Sports Authority as a Cashier for 1 year in college.

**60. To what degree has your prior work experience been helpful for performing your current job?**

Doing the logistics and managing the programs for Intermurals has helped with time management and managing the data. And then, working at Sports Authority has helped understand the retail side of things with product.

**61. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

I would say time management and training of Referees and Supervisors (e.g., conflict management) were helpful.

**62. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**63. What job titles have you held at Nike prior to your current job?**

I was a Data Specialist and Senior Data Specialist within HR. And then I was a Category Information Analyst (CIA), which is what the PIA used to be called (updated CIA to PIA in November because Nike shifted from category to dimension) before being moved into this senior role as a Senior PIA.

**64. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

I would say learning new specific systems that Nike uses (i.e., SAP when I worked in HR, now using Smartsheets, Miro, and MMX in my current role).

**65. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

It was more coaching and mentoring, and then on the job experience. There was never formal training that we did, we had a point person that would show you how to do everything. As you got different requests you would learn it.

**66. What is your highest educational level?**

Bachelor's degree

**67. In what field of study is your highest degree?**

Business, double majored in Marketing and Management

**68. How, if at all, has your education been helpful for performing your current job?**

Being able to speak to manage multiple projects and also being able to take the data and translate it and turn it into something that other people can understand and get behind.

**69. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I have a Smartsheet certification that we were required to get last year, so being able to understand the ins and outs of that system has been helpful.

**70. How have these qualifications been helpful for performing your current job?**

We utilize Smartsheets a lot so being able to understand the flow of what sheet is pulling from what sheet. Also being able to take the data and show it in a more digestible way has been helpful for our cross functional partners.

## 12. Section 8: Working Conditions

**71. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: I was in an office at Nike WHQ.
Post COVID: I work at home.

**72. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**73. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**74. How many hours do you work in a typical week?**

40-50 hours per week.

**75. To what extent do your work hours vary from week to week?**

They don't really vary too much, part of it depends on how busy I am and what part of the season we are at with our styles.

**76. How many days do you work in a typical week?**

5

**77. To what extent does the number of days you work vary from week to week?**

It doesn't really vary at all.

**78. To what extent do you control your work schedule such as where and when you perform tasks?**

I have complete control of my work schedule.

**79. What time do you typically start work each day?**

8:30-9am.

**80. What time do you typically end work each day?**

5:30-6:30pm.

## 14. Section 10: Extra Roles

**81. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

No, not really. Part of being a Senior part of my job includes mentoring new hires.

**82. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

No, although a lot of the projects that are now a part of my job duties as a Senior PIA I was doing before I moved into this role.

**83. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**84. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No, nothing that is based off the seasons. It is all based off of a calendar that we have that doesn't necessarily line up to the yearly calendar.

## 15. Section 11: Changes to The Job

**85. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

I would say the tasks that have changed is that we now have more influence over our cross functional teams and they are looking at us more for help making decisions.

**86. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

I would say we spend more time helping make those decisions with our cross functional teams. Also the projects that we are brought into more, so we have less time to do the data work and have more time with the critical thinking part of the job.

**87. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

There are different processes even within MMX that have changed because they have updated the systems we used. We also added in different attributes to clearly define things more. We've also divested of different attributes that we don't use anymore. We have also added different systems that we use along with MMX (i.e., Smartsheets and Miro).

**88. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, it has. We used to rely on things more within Excel and now we have switched to Smartsheets, Miro, and Box (to house all of our documents). This has helped keep things more centrally located so it is an online not offline tool. For example, Excel is offline so you have to resend it out if someone makes a change, but Smartsheets the changes are updated for everyone to see.

Nike Job Analysis Interview

Response ID:64 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

59

**2. Interviewee Name:**

Hilary Barr

**3. Employee ID**

██████

**4. Interviewer Name:**

Ashwin Krishnan

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am responsible for the campaign effectiveness evaluation of our brand marketing efforts globally. That means I am responsible for setting up the foundation for how we are going to measure, and then implementing the execution of the research. This includes partnering with the geos on certain pieces they have to run point on, with me organizing and project managing from the global side.

I am also responsible for the standardization of media tracking and data collection globally.

**6. What tasks do you spend the most time performing?**

The top is probably email. Coordinating a lot of pieces via email and keeping projects in motion. Responding to questions from our geos about the process, working with vendors on research goals and setup. Putting together keynote slides, for one off presentations or for larger decks I work with teammates on. Analyzing research to pull out insights - could be through Excel or another third-party vendor that has supplied us with data. Administration of a media tracking tool that all of geos use for marketing links.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Putting together insights, keynotes that have recommendations for changes or optimization of our strategy as it related to paid media and brand marketing. Standardization across our geo media agencies (30+ teams around the world), for their paid media tagging and tracking.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Being able to have data-driven insights. The importance of governance over our geo agencies so that we have consistent tracking of their paid media efforts in order to analyze performance and optimize for the future.

**9. How frequently do you perform these important tasks?**

Keynotes about campaign performance: 2-4 times per year.

Governance and standardization: more of a weekly to monthly task.

**10. What are the most complex aspects of your job?**

Being able to multi-task for projects that relate to day-to-day operations, vs planning campaigns over a year out. Working across so many different functions, as well as with so many different teams around the world.

**11. What are the specific performance goals you must meet to be a high-performer?**

For me, it's more about having recognition from our management and leadership that our marketing stakeholders are learning from me and that I'm delivering insights that are helpful to them.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

I don't have these.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Multi-tasking, working with a variety of different functions and people internally and externally. Expertise in campaign effectiveness research. Adaptability to learn and teach myself new tools that Nike might pilot or contract with.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

MS Office suite (Excel, Outlook, Keynote, occassionally Word), Slack, Datorama, Claravine, Media Platforms (Google, FB, Twitter, etc.), Tableau.

**15. What job title or titles will be next in your career progression?**

Director.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Putting together more strategic recommendations and synthesizing information across teams more frequently.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how?  In other**

words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

Consumer insights, brand marketing measurement.

**22. How, if at all, does this area of specialization shape the work you perform?**

It tells me who my stakeholders are, and kind of dictates the all hands meetings or leadership that I frequently hear from.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

I collaborate across seven teams typically.

**25. How many people are on each team?**

Between 5 and 30 people.

**26. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

Measurement and optimization team within the marketing science team.

**27. Who are the members of your primary team by job title and what work do they do?**

Marketing Science Vice President - oversees the below
Media Science Director - responsible for paid media, marketing
Social Insights Manager - social media
Attribution Director - MMM and MTA reporting (marketing mixed model, and multi-touch attribution, respectively)
Brand Design Insights Senior Director - brand design and creative
Content Insights Senior Director - on-platform content
Content Insights Director - on-platform content
Content Performance Insights Manager II - on-platform content and marketing taxonomy
Testing Insights Manager II - testing plans and execution
Measurement and Optimization Senior Director - across paid media, attribution, social media, and brand measurement
This encompasses the global marketing science team who support measurements, testing and insights across all of Nike's marketing (on-platform and off-platform)

**28. What do you specifically contribute when you work with your primary team to complete work?**

Brand marketing measurement and paid and social media tracking standardization.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

There are some distinct peaks around 2-4 big brand campaigns, and its predictability varies. 1 is predictable and 3 are typically last minute.

**30. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

I rate the need for precision at a 7 or 8 out of 10. Nothing I do would drastically impact revenue for the company. However, on of our goals in the consumer insights team is to bring more data to be used for making decisions. Therefore, it is still important for me to be as accurate as possible so that the info our marketing stakeholders see and use is credible so that season-over-season or YOY, they're able to rely on data we've surfaced for benchmarking for future campaign strategy.

**31. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

It follows the trend of the workload, where there are some peaks. At those peaks the stress feels like an 8 or 9 our of 10, and the rest of the year it feels like a 6/10.

**32. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

The amount of work that seems to be expected. Being able to produce a lot of work in short turnaround time for a variety of different projects, all at once.

**33. To what degree does your work involve high time pressure?  Please explain.**

The typical day does not have much high time pressure. Around campaign launches or QBR's (quarterly business reviews), there's a lot of work that comes up last minute.

**34. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Low in terms of last-minute meeting invites and moderate in terms of data requests or quick questions.

**35. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

With CDA (consumer direct acceleration - reorganization that happened within the past year), it is at a 5 or 6 out of 10. I had to write my own job description and share with my management, so with that I feel like I know what is expected of me, but I would have like it to come from bottom down instead of me writing it from scratch, because I felt confused earlier this year.

**36. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**37. In what way is creativity required to perform your current job effectively?**

Putting together keynote slides that effectively convey insights and recommendation to marketing stakeholders.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**40. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**41. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**42. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The measurement frameworks for our campaigns, which could be selecting a particular vendor over another. Consequences for Nike would be wasted money, since we have to pay for these research projects.

Dedicate the necessary time to maintain and monitor Claravine (tool for standardization of marketing, tagging, and link creation). This is important to me because it fuels a lot of our marketing dashboards, so even though my management thinks this should happen from a different team, there isn't anyone else who is willing to take it on, therefore I continue to prioritize it. Consequence of this is inaccurate data in our marketing dashboards and tools, which help us optimize where we spend our media budget globally.

**43. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

I contribute insights that get incorporated into more strategic decks that my senior directors that I work with are typically leading conversations about. I am an input.

**44. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes, there are tasks that I outline for our Nike media teams to execute. There are certain processes that I have stood up, that others do and I oversee.

**45. Do you have any involvement in managing budgets?  If yes, what is your role?**

Not directly.

**46. What level of authority do you have, including making recommendations, to hire employees, if any?**

Probably a low level of authority, but I have recently been involved in the interview process of someone who would have been a peer of mine.

**47. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None.

**48. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**49. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**50. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Other: I don't know.

**51. Please explain the type of legal documents you are authorized to sign.**

I would need different permissions. I think it has to be a director, but potentially if I asked, I might be able to because I am very involved in the contracts for the surveys we do twice a year.

**52. How frequently do you sign legal documents on behalf of the company?**

Never

**53. What is your spending limit without seeking approval?**

N/A.

**54. Are you assigned work by your manager/leadership or do you determine your own assignments?**

50% of work requests come through our marketing stakeholders. That determines the majority of what I will work on. 30% would be things that I am gradually chipping away at from the past 3 years that I have been at Nike on this team. 20% from my manager from conversations she is in that I am not privy to.

## 10. Section 6: Supervising Others

**55. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**56. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**57. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I worked at two companies. The first I was at for 3.5 years, starting out as a client service analyst and ending as a manager. This was a website analytics company and my clients were large media networks and publishers like NBS Universal, Disney, NY Times, etc. The second was at a former client of mine in ad sales research and I was a manager for two years.

**58. To what degree has your prior work experience been helpful for performing your current job?**

I would rate my prior work's helpfulness at a 6 out of 10. There are a lot of things that were brand new to me when I started here that I have picked up and run with.

**59. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Working cross-functionally and how to execute campaign effectiveness research.

**60. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**61. What job titles have you held at Nike prior to your current job?**

N/A.

**62. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Datorama, Claravine, Tableau. APLA (Asia Pacific and Latin America), GC (Greater China), and EMEA (Europe, Middle East, and Africa) media tracking capabilities and landscape.

**63. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Mostly taught myself through on-the-job experience and received training from the third-party vendors.

**64. What is your highest educational level?**

Bachelor's degree

**65. In what field of study is your highest degree?**

Economics and mathematics.

**66. How, if at all, has your education been helpful for performing your current job?**

I don't think it's been necessary but it has helped lead me on the path toward data analytics (that is more focused on insights, as opposed to being extremely technical).

**67. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I have gotten certifications from Datorama and Google marketing platform.

**68. How have these qualifications been helpful for performing your current job?**

They have been helpful in the sense that I've learned how best to use the tools in the prior question that are specific to Nike's use case.

## 12. Section 8: Working Conditions

**69. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: Nike WHQ.

Post-covid: Spare room in my apartment in Portland.

**70. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**71. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**72. How many hours do you work in a typical week?**

45.

**73. To what extent do your work hours vary from week to week?**

They are pretty steady.

**74. How many days do you work in a typical week?**

5

**75. To what extent does the number of days you work vary from week to week?**

There are very rare occasions where I will work a few hours on the weekend.

**76. To what extent do you control your work schedule such as where and when you perform tasks?**

I control 60% of my work schedule and the rest is dictated by Nike-wide, team, or stakeholder meetings or requests.

**77. What time do you typically start work each day?**

8:30AM.

**78. What time do you typically end work each day?**

6PM.

## 14. Section 10: Extra Roles

**79. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

Yes, I'm on a committee with the ARF (Advertising Research Foundation) and that doesn't feel like part of my formal job duties.

**80. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

No.

**81. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**82. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

Yes, my work would have peaks around important campaigns and/or big sports moments, eg. world cups, Olympics, league championships, etc.

## 15. Section 11: Changes to The Job

**83. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Yes, some tasks have shifted. I am doing more with our marketing teams than I used to, and less with our paid media teams, and I have transitioned one of my tasks in administering a particular tool to a newer teammate. That has freed me up more time to dedicate to analyzing how our campaigns are doing.

**84. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

See above: I am spending more time with our marketing teams and less with our paid media teams.

**85. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, we have a newer process of planning our work in a system called Aha. I used to work directly with our geo teams on a lot of tasks, and now I will go through another middleman.

**86. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No it has not.

# Nike Job Analysis Interview

Response ID:66 Data

---

## 1. Pre-Interview Information

**1. Interview ID Number**

61

**2. Interviewee Name:**

Naqvi Asma Zehra

**3. Employee ID**

███

**4. Interviewer Name:**

Zareena Shefa

---

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Major responsibilities are creating seasonal color palettes, and also inputting them into family files (i.e., coloring up the line art, so we take the color palette and assign it into garments on Illustrator, which is put into Adobe Illustrator files called "factory files" so the factory partners know what colors to put in) at the end. We get color direction for the season from the central color team, and as a functional color team, we distill that into functional color. I am in Women's Yoga Apparel, so I distill that into functional palettes that work best for yoga. I will organize all of my tears and inspirational images and build palettes out of it by taking the colors we organized into different filters and choose the best colors for yoga, and we use Miro to create mood boards. We all come together as a team and filter the color spaces and decide where certain colors look best. Along with the palettes, coming up with the seasonal creative direction that corresponds with the palettes like sourcing tears (i.e., inspiration images) and coming up with stories (e.g., using the inspiration images and looking at different sources of inspiration like market, runway, or art and translating into an overarching story to go along with the color palette). So we are in charge of coming up with the color ways for the prints (i.e., patterns, like leopard or floral that are seen on garments). We work with the print team to decide what direction we are going in with the prints, and it is up to the Color Team to decide what color it is in.

**6. What tasks do you spend the most time performing?**

Building family files takes a really long time. It is mostly tedious because I have to make sure everything is accounted for (e.g., fabric, trims, stitches) so when the factory opens up the file everything is super clear. All of the upfront work, like coming up with concepts and palettes, and coloring up all of the CADS (i.e., computer aided design, aka line art) also takes time.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

I think coloring up the line, because that is literally the end goal product that will be in stores. We get line art from apparel design team in black and white (no color), so it is up to us to take that sketch and add color to it based on the palettes we make.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

I mean we get to determine the color spread that you see in stores. We take things that are black and white and add color to it, so all the different colors that you see in the stores.

**9. How frequently do you perform these important tasks?**

Everything kind of happens on a calendar that is pretty consistent throughout the year, so we generally work on 2 seasons at

a time (e.g., fall/holiday, spring/summer). Technically, twice a year but there is overlap too. It is over the span of a few months, because we will work on a season from start to finish for 5-6 months, but maybe 2-3 months is doing all the front end work (i.e., creating the color spread). So it is like twice a year but also 6 months time span.

## 10. What are the most complex aspects of your job?

So we work with our product management and merchandising partners to get color briefs. For example, our business partners will get granular and ask for more specific color needs per style in a season (e.g., this tank needs black, neutral, and 2 seasonal colors). It is up to us to complete that brief while at the same time trying to be creative and push for colors that are trending. A lot of the color briefs are connecting with different parts of the business and also in general having to complete a brief can be complex because sometimes we get asked for certain things and have to push back or kind of negotiate for certain things. That is the normal dance between design and business partners.

## 11. What are the specific performance goals you must meet to be a high-performer?

We get kind of graded I guess performance wise, making sure that we are creative and push our teams to be innovative when it comes to color. Trying to push our team to adopt some more interesting and innovative color spaces, because if our business partners had their way everything would be black, white, or pink (because those sell well), so it is up to us to be the expert on trends. This takes a lot of research on our part and validating color spaces. So I think to answer this question, it is making sure we do the research and validate this so we get our business partners up to more future thinking. Also, making sure we check off some of our more commercial needs. Sustainability is also a new performance goal in general for the company. Generally, being a good team player is super important and making sure you are working really well with partners because so much of our work is collaborating.

## 12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.

No, I don't think so. There isn't any specific booking numbers or selling numbers that we have to hit.

## 13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?

I think definitely being comfortable working in Adobe Illustrator and Photoshop, because 99% of the work is done there. Also, general color theory and knowledge and being able to discern between different colors and shades (i.e., if you are color blind might not work). This is more maybe an ability, but being good working in teams and having good interpersonal skills is really important. We do a lot of presenting, so having good presentation skills and being able to speak to your work. I think having a good eye to know where to research for different color spaces is really important.

## 14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?

So Adobe Illustrator and Photoshop. More Illustrator than Photoshop. Miro, which is a collaborating tool we use to build mood boards and things like that. We are starting to work in Clo 3D which I imagine is going to become more important as things become more digital. For Clo, everything we could do in real life with garments we can now to digitally on this software, so pattern making, sewing a garment and shown on an avatar to see what it looks online, a very quick and sustainable way to get rid of prototyping. We can add color to garments and see what they look like. Also, having access to trend sites like WGSN, and Instagram, Pinterest, Google searches, magazine subscriptions (e.g., Vogue, runway stuff) to source images for inspiration.

## 15. What job title or titles will be next in your career progression?

Senior Color Designer is the title above me right now, and then Design Director is above that.

## 16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?

I think more than anything, being able to manage your workload with little assistance. So being able to do all of the negotiating and coming back with your partners. Senior and above is a manager level 2, so being able to manage people under you. Also being able to delegate tasks and be a good filter for other people's work, because they will bring their work to you and you have to be able to give good feedback. I think having strong presentation skills and being able to speak to your

work is really important.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Apparel

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

Yes, it is different. It is the difference between coloring up apparel v. shoes or accessories. It is different materials, color takes on different materials differently. The briefs are different based on product engine. I think just the overall asks, like what footwear needs v. what apparel needs is different, is a completely different color category. Things that work in apparel wouldn't work in footwear, and vice versa. The skills are transferrable though.

**20. Are you assigned to a specific Sports Category (dimension)?**

Other: Yoga

**21. Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

Yes, same as above - the skills are transferrable. But the type of product is different so the color needs are different. Also, the consumer is different which is a big thing.

**22. Are you assigned to a specific Product Line/Gender?**

Women's

**23. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

Yeah, I think it is the same as above in that the skills are transferrable but because the consumer is different, the work is going to be different.

**24. Do you have any additional specific areas of specialization? If yes, what areas?**

I have an apparel design background and have worked mostly in active apparel (i.e., running, training, swim, tennis - basically anything you wear to do a certain activity).

**25. How, if at all, does this area of specialization shape the work you perform?**

I think it definitely helps to have an apparel design background because I have worked in so many areas, it is good extra knowledge to have and makes you a little more agile if you end up working around in the company.

## 7. Section 3: Work Team Structure

**26. Do you work as part of a team?**

Yes, I work as part of a team.

**27. How many teams do you work on at a time?**

Technically, I am on two teams. One is Women's Color Team, the other is the Yoga Team.

**28. How many people are on each team?**

The Color Team is maybe like 10 people right now, the Yoga Team is probably another 10-15 people if you could the whole team of everyone who works on Yoga.

**29. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

The Yoga Team is my primary team.

**30. Who are the members of your primary team by job title and what work do they do?**

So we have a Design Director, they basically oversee the Yoga Team as a whole from a design perspective. There is a Senior Designer for apparel and Designer I for apparel, and they both sketch and design the apparel for yoga. There is a Senior Graphic Designer and they design all of the graphics that go on yoga apparel. And then we have a Product Director and a Product Manager, and they are the ones that are in charge of the briefs and making sure we hit the briefs, also making sure we are all tracking along. We have a Merchandising Partner who is a liaison between product manager and Design and our geo partners, so they are the buyers of the line. Then we have 3 people on our Tech Development team, so they ensure everything fits will and manage the fittings and the tech aspects of our apparel. Then we have someone on Costing who ensures we hit out costing.

**31. What do you specifically contribute when you work with your primary team to complete work?**

I am in charge of all of the color for the line. So, I work with them early on to come up with the overall concept of the season and use that collaboration to work on my color palettes to make sure everything looks cohesive.

## 8. Section 4: Work Characteristics

**32. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

Yeah, I think there are distinct peaks and valleys. There are times where we are super busy and others where there is a lull. This depends on where we are in our calendar. This is pretty predictable. We have a calendar that we pretty strictly follow, so we can hit important deadlines. We meet weekly to go over the calendar as a team so we can view the next week/month, so we have visibility to see and determine where there are going to be peaks and valleys. Peaks are times where we have a lot of deadlines back to back and working times/meetings. Kind of right now, we have a big gate (i.e., a big presentation) next week, so everyone is working really hard to make it to that gate.

**33. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

I guess maybe precision isn't there because it is a creative function. It isn't like surgery so you don't have to be super precise. There is a level of professionalism for presenting your work, can't be messy and all over the place. We do have templates for presenting our work.

**34. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

I think it is low intensity, and I think because we know when our work will be more stressful it is just periodically stressful and not constant.

**35. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

Any time we have any issues that we have to work around. Usually the issues come up later so there isn't much time and you are scrambling. For example, certain colors might not work on certain garments, so we have to figure it out. Also, hitting

deadlines is stressful so making sure our work is done on time and have it be presentable.

**36. To what degree does your work involve high time pressure?  Please explain.**

I mean, we do have deadlines that we have to hit. But is not a super high time pressure at all. In general, most people are able to hit their deadlines.

**37. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Sometimes, because we are working on a few seasons at once, I might have to go back to a previous season to solve a problem which causes a disruption on the season I am working on currently. For example, I'll be working in the current season and I'll get an email from my product manager that a certain color is failing opacity, so I have to go back and do extra work to find a different color and do basically a fire drill to figure out how to replace something, which means I have to stop my current work to do that.

**38. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

It is pretty clearly defined, and I definitely understand what is expected of me and what deliverables I have to manage.

**39. To what extent is creativity important to perform your current job effectively?**

Critically Important

**40. In what way is creativity required to perform your current job effectively?**

It is a design function, so in essence it is a creative job in and of itself. I mean, the whole front half of working on a season (i.e., coming up with concepts, color palettes, beautiful color stories for our product).

**41. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Position requires international travel occasionally Pre COVID

**43. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

I started after COVID, but typically the position would be international travel a few times a year. It changes, but before I started they went to Japan, Mexico City, New York, London. Because I started after COVID, I haven't traveled yet.

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**46. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I guess I get to decide everything related to color within my function, so if there is any decision that pertains to color I am the

person that makes that decision. If a poor decision is made the outcome is product that isn't correct or doesn't look good.

**47. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

No

**48. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No

**49. Do you have any involvement in managing budgets? If yes, what is your role?**

No

**50. What level of authority do you have, including making recommendations, to hire employees, if any?**

Very little, I can definitely make recommendations for people in certain roles. But, I don't have any authority in hiring anyone.

**51. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None

**52. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None

**53. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None

**54. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**55. What is your spending limit without seeking approval?**

I don't know.

**56. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I am assigned work by my manager and leadership.

## 10. Section 6: Supervising Others

**57. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**58. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees _indirectly_ report to you?**

**What are the job titles of the employees who _indirectly_ report to you and what work do they perform?**

**How do you supervise the work of those who _indirectly_ report to you?**

## 11. Section 7: Experience, Training, and Education

**59. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I was first an Intern for 4 years, I was an Assistant Designer for 2 years, an Associate Designer for 2 years, and then a Designer for 2 years. Collectively, in my career since graduating college, I have 6+ years of experience within the industry.

**60. To what degree has your prior work experience been helpful for performing your current job?**

Very helpful, I mean it is basically everything that I do, I have had prior experience in.

**61. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

All of them being pretty proficient in Illustrator is a big one, all of the concepting (i.e., compiling inspiration images and coming up with stories) and color palette building from my previous experiences.

**62. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**63. What job titles have you held at Nike prior to your current job?**

N/A

**64. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Being trained in Clo 3D is a big one since I joined Nike. Everything else is transferred skills from being in the industry.

**65. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Clo 3D was formal training.

**66. What is your highest educational level?**

Bachelor's degree

**67. In what field of study is your highest degree?**

I have a BFA in Fashion Design.

**68. How, if at all, has your education been helpful for performing your current job?**

It is super helpful because it is a specialized degree, because a Bachelor in Fine Arts specifically in fashion design. Very few people without a BFA from a design program could work a job that requires you to be a designer.

**69. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I don't think any.

**70. How have these qualifications been helpful for performing your current job?**

N/A

## 12. Section 8: Working Conditions

**71. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: at Nike WHQ

Post COVID: work from home

**72. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**73. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**74. How many hours do you work in a typical week?**

I do a typical 40 hour work week.

**75. To what extent do your work hours vary from week to week?**

They don't vary.

**76. How many days do you work in a typical week?**

5

**77. To what extent does the number of days you work vary from week to week?**

It doesn't vary.

**78. To what extent do you control your work schedule such as where and when you perform tasks?**

Right now, I have pretty much full control of my work schedule.

**79. What time do you typically start work each day?**

9am.

**80. What time do you typically end work each day?**

5pm.

## 14. Section 10: Extra Roles

**81. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

I am on a Sustainable Color Board, so that is an extra responsibility. I also do this extra project with the Central Color Team

called color canvassing, and is basically when we work with to pitch colors that we see are trend relevant for the future (i.e., color forecasting team).

**82. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

I guess the Color Canvas Team is the special project. They happen once at the beginning of each season and it is like an extra week of work on top of my normal responsibilities.

**83. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**84. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No

## 15. Section 11: Changes to The Job

**85. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

So being a Color Designer in and of itself, so before I joined Nike I was doing all of the aspects of designing products (i.e., color, apparel). So Nike is the first company that has color as a function of its own. At Nike, none of my tasks have changed since I started.

**86. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No

**87. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

No

**88. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Just the addition of Miro and Clo. Miro because of COVID, it is an easy way for us to collaborate as a team. And Clo is another skill and tool to add.

# Nike Job Analysis Interview

Response ID:67 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

62

**2. Interviewee Name:**

Victoria Alicia Boutan

**3. Employee ID**

█████

**4. Interviewer Name:**

Ashwin Krishnan

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am supposed to be the inventory excellence manager for North Americas retail environment, including smart inventory, systems integrations that enable Nike to have better in-season visibility, and managing that inventory.

**6. What tasks do you spend the most time performing?**

Read emails from stores, budget management, answer ad hoc questions from partners on strategy and management.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

I highlight the location of excess inventory, because it determines the price we liquidate items at. It determines the margin that we could lose or get back. We highlight risks to incorrect inventory adjustments, like losses that we may have claimed over the year that were not actually losses. I have direct P&L impact, which is a foundational difference between my position and others.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

They impact our revenue seasonally.

**9. How frequently do you perform these important tasks?**

Monthly.

**10. What are the most complex aspects of your job?**

The rotating priorities at the top level, which impacts the timing of our work. Constant re-prioritization and lack of understanding. Decision-making can be difficult as well - it is a construct of all the re-prioritization. Decisions have to be re-made with changing priorities. People change jobs frequently, needing new leaders on board frequently as well, which makes work hard.

**11. What are the specific performance goals you must meet to be a high-performer?**

I don't know how to answer this question. Maybe how hard I try?

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

There is out-of-stock auditing, inventory adjustment, and I must operate within budget.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

I have to have planning allocation and end to end supply chain knowledge, basic finance skills or the ability to learn that, know how to retail P&L works, basic e-commerce understanding, understanding of the structure of communication and collaboration within Nike.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

SAP, Retail and AFS, Just Enough, SIM (Store Inventory Management), MPOS (Industry Mobile Point-of-Sale), WFM (Industry), Service Channel, MS Office, Tableau, Manhattan (warehouse inventory management).

**15. What job title or titles will be next in your career progression?**

I am going to be a division head at a different company. At Nike that would be close to a general manager.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

At Nike, the people management aspect of jobs is heavily relied on for internals. I am getting an external promotion that requires the same skills that an internal promotion will, though I believe the same internal position will not be available to me due to internal competition. Nike seems more inclined to fill those positions with lateral moves rather than promotions. Staying and growing a career with Nike seems to have limited potential. The increase in pay I receive from a lateral move is far greater than what is possible at Nike, raising questions about how Nike retains talent that has been there for decades despite diminishing incentives to stay.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

North America

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Yes, if I was in a different geo, my work would be different. 100%. Global doesn't have P&L ownership, just defining strategy. Different geos have different systems, setup, and ownership, so the operational setup would be entirely different. The solutions we'd need to provide would be different too.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

Only to the direct to consumer market, so I don't deal with accounts like Foot Locker, Dicks, etc.

**23. How, if at all, does this area of specialization shape the work you perform?**

Yes, the difference is that I only look at the Nike, Inc. bottom line. If I was working at an account, I might have to look at mutual profitability, but I don't.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

9

**26. How many people are on each team?**

On average, there are 4 people on each team that I work with. Each team has 20 odd people, and I usually work with 1 person, but can work with several at times.

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

Retail Ops and Finance.

**28. Who are the members of your primary team by job title and what work do they do?**

product manager from tech - own all the features of the tools that stores use
finance loss prevention - own all of the inventory adjustments
store leadership themselves - use the tools and report the adjustments
planning and allocation - set the style colors and consumption forecasts; we work with them on liquidation strategy
core supply chain - move product from distribution to sale location and manage transportation

**29. What do you specifically contribute when you work with your primary team to complete work?**

I am the person who tells the product manager what to design, in terms of how to use the tool. I am in charge of inventory reconciliation.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It is pretty predictable, but there is always uptick before the holidays at the end of the year, in preparation for holiday sales. There is another uptick in March, and another in June. Finalizing our operating budgets around Feb-March also brings about another uptick.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

These are core financials and operations, but there is a fair margin of error at the Nike Inc. level. There are large discrepancies in the degree of millions in financials that are untraceable and unexplainable, and there seems to be a lack of

regard for tracking such discrepancies down or maintaining proper financial accounting accuracy.

**32. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

Medium intensity. Stress swells and drops with seasons and peaks in work and deliverables. It stays manageable.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

The overarching leadership prioritization - it is in constant flux, leadership changes frequently, projects are not seen through. It feels like we aren't making incremental gains, while jumping from shiny object to shiny object. Having to pander to different leaders also gets in the way of working efficiently.

**34. To what degree does your work involve high time pressure? Please explain.**

All of it is time-sensitive. Sometimes weekly, sometimes monthly.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Not very. The operational aspect of my job has to continue, so it will. Stress and unexpected disruptions can pile up around peak times of the year like the holidays. Strategic elements or policy decisions can be pushed aside for core foundational work to deliver, which might be common for anyone who works in a geo-operations shop. Delivering the business is the priority, as the VP's say.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

It is not. I always have a moving target, depending on who else is in role and what the priority of the season is.

**37. To what extent is creativity important to perform your current job effectively?**

Important

**38. In what way is creativity required to perform your current job effectively?**

n/a

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: A couple of times per quarter pre-covid. Post-covid no travelling.

**41. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: Memphis, Orlando, Indianapolis

Post-Covid: no travel

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

10

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**44. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: Memphis, Orlando, Indianapolis

Post-covid: full-time remote

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**54. What is your spending limit without seeking approval?**

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

## 10. Section 6: Supervising Others

**56. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**57. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Yes

**58. How many Nike employees <u>indirectly</u> report to you?**

3

**59. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

inventory analyst - review inventory levels across each node and surface discrepancies
training specialist - teaches field on how to use reporting tools to manage inventory and how to do adjustments
product management analyst - delivers UI and data enhancements based on our team's feedback.

**60. How do you supervise the work of those who <u>indirectly</u> report to you?**

Weekly meetings, align roadmaps with my peers so I am aligned with the people who actually manage them on the deliverable scope. We have yearly alignment meeting as well.

## 11. Section 7: Experience, Training, and Education

**61. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I was a management consultant, and before that I was an equities analyst. Total work experience work before Nike was 4 1/2 years.

**62. To what degree has your prior work experience been helpful for performing your current job?**

Basic finance and knowing how to talk to leadership were essential takeaways. Whatever I learned had to be "Nike-ized".

**63. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Basic finance and knowing how to talk to leadership.

**64. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**65. What job titles have you held at Nike prior to your current job?**

Product manager, development manager, process manager, business analyst.

**66. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

End to end planning, retail foundations, strategic budget planning, managing people, managing projects, inventory management in general, technology implementation, transportation and logistics knowledge.

**67. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job.

**68. What is your highest educational level?**

Master's degree

**69. In what field of study is your highest degree?**

Business Administration

**70. How, if at all, has your education been helpful for performing your current job?**

None.

**71. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

n/a

**72. How have these qualifications been helpful for performing your current job?**

n/a

## 12. Section 8: Working Conditions

What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.

How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).

Please describe the hazards to which you are exposed as part of your job.

How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).

Please describe the work you perform that has the potential for physical injury to yourself or others.

## 13. Section 9: Hours Worked

How many hours do you work in a typical week?

To what extent do your work hours vary from week to week?

How many days do you work in a typical week?

To what extent does the number of days you work vary from week to week?

To what extent do you control your work schedule such as where and when you perform tasks?

What time do you typically start work each day?

What time do you typically end work each day?

## 14. Section 10: Extra Roles

Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.

Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.

Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?

Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?

### 15. Section 11: Changes to The Job

Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.

Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?

Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?

Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?

# Nike Job Analysis Interview

Response ID:68 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

63

**2. Interviewee Name:**

Ross Darah A

**3. Employee ID**

██████

**4. Interviewer Name:**

Noel Williams

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

My role is the North America Brand Integration for Social & Community Impact. My role is to serve as the brand liaison SCI within the larger brand organization. I work to elevate either SCI projects or partners through different Nike Brand Channels.

**6. What tasks do you spend the most time performing?**

I attend meetings with SCI teammates, brand teammates. I would say other projects with clear beginning and end - strategic planning decks/presentations, content creation, working with agencies on developing assets and campaigns to support partners and key initiatives. The only task that I have with a true beginning and end are expense reports.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Development of tools and resources to support community partners.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Their evergreen documents have ongoing relevancy. They are helpful in supporting community organizations beyond the launch and help to support the organizations at scale. Ultimately, it shows that Nike supports communities in ways beyond products and marketing.

**9. How frequently do you perform these important tasks?**

Three to four times a year.

**10. What are the most complex aspects of your job?**

Communication across different teams. Making sure the correct people are looped in.

**11. What are the specific performance goals you must meet to be a high-performer?**

Business goals and people goals, balancing across both of those goals leads to being recognized as a high performer. Because of the role that I'm that In, there aren't super specific performance goals. It's more aligned to supporting the overall SCI strategy.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

No.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Strong communication skills, troubleshooting (ability to troubleshoot), thinking creatively, connecting the dots across teams and people, understanding of challenges community organizations face.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Microsoft office, Airtable, Salesforce, Slack

**15. What job title or titles will be next in your career progression?**

The next step is Senior Director.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Strong communication skills, people management, strategic thinking/planning, enterprise leadership

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

North America

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Only different in the organizations and the people aspect of it. But generally speaking, it would be the same.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

Community

**23. How, if at all, does this area of specialization shape the work you perform?**

It's the foundation for all the work that I perform in my function.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

Four to 5:
North America SCI
Global SCI Brand
SCI
North America Purpose Marketing

Sometimes there are others, depending on the project.

**26. How many people are on each team?**

North America SCI - about 17
Global SCI Brand - about 5
SCI - about 100
North America Purpose Marketing - about 50

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

North America SCI

**28. Who are the members of your primary team by job title and what work do they do?**

Senior Director - lead the team
Communications Director - work across the team on external and internal communications
Made to Play Director - supports the community partners and works with Global Made to Play team on overall strategy
Director in LA - leads the LA community portfolio
Director in NY - leads the NY city portfolio
Senior Manager (Portland, Chicago, Toronto) - lead city strategy
Managers (seven) - lead the black community commitment portfolio
Specialist - supports the national Made to Play partners
Team Admin - keeps us all together and organized

**29. What do you specifically contribute when you work with your primary team to complete work?**

I support across all team members and any brand or marketing needs. I also set North America SCI brand strategy and ensure that it reflects the full North America SCI approach.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It is spread evenly throughout the year with a lot of work, sometimes peaks where there is more work - depending on what types of events are going on.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

I think personally I feel it requires a high level of precision, but in reality it doesn't necessarily impact. In certain cases, anything that's external facing requires a lot of precision, approval in ensuring that we are representing work in the right way.

Partnership with our Communications team, ensures that we are not leaving Nike open for scrutiny.

**32. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

High intensity and constant. I think when working with external partners, we always want to ensure that we are representing them accurately and being the voice for the work that they're doing (can be a lot of pressure, when sharing with large internal audiences).

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

Trying to represent SCI to larger Nike audiences who may not have a full understanding of how community work comes to life.

**34. To what degree does your work involve high time pressure?  Please explain.**

Specific projects have deadlines associated with them due to key launches or key initiatives, or larger celebratory moments. We try to align our work or launches or elevation of partners around these moments. Meeting deadlines and staying on track around those dates is important.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Each project has unexpected disruptions and often those disruptions are out of our control. We have learned to anticipate disruptions and set clear expectation upfront with external partners to avoid disappointment. It happens pretty often, in which dates and plans change.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

My role is somewhat defined, in that I know that I support the North America team, but that can mean different things depending on the project. I do not always know what is expected of me, but can usually figure out how to manage through it on my own.

**37. To what extent is creativity important to perform your current job effectively?**

Important

**38. In what way is creativity required to perform your current job effectively?**

I work with a lot of creative assets, images, videos, copy layouts, collateral - having a good eye for creative is important to ensure that our SCI work is reflected in a way that best represents Nike.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

A few times per year

**40. Please describe the work you perform that requires you to physically exert yourself.**

Event setup, trainings, volunteer events with kids.

**41. What specific physical abilities are required to perform your current job effectively?**

Dynamic Flexibility — The ability to quickly and repeatedly bend, stretch, twist, or reach out with your body, arms, and/or legs.

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Pre Covid - once a month Post Covid - no travel-

**43. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre - Covid - Chicago, NY, LA,
Post Covid - none

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

80

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**46. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I make decisions about strategy that help set the stage for how plans to come life across North America and making good decisions help ensure Nike is represented in the best light possible.

**47. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, within SCI across North America and Brand. I help set plans in place that support the overall SCI strategy.

**48. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No

**49. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes, I manage a few budgets with the North America SCI budget.

**50. What level of authority do you have, including making recommendations, to hire employees, if any?**

Has made many recommendations on job candidates.

**51. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

Has made fewer recommendations on promotions.

**52. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**53. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**54. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**55. Please explain the type of legal documents you are authorized to sign.**

Service agreements

**56. How frequently do you sign legal documents on behalf of the company?**

A few times per year

**57. What is your spending limit without seeking approval?**

I don't remember. Maybe 30K.

**58. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I determine my own assignments.

## 10. Section 6: Supervising Others

**59. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**60. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**61. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Most recent - Seven years - New York City Parks Department , as Marketing of Citywide events(two years), Program Manager (five years)
One year - English Lacrosse Association , Highschool and Middle School Coach

**62. To what degree has your prior work experience been helpful for performing your current job?**

Extremely helpful.

**63. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Communication, understanding of community organizations, exposure to underserved communities, direct programming work with kids and other coaches

**64. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: Lateral

**65. What job titles have you held at Nike prior to your current job?**

1. Retail Marketing Manager (NY)
2. WHQ - North America DTC - Retail Brand Presentation
3. WHQ - North America - Retail Brand Presentation (most recent)

**66. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Understanding of Nike retail, ability to work across categories and functions, understanding of different functions, ability to work with creative agencies

**67. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Trial and error.

**68. What is your highest educational level?**

Bachelor's degree

**69. In what field of study is your highest degree?**

Political Science

**70. How, if at all, has your education been helpful for performing your current job?**

Not so much.

**71. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None.

**72. How have these qualifications been helpful for performing your current job?**

N/a.

## 12. Section 8: Working Conditions

**73. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid - WHQ office
Post - Covid - work from home

**74. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**75. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**76. How many hours do you work in a typical week?**

40-50

**77. To what extent do your work hours vary from week to week?**

Not really varying.

**78. How many days do you work in a typical week?**

5

**79. To what extent does the number of days you work vary from week to week?**

They stay the same.

**80. To what extent do you control your work schedule such as where and when you perform tasks?**

100%.

**81. What time do you typically start work each day?**

7:30am (west coast)
10:00am (east coast)

**82. What time do you typically end work each day?**

6pm (west coast)
8pm or 9pm (east coast)

## 14. Section 10: Extra Roles

**83. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

No.

**84. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

Managing interns - two months
Stretch assignments - four months

**85. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**86. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**87. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

No. It's the same tasks, just a different focus from external organizations to supporting the work across SCI.

**88. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No, not significantly.

**89. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Not significantly.

**90. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

There are a few different programs that we use. More process, but it has not impacted me significantly.

Nike Job Analysis Interview

Response ID:69 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

64

**2. Interviewee Name:**

Jackson Victoria Andrea

**3. Employee ID**

██████

**4. Interviewer Name:**

Samantha Stelman

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

My role title is Brand Planner (NA Brand Planning Director) and the core responsibilities for that role are to work with my brand counterparts to ensure that we are planning future seasons ahead in an productive and efficient manner (looking forward to the future of brand and how we plan to execute). That can include budget planning, forecasting, high level overviews and concepts for future seasons. My role is often described as chief of staff. And the responsibilities associated with chief of staff is being a voice for the team (either internally or with functional partners), creating clarity out of chaos (from high level to in the weeds), and making sure that the team is aware of brand operational updates that are happening in the organization.

**6. What tasks do you spend the most time performing?**

Coordinating meetings (meetings are mostly to get people aligned and on the same page). I spend a lot of time on seasonal brand planning inputs. We often get direction from global, so taking information we get from global and helping to distill it for the North America geography and how we need to apply it to the work we do.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

People management - having either 1:1s or group session with teams to understand the challenges they are facing and figuring out solutions, encouraging, coaching

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Because without the people, the work doesn't get done

**9. How frequently do you perform these important tasks?**

Every day

**10. What are the most complex aspects of your job?**

For me personally, nothing. Currently I just go through the motions because I have been doing some version of this work for years. And I've been with the company for 13 years. So other than the current climate we are in (COVID), there hasn't been much that I haven't already experienced with the company.

**11. What are the specific performance goals you must meet to be a high-performer?**

Enterprise thinking is a big component of that... In some ways, managing budget as best as possible (there are a lot of factors outside of our control), effective communication, and positive energy.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

Not at the moment, no.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Authenticity - I think it takes a certain type of person to want to do this job. Empathy, balance (in some ways), organizational skills, time management skills, business acumen, analytical skills, strategic thinking

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Outlook, Word, Air Table, D6 (I believe this is specific to Nike, and it houses our creative assets), Microsoft Suite (PowerPoint, Excel), and Mac software (Keynote)

**15. What job title or titles will be next in your career progression?**

I don't know - there's not really a clear job progression... It could be senior director of what I am doing now (Brand Planning). It depends on me personally and the company. For example, I think I'm ready for senior director, but it might be another director role. It could also be general manager.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I think all of the things I outlined above (those needed for my current role). I feel like I possess the knowledge, skills, and abilities needed for the next step.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

North America

**18. Do you know if the geography to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Yes and no - our consumers are different, so we are required to think about things through the consumer we serve. Other geographies may need to think about language (if things need to be translated or interpreted differently) and that isn't necessarily something we need to think about in North America. In other geographies, they may have the additional responsibility of incorporating athletes into their work - but for the North America geography, a separate team works on that.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

I don't know if this is considered other for a dimension - but I focus on brand defining and purpose.

**23. How, if at all, does this area of specialization shape the work you perform?**

It has to be thought of differently because we have less of a business impact and the work we do is more focused on the brand side of the work. There isn't always product tied to it - which some of my counterparts are involved in more.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

There is One Team - that is our approach in general - but there are teams within that. At a basic level, I would consider myself part of multiple teams: brand defining and purpose, my functional team (brand management operations), and the functional team has sub teams (and I am part of the brand planning sub team). One Team refers to the brand management team (for the purpose of this conversation - elsewhere it could represent Nike as a whole). Within the brand management team there are also interactions with functional teams depending on what the project is.

**26. How many people are on each team?**

North America brand management team: I think there are over 300 people (this is just North America and doesn't include global or other geos). The other team sizes vary - anywhere from 10 to 100 people. Brand defining and purpose is about ten people. Brand management operations - I would say 30 - 50? I don't know specifically - there are multiple subteams within it and a lot of contractors (we partner with an agency that provides contractors). Brand planning is about 15 people.

**27. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

It is a balance between my brand planning and the brand defining and purpose team.

**28. Who are the members of your primary team by job title and what work do they do?**

Brand planning they have the same title as I do, but instead of brand defining and purpose, I have a counterpart that focuses on men's, one on women's, one on kids, one on NYC, one on LA, one on Chicago, one on leagues/athletes/grassroots/and catalysts. They all perform similar work, but each just have their own focus. And then we have a manager, who is the Senior Director of Brand Planning. And then we also have two rotational associates that are currently on our team (through December). For the brand defining and purpose team, there is a Senior Director for Brand Defining and Purpose (role is currently being backfilled). There is one director for Brand Defining and one director for Purpose. Eventually there will be another director for Purpose with a focus on DEI. There are also two managers, focused on brand defining, and one manager focused on purpose, and one specialist that is Agile between brand defining and purpose.

**29. What do you specifically contribute when you work with your primary team to complete work?**

Feedback, recommendations, insights, guidance, tangible items like spreadsheets (e.g., budget breakdowns, timelines) or lists

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

This is an interesting question because of a recent reorg. I guess the workload pattern is such that there is more work between seasons - so our seasonal planning takes into consideration a 96 week process. So between weeks 26 through 10 of that full process is when the bulk of the work happens for my role - times two or three, because we are potentially working on future planning for 2 or 3 seasons at a time (sometimes 4 if we are still catching up). The workload pattern is also contingent as I am managing one of our rotational associates - so that has alleviated some of my workload for the time-being.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

There isn't really a high level of precision - it's not like performing surgery. It is really trial and error - especially now as we are still navigating new teams, new ways of working. It is more of an agile approach - we try something to see if it works, and if it doesn't then we reroute, and if it does, then you keep iterating until you perfect it.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant?  Please explain.**

I would say it is periodic... And at least recently for me, it isn't so much the stress (unless you count frustration in that). Maybe it is more constant? I think it depends on your personality, or your tolerance to stress. At this point for me, it is what it is - either you deal with it or you don't.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

I want to say deadlines - but even those don't mean as much right now. People dynamics. I often think about going back to school or if I could go back and do it again (and still have this job), maybe I would have a minor in psychology or sociology. Because that helps you understand why people are the way they are - or what their objectives are (particularly if it isn't focused on the actual work that is right in front of us).

**34. To what degree does your work involve high time pressure?  Please explain.**

Deadlines don't mean much anymore... But there are weekly deadlines, constant deadlines - but we have had to create space for flexibility. So yes there is a deadline, but there is flexibility. Give the information you can when you have it. And if there really is a deadline, then you give the information to the best of your ability. But providing accuracy is contingent on resources that are outside of your control.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

This question is tricky because my role is to plan - so I always anticipate disruptions, but I don't always know what those disruptions will be. But they happen all the time - so you either plan for it or figure out a solution to get through it.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

Not 100%. My North America have counterparts at Global and I do not - so it makes it challenging to get information through the same channels that my counterparts do. It is related to how information is exchanged... We have Global and they set the general strategy, and then the geography figures out how to apply that to NA. My counterparts have someone similar at Global, but I do not. So not only do I have to figure out how things for my geo (North America), but I also have more to figure out at the Global level. I have another layer to get through because I don't have a counterpart that is exchanging that information directly with me. Going back to Chief of Staff, in my mind, you are the right hand to whoever the Brand Lead that you are partnered with - but I don't find that to necessarily be the case.

**37. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**38. In what way is creativity required to perform your current job effectively?**

You can't always look at things the same way, because we are an innovation company and innovation applies to every job (regardless of whether your function is to innovate). So you have to think of things in a different way - even like communication, not everyone thinks or understands things in the same way.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

A few times per year

**40. Please describe the work you perform that requires you to physically exert yourself.**

This doesn't apply currently because we are all remote... So in COVID times, never (I'm behind my computer). But if we were in person, there might be an opportunity to help with boxes. (Although that isn't necessarily part of my job, but it is helping and being part of a team.)

**41. What specific physical abilities are required to perform your current job effectively?**

Trunk Strength — The ability to use your abdominal and lower back muscles to support part of the body repeatedly or continuously over time without 'giving out' or fatiguing.

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**43. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

1

**44. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**45. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-covid is NA because I was not yet in my current role.
Post-covid I only work at home.

## 9. Section 5: Decision Making

**46. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decision I make is whether I'm coming to work that day.

**47. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes - technically. Similar to a previous response... I provide feedback, insights, research... Seasonal strategy, people strategy, budget strategy.

**48. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No

**49. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes - I help develop, track, update, and verify budgets. I have verified the amount that is budgeted and how we used it.

**50. What level of authority do you have, including making recommendations, to hire employees, if any?**

I have made recommendations on hiring an employee... That was within the last three months.

**51. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I don't think I have any.

**52. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I don't think I have any.

**53. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None

**54. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**55. Please explain the type of legal documents you are authorized to sign.**

Vendor contracts if applicable (scope of work - for projects or with agencies)

**56. How frequently do you sign legal documents on behalf of the company?**

Other: Rarely. Before this role, I did more project management work, but I don't have those same responsibilities these days.

**57. What is your spending limit without seeking approval?**

There is a threshold based off of my title, which I want to say is $100k, but it still requires approval. I think everyone needs approval for anything over $5k... At that point, everything goes through the system and through some approval process (even with my threshold).

**58. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both - management/leadership provides the framework for the work that needs to be done, but I figure out how to get it done or the best approach to get it done or if other work needs to get done in order to accomplish a larger goal.

## 10. Section 6: Supervising Others

**59. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**60. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Other: I would say yes, but I don't know where to verify that it is dotted-line

**61. How many Nike employees <u>indirectly</u> report to you?**

Up to 4... Currently 2 (but we are transitioning between seasons right now - going from fall to holiday)

**62. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

Project managers and they focus on timelines, meetings, day-to-day budgeting with the teams.

**63. How do you supervise the work of those who <u>indirectly</u> report to you?**

1:1s, check ins, email and Slack communication

## 11. Section 7: Experience, Training, and Education

**64. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Before Nike I was in business school... My first year internship in business school was with the PGA Tour. Before that I worked with a small Black female owned business that specialized in media production as an account executive and a producer (for roughly three years). Before that I worked at the DC Chamber of Commerce and I was an event coordinator (for about a year). Before that, I was a banquet manager with Marriott (and that was for about 3 years). And before Marriott, I was at the Plaza Hotel in their management development program (for about 1 year). I've been with Nike for 13 years, so this was a while ago.

**65. To what degree has your prior work experience been helpful for performing your current job?**

A fairly high level... My work as an account executive and producer gave me exposure to some of the functional interactions I have with teammates at Nike. And being in the hospitality industry, you have to understand people and deliver experiences based on that - so that helps me become a thought leader for my Brand Leads. And also event management and the hospitality industry, you have to understand process, timelines, and budgets. And of course critical thinking. I was also a people manager before coming to Nike, so people management skills are also something I gained prior to coming to Nike.

**66. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Same as above (response to #65)... Communication skills

**67. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**68. What job titles have you held at Nike prior to your current job?**

I came in as a post-grad intern and essentially my role as an intern was Global Brand Basketball associate. Then my internship was extended, but I ended up in Global Brand Planning and Category Strategy. Then I went to Sports Marketing - and I was contract at that time and didn't have a set title, but the work was like a Sports Marketing Coordinator. Then I was a Project Coordinator (still contract so didn't have a set title). Then I became an FTE and my role was Global Brand Manager. Then I left campus and went to NY, so I was East Territory Retail Brand Manager. I've had several stretch assignments. Then I came back to campus and working in Account Management Operations. Then I was in Brand Marketing Operations. And now I am in Brand Planning. (All of this was over the course of 13 years.)

**69. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Things specific to Nike - like the Nike way of doing things. Marketing acumen - which is part of the Nike way of doing things (because marketing at P&G or another company is very different than how Nike does it). Otherwise, the core skills and knowledge that I use to do my job are more inherent.

**70. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job learning (there hasn't been much training)

**71. What is your highest educational level?**

Master's degree

**72. In what field of study is your highest degree?**

Business Administration

**73. How, if at all, has your education been helpful for performing your current job?**

Higher level of everything - critical thinking, strategic thinking, communication skills

**74. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I did a Project Management Professionals (PMP) training, but honestly none of that contributes to my ability to do my job - it's just proof I can do my job.

**75. How have these qualifications been helpful for performing your current job?**

Given me a greater sense of confidence

## 12. Section 8: Working Conditions

**76. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Work from home. (Precovid I worked in the office)

**77. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**78. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**79. How many hours do you work in a typical week?**

Between 40 and 50 hours

**80. To what extent do your work hours vary from week to week?**

We just had a corporate week off (with nobody working). Then in the summer, we had a whole month of Fridays off. Other than that, it is pretty consistent - unless special accommodations are made through the company or the department.

**81. How many days do you work in a typical week?**

5

**82. To what extent does the number of days you work vary from week to week?**

Similar to the response above - it is pretty consistent.

**83. To what extent do you control your work schedule such as where and when you perform tasks?**

I have pretty good control... Since I work remotely.

**84. What time do you typically start work each day?**

8:30am PT

**85. What time do you typically end work each day?**

7:00pm PT

## 14. Section 10: Extra Roles

**86. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

Yes - I am part of our employee networks. I have a pillar meeting every two weeks and I am part of the leadership team for one of the networks, and they meet about every two weeks, as well. I mentor (but consider that part of day-to-day).

**87. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

Recently, no. (I did a lot before my current role.)

**88. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**89. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No

## 15. Section 11: Changes to The Job

**90. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

When I first started my job, I did not indirectly manage the rotational associate... So that was an addition, but is a temporary addition.

**91. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes - because now I have the rotational associate that I divide work with.

**92. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes - there are certain meetings that I no longer attend regularly. The project managers are more up to speed, so I don't have to do as much of their work. When we first got into these roles, I was doing a significant amount of project manager work - but now that they are up to speed, I am not doing as much of it.

**93. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No

Nike Job Analysis Interview

Response ID:70 Data

---

## 1. Pre-Interview Information

**1. Interview ID Number**

66

**2. Interviewee Name:**

Vermaas Courtney Elizabeth

**3. Employee ID**



**4. Interviewer Name:**

Zareena Shefa

---

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

So I lead the marketing efforts for Nike sports bras and Nike maternity (i.e., our entire maternity collection). This involves building out go-to-market seasonal plans (i.e., basically everything from when the product launches all the way to the journey we take consumers through). Marketing plans are O2O (i.e., online to offline, so digital to physical) spanning across digital marketing and physical retail. So, the marketing plans include a full fly wheel approach (i.e., fly wheel is Nike's templated way to plan out a full marketing plan with 4 quadrants, and essentially the theory is if you have the 4 quadrants in motion you will keep members retained with the brand- the 4 quadrants are discussed in the next sentences), so under product we do a lot of product and performance marketing. Under activity we partner closely with our activity teammates to integrate activity into a members journey. Under story telling we create inspirational educational content to engage our consumers. Under community we work to make members feel like they are a part of the Nike community to spotlight their stories and local communities. In addition to building out seasonal marketing plans, my role includes looking upstream at future marketing plans at where our products will focus.

**6. What tasks do you spend the most time performing?**

Strategic planning (i.e., includes brainstorming with the team, review an analysis of insights, mapping long term road maps, parntering with geos to align on priorities), brief writing (i.e., taking all of the upfront strategic planning work and essentially organizing it and turning it into a Keynote deck), and briefing cross-functional partners. Also, managing execution of the briefs (i.e., that would be following along the key check points from brief until content gets published consumer facing, so it includes story ideation, executional needs, review & approval of all creative, multiple rounds of feedback), managing teammates (i.e., 2 teammates I work with, so I manage them on the sports bra projects which includes weekly team meetings, weekly one on ones, assignment of workstreams within seasonal briefs, and supporting their development through the work they do), managing geo relationships, and bringing to life marketing plans in the geos. Supporting the Social Media Team, managing and pitching for seasonal resources, aligning strategic priorities with product and merch teams.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Writing and delivering on the seasonal brief.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

The seasonal brief is what enables products to go consumer facing, so all marketing surrounding either sports bras or maternity comes from that seasonal brief.

**9. How frequently do you perform these important tasks?**

So we write a seasonal brief once per quarter, but we then manage that brief over the next 3-5 months until it goes consumer facing. We typically do one brief per quarter, but since I am on two workstreams (i.e., sports bras, maternity), I essentially write 8 briefs per year. Because the briefs run 3-5 months, there is a lot of overlap and you might be working on multiple seasons (4-5) at a time. Seasons is Nike's term for a quarter.

**10. What are the most complex aspects of your job?**

I would say the strategic planning and the alignment across functions and geographies. Strategic planning is where you are essentially taking a blank slate with key products and starting the process of garnering insights, developing product positioning, and cross functional alignment (i.e., I sit in marketing, but I have to have alignment with Product, Merchandising, and Geo Teams, as well as my leadership team on what we are going to stand for before we can start writing briefs) to essentially land on what we are going to do in a season.

**11. What are the specific performance goals you must meet to be a high-performer?**

Leadership qualities, so being a good team leader and example for the team. Delivering high quality work through the seasonal briefs (i.e., essentially delivering on strategic priorities that we said we would do in the brief). Managing good relationships with cross-functional partners and geo teams.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Yeah, in our seasonal briefs we set out KPIs, which largely center around engagement and demand. Engagement is the rate of which consumers engage with Nike's content and services (e.g., a like/follow/share on social media, reading a Nike article on the website). Demand is how we measure product sales.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

So you have to have knowledge of the consumer that you are targeting to be able to analyze consumer data to know what is working/not working and how you can evolve going forward. You have to understand marketing strategy and how to write a brief. And, you definitely have to know Keynote. The one other think I would add is deep understanding of digital and retail channel strategy (i.e., understanding the different platforms within social media, the different consumers within each, and how you should leverage each).

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

So Keynote, Slack, Microsoft Office, Outlook, Airtable, Sprinklr, Google Workspace, and Box. Keynote is essentially the Mac version of Powerpoint, so this is where we build all of our presentations and briefs. Airtable is really similar to Sprinklr, kind of a data entry project planning space- Nike was using Airtable but we are shifting to Sprinklr. Box is where we house all of our files and how we share files. Another new one we are starting to use is Miro, which is a digital whiteboard and a space for teams to share information and brainstorm together.

**15. What job title or titles will be next in your career progression?**

I am a Brand Director right now, so next would be Senior Brand Director. After that would be Brand Marketing VP. People typically hold multiple roles within a title before you go up a title. It is interesting, within the title, there are levels within that title so you can move laterally or up within a title. In Nike, it is often talked about as a band level. So like, I am Brand Director right now which is a E band, so within that there is a salary range and time and role.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

So you would need thorough consumer knowledge, deep understanding of marketing strategy, a proven track record of delivering on marketing plans, and the ability to lead a team to move into Senior Brand Director. Good question for Brand Marketing VP... essentially it is all of that on a broader scale. So, being able to lead bigger teams, and therefore more impactful marketing plans.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

Women's

**21. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

Generally speaking, no it doesn't matter. That said, Nike has a huge focus on women's right now (largely due to the business opportunity for women's, but also recognizing the gender inequality within sports so wanting to elevate women and eliminate the gender gap in sport), so working in the space of women's there is so much opportunity with the work we are doing.

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

Digital marketing and consumer knowledge within the women's gender.

**23. How, if at all, does this area of specialization shape the work you perform?**

It allows me to write really sharp marketing plans that are aligned to Nike's strategic priorities.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

One, which is the Women's Global Brand Marketing Team.

**26. How many people are on each team?**

I think 34 people are on that team.

**27. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

Women's Global Brand Marketing Team.

**28. Who are the members of your primary team by job title and what work do they do?**

So, the team is basically made up of one Brand Marketing VP, a few Senior Directors, a few Brand Directors, Managers, and Specialists. The Brand Marketing VP sets the vision for the women's marketing org globally and sets our strategic priorities. The Senior Directors lead the performance side of the team and the lifestyle side of the team, and priority initiatives within those. The other Brand Directors are assigned by long-term consumer concept or dimension, so I work on long-term consumer concepts for motherhood and sports bras. My peers, one leads basketball, some work in yoga, basketball, leggings (i.e., we are assigned work streams). The Managers and Specialists support the Marketing Directors on those long term concepts and dimensions.

**29. What do you specifically contribute when you work with your primary team to complete work?**

I specifically own the long-term concepts for sports bras and maternity, which are two key priorities as a part of the broader women's strategy.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

In a global marketing role, we work far enough out that it is spread evenly across the year and you can predict based on key dates and deadlines.

**31. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

In marketing, I would say it is a bit more fluid and we are constantly testing, learning, and evolving. I would say there is a low level of precision required.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

I would say it is high stress because of the amount of work and the emphasis placed on the importance of the work. In women's marketing, we are kind of at the cross-section of the brand's strategic priorities, so there is a lot of pressure on the work that our team delivers. There are definitely periods where the work is more stressful (e.g., key deadlines, leadership deadlines, getting the brief correct to deliver to consumers).

**33. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

The most stressful aspect is primarily the juggling of the multiple seasons, the multiple projects all going on at once. And those are often impacted by a lot of quick turn requests (e.g., resourcing conversations existing materials aren't always referenced and teams are asked to fill out other templates to provide information that already exist). For example, coming out of our recent reorg, processes are still being put into place so there is a lot of scrambling on top of our day to day work which causes stress for everyone. The other one that makes is stressful is we know we have an opportunity to serve women, and I think we are all high achievers so we all want to do such a good job that it adds a layer of stress that is self-induced.

**34. To what degree does your work involve high time pressure? Please explain.**

I would say because the global team works so far upstream, you usually have plenty of time to plan accordingly to eliminate time pressure. But we do have certain check points and big deadlines where even though we know about them, the direction to prepare for those gates (i.e., deadline) is only giving 2 weeks in advance so you end up causing the time pressure.

**35. To what degree is your work impacted by unexpected disruptions? Please explain.**

Fairly minimally, the only time this really happens is if you didn't get that alignment upfront in the strategic planning phase, it can end up popping up down the road and causing disruption. So that is why we prioritize that alignment to avoid this, but it doesn't completely eliminate it.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I would say my role is very clearly defined, I completely know what is expected of me, what I am accountable for, the timelines, the key partners to work with, the strategic priorities from leadership. All of that is very clear.

**37. To what extent is creativity important to perform your current job effectively?**

Important

**38. In what way is creativity required to perform your current job effectively?**

We're always wanting to keep up or even stay ahead of trends and consumer shopping behaviors and what is resonating with Gen Z. So being able to understand that and come up with creative solutions to keep Nike at the forefront and at the head of our competition is really important.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: During COVID: never, Pre COVID: A few times a year

**41. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: To our geography HQ to meet teammates (e.g., Amsterdam, Shanghai), and market travel (e.g., Los Angeles, New York, London, Paris).
Post COVID: Never

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

5

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

5

**44. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: Either another Nike office from traveling, or a coffee shop on Nike campus at WHQ.
Post COVID: Family member home in San Diego.

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decisions I make are all in the seasonal marketing brief, so what consumers we are going to targeting, the marketing levers (i.e., digital marketing, events, comms, athlete engagement) we are going to employ to engage that consumer, etc. If we made the wrong decision on where to focus in that brief, it would impact the Nike business from a sales perspective.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, but minimally. What I am involved with is taking learnings from the work that I do and taking it up to leadership to help inform that strategy.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes, I am assigned a budget per seasonal project and I am responsible for managing that particular budget against my project.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

Currently, none. In my current role I have been on interview panels but haven't directly hired anyone. In a previous role, I have been able to hire teammates and had those decision making rights.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

If I felt there was an issue, I know I could go to my manager to flag an issue or make the recommendation. But they would manage it with HR.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**54. Please explain the type of legal documents you are authorized to sign.**

Contractual agreements with agency partners to develop marketing content to fuel or marketing plans.

**55. How frequently do you sign legal documents on behalf of the company?**

A few times per year

**56. What is your spending limit without seeking approval?**

I always have approval first, but I would say I don't know the guidelines. I do recall having those guidelines in the past but the guidelines are not clear right now.

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I would say both. Big picture, I have been assigned to work on sports bras and maternity by leadership. There are core projects that per my job description I am responsible for. But I also determine my own assignments based on opportunities that I sport.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**59. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Yes

**60. How many Nike employees <u>indirectly</u> report to you?**

Currently, two employees, with one open head count. It used to be 3, one of them left Nike, so we are hoping to back fill that position.

**61. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

The Brand Manager supports seasonal sports bra marketing planning. The Brand Specialist supports seasonal sports bra marketing execution.

**62. How do you supervise the work of those who <u>indirectly</u> report to you?**

We have a weekly team meeting and individual one on one meetings where work is shared. We are also such a small team that we stay in really close contact via Slack and email and check in with each other before sharing work more broadly.

## 11. Section 7: Experience, Training, and Education

**63. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Prior to Nike, I started my marketing career 4 years as a Marketing Coordinator and then 2 years as a Brand Manager. Then I came into Nike as a Brand Manager.

**64. To what degree has your prior work experience been helpful for performing your current job?**

It was helpful in giving me a foundational understanding of marketing and marketing strategy. Also, I was working for a global company as well so I learned the importance of relationships, how to work with different cultures, etc.

**65. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Managing a team, managing budgets, marketing strategy and building marketing plans. and presentation skills.

**66. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**67. What job titles have you held at Nike prior to your current job?**

I have held 3 different Brand Manager roles (i.e., golf North America, golf Europe, London City Manager), Digital Brand Marketing Director, and one Brand Director role prior to my current Brand Director role. The Brand Director role before was the same title but the projects are completely different now that Nike had the reorg.

**68. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

All of the software platforms (i.e., Keynote, Miro, Box, Sprinklr, etc), re-education of marketing strategy (i.e., Nike approaches marketing strategy different than my previous company, Nike's strategy is a very advanced approach), consumer insights and analysis, and and product marketing (i.e., product positioning). Also, I've learned digital marketing strategy while being at Nike.

**69. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

I would say 90% on the job experience, and 10% coaching. Coaching specifically on improving marketing strategy and the importance of leveraging consumer insights.

**70. What is your highest educational level?**

Bachelor's degree

**71. In what field of study is your highest degree?**

Journalism

**72. How, if at all, has your education been helpful for performing your current job?**

It has been helpful in a couple of ways. One being the sort of research and fact finding skills you develop in journalism have been helpful in staying on consumer trends and consumer insights. And secondly, just the general focus on writing and grammar has proven valuable when I am reviewing creative work and marketing copy (i.e., being able to add an extra degree of attention when I'm doing that work).

**73. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None

**74. How have these qualifications been helpful for performing your current job?**

N/A

## 12. Section 8: Working Conditions

**75. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: An office at Nike WHQ
Post COVID: Work from home

**76. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**77. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**78. How many hours do you work in a typical week?**

I work 45-50 hours per week.

**79. To what extent do your work hours vary from week to week?**

They don't, my hours are consistent.

**80. How many days do you work in a typical week?**

5

**81. To what extent does the number of days you work vary from week to week?**

It doesn't vary.

**82. To what extent do you control your work schedule such as where and when you perform tasks?**

We have flexibility, but 8am-5pm or 8-6 is pretty standard. This is because we are in so many meetings so you are dependent on when others are also available.

**83. What time do you typically start work each day?**

Between 7:30am and 8am.

**84. What time do you typically end work each day?**

Between 6-6:30pm.

## 14. Section 10: Extra Roles

**85. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

I mentor others, I typically have 2-3 employees that are not on my direct team that I act as a mentor to. Mentorship is one on one meetings with that employee either bi-weekly or monthly to check in with them, help them with career development questions and any specific projects they are working on. In addition to the people I mentor, I also help onboard new teammates either to work that I am currently responsible for or work I was responsible for in the past. For example, I am currently helping to onboard the new Social Media Manager for women's. This person is a new hire to Nike, so I am helping her get familiar with Nike culture and Nike processes. Onboarding her and sharing with her the nike strategy, the previous Nike women's strategy, and giving her foundational knowledge so she could be successful. This is not a current part of my current responsibilities but it was in my previous role, so I have the knowledge to help her.

**86. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

No

**87. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**88. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

In my current role, no.

## 15. Section 11: Changes to The Job

**89. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Nothing has changed.

**90. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes, since entering this job my time has shifted to be a little more upstream in the seasonal process. And allowing my manager and specialist to be more involved in the day to day execution. That shift has come because coming out of the reorg, the Manager and Specialist were brand new to these projects. So in the beginning, it was a lot more onboarding, but now they're able to work more independently to execute their work, which allows me to focus more upstream on strategy.

**91. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

The processes for how we engage with other teams to perform our own work is constantly changing. For example, how we brief our creative team and the steps we have to follow to get to the end result keeps changing and keeps getting refined.

**92. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No

Nike Job Analysis Interview

Response ID:71 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

67

**2. Interviewee Name:**

Reinarz Heather

**3. Employee ID**

██████

**4. Interviewer Name:**

Samantha Stelman

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

As a senior PIA (Product Information Analyst), I am managing and providing oversight to key categories as their PIA: those areas are data entry, regular data auditing... We are managing multiple seasons at a time, so it is a high volume of styles that we are responsible for. And we maintain relationships with product creation triad (Product management, Technical Developers, Designers, Merchandising, and Sourcing & Costing). As a senior PIA (which is a newly created role since March), the intent is for us to streamline bodies of work for the areas we are assigned to... So working in accessories, I am gathering insights from other team members and finding opportunities for process efficiencies. (I haven't been able to devote much time to this because I am so busy with the current PIA work.) We are also on project teams for our data products organization - so there are more tasks associated with that. For instance, I am on a project team where we manage a set of tools that we rolled out in SmartSheets , so this is a team that is supporting other PIAs that use this body of work (but not al PIAs do). So it is like a task force in that sense, which is additional work beyond the responsibilities associated with my individual category. Another responsibility is onboarding new PIAs - I think they are looking for senior PIAs to be there for support, so I am now a part of the onboarding team (another task force) to help with that.

**6. What tasks do you spend the most time performing?**

PIAs receive a list of updates every day in a document called the Change Log (it's where changes the PIA needs to make are listed). We live in MMX, which is where we constantly check the Change Log. We work off a product creation calendar and there are certain dates where we are entering in a new line... Depending on the category, you do 1-2 seasons at a time. There are 40 attributes per style that need to be entered in - and it is all manual. So at planning, you have a week where you need to enter in all of the new styles. After you enter that in, PLMs add updates to the change log. So it is an ongoing communication in the change log (change the price, change the material). So you can make a lot of changes one day, and the next day end up changing those things again.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

The product data that we manage flows downstream to every function in product - merchandising, sales... It rolls up to Finance. Everything we do is extremely important. So, accuracy is key - which is why we have so many auditing deadlines. All around it is just a really important job and it is crucial to the product creation teams - we are supposed to be the experts on the data so we receive questions from cross functional partners daily.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Because it impacts our product creation timelines, it impacts our factory partners (who physically create the product). We also report off of the data (so it is important to Finance). It feeds every other function at Nike.

**9. How frequently do you perform these important tasks?**

Daily

**10. What are the most complex aspects of your job?**

We are working off of calendars for multiple seasons at a time, so we are managing data for Holiday 2021 while also moving into Spring/Summer 2022, and we are about to enter Fall/Holiday 2023. It is current times and years ahead, so you have to manage all those deadlines while ensuring data accuracy. So you have to be able to multitask accurately - and have communication skills. It is easy for a data person to not be sociable, but we are so important to the triad that you need to be both approachable and present.

**11. What are the specific performance goals you must meet to be a high-performer?**

I think you need to become a trusted partner of the product creation triad... I think accuracy is another important thing. No one is perfect, but being able to meet deadlines, communicate if you are hitting a roadblock, being able to provide answers to partners in a timely manner.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

They're not numeric, but we have CFEs every year... And they always say the majority of the team will get a 'successful'. To my knowledge it is inconsistent, successful, highly successful, and exceptional... I have always been told the majority of the team will get successful - and just the upper, select few will get highly successful. I've never heard of someone getting exceptional, so I don't know what is expected for that. The 2 years that I got highly successful, I just went above and beyond... We are a function that supports two teams - product creation and data products... So we have these goals we have to meet for data products, but also delivering our job well to our product team... So we have to deliver to both. So when I get highly successful, I work 10 hour days and I started leading a discussion group to talk about mental health (which is an extra body of work). You are killing it at what you are hired for and doing all this extra work to get highly successful. When I didn't get highly successful, I was told I was contributing to the team and employee engagement, but they didn't feel I was doing anything that relates to data product strategic goals. So in my mind, I always try to make sure I am working on projects that roll up to both (team and then your strategic goals). Everything has to tie back to that. So I have my hand in both pots to get highly successful.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

You have to be organized, a self-starter, able to manage a high level of data. I remember when interviewing I had to show I was capable of that. (In terms of data management, in my previous role I was in patents and I was managing every patent and I had to put them into a system and edit them frequently - so that type of volume demonstrated I could do this job.) A PIA has to have a mind for data accuracy, but move at a pace that is swift enough to achieve all that is on your plate. And communication skills - you are talking with a lot of different partners and have to be able to manage those relationships. A lot of times I feel like we know the product as well as product managers (you look at it all day, you remember the changes you're making), so you become a product expert.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

MMX (Merch Man X - a data management software that houses all this information, I think it feeds like 60 other systems)... We also work in Tableau for our audit dashboard. And most recently we have stood for SmartSheets this last fiscal year (which is a big project I helped lead). Depending on the PIA and the business, there can be different tools. I recently moved to Accessories in the last year and we use a system called Flex, which is what our technical developers use (equipment, bags, and socks are the only teams that use Flex). It is a whole other skill set and is manual and creates duplicative work. So we want to move to the system that apparel uses, but because of that, we have more responsibilities in those teams than I did in apparel (things don't flow as well from MMX to Flex). I used Informatica on my old team, but I'm not using it now.

**15. What job title or titles will be next in your career progression?**

I am currently interviewing and torn on what I want to do - because this job can lead to multiple directions. The most common is for it to lead to being an Associate Product Line Manager. Now that I have been in the newly created senior PIA role, that can lead to people management and more operations focused positions. So I have seen some people move to Ops roles or the Associate Product Line Manager role or Associate Merchant roles. For me, I am between Associate Product Line Manager and I am actually considering a lateral move that is similar to the senior PIA role, which is APLA MIS (Merchandising Informational Specialist) Captain. It is similar to what we do but it is in merchandising.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

For the associate product line manager, you need to be detail oriented and manage a large volume of data on different timelines. You need to show you have a passion for product. You have to show why you are specifically interested in that product team. You have to show projects you have led (for me, I have led SmartSheets and that has been a good talking point). You have to show you have worked with cross functional partners. For the MIS Captain, since it is a lateral move, I would show processes I've improved or where I created efficiencies or how I've worked with partners. They want to see a passion for people, if you want to be a people manager. And data management, as it is very similar. The merchandising role is very similar as you need the passion for the product and the consumer you support - you need the arts and science mix, with arts being trend awareness and a pulse on fashion (what is current) and science being able to tell stories with data.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Equipment

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

Yes, that system I was telling you about earlier, Flex, is specific to the equipment product engine and there are other responsibilities that I as a PIA manage that an apparel PIA would not manage - such as flagging for samples, because I have to also flag it in the Flex system (which would be managed by an APLM associate product line manager in other groups). Other than that, the majority of our work is similar. Just different products with different data setups in the system.

**20. Are you assigned to a specific Sports Category (dimension)?**

Other: I currently manage bags and equipment

**21. Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

Yes. Supporting bags and equipment, we get a lot of promo requests to support like NCAA... So that is a lot of work in system where I have to carry things over for promo requests, which is more than I would have in say women's apparel. I think there is also a little more need for confidentiality in working on global football equipment, because we have product leaks (soccer balls are confidential and need to be flagged as such in the system). And some of our contracts get terminated out of nowhere and then we need to drop things immediately with these different federations and teams.

**22. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**23. Do you have any additional specific areas of specialization? If yes, what areas?**

Nope

**24. How, if at all, does this area of specialization shape the work you perform?**

Beyond the bags and equipment... There are different nuances to all areas, but the nuances I already described are really the only differences.

## 7. Section 3: Work Team Structure

**25. Do you work as part of a team?**

Yes, I work as part of a team.

**26. How many teams do you work on at a time?**

The bags product creation team and the equipment product creation team... Up until a month ago, I was also supporting the socks team. So those are the product creation teams I support, but as I mentioned earlier, we also support the Digital Product Creation team, so we have separate responsibilities for that team, as well.

**27. How many people are on each team?**

It depends on how wide we cast that net, but in the immediate group... I would say 20 people on the bags team, maybe a little bit less for the equipment team, and for Digital Product Creation, there is probably like 60 people. I think the PIA network is about 40 and there are 8 senior PIAs.

**28. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

The product creation teams (the bags and equipment teams). Those are technically two teams, but most PIAs would say "my product team" - because those are the teams we support.

**29. Who are the members of your primary team by job title and what work do they do?**

Product director: leads strategic direction for the product team. PLMs (various levels of PLMs - product line managers): manage the product, tell us what changes need to be made in system, and lead the triads. Technical developers: enter in color descriptions to MMX. I could go forever, but these are who I communicate with the most. I also talk to PIAs daily. If I run into a problem with MMX, I reach out to another PIA, so examples like that.

**30. What do you specifically contribute when you work with your primary team to complete work?**

Data entry (line planning entry where we enter in 200+ styles). I pull a lot of reports so they can use those to present to leadership or to inform other decisions. Also managing SmartSheets for my product teams, as those are tools they use and I am that point of contact (as a senior PIA) to be that point of contact for all of Accessories.

## 8. Section 4: Work Characteristics

**31. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

All of the above. We have these calendars we work off of, so you know the amount of work that is required when (so you can anticipate peaks or valleys), but there is always a last minute, urgent request. So you never really get a chance to breathe. For example, there are a lot of promo requests that come up unexpectedly as there is no regular cadence for communicating those. But then you hit a slower week because your product team is in a week-long meeting, which also means your next week will be crazy in terms of entering all those changes.

**32. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must**

be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?

> Everything we do has to be accurate and precise. For example, if you receive a request to drop 3 color ways on a certain style, if you drop it on the wrong style, it would delete all the demand planning associated with those and everyone would need to do the rework. Every PIA learns the importance of it when you do it the first time. So you have to take your time, make sure you are looking at the right style.

**33. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

> It is hard to say, because I will be in the PIA role for almost 4 years, but the senior PIA role is new (only since March). So things I used to be stressed out about, no longer stress me out as much. When I first started, I felt stressed all the time. But to a certain degree, the stress is periodic. Once you hit your stride, you're not as stressed as you used to be. And it depends on where you are at in the calendar (certain deliverables will come with more stress).

**34. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

> Data accuracy is the #1. You are supposed to be the expert on all the data, you don't want to make mistakes in the system, and you are expected to have all those answers for the rest of the team. You have to learn how to juggle all the requests you get and how to deliver them all in a timely manner. I would also say that the personalities that you work with in product creation aren't always the easiest - so you have to be able to communicate well with others (and not lose your cool). It is a high intensity environment with a lot of personalities. You can be seen as "just the data person" and your job is to make everyone happy, which isn't always easy. In this new senior PIA role, I am stressed to make sure that I am able to perform at a senior level (whatever that looks like). With the recent reorg we went through, I have been drowning (like with the socks work). Now I want to perform at that senior level and be purposeful... Like we had someone go out on a medical leave unexpectedly and I had to jump in to help - and I want to be the person that can jump in to help in situations like that.

**35. To what degree does your work involve high time pressure?  Please explain.**

> You know when your big deadlines are, so most work communicated in the Change Log, there is an expectation that PIAs have 24 hours to turn those changes around. But depending on personality, someone might expect it immediately. So you have to manage that and it depends on your product team.

**36. To what degree is your work impacted by unexpected disruptions?  Please explain.**

> Like I was saying, if someone goes on a medical leave, the work still has to get done. A lot of product management is unexpected disruptions. We will create a bunch of new styles and the next day they are dropped and the next week we reactivate. It is a volatile job. And if the system doesn't work... MMX isn't always reliable... There have been a couple days where MMX was down. That doesn't happen often, but it has happened. Other than that, it is pretty steadfast.

**37. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

> As a PIA, I know what is expected. As a senior PIA, I am starting to learn more about what they want the role to look like. Because we have been understaffed, it has been an unrealistic amount of work (e.g., absorbing the work of others). But I want to see when we get to the point where we can do the role as they want it to look - because right now it is still so newly created.

**38. To what extent is creativity important to perform your current job effectively?**

> Important

**39. In what way is creativity required to perform your current job effectively?**

> To me, when I hear creativity, I think innovation, which to me means process improvement. Every product team is different, so you have to be able to figure out how to improve tools to support product line managers to work well. That's the creative piece... Around process.

**40. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**41. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

40

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**44. In what location(s), other than your primary office, do you spend time performing work? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: If I wasn't at my desk, I was at other meetings across campus.
Post-covid: 100% from home office.

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job? For each, please describe why it is important. For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

We have such visibility to product we are creating... So a poor decision could look like showing confidential images to another partner or someone who doesn't work at Nike. We are privy to a lot of cool information and cool product. It is data accuracy and how important those decisions are - like if you accidentally drop a style (as explained earlier).

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Not really with my product team strategy, but with digital product creation and our strategy, I have a say... Especially as a senior PIA, we are looked to to find solutions, or assessing workload. Not really any strategic planning for the product creation team, though.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes. I am on the onboarding team, so whenever we have a new employee, we are training them, showing them how to use MMX. So we are constantly evolving how we use tools - so that is evolving processes and how we do our job.

**48. Do you have any involvement in managing budgets? If yes, what is your role?**

When I was on the employee engagement project team, we had a budget for the fiscal year... And we showed the events we wanted to do and how much each one would cost. I am no longer on that team, but I was on it for two years.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

I don't have authority to hire.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

No authority.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

Outside of reporting inappropriate behavior, I don't have authority to make those decisions.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

No authority.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**54. What is your spending limit without seeking approval?**

Zero

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

We are assigned work by our manager and leadership. My manager has a role in choosing people for project teams. And on my team, we have our set responsibilities - and then any other projects, like audits, we can go after on our own. For example, I own bags data, so if I see an opportunity for improvement (like to clean up data or propose a new attribute), I can propose it to someone and then ask if it would best support our strategy. (A successful PIA is doing those things and looking for opportunities like that.)

## 10. Section 6: Supervising Others

**56. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**57. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**58. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Before Nike I was a marriage and family therapist, so I have my master's degree in that. Different skill set, but highly educated. Before that, I worked as a legal assistant for one year. (That is how I got into Nike, I met someone in Nike Legal.)

**59. To what degree has your prior work experience been helpful for performing your current job?**

I think it has been very helpful. I use my therapist skill set daily. In my master's program, you are trained on research and

statistics... So while I don't do those daily, I know how to analyze data and have an analytics mindset. I have always been very articulate and precise, which helps a lot for data management.

**60. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

When I was working on the patents team, that data management at such a high volume... I think that is what helped me get my current PIA job. And then for the promotion to senior PIA, my leadership that I have demonstrated... In terms of leading SmartSheet work, my willingness to support other projects, looking for new things to get involved in... I think that helped me get my promotion.

**61. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**62. What job titles have you held at Nike prior to your current job?**

Product Information Analyst (a little over 3 years) and a Design Patent Assistant (approximately 2 years)

**63. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Everything, essentially. This information that is so specific to Nike. I've had opportunities to present product briefs - I have stretched to support my product team. I have helped with sample management. But this data management is specific to Nike and I haven't managed data like this outside of Nike... And the knowledge that you gain of the Nike business is all acquired on the job.

**64. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

All of the above. You get formally trained (how to be a PIA), and then your on the job experience is how you learn the process, how to interact with partners... Figuring out what I want to do next in my career is through coaching and mentoring - they help me identify skills I need or what projects I can get involved in.

**65. What is your highest educational level?**

Master's degree

**66. In what field of study is your highest degree?**

Marriage and family therapy

**67. How, if at all, has your education been helpful for performing your current job?**

The research, statistics, and analytical side of being a therapist - along with the communication and relationship management piece... That is crucial. And I ran my own practice, so that is business acumen that has been helpful.

**68. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

Nothing other than my degrees and job experience

**69. How have these qualifications been helpful for performing your current job?**

I think I've covered how my degrees and job experience have been helpful.

## 12. Section 8: Working Conditions

**70. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: working at a desk at Nike HQ (sitting with my product management team)

Post-covid: home office

**71. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**72. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**73. How many hours do you work in a typical week?**

A lot of times it is a lot over 40... There have been 10 hour days and that is the norm. I try to keep healthy boundaries and just work 40.

**74. To what extent do your work hours vary from week to week?**

Within the product creation calendar, if it is a busy deadline for PIAs... For example, entering the line plan and you have a week to get it done, then you work a lot. Or if someone is out (whether PTO or medical leave), if you are covering for them, you put in a lot of work. If you are just going through a reorg, you might absorb work and therefore be working longer hours.

**75. How many days do you work in a typical week?**

5

**76. To what extent does the number of days you work vary from week to week?**

It doesn't vary.

**77. To what extent do you control your work schedule such as where and when you perform tasks?**

I am 100% at home.

**78. What time do you typically start work each day?**

9am

**79. What time do you typically end work each day?**

I usually work through my lunch... So I would say 6pm.

## 14. Section 10: Extra Roles

**80. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

Yes. I lead a discussion group that talks about issues that women primarily experience in the workplace (although it is open to all genders). I created and wanted to do that, and I've gotten great feedback, so I've continued to do that. Other than that, it is just project teams within the digital product creation team (e.g., onboarding, SmartSheets).

**81. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

It is ongoing. It is a part of everything that I described in question 80. So both onboarding and SmartSheets are ongoing projects. In terms of timing, when I onboard someone, it might be 30 hours a week to help onboard them. And right now, SmartSheets might only be a few hours a week, but when we first started, it was a lot. So that has varied over time.

**82. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**83. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

A lot of our work is ahead of time... So not really. The only sports league season is like carrying over product that is needed for promo all at once, or if we terminate relationships with different leagues or federations, that is work that needs to be done ASAP. And with COVID, we have had to do a lot more inventory carry over, so we have more opportunities to sell product. So we had something come through last week and had the same thing come through last summer.

## 15. Section 11: Changes to The Job

**84. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

New tasks include using SmartSheets and being the point of contact for Accessories, taking more of a leadership role as a senior PIA, onboarding (I think I had only done that once before and now I am on the team that helps revise the process). I used to be on the employee engagement team, but no longer am (your project teams can change every fiscal year). I am currently overseeing other parts of Accessories businesses so I can see how to streamline and improve processes, and that is newer.

**85. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes. Lately I haven't had such a heavy presence in the SmartSheets work... So right now it is not taking up a lot of time, but it varies - I can get pulled into emails and have to set up meetings. Most of our project teams, you are supposed to dedicate 1-2 hours a week, so it doesn't detract from your workload too much.

**86. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

When I first got promoted, I took on the socks workload. So I was drowning for months - I think I did that from March to mid-July. And then I onboarded the person taking over socks, which was a ton of work. I feel like that up until this point, I haven't been able to step away from socks and only now am I able to fully step into the more senior role. And only senior PIAs were asked to absorb work like that.

**87. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No

Nike Job Analysis Interview

Response ID:72 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

68

**2. Interviewee Name:**

Rwemalika Solange

**3. Employee ID**

█████

**4. Interviewer Name:**

Chester Hanvey

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

My major responsibility in my job is managing employees. You have to make sure at the beginning of the shift that everyone is here. If not, you need to know why. You have to put everyone on the schedule and make sure the are assigned to a specific area. During the shift, you need to check on the employees to make sure they have everything they need, are wearing the proper Personal Protective Equipment (PPE), etc. Throughout the night you have to check on employees records - who needs to have something done. You also have to check on the machines, make sure they are running ok, are the procedures being followed. Mostly you are managing people though, you may have to change the scheduling several times per night. You have to check time cards, check safety, ensure that everything is entered in OEE (cant remember what is stands for). Every line makes a certain amount of progress which needs to be recorded in "OEE." We make different products different types of airbags (KD-Kevin Durant, Kobe, etc.).

**6. What tasks do you spend the most time performing?**

The tasks I do through the night is checking on employees. Beginning of shift, go around and asking them is everything is ok on the tasks they are performing. Toward the end of the night, I go around and ask if anyone wants to have a one-on-one with me. If they do, I'll meet with them individually. I spend a lot of time interacting with employees. While doing this, I'm also checking on the machines and that everyone is following safety procedures.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Interaction with the employees.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

The goal is to developing the employees and resolving their needs. You want to be able to hear all the voices and make the employees happy. This will have the job go more smoothly which will help Nike make more money. I want to help the employees and inspire them to move up (promotion).

**9. How frequently do you perform these important tasks?**

I try to do this at least once a week to make sure that I've checked on every employees. In a month, I'll check with each person 4 or five times.

**10. What are the most complex aspects of your job?**

When the machines are down and you too much staff. This happens when there is new machine. When this happens, you have to find things for the staff to do which requires you to be creative. We don't want to sent them home, so we may do things like have group meetings, but this also puts me behind on my work.

**11. What are the specific performance goals you must meet to be a high-performer?**

As a people manager, I want to develop people. That's one of the specific goals I want to accomplish.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Not that I'm aware of because you create your own goals and discuss them with your manager.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Management skills. You have to be very patient and available for everyone. These two capture a lot.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

We do a lot in excel, word, smart sheets (its like excel but includes all the programs we use like the scheduling software).

**15. What job title or titles will be next in your career progression?**

The next step would be production manager.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

After being able to have the management skills, you have to be able to have some of the organization management - understanding the business so that you can combine the people and the business well.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Footwear

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

Yes, we use a different machines. They don't use the same machines for apparel.

**20. Are you assigned to a specific Sports Category (dimension)?**

Other: Its a mix of basketball and running. Sometimes we make airbags that go in Jordan's. We make a lot of airbags so its hard to remember all of them.

**21. Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

It is different. The air within the airbags is different for different types. the process for making them are also different. For example, the KDs and the Jordan's are different so the process is different.

**22. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**23. Do you have any additional specific areas of specialization? If yes, what areas?**

No

**24. How, if at all, does this area of specialization shape the work you perform?**

N/A

## 7. Section 3: Work Team Structure

**25. Do you work as part of a team?**

Yes, I work as part of a team.

**26. How many teams do you work on at a time?**

1 team, we are four supervisors managing one department.

**27. How many people are on each team?**

There are four supervisors, and I have 35 direct reports.

**28. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

I interact the most with my direct reports.

**29. Who are the members of your primary team by job title and what work do they do?**

Leads - They manage the PMOs and PCOs, they lead a group and check on the work they do, help them adjust machines, and train them
PMO (Personal Machine Operator) - They take care of a group of people on one line (different machines with a different function that go in sequence) by entering data for that machine into the computer and also adjusting the machine when they go down, and do all the testing for that one machine.
PCO (Personal Component Operator) - They operate one machine within a line. They rotate between the machines during the night.

**30. What do you specifically contribute when you work with your primary team to complete work?**

I am their resource in different areas. If they are having problems with a machine, they can reach out to me. If they need time off, I will schedule it. If they need HR help, I'll get them the resources they need. Just being their resource and support.

## 8. Section 4: Work Characteristics

**31. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

Its unpredictable. There are some valleys and peaks. The reason is that we are a manufacturing company and we don't know how the orders will go so there are times when were are busier which means we need to hire more people, train them, and run more machines. Sometimes things are slow when the demand is lower (like now during the pandemic).

**32. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

The typical example is the time cards. if you don't make sure the employees time cards are on time before the end of the pay period, it will reflect on their paycheck which means they wont be paid. If this happens, you have to go back into the system to correct it.

**33. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

Its periodic. The high stress is when we are short staffed. The pandemic was also high stress because we have to change the way we worked: social distancing, masks (made it hard to hear on the floor).

**34. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

Working with employees that don't want to perform as they should. This is stressful because I try to help them by providing them all the resources they need. It gets more stressful when you see that they don't want to put the effort in. This means that I have to repeat myself and do the same thing over and over, but I don't want to give up on them which is stressful for me.

**35. To what degree does your work involve high time pressure?  Please explain.**

On a daily basis, there is some stuff that needs to be done because you want to have your report ready before the next shift starts. Most of the tasks we perform should be completed before the end of the shift.

**36. To what degree is your work impacted by unexpected disruptions?  Please explain.**

When we have a lot of call-ins (employees not coming to work), you have to figure out how to manage the staffing you have and prioritize the lines based on the staff we have. Also, the machines can go down unexpectedly in the middle of the shift. We have to manage the extra staffing. Being on the night shift, this is an issue because we don't have the technicians or engineers to repair the equipment so we have more machine down time.

**37. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

Yes, I do what is expected of me. In general, it is to create a better environment for my direct reports which is managing people correctly.

**38. To what extent is creativity important to perform your current job effectively?**

Important

**39. In what way is creativity required to perform your current job effectively?**

Because when there are unexpected situations, you have to be creative to find a Plan B for the situation. In a manufacturing job, when you are on an off shift like us, we may have downtime, you need to be creative to figure out what to do with the downtime. If we are short staffed, we may be creative, such as asking a PMO to cover two lines instead of one.

**40. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**41. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

---

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

---

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

---

## 9. Section 5: Decision Making

**44. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Corrective actions for employees. It is important because if you ignore it, it will get out of control and may affect other employees. This would not be a good environment to work in.

---

**45. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes. We communicate with our managers about how we can do better in our employee development. We ask for opportunities for them.

---

**46. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

---

**47. Do you have any involvement in managing budgets?  If yes, what is your role?**

We have company cards for when we have treats for employees, for example. I buy them treats and stuff like that.

---

**48. What level of authority do you have, including making recommendations, to hire employees, if any?**

I provide feedback on the employees that the hiring manager is interested in. I provide performance feedback. They usually come to me to ask my input on people who will work for me. I have been involved in some interviews and have provided recommendations after.

---

**49. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

We promote our direct reports. I provide their performance record to see if they get the promotion. Everything has to go through an interview. We do provide recommendations for a temp to move to a PCO, but they still have to go through the interview process.

---

**50. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I provide the record of the individual's performance, which may be corrective action they had before. I provide this to HR and they make the final decision.

---

**51. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I provide the record of the individual's performance, which may be corrective action they had before. I provide this to HR and they make the final decision.

---

**52. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

---

**Please explain the type of legal documents you are authorized to sign.**

---

**How frequently do you sign legal documents on behalf of the company?**

**53. What is your spending limit without seeking approval?**

I don't remember.

**54. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I determine my own assignments. We are supervisors and they are things we have to accomplish during the day but there are other assignments that we do on our own.

## 10. Section 6: Supervising Others

**55. Do any Nike employees <u>directly</u> report to you?**

Yes

**56. How many Nike employees directly report to you?**

35

**57. What are the job titles of the employees who directly report to you and what work do they perform?**

Lead - Manages the PMO and PCO's job
PMO - Manages a production line with a group of a few (3-7) people, adjusts the machines, and enter machine data
PCO - Machine/equipment operator

**58. How do you supervise the work of those who directly report to you?**

By checking on everyone's assignment throughout the night.

**59. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**60. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Manager at Travel Agency (3 years).

**61. To what degree has your prior work experience been helpful for performing your current job?**

To a high degree.

**62. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Managing schedules and managing a lot of employees (40+ employees). I learned coaching part of my current job. I was very young but managing older people so I learned how to be patient and how say thing right, without getting someone mad.

**63. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**64. What job titles have you held at Nike prior to your current job?**

I was a temp first, then a PCO, then a PMO, then a trainer, then a lead.

**65. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

The resources that we have to help employees (e.g., the support that the HR team has for us). Also, knowledge of the machine operations.

**66. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Formal training and job experience mostly.

**67. What is your highest educational level?**

Some college, no degree

**68. In what field of study is your highest degree?**

I majored in law.

**69. How, if at all, has your education been helpful for performing your current job?**

Not at all.

**70. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

My previous job trained my to perform my current job.

**71. How have these qualifications been helpful for performing your current job?**

Time management, this was something I learned in my prior job. Also coaching and mentoring others was something that I learned and has been helpful in my current job.

## 12. Section 8: Working Conditions

**72. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

In a factory for manufacturing.

**73. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Daily

**74. Please describe the hazards to which you are exposed as part of your job.**

Chemicals (when we clean the machines), dust (we work with fabrics so they create dust, and we have grinders that create dust in the air around it), loud noise (cause by machines, grinders).

**75. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**76. How many hours do you work in a typical week?**

40

**77. To what extent do your work hours vary from week to week?**

They stay the same.

**78. How many days do you work in a typical week?**

Other: 3 days one week and 4 days the other

**79. To what extent does the number of days you work vary from week to week?**

The workweeks alternate: 3 days one week and 4 days the other.

**80. To what extent do you control your work schedule such as where and when you perform tasks?**

It does not really change. The shift times are set by the company.

**81. What time do you typically start work each day?**

5:30 PM

**82. What time do you typically end work each day?**

5:30 AM

## 14. Section 10: Extra Roles

**83. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I am part of the "Women of AirMi" network. We try to involve people to come forward to find mentors, have a speaker series, etc., to motivate AirMi employees. I just joined the network.

**84. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

I was part of interview panels for new hires and promotions.

**85. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**86. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**87. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

I don't think there is anything that has changed.

**88. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

For example, I have less direct reports so I spend less time on everything that I involves interacting with my direct reports. We

added more supervisors so we split the direct reports.

**89. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

No.

**90. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No.

Nike Job Analysis Interview

Response ID:73 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

69

**2. Interviewee Name:**

Bloch Samantha

**3. Employee ID**

███

**4. Interviewer Name:**

Tyleen Lopez

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I oversee the North America women's lifestyle brand marketing plans I am responsible for the strategic planning and execution of seasonal products and concepts. Specifically, my role focuses on the Fall and Holiday seasons. I also have a specific focus on a couple of long term projects which are called style essentials, lifestyle apparel, and our new dance proposition. I also indirectly manage a brand manager and specialist within my team-- it is my responsibility to lead the overall vision and direction and managing and leading the cross-functional and cross-category wider team to bring the plans to life to market.

**6. What tasks do you spend the most time performing?**

I spend a lot of time in strategic planning, so digesting global briefs, coming up with the strategic point of view and North America brief and direction. A lot of time is spent on internal communication and coordination and alignment with various teams and people. A lot of tracking and trying to ensure that people are completing their tasks. Also, I spend time on sharing and communicating with leadership. Also, I complete a lot of problem solving and my work involves getting involved when other people need assistance with roadblocks or problems that may arise. A huge amount of my time is spent digesting an overwhelming amount of information--there is information overload (e.g., emails, slacks, texts, briefs). So I need to be able to understand the information and clearly articulate what actions me and my team need to take (this is the most time consuming task at Nike).

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

My most important tasks are analyzing the marketplace and gathering consumer insights. Needing to understand the insights and where the future opportunities are at Nike. Also, where as a Nike brand marketing team that we can make the most impact. I need to be able to see the vision using my expertise, looking above and beyond what the tasks are for the day and pushing us into a new space.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

It allows us to be current and relevant with our consumer and also allows us to continually push and be progressive within the marketplace. This allows us to stand out from our competition.

**9. How frequently do you perform these important tasks?**

Constantly, it is something I need to be on top of all the time.

**10. What are the most complex aspects of your job?**

I think it is the overwhelming information, managing the internal matrix organization, managing the politics and unseen things that occur within the organization. It's the lack of clarity across the board, constant change, and speed of organization.

**11. What are the specific performance goals you must meet to be a high-performer?**

It is hard to understand what the specific performance goals are in order to be a high performer. It is not very clearly articulated. It is perceived as inconsistent across the company based on who your manager is. However, subjectively to be a high performer at Nike you need to be really good at managing the politics, able to work like a machine to digest and go through all the information and be on top of the communication, and you have to be a certain way (i.e., really positive, have a certain communication styles, be good at managing, never being short or blunt and having to be politically correct) at Nike. There is an expectation to uphold this persona of confidence (almost like a male) to be perceived as a leader, and there is a pressure to speak the Nike acronyms, and there is little room for authenticity and different communication styles.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

No. None that we are obviously held to from a marketing perspective but there are sales and growth targets within the geography that we need to achieve--but if we did not hit those targets my job or my performance would not be affected.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

It is unique and in depth understanding of the female consumer within North America as well as a deep understanding of the lifestyle and sneaker marketplace. I also need to have extensive marketing experience across multiple functions including digital marketing, strategic planning, creative development, experiential marketing. Also, you should have a passion and understanding of products and product marketing. Extensive experience in managing teams and people and external agencies.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Keynote, Slack, Zoom, Email, Texts, Miro, Excel, and a lot of collaborative Google Docs, AirTable.

**15. What job title or titles will be next in your career progression?**

Senior Brand Director.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Honestly, it is pretty unclear. There has been multiple examples of people with less experience than myself given very senior positions based off of who you know or someone in leadership liking you. There was a period where there were not many female leaders (at Nike in general) so there was a period where a lot of female leaders were promoted but it undermined how people got these jobs because it was more trying to meet status quo than people actually deserving the roles. In general, it feels like the better you are at internal politics and playing the game, the more likely you are to getting promoted regardless of your skills and abilities.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

North America

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Yes, it would be different because each geography has a different way they do work and is organized differently.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

Sportswear

**21. Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

Yes, it would be very different. Each category operates very differently. Especially, sportswear it is the lifestyle side of Nike, this varies from other sides of Nike.

**22. Are you assigned to a specific Product Line/Gender?**

Women's

**23. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

Yes, it would be different because I would be marketing to a different set of people, there are different ways of operating, and different approaches that work.

**24. Do you have any additional specific areas of specialization? If yes, what areas?**

No. I am assigned to projects but not specific areas of specialization.

**25. How, if at all, does this area of specialization shape the work you perform?**

N/A.

## 7. Section 3: Work Team Structure

**26. Do you work as part of a team?**

Yes, I work as part of a team.

**27. How many teams do you work on at a time?**

Multiple teams... there are different teams for each project I work on. Probably 3 or 4+ teams at any one time.

**28. How many people are on each team?**

It would be ranging from 3-100.

**29. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

Yeah, I interact with my core Women's Lifestyle brand team the most.

**30. Who are the members of your primary team by job title and what work do they do?**

1) Senior Brand Director -- leading and managing the entire team. Also responsible for managing senior leadership and driving the team role goals and vision.
2) Two Brand Directors -- We both do the same thing but are split by season... one manages spring and summer and the other manages fall and holiday. As well as, indirectly managing brand managers and specialists in the team.
3) Two Brand Managers -- responsible for the execution of the brand marketing plans and day-to-day tracking and managing of seasonal projects. Supporting the brand directors.

4) Two Brand Specialists -- mostly responsible for product management, smaller projects and tasks supporting the brand managers.

5) Two Project Managers -- They are responsible for driving projects forward, creating work back schedules and managing timing and budgets, and ensuring the project is completed.

**31. What do you specifically contribute when you work with your primary team to complete work?**

I am responsible for driving the fall and holiday season, and indirectly managing brand managers and specialists. I also am a key player in helping create the roles and responsibilities for team culture and helping form the vision for the team.

## 8. Section 4: Work Characteristics

**32. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It is very predictable because I focus on two distinct seasons, so from January to June I am in planning mode and preparing for the season, and from July to December I am focusing on execution of my plans. I would say that there are often projects or things that come up outside of this that can be unpredictable or a big priority that I am not expecting.

**33. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

There are elements of the role that require a high level of precision and detail. Consequences could be that products do not launch, they are not supported when they launch, and could lose money for the company.

**34. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

The work environment at Nike is a high-stress environment that requires constant attention and focus. However, because I have been at Nike for a long time I believe I have adapted my approach to work so that it does not affect me as much as it used to. I would say that this has negatively affected how I approach work as I have learned to be less passionate, less involved, and not to take things too personally (i.e., it is easier to survive at Nike if you are less engaged, you need to disengage to cope with the stress and ambiguity at Nike). I can see this also occurring in with New Hires or individuals who are less able to cope with ambiguity at Nike. Because of this, my standards of work are less than when I started since it is impossible to work at 100% without getting burnt out. I have to be able to let a lot of things go.

**35. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

1) Information Overload: Overwhelming and pressure to constantly be on top of new information.

2) Speed at which Nike conducts its business: Being able to digest information , plus make decisions, and have good opinions at very high speeds.

3) Constant ambiguity, lack of clarity, and change: Frustrating to constantly be working really hard and then feel like it was for no reason because a project got canceled or leadership changed its mind. There is a lack of commitment and autonomy from leadership.

4) Internal Politics and Managing the Complex Matrix: This is unseen and unspoken so it can be stressful to feel like your success at Nike is a bit out of your control.

**36. To what degree does your work involve high time pressure? Please explain.**

I need to work towards seasonal product launches when the process often is very very compressed due to changes and late delays and lack of information on time, meaning that we have very little time to create marketing plans in time for launch.

**37. To what degree is your work impacted by unexpected disruptions? Please explain.**

Constantly, daily, multiple times a day. It ranges from delays in product delivery, delays in information hand-offs/direction from other teams, to changing decisions or direction from leadership, to constant budget cuts, and change in priorities.

**38. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

It is not clearly defined, especially in this current environment (post organizational restructure). This makes it hard to understand my own role and how I am supposed to interact with others in the organization. I would say that there is an unhappy culture at Nike where there are streams of people turning over and resigning--this means that there is constant change in leadership and roles (for ex: I have had 6 bosses in two years). With each change, our roles/responsibilities become different or are changed.

**39. To what extent is creativity important to perform your current job effectively?**

Critically Important

**40. In what way is creativity required to perform your current job effectively?**

Being in brand marketing you need to be a creative person to come up with new and innovative ideas and thinking, to stand out in the marketplace, and to cut through to the consumer due to the work environment at Nike you need to be creative to hack the system and create new ways of working and getting around road blocks because it is constantly difficult to get what you need done.

**41. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**42. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Pre covid: a few times per year; Post Covid: Never.

**43. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre-COVID: I traveled to key cities within North America (ex: LA, NY, Chicago) and to photoshoot locations and often attended culturally relevant or inspirational events across NA with my team.

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

10

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**46. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre Cvoid: I worked from home or other agencies aside from Nike HQ.
Post Covid: I only work from home.

## 9. Section 5: Decision Making

**47. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decisions I make are the budget decisions, product launch decisions, launch and support decisions, I make creative decisions, hiring decisions, and decisions on the campaign roll out and strategy. These are important decisions because they impact how well a product is represented in the marketplace and therefore how well it will sell.

**48. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, I contribute to the wider NA brand strategy, I input into the global marketing strategy, and I am responsible for the Women's lifestyle strategic direction.

**49. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**50. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes, my role is to pitch for how much budget I need for the season and manage how that budget is spent.

**51. What level of authority do you have, including making recommendations, to hire employees, if any?**

Yes I have been responsible for making multiple hiring decisions within my team for brand manager, brand specialists, and project/operational support.

**52. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I can give feedback and make recommendations but it is not my responsibility to make the final decision. I no longer direct manage anyone.

**53. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I can give feedback and make recommendations but it is not my responsibility to make the final decision. I no longer direct manage anyone.

**54. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I can give feedback and make recommendations but it is not my responsibility to make the final decision. I no longer direct manage anyone.

**55. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**56. Please explain the type of legal documents you are authorized to sign.**

Work authorizations with agencies, budget statements, and partnership agreements.

**57. How frequently do you sign legal documents on behalf of the company?**

A few times per year

**58. What is your spending limit without seeking approval?**

I don't know.

**59. Are you assigned work by your manager/leadership or do you determine your own assignments?**

It is a mix of both.

## 10. Section 6: Supervising Others

**60. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

How do you supervise the work of those who directly report to you?

**61. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Yes

**62. How many Nike employees <u>indirectly</u> report to you?**

2 employees.

**63. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

1) Brand Manager: supports brand director with seasonal marketing plans and responsible for execution.
2) Brand Specialist: supports brand managers and director with seasonal plans and small projects as well as product management.

**64. How do you supervise the work of those who <u>indirectly</u> report to you?**

I have weekly one-on-one meetings, regular team review meetings, and daily communication through email and slack and text.

---

## 11. Section 7: Experience, Training, and Education

**65. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

1) Senior Account Manager at Wieden & Kennedy (Creative advertising agency): 2012-2013
2) Events and Campaign Manager at Beats by Dre in the UK: October 2012 to December 2012
3) Account Manager at Fallon (Creative advertising agency): 2010-2012
4) Marketing Manager at Redbull: 2007- 2009.

**66. To what degree has your prior work experience been helpful for performing your current job?**

Invaluable, my prior work experience has enabled me to be good at my job with Nike.

**67. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

In-depth knowledge of the creative process from brief to execution at a creative agency, team management and cross-functional team working experience, digital and social marketing expertise, events and experiential marketing experience, multiple brand and consumer marketing experience, and sports marketing, athlete marketing, entertainment and music experience.

**68. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**69. What job titles have you held at Nike prior to your current job?**

1) Brand Director with Nike Sportswear in North America
2) Global Brand Manager for Nike Sportswear
3) Global Brand Manager for Nike Women
4) Digital Brand Manager in Nike UK across Nike Women
5) Digital Community Specialist (ETW Nike UK on running -- contract work)

**70. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Digital marketing expertise, I have learned about the multiple new consumer groups and categories (e.g., running, women's, sportswear, sneaker community). I have also learned how to conceptualize and execute global marketing campaigns, how to drive global brand strategy and come up with global brand concepts, and I have learned about product and design and

manufacturing. I have also learned about the North America marketplace and I have developed a greater understand for the business at Nike.

**71. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

All was learned on the job, I had a couple of people that I worked with who informally mentored me but nothing formal.

**72. What is your highest educational level?**

Bachelor's degree

**73. In what field of study is your highest degree?**

Sport and Exercise Science.

**74. How, if at all, has your education been helpful for performing your current job?**

Helpful but not necessary.

**75. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None.

**76. How have these qualifications been helpful for performing your current job?**

N/A.

## 12. Section 8: Working Conditions

**77. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: Nike HQ office in North America
Post Covid: At home in a home office.

**78. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**79. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**80. How many hours do you work in a typical week?**

45-50 hours.

**81. To what extent do your work hours vary from week to week?**

They are consistent.

**82. How many days do you work in a typical week?**

5

**83. To what extent does the number of days you work vary from week to week?**

It is consistent.

**84. To what extent do you control your work schedule such as where and when you perform tasks?**

I mostly control my work schedule.

**85. What time do you typically start work each day?**

8am

**86. What time do you typically end work each day?**

5pm

## 14. Section 10: Extra Roles

**87. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

No.

**88. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

Yes, there have been various committees I have helped such as coming up with ideas or social and cultural things that I have been involved in. There has also been office redesigns that I contributed to.

**89. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**90. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**91. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Yes, all the time. Things are constantly changing at Nike, there are different priorities, different managers, different leaders of the team. This week alone five people resigned so I am not going to have to take on some of their work. It is not necessarily specific tasks, just some projects, and parts of my role have changed and the people that I work with also change too.

**92. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yeah, I feel like things are just constantly changing. I spend more time on tasks such as communication and alignment, problem solving, and I now have to do really detailed digital marketing work that I did not have to do before since the digital marketing team changed. I also spend more time having to check and re-check specific product details and launch dates.

**93. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current**

**job? If so, how?**

Yeah, definitely because when I first started there were a lot of unknowns because of the restructure there was no process so we are constantly learning the best ways to do things at a team and everything still needs to be figured out as we go. Leadership changed the whole structure of the org without giving direction on how the work should get done and it has been difficult to figure out as a team who does what and how things should work.

**94. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yeah, we use more slack, AirTable, Word documents rather than big presentations (because we used to create loads of presentations but in this chaos it is difficult to keep doing that).

Nike Job Analysis Interview

Response ID:74 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

70

**2. Interviewee Name:**

Finkle Brittany

**3. Employee ID**

███

**4. Interviewer Name:**

Noel Williams

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Number one - is to lead a team of five planners.
Plan the midrange forecast for Global women's apparel
Work cross-functionally with finance, merchandising, Geo consumer planning team, and the overall women's team
To complete the seasonal line architecture

**6. What tasks do you spend the most time performing?**

1. Leading and managing the team of five planners.
2. Seasonal line architecture

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Aligning the midline forecast with the team of planners.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Midrange forecast is important because it helps inform our supply chain of how much capacity and materials we need to fulfill the demand for the consumer.

**9. How frequently do you perform these important tasks?**

We update the forecast on a monthly basis.

**10. What are the most complex aspects of your job?**

From my role specifically, the leadership and organization of the five person team is the most complex. Additionally, the complexity of the changing landscape of the world (Covid) has definitely added complexity to the way that we forecast.

**11. What are the specific performance goals you must meet to be a high-performer?**

Strategic understanding of the women's apparel business, leadership and driving work through the team and being a leader.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

No, not really.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Knowledge of Excel, retail math, understanding of planning functionalities, ability to learn quickly datasets and new tools.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Microsoft Suite (excel, powerpoint , etc.)
TM1 - software that plugs into Excel
Tableau

**15. What job title or titles will be next in your career progression?**

Currently I'm looking for other Director opportunities in the Digital space or in Geography Planning. Future would be a Senior Director role.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Experience with influencing Senior leadership to make changes and decisions
Experience in leading large teams
Understanding how to drive overall strategy

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Apparel

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

Yes, the apparel and footwear product engines operate very differently. In specific key moments, such as line architecture - Apparel plans at the Geo level in the Global time horizon, and also Apparel takes longer to create the line than footwear does.

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

Women's

**22. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

Men's and women's are closely aligned. While Kid's and Jordan have different time constraints. Other than that the work across genders is the same, the difference is in timing.

**23. Do you have any additional specific areas of specialization? If yes, what areas?**

No.

**24. How, if at all, does this area of specialization shape the work you perform?**

n/a.

## 7. Section 3: Work Team Structure

**25. Do you work as part of a team?**

Yes, I work as part of a team.

**26. How many teams do you work on at a time?**

3
Women's Apparel Planning Team
Global Consumer Planning Team
Global Women's Team

**27. How many people are on each team?**

Women's Apparel Planning Team - 6
Global Consumer Planning Team - about 40
Global Women's Team - about 70

**28. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

Women's Apparel Planning Team

**29. Who are the members of your primary team by job title and what work do they do?**

Director (me) - of Women's Apparel
5 Planning Managers - their job is the plan the women's apparel business, work is split by segment.

**30. What do you specifically contribute when you work with your primary team to complete work?**

My job for the team is to drive clarity and to help align the work across the entire Global Consumer Planning team.

## 8. Section 4: Work Characteristics

**31. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

Workload is spread pretty evenly across the year. It is certainly unpredictable as different global factors take place. For example, as Covid continues to change the world - we need to continually adjust our forecasts.

**32. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

Our forecasts help indicate how much capacity and materials that we need in order to make our sales plans. However, because we work on a such a long lead timeframe, there's flexibility in changing the plan based on external global factors. The consequences of a shift in plan could lead to a missed sales opportunity or being over-inventoried.

**33. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant?  Please explain.**

Periodic levels or times of stress. Medium intensity. For me, I try not to let work stress me out, others may be more stressed.

**34. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

Overall, it's managing ambiguity and trying to plan for the unknown. There's a lot that can change, contributing to the stress.

**35. To what degree does your work involve high time pressure? Please explain.**

There are key moments where we need to make quick decisions on how we change our plan. That can lead to a high level of work in a short amount of time.

**36. To what degree is your work impacted by unexpected disruptions? Please explain.**

It is very impacted. Any change in factory delays or shipping delays can have a direct impact on how we achieve our plan.

**37. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

Yes. I feel my role is clearly defined in the scope of forecasting that I need to do in the new CDA (restructure that we had back in November) structure.

**38. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**39. In what way is creativity required to perform your current job effectively?**

We often need to come up with creative solutions for things that are out of our control.

**40. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**41. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

99

**In what location(s), other than your primary office, do you spend time performing work? Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**44. What are the most important decisions you make as part of your current job? For each, please describe why it is important. For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decision that I make is the midrange forecast. It is important because it helps inform the supply chain on how much inventory that we need. The consequence for having an inaccurate forecast would be missed sales opportunity or being over-inventoried.

**45. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, as part of my role - I help work on the strategy for the Global Consumer Planning Team. Specifically, I help drive our resources to create new tools and ways of working for our team.

**46. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**47. Do you have any involvement in managing budgets?  If yes, what is your role?**

No, it is more controlled by the geographies.

**48. What level of authority do you have, including making recommendations, to hire employees, if any?**

If I had an open role in my team, I would have authority to hire a new employee.

**49. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I have the authority to recommend people on my team be promoted.

**50. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I do have the authority to decide or impose disciplinary action for my team members.

**51. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I have the authority to terminate an employee on my team if necessary.

**52. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**53. What is your spending limit without seeking approval?**

0.

**54. Are you assigned work by your manager/leadership or do you determine your own assignments?**

A mixture of both.

## 10. Section 6: Supervising Others

**55. Do any Nike employees <u>directly</u> report to you?**

Yes

**56. How many Nike employees directly report to you?**

5

**57. What are the job titles of the employees who directly report to you and what work do they perform?**

Planning Manager - planning the women's apparel global forecast.

**58. How do you supervise the work of those who directly report to you?**

All of my planners' forecasts roll into the total women's apparel forecast, which I review.

**59. Do any Nike employees indirectly report to you (e.g., "dotted line")?**

No

**How many Nike employees indirectly report to you?**

**What are the job titles of the employees who indirectly report to you and what work do they perform?**

**How do you supervise the work of those who indirectly report to you?**

## 11. Section 7: Experience, Training, and Education

**60. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

2014-2017 , Chanel, Director of Eyewear & E-commerce
2011-2013, Hermes, US Merchandising Manager
2010-2011, Saks, Assistant Planner
2008-2010, Ralph Lauren, Assistant Planner

**61. To what degree has your prior work experience been helpful for performing your current job?**

All of the planning and merchandising experience has been extremely helpful in my current role.

**62. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Sales Planning, open to buy planning, e-commerce knowledge

**63. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: Was restructured with CDA (reorg)

**64. What job titles have you held at Nike prior to your current job?**

Previous job title - Director of Global NFS (Nike Factory Stores) Demand Planning

**65. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Strategic long range planning
Managing a larger team

**66. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

For strategic long range planning - it was on the job experience
For managing a large team - it was a mixture of formal training and coaching and mentorship.

**67. What is your highest educational level?**

Bachelor's degree

**68. In what field of study is your highest degree?**

Apparel Design

**69. How, if at all, has your education been helpful for performing your current job?**

Very little, it provided a basic understanding of apparel construction

**70. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

No others.

**71. How have these qualifications been helpful for performing your current job?**

n/a

## 12. Section 8: Working Conditions

**72. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

If I were there precovid - I would have been at Nike WHQ.
Post Covid - I am working from home.

**73. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**74. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**75. How many hours do you work in a typical week?**

40

**76. To what extent do your work hours vary from week to week?**

Very little.

**77. How many days do you work in a typical week?**

5

**78. To what extent does the number of days you work vary from week to week?**

Does not vary.

**79. To what extent do you control your work schedule such as where and when you perform tasks?**

In terms of where and when, I have most control over my work schedule.

**80. What time do you typically start work each day?**

Between 8 and 9 am.

**81. What time do you typically end work each day?**

Around 6pm.

## 14. Section 10: Extra Roles

**82. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

Yes, I am a mentor of two separate mentorship programs at Nike. Additionally, I am part of a Career Development Taskforce on Global Consumer Planning.

**83. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

Yes, I created a Ladder planning training for Nike U (training platform), about 3hrs/ week for two months. I was also on a taskforce for creating new tools for the Global Consumer Planning Team, about 5 hrs/week for about 3 months.

**84. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**85. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**86. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Yes, We have shifted from planning just demand to planning sales, inventory and demand. We have also started line architecture planning.

**87. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes, With the additional tasks - planning takes much longer than it did in the past.

**88. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, We have shifted from planning just demand to planning sales, inventory and demand. We have also started line architecture planning.

**89. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, we've created all new tools for all the new ways of planning.

# Nike Job Analysis Interview

Response ID:75 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

71

**2. Interviewee Name:**

Wong Catherine

**3. Employee ID**

███

**4. Interviewer Name:**

Zareena Shefa

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

So I manage a team of 12 engineers, they are software engineers developing the analytics engineering platform. I also work with product owner to define the roadmap for the team. The roadmap is the items that we want to plan to work for the quarter (e.g., let's say like rolling out a new features). Also, I work with the business stakeholders to make sure whatever we develop fulfills what they need or ask for for the requirements. I help my team do the planning and back log grooming (i.e., make sure we know what we are going to work on for upcoming sprints) for each sprint, because we usually plan ahead before sprint planning. Every 2 weeks, we assign work for the sprints so the engineers know what they are supposed to deliver in those 2 weeks. Also, working with the product owner and architect to define the future of our product. Also, make sure that whatever we deliver, the delivery is on time. Also, security compliance (i.e., we have to make sure the platform is security compliant to prevent hackers, and to protect the data that people can access from our platform. So we have to keep the Nike data safe, so we put security measures in to prevent losing data). Also, provide forecasts for the costs of the platform. Participate in technical review for the solution (i.e., when engineers come up with the design for what they are developing, then I review the solution before they actually work on it).

**6. What tasks do you spend the most time performing?**

I have meetings all day. I would say I am in a lot of meetings to make sure the team is delivering on time and also meeting with stakeholders to understand their requirements. I also have one on one meetings with my employees. Also, collaboration meetings with other teams. We work with other teams to make sure to sync (i.e., know each other, know what we are all doing, and see if we have any dependencies or if we need any help from the other team).

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

We need to make sure that our roadmap is aligned with the enterprise strategy, and that is has value for the company. So, we work with the product owner and also to align with what we want to deliver and what we will work on. We have a high level OKR (objective key results, goals we want to achieve for the year) from our VP, so we try to make sure that whatever we are working on is aligned with the key measurements for success at Nike before we put it on our roadmap.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

So the team has a clear understanding of the goal and the value we can contribute to Nike.

**9. How frequently do you perform these important tasks?**

So, a roadmap is every quarter. The OKR is set every 2 quarters, and every week or every 2 weeks we review the OKR.

**10. What are the most complex aspects of your job?**

What I can tell you is we have different stakeholders (i.e., architect, product), and we have a cost to our platform (i.e., the resources we spend on the platform, we use AWS, so there is a cost to use this service. There are other vendor costs that they charge, so balancing how much we spend on the platform). So we have to balance what the architect wants to build, with what the customer is asking for or needs, and also with the cost of our platform.

**11. What are the specific performance goals you must meet to be a high-performer?**

I should be able to deliver what we commit to on time (e.g., delivering new features, like Notebook as a service. I work on an analytics platform, so this is an interactive development environment for the customer). Also, meeting the customer needs (e.g., new versions of Spark, new analytics features). Also, I can motivate the teams and also work with various stakeholders for full collaboration.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

I don't have any performance metrics for me, but maybe employee retention rates. Nowadays, the market is so good so I don't know whether it is my fault when people leave.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

So, knowledge of the big data platform. Knowledge of AWS. And then, software development background. Management skills. Being able to work with cross-functional teams. Being able to translate requirements into workable solutions.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Big data technologies (e.g., Spark, Hadoop, Hive, EMR- these are used for processing big data), AWS (our infrastructure), Confluence (documentation), Jira (sprint planning), my SQL database (more for back end metadata), Outlook, Zoom.

**15. What job title or titles will be next in your career progression?**

Engineering Director, and I would have to apply.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Having a vision for the team and also strategic thinking. I would say also say knowing how to talk diplomatically.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

We are the analytics platform, so I would say analytics is the specialization.

**22. How, if at all, does this area of specialization shape the work you perform?**

It is the work that we perform. We are providing the platform for the analytics.

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

Two, which is the Analytics Engineering Team is the bigger organization. And then there is my team that I manage, which is called AE (analytics engineering) Compute Team.

**25. How many people are on each team?**

In the bigger org (Analytics Engineering Team), there are about 23 people including me. On the AE Compute Team, there are 14 people including me.

**26. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

The AE Compute Team is my primary team.

**27. Who are the members of your primary team by job title and what work do they do?**

We have a Principle Engineer, 2 Lead Engineers, 4 Software Engineers, and 6 Software Engineers that are contracted. The Principle Engineer is the expert engineer that drive and oversees the design of the systems. The Lead Engineers lead the delivery of the product of the solution and also does development of the platforms of the systems. The Software Engineers are responsible for the development of the platforms of the systems. The contracted Software Engineers also are responsible for the development of the platforms of the systems but are not full time employees.

**28. What do you specifically contribute when you work with your primary team to complete work?**

I provide guidance and make sure priorities are communicated, and help them plan out for the work. Also, I make sure the team gets what they need to do their work.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

I would say it is predictable with peaks and valleys, except in the time during the reorg. As a manager, I have to do CFE (i.e., Coaching for Excellence, which are performance reviews), so during that time I have a lot of work to do because I have to do performance reviews and my own work during May-June. I would say the low time would be when the company closed during

the holiday, or during the freeze and we actually can't deliver during that phase so things slow down because we are restricted to deliver. For the reorg, there is uncertainty about change and thats when the team will be some uncertainty and they don't know whats the future.

**30. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

I don't think my work requires a high degree of precision. Since we are a platform team, I don't think there is a lot of precision there but what we have to do is we have to make sure the product is being tested so theres no bugs (i.e., issues in the software), and we try to avoid delivering anything with bugs. If there were bugs, there are support tickets and users (i.e., internal customers) would complain.

**31. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant?  Please explain.**

I'm actually trying to manage the stress pretty well, so people may look at me being stressed but I may not be. There is a reorg coming up, so the team is uncertain but for myself, my stress level is normal it is not bad. There is periodic stress, maybe one off situations when theres some conflict during work (e.g., disagreements on the timeline, work issues).

**32. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

I think I would say managing during the reward time, when I have to give people the raise which I cannot, that is the most stressful times. Its like, this is the company problem- I have the budget to give people a raise, but the company says not to. So when I have to do the reward management when we give people a raise, I have the budget there, and I want to give someone more money because they perform better, but we withhold because the organization says we have to give a fixed rate. I don't know where the money goes.

**33. To what degree does your work involve high time pressure?  Please explain.**

I think its like when this is something that is outside of control but the deadline got pushed out. When something has dependency on another team but the other team is not delivering on the timeline they committed to. Theres also some security compliance in China region that we have to meet by a certain date, but then my manager told me not to put the resource there. And that is when the politics play in here.

**34. To what degree is your work impacted by unexpected disruptions?  Please explain.**

When there is the Severity S1/S2 issues that we have to make sure the platform is up and that means the users have an issue and maybe can't use the platform, so we have to drop everything we are working on and get onto a call to come up with a fix or solution to get the platform back up.

**35. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I think so, actually to be honest I don't know the job description. I think it is to lead the team for technical teams, so I need to know the technical aspects and the people aspects as a People Manager.

**36. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**37. In what way is creativity required to perform your current job effectively?**

I think to have an open mind to be able to adopt to a new technology. And also, to be able to learn new design patterns (i.e., new service over in AWS that we can use, we need to explore how we can use that service in our high level software development design).

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Twice

**40. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

I actually traveled twice to hire interns pre-COVID. Once to Seattle, once to Atlanta.

**41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

2

**42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**43. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: Occasionally worked from home (e.g., having a doctor's appointment and finishing work at home)
Post COVID: Work from home

## 9. Section 5: Decision Making

**44. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I think hiring is the most important decision I make, which is one of the only decisions I can make on my own, but I also get team feedback but it is at my level to make a decision. This is important to make sure the right person got hired to work in a team. If a poor decision is made we lose a resource and the team has less people to work because if the person was hired and doesn't come to the benchmark that we thought they would when interviewed, I would have to let them go.

**45. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

I don't think I am involved.

**46. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No

**47. Do you have any involvement in managing budgets?  If yes, what is your role?**

I think I ask for resources, but whether they give me resources is above me. But as I said, there was something about the cost of the platform, I am going to start to be involved with that because my boss (i.e., Director) left. So I will be involved in forecasting the budget for the platform.

**48. What level of authority do you have, including making recommendations, to hire employees, if any?**

I do have authority to make recommendations to hire my own employees, based on the feedback from my team. I also have the authority to hire people for my team.

**49. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

Recommendation, yes, but I don't have authority to promote.

**50. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I don't think I have done anything like this before, but I do know as a recommendation from the department, if someone is a low performer they have a follow up/performance action plan to work with someone who is a low performer. But I don't have this experience because I don't have anyone on my team who is a low performer.

**51. What level of authority do you have, including making recommendations, to terminate employees, if any?**

For full time employees, I don't know the process. For contractors, after getting feedback from my team, if a contractor is not performing I will let Flex (i.e., the company that manages our contractors) know and give 2 weeks for the person to improve and if they do not improve, then I will have to terminate the person.

**52. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**53. What is your spending limit without seeking approval?**

I don't know.

**54. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Both. So, I know what I have to work on- meeting with product and my manager, I know what I have to deliver. Sometimes, planning for the team for the quarter and roadmap. But let's say my manager or Director gives me an assignment to work on, then I take that on too. So my Director or Manager might delegate their work to me, like one time deliverables.

## 10. Section 6: Supervising Others

**55. Do any Nike employees _directly_ report to you?**

Yes

**56. How many Nike employees directly report to you?**

I have 6 full time employees, and maybe 6 ETW (i.e., E-temporary workers) contractors.

**57. What are the job titles of the employees who directly report to you and what work do they perform?**

2 Lead Engineers, and the rest are Software Engineers. The Lead Engineers lead the development of the projects and they do development work and provide L3 support (i.e., Level 3 support, which is digging into the issues when the service desk can't help, so they de-bug the issues). The Software Engineers work on development and support.

**58. How do you supervise the work of those who directly report to you?**

So I have one on one meetings with them every 2 weeks, and I also stay on top of what was worked on and delivered during the sprint. So, I attend the daily stand up (i.e., 15 min team meeting to talk about what they worked on yesterday and what they will work on today) with them and then meet every 2 weeks with them to help them plan, so I can stay on top of and know what everyone is working on. Also, the SCRUM board is a part of the agile methodology for software development in Jira which shows the progress of what has been done and what has not been started.

**59. Do any Nike employees _indirectly_ report to you (e.g., "dotted line")?**

Other:

**60. How many Nike employees _indirectly_ report to you?**

There is some transitioning happening after my Director left, so there might be 5 more people who were under my Director that might be reporting to me. This hasn't been made official yet.

**61. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

Software Engineers, 2 full time employees and 3 contractors.

**62. How do you supervise the work of those who <u>indirectly</u> report to you?**

I started to do this, I monitor their Slack channel and I had one on ones with them one time since my boss left. I also attend the planning and back log grooming.

## 11. Section 7: Experience, Training, and Education

**63. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I was a Software Engineer II for 3 years, and a Software Engineer III for 15 years, and then Software Engineer IV for 2 more years.

**64. To what degree has your prior work experience been helpful for performing your current job?**

So I understand software engineer and I have database knowledge. Also, experience working with users. And, I know how it is like to be a software engineer, so I understand the type of work to help my software engineers grow.

**65. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

So, software development skills and database skills (e.g., how to write SQL), and the collaboration skills, and also the requirement gathering skills.

**66. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**67. What job titles have you held at Nike prior to your current job?**

Data Engineering Tech Lead

**68. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Using big data technologies (e.g., Hadoop, Spark, Hive), and AWS.

**69. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job training, I actually learned it on my own. I don't think the company offered any formal training.

**70. What is your highest educational level?**

Other:

**71. In what field of study is your highest degree?**

My degree is a Bachelors in Computer Science, but I also took a few Masters courses but I didn't get a certificate.

**72. How, if at all, has your education been helpful for performing your current job?**

It is important, because I learned how to write programs and know what software development is, and learned about best-practices in doing software development.

**73. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I got a a Certified Information Professional certificate. Most of the time I also do some online trainings. Whenever I learn I go to

the AWS website to learn, because there is no formal training.

**74. How have these qualifications been helpful for performing your current job?**

I don't know if the Certified Information Professional certificate helped me perform my job effectively. But, the AWS trainings helped.

## 12. Section 8: Working Conditions

**75. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: Work at Nike WHQ
Post COVID: Work at home

**76. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**77. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**78. How many hours do you work in a typical week?**

I do about 9 hours of work a day, so probably 45 hours of work every week.

**79. To what extent do your work hours vary from week to week?**

So Monday and Wednesday I actually have offshore meetings with India, so I start and end at different times.

**80. How many days do you work in a typical week?**

5

**81. To what extent does the number of days you work vary from week to week?**

So I have maxed my PTO, so I try to take one day off every 2 weeks and I try to do it on Fridays. Besides that my work schedule doesn't vary.

**82. To what extent do you control your work schedule such as where and when you perform tasks?**

It is pretty much the same every day, and I have control over that, unless people try to schedule a late meeting or when we meet with GC (i.e., Greater China) Team which has to be late in the evening (i.e., 6pm)

**83. What time do you typically start work each day?**

So Mondays/Wednesdays I start around 7:20am, and then other days 8-8:30am (depending on if I have a meeting at 8am).

**84. What time do you typically end work each day?**

So I would say Monday-Thursday between 5:30pm-6pm. And then Friday if I can, I try to do 4:30pm.

## 14. Section 10: Extra Roles

**85. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

Currently I am a part of the Women of Digital Team that is actually helping out and I submit the business form to schedule for the work outs (i.e., virtual physical work outs).

**86. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

No

**87. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**88. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No

## 15. Section 11: Changes to The Job

**89. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

So, my team was lacking a Product Director for a long time, but we just hired one last November. So I was filling in for the Product Owner role for a long time, but now that we hired he is helping define and present the roadmap so I don't have to do that anymore.

**90. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Since I said, I define my own work, so if I learn what is more effective in leading the team I will change it. This is something I learned over my course as a manager and learned to do better. It is not something that was defined and told to me to do better, I just learned over time.

**91. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

I learned how to be more effective leading my team. For example, before, I didn't have the meeting to talk about the deliverables. We have a new SCRUM master who helped us define the sprint planning meetings better, so I also try to do some planning with the team before the sprint planning. The change is from my own learning and experience and I can do it better now.

**92. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Slack is something I used a lot as a computer software tool, but we used to use something else. This is based on whatever the company offers, not based on what I picked. For example, using Zoom. Also, BitBucket is a code repository that has changed to GitHub.

# Nike Job Analysis Interview

Response ID:76 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

65

**2. Interviewee Name:**

Chi Cassandra M

**3. Employee ID**

██████

**4. Interviewer Name:**

Zareena Shefa

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Partnering with our analytics team to evaluate the business (i.e., Nike member activity and purchase behaviors, all in metrics in the digital platform/shopping in stores/etc) and to create a member growth plan for cities and stores. A member growth plan is what is the net revenue target that we have got, and from that back into how many Nike members we have/ how many Nike members we need to acquire/ how much we need them to spend on average to meet our net revenue targets or our revenue targets. And, work across functions (i.e., in Nike language, this is store concepts, marketing, digital platforms, analytics, business planning) to create strategy and drive member growth targets aligning with business plans.

**6. What tasks do you spend the most time performing?**

It is reviewing our cities and stores Tableau dashboards (i.e., to see how Nike member activity and metrics have changed. And this could be weekly, monthly, quarterly, and yearly) by channel and by concept. With member activity, we are talking about acquisition, retention, and re-engagement (i.e., when someone hasn't been active, and they come back and are active again), how many new shoppers.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

It is creating the member growth plan and model for cities and stores and developing a strategy with partners to hit targets (i.e., financial targets). We work with the finance team to get their financial targets. Then, you figure out how many members we need to acquire, what the average spend needs to be, and what percent of member demand that is. Right now, that plan is in an Excel sheet because it is still so new, but the goal is to get it into a dashboard. All of this helps to drive Nike's target to be more consumer direct.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Our goal is to be more connected to our members and create a seamless O2O (i.e., offline to online) experience. It is what we are trying to do, because Nike wants to lead with digital and that includes connecting stores with digital. Members who are in our ecosystem are more valuable as consumers (i.e., they are more engaged in our ecosystem and purchase more frequently).

**9. How frequently do you perform these important tasks?**

It is a long term plan, so I would say I work on this daily, editing as the business changes (e.g., if the financial targets change then we would change our targets).

**10. What are the most complex aspects of your job?**

Getting all the metrics we need because they don't live in one place. Different software programs have different data that we need, which is not always accessible by me but is accessible by a partner. Because we are a new function, we're figuring out how to create a growth model for stores, which has not been done before.

**11. What are the specific performance goals you must meet to be a high-performer?**

Build the growth model, share with partners, and align on targets while meeting goals.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

No

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Strategy planning, drive process (i.e., steps to create model and align all partners to create plans to achieve growth goals/targets), execute analysis from a few data sources, quantitative and qualitative decision making, Microsoft Office applications with strong knowledge of Excel, presentation and communication skills.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Tableau (i.e., dashboards), MS Office applications specifically with Excel, SmartSheets (i.e., store our store opening plans), Box (i.e., storage and immediate updates as well as meeting notes), and Slack.

**15. What job title or titles will be next in your career progression?**

For me, it's APLA (Asia Pacific Latin America) Marketing/Member Marketing Director/Senior Director, Diversity Director, or Sustainability Director.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

For APLA Marketing/Member Marketing Director/Senior Director is the knowledge of some of the geography but also understanding how Nike marketing works, as well as knowledge of members and membership. Creating strategy for Nike specific to marketing and member marketing to support initiatives. For Diversity Director, understanding of how and where Nike wants to be more diverse, and how we will support functions and teams to ensure equality. For Sustainability Director, I know what I would love to see, but I don't know what I would need to do to move into that role.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

North America

**18. Do you know if the geography to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different geography?**

I don't know.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

I think member growth, because it is more like counting people vs. products.

**23. How, if at all, does this area of specialization shape the work you perform?**

It is a new way of thinking of how we think of our members across store teams and providing targets to achieve, which includes educating partners on our direction.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

Two, my direct team is the North America Nike Direct Digital Commerce Member Growth team. There is also a larger Member Growth Team.

**26. How many people are on each team?**

On my direct team, there are 5 of us. On the larger Member Growth team, there are ~20.

**27. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

The North America Nike Direct Digital Commerce Member Growth is my direct team.

**28. Who are the members of your primary team by job title and what work do they do?**

The Director of Member Growth, who oversees member growth for digital platforms, cities, and stores. There are 2 Managers of Member Growth Planning for Digital Platforms, and they create the growth plans for some of the digital platforms (i.e., separately and together). There is currently 1 Manager of Member Growth Planning for Cities and Stores, and they create the growth plan for stores right now (there will be another manager for cities and stores soon).

**29. What do you specifically contribute when you work with your primary team to complete work?**

Sharing the growth plan and strategy for how we'll meet growth targets and updates on any store-specific changes that might impact our growth plans.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

There are peaks and valleys, but it is also predictable and unpredictable based on the seasons as well as the needs of the business. For example, the seasons are key shopping timeframes (e.g., back to school, holidays, Mother's Day), so seasonally

we know we will get more shoppers during key timeframes which means we will acquire more members so we want to adjust our growth plan based on what we see because shopping habits change. If there was a major store that closed doors for a month, which caused us to change plans, that may also affect future dates or immediate plans. So its almost like what is happening on the East coast, stores were closed for a month, but we need another store to absorb the revenue because the financial targets remain the same but we need other stores to acquire the members to achieve that.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

I want to say it is medium high. The impact is that someone else needs to make up for the difference. For example, if we don't help the teams (i.e., store teams) figure out how to meet their member targets, they may not meet their revenue targets the way we planned. So, additional adjustments may need to be made.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

I would say it is periodic, periodically it could be medium to medium high. Periodically if we can't get the data/metrics/financial targets in the timeframe that we need, which means that we have to work harder to meet deadlines.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

At this point, because we are a new function and we are developing this growth model, we are learning as we are figuring out what this model should look like and what is needed in the model specifically for stores and cities because they need a different view than digital platforms. Digital platforms look at it from a gross sales view, but stores look at it more consistently from net revenue.

**34. To what degree does your work involve high time pressure? Please explain.**

Medium, sometimes reporting and analyses (i.e., the growth plans) are needed sooner than we initially planned.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

I haven't experienced this yet. Our group hasn't been in existence for a year yet, so people don't know enough yet.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

I mostly do. I know what I am supposed to be doing and why. But, there is still grey area with how some of the work gets done because it requires collaboration with other teams that are also still working through the new processes. So, in my title, it says Cities and Stores. We haven't yet worked with our cities on what a growth plan looks like because we don't know what it is supposed to look like. We are working on that.

**37. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**38. In what way is creativity required to perform your current job effectively?**

How we will communicate with our partners who are not solely focused on data. Also, coming up with ideas of how we can collaborate to drive member acquisition.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if**

applicable (use "Other" box).

Never

Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.

41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?

42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?

In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.

## 9. Section 5: Decision Making

43. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?

What the growth plan targets are and how we collaborate with other functions to achieve those targets. If this was done poorly, we would have less Nike members and more guests (i.e., non Nike member who shops at the store but we don't recognize them in the store), which means we know less about our consumers.

44. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?

I do, and it is to develop the strategy to help store teams achieve their member growth plans.

45. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?

I do not.

46. Do you have any involvement in managing budgets?  If yes, what is your role?

I do not.

47. What level of authority do you have, including making recommendations, to hire employees, if any?

I have a say, but I am not the hiring manager.

48. What level of authority do you have, including making recommendations, to determine employee promotions, if any?

I don't know.

49. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?

I don't know. But I don't think I have any since nobody directly reports to me and I am not the hiring manager.

50. What level of authority do you have, including making recommendations, to terminate employees, if any?

I don't think I have any authority.

51. Are you authorized to sign legal documents, such as contracts, on behalf of the company?

Other: I don't know

52. Please explain the type of legal documents you are authorized to sign.

I don't know in this role.

53. How frequently do you sign legal documents on behalf of the company?

Never

**54. What is your spending limit without seeking approval?**

I think it depends on what the spending limit is for. There is one for gifts (~$35-$50), there is one for travel (depends on the city you went to but includes daily meal allowance), these are the two I can think of off the top of my head.

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I am assigned work by my manager and I determine my own assignments, so both.

## 10. Section 6: Supervising Others

**56. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**57. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Yes

**58. How many Nike employees <u>indirectly</u> report to you?**

Currently, one.

**59. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

Their job title is the Manager of Member Growth Planning for City and Stores, and the job they perform is creating the growth plan and model for stores and also, working with analytics and store teams to align growth plans and models.

**60. How do you supervise the work of those who <u>indirectly</u> report to you?**

We have regular touch-bases to review progress of work.

## 11. Section 7: Experience, Training, and Education

**61. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I was a Project Manager for a commercial sign company for 2 years. I did work at Enterprise Rent-a-Car (don't remember the job title but I wasn't a manager) for about a year and a half. Prior to that I worked as a Case Worker for a non-profit for people who had minor misdemeanors and parking tickets, and I was there 3-4 years.

**62. To what degree has your prior work experience been helpful for performing your current job?**

I do want to say it tried to help me understand people and where they are coming from, not just at face-value or working people. There is more to people than just a job.

**63. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

The project management in regards to tracking against timelines, staying organized, and communicating with people from various backgrounds.

**64. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: Lateral move from another job at Nike

**65. What job titles have you held at Nike prior to your current job?**

I was a Product Presentation Specialist, Retail Brand Manager, Program Manager Dick's Sporting Goods, Program Manager for Men's Training, Director Marketing Nike Factory Stores, and now I am in this current job.

**66. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Knowledge of paid media and member programming and marketing.

**67. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Job experience and coaching.

**68. What is your highest educational level?**

Bachelor's degree

**69. In what field of study is your highest degree?**

Sociology.

**70. How, if at all, has your education been helpful for performing your current job?**

How to communicate with people from different backgrounds.

**71. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None.

**72. How have these qualifications been helpful for performing your current job?**

N/A

---

## 12. Section 8: Working Conditions

**73. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: Office at Nike HQ.
Post COVID: Work from home so far.

**74. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**75. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**76. How many hours do you work in a typical week?**

Probably 48 hours each week.

**77. To what extent do your work hours vary from week to week?**

Not much.

**78. How many days do you work in a typical week?**

5

**79. To what extent does the number of days you work vary from week to week?**

It doesn't change.

**80. To what extent do you control your work schedule such as where and when you perform tasks?**

I control it about 90% of the time. If something comes up that needs to be prioritized that is not on my radar, like an unplanned meeting, so my focus needs to change.

**81. What time do you typically start work each day?**

7:30am.

**82. What time do you typically end work each day?**

5:30-6pm.

## 14. Section 10: Extra Roles

**83. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

No.

**84. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

No.

**85. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**86. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

Not yet, that is what I don't know because I haven't been on this team long enough.

## 15. Section 11: Changes to The Job

**87. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

No.

**88. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes, the development of the actual growth plan takes more time now because we have the team members to focus on it. Member growth was a new function, so our team was focused on digital platforms initially as we determine what was needed to growth plan for stores.

**89. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

No.

**90. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, we added store net revenue to our Tableau dashboard for quicker visibility into data needed to growth plan and analyze.

# Nike Job Analysis Interview

Response ID:77 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

72

**2. Interviewee Name:**

Walker-Purdy Sandra Michelle

**3. Employee ID**

▊

**4. Interviewer Name:**

Samantha Stelman

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

My major responsibility is supporting HR Technology Solutions from identifying vendors to vendor implementation of solutions. Specifically around HR Technology, it is around compensation, learning, and talent. I have a team, so I am a people manager - and I have direct reports who I oversee and manage work for.

**6. What tasks do you spend the most time performing?**

Answering questions and directing people to the right place... I've been at Nike for a long time, so a lot of what I do is getting people to the right place or answering questions or helping ensure that we're connecting the right dots. I spend a lot of time doing that. Also, decision making... Like sitting in steering committees or understanding what we're doing and if we're going down the right path of solution implementation.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

There are two things... The most important work I do is being a people manager - but sometimes I don't have the right tools or capacity. But I think the way that I can support Nike the best is ensuring my team is supported. The other thing that I think is the most important is making sure that when we are purchasing a solution, we are not purchasing or building something we already have. So a big part of my job is when I know that another team has something, that that is on my radar so I can make sure that we don't duplicate work. For example, bringing in another vendor to do x when we already have a vendor that does that.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

From a people manager perspective, it is important because the way we get work done is our people. They need to understand the strategy, vision, and be supported to get the work done. And as far as making sure that we not duplicating efforts, that is time and money to Nike - and not spending money on the same thing in a slightly different function.

**9. How frequently do you perform these important tasks?**

Every day. That goes for both the people element and making sure work efforts aren't being duplicated.

**10. What are the most complex aspects of your job?**

Getting alignment... I think sometimes there is not clarity on who has the decision making rights, and there is a lot of time spent

on getting everyone aligned - on how we want to do it, knowing who can make the decision, and being able to move forward.

**11. What are the specific performance goals you must meet to be a high-performer?**

It is probably driven by what work I am delivering. It is large programs, are you implementing them, are they successful, are they running on track? I think about this in terms of the CFE process... Do you have critical and highly visible deliverables? It is the larger, more impactful programs to Nike. I'm not held to the KPIs and if we hit those.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

For each project and my job overall, I do have a budget that I am held to, I have resources, and I track against dates that we have to meet.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

A lot of my success in my role is because I've been at Nike a long time, and I have developed relationships, and I know who to go to if I need something or have a question.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Email, PowerPoint, Excel, JIRA, Word, Relay (how we allocate time to a project, project allocation hours), ServiceNow... And the tools my team supports - SuccessFactors (compensation and onbooarding), Degreed (learning tool), NikeU (learning tool)... Those are HR tools.

**15. What job title or titles will be next in your career progression?**

Based on my job title today, as a Director, the next career progression would be a Senior Director OR moving to another area within Nike.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I don't know that we have that officially outlined, but for me personally, I would say... This is a tough question. For me personally, I think I would need to focus on my story telling, my executive communication, and financial management (more ownership in larger budgets).

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

No

**22. How, if at all, does this area of specialization shape the work you perform?**

N/A

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

I work on anywhere from 5 to 15 teams at a time.

**25. How many people are on each team?**

Anywhere from 10 to 100 people

**26. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

There are probably three teams that I interact with the most: Compensation, HR Modernization, and Learning.

**27. Who are the members of your primary team by job title and what work do they do?**

Compensation consists of the following groups: Comp, COE, and Comp Ops. The Comp COE sets strategy and Comp Ops operationalizes the work. HR Modernization consists of all of HR and external vendors. This is a multi-year implementation, so it is strategy and changing the way we manage employee data at Nike. And Learning is Learning, COE, and Learning Ops. For Learning, Learning COE sets the strategy and Learning Ops operationalizes the work.

**28. What do you specifically contribute when you work with your primary team to complete work?**

My specific contribution is leadership, guidance, and oversight to the technology solutions - and that is for all three of the "primary" teams listed above.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It is always busy. There is a lot of effort to make it predictable, but it often turns unpredictable - so we have to be able to react quickly.

**30. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

I care about the quality of what I deliver and what my team delivers. But in thinking about what would happen if we didn't - sometimes, not much... But other times, a consequence could be that someone isn't paid correctly. So it depends. It could depend on so many different factors - but I'm trying to simplify and say "it's not like we're in the operating room and someone

will die on the table" - but it is someone's payroll, someone's job offer. So precision is important, but it isn't life threatening.

**31. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

I think my job is stressful most of the time... But sometimes there is a healthy level of stress. And that stress comes from managing a large team and things happen in their lives (so you support your team as life is happening around them), and making sure we are focused enough to deliver strategic solutions for our company. So it is stressful, but sometimes I think we create some of the stress (not having the right processes to connect dots, etc.). Sometimes there is stress caused by recreating processes. For example, we have a process but we have a reorg - so we have all new people in positions - so we create a new process because it is all new people. So instead of having processes that are more sustainable, we sometimes recreate processes and I think that can add stress.

**32. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

I think the most stressful aspect of my current work is supporting my team through a pandemic. It would be a different answer in a different year. But they're dealing with family members getting sick or dying - so right now, that's the most stressful aspect of my work.

**33. To what degree does your work involve high time pressure? Please explain.**

Not very much... Typically if I need to do something, I have enough time to do it. It is an exception to have something given to me and I have to do it in a quick turnaround. It's not very often that I get a major deliverable that I need to do in an unreasonable amount of time.

**34. To what degree is your work impacted by unexpected disruptions? Please explain.**

This happens more often, because I think we often have to revisit our strategies... What I mean by that, for example, reacting to a pandemic and having to work fully remote. But there are things that happen in our business. For example, when we sold one of our affiliates (Hurley), there are certain things that we can't necessarily plan for. So it seems like we have to react often to strategic changes. We do thoughtful AOP (strategic) planning, but it doesn't seem like we always hold true to that.

**35. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

I think my role is clearly defined. I also think that it changes over time, as we have organizational changes or strategic changes or have new leaders join our organization. I do understand what is expected of me.

**36. To what extent is creativity important to perform your current job effectively?**

Critically Important

**37. In what way is creativity required to perform your current job effectively?**

How to resource, how to do things with less money, how to make stakeholders happy... So I am constantly thinking creatively about how to make everything happen with limited resources (e.g., get creative with how to spend my budget).

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: pre-covid: a few times a year, post-covid: never

**40. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

pre-covid: It would be internationally to Nike locations or domestically for conferences. I've had like 10 trips, but they were all to different locations (2 to Europe and others to Las Vegas, Florida, Bend, etc.)

**41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

5

**42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**43. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

pre-covid: 5% includes the travel that was listed above
post-covid: 100% from home office

## 9. Section 5: Decision Making

**44. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decisions, I think, are around choosing technology solutions and how I support my employees. The reason technology solutions are important goes back to ensuring that we are solving strategically for Nike. And from my employee perspective, it is more just helping them with day to day work - but the reason that is important is because employees need to feel supported.

**45. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

I think I more take the strategy that is outlined and bring it to life. As I say that, there are areas that I focus on that I help influence strategically where we want to take - for example, learning with our developer. In my mind, there are multiple levels of strategic development and planning. And I would say I do have a say in some level of strategy - even how we set up resources within my team (I think that is strategic).

**46. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Probably not. I am loosely involved, but probably not. For example, we have a policy that says we need to protect employee data. So I help enforce that and ensure my team does it, but probably not developing any policies.

**47. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes. I support managing our headcount budget within our team, as well as budgeting for contracts with vendors and project implementation budgets.

**48. What level of authority do you have, including making recommendations, to hire employees, if any?**

I interview and hire employees. I have open positions and can hire employees. I sit on panels and make recommendations for other people. I have my own positions and provide input on other positions.

**49. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I make recommendations, but I don't get to decide. We don't have a good process for being able to recommend and to have it happen. I currently have someone I have wanted to promote for a long time and I have not yet been able to make it happen.

**50. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I think I have full authority. For example, I had someone I put on disciplinary action and I consulted with my HR partner... But outside of making sure I document everything, as a manager, I think it is my decision to take disciplinary action against an employee.

**51. What level of authority do you have, including making recommendations, to terminate employees, if any?**

Same answer as above (#50). With alignment with my HR partner.

**52. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**53. Please explain the type of legal documents you are authorized to sign.**

Vendor contracts

**54. How frequently do you sign legal documents on behalf of the company?**

A few times per year

**55. What is your spending limit without seeking approval?**

I wouldn't sign anything without ensuring it is already accounted for in our budget and following the governance process. But I think I have authority with my band level to sign for $500,000.

**56. Are you assigned work by your manager/leadership or do you determine your own assignments?**

Probably both. I think there is some work that my leader gives to me, but for the most part, I know my area and I manage my work within my scope.

## 10. Section 6: Supervising Others

**57. Do any Nike employees <u>directly</u> report to you?**

Yes

**58. How many Nike employees directly report to you?**

12

**59. What are the job titles of the employees who directly report to you and what work do they perform?**

I'll generalize a little (some job codes have not yet been updated since people moved to my team). I have 3 BSAs (business system analysts), 2 product owners, 2 architects, 2 scrum masters, 2 engineers, and 1 release lead. The BSAs gather detailed requirements. The product owners prioritize and manage Agile teams. The architects architect solutions. The scrum masters make sure that we follow Agile practices. The engineers develop and code. And the release lead manages our environments and our release timing for solutions.

**60. How do you supervise the work of those who directly report to you?**

I have 1:1s every week with each person on my team. We also do demos for solutions, so I attend their demos when they build something (to see the work they've done). We have quarterly planning that we plan and commit to the work we need to deliver to our business. Quarterly planning that we do is broader (with the whole team) and then we have weekly checkpoints on our commitments.

**61. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**62. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I worked for an accounting firm for 7 years. I worked for a company that acquired other businesses, so a lot of my work was absorbing those other businesses and aligning their processes to our processes and supporting payroll and tax preparation and quarterly taxes for businesses and W2 processing. Then I worked in the medical field for 7 years and did everything from HR processes, defining policies, hiring, managing the business, to billing and collecting insurance claims.

**63. To what degree has your prior work experience been helpful for performing your current job?**

I think they were both very helpful - learning HR processes and employee management and understanding financial management overall and aligning processes when we merged. The accounting firm I worked for bought like 4 or 5 firms while I worked for him, so aligning those processes was a really helpful experience.

**64. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

All of what is above is helpful from a knowledge perspective. I would add the people element - relationship management and customer service. I think those are so important and I would say I learned a lot of that in my previous work and brought it to Nike.

**65. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**66. What job titles have you held at Nike prior to your current job?**

BSA (business systems analyst), QM (quality management) lead, QM manager, HR tech manager, and then to my current role

**67. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

I've been at Nike for 17 years and have learned so much. I don't know where to start. I have learned about systems, people, brand, passion, sustainability, what our company does to give back to the community. I could go on and on.

**68. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job experience, coaching, and mentoring. No formal coaching or mentoring, all very informal.

**69. What is your highest educational level?**

Some college, no degree

**70. In what field of study is your highest degree?**

My focus was business administration.

**71. How, if at all, has your education been helpful for performing your current job?**

It was all helpful - building business plans and financial management and psychology/working with people... And presentations, how to tell a story.

**72. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

SAFE (scaled, enterprise-level Agile - taking basic Agile and scaling it for a large organization) and Agile training.

**73. How have these qualifications been helpful for performing your current job?**

It is being able to support. We moved to Agile recently, so it has helped to support adoption, to grow and bring others on the

journey.

## 12. Section 8: Working Conditions

**74. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

pre-covid: I was in multiple building at Nike HQ, and that was because my desk was in one building and my stakeholder were in other building. And post-covid, I have worked from home.

**75. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**76. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**77. How many hours do you work in a typical week?**

maybe 50

**78. To what extent do your work hours vary from week to week?**

It is pretty much the same

**79. How many days do you work in a typical week?**

Other: Officially 5, but I catch up on the weekends

**80. To what extent does the number of days you work vary from week to week?**

Pretty standard, doesn't change

**81. To what extent do you control your work schedule such as where and when you perform tasks?**

I think I control it, I just don't turn it off.

**82. What time do you typically start work each day?**

7am

**83. What time do you typically end work each day?**

5 or 6pm

## 14. Section 10: Extra Roles

**84. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

It is not formal, but I am always available if people reach out for career questions or informal mentoring. That is random, but over the years I have become well connected, so there are a lot of questions (are you hiring? is your team growing?). So it is informal, but I am always happy to support people.

**85. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

I've been here 17 years, so yes I have done stuff like this - but I would struggle to recall all the details. There was one years ago where a Tiger team was put together for us to rethink how we worked in Technology (I think I've been on projects like that multiple times). So projects have come up that I have given time to beyond my normal job... But how much time I spent, I don't think I could list them all.

**86. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**87. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

We support annual events, like our bonus process. That happens every year. We have year-end, that we have to close out and get ready for our payroll activities. We support peak hiring times (like going into the holiday season).

## 15. Section 11: Changes to The Job

**88. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

This one is really hard for me, because my job has changed a lot. This goes back to what I said earlier... People leave, we have new leaders come in, and things shift. And then we had a reorg, where other work came over to me. So yes, the tasks have changed - and what has changed them has mostly been reorgs or different leaders coming in.

**89. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

The time I spend has changed based on how strategy has changed at Nike. For example, learning wasn't as big of a focus as it is now - so the amount of time I spend on learning has changed as a result of our strategy.

**90. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes. I would say because we moved to Agile and back to an earlier comment, processes sometimes aren't built in a sustainable way. For example, how we do intake of work has changed.

**91. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes. Again, this is back to us moving to Agile - so we brought on Version 1 and then we decided to move away from Version 1 and move to JIRA. And there are other examples - like we used to use Relay for all of our project management, and now we only use that for timesheet processing. Another example, we moved from SharePoint to Box. (All valid reasons for those moves, but it creates change for us all.)

# Nike Job Analysis Interview

Response ID:78 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

73

**2. Interviewee Name:**

Karen Doyle

**3. Employee ID**

█████

**4. Interviewer Name:**

Elizabeth Arnold

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

My group is F&PT (finance and procurement technology). I am a Software Engineering Manager and I am responsible for 2 teams of engineers. I make sure that they deliver quality work per defined timelines. I am also responsible for their individual and team health, career growth, and being their coach and leader. I perform hiring and onboarding of engineers. I am involved day to day with my team/squads. I have 5 employees and 6 or 7 contractors. My role is to be their advocate and hands off manager but be involved in daily stand-ups and ceremonies (meeting that we do as part of using agile scrum framework). For example, a ceremony may involve backlog grooming and backlog refinement, which occur on a regular basis and have defined outcomes and structure. I listen during meetings but it is not my job to run the meetings. I am there for support and help with issues. I am not a hands on technical person so really my role is to make sure they are all happy. I don't help them do the mechanics of their jobs because I am not an engineer. I make sure they have what they need to do their jobs. This includes stepping in during meetings when they need me to. The goal of my team is to deliver software enhancements that support roadmap initiatives that support North America digital retail. We have done 18 months of remote work. I have been hiring contractors that are in different physical locations, so my biggest responsibilities is to keep team health. I have had 0 attrition. I build relationship with each person so that they can show up to work and do the technical, specialized work that they do. If we hadn't had Covid, then maybe my job would be different. My role as a manager is a lot less technical than my peers in the same job. My work is less technical. I rely on the team for the expertise while being their advocate. This is where my role is different that my peers. They are more deep into weeds of the technical work.

**6. What tasks do you spend the most time performing?**

I spend the most time attending meetings and ceremonies and listening to the discussion and ensuring that the team is working well together. I am providing feedback during these meetings. Another task would be one on one meetings with all of the FT employees once a week, and contractors once every 2 weeks. I help my employees with goals and career path work, which involves listening to them in terms of where they want to go and coaching them to get there. I also spend time attending cross-functional meetings with other groups about the work that my team is performing. I spend time reviewing forecasting, timesheets, salaries, and promotion paths.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

The number one task would be having one on one meetings with everyone that reports to me. Connecting with them, listening to them and making sure that they know that I am their advocate to help them grow in their careers is important. I am also encouraging team members to get training and helping them with work/life balance.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

These tasks have the biggest impact because their result in happy employees and contractors who will stay with the company and stay in their jobs. This helps with retention. I make sure employees feel valued, which helps them work harder, perform better, and stay and grow in their career in Nike. Because employees are feeling this way they are able to deliver high quality work which is required to grow our business.

**9. How frequently do you perform these important tasks?**

I perform these tasks daily. I meet with different people each day.

**10. What are the most complex aspects of your job?**

Nothing complex comes to mind. Because of Covid and because of the focus on keeping everyone stable and happy with mental health for the past 18 mos, I haven't had the opportunity or the ask to take on anything new or different and I feel like I have just been trying to "keep the ship afloat".

**11. What are the specific performance goals you must meet to be a high-performer?**

To me high-performer means going above and beyond the basic expectations of the job. In order to be hi-po, you need to be innovative and invent something new that hasn't been done before. Just doing your job does not make you a high performer. Specific performance goals that I need to meet would include successfully ensuring that my team is ready for the holiday season. This means that our software is able to handle black Friday holiday volume of sales transactions in Nike stores in NA without failures. My team does backend processing. Sales transactions come through integration links that have to be done in certain amount of time.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

The primary metric that I have on my goals each year is to make sure that there are no SL1s in production (this means no high level system failures that shut down the business). Also, successful month end close and quarterly and year end close. Our systems are primarily handling financial data, and this gets reported to the stock market.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

My KSAs would be knowledge of software development methodology and knowledge of agile scrum. Agile scrum is a framework for delivering work that allows a small team to plan their work in doable pieces that they can adjust and work on highest priorities. This is iterative and we can change. Only plan 2 weeks in advance so that we can shift as needed. They can break up tasks amongst the team. There is no project manager for scrum, they have scrum master. This is in contrast to waterfall technology practice, which is focused on deadlines and longer term planning. I need to have a basic understanding of retail business practices and financial practices, as well as familiarity with SAP or other large ERPs (Enterprise Resource Planning). Also management experience.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

I use the Microsoft Office Suite, Slack (can have groups of people or named group), Zoom. Internal websites (confluence, box, Google Docs). Nike Zero (training), Nike Success Factors for hiring and HR. Service Now for approving and tracking work, JIRA for all of the work that the team is working on (use the JIRA board daily), Trello board (track work that is to be done, in progress, waiting for someone or done). My team uses a lot of other programs.

**15. What job title or titles will be next in your career progression?**

Within our IT org, I am being promoted to being a Director. I did not think this would happen because I have been a manager for 15 or more years and I have often been asked to fill-in for a Director or do Director work, but I have never been promoted. This is my next step.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

To move into Director role, I need to demonstrate that I can perform strategic thinking, budgeting, and forecasting, as well as have influencing skills and management skills.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

Other: Global

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Yes, my work would be different if I was assigned to different geography because I would work with different systems (software) and different people. There would be no change to managing the team or my objective of making sure they are happy.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

SAP Retail North America is my specialization. I have been involved with this system since we implemented it at Nike in 2009.

**23. How, if at all, does this area of specialization shape the work you perform?**

I have continued to be involved with SAP Retail North America in terms of engineering, production support, quality, and implementation.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

I work on 2 teams.

**26. How many people are on each team?**

One of my teams has 5 people and the other has 12.

**27. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

I work with the two teams equally.

**28. Who are the members of your primary team by job title and what work do they do?**

My team members are engineers. Both teams are the same. Each one has a scrum master and a product owner. One team has multiple product owners. The Scrum Master runs the schedules and the team ceremonies and provides coaching on agile practices. The Product Owner (PO) works with "the business" (financial planners and the users of the system they want us to enhance and make work for them) to understand what work needs to be completed and prioritize the work for the team. The Engineers analyze the work and create stories (the tasks in JIRA) to represent all of the work that they are going to need to do. The Engineers also design, develop, configure and test software code, and then they work with the business to have it approved (User Acceptance Test- UAT). Once this is complete the Engineers promote the code to production. Engineers also have to document what they changed and meet SOX compliance.

**29. What do you specifically contribute when you work with your primary team to complete work?**

I do not get technically involved with the work on my team. I do not help with design or testing. I am contributing to the team by making sure that members have what they need to do their jobs and removing roadblocks. For example, if another team is not giving us what we need, I can escalate and resolve. I also support engineers if too much work is being asked for. I will work with scrum master to understand and help the team needs if they require a change a process. I review and approve change requests to production in Service Now. I share status and accomplishments upward to my director for team recognition. I attend quarterly planning and assist with gaining clarity if the team needs help from another team that they are dependent on. I also listen to status and work updates and then contribute by providing feedback and asking questions about work to gain clarity.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

There are some distinct peaks in my workload and the rest if fairly even. At CFE (coaching for excellence) review time I need to help team members prepare their goals. This includes annual performance reviews (APR) which are in May and June and involves year end salary adjustments, collecting feedback (360 degree) and ratings of people.
Holiday season is also busy because we are ensuring that we have stable system performance.
Managing vacation and absences and conducting mid-year reviews is busy.
These peaks are all predictable.

**31. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

For my team precision is critical but for the things that I do the only place that precision applies is if I am hiring someone or going through APR (annual performance review). If this was not precise then I would be told I was over budget and I would need to adjust salary. If my team made a mistake the consequences to Nike would be severe. Otherwise my work is more subjective and not about calculating things.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

My work is moderate stress and periotic because we have been living with uncertainty with global tech reorg for over a year and it is now happening (last week and this week), as well as Covid. I have had stress regarding what will happen to my job, wondering if I will be laid off. My team has had questions and want the latest updates as well. I feel fortunate that my team has been stable and no one has left so this is not stressful. But the management through the pandemic has been stressful in terms of unknown, health (team member families abroad) and anticipating announcements that Nike will make regarding plans. There are three plans being announced. Global Tech Reorg (which if finally happening). I still don't know what is happening

to my team with this. Managing through Covid return to work and relocation. (This is significant because I have hired some people who live outside of Oregon). Also Nike's take on work life balance. Leadership is overdue announcing another change in August which was delayed and we don't know when this will be. Waiting is stressful.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

I have had stress regarding what will happen to my job, such as whether I will I be laid off. My team has had questions and want latest updates as well. I feel fortunate that my team has been stable and no one has left so this is not stressful. But the management through the pandemic has been stressful in terms of unknown, health (team member families abroad) and anticipating announcements that Nike will make regarding plans. There are three upcoming plan announcements. Global Tech Reorg (which if finally happening). I still don't know what is happening to my team with this. Managing through Covid return to work and relocation. (This is important because I have hired some people who live outside of Oregon and they may have to move). Nike's take on work life balance. Overdue announcing another change in August which was delayed and we don't know when this will be. Waiting is stressful.

Also, we would like to hire some of our contractors to FTEs but it has not yet been approved and there was a change made to our contracting policy that contractors that have worked for me for several years will all need to roll off over the next year and contracts cannot be extended. The global tech reorg and Covid restrictions will contribute to giving clarity in terms of what we are going to do. Nike froze all salary adjustments during Covid. We should start getting more clarity as we come out of global tech reorg.

**34. To what degree does your work involve high time pressure?  Please explain.**

Nothing stands out in my work as high time pressure. My days and weeks are pretty predictable and I am rarely asked to turn something around in an unreasonable amount of time. If something new comes up I can plan. There isn't a lot of time pressure.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Unexpected disruptions are minimal due to the agile frame work that everyone in our department embraces. We have specific processes in place to address this. If new work is requested of my team we have a process for taking it on and determining priorities. My team is protected from disruptions. My director works the same way with me. It is rare that my director would bring up something unexpected. We are polite and respectful with one another. People are not expected to take on unexpected work, it is not consistent with department philosophy. People can get in trouble for taking on unexpected work.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

My role is very clearly defined. I know what is expected of me. My manager and I have a meeting once a week. I have my CFE (coaching for excellence- goal setting process) goals, and a job description. My manager talks to me about what he expects of me. I have been doing this for several years with the same team so I am clear on what is expected.

**37. To what extent is creativity important to perform your current job effectively?**

Important

**38. In what way is creativity required to perform your current job effectively?**

Creativity is important because I am always looking for new and better ways of working with the team and motivating them. I am expected to help energize and motivate the department when we have weekly Zoom meetings and my manager asks me to participate.

For one of my teams we have a weekly coffee chat as a way to connect outside of work.

I also try to be creative with how we solve problems that may be there because of scheduling conflicts with things that are shifting and downstream issues.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

20

**42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**43. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

For pre-Covid, we worked at HQ but were at home every Friday (all teams). During Covid it is all working from home.

## 9. Section 5: Decision Making

**44. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

One decision would be hiring FTEs and contractors. My scope of responsibility is very unique and specific and it is extremely hard to find and hire qualified candidates. Takes 3 mos to fill an opening. Consequence if we don't hire the right person is that we are wasting everyone's time.

**45. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

I have no involvement in strategy because my manager does that.

**46. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

I do not have much involvement in developing policies or procedures today. In the past in my current role about a year ago I was working on SOX policies and procedures and I was responsible for editing them.

**47. Do you have any involvement in managing budgets?  If yes, what is your role?**

No, I do not manage budgets. My manager manages budget.

**48. What level of authority do you have, including making recommendations, to hire employees, if any?**

First, the position has to be approved by HR. Once this is done I have the authority to hire anyone who is going to report to me.

**49. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I provide input regarding employee promotions but I do not make the final decision on raises or promotions.

**50. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I haven't had to impose disciplinary action in my current role. I believe I have authority to make recommendations and decide if it was needed for people who report to me.

**51. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I haven't had to terminate anyone in my current role. I believe I have authority to make recommendations and work with HR

and my director. I am not sure but assume someone else would make the final decision.

**52. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**53. What is your spending limit without seeking approval?**

I don't know my spending limit.

**54. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I am assigned work and determine my own assignments. Mostly I determine my own work based on very broad guidance but I am also assigned specific work.

## 10. Section 6: Supervising Others

**55. Do any Nike employees <u>directly</u> report to you?**

Yes

**56. How many Nike employees directly report to you?**

5 employees report to me.

**57. What are the job titles of the employees who directly report to you and what work do they perform?**

One is a lead engineer and this person provides architectural guidance and technical leadership to the my team. The other four are all senior engineers and they are individual contributors who design, configure and develop and test software code per our roadmap requirements.

**58. How do you supervise the work of those who directly report to you?**

I supervise by attending daily team standups (everyone reports what they have been doing and what they are going to do, they also report any blockers that I can help with), and other ceremonies. I also have weekly one on ones.

**59. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**60. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I came to Nike right out of Graduate School. I was with Nike for 1.5 years as a contractor then joined as an FTE and that 28 years ago.
I worked at Macy's during college as a sales associate and at Benetton.

**61. To what degree has your prior work experience been helpful for performing your current job?**

I worked at Macy's during college as a sales associate and at Benetton. This gave me insight into sales and retail so when I came into the retail division I already knew some of this stuff.

**62. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

From my prior work experience I learned the basics of retail store operations (e.g., inventory, sales, store closing).

**63. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**64. What job titles have you held at Nike prior to your current job?**

Other job titles I have held include: Quality Engineering Manager, Project Manager, Senior Business Systems Analyst, Operations Assistant, Administrative Specialist, Assistant to VP.

**65. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

I have been at Nike for 28 years and I have learned about software implementations, quality, development and I have learned about management. Early on I worked on implementing an ERP system. While at Nike I earned a certificate in project management and I was trained in scrum practices. These activities things come together to allow me to be engineering project manager.

**66. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

While at Nike I had formal training in project management (at Portland State University), scrum agile practices (Nike), software development (Nike) and a lot of on the job experience in multiple roles as well as coaching and mentoring from various bosses over time.

**67. What is your highest educational level?**

Other: Bachelors plus some graduate school (didn't finsh)

**68. In what field of study is your highest degree?**

Psychology

**69. How, if at all, has your education been helpful for performing your current job?**

I learned research and analysis skills in psychology by working as research assistant, I learned to use spreadsheets and data management. I gained insight into social relationships and interactions through curriculum and being a research assistant that set me up well to understand how technology helps people do a job and understanding how people work together.

**70. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

While at Nike I had formal certificate in project management (at Portland State University), certified agile scrum master (Nike) and training on rational unified process (Nike)

**71. How have these qualifications been helpful for performing your current job?**

My qualifications have provided knowledge and background that I use everyday about how to work with all of these areas. I use use this daily and having the certification helps me gain respect.

## 12. Section 8: Working Conditions

**72. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in**

multiple settings? Please provide a separate response for pre/post Covid if applicable.

Pre Covid I worked in an office at Nike HQ and during Covid I work at home at my desk.

**73. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**74. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**75. How many hours do you work in a typical week?**

I typically work 40 hours per week.

**76. To what extent do your work hours vary from week to week?**

My work hours do not vary from week to week.

**77. How many days do you work in a typical week?**

5

**78. To what extent does the number of days you work vary from week to week?**

The number of days I work per week do not vary.

**79. To what extent do you control your work schedule such as where and when you perform tasks?**

I control my work schedule moderately. I feel that I have a great deal of flexibility. There are certain meetings I have to attend but other things I can control.

**80. What time do you typically start work each day?**

At 6:30am I read email each day, then I work at my desk starting at 8am.

**81. What time do you typically end work each day?**

I end work at 3pm most days to be with my kids, then I log back in later and see what else I need to get done.

## 14. Section 10: Extra Roles

**82. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I do not really have any additional responsibilities at the moment. However, I have stepped in to cover for other employees when their was a layoff (e.g., scrum master) for a few months at least twice.

**83. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

I have not performed any temporary special projects in my current role.

**84. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

I do not hold any public-facing roles.

**85. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

There are tasks that I perform during certain times of the year. We have holiday readiness to ensure that the system can support black Friday. To accomplish this we have extra meetings to review performance. In addition, we have the CFE (coaching for excellence) process twice a year.

## 15. Section 11: Changes to The Job

**86. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Can't think of anything substantial in current role. Some meetings have been eliminated, but within ebb and flow or working together. Not as if my JD changed.

**87. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

I probably become faster and more efficient at certain things, but nothing significant.

**88. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

None.

**89. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Technology has changed. We used to use email for communication, but now use Slack. Used to have sharepoint, now use box. Tool called Aha that is used for road mapping which is new.

# Nike Job Analysis Interview

Response ID:79 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

74

**2. Interviewee Name:**

Schlauch Natalia

**3. Employee ID**

██████

**4. Interviewer Name:**

Noel Williams

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

The first responsibility to create a merchandising strategy and lead the Women's Performance Merchandising Team in achieving that strategy to best serve our consumer. Second responsibility is to develop my team so that they are equipped with the right knowledge and skills to achieve their longterm career goals. Lastly, my responsibly is to partner cross-functionally - to achieve our broader team goals and drive results.

**6. What tasks do you spend the most time performing?**

I have to be honest, I spend a lot of time in meetings to align cross-functionally as well as with my team to either give direction or provide development.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

There are three: The first one - is the time building the strategy and bringing along cross-functional partners to support that strategy. Secondly, the time that I spend developing the team. Thirdly, making time for myself to focus on my own development so that I continue to grow as a leader within the brand.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

The strategies are critical to our longterm success, so that the teams know where we need to move. Also the development piece is critical because without strong talent, we would not be able to achieve our goals. There would be low engagement within our workforce.

**9. How frequently do you perform these important tasks?**

From a strategy building perspective, I'd say monthly. Focused team development is quarterly. Self development is monthly.

**10. What are the most complex aspects of your job?**

The most complex aspects are navigating the matrix and absorbing all of the information that we have access to - to understand what is most critical.

**11. What are the specific performance goals you must meet to be a high-performer?**

My understanding is that to be a high-performer you not only need to accomplish your goals, but you also need to

demonstrate a high aptitude in the way that you approach achieving those goals (i.e.- behaviors), as well as exceeding those goals.

---

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

Since our reorg, we've talked a lot about aligned goals across functions. I haven't seen any published company-wide metrics.

---

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Within my role, there is a merchandising skill that is critical to understanding how to assort the consumer lead offers in a strategic way to meet our consumers needs. In addition, team leadership and clear and inspiring communication is essential to effectively meet goals. Lastly, crossfunctional collaboration and networking allow work to be done more effectively.

---

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Powerpoint, Keynote, Excel, and Tableau, Zoom.

---

**15. What job title or titles will be next in your career progression?**

Ideally Senior Director and Vice President.

---

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Enterprise strategy, digital acumen, and high profile communication.

---

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

APLA

---

**18. Do you know if the geography to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different geography?**

It's slightly different given the operating model within our geography.

---

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

---

**Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

---

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

---

**Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

---

**21. Are you assigned to a specific Product Line/Gender?**

Women's

---

**22. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

I don't think the tasks are different. The time and goals are different.

**23. Do you have any additional specific areas of specialization? If yes, what areas?**

Right now, the specialization is within Nike Direct.

**24. How, if at all, does this area of specialization shape the work you perform?**

It's the focus of 80% of our work.

## 7. Section 3: Work Team Structure

**25. Do you work as part of a team?**

Yes, I work as part of a team.

**26. How many teams do you work on at a time?**

6
My direct team - Women's Performance Merchandising Team in APLA
Women's Merchandisng Team in APLA
Women's Crossfunctional Team in APLA
Nike Direct APLA Team
Merchandising APLA Team
Nike Women's Team

**27. How many people are on each team?**

My direct team - Women's Performance Merchandising Team in APLA - 5
Women's Merchandisng Team in APLA - about 20
Women's Crossfunctional Team in APLA - about 30
Nike Direct APLA Team - about 200
Merchandising APLA Team - about 70
Nike Women's Team - about 400 (not sure)

**28. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

Women's Merchandisng Team in APLA

**29. Who are the members of your primary team by job title and what work do they do?**

Women's Merchandising Vice President - leads the team in strategy
Women's Senior Director Merchants - leading Performance and Lifestyle strategy and teams
Women's Merch Directors - leading merchandising for high volume and high complex classifications
Women's Merch Managers - leading merchandising for key classifications
Women's Merch Associates - supporting the merchants with both classification merchandising and tactical activities.
Dotted line teammates in our territories - merchandising women's leads. They are leading the territory merchandising gender teams.

**30. What do you specifically contribute when you work with your primary team to complete work?**

I contribute leading the team strategic merchandising vision as well as providing direction on daily initiatives and tasks.

## 8. Section 4: Work Characteristics

**31. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

The workload pattern is consistently heavy and fairly predictable. There's limited valleys within the work. Occasionally, we have unpredictable spikes.

**32. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

My role requires that I have a high level of precision in the direction that I provide my team, as well as the strategic priorities that I obsess. The consequence of not doing this well is that I would be focusing the team's time and energy on efforts that are not aligned to our goals. Ultimately, we would fail at serving our consumer and we would burnout the team.

**33. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

It is mid-intensity and constant.

**34. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

One aspect that's stressful is the lack of time to think, based on the amount of meetings that we are having. Two aspects that makes our work challenging are: Zoom culture - we are no longer together to solve problems. Meetings have to be scheduled, which generally take at least a half hour. Secondly, the reorganization that we went through. Decision-making is taking longer, as we are still trying to calibrate. Although the reorg tried to simplify our offense, we still have a matrix organization with multiple teams that we're part of. Therefore, it takes significant time to move forward.

**35. To what degree does your work involve high time pressure? Please explain.**

50% of the work is time sensitive.

**36. To what degree is your work impacted by unexpected disruptions? Please explain.**

Today, it would be approximately 35% of my work, primarily driven by continued refinement of our new offense , as well as misaligned calendars across functions.

**37. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

I feel very clear as to what my role is at Nike.

**38. To what extent is creativity important to perform your current job effectively?**

Critically Important

**39. In what way is creativity required to perform your current job effectively?**

There are three aspects within in my role where creativity is helpful: 1) Creating strategy and ideating for future vision, 2) Creativity in how I most effectively get things done. , 3) Creativity in how I engage and develop my team.

**40. How frequently, as part of your current job, are you required to physically exert yourself?**

Other: Low physical exertion, high mental exertion

**41. Please describe the work you perform that requires you to physically exert yourself.**

Lack of time to process and think. It requires your brain to always be functioning in ways that don't allow for creativity.

**42. What specific physical abilities are required to perform your current job effectively?**

Other - Write In: None

**43. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: PreCovid - approximately 3 times a year, Postcovid - zero

**44. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Precovid - Latin America, Asia, and sometimes within Oregon for offsites.

Postcovid - n/a

**45. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

5

**46. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**47. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

PreCovid - occasionally Nike offices worldwide

Postcovid - n/a

## 9. Section 5: Decision Making

**48. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Day to day Strategic Merchandising decisions that support our leaders' longterm strategic direction. It's important because we need to make sure that we are aligned to our leaders' goals. If we aren't aligned, we will be spending time and energy that doesn't support our longterm priorities. I also make decisions about how I want to partner with my direct reports and my crossfunctional partners to promote healthy team dynamics in a high functioning environment.

**49. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

My involvement is both crossfunctional brainstorming, as well as creating a merchandising strategic point of view.

**50. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**51. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**52. What level of authority do you have, including making recommendations, to hire employees, if any?**

Full authority to make decisions on hiring within my team and I also contribute to recommendations for hiring other teams that I'm a part of the interviewing process for.

**53. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I have the opportunity to make recommendations for my direct reports that identify if they are ready for a promotion.

**54. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I have the opportunity to make recommendations for disciplinary actions for teammates on my team.

**55. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I don't know.

**56. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**57. What is your spending limit without seeking approval?**

0 dollars.

**58. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I recommend my own assignments, but seek approval from my manager/leadership.

## 10. Section 6: Supervising Others

**59. Do any Nike employees <u>directly</u> report to you?**

Yes

**60. How many Nike employees directly report to you?**

4

**61. What are the job titles of the employees who directly report to you and what work do they perform?**

2 - Women's Merch Directors - leading merchandising for high volume and high complex classifications
1 - Women's Merch Managers - leading merchandising for key classifications
1 - Women's Merch Associates - supporting the merchants with both classification merchandising and tactical activities.

**62. How do you supervise the work of those who directly report to you?**

Frequent meetings with each of them individually, as well as team meetings.

**63. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**64. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

(most recent) 5.5 years - Target , as a Senior Buyer
4.5 year - American Eagle Outfitters, as a Assistant Buyer, Associate Buyer, Buyer

**65. To what degree has your prior work experience been helpful for performing your current job?**

Extremely helpful

**66. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Merchandising fundamentals
Partnering with Product Teams and Design
Understanding Retail math
Learning how to plan a business and tieback to financial goals
Presenting strategies to Senior Leadership

Leading teams

**67. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**68. What job titles have you held at Nike prior to your current job?**

Most recently I was the Senior Director for APLA Global Football, Specialty, and Equipment Merchandising
Prior to that, I was the Director for Jordan and Basketball Merchandising
Prior to that, Director of Marketplace Merchandising for Department stores general footwear for APLA

**69. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Navigating a matrix
Storytelling
Inspiring a team
Building consumer-centered strategies
Cross-functional leadership
Performance Apparel & Footwear knowledge
Sneaker culture knowledge

**70. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

All of the above - formal training, on the job experience, coaching and mentoring.

**71. What is your highest educational level?**

Master's degree

**72. In what field of study is your highest degree?**

Business Administration

**73. How, if at all, has your education been helpful for performing your current job?**

Honestly, it has helped with understanding the different aspects of running a business as well as a foundation for merchandising. I think school in general helps you learn how to work with others, meet deadlines and expectations.

**74. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None.

**75. How have these qualifications been helpful for performing your current job?**

n/a.

## 12. Section 8: Working Conditions

**76. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Precovid - Nike HQ office
Postcovid - from home

**77. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**78. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**79. How many hours do you work in a typical week?**

45

**80. To what extent do your work hours vary from week to week?**

75% of the time, my start and end time varies.

**81. How many days do you work in a typical week?**

5

**82. To what extent does the number of days you work vary from week to week?**

Never.

**83. To what extent do you control your work schedule such as where and when you perform tasks?**

60% of the time I control my schedule.

**84. What time do you typically start work each day?**

8:30 am

**85. What time do you typically end work each day?**

5:00 pm

## 14. Section 10: Extra Roles

**86. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

Mentoring others.

**87. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

Yes - CDA reorg task force, I spent 90% of my time for about 6 months working on this project.

**88. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**89. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

Quarterly I teach a class on campus to other employees.

## 15. Section 11: Changes to The Job

**90. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

In the past year, I was absent from my role on maternity leave for 5 months. From the time that I left, till when I returned - some of the meetings and deliverables had evolved based on the original intention of the reorg. For example, we were attending weekly territory Nike.com meetings on Monday afternoons. It was decided to stop attending those, as it was a large time commitment and the learning didn't impact us directly. It wasn't as valuable as we had hoped.

**91. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Now that the offense has been in place for a year, there is less time spent on the clarity of the job - more time is now spent on performing the job.

**92. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

As the new offense has been becoming more familiar, we're taking learnings and evolving seasonally with our processes and procedures to be most impactful.

**93. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Reporting has been an evolving tool.

Nike Job Analysis Interview

Response ID:80 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

75

**2. Interviewee Name:**

Menashe Hila

**3. Employee ID**

██████

**4. Interviewer Name:**

Tyleen Lopez

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Inform key business decisions for the women's construct leadership team using data analytics.

**6. What tasks do you spend the most time performing?**

Develop the analysis-- this includes SQL writing and Tableau developing.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

My projects that I have (about 1 big project every quarter) has helped shape the strategy and achieve business goals. Right now, I am working on apparel analysis, and I try to identify the gap between the plan and the results, so I work to identify how we can get closer to the plan.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

First and foremost it helps to better serve our customers because they get a better product (i.e., get what they want, when they want it), and second is to earn revenue and to hit our business goals.

**9. How frequently do you perform these important tasks?**

It depends on the project--but maybe about 50% of the time.

**10. What are the most complex aspects of your job?**

The most time consuming is data validation and making sure that we use data correctly because it is not where it needs to be, it is not clean and not always easy to use. A lot of the time I like to take the time to see if someone else is working on the same project, so that I can make sure there is not duplicate work and that is also time consuming. This is an area of growth.

**11. What are the specific performance goals you must meet to be a high-performer?**

1) Adoption (so people can actually use your analysis) -- this is the most challenging one at Nike because there is a lot of education you need to do with leaders. Need to work close with stakeholders so that you can use it.
2) Measurable Impact
3) Attach to Strategy to Business and Company Goals

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

No, there should be but there are not. Unfortunately, currently we do not have any metrics for consumer satisfaction or for revenue growth. We are not being measured on this at my level and I think we should be.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

SQL, Tableau, Powerpoint, and I think having scripting knowledge would help as well (Python or R, it is not a requirement on my team and no one but myself knows it). Also, teamwork and not being so competitive (need to be collaborative with team members), and the biggest thing is to be more outspoken in areas of development and to feel safe bringing up these areas of growth to leadership (i.e., do not be afraid to speak up and do not just nod if you do not understand what is being said).

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

SQL, Tableau, Powerpoint, Outlook, Aha!, and Slack. Also, although it is not required I have used Python and R.

**15. What job title or titles will be next in your career progression?**

Director of Insights, the one after that would be Senior Director or VP of Insights.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

For Director, you must be an expert in your area and second need to have cross-functional leadership. In some cases, it is also people management so you need to show that you have the skills. I am not sure what is needed to move into Senior Director and VP role because I am not there yet mentally.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

North America

**18. Do you know if the geography to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Yes, all the data that I am using is specific to North America because the data is only relevant to NA.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

Women's

**22. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

I only look at the Women's business so I would assume that it does impact the work I perform because the data and

stakeholders that I work with are focused on Women's.

**23. Do you have any additional specific areas of specialization? If yes, what areas?**

No.

**24. How, if at all, does this area of specialization shape the work you perform?**

N/A.

## 7. Section 3: Work Team Structure

**25. Do you work as part of a team?**

Yes, I work as part of a team.

**26. How many teams do you work on at a time?**

I work with two teams at a time.

**27. How many people are on each team?**

Commercial, Analytics Insights team: about 7 people
Women's team: I am not sure, maybe about 30 people.

**28. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

The commercial, analytics insights team.

**29. Who are the members of your primary team by job title and what work do they do?**

1) Commercial, Analytics, Insights Manager 2, Men's: supporting the men's business and informing their business decisions.
2) Commercial, Analytics, Insights Manager, Kid's: supporting the kid's business and informing their business decisions.
3) Four Commercial, Analytics, Insights Managers: supporting product, merchandising, and DSM (demand and supply management) teams and inform their business decisions.

**30. What do you specifically contribute when you work with your primary team to complete work?**

We do not work so much as a team, I mostly work on the Women's division on my own. There is some alignment with the Men's and Kid's Insights Managers to make sure that the work we do looks the same. However, I do bring Women's insight to the team if/when we do work together.

## 8. Section 4: Work Characteristics

**31. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

There are distinct peaks and valleys, because the workload is per project and sometimes it is more urgent while other times it is not. It is balanced in the perfect way right now and the peaks happen maybe three times a year it does not happen every week or every month. Between projects when there is less to do, I explore things that I think would be interesting to bring forward to the business.

**32. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

100% of what I am doing needs to be precise, I am using data to inform decisions and strategies and it is very easy to misuse the data and misinform the business. I have seen this happen multiple times and it is something I avoid doing by being precise and technical with my work. I think more like a scientist than an analyst. I worked on sensitive projects in my last

government job so I have that same mindset at Nike. I always like to make sure my work is accurate.

**33. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

It is an ideal level of stress, where I think it should be.

**34. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

Sometimes it is late requests for something that you cannot accomplish within the working hours so you have to work weekends or night but that does not happen very often so it is not a big deal.

**35. To what degree does your work involve high time pressure?  Please explain.**

Because Nike is still not a data driven organization, it does not happen too often but sometimes they do need numbers or a chart for a meeting and you find out about it a few days before so that is the only time that there is a high time pressure scenario.

**36. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Not much, but sometimes if we do have anything that is unexpected it is data availability. If the data is down, it can sometimes take a day or two to recover depending on the problem.

**37. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

3 years in it is very clear to me where it should be and that is how I perform. However, I am not sure that the definition is very clear of how Insights Managers need to be, there is flexibility in how you approach the role. There is definitely an opportunity to clearly define the team and the roles.

**38. To what extent is creativity important to perform your current job effectively?**

Important

**39. In what way is creativity required to perform your current job effectively?**

It is important because sometimes with data you do not have everything that you need and you need to be creative to try and answer the business questions with what you have in the existing data.

**40. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**41. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

15

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

40

**44. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: 15% of the time I worked from home or coffeeshops
Post Covid: home.

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I have complete freedom in my approach and development of my analysis, so I think it is important for me to make good decisions with my approach. There is not quality assurance happening, so it is up to me to make sure I do not do anything wrong because if I do I can mislead the business strategy.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, using data to inform strategy development. An example would be: I had market research about shorts for women and found out that there is misalignment with our seasonality and market demand so they changed quantities for the season based on my analysis. With this example, you can see how if I had misleading information it could be bad for the company.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

I do not know because we have not hired anyone in my new position. However, in my old role at Nike I had a huge role in hiring decisions.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I don't.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I don't.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I don't.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**54. What is your spending limit without seeking approval?**

Zero.

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

It happens in partnership, we speak about my deliverables.

## 10. Section 6: Supervising Others

**56. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**57. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**58. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

1) Prime Minister Office (Israel): Data Scientist - 2008-2016
2) Simple Finance: Analytics Manager - 2016-2018

**59. To what degree has your prior work experience been helpful for performing your current job?**

It was very relevant and helpful.

**60. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

All of the skills and knowledge, for example SQL, data visualization, software development, and presentation building skills. Additionally, partnering with stakeholders is relevant experience that I had from these previous job experiences.

**61. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**62. What job titles have you held at Nike prior to your current job?**

1) Demand and Supply Insights Manager

**63. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Since joining Nike, I have learned to use Tableau.

**64. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On-the-job experience, I leveraged prior work experience and taught myself to use Tableau, also when needed I used google to learn more.

**65. What is your highest educational level?**

Master's degree

**66. In what field of study is your highest degree?**

Technology Management

**67. How, if at all, has your education been helpful for performing your current job?**

A lot -- for example, business management (e.g., working with leadership teams) and technical skills I learned from my degrees (e.g., SQL and Python).

**68. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None that are relevant.

**69. How have these qualifications been helpful for performing your current job?**

N/A.

## 12. Section 8: Working Conditions

**70. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Currently, I am working from home.

**71. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**72. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**73. How many hours do you work in a typical week?**

40 hours.

**74. To what extent do your work hours vary from week to week?**

Not much.

**75. How many days do you work in a typical week?**

5

**76. To what extent does the number of days you work vary from week to week?**

Not much.

**77. To what extent do you control your work schedule such as where and when you perform tasks?**

I have full control.

**78. What time do you typically start work each day?**

9am.

**79. What time do you typically end work each day?**

5pm.

## 14. Section 10: Extra Roles

**80. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I mentor others.

**81. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

No.

**82. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**83. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**84. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

No, they have not changed.

**85. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No, the time I spend on tasks has not changed.

**86. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

No.

**87. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No.

# Nike Job Analysis Interview

Response ID:81 Data

---

## 1. Pre-Interview Information

**1. Interview ID Number**

77

**2. Interviewee Name:**

Silva Lauren Elizabeth

**3. Employee ID**

██████

**4. Interviewer Name:**

Zareena Shefa

---

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

So, a couple of major responsibilities is to source product. I work in apparel, so it basically means that where is the product going to be made, so an analyst will work with other partners to determine the factory the product is going to and they will update the global line in the systems and once they've done that then other geos will decide that they want that product. From there, it is my job to go into the system and based off the global line (i.e., this is kind of where products start, so we plan things at a global level and this is the starting point. Can have 3 different factories on that global line, and there is a reason for that because some geos need different factories than others. US and Canada tends to follow the global line, while Asia/Europe/Americas will go to other factories depending on fabrication. On the global line, you need the factories represented in each geo) I will then be able to source that product at the correct factory. Basically, where the product will be made. An example is that there is a particular factory we sent wovens to vs another we send knits to, and depending on the analyst theres usually a preference based on the location of that factory. From there, its my job to go into the system and based off the global line I will then be able to source that product at the correct factory. Basically, where the product will be made. Another responsibility is to differentiate between two systems of PMD (i.e., don't know what it stands for, but PMD is like a reference sheet, and will break out based on geo, color, and where geo/color is sourced and for which particular season) and PPS (i.e., a system that connects to all other systems at Nike, it is kind of just like one piece of the pie that flows downstream to other systems so other stakeholders can do their job) and make sure that they are aligned. Another responsibility is to confirm costs in PPS. And then, another is to make sure there is no missing bench mark codes (i.e., how a particular style is classified, so these are like a 3 letter number/letter code that differentiates fabrications, like how the product is made. e.g., specific jacket style, everything has to align as in the fabrication/silhouette/etc for that bench mark code to generate). And, also to make sure that there are no missing duty rates (i.e., for product that are coming into the US only, and they are only for Western styles, this is like a tax basically because items are leaving one country to another) in PPS. And on top of that, just assisting analysts with any extra work they might need help with (e.g., sourcing works with margin planners, and depending on the time in our calendar, margin planners will need costing from sourcing analysts, and there will be times where they need to review in the system that costs are correct and match their sheet in the system, so I might do that work when they are busy so they can focus on the bigger things).

**6. What tasks do you spend the most time performing?**

I would say the recon report. The main purpose of the recon report is to align PPS and PMD. So, you pull a report from one of our systems and you have to go line by line and style by style to make sure that both systems are aligned with the correct info. For example, if PPS has a style sourced at SAC (i.e., a factory), but at PMD there is a source rule for that style at CHI (i.e., another factory), then I would send that list of styles to the analyst that manages those styles and be able to get clarification for

which factory is correct. The next task that I spend the majority of the time is called tack ons. Tack ons are the same as sourcing, so like I said before, on the global line there will be factories and a tack on is like a geo. Geos will tack onto a style because they decided they want that style, so it is my job to tack on the style in the system to that geo. It is the majority because it is not just one analyst's styles, I do about 8 analyst's styles, so it usually takes about 2 days to get that out to them.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

I would say tack ons are the most important tasks.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

If product is not sourced, then it does not get made. Then, Nike loses money.

**9. How frequently do you perform these important tasks?**

I do tack ons once a week.

**10. What are the most complex aspects of your job?**

Probably just learning the lingo, or Nike terminology. I mean, different phrases or abbreviations can mean different things, depending on the team or organization that you are a part of. So, in my current role, we use MSC codes (i.e., a style identifier, and an MSC code will give you an idea of that a product is. If it is a male kids product that is a pant, that has a particular MSC code vs. if it is a male kid's short), and those have different meanings and uses in other organizations within Nike.

**11. What are the specific performance goals you must meet to be a high-performer?**

Communication and follow through. With communication, it is really important when you are supporting a group of individuals that you communicate how you need info delivered and how they need info delivered. I think it is really important to set that expectation from the start so you set each other up for success. Follow through in the sense that when an email comes through, for you to help out or complete a task, that you are 100% on it (i.e., reply, complete the task, or ask the right questions before you complete the task).

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

I wouldn't say so, we have our yearly performance rating and that is not numeric based. It is highly successful/successful/ etc. Your ratings are based on your peers and your manager, who are able to review your work and your job based off their comments to determine your rating.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

It is really important to know the systems that you are working in (e.g., PMD, PPS, Tableau, Excel, Smartsheets, MMX). If you have a role that used those systems previously in Excel beyond the basics. I think one of the biggest unique knowledge or skills is to know Tableau, and not just reviewing dashboards but being able to create a dashboard and edit the equations behind Tableau is extremely rare and so if you have that knowledge and background that will take you places and make you more successful in your role. One more characteristic is your ability to change or your ability to work with change because Nike is such a fast paced company and things change all the time, so if you have one way of work one year it will change next year, so being able to lead with change is really important.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

PMD (i.e., where source rules are housed), PPS (i.e., system that you source product in to flow to downstream partners), Tableau (i.e., export reports, mainly for recon report), Excel, Smartsheets (i.e., used to align the product team with the sourcing team, basically like a live Excel and a little more complex than Excel because you can have pictures and tag people in a particular style), and MMX (i.e., where styles are created and MMX is a great place for sourcing to review style information). PMD, PPS, and MMX are Nike owned systems that you can use in sourcing or product. Tableau, Excel, and Smartsheets are

systems that are used and require license.

**15. What job title or titles will be next in your career progression?**

The hope is for my next role to be a Senior Sourcing/Costing Analyst, and after that I would like to explore Director roles.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

For Senior Sourcing/Costing Analyst, the main thing you really need to grasp is the dimension specifics (i.e., at Nike, we used to call them categories but are now called dimensions). A dimension could be headwear, socks, men's sports wear, men's classics, men's capsules/collections). I really think that a lot of the knowledge is gained in my current role, and being able to work with the Senior Analysts on the tasks they need help with. But I also think I am in a really unique role where analysts get to a point where they trust you with the work that you are doing and will include you in on more work or their work (e.g., take on PTO, or take on tasks to further knowledge), which really sets you up for your next role because you are already doing the work you would be responsible for in that next role. For the Director roles, because I am now there yet I wouldn't know what I would need for that role quite yet.

---

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Other: Apparel and headwear

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

Yes, apparel and headwear are somewhat similar. Footwear is a whole other ballgame, and I haven't worked in footwear but I am aware that their processes are much different.

**20. Are you assigned to a specific Sports Category (dimension)?**

Other: Men's, kid's, and headwear

**21. Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

Yes, my dimensions are inline styles (i.e., product that you are going to see in a store, so general release product), and that would be very different from a basketball dimension that works with athletes.

**22. Are you assigned to a specific Product Line/Gender?**

Other: Men's and kid's

**23. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

Yes, each gender works differently. I would say it is different product, different teams, different processes. However, we are all on the same calendar, so our due dates and buy dates are all going to be the same. Just the processes, people, and product that are different.

**24. Do you have any additional specific areas of specialization? If yes, what areas?**

I don't think so, no.

**25. How, if at all, does this area of specialization shape the work you perform?**

N/A

## 7. Section 3: Work Team Structure

**26. Do you work as part of a team?**

Yes, I work as part of a team.

**27. How many teams do you work on at a time?**

Two, one is the Men's team and the other is the Kid's/Accessories team.

**28. How many people are on each team?**

So I would say 8 for the Men's team, and 10 for the Kid's/Accessories team.

**29. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

The Men's team.

**30. Who are the members of your primary team by job title and what work do they do?**

There are 5 Senior Sourcing/Costing Analysts, and they are responsible for sourcing and costing product for their specific dimension. There is one Director, and they are responsible for the team. And then there is one Sourcing/Costing Analyst, and they do the same work as the Senior Sourcing/Costing Analysts.

**31. What do you specifically contribute when you work with your primary team to complete work?**

I am there to assist the analysts with their day to day tasks.

## 8. Section 4: Work Characteristics

**32. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

I would say that is is spread evenly across the year, and I perform the same duties weekly and it hasn't changed or really become overwhelming. It is fairly the same.

**33. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

I mean I would say every aspect of my role should be completed in an exact and accurate manner. I mean, things can always be fixed, but they shouldn't have to be. It is really better to ask the question before you do the task. It can affect things downstream, like whether or not geos can buy the product on the specific date they are supposed to, it could mean that the product turns into a late product. It is kind of a ripple effect.

**34. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

None, I have no stress in my role.

**35. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

I mean honestly I wouldn't say that there are any contributing factors on a work front. It is more the stress of wanting to do things correctly or above and beyond, but that can come with any job and can be dependent on the person or personality.

**36. To what degree does your work involve high time pressure?  Please explain.**

I don't really feel a lot of pressure. I think if you don't manage your tasks in a timely manner then it could result in that kind of pressure. But if you are able to prioritize the tasks in your job then you won't have that.

**37. To what degree is your work impacted by unexpected disruptions?  Please explain.**

None.

**38. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

Yes, it is very clear what your role is, what your responsibilities are, and what is expected of you.

**39. To what extent is creativity important to perform your current job effectively?**

Not Important

**In what way is creativity required to perform your current job effectively?**

**40. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**41. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: I haven't because I started in COVID, but typically about 10% is spent traveling

**42. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: Traveling in sourcing is traveling to the factories to really kind of get a holistic view of Nike and how your role affects all these other partners, and their effect on your job as well. Normally like Asia. I haven't traveled because I started during COVID.
Post COVID: No travel.

**43. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**44. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job? For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

In my role, the important decision comes from the Senior Analyst and it is my job to execute that decision in the system. I personally don't make any important decisions in my role. It would really be if for some reason I didn't follow through with what they made a decision on, then at that point that would affect things downstream but I am not in the position to make those decisions.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

No.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**48. Do you have any involvement in managing budgets? If yes, what is your role?**

No.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

None.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**54. What is your spending limit without seeking approval?**

None, only Directors really have company credit cards.

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

You are assigned work by your manager and those you support.

## 10. Section 6: Supervising Others

**56. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**57. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**58. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

So, 5 years at American Apparel where I had various job titles including Inventory Associate, Inventory Coordinator, Visual Merchandising Manager, and Store Director. Three years at J Crew, and I was a Traveling Merchandise Manager. I did 3 years at Amazon as a Kid's Apparel Buyer. One year at Zulily as a Kid's and Sport's Apparel Buyer.

**59. To what degree has your prior work experience been helpful for performing your current job?**

Very helpful, I would say very helpful in determining what I want to do and also how I perform my current job. So, I mean I think understanding and working with different personalities has allowed me to set expectations of what I need to succeed and be able to use that as a form of communication to work with different personalities.

**60. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

I would say using Excel and Tableau have been really helpful in getting and performing in my current role.

**61. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**62. What job titles have you held at Nike prior to your current job?**

My first role was a Senior Global Demand Planner for Apparel. My second role was a Category Information Analyst for Golf and Tennis. And now I am in my current role.

**63. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

I would say learning Nike-specific programs have been extremely helpful in performing my current job. So, in my previous roles, I worked a lot in MMX and since MMX is really like the start of the systems flowing downstream, being able to live and breathe and work in MMX has allowed me to work in other systems because MMX is kind of like the Bible where product is. You really have to know every aspect of MMX, and knowing that system allows you to know every other system.

**64. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

It was formal training, so I got formal training in my Category Information Analyst role for MMX and that role is reliant on MMX so you really had to go through training to use the system.

**65. What is your highest educational level?**

Bachelor's degree

**66. In what field of study is your highest degree?**

Political Science and International Relations

**67. How, if at all, has your education been helpful for performing your current job?**

It is really helpful knowing the different geos and specific tariffs, and specific ways that countries work. So learning that in college is actually quite useful in my current job now. I think it is more knowing where things are and knowing that products that come in and out of the country require tariffs, for example, and that is a huge topic of conversation when countries set a tariff on us and we are unable to import/export. Having extra knowledge in school with that is helpful when you hear those conversations because you are able to grasp what is happening.

**68. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I mean I have a Tableau and a Smartsheets license and that allows me to navigate through those systems in a way that others can't. So, sourcing's budget for Smartsheets has not been approved, but because I received that license and training in my previous role I am able to go into the system and edit for Analysts because I have that access.

**69. How have these qualifications been helpful for performing your current job?**

They've allowed me to ask deeper questions about the "whys" of how things are done vs. not knowing what certain phrases me. I am in those conversations, so I am aware of what is being talked about instead of being just a fly on the wall, which can happen when you are in a new role. It allows me to be a contributor in the conversation as well.

## 12. Section 8: Working Conditions

**70. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre COVID: I was at Nike HQ.
Post COVID: I am working from home.

**71. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**72. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**73. How many hours do you work in a typical week?**

I work 40 hours.

**74. To what extent do your work hours vary from week to week?**

Depending on the workload, it could be less hours weekly, but never more. So, my weekly tasks (e.g., recon report, tack ons, cost confirmations) can be slower than other works if there are none of those typical tasks, so they don't really want you sitting at your desk kind of staring at the screen so I will have less hours.

**75. How many days do you work in a typical week?**

5

**76. To what extent does the number of days you work vary from week to week?**

In the Summer, we have Summer Fridays. We get off at noon on Fridays, so it is like a 4 1/2 day week. During the holidays, WHQ is closed for certain days (e.g., 2 weeks during Christmas, the week of Thanksgiving), this is kind of like our shut down time and we are not really working unless there is work that needs to be done.

**77. To what extent do you control your work schedule such as where and when you perform tasks?**

I mean, I feel like I have control of my work schedule as long as it is aligned with completing the tasks when the analysts need them by.

**78. What time do you typically start work each day?**

8am.

**79. What time do you typically end work each day?**

It varies between 4-5pm.

## 14. Section 10: Extra Roles

**80. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I do not.

**81. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

No.

**82. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**83. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**84. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

No, I am doing the same tasks that I started doing. I just started doing this role 5 months ago so I wouldn't imagine they would change quite yet.

**85. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes, my tasks take me less time now that I am more comfortable in the role.

**86. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

I guess the process is different because I don't have to review my notes anymore when doing tasks, I now remember them.

**87. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No.

# Nike Job Analysis Interview

Response ID:83 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

76

**2. Interviewee Name:**

Pepper Keely Sue

**3. Employee ID**

███████

**4. Interviewer Name:**

Dustin Maneethai

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Supervisor of people on manufacturing production. As a supervisor I am responsible for attendance, supervision, some HR, they understand their responsibilities our responsibilities, their reviews, giving them the training they need to do their job safely, efficiently and in a timely manner, helping them advance any way they want to.

**6. What tasks do you spend the most time performing?**

Spend time with people throughout the day to make sure they have what they need to do their job. Machines will go down, come up, priorities change, and scheduling changes, with all different departments with demands and we have to move people around. We have to be careful with their feelings and make it fun, but make changes throughout the day. If someone is asked to move chairs four times a day, how can I make them happy and help them understand why they are doing it. Tell them the why they are doing it, such as the customer needs the changes. Communicate to employees the information. A lot of times its the equipment, either needs to be maintained or it breaks, and you have to move people because it has to be fixed, if it can be fixed we can put people back, if it can't we have to move people for the day or long periods of time. We have instances where the machine is only down for 30 minutes and we move them back. Need to go out there and ask them to move back, and just need to be really humble in your job and the calls you make, and the people will keep their spirits up.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Keeping the people happy, that they are paid on time, their time cards are accurate. If the people aren't happy they don't come to work, then we can't make the product, and the customer can't get the product.
Follow our standard work, so that we can make the product the first time without mistakes, as that costs a lot of money.
Make sure the right people are doing the job, the right tools, documents, training, maintenance, so that they can make the products the first time right.
All of our metrics for costs must be met based on thresholds and our reports tell us how we are doing, which is tracked by production machine operators as they are working on the machines. When machines start to not produce, or have people don't have training, they can stop and call me to get the production for machine going. This department has a pretty good idea of what is expected. Supervisors role is to make sure everyone has what they need.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

People in general they want a positive feedback and if they are doing their job well, if they can improve, have their ideas heard, collaborate with others. We have these small work cells that allow them to do that and work with a diverse group of

people. This allows them to do that. We had 104 people which is now expanded to 140 people, that is a pretty good mix of people which is good in the covid time, to have the social aspect. They get to be around people and have a feeling of accomplishment, especially when they see their numbers are good. They feel good when they hit their goals. Some groups are happy and clapping for each other at the end of the day. Nike has that, not in every group, but its great to see when they do.

**9. How frequently do you perform these important tasks?**

Everyday we have to create groups and throughout the day we have to move people, based on for example someone needs to leave early or someone is sick. If they are in different lines we would need to figure out who can fill in and watch what happens. It's an interesting thing and its very important to keep track of it. We have the ability to put notes in and ask employees. We can also visually see if things are working the way intended or not. And we can turn a team around real quick if needed, refocus people to the job that they are doing.

**10. What are the most complex aspects of your job?**

When people don't show up, when they just stop showing up. When they get involved in short-term disability. Those are the most complex things. Right now we have a case by case attitude with attendance, which makes it hard to hold people accountable. Which is the most complex thing right now, takes away from time you want to spend time with, because you have to keep track of them, call them, follow up, spend emotional energy on them.

**11. What are the specific performance goals you must meet to be a high-performer?**

Being able to know your people and write reviews that capture what they have actually done throughout the year. So when they read the reviews, they feel like you actually know them.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Yes, we have metric goals that we are supposed to meet everyday on every tool that we have. We have 17 lines, going to 20 lines, and we need to meet production goals (how much production we put out) we want to target 77% and we want to be able to have 67% able to run. And those kinds of things, that's where we need to make sure that people are available and happy, so they come to work.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Patience, calmness.
Listening skills.
Ability to problem solve.
Ability to give feedback, honest feedback, timely feedback.
Being outgoing when it comes to meeting people. Had to learn everyone's name in my second year and in a new department, this really helps to be successful.
Being able to write a good email, reply quickly to requests from your people.
Keep up with technology.
Soft skills are necessary to do this job.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Smartsheet, Concur, Corvel (workers compensation), Sedgwick (call in and do their FMLA), ADP (time tracking).

**15. What job title or titles will be next in your career progression?**

Production manager

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Knowledge, not 100% sure, I wouldn't know what department. It seems like production managers know the machines and what they do.

Skills, need to be able to keep it tight, not sharing information, which can be hard.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

North America

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

I don't believe so.

**19. Are you assigned to a specific "Product Engine?"**

Footwear

**20. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

I do not know.

**21. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**22. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**23. Do you have any additional specific areas of specialization? If yes, what areas?**

No.

**24. How, if at all, does this area of specialization shape the work you perform?**

Not applicable.

## 7. Section 3: Work Team Structure

**25. Do you work as part of a team?**

Yes, I work as part of a team.

**26. How many teams do you work on at a time?**

Roughly 9

**27. How many people are on each team?**

3-36 people

**28. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

My own team (D1 AZA Zoom)

**29. Who are the members of your primary team by job title and what work do they do?**

Lead - troubleshooter for the machines
PMO (Production Machine Operator) - runs the cell
PCO (Production Component Operator) - operates within the cell
ETW (manpower employees/temporary) - also operates within the cell

**30. What do you specifically contribute when you work with your primary team to complete work?**

I make sure that their schedule, time punches are correct. Make sure that they are PPE (personal protective equipment) to do their job. Give them support for them to do their job throughout the day. Also follow up with any changes, such as safety and alerts, that they may need.

## 8. Section 4: Work Characteristics

**31. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

There are peaks and valleys. There are CFE (coaching for excellence) mid year and end of year reviews and have goal setting. With teams with 30-35 people, you need to know these people and meet with them and that takes time. On top of the other tasks you need to do. During those times that's a peak. Covid was a very stressful time, and still continues to be a peak time because we don't know. They look to us for answers, and we just need to continue to soothe and say we are doing our best. We have a epidemiologist that Nike is working with and keep people positive.

**32. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

I have to make sure people's time cards are accurate, if they are not and people don't get their pay checks, that's a big deal. Make sure that safety equipment is in good condition, that much be accurate. You can't have people in an unsafe working environment. Part of our job is look for and encourage people to speak up. The consequences can be be someone getting hurt and changing their life or not getting paid.

**33. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

I work 12 hours a day, 4 days on 3 days off, which allows me to keep it an even intensity. Periodically its a high intensity because of people stress and covid. The things that are going on with them during this time. Can be very stressful. We have low intensity, but we haven't had that in 18 months. Fluctuates between medium and high.

**34. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

The most stressful for me is worrying about people in covid right now. Worrying about if someone is going to get it and bring it here, or get it and not survive. But that's what I worry about. We take all the precautions and it hasn't happened, but I am worried. Or someone gets hurt and I'm not going to be able to stop it. Those are my biggest stresses, I don't have enough eyes to see if someone is about to get hurt.

**35. To what degree does your work involve high time pressure? Please explain.**

I would say we have high time pressure. The work orders have a due by date, that we see, our team see, and we need to prioritize against. So it's there everyday. Most of the time we are caught up on our orders. The other time pressure is safety. For example, if a safety alert goes out, it needs to get out to everyone quickly and get that alert to everyone not only there, but those not there at all.

**36. To what degree is your work impacted by unexpected disruptions? Please explain.**

Everyday, because machines stop working. The product we are trying to make it damaged. We got the wrong material, and now we need to stop what we are doing and put in new material. This happens throughout the day.

**37. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

Yes, the job description that I applied for is exactly what I was doing in my previous job. That job description is exactly what I do.

**38. To what extent is creativity important to perform your current job effectively?**

Critically Important

**39. In what way is creativity required to perform your current job effectively?**

To keep people engaged and yourself engaged.

**40. How frequently, as part of your current job, are you required to physically exert yourself?**

Daily

**41. Please describe the work you perform that requires you to physically exert yourself.**

Need to walk around to see what is going on.

**42. What specific physical abilities are required to perform your current job effectively?**

Extent Flexibility — The ability to bend, stretch, twist, or reach with your body, arms, and/or legs.
Gross Body Coordination — The ability to coordinate the movement of your arms, legs, and torso together when the whole body is in motion.
Gross Body Equilibrium — The ability to keep or regain your body balance or stay upright when in an unstable position.

**43. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**46. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Staffing decisions - decisions that keep production at their highest level.
Time off approvals - if everyone takes time off when they want, some of the machines won't be able to run, we need to be careful because not everyone knows the machines.
Promotions - Make sure if they are doing really well they get a promotion, and if they aren't doing a good job, why you didn't promote them.
Line-down, taking lines down decisions - safety, we want to make sure if there is a safety issue, we take a line-down and let the right people know quickly, so they can order the parts, get the machines back running, and contact the right people so no

one gets hurt.

**47. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Not necessarily.

**48. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Yes, we developed a one-pager for a electrode guard safety.

**49. Do you have any involvement in managing budgets? If yes, what is your role?**

Yes, at our CFEs we go over our budget and we get to allocate it across our team and can't go over the amount. If we do go over, we can ask with the right reasons.

**50. What level of authority do you have, including making recommendations, to hire employees, if any?**

I can make recommendations, with the temporary workers to become fulltime.

**51. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

We can make recommendations.

**52. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

We can make recommendations and we can impose disciplinary action if HR approves. It is our judge to impose disciplinary action, but HR has to approve it and it has to be a case by case approval. That's just for now because of covid, it's very hard on supervisors.

**53. What level of authority do you have, including making recommendations, to terminate employees, if any?**

We are the one's who are supposed to do it, but it has to go through HR and be approved. We have a handbook that goes through it, but right now because of covid, HR has been doing it on a case by case basis. We're trying to get back to some accountability, but its hard with the ways things are currently.

**54. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**55. What is your spending limit without seeking approval?**

I don't know. I have a credit card, but don't know the limit.

**56. Are you assigned work by your manager/leadership or do you determine your own assignments?**

My manager assigns me work sometimes, but mostly we have our work is to supervise our team and keep the 20 machines operating.

## 10. Section 6: Supervising Others

**57. Do any Nike employees <u>directly</u> report to you?**

Yes

**58. How many Nike employees directly report to you?**

26 Nike employees, 8 temporary employees

**59. What are the job titles of the employees who directly report to you and what work do they perform?**

Lead PMO - machine troubleshooter
PMO - cell machine operator/ cell team leader
PCO - the cell operator

**60. How do you supervise the work of those who directly report to you?**

I keep track of their time, make sure that their vacation requests are approved, their time cards are accurate, make sure they get paid accurately, that they are here, make sure they have their goals set for the year, give them feedback, have one-on-ones with them, give them the training they need or want, develop as much as they want, let them know how much is available to them as a Nike employee.

**61. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Yes

**62. How many Nike employees <u>indirectly</u> report to you?**

The rest of the department. 68 (not sure how many are temporary).

**63. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

Lead PMO - machine troubleshooter
PMO - cell machine operator/ cell team leader
PCO - the cell operator
ETW - the cell operator (temporary)

**64. How do you supervise the work of those who <u>indirectly</u> report to you?**

I keep track of their time, make sure that their vacation requests are approved, their time cards are accurate, make sure they get paid accurately, that they are here, make sure they have their goals set for the year, give them feedback, have one-on-ones with them, give them the training they need or want, develop as much as they want, let them know how much is available to them as a Nike employee, so when they ask for time off or are absent/late/leave early - we send an email to their manpower direct supervisor.

## 11. Section 7: Experience, Training, and Education

**65. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Production Supervisor - 2.5 years - doing what I'm doing now, except I was supervising 50 people, not 36 and it was for the military, not Nike.

**66. To what degree has your prior work experience been helpful for performing your current job?**

Previous position I had gave me all the skills I needed to do this job from day 1 I feel. When I read the job description for this job, it was the job I was doing in my previous company.

**67. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Skill and knowledge from my previous job, being able to work with other departments, engineering, maintenance, altogether to get things running. As an operator, you don't see that you just want the machine to run. Very important for supervisor to understand everyone needs to come together and get the machines running. Also, planning, having the right materials, what customers want. Ability to understand that all departments needs to talk. Morning huddles, everyone talk, gives their feedback, and hold each other accountable. Knowing how to be involved in a meeting like that, really helped.

**68. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**69. What job titles have you held at Nike prior to your current job?**

None

**70. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Learned to use all the software, Smartsheet for example.

**71. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job.

**72. What is your highest educational level?**

Associate's degree

**73. In what field of study is your highest degree?**

General

**74. How, if at all, has your education been helpful for performing your current job?**

My degree hasn't been that helpful.

**75. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

NA

**76. How have these qualifications been helpful for performing your current job?**

NA

## 12. Section 8: Working Conditions

**77. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Multiple settings, I work in a factory and in an office.

**78. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Daily

**79. Please describe the hazards to which you are exposed as part of your job.**

Loud, dusty

**80. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**81. How many hours do you work in a typical week?**

48 hours one week and 36 the next

**82. To what extent do your work hours vary from week to week?**

48 hours one week and 36 the next

**83. How many days do you work in a typical week?**

Other: 3 one week, 4 the next

**84. To what extent does the number of days you work vary from week to week?**

3 one week, 4 the next

**85. To what extent do you control your work schedule such as where and when you perform tasks?**

I don't control that.

**86. What time do you typically start work each day?**

About 5 AM to 5:15 AM

**87. What time do you typically end work each day?**

Somewhere between 5:15 and 5:30 PM

## 14. Section 10: Extra Roles

**88. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

No

**89. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

No

**90. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**91. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No

## 15. Section 11: Changes to The Job

**92. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

No, pretty much doing the same thing.

**93. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes, we have a SmartSheet, which enables us to see all of our information on one sheet. We used to keep track of our absences on a spreadsheet, but we don't do that anymore, which takes less time now. We used to go into a meeting room for morning meetings, but now we do it over Zoom. I like it because I can be around if something happens.

**94. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, because of covid, social distancing, mask wearing, people can't have their coats on the floor, their backpacks, those sorts of things.

**95. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, computer programs have changed and they are better.

Nike Job Analysis Interview

Response ID:84 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

79

**2. Interviewee Name:**

Wang Abbie A

**3. Employee ID**

█████

**4. Interviewer Name:**

Samantha Stelman

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I manage all third party relationships in grocery, pharmacy, and digital channels outside of Nike where Nike gift cards are distributed.

**6. What tasks do you spend the most time performing?**

I audit our marketplace to ensure our cards are not being distributed in places that are not aligned with Nike as a brand. I monitor our sales to ensure there is not abuse of gift card transactions, either through bulk or fraud. And I foster relationships with partners who represent grocery, pharmacy, and digital channels.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

I manage all of the promotional and brand presentations of where our gift cards are sold. I negotiate pricing for placement of our cards and if promos will happen throughout the year. For instance, grocery stores might give bonus points with the purchase of a gift card (e.g., added fuel points, $5 gift card, etc.). I also lead the intake of inventory for card production, negotiate quantities with partners, negotiate pricing with our manufacturer, and execute overall production of cards for third party spaces. I also attempt to mitigate the amount of bulk and fraud that happens in these spaces, because it impacts the commissions that we pay for these activations.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

The spending of placement and promos impacts our budget of what we spend and determines how high of a return on an investment. Basically what I manage is our marketing dollars - so we want to ensure that we spend as little as possible, with the greatest return - without negatively impacting or devaluing our brand. The card production is key to ensure we have adequate inventory out in these third party spaces. When cards are activated, through either bulk or fraud, we have to pay a commission when the cards are activated (to our aggregators). We already would take a loss due to the fraudulent activity, and paying a commission on top of that just adds to the loss.

**9. How frequently do you perform these important tasks?**

Card production is twice a year, but it is about an 8 week process. And marketing dollars... A big chunk of that is done once a year, but throughout the year, it is managed like 6-8 times. I monitor for fraud and bulk transactions on a weekly basis.

**10. What are the most complex aspects of your job?**

Continuously watching the marketplace from a digital standpoint and ensuring our cards are not being distributed in channels that were not approved by Nike.

### 11. What are the specific performance goals you must meet to be a high-performer?

High return, low spend.

### 12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.

There is a numeric goal - but I have been told that I am not being held to that number. For FY 22, it is $500 million.

### 13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?

Partner relationships/management, having to be really assertive and stand our ground in regards to what channels align with our brand

### 14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?

Email, Salesforce, Excel, there are a couple of reports that are given to us from partners that allow us to monitor sales and transactions (not Nike programs, websites provided by our aggregators)

### 15. What job title or titles will be next in your career progression?

Hopefully a senior manager and director

### 16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?

Project execution, talent development, and people management. This is true for both senior manager and director.

## 6. Section 2: Role in Organization

### 17. Are you assigned to a specific geography?

North America

### 18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?

I don't know... I don't know what other geos are doing, but my understanding is they don't have an equivalent role in other geos (since our gift cards are distributed in different ways in other geos).

### 19. Are you assigned to a specific "Product Engine?"

I am not assigned to a specific Product Engine

### Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?

### 20. Are you assigned to a specific Sports Category (dimension)?

I am not assigned to a specific sports category

### Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?

### 21. Are you assigned to a specific Product Line/Gender?

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

Gift cards

**23. How, if at all, does this area of specialization shape the work you perform?**

I focus only on gift cards.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

I am a part of one team.

**26. How many people are on each team?**

5, including myself

**27. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

NANDDC Gift Cards: North America Nike Direct Digital Commerce Gift Cards

**28. Who are the members of your primary team by job title and what work do they do?**

We have a director, a senior manager, 2 managers, and one specialist. The director manages the overall team and priorities. I'm not quite sure of the work that the senior manager does (I'm still trying to understand that role). The other manager on the team, outside of myself, manages all things operations and marketing. And our specialist executes tasks for both myself and the other manager.

**29. What do you specifically contribute when you work with your primary team to complete work?**

Usually it is knowledge around what is happening in the marketplace in third party. I provide future opportunities where expansion is happening, so the team can prepare for larger card productions. (We are pretty siloed, so there is less cross-functional work between us.)

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It is pretty consistent throughout the year. It probably feels a little heavier a couple times a year, for a few weeks, when I am auditing our marketplace - that is when I am consistently online and researching who different distribution channels are and whether they are aligned with Nike. The timing of that is not consistent... Basically what I do is I will monitor sales for a few months, and then I dive deeper when I see inconsistencies or spikes - so then I can understand what is driving that. But the goal is to achieve those marketplace audits at least twice a year.

**31. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

Well twice a year, when we do card production, that requires accuracy and precision with pricing because that impacts our spend, budget, and total inventory count that is out in the marketplace. Annually, when I am signing preferred partnership

programs, that can require a lot of precision because it also impacts our budget and placement/visibility throughout the year in our brick and mortar spaces.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

Overall, it is pretty consistent and easy - outside of the few times of the year that we do that tasks referenced in question 31... It can feel more stressful then, more so because of the pressure.

**33. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

Same as above (card production and marketplace audit explained in question 31). It can be stressful to find the balance between continuing to drive sales, while being mindful of commissions and how those impact our overall margins. Bulk can be seen as positive, because it locks in money to the Nike ecosystem - unfortunately due to commissions and how those bulk cards are being utilized, they negatively impact our margins.

**34. To what degree does your work involve high time pressure? Please explain.**

It varies, depending on spikes in sales. Sometimes I find that I will have a solid month of high pressure stress, and then there is a period where I breeze through the work.

**35. To what degree is your work impacted by unexpected disruptions? Please explain.**

Not often

**36. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

There is not a clear definition for my role. I have been in this position for 2.5 years and it is constantly being evolved and reshaped based on either what the market needs or changes within our team.

**37. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**38. In what way is creativity required to perform your current job effectively?**

When I think of creativity, I think of something artistic... But in my role, you need to be creative from a marketing standpoint... That isn't artistic, but it is strategically creative.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: pre: probably 6 times/year and post: we haven't been approved for travel yet

**41. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

pre-covid: It was all within the US... Different states based on where conferences were being held (gift card conferences). There are several gift card conferences throughout the year, with our aggregators, and that helps us understand where the gift card market is and where it is going. It also allows us to meet with our partners in both grocery and pharmacy face to face. Conferences were typically one week long.

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

30

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**44. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

pre-covid: I would work wherever I was traveling to (conferences referenced above).
post-covid: 100% from home office

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

For our annual preferred partnership program, based on how much money we spend, it can help determine what the return and revenue it will drive for the next year. This impacts our budget (depending upon my spend). The next important thing is when I am auditing our marketplace, whether I am terminating relationships or adding new partners, that is key because I could choose the wrong company to add to our Nike program and they might violate what we stand for or violate our program - which could be a loss for us. If I terminate relationships, those are very tough and stressful discussions to have.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

My entire role is around strategic development and planning, from a gift card contribution to Nike.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes. I specifically contribute budget for our demand creation and production of cards.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

I don't have any authority to add anyone to our team.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**54. Please explain the type of legal documents you are authorized to sign.**

MSA and purchase orders

**55. How frequently do you sign legal documents on behalf of the company?**

A few times per year

**56. What is your spending limit without seeking approval?**

It is supposed to be 550,000 from a demand creation standpoint and 400,000 for card production. Although I have been told that I have the ability to spend as I see necessary, I have not felt empowered to make those decisions without first running it by my manager.

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I normally determine my own assignments, but there are times that priorities get shifted and a manager will assign new tasks or priorities for the quarter.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**59. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Yes

**60. How many Nike employees <u>indirectly</u> report to you?**

1

**61. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

My indirect report is a specialist. She orders data for my card productions, provides creative for any of my promos or visibility placement, and helps me clear out invoices.

**62. How do you supervise the work of those who <u>indirectly</u> report to you?**

Everything that she helps me with has a date of expiration... So when tasks are executed, I know she completes it. I always provide deadlines on when things need to be completed, and that is how I know it is being met.

## 11. Section 7: Experience, Training, and Education

**63. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I was with Wells Fargo for 7.5 years. I started as a consumer services representative and finished my career with them as the area sales manager for their mortgage division. After that, I spent 8 years with Pottery Barn, where I led a team rolling out an in-home design program, driving 25% of sales for the business through that program.

**64. To what degree has your prior work experience been helpful for performing your current job?**

A little helpful in the sense of managing and fostering relationships.

**65. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Same as above (managing and fostering relationships)

**66. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**67. What job titles have you held at Nike prior to your current job?**

AHC,HC Assistant Head Coach and Head Coach of Nike Portland (14 months total). After that I was the PNW OPR (operational performance review) reviewer (10 months). I then moved to the gift card team and was the Corporate Sales Manager (1.5 years).

**68. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

All of my previous roles are very different than the work that I currently perform.

**69. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

My knowledge and skills all had to be self learned.

**70. What is your highest educational level?**

Some college, no degree

**71. In what field of study is your highest degree?**

I have an associate's in business and marketing.

**72. How, if at all, has your education been helpful for performing your current job?**

It hasn't been really necessary or required.

**73. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

None

**74. How have these qualifications been helpful for performing your current job?**

Not applicable

## 12. Section 8: Working Conditions

**75. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

pre-covid: in an office at Nike HQ and when I traveled it was from the hotel
post-covid: in home office

**76. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**77. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**78. How many hours do you work in a typical week?**

35

**79. To what extent do your work hours vary from week to week?**

occasionally - most weeks are about 35, but some weeks can get up to 50 or 55 hours

**80. How many days do you work in a typical week?**

5

**81. To what extent does the number of days you work vary from week to week?**

Not often - it is usually always 5 days

**82. To what extent do you control your work schedule such as where and when you perform tasks?**

I have 100% control of my schedule

**83. What time do you typically start work each day?**

7am

**84. What time do you typically end work each day?**

4pm

## 14. Section 10: Extra Roles

**85. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

Yes, I currently sit on the leadership board for one of our Nike United Networks (Ascend). I have been doing this since November 2020.

**86. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

I did a stretch assignment, in addition to my current role, I was North America Brand Marketing Operations Manager (3 months). That role consisted of budget management for Super Bowl 54 and All Star Week 2020. I also did another stretch as New Concepts Opening Manager (6 months). For this, I managed from construction to opening of a new Nike concept in two cities.

**87. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

Ascend position (internal)

**88. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No, not outside of what I already shared.

## 15. Section 11: Changes to The Job

**89. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Card production now falls completely on me, whereas in the beginning, I only negotiated quantity and inventory. Now I see it from start to end. I have also taken on budget, which previously, I just reported my spend and someone else managed the budget spreadsheet. The marketplace audit is also something that was added to my role since I started in it.

**90. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes. So, card production normally required my time for a couple weeks to initiate. Now that I see it all the way through, it is an 8 week process. Marketplace audit can take a good 3-4 weeks, a couple times a year (and I didn't do that when I first started in the role).

**91. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Outside of having new tasks, the processes haven't changed - there is just more on my plate.

**92. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No

# Nike Job Analysis Interview

Response ID:85 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

78

**2. Interviewee Name:**

Cindy Greenberg

**3. Employee ID**

██████

**4. Interviewer Name:**

Ashwin Krishnan

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

- managing and developing my team
- owning the forecast for my scope
- defining and developing new processes
- working cross-functionally to align the strategies and forecast

**6. What tasks do you spend the most time performing?**

- Overseeing monthly and seasonal forecast processes
- Meeting and aligning with my team and cross-functionally to gather, review and align on information

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

- Overseeing forecasts that lead to decisions on supply and financials
- Training and building my team

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

These tasks lead to decisions in our factory and source base to ensure that we can build a product for our consumers and ensure we have the right product so that we can hit our financial targets. Training and building the team is necessary for us to do our jobs effectively and ensure that we can attract and keep talented individuals.

**9. How frequently do you perform these important tasks?**

Monthly.

**10. What are the most complex aspects of your job?**

Getting consistent and clear direction and working with many different teams that don't always have the same priorities or the same understanding of my team's role.

**11. What are the specific performance goals you must meet to be a high-performer?**

Work effectively across many teams and influence partners.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

Not specifically.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

- Deep experience and expertise in MS Excel and Powerpoint
- Storytelling and influencing
- Knowledge of retail KPI's (key performance indicators)

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Excel and Powerpoint, Outlook and Slack

**15. What job title or titles will be next in your career progression?**

- DSM (demand and supply management) Senior Director or VP
- Insights Senior Director or VP
- Digital Senior Director or VP

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Prior experience in those areas, ability to influence and work with senior leadership and have leadership advocating for you.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

Other: Global

**18. Do you know if the geography to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different geography?**

Yes. The work in global is different than the work in geo's. The work in my role is further upstream and higher-level as it is inclusive of all geo's from a business perspective.

**19. Are you assigned to a specific "Product Engine?"**

Other: Footwear and Apparel

**20. Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

There are differences between the oversight of the footwear and apparel product engines, primarily around timelines and level of detail. An example of that is footwear is forecasted at a global level and apparel is forecasted at a geo level. There is a higher level of scrutiny in footwear than apparel.

**21. Are you assigned to a specific Sports Category (dimension)?**

Other: All

**22. Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

Last year we shifted from a sports-category-based organizational structure to a gender-led organizational structure.

**23. Are you assigned to a specific Product Line/Gender?**

Women's

**24. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

It doesn't.

**25. Do you have any additional specific areas of specialization? If yes, what areas?**

I don't know.

**26. How, if at all, does this area of specialization shape the work you perform?**

N/a.

## 7. Section 3: Work Team Structure

**27. Do you work as part of a team?**

Yes, I work as part of a team.

**28. How many teams do you work on at a time?**

Three teams.

**29. How many people are on each team?**

12-60 people per team.

**30. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

Yes, the global consumer planning team.

**31. Who are the members of your primary team by job title and what work do they do?**

Global consumer planners - they do the same work as me and my team, but for different areas of the business

**32. What do you specifically contribute when you work with your primary team to complete work?**

Leadership around the business and process.

## 8. Section 4: Work Characteristics

**33. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

There is an element that is predictable and cyclical. For example, we work across three-month seasons and our work aligns to those seasons. Across each season, there are peaks and valleys. The peaks are usually when many seasons overlap or when work needs to be condensed due to holidays or other calendar issues. There is an element of unpredictability that occurs when there are issues in the business or supply chain issues.

**34. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

There is precision and accuracy around the timing of our work. If deadlines are missed, there can be supply chain issues where we can't get the product that we need. In terms of our forecasting, it is often volatile and so there is an expectation that it is not 100% precise, but is reflective of the current information we have.

**35. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

High intensity that is periodic. The intensity is often due to leadership's needs and expectations not being aligned to the capabilities and tools that we have. It is periodic in that it is usually driven by issues with the business or supply chain.

**36. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

We do not have the tools and data to easily perform our jobs and get the information we need for ourselves and leadership. Information is often required more quickly than we have time to access it and analyze it.

**37. To what degree does your work involve high time pressure?  Please explain.**

There is high time pressure involved when there are leadership asks with unrealistic expectations.

**38. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Over the past couple of years, there have been more unexpected disruptions with Covid, impacting consumer behavior and our supply chains. We do not have a lot of flexibility in our tools and process, and we are continually needing more flexibility in how we work. An example would be being able to do scenario planning in a tool or easily being able to adjust forecasts.

**39. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

It is less clear than in other major companies I have worked for. There are not clear benchmarks for success and is very much determined by each individual and manager. I sometimes better understand what is expected of me than other times.

**40. To what extent is creativity important to perform your current job effectively?**

Important

**41. In what way is creativity required to perform your current job effectively?**

Creativity is required in terms of problem-solving, both in terms of the business and process.

**42. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**43. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Pre-covid: 1-2 times a year; Post-covid: not at all

**44. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: to our geography or territory offices (European HQ in the Netherlands, territory office in Tokyo)

Post-covid: no travel

**45. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

5

**46. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

15

**47. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: various non-primary Nike offices.

Post-Covid: working remotely outside my primary home office.

## 9. Section 5: Decision Making

**48. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decisions are around the team's workload and calendar. They are important to ensure the team is set up for success and can provide the best forecast possible.

**49. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

I have involvement in strategy around my business. I help develop the strategy that is then reflected in my team's forecast.

**50. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

I do not.

**51. Do you have any involvement in managing budgets?  If yes, what is your role?**

I don't know.

**52. What level of authority do you have, including making recommendations, to hire employees, if any?**

I have authority on recommendations of who to hire and sometimes decision-making authority.

**53. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I have authority on recommendations of who to promote and sometimes decision-making authority.

**54. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I have authority on recommendations. I don't know about decision authority.

**55. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I have authority on recommendations. I don't know about decision authority.

**56. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Other: I don't know

**57. Please explain the type of legal documents you are authorized to sign.**

N/a.

**58. How frequently do you sign legal documents on behalf of the company?**

Never

**59. What is your spending limit without seeking approval?**

I don't know.

**60. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I am assigned by my manager, but have opportunity to influence or align.

## 10. Section 6: Supervising Others

**61. Do any Nike employees <u>directly</u> report to you?**

Yes

**62. How many Nike employees directly report to you?**

Two directly report to me and ten report to those two.

**63. What are the job titles of the employees who directly report to you and what work do they perform?**

Director of footwear planning - oversee team and forecast for footwear.
Director of apparel planning - oversee team and forecast for apparel.

**64. How do you supervise the work of those who directly report to you?**

Through weekly check-ins, staff meetings, and alignment/business meetings.

**65. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Other: I don't know

**66. How many Nike employees <u>indirectly</u> report to you?**

We work very closely with many teams who support our work, specifically our geo teams and our long-range planning teams. Formally, there are two people who indirectly report to me.

**67. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

Footwear long-range planner
Apparel long-range planner

They oversee the long-range forecasts for those product engines.

**68. How do you supervise the work of those who <u>indirectly</u> report to you?**

We collaborate on the work through meetings and communication.

## 11. Section 7: Experience, Training, and Education

**69. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Ten years of progressive retail experience in roles focused on product functions, for example, planning, buying, inventory management. Job titles include analyst, planner, manager, senior manager across those functions.

**70. To what degree has your prior work experience been helpful for performing your current job?**

It has been extremely helpful. Nike has been shifting to be more direct-led, which means more retail-led, and a lot of my roles have involved helping with that transition, because of my prior retail experience.

**71. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

- Understanding retail KPI's and methodology.
- The skill of forecasting from a retail perspective.
- The ability to train others on the above.
- Learned how to be a manager and manage teams.

**72. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: It was a lateral position internally.

**73. What job titles have you held at Nike prior to your current job?**

Director of Business Planning, Senior Director of Digital and Stores Planning, Senior Director of Demand Planning.

**74. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

I have learned how to work at Nike, which includes navigating the complex organization, and I have learned how to influence in a consensus-based-decision organization. I have also learned how to navigate when there is a lot of ambiguity. I have learned how Nike approaches planning, which is very different from most industries.

**75. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

I learned it through on-the-job experience and mentoring.

**76. What is your highest educational level?**

Bachelor's degree

**77. In what field of study is your highest degree?**

Art practice.

**78. How, if at all, has your education been helpful for performing your current job?**

I have a liberal arts background, which is helpful in terms of having a broad perspective in looking at the business.

**79. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I was part of a leadership development rotational program at a previous company, which was helpful in terms of learning different functions and focused on leadership capabilities. At previous companies, I participated in various retail trainings. I have done leadership development trainings as well.

**80. How have these qualifications been helpful for performing your current job?**

They have given me knowledge and expertise in retail, which has helped in my current job, as we are transitioning to being more retail-led. The leadership trainings have been helpful in terms of influencing decisions in my current role.

## 12. Section 8: Working Conditions

**81. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: I typically worked at Nike HQ.

Post-covid: I typically work from my home office.

**82. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**83. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**84. How many hours do you work in a typical week?**

40 to 60 hours.

**85. To what extent do your work hours vary from week to week?**

They often vary.

**86. How many days do you work in a typical week?**

5

**87. To what extent does the number of days you work vary from week to week?**

It varies little. Occasionally I will do some work over the weekend, which are not typical work days for me.

**88. To what extent do you control your work schedule such as where and when you perform tasks?**

I somewhat control my work schedule. I don't always control deadlines, but I can control the pacing of work up to them.

**89. What time do you typically start work each day?**

I typically start work by 8:30 AM. If we have meetings with geo partners, they can start as early as 7 AM. That's typically once every other week.

**90. What time do you typically end work each day?**

I typically end work by 5:30 or 6 PM.

## 14. Section 10: Extra Roles

**91. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

Yes, I am part of two formal mentoring programs, but also mentor a couple of individuals in addition to that.

**92. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

Yes. I have been part of a couple of projects as a result of our recent reorganization. As an example, I led a project with an outside consulting firm focused on our forecast process. The project started last January and lasted for 3 months. I spent 2-15 hours a week on it in addition to my usual job.

**93. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

Nope.

**94. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No that I know of.

## 15. Section 11: Changes to The Job

**95. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you**

**began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

My role is new with the recent reorganization, and the role is quite different than it would have been before the reorganization. We transitioned the team into these new roles, so it has been continuing to evolve as we learn more and as we implement the changes. This role is new and continually changing.

**96. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes. Initially, a lot of time was spent on training and transition, and then moved to implementing and operating.

**97. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes. We set up new processes with the reorganization, and we've had to evolve them as we stand them up. For example, the timing of tasks has changed, and the amount of times we perform certain tasks has changed.

**98. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

The tools have changed, as we have built new tools to use, stood up new processes post-reorganization.

# Nike Job Analysis Interview

Response ID:86 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

80

**2. Interviewee Name:**

Carrillo Edna Esperanza

**3. Employee ID**

███

**4. Interviewer Name:**

Samantha Stelman

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am a supervisor, so my specific responsibilities are that I oversee the schedule, when machines are running... People call in, so we need to adjust the schedule based on who we have. And then we need to call other departments if we need people. At 5:30, we take roll and see who is missing and readjust the schedule as needed. From there, I move to the reporting spreadsheets - to see how many machines/lines are running, how many people are here. From there, we make sure those that have clocked in or out are here, so we can pay them correctly.

**6. What tasks do you spend the most time performing?**

Time tracking... Making sure that everyone is here and getting paid correctly. In our team, there is about 70 people.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Developing our teammates.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

With the teammates, developing and growing to the next step, that makes Nike more successful and opens more positions - so it allows Nike to continue growing.

**9. How frequently do you perform these important tasks?**

We send our team IDPs (individual development plans), and when they want to do something else, that sparks our development conversations with them. And having 1:1s with people on the team is part of that process.

**10. What are the most complex aspects of your job?**

Right now we are getting a lot of new people... So making sure that they are here at work. And it affects our schedule if they call out. We are supposed to be running about 9 lines, but that can be difficult to do if people are calling out. So every day is a surprise in terms of how we will have to adjust and adapt.

**11. What are the specific performance goals you must meet to be a high-performer?**

I'm not really sure.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

We do have the quality rate that we want to achieve (that is for the team)... But there aren't any metrics that are specific to supervisors (my role).

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Being able to work with computers. Being a team player. Being able to communicate - through both email and in person (for meetings). Being approachable - because if you are more approachable, your team feels more comfortable coming to you.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

We have our laptop, and we have additional monitors at our desk (so we can leverage dual monitors). We use Outlook for emailing. Awair is a smartsheet that we use for reporting.

**15. What job title or titles will be next in your career progression?**

Production manager

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I'm not sure... I am still working on that. I am currently working on my individual plan with my manager, so I'm still figuring out what is needed for the next level.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

North America

**18. Do you know if the geography to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different geography?**

I don't know.

**19. Are you assigned to a specific "Product Engine?"**

Footwear

**20. Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

I'm not sure.

**21. Are you assigned to a specific Sports Category (dimension)?**

Other: Air soles - that can include both running and basketball shoes

**22. Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

I don't think so.

**23. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**24. Do you have any additional specific areas of specialization? If yes, what areas?**

No

**25. How, if at all, does this area of specialization shape the work you perform?**

It doesn't

## 7. Section 3: Work Team Structure

**26. Do you work as part of a team?**

Yes, I work as part of a team.

**27. How many teams do you work on at a time?**

My team and I work with a group of other supervisors

**28. How many people are on each team?**

There are about 70 people on my team. And then the team of supervisors consists of 9 supervisors (including me).

**29. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

My platform (Thermoforming)

**30. Who are the members of your primary team by job title and what work do they do?**

We have PMOs (plastic machine operators), who are in charge of the team - which consists of about 6-7 people. They are also in charge of testing. There are roughly 12 PMOs on my team. We also have PCOs (plastic component operators) and they are the ones that work in the line. There are about 30 PCOs. The rest are ETWs, who do the same work as our PCOs, but are temporary workers.

**31. What do you specifically contribute when you work with your primary team to complete work?**

I am in charge of the PMOs, PCOs... If there are issues in the line, I am aware of it and can escalate it. If there are issues with the people, then I would sit down with them and talk to them. If someone isn't following protocols, for example, then I would have to coach them on that.

## 8. Section 4: Work Characteristics

**32. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

I would say it is spread pretty evenly... Although there are some days that have more issues, so then you can suddenly be more busy. But overall, you are generally doing the same amount day to day.

**33. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

The tasks I do don't need to be done in a very exact manner, as long as they get done at some point in the shift.

**34. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

Low... I don't really feel overly stressed.

**35. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

I wouldn't say it is stressful, but sometimes when there are multiple issues that happen at once, that can become time consuming to resolve.

### 36. To what degree does your work involve high time pressure?  Please explain.

Certain things have deadlines. For example, if we have to share something with the team that is safety related, or anything that we need to cascade down to the team... We then want to make sure everyone gets the same message in the right time frame.

### 37. To what degree is your work impacted by unexpected disruptions?  Please explain.

I have operators that go home without completing their shift... So if we are already short for that day and then someone goes home, we have to pause and figure out what to do. And sometimes we do need to shut down machines because we don't have enough staff.

### 38. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.

Yeah. Every year we have a year-end CFE and a mid-year CFE, so we know what we are doing and what we need to do to improve.

### 39. To what extent is creativity important to perform your current job effectively?

Important

### 40. In what way is creativity required to perform your current job effectively?

With the staffing, I would say creativity is required to figure out ways to keep running the machines even when you are short staffed.

### 41. How frequently, as part of your current job, are you required to physically exert yourself?

A few times per year

### 42. Please describe the work you perform that requires you to physically exert yourself.

Sometimes I help pack boxes, so I will move some boxes. That isn't something that is required of me, but I do it to help my team.

### 43. What specific physical abilities are required to perform your current job effectively?

Other - Write In: I wouldn't say there is anything specific for my job (based on options above). Although I do a lot of walking since I need to go through the cells (machines). They are in different ares, so I have to walk through and see how they are doing each day.

### 44. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

### 45. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?

### 46. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?

30

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**47. What are the most important decisions you make as part of your current job? For each, please describe why it is important. For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

I don't know.

**48. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

No

**49. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Not developing

**50. Do you have any involvement in managing budgets? If yes, what is your role?**

No

**51. What level of authority do you have, including making recommendations, to hire employees, if any?**

I can make recommendations if there are people that need to be hired. (I can also say they are not a good fit.)

**52. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

Not much. I would weigh in, but what I say wouldn't necessarily determine the decision.

**53. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I have some, but then we have to follow the protocol. So that involves talking to our manager, who then talks to HR or ER. And from there, we would make sure everyone is aligned.

**54. What level of authority do you have, including making recommendations, to terminate employees, if any?**

Kind of like the above... We would share our case, and then we would engage HR or ER to decide on the termination.

**55. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**56. What is your spending limit without seeking approval?**

I don't have to ask for approval

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I would say a little bit of both. Some assignments, I come up with them to develop my team or improve my team.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

Yes

**59. How many Nike employees directly report to you?**

15-20

**60. What are the job titles of the employees who directly report to you and what work do they perform?**

Earlier I explained this... I have direct reports that are PMOs and PCOs (plastic machine operators and plastic component operators). I explained the work that they perform in response to a different question.

**61. How do you supervise the work of those who directly report to you?**

I go to their cell and make sure that they are following the rules (e.g., wearing proper PPE, not using their phones at work). I also send out emails and they will reply with what they want to work on. Some PCOs want to be PMOs, so we come up with plans in order to get them there. Others want to do stretch assignments at campus, so then we see what work we can find for them.

**62. Do any Nike employees _indirectly_ report to you (e.g., "dotted line")?**

No

**How many Nike employees _indirectly_ report to you?**

**What are the job titles of the employees who _indirectly_ report to you and what work do they perform?**

**How do you supervise the work of those who _indirectly_ report to you?**

## 11. Section 7: Experience, Training, and Education

**63. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I've actually only worked at Nike (I started as a temp).

**64. To what degree has your prior work experience been helpful for performing your current job?**

Since I started as a temp, I was able to see how the machine worked... I was a PMO, as well... So that really helped me to build more knowledge for my current job.

**65. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

The knowledge or skill is understanding what the day to day looks like for those that work in the line.

**66. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**67. What job titles have you held at Nike prior to your current job?**

PCO (plastic component operator), then a PMO (plastic machine operator), and then a lead (they are in charge of making sure everything is running with the machines - and if anything is going on with the people, then leads would escalate to supervisors)

**68. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Becoming more of a team player... And being able to work with computers. As a lead, I was able to lead smaller team meetings - which really prepared me for my current role where I lead larger meetings with a bigger audience.

**69. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job experience.

**70. What is your highest educational level?**

Some college, no degree

**71. In what field of study is your highest degree?**

High school, in college I took general courses

**72. How, if at all, has your education been helpful for performing your current job?**

It hasn't

**73. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I don't think I have any

**74. How have these qualifications been helpful for performing your current job?**

I don't know. Not applicable.

---

## 12. Section 8: Working Conditions

**75. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

We work in the factory, so I don't have an office. Our desks are on the production floor. During COVID, I have worked from home a little bit.

**76. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

A few times per year

**77. Please describe the hazards to which you are exposed as part of your job.**

I say a few times a year, because it would be the temperature when it gets really hot outside... That's when it can get hot in here, as well.

**78. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

---

## 13. Section 9: Hours Worked

**79. How many hours do you work in a typical week?**

All shifts are 12 hours... So some weeks I work 36 hours (3 shifts) and other weeks I work 48 hours (4 shifts).

**80. To what extent do your work hours vary from week to week?**

One week I work 3 days, and the next week I work 4 days... And the schedule alternates.

**81. How many days do you work in a typical week?**

Other: 3 or 4

**82. To what extent does the number of days you work vary from week to week?**

One week I work 3 days (36 hours), and the next week I work 4 days (48 hours)... And the schedule alternates.

**83. To what extent do you control your work schedule such as where and when you perform tasks?**

When I have a day off... There are times when I am off, but someone needs something so I will log in and do some work from home.

**84. What time do you typically start work each day?**

I normally come in and start between 4:40 and 4:50pm... Because I don't like to rush when doing the schedule and with all of the call ins, I like to have my time. I also use that time before the team arrives (at 5:30pm) to connect with the other supervisors.

**85. What time do you typically end work each day?**

5:30am

## 14. Section 10: Extra Roles

**86. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

Not as of now... But eventually I will probably work on some committees.

**87. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

No

**88. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**89. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

Not so much now with COVID, but previously we would host Christmas parties - where we would do raffles, share gifts - but that is hard now with COVID.

## 15. Section 11: Changes to The Job

**90. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

One that comes to mind is the Awair that I mentioned earlier. That is a smartsheet, so that is a new reporting task that was introduced about a year ago. That is the one thing that feels like it has really changed.

**91. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

I don't think so. I think it has been the same. Like I said, I don't have a strict order to how I do my tasks, but just have to complete them within my shift.

**92. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Some procedures have changed in the time that I have been here. For example, how many people are needed on a certain machine. Before it feels like we needed more people, but now it feels like we are doing it with less people. (But this is more for the PCOs the work in the lines, and less applicable to me as the supervisor.)

**93. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

The smartsheets that we use (didn't use them originally but started about a year ago).

# Nike Job Analysis Interview

Response ID:87 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

81

**2. Interviewee Name:**

Crystal M Ammari

**3. Employee ID**

█████

**4. Interviewer Name:**

Ashwin Krishnan

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

- to provide guidance around best practices for experimentation/testing to the global member growth team
- to collect/collate/understand the key testing priorities for the global member group team
- to advance the testing priorities for the global member group team in partnership with my geo counterparts

**6. What tasks do you spend the most time performing?**

- Zoom meetings with global stakeholders as well as geo partners
- Writing/putting together materials to be used to share out thoughts on strategic process, improvements, as well as test ideas.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Providing insights and direction as to how to mature our testing program across global and geo teams.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Nike's testing skill is relatively immature, so my impact comes from bringing a non-Nike perspective to the testing program based on my outside experience.

**9. How frequently do you perform these important tasks?**

Every day.

**10. What are the most complex aspects of your job?**

Navigating the politics and the technological limitations that we have.

**11. What are the specific performance goals you must meet to be a high-performer?**

I'm not 100% clear on how I would be gauged on high performance. I think I know what those goals should be, but it's nearly impossible to achieve them because of the aforementioned politics and technological limitations.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

No.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

- Understanding the fundamentals of proper research (defining a hypothesis, isolating variables, defining success metrics, etc.)
- Understanding the nuances of A-B testing (statistical significance, sample sizing)
- Understanding the capabilities/tools that exist, that support A-B testing, and how they work
- Being able to clearly and succinctly communicate testing best practices, ideas, etc.
- Relationship-building
- Having a good understanding of key performance indicators (KPI's) or available metrics for measurement - what they mean, how they're impacted, and why each of them is valuable
- Being able to identify what metrics are best aligned to each individual test, as well as metrics that should serve as guiding North Stars
- Interpreting data and being able to translate that into actionable next steps, or the "so-what" factor

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Excel, Keynote, Box, Word, testing tools (Optimizely, Adobe Target, etc.), analytics tools (Adobe Analytics, etc.), Zoom

**15. What job title or titles will be next in your career progression?**

Director of Experimentation
Director of Insights
Director of UX Research

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

- Proven ability to communicate effectively
- Proven ability to make decisions based off the bigger picture, meaning what is important for our overall strategy, goals, etc.
- Ability to be an effective people-leader

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

Other: Global

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

The skillset and abilities would be the same. The process in which things are executed would be different. The goals would also differ.

**19. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how?, In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

Membership/member growth.

**23. How, if at all, does this area of specialization shape the work you perform?**

It shapes every way that I perform my work. My primary stakeholders are the member growth team, and my primary goal is to advance Nike membership.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

Most often, I work with around 3 teams, but it can vary. If we consider global + geo teams, that expands to 6 on average.

**26. How many people are on each team?**

At minimum those teams have 4 people, and it ranges up to 20 at the most.

**27. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

My primary team is the global member growth analytics team.

**28. Who are the members of your primary team by job title and what work do they do?**

I don't know their job titles, but they're doing fairly complex analytics deep dives and modeling.

**29. What do you specifically contribute when you work with your primary team to complete work?**

Primarily ideation, so I leverage their work to come up with hypotheses for testing.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

Definitely peaks and valleys, very unpredictable.

**31. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

I would say my work has a low degree of precision. It is very much an art and a science, so a lot of times the work is open to interpretation and has to be flexible.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

I would say there are periodic moments of high stress, and this is largely dependent on our technological capabilities and our

partnership from other teams. At times this is also due to conflicting guidance we might get from leadership.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

- The most stressful aspect of my role is unique to being on the global team. Because global doesn't actually own anything (website, app, stores, etc.), we have no control, authority, or ability to manage the work that gets prioritized and executed.
- The severe limitations we have from a technical perspective are extremely deflating. Just to author or publish a simple update to content takes weeks and many, many, many people to get done, whereas outside of Nike, I've seen the same changes be completed in the matter of an hour.

**34. To what degree does your work involve high time pressure?  Please explain.**

In my non-Nike experience, time was very important because we worked in a truly agile way, and our tools allowed us to test very quickly. We could launch, measure, and provide readout of a test in a couple of days. It is less important here, at Nike, simply because of our average timelines and the number of teams and people needed to be involved to make decisions. It would be virtually impossible, in my experience, to meet the same turnaround times and deadlines at Nike that I have experienced in the past.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

High. It is extremely common to spend 3-6 months putting together a strategic piece of work, only to have it thrown out because one team doesn't see the value, or their timelines have changed, or their priorities have changed, or we learn that a capability isn't available when we'd expected it to be available.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

It was not clearly defined when I first started. It was sort of put on me to define it, which is something that I've seen in other roles at Nike. I essentially was hired with vague direction and then had to find where my skills were really needed, and how best I could apply them in the role I was sitting in. I understand what's expected of me because I defined it, but that was not clear for a long time.

**37. To what extent is creativity important to perform your current job effectively?**

Critically Important

**38. In what way is creativity required to perform your current job effectively?**

In test ideation, in creative solutioning when capabilities are not available, and in gaining the buy-in and trust of necessary partner teams.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**41. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**42. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

50

In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.

## 9. Section 5: Decision Making

**43. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

- Prioritization of work, mostly because I don't have much direct support - there's only one of me. If I'm not focusing first on the work that's most important, or incorrectly prioritizing things, that can result in a lot of wasted time and resources, as well as a delay in focusing on the work that does matter, which would ultimately negatively impact the business.
- How I choose to/the manner in which I communicate with my partner teams. It is incredibly important in my opinion to speak with these teams in a way that identifies and appreciates their unique perspectives, goals, priorities, etc. I've seen poor communication put a full stop to any kind of progress or partnership across teams, making it impossible to advance this work.

**44. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

I am not involved in the work of the official strategy team, but I do put together thoughts and guidance around what the testing program's strategy should be in order to be most effective for all parties.

**45. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

I would say "procedure" is a strong word to use, and I would instead use "process" as far as my job is concerned. The processes that I develop are very specific to developing a test roadmap and getting tests done.

**46. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**47. What level of authority do you have, including making recommendations, to hire employees, if any?**

Very little.

**48. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None.

**49. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**50. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**51. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Other: I don't know. I don't think so.

**52. Please explain the type of legal documents you are authorized to sign.**

It is something I would have to ask about beforehand.

**53. How frequently do you sign legal documents on behalf of the company?**

Never

**54. What is your spending limit without seeking approval?**

0.

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I determine my own assignments, with input from my manager.

## 10. Section 6: Supervising Others

**56. Do any Nike employees _directly_ report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**57. Do any Nike employees _indirectly_ report to you (e.g., "dotted line")?**

No

**How many Nike employees _indirectly_ report to you?**

**What are the job titles of the employees who _indirectly_ report to you and what work do they perform?**

**How do you supervise the work of those who _indirectly_ report to you?**

## 11. Section 7: Experience, Training, and Education

**58. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Digital media planning - 2 years
Market research - 4 years
Analytics and Insights - 3 years
Optimization advisor - 2 years
Digital product manager - 1 year

**59. To what degree has your prior work experience been helpful for performing your current job?**

It is helpful because it is the basis of my knowledge, which allows me to confidently provide the guidance I need to in this space. However, the maturity of the testing program at Nike is far behind programs that I have worked in in the past, so there is a little bit of needing to wait for the organization to catch up to where my abilities actually are, in order for me to most effectively do my job.

**60. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Everything. Everything I know about research, testing, the digital ecosystem, analytics, etc. is the basis of my prior work experience, and is directly applicable to my current job.

**61. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**62. What job titles have you held at Nike prior to your current job?**

N/a.

**63. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Honestly, none. I guess I've learned a little about the apparel and retail space that I didn't know before, having worked in a different industry.

**64. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On-the-job experience.

**65. What is your highest educational level?**

Master's degree

**66. In what field of study is your highest degree?**

Communications.

**67. How, if at all, has your education been helpful for performing your current job?**

In a sense, my education has taught me effective communication, appreciating other perspectives, and the ability to clearly get my message across.

**68. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I am CSPO agile certified.

**69. How have these qualifications been helpful for performing your current job?**

I use it a lot as a frame of reference for how I try to influence the way teams develop their testing roadmaps, and it directly informs how I would describe an effective testing program. I also use a lot of the language I learned in that program.

## 12. Section 8: Working Conditions

**70. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: I was in an office, in a shared space.

Post-covid: I have a home office in a private room.

**71. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**72. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**73. How many hours do you work in a typical week?**

40.

**74. To what extent do your work hours vary from week to week?**

Very little.

**75. How many days do you work in a typical week?**

5

**76. To what extent does the number of days you work vary from week to week?**

Zero.

**77. To what extent do you control your work schedule such as where and when you perform tasks?**

I mostly control it. The only thing I don't control is my call schedule.

**78. What time do you typically start work each day?**

8 AM.

**79. What time do you typically end work each day?**

4 PM.

## 14. Section 10: Extra Roles

**80. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

This past summer, I served as an intern coach.

**81. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

I don't think I have.

**82. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**83. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**84. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

No.

**85. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No.

**86. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Slightly, only because the teams and people changed post-CDA (Consumer Direct Acceleration, reorganization that was done). I've had to identify the new people and teams and adjust process to meet the new organizational structure.

**87. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Kind of. We've gotten new testing tools, but I don't have direct access to those.

Nike Job Analysis Interview

Response ID:88 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

82

**2. Interviewee Name:**

Trina La Rou Zampese-Murrietta

**3. Employee ID**

█████

**4. Interviewer Name:**

Ashwin Krishnan

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Design accessory product for Nike, anything from socks to hats to bags.

**6. What tasks do you spend the most time performing?**

The most time consuming task at the moment is Zoom calls.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Consumer research, and talking to the athletes.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Without our athletes, we do not have a product. I think that the athletes are essentially our voice for our product.

**9. How frequently do you perform these important tasks?**

Often. I talk to athletes all the time, from when I coach, to when I watch sports, to when I run and compete myself.

**10. What are the most complex aspects of your job?**

Working with other departments to get other departments to lean in and work with us as a team.

**11. What are the specific performance goals you must meet to be a high-performer?**

Being able to solve problems for athletes in an innovative way.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

I don't know.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

We have to be able to have the ability to talk to an athlete and understand what they really need. We have to have the ability to take what the athlete is saying and translate that into a product that helps them - essentially help visualize the athlete's ideas.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

A pencil and paper - I sketch. Creating 3-D models to visualize ideas. I try to stay away from computers in my design process and try to make it with my hands instead.

**15. What job title or titles will be next in your career progression?**

Design Director

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

The ability to be able to do an overarching direction and the ability to take a team and get them to work together and create a product. To be a Design Director, I think you have to be a great teammate and coach to everyone in your team as well.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Other: Accessories

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

Yes, the work would be different, since apparel is cut-and-sew and accessories are an external part of athletes' equipment.

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

No, I do all of my specialized areas.

**23. How, if at all, does this area of specialization shape the work you perform?**

N/a.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

I work on up to four teams at a time.

**26. How many people are on each team?**

There are around 7-10 on each team, depending on which team.

**27. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

The Bags team.

**28. Who are the members of your primary team by job title and what work do they do?**

Design Director - directs our department
Product Designers - create the products
Product Managers - request what kind of product goes into the line
Trim Developer - develops our trims
Developers - bring the product to life with the factories
Studio Team - in charge of color and graphics

**29. What do you specifically contribute when you work with your primary team to complete work?**

I contribute the visualization of the product, and I contribute the proto-request that goes out to the factories. I also contribute consumer insight information.

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

My work has peaks and valleys, so we'll have some times when we are inundated with work, and sometimes we have down time to think problem-solve, and look ahead.

**31. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

Deadlines are our most exact and accurate requirements, and the consequences are that our products don't make it to market on time.

**32. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

Erratic. We have moments of high intensity and low intensity. The only thing constant at Nike is change.

**33. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

Not having enough consumer research and not being given the time to go out to the marketplace, research, and talk to athletes.

**34. To what degree does your work involve high time pressure? Please explain.**

We've been in a high-time-pressure situation since we had CDA launch (Nike reorganization).

**35. To what degree is your work impacted by unexpected disruptions? Please explain.**

Slightly impacted. Unexpected disruptions are just a part of work and something I am able to deal with as part of professional life.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

Yes. I am expected to create product that works for the athlete. I think that for product designers, our role is fairly clearly defined.

**37. To what extent is creativity important to perform your current job effectively?**

Critically Important

**38. In what way is creativity required to perform your current job effectively?**

I have to be able to think outside the box to solve problems that have not been created yet, and to solve them in ways that are not already out there.

**39. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**40. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: Pre-covid: once or twice a year; Post-covid: no traveling

**41. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: Israel, China, mainly to our factories worldwide, and domestically up to Seattle or down to California

Post-covid: no travel

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

15

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

99

**44. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: from whatever factory I was traveling to

Post-covid: from home, from vacation spots, from wherever I could to get a change of scenery.

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

What the product will look like. For bags, what's really important is shape, so that the athlete can use it. At the end of the day, if it doesn't work for the athlete or doesn't look good against a wall, no one will buy it. Another important decision we make is the material we use. If the material is not correct for the product being made, it will fail altogether.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

No.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

None.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**54. Please explain the type of legal documents you are authorized to sign.**

Patents that are created by me, owned by Nike, and signed by me.

**55. How frequently do you sign legal documents on behalf of the company?**

Other: Infrequently - there is no set cadence to patent creation.

**56. What is your spending limit without seeking approval?**

I don't know.

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

We're assigned by a manager.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**59. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees _indirectly_ report to you?**

**What are the job titles of the employees who _indirectly_ report to you and what work do they perform?**

**How do you supervise the work of those who _indirectly_ report to you?**

## 11. Section 7: Experience, Training, and Education

**60. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Accessory Designer for surf brands in California - about 15 years.

**61. To what degree has your prior work experience been helpful for performing your current job?**

A high degree. In my previous roles, I had to do multiple roles, whereas Nike makes me specialize in roles, so I am able to see the bigger picture better than some of my counterparts who have only worked at Nike.

**62. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

In my previous jobs, I was able to create, develop, sell to the geos, and being able to get the product to the marketplace was just one of my jobs, so I was able to see how the full process works.

**63. Were you hired into your current job as an external hire or promoted from another job at Nike?**

External Hire

**64. What job titles have you held at Nike prior to your current job?**

N/a.

**65. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

My previous leadership, prior to CDA, were very helpful regarding how to problem-solve when working with multiple people and departments. They were an integral part of teaching me how to get through the "Nike system". Since Nike is so big on networking, they helped me learn how to communicate and interact with other teams to help get my job done more efficiently.

**66. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Coaching and mentoring.

**67. What is your highest educational level?**

Bachelor's degree

**68. In what field of study is your highest degree?**

Graphic Design.

**69. How, if at all, has your education been helpful for performing your current job?**

I went to art school so I think it was super beneficial. I think the process of earning a degree carries inherent lessons and benefits that translate to professional work, regardless of discipline.

**70. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I played a sport at a collegiate level which trained me in discipline and teamwork at a professional level.

**71. How have these qualifications been helpful for performing your current job?**

The training I got in discipline, coaching and teamwork have all been helpful in performing my current job.

## 12. Section 8: Working Conditions

**72. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: At the Nike campus, there are various diverse places to work and be creative, and I was able to work at many locations around campus.

Post-Covid: I create my own work environment.

**73. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**74. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**75. How many hours do you work in a typical week?**

Anywhere from 35 to 45 hours.

**76. To what extent do your work hours vary from week to week?**

They definitely vary from week to week. No two weeks are ever the same.

**77. How many days do you work in a typical week?**

6

**78. To what extent does the number of days you work vary from week to week?**

They slightly vary from week to week.

**79. To what extent do you control your work schedule such as where and when you perform tasks?**

I tro to control it as much as possible, but there are always variables that I don't have control over, so I build my schedule around those. Sometimes working from 9pm to 2 or 3 in the morning is the most convenient work schedule for me.

**80. What time do you typically start work each day?**

I start work at 6:30AM

**81. What time do you typically end work each day?**

Anywhere between 4 in the afternoon and 11 at night, depending on what the week looks like.

## 14. Section 10: Extra Roles

**82. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

No.

**83. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

No.

**84. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No public roles.

**85. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**86. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

The only thing that change constantly since I got into the new role is Dates and Gates, where I have to perform to show new product. The part of my job that is always up in the air how we present, when we have to present, and who we have to present to.

**87. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Sometimes they change because deadlines get moved up, so we have less time to perform the tasks necessary to get our jobs done.

**88. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, they have changed, and I think that's because we as a team are trying to figure out how best to collaborate and work efficiently - sift out what's working and what's not.

**89. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

No.

# Nike Job Analysis Interview

Response ID:89 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

83

**2. Interviewee Name:**

Anderson Heather Leigh

**3. Employee ID**

██████

**4. Interviewer Name:**

Noel Williams

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I manage the seasonal product lines for Kids lifestyle footwear. I work with a Product management team, and DEV (development) team to accurately enter the products into the MMX system. I manage all of the edits to the line after each gate. After each gate with the merchandising team, I edit the line. I make changes in MMX.

**6. What tasks do you spend the most time performing?**

Accurate Data entry. It is important that it is entered accurately and in a timely manner.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Accurate data entry in a timely manner, it effects all of our geos and partners. It allows others to do their jobs timely. It impacts what is put online, on Nike.com. The information needs to be correct for our partners within the system. I also perform inventory carryovers and seasonal drops/adds. Styles may need to be in the system correctly, as it impacts other teams.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Other internal partners depend on me, in order to do their job correct. I'm the last step in that process. They can do adoptions, and other tasks that the Geos need to do for their job.

**9. How frequently do you perform these important tasks?**

Seasonally, and then after each gate. Also ad hoc, when there are carryovers, depending on the leadership , or when seasons change.

**10. What are the most complex aspects of your job?**

Making sure that we get the correct information from the teams. When the info is not accurate, it takes more time. Deadlines are important as well., making sure we have the correct information is important.

**11. What are the specific performance goals you must meet to be a high-performer?**

Going above and beyond the role, volunteering to help your team, volunteering time within the org to take on other projects.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

We don't have any target.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

MMX system knowledge, Excel, understanding the line in your business,

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

MMX, PCX, PCM (software to developers use to input their data), Smartsheets, Box, Miro

**15. What job title or titles will be next in your career progression?**

I don't know, I love my role, and have a lot to learn. I'd like to become a manager someday.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Be a people person to be a manager, have interpersonal skills
Have patience, courage to lead a team
Understand the role of the business, and the role of your team
Be a team player.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

Other: Global

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

No.

**19. Are you assigned to a specific "Product Engine?"**

Footwear

**20. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

No.

**21. Are you assigned to a specific Sports Category (dimension)?**

Other: Training, Fitness and Lifestyle footwear

**22. Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

No, the work would be similar. Data entry would be similar across categories. For the most part, we are all entering into the system, regardless of where we are working.

**23. Are you assigned to a specific Product Line/Gender?**

Other: Kids's, Men's, Women's.

**24. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

No.

**25. Do you have any additional specific areas of specialization? If yes, what areas?**

No.

**26. How, if at all, does this area of specialization shape the work you perform?**

n/a

## 7. Section 3: Work Team Structure

**27. Do you work as part of a team?**

Yes, I work as part of a team.

**28. How many teams do you work on at a time?**

5 teams
Men's & Women's Fitness Footwear
Men's & Women's Training Footwear
Kids' Lifestyle Footwear
Global Footwear
Data Products

**29. How many people are on each team?**

Men's & Women's Fitness Footwear - about 20 people that I interact with
Men's & Women's Training Footwear - about 20 people that I interact with
Kids' Lifestyle Footwear -about 20 people that I interact with
Global Footwear - 5 people
Data Products - about 70 people

**30. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

Global Footwear, I support the categories but Global Footwear is the primary.

**31. Who are the members of your primary team by job title and what work do they do?**

Manager - manages our team, our go-to, helps with goals, runs team meetings, advocates for us, provides critical information, delegates tasks
Other PIA (Product Information Analysts) - we manage all of the seasonal product lines for our specific categories. We manage seasonal audits of our lines. It is critical to having data correct in our systems.

**32. What do you specifically contribute when you work with your primary team to complete work?**

We work together on process improvements, we try to make our work more streamlined. We collaborate and partner as a team, come up with solutions. We help each other out. Our team is really close, when help is needed - we all dive in. We are down three people, and everyone takes on things to rally together.

## 8. Section 4: Work Characteristics

**33. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

The work is predictable, with peaks and valleys. We have tight deadlines for line planning code-raising. There are lots of dates and gates. The work is spread evenly throughout the year. We know of our busy times and deadlines. We have ad hoc requests and edits, and reporting.

**34. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must**

**be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

The data enters needs to be 100% accurate. The consequences is wrong information going into the system. For example, if the information is entered wrong, the effects could be costly. Some of the information goes into the digital data incorrectly, which can impact our bottom line.

**35. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

Periodic. It is stressful around deadline times.

**36. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

Deadlines - making sure that we hit the day that we need to be finished with the project
Multiple competing priorities - we have a deadline, but other projects as well - takes prioritizing

**37. To what degree does your work involve high time pressure?  Please explain.**

Deadlines are a critical part of our work.

**38. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Ad hoc requests from leadership . Sometimes we'll be working on something and focus on something else, can be disruptive, depending on what is going on.

**39. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

My role is clearly defined, I understand what I need to do, in order to be successful at my job. We have a really good leadership team that keeps us on track. I also have a great manager that holds us accountable for our work and keeps us successful.

**40. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**41. In what way is creativity required to perform your current job effectively?**

We have to be creative in the ways that we perform our tasks, and ways to streamline our processes. A creative way to do our jobs better, and working outside the box.

**42. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**43. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: PreCovid - i completed on trip, and typically PIA do not travel. PostCovid - none

**44. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

PreCovid - I took one market trip to LA
PostCovid - none, as PIAs do not typically travel.

**45. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**46. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**47. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Knowing what I need to do and what is expected of me. I can offer suggestions on how to better my category team and determine what processes are best to do my job. It's important for me to complete my tasks accurately and timely, because it can have negative impacts downstream. Other employees are effected.

**48. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Our leadership team holds all hands meetings, and we are able to offer suggestions and contribute. The leadership team offers surveys to collect information. The ideas can be used for collaboration and improvements.

**49. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No, but we suggest to our teams how to do things better. I offer feedback on how processes could work better.

**50. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**51. What level of authority do you have, including making recommendations, to hire employees, if any?**

I don't have any authority, but I have let my manager know about employees (prior coworkers) that have skills that would benefit our team.

**52. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None.

**53. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**54. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**55. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**56. What is your spending limit without seeking approval?**

None.

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I am assigned work from manager/leadership, but I also manage my own assignments as I know what is expected of me in my

current role. I know that certain tasks within the role are assigned to me.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**59. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**60. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Previous role - Nordstrom (13 years) - Manager, Sales, Assistant Buyer, Communication & Customer Service, Merchandising

**61. To what degree has your prior work experience been helpful for performing your current job?**

I've always worked with product, and successful company. My first role was a Buyer Specialist - which helped me transition. I've always been in the retail industry and had a strong passion for it.

**62. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Strong work ethic
Really hardworking
Team player
Passion for the industry
Good communication skills and a great multitasker

**63. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**64. What job titles have you held at Nike prior to your current job?**

Buyer Specialist/Assistant Buyer
Customer Service Representative
Logistics Analyst
Account Manager

**65. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

All of these skills are not new knowledge, but used in my everyday work:
Strong work ethic
Really hardworking
Team player
Passion for the industry
Good communication skills and a great multitasker

**66. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Formal training, on the job experience and coaching and mentoring

**67. What is your highest educational level?**

Bachelor's degree

**68. In what field of study is your highest degree?**

Business

**69. How, if at all, has your education been helpful for performing your current job?**

It taught me the basics of business.

**70. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I have taken online courses within Nike, over 21 years.

**71. How have these qualifications been helpful for performing your current job?**

Some of them have helped me to cope with stress, understanding the importance of reporting data accurately. A Smartsheets training that helps me understand how to read smartsheets and create documents.

## 12. Section 8: Working Conditions

**72. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

PreCovid - office at Nike HQ
PostCovid - I work at home

**73. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**74. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**75. How many hours do you work in a typical week?**

40-50

**76. To what extent do your work hours vary from week to week?**

It's pretty consistent. If I have deadlines, I will work over to get the job done.

**77. How many days do you work in a typical week?**

5

**78. To what extent does the number of days you work vary from week to week?**

It's pretty consistent. If something comes up, I will work more an hour on a Saturday. It is my choice, not expected of me.

**79. To what extent do you control your work schedule such as where and when you perform tasks?**

I pretty much control my work schedule. I know what needs to be done. My manager is not a micromanager. I get my work done.

**80. What time do you typically start work each day?**

Around 7/7:30 am

**81. What time do you typically end work each day?**

4:30pm/5pm

## 14. Section 10: Extra Roles

**82. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

Yes, I serve on an Onboarding Committee. It helps new hires, it provides mentorship and tools for them to be successful at their job. Previously, I was on the Employee Engagement Committee. We held activities for the team, planned Christmas party, Homeless Coat Drives, Can Food Drives, Bingo (etc, PreCovid) . Postcovid - planned activities via Zoom to keep the team connected.

**83. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

No.

**84. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**85. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**86. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

Things have been the same. The audit is new, it didn't exist when I first started. It is a process to help keep ourselves on track.

**87. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No.

**88. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, we've had a lot of process enhancement. We have improved processes since I've started. Helps with streamlining and bettering the way that we do things. The leadership team is good about helping us find ways to better our jobs.

**89. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Smartsheets has enhanced that way that we do things. The audit is a tool that helps us make sure that our data is correct.

# Nike Job Analysis Interview

Response ID:91 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

84

**2. Interviewee Name:**

Thio Ira S

**3. Employee ID**

███████

**4. Interviewer Name:**

Tyleen Lopez

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Ensure product data is accurate and consistent season after season in various systems. Specifically, I manage Men's branded t-shirts encompassing all categories (e.g., lifestyle, basketball, running, soccer, etc). I work with business partners (e.g., product management, developers, designers) to ensure product data is entered and maintained accurately.

**6. What tasks do you spend the most time performing?**

Creating and updating product data in systems. Perform daily audits to maintain data accuracy.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Ensuring data product accuracy.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

These tasks are most important because the data that I manage affects other business partners and if the data is inaccurately entered then it can lead to errors that must be resolved.

**9. How frequently do you perform these important tasks?**

Daily, multiple times a day. I work with multiple seasons and always working on updates within the system.

**10. What are the most complex aspects of your job?**

Issue resolution, for example, data that have "errors" need to be fixed in order for others to use the data.

**11. What are the specific performance goals you must meet to be a high-performer?**

First, you have to maintain consistent and accurate data, we also have "error-free" goals in relation to audits (we cannot be error-free 100% of the time but we do aim for preventing errors in our data).

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

We have an initiative titled "move-to-zero" goal, while it is impossible to hit such a goal we do aim to. There is bound to be errors because of the size of data we work with but we have to be "error-free."

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

The title is "Product Information Analyst" so you need to be detail oriented, consistent, and analytical. You also need skills of the specific Nike systems (e.g., MMX, PPS, JBA, Stadium, CDB, and PSTLator).

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

A lot of the systems are browser-based so I work off of Chrome. I work off of a PC in order to align with the Nike systems I use in my role. We use Citrix, SmartSheets, AirTable, Slack, and Box.

**15. What job title or titles will be next in your career progression?**

Senior Product Information Analyst (PIA), PIA Manager, then theres Director and Senior Director. However, 90% of the people in my role do not go that route. They often move to merchandising, product, development, or ops (there are a lot of avenues).

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I am not sure. Senior PIA was just added about 3 months ago so they are still trying to figure out that role. As a PIA Manager, you would need people skills because in my current role I only manage myself.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Apparel

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

No, the work that I perform is the same, all of the product engines use the same systems and do the same work with the data (they are just entering different data).

**20. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**21. Are you assigned to a specific Product Line/Gender?**

Men's

**22. Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

Every category and gender has their nuances. As a result, I would like to say yes. The data is different according to Product Line/ Gender.

**23. Do you have any additional specific areas of specialization? If yes, what areas?**

Yes, REAQT (Rapid Events and Quick Turns) is another area of specialization. From a data standpoint, I manage the business

REAQT styles which encompasses all big events across different leagues (e.g., NBA finals, college football playoffs, NFL, etc.) that have a very quick turnaround time frame.

**24. How, if at all, does this area of specialization shape the work you perform?**

I don't know if it shapes it, it is just something I have managed for a long time. It is a very specific business and I feel like not just anyone can do it because it takes experience and expertise (i.e., tribal knowledge).

## 7. Section 3: Work Team Structure

**25. Do you work as part of a team?**

Yes, I work as part of a team.

**26. How many teams do you work on at a time?**

Approximately 6 teams.

**27. How many people are on each team?**

Approximately 10 people on each team.

**28. Which team do you consider your "primary" team? For example, is there one team you interact with most?**

My team which is the "TCOE" (Tees Center of Excellence) team.

**29. Who are the members of your primary team by job title and what work do they do?**

1) Product Line Manager: they manage the seasonal lines.
2) Developer: they develop the styles.
3) Sourcing: they source the styles to various factories.
4) Designers: they design the product styles.
5) Design Assists: they color up the product.

**30. What do you specifically contribute when you work with your primary team to complete work?**

Most of the time I provide them with reports of the data that I input and I help maintain, this helps them to be able to keep track of their line. I take the line plans that product line managers create, and I convert that into the system and from there I can do different reporting. A lot of it is maintaining the data because a lot changes according to the calendar (ex: products can get dropped).

## 8. Section 4: Work Characteristics

**31. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

All of the above. Line plans are spread evenly across the year (I get them once every season, four times a year and that is predictable). My REAQT business is also predictable, there is a lull at times but then it can get really busy. Errors that arise within my work can be described as unpredictable because I do not always foresee the errors that may occur.

**32. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

All of my job requires a high level of precision, because I work with data and it has to be accurate and consistent. A consequence would be that the errors in data can affect other business partners and systems (the data flows into many systems).

**33. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

It depends, it fluctuates between being high/low and periodic/constant because there are times where even though I know an event is coming it can still cause stress knowing the amount of work that must go into such an event. The stress motivates me to perform well.

**34. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

The most stressful aspects of my job are low intensity stress. For example, when I get a new line plan and I know I need to enter the data in the system within a few days it is stressful but I do foresee it coming since it is predictable which allows me to manage my stress levels.

**35. To what degree does your work involve high time pressure? Please explain.**

Around 40% of my work involves high time pressure. For example, with the line plans we get those once a season (four times a year) and we must input the data to the system within 2-3 days. We also have other deadlines throughout the year but line plans are the most predictable high time pressure task.

**36. To what degree is your work impacted by unexpected disruptions? Please explain.**

Meetings, zoom calls, errors that may arise in data are all unexpected disruptions. Also, if people are out of office it can delay projects which also acts as an unexpected disruption. These disruptions occur around 50% of the time.

**37. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

My role at Nike is very clearly defined, I do understand what is expected of me. I have been in this role for 11 years so I have the expertise and experience to understand what is expected of me.

**38. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**39. In what way is creativity required to perform your current job effectively?**

I do not think it is required but when reports are requested of me you have to be creative in how you present the report and that you are providing what others need from the report. Often these reports are a massive information dump, so I need to creatively condense the information.

**40. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**41. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

A few times per year

**42. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

I traveled pre covid and during covid, the last time I traveled was in July. It is domestic travel, as part of the REAQT team I go to on-site production travels.

**43. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**44. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

40

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decisions I make are being accurate and consistent when managing the data. The consequence would be the downstream effect on partners and systems if the data was incorrect.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

No.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Somewhat, as it relates to the data and because of my tribal knowledge, in the past I have written some policies and processes to help others.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

None.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**54. What is your spending limit without seeking approval?**

I'm not sure. I do have a company credit card with a spending limit of $30,000 but all of the expenses on that card must be approved.

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I determine my own assignments within my category.

## 10. Section 6: Supervising Others

**56. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**57. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**58. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

1) Deluxe Check Printers -- Data Entry Specialist
2) Riverplace Athletic Club -- Assistant Membership Manager

**59. To what degree has your prior work experience been helpful for performing your current job?**

My prior work experience was not entirely helpful because the work at Nike is completely different (different systems and different data).

**60. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

I would say the same as I said in question 59.

**61. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Other: I was hired into my current role as a result of a reorganization. My old role was eliminated, and I was then moved into my current role.

**62. What job titles have you held at Nike prior to your current job?**

1) Associate Product Line Manager in Footwear
2) Footwear Operations Analyst for the Asia Pacific Region
3) Executive Assistant
4) Senior Administrative Assistant
5) Retail at the Nike Employee

**63. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

The many years of experience and knowing how Nike works as a company (i.e., the ins and outs and matrix of Nike) is helpful for performing in my current role. Everything else is taught in each role, but consistently with every role I gain experience, more knowledge, and a greater network of people which help me in my current role.

**64. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

Some on the job experience, formal training, and some mentoring.

**65. What is your highest educational level?**

Bachelor's degree

**66. In what field of study is your highest degree?**

Business Administration.

**67. How, if at all, has your education been helpful for performing your current job?**

My education has not impacted my current role very much since my current role is very data driven.

**68. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I have a SmartSheet training certificate.

**69. How have these qualifications been helpful for performing your current job?**

The SmartSheet training has not been applicable to my current role since I do not use SmartSheet, I use AirTable.

## 12. Section 8: Working Conditions

**70. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: At Nike WHQ 100% of the time
During Covid: Working form home 95% of the time, the other 5% I will work out of the home.
Post-Covid: 3 days a week in office and 2 days a week at home.

**71. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**72. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**73. How many hours do you work in a typical week?**

Approximately 50 hours a week, this is a conservative estimate.

**74. To what extent do your work hours vary from week to week?**

Mostly consistent.

**75. How many days do you work in a typical week?**

6

**76. To what extent does the number of days you work vary from week to week?**

Somewhat varies, I always work at least 5 days a week though.

**77. To what extent do you control your work schedule such as where and when you perform tasks?**

I have full control of my work schedule.

**78. What time do you typically start work each day?**

8am

**79. What time do you typically end work each day?**

Varies, but typically 7-8pm.

## 14. Section 10: Extra Roles

**80. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

Yes, I am part of a shared service team which is just projects that are assigned to me that I must manage. I also manage another project called the "Blank Tees Line."

**81. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

Yes, I have. The shared services team projects vary. Currently, the project I am working on is called "Athlete Sizing," I have been doing this project for a few years but they are going to place someone else on this project soon and I will be transitioning to another project.

**82. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**83. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

Yes, such as my work with REAQT-- the specific tasks vary according to the event that I am working (e.g., NBA finals, Final Four, college football playoffs, etc.).

## 15. Section 11: Changes to The Job

**84. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

No, the tasks are the same.

**85. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes, I spend more time on my main tasks now such as data management.

**86. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, the way that I perform my tasks is different now due to system upgrades. However, the main umbrella of the role is still the same just how we do it is different now.

**87. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, the systems have changed. The systems have been upgraded and we now have new systems.

Nike Job Analysis Interview

Response ID:92 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

85

**2. Interviewee Name:**

Ayesha Sarah Khan

**3. Employee ID**

██████

**4. Interviewer Name:**

Ashwin Krishnan

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

- Concepting, developing, creating consumer-facing branded content for Nike at a global level
- Creating and influencing creative strategy
- Developing multi-seasonal content strategy
- Managing external creative partners
- Partnering with cross-functional internal teams to deliver creative initiative content

**6. What tasks do you spend the most time performing?**

Most of my time is probably spent in process management meetings.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

- Brand creative ideation, development, and development with a full suite of creative partners
- Brand creative strategy development and alignment

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Because they are directly consumer-facing and are judged by our core demographic audiences. They can help people change their minds about our brand and what we do for them.

**9. How frequently do you perform these important tasks?**

I'd say 30% of the time.

**10. What are the most complex aspects of your job?**

- Brand creative alignment with internal partners and leaders
- Internally influencing ideas that truly create progress for the brand
- Navigating internal brand marketing teams, structures, and status-quo processes
- Working with internal teams who are not well aware of the latest creative technology and industry brand marketing standards

**11. What are the specific performance goals you must meet to be a high-performer?**

Unclear - has never been outlined as part of my job description.

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

None.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

- Full funnel brand marketing know-how
- Integrated media
- Communications and PR
- Creative technology
- Influencer landscape
- Fashion and sportswear industry landscape
- Deep understand of 21st century impact marketing models
- Nike direct digital ecosystem, inclusive of product, services, and content
- Creative agency and partner landscape
- Ability to understand lived experience of underrepresented communities
- Product design and merchandising timelines, and latest releases across the athletic industry
- Manage, mentor and motivate creative professionals

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Adobe suite, Apple suite of tools such as Keynote and Notes, MS Office suite, Slack, Zoom, Google suite of tools like Docs and Pages, WhatsApp, frame.io, production tools, iMessage, at-home video conferencing cameras, YouTube, Nike apps (NTC, SNKRS, Running, and the Nike App), Snapchat, Twitter, Instagram, SparkAR, Discord, twitch, TikTok

**15. What job title or titles will be next in your career progression?**

S-Band Creative Director
Senior Director of Brand Marketing

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

Holistic understanding of tactical and strategic brand marketing, team management, visionary strategy, transformational leadership capabilities (enabling and empowering diverse voices, new points of view, and championing progress aligned with business objectives), deep understanding of enterprise strategy and business objectives, and demonstrated ability of navigating Nike matrix and influencing/leading projects, ability to assess, support, and influence creative content aligned to overarching marketing strategies

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

Other: Sustainability, Innovation and Purpose

**20. Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

Yes, it would be different. Oftentimes, our work is not focused on a specific product marketing initiative, but rather a holistic idea, brand value, or product innovation platform.

**21. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**22. Do you have any additional specific areas of specialization? If yes, what areas?**

Impact marketing and purpose brand marketing models.

**23. How, if at all, does this area of specialization shape the work you perform?**

This area of specialization requires that the marketing and creative initiative is tied to specific corporate, brand, and consumer actions, that go beyond product marketing, selling product, and consuming product. Therefore, it requires deep understanding of consumer expectations of global brands operating within the diversity, inclusion and sustainability spaces.

## 7. Section 3: Work Team Structure

**24. Do you work as part of a team?**

Yes, I work as part of a team.

**25. How many teams do you work on at a time?**

Between 5 and 8 at any given time.

**26. How many people are on each team?**

Between 2 and 7 people are on each team.

**27. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

Yes, global creative studio.

**28. Who are the members of your primary team by job title and what work do they do?**

art director
creative director
graphic designer
digital designer
copyrighter
studio manager
producers
project managers
narrative directors

These jobs all comprise holistic creative functions, development, production, management, and reviewers/approvers.

**29. What do you specifically contribute when you work with your primary team to complete work?**

Creative vision, strategy, content approach, creative planning, initiative planning, narrative development, briefing creation,

review and approval of external partners, external partner management

## 8. Section 4: Work Characteristics

**30. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

Distinct peaks and valleys based on seasonal marketing initiatives.

**31. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

Post-production phase, editing and review/approval of launch-ready creative deliverables must be performed in an exact and accurate manner. The consequences could be that unprepared content or content that does not meet Nike's brand marketing standards is launched into the marketplace. Another consequence would be that we offend, rather than inspire a core audience, which then includes bad PR, need for follow-up, potential legal implications, etc.

**32. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

Periodic high-intensity, high-stress work environment.

**33. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

- partnering with perceived incompetent internal teams who have outsized impact on the work
- consumer-facing launch deadlines

**34. To what degree does your work involve high time pressure?  Please explain.**

When working against a consumer-facing launch dates, including production timelines, review and approvals, and internal alignment, work involves high time pressure.

**35. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Work is regularly impacted by unexpected disruption, including but not limited to shifts in long-term planning, budget constraints or future funding, short-term business needs, directional strategic shifts, leadership changes, and creative feedback.

**36. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

My role is not clearly defined. General understanding of role, but lack detailed clarity on key responsibilities, deliverables, and scope.

**37. To what extent is creativity important to perform your current job effectively?**

Critically Important

**37. In what way is creativity required to perform your current job effectively?**

Creativity is required to deliver quality brand-right content and leading-edge holistic marketing initiatives.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

A few times per year

**42. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

Typically travel to production locations.

**40. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

50

**41. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

5

**45. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

On set production.

## 9. Section 5: Decision Making

**What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

**Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

**Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

**Do you have any involvement in managing budgets?  If yes, what is your role?**

**What level of authority do you have, including making recommendations, to hire employees, if any?**

**What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

**What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

**What level of authority do you have, including making recommendations, to terminate employees, if any?**

**Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**What is your spending limit without seeking approval?**

**Are you assigned work by your manager/leadership or do you determine your own assignments?**

## 10. Section 6: Supervising Others

**Do any Nike employees <u>directly</u> report to you?**

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**Do any Nike employees indirectly report to you (e.g., "dotted line")?**

**How many Nike employees indirectly report to you?**

**What are the job titles of the employees who indirectly report to you and what work do they perform?**

**How do you supervise the work of those who indirectly report to you?**

## 11. Section 7: Experience, Training, and Education

**Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

**To what degree has your prior work experience been helpful for performing your current job?**

**What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

**Were you hired into your current job as an external hire or promoted from another job at Nike?**

**What job titles have you held at Nike prior to your current job?**

**Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

**How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

**What is your highest educational level?**

**In what field of study is your highest degree?**

**How, if at all, has your education been helpful for performing your current job?**

**What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

**How have these qualifications been helpful for performing your current job?**

## 12. Section 8: Working Conditions

**What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

**How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

**Please describe the hazards to which you are exposed as part of your job.**

**How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Please describe the work you perform that has the potential for physical injury to yourself or others.

## 13. Section 9: Hours Worked

How many hours do you work in a typical week?

To what extent do your work hours vary from week to week?

How many days do you work in a typical week?

To what extent does the number of days you work vary from week to week?

To what extent do you control your work schedule such as where and when you perform tasks?

What time do you typically start work each day?

What time do you typically end work each day?

## 14. Section 10: Extra Roles

Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.

Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.

Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?

Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?

## 15. Section 11: Changes to The Job

Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.

Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?

Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?

Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?

# Nike Job Analysis Interview

Response ID:93 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

86

**2. Interviewee Name:**

Coleman Christine Nicole

**3. Employee ID**

██████

**4. Interviewer Name:**

Tyleen Lopez

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am a developer for Tee (aka t shirts) products, so I work with the factories to develop our styles after they are designed. I also work with the factories to develop the products and so that they are then produced and sold by Nike.

**6. What tasks do you spend the most time performing?**

I spend the most time emailing and working with the factories to develop the products. I also work on the costing of the products, bill of materials (BOM), tech pack building, and working internally as a team on the product.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

1) Accuracy in building the product because the product has to be right to be then produced.
2) Ensuring that the costs are correct in our system so that the product can be purchased, made, and then sold by Nike in order to gain revenue for the company.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Because they ultimately bring the consumer to purchase the product which in turn brings revenue to Nike.

**9. How frequently do you perform these important tasks?**

On a daily basis.

**10. What are the most complex aspects of your job?**

Navigating the matrix of Nike and bringing all of the correct people together to execute how the product is going to be sold.

**11. What are the specific performance goals you must meet to be a high-performer?**

1) Meeting deadlines so that the product can be ready in time to be purchased.
2) Accuracy in all of the functions of the role (e.g., costing of product, communication amongst internal teams and factories, and in the creation of the product and tech packs).

**12. Are there any numeric performance metrics that you are expected to achieve? If so, please describe them.**

Yes, there are performance metrics but they are not necessarily a number. We track our styles and the percentage of getting

them ready by a certain date so that they can be purchased by the consumer.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

A specific knowledge of systems (e.g., functions within PPS and how to use them together, LOTTA, Adobe Illustrator, Microsoft Suite, Tableau, AirTable, Miro, Aurora, and Zoom). In terms of skills and abilities you need to be able to multitask, effectively communicate (e.g., other factories may speak different languages), ability to adapt and change constantly, print techniques, knowledge of garment construction, and having analytical skills as well.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

We use PPS, LOTTA, Adobe Illustrator, Microsoft Suite, Tableau, AirTable, Miro, Aurora, Slack, VStitcher, and Zoom.

**15. What job title or titles will be next in your career progression?**

I would like to move into a Tech Dev role, preferably a Senior Tech Dev role to broaden my development experience where I think my skills can shine.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I would say apparel development skills, knowledge of construction, and the knowledge of the systems used to build tech packs and fit of garments.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

Apparel

**19. Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

Yes, since I work on Tees, Tees are developed different from cut and sew apparel. We build our Tees on Chassis' and cut and sew do not use a predetermined Chassis.

**20. Are you assigned to a specific Sports Category (dimension)?**

Other: Unite (Formerly known as Nike Factory Store).

**21. Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

Yes, it is different. It is a different work stream, I work on previously developed product that then gets offered a year later at our Unite factory stores.

**22. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**23. Do you have any additional specific areas of specialization? If yes, what areas?**

Yes, I have color development background. I bring knowledge of color development, approvals, dying and manufacturing of fabric to my role and to my team.

**24. How, if at all, does this area of specialization shape the work you perform?**

Color is a complex aspect of creating apparel so not everyone on my team understands how all of that works so I am able to provide that knowledge and help my team understand color at Nike. I am also able to provide input about color decisions because I have that background.

## 7. Section 3: Work Team Structure

**25. Do you work as part of a team?**

Yes, I work as part of a team.

**26. How many teams do you work on at a time?**

I work on two teams at a time.

**27. How many people are on each team?**

My internal team has about 10-12 people, and my category team has about 6-7 people.

**28. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

I consider my internal team my primary team. My primary team is made up of my peers that do the same role as me, and we all have the same managers that oversee our work.

**29. Who are the members of your primary team by job title and what work do they do?**

1) 2 Managers: Oversee me and my teammates.
2) 10 peers that are Product Creation Center (PCC) Developers: they all build product and work with factories to produce the product and bring it through to production.
3) Senior Developer: Does the same work that the PCC developers do and may have some special projects as well.

**30. What do you specifically contribute when you work with your primary team to complete work?**

Sharing of my knowledge and buy ready updates on style count.

## 8. Section 4: Work Characteristics

**31. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

There are definitely peaks and valleys, and there are parts of the job that are predictable (e.g., calendar dates to know where we are at in regard to the timeline of product building) but also parts that are unpredictable (e.g., things that can arise at the factory that we would not be able to foresee in building the product).

**32. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

1) Cost entry is extremely important and must be accurate because if the cost is input incorrectly it can have a major cost impact when it is spanned across tens of thousands of units.
2) Effectively communicating with the factory (e.g., sharing correct files) because if communication is lacking then the product may not be made correctly, which can affect the sales of the product.

**33. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

My stress levels are pretty high and constant, Nike has a high intensity in all of the roles that I have worked in. There is a high level of competition amongst workers but there is also a high expectation to perform well. I am not sure if this just me or if this is how others feel as well. Imposter syndrome is rampant at Nike.

**34. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

Always striving for excellence and feeling pressure to not make mistakes, however, those mistakes are what allow me to professionally grow and develop in my role so that I can move on to the next role in my career progression.

**35. To what degree does your work involve high time pressure? Please explain.**

Quite often my role is impacted by the lateness of other roles' workflow. In other words, I have to wait for others' work to get to me and then the time I have to do my own work gets crunched and I am left picking up the slack to meet deadlines.

**36. To what degree is your work impacted by unexpected disruptions? Please explain.**

There are always unexpected things that occur that you have to fit in while you are doing your job role. I do not have any examples to recount, however, I do experience the occasional unexpected disruption.

**37. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

I clearly understand the roles that I am supposed to be performing, however, I am always trying to learn from my manager to see how I could do more. I am constantly trying to learn from him the intricacies that he may experience that I may not have been exposed to just yet.

**38. To what extent is creativity important to perform your current job effectively?**

Somewhat Important

**39. In what way is creativity required to perform your current job effectively?**

In building tech packs, I have a small amount of creativity that I am allowed to input. Another way, is looking for creative ways to perform the role in a better manner. I am always looking to improve the way the role can be performed which takes creativity.

**40. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**41. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**42. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

30

**43. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**44. In what location(s), other than your primary office, do you spend time performing work? Please provide a separate**

**response for pre/post Covid if applicable.**

Pre-Covid: I worked at Nike HQ but after working a full day at HQ I would bring work home quite often.

During Covid: I work from home.

Post-Covid: I don't know the plan for post-covid, I much prefer working from home than working from the office.

---

## 9. Section 5: Decision Making

**45. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decisions are decisions about execution of the product. It is important because the product needs to be made correctly, if a poor decision is made it could impact Nike's revenue and also your standing with the company. The most important thing is to learn from mistakes and not make those mistakes again.

**46. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, this is a new aspect of my role that I am trying to learn alongside my manager. We input information to the team on how the product can be strategically sold and sourced, alongside with the product management and merchandising team.

**47. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Like I previously said, I am always trying to look for ways to improve the process of my role so trying to come up with ways to streamline and improve the procedure is always something I am looking to do.

**48. Do you have any involvement in managing budgets?  If yes, what is your role?**

No I do not.

**49. What level of authority do you have, including making recommendations, to hire employees, if any?**

I do not have any.

**50. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

I do not have any.

**51. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

I do not have any.

**52. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I do not have any.

**53. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**54. What is your spending limit without seeking approval?**

I do not know.

**55. Are you assigned work by your manager/leadership or do you determine your own assignments?**

It is a little bit of both. I am assigned work by my manager and leadership, but I do feel if I were to see an opportunity I could bring it to my management and leadership and take on that opportunity if it is the right decision and the workload is correct.

## 10. Section 6: Supervising Others

**56. Do any Nike employees <u>directly</u> report to you?**

No

**How many Nike employees directly report to you?**

**What are the job titles of the employees who directly report to you and what work do they perform?**

**How do you supervise the work of those who directly report to you?**

**57. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**58. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

1) Cintas (2014-2016): I had several roles here... I was a Textile Colorist and Product Development and Sourcing Specialist.
2) Marriott Hotels (2008-2014): Service Industry (I worked the restaurant, bar, and even weddings within the hotel).

**59. To what degree has your prior work experience been helpful for performing your current job?**

Very helpful. Working at the hotels taught me multitasking skills since I wore so many hats at one time. This has been helpful for me to manage all of the things that I am doing in my current role. My experience at Cintas is what got me the job at Nike, I got so much experience working with color and the apparel development process and I have brought that knowledge to Nike.

**60. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Multitasking, color development, color analysis, product development knowledge and skills, and communication with factories.

**61. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**62. What job titles have you held at Nike prior to your current job?**

1) Currently: Product Creation Center (PCC) Product Developer II
2) Color Developer II

**63. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

All of the systems that we use at Nike are all new skills that I have developed that are helpful in my current role.

**64. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On-the-job experience and training with other teammates.

**65. What is your highest educational level?**

Bachelor's degree

**66. In what field of study is your highest degree?**

Fine Arts of Fashion Design.

**67. How, if at all, has your education been helpful for performing your current job?**

It has been very helpful, I learned a lot about apparel development in school which is what I currently work on.

**68. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I went through a full color training when I worked at Cintas with this company called DataColor, so I learned a lot of technical knowledge of how color works on materials and fabrics which is helpful in my current role.

**69. How have these qualifications been helpful for performing your current job?**

I am able to provide support and knowledge to my teammates who do not have the same background in Color that I do.

---

## 12. Section 8: Working Conditions

**70. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: I worked at Nike HQ

During Covid: I work from home, which I prefer.

Post-Covid: I am not sure of what Nike will require.

**71. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**72. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

---

## 13. Section 9: Hours Worked

**73. How many hours do you work in a typical week?**

40+ hours.

**74. To what extent do your work hours vary from week to week?**

It can vary from 40 to 50 hours per week.

**75. How many days do you work in a typical week?**

5

**76. To what extent does the number of days you work vary from week to week?**

The number of days are consistent but I feel as though I am constantly checking my Nike work phone even when I am off the clock.

**77. To what extent do you control your work schedule such as where and when you perform tasks?**

I would say I have full control where I work (at home) and when I work but it is expected that we work normal work hours (8am-5pm).

**78. What time do you typically start work each day?**

8am.

**79. What time do you typically end work each day?**

5:30-6pm.

## 14. Section 10: Extra Roles

**80. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

We have task forces that we are on, in terms of mentoring others I am always there to help mentor my teammates if needed.

**81. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

I have worked on trying to test pilots of new ways of working to get input on how the process will work and could be improved. This occurred pre-covid about 2 years ago, and today I am still looking for ways to improve my current role. For example, in my current role, I am doing functions of your role that my teammates do not do and leadership is looking to see if they want to incorporate those functions to my teammates' roles as well.

**82. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**83. Are there specific tasks you perform during certain times of the year? For example, during the holiday season, during a specific sports league's season?**

No.

## 15. Section 11: Changes to The Job

**84. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform? If so, please describe which tasks have changed.**

Yes, there are always new ways of working at Nike. So we are always adapting. When I started my role we had a way of processing issues from the factory called the "Open Items Log" but we no longer work with that. Instead, we work on a case to case basis with the factory via email with those issues. We have adapted to AirTable over the last couple of years for development tracking. Also, in my current role, my boss and I had just recently learned to work in Miro and so we are bringing that to my "Category Team" and teaching them how to use it and this may also later be brought to my "TCOE Team" as well. Previously, I did not build tech packs but now I do build tech packs.

**85. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Some tasks I have gotten faster at, for instance, with costing I am faster at being able to do cost entry and understanding what

is needed. However, other tasks have become more involved and more time may be required to perform such tasks.

**86. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, the way in which we work is always changing and adapting. For example, the systems that we use are constantly changing and we are always trying to streamline the work to make it faster when it is the right decision for the product.

**87. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, we use something called "Bots" which is a computer program which will help enable us to do our job more efficiently. We still have to take the time to set it up for the Bots to do the work, but once the work is done we are able to share it out with the factories or use the information for our job role.

# Nike Job Analysis Interview

Response ID:94 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

87

**2. Interviewee Name:**

Day Alyson Karla

**3. Employee ID**

██████

**4. Interviewer Name:**

Dustin Maneethai

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

Major responsibilities are creating strategy for how our purpose work shows up in our Nike digital ecosystem. Purpose is a new space in terms of, the team was created after the reorg. I am working on an initiative that we are working after, that it shows up in our materials, in our ecosystem, and our store levels. I work in the consumer direct marketing team.

**6. What tasks do you spend the most time performing?**

Spend the most time in meetings. Being the point person for those in the organization that enables them to show purpose in the right place and right time. Help navigate between relationships, sit between consumer direct marketing team and brand defining purpose team as a dotted line, and sit on the consumer direct marketing team. I take what the brand is saying in purpose at a high level and making sure its on the right channels of communication in the right way.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Consulting and sometimes creating the consumer journeys, based on the goals of the marketing campaign and the audience we are trying to reach. Ensure that different teams have an understanding and visibility of the strategic plans around purpose and that is cross-functionally and in our geographies. Creating a strategy for how purpose shows up not only in big moments (i.e., international women's day), but how does purpose show up in Nike 365. This group was created to talk to different communities (i.e., Black, Asian, Latino communities) all year around, instead of just one part of the year (i.e., Black history month).

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Purpose is important and the tasks, because Nike has made a public statement to the world, shareholders, and employees that they are prioritizing purpose. This came about from the George Floyd, social unrest. Nike has been trying though. This team is following through on this promise that Nike made to consumers and investors and making sure the actions follow the words. Its a priority for our CEO in the sense of not only doing what is right, but we are not caught in this position again that we aren't showing up for the communities that have supported us.

From a sustainability standpoint, the business is moving to make less impact on the environment. These are moves at the product level, stream lining product chain, and there are real financial commitments to make into reality. We call this our planet pillar, making sure that consumer is not only aware, but also allowing them to make them aware they Nike is doing the right thing. That their business objectives are aligned with their purpose objectives.

Made to play, the play pillar, we know that kids are less active today. Why this is important is because having kids playing sports in the future is important to the companies in the future. It is important to start that dialogue at a young age, for our survival.

**9. How frequently do you perform these important tasks?**

Building out journeys, depending on the campaign, depends on where we are in the marketing process. Each initiative has a specific journey depending on the objective. This week we are building out, last week we were gathering information or building the framework for the journeys.

**10. What are the most complex aspects of your job?**

The most complex aspect is navigating different priorities from different teams. I'm on two different teams that don't necessarily understand each other, and I am the consultant for both sides. Advocate what one side need to the other. This is the most important part of the role, making sure that the teams understand what they need for these specific initiatives. There is also no job description.

**11. What are the specific performance goals you must meet to be a high-performer?**

I think the challenge I have had in this role is that there are no clear objectives and I've had to create my own goals for this role because its new there isn't a precedent. To be a high performer, to make sure that everyone understands and is aligned to the strategy and the way that it needs to be executed across the globe.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

There isn't a financial goal based on returns or sales. I'd say the only numeric metric would be we are trying to build an audience that is unique to our purpose storytelling. So are we engaging consumers with the content that we are creating and product that is being put out in the marketplace. So that we are building a cohort of consumers that resonate with Nike's purpose. It's not across the board but we are looking at building our member base, so the metric would be how many acquired members would be a metric that is related to the performance of the work.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Digital acumen. Understanding how our different channels work at Nike. What the capabilities are, from a channel perspective. What the strategy and processes are. And combining that with the strategic purpose of the team and finding those intersection. A large part is around communication and collaboration to make sure our initiatives have the information and tools needed to unlock the objective.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Tableau, different dashboards, Sprinkler

**15. What job title or titles will be next in your career progression?**

I want a job title that is in a geography that is in NA or APLA.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

The ability to understand the way a market functions, so the ins and outs of the nuances that are unique to the geography or territory.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

**Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

**19. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**20. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**21. Do you have any additional specific areas of specialization? If yes, what areas?**

No

**22. How, if at all, does this area of specialization shape the work you perform?**

Not applicable

## 7. Section 3: Work Team Structure

**23. Do you work as part of a team?**

Yes, I work as part of a team.

**24. How many teams do you work on at a time?**

2

**25. How many people are on each team?**

8 and 3

**26. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

The 8 people purpose team

**27. Who are the members of your primary team by job title and what work do they do?**

Senior Director of Purpose - creates overarching purpose brand strategy for the company at a Global level
Manager of Purpose - develops the tactical execution of the strategy
Manager of People - responsible for the pillar that addresses the needs of our BIPOC community
Manager of People - does the same, but for the LGBTQIA+ and Ascend (Asian community).
Senior Director of Sustainability - comes up with the overarching strategy for our sustainability initiatives and how it should show up in a global level.
Purpose Operations Director - works with me to ensure that we have the right process in place to get after the different initiatives and working towards timelines and goals.

Purpose Coordinator - helps me with building out the journeys and other consumer initiatives that would tie back to the consumer direct.

Director of Purpose Marketing through CDM - making sure that the purpose initiatives show up in the Nike ecosystem 365.

**28. What do you specifically contribute when you work with your primary team to complete work?**

The most thing I contribute is knowledge based, most people don't have a lot of digital knowledge. Give them information about multiple channels of Nike, the Nike ecosystem, the dot come ecosystem, so that they can build out their systems based on their priorities. I'm in a consultant to the different teams.

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

I'd say its unpredictable because this is a new team and we are still developing a lot strategies and process and ways of working. We've had a lot struggles coming out of the reorg with not having clearly defined roles and responsibilities and not having leadership support, in terms of how processes should be implemented. Everything is just unclear.

**30. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

This does not apply.

**31. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant?  Please explain.**

Periodic and moderate to high, and that's primarily based on deadlines that are back to back and the roles are so unclear that we tend to need to rework things over and over. The team has power struggles.

**32. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

Just having no job description, no clear role, no alignment at the leadership level on how we should be working and what I described above, the friction between the different parts of the marketing team. Coming out the reorg, the CDM team is trying to get after different initiatives, the other part of the marketing team is in the old world, trying to make beautiful impactful ads. We are trying to merge marketing with commerce, they really push back on the commerce side, which is a challenge.

**33. To what degree does your work involve high time pressure?  Please explain.**

It does in the sense that there are different moments marketing needs to hit. If there is a specific initiative (i.e., Olympics, Earth day), then there are a lot of deadlines, reviews, and processes that create a lot of pressure.

**34. To what degree is your work impacted by unexpected disruptions?  Please explain.**

I can't say that it is.

**35. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

No, its not clearly defined. I've never seen a job description. I've been told from my CFE what I am supposed to get after, but I can't obtain that without shifting the way we work. We have roles that the organization is not aligned to support. We thus have created our job description based on the needs that we see coming up out of the reorg and the big gaps in knowledge and capability that are not addressed by certain roles.

**36. To what extent is creativity important to perform your current job effectively?**

Important

**37. In what way is creativity required to perform your current job effectively?**

We are coming up with the strategies and concepts that push Nike forward in a space that is very visible and very unique to Nike's position in the purpose space. Thinking about how it shows up is a big part of what we do.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

Never

**Please describe the work you perform that requires you to physically exert yourself.**

**What specific physical abilities are required to perform your current job effectively?**

**39. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**40. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

0

**41. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

100

**In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

## 9. Section 5: Decision Making

**42. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decision I make is based on delivering the consumer journeys, because strategically the objective for us needs to be clearly defined and actionable. I wouldn't say there would be major consequences for Nike or Nike employees, that's where I can add the most influence.

**43. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes, from a marketing standpoint, I have involvement in strategic planning in terms of purpose and how we shape the definition and how it shows up, what channels it shows up on, and when. Also, I feed into the larger strategic planning in terms of CSR, based on the initiatives that we are trying to get after, for example the sustainability plan - my work feeds into that.

**44. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Not officially.

**45. Do you have any involvement in managing budgets?  If yes, what is your role?**

No

**46. What level of authority do you have, including making recommendations, to hire employees, if any?**

I have hired an contractor to work for me.

**47. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

Not with this current role.

**48. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

None.

**49. What level of authority do you have, including making recommendations, to terminate employees, if any?**

None.

**50. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**51. Please explain the type of legal documents you are authorized to sign.**

Contracts with creative agencies.

**52. How frequently do you sign legal documents on behalf of the company?**

A few times per year

**53. What is your spending limit without seeking approval?**

I don't know.

**54. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I determine my own work assignments.

## 10. Section 6: Supervising Others

**55. Do any Nike employees <u>directly</u> report to you?**

Other: One contractor

**56. How many Nike employees directly report to you?**

1

**57. What are the job titles of the employees who directly report to you and what work do they perform?**

Marketing Coordinator - helps with building out the presentations and the physical deliverables for the journeys, decks and partnering with strategies.

**58. How do you supervise the work of those who directly report to you?**

Regular check ins, deliverables that are due at certain times, certain goals and objectives she has depending on the work at hand, involved in meetings and making sure she is in attendance and contributing.

**59. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**60. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

Gucci - Advertising and Marketing role - 3 years
Elle Magazine - sales and marketing role - 2 years
Tse - VP of marketing - 10 years

**61. To what degree has your prior work experience been helpful for performing your current job?**

My prior work experience informs my approach to the role, by understanding the marketing in different companies and understanding the consumer from the unique consumer lens. Being able to identify the nuances of specific consumers and what products would resonate with them and ways that they are not even aware of, pushing consumers into spaces that are new and explored, always pushing the boundaries from a marketing standpoint.

**62. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

Definitely collaboration across teams, understanding different personalities and bringing people around the table to achieve a goal, influencing.

**63. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**64. What job titles have you held at Nike prior to your current job?**

Marketing Director for Nike by You
Marketing Director for Cross Category
Director of Content Strategy for Men's and Women's
Director of Merchandising for Performance at Jordan
Digital Director of Merchandising at Jordan

**65. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

Knowledge that I've learned is that Nike is at the forefront of the industry, so market trends, digital trends, market channels, best tactics for consumer engagement. Also the resources that employees give employees in terms of learning and development, which are top of class. Also leadership knowledge and that would include strategic ways of approaching different objectives.

**66. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

On the job experience.

**67. What is your highest educational level?**

Professional degree

**68. In what field of study is your highest degree?**

Business Administration (MBA)

**69. How, if at all, has your education been helpful for performing your current job?**

It's been helpful in the sense that I can see a broader scope of how the business functions and interconnects to create the larger enterprise objectives, and how each piece of the puzzle needs to be in place to achieve certain goals. Just allows me to have bigger picture thinking from supply chain to product development and my role in this process.

**70. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I have a digital marketing certification from New York University also have a leadership and coaching certification from NYU. Have done a lot of coaching and mentoring that has helped me from a leadership perspective. Have done toastmasters for leadership communication. Currently in a graduate certificate program for digital transformation at Stanford.

**71. How have these qualifications been helpful for performing your current job?**

I think the digital certificate at NYU has made me more valuable in understanding the aspects of digital marketing that the team doesn't have at a broad sense. Having a bigger picture and the broader scope. Mentoring and coaching has helped me with my management skills and certainly the toastmasters has bettered my public speaking and leadership development. The digital transformation certification opens my eyes in terms of what Nike is getting after and understanding what that entails and how I play a role in it.

## 12. Section 8: Working Conditions

**72. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

Pre: Nike HQ
Post: home

**73. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**74. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the work you perform that has the potential for physical injury to yourself or others.**

## 13. Section 9: Hours Worked

**75. How many hours do you work in a typical week?**

50

**76. To what extent do your work hours vary from week to week?**

40 to 50 hours a week

**77. How many days do you work in a typical week?**

5

**78. To what extent does the number of days you work vary from week to week?**

Could be 4 to 6

**79. To what extent do you control your work schedule such as where and when you perform tasks?**

I have a lot of meetings during the day, so I attend all those meetings, but I tend to stop my meetings, have my life, and work at night pretty frequently. Based on when I can focus. It really depends on how many meetings I have throughout the day.

**80. What time do you typically start work each day?**

7:30 AM

**81. What time do you typically end work each day?**

5:00 PM

## 14. Section 10: Extra Roles

**82. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

I am getting a DEI (Diversity, Equity, and Inclusion) certification from USC, serving as the DEI mentor and that's been for the last two weeks training. DEI certification we have four hour meetings monthly. Nike Impact Committee, we get funding for community. Part of Black and Play network.

**83. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

Performed a project where I worked on a gift for our board members and a way to explain the benefit of Nike experts on demand to the board. Two years ago.

**84. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**85. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No

## 15. Section 11: Changes to The Job

**86. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Yes, the tasks have changed because the initial role that I was told I had did not line up with the new structure of the organization. The things I'm supposed to be doing were not possible because of the processes weren't in place to action those objectives and deliverables.

**87. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

No, does not apply.

**88. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, because processes have been more streamlined based on the development of strategy and new hires that have created more efficiency and how we get after different purpose initiatives.

**89. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

I know that we have different tools that we will be trained on, but currently I have not have had that training yet.

# Nike Job Analysis Interview

Response ID:95 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

88

**2. Interviewee Name:**

Garcia Morales Beatriz

**3. Employee ID**

█████

**4. Interviewer Name:**

Tyleen Lopez

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I am a supervisor, so my job is to supervise people. Some of my main responsibilities are to time track to make sure people get paid, take care of any safety incidents that occur in the facility, take care of the scheduling of employees. Also, Nike partnered up with Menpower, so I communicate with them as well. I also have to make sure that the quality of the product that we make is not compromised for the customer, and that everything in the plant operates (e.g., machines must be running, etc.)

**6. What tasks do you spend the most time performing?**

It depends, on a regular normal day I am mostly supervising everyone and regulating time cards. However, if someone is to get injured then that would take up a big part of my day because we have to deal with 911 calls or anything else that comes up due to the incident.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

I would say connecting with employees, whether it is one-on-one conversations or working on their development plan, this has the biggest impact on Nike because I am helping employees get to the next level in their careers. I sit down with them and ask them what their goals are and then create a map on how to help them get there.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Like I said earlier, this has the biggest impact on Nike because I am helping employees get to the next level in their careers. I sit down with them and ask them what their goals are and then create a map on how to help them get there.

**9. How frequently do you perform these important tasks?**

I connect with employees either monthly or bi-monthly. CFE's (Coaching For Excellence) also happen twice a year (mid year and end of year).

**10. What are the most complex aspects of your job?**

Trying to deal with certain situations that you are not ready for. For example, a person once wanted to hurt themselves during working hours and that was something I needed to deal with. I learn on a day-to-day basis how to deal with these unforeseen situations that may occur.

**11. What are the specific performance goals you must meet to be a high-performer?**

Performance goals include safety (e.g., machines are running well, no "near misses" occur, overall equipment efficiency goals), also need to connect with employees to make sure they are doing their time cards and getting paid, and quality also needs to be dealt with to make sure that quality is not compromised.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

OEE (Overall Equipment Efficiency), each machine needs to be calculated and we have to meet certain numeric metrics to make sure the equipment is working at full performance. Other metrics include safety metrics, we try to aim for zero incidents but currently the number is I believe 1.4%.

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

The soft skills are required, this is what takes up most of my time--bonding and connecting with employees. Also, computer skills because you are working on time cards and use excel sheets and word documents. The most required for my role though is to have the people skills because it makes the biggest difference as a supervisor.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Word, Excel, ADP (time card system), Snagit, Slack, and Tableau.

**15. What job title or titles will be next in your career progression?**

Production Manager.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

I think some of the computer skills that we discussed earlier are more advanced with the Production Manager role (e.g., the managers put sheets together for supervisors). So, understanding how to build and create those SmartSheets would be important and also learning how to deal with bigger situations. Managers are also more invested, usually supervisors do a little bit of work from home here and there but managers invest more of their time after their shift and on the weekends as well. Managers also have to connect with HR and ER (employee relations) more often and the only time to do that is on their off days.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

North America

**18. Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

I think so, I do not know the specifics on how they work at other places but I would assume it is very different. For example, one of my coworkers used to work in other facilities and we hear stories on how different the work is in other facilities compared to ours.

**19. Are you assigned to a specific "Product Engine?"**

Equipment

**20. Do you know if the Product Engine to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?**

I am not sure.

**21. Are you assigned to a specific Sports Category (dimension)?**

I am not assigned to a specific sports category

**Do you know if the Sports Category to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?**

**22. Are you assigned to a specific Product Line/Gender?**

I am not assigned to a specific Product Line

**Do you know if the Product Line/Gender to which you are assigned impacts the work you perform?  If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?**

**23. Do you have any additional specific areas of specialization? If yes, what areas?**

No.

**24. How, if at all, does this area of specialization shape the work you perform?**

N/A.

## 7. Section 3: Work Team Structure

**25. Do you work as part of a team?**

Yes, I work as part of a team.

**26. How many teams do you work on at a time?**

As of now, 3 teams.

**27. How many people are on each team?**

Supervisor team (6-7 people), Direct reports team (about 25 employees), and Women of AirMI (about 8 people).

**28. Which team do you consider your "primary" team?  For example, is there one team you interact with most?**

The two teams that I interact with most are my supervisors team and my direct reports.

**29. Who are the members of your primary team by job title and what work do they do?**

Supervisor teams are all supervisors they are just in charge of different departments. My direct reports have different levels, we have 1) PCOs (Plastic Component Operators) and they do the main job to make sure the machines are running, 2) PMOs (Plastic Machine Operator) - they supervise the PCOs and make sure the machines have what they need to keep running and inspect quality, 3) The leads: people in charge of all machines at once.

**30. What do you specifically contribute when you work with your primary team to complete work?**

As a supervisor, I am in charge of employees knowing where targets are so that they meet those expectations, we also have a safety topic every month and it is my job to deliver that to the team as well, and I am also responsible for any communication with HR-- and it is my job to make sure that I am passing down that information to my team.

## 8. Section 4: Work Characteristics

**31. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

It is a little bit of both, it is predictable because we get pretty busy around December and January and then again in June and July because those are when there are CFEs that I have to do with employees. There has to be an individual CFE for every employee, I have to type each report, and it is time consuming. The unpredictable aspect of my job are the safety incidents

that may occur because those are also time consuming and I cannot predict those. The rest of the months are pretty stable, we know our daily responsibilities that rarely change and this is when we have more time on our hands to make things better for employees or work on any special projects.

**32. To what degree does your work require a high level of precision in how you perform it?  In other words, what work must be completed in an exact and accurate manner?  What could the consequences be if you did not perform your work to a high degree of precision?**

Time cards need to have a high level of precision and the consequences would be not properly compensating employees, this can have a big impact on their paychecks.

**33. How would you characterize the level of stress in your current job?  For example, high or low intensity? Periodic or constant?  Please explain.**

It is periodic, and moderate level of stress. It really depends on the situation.

**34. What are the most stressful aspects of your current job?  For each, what makes that work stressful?**

The current situation with COVID-19 is most stressful because we need to make sure employees are practicing social distancing and also reminding them to wear their masks. It is stressful because they think you are working against them but really you just want to make sure they remain healthy.

**35. To what degree does your work involve high time pressure?  Please explain.**

Not much.

**36. To what degree is your work impacted by unexpected disruptions?  Please explain.**

Just goes back to safety incidents again, because if that occurs you have to stop everything to attend to those occurrences and it happens more often than you might think.

**37. To what degree is your role at Nike clearly defined?  In other words, do you understand what is expected of you?  Please explain.**

It is very clearly defined, and I have a good understanding of my role and responsibilities and my manager does a good job at communicating those.

**38. To what extent is creativity important to perform your current job effectively?**

Important

**39. In what way is creativity required to perform your current job effectively?**

Back to COVID-19, with production we work with so many employees (over 100 employees) and with this big group of people you have to get creative when things happen. For example, if a machine goes down you have to get creative on how to solve that issue, and also get creative in finding things for employees to do. Lastly, we had to get creative with how to maintain six feet between employees as well.

**40. How frequently, as part of your current job, are you required to physically exert yourself?**

A few times per year

**41. Please describe the work you perform that requires you to physically exert yourself.**

I voluntarily go out there and help the PMOs although it is not required for my job. I help them with boxing or loading materials but it is strictly voluntary so that I can connect with my team members.

**42. What specific physical abilities are required to perform your current job effectively?**

Other - Write In: None of them apply

**43. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if**

applicable (use "Other" box).

Never

---

**Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

**44. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

40

**45. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

30

**46. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-Covid: In a different role pre-covid.
Post Covid: Meeting with employees in a different building to talk with them especially if they want to say something in confidence. We also go out to the lines (12 hour-shifts) and every 2 hours we go on the lines to check on machines and see how everyone is doing. I also now have an office so it is easier to talk to employees now that I have my own space.

---

## 9. Section 5: Decision Making

**47. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

The most important decisions you have to make as a supervisor is corrective action with employees if there is an issue. We have 4 levels, 1) informal coaching, 2) written reminder, 3) final warning, and 4) termination. These can have an impact on CFEs and we work with HR to determine which level to hold employees accountable. This is important because you need to assess the severity of the issue, you do not want to recommend terminating an employee and then they go and pursue a lawsuit with Nike. Also, being consistent and fair and not treating any employees with preferential treatment is important. Also, when something with safety comes up, for example the machine is making a weird noise but it is running right, so then as a supervisor we need to decide whether or not we want to shut that line down. I rather err on the side of caution and shut down the machine as I value my employees and would rather them be safe rather than prioritize production.

**48. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

No.

**49. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

No.

**50. Do you have any involvement in managing budgets?  If yes, what is your role?**

No.

**51. What level of authority do you have, including making recommendations, to hire employees, if any?**

I only have a say if I am part of the hiring group. Every time there is a hiring, they select supervisors to be apart of the interview panel so if you are on that panel you have a say, but if you are not on that panel then you do not have a say.

**52. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

None.

**53. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

Yes, supervisors do have influence. For example, with corrective action. However, we do not have the final word it is ultimately

up to HR and ER.

**54. What level of authority do you have, including making recommendations, to terminate employees, if any?**

Yes, supervisors do have influence. However, we do not have the final word it is ultimately up to HR and ER.

**55. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

No

**Please explain the type of legal documents you are authorized to sign.**

**How frequently do you sign legal documents on behalf of the company?**

**56. What is your spending limit without seeking approval?**

$1.50 per employee. For example, we sometimes provide snacks and drinks. Other than that I would need approval from my manager.

**57. Are you assigned work by your manager/leadership or do you determine your own assignments?**

I am assigned work but sometimes I assign myself work as well, so a little but of both but mostly I get work assigned to me.

## 10. Section 6: Supervising Others

**58. Do any Nike employees <u>directly</u> report to you?**

Yes

**59. How many Nike employees directly report to you?**

about 25 employees

**60. What are the job titles of the employees who directly report to you and what work do they perform?**

My direct reports have different levels, we have 1) PCOs (Plastic Component Operators) and they do the main job to make sure the machines are running, 2) PMOs (Plastic Machine Operator) - they supervise the PCOs and make sure the machines have what they need to keep running and inspect quality, 3) The leads: people in charge of all machines at once.

**61. How do you supervise the work of those who directly report to you?**

I go out on the floor and make sure they are hitting production targets. It is not mandatory that they hit those targets because there are things that are out of the employees control but I still go to the production floor and check out what is going on.

**62. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

No

**How many Nike employees <u>indirectly</u> report to you?**

**What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

**How do you supervise the work of those who <u>indirectly</u> report to you?**

## 11. Section 7: Experience, Training, and Education

**63. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

The only job I had before Nike was working for Target, I was a cashier at Target in 2013-2014. I was mostly in charge of interacting with customers and scanning items.

**64. To what degree has your prior work experience been helpful for performing your current job?**

A little, interacting with customers at Target has helped me with interacting with my current employees at Nike.

**65. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

People skills.

**66. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**67. What job titles have you held at Nike prior to your current job?**

1) PCO
2) PMO
3) Lead
4) Now I am a Supervisor
I went up the natural progression.

**68. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

A lot of my computer skills I learned at Nike. Also, the skills of dealing with different situations that may occur I learned at Nike as well, I am now more equipped to deal with daily issues that may arise.

**69. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

A bit of each, Nike does a good job at offering classes so I have taken a lot of classes throughout the years. I learned a lot from my peers and manager as well.

**70. What is your highest educational level?**

Associate's degree

**71. In what field of study is your highest degree?**

General Education

**72. How, if at all, has your education been helpful for performing your current job?**

Somewhat important, also gained some computer skills from school.

**73. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your job effectively, if any?**

I recently completed the Yellow Belt training, that was helpful because (this course was about lean manufacturing like reducing waste in the workplace). I also took classes at Nike for managers but I do not remember the names of those courses but they have been important for my role.

**74. How have these qualifications been helpful for performing your current job?**

There was one class called Unconscious Bias and this one made the biggest impact on my work so that I approach my employees without bias and treat everyone fairly.

## 12. Section 8: Working Conditions

**75. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in**

multiple settings? Please provide a separate response for pre/post Covid if applicable.

In an office and manufacturing setting.

**76. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Daily

**77. Please describe the hazards to which you are exposed as part of your job.**

chemicals, dust, and loud noise.

**78. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Monthly

**79. Please describe the work you perform that has the potential for physical injury to yourself or others.**

Working with chemicals and lifting heavy boxes.

## 13. Section 9: Hours Worked

**80. How many hours do you work in a typical week?**

It depends, we usually work one week for 3 days and then the following week for 4 days. 36-48 hours per week.

**81. To what extent do your work hours vary from week to week?**

One week I work 36 hours, and the next week I work 48 hours and it continues to rotate from there.

**82. How many days do you work in a typical week?**

Other: 3 or 4 days depending on the week.

**83. To what extent does the number of days you work vary from week to week?**

It varies every other week.

**84. To what extent do you control your work schedule such as where and when you perform tasks?**

My work schedule does not change it is consistently 3-4 days a week and I do not have control over that.

**85. What time do you typically start work each day?**

5pm

**86. What time do you typically end work each day?**

5:30am

## 14. Section 10: Extra Roles

**87. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.? If so, please describe.**

I am part of the safety committee for the night shift, and a part of the Women of AirMI.

**88. Have you performed temporary special projects for the company in addition to your usual job duties? If so, please describe the projects, when they occurred and the time you spent working on them.**

I do often get involved with projects that we take on if we have an idea of how to improve machinery, equipment, workload for employees, or
reducing staffing, etc. but I cannot think of any specific projects off the top of my mind.

**89. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No.

**90. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

No, just the CFE's twice a year. For the Women of AirMI, we are trying to do activities monthly and bring those to our shifts but that is not something we do specifically during a certain time of the year we just try to have those events quarterly.

## 15. Section 11: Changes to The Job

**91. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Yes, when I first became a supervisor I used to manage a smaller group of people but then we got busy and we got more machinery so my head count has increased. We also did not use SmartSheets back then but now we do.

**92. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

Yes, for example, time cards and CFEs take more time now because I have a larger head count compared to before. One-on-one conversations also take more time since I am in charge of more employees now too.

**93. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

Yes, we have a little bit more responsibilities now so this changes the order in which I do things. For example, back then leads used to make the schedule and decide where operators would be working each day but now that is the supervisor's responsibility so we have to get to work earlier to make sure those schedules are prepared in time.

**94. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes, we now introduced SmartSheets and Tableau to our role. Where we keep track of our safety incidents has changed as well, we now use Intellex.

# Nike Job Analysis Interview

Response ID:96 Data

## 1. Pre-Interview Information

**1. Interview ID Number**

89

**2. Interviewee Name:**

Utley Elizabeth Margaret

**3. Employee ID**

██████

**4. Interviewer Name:**

Samantha Stelman

## 5. Section 1: Job Duties

**5. Briefly describe your major responsibilities in your current job.**

I lead a team that launches, manages, and administers collaboration platforms to every Nike employee (examples: Slack, Box, G Suite, Live Tiles). We launched those and now we manage them. And we have vendor relationships with those vendors to manage those platforms for Nike. I am responsible for all contract renewals for all of these platforms - first line negotiations before they go to procurement and legal. Our role is to ensure these platforms comply with all of Nike's information security and legal policies.

**6. What tasks do you spend the most time performing?**

It depends. If we have a contract renewal going on, I spend a lot of time making sure our contract requirements are met with the new renewal. If we are launching a product (like last year, we launched Slack), then that can be all consuming. So it is very dependent. I would say it is 50% managing platforms, vendors, and the team, as well as partnering with CIS (Corporate Information Security) and Legal. And then probably 50% helping business teams leverage these platforms to further our digital transformation.

**7. What are the most important tasks you perform (even if they are performed infrequently)? In other words, what work do you do that has the biggest impact on the success of Nike?**

Influencing software vendors to prioritize product improvements that benefit Nike and our employees. That is the secret sauce that only someone with my knowledge and experience can do.

**8. Why are these tasks important? In other words, why do they have the biggest impact on the success of Nike?**

Because we impact every employee's productivity. We provide the platforms that help work get done at Nike. No work gets done without the platforms that we provide. And so we need them to be "Nike worthy", secure, and easy to use.

**9. How frequently do you perform these important tasks?**

Weekly. We have weekly meetings with the vendors, so we are in these conversations all the time.

**10. What are the most complex aspects of your job?**

Understanding the technologies and the different layers of complexity within each type of technology that we have. Understanding how a file sync and share product (like Box) works from top to bottom... And also understanding how a messaging platform (like Slack) works inside, top to bottom. You need to understand the technology to do my job and

influence vendors to improve it. You also need that knowledge to figure out the best use cases to maximize the value for Nike business.

**11. What are the specific performance goals you must meet to be a high-performer?**

In the past year, it was successfully launch and gain adoption of enterprise platforms (for new products). And we have existing products, and for those it is maintain their legal and CIS compliance, while helping Nike employees maximize the usefulness and value from the platforms.

**12. Are there any numeric performance metrics that you are expected to achieve?  If so, please describe them.**

Yes. We have KPIs... One of them is adoption metrics, another is automation metrics (how many custom apps are we launching?). One is reduce the work of work... For example, since we launched Slack there are 30% fewer meetings at Nike, because people are getting things done on Slack and through messaging and channels. Also, enabling external collaboration (how many external partners are we working with on Slack and Box? so that we are not sending Nike IP through email to get our work done with external partners).

**13. What are the specific and unique knowledge, skills, or abilities required to perform all the work you do successfully, if any?**

Deep technical expertise (which is also referenced above) in collaboration applications and productivity suites (G Suite and Office 365)... Nike experience (I have been at Nike for 29 years) to understand what employees need and how to appeal to them and meet their needs and make adoption frictionless for them... Definitely management skill to lead a high functioning team... Negotiation skills and savvy when dealing with software vendors... Deep knowledge of software contracts and how to ensure Nike employee needs are being met within all the contracts. For example, we have to understand what Nike needs from Box - how groups are using it across the company, what CIS needs, what Legal needs... We need to make sure that gets in the contract to meet these needs. It is not just buying the products, but working with the vendors to continue to evolve the products so it meets Nike's needs, and making sure all of that is represented in the contract when it is time for a renewal. Also, expertise in change management, because I am often the champion of these large change initiatives and I am accountable for their success.

**14. What technology, software programs, or tools do you use in your current job (other than a cell phone or other commonly used electronic devices)?**

Slack, Box, G Suite, Office 365, migration tools (like Sky Sync), admin consoles... I am a light user of the migration and admin consoles - but my team uses these on a daily basis.

**15. What job title or titles will be next in your career progression?**

Senior Director of something.

**16. What specific knowledge, skills, or abilities do you need to demonstrate to be able to move into each job title?**

It is unclear to me. I don't feel like there is much difference between what I do and what is done in the Senior Director roles - it is just managing more people.

## 6. Section 2: Role in Organization

**17. Are you assigned to a specific geography?**

I am not assigned to a specific geography

**Do you know if the geography to which you are assigned impacts the work you perform?  If so, how?  In other words, is the work you perform different than it would be if you were assigned to a different geography?**

**18. Are you assigned to a specific "Product Engine?"**

I am not assigned to a specific Product Engine

Do you know if the Product Engine to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Engine?

### 19. Are you assigned to a specific Sports Category (dimension)?

I am not assigned to a specific sports category

Do you know if the Sports Category to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Sports Category?

### 20. Are you assigned to a specific Product Line/Gender?

I am not assigned to a specific Product Line

Do you know if the Product Line/Gender to which you are assigned impacts the work you perform? If so, how? In other words, is the work you perform different than it would be if you were assigned to a different Product Line/Gender?

### 21. Do you have any additional specific areas of specialization? If yes, what areas?

It is global collaboration tools. We serve every geography, product line, category, etc.

### 22. How, if at all, does this area of specialization shape the work you perform?

Working on global collaboration tools means that we are collaborative by nature, we are passionate about employee experience, that we understand the consumer app space in this area... We understand social apps, collaboration apps in the consumer space - in order to make our experience at work as close as possible to what we experience as a consumer. My strategic mantra is "work how we live".

## 7. Section 3: Work Team Structure

### 23. Do you work as part of a team?

Yes, I work as part of a team.

### 24. How many teams do you work on at a time?

1) I manage a team. 2) I am part of a management team within my organization (Corporate Functions). 3) The entire Corporate Functions organization is also considered a team that I am on. 4) I am also part of the overall Nike, Inc. team.

### 25. How many people are on each team?

1) 5 people. 2) 4 people. 3) Approximately 200. 4) 77,000

### 26. Which team do you consider your "primary" team? For example, is there one team you interact with most?

My team - we are called the Collaboration Team.

### 27. Who are the members of your primary team by job title and what work do they do?

(1) Architect/principal engineer: Solution design, app development, and assists with vendor management. (1) Expert developer: Develops applications, writes codes, tests them, ensures functionality in the Nike environment. (1) App administrator: performs the administrative function of all these platforms, audits licenses, does reporting/analytics, does some scripting of code when necessary for administration. (1) Business analyst: meets with business teams and helps them leverage our platforms to automate their own business processes, as well as creates instructional materials to help employees use our apps. We regularly work with a transition manager and a project manager from a shared service.

### 28. What do you specifically contribute when you work with your primary team to complete work?

Guidance, support, brainstorming, thought leadership, strategy, expertise, Nike experience, Nike organizational knowledge, knowledge of Nike's end-to-end supply chain (understanding how products go from concept to consumer)

## 8. Section 4: Work Characteristics

**29. How would you characterize your workload pattern? For example, is it spread evenly across the year, are there distinct peaks and valleys, is it predictable or unpredictable? Please explain.**

50% spread evenly and 50% unpredictable peaks and valleys - depending on business requirements.

**30. To what degree does your work require a high level of precision in how you perform it? In other words, what work must be completed in an exact and accurate manner? What could the consequences be if you did not perform your work to a high degree of precision?**

I would say 90% of what I do requires expertise and precision. What we risk if we do our jobs wrong is Nike intellectual property leaks, business disruptions, lost revenue, lost productivity, or simply not maximizing software investments.

**31. How would you characterize the level of stress in your current job? For example, high or low intensity? Periodic or constant? Please explain.**

Periodic, as it follows the peaks and valleys.

**32. What are the most stressful aspects of your current job? For each, what makes that work stressful?**

Improvements to our platforms that are required by CIS (Corporate Information Security) or Legal. Those are the most stressful things. They are stressful because we are often under resourced and sometimes our priorities are different than the software vendors - and therefore there is a constant negotiation of product roadmap timing. Overall, getting the funding, resources, and leadership alignment we need to provide the best experience we can for the employees. That is in every part of what we do.

**33. To what degree does your work involve high time pressure? Please explain.**

High time pressure events are launch projects or platform outage fixes or data recovery efforts. Launch projects are once a year, outages are maybe 3 times a year, and for data recovery it is maybe 6 times a year. (But that is because we are doing a good job.)

**34. To what degree is your work impacted by unexpected disruptions? Please explain.**

Our latest unexpected disruption in the reorganization - and that is very disruptive. Other unexpected disruptions are captured in the previous question (platform outages, data recovery efforts, or urgent Legal, HR, or CIS requests).

**35. To what degree is your role at Nike clearly defined? In other words, do you understand what is expected of you? Please explain.**

In my old role (last week), yes. The only unclear area was around product/platform ownership. (Not the products I mentioned here that are clearly in our space, but there are others that we sort of own - like all the apps within Office 365.)

**36. To what extent is creativity important to perform your current job effectively?**

Critically Important

**37. In what way is creativity required to perform your current job effectively?**

Strategic planning, thought leadership, ideas to capture Nike employee attention, creative solutions to complex problems.

**38. How frequently, as part of your current job, are you required to physically exert yourself?**

A few times per year

**39. Please describe the work you perform that requires you to physically exert yourself.**

If we have an event, we might be giving away swag and lift boxes.

**40. What specific physical abilities are required to perform your current job effectively?**

Gross Body Coordination — The ability to coordinate the movement of your arms, legs, and torso together when the whole body is in motion.

Gross Body Equilibrium — The ability to keep or regain your body balance or stay upright when in an unstable position.

**41. How frequently, as part of your current job, do you travel? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: post covid: never, pre covid: probably 6 times a year

**42. Where do you typically travel? Please provide a separate response for pre/post Covid if applicable.**

pre covid: mostly to San Francisco, sometimes Chicago for conventions
post covid: nowhere

**43. Pre-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

65

**44. Post-Covid: Please estimate the percent of time have you spent working at a location other than your primary office?**

**45. In what location(s), other than your primary office, do you spend time performing work?  Please provide a separate response for pre/post Covid if applicable.**

Pre-covid: home, other places on campus (when applicable), and at locations I had traveled to for work
Post covid: at home office all the time (not currently traveling)

## 9. Section 5: Decision Making

**46. What are the most important decisions you make as part of your current job?  For each, please describe why it is important.  For example, what would the consequences be for Nike or Nike employees if a poor decision was made?**

Which software to purchase - that is important because it has a direct impact on Nike employee productivity. If we were to choose a bad product, it would negatively impact the productivity of every NIKE, Inc. employee (NIKE, Inc. includes Converse, Jordan, Nike). The other most important things are how to protect Nike intellectual property on all of our platforms - that is important because if our intellectual property leaks, it could have a negative impact on revenue. Also, timing of changes to our platforms (to avoid key business events). For instance, not doing anything that would disrupt the holiday period. Also, ensuring adequate support of these platforms to maintain business continuity.

**47. Do you have any involvement in strategy development or strategic planning within Nike? If yes, how do you contribute?**

Yes. I write a strategy for collaboration at Nike.

**48. Do you have any involvement in developing policies or procedures for Nike employees? If yes, how do you contribute?**

Not policies, but we do often dictate which platform employees should use for which purpose - we call it "what to use when". We implement quite a few policies that Legal and CIS create regarding our platforms.

**49. Do you have any involvement in managing budgets?  If yes, what is your role?**

Yes. Staying within budget for all software purchases, professional services, meetings/events, and travel expenses.

**50. What level of authority do you have, including making recommendations, to hire employees, if any?**

Full authority to hire employees on my own team. And I have a consultative role for hiring employees on other teams. (This is done in partnership with HR and my direct leader.)

**51. What level of authority do you have, including making recommendations, to determine employee promotions, if any?**

Same. Full authority on my team and consultative role on other teams. (This is done in partnership with HR and my direct leader.)

**52. What level of authority do you have, including making recommendations, to decide on or impose disciplinary action, if any?**

Same. Full authority on my team and consultative role on other teams. (This is done in partnership with HR and my direct leader.)

**53. What level of authority do you have, including making recommendations, to terminate employees, if any?**

I've never had to fire anyone, but if I did, I would have deep partnership and guidance from HR and work closely with my direct leader.

**54. Are you authorized to sign legal documents, such as contracts, on behalf of the company?**

Yes

**55. Please explain the type of legal documents you are authorized to sign.**

Software vendor contracts and professional service agreements and statements of work

**56. How frequently do you sign legal documents on behalf of the company?**

Monthly

**57. What is your spending limit without seeking approval?**

500k - but I always give visibility to leadership

**58. Are you assigned work by your manager/leadership or do you determine your own assignments?**

90% determine my own, 10% leadership assigned.

## 10. Section 6: Supervising Others

**59. Do any Nike employees <u>directly</u> report to you?**

Yes

**60. How many Nike employees directly report to you?**

4

**61. What are the job titles of the employees who directly report to you and what work do they perform?**

(1) Architect/principal engineer: Solution design, app development, and assists with vendor management. (1) Expert developer: Develops applications, writes codes, tests them, ensures functionality in the Nike environment. (1) App administrator: performs the administrative function of all these platforms, audits licenses, does reporting/analytics, does some scripting of code when necessary for administration. (1) Business analyst: meets with business teams and helps them leverage our platforms to automate their own business processes, as well as creates instructional materials to help employees use our apps.

**62. How do you supervise the work of those who directly report to you?**

Daily touch points and meetings, weekly staff meetings, weekly vendor meetings, working sessions

**63. Do any Nike employees <u>indirectly</u> report to you (e.g., "dotted line")?**

Yes

**64. How many Nike employees <u>indirectly</u> report to you?**

Normally I am working with a project manager and a transition manager (for normal day-to-day stuff), but might have additional indirect reports for project needs. So when we have a project in progress... For example, on the Slack project, I had

as many as 6 additional on that project team.

**65. What are the job titles of the employees who <u>indirectly</u> report to you and what work do they perform?**

Project manager, transition manager, software training expert, business analyst (there were several people with the business analyst title that were performing different roles on the Slack project)

**66. How do you supervise the work of those who <u>indirectly</u> report to you?**

Daily touch points and meetings, weekly staff/project meetings, working sessions

## 11. Section 7: Experience, Training, and Education

**67. Please describe your prior work experience before starting work at Nike (years, job titles, etc.).**

I've been at Nike for 29 years. Prior to joining Nike, I had roughly 10 years of operations, management, and retail experience. There were a lot of job titles within those 10 years.

**68. To what degree has your prior work experience been helpful for performing your current job?**

Somewhat helpful, but Nike has its own culture that any new employee has to learn and adapt to.

**69. What specific knowledge or skill, if any, did you obtain from your prior work experience that have been helpful for performing your current job?**

How to navigate in a matrix organization, how to correspond respectfully and effectively, how to help others be successful

**70. Were you hired into your current job as an external hire or promoted from another job at Nike?**

Promoted from another job at Nike

**71. What job titles have you held at Nike prior to your current job?**

29 years worth. Some include: Sales Analyst, Business Consultant, Operations Manager, Transition Manager, North America - Portfolio Director, Global - Portfolio Director, Communications Director, Director of Collaboration and Productivity, Director of Content and Social Collaboration

**72. Since joining Nike, what, if any, new knowledge or skills have you acquired that are helpful for performing your current job?**

software industry expertise, deep technical expertise, program and project management, transition management, portfolio management, strategic planning, budget management, data analysis and insights, business consulting skills, influencing skills, negotiation skills, vendor management, people management

**73. How did you acquire this new knowledge and these skills? For example, formal training, on the job experience, coaching and mentoring?**

80% on the job experience, 10% formal training, 10% coaching and mentoring

**74. What is your highest educational level?**

Bachelor's degree

**75. In what field of study is your highest degree?**

Business

**76. How, if at all, has your education been helpful for performing your current job?**

Minimally helpful.

**77. What certifications, licenses, trainings or other qualifications do you have that contribute to your ability to perform your**

job effectively, if any?

There are a lot... All of Nike required management training, project and transition management certificates, specific software training for collaboration platforms (Box, Slack, G Suite, and Office 365 trainings), contracts training, budget training

**78. How have these qualifications been helpful for performing your current job?**

They provide a helpful framework, however, instincts, real Nike experience, and knowledge gained on the job are most helpful.

## 12. Section 8: Working Conditions

**79. What is your typical work environment?  For example, do you work from home, in an office at Nike HQ, in a factory, in multiple settings? Please provide a separate response for pre/post Covid if applicable.**

pre-covid: It was 65% home or traveling, 35% on campus. post-covid: 100% from home

**80. How frequently, as part of your current job, are you exposed to hazards such as chemicals, fumes, dust, lighting, loud noise, extreme temperature? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Never

**Please describe the hazards to which you are exposed as part of your job.**

**81. How frequently, as part of your current job, do you perform work that has the potential for physical injury to yourself or others? Please provide a separate response for pre/post Covid if applicable (use "Other" box).**

Other: pre-covid: the only potential injury would be event preparations (When we are lifting things), post-covid: never

**82. Please describe the work you perform that has the potential for physical injury to yourself or others.**

Pre-covid: the only potential injury would be while lifting things as part of events or moving our offices around (we moved frequently between offices and moved our own things), post-covid: none

## 13. Section 9: Hours Worked

**83. How many hours do you work in a typical week?**

pre-covid: up to 10 hours a week commuting and anywhere between 45-60 hours a week of work, post-covid: 50-60 hours a week

**84. To what extent do your work hours vary from week to week?**

Not much, maybe 10-20%

**85. How many days do you work in a typical week?**

Other: 5 full days, and prep on Sunday nights for the following week

**86. To what extent does the number of days you work vary from week to week?**

Not much

**87. To what extent do you control your work schedule such as where and when you perform tasks?**

pre-covid: 70% was controlled and 30% was driven by meetings (including people in other locations) and post-covid: 100% control

**88. What time do you typically start work each day?**

8am

**89. What time do you typically end work each day?**

between 6pm and 8pm

## 14. Section 10: Extra Roles

**90. Do you have any additional responsibilities that are not part of your formal job duties, such as serving on committees, mentoring others, etc.?  If so, please describe.**

Not currently

**91. Have you performed temporary special projects for the company in addition to your usual job duties?  If so, please describe the projects, when they occurred and the time you spent working on them.**

There have been hundreds in my 29 years. They would typically add 10-20% additional time to a normal week.

**92. Do you hold any public-facing roles (e.g., community organizations) in which you are a representative for Nike? If yes, what public roles?**

No

**93. Are there specific tasks you perform during certain times of the year?  For example, during the holiday season, during a specific sports league's season?**

We are on high alert during peak Nike selling seasons (holiday is the biggest one) and sports moments (e.g., Olympics) to mitigate business disruptions

## 15. Section 11: Changes to The Job

**94. Have the tasks you perform changed since you first entered your current job? For example, are there new tasks you began performing or old tasks you no longer perform?  If so, please describe which tasks have changed.**

Since I first entered my current role (about 9 years ago), a ton has changed. My job is impacted by changes in the software industry, changes in employee preference and needs, requirements from Legal and CIS, and leadership preferences and strategic direction. Things change all the time.

**95. Has the amount of time you spend on specific tasks changed since you first entered your current job? If so, how?**

We increased the amount of time we spend meeting CIS and Legal requirements, as well as creating awareness for leadership. Those are the things that have changed the most. The investment approval processes are three times as time consuming as they used to be.

**96. Has the way in which you perform tasks (e.g., processes, procedures) changed since you first entered your current job? If so, how?**

The way we perform things evolves with the productivity platforms we choose. For example, instead of a formal email or meeting, we can now direct message a peer or leader on Slack to get an answer. Because of our productivity platforms, some elements of our job have become easier.

**97. Has the equipment or tools you use (e.g., computer programs) to perform tasks changed since you first entered your current job? If so, how?**

Yes. When we first started it was all Office 365, now we have Box, Slack, G Suite, etc.