AMY JOSEPH PEDERSEN, OSB No. 853958
amy.joseph.pedersen@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR  97205
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
ZACH P. HUTTON, Cal. SB# 234737 (*pro hac vice*)
zachhutton@paulhastings.com
FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
LAURA E. ZABELE, Cal. SB# 330847 (*pro hac vice*)
laurazabele@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendant NIKE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>          Defendant. | Case No.:  3:18-cv-01477-JR<br><br>DECLARATION OF ALI SAAD, Ph.D.<br><br>[REDACTED VERSION] |

Page 1   -   DECLARATION OF ALI SAAD, Ph.D. [REDACTED VERSION]

## DECLARATION OF ALI SAAD, Ph.D.

I, Ali Saad, Ph.D., hereby declare as follows:

1. I am over the age of eighteen and have personal knowledge of the matters set forth in this declaration. I am competent to testify to such matters at a hearing or trial if necessary, and I am authorized to make this declaration.

2. I am the Managing Partner of Resolution Economics LLC, a firm whose activities include performing economic and statistical analyses in connection with litigation and other consulting matters. I am a labor economist with extensive experience providing statistical and economic analysis related to company pay equity studies, evaluations of compensation systems, and class action employment cases, including employment discrimination.

3. I have been retained by counsel for Defendant Nike, Inc. as a labor economist to respond to the "corrected" expert report by Dr. David Neumark dated August 5, 2021 and submitted in support of Plaintiffs' Motion for Class Certification.

4. Attached hereto as Exhibit A is a true and correct copy of my expert report in this matter, dated October 1, 2021. I incorporate the contents of my report into this declaration as if fully set forth herein and will testify to the matters set forth in my report at trial or any other court proceeding.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and the laws of the United States of America that the foregoing is true and correct. Executed on this 21st day of March, 2022, in Los Angeles, California.

_____
Ali Saad, Ph.D.