**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 ǀ Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
**Mengfei Sun** (admitted *pro hac vice*)
msun@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 ǀ Fax: (510) 835-1417

Attorneys for Plaintiffs, Opt-In Plaintiffs, and Putative Class

[Additional Counsel of Record listed on the next page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-JR<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO UNSEAL PLAINTIFFS' MOTION TO RULE AS INADMISSIBLE PART OF THE EXPERT REPORT OF CHESTER HANVEY, Ph.D.** |

**PLS.' UNOPPOSED MOTION TO UNSEAL PLS.' MOTION TO RULE AS INADMISSIBLE PART OF THE EXPERT REPORT OF CHESTER HANVEY, PH. D**

853678.2

**Craig Ackerman** (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (*admitted pro hac vice*)
bd@ackermanntilajef.com
ACKERMANN & TILAJEF PC
1180 S Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel: (310) 277-0614
Fax: (310) 277-0635

**India Lin Bodien** (admitted *pro hac vice*)
india@indialinbodienlaw.com
INDIA LIN BODIEN LAW
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel: (253) 503-1672
Fax: (253) 276-0081

**L.R. 7-1(a) Certification**

In compliance with Local Rule 7-1(a), Plaintiffs certify that they have conferred on this Motion to Unseal with Defendant Nike, Inc.'s counsel regarding the substance of this Motion. Nike does not oppose this Motion.

**MOTION TO UNSEAL**

Plaintiffs hereby submit this Motion to Unseal. On April 1, 2022, Plaintiffs filed their Motion to Rule as Inadmissible Part of the Expert Report of Chester Hanvey, Ph.D ("Motion") and supporting declaration under seal pursuant to the Parties' Protective Order because documents and information included in the Motion and declaration exhibits were stamped Confidential by Nike under the Protective Order. *See* ECF Nos. 192, 193. Plaintiffs met and conferred with Nike on unsealing the Motion, and Nike stated it has no objection to unsealing Plaintiffs' Motion and supporting declaration. As such, Plaintiffs respectfully request that the Court unseal Plaintiffs' Motion and supporting declaration.

Dated: April 12, 2022                    Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

 */s/ James Kan*
Laura L. Ho (admitted *pro hac vice*)
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Byron Goldstein (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)
Mengfei Sun (admitted *pro hac vice*)

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Kathryn P. Roberts, OSB #064854

ACKERMANN & TILAJEF PC
Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
1180 S Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel:   (310) 277-0614

**PLS.' UNOPPOSED MOTION TO UNSEAL PLS.' MOTION TO RULE AS INADMISSIBLE PART OF THE EXPERT REPORT OF CHESTER HANVEY, PH. D**
**PAGE 1**

Fax:  (310) 277-0635

INDIA LIN BODIEN LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel:  (253) 503-1672
Fax:  (253) 276-0081

Attorneys for Plaintiffs, Opt-In Plaintiffs, and Putative Class

**PLS.' UNOPPOSED MOTION TO UNSEAL PLS.' MOTION TO RULE AS INADMISSIBLE PART OF THE EXPERT REPORT OF CHESTER HANVEY, PH. D**
**PAGE 2**

853678.2