**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB # 064854**
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
**Mengfei Sun** (admitted *pro hac vice*)
msun@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA  94612
Telephone: (510) 763-9800
Fax: (510) 835-1417

Attorneys for Plaintiffs and Opt-In Plaintiffs
[Additional Counsel of Record Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>  Defendant. | Case No. 3:18-cv-01477-JR<br><br>**PLAINTIFFS' RESPONSE TO NON-PARTY MEDIA ORGANIZATIONS' MOTION TO INTERVENE** |

Page 1 -   PLAINTIFFS' RESPONSE TO NON-PARTY MEDIA ORGANIZATIONS'
            MOTION TO INTERVENE

Plaintiffs file this response to clarify its position with the Court. The media organizations correctly note that plaintiffs take no position on the media's motion. That is because plaintiffs have spent the months since filing its motion for class certification negotiating in good faith with Nike about what documents should remain sealed. In the spirit of cooperation and moving those negotiations forward, plaintiffs did not want to backtrack on previous agreements with Nike about the category of documents that could remain sealed.

However, as a point of clarification for the Court, plaintiffs are not advocating that any documents should remain sealed. Plaintiffs are cognizant of the presumption that documents filed with the Court should not be sealed, and notes that, as Justice Brandeis said many years ago, sunlight is the best disinfectant. *See Buckley v. Valeo*, 424 U.S. 1, 67, 96 S. Ct. 612, 46 L.Ed.2d 659 (1976) (quoting L. Brandeis, Other People's Money 62 (National Home Library Foundation ed. 1933)). Plaintiffs would welcome transparency into an examination of Nike's pay and promotion practices.

DATED this 22nd day of April, 2022.

                MARKOWITZ HERBOLD PC

                By:  *s/ Laura Salerno Owens*
                        Laura Salerno Owens, OSB #076230
                        David B. Markowitz, OSB #742046
                        Harry B. Wilson, OSB #077214
                        Kathryn P. Roberts, OSB # 064854
                        (503) 295-3085

              -and-

                GOLDSTEIN, BORGEN, DARDARIAN & HO
                Laura L. Ho (admitted *pro hac vice*)
                Barry Goldstein, Of Counsel (admitted *pro hac vice*)
                James Kan (admitted *pro hac vice*)
                Byron Goldstein (admitted *pro hac vice*)
                Katharine L. Fisher (admitted *pro hac vice*)

**Page 2 -   PLAINTIFFS' RESPONSE TO NON-PARTY MEDIA ORGANIZATIONS'
           MOTION TO INTERVENE**

      Mengfei Sun (admitted *pro hac vice*)
(510) 763-9800

ACKERMANN & TILAJEF PC
Craig Ackermann (admitted *pro hac vice*)
Brian W. Denlinger (admitted *pro hac vice*)
(310) 277-0614

INDIA LIN BODIEN, ATTORNEY AT LAW
India Lin Bodien (admitted *pro hac vice*)
(253) 212-7913

Of Attorneys for Plaintiffs and Opt-In Plaintiffs

1280977

**Page 3 -**   PLAINTIFFS' RESPONSE TO NON-PARTY MEDIA ORGANIZATIONS'
         MOTION TO INTERVENE