**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 ǀ Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
**Mengfei Sun** (admitted *pro hac vice*)
msun@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 ǀ Fax: (510) 835-1417

Attorneys for Plaintiffs, Opt-In Plaintiffs, and Putative Class

[Additional Counsel of Record listed on the next page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br>Defendant. | Case No. 3:18-cv-01477-JR<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO UNSEAL ECF NOS. 211, 212, 215 AND FILE A REDACTED COPY OF ECF NO. 214** |

**Craig Ackerman** (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (*admitted pro hac vice*)
bd@ackermanntilajef.com
ACKERMANN & TILAJEF PC
1180 S Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel: (310) 277-0614
Fax: (310) 277-0635

**India Lin Bodien** (admitted *pro hac vice*)
india@indialinbodienlaw.com
INDIA LIN BODIEN LAW
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel: (253) 503-1672
Fax: (253) 276-0081

### L.R. 7-1(a) Certification

In compliance with Local Rule 7-1(a), Plaintiffs certify that they have conferred on this Motion with Defendant Nike, Inc.'s counsel regarding the substance of this Motion. Nike does not oppose this Motion.

### MOTION TO UNSEAL

Plaintiffs hereby submit this Motion to Unseal. On April 15, 2022, Plaintiffs filed their Opposition to Nike's Motion to Exclude Opinions of Dr. Lundquist ("Lundquist Opp.") and supporting Goldstein declaration under seal pursuant to the Parties' Protective Order because documents and information included in the Motion and declaration exhibits were stamped Confidential by Nike under the Protective Order. *See* ECF Nos. 211, 212. On April 15, 2022, Plaintiffs filed their Opposition to Nike's Motion to Exclude Opinions of Dr. Neumark ("Neumark Opp.") and supporting Kan declaration under seal pursuant to the Parties' Protective Order because documents and information included in the Motion and declaration exhibits were stamped Confidential by Nike under the Protective Order. *See* ECF Nos. 214, 215.

Plaintiffs met and conferred with Nike on unsealing the motions and supporting declarations, and Nike stated it has no objection to unsealing the Lundquist Opp. and supporting Goldstein declaration and the Kan declaration supporting the Neumark Opp. Declaration of Mengfei Sun ("Sun Decl.") ¶ 2, filed herewith. As such, Plaintiffs respectfully request that the Court unseal the Lundquist Opp., Goldstein declaration, and Kan declaration, ECF Nos. 211, 212, 215.

Nike opposes unsealing the Neumark Opp., ECF No. 214, with respect to several proposed redactions. Sun Decl. ¶ 3. Plaintiffs disagree with Nike's proposed redactions for the Neumark Opp., which involve aggregated statistical analysis results. However, this issue is already before the Court in Nike's Motion to Seal, ECF No. 171, and Plaintiffs' Opposition to

Nike's Motion to Seal, ECF No. 175.  In the interest of judicial efficiency, Plaintiffs have agreed that the Neumark Opp. may remain sealed as to Nike's proposed redactions and that Nike can have until 7 days after the Court rules on its Motion to Seal before submitting a motion to seal for its proposed redactions in the Neumark Opp.  Sun Decl. ¶ 3.  In the interim, to allow the public to have access to the parts of the Neumark Opp. that Nike does not seek to seal, Plaintiffs file a redacted copy of the Neumark Opp. with Nike's proposed redactions (contested by Plaintiffs), attached as Exhibit 1 to the Sun Decl.

Dated: April 27, 2022

Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

 /s/ James Kan
Laura L. Ho (admitted *pro hac vice*)
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Byron Goldstein (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)
Mengfei Sun (admitted *pro hac vice*)

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Kathryn P. Roberts, OSB #064854

ACKERMANN & TILAJEF PC
Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
1180 S Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel:  (310) 277-0614
Fax:  (310) 277-0635

INDIA LIN BODIEN LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel:  (253) 503-1672
Fax:  (253) 276-0081

Attorneys for Plaintiffs, Opt-In Plaintiffs, and Putative Class