**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 | Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
**Mengfei Sun** (admitted *pro hac vice*)
msun@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | Fax: (510) 835-1417

Attorneys for Plaintiffs, Opt-In Plaintiffs, and Putative Class

[Additional Counsel of Record listed on the next page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-JR<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO UNSEAL PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO RULE AS INADMISSIBLE PART OF THE EXPERT REPORT OF CHESTER HANVEY, Ph.D.** |

PLS.' UNOPPOSED MOTION TO UNSEAL PLS.' REPLY BRIEF ISO MOTION TO RULE AS INADMISSIBLE PART OF THE EXPERT REPORT OF CHESTER HANVEY, PH.D.

854735.2

**Craig Ackerman** (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (*admitted pro hac vice*)
bd@ackermanntilajef.com
ACKERMANN & TILAJEF PC
1180 S Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel:  (310) 277-0614
Fax:  (310) 277-0635

**India Lin Bodien** (admitted *pro hac vice*)
india@indialinbodienlaw.com
INDIA LIN BODIEN LAW
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel:  (253) 503-1672
Fax:  (253) 276-0081

PLS.' UNOPPOSED MOTION TO UNSEAL PLS.' REPLY BRIEF ISO MOTION TO RULE AS
INADMISSIBLE PART OF THE EXPERT REPORT OF CHESTER HANVEY, PH.D.

**L.R. 7-1(a) Certification**

In compliance with Local Rule 7-1(a), Plaintiffs certify that they have conferred on this Motion to Unseal with Defendant Nike, Inc.'s counsel regarding the substance of this Motion. Nike does not oppose this Motion.

**MOTION TO UNSEAL**

Plaintiffs hereby submit this Motion to Unseal.  On April 29, 2022, Plaintiffs filed their Reply Brief in support of Motion to Rule as Inadmissible Part of the Expert Report of Chester Hanvey, Ph.D. ("Reply") and supporting declaration under seal pursuant to the Parties' Protective Order because documents and information included in the Motion and declaration exhibits were stamped Confidential by Nike under the Protective Order.  *See* ECF Nos. 227, 228. Plaintiffs met and conferred with Nike on unsealing the Reply, and Nike stated it has no objection to unsealing Plaintiffs' Reply and supporting declaration.  As such, Plaintiffs respectfully request that the Court unseal Plaintiffs' Reply and supporting declaration, ECF Nos. 227 and 228.

Dated: May 3, 2022                               Respectfully submitted,

                                                 GOLDSTEIN, BORGEN, DARDARIAN & HO

                                                  */s/ James Kan*
                                                 Laura L. Ho (admitted *pro hac vice*)
                                                 Barry Goldstein, Of Counsel (admitted *pro hac vice*)
                                                 James Kan (admitted *pro hac vice*)
                                                 Byron Goldstein (admitted *pro hac vice*)
                                                 Katharine L. Fisher (admitted *pro hac vice*)
                                                 Mengfei Sun (admitted *pro hac vice*)

                                                 MARKOWITZ HERBOLD PC
                                                 Laura Salerno Owens, OSB #076230
                                                 David B. Markowitz, OSB #742046
                                                 Harry B. Wilson, OSB #077214
                                                 Kathryn P. Roberts, OSB #064854

PLS.' UNOPPOSED MOTION TO UNSEAL PLS.' REPLY BRIEF iso MOTION TO RULE AS INADMISSIBLE PART OF THE EXPERT REPORT OF CHESTER HANVEY, PH.D.
PAGE 1

854735.2

ACKERMANN & TILAJEF PC
Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
1180 S Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel:   (310) 277-0614
Fax:  (310) 277-0635

INDIA LIN BODIEN LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel:   (253) 503-1672
Fax:  (253) 276-0081

Attorneys for Plaintiffs, Opt-In Plaintiffs, and Putative
Class

PLS.' UNOPPOSED MOTION TO UNSEAL PLS.' REPLY BRIEF ISO MOTION TO RULE AS
INADMISSIBLE PART OF THE EXPERT REPORT OF CHESTER HANVEY, PH.D.
PAGE 2

854735.2