AMY JOSEPH PEDERSEN, OSB No. 853958
amy.joseph.pedersen@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR  97205
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
LAURA E. ZABELE, Cal. SB# 330847 (*pro hac vice*)
laurazabele@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendant NIKE, INC.
[*Additional counsel of record listed on signature page*]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>            Defendant. | Case No.:  3:18-cv-01477-JR<br><br>**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REVISED BRIEFING DEADLINES FOR PLAINTIFFS' MOTION TO RULE AS INADMISSIABLE PARTS OF THE EXPERT REPORT OF ALI SAAD, PH.D.** |

Page 1    -    PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REVISED BRIEFING DEADLINES FOR PLAINTIFFS' MOTION TO RULE AS INADMISSIBLE PARTS OF THE EXPERT REPORT OF ALI SAAD, PH.D.

Plaintiffs Kelly Cahill, *et al.* ("Plaintiffs") and Nike, Inc. ("Nike" or "Defendant") (collectively, the "Parties"), through their respective counsel, hereby present the following stipulated and agreed-upon revised briefing deadlines regarding Plaintiffs' Motion to Rule as Inadmissible Parts of the Expert Report of Ali Saad, Ph.D. (Doc. No. 221) and request that the Court enter an order regarding the same. The Parties have a good faith basis for submitting this request, which extends their respective opposition and reply brief deadlines by one week each to account for the complexity of the motion and unanticipated scheduling conflicts. This request is not brought for purposes of delay and will not result in any prejudice to the Parties or to the Court.

## STIPULATED REVISED BRIEFING DEADLINES REGRADING PLAINTIFFS' MOTION (DOC. NO. 221)

The Parties hereby stipulate, agree and request the Court order the following revised briefing deadlines regarding Plaintiffs' Motion to Rule as Inadmissible Parts of the Expert Report of Ali Saad, Ph.D. (Doc. No. 221) (the prior dates are provided in the first column for ease of reference):

| Litigation Deadline | Previous Deadline | Proposed New Deadline |
|---|---|---|
| Nike's Opposition to Plaintiffs' Motion | 05/09/2022 | 05/16/2022 |
| Plaintiffs' Reply to the Motion | 05/23/2022 | 06/06/2022 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

Page 2     -     PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REVISED BRIEFING DEADLINES FOR PLAINTIFFS' MOTION TO RULE AS INADMISSIBLE PARTS OF THE EXPERT REPORT OF ALI SAAD, PH.D.

Dated: May 9, 2022

/s/ Barry Goldstein
Laura L. Ho (admitted *pro hac vice*)
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Byron Goldstein (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)
Mengfei Sun (admitted *pro hac vice*)

GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 ∣ Fax: (510) 835-1417

Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Kathryn P. Roberts OSB #064854
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Fax: (503) 323-9105

Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
ACKERMANN & TILAJEF PC
1180 S Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel: (310) 277-0614
Fax: (310) 277-0635


India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
INDIA LIN BODIEN LAW
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel: (253) 503-1672
Fax: (253) 276-0081

Attorneys for Plaintiffs, Opt-In Plaintiffs, and the Putative Class

Page 3    -    PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REVISED BRIEFING DEADLINES FOR PLAINTIFFS' MOTION TO RULE AS INADMISSIBLE PARTS OF THE EXPERT REPORT OF ALI SAAD, PH.D.

Dated: May 9, 2022

       */s/ Felicia A. Davis*
Daniel Prince, Cal. SB# 237112 (pro hac vice)
danielprince@paulhastings.com
Felicia A. Davis, Cal. SB# 266523 (pro hac vice)
feliciadavis@paulhastings.com
Laura E. Zabele, Cal. SB# 330847 (pro hac vice)
laurazabele@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705

Amy Joseph Pedersen, OSB No. 853958
amy.joseph.pedersen@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Tel: (503) 224-3380
Fax: (503) 220-2480
Attorneys for Defendant Nike, Inc.

Page 4   -   PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REVISED BRIEFING DEADLINES FOR PLAINTIFFS' MOTION TO RULE AS INADMISSIBLE PARTS OF THE EXPERT REPORT OF ALI SAAD, PH.D.

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 11(b)(2), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated:  May 9, 2022                              Respectfully submitted,

                                                 PAUL HASTINGS LLP

                                                  /s/ Felicia A. Davis
                                                 Felicia A. Davis (*pro hac vice*)

Page 5    -    PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REVISED BRIEFING DEADLINES FOR PLAINTIFFS' MOTION TO RULE AS INADMISSIBLE PARTS OF THE EXPERT REPORT OF ALI SAAD, PH.D.

## **[PROPOSED] ORDER**

The Court has reviewed the Parties' Joint Stipulation Regarding Revised Briefing Deadlines for Plaintiffs' Motion to Rule as Inadmissible Parts of the Expert Report of Ali Saad, Ph.D. and hereby enters the same as reflected below.

| Litigation Deadline | Previous Deadline | Proposed New Deadline |
| --- | --- | --- |
| Nike's Opposition to Plaintiffs' Motion | 05/09/2022 | 05/16/2022 |
| Plaintiffs' Reply to the Motion | 05/23/2022 | 06/06/2022 |

**IT IS SO ORDERED.**

Dated: _____

HON. JOLIE A. RUSSO
United States Magistrate Judge