**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 ǀ Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
**Mengfei Sun** (admitted *pro hac vice*)
msun@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 ǀ Fax: (510) 835-1417

Attorneys for Plaintiffs, Opt-In Plaintiffs, and Putative Class

[Additional Counsel of Record listed on the next page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>                                                     Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br>                                                     Defendant. | Case No. 3:18-cv-01477-JR<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO UNSEAL ECF NOS. 239, 241-1, 242 AND FILE REDACTED COPIES OF ECF NOS. 240, 241** |

**Craig Ackerman** (admitted *pro hac vice*)
cja@ackermanntilajef.com
**Brian Denlinger** (admitted *pro hac vice*)
bd@ackermanntilajef.com
ACKERMANN & TILAJEF PC
1180 S Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel:  (310) 277-0614
Fax:  (310) 277-0635

**India Lin Bodien** (admitted *pro hac vice*)
india@indialinbodienlaw.com
INDIA LIN BODIEN LAW
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel:  (253) 503-1672
Fax:  (253) 276-0081

**L.R. 7-1(a) Certification**

In compliance with Local Rule 7-1(a), Plaintiffs certify that they have conferred on this Motion with Defendant Nike, Inc.'s counsel regarding the substance of this Motion. Nike does not oppose this Motion.

**MOTION TO UNSEAL**

Plaintiffs hereby submit this Motion to Unseal. On May 9, 2022, Plaintiffs filed their Objections to Nike's Evidence Submitted in Opposition to Class Certification ("Plaintiffs' Objections"), ECF No. 239; Reply Brief in support of Plaintiffs' Motion for Class Certification ("Reply"), ECF No. 240; supporting Supplemental Sun declaration ("Supp. Sun Decl."), ECF No. 241; supporting exhibits to the Supplemental Sun declaration, ECF No. 241-1 ("Supp. Sun Decl. Exhibits"); and Responses to Nike's Objections to Evidence Filed in support of Plaintiffs Motion for Class Certification ("Plaintiffs' Responses to Objections"), ECF No. 242, under seal pursuant to the Parties' Protective Order because documents and information included in these documents were stamped Confidential by Nike under the Protective Order.

Plaintiffs met and conferred with Nike on unsealing these documents and Nike stated it has no objection to unsealing Plaintiffs' Objections, the Supp. Sun Decl. Exhibits, and Plaintiffs' Responses to Objections. As such, Plaintiffs respectfully request that the Court unseal Plaintiffs' Objections, the Supp. Sun Decl. Exhibits, and Plaintiffs' Responses to Objections, ECF Nos. 239 241-1, 242.

Nike opposes unsealing the Reply, ECF No. 240, with respect to several proposed redactions. Kan Decl. ¶ 3, filed herewith. Plaintiffs disagree with Nike's proposed redactions for the Reply, which involve aggregated statistical analysis results and the compensation figures and name of a Nike declarant (whose declaration was publicly filed with its opposition) and the compensation figures of three unnamed male comparators. The issue regarding aggregated

statistical analysis results is already before the Court in Nike's Motion to Seal, ECF No. 171, and Plaintiffs' Opposition to Nike's Motion to Seal, ECF No. 175. Plaintiffs and Nike disagree about whether it is appropriate to redact the name and compensation figures of Nike's declarant and the compensation figures of three of her unnamed male comparators.

Nike opposes unsealing the Supp. Sun Decl., ECF No. 241, with respect to proposed redactions regarding Nike's declarant's salary and the names and salaries of her comparators. Kan Decl. ¶ 4. Plaintiffs and Nike disagree about whether it is appropriate to redact the name and compensation figures of Nike's declarant and the compensation figures of three of her male comparators (Plaintiffs do not oppose redacting the names of the male comparators). In the interest of judicial efficiency and economy, Plaintiffs have agreed that the Reply and Supp. Sun Decl. may remain sealed as to Nike's proposed redactions and that Nike can have until 7 days after the Court rules on its Motion to Seal before submitting a motion to seal for its proposed redactions to the Reply and Supp. Sun Decl. Kan Decl. ¶¶ 3-4. In the interim, to allow the public to have access to the parts of the Reply and Supp. Sun Decl. that Nike does not seek to seal, Plaintiffs file a redacted copy of the Reply with Nike's proposed redactions (contested by Plaintiffs), attached as Exhibit 1 to the Kan Decl. and a redacted copy of the Supp. Sun Decl. with Nike's proposed redactions (contested by Plaintiffs), attached as Exhibit 2 to the Kan Decl.

Dated: May 27, 2022    Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

  /s/ James Kan
Laura L. Ho (admitted *pro hac vice*)
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Byron Goldstein (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)
Mengfei Sun (admitted *pro hac vice*)

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Kathryn P. Roberts, OSB #064854

ACKERMANN & TILAJEF PC
Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (*admitted pro hac vice*)
bd@ackermanntilajef.com
1180 S Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel:   (310) 277-0614
Fax:  (310) 277-0635

INDIA LIN BODIEN LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel:   (253) 503-1672
Fax:  (253) 276-0081

Attorneys for Plaintiffs, Opt-In Plaintiffs, and Putative Class