Ellen Osoinach, OSB#02498
eosoinach@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
6605 SE Lake Road
Portland, OR 97221
(503) 213-3949

*Counsel for Proposed Intervenors*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

|  |  |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated, | Case No. 3:18-cv-01477-JR |
| Plaintiffs, | [PROPOSED] ORDER |
| v. | |
| NIKE, INC., an Oregon Corporation, | |
| Defendant. | |

Upon consideration of the Request for Clarification filed by non-party media

organizations Insider, Inc., Advance Local Media LLC *d/b/*a *Oregonian Media* Group, and

American City Business Journal, Inc., *d/b/a/Portland Business Journal* (collectively "proposed

Media Intervenors"), the Court hereby issues this ORDER clarifying that counsel for proposed

Media Intervenors are not prohibited from disseminating, discussing, or revealing the contents of

the unredacted copies of ECF Nos. 146, 240, and 241 that were obtained by proposed Media

Intervenors' counsel via ECF/PACER on June 3, 2022.

/// 

/// 

PAGE 1 - [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated:_____, 2022                    _____
                                                        JOLIE A RUSSO
                                                        United States Magistrate Judge