AMY JOSEPH PEDERSEN, OSB No. 853958
amy.joseph.pedersen@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR  97205
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
LAURA E. ZABELE, Cal. SB# 330847 (*pro hac vice*)
laurazabele@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendant NIKE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>  Defendant. | Case No.:  3:18-cv-01477-JR<br><br>**DEFENDANT NIKE, INC.'S MOTION TO UNSEAL DEFENDANT NIKE, INC.'S SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND THE SUPPLEMENTAL DECLARATION OF FELICIA A. DAVIS IN SUPPORT OF DEFENDANT NIKE, INC.'S SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

## **L.R. 7-1(a) CERTIFICATION**

In compliance with Local Rule 7-1(a), Defendant Nike, Inc. ("Nike") certifies that it has conferred on this Motion to Unseal with Plaintiffs' counsel regarding the substance of this Motion.  Plaintiffs do not oppose the Motion.

## **MOTION TO UNSEAL**

Defendant Nike, Inc. ("Nike") hereby submits this Motion to Unseal.  On June 10, 2022, Nike filed its Sur-Reply in Opposition to Plaintiff's Motion for Class Certification ("Sur-Reply") and the Supplemental Declaration of Felicia A. Davis in Support of Defendant Nike, Inc.'s Sur-Reply in Opposition to Plaintiff's Motion for Class Certification ("Supplemental Declaration"), under seal out of an abundance of caution.  *See* ECF Nos. 257 and 258.  After reviewing the Sur-Reply and Supplemental Declaration, Nike has determined that they do not need to remain under seal.  As such, Nike respectfully requests that the Court unseal Nike's Sur-Reply and Supplemental Declaration.


Dated:  June 24, 2022                          Respectfully submitted,


/s/ Daniel Prince
Daniel Prince, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
Felicia A. Davis, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
Laura E. Zabele, Cal. SB# 330847 (*pro hac vice*)
laurazabele@paulhastings.com

PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Amy Joseph Pedersen, OSB No. 853958
amy.joseph.pedersen@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  (503) 294-9408
Facsimile:  (503) 220-2480

Attorneys for Defendant NIKE, INC.