IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KELLY CAHILL, SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated,

        Plaintiffs,

    v.

NIKE, INC., an Oregon Corporation,

        Defendant.

No. 3:18-cv-01477-JR

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Jolie A. Russo issued a Findings and Recommendation on September 30, 2022, in which she recommends that the Court grant in part and deny in part Defendant's Motion to Seal [171] as set out in the Findings and Recommendation and grant the non-party media organizations' Motion to Intervene [205] to the extent they request intervention for the limited purpose of challenging the parties' stipulated redactions in regard to the briefing

1 – ORDER

surrounding plaintiffs' Motion for Class Certification and denied in all other respects with leave to renew. F&R, ECF 273. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [273]. Accordingly, Defendant's Motion to Seal [171] is granted in part and denied in part and the non-party media organizations' Motion to Intervene [205] are granted to the extent that they requested intervention for the limited purpose of challenging the parties' stipulated redactions in regard to the briefing surrounding plaintiffs' Motion for Class Certification and denied in all other respects with leave to renew.

IT IS SO ORDERED.

DATED: _____November 13, 2022_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge