**Figure 1.  The Hierarchy of Nike's Job Architecture**

| | |
|---|---|
| *Type of Work* | • Job Function (also known as Pipeline) |
| | ○ Job Family |
| | ▪ Job Subfamily |
| *Level of Work* | • Band |
| | ○ Job Level |