**Figure 2.  Job Families and Subfamilies of Nike's Marketing Job Function**

| Marketing Job Function | |
|---|---|
| **Job Family** | **Job Subfamily** |
| BRAND/PRODUCT MARKETING | BRAND/CATG MARKETING |
| | RETAIL BRAND MARKETING |
| DIGT CONTENT & ASSET MGMT | DIGT CONTENT & ASSET MGMT |
| DIRECT TO CONSUMER | ADVERTISING & PROMOTIONS |
| | DIGITAL EXPERIENCE |
| | DIGITAL PRODUCTION |
| | DIRECT MARKETING |
| ENTERTAINMENT MARKETING | ENTERTAINMENT MARKETING |
| MARKET RESEARCH | ANALYTICS |
| | DATABASE MARKETING |
| | MARKETING RESEARCH |
| MARKETING FUNCTION GEN MGMT | MARKETING FUNCTION GEN MGMT |
| MARKETING SUPPORT | EKINS |
| | EVENT PLANNING |
| | MARKETING BUSINESS AFFAIRS |
| | MARKETING OPERATIONS |
| | MARKETING SUPPORT |
| | PHOTO PRODUCTION |
| PRODUCT PRESENTATION | PRODUCT DISPLAY PLANNING |
| | PRODUCT PRESENTATION |