**Figure 3.  Individual Contributor and Management Job Levels within Bands**

| Band Structure | Band | Individual Contributor Job Levels | Management Job Levels |
|---|---|---|---|
| Executive Bands | E7+ | | • Vice President & above |
| Executive Successor Pool | S | • Professional Consultant | • Senior Director |
| Professional Bands | E | • Expert Professional | • Director |
| | U | • Lead Professional<br>• Senior Professional | • Manager |
| | L | • Intermediate Professional<br>• Entry Professional | • Supervisor |
| Support Bands | A | • Lead Support<br>• Senior Support | |
| | V | • Intermediate Support<br>• Entry Support | |