**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Anna M. Joyce, OSB #013112**
AnnaJoyce@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 | Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
**Mengfei Sun** (admitted *pro hac vice*)
msun@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | Fax: (510) 835-1417

Attorneys for Plaintiffs and Opt-In Plaintiffs

[Additional Counsel of Record listed on the next page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NIKE, INC., an Oregon Corporation, <br><br> Defendant. | Case No. 3:18-cv-01477-JR <br><br> **DECLARATION OF DR. DAVID NEUMARK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> **FILED WITH REDACTIONS** |

**Craig Ackerman** (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (*admitted pro hac vice*)
bd@ackermanntilajef.com
ACKERMANN & TILAJEF PC
1180 S Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel:  (310) 277-0614
Fax:  (310) 277-0635

**India Lin Bodien** (admitted *pro hac vice*)
india@indialinbodienlaw.com
INDIA LIN BODIEN LAW
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel:  (253) 503-1672
Fax:  (253) 276-0081

DECL. OF DR. DAVID NEUMARK ISO PLS' MOT. FOR CLASS CERTIFICATION

I, David Neumark, declare as follows:

1.      The following statements are true and correct and, if called upon, I could competently testify to the facts set forth herein.

2.      I am Distinguished Professor of Economics at the University of California-Irvine. I am a labor economist who has done extensive research on labor market discrimination, including methods for measuring and testing for discrimination.

3.      I have been retained by counsel for Plaintiffs as a statistical expert to evaluate claims of gender discrimination at Nike, Inc.

4.      Attached hereto as Exhibit A is a true and correct copy of my expert report in this matter, dated August 5, 2021.  I incorporate the contents of my report into this declaration as if fully set forth herein and will testify to the matters set forth in my report at trial.

5.      Attached hereto as Exhibit B is a true and correct copy of my expert rebuttal report in this matter, dated November 29, 2021.  I incorporate the contents of my report into this declaration as if fully set forth herein and will testify to the matters set forth in my report at trial.

I declare under penalty of perjury under that the foregoing is true and correct, and that this Declaration was executed this 5th day of January, 2022 in San Francisco, California.

_____
David Neumark, Ph.D.

**DECL. OF DR. DAVID NEUMARK ISO PLS' MOT. FOR CLASS CERTIFICATION PAGE 1**