# Nike VALUES Band Overview

| BAND | V | A | L | U | E | S |
|---|---|---|---|---|---|---|
| Job Level | Entry Support, Intermediate Support | Senior Support, Lead Support | Entry Professional, Intermediate Professional, Supervisor | Senior Professional, Lead Professional, Manager | Expert Professional, Director | Consultant Professional, Sr Director |
| Sample Jobs | Retail Store Sales Associates, Filing Clerks, Warehouse/DC Operators | Leads in Retail Stores, DCs, Mfg., Admin Assistants, Customer Svc Reps | Entry & Intermediate Level PLMs, Accountants, Designers, Programmers, DC Supv, Dept Managers | Sr. Accountants, Sr PLMs, Sr App Engr, LP District Lead, Lead Cat Merchant, Logistics Mgr, Acctg Mgr | Asst Gen Counsel, Expert Designer, Brand/Catg Mktg Expert, Dist Stor Dir, Field Sales Dir | Special Counsel, Corporate Education Sr Director, Country GMs |

## Overview

| V | A | L | U | E | S |
|---|---|---|---|---|---|
| Band V jobs perform **routine or standardized** administrative, clerical, operational or technical support tasks to support department goals and operations | Band A jobs perform **specialized or advanced** administrative, clerical, operational or technical support tasks to support department goals and operations | Band L jobs focus on the application and execution of operational work in support of department goals<br><br>Professional jobs apply **basic to intermediate level** professional knowledge and skills<br><br>Supervisor jobs coordinate and supervise the daily activities of business support/vocational staff | Band U jobs focus on application and execution of advanced operational work in support of department/business unit goals<br><br>Professional jobs apply **in-depth or advanced level** knowledge and skills. *This is the Band level at which most individual contributor professionals stay*<br><br>Manager jobs manage professional employees and/or supervisors; may also manage business support/vocational staff | Band E jobs focus on leading advanced operational work in support of business unit/company goals<br><br>Primarily used for Senior Manager jobs that provide leadership to managers and/or professional employees<br><br>Professional jobs apply **expert level** professional knowledge and skills and are recognized as experts in the field outside of their group or department. *Progression to this level is typically restricted on the basis of business requirements* | Band S jobs focus on strategic planning and leadership for one or more business units in support of company vision and long-term goals<br><br>Used almost exclusively for Director jobs that provide leadership and direction through managers<br><br>Professional jobs apply **leading-edge** professional concepts and practices and are recognized for their thought leadership within a strategic function or discipline outside the company. *Progression to this level is extraordinary, and is restricted on the basis of individual capabilities and business requirements* |


EXHIBIT 505
Shane Walker
12/17/2020
Teresa Rider - CSR

VALUES banding criteria 01_25_13 final.docx    1

## Nike VALUES Band Criteria
### Professional Roles

| BAND Job Level | L<br>Entry Professional | L<br>Intermediate Professional | U<br>Senior Professional | U<br>Lead Professional | E<br>Expert Professional | S<br>Consultant Professional |
|---|---|---|---|---|---|---|
| **General Profile** | <ul><li>Performs routine assignments in entry-level to professional role</li><li>Typically requires a four-year college or university degree or equivalent work experience that provides knowledge and exposure to fundamental theories, principals and concepts</li><li>Develops competence by performing structured work assignments</li><li>Uses existing procedures to solve routine or standard problems</li><li>Receives instruction, guidance and direction from others</li></ul> | <ul><li>Requires knowledge and experience in own discipline; still acquiring higher-level knowledge and skills</li><li>Builds knowledge of the company, processes and customers</li><li>Solves a range of straightforward problems</li><li>Analyzes possible solutions using standard procedures</li><li>Receives a moderate level of guidance and direction</li></ul> | <ul><li>Requires in-depth knowledge and experience</li><li>Uses best practices and knowledge of internal or external business issues to improve products or services</li><li>Solves complex problems; takes a new perspective using existing solutions</li><li>Works independently, receives minimal guidance</li><li>Acts as a resource for colleagues with less experience; may direct the work of other staff members</li></ul> | <ul><li>Requires specialized depth and/or breadth of expertise</li><li>Interprets internal or external business issues and recommends best practices</li><li>Solves complex problems; takes a broad perspective to identify innovative solutions</li><li>Works independently, with guidance in only the most complex situations</li><li>May lead functional teams or large, cross-functional projects</li></ul> | <ul><li>Recognized as an expert within the company</li><li>Anticipates internal and or external business challenges and/or regulatory issues; recommends process, product or service improvements</li><li>Solves unique and complex problems that have a broad impact on the business</li><li>Contributes to the development of functional strategy</li><li>Leads project teams to achieve milestones and objectives</li><li>Progression to this level is typically restricted on the basis of business requirements</li></ul> | <ul><li>Recognized as a thought leader within strategic function or discipline outside of the company</li><li>Influences the strategy to address internal or external business and regulatory issues</li><li>Proactively identifies and solves the most complex problems that impact the management and direction of the business</li><li>Typically participates in the development of the product, category, or division strategy</li><li>Leads multidisciplinary projects or initiatives</li><li>Progression to this level is extraordinary and is restricted on the basis of individual capabilities and business requirements</li></ul> |

