

# TOTAL REWARDS DEEP-DIVE
## REWARDS CONVERSATIONS



EXHIBIT
538
Shane Walker
12/18/2020
Teresa Rider - CSR

**NIKE HR**

   

CONFIDENTIAL

NIKE_C_00001653

Sun Decl. Ex. 2, Page 1 of 54

# OBJECTIVES FOR TODAY

PROVIDE THE INFORMATION AND RESOURCES YOU NEED TO LEAD THE CHANGE INITIATIVES AHEAD OF US

**1** PROVIDE UPDATES ON CHANGES TO OUR TOTAL REWARDS PROGRAMS THAT WILL OCCUR IN FY19 Q1

**2** REVIEW OUR COMMITMENT TO COMPETITIVE, EQUITABLE PAY AND YOUR ROLE IN THE PROCESS

**3** EQUIP YOU WITH KEY INFORMATION IN SUPPORT OF REWARD CONVERSATIONS

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

CONFIDENTIAL

I 2

NIKE_C_00001654

# AGENDA

1   OVERVIEW: PHILOSOPHY AND CORE BELIEFS

2   BASE PAY: PAY RANGES AND COMPA-RATIO

3   COMPETITIVE, EQUITABLE PAY: OUR COMMITMENT

4   SHORT-TERM INCENTIVES: PSP UPDATE

5   LONG-TERM INCENTIVES: STOCK PROGRAM AND NIKE STOCK CHOICE

6   LONG-TERM INCENTIVES: LTIP UPDATE

7   REWARD CONVERSATIONS: WHAT AND WHEN TO COMMUNICATE

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

l 3

CONFIDENTIAL

NIKE_C_00001655

# USE SLIDO TO ASK QUESTIONS & VOTE

## THROUGHOUT TODAY'S SESSION PLEASE USE YOUR MOBILE DEVICE OR COMPUTER

### GO TO: SLIDO.COM

### ENTER CODE: REWARDS

## ASK YOUR QUESTION AND/OR VOTE FOR THOSE THAT ARE OF MOST INTEREST TO YOU

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.                                                                       14

CONFIDENTIAL                                                                                               NIKE_C_00001656

Sun Decl. Ex. 2, Page 4 of 54

# OVERVIEW:
## PHILOSOPHY AND CORE BELIEFS

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

ı 5

CONFIDENTIAL

NIKE_C_00001657

# NIKE IS EVOLVING...

FROM OUR BUSINESS MODEL TO OUR TEAM AND TALENT STRATEGY, TO OUR REIMAGINED MAXIMS THAT REGROUND US IN THE CULTURE WE ARE AND ASPIRE TO

WE HAVE AN OPPORTUNITY TO SHIFT THE WAY THAT PEOPLE ENGAGE IN SERVICE OF THESE CHANGES. WE WILL ACCOMPLISH THIS THROUGH AN INTEGRATED APPROACH THAT INCLUDES TALENT SEGMENTATION, PERFORMANCE DEVELOPMENT, AND PAY AND BENEFITS

OVER THE NEXT YEAR, NEARLY EVERY ASPECT OF COMPENSATION — BASE PAY, PSP, AND STOCK — IS CHANGING, IMPACTING EVERY EMPLOYEE, MANAGER, AND HR PROFESSIONAL

HERE WE ARE FOCUSING ON THESE CHANGES TO CREATE BOTH A HEALTHY PAY ECOSYSTEM AND SUPPORT OUR TALENT AGENDA THROUGH INTEGRATED DESIGN WITH TALENT AND PERFORMANCE, HELPING UNLOCK EMPLOYEE POTENTIAL TO LEAD OUR BUSINESS

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

16

CONFIDENTIAL

NIKE_C_00001658

Sun Decl. Ex. 2, Page 6 of 54

# PAY & BENEFITS MISSION AND SYSTEM

OUR MISSION: WE CREATE UNIQUELY-NIKE PAY AND BENEFITS TO ATTRACT AND ENGAGE THE BEST TEAM TO FUEL GROWTH

NIKE'S CULTURE AND VALUES ARE THE PRIMARY FRAME FOR ALL PAY AND BENEFITS

OUR MAXIMS

UNDERSTANDING WHAT EMPLOYEES VALUE AND NEED ENSURES VALUED AND OPTIMIZED INVESTMENTS

TOTAL REWARDS SURVEY

EMPLOYEE ENGAGEMENT INSIGHTS

MARKET KNOWLEDGE PROVIDES CONTEXT AND INSPIRATION FOR PROGRAMS AND PRACTICE

MARKET DATA CONSIDERATIONS



© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

CONFIDENTIAL

NIKE_C_00001659

Sun Decl. Ex. 2, Page 7 of 54

# TOTAL REWARDS CORE BELIEFS

## THE DESIGN AND DELIVERY OF OUR PAY AND BENEFIT PROGRAMS ARE GUIDED BY THE FOLLOWING CORE BELIEFS:

- **WE ARE A PAY-FOR-PERFORMANCE AND IMPACT COMPANY:** We link pay and recognition to company performance, demonstrated and expected individual performance and impact over time, and to key talent critical to our long-term growth.

- **EQUITABLE PAY MATTERS:** We believe that all employees, at the same level and in similar jobs with similar performance, should be equitably compensated. We are committed to conducting regular evaluations and taking action in service of equitable pay.

