

# WORKFORCE PLANNING
## TOOL & PROCESS TRAINING

CONFIDENTIAL

NIKE_C_00001853

EXHIBIT
643
Treasure Heinle
3/16/2021
Aleshia Macom - CSR

# TODAY'S AGENDA

- **TOOL & SYSTEM OVERVIEW**
- **TIMELINE**
- **TOOL DEMONSTRATION**
- **FINANCIAL OUTPUT REVIEW**
- **PROCESS MAP**
- **BREAKOUT SESSION**
- **TOOL SUPPORT PLAN**
- **Q&A**

 **HUDDLE PARTICIPANTS:** Use the Chat feature to ask questions or share feedback at any point throughout the session.

CONFIDENTIAL

NIKE_C_00001854

# OPERATIONAL WORKFORCE PLANNING

## FY19 KEY SHIFTS



| FROM | TO |
|---|---|
| HC target | Wagebase target, with wage expense and non-wage guardrails |
| HCI population | All new headcount inclusive of volume growth (1% growth, AOP investment resources, baseline adjustments) |
| High-level plans | Specific 12-18 month workforce plan (position, band, timing, sourcing information) |
| More positions open in SAP than affordable | SAP positions reconciled to the workforce plan and budget |
| QBR HCI dashboard | Monthly dashboard / governance process and modeling tool in hands of HRBPs & business leaders |
| HCI accountability by 'reports-to' | Wagebase accountability by cost center |
| 'Reports-to' visibility | More fluid visibility to HC, wage expense and wagebase by both CC & 'reports-to' |

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

CONFIDENTIAL

NIKE_C_00001855

# OPERATIONAL WORKFORCE PLANNING

## KEY BEHAVIORAL SHIFTS



### SINGLE, SHARED DATA SET

HR and Finance use the same data for the Workforce Plan & Wage Expense Budget



### ACCURATE OPEN POSITIONS

HR to maintain accurate Open Positions – Projected Fill Date and Budgeted Wagebase



### DATA-DRIVEN WAGE FORECAST

Finance to use HR Position Data to calculate Wage Budget/Forecast – No Plugs or Offsets to solve later

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

CONFIDENTIAL

NIKE_C_00001856

Sun Decl. Ex. 3, Page 4 of 18



# WORKFORCE PLANNING TOOL

## WHAT IS IT?



- Centralized Data Source for HR and Finance to consistently manage and plan for workforce costs

- Excel-based, accessible via Box folder

- Functionality to Modify/Create/Close Positions

- Population views by Cost Center

- Consolidated by Workforce Analytics on a monthly basis and sent to PMC for SAP entry

- Provides Summarized Financial Metrics *(to include wage expense actuals by June 1)*

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

CONFIDENTIAL

NIKE_C_00001858

Sun Decl. Ex. 3, Page 6 of 18



# TIMELINE

## KEY DATES + ACTION ITEMS

**MARCH**

MAR. 9
WFP Tool Available via Box to HRDO and Finance

MAR. 30 WFP Tool Submitted via WIN

**APRIL**

APR. 2-6 HRD Enters Submitted Data into SAP

APR. 9 WFP Tool Refreshed and Available via Box

APR. 30 WFP Submitted via WIN

**MAY**

MID-MAY Finance Issues Wage Expense Budgets*

**JUNE - ONGOING**

Wagebase Targets Assigned this Month*

Process repeats on monthly basis

*Process Milestone

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY

CONFIDENTIAL

NIKE_C_00001860





© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

CONFIDENTIAL

NIKE_C_00001862

# WHEN DO I CREATE NEW POSITIONS?

## TO ACCURATELY MANAGE AGAINST HEADCOUNT FORECASTS & UNDERSTAND THE MAKEUP OF OUR ORGANIZATION, WE NEED CONSISTENCY IN POSITION MANAGEMENT

**CREATE NEW POSITION**
(Close Existing Position)

- Incremental Headcount
- Company Code and/or Country Change
- Band Change
- Employee Group and/or Employee Subgroup (Transferee only)

**UPDATE EXISTING POSITION**
All other scenarios, including:

- Cost Center/Budget Transfer
- Title
- Manager or Manager +1
- Within Job Sub Family and Band job change
- Category
- Product Engine
- Work Schedule
- Fill Strategy
- Budgeted Fill Date
- Vacancy Status
- Strategic Initiative *(managed outside SAP)*

**CLOSE OPEN POSITIONS**
* No plan to fill for FY19

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

CONFIDENTIAL

NIKE_C_00001863

# TOOL DEMO



© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

CONFIDENTIAL

NIKE_C_00001864

# FINANCIAL DASHBOARD

**CURRENTLY THE FOLLOWING METRICS ARE INCLUDED, SPANNING HEADCOUNT, WAGE EXPENSE, AND WAGE BASE:**

- Impact of Annualization
- "Walk" Impact of Open and New
- Attrition, Backfill Impacts
- YoY, Quarterly Growth Percentages

ADDITIONAL METRICS TO BE ADDED ITERATIVELY THROUGH COLLABORATION WITH FINANCE STAKEHOLDERS

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

CONFIDENTIAL

NIKE_C_00001865

# BREAKOUT SESSION

## REVIEW THE SCENARIOS INCLUDED IN THE HANDOUTS ON YOUR TABLES.

 **HUDDLE PARTICIPANTS:** Discuss as a group or reflect solo. Share questions or comments via the Huddle chat feature.

CONFIDENTIAL

NIKE_C_00001866

# SUPPORT MODEL

### FAQs

HR & Finance FAQs will be sent out as a follow-up and posted to the HR Readiness Site / Finance Portal

### TOOL SUPPORT

For tool support contact winsupport@nike.com

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

CONFIDENTIAL

NIKE_C_00001867

Sun Decl. Ex. 3, Page 15 of 18

# NEXT STEPS

### MARCH

MAR. 9
Open WFP Tool on Box

Enter Plans

MAR. 30 Submit via WIN

### APRIL

Confirm Plan Accuracy with PMC

APR. 9 Open Refreshed WFP Tool

END OF APR. Submit WFP via WIN

### MAY - ONGOING

Repeat as part of ongoing month end process

© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY

CONFIDENTIAL

NIKE_C_00001868





CONFIDENTIAL

NIKE_C_00001870