FINAL

Welcome everybody and hello to all those people watching from closed circuit and around the world.  I'm really glad to be here with all of you…more than you might imagine.

I think we can all feel that this is an especially important time for us to connect.   This has been a <u>painful moment for me</u>, personally…and <u>painful for many of you</u> who I've spoken with.

I'd like to <u>thank</u> all of you…for the care you've shown one another over the last several weeks.

(PAUSE)

I'm going to share some thoughts on where we are now…and how we're going to move forward.  But I would like to start with a story from my past.  I'm coming on 40 years with Nike next year…

I can assure you when Jeff Johnson asked me to work in product development right out of college in Exeter, New Hampshire, I certainly never envisioned I'd be standing in front of you today.

Surrounded by buildings like the new Seb Coe and the Coach K. Joined by so many talented people, from so many backgrounds and experiences.



CONFIDENTIAL

NIKE_00001960

Sun Decl. Ex. 4, Page 1 of 20

I remember my first day…walking up to the old, L-Shaped brick building on Front Street.   I had about five jobs early on – I was a designer, a developer and I led the weartesting program with about 70 athletes from the area.

As I dug into the role, it became clear we needed to form one, connected R & D team in Exeter.   So we put together the right people…and the only question left was what to name the team.  We approached it like any of our big marketing decisions at the time – we held a contest in the office.

I proudly entered the name: "Nike Sports Research Lab"…and it won.   My reward…a gift certificate to our favorite restaurant in town.

(PAUSE)

In those days, Bill Bowerman would mail us sketches from the West Coast based on x-rays of his runners' feet…to show us exactly where the track spikes should be.   That was Bill.   He was a purist and the conscience of the athlete.

It was our job to come together as a team…and figure out how to give his runners an edge.

We'd debate to get to the best possible place, but we knew – for the most part – when to make a decision and move forward.

2

CONFIDENTIAL

NIKE_00001961

Sun Decl. Ex. 4, Page 2 of 20

Success was bigger than any one person.   The "collective" win was always the most impactful.

Sometimes, we just had to have faith in one another. When you were given a bigger job, it was assumed you could do it.

Bob Woodell tells a wonderful story of when Phil Knight asked him to move to Exeter to oversee our footwear research and development.   Bob, who is a paraplegic, has been quoted as saying, "I couldn't run, I couldn't even feel a shoe on my foot.   And yet Phil never assumed I couldn't do it.   So, consequently, I didn't assume I couldn't either."

Now, to be clear, this isn't a story about how "I wish it were the old days."   It's not about living in the past.   Like all companies, we've faced challenging dynamics throughout our history.

But these are some of the qualities I've always looked for in strong teams.   And they're some of the same values and relationships I see all over Nike every day.

But if you asked me then, what does Nike stand for? It was clear: we were there to serve the athlete.

(PAUSE)

CONFIDENTIAL

NIKE_00001962

Sun Decl. Ex. 4, Page 3 of 20

So the question becomes what does Nike stand for today? What are we learning about ourselves?    Who are we now?

We have to start with the mission.   This is our north star. And I personally believe it's one of the most noble company missions there is.

But as Nike's place in the world has become larger and more important, we've learned that it isn't enough to just create amazing products and experiences for the athlete. Our purpose has become greater.

I believe...we have an incredible power.   We can use sport in ways that move the world...

...bringing physical activity back into kids' lives...

...tearing down inequalities on and off the playing field...

...or innovating a new business model that delivers a fair and sustainable supply chain and sustainable products.

This bigger purpose and sense of mission has taken us on a journey of innovation, revolutionizing factory floors and forming new partnerships.   It's radically transformed how we engage with the outside world.

(PAUSE)

4

CONFIDENTIAL

NIKE_00001963

Sun Decl. Ex. 4, Page 4 of 20

And as we've grown, we've also had to change how we work within our own culture. This year we added a new challenge – we laid out a new strategic direction and redefined what it means to be consumer-obsessed.

We set new priorities with the Triple Double – and restructured our teams with the Consumer Direct Offense. We're moving faster, working closer with our geographies, and undergoing a digital revolution.

