# TA COMP HISTORY POLICY



EXHIBIT
513
Shane Walker
12/17/2020
Teresa Rider - CSR

NIKE EMPLOYEES (E.G. RECRUITERS, HIRING MANAGERS, ETC.) MAY NOT INQUIRE ABOUT CANDIDATES' COMPENSATION HISTORY. EMPLOYEES MAY ASK FOR THE CANDIDATES' COMPENSATION EXPECTATIONS.

*THIS POLICY CONSIDERS COMPENSATION TO INCLUDE WAGES, SALARY, BONUSES, BENEFITS, FRINGE BENEFITS AND EQUITY BASED COMPENSATION.

NIKE EMPLOYEES MAY NO LONGER:

➤ ASK CANDIDATES OR THEIR EMPLOYERS QUESTIONS ABOUT THEIR COMPENSATION HISTORY

➤ USE SALARY AS A TOOL FOR DISQUALIFICATION OR AS SCREENING CRITERIA

➤ REQUIRE CANDIDATES TO SATISFY A CERTAIN MIN/MAX FOR A POSITION

➤ RECORD SALARY HISTORY INFORMATION IN THE ATS/CRM

➤ SEARCH PUBLIC RECORDS FOR CANDIDATES' COMPENSATION HISTORY EVEN IF IT IS PUBLICLY AVAILABLE

NIKE EMPLOYEES MAY:

➤ ASK CANDIDATES ABOUT THEIR COMPENSATION EXPECTATIONS

➤ DISCUSS THE APPLICANT'S COMPENSATION HISTORY ONLY IF THE APPLICANT VOLUNTARILY PROVIDES THE INFORMATION

THIS POLICY ONLY APPLIES TO EXTERNAL APPLICANTS, WHICH INCLUDES ALL ETWS.

  

NIKE

CONFIDENTIAL

# TA COMP HISTORY POLICY

## WHAT IF...

☐ A CANDIDATE VOLUNTARILY DISCLOSES HIS/HER CURRENT OR PREVIOUS COMPENSATION

▷ DO NOT RECORD THIS INFORMATION IN THE ATS/CRM, AND YOU MAY NOT BASE THE OFFER OFF THIS INFORMATION

☐ A CANDIDATE IS A CURRENT NIKE, INC. ETW

▷ YOU MUST TREAT ETWS AS EXTERNAL APPLICANTS. YOU MAY NOT INQUIRE ABOUT THEIR CURRENT INFORMATION FROM FLEX. YOU WILL NEED TO CONTACT FLEX FOR CONVERSION FEES

☐ A CANDIDATE'S SALARY IS PUBLICLY AVAILABLE

▷ YOU MAY NOT SEARCH PUBLIC RECORDS FOR CANDIDATES' COMPENSATION HISTORY EVEN IF IT IS PUBLICLY AVAILABLE

☐ YOU WOULD LIKE TO VERIFY A CANDIDATE'S CURRENT SALARY AFTER THEY DISCLOSE THE INFORMATION

▷ AFTER AN OFFER IS MADE, A CANDIDATE MAY AUTHORIZE THE RECRUITER TO VERIFY THEIR SALARY WITH THEIR CURRENT EMPLOYER

☐ A CANDIDATE IS INTERNAL

▷ THIS POLICY ONLY APPLIES TO EXTERNAL CANDIDATES



NIKE CONVERSE Hurley 𝙹 NIKE HR

CONFIDENTIAL

NIKE_00002071

Sun Decl. Ex. 6, Page 2 of 2