| Message | |
|---|---|
| **From:** | MParker [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C71CBB2F68E5478B9A922D1623D4857C-MPARKER] |
| **Sent:** | 3/15/2018 9:40:21 PM |
| **To:** | Lst-Nike.Global [lst-nike.global@nike.com] |
| **BCC:** | Powell, Nigel [nigel.powell@nike.com]; Leonard, Kellie [kellie.leonard@nike.com]; Wade, Marcus [marcus.wade@nike.com]; Miller, Ann [ann.miller@nike.com]; Leinwand, Robert [robert.leinwand@nike.com]; Krane, Hilary [hilary.krane@nike.com]; Matheson, Monique [monique.matheson@nike.com]; Parker, Mark [mark.parker@nike.com]; Favret, Emily [emily.favret@nike.com]; Communications, Internal [internal.communications@nike.com] |
| **Subject:** | A note from Mark |



Team,

Over the past few weeks, we've become aware of reports of behavior occurring within our organization that do not reflect our core values of inclusivity, respect and empowerment at a time when we are accelerating our transition to the next stage of growth and advancing our culture. This disturbs and saddens me.

We've heard from strong and courageous employees. This has been a very difficult time and we are still talking to team members to better understand what we need to change. Our culture is one based on mutual respect, inclusion and teamwork and we want Nike to be a place where everyone has an opportunity to play an important role and succeed. Behavior that is inconsistent with our values has no place at Nike and we will continue to look into matters and take appropriate action where we find behavior against our code of conduct.

We are going to be doing a comprehensive review of our HR systems and practices along with elevating our complaint process for matter of respect issues. We will increase and invest more heavily in our diversity and inclusion teams and networks and additionally will immediately put in place an enhanced process to encourage our employees to speak up and make their voices heard. We will also create a mandatory manager training program so that everyone understands what we expect and what they need to do to reinforce our core values. Any employees who wish to request a confidential meeting can send an email to matterofrespect@nike.com. Additionally, employees can access our Matter of Respect hotline at +1 503-532-4444 or 324444 from an internal Nike phone. You can also call our 24-hour, global hotline to reach a representative connected with our Inside the Lines Alertline.

**Restructured Leadership Team**

Further, I want to share with you that in light of my desire to accelerate change, I've made the decision to restructure my leadership team into a different alignment that will allow for closer management and a sharper focus on our culture. Elliott Hill is taking on



EXHIBIT
**560**
Shane Walker
12/21/2020
Teresa Rider - CSR

CONFIDENTIAL

NIKE_00002237

Sun Decl. Ex. 8, Page 1 of 2

the new role of President of Consumer and Marketplace. He will be responsible for Marketing, Geographies, Nike Direct, Global Sales and Jordan Brand. Michael Spillane will continue to lead all Categories, Design, Product and Merchandising. Both Elliott and Michael will report to me. I also want to communicate that I am committed to serve as Chairman, President and CEO for Nike beyond 2020. Trevor Edwards has decided to resign as Nike Brand President and will retire in August. He will serve as an advisor to me until his retirement as we transition the organization.

I'd like to thank Trevor for his significant contributions to Nike over the last 25 years. He has helped us grow and strengthen our brand on a global scale. Elliott and Michael are both highly accomplished leaders at Nike with strong experience and, along with our leadership team, are ideally suited to steward our culture and help lead our teams forward.

I am determined to make the necessary changes so that our culture and our company can evolve and grow. We all want to create an environment where everyone can thrive and contribute to our shared success.

Sincerely,

**Mark Parker**
Chairman, President and CEO, NIKE Inc.

FOR INTERNAL USE ONLY © 2018 ALL RIGHTS RESERVED

CONFIDENTIAL