

Confidential

NIKE_00002301

Sun Decl. Ex. 9, Page 1 of 1