**NIKE HR** | PAY & BENEFITS   TIME & VACATION   CAREER   POLICIES & FORMS     🔍 English ▼

# BANDS AND LEVELS

## OVERVIEW

**DOCUMENTS**

NIKE VALUES Band Overview

At NIKE, Inc., we use a broad banding approach to group our jobs called VALUES bands. Within each band, we group a large number of comparable jobs. We also have distinct levels within each band to provide further clarity, expectations, and development paths for our roles.

**REFERENCES**

Job Descriptions

NIKE values diverse experience and breadth of opportunity. Bands provide employees with the flexibility to move and gain experience. Employees can move across the organization, across product engines, business units or even functions, gaining greater understanding of the business as a whole instead of specializing in one area.

Once the band is decided, we determine what level the job is within the band. NIKE has multiple job levels within each band (VALUES).

| | E7 to E1 Bands | Executives |
|---|---|---|
| | S   Sr. Director | Executive Successor Pool |
| | S   Professional Consultant | S Bands |
| | E   Director | |
| | E   Expert Professional | |
| | U   Manager | |
| | U   Lead Professional | |
| | U   Senior Professional | |
| Job Levels | L   Supervisor | |
| | L   Intermediate Professional | VALUE Band Employees |
| | L   Entry Professional | |
| | A   Lead Support | |
| | A   Senior Support | |
| | V   Intermediate Support | |
| | V   Entry Support | |
| | Individual Contributor         Manager | |

UPDATED:    2018/11/27 - 2:45pm
LOCATION:    Global
CATEGORIES:    Job Opportunities, Understanding Rewards

© 2018 NIKE, Inc. All Rights Reserved.     ❓ Website Help   ✉ Contact HR     Live Chat



EXHIBIT
**504**
Shane Walker
12/17/2020
Teresa Rider - CSR

NIKE_00002303
Sun Decl. Ex. 10, Page 1 of 1