

# HIRING PROCESS

**PHILOSOPHY & GUIDELINES**

**HIRING PROCESS**

**FREQUENTLY ASKED QUESTIONS**

The Hiring Process is a quick guide to educate key players on their roles and responsibilities when looking to hire great talent at NIKE, Inc.

Use this resource to learn about your role – as well as when to rely on other stakeholders – throughout the hiring process.

## PHASE 1: IDENTIFY TALENT NEED

**Hiring Manager:**

- Identify need within the business that requires full-time headcount
- Discuss need with HR Manager/HR Business Partner
- Receive approvals from leadership and finance to open position
- Gather position details such as job description, band, job code, cost center, etc., and coordinate with HR Direct to understand which position requirements are necessary to gather prior to position creation
- Contact HR Direct and provide the position details for requisition creation

**HR Manager/HR Business Partner:**

- Discuss need with Hiring Manager
- If approving the request, facilitate creation of a position number with Position Management
- Recommend position leveling, if needed

## PHASE 2: DETERMINE HIRING STRATEGY

**Hiring Manager:**

- Contact Talent Acquisition to initiate the hiring process (access contact list here)
- Review pre-work from Talent Acquisition in preparation for upcoming recruiting strategy session
- Attend recruiting strategy session with recruiter and be prepared to provide updates to the job description, confirm core competencies for the role and identify the interview team

**Talent Acquisition:**

- Receive email from Hiring Manager with requisition details
- Send pre-work to Hiring Manager in preparation for the recruiting strategy session
- Schedule and conduct the recruiting strategy session, and be prepared to consult on position details and align on sourcing strategy
- Package requisition details for Recruiting Services team to initiate job posting
- Review posting once live and notify Hiring Manager

## PHASE 3: SOURCE AND ASSESS TALENT

**Talent Acquisition:**

- Research internal talent pool and external sources for potential candidates
- Screen applications for qualified candidates, and conduct phone screens
- Assess candidates' compensation expectations
- Present candidate slate to Hiring Manager
- Determine work authorization status and inform Hiring Manager of any potential timing challenges
- Discuss next steps and reassess sourcing strategy if needed
- Communicate status updates to candidates

**Hiring Manager:**

- Receive candidate resumes from recruiter and provide feedback
- After recruiter conducts phone screens, receive initial slate of candidate(s) for final selection
- Identify final slate of candidates

## PHASE 4: INTERVIEW TOP TALENT

**Talent Acquisition:**

- Submit interview requests to Coordination Team for scheduling
- Provide details on interview logistics and expectations to candidates
- Facilitate debrief meeting post-interviews
- Communicate status updates to candidates

**Hiring Manager:**

- Confirm interview team
- Assign interview team questions created through the Competency Based Interview Questions tool
- U.S. only: Prepare using the Interview Tips and Legal & Unlawful Questions to help create a positive and inclusive experience for each candidate
- Conduct interviews
- Interview team members to provide objective feedback to recruiter post-interviews
- Attend debrief meeting

## PHASE 5: MAKE AN OFFER

**Talent Acquisition:**

- Identify final candidate
- Review compensation information with Hiring Manager and conduct any necessary pre-assessments
- Determine timeline restrictions related to non-compete agreements and background checks
- Contact HRBP and business leaders for offer approval



EXHIBIT 663
Shine Thomas
3/26/2021
Aleshia Macom - CSR

Confidential

NIKE_00003185

Sun Decl. Ex. 11, Page 1 of 2

- Once approved, extend verbal offer to final candidate

**Hiring Manager:**

- Identify final candidate
- Review compensation information with recruiter
- Approve offer letter

## PHASE 6: PRE-ONBOARDING YOUR NEW HIRE

**Talent Acquisition:**

- Stay in communication with new hire and provide updates as needed

**Hiring Manager:**

- Call selected candidate to welcome to NIKE
- Develop onboarding plan
- For internal hires, partner with former manager on a transition plan
- Submit request for new equipment

UPDATED:    2018/12/13 - 12:34pm
LOCATION:   Global
CATEGORIES: Job Opportunities

© 2018 NIKE, Inc. All Rights Reserved.    Website Help    Contact HR    Live Chat

Confidential

NIKE_00003186
Sun Decl. Ex. 11, Page 2 of 2