

**SAY:**
- Before we dive in, I wanted to quickly introduce Slido
- We'll be using this app throughout the session to gather questions and at the end we'll do a Q&A for those that are trending towards the top
- While we are logged into BlueJeans, Slido will be the primary way we gather questions for the Q&A
- We'll also be using this to source questions through the duration of APR (in other words now through August) in order to build out a comprehensive FAQ for HR, Leaders, and Managers
- The details for accessing Slido after today's session will be on the HR Readiness website



1

# FACILITATOR CHECKLIST

- Download fonts: https://nikehr.nike.com/?q=page/nike-hr-branding-17211&p1=1573
  - Double click on each font individually and click Install
- Save a copy of slides to your desktop
  - Any updates to materials will be communicated via email
- Have your script printed
- Turn off IM/Jabber/Teams and Close Outlook
- Turn off and/or silence your cell phone
- Grab water
- Legal Guidance
  - "Think about" vs. ~~"Write down"~~
  - "Evaluate pay" vs. ~~"Influence pay"~~
  - Further invest in ~20% of population, will vary by manager
  - Look for opportunities to differentiate based on performance and impact

20-Apr-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

2

Sun Decl. Ex. 12, Page 2 of 62

# TRAIN THE TRAINER Q&A

**Attendees:** Is it possible for TRCs to see the total number and individual names of enrollees prior to each session?

- Yes. The WHQ coordination team will create a roster a few days prior to the session and will email the TRC.  If anyone enrolls in the last 2 days leading up to the session, there may be new names added.

**Confirmation:** Will TRC facilitators receive an Outlook or other invite / confirmation with the date, time and location of the session they are delivering?

- No. The system will not send a confirmation. TRCs will need to manually add each session to their calendars, including time to arrive early and prepare.

**Confirmation:** Will attendees receive an Outlook or other invite / confirmation with the date, time and location of the session they have enrolled in?

- Yes. Facilitators do not need to follow-up with enrolled attendees.

**AV Support at WHQ:** For the sessions scheduled at larger venues (e.g., TWC, Hayward Field, Edo), is AV support booked along with the room?

- Yes. AV partners will arrive prior to the session to ensure everything is connected and working.

**Clip-on Mics:** Where AV support is booked, will two clip-on mics be available?

- Yes. These are part of the AV orders.

**Bluejeans Kick-off One-Page:** Is a one-page best practices guide for kicking-off a BlueJeans session available?

- Yes. This will be available no later than April 25th and will be posted to the HUB Resource folder on Box.

**HRBPs for Co-Facilitation:** Will the HUB teams provide a list of HRBPs who have expressed interest in helping TRCs co-present the training session.

- Yes.  These should be available by April 26th at which point we'll send out an email soliciting sign-ups for co-facilitators.

3

Sun Decl. Ex. 12, Page 3 of 62

# YOUR ROLE AS A FACILITATOR

## LEAD FACILITATOR

- Deliver the training content and guide exercises/group activities

- Create conditions to foster individual learning and discoveries

- Create an environment that promotes opportunities to experiment, make mistakes, connect, and reflect.

- Model and reinforce behavior that is supportive. Make the space free of judgement (including your own self-judgement) and free of the need for approval.

- Create the conditions for each person to tap into and share their knowledge and experiences. Use others in the room as resources to gain new insights.

## CO-FACILITATOR

- Co-facilitation means supporting your partner and being present for them. Your job is to have each other's backs.

- Draw out discussion from the group and encourage participants to share their own experiences

- Monitor for confusion and check for common understanding

- Ensure the group begins and ends on time, maintaining the purpose of the training

- Helps respond to questions that err more to the grey zone

- Provide relevant examples and stories to help bring theory to life

4



- The engagement triangle is one way to remember the needs of your audience.
- It takes the pressure off of you as a facilitator to be "perfect".
- Facilitators have many responsibilities in addition to the participants' need to learn, such as: appearing credible, managing time, and communicating all of the content (of which there is seemingly no end).
- As a result of all these responsibilities, the needs of the audience can be ignored or considered a burden, even though they are the reason the session exists.
- Rather than focusing on being "prepared" as a facilitator with your own knowledge, ability and the perfect content, put emphasis on addressing the needs of your audience.
- The more you listen to your participants, the more you will understand what they need.
- That will help guide you on what to emphasize and where to take more or less time in each session.

5

Sun Decl. Ex. 12, Page 5 of 62

# REFLECT

A. WHAT WAYS HAVE YOU PUT YOUR AUDIENCE FIRST IN THE PAST?

B. HOW MIGHT YOU CONTINUE TO MAKE THIS A PRIORITY?

20-Apr-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

6

**SAY:**
- Now that we've shared some foundational information, let's take a moment to reflect.
  - What did you learn?
  - You'll recall from the scenario at the beginning of this video that you were being asked what level role you'd need to add to your team.
  - Based on what you've learned, what factors would you take into account to determine whether the role is a lead professional or manager?
- Please pause the video and think about your answers to those questions.
- If you have additional questions or would like more information on the content covered in this video, please visit the HR website or contact HR Direct.

6



**TOTAL REWARDS FUNDAMENTALS**

# MANAGING PAY AT NIKE

**SAY:**
- Thank you for joining us for this Total Rewards Fundamentals course where we'll be discussing our Total Rewards Philosophy, programs and practices that you may or may not be familiar with, and also some shifts that will be coming over the next few months to the year-end process, now called the Annual Pay Review, or APR.
- You play a critical role in managing pay for your employees and this session has been designed to help set you up for success throughout the year.
- Over the course of the next several months, we'll be introducing some shifts to the way we manage pay at NIKE – impacting the way we approach offers for candidates AND how we evaluate pay during events like APR.
- The information we cover today will enable you to evaluate pay for your employees and make pay adjustments.

**DO:**
- Take a minute to introduce yourself and any co-facilitator that may be present (Name, Role, Where You Work From, Time at Nike)
  - E.g. My name is Sally Swoosh and I work on the Total Rewards team doing consulting. I'm based out of WHQ. I've been at Nike for 3 years.

**SAY:**
- As we begin this morning, at each of our tables let's take a minute to introduce ourselves – cover your Name, Role, and how long you've been at Nike.

**DO:**
- Provide 1-2 minutes for introductions at each table.

**SAY:**
- Now that we know a bit about who we're sitting with, I want you to take a moment to think about your current knowledge on the topic of pay.
- Where are you on a scale of 1 to 10 for each of the following questions, with 1 being the lowest score and 10 being the highest score.
  - I have the knowledge I need to make pay decisions for my employees.
  - I feel comfortable having pay conversations with my employees.

**DO:**
- Provide 10-20 seconds to complete, answering any clarifying questions

**SAY:**
- A recent study asked this same question of around 3,000 managers at different organizations of varying sizes and industries. The results? Approximately 1 in 2 managers feels prepared and comfortable discussing pay.
- What we know, is the more confidence you have around evaluating pay the more prepared and comfortable you will be in having pay conversations with your employees.



