

**NIKE HR**  PAY & BENEFITS  TIME & VACATION  CAREER  POLICIES & FORMS  MANAGER  HR

MANAGER PLAYBOOK
# HIRING

MANAGER EXCELLENCE

MANAGER PLAYBOOK

PLANNING TALENT

NON-EMPLOYEE RESOURCES

**HIRING**

ONBOARDING

MANAGING PERFORMANCE

TOTAL REWARDS

DEVELOPING

MANAGING CAREER

MANAGING THE EXIT PROCESS

## ROLE OF MANAGER

Effective managers will assess and select talent, as well as communicate hiring decisions for each open role. Hiring decisions are made according to objective criteria related to the specific requirements of the job.

## MANAGER ACTIVITIES

- Partner with Human Resource team to identify position needs, determine fill strategy and answer any questions
- Review steps of the Hiring Process at NIKE, Inc. located in the References section to the right
- Initiate contact with Talent Acquisition to begin the recruitment process (HR Direct can provide appropriate contact if unknown)
- If a non-employee resource is needed, work with existing NIKE vendor partners to source the best available talent and refer to the non-employee resources page for more information
- Use the competency-based interview questions tool to help you and the interview team assess the qualifications of each candidate
- Advocate NIKE as an employer of choice
- Act as talent scout for current and future roles
- Managers should check with local HR resources to ensure they are compliant with local processes, policies and legal requirements

UPDATED:     2018/12/10 - 10:01pm
LOCATION:    Global
CATEGORIES:  Manager Playbook

**WEB APPS**

Competency Based Interview Questions

**REFERENCES**

Global Talent Acquisition Contact List

PLEX Program for Contingent Workers

Hiring Philosophy and Guidelines

Hiring Process

Bands and Levels

Non-Competition Agreement

Policy FAQ for Managers

© 2018 NIKE, Inc. All Rights Reserved     Website Help     Contact HR     LNB Chat

Confidential



EXHIBIT
**662**
Shine Thomas
3/26/2021
Aleshia Macom - CSR

NIKE_00003251