# NON-COMPETITIVE JOB CHANGES
# MANAGER EDUCATION TOOL



EXHIBIT
636
Treasure Heinle
3/16/2021
Aleshia Macom - CSR



## Definition

### What is a non-competitive job change

A non-competitive job change (NCJC) is when an employee moves into a different role without going through the process of applying for and interviewing for the position. Non-competitive job changes must be approved by your manager or HR Partner. Non-competitive job changes fall into one of these two scenarios:

- A change to the job code/level/band within an employee's current position (i.e. going from Designer to Sr. Designer.)
- A move from one position to another position

## Process

### Submitting non-competitive job change requests

There are two ways to submit a non-competitive job change request:

- To be submitted by an HRBP, HR Manager, or HR Data Ops
- A Manager can call the HR Direct Position Management Consultants at 71-3300.

## Out of scope

### Other types of changes

The following changes would *not* be considered a non-competitive job change:

- A job change resulting from the employee applying for and being selected for a posted position.
  - *Competitive job changes are managed by the recruiter.*

- A title change.
  - *Title changes can be made through the manager portal.*

## FAQ for Managers

### What is the new non-competitive job change process?

**1.** Verbal offer is presented to and accepted by employee → **2.** HR submits NCJC Form <u>OR</u> manager contacts PMCs → **3.** Confirmation letter is sent to the employee, copying the manager → **4.** Non-compete and EISA are sent to the employee (if applicable) → **5.** NCA and EISA are signed (if applicable) and job change is entered into payroll system

### How has the non-competitive job change process changed?

Managers can still work through the Position Management Consultants (PMCs), just like you always have, to submit non-competitive job change requests. The difference to note is that your employee's confirmation letter and non-compete will be sent directly to your employee following the intake process with the PMC team. Please communicate the job change verbally to your employee in advance.

### How do I request a non-compete (NCA)?

An NCA may be included with a non-competitive job change if certain criteria are met. Be sure to request the non-competitive job change at least 12 business days before the target effective date if an NCA is to be included. HR Direct may adjust the employee's effective date if needed to comply with NCA policy.

### What if the job change will result in an international move?

There is a separate process for foreign local hires. Please work with HR Direct Mobility.

### Who can I call for help or questions?

- HR Direct: 32-3402
- Position Management Consultants: 71-3300
- Your HR Representative (HRBP, HR Manager or HR Data Ops)