YEAR-END PROCESS

# ANNUAL PAY REVIEW



EXHIBIT
**543**
**Shane Walker**
**12/21/2020**
Teresa Rider - CSR

# KEY TERMS

**NOTE**: The following terms are organized in the order they will appear in the SuccessFactors planning form and pay statement, respectively.

SuccessFactors Planning Form ........................................................................................................... 2

Pay Statement ................................................................................................................................. 5

Other Terms ..................................................................................................................................... 6

NIKE, Inc. reserves the right to amend, modify, terminate or suspend the plans and programs described in this document at any time, for any reason and without prior notice. In addition, NIKE reserves the right to impact pay adjustments, short-term incentive payments and long-term incentive payments if, during the performance period, an employee receives an Unsatisfactory CFE rating, a performance action plan, corrective action or it is determined the employee engaged in behavior that violates policies. NIKE is not obligated to grant any future awards to any employee and participation in NIKE's compensation plans does not constitute a guarantee of employment.







Confidential

NIKE_00003273

Sun Decl. Ex. 16, Page 1 of 6

# SuccessFactors Planning Form

## EMPLOYEE INFORMATION (VIEW ONLY)

| | |
|---|---|
| Name | Employee's preferred name in SAP |
| Add Notes | Comments that support your pay adjustments |
| Global ID | Employee's identification number |
| Employee Band | An employee's current band level (e.g. V, A, L, U, E, S) |
| Job Level | Employee's job level (e.g. Intermediate Professional) |
| Job Title | Job title based on the employee's job code<br>**Note:** This is not the desk title |
| Years in Job Code | Number of years the employee has been in current job code |
| Country | Country of the employee's payroll |
| Currency | Currency of the employee salary information |

## TALENT INDICATORS (VIEW ONLY)

| | |
|---|---|
| CFE Rating | Coaching For Excellence (CFE) Rating is the performance rating indicating level of achievement in Business Results and Creating Team Success |
| Talent Segment | Indicates the type and pace of growth expected for our talent. It is based on growth mindset, learning agility, and drive / aspirations. There are four talent segments: Transitioning, Expanding, Advancing and Accelerating. Globally, we calibrate talent segments for E-band and above. Some geos and pipelines also use this framework for U-band talent |
| Risk of Loss | Talent who is likely considering the idea of leaving NIKE due to any number of reasons |
| Impact of Loss | Talent with capabilities, knowledge, or expertise that stand out when compared to peers |

## PAY RANGE (VIEW ONLY)

| | |
|---|---|
| Minimum | Minimum of the pay range for the employee's job code |
| Midpoint | Midpoint of the pay range for the employee's job code |
| Maximum | Maximum of the pay range for the employee's job code |

## COMPETITIVE PAY MANAGEMENT (CPM)

*Competitive Pay Management (CPM) is an annual, centrally-driven pay review focused on ensuring competitive and equitable pay for employees in all bands, geos, functions, and brands. We don't anticipate that most employees will receive a CPM adjustment, as they are competitively and equitably positioned in the pay range. However, there are times when an adjustment is recommended.*

| | |
|---|---|
| CPM Eligible | Indicates whether the employee's pay was reviewed as part of the global CPM analysis |

NIKE, Inc. reserves the right to amend, modify, terminate or suspend the plans and programs described in this document at any time, for any reason and without prior notice. In addition, NIKE reserves the right to impact pay adjustments, short-term incentive payments and long-term incentive payments if, during the performance period, an employee receives an Unsatisfactory CFE rating, a performance action plan, corrective action or it is determined the employee engaged in behavior that violates policies. NIKE is not obligated to grant any future awards to any employee and participation in NIKE's compensation plans does not constitute a guarantee of employment.

**NIKE HR**

 

NIKE_00003274

Sun Decl. Ex. 16, Page 2 of 6

|  | **Note:** All employees are eligible for CPM analysis, but most employees will not receive a CPM increase, as they are competitively and equitably positioned in the pay range |
|---|---|
| **Position in Range** | A way of describing where an individual's pay is, relative to the midpoint of the pay range, represented as a percentage. To calculate, take the employee's current pay and divide it by the pay range midpoint |
| **FTE Base Pay (Pre-CPM)** | Employee's full-time equivalent (FTE) base pay before any CPM increase is applied<br>**Note:** A FTE is the hours worked by one employee on a full-time basis. FTE is pay at 100%, regardless of hours worked or schedule. It provides a consistent way to view all employees regardless of part-time or full-time status |
| **Hourly Base Pay (Pre-CPM)** | Employee's hourly pay rate before any CPM increase is applied |
| **CPM Adjustment Percent** | Percent increase to base pay from CPM analysis |
| **CPM Adjustment Amount** | Value of base pay increase recommended as a result of CPM analysis |
| **Apply CPM Adjustment?** | Manager input to accept or decline CPM adjustment, if applicable |

