

# ANNUAL PAY REVIEW

MANAGER TOOLKIT  //  APRIL 2019

EXHIBIT
530
Shane Walker
12/18/2020
Teresa Rider - CSR

Confidential                    NIKE_C_00003279

Sun Decl. Ex. 17, Page 1 of 8

# EXECUTIVE SUMMARY

We're now nearing our Year-End Process, which is comprised of performance and pay. The performance process (Coaching for Excellence, or CFE) will remain the same. However, there will be some changes to the pay process — now called Annual Pay Review, or APR.

APR consolidates previously separate annual reward events, including: Global Performance Rewards (GPR), 2X/Mid-Year Pay Review, Competitive Pay Management and the Annual Stock Process. The process is enabled by a single digital tool called SuccessFactors, available on the MEportal, that provides real-time tips to help throughout planning.

This work is a continuation of FY19's Total Rewards enhancements, including: One PSP, Competitive Pay Management, Nike Stock Choice and a new Total Rewards Portal.

When managing pay at NIKE, you are expected to:

- **Understand, explain and apply NIKE's Total Rewards programs**: Educate yourself on the programs that involve you and your teams, so you can answer questions as they arise.

- **Evaluate pay during key moments, like APR**: Assess key performance and talent considerations that inform pay recommendations and ensure your employees are competitively and equitably paid.

- **Look for opportunities to differentiate pay based on performance and impact**: This means focusing additional investment and resources — where appropriate — for those who drive the greatest impact, possess unique skills or have potential to assume roles of increased scope and complexity.

- **Have meaningful pay conversations with your team members throughout the year as pay changes occur**: Inspire confidence in the approach and share the rationale you used to determine their pay.

In this toolkit you'll find: A summary of APR changes, resources to help you, a timeline, summary of APR phases and key FAQs.

©2019 NIKE, Inc. All rights reserved. For internal use only.

NIKE_C_00003280

Sun Decl. Ex. 17, Page 2 of 8

# ANNUAL PAY REVIEW: WHAT'S CHANGING

## COMPETITIVE PAY MANAGEMENT (CPM)

We are committed to evaluating pay every year to ensure competitive and equitable pay for all employees — and in 2018, we introduced CPM.

We don't anticipate that most employees will receive a CPM adjustment, however, there are times when one is recommended.

FROM: In 2018, this process (analysis and adjustments) was done entirely through Excel spreadsheets.

TO: Moving forward, **all adjustments will be loaded into SuccessFactors** for review.

## CORE PAY INVESTMENTS

Base Pay is made up of Core Pay + CPM Adjustments.

FROM: Base pay increases were driven by the CFE rating.

TO: Managers are equipped with pre-populated recommendations for market competitive base pay increases. This is done in SuccessFactors and is based on the employee's country and position in range.

Managers can further invest by selecting from a dropdown list or can remove the increase entirely.

**CFE ratings no longer drive the default Core Pay increase**, but performance continues to be an important factor when determining pay. Other inputs include current position in range, future potential, impact of loss, risk of loss, time in role and pay relative to peers.

## STOCK AWARDS

FROM: Managed through Excel spreadsheets with minimal visibility for managers throughout the process.

TO: **Market competitive stock awards are pre-populated** in SuccessFactors based on the employee's country and band.

Managers can further invest by selecting from fixed increments from a dropdown list, or can decrease or remove the award.

Throughout the Executive Review process, managers will **maintain visibility** into award adjustments.

## DASHBOARDS & REPORTING

FROM: Limited, static and disparate reporting available to managers throughout all pay processes.

TO: **Standardized reporting** available in SuccessFactors to provide leaders and managers with **greater visibility** into pay adjustments throughout the process.

## PAY STATEMENTS

FROM: Managers print out pay statement, with employee-level details only, to support pay conversations.

TO: **Enhanced statement** available in SuccessFactors to print with employee details, additional program details and enhanced formatting to enable managers to have **a richer, more informed conversation**.

NIKE, Inc. reserves the right to amend, modify, terminate or suspend the plans and programs described in this document at any time, for any reason and without prior notice. In addition, NIKE reserves the right to impact pay adjustments, short-term incentive payments and long-term incentive payments if, during the performance period, an employee receives an Unsatisfactory CFE rating, a performance action plan, corrective action or it is determined the employee engaged in behavior that violates policies. NIKE is not obligated to grant any future awards to any employee and participation in NIKE's compensation plans does not constitute a guarantee of employment.

