EXHIBIT
**610**
Shelli White
1/29/2021
Aleshia Macom - CSR

**YEAR-END PROCESS**

# ANNUAL PAY REVIEW

## PAY EXECUTIVE REVIEW JOB AID

This job aid helps E-band and above managers to navigate the Executive Review process.

Executive Review is part of NIKE, Inc.'s year-end Annual Pay Review (APR). APR runs June 5-July 7. During the planning period (June 5-18) all people managers, regardless of level, will gain access to SuccessFactors via the MEportal to review their employees' information and make all applicable pay adjustments.

- **For E-band and above managers:** Each E-band and above leader level will have approximately 3-4 days to review and make any required changes to the adjustments that have been entered. At the end of each review period, the ability to edit information will close for that group. The table below shows the progression of the Executive Review process steps. Use this job aid to complete your required review.

- **For V to U band managers:** You will be able to view any changes made during the Executive Review process. As a V to U band manager, you are encouraged to monitor your team's information for any changes and discuss any questions or concerns with your manager before the APR process ends. To view the planning form with any changes made in Executive Review, select the "Review" tab and click on the link under "Plan Name".

ⓘ *Note: If you select "All" or "En Route" from your inbox to open the planning form, it will show the adjustments you entered. **It will not reflect any changes made in Executive Review.***

### EXECUTIVE REVIEW

| MANAGER PLANNING | E+ REVIEW | E7+ REVIEW | E5+ REVIEW | E4+ REVIEW |
|---|---|---|---|---|
| • **Open:** June 5<br>• **Close:** June 18<br><br>• **Edit Access:** All Managers | • **Open:** June 19<br>• **Close:** June 23<br><br>• **Edit Access:** E+ Managers<br><br>• **View Access:** V-U Managers | • **Open:** June 24<br>• **Close:** June 26<br><br>• **Edit Access:** E7+ Managers<br><br>• **View Access:** V-S Managers | • **Open:** June 27<br>• **Close:** July 1<br><br>• **Edit Access:** E5+ Managers<br><br>• **View Access:** V-E6 Managers | • **Open:** July 2<br>• **Close:** July 7<br><br>• **Edit Access:** E4+ Managers<br><br>• **View Access:** V-E5 Managers |

NIKE, Inc. reserves the right to amend, modify, terminate or suspend the plans and programs described in this document at any time, for any reason and without prior notice. In addition, NIKE reserves the right to impact pay adjustments, short-term incentive payments and long-term incentive payments if, during the performance period, an employee receives an Unsatisfactory CFE rating, a performance action plan, corrective action or it is determined the employee engaged in behavior that violates policies. NIKE is not obligated to grant any future awards to any employee and participation in NIKE's compensation plans does not constitute a guarantee of employment.



Confidential

NIKE_00003287

Sun Decl. Ex. 18, Page 1 of 5

# GETTING STARTED

## ACCESS SUCCESSFACTORS THROUGH THE MEPORTAL

1. Navigate to the NIKE HR site on Zero. Click on the MEportal icon.

   ⓘ *Note: For optimal viewing experience, use a browser other than Chrome.*



2. From the MEportal, open the Manager tab. Select "Recognize and Reward" and then "Pay Review" to launch SuccessFactors. You will be logged in through Single Sign On (SSO).

   ⓘ *Note: This link within the MEportal is available starting June 5.*



3. Select "Pay Review" from the Home dropdown.



4. Select "Review" at the top left of the screen.

5. Select the planning form under "Plan Name" to open the Executive Review form.



NIKE, Inc. reserves the right to amend, modify, terminate or suspend the plans and programs described in this document at any time, for any reason and without prior notice. In addition, NIKE reserves the right to impact pay adjustments, short-term incentive payments and long-term incentive payments if, during the performance period, an employee receives an Unsatisfactory CFE rating, a performance action plan, corrective action or it is determined the employee engaged in behavior that violates policies. NIKE is not obligated to grant any future awards to any employee and participation in NIKE's compensation plans does not constitute a guarantee of employment.

Pay Executive Review Job Aid | last updated: May 16, 2019

**NIKE HR**



Confidential

# REVIEWING PAY ADJUSTMENTS

## EXECUTIVE REVIEW ACTIONS

During your Executive Review window, you can review adjustments your managers have submitted for their direct reports and make changes to these adjustments as needed. After your window closes, you cannot make further changes — however, you will still be able to view the form.

The checklist below summarizes the pay adjustments you should review. Overall, pay adjustments should align from a talent perspective. You should review the Comments box and enter a clear rationale for any reduction or removal of awards, if not already done so by the employee's direct manager.

