

# HIRING PROCESS UPDATES
## FAQs


**EXHIBIT
660**
Shine Thomas
3/26/2021
Aleshia Macom - CSR

## OVERVIEW

We put together a number of resources to help familiarize you with how we are evolving our hiring process here at NIKE, Inc. Please refer to our Hiring Philosophy and Guidelines for an overview of what we are changing and why we are making changes.

We've answered a number of commonly asked questions below for your reference.

## GENERAL QUESTIONS

**Q: What is changing?**
A: We are introducing a consistent hiring process that prioritizes inclusion, transparency and equal opportunity. We invite you to familiarize yourself with the full hiring process. You can read about the specific changes we made via our Hiring Guidelines.

**Q: Why are we evolving our hiring process?**
A: Every time we open a position at NIKE, we are given the chance – and the responsibility – to evolve our culture. The people we hire today will help create the NIKE of the future, so *how* we hire must reflect our most deeply held values. Our candidates – like our consumers – deserve a premium experience.

To continue building a high-performing and diverse organization, we choose to prioritize inclusion, transparency and equal opportunity throughout our hiring process. All involved in interviewing – Talent Acquisition, hiring managers and interviewers – must share these guiding principles.

Not only will this process standardization help create clarity and consistency, but it will also give employees more visibility into opportunities across NIKE – something that they asked for explicitly in the Employee Engagement Survey.

**Q: When do these changes go into effect?**
A: The new Hiring Philosophy and Guidelines are live as of December of FY19. We understand some of the guidelines will impact different businesses in different ways – which means it will take time for all to go into full effect. Look for information from your senior leader or HRBP on these changes and what they mean for you in the coming months.

**Q: What is a competitive process?**
A: At NIKE, a competitive process prioritizes equal access and opportunity. In our updated hiring process, this means:

- All E band and below positions are posted. Some S band roles and above may not be posted and may be talent planned dependent on the need for business continuity.
- There is no preferred candidate process for any posted roles.

**NIKE HR**

 **CONVERSE** Hurley Jordan

Confidential

NIKE_00013856

Sun Decl. Ex. 20, Page 1 of 5

- The same interviewers interview all candidates the same way - to the extent possible and where possible.
- Candidates are evaluated against the skills and competencies required for a position. Managers select the most qualified candidates for open roles.

**Q: Why is diversity important?**
A: We're a growth company committed to employing the best and brightest to serve consumers globally. Employees with diverse skillsets, expertise and points of view are critical to drive our business forward. A diverse team allows for a breadth of perspectives and experiences to develop thoughtful and original ideas; it's a key component of innovation.

**Q: What is a diverse slate?**
At NIKE, we have defined a diverse slate as:

- At least two women and one U.S. Person of Color (POC)
- An in-person interview with the hiring manager (decision-maker) present
- Applies to all openings that NIKE is recruiting against for E-Band+ hires and is starting in the US. Other roles and geographies will be considered in the future

**Q: What is a premium candidate experience? Why does it matter?**
A: A premium candidate experience puts the candidate at the center of our hiring process. In some ways, this can be very simple -- respecting candidates' time by not rescheduling or canceling interviews, and regularly communicating with candidates so they know exactly where they are in the hiring process.

**Q: Where can I learn more about the updates to our hiring process?**
We've put together a number of resources to assist you, which will be available in mid-December. Your talent partners (recruiters and HRBPs) are also available to help, as needed.

## HR QUESTIONS

**Q: What other HR functions and COEs are supporting and/or intersecting with this work and changes?**
A: Talent Management and Learning & Development are also involved - especially with internal candidates. This work is closely aligned with the Career Acceleration work, as we are more transparent with opportunities and are focused on improving the experience for internal candidates.

**Q: How will leaders, managers and employees be held accountable for the updated hiring process?**
A: Over the next few months, we will be socializing the new Hiring Philosophy and Guidelines with leaders, managers and employees. Once we have completed activation, hiring managers will be expected to follow the guidelines as they work with their HRBPs and Recruiters with their open positions. Escalations will be handled from TA, through the HRBPs, and back with the business group leadership.

**Q: Where do hiring managers fit into this work?**
A: Hiring managers are expected to follow the Hiring Guidelines, after the socialization and training period in the second half of FY19.

**Q: What are the KPIs for these changes?**
A: We will be measuring the impact via our employee engagement survey and through our diversity representation at leadership levels. We will also start to measure candidate and hiring manager

**NIKEHR**

 CONVERSE»> Hurley)(

Confidential

NIKE_00013857

Sun Decl. Ex. 20, Page 2 of 5

satisfaction with the hiring process. Starting in December, we will measure our ability to deliver diverse candidate slates for E-band and above positions in the US.

**Q: Will measurement be shared?**
A: Yes, measurements will be shared with HR and business leadership.

**Q: How will these updates to the hiring process affect retail?**
A: We expect retail hiring to follow the new Hiring Guidelines, with some minor exceptions. Retail Athlete final interviews are typically done as panel interviews. Due to the fast-paced nature of Retail, panel interviews will still be allowed.

**Q: How will these changes impact the geos?**
A: While the goal is for these hiring updates to apply to all areas of NIKE, we recognize there are cultural nuances and local laws that need to be considered, and we will be customizing our approach accordingly. Geo rollout plans will be finalized by Q4 FY19.

