

© 2018 NIKE, Inc. Confidential and Proprietary, produced for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing in this document is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

Confidential

NIKE_00013861



PURPOSE OF THE HRBP ACTIVATION KIT — 3

WHAT'S CHANGING — 4

WHY IS NIKE MAKING THESE CHANGES? — 5

KEY MILESTONES — 6

ROLES AND RESPONSIBILITIES — 7

TOOLS AND RESOURCES — 8

HRBP CHECKLIST — 9

© 2018 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

Confidential

NIKE_00013862

# HRBP ACTIVATION KIT

## PURPOSE

This document is intended to reinforce the information on NIKE's hiring process updates that was shared via a deep-dive session on Nov. 28.

Using the information in this kit, HRBPs should:

1. Connect with their TA partners to discuss next steps, following Mo's all staff email in early December.

2. Meet with their respective business leaders to determine what is needed for a successful rollout (could include trainings, email communications, etc.)

3. Work with business leaders and TA leaders to bring the hiring changes to life.



© 2018 NIKE, INC. ALL RIGHTS RESERVED. FOR INTERNAL USE ONLY.

| 3

Confidential

NIKE_00013863

# WHAT'S CHANGING?

Beginning Dec. 2018, NIKE will start activating changes to its hiring process in U.S. Corporate. The new **Hiring Guidelines** (right) provide an overview of the key changes.

The Hiring Guidelines are informed by our **Hiring Philosophy**:

*Every time we open a position at NIKE, we are given the chance – and the responsibility – to evolve our culture. The people we hire today will help create the NIKE of the future, so how we hire must reflect our most deeply held values. Our candidates – like our consumers – deserve a premium experience.*

*To continue building a high-performing and diverse organization, we choose to prioritize inclusion, transparency and equal opportunity throughout our hiring process. All involved in interviewing – Talent Acquisition, hiring managers and interviewers – must share these guiding principles. And it's NIKE's job to make sure we have the right systems in place to support this so anyone who interviews with us can bring their best self to a level playing field.*

## HIRING GUIDELINES

All employees, managers and talent acquisition (TA) follow consistent guidelines during each stage of the hiring process.

All candidates – both internal and external – receive a premium, compelling and authentic candidate experience.

All E-band and below open positions are posted internally with clear job requirements for a minimum of one calendar week.

We strive for a diverse slate of candidates for all job postings.

There is no preferred candidate process.

Employees must be in good standing to be considered for an open internal role. Applying for an open role at NIKE will never impact an employee's current job status and treatment.

The same interviewers interview all candidates and the same way – to the extent possible and where possible.

Panel interviews are strongly discouraged; 1:1 interviews are preferred.

Candidates participate in no more than six interviews during the final round and no more than two interview trips.

All applicants and candidates are kept informed of their status throughout key stages of the hiring process.

Candidates are evaluated against the skills and competencies required for a position. Managers select the most qualified candidates for open roles.

© 2018 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

| 4

NIKE_00013864

# WHY IS NIKE MAKING THESE CHANGES?

## REASONS FOR CHANGE

- NIKE's most recent All-Employee Survey results revealed that employees feel excluded from career opportunities due to a perceived lack of transparency and visibility into open roles

- Teams are higher performing, more innovative and more inclusive when a diversity of perspectives and backgrounds are represented.

## GOALS OF THE UPDATED HIRING PROCESS

- Create a more consistent and premium candidate experience
- Ensure an inclusive approach to hiring, supported by process and systems
- Generate a stronger pipeline of skilled and diverse talent
- Enable more objective and consistent assessment of talent, and thereby improve hiring decisions
- Position NIKE as an employer that values and promotes diversity
- Demonstrate to employees that NIKE wants to retain them and support their career development

© 2018 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

| 5

NIKE_00013865

# KEY MILESTONES

The following represent a set of key dates HRBPs should keep in mind when thinking about the full rollout of this initiative across NIKE. Please note that this is a working document, and all dates are subject to change.

