**EXHIBIT 598**
Shelli White
1/29/2021
Aleshia Macom - CSR



Nike, Inc. Human Resources | Total Rewards

# FY17 PSP Brochure

As part of the Nike team, all employees have an opportunity and incentive to share in Nike's success! For most employees, this incentive is linked to our Performance Sharing Plan.

## NIKE'S PERFORMANCE SHARING PLAN (PSP) IS:

> An important part of your Total Rewards package at Nike

> An annual bonus plan that allows you to share in Nike's success

> Impacted by your contributions to Nike and to your team

> Designed so that PSP awards target market median, on average, when business targets are met; greater if targets are exceeded

## PSP & TOTAL REWARDS

Here's the big picture on where PSP fits into your Total Rewards*

| | |
|---|---|
| Base Pay | Retirement Plan |
| **PSP** or other incentive programs | Medical, Dental, Vision Benefits |
| Stock Options | Life and Disability Benefits |
| Employee Stock Purchase Plan | Paid Time Off / Vacation |

*Due to geography, territory, and country differences, specific components of Total Rewards may vary

Additionally, the above list does not include all of the other great things at Nike, such as product discounts, casual work environment, global exposure, etc.

## AN INCENTIVE AND REWARD FOR PERFORMANCE

We all have a part in creating success for Nike; in turn, we should all share in the benefits of that success. When financial results are good, we have a large PSP award pool. When our financial performance falls short, we share in a smaller PSP award pool or none at all. That's why we call it "pay at risk." PSP is an opportunity, not a guarantee.

PSP is also an incentive to increase performance — for all of us. Our shareholders expect us to raise the bar from our previous year's results and so should we. It is important that we all focus on achieving or exceeding our Coaching for Excellence (CFE) goals. When we do, we'll be contributing to the success of our individual teams and to Nike.

## LINE OF SIGHT

Nike PSP provides a link between your work, your business unit results, and the financial performance of Nike. Ultimately, this gives you more control over your PSP award opportunity and more direct impact on your team's performance through focusing on your CFE goals. We call this clearer connection a "line of sight" between you and your PSP opportunity.

## PERFORMANCE TARGETS

What drives PSP? Performance! Each fiscal year, Nike sets a performance goal for the overall Nike Brand.

The primary financial measure for PSP is Earnings Before Interest & Taxes (EBIT). Most, but not all, plans use this measure.

Beyond Nike Brand performance, our geographies, some territories, and some business units are also measured against their unit's EBIT targets.

## PSP PAYOUTS

How are rewards made? We measure results against performance targets at the end of each fiscal year. The level of our achievement drives the reward pool.

Managers reward employees based on their pool and Nike's program guidelines. PSP bonuses are distributed to employees in August, and paid as a lump sum bonus, not an increase to base pay.



Confidential

NIKE_00019411

Sun Decl. Ex. 22, Page 1 of 2

## PSP TARGETS BY SALARY BAND

| Band | Total Target Share (% of fiscal year earnings) | 50% = Team Share | 50% = Discretionary Share |
|------|------|------|------|
| V, A | 5.0% | 2.5% | 0 – 2.5% or more |
| L | 10.0% | 5.0% | 0 – 5.0% or more |
| U | 15.0% | 7.5% | 0 – 7.5% or more |
| E | 20.0% | 10.0% | 0 – 10.0% or more |
| S | 30.0% | 15.0% | 0 – 15.0% or more |



**PSP & Base Pay as a Percentage of Total Cash**

V A L U E S
■ Base Pay  ■ PSP Target

*The higher your job band and level of responsibility, the greater your shared risk and potential for PSP awards.*



**GETTING TO THE AWARD**

NIKE Performance Measures → Team Performance Measures → **PSP AWARD POOL** → 50% Team Share / 50% Discretionary Share → **Your Award**

### CFE DISCRETIONARY MODIFIER GUIDELINES

| CFE Ratings | Performance Modifier* |
|------|------|
| Exceptional | 75-150% |
| Highly Successful | 50-125% |
| Successful | 25-110% |
| Inconsistent | 0-75% |
| Unsatisfactory | 0% |
| Too New to Rate | 0-110% |

## HOW PSP WORKS

1. Nike Brand Earnings Before Interest & Taxes (EBIT), along with the team measures (i.e., EBIT* ), generate a pool of money to fund PSP.

   Employees who work in global functions that report directly to the CEO and have responsibility for both Nike and Affiliates, as well as some of Nike's executives and Affiliate employees are rewarded based on Nike, Inc. EBIT, rather than Nike Brand.

2. The PSP Pool is divided into two equal portions: The Team Share and the Discretionary Share. Both shares consider your job band on May 31st (see chart at left) and your fiscal year earnings. Additionally, the Discretionary Share reflects your individual performance against your CFE goals through a CFE Modifier (see chart at left).

3. The Team Share and Discretionary Share combine into one PSP award.

*EBIT= what you're left with after you subtract expenses from revenue before the effect of interest income and expense and before paying taxes.

## WHO'S ELIGIBLE FOR PSP?

You are eligible, regardless of hours worked, if you are a regular employee (excludes temporary employees in certain countries and interns) and meet all of the following:

1. You are paid fiscal year earnings (the specific pieces of eligible pay vary by country and region); *and*

2. You receive a performance rating of Exceptional, Highly Successful, Successful, Inconsistent or Too New to Rate; *and*

3. You are employed on the last day of the fiscal year and are not terminated for violation of company rules/policies, attendance/tardiness, or performance before the payout; *and*

4. You are not participating in a sales or retail commission or bonus plan, or in any other incentive plan that replaces PSP.

**Note:** You may be eligible for PSP if you participate in another Nike incentive program for only part of the fiscal year. Also, if you transfer between PSP plans (e.g., global, geography, territory), your PSP will be based on achievements of both plans as long as you worked at least three months or 89 days in each plan.

## FOR MORE INFORMATION

Details on the specific PSP plan design and performance measures for your team will be provided by your business group. If you have any questions, please speak with your Manager or HR Business Partner. Additional information about compensation and benefits at Nike is located on the *NIKE HR Portal*.

This brochure contains an overview of the Nike Performance Sharing Plan (PSP). Because the PSP is not subject to the Employee Retirement Income Security Act (ERISA), the information in this brochure does not constitute a summary plan description. While Nike intends to offer this plan ongoing, the company reserves the right to change or terminate the PSP at any time for any reason with or without notice. Participation in the plan does not constitute a guarantee of employment.



Confidential

NIKE_00019412

Sun Decl. Ex. 22, Page 2 of 2