| | |
|---|---|
| **From:** | Wilkins, KeJuan |
| **To:** | Carreon-John, Sandra |
| **Sent:** | 4/20/2018 8:18:44 PM |
| **Subject:** | NYT answers |
| **Attachments:** | NYT responses.docx |

Please see attached. Take a read and I will call you shortly.

KeJuan



Confidential

NIKE_00019526

Sun Decl. Ex. 23, Page 1 of 8

Responses

**Q: Is Nike is in the midst of an internal investigation into various sexual harassment and discrimination complaints?**

A: First, it is important to note that the actions we are taking will make Nike better. We are committed to our core values of inclusion, respect and empowerment and we are looking into employee concerns about behavior inconsistent with those values. We do not limit the type of concerns that employees can bring to our attention.

**Q: Our reporting shows that that dozens, perhaps hundreds, of women have come forward in recent weeks, making allegations involving discrimination and harassment. Is that correct?**

A: The complaints are from women and men and cover behavior inconsistent with our core values of inclusion, respect and empowerment.

**Q: Besides the resignations of Trevor Edwards and Jayme Martin, Nike has also confirmed the departures of Antoine Andrews; Vikrant Singh, a senior brand director for basketball; Daniel Tawiah, a VP for global brand innovation; and Greg Thompson, the VP for footwear, correct?**

A: That is correct.

**Q: In our reporting, we have been told of a number of other recent or planned departures, including:**
  **-Eric Sprunk, the COO**
  **-Adam Sussman, chief digital officer**
  **-Greg Hoffman, former chief marketing officer, now vp global brand**
  **-Tinker Hatfield**
  **-Lynn Merritt**
  **Can Nike confirm their departures or planned departures?**

A: This is incorrect. There are no planned departures of the names referenced as a result of the investigation.

**Q: In our reporting, a theme that continuously comes up is that, in recent years, Nike had become a boy's club, where individuals - mostly men - who were so-called FOT's, or "Friends of Trevor," were fast-tracked for promotions and received little or no repurcussions for complaints against them made to human resources. How does Nike respond to that characterization?**

  **-In mid-March, the chief executive, Mark Parker, sent a memo alluding to behavior that did not reflect "our core values of inclusivity, respect and empowerment." Was Mr. Parker referring to**

Confidential

NIKE_00019527
Sun Decl. Ex. 23, Page 2 of 8

**the boys-club culture and the discomfort it caused for women? Can Nike elaborate on his comments?**

A: There was conduct where an insular group of high level managers, in pockets of the organization, protected each other and looked the other way. This is something Nike will not tolerate.

Mr. Parker was referring to an in / out club mentality that wasn't gender specific.

**Q: Our reporting shows that a number of high-level executives inside Nike were having sexual relationships with individuals who reported directly to them. Does Nike have a policy in place about workplace relationships and if so, was it applied to these cases?**

A: We are not aware of any incidents where a high-level executive has had a relationship with an individual reporting directly to them.

Background: We consider a high-level executive a reference to our corporate leadership team. [Clarify ELT]. We have approximately 375 VP's in a company of over 74,000 employees.

**Q; A number of individuals have said it was common for managers to attend or even lead staff outings at the end of the night at strip clubs. Was Nike aware of that behavior and were there any policies in place around it?**

A: Absolutely not. This is not a common behavior at Nike. We have become aware that over the years this has happened in isolated instances.

**Q: In our reporting, many employees spoke about a culture of alcohol use, inside and outside the workplace, where executive assistants were ordered to have beer and wine available for almost all meetings that occurred after noon, and where, in some areas of the finance department, employees did shots of alcohol and blared loud music around noon on Fridays. Can you explain Nike's culture, its approach and rules around alcohol in the workplace?**

A: There is not a culture of alcohol abuse and Nike has a no drug, no alcohol abuse policy. Like many companies, celebrations occur in the office where drinks are served.

**Q: Another theme that repeatedly emerged in our reporting involved female employees saying they could not gain a foothold in certain critical segments of Nike's business, including basketball and football, because those areas were viewed internally as "men's sports?" What does Nike say about that characterization?**

A: We have been very clear that we believe we have work to in this area and we committed to broadening representation across the company. It's also important to note that we do now, and have traditionally had women holding senior positions in these areas.

**Q: Another theme that emerged in our reporting involved females who felt that they were bullied and marginalized by senior men in meetings, that their compensation levels were below those of**

Confidential

**their male peers and that, in many cases, they left the company because they felt their careers were dead-ended. Does Nike have a response to those characterizations?**

A: We are committed to addressing of all types of harassment, discrimination or other inappropriate conduct does not occur at Nike and to increasing representation across all areas.

Our FY17 Pay Equity data shows that for every $1 earned by men, women globally earned 99.9 cents. We are focused on attracting, developing and retaining more women and people of color. For our most recent results in FY17, the overall ratio of female to male people managers was 62% male and 38% female and the overall ratio of female to male leadership/management was 71% male and 29% female, versus the total global employee ratios of 52% male and 48% female.

