**1. Our timeline. Are we right? And am I describing the women's business details, etc. correctly?**

**-Patty Ross departs in March. She was a vice president of global operations who had started working at Nike when she was 16 years old.**

**-Nikki Neuburger departs? Ms. Neuburger was part of the team behind the Nike+ app.**

**-Kerri Hoyt-Pack departs in early 2018, either January or February?**

**-January/February of 2018 - the off-the-books survey occurs.**

Answer: We will not comment on the timelines of employment departures.

**When and how does Mr. Parker find out about the survey?**

Answer: Mark Parker was provided the employee led survey on March 5.

2. Ms. Neuburger's letter. As I indicated, I was told by someone that the letter contained frustrations and/or concerns about leadership, harassment and discrimination. Others have indicated it was quite frank about Jayme Martin. If there is a way to provide more color/clarity around that, that would be helpful so that we are accurate.

Answer: As stated before, Nikki wrote a letter that was thoughtful and respectful. We are not going to talk about individual details of employee conversations as we want to be respectful of their privacy.

And again, Mr. Parker met with Ms. Neuburger to discuss the letter, did he try to convince her to stay, offer her a move to another area, as other women had done?

Answer: We are not going to talk about individual details of employee conversations as we want to be respectful of their privacy.

3. The survey. Does our timeframe and understanding make sense?

Again, we have been told it was initially handed out (seemed to be paper originally, perhaps to protect anonymity) to around 150 fairly senior females inside the company shortly after the holidays in January. But others said they were receiving the survey via email in late February.
Again, the questions I understand were fairly open-ended: Have you ever experienced harassment? Have you ever been discriminated against? Pay inequities. Possible inappropriate activities that happened in offsites or while traveling?

-When and how was the survey brought to Mr. Parker's attention?

Answer: To our knowledge, there was one survey which was employee led.

A packet of completed employee led surveys was delivered to our general counsel at the end of February.

Confidential

NIKE_00019546

Sun Decl. Ex. 24, Page 1 of 2

Mark Parker was provided the employee led survey on March 5.

Was this the first time Mr. Parker became aware of the circle of highly ranked individuals who were protecting each other, and that's what led to the resignations of Mr. Edwards and Mr. Martin?

Answer: In mid-February, our general counsel and head of HR became aware of concerns from the employee base about behaviors inconsistent with our values. It is at that point they began fact-finding. Mark was provided a packet of completed, employee-led surveys on March 5.

Confidential

NIKE_00019547
Sun Decl. Ex. 24, Page 2 of 2