

**Reference #150204-000876**

**Discussion Thread**
**Note (Kim Groulx)**                                                                                          03/31/2015 04:34 PM
Reviewed SAR with Dom Mara:

Advised Dom of trend within Brand that some ees are sharing regarding feeling like ees are being placed on action plans and the next steps is termination.  Will share with Dom to address this feeling.

Also advised that Danny should be coached on his communication regarding his ownership in performance management actions.  I found that Danny often indicated that the decision was being relayed to him from Schriber and Dom as opposed to him owning it himself.

Advised Dom that I can share this information with Shriber to deliver the verbal coaching recommendation to Danny.

Dom advised that he would communicate with Schriber as he is difficult to connect with.  - agreed.
**Note (Kim Groulx)**                                                                                          03/13/2015 04:42 PM
Assessment completed (see attached notes)

SR. HRBP notified via SAR and verbal conversation (Treasure Heinle)

Meeting set up with HRBP to share SAR as well (Dominic Mara) to have conversation with ee.

Sr. HRBP shared that David Schriber recently held an open meetings with L, U, E and S band employees addressing expected competencies and what competencies are needed for each role.

Shared trend within Brand that some ee are sharing regarding feeling like ees are being placed on action plans and the next steps is termination.  Will share with Dom to address this feeling.

Confidential                                                                                                                                NIKE_00023392

Sun Decl. Ex. 25, Page 1 of 16

| | |
|---|---|
| **Note (Kim Groulx)** | 02/16/2015 02:53 PM |

Meeting invite sent to ▓▓▓ and ▓▓

| | |
|---|---|
| **Note (Kim Groulx)** | 02/11/2015 04:15 PM |

Mess left with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓: 2/11/15 asking to call me back to set up a confidential meeting
Spoke with ▓▓▓▓▓▓▓▓ 2/11/15 regarding meeting to discuss confidential conversation. - Meeting invite sent for 2/17/15 @1PM.

| | |
|---|---|
| **Note (Kim Groulx)** | 02/09/2015 02:29 PM |

**From:** Heinle, Treasure
**Sent:** Monday, February 09, 2015 11:42 AM
**To:** Groulx, Kimberly
**Subject:** Re: Touchbse

Hi there that works great for me. Really appreciate your follow up.

I will be back in the office on Monday. And can do whatever you need to assist.

Also feel free to call me if you need me this week. I'll also be checking email. My mobile number is ▓▓▓▓▓▓▓

Thanks
Treasure

Sent from my iPhone

On Feb 9, 2015, at 1:14 PM, Groulx, Kimberly <Kimberly.Groulx@nike.com> wrote:

Hi Treasure,

I hope your travels are going well🙂 I thought it might be easiest if I just sent a quick note regarding the issue we were going to connect on this morning.

 My next step will be to begin an assessment to look into the allegations that Paige brought forward concerning ▓▓▓▓▓ and a "good ol' boys club". Given that Paige alleges that other employees on her team are being impacted as well, I will begin my assessment by talking with those employees first. I will work to get these completed this week. Once these are completed, I would like to circle back with you regarding findings and then we can partner on appropriate next steps. Will this approach work for you?

Thank you,

Kimberly Groulx | (d) 503.532.4734| (m) 503.720.6594
Employee Relations Manager – Americas Wholesale
NIKE, Inc.

Organization Effectiveness & HR Planning:
Organizational Capability | Organization Effectiveness |
HR Business Planning | **Employee Relations** | Employment Branding | Workforce Intelligence | HR Solutions

**From:** Heinle, Treasure
**Sent:** Sunday, February 08, 2015 3:56 PM
**To:** Groulx, Kimberly
**Subject:** Re: Touchbse

Great thanks so much.

Treasure

Sent from my iPhone

On Feb 8, 2015, at 3:48 PM, Groulx, Kimberly <Kimberly.Groulx@nike.com> wrote:

Hello Treasure – that should work.  I have a meeting but will step out to be sure we can connect.  Safe travelsJ

**From:** Heinle, Treasure
**Sent:** Sunday, February 08, 2015 8:36 AM
**To:** Groulx, Kimberly
**Subject:** Re: Touchbse

Hi there I plan to call you at 11:30 Atlanta time. 8:30 your time tomorrow during my layover. Hope that will work.

Thanks
Treasure

Sent from my iPhone

On Feb 7, 2015, at 2:23 PM, Groulx, Kimberly <Kimberly.Groulx@nike.com> wrote:

Hello Treasure,

I wanted to send a quick note in follow-up to the voicemail I left for you earlier.  I would like to connect with you on next steps with the case you and Kimbrough connected on yesterday.  Can you let me know when you may have a few minutes to connect, or feel free to reach out on my mobile: [redacted]?

Thank you,

Kimberly Groulx | (d) 503.532.4734| (m) 503.720.6594
Employee Relations Manager – Americas Wholesale
NIKE, Inc.

