# INTERNAL MOVEMENT





EXHIBIT
549
Shane Walker
12/17/2020
Teresa Rider - CSR

1

Sun Decl. Ex. 26, Page 1 of 7



# INTERNAL MOVEMENT

**TOTAL REWARDS Mission:**

To create inclusive uniquely-Nike rewards that enable all employees to do their best work and share in our success

**KEY QUESTIONS:**

- As a Nike manager, what opportunities do I have to adjust the base pay of individuals on my team?

- What are the guidelines for these pay changes?

2

Sun Decl. Ex. 26, Page 2 of 7



PROMOTIONS = Movement to a higher LEVEL job (e.g. L-band Entry to L-band Intermediate is considered a promo)

VALUE Band employees:
**Guidance: 5% - 20% increase**

**Considerations**
- Limited increase in **other Total Compensation elements** in some Bands at promotion
- Increases aligned with **broad-based market**
- Larger increases sometimes needed to bring new salary to **market minimum**
- Some countries have **dramatic increases** in market pay between levels (especially at lower levels)

- Max increase when:
    - Current pay is far below new pay range
    - Differences in pay ranges between levels are very large

- Minimum of 5% increase when:
    - Current pay is well within the new pay range

3

　　　　• May be appropriate where market is moving slowly

• Moderate increase (approx 10%) when:
　　　　• No other factors exist

S, E7 & above:
**Guidance: 10% increase**

**Considerations**
• Significant increase in **other Total Compensation** elements at promotion
• Increases **aligned with executive market**
• Supports **Talent Movement** and provides **Career Progression**

3

# LATERAL MOVE GUIDELINES



**EMILY – HOW DO YOU WANT TO TALK ABOUT LATERAL INCREASES?**

LATERAL MOVES= Movement within same LEVEL job (e.g. L-band Intermediate to L-band Intermediate with a change in job code is a lateral move)

VALUE Band employees:
**Guidance: 0% - 10% increase**

- Pay reviewed to determine if adjustment is needed
- **0% - 10% increase** (only where necessary)

**Considerations**
- Review factors that determine competitive pay (external pay range, experience, internal equity)
- Job change itself should not drive decision

- Max increase (10%) when:
    - Current pay is below new pay range
    - Job change results in a higher range

- No increase required when increase when:

4

Sun Decl. Ex. 26, Page 5 of 7

- Current pay is well within the new pay range

- Moderate increase (approx 5%) when:
    - Employee is positioned towards bottom of range
    - Internal equity considerations

S, E7 & above:
**Guidance: NO INCREASE**

4



**FOR MORE INFORMATION:**

- Additional Comp Training videos

- Manager Playbook

- Talk With *me*
  - Total Rewards
  - Bands & Levels
  - Market Pay
  - Promotions
  - Lateral Moves
  - 2X Pay Review

- Web content on NIKE HR website

- For in-depth help with philosophy, guidelines, and how-to, please contact HR Direct

Please make sure that you take the time to view the other Comp Training videos that are available online.

For additional questions, you can reference the Manager Playbook and the Talk With me documents that cover a variety of comp topics.

Additional information is also available on the Nike HR website for managers and for employees.

And finally, if you find that you need more in-depth help with any other comp issues that arise, please do not hesitate to reach out to HR Direct for additional help & guidance.

Sun Decl. Ex. 26, Page 7 of 7