

# NIKE JOB ARCHITECTURE



**EXHIBIT 507**
Shane Walker
12/17/2020
Julie Walter

1

Sun Decl. Ex. 27, Page 1 of 34



Hello and welcome to the Job Architecture training.

Determining the right job code for your employees is critical since job codes drive many of the element of total rewards.

Job code drives the employee's pay range,

Job band (which is associated with job code) determines award eligibility

The job code's function or Pipeline is the starting point for our Talent Development team to determine key talent & career paths.

With all of these elements based on job codes,

it's important as a manager to understand Nike's structure and the architecture of the way that our job codes fit together as well as how to determine the right job code for your employees.

2

# JOB ARCHITECTURE



Nike's Job Architecture is driven off two elements which are consistent across the globe:

the Size of Work and Type of work.

When these come together, you get the global job code.

3

# SIZE OF WORK

4

Sun Decl. Ex. 27, Page 4 of 34

# NIKE BANDS



Our band structure at Nike creates a common framework for jobs across the company

Bands are used to determine the relative size of a job

They are a
  Method for Grouping Jobs
  Help to Differentiate Levels and Roles
  Drive Global Consistency
  Allows for Employee Growth and Development and easy transition between groups/pipelines/locations/etc.

5

Sun Decl. Ex. 27, Page 5 of 34

# NIKE LEVELS



- Executive Bands

- Senior Director
- Professional Consultant

- Director
- Expert Professional

- Manager
- Lead Professional
- Senior Professional

- Supervisor
- Intermediate Professional
- Entry Professional

- Lead Support
- Senior Support

- Intermediate Support
- Entry Support

Within our bands are levels which divide the level of work.

These levels align with the surveys that we use to determine market competitiveness.

6

Sun Decl. Ex. 27, Page 6 of 34

# NIKE LEVELS

**E7+**
**S**
**E**
**U**
**L**
**A**
**V**

- Executive Bands

- Senior Director
- Professional Consultant

- Director
- Expert Professional

- Manager
- Lead Professional
- Senior Professional

- Supervisor
- Intermediate Professional
- Entry Professional

- Lead Support
- Senior Support

- Intermediate Support
- Entry Support

Note that within levels, we have both individual contributor & manager zones.

Management levels are green on this slide, starting with L-band supervisors and progressing through our executive bands.

Make sure that you watch the module on Internal movement as it covers the basics of increasing pay when your employee moves between levels or bands.

7

# KEY LEVELING CRITERIA



Looking at our leveling criteria helps us determine the appropriate level for each job.

**Expertise:**
- Look at Functional Expertise required at that level
- Business Expertise
- Management Expertise

**Delivering Solutions:**
Problem Solving
Customer Focus – Internal & External

**Impact**
- Influence
- Accountability
- Decision Making

**Resource Management Leadership**
Project Management
Financial Management
Strategic Planning

Risk to Brand - Role in Brand Protection/ Promotion – looks at the level of risk to brand, level of consequences to Nike brand

8

Sun Decl. Ex. 27, Page 8 of 34

# TYPE OF WORK

9

Sun Decl. Ex. 27, Page 9 of 34



When you combine Bands & levels with the *type* of work, you get to specific job codes.

We have identified & divided the many types of work that is done at Nike into **20 Pipelines** = **functional division of type of work.**  Examples:
The way I like to think about this is as our catalogue of jobs.

With over **2000 jobs (2300)** we need a way of grouping jobs together.

**Our system of Pipeline, Family, Subfamilies** are very much like the **Dewey decimal system at a library.**  Help to organize our job codes

They help to narrow the thousands of job codes down into the ones that would be the **most applicable to your group, and to your team**.

10

Sun Decl. Ex. 27, Page 10 of 34



Look at Finance pipeline – You are a manager with a team of Finance Planners

Need to hire a new team member at the  Intermediate Level

what job code should you use?

Start with the Finance Pipeline

11

Sun Decl. Ex. 27, Page 11 of 34

# JOB FAMILIES



Within each pipeline is multiple job families which further divide each pipeline into similar types of work.

EX: in Finance pipeline: This is an example of some of the families within the Finance pipeline (there are 12 finance families, total)

12

Sun Decl. Ex. 27, Page 12 of 34

# JOB FAMILIES



**PIPELINE: Finance**

| FAMILY: Acct/Control | FAMILY: Audit | FAMILY: Costing |
| FAMILY: Fin Ops/ Reporting | FAMILY: Functional Gen | FAMILY: Finance Planning |

Fin Ops/ Reporting — Subfamilies:
- Finance Operations
- Finance Reporting

Functional Gen — Subfamilies:
- Brand/Affiliate
- Geo/Territory

Important to note that some families have subfamilies that further divide the type of work

