

# NIKE'S PAY RANGES
## VALUES Bands



EXHIBIT
516
Shane Walker
12/17/2020
Julie Walter

1

Sun Decl. Ex. 28, Page 1 of 7



## MAXIM 0.4
# SIMPLIFY AND GO

3

Sun Decl. Ex. 28, Page 3 of 7

# WHAT'S CHANGING



FROM:
INDIVIDUAL
MARKET
ZONES

TO:
SIMPLIFIED
PAY
RANGES

MIN: 60,200    MID: 72,200    MAX: 84,300

EXAMPLE of L-band intermediate market zones midpoints.  This level is combined into to ranges with a midpoint of 72,200.  Jobs slotted into appropriate range based on market midpoint.

What's not changing

4

# NEW PAY STRUCTURES



Here is a broader look at our pay structures for V-S jobs:

The structure is built with multiple ranges per level:

Each row represents a Nike job level
Each column represents one range.  All of the highlighted boxes in the same column have the same minimum, midpoint and maximum.

This is an example of one country.  Each country will have a structure of its own that represents the local market
- One pay structure per country
- Number of ranges dependent on country-specific local market
- Global Benchmarks (common jobs in the market) were used to anchor structures and provide consistency

You might notice that there are overlaps across levels – some that span two bands…

5

Sun Decl. Ex. 28, Page 5 of 7

# WHAT'S NOT CHANGING



| MARKET COMPETITIVENES S | JOB STRUCTURE | AWARD TARGETS & ELIGIBILITY | EMPLOYEE PAY |

What's not changing:

Our Pay Ranges will still be market competitive, just as our market zones were in the past

Our Job Structure– there are not any changes to bands, levels or job codes  (For more information on structures, see architecture video) – nothing will change in the way that the ranges show up in the system

Stock, Bonus targets & eligibility will not be changing

There are not going to be any immediate changes to employee pay, although pay positioning will be reviewed against new ranges

6



**FOR MORE INFORMATION:**

- Additional Comp Training videos

- Manager Playbook

- Talk With *me*
  - Total Rewards
  - Bands & Levels
  - Market Pay
  - Promotions
  - Lateral Moves
  - 2X Pay Review

- Web content on NIKE HR website

- For in-depth help with philosophy, guidelines, and how-to, please contact HR Direct

Please make sure that you take the time to view the other Comp Training videos that are available online.

For additional questions, you can reference the Manager Playbook and the Talk With me documents that cover a variety of comp topics.

Additional information is also available on the Nike HR website for managers and for employees.

And finally, if you find that you need more in-depth help with any other comp issues that arise, please do not hesitate to reach out to HR Direct for additional help & guidance.

7

Sun Decl. Ex. 28, Page 7 of 7