# RANGE POSITIONING





**EXHIBIT
518**
**Shane Walker**
**12/17/2020**
Julie Walter

1

Sun Decl. Ex. 29, Page 1 of 10



# RANGE POSITIONING

**TOTAL REWARDS Mission:**

To create inclusive uniquely-Nike rewards that enable all employees to do their best work and share in our success

**KEY QUESTIONS:**

- How do I use the new ranges to make sure that the employees on my team are all paid competitively?

2

Sun Decl. Ex. 29, Page 2 of 10

# BASE PAY STRATEGY



**NIKE Pays Competitively Based On:**

Managers, who make and communicate pay decisions, have the greatest ability to positively impact their employees' engagement in and commitment to their work.

External Pay Range

Total Compensation =Base + Bonus + Stock for E+)

Sustained Performance

Experience & Skills (Historical Pay plays into this some as well)

Internal Peer Pay

3



The entire pay Range represents Competitive pay for a specific job.

It's important to make sure that you are using the entire range – not just the bottom half.

4

Sun Decl. Ex. 29, Page 4 of 10

# PLACEMENT IN RANGE



Blue dots represent employees who are:

• New to job

• Minimally qualified

Note that for these employees, being low in the range is STILL COMPETITIVE! Even though they are below the midpoint, this is a competitive position for the level of experience and expertise that they bring to the role. It is appropriate to pay these employees between the midpoint and the midpoint.

5

Sun Decl. Ex. 29, Page 5 of 10



Green triangles:

- Fully competent

- Several years in job

- Depending on a team's tenure, we would expect to see the majority of a team in this space.

[NOTE: you can call out that there is a bit of overlap where some of the newer employees have been hired closer to the mid than some of the more tenured.  This is not unusual based on tenure/performance of the individual compared to some of the external talent that could be entering the team]

6

Sun Decl. Ex. 29, Page 6 of 10



# PLACEMENT IN RANGE

Yellow squares:

• Unique, highly competitive skills

• Hard to fill roles

• Very-experienced

• Sustained high performers

Considerations – V&A bands move more quickly through levels – need to be hiring higher in range so that they're appropriately placed for their next role.  You might notice that there is a smaller gap between the minimums and midpoints of these levels.  This is in place to allow these employees to continue to move through the range quickly.

7

Sun Decl. Ex. 29, Page 7 of 10

# PAY CONSIDERATIONS

**EXTERNAL COMPETITIVENESS**

External Pay Range

Employee pay compared to external market

**INTERNAL EQUITY**

Internal Pay Range

Pay compared to other Nike employees in same job code

In making pay decisions, you should consider where an employee is paid relative to others within Nike as well as how they're paid compared to the external market.

Assessing **External Competitiveness**
External Pay Range
Pay range for jobs in a particular market based on external data
Assess an employee's pay position by reviewing how their pay compares to the pay range

Reviewing **Internal Equity**
Internal Pay Range – used for information purposes – not to be only data points used for pay decisions.
All employees within a specific job code (e.g. A0374 Prof Inter: Fin Planning)
Same Currency & same Market
Ranges in tool represent 10th to 90th percentile of actual employee pay

Both of these ranges are available to managers & HR in HRD

8

# WHY HIRE AT OR ABOVE THE MINIMUM?



Always hire *at least* at the minimum of the range, if not higher.

On average, market zones move by approximately the same percent as each country's merit budget annually.

This example shows an employee who was hired below the minimum of the pay range.  Even with a full merit increase, the employee is still below the minimum

2X cycles help as they allow employees lower in the market range to get back up to the minimum, however ideally, employees are higher placed in range to begin with.

For V&A band employees, who we expect to receive promotions more often, the increase required to move from minimum of Intermediate support level to within the Sr. level support can be quite high.

9



## FOR MORE INFORMATION:

- Additional Comp Training videos

- Manager Playbook

- Talk With *me*
  - Total Rewards
  - Bands & Levels
  - Market Pay
  - Promotions
  - Lateral Moves
  - 2X Pay Review

- Web content on NIKE HR website

- For in-depth help with philosophy, guidelines, and how-to, please contact HR Direct

Please make sure that you take the time to view the other Comp Training videos that are available online.

For additional questions, you can reference the Manager Playbook and the Talk With me documents that cover a variety of comp topics.

Additional information is also available on the Nike HR website for managers and for employees.

And finally, if you find that you need more in-depth help with any other comp issues that arise, please do not hesitate to reach out to HR Direct for additional help & guidance.

10

Sun Decl. Ex. 29, Page 10 of 10