| | |
|---|---|
| **From:** | HR Communications |
| **To:** | Janke, Amy |
| **Sent:** | 9/14/2017 7:00:13 PM |
| **Subject:** | HRBP Update: September 14, 2017 |



**EXHIBIT**
**514**
Shane Walker
12/17/2020
Teresa Rider - CSR

Having trouble viewing this email? View it in your browser.

## In This Issue:

*September 14, 2017*

- New U.S. Legislation Impacting Candidate Questions About Salary History

## Talent Acquisition Operations

### New U.S. legislation impacting candidate questions about salary history

*Relevance: Any employee who interviews a candidate based in the U.S. or Puerto Rico.*
*Requested Action: Awareness of new legislation that affects what employers can ask*

NIKE_00023658
Sun Decl. Ex. 30, Page 1 of 2

*candidates about their compensation histories. Help TA build awareness & drive the change with your business teams.*

This October, cities and states across the U.S. will enact new laws that improve workers' abilities to earn competitive and equitable pay in the marketplace. In the spirit of Nike's culture & values, we support these new regulations, and are proactively adopting an internal policy to ensure we remain compliant.

**What you need to know:**

**Beginning October 1, interviewers can no longer ask candidates to share their current compensation or any compensation history**. Compensation questions now fall under non-discrimination legal statutes, and violations will incur fines and/or legal action.

This new policy also means that Nike may no longer:

- Use salary as a tool to disqualify candidates, or as a screening criteria.
- Require candidates to satisfy a minimum/maximum salary for a position.
- Record salary history in our ATS or CRM systems.
- Search public records for candidates' compensation history, even if the information is readily available.

**Instead, our conversations with candidates must focus on their compensation expectations**. Since we can no longer ask candidates to provide actual compensation figures, Nike will use the candidate's salary expectations—compiled with market information—to inform and create our offers.

Talent Acquisition Operations is currently working with HR COE partners to align their processes to this new policy. Training sessions and communications are planned throughout September to ensure recruiters, hiring managers & interviewers at corporate & retail adopt to this new policy. Hiring & interviewing resources on the HR Website, DTC Zero and other key internal websites will also be updated prior to October 1.

To drive awareness & adoption of this change in the business, recruiters are prepared with talking points to include in their ongoing conversations with hiring managers. The HR Business Planning & Delivery team is also equipped with this walking deck to prepare HRBPs and Business Leadership for this policy change.

**»» Questions?** Contact Marc Caputo, recruiter & project manager.

***About HRBP Update:*** *The HRBP Update is a bi-weekly communication to business-facing HR with important HR information about current business priorities and what to expect in the future. For questions or comments, contact the HR Communications & Branding team.*



© 2017 NIKE, Inc. All rights reserved. For internal use only.

NIKE_00023659

Sun Decl. Ex. 30, Page 2 of 2