| | |
|---|---|
| Message | |
| From: | Cahill, Kelly [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A8FAE521A5584C1EB7ED481FED1B052A-CAHILL, KEL] |
| Sent: | 5/13/2016 8:47:43 PM |
| To: | Eastburn-Bonnett, Kari [kari.eastburn-bonnett@nike.com] |
| CC: | Allen, Tyler [tyler.allen@nike.com]; McGuire, Jenny [jenny.mcguire@nike.com]; Zavin, Julie [julie.zavin@nike.com] |
| Subject: | Re: Digital Brand Wholesale Manager position |

Thank you Kari.

I will want to have the job then that is currently posted, the one we promote Jenn into. It's her position and she deserves the role. I'm not looking for anyone else.

She has already applied for the position posted today. So we need to get her through the funnel as soon as possible so she can start June 1.

Here is what I need to make sure we have so I can get my org sorted as Tyler and I discussed by June 1st:

1. Current manager job posted will be awarded to Jennifer. Who can help me get her offer going and we can discuss salary?

2. Since Jenn has applied to the job, and she is who I will be hiring, can we close it on Monday?

3. We now need an additional manager job posted with the exact same description as the one Jenn will be awarded but we will recruit for and hire the best candidate - I'm interested in external candidates. The title and the org unit (my org) are the same as the one posted now by Julie.

Can you guys help me confirm we can accomplish the above? That's what Tyler and I agreed on. This has been a very confusing process.

Thank you!


KC


On May 13, 2016, at 1:14 PM, Eastburn-Bonnett, Kari <Kari.Eastburn-Bonnett@nike.com> wrote:

> Hi Kelly: I left you a voice mail and just wanted to let you know I was mistaken about being able to Talent Plan Jennifer into the U band role and you will need to post and competitively hire through TA for both U band positions.
>
> I can create a temporary U band role and subsequently close the L band role of whoever ends up being promoted. This will allow you to assess all the talent and give anyone interested an opportunity to apply which is a benefit to everyone because there may be some great talent out there you don't even know about yet!
>
> You can let the recruiter know if you have some preferred candidates and they can keep an eye open for them when they apply.
>
> Please advise on the title of the position and the title of the org unit you would like and I will request the PMC team to create the role as a mirror of position #12042438.

Thanks!

Kari E. Eastburn-Bonnett | NAHQ – Total 90 | 3203 SW 153rd Drive, Beaverton, OR 97003 | ☎ (503) 671-6008 | ✉ kari.eastburn-bonnett@nike.com  j

---

**From:** Eastburn-Bonnett, Kari
**Sent:** Friday, May 13, 2016 9:16 AM
**To:** Cahill, Kelly
**Cc:** Allen, Tyler; Jenny McGuire (Jenny.McGuire@nike.com)
**Subject:** RE: Digital Brand Wholesale Manager position

Hi Kelly: Great to chat with you this morning. Attached is a copy of your org with some additional notes on it in case they are helpful when you are planning how to move the L band employees around in your group.

I understand you will continue to work with Talent Acquisition to hire for the open U band position (#12042438) but you will do a talent planned upband of Jennifer Carey in her current position (#12049665) for the other U band role.

For Jennifer we already know the following:
1) We will be changing attributes of the role from L band in jc A1060 to a U band in jc A1064
2) Start date will be 06/06/16
3) You will continue to be her manager

The pieces we need to confirm are:
1) Will her new title be ".COM BRAND MANAGER"?
2) If she will be a Manager vs Individual Contributor we need a title for her Org Unit (yours is titled "NA DIG BRAND DIRECTOR", the open U band position's is titled "RBP EASTBAY")
3) Salary for the new role.  I'm not sure if you had Tyler had already discussed this or not but below is some detail in case you have not already determined and need him and Jenny to provide a POV
   - Current salary is $66,950 and range for the role is 91/111/132
   - Guidelines for a band promotion are generally capped at 20%
   - In this case getting her to min would be +36% landing her at $91,000
   - Reminder that merit will factor into her compensation starting 08/16

Your next steps would be:
1) Determine salary, title and org unit name
2) Have the conversation with her and confirm her acceptance
3) Send me an e-mail to let me know she accepted and the salary, title, org unit name

