# Performance Rewards: HRBP FAQs



**EXHIBIT 529**
Shane Walker
12/18/2020
Teresa Rider - CSR

## PROGRAM-WIDE

1. Do HRBPs have visibility to Program dates and ability to preview 'center-led' communications?

   a. Yes. HRBPs will receive a preview of the communications to managers, at least one day before sending. As we approach Merit, PSP, and Stock award phases of Performance Rewards, more communication visibility will be provided. Specific attention will be given to the "system open" and "system close" communications to allow HRBPs to finalize business specific guidance that they/their leaders wish to share.

   Note: Biweekly Performance Rewards communications are provided in the *HRBP Update*. It is important to read these communications to gain an understanding of what is coming next, what resources are available, and what actions are needed.

2. The Performance Rewards calendar notes that May 18 is the deadline for making system changes to employee and position information. Is system data frozen as of May 31?

   a. The data managers see when making Performance Rewards decisions is current as of May 31. This means that any organizational details such as reports to, job, band, etc. is as of May 31. Only base salary will be dynamic (changes made after May 31 will be reflected), to ensure that any merit award is calculated against the employee's current rate of pay.

3. If an employee moves to a new manager after May 31, will the previous manager be responsible to enter CFE and Reward information?

   a. Yes, the previous manager will have access to make Performance Rewards updates and will be responsible to make these updates. Once the Performance Rewards process is complete, the new manager will have the ability and responsibility to generate the Personal Pay Statement (PPS) and communicate the awards. It is critical that the two managers discuss performance, award decisions and communication to the employee.



Confidential

4. What is the plan for manager training?

   a. Near the beginning of the Merit and PSP award system open and during the first week, WebEx and/or instructor-led training sessions will be offered at each of the Geographic Headquarters (Shanghai, Hilversum, and Beaverton). GEO HRBPs should partner with their Compensation team to determine local training needs. The Compensation team is available to provide Train-the-Trainer sessions as needed. Global training materials will be available for use in training sessions, on the HR website, and at NikeU. A recorded WebEx session will be posted on NikeU for those managers who were unable to attend.

## CFE COLLECTION

1. Are approvals needed for CFE ratings?

   a. No, the system does not require "manager + 1" approval for CFE ratings. Once the system is closed to CFE rating input, managers should use the CFE ratings corrections process to change a rating. After July 15th, any CFE rating corrections must be made via the Corrected Personal Pay Statement (CPPS) process to ensure we capture both the ratings correction and any possible award changes.

2. Can ratings be updated and adjusted throughout the CFE Rating update period?

   a. Yes. The system will require managers to save ratings before exiting; however, managers will be able to make changes within the system through May 27.

## AWARDS - ALL

1. From what structure will Merit, PSP, and Stock budgets be determined?

   a. All budgets are calculated according to the "reports to" structure. Cost Center, Pipeline, and virtual team views are not provided.



Page 2

Confidential

2. Are approvals needed for award recommendations in the system?

    a. Yes, the system requires "manager + 1" approvals for Merit and PSP awards. Stock will be managed by each Business Sr. Leader in partnership with the Sr. HRBP. Additional approvals by Senior Leadership and the Board of Directors (for Stock) will be required before awards are finalized or activated.

3. The system closes June 24 for Merit and PSP awards. Will there be a separate closure date for HR to review and make changes?

    a. The system will be open an additional two weeks for limited HR roles, closing EOD July 13.

4. Will there be an approval process for award recommendations with David Ayre & Mark Parker, similar to the 2X Pay process?

    a. Yes. For Stock awards, recommendations submitted via the collection spreadsheet (due July 1) will be summarized and presented to Mark, David, and ultimately, the Board of Directors. For Merit and PSP awards, David will be provided a preliminary review during the process; with a final rollup once the entire process is complete. Similar to 2X Pay, each business can continue reviewing during the final week and make changes to the previously entered recommendations.

