10/30/2020                                                    Managing Base Pay

████████████████████████████████████████████████████████████

Home > Menu for: Manager Playbook > Total Rewards > Managing Base Pay

**Banner Text Line2 (H1):**
Managing Base Pay
**Banner Text Line1 (H4):**
Manager Playbook

# PHILOSOPHY

Rewarding employees for sustained high performance, potential and market competitiveness is part of our talent strategy. Regarding base pay, there are triggering events: Annual Merit and Job Changes.

# ROLE OF MANAGER

Managers should make compensation decisions and initiate changes with appropriate approvals and within wage base budgets and program guidelines.

# MANAGER ACTIVITIES*

### Assessing the Need for Increases for Lateral Moves

- As a general rule, when employees move to jobs of the same level (as defined by NIKE's job banding and leveling criteria), no increases are given - see "Lateral Move Increase Considerations" document to the right
- At S band and above, there are no increases given
- At E band and below, increases are given only when necessary, based on: market zone, experience, or internal equity; no increase is appropriate if these factors show pay is already competitive

### Planning Promotional Increases

Promotional increases are those given for movement to a higher-level job (as defined by NIKE's job banding and leveling criteria). These increases should happen at the same time an employee moves into the higher-level job. Plan in advance to get the proper approvals; the system cannot process retroactive pay adjustments.

### Delivering Annual Merit Increases

We deliver Merit Increases to Base Pay through the Performance Rewards process, which are effective in August.

*Managers should check with local HR resources to ensure they are compliant with local processes, policies and legal requirements. This document will be updated on a continuous basis to link to supporting resources as they become available.*

**Display in categories:**
Manager Playbook [1]

© 2020 NIKE, Inc. All Rights Reserved.                    Website Help      Contact HR

**Links**
[1] https://nikehr.nike.com/?q=taxonomy/site-categories/manager-playbook

**EXHIBIT**
**668**
**Shine Thomas**
**3/26/2021**
**Aleshia Macom - CSR**

Confidential                                                      NIKE_00030684

Sun Decl. Ex. 44, Page 1 of 2

10/30/2020                                           Managing Base Pay

Confidential                                                            NIKE_00030685

Sun Decl. Ex. 44, Page 2 of 2