10/30/2020                                                              Base Pay

Home > Base Pay

# UNPUBLISHED
## OVERVIEW

NIKE, Inc. strives to provide competitive base pay, excellent benefits, and an exceptional environment that combine to make a premium rewards package, and NIKE's unique value to employees comes from the whole package, not just a single element.

## HOW IT WORKS

The basic compensation received for regular everyday work is known as base pay. At NIKE, base pay has two forms: hourly and salaried.

- Base pay for hourly employees, known as "non-exempt" pay, is paid for all hours worked in a given pay period. Total pay in a pay period can vary based on the hours worked. Please see "Shift and Overtime [1]" to learn more about NIKE's policy on overtime pay for non-exempt employees working over 40 hours in one workweek.

- Base pay for salaried employees, known as "exempt" pay, is the rate paid for each pay period regardless of the number of hours worked.

Managers determine base salaries by considering the experience and sustained performance of the employee while also recognizing pay levels in the external market.

Although employees' backgrounds vary widely, each should be paid within the portion of the market zone* that reflects their level of experience and performance. Employees with less experience and lower performance will generally be lower in NIKE's relevant market zone for that job, while employees with more experience and/or higher sustained performance in that job will generally be paid higher (at or above the median**) in the market zone.

As part of NIKE's base pay management philosophy, we also consider internal equity when determining a competitive base salary.

## BEGINNING A NEW JOB

Regardless of whether employees are new to NIKE or current employees moving into a new role, they will be offered a competitive base salary.

Managers consider the following factors when making an offer:

- External market zone for the job
- Internal peer base salaries
- Relevant work experience, education and skills
- Total rewards package
- Historical salary progression
- Business financial conditions
- Past NIKE job performance (for internal employees changing jobs)



**EXHIBIT 674**
Shine Thomas
3/26/2021
Aleshia Macom - CSR

https://nikehr.nike.com/?q=print/16508/revisions/9978/view                                    1/2

Confidential                                        NIKE_00030825

Sun Decl. Ex. 45, Page 1 of 2

10/30/2020                                                    Base Pay

This process is applicable for all job changes. This includes promotions, and lateral moves.  The external market zone creates the range to pay within, while the remaining factors determine where in the zone to pay.

While an employee may be changing jobs, base pay will not automatically increase. A new salary will be determined based on what is both competitive and appropriate for the new situation.

## STAYING IN A JOB

Base salaries for employees who stay in their job will be influenced by:

- Individual performance in the job
- Increased experience and skills
- Change in external market and internal peers' base salaries and Business financial conditions

*The market zone is the competitive pay range for each job. Under the broadbanding program, there are many jobs and hundreds of employees in each band. In order to assess relative fairness and competitiveness in pay practices for each job within a band, NIKE's Compensation Department obtains and analyzes extensive data from comparator companies in the external market and develops competitive pay ranges called market zones. **The market median represents the midpoint in terms of pay in the market based on all employees' information contained in a particular survey. The median means half of those in similar jobs earn more while the other 50% earn less.*

**Display in categories:**
Understanding Rewards [2]

© 2020 NIKE, Inc. All Rights Reserved.                          Website Help        Contact HR

**Links**
[1] https://nikehr.nike.com/pages/work-time-and-hours-worked-non-exempt-182
[2] https://nikehr.nike.com/?q=taxonomy/site-categories/understanding-rewards

Confidential                                                    NIKE_00030826

Sun Decl. Ex. 45, Page 2 of 2