

**Subject**

**\*\*MORHL OC: MOR -** ▮▮▮▮▮

**Question Reference # 180614-001904**

Assigned: Carla Lowe
Date Created: 06/14/2018 02:52 PM
Date Last Updated: 08/30/2019 03:24 PM
Status: Resolved

**Note By (Brenna Cordoba)** (10/11/2018 02:03 PM)

Sr. HRBP: Hoogers
HRBP: Brouwer
ER:
Follow Up: Coaching document
Follow Up Date: 8-14-2018
Action Delivered By: Iris Yen, Michael Spillane, Rolien Hoogers

**Customer By (Carla Lowe)** (06/14/2018 02:52 PM)

From MOR Hotline & Transitioned From Outside Counsel
HRLT: Hoogers
HRBP: Brouwer
Person of Interest: ▮▮▮▮▮
Complainant: ▮▮▮▮▮
Reference Case(s): N/A



EXHIBIT 581
Alison Daugherty
1/8/2021
Aleshia Macom - CSR, CCR

## NIKE PROJECT STARFISH
## EXECUTIVE SUMMARY

| Name: | Reports to: |
|---|---|
| ▇▇▇▇▇ | ▇▇▇▇▇ |

**Describe Investigation To Date**

Reviewed documentation; interviewed Starfish complainant, two current female direct reports, and current HRBP who handled Complainant's initial HR complaint.

**Spoke to Subject?**

No. Complainant did not want ▇▇▇▇ to be interviewed due to strong fear of retaliation.

**Summary of Select Allegations:**

### Gender Bias

- Was completely disrespected by ▇▇▇▇▇ in ▇▇▇▇▇ group. No problems until he came on board. Almost left NIKE because of him. Terrorized her. He wouldn't stop. Boys club attitude. Knows he can get away with it. Sad to say, ▇▇▇▇▇ turned a blind eye.

- Gender bias. On team with other men. They had no issues. They didn't get demeaned. She was top performer but was not set up for career advancement. Her male colleague moved up, doesn't understand how. Biggest concern is that she already reported this situation to HR and nothing was done except she was moved to a another role deeper in the organization, with no track for development.

### Ineffective Leadership

- Fails or refuses to communicate with his team regarding key facts (e.g., new hires, project details and assignments, promotion of new boss); displays lack of interest in developing careers of his reports; in his current role, has never called a group meeting of his direct reports on any issues, including recent MOR-related events and ▇▇▇▇▇ termination; indignantly refused team member request for huddle to discuss Montagne's promotion and impact on team.



Highly Confidential - Attorneys' Eyes Only    NIKE_00032844

Sun Decl. Ex. 46, Page 2 of 3

Re:    Coaching – Matter of Respect                                    Beaverton, July 20 2018

███

This e-mail confirms our discussion on July 11 2018. At that time, we shared with you that we received concerns that you engaged in behavior inconsistent with Nike's Matter of Respect policy.

In general, we received concerns that you engaged in behavior that was perceived as perpetuating the "in crowd vs. the out crowd", prioritizing work content over team dynamics and employee development and not delegating appropriately.

As you know, we take all concerns seriously and our Matter of Respect team investigated. That investigation concluded that you engaged in some conduct inconsistent with our policy and that the conduct and employees' perceptions about your conduct were serious enough to warrant follow-up and coaching. As we discussed, going forward, you will focus on the following;

• Promote Inclusion. Remain focused on creating an environment where all employees feel valued and included, whether in meetings, lunch outings or social events.
• Value Diverse Viewpoints. Actively value the contributions of other employees, invest in the development of team members
• Model Teamwork. Collaborate openly and often with team members, and avoid forming cliques or subgroups.

In addition, our commitments and investments to support you with the above are ;
- Ongoing and regular feedback
- A formal 360 degree feedback in August 2018
- Partnership with a leadership coach
- Another formal 360 degree feedback early 2019.

███ we are confident you understand the seriousness of this situation and the importance of creating a culture of inclusion and respect. We expect that you will work to address the concerns above and to model Nike values and leadership expectations.

Also, please remember that the Matter of Respect policy prohibits retaliating against an individual because they raised concerns or complaints and/or participated in an investigation. Behavior that can be considered retaliation can be direct (taking a negative employment action against someone) or subtle (ignoring, isolating or freezing out persons suspected of participating in a complaint or investigation). Anyone found to have engaged in retaliatory behavior will be subject to corrective action, up to and including termination.

We understand that this process is difficult for all involved, and we thank you for your professionalism and commitment to move forward. As part of that commitment, we ask that you refrain from communicating about the investigation or its findings with others. If you have concerns or you wish to discuss this further, I urge you to contact me or Rolien Hoogers,

This summary of our conversation will be retained by Employee Relations as confirmation of our discussion and your commitment to make improvements.

Regards,

███████████
████████████████████

Highly Confidential - Attorneys' Eyes Only                                    NIKE_00032845
Sun Decl. Ex. 46, Page 3 of 3