*Anonymous*

# IF IT'S HAPPENED TO YOU WE WANT TO KNOW.

Please select one or more choices below.

☑ **Discrimination or other harassment**
(Generally, Discrimination or Harassment can include threats, insults, jokes, unwelcome verbal comments or email, derogatory pictures or gestures or unwelcome physical conduct, bullying, retaliation, discrimination or disrespect based on race, age, sexual orientation, disability, ethnic group or any protected class status, intimidation, micro-aggressions, exclusionary behavior and actions including 'cliques' or 'clubs', preferential treatment, the feeling of having to 'prove' yourself versus colleagues, pay or performance recognition. Could include purposely ambiguous CFE feedback whether verbal or written, lack of a clear and supported growth plan from manager, gender or diversity bias relating to hiring, promoting, pay or performance rewards. Discrimination or harassment at work can happen inside or outside of the work-place.)

☐ **Sexual harassment**
(Generally, Sexual Harassment can include unwelcome sexual advances, requests for sexual favors, other verbal or physical conduct of a sexual nature. Sexual harassment at work can happen inside or outside of the work-place and can include co-workers including athletes, managers, vendors and visitors.)

# IF YOU WOULD LIKE TO SHARE MORE DETAILS, PLEASE DO SO OVER THE PAGE.

(If you are a Nike employee, Nike's harassment and anti-discrimination policy can be found here: https://nikehr.nike.com/node/15978)



EXHIBIT
570
Alison Daugherty
1/8/2021
Aleshia Macom - CSR, CCR

Highly Confidential - Attorneys' Eyes Only

NIKE_00033334
Sun Decl. Ex. 47, Page 1 of 4

# MY EXPERIENCE

(If you need more space, please photocopy this page or include additional attachments as needed)

Name (optional):

Please share brief outline of your experience:

Date / location if you can remember:

Did you experience this situation first hand?

Were there any witnesses?

Do you have any hard evidence such as emails, photo's etc?

If not experienced first hand, then how was it brought to your attention?

Did you report this experience?

If you reported it, was it resolved?

If you did not report it, why did you make that decision?

What impact has this experience had on you?
(For example; career progression, physical health, psychological health, other)

Please indicate if you would like to discuss and potentially elevate your experience:

Highly Confidential - Attorneys' Eyes Only

I wish to remain anonymous and will share examples of discrimination and harassment at Nike I have witnessed and/ or been on the receiving end of:

- AGGRESSIVE BEHAVIOR: I witnessed a VP pound fists and scream to the point spit was coming out of his mouth in 2016 in front of a group of 10 employees.
- BULLYING: Everyone is scared to death of ▇▇▇. Don't say anything contrary to what he says is the unspoken rule. Unless you are one of his "boys". And if you are not in the inner circle, you are out. ▇▇▇ is most certainly close if not already in this camp. She puts people down and make comments that absolutely diminish in front of others then stands up on stage and pretends she is an advocate for women. ▇▇▇ is one of the worst leaders and a bully. She will yell and threaten others because somebody on their team does not agree with her. It's been witnessed by HR time and time again and nothing is done. Speaks under her breath, lies, and makes inappropriate comments. If you dare try to share a different POV to hers it will escalate so everyone knows to shut their mouth for fear of the consequence.
- INEQUITY IN PAY: I have asked twice to have my salary reviewed in the past year and a half, my boss says that will happen but never follows through. I know for a fact I am underpaid.
- INAPPROPRIATE LANGUAGE: Male S band and VP in apparel who call people you work with RETARDED, calling a woman BITCH to her face, calling women HONEY and GIRLS.
- GENDER BIAS IN HIRING: Bringing only men into consideration or a panel because "the leader (male) knows these guys" or "he goes way back with so and so" or "they need more men on that team".
- RETALIATION: ▇▇▇ took down ▇▇▇ year end rating from HS to S to send a message that his decision to side with apparel on a topic was "not ok". Everyone in merch knows he earned an HS, his boss even put it down but ▇▇▇ wouldn't have it. ▇▇▇ quit a month or two later. ▇▇▇ bullied him and retaliated against an amazing merchant and now he is gone.

I have twice reported bullying by a senior VP and HR said they would "take care of it", "we are coaching them". I saved copies of my emails to HR and made notations through my personal computer at home in case I ever need to go back to these. It's the first to do. I have friends who have reported bullying. No action was ever taken except a "we will talk to them".

A few examples of sexual harassment at Nike:
- Men sloppy drunk putting their arms around a waitress and/ or female co-workers while on work travel.
- Men trying to sleep with women in their function at lower levels by luring them in through the promise of a "work dinner" to discuss their career or some project they were working on that these women might want to be a part of.
- VP men sleeping with/ getting BJ's from women in the organization at much lower band
- A good friend of mine is an aesthetician at a medical spa in Portland and recently told me one of her clients (she would not tell me his name because of patient confidentiality) is a VP at Nike and bragged to her about sleeping with a female employee in a closet at Nike. AT WORK! DURING WORK HOURS!

I have never reported any of this because it has not happened to me personally but I have seen and heard enough about it and honestly would not even know where to turn because it's just so common it's accepted as normal. That in itself is the problem.

ER and HR at this company are a joke. These groups have proven over and over that they are unreliable. There is zero transparency which goes perfectly with zero accountability. It's a disgrace. ▇▇▇ was a well known sexual harasser. ▇▇▇ and others were and are still well known philanderers with lower level employees whom they exert influence and power over. Who is going to go up against these guys? Why would we report something when our company has a systemic and repeated practice of not addressing appropriately? Only reason ▇▇▇ is gone is because his wife emailed dozens of nike employees his texts to ▇▇▇. His wife basically got him fired.

Highly Confidential - Attorneys' Eyes Only

NIKE_00033336
Sun Decl. Ex. 47, Page 3 of 4

Matt Lauer was removed from his position in less than 72 hours after the reports came through of his harassment. LuLu Lemon took out their own CEO who had a multitude of lapses in judgment and was perpetuating the "boys club culture" including cocaine use and dating an employee while she received "financial benefit" because of the relationship. MarketWatch published an article Feb 19, 2018 about what the 30 companies that make up the Dow Industrials are doing to address sexual-harassment claims. Commitments have been issued around transparency, re-issuing code of ethics, annual trainings, and zero- tolerance policies from many of the companies. Sadly Nike has yet to respond. I bet our board doesn't have a clue about how bad it is inside and outside the berm. I have to imagine nobody is being transparent with them. It's time for a change and for people to be held accountable at the highest levels. **We need to visibly see action is being taken or the culture will carry on as it has.** No amount of trainings or video's or emails from our CEO about culture and leadership will change this.

Nike is a boys club. Somebody recently posted on glassdoor.com regarding Nike "cons: boys club, with frat-boy type behavior that is ignored by mgmt." That is the truth. The network of men hold unwritten rules that define insider vs outsiders. They get to decide who is successful and who is not. Females at this company have felt very little power to change a culture and environment that has been and continues to be disrespectful to women. Even women are disrespectful to women without consequence. This company must lay a new foundation and it must start at the highest level of the organization. We need Nike to stand up for what is preaches "EQUALITY" and start treating men and women the same. The METOO movement has given women an opportunity to step out of the shadows and it has given them a massive dose of courage. Somebody is going to go public. It's just a matter of time. Get your act together Nike. We have had enough.

Highly Confidential - Attorneys' Eyes Only