

# IF IT'S HAPPENED TO YOU WE WANT TO KNOW.

Please select one or more choices below.

[✓] **Discrimination or other harassment**
(Generally, Discrimination or Harassment can include threats, insults, jokes, unwelcome verbal comments or email, derogatory pictures or gestures or unwelcome physical conduct, bullying, retaliation, discrimination or disrespect based on race, age, sexual orientation, disability, ethnic group or any protected class status, intimidation, micro-aggressions, exclusionary behavior and actions including 'cliques' or 'clubs', preferential treatment, the feeling of having to 'prove' yourself versus colleagues, pay or performance recognition. Could include purposely ambiguous CFE feedback whether verbal or written, lack of a clear and supported growth plan from manager, gender or diversity bias relating to hiring, promoting, pay or performance rewards. Discrimination or harassment at work can happen inside or outside of the work-place.)

[ ] **Sexual harassment**
(Generally, Sexual Harassment can include unwelcome sexual advances, requests for sexual favors, other verbal or physical conduct of a sexual nature. Sexual harassment at work can happen inside or outside of the work-place and can include co-workers including athletes, managers, vendors and visitors.)

## IF YOU WOULD LIKE TO SHARE MORE DETAILS, PLEASE DO SO OVER THE PAGE.

(If you are a Nike employee, Nike's harassment and anti-discrimination policy can be found here: https://nikehr.nike.com/node/15978)



Highly Confidential - Attorneys' Eyes Only

NIKE_00033338

Sun Decl. Ex. 48, Page 1 of 6

# MY EXPERIENCE

(If you need more space, please photocopy this page or include additional attachments as needed.)

Name (optional):

Please share brief outline of your experience:

Date / location if you can remember:

Did you experience this situation first hand?

Were there any witnesses?

Do you have any hard evidence such as emails, photo's etc?

If not experienced first hand, then how was it brought to your attention?

Did you report this experience?

If you reported it, was it resolved?

If you did not report it, why did you make that decision?

What impact has this experience had on you?
(For example; career progression, physical health, psychological health, other)

Please indicate if you would like to discuss and potentially elevate your experience:

Highly Confidential - Attorneys' Eyes Only

NIKE_00033339

Sun Decl. Ex. 48, Page 2 of 6

I am speaking out as I believe that I have normalized negative, manipulative and sexist behavior over the course of my career at Nike.
I am speaking out for the younger generation of female leaders.
I am speaking out because I have two daughters and want them to have equality no matter what or where they decide to invest their time and energy.
I am speaking out because I wonder if Executive or Senior level Management would want their daughter – or wife - to work at Nike.

Our culture is broken and I am becoming more sensitive to the plight of women at Nike.

When people ask me if I have ever felt discriminated against as a female at Nike, I have always responded no.

My dad brought me up to believe that I could do ANYTHING that I set my heart and mind to achieving. Growing up with two older brothers and in sports, I have always been competitive and philosophically have always believed that if I do the right thing, act with integrity, honesty and kindness, put the team above myself, good things will happen.

And good things have happened; I have a husband of 24 years who I love dearly, I have three stable and confident kids and work that I am passionate about. We have lived around the world and have experienced many amazing things as a result of our affiliation with Nike. It's only when I take a deeper look, really dig into "normal" Nike behavior, that I start to question what is really normal versus what is Nike Normal.

For a company that prides itself on innovation, inclusion and equality, I fear that we are missing the mark. Nike can change and lead in this space.

Here are some situations.

Discrimination

**Pay Inequities**
- E6 vs E7: I am "tied" for 4th paid salary on my direct team
- David Ayre email on pay was real setback, it was tone deaf

**Function: Sales**
- Sales is consistently diminished, talent (esp female) moved to other pipelines (GM, Merchandising)
- Sales perceived as "old school", aging, lacking modern + innovative approach
- Nike Direct priority vs wholesale dynamic

**Global Category Marketplace Team**

Highly Confidential - Attorneys' Eyes Only                                    NIKE_00033340

- 41 (13 women/28 men) direct reports + 16 (10 women/5 men/1 open HC) dotted line
- All E7 and S band direct reports (9) are male, 2 POC
- 'male team makeup but you're the boss'
- Career panels = troubling optics for innovative and diverse approach

