

# IF IT'S HAPPENED TO YOU WE WANT TO KNOW.

Please select one or more choices below.

☒ **Discrimination or other harassment**
(Generally, Discrimination or Harassment can include threats, insults, jokes, unwelcome verbal comments or email, derogatory pictures or gestures or unwelcome physical conduct, bullying, retaliation, discrimination or disrespect based on race, age, sexual orientation, disability, ethnic group or any protected class status, intimidation, micro-aggressions, exclusionary behavior and actions including 'cliques' or 'clubs', preferential treatment, the feeling of having to 'prove' yourself versus colleagues, pay or performance recognition.  Could include purposely ambiguous CFE feedback whether verbal or written, lack of a clear and supported growth plan from manager, gender or diversity bias relating to hiring, promoting, pay or performance rewards. Discrimination or harassment at work can happen inside or outside of the work-place.)

☐ **Sexual harassment**
(Generally, Sexual Harassment can include unwelcome sexual advances, requests for sexual favors, other verbal or physical conduct of a sexual nature.  Sexual harassment at work can happen inside or outside of the work-place and can include co-workers including athletes, managers, vendors and visitors.)

# IF YOU WOULD LIKE TO SHARE MORE DETAILS, PLEASE DO SO OVER THE PAGE.

(If you are a Nike employee, Nike's harassment and anti-discrimination policy can be found here: https://nikehr.nike.com/node/15978)

Highly Confidential - Attorneys' Eyes Only

NIKE_00033352

Sun Decl. Ex. 50, Page 1 of 4

## MY EXPERIENCE
(If you need more space, please photocopy this page or include additional attachments as needed)



Name (optional):
[redacted]

Please share brief outline of your experience: BROUGHT INTO MY BOSS' OFFICE AND GIVEN A LIST OF 5 MALE NAMES FOR MY OPEN S BAND ROLE WT ROLE. TOLD I WAS NOT TO WALK OUT UNTIL I PICKED ONE OF THOSE NAMES.

Date / location if you can remember: I ASKED FOR 3 FEMALES TO BE ADDED FOR CONSIDERATION AND WAS TOLD "NO YOU NEED A MAN IN THAT ROLE". THIS WAS AT 6:30PM. WENT ROUND

Did you experience this situation first hand? AND ROUND ARGUING THE OPPOSITE (ALL MEN REPORTING INTO PVP)
Yes  WAS CURRENT IN [redacted]'s ORG. WHY CAN WE NOT

Were there any witnesses? LOOK AT MOST QUALIFIED TALENT?
No

Do you have any hard evidence such as emails, photo's etc?
email

If not experienced first hand, then how was it brought to your attention?

Did you report this experience? YES. TO STEPHANIE STAPLES IN HR. I ALSO SHARED WITH 2 OTHER LEADERS FOR ADVICE.

If you reported it, was it resolved? WE ENDED UP LOOKING AT A MORE COMPREHENSIVE CANDIDATE POOL & PROMOTED A FEMALE INTO THE ROLE.

If you did not report it, why did you make that decision?

What impact has this experience had on you? LACK OF FAITH IN A FAIR & EQUITABLE PROMOTION PROCESS FOR SENIOR (For example; career progression, physical health, psychological health, other) LEADERSHIP POSITIONS. MASSIVE DISAPPOINTMENT THAT I HAD TO SPEND SO MUCH TIME GOING ROUND TO ESTABLISH

Please indicate if you would like to discuss and potentially elevate your experience: TO GET EQUAL REPRESENTATION OF FEMALES AND ULTIMATELY ADVOCATING FOR THE ONE WHO WAS MOST QUALIFIED.

Highly Confidential - Attorneys' Eyes Only                                    NIKE_00033353

From: "Staples, Stephanie" <S▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
Date: Wednesday, December 6, 2017 at 1:23 AM
To: Nike ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Subject: Re: Follow Up Women's Apparel : Please keep this confidential

Thanks for the update ▓▓▓▓. Let me speak with Elizabeth and circle back.

Will you keep me posted regarding your conversations with ▓▓▓ ▓▓▓▓?

Thank you,
Stephanie

Sent from my iPhone

On Dec 6, 2017, at 7:57 AM, ▓▓▓ ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ wrote:

Hi Stephanie,
Thank you so much for the time today. Sending over the pages I have been working on as it's a slight update. Again please keep this attachment tight as much as possible as well as what I am about to share with you.

I am speak▓▓▓▓▓▓▓▓▓▓▓▓▓ tomorrow where I plan to address our conversation from today as well as another topic which came up in a meeting with ▓▓ this evening. ▓▓▓▓ backfill. ▓▓ informed me that he ▓▓ ▓▓▓▓ and few other members from the GALT met Monday to discuss her role and decided we needed diversity when filling it. They came up with 5 names, all men from the org, none were on my radar when ▓▓ and I spoke about it last week or when ▓▓▓▓ and I spoke about it the weeks prior. 2 of these men have been in their role for less than 5 months, 2 are in Jordan (1 has had serious performance issues from what I have been told by his manager), and one recently reported to me in men's NSW (he has been in his role less than 2 years and not a top performer), ▓▓ asked me to select one. I have never had a talent conversation in this way. It's contrary to the OTP conversations we have had as an apparel leadership team where we identified HI PO HI PERF talent and it's contrary to earlier conversations I had with ▓▓ weeks ago where we discussed the RIGHT talent for the position.

Of course I want to have a diverse team which I am looking to put in the right way amongst the 46 roles reporting to me, but I also want the right talent for this critical GCAL role. I plan on being honest and clear with both ▓▓▓▓▓▓▓▓▓▓ regarding this situation tomorrow. It is disappointing that I continue to be left out of critical conversations because of this divisional structure. I am disappointed that the first and only filter in considering a candidate pool was it had to be a man. It does not seem right that we would pass up women who are capable and ready for this role simply because there is a feeling that we have too many women on my team. Our work is about empowerment, progression, and the potential to change the world. Excluding women from that opportunity seems discriminatory to me. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ has all men in his 7 leadership positions and I have to wonder if next time he has an open role he will be given a "forced diversity list" of women?

▓▓ required me to select a name. Forced to choose, I told him I would support ▓▓▓▓▓▓ in the role. ▓▓ was promoted just 5 months ago as GCAL men's training. I don't know if he will go for this, or that it's a good move for him. But here I am having made my "pick" thinking this must be what it feels like to be in the twilight zone.

Amy is aware as I texted her about this tonight.

Highly Confidential - Attorneys' Eyes Only

NIKE_00033354
Sun Decl. Ex. 50, Page 3 of 4

From: Nike ████████████
Date: Wednesday, December 6, 2017 at 10:06 AM
To: ████████████
Subject: GCAL- traininig

Hi ███,

After going home and processing last night what we discussed I wanted to ensure I heard you clearly. I agree diversity is critical for us to have in the org and equally as important is having the best person for the job. The 5 names you gave me (████████████) being all men still is not computing as there is other talent in the org like ███ ███ ████████ ██████ who I believe are all high on the 9 box and would be interesting to consider as well. I feel like I was forced to make a "pick" and feels it needs more thought and consideration.

Maybe we can get 5 mins after the bra conversation.

Thanks,
████

Highly Confidential - Attorneys' Eyes Only

NIKE_00033355

Sun Decl. Ex. 50, Page 4 of 4