
EXHIBIT
620
Alison Daugherty
2/5/2021
Alondra Macron - CSR, CCR

# IF IT'S HAPPENED TO YOU WE WANT TO KNOW.

Please select one or more choices below.

☐ **Discrimination or other harassment**
(Generally, Discrimination or Harassment can include threats, insults, jokes, unwelcome verbal comments or email, derogatory pictures or gestures or unwelcome physical conduct, bullying, retaliation, discrimination or disrespect based on race, age, sexual orientation, disability, ethnic group or any protected class status, intimidation, micro-aggressions, exclusionary behavior and actions including 'cliques' or 'clubs', preferential treatment, the feeling of having to 'prove' yourself versus colleagues, pay or performance recognition. Could include purposely ambiguous CFE feedback whether verbal or written, lack of a clear and supported growth plan from manager, gender or diversity bias relating to hiring, promoting, pay or performance rewards. Discrimination or harassment at work can happen inside or outside of the work-place.)

☑ **Sexual harassment**
(Generally, Sexual Harassment can include unwelcome sexual advances, requests for sexual favors, other verbal or physical conduct of a sexual nature. Sexual harassment at work can happen inside or outside of the work-place and can include co-workers including athletes, managers, vendors and visitors.)

# IF YOU WOULD LIKE TO SHARE MORE DETAILS, PLEASE DO SO OVER THE PAGE.

(If you are a Nike employee, Nike's harassment and anti-discrimination policy can be found here: https://nikehr.nike.com/node/15978)

Highly Confidential - Attorneys' Eyes Only

## MY EXPERIENCE

(If you need more space, please photocopy this page or include additional attachments as needed)

Name (optional):

Please share brief outline of your experience: ████████ was late for his Personal Training lesson with me. I said, "OH ████ you are so late today." He responded, "Well maybe if you dressed sexier I would be on time."

Date / location if you can remember: NSC 2008    He continued with "take that baggy jacket off and show some skin." I tried to laugh but I was humiliated. I finished the lesson and kept it

Did you experience this situation first hand? Yes    to myself because of who he is at the company.

Were there any witnesses? NO

Do you have any hard evidence such as emails, photo's etc? NO

If not experienced first hand, then how was it brought to your attention?

Did you report this experience? NO

If you reported it, was it resolved?

If you did not report it, why did you make that decision? Because I was afraid and intimidated.

What impact has this experience had on you? It made me feel bad. I was intimidated and felt degraded.
(For example; career progression, physical health, psychological health, other)

Please indicate if you would like to discuss and potentially elevate your experience: NO

Highly Confidential - Attorneys' Eves Only