

EXHIBIT 621
Alison Daugherty
2/5/2021
Aleshia Macom - CSR, CCR

# IF IT'S HAPPENED TO YOU WE WANT TO KNOW.

Please select one or more choices below.

☐ **Discrimination or other harassment**
(Generally, Discrimination or Harassment can include threats, insults, jokes, unwelcome verbal comments or email, derogatory pictures or gestures or unwelcome physical conduct, bullying, retaliation, discrimination or disrespect based on race, age, sexual orientation, disability, ethnic group or any protected class status, intimidation, micro-aggressions, exclusionary behavior and actions including 'cliques' or 'clubs', preferential treatment, the feeling of having to 'prove' yourself versus colleagues, pay or performance recognition. Could include purposely ambiguous CFE feedback whether verbal or written, lack of a clear and supported growth plan from manager, gender or diversity bias relating to hiring, promoting, pay or performance rewards. Discrimination or harassment at work can happen inside or outside of the work-place.)

☑ **Sexual harassment**
(Generally, Sexual Harassment can include unwelcome sexual advances, requests for sexual favors, other verbal or physical conduct of a sexual nature. Sexual harassment at work can happen inside or outside of the work-place and can include co-workers including athletes, managers, vendors and visitors.)

# IF YOU WOULD LIKE TO SHARE MORE DETAILS, PLEASE DO SO OVER THE PAGE.

(If you are a Nike employee, Nike's harassment and anti-discrimination policy can be found here: https://nikehr.nike.com/node/15978)

Highly Confidential - Attorneys' Eyes Only

NIKE_00033366

Sun Decl. Ex. 52, Page 1 of 2

## MY EXPERIENCE

(If you need more space, please photocopy this page or include additional attachments as needed)

**Name (optional):** Anonymous please

**Please share brief outline of your experience:** I walked into the massage room at Nike Sports Center. The room was empty I thought and I was going to take a nap since my morning client cancelled. When I opened the door [redacted] performing oral sex on [redacted]. She was a trainer at the time working also [redacted] with the Innovation Kitchen. I closed the door quickly. He saw me but she did not.

**Date / location if you can remember:** NSC 7:00am

**Did you experience this situation first hand?** Yes, I saw it.

**Were there any witnesses?** NO

**Do you have any hard evidence such as emails, photo's etc?** NO

**If not experienced first hand, then how was it brought to your attention?**

**Did you report this experience?** I told [redacted]

**If you reported it, was it resolved?** I doubt anything was done to address this behavior. Its [redacted] and I don't want to lose my job.

**If you did not report it, why did you make that decision?**

**What impact has this experience had on you?** It put a very bad taste in my mouth about the leadership and how men think and take advantage of the women below them.
(For example: career progression, physical health, psychological health; other)

**Please indicate if you would like to discuss and potentially elevate your experience:** No, he is too high up.

Highly Confidential - Attorneys' Eyes Only

NIKE_00033367

Sun Decl. Ex. 52, Page 2 of 2