



Confidential                                                                                                   NIKE_00034219

Sun Decl. Ex. 53, Page 1 of 1