# GLOBAL APPAREL OFFENSE



NOTE: Women's will all sit together.

Confidential

NIKE_00044516

Sun Decl. Ex. 54, Page 1 of 1