**NIKE, INC. ORGANIZATION CHART**


**MARK PARKER**
CEO
Nike, Inc.
(NET)


**TREVOR EDWARDS**
President
Nike Brand
(NET)


**DON BLAIR**
EVP
CFO
Nike, Inc.
(NET)


**JEANNE JACKSON**
President
Product &
Merchandising
(NET)


**JOHN SLUSHER**
EVP
Global Sports
Marketing


**TOM CLARKE**
President
Innovation


**JOHN HOKE**
VP
Global Design


**ERIC SPRUNK**
COO
Nike, Inc.
(NET)


**HILARY KRANE**
EVP
CAO &
General Counsel
(NET)


**TINKER HATFIELD**
VP
Creative Concepts


**MARIA EITEL**
President
Nike Foundation


**JIM CALHOUN**
CEO &
President
Converse


**DAVID AYRE**
EVP
Global HR
(NET)


**NICK ATHANASAKOS**
VP
Global Sourcing


**AMY WHITE**
VP
Category Operations
GBL


**PATTY ROSS**
VP
Workplace Design
& Connectivity


**GERRY ROGERS**
VP
Logistics & GEO
Operations GBL


**SHELLEY DEWEY**
VP
Planning
GBL


**JIM SHCOLEFIELD**
CIO
Nike, Inc.


**HANS VAN ALEBEEK**
EVP
GLOBAL SHARED
SERVICES &
PROCUREMENT


**PAUL SAUNDERS**
VP
Chief SC Officer
Converse


**DOUG SPARKS**
Sr. Director
Indirect Sourcing


**JIM EDDY**
VP
Global Real Estate


**MATT LIPPERT**
Sr. Director
Direct
Procurement


**JASON BOOTH**
VP
Strategy, Architecture,
Portfolio
& Sales Solutions


**MIKE MALIN**
VP
Product Engine
Solutions


**VAL ASHBAUGH**
VP
Value Chain
Solutions


**RYAN FUSSELMAN**
VP
Corporate Information
Security


**TONY MILLS**
Sr. Director
Converse Technology
+
Tech Rev Office


**RONALD TRACEY**
VP
Technology
Application Services


**MIKE MALIN**
VP
Geographies
Technology


**DARIUS RYALS**
VP
Technology
Infrastructure
Services


**JASON BOOTH**
VP
Enabling Functions
&
Converse Solutions


**RAYMOND COSEY**
Director
Finance


**CHRIS DORR**
Sr. Director
HR

NET = Nike Executive Team    Additional NET members: Chris Clipper & Jayme Martin



# NIKE, INC. BUSINESS PARTNERSHIP CHART








NET = Nike Executive Team    Additional NET members: Chris Clipper & Jayme Martin

Confidential

NIKE_00046626

Sun Decl. Ex. 55, Page 2 of 2