NIKE, Inc. Human Resources | Total Rewards

# Talk With *me:* Bands & Levels

### In a few words . . .

At NIKE, Inc., our VALUES bands group together a large number of comparable jobs. We also have distinct levels within each band to provide clarity to our roles and development paths.

NIKE values diverse experience and breadth of opportunity, and bands provide employees with the flexibility to move and gain experience. Employees can move across the organization, across product engines, business units or even functions, gaining greater understanding of the business as a whole instead of specializing in one area.

### Key points to cover with your employees

- NIKE has multiple job levels within each band (VALUES).

| Executive Bands | | Executives: E7 & Above | |
|---|---|---|---|
| S | Senior Director | Executive Successor Pool S Bands | |
| S | Professional Consultant | | |
| E | Director | VALUE Band Employees | |
| E | Expert Professional | | |
| U | Manager | | |
| U | Lead Professional | | |
| U | Senior Professional | | |
| L | Supervisor | | |
| L | Intermediate Professional | | |
| L | Entry Professional | | |
| A | Lead Support | | |
| A | Senior Support | | |
| V | Intermediate Support | | |
| V | Entry Support | | |
| | | Individual Contributor | Manager |

(Job Levels shown on left axis)

- NIKE defines a **promotion** as any job change to a higher level (not just a higher band), and a **lateral move** as a job change within the same level.

- NIKE uses **global jobs & global job descriptions**. This allows the business to level jobs across the organization, regardless of the location of the role, and facilitates career pathing, talent planning, and organizational design. When NIKE evaluates a job we look at five key factors to help us identify the appropriate band and level: expertise, delivering solutions, impact, resource management leadership and role in brand protection/promotion.




Rev. 6/3/13

**EXHIBIT 682**
Jessica Stuckey
5/14/2021
Aleshia Macom - CSR

PLF_001989

Sun Decl. Ex. 58, Page 1 of 2

Talk With *me*. Bands & Levels

## Questions employees might ask

**Q: What do the different job band levels mean?**
A: NIKE's job bands group together jobs with similar levels of responsibility and accountabilities. There are many jobs within each band level, which makes it easier for people to move across business groups or geographic locations, often without taking a step backward in the job structure.

**Q: I've heard that it's not possible to skip a band level when changing jobs. Is that true? I'm at band level A – would I be passed over for a position I've applied for at band level U, regardless of my skills & qualifications? I would like to think that my band level is not actually an obstacle to my professional movement at NIKE once inside the berm.**
A: There has never been a restriction at NIKE for skipping band levels. While it's not common when changing jobs, it does happen. Sometimes people come to work for NIKE with greater qualifications than those required for the job they initially accept. We do have minimum experience requirements for each of our bands, but that experience can come from within or outside of NIKE. If you're qualified for a job that's more than one band above your current job, we'd love to see you apply for it!

**Q: Is there an unspoken rule that employees move up each rung to the next immediate band level and remain 2–3 years at that level before pursuing a higher banded position?**
A: No such hard-and-fast rule exists. We do have minimum experience requirements for each of our bands, but that experience can come from within or outside of NIKE.

**Q: Why are inventory planners, financial analysts and some customer service specialists banded as L band when others are still banded as A?**
A: We band jobs based on:
- Job accountabilities
- Job scope
- Job requirements
- Internal comparisons
- External comparisons

You should also know that business titles aren't an indicator of band level; they're determined by the manager and reflect business needs.

**Q: In cases of reorganizations, should new job titles be given and appropriate band levels be applied? I've noticed a trend where most people who are re-orged do different work than they previously did but have the same job description, band level, and job title.**
A: It all depends, and your perceptions might not always be accurate. If the work an employee is performing remains primarily the same, there's no need to change band level or job title. Managers look at how jobs change when there's a re-org and also consider what's possible under local law. If you have a question about reorganization in your group, ask your manager, or call HR Direct.



Rev. 6/3/13

PLF_001990

Sun Decl. Ex. 58, Page 2 of 2