

**From:** "Stromgren, Marissa" <**Marissa.Stromgren@nike.com**>
**Date:** March 20, 2019 at 6:28:47 PM PDT
**To:** "Marissa Stromgren (**marissastrom@gmail.com**)" <**marissastrom@gmail.com**>
**Subject: Fwd: Update and Announcement**

Sent from my iPhone

Begin forwarded message:

> **From:** MMatheson <**MMatheson@Nike.com**>
> **Date:** April 13, 2018 at 2:39:09 PM PDT
> **To:** Lst-Nike.Global <**Lst-Nike.Global@nike.com**>
> **Subject: Update and Announcement**

Team,

I have heard from many of you since my email last week – thank you for sharing your voices and ideas, and for being active and engaged. I'd like to provide you with an update on where we are now.

As Mark has said, we are already in the process of evaluating all our HR systems. This will take some time and lead to a series of changes. We are committed to doing this right, so it's worth taking the time. In the meantime, we are moving on some things right now.

**Great managers are fundamental:** Beginning this month, every manager across NIKE, Inc. will go through a 90-minute training that defines and reinforces their role in building a culture of respect, inclusion and accountability. This training will be mandatory.

**Your voice matters:** We are continuing to work our way through the results of the All-Employee Survey. By May 7, all managers will have results, and planning conversations will begin on every team, with each of you. We are also in the process of planning moments for conversations around the company, to ensure you have ongoing opportunities to share your voice, and

**PLF_026394**

listen to those around you.

**Change starts with leadership:** We are redefining what great leadership looks like, grounded in the embodiment of inclusion, empowerment and respect. With this foundation, our 400 most senior leaders will attend an immersive executive development program to re-connect to expectations, receive direct feedback and take accountability for their role in evolving NIKE's culture. This will become a core part of how we invest in, and develop, future leaders.

Following the introduction of Unconscious Bias Awareness training to all senior executives and a number of NIKE teams, we will extend the training to all employees in the coming year.

We have also invested in targeted leadership training – through best-in-class business schools and executive education institutions – for our diverse employees. And while NIKE holds a broad definition of diversity, we are beginning with women and people of color. This program will begin in June.

To help guide change and inspire our people, we are deeply committed to filling leadership roles with people who embody **The Maxims**, and who will help us to create the culture we strive toward. In this spirit, I'd like to announce a change on my leadership team.

We will elevate the Diversity & Inclusion team to sit at the heart of NIKE's People and Culture Strategy. Effective immediately, **Kellie Leonard** is appointed as the company's first Chief Diversity & Inclusion Officer. In this elevated role, Kellie will lead an expanded team with a global remit. A 15-year NIKE veteran, Kellie was most recently Vice President of Corporate and Employee Communications. Kellie is a passionate advocate for diversity. As a leader, she focuses on values, and is known as a great collaborator across our organization and with external partners. Kellie has served as a Henry Crown Fellow with the Aspen Institute since 2012. Outside of work, Kellie and her wife Kandice are avid fans of the Texas Longhorns and the Stanford Cardinal.

One of our top priorities right now is to strengthen and invest in our Employee Networks as critical partners, helping to drive essential change. Starting immediately, Kellie will enlist the Networks to spearhead a mentoring program throughout the organization, and create a more robust agenda for the future. Kellie will also drive strong connections with our brand, our communities and our partners.

As we build the team, I want to share with you that Antoine Andrews, VP of Diversity & Inclusion, is no longer with the company. Kellie will hire his successor. Thank you to Julie Fuller and her team for stewarding D&I; Julie will remain focused on the critical areas of organization effectiveness and talent, and ensure ongoing connection between this work and D&I.

We know, now more than ever, that we win when our teams are diverse and feel empowered and connected. Meaningful change will come from an unwavering focus on our teams, leadership and how we work together.

I'll connect again in the coming weeks as we share the results of the survey and how we plan to continue moving forward. We have a lot of work to do to create the organization that we all want. I'm in this and so is my team. Thank you for being in this with us – keep making your voice heard.

Until next time,



**Mo Matheson**
Chief Human Resources Officer



**PLF_026395**

Sun Decl. Ex. 59, Page 2 of 3

FOR INTERNAL USE ONLY. © 2018 ALL RIGHTS RESERVED

**PLF_026396**

Sun Decl. Ex. 59, Page 3 of 3