**Byron Goldstein**



EXHIBIT
502
Shane Walker
12/17/2020
Teresa Rider - CSR

| | |
|---|---|
| **From:** | Davis, Felicia A. <feliciadavis@paulhastings.com> |
| **Sent:** | Tuesday, December 8, 2020 7:26 PM |
| **To:** | Byron Goldstein; Barry Goldstein; James Kan; Mengfei Sun |
| **Cc:** | Prince, Daniel; Zabele, Laura |
| **Subject:** | Cahill v. Nike - Shane Walker and Alison Daugherty Depositions |

Counsel,

Mr. Walker can sit for a virtual deposition on December 17, 2020. Mr. Walker will be designated as Nike's 30(b)(6) deponent on the following topics, as defined below. The time period for which Mr. Walker will be prepared to testify with respect to each topic is set forth in parenthesis following each topic:

- **Topic 1**: The organizational structure of Nike's compensation department (2015 to present).
- **Topic 2**: The establishing of job codes, job levels, bands, sub-families, families, and/or functions for the Covered Positions (2016 to present).
- **Topic 3**: The formation, review, modification, and use of job codes for the Covered Positions; related policies and procedures; the individuals who developed, consolidated, and/or organized job codes (2016 to present). This does not include the assignment of employees to job codes.
- **Topic 5**: Nike HQ executives' involvement, knowledge and responsibilities related to employee compensation; executives' knowledge regarding potential disparities between men and women in compensation; executives' involvement, knowledge, and responsibilities concerning the formation, review, and/or changing of policies and practices related to compensation (2015 to present).
- **Topic 6**: Pay ranges relating to the Covered Positions, including "internal" and "external" ranges, market zones, market surveys, and how pay ranges are formed, review, changed and used; related policies and practices; the individuals who were involved in the formation, review and/or modification of pay ranges or related policies (2015 to present).
- **Topic 7**: Development and implementation of starting pay guidelines; the individuals who were involved in the formation, changing and implementation of starting pay guidelines (2017 to present).
- **Topic 8**: Effect of performance evaluations and potential appraisal ratings on employee compensation; related policies and procedures (2015 to present).
- **Topic 9**: "Total rewards philosophy and interactions between philosophy and compensation," as Nike understands this phrase (2017 to present); offer modeling tool (2016 to present).
- **Topic 10**: Setting and modifying salaries and lump sum payments for Covered Positions (excluding the setting of starting salary); policies and practices related to recommendations and determinations concerning merit, base pay, increases, lump sum payments (excluding the setting of starting salary); the individuals who make determinations regarding merit, base pay, increases, lump sum payments, and how (2015 to present).
- **Topic 11**: General systems used to maintain employee compensation data; systems used to communicate recommendations or determinations concerning compensation (2015 to present.)
- **Topic 13**: To the extent not privileged, recommendations and determinations of Competitive Pay Management ("CPM") and Active Pay Management ("APM") for Covered Positions; formation, components, uses, processes, and changes related to CPM and APM; related policies and practices; the individuals who are involved in the formation, use, changes, implementation, and/or supervision of CPM and APM; compa-ratios; the use of pay ranges, market analyses, and/or surveys in the CPM and APM process (2017 to present).
- **Topic 16**: Guidance regarding compensation at promotion or lateral job transfer; the individuals who make such decisions and how; related policies and procedures; the individuals involved in forming and/or changing the policies and procedures; how the policies and practices were formed, reviewed and/or changed (2017 to present).

1

Sun Decl. Ex. 60, Page 1 of 2

- **Topic 17**:  Responsibilities and authority of Human Resources at Nike HQ related to compensation processes (2016 to present).
- **Topic 21**:  To the extent not privileged, policies and practices regarding anti-discrimination in compensation (2017 to present).
- **Topic 24**:  "Validation" of any compensation policy or practice, as Nike understands this term, and to the extent it applies to compensation policies or practices (2016 to present).
- **Topic 25**:  "Compliance with the Uniform Guidelines" with respect to compensation policies or practices, as Nike understands this term, and to the extent it applies to compensation policies or practices (2016 to present).
- **Topic 26**:  Policies and practices relating to the training of managers, directors, VPs and other employees with respect to making compensation decisions and implementing Nike's policies and practices related to compensation decisions (2017 to present).
- **Topic 27**:  Nike's use of job analyses in establishing, modifying, or implementing compensation policies and practices, or establishing job codes, job levels, bands, sub-families, families, or functions (2016 to present).

We plan to submit formal objections to the 30(b)(6) deposition notice as well, but wanted to get you the topics as soon as possible so you have time to prepare.  In providing this list of topics, Nike does not consent to or agree with the scope or breadth of the topics noticed by Plaintiffs (i.e., Nike reserves its rights with respect to objections, and as provided in its Motion for Protective Order), nor does Nike consent to the defined terms contained in Plaintiffs' deposition notice.  Use of terms above does not necessarily mean that Nike's definition and Plaintiffs' definition are the same.

As set forth above, the term "compensation" is given its typical meaning, except that Mr. Walker will not be Nike's 30(b)(6) witness on the following compensation-related topics:  PSP awards, equity, stock options, or other long-term incentive payments.

\*\*\*

Separately, Ms. Daugherty is available for deposition on January 7, 2021.  Ms. Daugherty likely will be designated as Nike's witness for certain 30(b)(6) deposition topics.  We are working through those now and will provide them in advance of the deposition.

Best,
Felicia



**Felicia Davis | Partner, Employment Law Department**
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071
Direct: +1.213.683.6120 | Main: +1.213.683.6000 | Fax: +1.213.996.3120 |
feliciadavis@paulhastings.com | www.paulhastings.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

Sun Decl. Ex. 60, Page 2 of 2