UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

KELLY CAHILL, SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated,

Plaintiffs,

v.

NIKE, INC., an Oregon corporation,

Defendant.

3:18-cv-01477-JR

DEPOSITION OF PAIGE AZAVEDO

January 29, 2021

Friday

10:02 A.M.

THE VIDEOCONFERENCE VIDEO-RECORDED DEPOSITION OF PAIGE AZAVEDO was taken at Portland, Oregon, before Jan R. Duiven, CSR, FCRR, RPR, CRC, Certified Shorthand Reporter in and for the State of Oregon.

A. Yes. 16:03:23

Q. Okay. In what ways do you believe [REDACTED] discriminated against you? 16:03:25 16:03:28

A. Hmm. I'm just going to use "[REDACTED]," if that's okay, instead of his last name. 16:03:34 16:03:42

Q. To call him [REDACTED]? 16:03:44

A. Yeah. 16:03:47

Q. Sure. 16:03:49

A. Is that okay? Yeah. So from the very beginning of our working relationship, and I -- when I say beginning, the very first meeting that I had with him, he made it very clear that he was on his way to becoming VP. He had full support of -- of the leaders within the organization. He was part of accelerate. That he was -- that he was basically on his way. 16:03:49 16:03:55 16:03:59 16:04:03 16:04:08 16:04:15 16:04:19 16:04:22

And that he required the team to kind of get on board, and for me to get on board as -- as he was kind of making that -- his way through that. 16:04:25 16:04:28 16:04:31 16:04:34

So there was a bit of just a -- an intimidation factor, I would say, just off the bat in the very first meeting where I met him. And then throughout the course of -- of my working for him, it just -- it just got worse. 16:04:34 16:04:40 16:04:43 16:04:48 16:04:51

```
1           We -- we had -- we were a new team              16:04:56
2  within the organization.  As I mentioned, we were       16:04:59
3  brought over -- our wholesale picked up and moved       16:05:01
4  into digital brand from the retail brand team and       16:05:04
5  so the team wasn't really clear about what we did       16:05:08
6  and who we were.                                         16:05:12
7           And -- and so ▇▇▇▇, instead of                  16:05:15
8  bringing us together, he basically -- he basically      16:05:20
9  kind of segmented us off to the -- off to the side      16:05:27
10 and didn't -- he would consistently put me down in      16:05:30
11 front of people.  He would -- he would -- he would      16:05:36
12 tell me and -- and others on the team that I was        16:05:41
13 doing a terrible job.  That I was a bad -- you          16:05:46
14 know, bad leader.                                        16:05:49
15          That he -- you know, when there were            16:05:50
16 opportunities for kind of larger programs or            16:05:54
17 larger opportunities within the org, he gave it to      16:06:00
18 his -- his boys which, you know, is like ▇▇▇▇           16:06:04
19 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.                                    16:06:07
20          There was a -- I think one other -- I           16:06:14
21 can't remember his name off the top of my head,         16:06:16
22 those guys were the ones who were -- who were kind      16:06:18
23 of given the larger opportunities to do the more        16:06:21
24 visible-to-leadership programming.                       16:06:32
25          And he was just -- he was so                    16:06:33
```

