```
1                UNITED STATES DISTRICT COURT

2                   DISTRICT OF OREGON

3                   PORTLAND DIVISION

4

5

6    KELLY CAHILL, et al.,          )

7                   Plaintiffs,     )

8          VS.                      ) NO. 3:18-CV-01477-JR

9    NIKE, INC., an Oregon          )

10   Corporation,                   )

11                  Defendants.     )

12   _____)

13

14

15   VIDEOCONFERENCE DEPOSITION OF:

16              KELLY CAHILL

17              WEDNESDAY, NOVEMBER 18, 2020

18              12:10 P.M.

19

20

21

22   REPORTED BY:

23              Sari M. Knudsen

24              CSR No. 13109

25

                                              Page 1
```

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 1 of 26

```
 1            (Whereupon Defendants' Exhibit 5         02:08:41

 2         was marked for identification)            02:08:41

 3  BY MS. DAVIS:                                     02:08:41

 4     Q    Okay.  Do you recognize Exhibit 5 as your 02:08:49

 5  offer letter to become a Nike employee dated      02:08:53

 6  October 16, 2013?                                 02:08:55

 7     A    Yes.                                       02:09:01

 8     Q    Okay.  And this was after the one-year    02:09:04

 9  period of time you worked as the Digital Brand    02:09:06

10  Senior Producer for Nike.com as a contractor.     02:09:11

11  Correct?                                           02:09:12

12     A    Yes.  Close to one year.  Correct.        02:09:15

13     Q    Okay.  And when you were originally hired 02:09:17

14  as a Nike employee, your start date was October 21, 02:09:24

15  2013.  At least as reflected on Exhibit 5.        02:09:28

16         Do you see that?                           02:09:29

17     A    Yes.                                       02:09:31

18     Q    Okay.  And do you believe that that was  02:09:33

19  your start date at Nike as a Nike employee,       02:09:36

20  October 21, 2013?                                 02:09:37

21     A    I believe that to be correct, yes.        02:09:41

22     Q    Okay.  And your title when you were hired 02:09:43

23  as a Nike employee was Global Digital Cross-Category 02:09:45

24  Director.  Correct?                               02:09:51

25     A    Of Nike.com, yes.                         02:09:53
```

Page 76

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 2 of 26

| | | |
|---|---|---|
| 1 | Q    Okay.    When you became a Nike employee and | 02:10:33 |
| 2 | were Global Digital Cross-Category Director for | 02:10:38 |
| 3 | Nike.com, did your job duties change at all from the | 02:10:42 |
| 4 | duties you had held as a contractor? | 02:10:45 |
| 5 | A    Yes. | 02:10:47 |
| 6 | Q    How did they change? | 02:10:50 |
| 7 | A    This -- this organization, this global | 02:10:53 |
| 8 | Nike.com organization was new.  So it was again a | 02:10:58 |
| 9 | new -- a new position with new responsibilities from | 02:11:02 |
| 10 | a global organization.  So I oversaw the rollout of | 02:11:11 |
| 11 | Nike.com sites globally from Europe to China to | 02:11:18 |
| 12 | Japan which was not the case before.  So I was more | 02:11:24 |
| 13 | heavily involved with our international partners | 02:11:27 |
| 14 | than the previous role.  And some of the duties | 02:11:33 |
| 15 | overlapped. | 02:11:34 |
| 16 | Like I was still responsible for the home | 02:11:38 |
| 17 | page globally.  So all the home pages globally.  The | 02:11:43 |
| 18 | Men's, Women's and any big initiative that would | 02:11:48 |
| 19 | have come across were all categories played.  For | 02:11:52 |
| 20 | example, gifting at holiday time, back-to-school. | 02:11:57 |
| 21 | So any large initiatives where all the categories | 02:12:00 |
| 22 | had to come together were my projects. | 02:12:08 |
| 23 | Q    And you were in this role for approximately | 02:12:11 |
| 24 | one year, until November of 2014? | 02:12:13 |
| 25 | A    Correct. | 02:12:15 |

Page  77

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 3 of 26

```
 1   HQ --                                              02:13:59

 2       MR. GOLDSTEIN:  Objection.                     02:14:00

 3   BY MS. DAVIS:                                       02:14:00

 4       Q    -- to the role you were performing?       02:14:02

 5       A    Yeah.  It was in -- it was in global --   02:14:06

 6   sorry.  Not global.  North America.  So there were  02:14:09

 7   regions -- the regions at HQ had similar            02:14:13

 8   responsibilities.                                   02:14:13

 9       Q    And what were the job titles of the people 02:14:18

10   who held those roles, if you know?                 02:14:20

11       A    I don't remember.                          02:14:24

12       Q    Do you know the names of any of the people 02:14:25

13   who held those roles?                               02:14:28

14       A    I do not remember.                         02:14:30

15       Q    Okay.  As you sit here today, are there any 02:14:32

16   documents that you believe would refresh your      02:14:34

17   recollection?                                       02:14:35

18       A    If there were -- if there were org charts, 02:14:38

19   that could -- that would help.                      02:14:54

20       Q    While you were Global Digital              02:15:12

21   Cross-Category Director for Nike.com, you were Band 02:15:18

22   E5.  Is that accurate?                              02:15:22

23       A    I know it was E.  The 5 -- the 5 is -- I   02:15:26

24   don't recall the 5.                                 02:15:28

25       Q    Okay.  And do you know anything about the  02:15:36
```

