```
                UNITED STATES DISTRICT COURT
                    DISTRICT OF OREGON
                     PORTLAND DIVISION


 KELLY CAHILL, SARA JOHNSTON,       )   Case No.
 LINDSAY ELIZABETH, and HEATHER     )   3:18-cv-01477-JR
 HENDER, individually and on        )
 behalf of others similarly         )
 situated,                          )
                                    )
             Plaintiff,             )
                                    )
 vs.                                )
                                    )
 NIKE, INC., an Oregon              )
 Corporation,                       )
                                    )
             Defendants.            )
 _____)


             VIDEO-RECORDED VIDEOCONFERENCE
                DEPOSITION OF TRACEE CHENG
               Wednesday, December 2, 2020
                        Volume I

Reported by:
ROCHELLE HOLMES
CSR No. 9482
Job No. 4347600
PAGES 1 - 225
```

Page 1

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 66, Page 1 of 11

| | | |
|---|---|---|
| 1 | hanging out with his wife and basically went to work | |
| 2 | drunk.  He was probably also on drugs, and I had to make | |
| 3 | sure that nobody can see that he was hiding under his | |
| 4 | desk. | |
| 5 |      And, you know, working with -- despite his | 10:53AM |
| 6 | remarks about people's breasts and, you know, what they | |
| 7 | look like and, you know, how young they look or | |
| 8 | whatever, all of that, despite all of that, I | |
| 9 | overachieved, and I still didn't get a "highly | |
| 10 | successful." | 10:53AM |
| 11 |   Q    And who are you talking about? | |
| 12 |   A    Which part? | |
| 13 |   Q    That made the comment, that came in drunk and | |
| 14 | may be on drugs? | |
| 15 |   A    [REDACTED]. | 10:54AM |
| 16 |   Q    Did you make any complaints to HR about his | |
| 17 | behavior? | |
| 18 |   A    I did not.  I was talking to some of my female | |
| 19 | colleagues and they told me that, you know, there may be | |
| 20 | retaliation involved because if I ever want to move onto | 10:54AM |
| 21 | a bigger role, which, of course, as you can tell that I | |
| 22 | did, that they do need to talk to your current or | |
| 23 | previous managers, and if you talk to -- if you get him | |
| 24 | in trouble, that he may not give you a good review or | |
| 25 | anything like that and you will be stuck in that role. | 10:54AM |

Page 38

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 66, Page 2 of 11

```
 1    And so -- so I didn't.  But I did talk to a few of my
 2    colleagues, yes.
 3         Q    Who did you talk to about this?
 4         A    I talked to [REDACTED]  I talked to --
 5    oh, goodness, I forget the names already, but there are            10:55AM
 6    a few other people that I talked to.
 7              I do know for a fact that [REDACTED] was
 8    aware that he was not doing his job, that he was
 9    underperforming.  I had gone to him a few times talking
10    about the possibility of a move to his team and that he            10:55AM
11    agreed that he -- that [REDACTED] was not performing at
12    his level and that I was actually, you know, doing his
13    job.  So yeah.  I've talked to a few people about that
14    situation.
15         Q    Who was the male that you said received the              10:55AM
16    "highly successful" rating?
17         A    Caleb Moyer, I believe.
18         Q    What was his title?
19         A    I believe at that time he was probably senior
20    or product manager or product -- something like that.              10:56AM
21    It was a product role.  And he came in to Nike and he
22    was -- I believe he was an IT manager at TGI Fridays,
23    and since he joined Nike, his career just -- you know,
24    went -- you know, it was incredibly successful at Nike,
25    and I believe he is either a senior director or                    10:56AM
```

Page 39

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 66, Page 3 of 11

| | | |
|---|---|---|
| 1 | So yes.  Kind of roundabout answer, yes.  It is lower | |
| 2 | based on gender. | |
| 3 |     Q   Do you believe that there are any other facts | |
| 4 | showing that the PSP bonus you received was based on | |
| 5 | your gender? | 01:47PM |
| 6 |     A   You mean other than the lower base salary and | |
| 7 | the sexual harassment that's been encircling my job, my | |
| 8 | first job, and also not being able to participate in | |
| 9 | high visibility programs that would likely deliver | |
| 10 | higher bonuses?  Yeah. | 01:48PM |
| 11 |     I would say -- other than those things and | |
| 12 | other than, you know, what's in my EEOC charge, I would | |
| 13 | say, yeah, not that I can recall at this moment. | |
| 14 |     Q   Do you mind describing the circumstances of | |
| 15 | your sexual harassment? | 01:48PM |
| 16 |     A   Sure.  So this started the night of the -- | |
| 17 | actually, it started before that.  So [REDACTED], has | |
| 18 | always been very kind of touchy-feely.  So when we're | |
| 19 | looking at something, he tends to be much closer to me | |
| 20 | physically than I'm comfortable with, and I've told him | 01:48PM |
| 21 | before about that.  And, you know, he kind of brushes it | |
| 22 | off as, you know, hey, we're just being friendly here. | |
| 23 |     What's really dawned on me as kind of a -- | |
| 24 | something that's out of the ordinary was the night of | |
| 25 | the Christmas party, he was drunk.  And after talking to | 01:49PM |