VALUES banding criteria 01_25_13 final.docx   2

CONFIDENTIAL                                                                                              NIKE_00000027
Sun Decl. Ex. 1, Page 2 of 8

# Nike VALUES Band Criteria
## Professional Roles

| BAND<br>Job Level | L<br>Entry Professional | L<br>Intermediate Professional | U<br>Senior Professional | U<br>Lead Professional | E<br>Expert Professional | S<br>Consultant Professional |
|---|---|---|---|---|---|---|
| **Expertise** | | | | | | |
| Business Expertise | Applies general knowledge of business developed through education or past experience | Understands the key business drivers; uses this knowledge in own work | Applies best practices and knowledge of internal/external business challenges to improve products, processes or services | Interprets internal/external business challenges and recommends best practices to improve products, processes or services | Anticipates internal/external business issues; recommends product, process or service improvements | Influences internal/external business issues that have an impact on the business |
| Functional Expertise | Has conceptual knowledge of theories, practices and procedures in a discipline | Expands conceptual knowledge in own discipline and broadens skills | Has developed conceptual and practical expertise in own discipline | Has developed depth and/or breadth of expertise in own discipline | Has developed depth and/or breadth of expertise in own discipline and broad knowledge of other disciplines within the function | Has expertise in leading-edge concepts, theories, principles and practices within own and related disciplines<br><br>May contribute to the research and development of new concepts and theories within own field of expertise |
| **Delivering Solutions** | | | | | | |
| Problem Solving | Uses existing procedures to solve routine or standard problems; applies limited judgment and discretion | Identifies and solves a range of problems in straightforward situations; analyzes possible solutions and assesses each using standard procedures | Solves complex problems; takes a new perspective on existing solutions | Leads others to solve complex problems; takes a broad perspective to identify innovative solutions | Solves unique and complex problems with broad impact on the business | Proactively identifies and solves the most complex problems with significant impact on the business |
| Customer Focus<br>(Internal/External) | Responds to standard requests from internal and/or external customers | Responds to non-standard requests from internal and/or external customers; investigates with assistance from others as needed | Interprets customer needs, assesses requirements and identifies solutions to non-standard requests | Anticipates customer needs; assesses requirements and identifies new solutions | Develops innovative services, processes or products that address current and future customer problems or needs | Develops new concepts, services, processes or products to address future anticipated customer requirements |

VALUES banding criteria 01_25_13 final.docx

3

CONFIDENTIAL

NIKE_00000028
Sun Decl. Ex. 1, Page 3 of 8

# Nike VALUES Band Criteria
## Professional Roles

| BAND Job Level | L Entry Professional | L Intermediate Professional | U Senior Professional | U Lead Professional | E Expert Professional | S Consultant Professional |
|---|---|---|---|---|---|---|
| **Impact** | | | | | | |
| Influence | Communicates information, asks questions and checks for understanding | Explains information and persuades others in straightforward situations | Explains difficult issues and works to build consensus | Explains difficult concepts and influences others to adopt a different point of view | Presents complex ideas, anticipates potential objections and persuades others to adopt a different point of view | Influences senior management decisions that have an impact on business direction |
| Decision Making | Has limited decision-making authority; works within technical guidelines and direction to achieve objectives and meet deadlines | Makes decisions within guidelines and policies that impact own priorities and allocation of time to meet deadlines | Makes decisions within guidelines and policies; Impacts a range of standard and non-standard customer, operational, process, project or service activities | Makes decisions guided by policies in non-standard situations; Impacts the achievement of customer, operational, project or service objectives | Makes decisions within general functional, company and industry guidelines; Develops business or technical rationale that impacts resource allocation, program, project or service support or direction | Makes decisions to support broad company objectives; Drives the development of innovative new concepts, services or products |
| **Resource Management** | | | | | | |
| Project Management | Has no formal role in managing projects | Is accountable for contribution to project team or subteam | Is accountable for small projects or programs with manageable risks and resource requirements | Manages projects or programs with moderate resource requirements, risk and/or complexity | Leads projects or programs with significant risk and complexity to achieve milestones and objectives; develops the strategy for project execution | Develops strategies for highly visible or risky projects that have significant business impact |
| Financial Management | Builds awareness of costs related to own work | Is aware of costs and assists in controlling costs related to own work | Monitors and controls costs of own work and may manage costs for small projects or programs | Monitors and controls costs of own work and may manage budgets for moderate-sized projects or programs | Manages budgets for large projects or significant programs | Manages resource requirements and return on investment for large or significant projects or programs |