- **COMPETITIVE PAY AND BENEFITS ARE OUR BASELINE:** We will ensure competitive pay and benefits for all employees, considering each component of pay individually along with the total pay and benefit opportunity.

- **PAY AND BENEFIT PRACTICES MAXIMIZE IMPACT AND EFFICIENCY:** When awarding compensation and providing benefits, we focus our investment of resources and time on events and practices that have the greatest positive impact on engagement, delivered with simplicity and clarity.

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

CONFIDENTIAL

18

NIKE_C_00001660

# BASE PAY:
## PAY RANGES AND COMPA-RATIO

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

19

CONFIDENTIAL

NIKE_C_00001661

# BASE PAY

**SALARY IS THE MOST BASIC AND FOUNDATIONAL ELEMENT OF PAY. WE ARE EVOLVING OUR APPROACH TO MANAGING BASE PAY, FROM HIRE, TO PROMOTION, TO MARKET AND EQUITY ADJUSTMENTS TO SIMPLIFY OUR MANAGEMENT AT SCALE WHILE STILL CREATING MOMENTS OF FOCUS WHEN THEY MATTER MOST.**

## MANAGING SALARIES: THE PAY RANGE

- Pay ranges are simply a structure for managing pay
- They're developed from market pay data and used to guide pay decisions and provide a common span of pay for people in similarly valued jobs
- Individual pay within that range can be influenced by performance/potential, experience, length of time in job, previous pay rate or strategic talent focus
- While individual pay may vary, there should not be systematic differences based on gender or race

## WE ARE TRANSITIONING TO A PHILOSOPHY OF FOCUSING ON PAY AS POSITION IN RANGE ALIGNED WITH OUR COMMITMENT TO MARKET COMPETITIVE PAY

I 10

CONFIDENTIAL

NIKE_C_00001662

Sun Decl. Ex. 2, Page 10 of 54

# PAY RANGES

## WHAT GOES INTO MAKING A PAY RANGE



Pay Structure - Illustrative Example

- Market data used to develop ranges
- Within a pay range, there are multiple, similarly paid jobs which contribute to the midpoint

- Midpoint represents the approximate market average of all the jobs in that pay range
- The midpoint is a proxy for market value based on NIKE's pay philosophy around competitive pay and managing pay for jobs we value similarly

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

| 11

CONFIDENTIAL

NIKE_C_00001663

# COMPA-RATIO

## A WAY OF DESCRIBING WHERE AN INDIVIDUAL'S PAY IS RELATIVE TO THE MIDPOINT OF THE PAY RANGE

## CURRENT PAY / RANGE MIDPOINT = COMPA-RATIO

Example: At a pay rate of $95,000 per year, the employee's compa-ratio is 95% or .95
($95,000 / $100,000 = .95 or 95% of the range midpoint).



© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

CONFIDENTIAL

12

NIKE_C_00001664

Sun Decl. Ex. 2, Page 12 of 54

# COMPA-RATIO

**VARIETY OF FACTORS TO CONSIDER WHEN POSITIONING PAY**



© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 13

CONFIDENTIAL

NIKE_C_00001665

# EVOLVING OUR PAY PRACTICES

## DEMONSTRATING COMPA-RATIO FOR ANNUAL PAY INCREASES & HIRING/PROMO GUIDELINES

**ANNUAL REVIEW**

### Current Practice

(Same increase guidance regardless of employee compa-ratio)

| Lower Third 3% | Middle Third 3% | Upper Third 3% |
|---|---|---|

### New: Compa-Ratio

(Increases are larger at the bottom of the range and lower at the top, systematically managing competitive pay)

| Lower Third 5% | Middle Third 3% | Upper Third 2% |
|---|---|---|

**HIRING/PROMO**

### Current Practice

(Greater focus on % increase as primary decision driver)

### New: Compa-Ratio

(New Hire and Promotion increases focus on appropriate position in the range)



Current practice leads to an array of pay position outcomes with often undesirable long-term consequences

Lower          Middle          Upper

Compa-Ratio guidance creates a tighter, more consistent positioning of pay

Min          Midpoint          Max          I 14

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

CONFIDENTIAL

NIKE_C_00001666

# MYTH BUSTERS

## COMMON MISPERCEPTIONS ABOUT POSITIONING PAY WITHIN THE PAY RANGE

## "100% IS THE IDEAL COMPA-RATIO FOR AN EMPLOYEE PERFORMING AT THEIR JOB LEVEL'S EXPECTATIONS"

- Pay in the middle third of the range (90% to 110%) would generally be appropriate in this scenario

- There are no rules, formulas, or policies regarding the "right" compa-ratio because it is unique to each employee based on their performance, skills and experience, including their sustained performance over time and their rate of promotion

- An individual's compa-ratio should be based on the employee's performance, skills and experience, including their sustained performance over time and their rate of promotion, time in role, and the market rate for the role

- Employees who have been promoted quickly may have a compa-ratio lower than others who have been at the level for a sustained period of time

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 15

CONFIDENTIAL

NIKE_C_00001667

Sun Decl. Ex. 2, Page 15 of 54

# MYTH BUSTERS

## COMMON MISPERCEPTIONS ABOUT POSITIONING PAY WITHIN THE PAY RANGE

## "IF THE EMPLOYEE IS NOT AT A 100% COMPA-RATIO, THEY ARE NOT PAID AT MARKET"

- The midpoint of the pay range represents the approximate market average, not the exact market rate. There is a wide range of salaries paid in the market place and our pay ranges reflect a competitive range of salaries paid in the market.