These aren't minor tweaks. These are massive moves and they're exactly what we need to make us more competitive. I know none of its easy.

(PAUSE)

Throughout all of this change, we -- and I -- missed something. While many of us feel like we're treated with respect at Nike, that wasn't the case in all teams. And if all of our teammates don't see the same opportunities, we just can't accept that.

I am responsible for all of Nike and it's my job, supported by all of you, to help Nike be a place for everyone – both as an empowering place to work and as a brand for all athletes…with a special emphasis on the asterisk.

That's what we mean when we say, "Until we all win" in the Equality Campaign. It's more than a message that moves people, it has to be the values we live up to, every day.

CONFIDENTIAL

NIKE_00001964

So, we're taking action.   It's taken considerable time and effort to do it right, respecting everyone's confidentiality…and being thorough and fair.

With the size of our Company, it is normal, sadly, to have workplace concerns raised every day and we are determined to treat each of them seriously.

So, if you contacted the Matter of Respect hotline or email, you can be assured, we will handle your issue with the care and professionalism it deserves.

If you raised an issue, there will be a process of getting back to you personally – we're looking into every concern.

It took incredible bravery from everyone who stepped up to make their voice heard.   So thank you for your courage.

I can tell you that the main set of complaints that gave rise to this process have been acted on…and employee exits from this larger investigation will be behind us after this next week.

(PAUSE)

6

CONFIDENTIAL

NIKE_00001965

Sun Decl. Ex. 4, Page 6 of 20

It's also important to remember that not all employment action is visible.   Just because someone didn't leave, does not necessarily mean that they've not had consequences.   People have the potential to change and grow...we have to believe in that as well.

And as I said in my email, people leave and join Nike every day. With a workforce of 74,000 people, not everyone who leaves during this time is being exited.

It's clear that people have raised broader concerns.   Please remember that system changes, compensation reviews, and changes to organizations take time.

There is no finish line here.   We continue to review our HR processes from top to bottom so we can take our learnings from this experience.

The goal is to improve our sensing function in the organization...to improve processes that underserved us in recent years...and to restore trust in places where it has eroded.

We'll never be done trying to improve both our teams and our process.   And as hard as it is, I ask you all to focus on your work and making your current environment great.

Please don't spend too much energy on what you think may have happened – it's counterproductive to our ability to move forward.

7

CONFIDENTIAL

Remember, Nike is a big place.  This room is filled with people who are proud to be here…and some feel that they have everything they need.

And there are also people who need MORE from us…and want to us to be better.  Both are true.

(PAUSE)

Let's be clear about why we're all here.  Success is more than just innovative products…emotional ads…and quarterly financial results.  We come to Nike to be part of something bigger – to experience the joy and pride of working on a team that can transcend what we could ever accomplish on our own.

To do that, we all have an obligation – and it's non-negotiable – to create and cultivate an environment of respect and inclusion.  And that starts with me.

I apologize to the people on our team who were excluded.  And I apologize that some of those same people felt they had no one to turn to.

I want everyone at Nike to know that their voices do matter … and your bravery is making us better.

We'll start with a process that protects our people when they need support.  And we'll be more intentional in how we get people to connect and share how they're feeling.

8

CONFIDENTIAL

Because we need those insights more consistently. We want that transparency.

If you remember, we sent out an all employee survey in March. And over 40,000 of you responded. That's impressive. And we've learned a lot.

Formatted: Underline

(PAUSE)

Some of the things we're doing right are…

…you know what's expected of you at work.

…your manager holds you accountable for your performance

…and your manager treats you with respect.

That's great to hear. Being clear on your role is no small task in such a complex organization. And it's encouraging that many of us feel respected. But "many of us" is not enough.

(PAUSE)

Among the areas where we can be better are…

…effective communication between teams

…you feel you can achieve your goals here

CONFIDENTIAL

NIKE_00001968
Sun Decl. Ex. 4, Page 9 of 20

...and senior leaders are clearly communicating the reasons for business decisions.

This is telling.   We need to be better at collaborating with one another...empowering our people...and explaining how everybody's role can contribute to our overall success.

We'll all hear more about the specific results of the survey from managers next week.