**SAY:**
- Many of us already have a reference point for how we manage pay. Perhaps it started when you received your first pay increase and had a conversation with your manager OR when you were making a difficult pay recommendation for one of your employees.
- Our goal for today is to orient those experiences to the way we manage pay at Nike.
- By the end of today's session you will be able to:
  - Prepare for your role in managing pay - which is directly tied to the next 3 objectives…
  - Understand, explain and apply Nike's Total Rewards Programs
  - Effectively use Nike's job architecture and pay ranges
  - Evaluate pay at key moments throughout the year

8



**SAY:**

- There are 4 primary sections we'll dive into today.
- In each section we'll provide a scenario for you to think about, dig into relevant information, and then provide an opportunity to reflect.
    - First we'll cover Nike's Reward Programs at a high-level
    - Then we'll move into Job Architecture and Pay Ranges
    - After that we'll cover the topic of evaluating pay, for example when hiring or promoting an employee
    - We'll then orient you to the new Annual Pay Review process which will kick off in June
- And to wrap up, we'll work through some common scenarios that you face day in and day out as a manager
- Feel free to ask questions throughout the session today, and we'll also aim to leave time at the end for Q & A

Sun Decl. Ex. 12, Page 9 of 62



SECTION ONE

# NIKE'S TOTAL REWARDS PROGRAMS

**SAY:**

- Nike continues to transform.
- From the introduction of the Consumer Direct Offense to the execution of transformational initiatives across the business – we are striving to "Make Sport a Daily Habit."
- While we all have incredible passion for this vision and for the brand, we also want to be recognized and rewarded for the contributions we make day in and day out.
- We also have an opportunity to shift the way we engage in service of these changes – which means your role in Nike's Total Rewards Programs is also evolving.

10

Sun Decl. Ex. 12, Page 10 of 62



**SAY:**
- As a leader of people, you are expected to:
    - Understand, explain and apply Nike's Total Rewards Programs – educating yourself on the programs that involve you and your team so you can answer questions as they arise.
    - You're also responsible for evaluating pay during key moments, such as New Hires, Pay Reviews, Promotions, and Lateral Moves – assessing key performance and talent considerations that inform pay adjustments and ensure your employees are competitively and equitably paid
    - It's also critical that you look for opportunities to differentiate pay based on performance and impact – this means focusing additional investment and resources – where appropriate – for those who drive the greatest impact, posses unique skills, or have potential to assume roles of increased scope and complexity.
    - Finally, just as you are engaging with your employees through Quarterly Check-ins to align on goals, celebrate wins, coach each other, and plan for the future. You should also be having meaningful pay conversations with your team members throughout the year as pay changes occur – inspiring confidence in the approach, as well as sharing the rationale you used to determine their pay.

Sun Decl. Ex. 12, Page 11 of 62



**SAY:**
- Our mission in the Total Rewards organization, is to create "uniquely Nike" Total Rewards that enable Nike to attract, retain, and engage the world's best talent.
- There are 3 principles that guide everything we do:
    - The first is to ensure competitive and equitable rewards.
        - We believe that competitive and equitable rewards go hand in hand, and that employees at the same level, in similar jobs with similar performance should be equitably paid.
        - Achieving and maintaining this status is an ongoing discipline.
        - For benefits, we believe they should be comprehensive and inclusive.
        - We design our programs and practices to support NIKE's values and goals – considering each component individually along with the full Total Rewards opportunity
    - The second, is that we pay for performance and impact
        - We link pay to: company performance, demonstrated and expected individual performance, impact over time, and to talent key for NIKE's long-term growth.
        - Company performance plays a key role in our short-term and long-term incentives, while individual performance affects rewards like base pay, increases, milestone bonuses, as well as promotions into roles with more scope and complexity.
        - Impact is defined as the ability to create value for NIKE both now and in the future.
    - And the third, is we invest in positive experiences – focusing on all employees, across all bands, functions and geos
        - We invest in programs and practices that have the greatest positive impact on the engagement and wellbeing of our employees.
        - These decisions are informed by:
            - NIKE's culture and values, which is what we stand for – rooted in our maxims and leadership model
            - Employee insights and feedback, which is what our employee's value – gathered through the employee engagement survey and a variety of focus groups
            - And market insights, which is what we see other companies doing – to provide context and inspiration for our programs and practices, aiming where possible to be globally consistent and locally relevant.
            - And depending on the program, the weight we put on each lens may vary – with culture and values playing a larger role than market insights and visa versa.
        - We're always asking ourselves whether our programs and practices are having the desired impact, are focused on the right things and whether they can be done better, easier, or more efficiently.

- When offering programs to employees, many companies are singularly focused on what's occurring in the market. While this is definitely important, we feel that it's just as important to be true to Nike.
- So when we say, "Uniquely Nike" it means that our total rewards will meet the needs of our diverse employee population, in whatever stage of life they may be in.

**DO:**
- Use relevant examples for your local market as applicable. Nike Stock Choice may not resonate in all situations.
- If you're traveling to do in-person training, research local example to use that will be relevant to participants.
- For example: HMO in the US, FTO in Netherlands, etc.

**SAY (GLOBAL EXAMPLE):**
- A relevant example of how this comes to life can be seen with the Nike Stock Choice program that was introduced in 2018.
- While Nike had historically only provided Stock Options to eligible employees, we observed in the market that Restricted Stock Units were becoming more prevalent
- And, at the same time we heard from our employees that they desired more choices in the way they received their awards – to meet their unique financial needs
- Typically, companies don't offer choice when it comes to stock awards, however, we felt that this was the best path to be true to our culture and values, ensure the program met the needs of our employees, while also maintaining competitiveness with other companies like us.

**SAY (EHQ EXAMPLE):**
- A relevant example of how this comes to life can be seen with the Flexible Time Off program that was introduced in the Netherlands this past year.



**SCENARIO**

You are in the process of hiring a new team member. During one of the interviews the candidate says…

"I'm really excited about this opportunity and want to weigh it against other opportunities I have in front of me. What can you tell me about NIKE's Total Rewards Programs?"

**How you would explain NIKE's Total Rewards Programs to a potential new team member?**

7-May-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.    13

**SAY:**
- At the beginning of each section, we are going to introduce scenarios to guide our learning.
- The purpose of these scenarios is to connect to real-life situations you may find yourself in as a manager.
- At the end of each section, we'll spend some time reflecting, reviewing, and reporting out on these learnings.
- In this first scenario you are being asked about Nike's Total Rewards programs.
- Please take a moment to read through the scenario and consider a few key things you would cover with the candidate.
- We'll proceed in 2-3 minutes.

**DO:**
- Provide 2-3 minutes to complete, answering any clarifying questions

**SAY:**
- Has everyone had a chance to gather your initial thoughts? Any observations?
- Based on your knowledge today, what are some of the things you might mention to the candidate?

**DO:**
- Provide an opportunity for those that have an observation to share



THESE PROGRAMS AND PRACTICES SUPPORT OUR BROADER COMMITMENT TO INSPIRE, ENGAGE AND DEVELOP OUR TEAMMATES GLOBALLY

SHORT-TERM INCENTIVES

LONG-TERM INCENTIVES

TR

BASE PAY

BENEFITS

CAREER & RECOGNITION

20-Apr-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

14

**SAY:**

- Now that we've covered your role in Total Rewards and reviewed our Total Rewards philosophy, we are going to spend some time on the programs and practices that make up and drive Total Rewards.
- Each component plays a critical role in making Nike an employer of choice, where our employees feel empowered and valued.
- Before we take a look at each component in a little more detail, it's important to understand how they all fit together.

14



**SAY:**

- We aim to provide globally consistent, yet locally relevant Total Rewards programs.
- At the foundation is Career and Recognition, something offered to all of us regardless of role or level in the organization.
- In addition, a variety of locally relevant benefits are offered to employees – some are statutory, while others are chosen based on an employees unique needs.
- From a pay perspective, you'll see that we offer base pay, short-term incentives (like Annual Bonus – PSP), and long-term incentives (like Annual Stock Awards).
- In general, the pay mix is different based on the level an employee is at, which is informed by common market practice.
- For example, employees in V-U bands (typically individual contributor roles and supervisor/manager roles) have a greater proportion of their pay that is fixed and a smaller portion is variable – primarily through a cash bonus.
- For E and S bands (typically Director and Sr. Director roles) more pay becomes variable with the addition of long-term incentives - primarily stock awards.
- And for E7+ bands (which are Vice Presidents and above) an even greater portion becomes variable with the addition of long-term cash awards.
- The purpose of this is to ensure those in leadership roles are focused on both the short-term AND long-term success of the company in addition to their ability to influence results.