## CORE PAY ADJUSTMENT

*Base Pay is made up of Core Pay + CPM Adjustments. Core Pay is the term we are using in place of Merit. Increases will be pre-populated in SuccessFactors based on country and position in range to ensure consistency in approach across NIKE and employee movement through their pay range. Managers can look for opportunities to differentiate pay based on performance and impact using a dropdown list.*

| **Core Pay Eligible** | Indicates if the employee is eligible or ineligible for a Core Pay increase<br>**Note:** Employees must be hired on or before May 31 to be eligible |
|---|---|
| **Position in Range (Post CPM)** | Employee's position in pay range after any CPM increase is applied; calculated by taking base pay and dividing it by the midpoint of the pay range |
| **FTE Base Pay (Post CPM)** | Employee's full-time equivalent (FTE) base pay, after any CPM increase is applied.<br>**Note:** A FTE is the hours worked by one employee on a full-time basis. FTE is pay at 100%, regardless of hours worked or schedule. It provides a consistent way to view all employees regardless of part-time or full-time status |
| **Hourly Base Pay (Post CPM)** | Employee's hourly pay rate after any CPM increase is applied |
| **Core Pay Investment?** | Manager investment for Core Pay beyond pre-populated adjustment, determined based on |

NIKE, Inc. reserves the right to amend, modify, terminate or suspend the plans and programs described in this document at any time, for any reason and without prior notice. In addition, NIKE reserves the right to impact pay adjustments, short-term incentive payments and long-term incentive payments if, during the performance period, an employee receives an Unsatisfactory CFE rating, a performance action plan, corrective action or it is determined the employee engaged in behavior that violates policies. NIKE is not obligated to grant any future awards to any employee and participation in NIKE's compensation plans does not constitute a guarantee of employment.

    

Confidential

NIKE_00003275
Sun Decl. Ex. 16, Page 3 of 6

| | employee's current position in pay range, prior year performance, future potential, impact of loss, risk of loss, time in role and pay relative to peers **Note:** Default is Market and managers can Invest, Max Invest or Zero |
|---|---|
| Core Pay Percent | Percent increase to base pay as a result of Core Pay adjustment |
| Amount Above Max | If employee's base pay is above the pay range maximum, difference between employee's base pay and pay range maximum |
| Above Max Flag | Indicator that employee's base pay is above pay range maximum |
| Core Pay Increase Amount | Value of base pay increase as a result of Core Pay adjustment |
| Lump Sum Amount | Portion of the Core Pay increase that is above the maximum of the pay range |
| Apply Lump Sum Amount | Manager adjustment to accept or decline Lump Sum award. If 'Yes', the value of the Lump Sum is paid as a one-time amount |
| Ending Position in Range | Employee's position in pay range after Core Pay increase is applied; calculated by taking base pay and dividing it by the pay range midpoint |
| Ending FTE Base Pay | Employee's full-time equivalent base pay, after CPM and Core Pay increases are applied **Note:** An FTE is the hours worked by one employee on a full-time basis. FTE is pay at 100%, regardless of hours worked or schedule. It provides a consistent way to view all employees regardless of part-time or full-time status |
| Ending Hourly Base Pay | Employee's hourly pay rate, after CPM and Core Pay increases are applied |

## ANNUAL STOCK AWARD

*Employees in bands E through E4 are eligible for stock. Managers will enter an adjustment for employees' stock awards under the "Stock Investment?" dropdown.*

| | |
|---|---|
| Stock Eligible | Indicates if the employee is eligible or ineligible for an Annual Stock Award **Note:** Employees in bands E and above are eligible for Annual Stock Award |
| Stock Investment? | Manager investment adjustment for Annual Stock Award **Note:** Default is Market and managers can select Invest, Lower or Zero |
| Stock Award (USD) | Employee's Annual Stock Award for the current fiscal year in U.S. Dollars |
| Prior Year Annual Award | Employee's Annual Stock Award investment decision for the prior fiscal year (i.e., Market, Invest, Lower, or Zero) |

NIKE, Inc. reserves the right to amend, modify, terminate or suspend the plans and programs described in this document at any time, for any reason and without prior notice. In addition, NIKE reserves the right to impact pay adjustments, short-term incentive payments and long-term incentive payments if, during the performance period, an employee receives an Unsatisfactory CFE rating, a performance action plan, corrective action or it is determined the employee engaged in behavior that violates policies. NIKE is not obligated to grant any future awards to any employee and participation in NIKE's compensation plans does not constitute a guarantee of employment.