©2019 NIKE, Inc. All rights reserved. For internal use only.

Confidential

NIKE_C_00003281

Sun Decl. Ex. 17, Page 3 of 8

# YEAR-END PROCESS TIMELINE



NIKE, Inc. reserves the right to amend, modify, terminate or suspend the plans and programs described in this document at any time, for any reason and without prior notice. In addition, NIKE reserves the right to impact pay adjustments, short-term incentive payments and long-term incentive payments if, during the performance period, an employee receives an Unsatisfactory CFE rating, a performance action plan, corrective action or it is determined the employee engaged in behavior that violates policies. NIKE is not obligated to grant any future awards to any employee and participation in NIKE's compensation plans does not constitute a guarantee of employment.

©2019 NIKE, Inc. All rights reserved. For internal use only.

4

Confidential

NIKE_C_00003282

Sun Decl. Ex. 17, Page 4 of 8

# GLOBAL APR PHASES

APR occurs in phases from June 5 – July 7 starting with a Manager Planning period and followed by Executive Review.



**ALL MANAGERS – INCLUDING CLT –
MUST MAKE ALL PAY ADJUSTMENTS**

**E-BAND AND ABOVE LEADERS REVIEW
ADJUSTMENTS FOR THEIR ORGANIZATION**

**EXECUTIVE REVIEW**

| **MANAGER PLANNING** | **E+ REVIEW** | **E7+ REVIEW** | **E5+ REVIEW** | **E4+ REVIEW** |
|---|---|---|---|---|
| • **Open**: June 5 <br> • **Close**: June 18 <br><br> • **Edit Access**: All managers | • **Open**: June 19 <br> • **Close**: June 23 <br><br> • **Edit Access**: E+ managers <br><br> • **View Access**: V-U managers | • **Open**: June 24 <br> • **Close**: June 26 <br><br> • **Edit Access**: E7+ managers <br><br> • **View Access**: V-S managers | • **Open**: June 27 <br> • **Close**: July 1 <br><br> • **Edit Access**: E5+ managers <br><br> • **View Access**: V-E6 managers | • **Open**: July 2 <br> • **Close**: July 7 <br><br> • **Edit Access**: E4+ managers <br><br> • **View Access**: V-E5 managers |

NIKE, Inc. reserves the right to amend, modify, terminate or suspend the plans and programs described in this document at any time, for any reason and without prior notice. In addition, NIKE reserves the right to impact pay adjustments, short-term incentive payments and long-term incentive payments if, during the performance period, an employee receives an Unsatisfactory CFE rating, a performance action plan, corrective action or it is determined the employee engaged in behavior that violates policies. NIKE is not obligated to grant any future awards to any employee and participation in NIKE's compensation plans does not constitute a guarantee of employment.

©2019 NIKE, Inc. All rights reserved. For internal use only.

Confidential

5

NIKE_C_00003283

Sun Decl. Ex. 17, Page 5 of 8

# RESOURCES

After reviewing the following resources, if you still have questions or need assistance please contact HR Direct or your HR Representative.

## BUILD YOUR UNDERSTANDING OF PAY

**Total Rewards Philosophy**
Understand NIKE's Total Rewards guiding principles

**Managing Pay at NIKE Training**
A training to help you understand, apply and explain NIKE's Total Rewards philosophy, programs and practices

**APR Frequently Asked Questions (FAQs)**
Provide answers to common questions that will help you manage the APR process

## LEARN THE PROCESS AND SYSTEM

**Planning Pay in SuccessFactors, Job Aid**
Navigate SuccessFactors and understand actions required during the manager planning period

**Executive Review, Job Aid**
Understand actions required of E+ managers during Executive Review

**Pay Review Dashboard – Manager View, Job Aid** *or* **Pay Review Dashboard – Executive View, Job Aid**
Access relevant, real-time information through dashboards and reports in SuccessFactors (use the job aid that matches the name of your dashboard)

**APR Key Terms**
Define key terms referenced throughout the APR process

## PREPARE FOR THE PAY CONVERSATION

**Manager Conversation Guide**
Prepare for pay conversations with your employees

**Employee Conversation Guide** *(coming soon!)*
Prepare employees for pay conversations

**Pay Statements, Job Aid**
Access and print pay statements in SuccessFactors to support pay conversations

NIKE, Inc. reserves the right to amend, modify, terminate or suspend the plans and programs described in this document at any time, for any reason and without prior notice. In addition, NIKE reserves the right to impact pay adjustments, short-term incentive payments and long-term incentive payments if, during the performance period, an employee receives an Unsatisfactory CFE rating, a performance action plan, corrective action or it is determined the employee engaged in behavior that violates policies. NIKE is not obligated to grant any future awards to any employee and participation in NIKE's compensation plans does not constitute a guarantee of employment.