Before you review pay adjustments, review your **proposed spend versus budget**. Select the "Budgets" icon at the top right corner, which reflects current spend versus budget. The goal is to stay at or under your allotted budget, with a clear and documented reason if over budget. If your budget requires balancing, work with your managers to update adjustments. The budget in the Budgets window will default to US Dollars and will recalculate based on any filters applied.

| Competitive Pay Management (CPM) | Core Pay | Lump Sum | Annual Stock Awards |
|---|---|---|---|
| <ul><li>Review all CPM adjustments for your organization</li><li>For employees with "No" selected – ensure the appropriate justification is provided in the Comments box</li></ul> | <ul><li>Review all Core Pay increases for your organization</li><li>For employees with "Max Invest" & "Invest" selected – validate adjustments are aligned from a talent perspective</li><li>For employees with "Zero" selected – ensure the appropriate justification is provided in the Comments box</li></ul><br>***Note:*** *We expect that overall approximately 20% of employees will receive Invest or Max Invest, although this will vary by manager* | <ul><li>Review all Lump Sum payments for your organization</li><li>For employees with "No" selected – ensure the appropriate justification is provided in the Comments box</li></ul> | <ul><li>Review all Annual Stock Awards for your organization</li><li>For employees with "Invest" selected – validate adjustments are aligned from a talent perspective</li><li>For employees with a "Lower" or "Zero" selected – ensure the appropriate justification is provided in the Comments field</li></ul><br>***Note:*** *We expect that overall approximately 20% of employees will receive Invest, although this will vary by manager* |

NIKE, Inc. reserves the right to amend, modify, terminate or suspend the plans and programs described in this document at any time, for any reason and without prior notice. In addition, NIKE reserves the right to impact pay adjustments, short-term incentive payments and long-term incentive payments if, during the performance period, an employee receives an Unsatisfactory CFE rating, a performance action plan, corrective action or it is determined the employee engaged in behavior that violates policies. NIKE is not obligated to grant any future awards to any employee and participation in NIKE's compensation plans does not constitute a guarantee of employment.

Pay Executive Review Job Aid | last updated: May 16, 2019





NIKE_00003289

Sun Decl. Ex. 18, Page 3 of 5

## REVIEW ADJUSTMENTS IN SUCCESSFACTORS

You can use the following functions in SuccessFactors to filter to the relevant information for each pay adjustment and review summary metrics for your organization.

1. Select "Filter Options" to filter the planning form by job level, band level, talent fields, or other areas of the form.

   ⓘ *Note: Any filters you select will remain the next time you log into SuccessFactors — be sure to review your filters the next time you log in.*

   ⓘ *Note: Under "Define Population" at the top, you can select:*
   - *Current Team View: Displays all employees that report up to you*
   - *Individual View: Displays a single employee*
   - *Planned Awards – Full Org: Displays all employees you have access to see*

   *"HR Reports", "Matrix Reports", or "Custom Manager" filters will not yield a result. Under "Filter", you can further filter the form by job level, employee band, etc.*

2. Select "Employees I can view" or "Employees I can edit". To focus on only employees you can edit, select "Employees I can edit" at the top right corner of the planning form.

   ⓘ *Note: You will not be able to edit pay adjustments when "Employees I can view" is selected.*

   ⓘ *Note: The employees displayed in each view are determined by your band level and the stage in the executive review process.*

3. Select the Comments box icon to the right of the employee's name to view comments provided as justification for pay adjustments.

4. Select "Metrics" from the planning form to view key metrics for your organization.



### Illustrative Metrics



NIKE, Inc. reserves the right to amend, modify, terminate or suspend the plans and programs described in this document at any time, for any reason and without prior notice. In addition, NIKE reserves the right to impact pay adjustments, short-term incentive payments and long-term incentive payments if, during the performance period, an employee receives an Unsatisfactory CFE rating, a performance action plan, corrective action or it is determined the employee engaged in behavior that violates policies. NIKE is not obligated to grant any future awards to any employee and participation in NIKE's compensation plans does not constitute a guarantee of employment.

Pay Executive Review Job Aid | last updated: May 16, 2019

**NIKE HR**



Confidential

NIKE_00003290

Sun Decl. Ex. 18, Page 4 of 5

5. **Access the Report Center to view relevant dashboards to support your review:**
   - % of Employees by CFE / Performance Rating
   - % of Employees per Talent Segmentation
   - % of Employees by Core Pay Manager Investment
   - % of Employees by Stock Manager Investment
   - Core Pay Spend vs. Budget
   - Stock Spend vs. Budget
   - % of Employees Receiving CPM
   - % of Employees Receiving Lump Sum

Access to the dashboard tiles varies based on band level. View the job aid that matches the title of your dashboard to learn more about the reports available to you: Manager View or Executive View.

## SUBMITTING FINAL PAY ADJUSTMENTS

1. **After you have made any changes to the planning form, select "Save" to record changes.**

   ⓘ Note: *After the Executive Review period for your level, you will no longer be able to edit the form. You will have view only access after this time.*



## QUESTIONS?

If you have any questions, contact HR Direct or your HR Representative.

NIKE, Inc. reserves the right to amend, modify, terminate or suspend the plans and programs described in this document at any time, for any reason and without prior notice. In addition, NIKE reserves the right to impact pay adjustments, short-term incentive payments and long-term incentive payments if, during the performance period, an employee receives an Unsatisfactory CFE rating, a performance action plan, corrective action or it is determined the employee engaged in behavior that violates policies. NIKE is not obligated to grant any future awards to any employee and participation in NIKE's compensation plans does not constitute a guarantee of employment.

 

Confidential

NIKE_00003291

Sun Decl. Ex. 18, Page 5 of 5