**Q: Who should HR go to with questions?**
All employees should contact HR Direct first with any questions about the changes to the hiring process. If HR Direct advisors are not able to respond to your query, they will share your HRBP's contact information with you to get in touch with them directly.

**Q: Does this mean I need to have an intern go through a competitive process before I can convert them?**
A: Interns who participate in NIKE's University Relations - Intern Program do not have to go through a competitive process before they are hired into a full-time role. Interns go through a competitive process in order to participate in the Intern Program and are then employed for a set duration as employees with the intent to make full time offers to the best performers at the conclusion of the program.

**Q: Can we talent plan an employee who is returning from a domestic or overseas assignment even if it is into an E-band or below role?**
A: Yes. We move some employees to other cities or countries with the intent that they will return having gained new experiences and skills. In fact, all transferees returning to their home country should be talent planned into their next role. We should not be asking them to apply for open positions.

## HIRING MANAGER QUESTIONS

**Q: What do these changes mean for me as a hiring manager?**
A: As a hiring manager, it's critical that you model our values of inclusivity, transparency and equal opportunity throughout the hiring process. You can read about the specific changes we made via our Hiring Guidelines. Some of the key updates include:

- All E-band and below open positions are posted internally with clear job requirements for a minimum of one calendar week.
- There is no preferred candidate process for any posted roles.
- The same interviewers interview all candidates and the same way – to the extent possible and where possible.
- Panel interviews are strongly discouraged; 1:1 interviews are preferred.



 CONVERSE⟶ Hurley)( 

Confidential

NIKE_00013858

Sun Decl. Ex. 20, Page 3 of 5

**Q: Will I be trained on this new process?**
A: From December through February, each business group will go through a series of activities to help familiarize them with the new hiring guidelines. Formal training is being developed for NikeU and will be ready in Q4.

**Q: Why are we eliminating the preferred candidate approach?**
A: We want to allow internal applicants to be aware of openings and have the opportunity to apply. Preferred candidates for open roles will need to go through a competitive process. This means the role is posted for a minimum of one calendar week, and qualified candidates are interviewed. Your preferred candidate should not get any preferential treatment during the hiring process because all applicants should get the same shot.

**Q: Does this mean we aren't doing ETW conversions anymore?**
A: ETWs are meant to provide temporary staff augmentation. If a full-time position becomes available, the ETW must apply and go through a competitive process, even if they are performing successfully as an ETW. If the ETW is the most qualified candidate, then the ETW can be hired as an FTE.

**Q: I plan to post multiple FTEs roles at once and currently have ETWs qualified to fill them. Do I have to interview other applicants, too?**
A: ETWs are meant to provide temporary staff augmentation. If a full time position becomes available, the ETW must apply and go through a competitive process, even if they are performing successfully as an ETW. If the ETW is the most qualified candidate, then the ETW can be hired as an FTE. If you have multiple openings of the same role at the same time, you can post one req and interview the most qualified candidates and hire them into multiple positions.

**Q: Why are panel interviews strongly discouraged?**
A: Studies show panel interviews may increase the likelihood that bias is introduced into the hiring process. Structured 1:1 interviews that are based on competencies needed for the role have a better chance of mitigating bias.

**Q: How do the changes to our hiring process impact workforce and talent planning?**
A: Teams should familiarize themselves with this new process, as they will need to keep in mind during workforce and talent planning. As an example, eliminating the preferred candidate process may add time to the hiring process and should be considered when planning start dates for roles.

**Q: Can I hold informational interview/conversation with an interested applicant about an open role?**
A: Hiring managers are strongly discouraged from holding informational meetings about open roles. If a candidate expresses interest, encourage them to apply in order to be considered. An equal playing field means all applicants get the same shot.

## EMPLOYEE QUESTIONS

**Q: What do these process changes mean for me as a NIKE employee?**
A: These changes mean you should see more roles posted on our job site than before. You should apply for roles you are interested in (instead of asking for an informational interview/conversation with the recruiter or hiring manager). Once you've applied, you should expect to receive more consistent communication from the recruiter on your status, and if you aren't selected to move forward in the process, you should know why.





Confidential

NIKE_00013859

Sun Decl. Ex. 20, Page 4 of 5

**Q: Can I ask for an informational discussion with a recruiter or hiring manager about an open role?**
A: No. Recruiters and hiring managers will not be holding informational meetings about open roles. If you are interested in a role, you need to apply to be considered. An equal playing field means all applicants get the same shot.

**Q: What if I am an ETW, and I took this position with the intent to be converted?**
A: ETWs are meant to provide temporary staff augmentation. ETWs can apply for any jobs posted externally and go through a competitive hiring process. Any ETW applying for a full time role must go through a competitive process regardless of the band of the job.

**Q: I already interviewed for this job when I became an ETW. Why do I have to interview for it again just because it is now a full-time role?**
A: ETWs are meant to provide temporary staff augmentation. They are employees of their provider company, not NIKE. NIKE E-band and below positions will go through a competitive process with equal access for anyone who wishes to apply -- both internally and externally. For an ETW to be considered for a full-time role, they must go through a competitive process.

**Q: Can I apply for a req if I'm on a performance plan?**
A: No. You must be in good standing and not be on a performance plan before you are eligible to apply for another role.

**Q: What can I expect as an internal candidate for a job?**
A: Talent Acquisition is striving to improve the communication back to employees so they know where they stand in the process and if they are not moving forward in the process, they know why.





Confidential

NIKE_00013860

Sun Decl. Ex. 20, Page 5 of 5