| NOV 2018 | DEC 2018 | JAN 2019 | MAR / APR / MAY 2019 |
|---|---|---|---|
| • **Nov 13-15:** TA training (210 recruiters)<br>• **Nov 21:** HR Direct training on updated hiring process<br>• **Week of Dec 10:** All-employee email from Mo and new hiring philosophy and hiring guidelines published for all EEs | • **Dec 3:** U.S. roles (E-band and below) posted internally and made competitive<br>• **Dec 6:** HR Readiness Update<br>• **Week of Dec 10:** All-employee email from Mo and new Hiring Philosophy and Guidelines published for all employees<br>• **Dec:** TA to meet with HRBPs by biz unit | • **Jan:** Virtual Q&A sessions with TA leaders<br>• **Jan-Mar:** Development of hiring manager training | • **Q4:** Launch enterprise-wide trainings (in-person and virtual options)<br>• Geo rollout TBD |

© 2018 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

| 6

Confidential

NIKE_00013866

Sun Decl. Ex. 21, Page 6 of 10

# ROLES & RESPONSIBILITIES

## LEADERS

❏ Understand the new Hiring Philosophy & Guidelines, process, impact – and actively champion all

❏ Communicate and cascade changes throughout their organization, as needed

## HIRING MANAGERS

❏ Champion and adhere to evolution of program

❏ Attend hiring manager training

## HRBPS

❏ Understand and champion all changes to the hiring process and their connection to NIKE's broader Culture and Talent strategies

❏ Work with your business leaders and TA partners to prepare business groups (Slide 3)

❏ Participate – and encourage your business to participate – in Hiring Manager training

❏ Respond to related employee queries escalated by HR Direct and TA leaders

❏ Partner with TA to ensure the Diverse Slates approach is successfully applied to all E-band+ open roles

❏ Partner with TA to ensure all E-band and below open roles are posted competitively

## TALENT ACQUISITION

❏ Understand, champion and apply all changes to the hiring process

❏ Ensure compliance and provide guidance throughout the competitive hiring process

❏ Ensure a Diverse Slate when hiring for all US E-band+ open roles

❏ Regularly communicate with hiring managers

## HR DIRECT

❏ Respond to employee queries that can be answered directly from the updated Hiring Guidelines

❏ Share HRBP contact information with employee

❏ Inform HRBP of employee queries via email

© 2018 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

Confidential

NIKE_00013867

Sun Decl. Ex. 21, Page 7 of 10

# HRBP CHECKLIST

## PLAN

NOW-MAR 2019

❏ Review this Activation Kit and identify key moments for your business within the timeline

❏ Read the HR FAQ and familiarize yourself with the hiring philosophy and guidelines

❏ Discuss updated hiring process with your business leader(s) and TA partners (post-Mo's all-employee email) determine what is needed to activate

❏ Work with your TA Leader to build the activation plan

❏ Encourage your business leader(s) to discuss the hiring process updates during regular check-in conversations with their teams (ongoing) and, if applicable, support business leaders/managers as they facilitate team huddles

❏ Provide Readiness support and HR expertise to business leaders as needed in preparation for go-live

## ACTIVATE

MAR-MAY 2019

❏ Ensure business leaders/managers attend Manager Training (training strategy + timeline still being defined)

❏ Remind your business leader(s) to discuss hiring process updates during regular check-in conversations with their teams (ongoing) and, if applicable, support business leaders/managers as they facilitate team huddles

❏ Continue to provide HR expertise to business leaders/managers, as needed

❏ Be a champion of the new hiring process and help enforce the updates whenever possible

## SUPPORT

MAY ONWARDS 2019

❏ Review results for the businesses you support and prepare to provide recommendations and readiness support to business leaders

❏ Provide HR expertise to business leaders as they gain insight into their teams performance

© 2018 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone. | 8

NIKE_00013868

Sun Decl. Ex. 21, Page 8 of 10

# TOOLS & RESOURCES

 HR Readiness site

Use these resources for support as you work your way through the HRBP checklist (Slide 8).

 HRBP one-pager (Readiness site)

 HR Readiness Activation Kit (Readiness site)

 2 sets of FAQs for employees and HR (Readiness site)

 Senior TA leader, who will provide activation support

 Hiring Philosophy and Guidelines (Readiness site)

© 2018 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

NIKE_00013869

Sun Decl. Ex. 21, Page 9 of 10



Confidential

NIKE_00013870

Sun Decl. Ex. 21, Page 10 of 10