**Q: Among the senior female departures that have occurred in the past year are Patty Ross, Kerri Hoyt-Pack and Nikki Neuburger, correct?**

A: Yes, those individuals left the company for either retirement or to pursue other opportunities.

**Q: Our reporting shows that when Nikki Neuburger left, she wrote a fiery letter to Mr. Parker that was shared with some members of her team, in which she laid out her frustrations about management, along with allegations of discrimination and harassment. Is that accurate? When did Mr. Parker receive the letter and did he speak with Ms. Neuburger about it?**

A: Nikki did write a letter, that was thoughtful and professional. Mark took the letter very seriously.

Mark did meet with Nikki.

**Q: And we understand a number of other women, including Jill Rankin and Melanie Strong, threatened to quit, but were, in some cases, given sabbaticals and, upon their return, new jobs, reporting to different managers, is that correct?**

A: Both individuals left their existing roles and came back into new roles. In one of those instances, the individual felt they should be recognized with a more senior role, which Nike supported.

**Q: We understand the results of the informal survey that asked whether women had been discriminated or harassed and whether they believed compensation levels were unequal between male and female peers, led by Ms. Strong, was presented to Mr. Parker in February. Is that correct? What was Mr. Parker's reaction to the survey and what surprised him about the results?**

A: We do not know who led the survey, nor is that our concern. We encourage all employees to speak up and will take action where action is needed. That is the focus of our response to the survey. Ms. Strong has never presented herself as being the person who was leading any effort whatsoever.

**Q: In our reporting, about a third of the individuals we spoke to said they reported specific incidents to human resources, but that nothing seemed to happen after doing so. Does Nike believe it had a robust set of procedures to investigate complaints or issues raised with human resources?**

Confidential

NIKE_00019529

Sun Decl. Ex. 23, Page 4 of 8

A: We believed we had a set of procedures including a global alert line, an employee relations line, a HR direct line, along with a Anit harassment and discrimination policy and code of conduct. As Mark has said, we are conducting a top to bottom review of our procedures to guard against this happening in the future.

**Q: In our reporting, we were told about specific incidents that were reported to human resources including:**

**-a supervisor who threw his car keys at a female and called her a "stupid bitch." The female who reported the incident said nothing happened to the boss.**

**-A senior manager who referenced a female employee's breasts in an email to her was not terminated or suspended, but rather, given a warning.**

**-a woman reported her manager bragging about the condoms he always carried and the copies of GQ he kept on his desk, despite being told not to because of the bikini-clad women on the covers. The manager's behavior did not change, we were told. Was this manager reprimanded in any way?**

**-a woman who said she wanted to speak with human resources to discuss complaints of bullying and harassment was told to meet her H.R. representative in the Mia Hamm cafe - a very public space.**

**-When Marie Yates went to human resources to complain about boss, she said she was told that she was the problem, not her boss.**

**-When Paige Azavedo, who had complained about her manager, Daniel Tawiah, to human resources, went for her exit interview, the H.R. representative failed to show up for the meeting.**

**Is Nike aware of these complaints or incidents and does it have any comment about how these and other women were treated by human resources?**

A: As a company of over 74,000 employees it is very difficult to look up specific instances without detail and that research would take some time. In addition, in each case people need to be interviewed and credibility assessed. We will not comment on individual cases other than to note that oftentimes cases are more complicated than just listening to one side of the story. That you list only a small handful of incidents across a number of years is interesting.

Hey, I don't all the details but I just wanted to have context. You should be aware you may be talking to some disgruntled employees who may not be provided the full story.

**Q: We are told in our reporting that at least two complaints involving hostile behavior were lodged against David Ayre, the head of human resources for a number of years before his retirement last year. Can Nike confirm those complaints and explain how it handled them and what if any action was taken against Mr. Ayre?**

A: As you're aware, Mr. Ayre is no longer with the company. As I told you earlier, we're undertaking a comprehensive review of our HR systems and practices.

Confidential

We will not comment on individual cases.

**Q: Mr. Ayre reported directly to Mark Parker. What was Mr. Parker told about complaints to human resources, etc. Was he aware about the numbers of types of complaints involving top managers? And if not, why not? Does that speak to a larger issue of communication and transparency within the organization?**

A: In a Company of over 74000 employees across the world, day-to-day HR matters are not typically brought to the attention of the CEO and he would rely on his senior management teams to manage these situations. What we have discovered here was an insular group of high level managers, in pockets of the organization, protecting each other and looking the other way. I imagine the reason you were prompted to look into this is because you are seeing the actions Mark has taken when he was made aware.