Organization Effectiveness & HR Planning:
Organizational Capability | Organization Effectiveness |
HR Business Planning | **Employee Relations** | Employment Branding | Workforce Intelligence | HR Solutions

---

**Note (Kim Groulx)**                                                02/08/2015 11:27 PM

**From:** Heinle, Treasure
**Sent:** Sunday, February 08, 2015 3:56 PM
**To:** Groulx, Kimberly
**Subject:** Re: Touchbse

Great thanks so much.

Treasure

Sent from my iPhone

Confidential                                                                                                     NIKE_00023394

Sun Decl. Ex. 25, Page 3 of 16

On Feb 8, 2015, at 3:48 PM, Groulx, Kimberly <Kimberly.Groulx@nike.com> wrote:

Hello Treasure – that should work.  I have a meeting but will step out to be sure we can connect.  Safe travelsJ

**From:** Heinle, Treasure
**Sent:** Sunday, February 08, 2015 8:36 AM
**To:** Groulx, Kimberly
**Subject:** Re: Touchbse

Hi there I plan to call you at 11:30 Atlanta time. 8:30 your time tomorrow during my layover. Hope that will work.

Thanks
Treasure

Sent from my iPhone

On Feb 7, 2015, at 2:23 PM, Groulx, Kimberly <Kimberly.Groulx@nike.com> wrote:

Hello Treasure,

I wanted to send a quick note in follow-up to the voicemail I left for you earlier.  I would like to connect with you on next steps with the case you and Kimbrough connected on yesterday.  Can you let me know when you may have a few minutes to connect, or feel free to reach out on my mobile: ▇▇▇▇▇▇▇?

Thank you,

Kimberly Groulx | (d) 503.532.4734| (m) 503.720.6594
Employee Relations Manager – Americas Wholesale
NIKE, Inc.

Organization Effectiveness & HR Planning:
Organizational Capability | Organization Effectiveness |
HR Business Planning | **Employee Relations** | Employment Branding | Workforce Intelligence | HR Solutions

---

**Note (Naoko Bearden)**                                                                            02/06/2015 09:55 AM
Hi Kim - Per our conversation, I am escalating this case. Thank you!

**Note (Naoko Bearden)**                                                                            02/06/2015 09:54 AM

**From:** Mara, Dominic
**Sent:** Thursday, February 05, 2015 5:49 PM
**To:** Groulx, Kimberly; Bearden, Naoko
**Subject:** Fwd: Notice

Team - Please see the note below from Paige highlighting her ext date as well as her concerns with ▇▇▇▇.

Can you confirm the allegations against ▇▇▇▇ and let me know if an assessment is necessary at this point time? ▇▇▇▇ is a new leader on the brand team and I want to make sure that he's getting the critical coaching and feedback he needs from David Schriber. Let me know.

Sent from my iPhone

Begin forwarded message:

**From:** "Azavedo, Paige" <Paige.Azavedo@nike.com>
**Date:** February 5, 2015 at 3:47:57 PM PST
**To:** "Mara, Dominic" <Dominic.Mara@nike.com>
**Subject: Notice**

I am giving my official notice of resignation with my last day of February 18, 2015. I want to make sure you know that I am hopeful ER will help to make adjustments to ▓▓▓▓▓▓'s behavior after I leave. It is critical that my team is protected after I am gone, since I will no longer be able to protect them myself. I would ask that you take this seriously as well and at least check in with the folks on my team to ensure they are in a good, healthy, and positive working environment. Let me know if you have any questions, PA


**Note (Naoko Bearden)**                                                                 02/06/2015 09:54 AM
Spoke with EE, Paige 2/5 @ 3pm ---
Adv EE that we will be looking into her concerns that were brought forward
Adv EE unfortunately we are unable to compensate her or offer a severance
Adv EE that severance packages are typically utilized when a position has been eliminated in which this case her position is not being eliminated
Adv EE that if she choose to remain in the work environment we can absolutely ensure that the concerns are address to make sure she is in a safe, healthy work environment
Adv EE that I understand that the business has continued to ask for her resignation date
Adv EE that it is safe for the business to assume in general when an EE gives their notice of resignation that it is 2 weeks
Adv EE that it is important to provide a date if she is electing to resign

EE stated that she understood and felt confident in the process that ER will look into her concerns
EE stated she wants to make sure that her team is protected and not treated unfairly
EE stated she will talk to her husband and send a note indicating her resignation


**From:** Azavedo, Paige
**Sent:** Thursday, February 05, 2015 2:46 PM
**To:** Bearden, Naoko
**Subject:** Re: Got your invite

Just saw your note, I will call you. Thanks, PA

**From:** Azavedo, Paige
**Sent:** Thursday, February 05, 2015 2:33 PM
**To:** Bearden, Naoko
**Subject:** Got your invite

3pm works fine – can you call my cell at ▓▓▓▓▓▓▓▓▓? Thanks so much, PA

-----Original Appointment-----
**From:** Azavedo, Paige
**Sent:** Thursday, February 05, 2015 2:18 PM
**To:** Bearden, Naoko
**Subject:** Accepted: Follow-up
**When:** Thursday, February 05, 2015 3:00 PM-3:30 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Paige to call Naoko ▓▓▓▓▓▓



-----Original Appointment-----
**From:** Bearden, Naoko
**Sent:** Thursday, February 05, 2015 2:01 PM

Confidential                                                                                                                    NIKE_00023396

Sun Decl. Ex. 25, Page 5 of 16

**To:** Azavedo, Paige
**Subject:** Follow-up
**When:** Thursday, February 05, 2015 3:00 PM-3:30 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Paige to call Naoko ▮▮▮▮▮▮▮▮

Hi Paige,

Is this a good time to connect?