13

Sun Decl. Ex. 27, Page 13 of 34



In this example, we're looking for the Finance Planning family

14

Sun Decl. Ex. 27, Page 14 of 34

# GLOBAL JOBS - EXAMPLE

## PIPELINE: Finance



Within job families there are jobs across our Nike bands

15

Sun Decl. Ex. 27, Page 15 of 34

# GLOBAL JOBS - EXAMPLE



We're looking for an L –band job

16

Sun Decl. Ex. 27, Page 16 of 34



# GLOBAL JOBS - EXAMPLE

**PIPELINE: Finance**

**FAMILY: Financial Planning**

| BAND | LEVEL | JOB |
|---|---|---|
| L | Entry Prof ⟶ | A0373 - Prof Entry: Fin Planning |
| | Inter Prof ⟶ | A0374 - Prof Inter: Fin Planning |

Within the L band, there are two individual contributor levels.  In this example, your analyst job is an Intermediate level

17

# GLOBAL JOBS - EXAMPLE

PIPELINE: Finance



The appropriate code would be A0374 and the job title would be Prof Inter: Fin Planning.

18

Sun Decl. Ex. 27, Page 18 of 34

# JOB DESCRIPTIONS

Now, what does a job description look like for this job?

19

Sun Decl. Ex. 27, Page 19 of 34

# JOB DESCRIPTIONS

JOB DESCRIPTION

COMPENSATION

At Nike, Job descriptions are meant to be the foundation for information about jobs.

Since the descriptions are global and meant to work for multiple orgs across Nike they are **intentionally very broad** and meant to cover the core accountabilities of the roles, globally.

**Compensation uses the broad descriptions to match to surveys when pricing jobs. The descriptions themselves are owned by Compensation.**

20

# JOB DESCRIPTIONS



When position specific information is added on top of the job description, this information can be used across other areas.

**Talent acquisition** adds role specific information for JOB POSTINGS.

The **Talent Management team** adds information for TALENT MOVEMENT & DEVELOPMENT CONVERSATIONS.

And in **Performance Management processes**, additional information, specific to each individual is added for CFE DEVELOPMENT & REVIEW.

21

Sun Decl. Ex. 27, Page 21 of 34

# JOB DESCRIPTIONS



Since job codes are global, the job descriptions are as well.  Each job has a job description that includes band level criteria & requirements along with Key Job Accountabilities & Key Capabilities.

Job descriptions are globally relevant and exist for all Nike jobs.

- Info in gray is standard across the company
    - Job data
    - Leveling criteria

- Info in white is  job-specific data
    - Key accountabilities
    - Job requirements

22

Sun Decl. Ex. 27, Page 22 of 34

# WHERE TO FIND JOB DESCRIPTIONS



Go to your me portal, manager tab

23

Sun Decl. Ex. 27, Page 23 of 34

# WHERE TO FIND JOB DESCRIPTIONS



On the side is a link to "Lead Team"

24

Sun Decl. Ex. 27, Page 24 of 34

# WHERE TO FIND JOB DESCRIPTIONS



Under that is a link for Job Descriptions

Sun Decl. Ex. 27, Page 25 of 34

# WHERE TO FIND JOB DESCRIPTIONS



Which will open this page

26

# WHERE TO FIND JOB DESCRIPTIONS



Then just click blue "Run Report" button

27

Sun Decl. Ex. 27, Page 27 of 34

# WHERE TO FIND JOB DESCRIPTIONS



Which takes you to the Job Descripotions tab.  Either filter to the job description that you need through Functional Area,

28

# WHERE TO FIND JOB DESCRIPTIONS



or if you know the job code, enter it here

Sun Decl. Ex. 27, Page 29 of 34

# WHERE TO FIND JOB DESCRIPTIONS



Once the code has been entered, click the "Execute" button

30

Sun Decl. Ex. 27, Page 30 of 34

# WHERE TO FIND JOB DESCRIPTIONS



And you'll get a list of jobs associated with that code.  Click the space beside the job to highlight it

31

Sun Decl. Ex. 27, Page 31 of 34

# WHERE TO FIND JOB DESCRIPTIONS



And then click View Job Description

32

Sun Decl. Ex. 27, Page 32 of 34

# WHERE TO FIND JOB DESCRIPTIONS



Your job description will show up in the window you'll have the option of dowloading or printing the PDF.

33

Sun Decl. Ex. 27, Page 33 of 34



Please make sure that you take the time to view the other Comp Training videos that are available online.

For additional questions, you can reference the Manager Playbook and the Talk With me documents that cover a variety of comp topics.

Additional information is also available on the Nike HR website for managers and for employees.

And finally, if you find that you need more in-depth help with any other comp issues that arise, please do not hesitate to reach out to HR Direct for additional help & guidance.

34

Sun Decl. Ex. 27, Page 34 of 34