Please don't hesitate to let me know if you still have questions – it's not as scary as it sometimes feels ;)

Confidential

NIKE_00028011

Sun Decl. Ex. 41, Page 2 of 12

Kari E. Eastburn-Bonnett | NAHQ – Total 90 | 3203 SW 153rd Drive, Beaverton, OR 97003 | ☎ (503) 671-6008 | ✉ kari.eastburn-bonnett@nike.com  j

---

**From:** Eastburn-Bonnett, Kari
**Sent:** Friday, May 13, 2016 7:52 AM
**To:** Cahill, Kelly
**Cc:** Allen, Tyler; Jenny McGuire (Jenny.McGuire@nike.com)
**Subject:** RE: Digital Brand Wholesale Manager position

Hi Kelly:   Perhaps I missed a communication at some point –Jennifer Creswell does not appear to be a current employee so I am guessing she is your external candidate.

The e-mail from Jenny on Monday advised that you were going to post position #12042438 with TA and look for two U band candidates – one for that position and one to be upbanded in-role.   If Jennifer is external she would be hired into vacant position #12042438 by TA and once the internal candidate from your team was identified we would convert that role from an L to U band position, create an org unit for them and move the L band directs as appropriate.

If Jennifer Creswell is actually Jennifer Carey (ee#282634 who is currently reporting to you) we would submit a request to change the job code and banding with a future date to coincide with the start date.   Start dates for new roles are generally Monday making that date 06/06/16.

Please let me know if one of these scenarios fits what you are talking about as you will want to make sure TA has each candidate setup to go into the correct position number.

<image001.png>

Kari E. Eastburn-Bonnett | NAHQ – Total 90 | 3203 SW 153rd Drive, Beaverton, OR 97003 | ☎ (503) 671-6008 | ✉ kari.eastburn-bonnett@nike.com  j

---

**From:** Cahill, Kelly
**Sent:** Friday, May 13, 2016 5:51 AM
**To:** Eastburn-Bonnett, Kari
**Cc:** Allen, Tyler
**Subject:** Re: Digital Brand Wholesale Manager position

I think we are good on job posting. Can you let me know where w me stand with Jennifer Creswell and changing her banding to a U for the second manager position?

I'd like to get an offer to her so she can start June 1. Thanks!

KC


On May 11, 2016, at 8:10 AM, Eastburn-Bonnett, Kari <Kari.Eastburn-Bonnett@nike.com> wrote:

*Hi Kelly: I'm not sure what Talent Acquisition's specific timeline is but they are always very responsive and quick to get jobs up. Julie can help you get the posting up with the new requisition number. Happy Hiring!*

Kari E. Eastburn-Bonnett | NAHQ – Total 90 | 3203 SW 153rd Drive, Beaverton, OR 97003 | ☏ (503) 671-6008 | ✉ kari.eastburn-bonnett@nike.com  j

---

**From:** Cahill, Kelly
**Sent:** Tuesday, May 10, 2016 3:39 PM
**To:** Eastburn-Bonnett, Kari; Zavin, Julie
**Subject:** Re: Digital Brand Wholesale Manager position

Great!
Do you know when we can get the job posted? I would love to get the person who we are promoting in the system and then an official offer out to her. I'd also like to start recruiting for the second manager position.

Thanks!

Kelly Cahill
Nike | Nike.com Brand Marketing Director, NA
c: 425.503.3595 | o: 503.671.4631

---

**From:** "Eastburn-Bonnett, Kari" <Kari.Eastburn-Bonnett@nike.com>
**Date:** Friday, May 6, 2016 at 1:25 PM
**To:** "Zavin, Julie" <Julie.Zavin@nike.com>
**Cc:** "Cahill, Kelly" <Kelly.Cahill@nike.com>
**Subject:** RE: Digital Brand Wholesale Manager position

<image001.png>

Kari E. Eastburn-Bonnett | NAHQ – Total 90 | 3203 SW 153rd Drive, Beaverton, OR 97003 | ☏ (503) 671-6008 | ✉ kari.eastburn-bonnett@nike.com  j

---

**From:** Zavin, Julie
**Sent:** Thursday, May 05, 2016 11:44 AM
**To:** Eastburn-Bonnett, Kari
**Cc:** Cahill, Kelly
**Subject:** Re: Digital Brand Wholesale Manager position

Great – just saw a notice the req was canceled (old one) so they are working on it!