5. Is pooling going to be an option in the way it was in the past?

    a. Merit and PSP pooling is no longer needed. Managers will be able to see their budgets directly in the system without having to create pooling groups. Managers with multiple organizations will be able to choose what organization to view, which also provides visibility to the corresponding budget.

    *Note: Managers will not see themselves.*



Confidential

NIKE_00030247

Sun Decl. Ex. 43, Page 3 of 6

# STOCK OPTION AWARDS

1. Will <u>all</u> managers with Stock eligible employees have the ability to view and update Stock awards?

    a. No. Similar to last year, Sr. Leaders and their HRBP will receive a stock collection template for capturing awards for eligible employees within the leader's "reports to" structure. The Sr. Leader will decide on how to collect awards within his/her organization.

2. Can Senior Business Leaders "hold back" stock in the spreadsheet?

    a. Yes, similar to past years, the "hold back" ability feature is available within the stock collection spreadsheet.

3. Are managers able to exceed stock budget amounts, or is there absolutely no flexibility?

    a. The program requires that budgets NOT be exceeded at the highest levels of the respective organizations. The Compensation COE will audit and partner with business leaders to adjust Stock Option awards if they are over budget.

4. If an employee starts a new position on June 1 and the position is Stock Eligible, can Stock Options be awarded to this employee?

    a. No. Only employees who are eligible for stock as of May 31 are able to receive a Stock Option award.



Confidential

NIKE_00030248

Sun Decl. Ex. 43, Page 4 of 6

## MERIT & PSP AWARDS

1. Can managers combine promotional increases with Merit awards?

   a. It is NOT recommended to combine a promotional increase with a Merit award. They are two separate things and should occur separately. The reasons are:
      - When combined, awards are not tracked separately, leading to anomalies in the employee's history and various reports.
      - The purpose of each award gets diluted. A **Promotional increase** is used to recognize increased accountabilities for the employee's <u>new role</u>; a **Merit award** is used to recognize and reward <u>past performance</u>.
      - The cost center Merit budget will include merit for the employee who has received the combined award. This inflates the available budget for the manager, giving them additional financial resources to spend on rewards that are not available to all.

2. Are merit awards pro-rated based upon employee's hire date during the FY?
   a. No, there is no pro-ration of merit within the global system. Managers should take into account performance, time in position if new to Nike, current pay, and merit guidelines to determine an appropriate award for their employees.

3. Do managers need to input a PSP discretionary modifier for a termed employee?

   a. Yes. If an employee is eligible for PSP, then a manager will need to input the modifier. Remember, PSP is an award linked to the employee's prior Fiscal Year performance. Managers should follow the PSP modifier guidelines when awarding termed employees.

4. What is the definition of fiscal year earnings for purposes of calculating PSP?

   a. For NIKE employees on the U.S. payroll, Fiscal Year Earnings include base salary, overtime pay, shift differential, promotional and merit increases, or lump sums. FY earnings do *not* include one-time payments such as Milestone Awards, signing bonuses, relocation bonuses, PSP or other incentive plan payouts. Fiscal year earnings also do not include any payments made by NIKE's Short or Long-Term Disability plans. The definition is intended to be globally consistent; however, there may be some legal requirements or market practices that differ in some countries.  Contact HR Direct for details.

## PERSONAL PAY STATEMENTS



Confidential

NIKE_00030249

Sun Decl. Ex. 43, Page 5 of 6

1.  Are there any exceptions to access Pay Statements for transferees or executives?

    a.  Pay Statements will be driven by the SAP reports-to structure. The transferee's host manager will have access to the Pay Statement. All employees in bands E7 and below (non-Section 16 Officers) will have pay statements available through the *me* Portal. In some locations, there are additional requirements for communicating changes in compensation. Your HR Direct partners will communicate with the local HR Teams to ensure everyone is aware of any additional requirements.



Page 6

Confidential

NIKE_00030250

Sun Decl. Ex. 43, Page 6 of 6