**▇▇▇▇▇▇**
- Disparaging, dishonest behavior, discredit my reputation
- Senior leaders told me that ▇ would completely discredit me, question my ability and integrity in HR sessions
- ▇ said to me: 'it's like neither your boyfriend nor your husband are happy with you', referring to ▇▇▇▇▇▇ as I was the WE GM Jordan and Nike Basketball and ▇ questioned (and said that ▇ questioned it on the Jordan side but ▇ never mentioned it / appeared to support me) whether I was spending the appropriate time on Nike Basketball. I told him that I over-indexed my time on Nike Basketball relative to the size of business and that I was offended by the accusation, asked for proof. Never received anything.
- He had completely unrealistic expectations of level of work. I would push back to protect the team but would eventually have to deliver (example, Quarterly business reviews in-between QBR's, Basketball LT WE trip: 5 key city tour at the same time for marketplace, experiences, inspiration which almost killed my small team but we delivered beyond expectations)
- He was manipulative and I was concerned for my career
- I felt completely exposed and unprotected after building my Nike career for 18 years
  - If you were on ▇ s good list, you were protected by him
  - He once told his Staff Meeting attendees: 'it's really important to know who's at the table and know who has your back and who doesn't'
- I confided in ▇▇▇▇▇▇ about my concerns: 'don't fight that battle, you won't win'
- ▇▇▇▇▇▇ escalated discrimination and behavior to HR & ER, eventually left the company
  - I was interviewed as a result of ▇▇▇▇ 's escalation and cited above specific examples but nothing happened for many months (maybe a year or more?)

**Question self, value**
- 'everybody wears the green jacket' and then you lose it
- NLT evenings where you are tapped to go out. Or not.
- Secret areas for VIP, expectations on entertainment
- Boys club, biased selection process, protection
- 'Don't nag, guys don't want to feel like they're with their wives'
- 'You're cool, you're one of the boys'
- My introvert, quiet leadership style vs. extrovert culture (I have overcome this but it took time)
  - 'People don't know you because you don't put yourself out there'

Highly Confidential - Attorneys' Eyes Only

- o 'do you have ambition? Do you want to grow because you don't show it" – BUT I DELIVER EVERY DAY AND AM VERY COMPETITIVE

Women tend to be placed in Women's, Young Athletes, Analysts, Merchandising roles

Highly Confidential - Attorneys' Eyes Only

NIKE_00033342
Sun Decl. Ex. 48, Page 5 of 6

Monday, March 5, 2018 at 1:38:20 PM Pacific Standard Time

**Subject:** Equal Pay Day: Nike has Pay Equity
**Date:** Tuesday, April 4, 2017 at 12:20:00 PM Pacific Daylight Time
**From:** DAyre
**To:** Lst-Nike.Global



Team,

Today, on Equal Pay Day, we are pleased to share that NIKE, Inc. has pay equity globally across all team members in all brands, inclusive of our wholesale and retail employees. This means that women, men and all races/ethnicities who undertake the same work at the same level, experience and performance are equitably compensated.

You may recall that several months ago Mark Parker communicated our commitment to pay equity as part of the White House Equal Pay Pledge. At that time, we shared that we would review pay practices across the company. In keeping with industry best practices, we worked in partnership with outside experts to complete a comprehensive study of all aspects of our pay across all jobs and all levels globally.

At Nike, for every $1 earned by men, women employees globally earn 99.6 cents. Racial and ethnic minorities (combined) in the U.S., where we track this information, earn 99.7 cents for every $1 earned by white employees. This confirms that there are essentially no differences in pay and that we have pay equity, highlighting the strengths of our Total Rewards programs and our continued focus on market competitiveness and pay for performance.

As Mark stated, "we are proud of our leadership and efforts to create a level playing field where all team members can perform at their best." We'll continue to focus on maintaining and reporting on pay equity across Nike. However, to truly unleash our full potential, we recognize that we must increase our efforts to create an inclusive culture where all of our diverse employees thrive, with supporting policies and practices, and — most importantly — where diverse individuals are represented at every level of leadership.

Regards,

David Ayre
EVP, Human Resources

Page 1 of 2

Highly Confidential - Attorneys' Eyes Only

NIKE_00033343
Sun Decl. Ex. 48, Page 6 of 6