Line 1: We -- we had -- we were a new team    16:04:56
Line 2: within the organization.  As I mentioned, we were    16:04:59
Line 3: brought over -- our wholesale picked up and moved    16:05:01
Line 4: into digital brand from the retail brand team and    16:05:04
Line 5: so the team wasn't really clear about what we did    16:05:08
Line 6: and who we were.    16:05:12
Line 7: And -- and so [REDACTED], instead of    16:05:15
Line 8: bringing us together, he basically -- he basically    16:05:20
Line 9: kind of segmented us off to the -- off to the side    16:05:27
Line 10: and didn't -- he would consistently put me down in    16:05:30
Line 11: front of people.  He would -- he would -- he would    16:05:36
Line 12: tell me and -- and others on the team that I was    16:05:41
Line 13: doing a terrible job.  That I was a bad -- you    16:05:46
Line 14: know, bad leader.    16:05:49
Line 15: That he -- you know, when there were    16:05:50
Line 16: opportunities for kind of larger programs or    16:05:54
Line 17: larger opportunities within the org, he gave it to    16:06:00
Line 18: his -- his boys which, you know, is like [REDACTED]    16:06:04
Line 19: [REDACTED].    16:06:07
Line 20: There was a -- I think one other -- I    16:06:14
Line 21: can't remember his name off the top of my head,    16:06:16
Line 22: those guys were the ones who were -- who were kind    16:06:18
Line 23: of given the larger opportunities to do the more    16:06:21
Line 24: visible-to-leadership programming.    16:06:32
Line 25: And he was just -- he was so    16:06:33

```
 1          We -- we had -- we were a new team              16:04:56
 2  within the organization.  As I mentioned, we were       16:04:59
 3  brought over -- our wholesale picked up and moved       16:05:01
 4  into digital brand from the retail brand team and       16:05:04
 5  so the team wasn't really clear about what we did       16:05:08
 6  and who we were.                                        16:05:12
 7          And -- and so [REDACTED], instead of            16:05:15
 8  bringing us together, he basically -- he basically      16:05:20
 9  kind of segmented us off to the -- off to the side      16:05:27
10  and didn't -- he would consistently put me down in      16:05:30
11  front of people.  He would -- he would -- he would      16:05:36
12  tell me and -- and others on the team that I was        16:05:41
13  doing a terrible job.  That I was a bad -- you          16:05:46
14  know, bad leader.                                       16:05:49
15          That he -- you know, when there were            16:05:50
16  opportunities for kind of larger programs or            16:05:54
17  larger opportunities within the org, he gave it to      16:06:00
18  his -- his boys which, you know, is like [REDACTED]     16:06:04
19  [REDACTED].                                             16:06:07
20          There was a -- I think one other -- I           16:06:14
21  can't remember his name off the top of my head,         16:06:16
22  those guys were the ones who were -- who were kind      16:06:18
23  of given the larger opportunities to do the more        16:06:21
24  visible-to-leadership programming.                      16:06:32
25          And he was just -- he was so                    16:06:33
```

Page 179

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 63, Page 3 of 15

demeaning, you know, in my -- in my -- the minute when I finally just ended up where I'd had enough is when, you know, he -- in a meeting with just the two of us, he's -- you know, apologize for my language, but, you know, he said, "I don't even know what the fuck you do all day. I don't know what your team does all day, but you better get on board or you're done. You're out." 16:06:34 16:06:41 16:06:46 16:06:49 16:06:53 16:06:55 16:06:57 16:07:01

And he would -- he would threaten me all the time with either get on board, get your shit together, or you're going to be fired. 16:07:02 16:07:04 16:07:09

And that was done over the phone. It was done in one-on-ones. And he would threaten people on my team as well. So Chelsea and Kerry, in particular, were -- were folks that he had targeted as issues on the team. 16:07:14 16:07:17 16:07:22 16:07:26 16:07:30

He had no examples of any of the things that were problems for any of us, myself, Chelsea, Kerry. He would never give specific examples or provide any specific documentation of any issues. He would just say, "You guys -- you guys need to get your shit together or you're gone." 16:07:34 16:07:39 16:07:43 16:07:46 16:07:49 16:07:52 16:07:54

So that -- those are -- this was -- this was kind of a -- not kind of. It was a 16:07:55 16:08:00

weekly -- and often more than once during the week -- phenomenon in which he would -- he would threaten that over the course of my time reporting to him. 16:08:02 16:08:07 16:08:11 16:08:14

Q. Okay. Any other ways that you believe [REDACTED] discriminated against you or members of your team based on your gender? 16:08:17 16:08:19 16:08:23

A. I mean, I guess, no. I think that there was -- there was other instances within the organization with [REDACTED] but those are -- those are them. 16:08:24 16:08:38 16:08:41 16:08:44

Q. When you say, "Other instances within the organization," are you referring to what you told me about earlier with [REDACTED] and the gentleman's name who I'm forgetting right now? 16:08:46 16:08:54 16:08:57 16:09:04