Page 79

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 4 of 26

| | | |
|---|---|---|
| 1 | A    Yes.  He did have one.  One to my | 02:25:43 |
| 2 | knowledge, yes. | 02:25:45 |
| 3 | Q    Also a manager? | 02:25:46 |
| 4 | A    Also a manager, yes. | 02:25:48 |
| 5 | Q    Did he supervise anyone else to your | 02:25:50 |
| 6 | knowledge? | 02:25:50 |
| 7 | A    Not to my knowledge. | 02:26:03 |
| 8 | Q    All right. | 02:26:11 |
| 9 | In approximately December of 2014, you | 02:26:14 |
| 10 | moved into a new role called Brand Director for | 02:26:19 |
| 11 | Nike.com.  Is that correct? | 02:26:21 |
| 12 | MR. GOLDSTEIN:  Objection. | 02:26:23 |
| 13 | THE WITNESS:  If I could see the -- a document | 02:26:26 |
| 14 | that shows that to jog my memory of the exact title, | 02:26:30 |
| 15 | that would be helpful. | 02:26:31 |
| 16 | BY MS. DAVIS: | 02:26:31 |
| 17 | Q    Okay.  What would -- how would you | 02:26:33 |
| 18 | articulate your title when you changed jobs in | 02:26:36 |
| 19 | December of 2014? | 02:26:37 |
| 20 | A    North America Nike.com brand -- Digital | 02:26:45 |
| 21 | Brand Director or as -- | 02:26:47 |
| 22 | Q    Okay. | 02:26:48 |
| 23 | A    -- as reflected on my resume. | 02:26:49 |
| 24 | Q    Okay.  Was that considered a promotion? | 02:27:08 |
| 25 | A    No. | 02:27:08 |

Page 88

| | | |
|---|---|---|
| 1 | MR. GOLDSTEIN:  Objection. | 02:27:10 |
| 2 | THE WITNESS:  No -- no.  It was a lateral -- a | 02:27:14 |
| 3 | lateral move. | 02:27:16 |
| 4 | BY MS. DAVIS: | 02:27:16 |
| 5 | Q    Okay.  Did you apply for the -- for it? | 02:27:21 |
| 6 | A    I believe I did.  I would have to see the | 02:27:27 |
| 7 | application to jog my memory officially. | 02:27:30 |
| 8 | Q    Okay.  We'll look at those in a bit. | 02:27:34 |
| 9 | A    Okay. | 02:27:34 |
| 10 | Q    Were you responsible -- as a North America | 02:27:56 |
| 11 | Nike.com Digital Brand Director, were you | 02:27:59 |
| 12 | responsible for any specific categories? | 02:28:00 |
| 13 | A    No.  Again, cross-category and all | 02:28:08 |
| 14 | categories at the time. | 02:28:17 |
| 15 | Q    Okay. | 02:28:17 |
| 16 | A    Again, that was -- again, that was a | 02:28:23 |
| 17 | newly-created role. | 02:28:28 |
| 18 | Q    Okay.  By "newly created," you mean that no | 02:28:33 |
| 19 | one had held the role before you? | 02:28:36 |
| 20 | MR. GOLDSTEIN:  Objection. | 02:28:37 |
| 21 | BY MS. DAVIS: | 02:28:37 |
| 22 | Q    I didn't get your answer.  Sorry. | 02:28:41 |
| 23 | A    To my knowledge, that is correct. | 02:28:45 |
| 24 | Q    Okay.  And you held the role of North | 02:28:52 |
| 25 | America Nike.com Digital Brand Director until you | 02:28:55 |

Page 89

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 6 of 26

| | | |
|---|---|---|
| 1 | left Nike in July of 2017.  Correct? | 02:28:59 |
| 2 | A    Correct. | 02:29:09 |
| 3 | Q    Did you change jobs from Global Digital | 02:29:34 |
| 4 | Cross-Category Director for Nike.com to North | 02:29:41 |
| 5 | America Nike.com Digital Brand Director by choice? | 02:29:46 |
| 6 | A    Yes. | 02:29:47 |
| 7 | Q    Why did you want to change jobs? | 02:29:50 |
| 8 | A    I had been in global for a while and done | 02:29:55 |
| 9 | what I thought I wanted to do.  And the new role in | 02:30:00 |
| 10 | North America brought me closer into the brand, the | 02:30:07 |
| 11 | brand roles I was seeking as well as the | 02:30:09 |
| 12 | merchandising roles that had interested me. | 02:30:19 |
| 13 | Q    Okay.  And what do you mean by a "brand | 02:30:21 |
| 14 | role"? | 02:30:23 |
| 15 | A    So there are -- so I was in the digital | 02:30:25 |
| 16 | brand -- what was once known as the digital brand | 02:30:30 |
| 17 | function, and then there are true brand category | 02:30:32 |
| 18 | functions that sit -- kind of sit outside of digital | 02:30:38 |
| 19 | brand within the matrix that were, you know, | 02:30:44 |
| 20 | something I was looking to get into. | 02:30:46 |
| 21 | Q    Could you give me an example of a brand | 02:30:53 |
| 22 | category function? | 02:30:55 |
| 23 | A    Oh, sure.  Like Running.  Like Women's | 02:30:57 |
| 24 | Brand Director, Men -- you know, Running Brand | 02:31:01 |
| 25 | Director. | 02:31:06 |