Page 106

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 66, Page 4 of 11

| | | |
|---|---|---|
| 1 | my colleagues, I learned that he was also taking drugs | |
| 2 | and driving his direct reports home that night. | |
| 3 | The next morning he came to work, he was | |
| 4 | hungover and he was definitely not doing well. And then | |
| 5 | he told me that, you know, he's having issues with his | 01:49PM |
| 6 | wife and to tell me to go snowboarding with her to talk | |
| 7 | her out of filing a divorce, which later I learned was | |
| 8 | because that night he slept with one of his subordinates | |
| 9 | and that that subordinate later -- well, right after | |
| 10 | that, she quit. | 01:50PM |
| 11 | So during that year, he was taking a lot of | |
| 12 | time off work while -- I don't know if he did it | |
| 13 | officially, but he was not there most of the time. And | |
| 14 | that he was -- he was doing a lot of therapy sessions | |
| 15 | with his wife. And even during that time I've seen him | 01:50PM |
| 16 | make comments about the size of my colleague's breasts. | |
| 17 | So -- and those happened on multiple occasions, you | |
| 18 | know, the size of the cup and things like that. | |
| 19 | He's also talked to me a lot about going to | |
| 20 | strip clubs. He didn't really say exactly who with, but | 01:50PM |
| 21 | he frequented strip clubs and he liked to talk about | |
| 22 | which ones he preferred. | |
| 23 | And then the second incident with the | |
| 24 | subordinate was when another employee was starting to | |
| 25 | mention sexual harassment or starting to bring that up | 01:51PM |

Page 107

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 66, Page 5 of 11

|     |                                                                          |         |
| --- | ------------------------------------------------------------------------ | ------- |
| 1   | about him, that he immediately dismissed her.  He                        |         |
| 2   | immediately asked her to leave the company.  So that was                 |         |
| 3   | the second time that another employee at Nike has had                    |         |
| 4   | direct experience with sexual harassment that really,                    |         |
| 5   | really spoke up about it.                                                | 01:51PM |
| 6   |         And, I mean, like I said before, I've talked                     |         |
| 7   | to my colleagues, and I've talked to, you know, just                     |         |
| 8   | talking about should I speak up?  Should I, you know, do                 |         |
| 9   | something about it?  I don't think that any of the stuff                 |         |
| 10  | he's done is appropriate.                                                | 01:52PM |
| 11  |         I've been told that I could face retaliation                     |         |
| 12  | because ultimately he is the one that would either                       |         |
| 13  | recommend a transfer or a promotion or a CFE rating,                     |         |
| 14  | performance reviews.  Anything that has to do with my                    |         |
| 15  | career mobility and compensation, he can retaliate.                      | 01:52PM |
| 16  |         And seeing that, you know, he asked the other                    |         |
| 17  | employee to leave or basically terminated her employment                 |         |
| 18  | just by mentioning something like that, it was clear to                  |         |
| 19  | me that I should just find a way to get out of that team                 |         |
| 20  | as quickly as possible and to protect myself.                            | 01:52PM |
| 21  |     Q    Who said that you might face retaliation if                     |         |
| 22  | you go to HR with your complaints?                                       |         |
| 23  |     A    There were more than one person.  Mostly --                     |         |
| 24  | well, ▓▓▓▓▓▓▓▓ actually said that I need to talk                         |         |
| 25  | to HR about this, and she was the only person who did                    | 01:53PM |

Page 108

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 66, Page 6 of 11

```
 1              THE REPORTER:  Thank you.
 2        Q     BY MS. LUEDDEKE:  And which subordinate did
 3   ▓▓▓▓▓▓▓ sleep with?
 4        A     ▓▓▓▓▓.
 5        Q     How do you know that?                          01:59PM
 6        A     Afterwards, like after a lot of therapy with
 7   his wife, he finally told me exactly what happened and
 8   that they were going to stay together and he was very
 9   happy about that.  So he told me everything.
10        Q     He told you that he slept with ▓▓▓▓▓?          02:00PM
11        A     Yes.
12        Q     Who was the employee that you referred to that
13   mentioned something about sexual harassment to
14   ▓▓▓▓▓▓▓ and that he later dismissed?
15        A     Her name is ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓            02:00PM
16   ▓▓▓▓▓▓▓▓▓▓.
17        Q     Do you know if she was fired?
18        A     She was a contractor.  So basically when this
19   came up, he told her -- her manager to let her go.
20        Q     Do you know if the allegation of sexual        02:01PM
21   harassment was the only reason why Nike let ▓▓▓▓▓ go?
22        A     I don't know for sure, but it happened really,
23   really quickly, within the same day.  So it came up.  He
24   went over to the hiring manager, and she was walked out
25   of the company by the end of the day.                    02:01PM
```