VALUES banding criteria 01_25_13 final.docx

4

CONFIDENTIAL

NIKE_00000029
Sun Decl. Ex. 1, Page 4 of 8

## Nike VALUES Band Criteria
### Professional Roles

| BAND<br>Job Level | L<br>Entry Professional | L<br>Intermediate Professional | U<br>Senior Professional | U<br>Lead Professional | E<br>Expert Professional | S<br>Consultant Professional |
|---|---|---|---|---|---|---|
| **Role in Brand Protection/Promotion** | | | | | | |
| | • Performs work in support of brand plans; links daily work with company mission; participates in initiatives, program or products with low visibility<br>• Ensures actions protect company image and limits risks<br>• Actions impacting company image require management oversight and are constrained by policies | • Performs work in support of brand plans; demonstrates link between daily work and company mission; participates in initiatives, programs or products with moderate visibility<br>• Ensures actions protect company image and limits risks<br>• Decisions and actions impacting company image require management oversight and are constrained by policies | | • Performs work in support of brand plans; integrates company mission into projects; leads or participates in key initiatives, programs or products with moderate to wide visibility<br>• Responsible for actions and managing risks that have shared or moderate impact on own business and limited short-term impact on company assets<br>• Decisions and actions impacting company image require senior leadership oversight and/or are constrained by policies | • Drives brand plans; integrates company mission into business plans and initiatives; identifies and seizes opportunities; directs initiatives, programs or products with wide visibility<br>• Responsible for actions and managing risks that have direct, important and significant impact on own business unit but a limited short-term impact on company assets<br>• Decisions impacting company image typically require executive oversight and/or are constrained by policies | |
| **Requirements** | | | | | | |
| | • Typically requires a Bachelors degree and minimum of 0-1 years directly relevant work experience<br>Note: One of the following alternatives may be accepted: PhD or Law + 1 yr; Masters + 0-3 yrs; Associates degree + 1-3 yrs; High School + 3-5 yrs | • Typically requires a Bachelors degree and minimum of 2 years directly relevant work experience<br>Note: One of the following alternatives may be accepted: PhD or Law + 1 yr; Masters + 0-3 yrs; Associates degree + 1-3 yrs; High School + 3-5 yrs | • Typically requires a Bachelors degree and minimum of 5 years directly relevant work experience<br>Note: One of the following alternatives may be accepted: PhD or Law + 3 yrs; Masters + 4 yrs; Associates degree + 6 yrs; High School + 7 yrs | • Typically requires a Bachelors degree and minimum of 6 years directly relevant work experience<br>Note: One of the following alternatives may be accepted: PhD or Law + 3 yrs; Masters + 4 yrs; Associates degree + 6 yrs; High School + 7 yrs | • Typically requires a Bachelors degree and minimum of 8 or 9 years directly relevant work experience<br>Note: One of the following alternatives may be accepted: PhD or Law + 6 yrs; Masters + 7 yrs; Associates degree + 9 yrs; High School + 10 yrs | • Typically requires a Bachelors degree and minimum of 10 years directly relevant work experience; experience should include comprehensive experience as a business/process leader or industry expert<br>Note: One of the following alternatives may be accepted: PhD or Law + 8 yrs; Masters + 9 yrs; Associates degree + 11 yrs; High School + 12 yrs |