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 16

CONFIDENTIAL

NIKE_C_00001668

Sun Decl. Ex. 2, Page 16 of 54

# MYTH BUSTERS

## COMMON MISPERCEPTIONS ABOUT POSITIONING PAY WITHIN THE PAY RANGE

## "IT'S BETTER TO BRING IN A NEW HIRE AT A HIGHER JOB LEVEL AND LOWER COMPA-RATIO SO THEY HAVE MORE ROOM TO GROW COMPENSATION"

- The job title and job level should represent the level of work the employee will be doing based on what is required for the role, not to manage pay to a specific compa-ratio.

- Nike's wide ranges accommodate higher compa-ratios when appropriately based on an individual's knowledge, skills, and experience. We should be comfortable utilizing the full range starting at time of hire, as appropriate.

- Always hire at the appropriate band and level and pay appropriately for the individual's knowledge, skills, and experience. Artificially inflating the level or band to lower their PTM can create internal equity issues between employees actually performing work at the higher band or level.

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.    I 17

CONFIDENTIAL

NIKE_C_00001669

Sun Decl. Ex. 2, Page 17 of 54

# MYTH BUSTERS

## COMMON MISPERCEPTIONS ABOUT POSITIONING PAY WITHIN THE PAY RANGE

## "I SHOULDN'T HIRE SOMEONE AT A LOWER OR HIGHER COMPA-RATIO THAN THEIR PEER GROUP"

- Compa-Ratio will vary because it reflects the individual employee's accumulated performance, skills, and experience over time.

- Each candidate and employee is different, therefore, we do not expect all pay to be the same.

- For example, the candidate may be highly experienced, have unique skills in the market place, and/or have been a top performer over their career. A higher compa-ratio compared to some peers may be appropriate. Focus on calibrating pay based on experience, abilities, and expected contributions vs. NIKE tenure alone.

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.                                        I 18

CONFIDENTIAL

NIKE_C_00001670

# MYTH BUSTERS

### COMMON MISPERCEPTIONS ABOUT POSITIONING PAY WITHIN THE PAY RANGE

## "IF SOMEONE HAS A LOW COMPA-RATIO, I SHOULD GIVE THEM A LARGE PAY INCREASE"

- The guidelines may indicate that you should consider a higher pay increase if the compa-ratio is low, as the intent is to move performing employees through the range. But this is only a guideline and managers are expected to use good judgement and will need to prioritize their merit increase recommendations.

- For example, if performance has been lagging or is inconsistent, a lower increase may be appropriate even if lower in the range.

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.    I 19

CONFIDENTIAL

NIKE_C_00001671

# MYTH BUSTERS

## COMMON MISPERCEPTIONS ABOUT POSITIONING PAY WITHIN THE PAY RANGE

## "NEWLY HIRED OR PROMOTED EMPLOYEES SHOULD ALWAYS BE ABOVE THE MINIMUM OF THE PAY RANGE"

- This is not a myth. It's a fact!

- Core to our beliefs is that competitive pay is our baseline, and with base pay the minimum of the pay range is the threshold for competitiveness.

- Therefore base pay should <u>always</u> be at or above the minimum of the range, including at hire and at promotion.

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 20

CONFIDENTIAL

NIKE_C_00001672

# COMPETITIVE, EQUITABLE PAY:
## OUR COMMITMENT

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

| 21

CONFIDENTIAL

NIKE_C_00001673

# COMPETITIVE, EQUITABLE PAY

**OUR COMMITMENT**

THE PURSUIT OF COMPETITIVE, EQUITABLE PAY IS AN ONGOING DISCIPLINE. IN RECOGNITION OF THIS, WE HAVE PUT IN  PLACE A CENTER-DRIVEN ANALYSIS FOCUSED ON DELIVERING AGAINST OUR COMMITMENTS.

THIS ANNUAL, GLOBAL PROCESS WILL FOCUS ON MAKING COMPETITIVE PAY ADJUSTMENTS TO EMPLOYEES WHO ARE PAID BELOW OUR MARKET COMPETITIVE RANGES AND TO BETTER ALIGN PAY OF PEERS DOING SIMILAR WORK WITH SIMILAR EXPERIENCE AND PERFORMANCE.

**SUMMER 2018 ANALYSIS INCLUDES:**

| UNDER MINIMUM | PAY EQUITY | KEY TALENT INTERNAL EQUITY |
|---|---|---|
| We will review employees who are paid under the pay range, making adjustments where necessary to ensure their pay is in the expected range for their job. | We will conduct an annual pay equity analysis to identify employees whose pay is not aligned with what we would expect based on our review. Where appropriate, we will make competitive pay adjustments to address those gaps. | We will centrally identify key talent using talent assessment results and other criteria, like: performance, length in job/band, and compa-ratio to surface competitive pay adjustments. |

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.    I 22

CONFIDENTIAL    NIKE_C_00001674

# MANAGING COMPETITIVE PAY DURING GPR

## A CENTRALLY DRIVEN PROCESS

### CONCURRENT PROCESSES

- Due to accelerating our competitive pay review implementation by a year, it will run concurrently with the GPR process for the Summer 2018 cycle.