(PAUSE)

So we need to make some deeper changes. And it's already happening.

I'll use a "FROM-TO" to describe where we are now as a culture...and more importantly where we're going.   What is our vision? And what are the behaviors we expect to see?

So the first From...

We're going to move from a place where the "Loudest voices carry the conversation", to "Every voice is heard."

In other words, we're evolving how we define great leadership.

10

NIKE_00001969
Sun Decl. Ex. 4, Page 10 of 20

We want great leaders to be great coaches – spending time building teams, mentoring and growing people.   We need clear direction, but also an openness to feedback. Sometimes asking questions…is as important as giving answers.

One request I've heard a lot…is for more straight talk and real collaboration.   We're going to move beyond our silos and deliberately seek out divergent thinkers…truly listen to their expertise…and create solutions together.

People may think collaboration slows things down.   It can. But if done right, it's about speed and results.

(PAUSE)

Which brings me to the second "from"…

From "We all have to Agree"…to "Simplify and Go."   I think we all know the difference between bringing in different perspectives to add to a plan…versus too much process…pre-meetings…and check-points.

I think a lot of that process has been created out of a desire to avoid having dissenting views in a meeting.   But if we can be honest without being negative, we can dispense with that, be more direct and move faster.   I want us to focus on getting our best ideas into the world as quickly as possible.

11

CONFIDENTIAL

Sometimes we won't all agree.   And that's ok.   None of us can expect that our views will win-out 100% of the time…but we should all feel heard and respected.   Listen to the voices, get in a room, decide…then go.

(PAUSE)

This next one is at the heart of our widest, systemic change.

From a place where "I sometimes question whether I belong here" to "I feel included and I have an opportunity to succeed." Someone told me recently that they didn't feel like they fit the Nike profile.   It hurt me to hear that.
There is no Nike profile.
There are many ways to succeed here.

I was reminded of that last week, when Secretary Madeleine Albright, visited campus.   And I'll say for those of who were lucky enough to speak with her…her energy and her drive wereas amazing.

She was outspoken on a number of issues, but the insight that resonated most with me – as we move towards our goal of a more inclusive culture – was "The best way to use people's talents is to have them <u>comfortable in who they are</u>."

12

CONFIDENTIAL

At Nike, we want every person -- irrespective of how long we've been here…which department we work in…our gender…the color of our skin…or who we love...to feel a part of our team and to fully realize their potential.

It's up to all of us to engage in a dialogue more often and strive for more than just tolerance.   Secretary Albright also had this to say about her approach to working with all people.

She said, "I don't like the word tolerance, because it comes from 'tolerate,' which means to put up with.   What we really need to do is respect each other's views."

That kind of compassion is critical in leading, innovating and driving meaningful change.

(PAUSE)

We're also going to create a fair playing field.   That's why we're being more transparent about where we are on our representation and equal pay goals, beginning with women and people of color. We want our actions to better match our values.

I've really valued the partnership and engagement with our Employee Networks throughout this process.   They have great perspectives on what our teams need, and I'm certain they will be ~~will be~~ an even more powerful source of insights, energy and change, moving forward.

13

CONFIDENTIAL

Across the organization, we also have a number of programs we're activating...

... from a focus on our future leaders with executive training programs and a new expanded mentor program...

... to training across the company for 10,000 managers to ensure that people who lead teams are clear on expectations, which behaviors to model and what resources are available to them.

... to unconscious-bias training for all employees, which has already started.

Now, let me add here that I don't believe that Training Programs are any kind of simple and quick fix, in and of themselves.   But they are an important piece of a bigger plan.

(PAUSE)

Moving to the last From/To...

Is from a "culture where great work is assumed"...to a culture "where great work is recognized and celebrated."

We have an incredible standard at Nike.   That will never change.

14

CONFIDENTIAL

NIKE_00001973

Sun Decl. Ex. 4, Page 14 of 20

But we can have more fun…and not take ourselves too seriously.   I want us to find informal moments to thank each other for how hard we're working, more consistently. Recognition, should become second nature to us all.

We've also created more platforms for our people to be recognized formally.   Our Maxims, as you know, have been reimagined.