15



7-May-21   © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.   16

**SAY:**
- As we touch on each of the components that make up and drive Total Rewards, we'll provide a brief description of why it matters along with some examples of how this specifically shows up at Nike.
- In the Career and Recognition space, the focus is on engaging and developing our employees.
- Some examples of how this comes to life are through:
  - Coaching for Excellence or CFE – is NIKE's performance management process. It helps you align each employee's work with business objectives and clarify expectations for the year, enables ongoing feedback and coaching, develops the capabilities of employees, and provides a consistent approach to evaluating and rewarding performance.
  - Promotion & Lateral Move Opportunities – ties into getting clear on what's important to you, what motivates you, and identifying what you want in your career and then putting plans in place to get where you want to go.
  - Recognition Programs – like Milestones, Service Awards, Maxims Awards (for teams), and JDI Awards (for individuals) provide an opportunity to reward employees' actions, efforts, behaviors, and performance.
  - And finally, Mobility Programs – supporting the career movement of our team members around the world through mobility assistance, tax support, and immigration programs.

**DO:**
- Provide locally relevant programs, where possible



**SAY:**
- In the Benefits space, the focus is on supporting the healthcare, financial and work/life needs of employees and their families.
- Some examples of this that are relevant across the globe are:
  - Health Insurance
  - Retirement Savings
  - Time Off Programs
  - And the Employee Assistance Program or EAP

**DO:**
- Mention locally relevant programs as needed

**SAY:**
- For those of you that manage global teams, your employees benefits will likely differ from yours – as you sit in different locations.
- For more information on benefits that are relevant for your location you can access the HR Website from Zero and then click Pay & Benefits from the menu bar at the top of the page

Sun Decl. Ex. 12, Page 17 of 62



**SAY:**
- Base pay is the most foundational element of pay.
- It ensures that our employees are competitively and equitably paid for performing specific job responsibilities.
- Throughout the an employee's career at Nike there are several key moments where base pay is evaluated.
- New Hires, Pay Reviews, Promotions, and Lateral Moves are the primary moments where base pay is reviewed and has an opportunity to grow.

18

Sun Decl. Ex. 12, Page 18 of 62



**SAY:**
- Short-term incentives are intended to provide eligible employees with an opportunity to share in Nike's success based on achievement of short-term financial objectives – typically 12 months or less.
- Eligibility for short-term incentives vary by plan.
- The Performance Sharing Plan (or PSP) is an annual cash bonus.
- There are several key things to know about PSP:
    - First, it is a single plan, based on one company-wide metric called EBIT or Earnings Before Interest and Taxes, which measures our profitability as a company.
    - All employees have a 100% individual modifier, that is not adjusted - ensuring we win as a team.
    - Bonus targets vary based on level, but are globally consistent.
    - And employees must be hired on or before May 31st in order to be eligible for the bonus payout.

- In addition, there are a number of Geo and Territory Store Incentives that are typically based on store performance (for example Revenue). These are generally paid monthly or quarterly, depending on location.

19

Sun Decl. Ex. 12, Page 19 of 62



**SAY:**
- At Nike, long-term incentives are awarded to eligible employees at the Director and above levels, providing an opportunity to share in Nike's success based on the achievement of multi-year financial and stock price performance.
- Stock awards are communicated as a US Dollar amount and determined by managers during the annual pay review.
- With the introduction of the Nike Stock Choice program in 2018, employees have the opportunity to choose either 100% stock options, 100% restricted stock units (also known as RSUs), or a 50/50 mix of both stock options and RSUs.
- For employees at the Vice President level and above, we also provide cash awards based on achievement of financial goals over a 3-year period – what is referred to as the Long-Term Incentive Plan or LTIP
- As we shared earlier, for E and S bands (typically Director and Sr. Director roles) more pay becomes variable with the addition of long-term incentives - primarily stock awards.
- And for E7+ bands (which are Vice Presidents and above) an even greater portion becomes variable with the addition of long-term cash awards.
- The purpose of this is to ensure those in leadership roles are focused on both the short-term AND long-term success of the company in addition to their ability to influence results.

Sun Decl. Ex. 12, Page 20 of 62



REFLECT    REVIEW    REPORT

1    2    3

INDIVIDUAL    SMALL GROUP    REPORT OUT

A. WHAT DID YOU LEARN?

B. HOW WOULD YOU TALK TO THE CANDIDATE ABOUT NIKE'S TOTAL REWARDS PROGRAMS?

C. WHAT ARE YOU CURIOUS TO LEARN MORE ABOUT?

**SAY:**
- At the end of each section, we'll provide some space to reflect, review, and report out.
- During this we'll be looking for each group to assign three roles:
  - A Facilitator – who will be responsible for ensuring engagement from those in the group and encouraging all perspectives to be shared
  - A Spokesperson – who will report out to the larger team on common themes
  - A Time Keeper – to make sure you're on track to get through the conversation within the allocated time

- Now, please answer the following questions:
  - What did you learn?
  - If you'll recall, we started this section with a scenario where you were asked by a candidate about Nike's Total Rewards Programs…now, how would you talk to the candidate about these programs?
  - What are you curious to learn more about?

- I'll give you a couple minutes to reflect and then be prepared to share your answers.

**DO:**
- Provide 2-3 minutes to complete, answering any clarifying questions

**SAY:**
- At your tables or in groups of 5-6, go ahead and discuss what's top of mind. We'll spend 5-10 minutes. Please be prepared to share out the common themes.

**DO:**
- Walk around and support as needed.
- Look for answers being discussed that might be off or misguided AND listen for any themes you notice across the room.
- Possibly mention themes you've heard and look for opportunities to clarify with the larger group.
- Clarify questions as they arise.

**SAY:**
- Let's bring everyone back together and talk through the themes that came out of your group conversations.

**DO:**
- Call on each table/group and ask them to share.
- Facilitate conversation as needed.



SECTION TWO

# JOB ARCHITECTURE AND PAY RANGES

**SAY:**
- Now, with an understanding of the major components of Nike's Total Rewards programs, we will take a deeper dive into the topic of base pay.
- Every manager has a role in evaluating pay for their teams.
- To do this successfully you will need to effectively use our job architecture and pay ranges.

22



20-Apr-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

**SAY:**
- In this second scenario you are being asked which job level you'll need for a new position on your team.
- Please take a moment to read through the scenario and gauge a few key things you would take into consideration.
- We'll proceed in 2-3 minutes.

**DO:**
- Provide 2-3 minutes to complete, answering any clarifying questions
- If question comes up about difference between Lead and Manager: Lead = Individual Contributor role; Manager = Management role

**SAY:**
- Has everyone had a chance to gather your initial thoughts? Any observations?

23



**SAY:**

- Nike's job architecture is based on two elements: Type of Work and Level of Work
- These elements should be applied consistently across all geos, business units, and functions.
- Type of work refers to the essential responsibilities of a particular role.
- At Nike, there are two aspects that are key to Type of Work
    - Job Function and Job Family
- Level of work refers to the scope and complexity of a particular role taking into consideration a number of criteria.
- At Nike, there are two aspects that are key to Level of Work
    - Band and Job Level
- Once you have defined both the type of work and level of work, it results in a job code.
- It's important to note that you can enter the conversation from either side, however, you need both in order to end up with the right result.
- Let's take a closer look at Type of Work, Level of Work and the importance of Job Codes.