   

Confidential

NIKE_00003276

Sun Decl. Ex. 16, Page 4 of 6

| Prior Year Mid-Year Award | Indicates if employee received a Mid-Year Stock Award for the prior fiscal year (i.e., Yes or No) |
|---|---|

# Pay Statement

## BASE PAY

| Prior Annual Pay | Base pay at the end of the prior fiscal year |
|---|---|
| New Annual Pay | New base pay, after CPM and Core Pay increases have been applied |
| Prior Monthly Rate | Monthly pay rate at the end of the prior fiscal year |
| New Monthly Rate | Monthly pay rate, after CPM and Core Pay increases have been applied |
| Lump Sum Amount | Total Lump Sum awarded to employee based on manager adjustment if all or part of the base pay increase is above pay range maximum |

## ANNUAL BONUS – PSP

| Payout | Employee's Annual Bonus – PSP award for most recent performance period |
|---|---|
| FY19 Target % | Annual Bonus – PSP target percentage based on the employee's band as of May 31 |
| FY19 Plan Achievement | NIKE's achievement against the plan's Earnings Before Interest and Taxes (EBIT) metric |

## STOCK AWARD

| Target Award Amount (USD) | Annual Stock Award for E-band and above employees |
|---|---|
| Grant Date | Date that Annual Stock Award will be granted |

## LONG-TERM INCENTIVE PLAN

| Payout | Long-Term Incentive Plan (LTIP) award for the most recent performance period |
|---|---|
| FY19 Target Amount (USD) | LTIP target value for the employee's band |
| FY19 Plan Achievement | NIKE's achievement against the plan's Revenue and Earnings per Share (EPS) metrics |

NIKE, Inc. reserves the right to amend, modify, terminate or suspend the plans and programs described in this document at any time, for any reason and without prior notice. In addition, NIKE reserves the right to impact pay adjustments, short-term incentive payments and long-term incentive payments if, during the performance period, an employee receives an Unsatisfactory CFE rating, a performance action plan, corrective action or it is determined the employee engaged in behavior that violates policies. NIKE is not obligated to grant any future awards to any employee and participation in NIKE's compensation plans does not constitute a guarantee of employment.

**NIKE HR**

   

Confidential

NIKE_00003277

Sun Decl. Ex. 16, Page 5 of 6

# Other Terms

| | |
|---|---|
| **MEportal** | Portal for HR applications, e.g. SuccessFactors |
| **Earnings Before Interest and Taxes (EBIT)** | NIKE's net income before interest and tax expenses are deducted |
| **Talent Segment – Transitioning** | Must improve performance before considering expanding role or taking on new challenges |
| **Talent Segment – Expanding** | See continued growth within their role or by assuming similar scope over time. Could be viewed as a long-term subject-matter expert within the function or business |
| **Talent Segment – Advancing** | Likely to assume roles with increased complexity and responsibility over time |
| **Talent Segment – Accelerating** | Significantly differentiated growth potential compared to peers (unlimited runway). Likely to assume stretch roles at an expedited pace |
| **CFE Rating – Unsatisfactory** | Performance does not meet expected results on goals. Requires action plan and immediate improvement |
| **CFE Rating – Inconsistent** | Employee performance achieves some, but not all, expected results on goals. Overall, short of expectations. Coaching and development needed to elevate performance |
| **CFE Rating – Successful** | Employee performance accomplished expected results on goals. Overall, achieved expectations |
| **CFE Rating – Highly Successful** | Employee performance exceeds expected results on all goals. Overall, above expectations |
| **CFE Rating – Exceptional** | Employee performance far exceeds expected results on all goals. Consistently goes above and beyond in all aspects of performance. Role model for others. Overall, far above expectations |
| **Performance** | Demonstrated execution of role description and achievement of expected results on past goals |
| **Potential** | The interest and ability to grow and succeed in roles of greater responsibility demonstrated by growth mindset, learning agility, and aspirations |
| **Future Term** | Employee identified as leaving NIKE in the first quarter of the fiscal year |
| **Job Code** | Identifier for an individual job type; employee's pay range is based on the job code they are in |
| **Pay Equity** | Employees at the same level and in similar jobs with similar performance are paid similarly. It does not mean everyone is paid the same. Employees in similar jobs may be paid differently due to experience (inside and outside of NIKE), location, performance, movement and speed of movement within the organization (laterally and up), etc. |

NIKE Inc. reserves the right to amend, modify, terminate or suspend the plans and programs described in this document at any time, for any reason and without prior notice. In addition NIKE reserves the right to impact pay adjustments, short-term incentive payments and long-term incentive payments if, during the performance period, an employee receives an Unsatisfactory CFE rating, a performance action plan, corrective action or it is determined the employee engaged in behavior that violates policies. NIKE is not obligated to grant any future awards to any employee and participation in NIKE's compensation plans does not constitute a guarantee of employment.



   

Confidential

NIKE_00003278

Sun Decl. Ex. 16, Page 6 of 6