©2019 NIKE, Inc. All rights reserved. For internal use only.

Confidential

NIKE_C_00003284

Sun Decl. Ex. 17, Page 6 of 8

# FAQs

**Why is NIKE making these changes to the pay process?**
The Annual Pay Review (APR) process strongly aligns to our Total Rewards principles by focusing on competitive and equitable pay, and linking pay to performance. We also saw an opportunity to streamline several manual pay processes. Introducing a default award adjustment gives managers a consistent and competitive starting point for pay. Allowing managers to further invest in their employees enables them to continue to differentiate pay based on performance and/or impact.

**How does CFE relate to the pay process?**
Both CFE and APR are part of the Year-End Process. Performance continues to be an important factor when determining pay, however, other inputs include current position in range, future potential, impact of loss, risk of loss, time in role and pay relative to peers. Managers will continue to look for opportunities to differentiate base pay and stock awards for their employees to connect individual performance to pay.

**How will these changes benefit employees?**
Employees will continue to receive competitive awards, as they have in the past. In addition to making pay adjustments based on CFE ratings, managers will take into account a variety of performance, talent and pay considerations to ensure competitive and equitable pay. This creates greater impact, focus and consistency in our approach, while ensuring appropriate movement through a pay range.

**How does NIKE reward performance and impact?**
Company performance plays a key role in short-term incentives (like Annual Bonus – PSP) and long-term incentives (like Annual Stock Awards), while individual performance affects rewards like base pay increases, milestone bonuses and promotions into roles with increased scope and complexity. When managing pay for their teams, managers consider prior year performance and impact over time (like the ability to create value for the team and business) among other factors.

**Did 2X/Mid-Year Talent & Pay Review go away?**
The 2X/Mid-Year Talent & Pay Review will now be consolidated into the Annual Pay Review when managers make adjustments for their employees.

**How are Core Pay budgets determined?**
Each year, NIKE's Total Rewards team reviews country and location-specific market data to determine the budget required to ensure competitive pay. This data is gathered from third-party survey companies that use best practices to validate the data. Each employee is assigned a budget percentage based on their payroll country and it rolls up in SuccessFactors on a 'Reports To' basis. Going forward the Core Pay budget and 2X budgets will be combined in SuccessFactors to ensure managers can appropriately invest in their employees.

**What is the process for making corrections to awards after APR?**
We are moving to a global process with pre-populated adjustments that we anticipate will minimize the need for corrections. All managers are expected to make adjustments during the two-week Manager Planning window (see slide 5). An additional two weeks is provided for Executive Review, during which leaders can review adjustments. If a change is required after Executive Review, the manager must complete the correction template, get approval from their HR Business Partner and email the approval to their ELT -1 leader to request their approval. If approved, the manager submits the request to HR Direct for processing, along with the template and copies of all emails documenting required approvals.

**FULL LIST OF FREQUENTLY ASKED QUESTIONS (FAQS)**

NIKE, Inc. reserves the right to amend, modify, terminate or suspend the plans and programs described in this document at any time, for any reason and without prior notice. In addition, NIKE reserves the right to impact pay adjustments, short-term incentive payments and long-term incentive payments if, during the performance period, an employee receives an Unsatisfactory CFE rating, a performance action plan, corrective action or it is determined the employee engaged in behavior that violates policies. NIKE is not obligated to grant any future awards to any employee and participation in NIKE's compensation plans does not constitute a guarantee of employment.

©2019 NIKE, Inc. All rights reserved. For internal use only.

Confidential

NIKE_C_00003285

Sun Decl. Ex. 17, Page 7 of 8



NIKE, Inc. reserves the right to amend, modify, terminate or suspend the plans and programs described in this document at any time, for any reason and without prior notice. In addition, NIKE reserves the right to impact pay adjustments, short term incentive payments and long term incentive payments if, during the performance period, an employee receives an Unsatisfactory CFE rating, a performance action plan, corrective action or it is determined the employee engaged in behavior that violates policies. NIKE is not obligated to grant any future awards to any employee and participation in NIKE's compensation plans does not constitute a guarantee of employment.