**Q: In our reporting, we have spoken to six women who worked for Daniel Tawiah between 2014 and 2016. Of those, three said they reported Mr. Tawiah to human resources for badgering and belitting them or other females in meetings, sometimes to the point where the female was in tears. The women said nothing seemed to come of their complaints and, in 2017, Mr. Tawiah received a promotion to Vice President.**
**Was Mr. Parker aware of the complaints made against Mr. Tawiah? If so, why did Mr. Tawiah receive a promotion and, if not, should he have been made aware as Mr. Tawiah was given more authority?**

A:. Mr. Tawiah is no longer with the company. The CEO would not be aware of day to day HR matters and would rely on his senior management teams to manage these situations. Mr. Tawiah's position was not one that the CEO would typically engage with. We are not going to discuss the specifics of any employee situation.

**Q: In our reporting, we were told that at the 2014 Super Bowl in New York, a group of top executives were in a VIP area of the 40/40 Club late one night along with scantily clad women who were not Nike employees. Can Nike confirm, and did this violate company policy?**

A: It does not violate policy for employees to go to a sports bar.

**Q: Our reporting shows that Lee Holman's wife sent screenshots of personal messages Mr. Holman had exchanged with another Nike employee, Anoosha Foroughi, to dozens of Nike employees, and that Nike instructed employees not to open the email. Mr. Holman and Ms. Anoosha were subsequently fired. Can Nike explain why they were fired?**

A: Nike did instruct employees not to open the mail as it contained highly personal, information regarding two employees. Both employees were ultimately terminated.

**Q: Through our reporting, we understand that in the summer of 2016, when Nike decided to stop making golf equipment, employees of the division were summoned to a meeting at the Clubhouse, the nickname for one of Nike's off-campus buildings.**

Confidential

NIKE_00019531
Sun Decl. Ex. 23, Page 6 of 8

There, in a powerpoint presentation led by Daric Ashford, employees watched their names appear on slides that directed them to different rooms to meet with HR reps, a clear signal of who was getting laid off.

Did Nike typically lay off its employees in a public powerpoint? If not, why did it do so in this case?

A: Employees were directed through PowerPoint to the rooms where conversations would take place. This is absolutely not normal process. In layoff situations we make great efforts to treat employees respectfully and they are provided an appropriate severance package.

Q: Does Nike still believe it can execute on the plan laid out by Mr. Parker in 2015 to reach $50 billion in revenues by 2020?

A: As Mark mentioned in our 2017 analyst day, we are confident that Nike will pass the $50B milepost within the next 5-years.

Q: One of the primary focus of the plan was to expand its focus in the women's market, growing revenues from $5.7 billion in 2015 to $11 billion in 2020. Does Nike feel it is still on track to achieve that goal?

A: As we shared at our analyst day in 2017, we reevaluated the timing of our goals. We remain bullish on the potential of our women's business and see great momentum in the marketplace around the world.

Q: In our reporting, many women said it was ironic that Nike was making a big push into the women's market when it was so difficult for women inside the company to have their ideas heard. Does Nike believe women had a voice at the table when it came to creating, designing and marketing footwear and apparel to women?

A: Of course. You may have not historically followed Nike and may not be aware that Amy M leads our multi-billion-dollar business and has a highly diverse and talented team. Just recently Nike launched a collection of product for women designed entirely by a large female team. Having said that, we recognize that we still have opportunities to improve. You may have seen that Monique Matheson sent a note to all employees stating we need to, and are committed to doing more to increase diverse representation.

Q: Another theme that has come up in our reporting is Nike's struggle to evolve from its core culture of selling shoes and clothing to athletes to selling goods to women or more of a leisure category. Several individuals said marketing campaigns involving model Bella Hadid and singer FKA Twigs were hotly debated with even Phil Knight weighing in that he disliked the campaigns. Was that true? What are the challenges of transforming Nike as its target audience evolves?

A: Nike strives to be a creative culture where all voices are heard. One of the reasons Nike is able to deliver work that athletes and consumers love is that we obsess and debate the creation of every product and campaign.

Talk about the CDO strategy and our confidence behind it.

Confidential

NIKE_00019532

Sun Decl. Ex. 23, Page 7 of 8

Q: In our reporting, some have criticized the management style of Mr. Edwards, claiming that he and his team would often override individuals or Nike's own research in favor of their own, personal preferences about trends. Multiple employees described Mr. Edwards as an extreme micromanager, often delaying the process and causing employees to wait for his approval of even trivial items. Does Nike or Mr. Edwards have a response to this?

-In 2015, Mr. Edwards and his team was told that the head-to-toe fashion trend of teens wearing all of their favorite team from their hat to their shoes was quickly ending at retailers. But Mr. Edwards and his team disagreed and continued with the trend, resulting in clothing being discounted and, in some cases, sent back to Nike.

-Mr. Edwards had to approve all communications with consumers through its website, according to employees.

-In another instance, Mr. Edwards sent at least ten emails about a mannequin and product display in Nike's Soho store that he didn't like.

A: As you may expect, the Brand President would and should have a strong point of view on many areas of our business. I can't talk to the specifics here but it would normal for any executive accountable for brand representation to have a point of view on any major investment or project. NYC is a premier city and huge investment for the brand.

Confidential

NIKE_00019533
Sun Decl. Ex. 23, Page 8 of 8