Thank you,
Naoko

**Note (Naoko Bearden)**  02/05/2015 11:40 AM

**From:** Azavedo, Paige
**Sent:** Thursday, February 05, 2015 11:40 AM
**To:** Bearden, Naoko
**Subject:** Re: My letter as promised...

Thanks again for your attention to this situation. My biggest worry is the women on my team that I leave behind here at Nike. I hope this letter results in help for the women left behind under ▮▮▮▮▮'s thumb. I feel I should have been offered severance to be able to leave Nike with some degree of dignity rather than being forced to leave Nike without support. I believe I have been discriminated against and I have never never observed ▮▮▮▮▮ treating the men in the organization in this way. I hope something can be done to help me through this as I try to move on from this incredibly hurtful situation.

Thanks again for your help – I am resending the below because I noticed a couple of typos.
**From:** <Azavedo>, Paige Azavedo <Paige.Azavedo@nike.com>
**Date:** Wednesday, February 4, 2015 at 12:56 PM
**To:** "Bearden, Naoko" <Naoko.Bearden@nike.com>
**Subject:** My letter as promised...

Dear Naoko,

My name is Paige Azavedo and have almost 15 years of service with Nike. I started right out of college and literally chose to forego my graduation ceremony in order to start my job at Nike back in 1993 – this company and all that it stands for has played an incredibly important part of my life and is a place that I have sacrificed so much for over the years because I believe so strongly in the brand. I left the company for personal reasons at one point in time and fought to come back a number of times and finally landed back into the fold in 2007 – it was what I had dreamt about for years. As a leader in the original nike.com team, I was rated Highly successful for 3 years straight and received a Maxim award in 2009 as the "Digital Contributor of the Year".

My career trajectory was strong and sure. However, in order to gain additional career experience, I decided to leave DTC to get a better understanding of the Wholesale world digitally. Over the past 3 years, myself and my team have moved the business from a $250M business to almost $900M business by the end of this FY. I presented our digital strategy in front of the entire sales organization on a number of occasions, created account-specific strategies and presented these in front of numerous retail Presidents each year, and was asked to share best practices for Digital with all of the GM's of NA. So, it pains me to be in the situation that I now sit where I have decided I need to resign my position at Nike because I feel I have been unfairly treated, perhaps unlawfully so, targeted within the organization as a problem with no substantiation to back it up and consistently threatened with losing my job and livelihood for no business or performance-related issue.

Over the past 6-8 months in particular, I have been exposed to blatant discrimination and bullying in the workplace. This includes examples where only myself and my team were excluded from team events and product drops. I have been excluded from key strategic meetings that would enable me to do my job. I have consistently been chastised and belittled through group emails, text, and phone conversations. I have been intimidated by ▮▮▮▮▮▮▮▮▮ in particular through constant threats of losing my job, claiming I don't do anything all day, and making claims that I am a bad leader within the organization. This finally culminated in a final conversation held on January 28th with ▮▮▮▮▮▮▮▮▮ where

Confidential                                                                                                                    NIKE_00023397

Sun Decl. Ex. 25, Page 6 of 16

the abuse finally reached a point where I couldn't take it anymore and refused to be treated with such disrespect and blatant abuse. The way he treated me is not at all consistent with the way he treats the men in the organization.

Finally, I am worried for members of my team which is a key reason I am writing this letter. I feel as though I need to protect this incredible group of employees because upon my departure, they will be left with a leader who has no idea who they are, what they contribute to the org and frankly doesn't care. He has already targeted 3 additional members of the team, all women, ███████████████████████████ as team members that need to be on action plans because of their purported behavior issues, none of which has been documented, none of which has been reported and none of which has been allowed to be coached. In his words, if they don't step up, they need to go. If they suffer adverse consequences under ████, I believe it would be due to his discriminatory treatment of women.

I ask that you take this situation seriously and that you take action. This area of Nike is not how I remember it back in 1993 where everyone knew each other, everyone supported each other, everyone banded together to '*do the right thing*', our 8th Maxim. At some point, the culture in the NA digital organization has been replaced with unhealthy competition, underhanded tactics and in certain areas a truly old boys network – it makes me sad and disappointed to be on the other side of this and I don't believe this is the place that Phil Knight and Bill Bowerman intended.

Below I am sharing the last months of meetings and communications that have occurred to showcase the abuse and gender discrimination.