NIKE, Inc. | Julie Zavin |Talent Acquisition Manager   Brand Marketing, Communications, Sports Marketing, Nike+ C:  971-409-0905 |

<image002.png>   <image003.png>   <image004.png>

**From:** "Eastburn-Bonnett, Kari" <Kari.Eastburn-Bonnett@nike.com>
**Date:** Thursday, May 5, 2016 at 8:06 AM
**To:** Julie Zavin <julie.zavin@nike.com>
**Cc:** "Cahill, Kelly" <Kelly.Cahill@nike.com>
**Subject:** RE: Digital Brand Wholesale Manager position

I have forwarded a request to create a new requisition # to HRD to be passed to the PMC team and will let you know when they do that.   Thanks!

Kari E. Eastburn-Bonnett| NAHQ – Total 90 | 3203 SW 153rd Drive, Beaverton, OR 97003 | ☎ (503) 671-6008 | ✉  kari.eastburn-bonnett@nike.com  j

---

**From:** Zavin, Julie
**Sent:** Tuesday, May 03, 2016 3:23 PM
**To:** Eastburn-Bonnett, Kari
**Cc:** Cahill, Kelly
**Subject:** Re: Digital Brand Wholesale Manager position

We did so need new req #:)

Sent from my iPhone

On May 3, 2016, at 3:21 PM, Eastburn-Bonnett, Kari <Kari.Eastburn-Bonnett@nike.com> wrote:

> HRD has keyed the move - you can use the original requisition # as long as you didn't previously post with it.   Thanks!
>
> Kari E. Eastburn-Bonnett| NAHQ – Total 90 | 3203 SW 153rd Drive, Beaverton, OR 97003 | ☎ (503) 671-6008 | ✉  kari.eastburn-bonnett@nike.com  j
>
> ---
>
> **From:** Zavin, Julie
> **Sent:** Monday, May 02, 2016 10:18 AM
> **To:** Cahill, Kelly
> **Cc:** Eastburn-Bonnett, Kari
> **Subject:** Re: Digital Brand Wholesale Manager position
>
> Excellent – I can't post until it is updated so as soon as I hear back from you or Kari that it has been updated I will do so. Do you have a new JD for the U band role?  We will need that to post as well.
>
> Thanks !
>
> NIKE, Inc. | Julie Zavin |Talent Acquisition Manager   Brand Marketing, Communications, Sports Marketing, Nike+ C:  971-409-0905 |
>
> <image001.png>  <image002.png>  <image003.png>

Confidential

**From:** "Cahill, Kelly" <Kelly.Cahill@nike.com>
**Date:** Monday, May 2, 2016 at 10:15 AM
**To:** Julie Zavin <julie.zavin@nike.com>, Rebecca Tompkins <Rebecca.Tompkins@nike.com>
**Cc:** "Badon, Cindy (ETW - FLEX Resource)" <Cindy.Badon@nike.com>, "Eastburn-Bonnett, Kari" <Kari.Eastburn-Bonnett@nike.com>
**Subject:** Re: Digital Brand Wholesale Manager position

Hi Julie,
My HR team is actually doing this already, but I do need to post the job in order to get the external candidate I want rolling – we can't hire until June first, but I do need to get the process started. I have copied Kari on this email who is helping.

Thanks!

Kelly Cahill
Nike | Nike.com Brand Marketing Director, NA
c: 425.503.3595 |  o: 503.671.4631


**From:** "Zavin, Julie" <Julie.Zavin@nike.com>
**Date:** Thursday, April 28, 2016 at 7:25 PM
**To:** "Tompkins, Rebecca" <Rebecca.Tompkins@nike.com>
**Cc:** "Cahill, Kelly" <Kelly.Cahill@nike.com>, "Badon, Cindy (ETW - FLEX Resource)" <Cindy.Badon@nike.com>
**Subject:** Re: Digital Brand Wholesale Manager position

Kelly- you (or your asst) will need to call he direct at 32-3402 and ask to speak to the PMC team to get the previous role changed to a U band - they will actually need to open a new role.  Once you receive the email letting us know that has been done we can post.