A. [REDACTED] [REDACTED] [REDACTED] 16:09:05

Q. Yeah. Is that what you're referring to there? 16:09:07 16:09:08

A. No. I'm talking about within North America now. So there was a -- there was a -- there was another situation -- [REDACTED], who actually I had hired into Nike back in my days in DT- -- direct-to-consumer, he had -- he had made his way over to North America digital brand and -- and so we were -- fundamentally, we were working 16:09:08 16:09:11 16:09:16 16:09:20 16:09:25 16:09:28 16:09:35

on the same team ultimately again. 16:09:38

I was -- I was the -- the head of -- or the director of North America digital and he -- I think he was doing like a -- a sportswear role. I can't remember exactly what he was doing but we ended up kind of in the same team again after -- after a couple years being in separate teams. 16:09:40 16:09:45 16:09:51 16:09:54 16:09:56 16:09:58

And [REDACTED] decided -- I think he got an offer from an external company and so he was getting ready to leave Nike, and [REDACTED] took [REDACTED] out for beers and basically offered him whatever role he wanted in order to stay. I don't know what compensation changes were made as well there, but he was offered for him to basically make -- he made up a role for him. 16:10:01 16:10:05 16:10:11 16:10:16 16:10:25 16:10:30 16:10:34 16:10:37

Again, kind of this ended up being a -- I think it was like he did vending machines for Nike devices. I don't even know. It was a very strange role nobody quite understood. 16:10:41 16:10:43 16:10:46 16:10:51

But at the time, you know, it's like -- it's silly things where, you know, in order to keep [REDACTED] there, they -- they moved me out of my office space in order to free it up for [REDACTED] even though I had teammate -- you know, people reporting in to me, needed an office space 16:10:54 16:10:56 16:10:59 16:11:03 16:11:06 16:11:10

for -- for confidential one-on-ones with them, it was more important to -- to keep [REDACTED] on the team and to give him what he needed and what he wanted instead of doing what's right for -- for me and my team. 16:11:13 16:11:16 16:11:20 16:11:23 16:11:26

So that was just another example of -- of just blatant preferential treatment within the organization when -- you know, for someone that -- that [REDACTED] and -- and his team perceived as -- as one of the boys. 16:11:27 16:11:30 16:11:34 16:11:40 16:11:45

Q. Was Mr. [REDACTED]'s team separate than [REDACTED]'s team? 16:11:55 16:11:58

A. [REDACTED] reported to [REDACTED]. 16:11:58

Q. How many people reported to [REDACTED] like at the same time you did? 16:12:00 16:12:02

A. Hmm. Probably around six or seven maybe. Somewhere in there. He had an admin and probably six or seven of us or probably five or six of us reporting to him. 16:12:04 16:12:06 16:12:11 16:12:14

Q. Okay. Who else reported to Mr. -- or to [REDACTED] at the same time that you did? 16:12:15 16:12:18

A. Oh, boy. I know Paul [REDACTED] [REDACTED]. There was a woman -- I can't remember her name off the top of my head. Their admin. He had an admin that reported to him. He had a 16:12:19 16:12:26 16:12:33 16:12:37

Mr. -- or [redacted] direct reports you told me about? Were you the only one that was not given larger opportunity? 17:01:30 17:01:35 17:01:38

A. I don't recall the experience that others had. So I can only -- I can only speak for -- for -- for myself and my team in this. I don't recall. 17:01:40 17:01:47 17:01:54 17:02:01

Q. Okay. All right. Well, I guess just maybe like -- just, you know, based on your personal experience, was there anyone else on [redacted] team of his direct reports that you observed as being excluded from larger opportunities that he gave to, for example, [redacted] and [redacted]? 17:02:01 17:02:03 17:02:05 17:02:09 17:02:11 17:02:15 17:02:22

A. No. 17:02:22

Q. All right. Okay. If I can ask you to look at Exhibit 180 again. 17:02:23 17:03:19

A. Okay. 17:03:32

Q. Okay. And, actually, maybe before -- well, it's kind of later, but you referred to -- a couple times to the old boys' club? 17:03:32 17:03:35 17:03:38

A. Uh-huh. Yes. 17:03:42

Q. What do you mean by that? 17:03:42

A. I just -- just how I described. There was a -- a group of guys in [redacted] role in 17:03:43 17:03:54

particular on his team in particular who -- who were -- you know, they went out together. They partied together. They went to each other's weddings. They went to each other's events. They were then given additional opportunities.