Page 90

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 7 of 26

```
 1    gender?                                          04:52:04

 2        A    Not --                                  04:52:06

 3        MR. GOLDSTEIN:  Objection.                   04:52:07

 4        THE WITNESS:  Not to my knowledge.           04:52:08

 5    BY MS. DAVIS:                                     04:52:08

 6        Q    Okay.  And North America Nike.com Digital  04:52:16

 7    Brand Director role was also an E band role.     04:52:21

 8    Correct?                                          04:52:21

 9        A    That is correct.                        04:52:24

10        Q    And when you started in the role, did you  04:52:29

11    think that E band was appropriate for that job?  04:52:34

12        A    At that current role at that time, yes. 04:52:45

13        Q    Did you know that you had changed job codes  04:52:47

14    at that time with respect to Nike's internal system?  04:52:52

15        MR. GOLDSTEIN:  Objection.                   04:52:54

16        THE WITNESS:  I -- I don't recall knowing that.  04:52:57

17    I can assume that's accurate since I switched from a  04:53:00

18    global to a regional position.                   04:53:05

19    BY MS. DAVIS:                                     04:53:05

20        Q    Okay.  And did you know anything about  04:53:09

21    changing to -- changing jobs families when you   04:53:17

22    changed roles?                                    04:53:18

23        MR. GOLDSTEIN:  Objection.                   04:53:19

24        THE WITNESS:  No.  I didn't -- I didn't realize  04:53:23

25    what job family I was in, based on that document. 04:53:27
```

Page 148

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 8 of 26

```
 1        MR. GOLDSTEIN:  She already testified it was in    07:07:09

 2   2017.                                                   07:07:20

 3   BY MS. DAVIS:                                           07:07:20

 4       Q    Do you recall anything else about the not     07:07:23

 5   favorable text messages and phone calls from           07:07:25

 6   ███████████    that you have not already shared with me?   07:07:28

 7       A    No.                                            07:07:31

 8        MR. GOLDSTEIN:  Objection.  Asked and answered.    07:07:33

 9   BY MS. DAVIS:                                           07:07:33

10       Q    Do you have any reason to believe that        07:07:41

11   ████████████  sent you these text messages or made     07:07:45

12   these phone calls based on your gender?                 07:07:47

13        MR. GOLDSTEIN:  Objection.                         07:07:51

14        THE WITNESS:  Yes.  I mean, the way he spoke to    07:07:53

15   me because of my gender, yes.                           07:07:55

16   BY MS. DAVIS:                                           07:07:55

17       Q    What makes you think that it was because of   07:07:57

18   your gender?                                            07:07:58

19       A    I never -- I never heard him speak to men     07:08:02

20   in that same way before.                                07:08:06

21       Q    Any other reason?                              07:08:11

22       A    No.                                            07:08:12

23       Q    When you say "the way he spoke to me," what   07:08:15

24   do you mean by that?                                    07:08:18

25       A    Just the level of degration [sic] that was    07:08:21
```

Page 218

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 9 of 26

| | | |
|---|---|---|
| 1 | spoken to me about very -- | 07:08:28 |
| 2 | Q    What did he -- sorry. | 07:08:29 |
| 3 | A    No.   Just it felt very like attacking -- | 07:08:34 |
| 4 | very attacking.   And in a way like that was | 07:08:38 |
| 5 | demeaning. | 07:08:38 |
| 6 | Q    Can you recall anything specifically that | 07:08:45 |
| 7 | he did that you felt was attacking, degrading or | 07:08:48 |
| 8 | demeaning? | 07:08:49 |
| 9 | A    To me directly? | 07:08:53 |
| 10 | Q    Yes. | 07:08:56 |
| 11 | A    Yes.   Just telling me that I need -- just | 07:08:59 |
| 12 | telling me directly that he would not be supporting | 07:09:02 |
| 13 | and just I need to figure things out and -- I mean, | 07:09:08 |
| 14 | those are some specifics.   But he -- overall, the | 07:09:12 |
| 15 | tone in which he communicated was very demeaning. | 07:09:15 |
| 16 | Q    So you said that he told you you needed to | 07:09:21 |
| 17 | figure things out.   Anything else he said to you | 07:09:24 |
| 18 | that you thought was attacking, degrading or | 07:09:26 |
| 19 | demeaning? | 07:09:28 |
| 20 | A    I can't recall.   I can't recall specifics. | 07:09:30 |
| 21 | There were so many in a short time frame. | 07:09:35 |
| 22 | Q    Okay.   I'd like to hear as many as you can | 07:09:37 |
| 23 | recall.   Do you have any notes that would help | 07:09:40 |
| 24 | refresh your recollection? | 07:09:42 |
| 25 | A    I don't have any notes, no. | 07:09:45 |