Page 113

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 66, Page 7 of 11

1  Q   How do you know that ▇▇▇ complained about
2  sexual harassment?
3  A   She has talked to me in passing just a -- you
4  know, a few times.  I mean, ▇▇▇, you know, demeanor
5  and, you know, the way he acts with female employees was          02:02PM
6  well-known and, you know, people talk about it and
7  things like that.  And so when people were talking about
8  ▇▇▇ leaving and that it was because he was sleeping
9  with her, she actually mentioned to a group of us that,
10 yeah, he was making a pass at me too, and he has a -- he          02:02PM
11 wants to have a meeting with me.  I wonder if he wants
12 to do anything more.  That's how I knew about it.
13      I -- of course I also hear from ▇▇▇ that, you
14 know, she's crazy and she's making all this stuff up and
15 stuff like that.  So I don't know if she's crazy,                 02:03PM
16 probably a doctor can tell you.  But given his
17 reputation, given everything that's going on, you know,
18 you can make your own conclusions there.
19 Q   You said that ▇▇▇ was asked to leave the
20 same day or shortly after her complaint?                          02:03PM
21 A   Uh-huh.
22 Q   How do you know when she made her complaints
23 of sexual harassment?
24 A   I knew that she was -- I was actually on
25 vacation when that happened, and I was actually                   02:03PM

Page 114

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 66, Page 8 of 11

```
 1   literally driving when that happened.  And I knew that
 2   earlier, like a few days before that she said that she
 3   was going to have a meeting with ▇▇, that was, you
 4   know, shortly after she was telling people about how he
 5   made a pass at her or something like that.                    02:03PM
 6           And then when I was driving on my vacation, I
 7   got a text that said, hey, you know, I was fired today.
 8   That was fast, you know.  So that's how I knew about it.
 9       Q   Do you know any details of the meeting that
10   allegedly happened between ▇▇▇▇▇▇ and ▇▇▇▇▇▇▇▇         02:04PM
11   where she was going to address the sexual harassment?
12       A   No.
13       Q   You said the woman that ▇▇▇▇▇▇▇▇ slept
14   with left Nike?
15       A   Yes.                                                  02:04PM
16       Q   Was she fired?
17       A   No.  She quit.
18       Q   You said that there were other women that
19   ▇▇▇▇▇▇▇▇ had made passes at?
20       A   Uh-huh.  Yes.                                         02:04PM
21       Q   Who were they?
22       A   Just a few, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.
23   Usually people that are his subordinates that has had
24   experiences like that.
25       Q   You said that you didn't go to HR with any of         02:05PM
```

Page 115

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 66, Page 9 of 11

| | | |
|---|---|---|
| 1 | Q   You said when you were put back on the | |
| 2 | project.  Is that the digital photography project? | |
| 3 | A   Yes. | |
| 4 | Q   When were you put back on the digital | |
| 5 | photography project? | 02:30PM |
| 6 | A   It was around the time when ▇▇▇▇ told | |
| 7 | me to code, and I approached HR, and HR dismissed my | |
| 8 | concerns and said, you know, you have to do whatever | |
| 9 | your manager tells you to do. | |
| 10 | I approached ▇▇▇▇ and said, you know, | 02:30PM |
| 11 | this -- this is not right.  I am not happy with the | |
| 12 | situation.  I came back from maternity leave, and I'm -- | |
| 13 | you know, I'm worse off, career-wise, than I was before | |
| 14 | I left.  Either, you know, work with me on rectifying | |
| 15 | this situation within your org or help me transition out | 02:30PM |
| 16 | of your org to something else because I'm not happy with | |
| 17 | what's going on here. | |
| 18 | And him and ▇ talked about that and decided | |
| 19 | that they could use my help on the project.  So I was | |
| 20 | put back on. | 02:30PM |
| 21 | Q   What project were you put on when you returned | |
| 22 | from leave? | |
| 23 | A   The little projects, like the brand leader | |
| 24 | board and such. | |
| 25 | Q   Who else was on this project? | 02:31PM |

Page 131

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 66, Page 10 of 11

```
 1            CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
 2        I, Rochelle Holmes, the undersigned, a Certified
 3   Shorthand Reporter of the State of California, do hereby
 4   certify:
 5        That the foregoing proceedings were taken
 6   before me via videoconference; that any witnesses in the
 7   foregoing proceedings, prior to testifying, were
 8   administered an oath; that a record of the proceedings
 9   was made by me using machine shorthand which was
10   thereafter transcribed under my direction; that the
11   foregoing transcript is a true record of the testimony
12   given.
13        Further, that if the foregoing pertains to the
14   original transcript of a deposition in a Federal Case,
15   before completion of the proceedings, review of the
16   transcript [ ] was [X] was not requested.
17        I further certify I am neither financially
18   interested in the action nor a relative or employee
19   of any attorney or any party to this action.
20        IN WITNESS WHEREOF, I have this date subscribed my
21   name.
22   Dated:  December 20, 2020
23
24           _____
             Rochelle Holmes
25           CSR No. 9482, CCRR No. 0123
```

Page 225

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 66, Page 11 of 11