VALUES banding criteria 01_25_13 final.docx    5

CONFIDENTIAL    NIKE_00000030

Sun Decl. Ex. 1, Page 5 of 8

# Nike VALUES Band Criteria
## Management Roles

| BAND<br>Job Level | L<br>Supervisor | U<br>Manager | E<br>Director | S<br>Sr. Director |
|---|---|---|---|---|
| **General Profile** | ■ Coordinates and supervises the daily activities of business support staff<br>■ Sets priorities for the team to ensure task completion; coordinates work activities with other supervisors<br>■ Decisions are guided by policies, procedures and business plan; receives guidance and oversight from manager<br>■ Typically does not spend more than 20% of time performing the work supervised | ■ Manages professional employees and/or supervisors<br>■ Is accountable for the performance and results of a team within own discipline or function<br>■ Adapts departmental plans and priorities to address resource and operational challenges<br>■ Decisions are guided by policies, procedures and business plan; receives guidance from manager<br>■ Provides technical guidance to employees, colleagues and/or customers | ■ Provides leadership to managers, supervisors and/or professional staff<br>■ Is accountable for the performance and results of multiple related units<br>■ Develops departmental plans, including business, production and/or organizational priorities<br>■ Decisions are guided by resource availability and functional objectives | ■ Provides leadership and direction through managers<br>■ Is accountable for the performance and results of related disciplines or a moderate-sized function<br>■ Executes functional business plans and contributes to the development of functional strategies<br>■ Decisions are guided by functional strategies and priorities |
| **Expertise** | | | | |
| Business and Management Expertise | ■ Applies management skills to improve efficiency and accomplish operational objectives within own unit | ■ Applies management expertise to set direction and resolves problems in own discipline | ■ Applies business and management expertise to achieve financial and operational objectives within or across disciplines or departments | ■ Applies broad business and management expertise to drive financial and operational performance across departments |
| **Delivering Solutions** | | | | |
| Problem Solving | ■ Identifies and resolves day-to-day technical and operational problems | ■ Identifies and resolves technical, operational and organizational problems | ■ Identifies and resolves complex technical, operational and organizational problems | ■ Directs the resolution of highly complex or unusual business problems |
| **Impact** | | | | |
| Accountability | ■ Is accountable for the performance of a team | ■ Is accountable for the performance and results of one or more teams within own discipline or department | ■ Is accountable for the performance and results of related disciplines or departments | ■ Is accountable for the performance and results of multiple related disciplines or departments |
| Decision Making | ■ Makes decisions — guided by policies, procedures and own business plan — that impact the efficiency and effectiveness of own unit and other units with interrelated processes | ■ Makes decisions — guided by policies and business plan — that impact the level of service and the department's ability to meet performance objectives | ■ Makes decisions — guided by functional business plans — that impact the support and funding of projects, products, services and/or technologies | ■ Makes decisions — guided by functional strategies — that impact divisional, regional or functional results |

VALUES banding criteria 01_25_13 final.docx

6

CONFIDENTIAL

NIKE_00000031
Sun Decl. Ex. 1, Page 6 of 8

# Nike VALUES Band Criteria
## Management Roles

| BAND Job Level | L Supervisor | U Manager | E Director | S Sr. Director |
|---|---|---|---|---|
| **Leadership** | | | | |
| Strategic Planning | Sets priorities for employees to meet daily deadlines; develops plans to meet short-term objectives | Adapts departmental plans and priorities to address local business, service and operational challenges | Develops departmental plans, including business, production and/or organizational priorities | Executes functional business plans and contributes to the development of functional strategies |
| Financial Management | Works within budgetary/financial objectives set by manager | Forecasts resource needs; manages allocated budget | Manages resources to ensure financial and operational objectives are met | Directs the allocation of resources to meet financial performance requirements |
| **Role in Brand Protection/Promotion** | | | | |
| | - Performs work in support of brand plans; demonstrates link between daily work and company mission; participates in initiatives, program or products with low visibility<br>- Ensures actions protect company image and limits risks<br>- Actions impacting company image require management oversight and are constrained by policies | - Performs work in support of brand plans; demonstrates link between daily work and company mission; participates in initiatives, programs or products with moderate visibility<br>- Ensures actions protect company image and limits risks<br>- Decisions and actions impacting company image require management oversight and are constrained by policies | - Performs work in support of brand plans; integrates company mission into daily work and planning; leads or participates in key initiatives, programs or products with moderate to wide visibility<br>- Responsible for actions and managing risks that have shared or moderate impact on own business and have limited short-term impact on company assets<br>- Decisions and actions impacting company image require senior leadership oversight and/or are constrained by policies | - Drives brand plans; integrates company mission into business plans and initiatives; identifies and seizes opportunities; directs initiatives, programs or products with wide visibility<br>- Responsible for actions and managing risks that have direct, important and significant impact on own business unit but a limited short-term impact on company assets<br>- Decisions impacting company image typically require executive oversight and/or are constrained by policies |
| **Requirements** | | | | |
| | Typically requires a Bachelors degree and minimum of 2-3 years directly relevant work experience<br><br>Note: One of the following alternatives may be accepted: PhD or Law + 1 yr; Masters + 0-3 yrs; Associates degree + 1-3 yrs; High School + 3-5 yrs | Typically requires a Bachelors degree and minimum of 5 or 6 years directly relevant work experience<br><br>Note: One of the following alternatives may be accepted: PhD or Law + 3 yrs; Masters + 4 yrs; Associates degree + 6 yrs; High School + 7 yrs | Typically requires a Bachelors degree and minimum of 8 or 9 years directly relevant work experience<br><br>Note: One of the following alternatives may be accepted: PhD or Law + 6 yrs; Masters + 7 yrs; Associates degree + 9 yrs; High School + 10 yrs | Typically requires a Bachelors degree and minimum of 10 years directly relevant experience; experience should include comprehensive experience as a business/process leader or industry expert<br><br>Note: One of the following alternatives may be accepted: PhD or Law + 8 yrs; Masters + 9 yrs; Associates degree + 11 yrs; High School + 12 yrs |