### EXECUTING A "TYPICAL" GPR

- Managers will conduct a typical CFE and GPR process this year.
- After managers have closed their GPR decisions, they will be reviewed against the competitive pay adjustment results. If the GPR salary is higher, it remains as recommended. If the competitive pay adjustment is higher, the salary will be adjusted upwards.

### COMMUNICATION

- Managers of employees receiving a competitive pay adjustment will be to see the adjustment via the Total Rewards Report (TRR) and Personal Pay Statements (PPS)
- Managers talking points will be made available on the HR website.
- Increases will coincide with the GPR effective dates.

### REMINDER

Pay Equity details were covered during the May 21st Deep Dive session. Materials are on the HR Readiness site.



© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.                                    I 23

CONFIDENTIAL

NIKE_C_00001675

# VALIDATION CRITERIA

## GUIDANCE FOR CONFIRMING WHO WILL RECEIVE A COMPETITIVE PAY ADJUSTMENT

**BASED ON THE RESULTS OF THE ANALYSIS COMPLETED IN PARTNERSHIP WITH MERCER, WE WILL IDENTIFY A LIST OF OUTLIERS ACROSS THE COMPANY. TO VALIDATE IF AN EMPLOYEE SHOULD RECEIVE AN INCREASE WE ARE ASKING HRBPS TO REVIEW THE FOLLOWING:**



### IS THE EMPLOYEE STAYING AT NIKE?

**YES**…move to Question 2

**NO**…the employee is already scheduled to terminate employment and has a termination date. Employee will receive merit as entered into the mePortal and no competitive pay adjustment will be made.



### IS PERFORMANCE IN GOOD STANDING?

**YES**…move to Question 3

**NO**…the employee is being managed for performance in conjunction with HR / Employee Relations. Employee will receive merit as entered into the mePortal. Additional analysis completed in Q2 to determine if competitive pay adjustment is required.



### ARE THE JOB CODE, SALARY AND BAND CORRECT?

**YES**…employee will receive adjustment

**NO**…the employee's job code, salary, or band are incorrect. Employee will receive merit as entered into the mePortal. Additional analysis/review to be completed in Q2 to determine if competitive pay adjustment required.

## IF ALL THREE CRITERIA ARE MET, A COMPETITIVE PAY ADJUSTMENT WILL BE MADE.

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.    | 24

CONFIDENTIAL

NIKE_C_00001676

Sun Decl. Ex. 2, Page 24 of 54

# VALIDATION TEMPLATE

## ANY EMPLOYEE THAT WE <u>DO NOT</u> RECEIVE INPUT ON FOR THE BELOW QUESTIONS WILL RECEIVE A COMPETITIVE PAY ADJUSTMENT

**QUESTION 1:** Future term dates that have been entered into SAP will be pre-populated

**QUESTION 2:** Data will be cross-checked with Employee Relations

**QUESTION 3:** Correct any egregious errors in Salary, Job Code, or EE Band

| | | | QUESTION 1 | QUESTION 2 | | | | QUESTION 3 | | | | | ADDITIONAL NOTES/EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EEID | Full Name | Country | Planned Exit Date? | Performance Improvement Plan? | Currency | Current FTE Salary | Corrected FTE Salary | Job Code | Corrected Job Code | Job Title | Employee Band | Corrected EE Band | HRBP Notes |
| | | Australia | | | AUD | 16,060 | | A1580 | | SUPP ENTRY: STORE ASSOC | V | | |
| | | Australia | | | AUD | 20,080 | | A1580 | | | V | | |
| | | Italy | | | EUR | 21,155 | | A1581 | | | V | | |
| | | Italy | | | EUR | 21,155 | | A1581 | | | V | | |
| | | Italy | | | EUR | 21,155 | | A1581 | | | V | | |
| | | Great Britain | | | GBP | 21,200 | | A1581 | | | V | | |
| | | Great Britain | | | GBP | 21,200 | | A1581 | | | V | | |
| | | Great Britain | | | GBP | 21,200 | | A1581 | | | V | | |
| | | Great Britain | | | GBP | 21,200 | | A1581 | | | V | | |
| | | Great Britain | | | GBP | 21,200 | | A1581 | | | V | | |
| | | Great Britain | | | GBP | 21,200 | | A1581 | | | V | | |
| | | Great Britain | | | GBP | 21,200 | | A1581 | | | V | | |
| | | Great Britain | | | GBP | 21,200 | | A1581 | | | V | | |
| | | Great Britain | | | GBP | 21,200 | | A1581 | | | V | | |
| | | Great Britain | | | GBP | 21,200 | | A1581 | | | V | | |
| | | Great Britain | | | GBP | 21,200 | | A1581 | | | V | | |
| | | Great Britain | | | GBP | 21,200 | | A1581 | | | V | | |
| | | Great Britain | | | GBP | 21,200 | | A1581 | | | V | | |

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 25

CONFIDENTIAL

NIKE_C_00001677

# ROLES & RESPONSIBILITIES

## THREE DISTINCT ROLES ENABLING AN OPTIMIZED INVESTMENT IN OUR EMPLOYEES



© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.                                                I 26