They are now more aspirational, inclusive and grounded in our values.   They are now coupled with daily behaviors… which we want our teams to model.   We'll host the Maxim awards in September – which celebrates team wins.

And we've added new individual awards, up to 50 a year from around the world – called the Just Do It awards. Winners of the JDI award are all considered for the Founders Award – which selects one Nike employee that represents the best of Knight and Bowerman.

One final announcement on recognition.   It should be obvious by now that "Win as a team" is the way forward. That collective win I spoke about earlier, has to be real. With that in mind, we are changing our PSP structure.

Starting next fiscal year, PSP will be awarded against one set of objectives.   There will be one plan, with one reward system.   We are One Nike – we win and lose as a team.

(PAUSE)

15

CONFIDENTIAL

As you can see, and will continue to see, we're making changes where we need them. And we're strengthening what already makes us great.

I want us all to see this moment in time as an opportunity to lead Nike in a different way. Having more open conversations…giving our teams more opportunity to grow within their jobs…being more empathetic…coaching our people. These are not add-ons to the work you're already doing.

This is the work that we must all commit to.

(PAUSE)

In the last several weeks, many of you have sent supportive notes to one another. And I appreciate those of you who reached out to me directly.

The tone of your notes and calls have ranged from deep concern…to encouragement and appreciation. All of them have been inspiring and helpful.

I'd like to read an excerpt from one email that was shared with me after some of the more recent media reports.

"I've been with Nike about 18 years so it comes as no surprise that I have a strong bond with the company.

I love that we exist to serve human potential. I love the passion so many of us bring to the work and to our outside

16

CONFIDENTIAL

pursuits. I also love that we're self-critical and always striving to improve.

Reading the article reminded me of when I first started at Nike. At that time, whenever Nike was mentioned in the news it was synonymous with the working conditions in our contract factories.

We were doing tons of work to improve conditions and there was so much more work that needed to be done.

We didn't do the minimum. We put a significant, sustained effort against these very complex issues.

And while conditions in our contract factories require continuous improvement and focus, we are a recognized leader in our industry in terms of how we address these issues.

And, so, I am hopeful we will seize this time that exposed our need to improve diversity, our HR systems, and to create a culture that serves every person.

I have seen that when we really commit to complex change, we can genuinely improve. For change to be real, it's not quick or easy or linear.

In the process, there may be more public criticism. And, even after real change, the results will not be nirvana for all.

17

CONFIDENTIAL
NIKE_00001976

But when we stay on this, we will be recognized as leaders -- who continue to be self-critical and always striving to improve."

(PAUSE)

I hope we can take thoughtful and optimistic messages like this one…and build on all the good things we are doing as a company.

Momentum for Nike is happening everywhere…

..the consumer is voting for our new innovation platforms

…our brand is connecting through both locally-driven campaigns and big global moments

…we're shrinking product timelines and getting our hottest styles to market faster

…and we're reinventing the retail experience as we reshape the marketplace

(PAUSE)

Nike's future…is bright.

If Jeff Johnson told me on that first day in Exeter that the company I was entering would be one of the world's most powerful influences on sport and popular culture…I wouldn't have believed him.

18

CONFIDENTIAL

The same goes if he had told me we would be a leading innovation company, that's on the front edge of digital design and printing footwear.

Or that we would have the ability to connect what we did for Bill's athletes, to hundreds of millions of people around the world,
1-to-1.

Or that we would create a legacy of Nike employees that have changed our industry and in some cases the world. That many, as I have, would stay here for decades and build their careers…grow their families…and form life-long friendships.

I might not have believed him…but I would've said that sounds like a pretty good future to me.

(PAUSE)

I'm hopeful ~~about~~ today because we're responding to such a tough situation…together.

That's important, because I can help lead this change, but I can't do it alone.   It's going to take all of us.   If you have suggestions on how to do it better, I want to hear from you.

Support each other.   Bring energy to those around you.

19

CONFIDENTIAL

Be engaged, constructive and passionate…yet respectful, open and humble.   Let's move towards that future.

I'm in 100%, and I'm counting on you to be all-in too.

Thank you, everybody.

20

CONFIDENTIAL
NIKE_00001979