Sun Decl. Ex. 12, Page 24 of 62

## TYPE OF WORK

### JOB FUNCTION

Broad categories of work that can be logically grouped together based on having similar characteristics or prerequisite skills

**EXAMPLE:   FINANCE**

### JOB FAMILY

The unique roles within a Job Function that can be performed at various levels based on Nike's leveling criteria

**EXAMPLE:   ACCOUNTING  |  AUDIT  |  INVESTOR RELATIONS  |  FINANCIAL ANALYSIS**

20-Apr-21     © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

25

**SAY:**
- Job Functions are broad categories of work that can be logically grouped together based on having similar characteristics or prerequisite skills.
- We have identified ~20 job functions across Nike that categorize the work we do as a company.
- An example includes Finance
- Job families are the unique roles within a job function that can be performed at various levels based on Nike's leveling criteria.
- The number of job families at Nike varies within each Job Function.
- Within the Finance job function some examples of job families include Accounting, Audit, Investor Relations, and Financial Analysis

25

Sun Decl. Ex. 12, Page 25 of 62



SAY:
- Level of work provides a common framework used to determine the scope and complexity of various roles.
- There are two aspects of level of work that are important to understand: Bands and Job Levels
  - Bands (or the VALUES bands), are a uniquely Nike structure used to organize jobs throughout the company.
    - They are also one way we link pay and programs to individual employees.
    - Many of our short-term and long-term incentive programs have targets that are set for each band.
    - For example, the PSP target for eligible A-band employees is 5%, which means that if Nike achieves 100% of our financial performance metrics, employees at the A-band have the opportunity to receive an award of 5% on top of their base pay.
  - Job levels, align with surveys we use to benchmark Nike to other similar companies in the market, ensuring that our pay programs are both competitive, and equitable.
    - They also help provide a clear career path for employees as they progress to roles of increased scope and complexity.
- A helpful tool we use to determine job levels is leveling criteria.
  - We use three primary criteria when assessing the level of work:
    - First is scope and impact, including the degree to which the job identifies solutions to problems, makes autonomous decisions, and is responsible for managing talent, performance, and pay.
    - Second is communication and influence, including the type of interaction and role in setting strategy.
    - And the third is knowledge and experience, which is typically defined by levels of education, related work experience, and capability required to fulfill job responsibilities.
- You'll see that we have both individual contributor and management roles at Nike.
  - This is one more way we further define roles.
- To help paint the picture a little more, let's walk through an analogy about "Rope" that's tied to each of the Professional Individual Contributor roles in bands L through S
  - An entry professional role would be learning about rope
  - An intermediate professional role would be expected to tie basic knots
  - A senior professional role would know a lot about knots and would be expected to calculate the ropes strength
  - A lead professional role would understand rope making
  - An expert professional role would know more about rope than you ever will
  - And a professional consultant role would be an expert in the field and invented nylon
- Because assessing the level of work can be complex, we encourage you to partner with your HR Business Partner when approaching this for jobs in your organization.

Sun Decl. Ex. 12, Page 26 of 62



**SAY:**
- Combining the Type of Work with the Level of Work results in a job code.
- Job codes drive many aspects of Total Rewards.
- The one we'll focus on today are pay ranges.
- However, they also serve as a starting point to assess key talent, career paths, and org size and shape.
- As well as program eligibility and program targets, such as PSP, Stock, and LTIP
- As a manager, you are responsible for ensuring employees are in the right job code.
- However, we recommend that you partner with your HRBP if you have questions or need assistance when determining job codes.

27



7-May-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY

**SAY:**
- Pay ranges are simply a structure for managing base pay.
- They are comprised of a minimum, midpoint, and maximum.
- In the illustration here, you can see that the minimum is $80,000, the midpoint is $100,000, and the maximum is $120,000.
- We develop pay ranges using country and location specific market data that we gather from third-party survey companies.
  - The market data is company reported and validated by our survey vendors.
  - There are some surveys and websites that provide self-reported market data, such as Glassdoor.com or Salary.com.
  - We do not use this data as a reference point, as it is often inaccurate and inconsistent.
  - Self-reported data is often based on job title alone, which varies greatly from company to company and between industries.
  - For example, everyone at a bank has the title of Vice President.
- Within a pay range, there are multiple, similarly paid jobs.
- The midpoint represents the approximate market rate for those jobs.
- Pay for individual employees can spread across the entire range and is influenced by a variety of factors (for example performance, potential, time in role, or pay relative to peers).
  - In general pay ranges for lower job levels have a smaller distance between the minimum and maximum.
  - While pay ranges at higher job levels have a larger distance between the minimum and maximum.
  - This is due to the fact that as employees progress through their career, they tend to stay in a particular job level for increasing lengths of time.



**SAY:**
- Again, please assign a Facilitator, Spokesperson, and Time Keeper within your group.

- Now, please answer the following questions:
  - What did you learn?
  - You'll recall from the scenario at the beginning of this section that you were being asked what level of role you'd need to add to your team for a new position. Based on what you've learned, what factors would you take into account to determine if this is a lead professional or manager role?

- I'll give you a couple minutes to reflect and then be prepared to share your answers.

**DO:**
- Provide 2-3 minutes to complete, answering any clarifying questions

**SAY:**
- At your tables or in groups of 5-6, go ahead and discuss what's top of mind. We'll spend 5-10 minutes. Please be prepared to share out the common themes.

**DO:**
- Walk around and support as needed.
- Look for answers being discussed that might be off or misguided AND listen for any themes you notice across the room.
- Clarify questions as they arise.

**SAY:**
- Let's bring everyone back together and talk through the themes that came out of your group conversations.

**DO:**
- Call on each table/group and ask them to share.
- Facilitate conversation as needed.

Sun Decl. Ex. 12, Page 29 of 62



SECTION THREE
# EVALUATING PAY

**SAY:**
- Now, with an understanding of the major components of Nike's Total Rewards programs and our job architecture and pay ranges, let's look at how you should approach evaluating pay for your team during key moments during an employee's career here at Nike.

30



20-Apr-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

**SAY:**

- In this third scenario you are being asked to explain this employee's position within the pay range.
- Please take a moment to read through the scenario and think about a few key things that may impact the employee's position in range.
- We'll proceed in 2-3 minutes.

**DO:**

- Provide 2-3 minutes to complete, answering any clarifying questions

**SAY:**

- Has everyone had a chance to gather your initial thoughts? Any observations?



**SAY:**
- Position in range is a way of describing where an individual's pay is relative to the midpoint of the pay range.
- It provides a consistent way to review and communicate pay, regardless of currency, location, or pay range.
- To calculate an employee's position in range, you simply take their current pay and divide it by the pay range midpoint.
    - Please note, that current pay is the employee's full-time equivalent or FTE salary meaning pay at 100%, regardless of hours worked or schedule.
- In this particular example, the employee has a current pay rate of $95,000 per year and the midpoint of the range is $100,000
- This results in a position in range of 95%.
- You might be asking yourself, so what?
- Let's take a deeper look at what 95% means and why an employee might be positioned in a particular section of the pay range.