Summary of conversations/issues:

October 16th at 8am:
Met with ████ Schriber to express my frustration at consistently being passed over for roles within the organization. Asked for candid feedback and let him know that ████████ my prior manager, had been a major problem for me to the point where I was ready to go to HR until our team was moved onto ████████████ team, so I let it go. ████ was mean and inappropriate throughout her time as my direct line manager – she drove another colleague away from the org – ████████████ - for the same reason – she targeted myself and ████ and was exceedingly rude, condescending, and mean-spirited in 1:1 conversations and in group settings. For example, I had a budget meeting with ████ and Nick Fisher where she actually berated me in front of him for mislabeling items in the presentation and numbers not exactly physically lining up. It was embarrassing and uncalled for. She also made me turn my car around on the way to a Nordstrom meeting in Seattle because she hadn't seen the presentation, even through the account manager Michael Benesch had. Again, very demeaning and embarrassing in front of my peers, my team and one of our most important accounts. In this meeting with ████ he acknowledged that ████ is now gone from the org because of issues with her performance. We also talked about ████████'s promotion. ████ had been a peer of mine in the organization and decided to quit and move to Google in the Bay area. When ████ heard about it, he immediately asked ████ out for a beer and offered him any job he wanted – he just needed to name it. He also then immediately gave ████ the office area that had previously been promised to me even though he had no direct reports and belittled me in this meeting, saying I needed to stop worrying about silly things like offices.

October 17th at 1:30pm:
Met with ████ to provide an update on my conversation with David and how I had never received feedback within the org until then. I told him I felt a new sense of energy and readiness to really show up in in a positive way and let all of the baggage from ████████████ (as an absent boss) go. Danny appeared happy to hear it and completely supportive of my talents and great attitude.

October 20th (see attached email + text messages from ████████████████ from 1/12):
A thread went around from the extended team about an instagram video that was created by ████████████ on my team. ████ wanted to know who had seen it and none of the digital brand managers claimed to have seen it. This then went into a conversation from ████████████ about how ████ has been a problem for a long time – that she and the entire retail team – go 'rogue' on content creation. ████████ echoed the comment and added that this keeps happening over and over again and that our team has to 'honor the process'. All of this creative had gone through functional and category CR as well as Schriber's CR and only after I reminded them of that did they all backdown from these types of inflammatory statements about the people on my team. ████ never once asked me if it was true and added to the thread with comments about folks 'not going rogue'. Never once did he express that the men might not be correct on this even though they were incorrect. As a follow up, ████ sent a text on January 12th, again, claiming that ████████ is 'perceived' as going rogue, she does what she likes, she is quite arrogant with no details or specifics. She has now been targeted as someone who needs to be on an action plan with termination as a large possibility with no substantiation.

Confidential  NIKE_00023398

Sun Decl. Ex. 25, Page 7 of 16

December 2nd at 10am:
Met with ▇▇▇ about my goals for the year. He immediately began the conversation about his opportunity to participate in 'Accelerate' and how this will be his opportunity to become a VP and that Trevor Edwards himself invited him to participate. As I took him through my prepared goals, he asked me to simplify them and then proceeded to remind me that as the most senior leader in the organization, it is my responsibility to perform at a higher level than everyone else and that so far, he wasn't seeing that. He reminded me a number of times in the conversation that if things didn't change or if I didn't 'step up', he will be forced to make changes and that I would be gone, not because he wants to, but because it's what Schriber has tasked him to do. It was incredibly intimidating especially on the heels of a conversation about the President of the company hand-selecting him for a leadership program. This conversation happened the day before I left for PTO, so I was left to really contemplate the meaning behind this apparent threat.

December 3rd: I left for a pre-approved trip to India.

December 10th (See attached email):
I received an email while in India from ▇▇▇ asking if anyone had seen a particular piece of creative for a cold weather experience that my team member had promoted through an email blast. The digital category manager immediately claimed she had not seen it and that the other category managers hadn't seen it either. According to her, Ashley Luther, the process between our teams was broken. When I let ▇▇▇ know that what she was saying was untrue and that it had gone through our team CR, the RBP CR and Schriber's CR, he basically backed her up and claimed that it fell through the cracks and work shouldn't go through without the category leads approval. ▇▇▇▇▇ also got involved, but redirected the conversation to cover themselves by saying it wasn't about seeing the creative, it was about a process issue – none of which was actually true. I took the conversation offline with ▇▇▇ because I didn't want to overtly throw the other team members under the bus as they had done to my team. ▇▇▇ didn't address the issue even though these folks had lied about it and he made sure that he was clear where his allegiances were held.

December 31st (see attached email):
In this email, ▇▇▇ copy'd other team members which was embarrassing and demeaning. He ended the email with comments like 'your team really needs to step up. General feedback I keep getting is that no one actually knows what you do. We may need to spend some time going through exactly the role for each individual and cut if needed'. This conversation was inappropriate to have with other people on the thread and I attempted to respond in a professional and clear manner. To be clear, in this case, I felt targeted and felt that my job and the jobs of my team were being threatened utilizing broad statements, no specifics or details, and relying on the word of unnamed others.