Julie

Sent from my iPhone

On Apr 28, 2016, at 6:06 PM, Tompkins, Rebecca <Rebecca.Tompkins@nike.com> wrote:

> Hi Kelly,
> Julie can help you with this. I've cc'd her here.
> Thanks!
>
> On Apr 28, 2016, at 8:53 PM, Cahill, Kelly <Kelly.Cahill@nike.com> wrote:
>
>> Hi ladies!
>> As you know, we decided to not go the route of hiring a director for the wholesale role, but instead hire a manager. I need your help in posting this position and getting us some good talent!

Confidential

The job description is attached and if you want to talk through it tomorrow, I am available at 2pm.

Thanks!

Kelly Cahill
Nike | Nike.com Brand Marketing
Director, NA
c: 425.503.3595 |  o: 503.671.4631

---

**From:** "Tompkins, Rebecca" <Rebecca.Tompkins@nike.com>
**Date:** Friday, April 8, 2016 at 12:36 PM
**To:** "Cahill, Kelly" <Kelly.Cahill@nike.com>
**Cc:** "Badon, Cindy (ETW - FLEX Resource)" <Cindy.Badon@nike.com>
**Subject:** RE: Digital Wholesale Director role (00261213)

One more thing – I'm not seeing Malia Ross in outlook – does she go by a different last name?

---

**From:** Cahill, Kelly
**Sent:** Thursday, April 07, 2016 5:30 PM
**To:** Zavin, Julie
**Cc:** Tompkins, Rebecca
**Subject:** Re: Digital Wholesale Director role (00261213)

Thanks Julie and Rebecca! We would like the following people to be in the interview (preferably next Friday):

-Me
-Danny Tawiah
-Tom Kelley
-Michone Stevenson
-Malia Ross

Thank you!

Kelly Cahill
Nike | Nike.com Brand Marketing
Director, NA
c: 425.503.3595 |  o: 503.671.4631

Confidential

NIKE_00028016

Sun Decl. Ex. 41, Page 7 of 12

**From:** "Zavin, Julie"
<Julie.Zavin@nike.com>
**Date:** Wednesday, April 6, 2016 at 3:50 PM
**To:** "Cahill, Kelly"
<Kelly.Cahill@nike.com>
**Cc:** "Tompkins, Rebecca"
<Rebecca.Tompkins@nike.com>
**Subject:** Re: Digital Wholesale Director role (00261213)

Kelly,

I am heading out on PTO starting tomorrow AM through next Friday. My colleague, Rebecca, cced here can work to get those panel interviews set up in my absence.

We will need a list of people you want to speak with the candidates and then our coordinator will work on getting them scheduled.

Thx.

Julie
NIKE, Inc. | Julie Zavin |Talent Acquisition Manager | Brand Marketing, Communications, Sports Marketing, Nike+|C: 971-409-0905
  <image001.png> <image002.png> < image003.png>

**From:** "Cahill, Kelly"
<Kelly.Cahill@nike.com>
**Date:** Wednesday, April 6, 2016 at 9:18 AM
**To:** Julie Zavin <julie.zavin@nike.com>
**Subject:** Re: Digital Wholesale Director role (00261213)

Hi Julie -
The plan now is to set up interviews for late next week with Molly Cleveland, Troy Fuhrer (just applied) and Cassandra as we feel Troy is actually the perfect fit. Do you help us in setting these interviews up? I have some folks I would like to join and I have the interview method I would like to sue. Let me know. Thanks!