Even in meetings, they were -- they were treated differently. You know, their voice was -- was definitely heard more than -- than mine or people on my team in the room. And, you know, that extended to ████ being kind of part of the -- ██████ friend as well, ██████ and he -- you know, he was sort of protected.

And -- and so, yeah, the old boys' team network, from my perspective, was that group of guys who just -- they all hung together and ██████████ gave them a different level of respect. He gave them projects that were more visible. Gave them opportunities that didn't exist for me.

Q. Okay. Okay. And -- okay. So the group of guys on █████ team, ████████████. Are you also including the person who worked in basketball whose name you can't recall?

A. Yeah. There's -- I mean, there's -- there's a few of them. I -- oh, ████████ was

17:03:58 17:04:02 17:04:07 17:04:10 17:04:17 17:04:19 17:04:27 17:04:30 17:04:37 17:04:40 17:04:46 17:04:51 17:04:54 17:05:01 17:05:03 17:05:06 17:05:11 17:05:13 17:05:16 17:05:20 17:05:32 17:05:39 17:05:43 17:05:45 17:05:47

party, that instance that you told me about? He had -- ██████ had a dinner for the whole team and you said the guys got in an Uber and went to downtown Portland. Of the people on that team that you were describing, was there anyone else like besides you that didn't go? 17:16:17 17:16:23 17:16:28 17:16:33 17:16:36 17:16:41

A. I know the members of my team did not go. So Chelsea, Tracy, Danielle, my -- I -- I recall that none of them went as well. 17:16:44 17:16:46 17:16:52

Q. Okay. And do you know if any female members of his team went to downtown Portland after that holiday party? 17:16:56 17:17:11 17:17:16

A. I don't believe so. I believe it was just the boys. 17:17:18 17:17:22

Q. Any male members of his team that didn't go? 17:17:27 17:17:30

A. I -- I'm sure there was. Again, same -- same answer. I believe there was probably guys that did not go. Yeah. 17:17:33 17:17:35 17:17:38

Q. Okay. Okay. And you mentioned earlier that you said ██████ was sort of protected. Do you remember that testimony? 17:17:41 17:17:54 17:18:00

A. Yes. 17:18:01

Q. What do you mean by that? Or how -- I'll ask it this way. How is he protected? 17:18:02 17:18:05

A. There was a general understanding that -- and mostly because he would talk about it a lot -- that he was a friend of [redacted]s. That he was -- [redacted] was his sponsor and accelerate to get him to the VP level. And -- and so from that perspective with -- with [redacted] in his corner, [redacted] was protected. 17:18:07 17:18:11 17:18:14 17:18:18 17:18:22 17:18:28 17:18:31

And -- and, you know, he would tell us that -- I told you in the very first meeting, he made it very clear that he -- that [redacted] was his mentor and advocate in the accelerate program. He -- he was also, you know, brought over by [redacted], who, you know, also made -- you know, was -- was -- had preferential, I guess, treatment of [redacted]. He kind of let things go that -- that -- within the organization that I don't think -- that he probably shouldn't have. 17:18:32 17:18:35 17:18:39 17:18:42 17:18:48 17:18:52 17:18:57 17:19:04 17:19:07 17:19:14

And -- and so, you know, but he just was untouchable because he was pretty clear about his relationship with [redacted]. That was the biggest part of it. 17:19:15 17:19:17 17:19:20 17:19:23

Q. And when you said he kind of let things go with respect to [redacted], I think you were referring to [redacted] there? 17:19:25 17:19:33 17:19:36