Page 219

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 10 of 26

| | | |
|---|---|---|
| 1 | ███████ spoke directly to you that you believe | 07:11:01 |
| 2 | would support your claim that he sent you | 07:11:08 |
| 3 | unfavorable texts and phone calls or spoke to you | 07:11:11 |
| 4 | disrespectfully because of your gender? | 07:11:13 |
| 5 |     A   Not that I can -- not that I can recall | 07:11:16 |
| 6 | without seeing those. | 07:11:21 |
| 7 |     Q   Okay.  Seeing -- and "seeing those," you | 07:11:23 |
| 8 | mean the text messages? | 07:11:24 |
| 9 |     A   Yeah.  Correct. | 07:11:26 |
| 10 |     Q   Okay.  You said you also witnessed | 07:11:30 |
| 11 | discriminatory behavior you shouldn't have been | 07:11:33 |
| 12 | witness to. | 07:11:34 |
| 13 |         What did you mean by that? | 07:11:37 |
| 14 |     A   He called other -- other females on the | 07:11:39 |
| 15 | team names.  He degraded and berated women in front | 07:11:46 |
| 16 | of a room full of our peers.  Made them cry multiple | 07:11:52 |
| 17 | times.  I was in the room for all of those. | 07:11:56 |
| 18 | Degraded a woman at an offsite. | 07:12:04 |
| 19 |     Q   Anything else? | 07:12:07 |
| 20 |     A   The way -- I mean, just the way he spoke in | 07:12:10 |
| 21 | general to women on the team. | 07:12:18 |
| 22 |     Q   Anything else? | 07:12:22 |
| 23 |     A   Not -- not -- not any more specifics that I | 07:12:26 |
| 24 | can recall off the top of my head. | 07:12:29 |
| 25 |     Q   You said he called other females names. | 07:12:31 |

Page 221

Sun Decl. Ex. 65, Page 11 of 26

| | | | |
|---|---|---|---|
| 1 | | What names did you hear him call other females? | 07:12:34 |
| 2 | A | Dikes. | 07:12:37 |
| 3 | Q | Anything else? | 07:12:39 |
| 4 | A | I think that's enough.  No. | 07:12:42 |
| 5 | Q | Do you recall anything else? | 07:12:44 |
| 6 | A | Of names?  Name calling?  Specifically, no. | 07:12:48 |
| 7 | Q | Okay.  How many times did you hear him use | 07:12:50 |
| 8 | | the term "dike"? | 07:12:52 |
| 9 | A | Once. | 07:12:55 |
| 10 | Q | How many? | 07:12:57 |
| 11 | A | Once. | 07:12:58 |
| 12 | Q | Oh, once.  I'm sorry.  I thought you said | 07:13:01 |
| 13 | | "lots."  Sorry. | 07:13:04 |
| 14 | A | That's okay. | 07:13:05 |
| 15 | Q | To whom -- was anyone else around when he | 07:13:08 |
| 16 | | made this comment? | 07:13:09 |
| 17 | A | No. | 07:13:11 |
| 18 | Q | Just you and him? | 07:13:12 |
| 19 | A | Yep. | 07:13:15 |
| 20 | Q | What were you discussing at the time? | 07:13:20 |
| 21 | A | I -- I had come into the office to meet. | 07:13:23 |
| 22 | | Two other women came into his office to talk to him | 07:13:26 |
| 23 | | about something while I was in the office.  They had | 07:13:30 |
| 24 | | left the office.  And as they were leaving the | 07:13:33 |
| 25 | | office, that is when he referred to them with that | 07:13:38 |

Page 222

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 12 of 26

| | | |
|---|---|---|
| 1 | word. | 07:13:39 |
| 2 | Q    What did he say exactly -- what did he say | 07:13:41 |
| 3 | exactly, if you can recall? | 07:13:46 |
| 4 | A    Along the lines of, "I don't care what | 07:13:48 |
| 5 | those dikes run off and do." | 07:13:50 |
| 6 | Q    What did you say? | 07:13:51 |
| 7 | A    I didn't say anything. | 07:13:55 |
| 8 | Q    When did this happen -- occur? | 07:13:57 |
| 9 | A    I cannot recall the specific date or time. | 07:14:03 |
| 10 | Q    Okay.  Do you recall approximately what | 07:14:04 |
| 11 | year? | 07:14:09 |
| 12 | A    I -- I cannot recall if it was 2016 -- it | 07:14:12 |
| 13 | was before 2017.  That's all I can recall. | 07:14:15 |
| 14 | Q    Regarding the -- your allegation that he | 07:14:26 |
| 15 | degraded and berated women and made them cry, what | 07:14:31 |
| 16 | specifically did you see? | 07:14:34 |
| 17 | A    With ███████ specifically in a room -- in a | 07:14:39 |
| 18 | conference room with an agency present, literally | 07:14:44 |
| 19 | attacking her for failure of a project over and over | 07:14:49 |
| 20 | and over again and not letting it go in front of her | 07:14:56 |
| 21 | peers, like myself and in front of an agency and | 07:15:00 |
| 22 | agency directors until she -- until she broke down | 07:15:03 |
| 23 | and left the room. | 07:15:07 |
| 24 | Q    Okay.  Any other times you saw him make | 07:15:14 |
| 25 | someone cry? | 07:15:17 |