VALUES banding criteria 01_25_13 final.docx

7

CONFIDENTIAL

NIKE_00000032
Sun Decl. Ex. 1, Page 7 of 8

## VALUES Band Criteria
## Business Support Roles

| BAND / Job Level | V — Entry | V — Intermediate | A — Senior | A — Lead |
|---|---|---|---|---|
| **General Profile** | - Entry-level position with little or no prior relevant work experience<br>- Acquires basic skills to perform routine tasks<br>- Work is prescribed and completed with little autonomy<br>- Works with either close supervision or under clearly defined procedures | - Level for those with some work experience in the skill area<br>- Has developed knowledge and skill to perform standardized tasks<br>- Works within established procedures with a moderate degree of supervision | - Has developed specialized skills or is multiskilled<br>- Completes work with a limited degree of supervision<br>- Likely to act as an informal resource for colleagues with less experience | - Has developed expertise in a variety of work processes or activities<br>- Typically acts as a team leader coordinating the work of others — but doesn't have authority to hire or fire employees or do formal performance management<br>- Works autonomously within established procedures and practices |
| **Expertise** | | | | |
| Business Expertise | - Develops skills to perform basic tasks | - Has developed and established skills to perform a variety of day-to-day activities | - Is skilled in more than one process or has developed deep skills in a single process | - Has developed breadth and/or depth of skills in more than one activity, process or function, or acts as the technical expert in an area |
| **Delivering Solutions** | | | | |
| Problem Solving | - Uses existing procedures to solve routine problems; has limited opportunity to exercise discretion | - Recognizes and solves typical problems that can occur in own work area, without supervisory approval<br>- Typically finds solutions in existing procedures and precedents | - Provides solutions to moderately complex or infrequently occurring problems by using existing precedents or procedures<br>- May gather information to help arrive at an appropriate solution | - Identifies and solves complex problems — likely to be consulted when problems arise with little or no precedent<br>- Problems are likely to involve some investigation and data gathering |
| **Impact** | | | | |
| Influence | - Decision making is very limited; duties are clearly defined, and methods and tasks are described in detail<br>- Receives close supervision | - Makes decisions related to own work<br>- Receives regular but moderate supervision and guidance | - Prioritizes, organizes and makes decisions related to own work<br>- Uses discretion to modify work practices and processes to achieve results or improve efficiency | - Suggests improvements to existing processes and solutions<br>- Evaluates suggestions of others to improve the efficiency of the team |
| **Requirements** | | | | |
| | - Typically requires a high school diploma or equivalent | - Typically requires a high school diploma or equivalent and a minimum of 2 years relevant work experience | - Typically requires a high school diploma or equivalent and a minimum of 3 years relevant work experience<br>Note: One of the following alternatives may be accepted: Bachelors degree + 1 yr or Associates degree + 2 yrs | - Typically requires a high school diploma or equivalent and a minimum of 4 years relevant work experience<br>Note: One of the following alternatives may be accepted: Bachelors degree + 1 yr or Associates degree + 2 yrs |

VALUES banding criteria 01_25_13 final.docx    8

CONFIDENTIAL