CONFIDENTIAL

NIKE_C_00001678

Sun Decl. Ex. 2, Page 26 of 54

# 5 MINUTE BREAK

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

CONFIDENTIAL

NIKE_C_00001679

# USE SLIDO TO ASK QUESTIONS & VOTE

## THROUGHOUT TODAY'S SESSION PLEASE USE YOUR MOBILE DEVICE OR COMPUTER

GO TO: SLIDO.COM

ENTER CODE: REWARDS

## ASK YOUR QUESTION AND/OR VOTE FOR THOSE THAT ARE OF MOST INTEREST TO YOU

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 28

CONFIDENTIAL

NIKE_C_00001680

# SHORT-TERM INCENTIVES:
## PSP UPDATE

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.                                                     I 29

CONFIDENTIAL                                                                     NIKE_C_00001681

# PERFORMANCE SHARING PLAN (PSP)

## UPDATE ON FY19 PSP*

| FROM (FY18) | TO (FY19) | WHY |
|---|---|---|
| **Eleven (11) PSP Plans**<br><br>2 Nike Inc Plans<br>4 Geography Plans<br>5 Brand Plans<br>　　(Converse/Hurley/Jordan) | **One (1) PSP Plan**<br><br>Nike's 33K PSP-eligible employees will be rewarded under One Company Plan | **Accelerate Nike's business strategy & culture activation**, rewarding company performance on a single set of company-wide measures, aligned to our one-team culture |
| **Different financial measures by plan**<br><br>1 PTI PLAN: Executive Officers<br>10 EBIT PLANS: Non-Executive Officers | **Single Company-Wide Measure**<br><br>Financial performance measured by EBIT | Drive **operational performance** to deliver sustainable, profitable growth |
| **Individual Modifier for Bands V-E7**<br><br>Guidelines tied to CFE ratings | **100% Individual Modifier for all**<br><br>Limited negative discretion (0% only) for terminations and active performance management | Ensure **competitive pay** for all employees while **maximizing impact & efficiency** |

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

*SUBJECT TO LOCAL REGULATIONS AND/OR APPROVALS*　　　I 30

CONFIDENTIAL

NIKE_C_00001682

Sun Decl. Ex. 2, Page 30 of 54

# LONG-TERM INCENTIVES:
## STOCK PROGRAM AND NIKE STOCK CHOICE

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

| 31

CONFIDENTIAL

NIKE_C_00001683

# ANNUAL *STOCK AWARD* PROGRAM

## WE CONTINUE TO FURTHER STRENGTHEN THE COMPETITIVE POSITION OF OUR STOCK PROGRAM.

| FROM (FY18) | TO (FY19) | WHY |
|---|---|---|
| Share-Based Guidelines (#) | Planning and communicating awards as a dollar-denominated, value-based amount per band | Communicating awards in a dollar value enables us to more clearly express total comp value, and is consistent with market practice. |
| Wide overlapping ranges by band and CFE rating | Providing meaningful differentiation through four pre-set award targets by band | When awarding compensation and providing benefits, we focus our investment of resources and time on events and practices that have greatest positive impact on engagement, delivered with simplicity and clarity. |
| Annual Awards are anchored to specific CFE ratings | Expand award considerations from CFE-oriented to Talent Assessment-oriented | We link pay and recognition to company performance, demonstrated and expected individual performance and impact over time, and to key talent critical to long-term growth.<br><br>Annual Awards are part of our Core Pay/Benefits that provide competitive awards as a baseline, complemented by Discretionary Awards that support Strategic Pay (e.g., mid-year stock awards). |
| Stock Option Award | Choice | Nike Stock Choice is a new feature that reinforces our desire to create pay programs that are aligned to what Nike stands for, what employees value, and what we're seeing in the external market. |

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 32

CONFIDENTIAL

NIKE_C_00001684

# NIKE STOCK CHOICE

## A NEW FEATURE OF OUR STOCK AWARD PROGRAM — BOTH ANNUAL AND NEW HIRE

**A NEW FEATURE OF OUR STOCK PROGRAM THAT ALLOWS ELIGIBLE EMPLOYEES TO CHOOSE HOW THEY RECEIVE THEIR STOCK AWARD**

100% STOCK OPTIONS

OR

50% STOCK OPTIONS

50% RESTRICTED STOCK UNITS (RSU)

OR

100% RESTRICTED STOCK UNITS (RSU)

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 33

CONFIDENTIAL

NIKE_C_00001685

# OVERVIEW OF AWARD VEHICLES

## STOCK OPTIONS VS. RESTRICTED STOCK UNITS





© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 34

CONFIDENTIAL

NIKE_C_00001686

Sun Decl. Ex. 2, Page 34 of 54

# COMPARISON OF KEY FEATURES

## STOCK OPTIONS VS. RESTRICTED STOCK UNITS

|  | STOCK OPTIONS | RESTRICTED STOCK UNITS (RSUs) |
|---|---|---|
| POTENTIAL GAINS | Stock Options require an increase in NIKE's stock price in order to have value. The value of a Stock Option is based on the difference between NIKE's stock price on the exercise and grant dates. Stock Options can provide accelerated returns if the stock price increases beyond the grant price. | RSUs do not require an increase in NIKE's stock price in order to hold value. The value of an RSU is based on NIKE's stock price when you vest and receive the underlying shares. |
| RISK TOLERANCE | In order to profit, on the date you exercise the Stock Option, NIKE's stock price must exceed its grant price. If the stock price does not increase or only increases slightly, Stock Options have a higher risk of providing little or no value. | When vested, RSUs entitle you to the underlying shares which have value even if the stock price at vesting falls below that on the grant date. Therefore, RSUs inherently carry less risk than Stock Options. |
| NUMBER OF SHARES | More Stock Options are awarded compared to RSUs. The number of shares is determined by dividing the target value of your stock award by the grant date stock price, multiplied by five. In other words, the number of Stock Options awarded is five-times the number of RSUs. | Fewer RSUs are awarded compared to Stock Options. The number of shares is determined by dividing the target value of your stock award by the grant date stock price. |