**DO:**
- Be prepared for managers that may get focused on how they themselves are positioned in the range – redirect or parking lot conversation as needed

Sun Decl. Ex. 12, Page 32 of 62



**SAY:**
- Because our market competitive pay ranges are broad, it enables us to position employee's within the range based on a variety of factors.
- Here, we've divided the pay range into three sections to illustrate and provide guidance around why an employee might be positioned within a certain section.
- Each employee's pay will fall within different points in the pay range, as each employee brings different performance, skills, and experience to the table.
- If you recall from the previous slide, the employee's position in range was 95%.
- This means, the employee falls within the middle section of the pay range and likely has experience, knowledge and skills that are aligned with the expectations of the role and is fully functional in that role, contributing at expected levels.
- We would expect that a majority of our employees are paid within the middle section.
- However, there are reasons why we might position employees in the lower and upper sections of the pay range.
- The lower section is generally for employees that are building experience and/or developing skills for a particular role.
- While the upper section is generally for highly experienced employees with superior knowledge and skills relative to the role.
- These are employees that may be expert and/or progressing towards a promotion.
- As a manager, you should always use good judgement when making pay decisions.
- It's also important to remember, that it takes effort to maintain a healthy pay ecosystem where pay is competitive and equitable.
- There is no finish line when it comes to positioning your employee's within the pay range.
- It will take time to adjust pay for your employees to get to a place you feel is equitable AND once you arrive at that place, it takes focus to maintain that year over year.



**SAY:**
- As we begin to focus more on appropriately positioning employee's pay within the pay range, we wanted to highlight several misconceptions that come up from time to time.
- For each statement, assess if it is true or false.
- The first, is "100% is the ideal position in range for an employee performing at their job level's expectations."

**DO:**
- Provide 10-15 seconds

**SAY:**
- This first statement is: "FALSE"
- While 100% is a at the midpoint, pay in the middle section of the range – between 90% and 110% would generally be appropriate in this scenario.
- There are no rules, formulas, or policies regarding the "right" position in range because it is unique to each employee based on their performance, skills and experience, including their sustained performance over time and their rate of promotion.

Sun Decl. Ex. 12, Page 34 of 62

**TRUE OR FALSE**

STATEMENT #2…

## "IF THE EMPLOYEE IS NOT AT A 100% POSITION IN RANGE THEY ARE NOT PAID AT MARKET"

20-Apr-21     © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.                                                    35

**SAY:**
- Next, "if the employee is not at a 100% position in range they are not paid at market.
- I'll give a few seconds to think about your response.

**DO:**

- Provide 10-15 seconds

**SAY:**
- This second statement is also: "FALSE"

- The midpoint of the pay range represents the approximate market average, not the exact market rate. There is a wide range of salaries paid in the market place and our pay ranges reflect this.

35

**TRUE OR FALSE**

STATEMENT #3...

"IT'S BETTER TO BRING IN A NEW HIRE AT A HIGHER JOB LEVEL AND LOWER POSITION IN RANGE SO THEY HAVE ROOM TO GROW PAY"

7-May-21.  © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

**SAY:**
- Another one that comes into play when hiring new talent. "It's better to bring in a new hire at a higher job level and lower position in range so they have more room to grow pay."
- Think about your initial response – true or false?

**DO:**
- Provide 10-15 seconds

**SAY:**
- Statement number 3 is also: "FALSE"
- We do not recommend this approach.
- The job title and job level should represent the level of work the employee will be doing based on what is required for the role, not to manage pay to a specific position in range.
- Nike's wide ranges accommodate higher position in range when appropriate, based on an individual's knowledge, skills, and experience.
- We should be comfortable utilizing the full range starting at time of hire, as appropriate.
- Always hire at the appropriate band and level and pay appropriately for the individual's knowledge, skills, and experience.
- Artificially inflating the level or band to lower their position in range can create issues for pay relative to peers between employees actually performing work at the higher band or level.

## TRUE OR FALSE

### STATEMENT #4…

# "I SHOULDN'T HIRE SOMEONE AT A LOWER OR HIGHER POSITION IN RANGE THAN THEIR PEER GROUP"

7-May-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.    37

**SAY:**
- "I shouldn't hire someone at a lower or higher position in range than their peer group."
- What do you think in this situation – true or false?

**DO:**
- Provide 10-15 seconds

**SAY:**
- This is also "FALSE"
- While this can be a challenging situation to face, we recommend that the focus be on positioning pay to reflect the individual employee's accumulated performance, skills, and experience over time.
- Each candidate and employee is different, therefore, we do not expect all pay to be the same.
- For example, the candidate may be highly experienced, have unique skills in the market place, and/or have been a top performer over their career.
- A higher position in range compared to some peers may be appropriate.
- Focus on calibrating pay based on experience, abilities, and expected contributions vs. NIKE tenure alone.

SAY:
- And the finally, "it is appropriate to hire or promote an employee below the minimum of the pay range."
- True or false?

DO:
- Provide 10-15 seconds

SAY:
- This is "TRUE"
- Focusing on the size of the increase itself can hinder making solid pay decisions.
- Core to our beliefs is that competitive and equitable rewards are our baseline, and with base pay the minimum of the pay range is the threshold for competitiveness.
- Therefore base pay should be at or above the minimum of the range, including at hire and at promotion – regardless of the size of the increase.

# KEY MOMENTS THROUGHOUT THE YEAR

## NEW HIRE

Candidate applies for role and is selected to join NIKE through a competitive hiring process.

## PAY REVIEWS

Moments where full teams and/or organizations are reviewed like the Annual Pay Review in June and Org Changes that occur throughout the year.

## PROMOTIONS

Employee advances into a role with increased scope and complexity either into a higher job level within the same job band or into a role within a higher job band.

## LATERAL MOVES

Employee moves into a role with similar scope and responsibility. A lateral move means there is no change to the job level or the job band.

7-May-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.    39

**SAY:**
- With a better understanding of position in range, let's now turn our focus to key moments in an employee's career at NIKE that you have an opportunity to evaluate their pay.
- The first opportunity is when a new employee joins Nike by applying for a role and being selected after going through the competitive hiring process.
- Another common opportunity is through pay reviews.
  - We define pay reviews as moments where full teams or organizations are reviewed.
  - Some common examples include the Annual Pay Review that occurs each June and Org Changes.
- There are also situations where an employee is promoted or moved laterally
- A promotion occurs when an employee advances into a role with increased scope and complexity.
  - There are two ways a promotion can occur.
  - The first is advancing to a higher job level within the same job band.
  - For example, moving from a Sr. Professional role into a Lead Professional role with the U-band.
  - The second is advancing into a role within a higher job band
  - For example, moving from a Manager role at the U-band to a Director role at the E-band.
- A lateral move occurs when an employee moves into a new role with similar scope and responsibility.
  - A lateral move means there is no change to job level or the job band.



**FACTORS TO CONSIDER**

| | NEW HIRES | PAY REVIEWS | PROMOTION | LATERAL MOVE |
|---|---|---|---|---|
| CURRENT PAY | | √ | √ | √ |
| BAND | √ | √ | √ | √ |
| LEVEL | √ | √ | √ | √ |
| POSITION IN RANGE | √ | √ | √ | √ |
| EXPERIENCE | √ | | | |
| PERFORMANCE | | √ | √ | √ |
| POTENTIAL | | √ | √ | √ |
| IMPACT OF LOSS | | √ | | |
| RISK OF LOSS | | √ | | |
| TIME IN ROLE | | √ | √ | √ |
| PAY RELATIVE TO PEERS | √ | √ | √ | √ |

7-May-21 © 2020 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY. 40

**SAY:**
- Now that we've covered some of the fundamentals about position in range, we can focus our attention on the various considerations you will need to look at when evaluating pay at key moments in the employee's career at Nike.
- For New Hires, it's critically important to get the job code right when hiring.
  - As you'll recall, the job code is directly linked to the job level and band, and also will determine the pay range for the role.
  - This ensures that you are making pay decisions based on the appropriate pay range and are then able to asses pay relative to peers – that is employees in similar job codes and at the same level.
  - Remember, it may be appropriate to bring in a new hire at a position in range higher than the current team.
  - The focus should be on positioning pay appropriately and then managing the pay of your team over time.
- Pay reviews can either occur across the enterprise (an example is the Annual Pay Review) or might occur on a smaller scale in partnership with HR.
- During pay reviews, we also layer on some additional considerations including:
  - Assessing performance and impact over time – how they contribute to the team and Nike
  - Potential which is the ability and readiness to assume roles of increased scope and complexity (you can refer to Talent Segment for those in E+ band roles)
  - As well as the impact of loss which refers to employees with capabilities, knowledge, and expertise that stand out when compared to peers.
  - You may also consider someone's risk of loss; those employees who are likely considering the idea of leaving NIKE due to any number of engagement reasons
  - Another lens that can also be helpful is to refer to the employees time in role.
  - As we highlighted earlier, for those new in role it may be appropriate to position pay within the lower section of the pay range.
  - While a more experienced employee's pay may fall into to the upper section of the pay range.
  - Every team is unique, and as a result, it's important to use good judgement when making pay decisions.
- For both Promotions and Lateral Moves many of the same considerations come into play.
  - The two that are no longer applicable are impact of loss and risk of loss.
- We recognize that as a manager you have many responsibilities.
- And our hope is this checklist can be used as a starting place for you the next time you are looking to hire, promote, or laterally move an employee AND during any of our upcoming pay reviews.