January 10th (see attached email):
▇▇▇ started the conversation about ▇▇▇▇▇ and how lots of people had given extremely negative feedback on ▇▇▇ – no specifics, no details. I responded by letting him know first that ▇▇▇ is a strong digital expert and that I had been working on some things with her around communication styles through coaching. I asked for specific information that he could relay and got nothing in return except an additional note that not only is the feedback bad for ▇▇▇, but it's also negative about me. We agreed to talk the next day via phone after I sent a text message asking for specifics and information to back up this exceedingly inflammatory comment.

January 11th:
Met with ▇▇▇ over the phone and he said a few things:
1). If ▇▇▇ isn't performing, she needs to be gone. I let ▇▇▇ know that he and I had actually talked about ▇▇▇ in his first month on the job and I had expressed to him that she had development issues that I was working through – in this phone meeting, he had no recollection of that conversation. Again, up to this point, I had not received any feedback or specifics on issues – the only person who had ever complained was ▇▇▇▇▇ from RBP, who decided 2 years ago that ▇▇▇ was awful. I have had a number of conversations with ▇▇▇ regarding ▇▇▇ and unfortunately have been forced to allow ▇▇▇ to attend meetings with ▇▇▇ only if I am in the room. She is not a good judge of character, is rude and condescending and not someone to rely on – I would assume the feedback came from there, but again, ▇▇▇ hasn't provided details or examples – instead he has targeted ▇▇▇ as someone that we need to performance manage out of the org based on these comments and without my recommendation/thoughts.

2). He reiterated the claim from our December 2nd meeting that anyone not performing will not be part of the organization, including me. Of course, he made sure that I was again aware that it wasn't in his hands, that it wasn't him talking, it was Schriber's direction. This was a clear threat in this conversation – he said people will be fired… All of this was said without any documentation or confirmation of a behavior or issue… From anyone.

3). He made broad claims that there is a perception that I am hard to work with and that the team is putting together

examples now to share – I have yet to see any of this and have asked multiple times for the details. He also made sure to let me know that 'perception is impossible to change at Nike', which made me feel as though anything I said or did was really futile at best.

4). He let me know that in the OTP session, I was placed in a low potential, low performer space - he made it very clear to me that the rest of the organization didn't view me as a future leader and that if I didn't step up, it would be a problem and I would be let go.

5). He called my team a fraternity and claimed that my team dynamic is a problem – they only come to me with issues and problems – they only view me as their manager/resource, which is a problem that needs to get fixed. He made additional broad statements that people perceive this about my team and was able to turn a team that likes each other and views me as a strong leader/mentor as a bad thing. I have never observed ▇ interact with male managers under his supervision in this manner.

January 14th: (see attached text message)
Sent an ask for a follow up on the details from the RBP feedback and ▇ responded that he didn't have anything and that I just need to focus on having a team mentality which is the 'best line of defense'. Again, felt defensive as a result.

January 20th:
Still hadn't heard any feedback, so I reached out with a meeting invite to Dominic Mara asking to meet on the issue.

January 21st:
Dom declined the invite and asked me to follow up with Danny for any questions.

January 22nd:
Reached out to Danny again asking for feedback and providing an update on what I had been doing since our conversation.

January 23rd:
Danny responded with no answers.

January 28th:
Met with Danny to talk through the issues at hand and attempt to get resolution on some items. I let him know that I was incredibly uncomfortable, sad and disappointed by how things had gone so far and that there were still no specifics around my performance since the initial email on January 10th, almost 3 weeks prior.
1). I let him know that it felt bad to have broad statements made about
Hearing bad things
don't know what you do
Need to step up
Act like a fraternity
Arrogant and rude
And with zero substantiation.

2). I told him that my team was really upset when they were the only ones in the entire org that didn't receive t-shirts at the café meeting and he actually said that the reason my team didn't get t-shirts was because it was my fault – I wasn't tied into what was going on and if I had been, I would have made sure they were on the list. Said I'm not part of the inner circle or person of influence to even know what was going on and that it isn't his fault, it's mine. He told me that I needed to take responsibility for this oversight.

3). He said that if the last 2 managers were having problems with me, it's a pattern that I need to take responsibility for – it's not them, it's me. Both of those managers are now out of the org by 'force', but I am the problem in Danny's mind.

4). He spent an exorbitant amount of time reminding me again that because of my level of seniority in the organization, he has higher expectations and frankly, I'm not living up to them and not doing what needs to be done. In this same conversation, he again threatened that if I don't shape up, I will lose my job – not because of him, but because of Schriber.

5). He continued to tell me that he had only been in the role for 4 months, so anything I am talking about didn't relate to him because he was too new to even know what had happened before. He started in this role in August which is 8

months ago...

6). About 20 minutes into the conversation, ▮▮▮ made incredibly inflammatory, demeaning and unnecessary comments that Quote "You have no strategy. You sit in your little corner over there and don't come out and honestly I don't know what the fuck you do all day". He repeated this statement a number of times. This was insulting, belittling and as one of the only key women leaders in the org, I felt threatened and abused in that room. When I challenged him on it, he continued to argue that this is what he sees and what others have said. I believe he would not treat a male manager in this demeaning way.