Kelly Cahill

Confidential

NIKE_00028017
Sun Decl. Ex. 41, Page 8 of 12

Nike | Nike.com Brand Marketing
Director, NA
c: 425.503.3595 |  o: 503.671.4631

---

**From:** "Zavin, Julie" <Julie.Zavin@nike.com>
**Date:** Thursday, March 31, 2016 at 1:43 PM
**To:** "Cahill, Kelly" <Kelly.Cahill@nike.com>
**Subject:** Re: Digital Wholesale Director role (00261213)

Thanks for the update, Kelly.  I will check this afternoon and get you the latest from the posting.
NIKE, Inc. | Julie Zavin |Talent Acquisition Manager | Brand Marketing, Communications, Sports Marketing, Nike+|C:  971-409-0905
  <image001.png>  <image002.png>  < image003.png>

---

**From:** "Cahill, Kelly" <Kelly.Cahill@nike.com>
**Date:** Wednesday, March 30, 2016 at 11:28 AM
**To:** Julie Zavin <julie.zavin@nike.com>
**Subject:** Re: Digital Wholesale Director role (00261213)

Hi Julie – any more applicants? We are still looking. Molly is in the mix, but Danny wants to see some other folks. Thanks!

Kelly Cahill
Nike | Nike.com Brand Marketing
Director, NA
c: 425.503.3595 |  o: 503.671.4631

---

**From:** "Zavin, Julie" <Julie.Zavin@nike.com>
**Date:** Monday, March 7, 2016 at 9:35 PM
**To:** "Cahill, Kelly" <kelly.cahill@nike.com>
**Subject:** Re: Digital Wholesale Director role (00261213)

HI Kelly,

Confidential

NIKE_00028018
Sun Decl. Ex. 41, Page 9 of 12

7 applicants so far. Molly Cleveland has applied –resume attached. Feel free to have an informational meeting with her. You can do that with any internal candidates. There are two other internals that applied – neither as good as Molly – didn't include one resume, but did include Cassandra's for your review. Including Ben's resume b/c Google and digital – again not as good as Molly's.

Kimberly has not applied.

Julie
NIKE, Inc. | Julie Zavin |Talent Acquisition Manager | Brand Marketing, Communications, Sports Marketing, Nike+|C: 971-409-0905
  <image001.png>  <image002.png>  <image003.png>

---

**From:** "Cahill, Kelly" <Kelly.Cahill@nike.com>
**Date:** Monday, March 7, 2016 at 12:52 PM
**To:** Julie Zavin <julie.zavin@nike.com>
**Subject:** Re: Digital Wholesale Director role (00261213)

Hi Julie -
Any additional resumes? I've worked with Jon before and he wouldn't be the right fit for this role.

I have had a few recommendations from Cindy King: Molly Cleveland and Kimberly Turner – any applications from them? Molly has reached out to me, but want to make sure I'm following protocol.

Thanks!

Kelly Cahill
Nike | Nike.com Brand Marketing
Director, NA
c: 425.503.3595 |  o: 503.671.4631

---

**From:** "Zavin, Julie" <Julie.Zavin@nike.com>
**Date:** Monday, February 29, 2016 at 11:25 AM
**To:** "Cahill, Kelly"

<kelly.cahill@nike.com>
**Subject:** FW: Digital Wholesale Director role (00261213)

Hi Kelly,

Good talking to you – just received this and it seems he has the right experience already being in digital brand. Thoughts?
NIKE, Inc. | Julie Zavin |Talent Acquisition Manager | Brand Marketing, Communications, Sports Marketing, Nike+|C: 971-409-0905
 <image001.png> <image002.png> < image003.png>

---

**From:** "Hurwitz, Jon" <Jon.Hurwitz@nike.com>
**Date:** Monday, February 29, 2016 at 11:12 AM
**To:** Julie Zavin <julie.zavin@nike.com>
**Subject:** Digital Wholesale Director role (00261213)

Julie -

I hope your day is going well!

I'm writing to see if you might have a few minutes to discuss the Digital Wholesale Director role? I am potentially interested.

I am attaching my resume for your reference.

Thanks!


Jon



--

Jon Hurwitz
Global Brand Director, Digital – Men's Training
Nike

m: 917.226.5262
e: jon.hurwitz@nike.com

http://www.nike.com/training

<image001.png>

Confidential

<image002.png>

<image003.png>

<Digital Wholesale Manager Job Description.docx>

Confidential                                                                                                          NIKE_00028021
Sun Decl. Ex. 41, Page 12 of 12