A. Yes. 17:19:38

response to you was -- strike that. 17:33:27

Any reason to believe that ████ 17:33:35
response to you wasn't genuine? 17:33:40

MR. BLAKE: Objection. Calls for 17:33:43
speculation. 17:33:46

A. Yeah. I have no idea. 17:33:46

BY MS. ZABELE: 17:33:51

Q. Okay. So other than that, any other 17:33:51
instance in which you expressed interest in a 17:33:53
promotion at Nike? 17:33:56

A. No. 17:34:01

Q. And did you apply for any other 17:34:09
promotions at Nike -- well, strike that. Let me 17:34:14
try again. 17:34:18

Any other roles that you sought at 17:34:18
Nike that you didn't get that we haven't talked 17:34:33
about? 17:34:35

A. No. 17:34:36

Q. Okay. So let's -- okay. Back on 17:34:38
Exhibit 180. Okay. Paragraph six. It's the one, 17:34:49
two -- the fourth sentence. Do you see it says, 17:34:58
"I complained to human resources about ████████ 17:35:03
but they did not take any remedial action while I 17:35:05
was there"? 17:35:08

Do you see that? 17:35:09

A. Yes. 17:35:10

Q. Okay. When did you complain to human resources about [REDACTED] 17:35:12 17:35:14

A. It would have been right at the end, in that January-February time period. 17:35:16 17:35:19

Q. The end of your employment at Nike? 17:35:21

A. Yeah. Sorry. And also around the New York event I talked to you about, and I couldn't tell you when that was. It would have been at the end of -- probably close to the end of the year of 2014. I don't recall exactly when that sales meeting was, but that was the other time when I had conversations with HR about my frustration that I was being -- I was being threatened with my job, and so was Kerry, and we had zero documentation to back that up, and was getting nothing. So I -- I'd had that conversation with Dominic as well. 17:35:25 17:35:28 17:35:30 17:35:32 17:35:37 17:35:40 17:35:43 17:35:47 17:35:52 17:35:55 17:35:59 17:36:02

Q. Okay. Yeah. That was my question. So maybe just focusing on the first conversation regarding the New York meeting at or about the end of 2014 that you mentioned. So your conversations with HR were with Dominic Mara? 17:36:03 17:36:05 17:36:09 17:36:12 17:36:16

A. Yes. 17:36:21

Q. How many conversations did you have 17:36:21

with Mr. Mara about that New York meeting? 17:36:25

A. We had one or two, and then we had a couple of -- my -- my recollection is that there was a couple of email exchanges as well where I followed up. I believe I had at least one conversation with Dominic and then a couple of email follow-ups that I had sent off to him asking him to -- to actually give me what they promised, which was documented examples and proof of performance issues. 17:36:30 17:36:34 17:36:36 17:36:38 17:36:41 17:36:47 17:36:51 17:36:56 17:37:01

Q. Okay. Did you ever complain to anyone else at Nike besides Dominic Mara about the -- sorry. I just want to -- 17:37:17 17:37:22 17:37:36

A. Ask the question.

Q. Yeah, yeah, yeah. Sorry. I just want to make sure I'm accurately questioning you back about your testimony. Just give me a sec. 17:37:42 17:37:43 17:37:50

Okay. All right. Well, did you ever complain to anyone else at Nike besides Dominic Mara about this New York meeting and what you've called a lack of documentation at any time? 17:38:10 17:38:11 17:38:15 17:38:19

A. Not -- no. Not to HR. No. 17:38:28

Q. What about anyone outside HR? 17:38:31

A. I'm trying to think if I had a conversation with Cindy King. I believe that I 17:38:33 17:38:43

CERTIFICATE

I, Jan R. Duiven, CSR, FCRR, CRC, RPR, a Certified Shorthand Reporter for the State of Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties hereinbefore set forth, PAIGE AZAVEDO appeared virtually before me at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 245, both inclusive, constitutes a full, true, and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

Witness my hand at Eugene, Oregon, this 12th day of February, 2021.

Jan R. Duiven, CSR, FCRR, CRC, RPR
CSR No. 96-0327
Expiration Date: September 30, 2023