Page  223

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 13 of 26

| | | |
|---|---|---|
| 1 | A    I have witnessed him make other people feel | 07:15:20 |
| 2 | very uncomfortable, but not cry. | 07:15:25 |
| 3 | Q    Okay.  So one time you saw him make a | 07:15:29 |
| 4 | female employee cry.  Correct? | 07:15:31 |
| 5 | A    That I witnessed.  I know -- I know there | 07:15:33 |
| 6 | was another -- he did make an agency partner cry as | 07:15:37 |
| 7 | well during that same time frame, a female. | 07:15:41 |
| 8 | Q    Okay.  Who was that? | 07:15:43 |
| 9 | A    Lori Bartelli.  She worked for AKQA at the | 07:15:49 |
| 10 | time. | 07:15:57 |
| 11 | Q    Okay.  And what happened there? | 07:15:58 |
| 12 | A    Very same scenario.  Failure.  She was the | 07:16:02 |
| 13 | agency working on that same project and failure of a | 07:16:05 |
| 14 | project. | 07:16:07 |
| 15 | Q    And were you present when he made her cry? | 07:16:10 |
| 16 | A    I wasn't -- I was not present.  She told me | 07:16:13 |
| 17 | after the fact. | 07:16:18 |
| 18 | Q    Did she send you anything in writing? | 07:16:20 |
| 19 | A    Nothing in writing.  We met in person a | 07:16:22 |
| 20 | lot.  And she was no longer working on that project. | 07:16:28 |
| 21 | So it was evident something had happened. | 07:16:34 |
| 22 | Q    Okay.  You said he degraded a woman at an | 07:16:42 |
| 23 | offsite.  What did you mean by that? | 07:16:44 |
| 24 | A    He -- after part of an offsite, after the | 07:16:47 |
| 25 | dinner, he put his private parts in a women's face | 07:16:56 |

Page  224

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 14 of 26

| | | | |
|---|---|---|---|
| 1 | | and told her to suck on that. | 07:17:05 |
| 2 | Q | And who is the woman? | 07:17:08 |
| 3 | A | Lauren Anderson. | 07:17:09 |
| 4 | Q | Okay.  And Ms. Anderson reported to you? | 07:17:18 |
| 5 | A | Not at that time, no. | 07:17:20 |
| 6 | Q | Okay.  She did later? | 07:17:23 |
| 7 | A | Earlier she would have. | 07:17:25 |
| 8 | Q | Earlier.  Okay. | 07:17:26 |
| 9 | | Okay.  And who else -- was anyone else | 07:17:35 |
| 10 | | there at the -- at this event after dinner? | 07:17:38 |
| 11 | A | Yeah.  The -- the majority of the rest of | 07:17:43 |
| 12 | | the team that was at this offsite. | 07:17:45 |
| 13 | Q | Okay.  When did the offsite occur? | 07:17:49 |
| 14 | A | Do not recall specifically.  But it would | 07:17:54 |
| 15 | | have been fall of 2016. | 07:17:57 |
| 16 | Q | Okay.  Okay.  And then you also said the | 07:18:12 |
| 17 | | way he spoke to women on the team.  Do you have | 07:18:14 |
| 18 | | anything to add to what you told me earlier? | 07:18:17 |
| 19 | A | No. | 07:18:27 |
| 20 | Q | Did you tell anyone in H.R. or management | 07:18:33 |
| 21 | | about ████████ conduct? | 07:18:35 |
| 22 | A | I did, yes. | 07:18:37 |
| 23 | Q | When is the first time? | 07:18:41 |
| 24 | A | First time would have been earlier in 2016. | 07:18:43 |
| 25 | | Probably spring, 2016. | 07:18:46 |

Page 225

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 15 of 26

```
 1      Q    Okay.  And who did you contact?              07:18:50

 2      A    First contact was ████████.  He's not in     07:18:55

 3  H.R.                                                   07:18:56

 4      Q    Can you say the name again?                  07:18:57

 5      A  Yes.  Sorry.  ████████.  ██████.               07:19:05

 6      Q    Okay.                                        07:19:05

 7      A    He was -- he was North America -- not H.R.   07:19:09

 8  Just leadership-level confidant.  He advised me --    07:19:18

 9      Q    And what did you tell --                     07:19:20

10      A    Sorry.                                       07:19:20

11      Q    What did you tell ████████?                  07:19:22

12      A    About █████'s -- █████'s behavior.  At that  07:19:27

13  time it was █████'s behavior, sort of lack of         07:19:31

14  leadership and the way -- what he said to the two     07:19:38

15  women coming out of his office -- or about the two    07:19:43

16  women, excuse me.                                     07:19:46

17      Q    Okay.  And what did Mr. █████ say in         07:19:50

18  response?                                             07:19:50

19      A    That he had heard similar complaints from    07:19:55

20  other people in the organization and that I needed    07:20:00

21  to speak to Tyler Allen in H.R.                       07:20:03

22      Q    Okay.  And what did you do next?             07:20:09

23      A    I spoke to Tyler Allen with -- within a      07:20:14

24  couple of weeks.                                      07:20:15

25      Q    Also in the spring of 2016?                  07:20:27
```