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 35

CONFIDENTIAL

NIKE_C_00001687

# COMPARISON OF KEY FEATURES

## STOCK OPTIONS VS. RESTRICTED STOCK UNITS

|  | STOCK OPTIONS | RESTRICTED STOCK UNITS (RSUs) |
|---|---|---|
| TIMEFRAME | Stock Options expire 10 years after the grant date. You can exercise them after they vest (which generally requires your continued employment) but before they expire, subject to certain conditions. | RSUs will vest and be settled in shares over a period of four years, generally subject to your continued employment. Once they are settled in shares, it is up to you when to sell the shares, taking into account factors specific to you (e.g., capital gains tax treatment). |
| TAXES | In many jurisdictions, Stock Options are subject to taxation upon exercise, providing you with greater control over when taxation occurs. | In many jurisdictions, RSUs are subject to taxation when they vest, and you cannot control when taxation occurs. As RSUs vest, a certain percentage of the underlying shares will be used to cover tax obligations. In many jurisdictions, you will also be subject to tax when you sell the shares. |
| RETIREMENT TREATMENT | Stock Options are generally eligible for retirement treatment. | RSUs are not eligible for retirement treatment. |
| STOCK DIVIDENDS | Stock Options do not receive dividends. | RSUs earn dividend equivalents during the vesting period which will be paid at vest. |

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.                    I 36

CONFIDENTIAL

NIKE_C_00001688

# TOTAL REWARDS PORTAL DEMO

## NIKE STOCK CHOICE AND TOTAL COMPENSATION STATEMENTS — AVAILABLE AUGUST 6, 2019



© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 37

CONFIDENTIAL

NIKE_C_00001689

Sun Decl. Ex. 2, Page 37 of 54

# LONG-TERM INCENTIVES:
## LTIP UPDATE

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.                                                                                                                             l 38

CONFIDENTIAL                                                                                                                             NIKE_C_00001690

# SIMPLIFIED PRORATION & ELIGIBILITY

**LONG-TERM INCENTIVE PLAN (LTIP)**

| FROM (FY18) | TO (FY19) | WHY |
|---|---|---|
| Eligibility based on employee's band on or before November 30 | Eligibility based on employee's band on or before March 1 | Reflect more recent talent moves & decisions |
| Pro-rated Target Awards based on eligibility date or loss of eligibility date | Newly Eligible: Full Target Awards (remove proration) based on eligibility date | Strengthens competitiveness of program & aligns practices for external hires & internal promotions |
| | Loss of Eligibility: No future awards will be granted. Any outstanding LTIP awards remain in effect (no downward proration). | Aligns practices across all LTI vehicles (cash & stock) |
| | De-band Treatment: Future awards will be granted at the full target award of the new lower band. Any outstanding LTIP awards remain in effect (no downward proration) | Aligns practices across all LTI vehicles (cash & stock) |

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 39

CONFIDENTIAL

NIKE_C_00001691

Sun Decl. Ex. 2, Page 39 of 54

# REWARD CONVERSATIONS:
## WHAT AND WHEN TO COMMUNICATE

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

40

CONFIDENTIAL

NIKE_C_00001692

# MANAGER ROLE

## WHY IT MATTERS

**MANAGERS HAVE A SIGNIFICANT IMPACT IN TALKING WITH THEIR EMPLOYEES ABOUT REWARDS**

| | | |
|---|---|---|
| THEY ARE BY FAR THE MOST INFLUENTIAL SOURCE OF INFORMATION ABOUT REWARDS FOR THEIR EMPLOYEES | WHEN EMPLOYEES FEEL THAT THE PROCESS USED TO DECIDE THEIR PAY IS FAIR, THEIR COMMITMENT AND ENGAGEMENT TO THEIR JOB GOES UP | ENGAGED EMPLOYEES DELIVER MORE DISCRETIONARY EFFORT IN THEIR WORK |

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 41

CONFIDENTIAL

NIKE_C_00001693

# TOOLS/RESOURCES FOR COMMUNICATING

## AVAILABLE AS MANAGER AND EMPLOYEE SELF-SERVICE

### PREPARE

#### MANAGER TALKING POINTS
##### JULY 10

One-pager with key talking points for managers to use in preparing and communicating rewards conversations

#### TOTAL REWARDS REPORT (TRR)
##### JULY 16

Provides final report of awards in excel
For review by managers

### COMMUNICATE

#### PERSONAL PAY STATEMENTS (PPS)
##### JULY 25

Print or PDF statement that managers will provide to employees when having reward conversations

#### TOTAL COMP STATEMENT (TCS)
##### BEGINNING OF AUGUST

Online statement that employees can access anytime that provides a comprehensive view of their pay