7-May-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

**SAY:**
- We also recognize, that it's helpful to have guidelines to follow when making pay decision.
- Across the board, you should focus on positioning pay appropriately regardless of the size of the increase.
- In general, we expect that new hires will have a position in range of 85% up to the maximum of the pay range.
  - Laws and regulations continue to evolve in the area of pay.
  - As a result, we no longer ask new hires their prior salary or focus on the size of the increase the new hire would receive.
  - We want to ensure that newly hired employees receive competitive and equitable offers, so that from day one at Nike, they're setup for success
- For promotions, we'd expect that employees are at an 85% to 95% position in range once they move into the new role.
- And for lateral moves, we generally do not see pay increases occur.
  - However, with that said, there are cases where an increase may be needed to position the employee appropriately within the pay range.
  - Use the opportunity to evaluate pay and make the appropriate decision.
- In all cases, managers are responsible for making pay adjustments that are competitive and equitable.
- Newly hired or promoted employees should be above the minimum of the pay range.



**REFLECT / REVIEW / REPORT**

1 — INDIVIDUAL
2 — SMALL GROUP
3 — REPORT OUT

1. WHAT DID YOU LEARN?

2. HOW MIGHT YOU RESPOND TO YOUR EMPLOYEES NOW IF THEY ASKED YOU ABOUT THEIR PAY POSITIONING?

3. WHAT TOOLS AND RESOURCES ARE AVAILABLE TO HELP PREPARE YOU?

**SAY:**
- Again, please assign a Facilitator, Spokesperson, and Time Keeper within your group.

- Now, please answer the following questions:
    - What did you learn?
    - How might you respond to your employees now if they asked you about their pay positioning?
    - What tools and resources are available to help prepare you?

- I'll give you a couple minutes to reflect and then be prepared to share your answers.

**DO:**
- Provide 2-3 minutes to complete, answering any clarifying questions

**SAY:**
- At your tables or in groups of 5-6, go ahead and discuss what's top of mind. We'll spend 5-10 minutes. Please be prepared to share out the common themes.

**DO:**
- Walk around and support as needed.
- Look for answers being discussed that might be off or misguided AND listen for any themes you notice across the room.
- Clarify questions as they arise.

**SAY:**
- Let's bring everyone back together and talk through the themes that came out of your group conversations.

**DO:**
- Call on each table/group and ask them to share.
- Facilitate conversation as needed.



SECTION FOUR

# ANNUAL PAY REVIEW

**SAY:**
- Now that we've covered our total rewards programs, the job architecture and pay ranges, and how to evaluate pay, we would like to shift our focus over to the primary opportunity you have as a manager to evaluate pay for your employees – the Annual Pay Review – which is part of our Year-End Process.

43



**SAY:**
- The Annual Pay Review or APR, is essentially an evolution and consolidation of our annual reward events supported by SuccessFactors
- Today, we manage GPR in SAP, while 2X, CPM, and the Annual Stock Process are all done in spreadsheets all on separate timelines
- Going forward, these will be in one system and on one timeline

Sun Decl. Ex. 12, Page 44 of 62



**YEAR-END PROCESS**

COACHING FOR EXCELLENCE (CFE) + ANNUAL PAY REVIEW (APR)

| CFE Rating Collection | Manager Planning & Executive Review |
| May 8 – May 24 | June 5 – July 7 |
| Year-End Performance Conversations | Pay Conversations |
| June 1 – June 30 | July 22 – August 2 |

20-Apr-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

**SAY:**
- APR is one half of the year-end process, which also includes Coaching for Excellence or CFE
- As we discussed earlier, CFE is NIKE's performance management process.
- It helps you align each employee's work with business objectives and clarify expectations for the year, enables ongoing feedback and coaching, develops the capabilities of employees, and provides a consistent approach to evaluating and rewarding performance.
- There are no changes to the Coaching for Excellence process this year.
  - The CFE Rating Collection Process will take place from May 8th through May 24th, followed by Year-End performance conversations in June.
- There are shifts taking place with the Annual Pay Review, which we'll be diving into.
  - The APR Process will take place from June 5th through July 7th, followed by Pay Conversations in July

45

Sun Decl. Ex. 12, Page 45 of 62



**SAY:**

- From June 5th through June 18th, all managers, regardless of level are expected to access SuccessFactors via the mePortal, review their direct reports' information and make all applicable pay recommendations.
- This is the Manager Planning window.
- After the initial planning period, we will move through the Executive Review Process, which is highlighted here in gray.
- Each level will have approximately 3-4 days to review and make any required changes to the recommendations that have been entered.
- At the end of each review period, the ability to edit information will close for that group.
    - Managers will be able to view any changes that are made during the executive review process.
    - For example, during the E+ Review…all E+ Managers will have edit access while V-U managers will only have view access.
- You are encouraged to monitor your team's information for any changes that may occur during the review period.
    - If there are questions or concerns, you should raise them for discussion with your manager prior to the end of APR.

46



© 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

**SAY:**
- The expectation going forward is that all employees' pay will be planned in SuccessFactors.
  - We will no longer do planning in spreadsheets or any other form outside of SuccessFactors.
  - We recognize that there are certain groups that have unique requirements and/or pay strategies (for example due to Collective Labor Agreements) and do not require action from managers.
  - We are focused on right-sizing the effort from managers with the pay practice.

- Similar to past years, managers will input recommendations in SuccessFactors for most employees
  - Default values will be loaded for all components of pay where manager action is required
  - From there, managers will focus on further investing in their employees
  - We expect that overall approximately 20% of employee's will receive additional investment, although this will vary by manager

- Under the centrally planned model, there is no action required by manager
  - This process is formula driven based on either years of experience at NIKE or CFE Rating, depending on location



SAY:

Before we jump into some of the key changes, I wanted to provide an end-to-end look at the APR process

As in past years, the CFE Rating process will continue on the same timeframe with ratings entered in SAP – rating data will feed over from SAP into SuccessFactors to be used as a reference point throughout APR.

For pay recommendations, managers will largely focus on Base Pay

In addition, managers of E+ band employees will also make recommendations for Annual Stock Awards.

With the shift to One PSP, you will no longer have to take any action related to our annual bonus.

All employees are on the same plan, with a single shared performance metric, and individual modifiers will be set at 100% for all employees.

Throughout the process you will also have access to centralized and standardized dashboards and reporting within SuccessFactors providing real-time and relevant information

And, at the end of the process you will be able to generate a Pay Statement to use as a resource when having pay conversations with your employees.

48



Note: All data displayed is fictional and is used for illustrative purposes.