At this point, I stood up and expressed my intent to resigned my position on this team because I felt as though based on these incredibly inappropriate, intimidating, and aggressive comments, the pattern of threats, and the lack of support with team issues across the board, I had been targeted and attacked for no reason other than my gender. I let him know that I didn't deserve this treatment and that I couldn't work in a situation where a manager threatened my job and my future career and livelihood without any backup or support. I told him I didn't feel safe and that I needed to ensure that my family was taken care of first.

What was interesting is that even after I told him I was done, he continued to berate me, pointing out the fact that I don't have a strategy, that it doesn't exist if the digital brand team doesn't know what it is, and that I am unable to manage the people on my team

That same evening, I relayed my concerns to Dominic Mara about how this conversation had gone and shared that the behavior was not OK, inappropriate and demeaning. I had reached out to Dom last week for help and he declined my meeting.

February 2nd: He invited one of my direct reports to participate in his weekly leadership staff and directed all wholesale questions and conversations to her. She had no idea why she was invited and why these senior level questions were being addressed to her – it was incredibly blatant and embarrassing. I have yet to actually officially resign, but based on this behavior, it appears that he has passed the torch to the next most senior person on my team as if I am no longer in the position. He also told his admin that I resigned and she in turn told others within the organization – again, I have yet to put my resignation in.

February 4th: Spoke with ER and relayed my concerns overall

It was never my intent to leave this organization and I feel like I have been unfairly targeted, unfairly and inappropriately treated and have no other recourse other than to leave Nike. I also believe I should be compensated for this behavior – I did not deserve what happened to me, felt as though I had no protection, and am now being force to sell my house, move my family and leave our home in order to maintain a livelihood. It's sad and defeating.

Thank you for your attention – please feel free to reach out with questions and/or clarification on any or all of the above. Please let me now if severance is possible, so I can move on.


Paige Azavedo

**Note (Naoko Bearden)**                                                                02/05/2015 11:39 AM

**From:** Bearden, Naoko
**Sent:** Thursday, February 05, 2015 11:09 AM
**To:** Azavedo, Paige
**Subject:** RE: Any updates for me?

You're welcome. Also, Thank you for sending me the emails and letter. I want to let you know we take these concerns very seriously and will be looking into the information provided.

Thank you,
Naoko

**From:** Azavedo, Paige
**Sent:** Thursday, February 05, 2015 11:04 AM

Confidential                                                                                          NIKE_00023401
                                                                                        Sun Decl. Ex. 25, Page 10 of 16

**To:** Bearden, Naoko
**Subject:** Re: Any updates for me?

That works fine – thanks Naoko,  PA

**From:** <Bearden>, Naoko <Naoko.Bearden@nike.com>
**Date:** Thursday, February 5, 2015 at 11:03 AM
**To:** Paige Azavedo <Paige.Azavedo@nike.com>
**Subject:** RE: Any updates for me?

Hi Paige,

I have a meeting set up for 12pm today and should have an update for you right after that. Will that work?

Thank you,
Naoko

**From:** Azavedo, Paige
**Sent:** Thursday, February 05, 2015 11:01 AM
**To:** Bearden, Naoko
**Subject:** Any updates for me?

Just checking in – let me know your thoughts when you get a chance.  Thanks,  PA

**Note (Naoko Bearden)**                                                                 02/05/2015 11:38 AM

-----Original Message-----
From: Mara, Dominic
Sent: Wednesday, February 04, 2015 1:55 PM
To: Groulx, Kimberly
Cc: Bearden, Naoko
Subject: Re: Paige Azavedo

Understood. When will you be comfortable sharing specifics?

Sent from my iPhone

> On Feb 4, 2015, at 3:46 PM, Groulx, Kimberly <Kimberly.Groulx@nike.com> wrote:
>
> Hi Dom - The concerns/allegations she has brought forward are related to discrimination, bullying in the workplace and other MOR violations from ▓▓▓▓  She also shared some Quality of Work concerns regarding ▓▓▓▓'s management/leadership style and communication.
>
> -----Original Message-----
> From: Mara, Dominic
> Sent: Wednesday, February 04, 2015 1:35 PM
> To: Groulx, Kimberly
> Cc: Bearden, Naoko
> Subject: Re: Paige Azavedo
>
> I'll let Danny provide context.
>
> We'll hold on the exit. We plan to proceed with a PAP if she stays with us.
>
> Can you provide details on her concerns/allegations?
>
> Sent from my iPhone