Page 226

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 16 of 26

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 07:20:35 |
| 2 | Q | And what did you tell Mr. Allen? | 07:20:37 |
| 3 | A | What I told -- what I told ███ -- we had | 07:20:41 |
| 4 | | a phone call.  I remember because I locked myself in | 07:20:45 |
| 5 | | a conference room.  Had a phone call to discuss his | 07:20:52 |
| 6 | | behavior and sort of what -- you know, what we need | 07:20:57 |
| 7 | | to do.  Kind of next -- if there are next steps or | 07:21:01 |
| 8 | | just lodge a complaint largely. | 07:21:05 |
| 9 | Q | And what specifically did you tell | 07:21:11 |
| 10 | | Mr. Allen about ███████ if you can recall? | 07:21:14 |
| 11 | A | I told him about the language used against | 07:21:18 |
| 12 | | those two women.  I told him about me personally | 07:21:26 |
| 13 | | taking on more responsibility without recognition. | 07:21:33 |
| 14 | | Needing to understand more about that decision and | 07:21:38 |
| 15 | | overall lack -- kind of lack of leadership that | 07:21:41 |
| 16 | | we've had from ████ you know, in the past several | 07:21:44 |
| 17 | | months. | 07:21:48 |
| 18 | Q | And what did Mr. Allen say? | 07:21:51 |
| 19 | A | He -- to my knowledge -- what I understood | 07:21:57 |
| 20 | | was it was being documented.  Yet to see that.  And | 07:22:02 |
| 21 | | that he would take the appropriate next steps. | 07:22:08 |
| 22 | Q | Okay.  And to your knowledge, did Mr. Allen | 07:22:12 |
| 23 | | take any next steps? | 07:22:13 |
| 24 | A | Not to my knowledge, no. | 07:22:16 |
| 25 | Q | Okay.  Did you raise any other concerns | 07:22:24 |

Page 227

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 17 of 26

```
 1   about ████████ to anyone else in management or        07:22:27
 2   H.R.?                                                  07:22:27
 3       A    During -- during that time frame or in        07:22:33
 4   general?                                               07:22:34
 5       Q    Oh.  Sorry.  I guess any time after you       07:22:38
 6   spoke with Mr. Allen.                                  07:22:39
 7       A    Yes.  I raised -- I mean, a couple more       07:22:43
 8   times to Mr. Allen.  I had spoken to ████████ as       07:22:50
 9   well about it.  And I continued to seek counsel from   07:23:00
10   ████████.  He moved on from that role.  Actually       07:23:04
11   into H.R. after a while.  And then ██████ Ross on our  07:23:12
12   team as a peer, confide in each other.                 07:23:22
13       Q    Okay.  And so when you went back to -- you    07:23:25
14   said you went back to Mr. Allen several more times.    07:23:27
15   Was that also in 2016?                                 07:23:29
16       A    Yes.  That would have been in 2016.           07:23:32
17       Q    Okay.  And what did Mr. Allen say when you    07:23:36
18   went back to him?                                      07:23:38
19       A    I went back to him with the complaint         07:23:43
20   around what had happened with ██████ and the          07:23:46
21   overall treatment of that project, and he gave me      07:23:54
22   the same answer.                                       07:23:57
23           This time, however, I believe -- I don't      07:24:00
24   know what action was taken.  But something happened    07:24:03
25   because Tyler was then being copied on all of          07:24:09
```

Page 228

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 18 of 26

| | | |
|---|---|---|
| 1 | ████'s e-mails that were directed to the team. | 07:24:15 |
| 2 | Q    Okay.    Okay.    Did you have any other | 07:24:23 |
| 3 | conversations with Mr. Allen about ████████ | 07:24:25 |
| 4 | A    I had one more after the incident in the | 07:24:28 |
| 5 | fall with the offsite. | 07:24:29 |
| 6 | Q    Uh-huh. | 07:24:33 |
| 7 | A    We spoke more than most people, I think. | 07:24:40 |
| 8 | And that was -- that would have been in the | 07:24:43 |
| 9 | fall of 2016. | 07:24:45 |
| 10 | Q    Okay.  And what did you tell Mr. Allen | 07:24:50 |
| 11 | during that meeting? | 07:24:52 |
| 12 | A    I told him what had taken place at the | 07:24:54 |
| 13 | offsite.    ████'s overall behavior towards the women | 07:25:04 |
| 14 | at the offsite. | 07:25:05 |
| 15 | Q    Okay.  And what was Mr. Allen's response? | 07:25:09 |
| 16 | A    Same -- same response as before.  That he | 07:25:11 |
| 17 | would take the appropriate next steps. | 07:25:20 |
| 18 | Q    Okay.  Any other complaints to Mr. Allen | 07:25:31 |
| 19 | about ██████? | 07:25:32 |
| 20 | A    Not about ██████. | 07:25:33 |
| 21 | Q    Okay.  What did you tell ██████ about | 07:25:37 |
| 22 | ██████? | 07:25:37 |
| 23 | A    Stayed mainly around lack of leadership and | 07:25:44 |
| 24 | sort of ████'s overall attitude kind of towards | 07:25:52 |
| 25 | myself and women and the Nike.com team in general. | 07:25:59 |