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 42

CONFIDENTIAL

NIKE_C_00001694

Sun Decl. Ex. 2, Page 42 of 54

# KEY CONVERSATION TOPICS

## WHAT'S CHANGING

| TOPIC | CHANGE | NEED TO KNOW |
|---|---|---|
| Annual Rewards | Stock awards communicated in dollars instead of number of options | For many employees, their rewards conversations will be similar to previous years, focused on a Merit increase and PSP payout. For eligible employees, Stock awards will be communicated in a **dollar amount** instead of a number of options.<br><br>Managers should be prepared to speak to **Nike Stock Choice** for Stock eligible employees and to CPM adjustments for all employees. |
| Adjustment | Merit increase is included within a CPM Adjustment | For employees receiving a **Competitive Pay Management (CPM) Adjustment**, managers need to be prepared to answer questions using the Talking Points provided in the following slides. |
| Stock Award | Introduction of Nike Stock Choice | Employees will receive their stock award in a dollar-denominated amount. Between August 6 – 22, employees will **choose how to receive their awards:** 100% Options, 100% Restricted Stock Units, or a 50%-50% combination of Options and RSUs. |
| PSP | New One Plan PSP began June 1 | Employees may be reminded that with the shift to **One Plan PSP** effective June 1, PSP eligible employees will all be on the same plan with a **100% individual modifier** set for everyone. There is no impact to the FY18 PSP plan or payout. |

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 43

CONFIDENTIAL

NIKE_C_00001695

Sun Decl. Ex. 2, Page 43 of 54

# WHAT TO COMMUNICATE

## BASE PAY: MERIT OR COMPETITIVE PAY ADJUSTMENT

| AWARD | MERIT | COMPETITIVE PAY ADJUSTMENT |
|---|---|---|
| **KEY FACTORS AFFECTING AWARDS** | • Individual performance for the past fiscal year<br>• Compa-ratio and internal equity | • Compa-ratio and internal equity |
| **KEY POINTS TO COVER** | • Individual performance is the primary driver of merit pay decisions<br>• Merit awards are discretionary and guidelines vary within each CFE rating category<br>• Factors considered in decision – performance, compa-ratio, internal equity, experience, and available budget<br>• Award guidelines vary year to year and country to country | • When pay isn't where we expect it to be, we are committed to making adjustments<br>• Increase is inclusive of both merit and a competitive pay adjustment<br>• Pay rates are constantly changing, externally and internally<br>• Employees join and leave the company, change jobs, and get promoted<br>• All of these events impact relative pay rates |
| **RESOURCES** | **Total Rewards Report (Manager Self Service)  \|  Personal Pay Statements (Manager to EE)**<br>**Total Compensation Statements (EE Self Service)** | |

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 44

CONFIDENTIAL

NIKE_C_00001696

Sun Decl. Ex. 2, Page 44 of 54

# WHAT TO COMMUNICATE

## SHORT & LONG-TERM INCENTIVES: PSP, STOCK, AND LTIP

| AWARD | PSP | STOCK AWARD | LTIP |
|---|---|---|---|
| **KEY FACTORS AFFECTING AWARDS** | • NIKE, Team, and Individual performance for the entire past fiscal year | • Individual performance for the past fiscal year<br>• Potential to impact NIKE's long-term performance | • NIKE financial performance over prior 3-year performance period |
| **KEY POINTS TO COVER** | • Award is an opportunity, not a guarantee, which is why it's considered "pay at risk"<br>• Links pay to individual performance, business unit results, and Nike financial performance<br>• As appropriate, tie the employees contributions and impact to award<br>• Remind employee that FY19 PSP is changing to a One Team plan with a single corporate financial metric and 100% individual modifier | • Shifting program from share-based (# of shares) to value-based ($ value)<br>• Introduce Nike Stock Choice as a new feature of the stock program – providing employees with control over how they receive their award<br>• Employees (bands E-E6) can choose either 100% stock options, 100% restricted stock units (RSUs) or 50/50 mix of both stock options & RSUs<br>• Request that the employee make an election between August 6 – 22 via the Total Rewards Portal | • Award is an opportunity, not a guarantee, which is why it's considered "pay at risk"<br>• Links pay to Nike financial performance goals to grow Revenue and increase Earnings Per Share (EPS) over a 3-year period<br>• LTIP is designed to reinforce our long-term business strategies and increase shareholder value |
| **RESOURCES** | **Total Rewards Report (Manager Self Service)  \|  Personal Pay Statements (Manager to EE)**<br>**Total Compensation Statements (EE Self Service)** | | |

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 45

CONFIDENTIAL

NIKE_C_00001697

Sun Decl. Ex. 2, Page 45 of 54

# POSSIBLE SCENARIOS

## NUANCES OF COMMUNICATING BASE PAY INCREASES

## MERIT & PSP

- The majority of employees will receive a Merit & PSP rewards conversations as in previous years

- Additional questions they may have about how their pay is determined are covered in the earlier slides

## COMPETITIVE PAY ADJUSTMENT

- Employees receiving a Competitive Pay Adjustment may have additional questions:

  - *Why is my pay being adjusted now? How did Nike determine my pay needed adjusting?*

  - *How much of this adjustment is my merit increase, and how much is extra?*

  - *Does this mean I've been underpaid / paid unfairly?*

- Talking points for these questions are on the following pages. In addition, a full FAQ will be available on the HR Readiness site.