**SAY:**
- These next slides provide a high-level overview of the actions you will be required to take within SuccessFactors
- Within the system, each component of pay is grouped into it's own section with the information needed to make an informed decision.
- The first section you will see is Competitive Pay Management or CPM, which we introduced at NIKE in 2018.
  - With the constant movement of internal talent and the demands of a dynamic labor market, we are committed to evaluating pay each year.
  - CPM is a centrally-driven annual, global pay review focused on ensuring competitive and equitable pay for all employees – in all bands, geos, functions, and brands.
- This process may be new to you, as we don't anticipate that most employees will receive a competitive pay adjustment, as they are competitively and equitably positioned in the pay range.
- However, there are times when an adjustment is recommended.
  - When this occurs, the recommended adjustment will be pre-populated in SuccessFactors
  - Managers then have the responsibility to determine whether or not to 'Apply the CPM Adjustment' to the employee's base pay
  - The default response will be 'Yes', however, there are certain situations where a manager may select 'No'
  - The four available reason codes for selecting 'No' include:
    - Incorrect job code – If you know that you've recently processed a job code change for your employee or don't believe their job code is correct
    - Documented performance action plan – If you have partnered with Employee Relations and the employee is on a documented performance action plan. These will be cross-referenced with Employee Relations and your HRBP at the end of the cycle.
    - Future Term – If you've received confirmation from an employee that they will be leaving Nike in the months of June, July, or August.
    - Request HRBP Assistance – This may be appropriate if you are unsure of whether to apply the adjustment or you would like to discuss before moving forward.
      - Your HRBP will reach out to you to discuss if you select this from the dropdown



Note: All data displayed is fictional and is used for illustrative purposes

50

7-May-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

**SAY:**
- The next section that all managers will see is Core Pay.
- Core pay is the new term we are using in place of Merit.
- You will likely spend a bulk of your time in this section.
- However, the focus should be on making base pay recommendations for ~20% of the population.
    - This is because a market default will be pre-populated in SuccessFactors based on the employees country and position in range (after any CPM adjustment).
    - In other words, all employees will have a default of 'Market'
- We also recognize that you, as a manage, play a critical role in differentiating rewards for your team.
- As a result, managers will have the ability to further invest in their employees by selecting either 'Invest' or 'Max Invest" from the dropdown list.
    - Depending on what country the employee is in and where the employee is positioned in the pay range the increase will adjust with the selection.
    - In addition, managers also have the ability to remove the increase by selecting 'Zero'
    - For any employee where 'Zero' is selected, please also provide justification in the notes section
- When determining how to invest in your employees, remember to take into account the various factors discussed earlier.
    - Things like: current position in range, prior year performance, future potential, impact of loss, risk of loss, time in role, and pay relative to peers are all important to consider when managing pay for your team.

## IMPACT OF POSITION-IN-RANGE

*ILLUSTRATIVE EXAMPLE OF CORE PAY INVESTMENT TABLE*

| | LOWER SECTION OF PAY RANGE | MIDDLE SECTION OF PAY RANGE | UPPER SECTION OF PAY RANGE |
|---|---|---|---|
| MAX INVEST (INCREASE) | 7.0% | 5.5% | 4.0% |
| INVEST (INCREASE) | 5.5% | 4.5% | 3.5% |
| MARKET (DEFAULT) | 4.0% | 3.0% | 2.5% |
| ZERO (REMOVE) | 0.0% | 0.0% | 0.0% |

MARKET WILL PREPOPULATE BASED ON COUNTRY AND POSITION IN RANGE

MANAGERS THEN HAVE THE ABILITY TO FURTHER INVEST USING A DROPDOWN LIST

20-Apr-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

51

**SAY:**
- This is an example of the behind the scenes table that drives the default 'Market' core pay recommendation in the system.
- Market' will pre-populate based on an employee's country and position in range.
- When you select either 'Invest' or 'Max Invest' the increase will adjust accordingly.
- As you can see, employees in the lower section of the pay range will have a default that is slightly larger, while employees in the upper section of the pay range will have a default that is slightly lower.
- Utilizing this matrix across the company ensures consistency in our approach, reinforces appropriate movement through the pay ranges, and provides employees with a competitive increase.



Note: All data displayed is fictional and is used for illustrative purposes.

**LUMP SUM**

(3)

- ✓ Lump Sum awards **pre-populate** when pay exceeds the pay range maximum
    - Amount up to the maximum results in pay increase
    - Amount above the maximum results in a Lump Sum award
- ✓ Managers determine whether to 'Apply Lump Sum Amount' – default is '**Yes**'
- ✓ Manager may select '**No**' and provide justification

7-May-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY

52

**SAY:**
- Because our pay ranges are broad, we would expect that most employee's pay would fall within this range.
- However, there are certain situations where an employee's pay may be above the maximum of the pay range.
- So, one additional thing we'd like to call out in the Core Pay section is the utilization of Lump Sum awards – which is a one-time payment in lieu of an increase to base pay
- Lump Sum awards will automatically populate for any employee where pay is above the maximum of the pay range.
- This means that regardless if you stay with the default of 'Market' or select 'Invest' or 'Max Invest' any amount up to the pay range maximum will result in a core pay increase and any amount over the pay range maximum will default to a Lump Sum award.
- Managers then have the responsibility to determine whether or not to 'Apply the Lump Sum Amount' as a one-time payment
    - The default response will be 'Yes', and we highly recommend this approach
    - However, there are certain situations where a manager may select 'No'
    - If a manager selects 'No' the lump sum award will zero out and the employee's base pay will increase above the maximum of the pay range by the same amount.
    - If 'No' is selected we also ask that you provide justification in the system to further help us asses the utilization and effectiveness of these awards



Note: All data displayed is fictional and is used for illustrative purposes.

**STOCK AWARD (E-BAND AND ABOVE)**

- ✓ Stock award recommendations **pre-populate** for all employees with default of '**Market**'
- ✓ Managers determine whether to further invest in ~20% of employees
  - Increase the investment by selecting '**Invest**'
  - Decrease the investment by selecting '**Lower**'
- ✓ Managers can remove the award by selecting '**Zero**'

7-May-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

53

**SAY:**
- The last section that will show is for Annual Stock Awards.
- This section will only be visible to E-band and above managers.
- Similar to Core Pay a market default stock award will be pre-populated in SuccessFactors based on the employee's country and band.
  - There are three tiers of guidelines for stock awards that reflect the local market – one tier for US, one for EMEA, and one for Greater China and APLA.
- As a result, the focus in this section should be on making stock award recommendations for approximately 20-30% of the population where additional differentiation is appropriate.
- Managers have the ability to further invest in their employees by selecting 'Invest' from the dropdown list.
  - Depending on what country the employee is in and the employees band the award amount will adjust with the selection.
  - In addition, managers also have the ability to decrease the investment by selecting 'Lower' (based on performance tracking below expectations) or remove the award by selecting 'Zero' (for planned terminations or unsatisfactory performance).
- As with Core Pay, when determining how to invest in your employees, remember to take into account the various factors discussed earlier to ensure meaningful differentiation.
  - Things like: prior year performance, future potential, impact of loss, and risk of loss all important to consider when managing pay for your team.



**SAY:**

- Finally, SuccessFactors provides enhanced functionality for dashboards and reporting, as well as pay statements.
- From a Dashboarding and Reporting perspective all reports will be centralized within SuccessFactors, providing real-time information to aid in making solid pay recommendations for your team.
  - You will also have the ability to filter and pivot the data to provide you with the most relevant information and views.
  - And from each tile, you also have the ability to drill down into the detailed employee information at the source of each tile.
- At the end of the cycle, you will be able to generate a comprehensive pay statement within SuccessFactors – either individually or in bulk for the entire team.
  - Pay statements can be used as an aid when having pay conversations with your employees and will have robust language to support the conversation.
  - For V-U band employees, pay statements will be translated into 12 languages, in addition to English.
  - For E+ band employees, pay statements will be in English only
- As we move into July, more information and resources will be provided to support you in having pay conversations with your employees.
- Including conversation guides for both managers and employees, as well as the opportunity for you to practice with real-life scenarios through Meaningful Conversation Labs.