>
>> On Feb 4, 2015, at 3:10 PM, Groulx, Kimberly <Kimberly.Groulx@nike.com> wrote:
>>
>> Hi Dom,
>>
>> In Naoko's conversation with Paige this morning, several issues/concerns were shared that are concerning. I'm not sure what next steps you are considering but given what she shared, I think we need to pause on moving forward with any next steps until we can thoroughly review her concerns.
>>
>> Can you provide information concerning how she is negatively impacting the culture and environment?
>>
>> Thanks - Kim
>>
>> -----Original Message-----
>> From: Mara, Dominic
>> Sent: Wednesday, February 04, 2015 1:05 PM
>> To: Bearden, Naoko
>> Cc: Groulx, Kimberly
>> Subject: Re: Paige Azavedo
>>
>>
>> She has given her notice without an end date and she is having a significantly negative impact on the culture and environment at this point.
>>
>> I want to know what my next steps are.
>>
>> Sent from my iPhone
>>
>>> On Feb 4, 2015, at 2:58 PM, Bearden, Naoko <Naoko.Bearden@nike.com> wrote:
>>>
>>> Hi Dom  - We both are at this point. I just spoke with Paige and getting some additional information. Did you have an update?
>>>
>>> -----Original Message-----
>>> From: Mara, Dominic
>>> Sent: Wednesday, February 04, 2015 12:54 PM
>>> To: Groulx, Kimberly; Bearden, Naoko
>>> Subject: Paige Azavedo
>>>
>>> Are either of you working on a case involving or regarding Paige?
>>>
>>>
>>>
>>> Sent from my iPhone

**Note (Naoko Bearden)**                                                02/05/2015 10:42 AM

Paige Azavedo – 2/4 @ 11:30am
EE stated that ▮▮▮▮ started in role in August 2014
EE has been in role for a couple of years
EE stated that there were some queues early on around ▮▮▮▮'s leadership style
EE stated ▮▮▮▮ would constantly ask, "what are you doing?" and "I'm hearing bad things about your team"
EE stated there have been several incidents when ▮▮▮▮ would send emails where peers were copied on, saying things like, "People around here are not sure what your team does… what is your strategy?"
EE stated he doesn't even know the people's names on my team –
EE stated, it started with digs here and there in the beginning
EE stated she tried to share with him on a number of occasions what her team does and strategy but he didn't care

EE stated, It really started getting worse when she went to India in a portion in December
EE stated people on the team would lie about things that are happening or are speaking on things they are not clear and she would get an email with everyone copied on it
EE stated she would respond to the email and remove everyone and respond to just him with the information
EE felt like he was trying to make her look bad to her peers
EE stated he continued to say, there is a perception of this, therefore it is true
EE stated, it was very uncomfortable for a long period of time
EE stated he was constantly nitpicking my work instead of trying to understand the business
EE stated he was in Dallas for NA Leadership Team off-site
EE stated, he eluded to a fact that a member on my team, Cari is hard to work with
EE stated she responded to him and said she does have opportunities in communication style, she has been coaching her on her style of communication, and she is showing improvement
EE stated he then said, its not just her it's you too
EE stated ▇ said, I have been told by HR that if you or your team doesn't change that everyone will be gone
EE responded and has asked numerous times for examples and told him I don't know what you're talking about I need specifics
EE stated, I reached out to HR Partner, Dominic to connect and stated her Manager is continuing to give her negative feedback with no examples and she has been requesting specifics and he hasn't provided anything
EE stated she has concerns overall with the manner in which he provides the feedback
EE stated Dominic declined meeting request and she felt like she didn't have an HR partner
EE stated he told her to go back to ▇ to request the information
EE stated she set time up with ▇ to get examples that Dominic stated she should do
EE stated when they started talking ▇ stated, "You just sit in your little corner over there, you don't come out and I don't know what the fuck you do all day"… "You don't have a strategy and you're not a leader"
EE stated, That's when I backed my chair away and said I'm giving my notice and I have been here for 15 years and I don't deserve this, and don't deserve to be talked to like this.

EE stated she then met with Dom there after her conversation with ▇ last Wednesday
EE stated, my gut was telling me that Dom was covering his himself
EE stated, when I told Dom I had an offer on the table with another company the conversation shifted and I think it was bc he thought I was going to a competitor but once I told him it was Starbucks he said he was very happy for me and my family and he probably felt he didn't have to walk me out.
EE stated she didn't feel comfortable going to David Schriber bc he is very Senior in the organization and it is really David driving this, ▇ throws David Schribers name out there a lot
EE stated last year I didn't have a CFE, no one has reviewed me
EE stated that ▇ has made very direct threats that 2 of my EE's Kerry and Chelsea need to be on PAP and then they need to go
EE stated she believes, they do their jobs very well, and has been coaching them to improve in specific areas
EE stated that she is very concerned what is going to happen to them

EE stated this week at staff, ▇ brought in a member of her team (one of her Managers) and told everyone that everything needs to be communicated through this EE and he completely ignored her being in the room
EE stated he has told his Admin that I have resigned and she has told other people before I have even told my team
EE stated she has not put anything in writing and is trying to work out logistics and wants to bring these concerns forward

EE stated that David Schriber had an offsite/meeting for the leadership team
EE stated that Bo Jackson was present and they had a theme were their teams would wear t-shirts that say the manager's last name and then "knows" similiar to "Bo Knows" theme
EE stated, My entire team did not get a t-shirt that said "Azavedo Knows" and my team was the only team that didn't
EE stated that when she spoke to ▇ about it his response was, it's your fault, if you had been in the sphere of influence, you would have made sure your team would have gotten t-shirts