Page 229

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 19 of 26

```
 1      Q      After ████ was no longer working with you?    07:27:25

 2      A      Yeah.  After ████ was promoted, we had a       07:27:28

 3   conversation.                                            07:27:29

 4      Q      What did you say?                              07:27:39

 5      A      During that last conversation or --            07:27:40

 6      Q      Uh-huh.  Yep.                                  07:27:41

 7      A      I couldn't understand what ████'s              07:27:44

 8   behavior -- how he could get promoted to a vice          07:27:48

 9   president, given the amount of complaints that were      07:27:52

10   lodged against him to H.R.  It didn't -- it didn't       07:27:57

11   make sense.                                              07:27:57

12          And Tyler at that time had moved -- I'm          07:27:59

13   sorry.  Not Tyler.  ████.  ████ at that time had         07:28:04

14   moved into H.R.  So I was seeking clarity around how     07:28:08

15   that could possibly happen other than, you know, his     07:28:12

16   connections to senior man -- to senior leadership.      07:28:16

17      Q      What did ████ say?                             07:28:20

18      A      ████ was also as baffled as I was as how       07:28:25

19   something like that could happen and sort of helped      07:28:27

20   confirm some of ████'s senior management -- senior       07:28:34

21   leadership-level relationships.                          07:28:36

22      Q      Okay.  And then what did you and ████          07:28:43

23   discuss?                                                 07:28:46

24      A      Overall ████'s -- ████s bad behavior.         07:28:49

25   She directly reported into ████ as well, and we          07:28:55
```

Page 231

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 20 of 26

| | | |
|---|---|---|
| 1 | discussed a lot around when to go to H.R., what to | 07:29:02 |
| 2 | go to H.R. with.  We had also discussed she was | 07:29:07 |
| 3 | trying to get out of working from -- with ███.  So | 07:29:12 |
| 4 | we had a lot of conversations around her working for | 07:29:15 |
| 5 | other functions to not have to work for him anymore. | 07:29:20 |
| 6 | Q    Approximately when did these conversations | 07:29:22 |
| 7 | take place with ███? | 07:29:27 |
| 8 | A    Within 2016.  Probably the same time frame. | 07:29:31 |
| 9 | Summer -- summer to fall. | 07:29:39 |
| 10 | Q    Okay.  You said that there were -- I'm | 07:29:43 |
| 11 | going to paraphrase, but that there were other | 07:29:45 |
| 12 | complaints about ███.  Are you aware of | 07:29:49 |
| 13 | anyone else who complained about him other than | 07:29:50 |
| 14 | yourself? | 07:29:52 |
| 15 | A    I know ███ did.  I know Lauren Anderson | 07:29:57 |
| 16 | did.  I know ███ did. | 07:30:07 |
| 17 | Q    Anyone else? | 07:30:11 |
| 18 | A    Not -- not that I know. | 07:30:12 |
| 19 | Q    Okay.  You told me before that you thought | 07:30:20 |
| 20 | Tyler Allen had treated you differently based on | 07:30:23 |
| 21 | your gender or treated you unfairly by not helping | 07:30:28 |
| 22 | you get the promo or interviews that he had | 07:30:31 |
| 23 | promised.  I may be paraphrasing there. | 07:30:34 |
| 24 | What did Mr. Allen do that you feel was | 07:30:40 |
| 25 | unfair? | 07:30:40 |

Page 232

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 21 of 26

```
 1          (Whereupon Defendant's Exhibit 27        08:59:49

 2          was marked for identification)          08:59:49

 3    BY MS. DAVIS:                                  08:59:49

 4       Q    Okay.  Let me know when you have had a 08:59:54

 5    chance to read it.                             09:00:15

 6       A    Okay.                                  09:00:25

 7       Q    Okay.  Does this refresh your recollection 09:00:29

 8    that you reviewed at least some job descriptions for 09:00:34

 9    the employees on your team?                    09:00:37

10       A    Yes.  I do remember this.             09:00:40

11       Q    Okay.  Did you prepare job descriptions for 09:00:42

12    them, or were you reviewing job descriptions that 09:00:45

13    were already created?                          09:00:47

14       A    Reviewing job descriptions that were  09:00:53

15    already -- already created because they were still 09:00:56

16    valid.                                         09:00:57

17       Q    Okay.  And did you recommend any changes to 09:00:58

18    the job description?                           09:01:02

19       A    I can't remember.                      09:01:04

20       Q    Do you recall an incident where ██████ 09:01:30

21    allegedly said to Ms. Anderson, "Lick my balls"? 09:01:36

22       A    That is the incident I referred to at the 09:01:38

23    offsite.  I miss -- I misspoke in the statement, but 09:01:44

24    that is the reference.                         09:01:46

25       Q    Oh.  What did you tell me earlier had 09:01:47
```