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

CONFIDENTIAL

I 46

NIKE_C_00001698

# COMPETITIVE, EQUITABLE PAY

## WHY AND HOW WE APPROACHED IT THIS YEAR

*"The pursuit of competitive, equitable pay is an ongoing discipline. The external market rate of pay is constantly changing, as are salaries of employees. Employees are hired, promoted, and leave Nike daily meaning that salaries are constantly changing.*

*Our commitment to competitive pay recognizes this and creates a focal point each and every year to assess our position and make adjustments beyond other pay events such as GPR to ensure we are competitive, equitable, and Doing The Right Thing.*

*Beginning this summer, we have put in place a center-driven analysis focused on delivering against these commitments. This annual, global process will focus on making competitive pay adjustments to employees who are paid below our market competitive ranges and to better align pay of peers doing similar work with similar experience and performance.*

*Competitive pay adjustments will be made in conjunction with the typical Global Performance Rewards (GPR) process where employees are eligible to receive merit increases in recognition of performance over the past 12 months. For employees that receive a competitive pay adjustment, it will be inclusive of the merit increase submitted and approved within the mePortal – the increases will not show separately. Funding for competitive pay adjustments will be budgeted and held centrally."*

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.                                                                I 47

CONFIDENTIAL                                                                                                    NIKE_C_00001699

# COMPETITIVE, EQUITABLE PAY

**ONE COMPETITIVE PAY ADJUSTMENT INCLUSIVE OF MERIT**

## SAMPLE RESPONSE TO "WHY DID I RECEIVE AN ADJUSTMENT," OR "HOW MUCH IS MERIT?"

*"Your new salary includes both a merit increase and a competitive pay adjustment. In our commitment to ensure competitive, equitable pay we will make adjustments as needed to align with our pay philosophy. Upon reviewing your pay we've made such an adjustment. Pay rates are constantly changing, both from a market competitiveness and internal comparison perspective through the course of normal business – employees join and leave the company, change jobs, and get promoted. All of these events impact relative pay rates. These are key reasons why we review pay centrally on an annual basis to create an ongoing, consistent review of competitive pay, and if it's not where we'd expect to see it, we implement adjustments."*

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.    | 48

CONFIDENTIAL    NIKE_C_00001700

# COMPETITIVE, EQUITABLE PAY

## COMPETITIVE PAY ADJUSTMENTS REFLECT THE MARKET TODAY

### SAMPLE RESPONSE TO "HOW ARE PAY RANGES DETERMINED," OR "HOW DOES MY PAY COMPARE?"

*"By design at Nike, we target ranges of pay for jobs vs. a single pay rate. This is intended to provide managers the ability to recognize different levels of experience, performance, and impact for a work along with providing the business flexibility in hiring talent from outside of Nike. Pay rates are constantly changing, both from a market competitiveness and internal comparison perspective through the course of normal business – employees join and leave the company, change jobs, and get promoted. All of these events impact relative pay rates. Receiving a pay adjustment means that we've assessed competitiveness and based on the current market and internal pay rates we are increasing you to ensure we're delivering competitive pay as our baseline."*

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 49

CONFIDENTIAL

NIKE_C_00001701

# MANAGER READINESS

**APPROACH & RESOURCES**

## APPROACH

**Assume manager capability and deliver information to support them**

- Use the 12 July email from Mo as the foundation

- Link managers to relevant content for each program in the email (e.g., Competitive Pay Management links to a content page, one page summary, FAQs)

## RESOURCES

**Updated pages and tools on the HR Website will provide:**

- Program-specific content (e.g., PSP)

- One-page summaries of the 'from – to – why' behind new or changed programs (e.g., Competitive Pay Management)

- FAQs for all programs, organized by program / topic

**HR Readiness GPR Site**

- All GPR and related content (e.g., Deep Dive Decks, FAQs) for HRBPs

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 50

CONFIDENTIAL

NIKE_C_00001702

# MANAGER READINESS

## COMMUNICATIONS & RESOURCES

## COMMUNICATIONS

**GPR Communications**

- 16 & 25 July: Standard communications about Total Rewards Report Review, CPPS (16 July) & PPS Available (25 July)

- All other programs will be communicated through an email from Mo Matheson and a Nike Stock Choice / Total Compensation Statement campaign

**Email from Mo Matheson**

- 10 July: Email to managers informing of coming email to all employees

- 12 July: Email to all employees announcing Total Rewards changes, including Competitive Pay Management, Nike Stock Choice, Total Compensation Statement, One Plan PSP.

**Nike Stock Choice & Total Compensation Statements**

- 30 July & 6 August: Announcement & Activation emails to E band +

- 6 August (and later in EMEA): Announcement of TCS to V to U band employees

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 51

CONFIDENTIAL

NIKE_C_00001703

# Q&A:
## PAY CONVERSATIONS

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.                                                                                       I 52

CONFIDENTIAL                                                                                                                          NIKE_C_00001704



CONFIDENTIAL

NIKE_C_00001705

# THANK YOU!

## TOTAL REWARDS LEADERS WILL BE AVAILABLE TO DISCUSS THESE TOPICS WITH YOU AND ANSWER QUESTIONS DURING THE OPTIONAL THIRD HOUR OF THE SESSION.



HR READINESS

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

I 54

CONFIDENTIAL

NIKE_C_00001706

Sun Decl. Ex. 2, Page 54 of 54