**SAY:**
- As we've designed the APR process, our goal is to align each step to our Total Rewards Core Principles, that we discussed earlier today.
- As you can see, the first 2 "steps" under Base Pay are there to ensure our pay outcomes are competitive & equitable
- Manager Investment decisions, Bonus, and Stock support our commitment to pay for performance & impact
    - For example, individual performance will affect rewards like base pay and stock through manager investment decisions
    - While, company performance affects rewards like our annual bonus and stock, as both are based on achievement of financial objectives.
- And across the board, we are aiming to implement a holistic solution that maximizes impact and efficiency – so that this program has the greatest positive impact on the engagement and wellbeing of our employees.

55



EPILOGUE

# A DAY IN THE LIFE

**SAY:**
- Now that we've covered our total rewards programs, the job architecture and pay ranges, and how to evaluate pay, as well as the APR process - we would like to put them into practice through a series of four scenarios that we anticipate you'll face during a day in the life as a manager.
- We'll break you into 4 teams and provide 10 minutes to read through one of the scenarios and formulate your response.
- After 10 minutes, we'll circle back to do a pitch back of where you've landed as a team.

56

## PAY SIMULATION: NEW HIRE

Over the past month you've been working with Talent Acquisition to fill a Marketing Operations role on your team in Singapore. After a series of successful interviews you've decided to make an offer to your candidate of choice, Dre. Based on your interviews, you feel that Dre's experience will be a great asset to Nike and that within 2-3 months will be fully functioning in the new role.

A majority of your team is in the lower section of the pay range with an average position in range of 87%. Chai, one of your top performers and the most experienced member of the team is in the middle section of the pay range with a position in range of 105%.

Because this is an intermediate professional role at the L-band it results in the following pay range:

| Minimum | Midpoint | Maximum |
| --- | --- | --- |
| $43,000 | $50,000 | $57,000 |

**PRIOR TO POSTING THE ROLE, WHAT WOULD YOU NEED TO TAKE INTO CONSIDERATION WHEN SELECTING THE APPROPRIATE JOB CODE?**

**AFTER CONDUCTING INTERVIEWS, WHAT WOULD YOUR INITIAL BASE PAY RECOMMENDATION BE WHEN EXTENDING THE OFFER TO DRE?**

20-Apr-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

57

**SAY:**
- Take 2-3 minutes to read through the scenario and think about your response.

**DO:**
- Provide 2-3 minutes to complete.

**ANSWERS**
**What do you need to take into consideration:**
- Type of Work - Key accountabilities of the role
- Level of Work
- Manger vs. Individual Contributor

**Base pay recommendation:**
- 90 – 110% of the median
- Rationale - Experience, knowledge, and skills are aligned with the expectations of the role and likely to be fully functional in role and contributed at expected levels

57



# PAY SIMULATION: PAY REVIEW

You recently received an email informing you that the Annual Pay Review process is soon approaching. In preparation for this annual event, you've started thinking about the pay adjustments you might enter into the system.

Within your team of seven employees, you've assigned CFE ratings of Successful to five members, while Avery and Lee were both rated Highly Successful. In addition you've noted that if Avery were to leave Nike there would be significant impact on your team, as they have unique skills that are hard to find in the labor market.

Avery is currently in the lower section of the pay range with a position in range of 89%, while the rest of the team is in the middle and upper sections of the pay range.

**WHAT WOULD YOU RECOMMEND FOR AVERY'S POSITION IN RANGE?**

**WHAT CONSIDERATIONS DID YOU TAKE INTO ACCOUNT?**

20-Apr-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

58

**SAY:**
- Take 2-3 minutes to read through the scenario and think about your response.

**DO:**
- Provide 2-3 minutes to complete.

**ANSWERS**
**Base pay recommendation:**
- Move closer to the median/median+ of the range

**Considerations:**
- CFE rating
- Impact of loss
- Position in Range
- Pay relative to peers
- Unique capability

# PAY SIMULATION: PROMOTION

In order to accomplish some upcoming initiatives aimed at accelerating growth in China you've decided to promote Lee from a Sr, Digital Marketing Specialist role at the U-band to Manager, Digital Marketing at the U-band. Lee will also now be leading a small team of experts.

Lee has been in the current role for the past 5 years and has received a CFE rating of Highly Successful for the past 3 years. After the most recent pay review, Lee is in the upper section of the pay range with a position in range of 111% and current base pay of $80,000. You have one other Manager on your team who has been in role for 3 years and is currently paid $115,000 per year.

The pay range for this new role is:

| Minimum | Midpoint | Maximum |
|---------|----------|---------|
| $95,000 | $120,000 | $145,000 |

**WHICH SECTION OF THE PAY RANGE WOULD YOU LIKE TO SEE LEE POSITIONED IN?**

**WHAT WOULD YOU RECOMMEND FOR LEE'S BASE PAY?**

**HOW WOULD YOU PREPARE FOR THIS CONVERSATION?**

20-Apr-21   © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.   59

**SAY:**
- This next scenario is around a promotion.
- Take a few minutes to read through the scenario and think about your responses.

**DO:**
- Provide 2-3 minutes to complete.

**ANSWERS**
**Section of the Pay Range:**
- Lower

**Base pay recommendation:**
- $102K/85% Position in Range

**Preparing for the conversation:**
- Know the pay range and position in range
- Rationale for positioning - Building experience and/or developing skills for job and what specifically those experiences/skills are

Sun Decl. Ex. 12, Page 59 of 62



**PAY SIMULATION: LATERAL MOVE**

In addition to Lee's promotion, you will also be backfilling the role through a lateral move. Terry will be joining the team as a Sr, Digital Marketing Specialist at the U-band.

Terry has been in the current role for 4 years, is fully functioning in the role, and has a position in range of 98%. Many of Terry's skills will be easily transferrable into this new role. In addition, Terry has received CFE ratings of Successful for the 2 of the past 3 years, and was recently rated Highly Successful.

Most of Terry's peers in the new team are in the middle and upper section of the pay range.

Because this is a lateral move within the Marketing job function, the pay range will remain unchanged:

| Minimum | Midpoint | Maximum |
|---------|----------|---------|
| $70,000 | $90,000 | $110,000 |

**WHAT RECOMMENDATION WOULD YOU MAKE FOR TERRY?**

**HOW DID YOU ARRIVE AT THAT RECOMMENDATION?**

20-Apr-21    © 2019 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

60

**SAY:**
- This final scenario is for a lateral move, and is linked to the promotion of Lee.
- Take a few minutes to read through the scenario and think about your responses.

**DO:**
- Provide 2-3 minutes to complete.

**ANSWERS**
**Base pay recommendation:**
- No increase

**How did you arrive at the recommendation:**
- Well positioned relative to the pay range and peers
- Pay range does not change
- Would expect to see someone fully functioning to be between 90%-110%
- Limited impact of loss
- Has been performing consistently, but not exceptionally
- Time in role is 4 years, so again would expect to be in the middle tier

60

Sun Decl. Ex. 12, Page 60 of 62



DEBRIEF

# A DAY IN THE LIFE

**SAY:**
- Does everyone have their thoughts gathered?
- Let's talk through each pay simulation.

61



**SAY:**

Sun Decl. Ex. 12, Page 62 of 62