Confidential

NIKE_00023404
Sun Decl. Ex. 25, Page 13 of 16

EE stated she has text messages and emails and will be composing a letter to send to me
Adv EE I will partner with ERM, Kim and let her know next steps
Adv EE if she does not feel comfortable having a meeting by herself with ▮▮▮▮ to just pause and I will circle back with her

**Note (Naoko Bearden)**                                                                 02/05/2015 10:13 AM


-----Original Appointment-----
**From:** Azavedo, Paige
**Sent:** Wednesday, February 04, 2015 11:06 AM
**To:** Bearden, Naoko
**Subject:** Accepted: Discussion
**When:** Wednesday, February 04, 2015 11:30 AM-12:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Paige to call Naoko ▮▮▮▮


**From:** Azavedo, Paige
**Sent:** Wednesday, February 04, 2015 10:48 AM
**To:** Bearden, Naoko
**Cc:** Groulx, Kimberly
**Subject:** Re: ER person

I am available anytime today after 11:30

Sent from my iPhone

On Feb 4, 2015, at 10:36 AM, Bearden, Naoko <Naoko.Bearden@nike.com> wrote:

Hi Paige,

No problem. That was the first available I saw. Feel free to propose a new time for a call.

Thank you,
Naoko

**From:** Azavedo, Paige
**Sent:** Wednesday, February 04, 2015 10:36 AM
**To:** Bearden, Naoko
**Cc:** Groulx, Kimberly
**Subject:** Re: ER person

I saw this hit my calendar for Friday. Any chance we can do this before then? I am getting pressure from ▮▮▮▮ to have another conversation with him about my plans and I honestly don't feel comfortable being in a room with him. Let me know - I would be happy to adjust any meetings I have as necessary. Let me know. Thanks, PA

Sent from my iPhone


**From:** Azavedo, Paige
**Sent:** Tuesday, February 03, 2015 5:22 PM
**To:** Groulx, Kimberly
**Cc:** Bearden, Naoko
**Subject:** Re: ER person

Confidential                                                                                                       NIKE_00023405

Completely open to it - thanks. My calendar looks awful but obviously I can be flexible based on the situation. PA

Sent from my iPhone

**Note (Naoko Bearden)**                                                02/04/2015 12:25 PM

**From:** Groulx, Kimberly
**Sent:** Tuesday, February 03, 2015 4:55 PM
**To:** Azavedo, Paige
**Cc:** Bearden, Naoko
**Subject:** RE: ER person

Hello Paige,

  Thank you for reaching out. I am sorry to hear about your situation. You can certainly send this information my way, but I am curious if you be interested in having a conversation about what you are experiencing. If so, I would like to set up time for you to speak with myself or Naoko Bearden, copied, prior to your resignation.

Thank you,

Kimberly Groulx | (d) 503.532.4734| (m) 503.720.6594
Employee Relations Manager – Americas Wholesale
NIKE, Inc.

                             Organization Effectiveness & HR Planning:
                        Organizational Capability | Organization Effectiveness |
HR Business Planning | **Employee Relations** | Employment Branding | Workforce Intelligence | HR Solutions


**From:** Azavedo, Paige
**Sent:** Tuesday, February 03, 2015 2:28 PM
**To:** Groulx, Kimberly
**Subject:** Re: ER person

Kim – I have decided to resign my position here at Nike because of the unbearable conditions in the role I currently hold. My direct line manager, ▇▇▇▇▇▇▇▇▇▇ has been inappropriate, demeaning, threatening of my job every day, and finally last week resorted to inappropriate language and behavior that put me in a position where, after 7 years, I literally can't take it anymore. I am in the middle of drafting a letter that outlines what I have endured for the past number of months and would like to send it through to you if possible. I have yet to put my resignation date in writing officially because I wanted to be sure to have a proper conversation with ER prior to handing in the paperwork. I will have the letter out today – should I send it only to you? Let me know. Thanks, PA

**From:** <Elstad>, Kimbrough <Kimbrough.Elstad@nike.com>
**Date:** Tuesday, February 3, 2015 at 2:04 PM
**To:** Paige Azavedo <Paige.Azavedo@nike.com>
**Cc:** "Groulx, Kimberly" <Kimberly.Groulx@nike.com>
**Subject:** RE: ER person

Hi Paige, Please feel free to reach out to Kim Groulx. Kimbrough

Kimbrough Elstad |Global Employee Relations

Confidential                                                                                                                  NIKE_00023406
                                                                                                              Sun Decl. Ex. 25, Page 15 of 16

Work 503.532.6724 | Mobile 503.704.8278

**From:** Azavedo, Paige
**Sent:** Tuesday, February 03, 2015 1:59 PM
**To:** Elstad, Kimbrough
**Subject:** ER person

Can you tell me the name of our employee relations person for NA Digital Brand?  Thanks,  PA

Confidential