                                                    Page 280

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 22 of 26

| | | |
|---|---|---|
| 1 | <u>happened?</u> | 09:01:48 |
| 2 | A    <u>I believe I said, "Suck on these."</u> | 09:01:55 |
| 3 | Q    <u>Got it.</u> | 09:01:55 |
| 4 | A    <u>Close.</u> | 09:02:05 |
| 5 | Q    Did you also make recommendations about the | 09:02:08 |
| 6 | 9 Box ratings that you were talking about earlier? | 09:02:11 |
| 7 | A    From my -- from my direct reports, yes. | 09:02:17 |
| 8 | That one instance with Pamela.  She's the only one | 09:02:20 |
| 9 | that we did 9 Box ratings with. | 09:02:23 |
| 10 | Q    Okay.  You did not do them with ▮▮▮? | 09:02:25 |
| 11 | A    No. | 09:02:27 |
| 12 | Q    Are you familiar with the concept called a | 09:02:29 |
| 13 | potential rating at Nike? | 09:02:33 |
| 14 | A    I am not.  Not that I can remember. | 09:02:49 |
| 15 | Q    While you were working as a director at | 09:02:52 |
| 16 | Nike in either of the two jobs you held, did anyone | 09:02:55 |
| 17 | on your team get promoted? | 09:02:56 |
| 18 | MR. GOLDSTEIN:  Objection. | 09:03:04 |
| 19 | THE WITNESS:  I believe -- I believe so. | 09:03:06 |
| 20 | BY MS. DAVIS: | 09:03:06 |
| 21 | Q    Who? | 09:03:07 |
| 22 | A    I can't recall specifically who. | 09:03:12 |
| 23 | Q    Did you -- do you recall taking any steps | 09:03:14 |
| 24 | to help anyone on your team get promoted? | 09:03:17 |
| 25 | A    Yes.  Jen -- Jen was promoted, you know, | 09:03:22 |

Page 281

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 23 of 26

```
 1              I, SARI M. KNUDSEN, CSR NO. 13109, in and

 2    for the State of California, do hereby certify:

 3              I am the deposition officer that

 4    stenographically recorded the testimony in the

 5    foregoing deposition;

 6              Prior to being examined, the deponent was

 7    first duly sworn by me;

 8              The foregoing transcript is a true record of

 9    the testimony given;

10               Before completion of the deposition, review

11    of the transcript was not requested.  If requested,

12    any changes made by the deponent (and provided to

13    the reporter) during the period allowed are appended

14    hereto.

15

16    Dated the 9th day of December, 2020.

17

18

19

20

21              SARI M. KNUDSEN, CSR NO. 13109

22

23

24

25

                                              Page  313
```

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 65, Page 24 of 26

*Cahill v. Nike*
No. 3:18-cv-01477-JR (D. Or.)

Deposition Date: November 18, 2020

Deponent: Kelly Cahill

| Page | Line(s) | Reads | Should Read | Reason |
|------|---------|-------|-------------|--------|
| 25 | 13 | payee quality | pay equality | To correct a transcription error |
| 25 | 17 | payee quality | pay equality | To correct a transcription error |
| 38 | 9 | selling in new products | selling new products | To correct a transcription error |
| 40 | 8 | then ex-husband | then husband | To correct a transcription error |
| 43 | 20 | Gem Soda | Jones Soda | To correct a transcription error |
| 48 | 23 | 2011 | 2012 | To correct inadvertent error in year |
| 59 | 23 | EPW | ETW | To correct a transcription error |
| 123 | 6 | Insures | Ensures | To correct a transcription error |
| 142 | 3 | CFE's | CFEs | To correct a transcription error |
| 163 | 4 | participants | participates | To correct a transcription error |
| 163 | 18 | participants | participates | To correct a transcription error |
| 173 | 9-10 | Was rated during CFE one year what I saw everyone was getting. Not necessarily the case. | Was rated Successful during CFE one year when I was told everyone was getting Successful. But then I saw that was not necessarily the case. | To correct a transcription error |
| 174 | 6 | media | meeting | To correct a transcription error |
| 177 | 2 | Nike.com right | Nike.com that are right | To correct a transcription error |
| 179 | 5 | manager CFE | manager's CFE | To correct a transcription error |
| 179 | 11 | managing CFE | manager's CFE | To correct a transcription error |
| 180 | 1 | CFE's | CFEs | To correct a transcription error |
| 185 | 22 | Kasatani. | Fisanotti | To correct a transcription error |
| 186 | 4 | up levels from me | a higher level than mine | To correct a transcription error |
| 186 | 7 | It | He | To correct a transcription error |
| 196 | 19 | June 11 | June 1 | To correct a transcription error |
| 196 | 23 | CFE's | CFEs | To correct a transcription error |
| 222 | 2 | dikes | dykes | To correct a transcription error |
| 222 | 8 | dike | dyke | To correct a transcription error |

794325.3

Sun Decl. Ex. 65, Page 25 of 26

| 223 | 5 | dikes | dykes | To correct a transcription error |
| 251 | 24 | CFAE's | CFEs | To correct a transcription error |
| 254 | 13 | CFE's | CFEs | To correct a transcription error |
| 263 | 7 | D banding | debanding | To correct a transcription error |
| 263 | 17 | D banding | debanding | To correct a transcription error |
| 284 | 19 | Communication's | Communications | To correct a transcription error |
| 297 | 10 | July 27 | July 25 | To correct a transcription error |
| 309 | 14 | opportunity proactively | opportunity to proactively | To correct a transcription error |

Subject to the above changes, I declare under the penalties of perjury of the laws of the United States that my deposition transcript is true and correct.

Executed on ___1/6/2021___ in ___West Newton, MA___.

*Kelly Cahill*
486CF2DE09C444B...

Kelly Cahill

794325.3

Sun Decl. Ex. 65, Page 26 of 26