1             UNITED STATES DISTRICT COURT

2                 DISTRICT OF OREGON

3                 PORTLAND DIVISION

4

5  KELLY CAHILL, SARA JOHNSTON,    Case No.: 3:18-cv-01477-JR

   LINDSAY ELIZABETH, and HEATHER

6  HENDER, individually and on

   behalf of others similarly

7  situated,

8          Plaintiffs,

9      v.

10  NIKE, INC., an Oregon Corporation,

11          Defendant.

_____

12

13

14

15    VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

16                 SARA JOHNSTON

17              Beaverton, Oregon

18           Tuesday, November 24, 2020

19                  Volume 1

20

21

22  Reported by:

   LESLIE JOHNSON

23  RPR, CCRR, CSR No. 11451

24  Job No.: 4347395

25  PAGES 1 - 312

                                        Page 1

Sun Decl. Ex. 72, Page 1 of 33

```
 1   APPEARANCES:

 2

 3   For Plaintiffs:

 4        GOLDSTEIN, BORGEN, DARDARIAN & HO

 5        BY: JAMES KAN, ESQ.

 6             MENGFEI SUN, ESQ.

 7        155 Grand Avenue, Suite 900

 8        Oakland, California 94612-3536

 9        (510)763-9800

10        jkan@gbdhlegal.com

11        msun@gbdhlegal.com

12             -and-

13        MARKOWITZ HERBOLD PC

14        BY: ANTHONY BLAKE, ESQ.

15        1455 SW Broadway, Suite 1900

16        Portland, Oregon 97201

17        (503)295-3085

18        anthonyblack@markowitzherbold.com

19

20

21

22

23

24

25
```

Page 3

Sun Decl. Ex. 72, Page 2 of 33

```
 1   APPEARANCES (Cont.):

 2

 3   For Defendant:

 4        PAUL HASTINGS LLP

 5        BY: DANIEL PRINCE, ESQ.

 6             LINDSEY C. JACKSON, ESQ.

 7        515 South Flower Street, 25th Floor

 8        Los Angeles, California 90071

 9        (213)683-6000

10        danielprince@paulhastings.com

11        lindseyjackson@paulhastings.com

12

     Also Present:

13         DUSTIN BROWN, Videographer

14         CASSIE ENGLISH, Nike

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1    course of study at OAT.  There were three classes        02:18:07
 2    that were relevant and applicable.
 3         Q    And you specifically applied, right, for
 4    that BSA1 position; is that right?
 5         A    Yeah.  The BSA1, I believe, was also like      02:18:20
 6    the ASR.  It's a pool that they keep open for
 7    entry-level BSA roles.
 8         Q    Were there any other skills or expertise
 9    that you thought you brought to bear on that
10    position?                                                02:18:38
11         A    I do think all of my knowledge of the SAP
12    application, the whole supply chain, right, supply
13    planning, demand planning, inventory planning,
14    logistics.  I knew people in all those departments.
15    I understood in a good way how those flowed.            02:18:51
16              I had some reporting experience with, you
17    know, Excel and a lot of Excel experience.  I was a
18    subject matter expert and helped -- I actually
19    suggested several changes to our current system.
20    They had a rollout of a new order management system     02:19:16
21    and helped do some of the testing on their deconsol
22    process.  So there was a little bit of experience
23    with that as well.
24         Q    For how long did you hold that junior BSA
25    position?                                                02:19:34
```

Page 134

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 4 of 33

1      A    I don't know.  I don't know exact dates.          02:19:38

2      Q    I think you began in around August of

3    2012.  Does that sound correct?

4      A    That sounds about right.

5      Q    And I believe your complaint alleges that        02:19:49

6    you held that position until somewhere around the

7    first six months of 2014.  And I just wanted to know

8    whether or not you had a more precise window.  If

9    you recall.

10     A    I know that I met with my manager for a           02:20:03

11   CFE, and both Grant and Noah were promoted and I was

12   not.  He said that he lobbied for me very hard, but

13   during the OTP process, I was not visible and so he

14   couldn't promote me.  And then he promoted me

15   off-cycle.                                               02:20:25

16          So I -- I would say, if I started in 8 of

17   '12, a full year would have been '13, and then

18   off-cycle would have been either beginning of '14 --

19   somewhere in there.  Sounds about right.

20     Q    Yeah.  But the question -- literally the          02:20:42

21   question was, do you recall what month in 2014 you

22   would have stopped serving in the junior BSA role?

23     A    I don't recall, no.

24     Q    Do you know how many people were

25   considered for that junior BSA position?             02:21:03

                                              Page 135

Sun Decl. Ex. 72, Page 5 of 33

```
 1          Q    Do you know whether you volunteered          03:49:34

 2    information about your prior compensation when you

 3    were offered the junior BSA position?

 4          A    I don't think so.  I don't recall.

 5          Q    Do you recall one way or the other?          03:49:44

 6          A    I don't recall.

 7          Q    Do you recall that your base salary was

 8    around $58,000 as a junior BSA?  Is that correct?

 9          A    Sounds about right.

10          Q    Did you negotiate that salary?               03:50:10

11          A    I didn't know that I could.  I assumed

12    that, since I was already an employee, that I acted

13    more like a promotion or an internal transfer.  I

14    didn't think that I could negotiate when going into

15    that role because I wasn't a new hire.  So it -- I    03:50:32

16    don't think that I tried.

17          Q    Did you know whether or not this was an

18    entry-level professional position?

19          A    At the time I applied?

20          Q    At the time you applied.                     03:51:01

21          A    No.  I don't know that I did.  I don't

22    know that I understood.

23          Q    You were promoted to the intermediate BSA

24    role in about July of 2014; is that right?

25          A    That sounds about right.                     03:51:26
```

                                          Page 181

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 6 of 33

```
 1   infrastructure, that you're going to hire an          04:59:43

 2   external candidate.  And, if that's the case, I can

 3   partner with them and train them on all things Nike

 4   from what this role requires.  I can be a junior

 5   product owner on the other team, and I can" -- "we    04:59:58

 6   can work together and mentor each other.  I can

 7   mentor them in Nike, and they can train me how to be

 8   a better product owner, if that's your concern."

 9          And he indicated that would not be

10   acceptable and that he would like to help me move to   05:00:13

11   a different team.

12      Q    What was your response to that?

13      A    So I tried to find another position.

14   Zubair was a great manager who advocated for me, so

15   I reached out to him and asked if he had any roles.    05:00:35

16   Zubair said he had a potential opening and that he

17   would talk to Ryan.

18          Zubair, you know, I talked to him a few

19   times and I talked to Ryan a few times.  I'm a

20   little hazy this far removed from the situation, but   05:00:51

21   I recall distinctly that Zubair had told me he

22   needed feedback from Ryan to move me into the role

23   or to interview me for the role.

24          And so I went to Ryan.  I was in his

25   office, had a conversation with Ryan.  And Ryan told   05:01:10
```

Page 217

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 7 of 33

1    me that he had talked to Zubair earlier that morning          05:01:12

2    and given me a recommendation.    I walked out of the

3    office and into the break room and ran straight into

4    Zubair not even two minutes later, and I asked

5    Zubair about the conversation, and he said Ryan              05:01:25

6    never spoke to him.

7              It's my belief that Ryan lied to me and

8    that he -- from his behavior and from the things he

9    said that he was retaliating potentially from his

10   interaction and the issues that happened with ███           05:01:43

11   that he didn't want me on his team because I had

12   reported the incident to HR.

13             And so I felt like I had no other choice.

14   I was never going to be promoted.    I had actually

15   been demoted and taken the position away from me.    I       05:02:02

16   felt like I had to leave Nike.    I felt like my

17   career was dead if I stayed.    There was no space for

18   me.    So I left.

19        Q    While you were in your stretch role, were

20   the other intermediate BSAs still in their capacity          05:02:17

21   as an intermediate BSA?

22             MR. KAN:    Objection.    Vague and ambiguous.

23             THE WITNESS:    I don't know which

24   intermediate BSAs you're talking about.    I believe

25   that Grant and Noah had been promoted multiple times         05:02:37

                                                    Page 218

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 8 of 33

```
 1            On, you know, the Valentine's Day text          05:25:47
 2   where he sent a dick pic, it actually was sent when
 3   I was at a coworker's house having a glass of wine,
 4   and the coworker saw it.  So I deleted -- I thought
 5   I had deleted all of the photos a long time ago       05:26:03
 6   before I even left Nike.
 7       Q    The question I have is, you preserved the
 8   nude photographs that ████████ sent you and
 9   indeed turned them over to Nike HR.  However, your
10   photos that you sent you deleted; is that correct?    05:26:30
11            MR. KAN:  Objection.  Misstates her
12   testimony.
13            THE WITNESS:  There was a time that I
14   considered dating ████.  I viewed everything up to
15   that point as consensual.  Even the stuff that        05:26:44
16   wasn't consensual at the beginning, in my complaint
17   to HR, it wasn't necessarily that that had -- that
18   we had a consensual relationship.
19            For me, the issue was he was retaliating.
20   I had stopped responding, and he refused to come to   05:27:05
21   meetings -- to two meetings that I held that were
22   necessary to get my job done.  He was effectively
23   preventing me from doing my job, and he started
24   denigrating my work to other coworkers.
25            If I needed to meet with him, he was          05:27:22
```

Page 230

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 9 of 33

```
 1    punishing me because I wasn't responding, and he        05:27:25

 2    absolutely required that a male or a different

 3    coworker set the meeting.  He wouldn't go to it if I

 4    set it.  He didn't show up.

 5            I then needed to get my work done.  He was       05:27:39

 6    retaliating against me and refusing to help me with

 7    my work because I stopped responding after -- so

 8    there was a period -- I will say at the very

 9    beginning, it was nonconsensual.  There was a period

10    that was consensual.  And I didn't turn any of the     05:27:54

11    material over to HR between either of us because it

12    was consensual.

13            And then the period of nonconsensual

14    activity, I handed that over because I felt like

15    that was when the boundaries were broken between       05:28:09

16    what we agreed to, and I was being retaliated

17    against because I wouldn't respond sexually to him

18    anymore or however.

19    BY MR. PRINCE:

20       Q    In Exhibit 40, where does ████████ ask         05:28:26

21    for nude photo of you?

22            MR. KAN:  Objection.  The document speaks

23    for itself.

24            THE WITNESS:  On December 14th.  I can't

25    see which one, since I -- yeah.  I don't know which    05:28:57
```

Page 231

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 10 of 33

```
1              Who did you speak with in HR about your        06:05:46

2    claims that  ████████  had sent you inappropriate

3    materials?

4       A    There were a few people that I talked

5    with.  I originally approached Lara Anderson, who I      06:05:59

6    knew was in human resources, and she directed me to

7    the HR, I think, email process.  There's, like, an

8    email -- so I sent an email in.  And then I spoke

9    with Brittany Miller.

10             I also, in the course of -- at that moment      06:06:21

11   in time was also friends with Caroline Allaker, who

12   was, I believe, a manager in HR at that time, also

13   trying to work that angle.  So Lara, Caroline,

14   Brittany Miller and Steve Dawson were the ones that

15   I had communications with.                                06:06:44

16      Q    And what was your specific complaint about

17   ████████

18             MR. KAN:  Objection.  Vague and ambiguous

19   as to time.

20   BY MR. PRINCE:                                            06:06:57

21      Q    In the February to March 2016 time frame.

22      A    So I went to HR with ████████████

23   (phonetic).  I found out that he sexually assaulted

24   her at the same event where he started sending me

25   inappropriate messages.  So ██████ and I together        06:07:19
```

                                        Page 244

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 11 of 33

| | | |
|---|---|---|
| 1 | went to HR, and they asked to speak to us | 06:07:22 |
| 2 | separately. | |
| 3 | So I reported what ▮▮▮▮ said to me, and I | |
| 4 | reported the retaliation from ▮▮▮▮, as well as I | |
| 5 | reported my management and their responses. I | 06:07:38 |
| 6 | believe I documented all of the interactions and | |
| 7 | attached it to an email for Steve Dawson. If you'd | |
| 8 | like to refer to that, I can give you more detail. | |
| 9 | Q    And did you approach ER, employee | |
| 10 | relations, about ▮▮▮▮▮▮ in April of 2016? | 06:08:08 |
| 11 | A    I believe that -- or what I can recall at | |
| 12 | this time is that I know that there is a complaint | |
| 13 | resolution procedure that I read online that was, if | |
| 14 | you go to your manager, if your manager doesn't | |
| 15 | manage it, you go to your director. If your | 06:08:32 |
| 16 | director doesn't go to it, go to HR. If HR doesn't | |
| 17 | go to it, then go to the HR manager, all the way up | |
| 18 | to, I think, the VP of HR. And, if the VP of HR | |
| 19 | doesn't respond, then you can seek outside help. | |
| 20 | So I felt like the situation was | 06:08:46 |
| 21 | particularly egregious, so through that same method | |
| 22 | of which ER connected me with Brittany Miller, I | |
| 23 | responded to that and said I would like to speak to | |
| 24 | the ultimate person at the end of the chain, the VP | |
| 25 | of HR. And so I requested through the email HR | 06:09:04 |

Page 245

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 12 of 33

1    direct inbox -- I believe that's what it was -- to        06:09:10

2    speak with the VP of HR, which I believe that was

3    David Ayre at that time.

4        Q    Did you ever speak with him?

5        A    No.  I was set up with an appointment with        06:09:23

6    Steve Dawson.  I followed that email up with -- that

7    appointment up with a request -- you know, I

8    requested to speak with the VP of HR.  They have the

9    ultimate complaint resolution abilities.  "Does this

10   person have the same ability per this policy in this        06:09:39

11   regard?"  And they responded, "Yes, he does."

12       Q    What was your conversation with Mr. Dawson

13   in relation to your complaints about Mr. █████

14   █████████?

15       A    We talked for two hours.  So when I first        06:10:01

16   entered the room, I validated with him that he did

17   indeed have the same powers as David Ayre to make

18   sure that I was going up the chain of command.

19            And then he asked me.  He's like, you

20   know, "You haven't had any more experiences with        06:10:22

21   ███████████.  Why are you here?"

22            And I said, you know, "████ texted me at

23   11:00 p.m. on my birthday trip.  He was trying to

24   what I believe is reignite his inappropriate

25   behavior."        06:10:43

Page 246

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 13 of 33

```
 1              And he asked me the contents of the text       06:10:47

 2    message, and I said it was "Have fun in L.A."   And

 3    he told me he didn't believe that that was negative.

 4    And I said context matters.   You know, if you're a

 5    married person and you're receiving text messages       06:11:06

 6    from female colleagues at -- you know, in the middle

 7    of the night, how would your wife respond?   I saw he

 8    was married.   He had a wedding ring on his finger.

 9              And he's like, "Well, that's irrelevant."

10              And I said, "I don't think it is."   I       06:11:22

11    think that he was texting me in the middle of the

12    night.   That fit his pattern of behavior, and that

13    he was trying to initiate more harassment, and that

14    I had seen that he had escalated.   I had talked with

15    ██████████████████  and seen every message that ████       06:11:38

16    sent to her, every single message in detail.   I read

17    the chain multiple times, and that he was escalating

18    his abuse of women.

19              I had seen ████████████ come up and say to

20    ████  "You're lucky that we're friends because that's       06:11:59

21    inappropriate," and "don't do that anymore."   And I

22    felt like, with respect to the situation, that HR

23    hadn't handled it.

24              With respect to ████, I think there was a

25    lot more that I covered in the interview with       06:12:22
```

Page  247

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 14 of 33

1   Mr. Dawson.   I think that's what I can recall right        06:12:25

2   now.

3        Q     Okay.

4        A     I recall more.

5        Q     Okay.   Please tell me.                          06:12:38

6        A     So the other thing that I talked with

7   Mr. Dawson about was ████'s retaliation and how he

8   wouldn't meet with me, and that he had recently been

9   promoted into a new role.

10         I had communicated with my managers, and         06:12:56

11   they said that ████ would now be about 70 percent

12   contributor to my CFE.   And then I actually drew an

13   org chart for Mr. Dawson.   I talked with Mr. Dawson

14   about how Justin and Ryan outlined that I could not

15   leave the department.   I could only stay in planning    06:13:20

16   and how if -- any role that I could potentially take

17   within the department, if I were to move, he would

18   have an impact based on the role that he was in on

19   my career.

20         And he asked "What about this?   What about      06:13:34

21   this?"   And I drew a hierarchy on the desk that

22   showed what effect it impacted me.

23         And then I asked about training.   I asked,

24   you know, why training wasn't done for management,

25   why training wasn't done for ████ what had been        06:13:54

1   done.  I think there might be more, but that's what          06:14:01

2   I'm recalling right now with respect to ████.

3        Q    You mentioned an org chart.  What happened

4   to the org chart?  Did you provide that to your

5   lawyers?                                                      06:14:17

6        A    No.  So in the room we were in, the

7   tabletop is made out of whiteboard material.  And we

8   had whiteboard erase markers.  So I drew it on the

9   table, and I believe Mr. Dawson took pictures.  So I

10  don't have a copy of what I drew.                            06:14:40

11       Q    Okay.

12       A    If you have a copy in your notes, I would

13  be happy to look at it and confirm.

14       Q    Okay.  So, as far as you recall, that --

15  what you just told me is your recollection of your           06:14:51

16  correspondence with Mr. Dawson; is that right?

17       A    No.  That's not correct.  That's my

18  conversation, not correspondence with Mr. Dawson,

19  regarding ████.  Since I was meeting with the

20  ultimate person in HR, I took the opportunity and            06:15:12

21  talked about all of the other issues that I talked

22  with you about regarding pay, promotion, the -- I

23  don't know what you call it, but I called it

24  funneling into different areas.

25           I talked about the ineffectiveness of              06:15:31

| | | |
|---|---|---|
| 1 | Brittany Miller.  And one of the things she said is | 06:15:36 |
| 2 | that my investigation was closed and that I never | |
| 3 | had a case.  But, when we were talking, she said | |
| 4 | that, in any sort of situation like this, we | |
| 5 | automatically, no matter what, make all of the | 06:15:54 |
| 6 | managers in the department go through training. | |
| 7 |         And I told my boss about that | |
| 8 | conversation.  And I checked in with him every two | |
| 9 | weeks to ask if they had training, and they kept | |
| 10 | saying "No, no, no."  And then Brittany -- you know, | 06:16:07 |
| 11 | it turns out when I talked with Brittany the second | |
| 12 | time that -- even though, the way she presented it, | |
| 13 | that it would actually happen, it never did, and | |
| 14 | that she closed the case and said there was no | |
| 15 | complaints and basically erased it. | 06:16:20 |
| 16 |         And so I talked about how HR mishandled | |
| 17 | it, especially given how, you know, ███████ was | |
| 18 | affected, how ██████ was affected.  And I don't know | |
| 19 | how many other women were affected.  I've heard of | |
| 20 | other women that didn't tell me firsthand that were | 06:16:39 |
| 21 | impacted by ████'s behavior.  He was a predator, and | |
| 22 | he preyed on his coworkers and the power dynamic | |
| 23 | that he held. | |
| 24 |         So I brought all of that -- and I'm sure | |
| 25 | there's more, but I talked about each and every one | 06:16:55 |

Page 250

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 17 of 33

| | | |
|---|---|---|
| 1 | of those things with Mr. Dawson.  I suggested that | 06:16:58 |
| 2 | they create a program called, you know, Play Fair, | |
| 3 | like they did Keep It Tight and -- or that they do, | |
| 4 | you know, an IT training.  Because it was -- I felt | |
| 5 | like it was severe and pervasive, the bias and | 06:17:15 |
| 6 | behavior. | |
| 7 |        I also talked about ███████  his | |
| 8 | behavior on the golf course.  I talked about some of | |
| 9 | the behavior of the other people in leadership and | |
| 10 | said, you know, "I don't feel like, with the | 06:17:32 |
| 11 | behavior that's been allowed and with the way that | |
| 12 | management has been behaving, that I have a fair | |
| 13 | chance at getting promoted or even having a career | |
| 14 | here.  There are several men in management that are | |
| 15 | behaving inappropriately." | 06:17:47 |
| 16 |     Q   Okay.  So I -- | |
| 17 |     A   So I think there is still more.  It was a | |
| 18 | two-hour conversation.  And I wish I could recount | |
| 19 | all two hours of it for you.  I think that -- | |
| 20 |     Q   Fair enough. | 06:18:11 |
| 21 |     A   -- that's the primary. | |
| 22 |     Q   Those were the primary points.  Fair? | |
| 23 |     A   Yeah.  I think that's . . . | |
| 24 |     Q   Did you convey different points to Lara | |
| 25 | Anderson? | 06:18:26 |

Page 251

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 18 of 33

```
 1    left her to make the decision -- we were in a little        06:23:15

 2    conference room in the back -- I was -- I thought to

 3    myself "There is no way I can allow this."  So

 4    that's when I emailed Brittany and said "Hey, we

 5    need to talk.  I found out some additional issues        06:23:26

 6    about ████."

 7              So ████ and I went to the Brickyard

 8    Tavern, and we hung out.  Brittany responded to me.

 9    ████ came out probably an hour or two after I

10    sent the email to Brittany and said "I made the          06:23:45

11    decision that I would report it to HR.  I sent

12    Brittany Miller an email."

13              Brittany responded to me.  She did not

14    respond to ████ that day.  We both went to the

15    Brickyard to go talk and have a conversation.            06:23:59

16              When Brittany called me, ████ was

17    present.  She heard my end of the conversation with

18    Brittany, how it went.  And we talked about, you

19    know, Brittany's response.  Because Brittany told me

20    if I talked about ████ at all anymore, I would be       06:24:19

21    fired for harassment of him, that I was

22    participating in retaliation of him, and that I was

23    not to speak about the incident.

24              And I asked Brittany very clearly, "Is the

25    investigation still open?"  And she said "No."           06:24:40
```

Page 255

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 19 of 33

```
 1    There was never any investigation that she          06:24:42

 2    conducted, that she closed it as having a consensual

 3    relationship, so, therefore, no -- nothing occurred.

 4    So there was no investigation.  There was no more to

 5    the matter.                                          06:24:57

 6            And I asked her if ████'s investigation

 7    was open, and she said she was not allowed to

 8    comment on that on what steps had been taken.

 9            So ██████ heard all of that, to the best

10    of my knowledge, from my perspective.  We talked    06:25:10

11    about Brittany's conversation.  And so I know that

12    ██████ met with HR.  And then ██████ and I hung

13    out again and talked about what happened.  She

14    wanted someone to talk to because she was really

15    distraught having to relive it.                      06:25:30

16            So ██████ copied all of her text messages

17    from ██████  And she was doing it in the back

18    conference room after her meeting.  I watched her do

19    it.  She told me she sent it to HR and was having a

20    really hard time because they were very violent and  06:25:45

21    graphic in nature.  She sat right next to ████, like

22    three feet away.  She built a wall in between their

23    space.

24            So with respect to ██████ and I, you

25    know, after that, I asked her what was the outcome,  06:26:06
```

Page 256

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 20 of 33

```
 1    Nike took to investigate the ███████ incident?         06:39:36

 2              MR. KAN:  Objection.  Asked and answered.

 3              THE WITNESS:  Brittany Miller and Steve

 4    Dawson were very clear that they could not share

 5    with me any steps or information, that I just had to    06:39:54

 6    trust them.

 7    BY MR. PRINCE:

 8         Q    Who is ████████████? And, if you

 9    need me to spell that, I'm happy to do so, because I

10    may not have pronounced it correctly.                   06:40:14

11         A    I know who ██████ is.  He is another

12    manager.  I am not entirely certain his level, but I

13    would assume he's a senior director like Jim

14    Sherwin.  ██████ worked on the planning

15    transformation project with me.                         06:40:34

16         Q    And do you believe that you were treated

17    differently because of your gender by ████████?

18         A    Yes.  I was assigned to work on a project

19    with that team.  And, when I walked into the room,

20    he asked me why I hadn't set up all the meetings,       06:41:03

21    why I hadn't set up email lists.  Basically, was

22    asking me why I hadn't done the type of

23    administrative duties that are outside the scope of

24    my job.

25              I was the only female in the room.  There     06:41:22
```

Page 267

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 21 of 33

1    were other BSAs in the room, and he didn't ask that          06:41:25

2    of them.  I was there as the reporting developer,

3    not as -- and as a BSA and not as -- not as the

4    person that set up the meetings.  So I believe that

5    he gave me the traditional -- the traditional gender          06:41:44

6    bias.

7              He also basically went out of his way to

8    ask me, "Do you own stock in the company?"  And I

9    said "Yes."  And he's like, "Well, then you should

10   be upset with your own performance because you               06:42:07

11   haven't been proactive in setting up everything for

12   the company" -- or "for the meeting," that you

13   haven't done all of these things.  And he listed the

14   tasks that, like, an administrative assistant would

15   do that are things that I don't have access to do,           06:42:24

16   that I don't have in the scope of my job, that are

17   not specifically things of that nature that a BSA or

18   a developer would do.  And he yelled at me in front

19   of the team.  And it took probably a good 15 to 20

20   minutes of an hour-long time to embarrass me in              06:42:42

21   front of all my male peers and counterparts.

22              I immediately went to Justin and said, "I

23   don't think that I will be successful in this role

24   because of his bias.  I think that he treats me

25   differently because I'm a female.  I was the only           06:43:00

                                                    Page 268

1   female in the room."  And even when the male who was          06:43:03

2   supposed to do those things came in or had more

3   visibility to that, he didn't -- he didn't recant

4   and put it on the male.  He kept with his behavior

5   and comments.                                                 06:43:17

6             And then I know that the feedback was

7   given to ▇▇▇▇ because on two or three occasion he

8   would approach me and say, "Oh, you don't want to

9   work with me, huh?"  So he definitely was informed

10  that I reported the behavior to Justin.                       06:43:34

11            My video has frozen.  I don't know if the

12  audio has also frozen.

13      Q    I still have you on the audio and now

14  again the video.

15      A    Okay.                                                06:43:49

16      Q    This incident where you say that

17  ▇▇▇▇▇▇▇ yelled at you in front of male

18  employees, do you recall when it occurred?

19      A    I -- I don't.  I think there could be

20  documentation with that information on it.                    06:44:08

21      Q    Did you go to HR or ER to report that

22  incident?

23      A    No.  I went to Justin.  The complaint

24  procedure says "Go to your manager.  If your manager

25  doesn't handle it, then go to your director.  If the         06:44:21

                                                      Page 269

```
 1    director doesn't handle it, then go to HR."              06:44:24
 2            So I didn't feel the need to take it past
 3    the first step in the complaint resolution procedure
 4    as I knew it.
 5        Q    Who was present at this meeting where you      06:44:32
 6    claimed that ██████████ yelled at you?
 7        A    There were people on his team.  I don't
 8    know all their names, it was so long ago.  But I do
 9    know that I messaged Jason Judd to come into the
10    meeting because he was the one responsible for the     06:44:50
11    activities that ██████ was yelling at me for.  So
12    Jason came in and took responsibility, and, you
13    know, ██████ didn't apologize or relent.
14        Q    Were there -- you said there were male
15    employees there.  Were there any women employees in    06:45:06
16    that room?  Is that a "no"?
17        A    Not that I recall.  Not that I recall.
18            MR. KAN:  Daniel, I don't want to
19    interrupt your flow, but if you're nearing a
20    stopping point, we've been going almost -- a little     06:45:30
21    under two hours.  It might be a good time for a
22    break.
23            MR. PRINCE:  If you would like to take a
24    break.  I probably have -- I mean, I'm hoping to
25    move through some of this pretty quickly, but, you      06:45:44
```

```
 1   opportunity to respond.  And that's -- she's          07:09:40

 2   entitled to give her best answer.  She was in the

 3   middle of doing it, and I think she should be given

 4   the opportunity to finish her response.

 5           So, Sara, if you can remember where you        07:09:53

 6   left off, or maybe the court reporter can prompt

 7   you, and then you can finish giving your answer.

 8   And then that's fine.

 9           THE WITNESS:  Yes.  So I believe that I

10   was at the point where we were in this golf           07:10:03

11   tournament.  I was golfing with ███████████  and

12   ███████  and there was one other person present.  We

13   were in the middle of one of the rounds of golf, and

14   ███████  did not hit the ball past the woman's pin.

15   And ███████████  smirked at me.  And I was like       07:10:25

16   "What?"  And he smirked and then said to ████████

17   "You're lucky she's here."  And I said, you know,

18   I'm --

19           THE REPORTER:  I didn't get what he said.

20   He said what?  I'm sorry.                             07:10:44

21           THE WITNESS:  Oh.  "You're lucky she's

22   here."

23           THE REPORTER:  Thank you.

24   BY MR. PRINCE:

25       Q   Continue.                                     07:10:44
```

Page 274

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 25 of 33

1        A    Yeah.  So he said "You're lucky she's        07:10:50

2   here."   And I called him out on it.   I said, "What

3   do you mean?"   Like, "Why is he lucky?   You know,

4   we're all part of the team.   If you can say it to

5   him, you can say it to me."                           07:11:07

6             And ▬▬ smirked at me, and then he

7   motioned to ▬▬▬▬ to come closer.   And ▬▬▬▬ came

8   closer, and ▬▬▬▬▬▬▬ whispered in his ear.   And

9   then -- oh . . .

10            (Video disruption.)                         07:11:30

11        MR. PRINCE:  I think we've lost

12   Ms. Johnston on video.

13            MR. KAN:  Yeah, we've lost her.

14            THE WITNESS:  It said that it had me -- it

15   left the meeting.  I can try and sign in again.  I   07:11:38

16   think it said I lost Internet connection.  Let me

17   try to pop back in.

18            MR. PRINCE:  If we're going to do this,

19   I'd like to go off the record.

20            MR. KAN:  That's fine.                       07:11:55

21            THE VIDEOGRAPHER:  Going off record at

22   7:11 p.m.

23            (Pause in the proceedings.)

24            THE VIDEOGRAPHER:  We're back on record at

25   7:14 p.m.                                             07:14:17

                                                Page 275

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 26 of 33

| | | |
|---|---|---|
| 1 | BY MR. PRINCE: | 07:14:20 |
| 2 | Q    I think before we took a break, | |
| 3 | Ms. Johnston, you were answering -- I think we may | |
| 4 | have lost -- now we have you again. | |
| 5 | I think Ms. Johnston was answering a | 07:14:33 |
| 6 | question about her experiences with ██████ and | |
| 7 | recounting the story of someone hitting a golf ball | |
| 8 | on a golf course. | |
| 9 | So do you recall where you left off? | |
| 10 | A    Yes. | 07:14:50 |
| 11 | So ██████ motioned to ████ to come | |
| 12 | closer, whispered into his ear and smirked at me, | |
| 13 | looked up and smirked at me.  And I said "What? | |
| 14 | Like, you know, I'm part of this golf tournament. | |
| 15 | I'm part of this golf team.  Like, you guys can | 07:15:10 |
| 16 | share with me what's going on." | |
| 17 | And ██████ told ████ to tell me. | |
| 18 | And ████ looked incredibly uncomfortable.  And he | |
| 19 | said "You're lucky that" -- or "I'm lucky that | |
| 20 | you're here, because, if you weren't, when a male | 07:15:28 |
| 21 | doesn't hit the ball past the women's pin, they have | |
| 22 | to pull their dick out and walk to the next pin with | |
| 23 | it out of their pants." | |
| 24 | And I said "Wow, that's -- okay." | |
| 25 | So it made me incredibly uncomfortable. | 07:15:54 |

Page 276

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 27 of 33

| | | |
|---|---|---|
| 1 | He is a senior director.  He is a leader.  He is | 07:16:01 |
| 2 | part of the OTE process for our group.  I was told | |
| 3 | by, you know, my managers, first Zubair and Justin, | |
| 4 | a person I needed to impress with my career is this | |
| 5 | person who just made a really inappropriate comment | 07:16:18 |
| 6 | to me on the golf course. | |
| 7 | When I shared that comment with Steve | |
| 8 | Dawson, he asked me why I didn't report it.  And I | |
| 9 | told him I think that some of the sexual comments | |
| 10 | and behaviors are so normalized within our group | 07:16:35 |
| 11 | that it didn't feel completely abnormal.  It felt | |
| 12 | highly inappropriate, but I thought that was just | |
| 13 | me.  I didn't understand with some of the | |
| 14 | inappropriateness how inappropriate it was at the | |
| 15 | time.  Now I do. | 07:16:54 |
| 16 | And I told him that there are other | |
| 17 | occasions when ▇▇▇▇▇▇ made me feel very | |
| 18 | uncomfortable.  I had my hair in a pixie cut, and | |
| 19 | for one of our winter parties I wore a wig, a long | |
| 20 | blonde hair wig for fun, going out after hours with | 07:17:14 |
| 21 | the crew.  I also wore it for Halloween. | |
| 22 | And ▇▇▇▇▇▇ after that event, would | |
| 23 | come up and say "You should really grow your hair | |
| 24 | out.  You look really good with long hair."  And at | |
| 25 | one point, he actually, like, caressed my hair and | 07:17:33 |

Page 277

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 28 of 33

| | | |
|--|--|--|
| 1 | told me I should grow it out.  And he did that in a | 07:17:37 |
| 2 | hallway where no one was looking.  Because I looked | |
| 3 | around to see, wow, did anybody just see that? | |
| 4 | That's so creepy. | |
| 5 | So I recounted both of those to Mr. Dawson | 07:17:48 |
| 6 | and stated, you know, between ████, between ██ | |
| 7 | ██████, you know, some of the behavior that I've | |
| 8 | seen in senior leadership who are making the | |
| 9 | decisions in OTP and in our -- you know, in our | |
| 10 | promotion and hiring process, it seems like there's | 07:18:02 |
| 11 | a very biased and, you know, male gendered behavior, | |
| 12 | that there should be training at the very minimum | |
| 13 | for our entire department, but that -- an | |
| 14 | investigation should be conducted into how | |
| 15 | management is responding.  You know, Justin and Ryan | 07:18:20 |
| 16 | didn't know how to handle a sexual harassment thing. | |
| 17 | So I testified to all of that -- not | |
| 18 | testified.  I said all of that in my initial | |
| 19 | conversation with Steve Dawson about █████████  I | |
| 20 | think that, knowing his role and knowing that the | 07:18:39 |
| 21 | perception matters, I don't see how his behavior | |
| 22 | would be different than how he views my professional | |
| 23 | activities.  I think he discounts women is my | |
| 24 | personal experience. | |
| 25 | Q    Other than the golf course incident, the | 07:19:02 |

Page 278

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 29 of 33

```
 1    caressing of your hair and commenting on your hair,          07:19:06

 2    are there other incidents that you claim in which

 3    ██████████  discriminated against you based on your

 4    gender?

 5         A    I think that there is probably things that        07:19:28

 6    I didn't have a view to.   I believe that he took

 7    part in the talent planning process.   I was told

 8    that he took part in the talent planning process,

 9    that people either had no perception of me or didn't

10    know who I was, didn't -- you know, they discounted       07:19:46

11    my presence in the project that I was on where I

12    presented and was had been test captain and very

13    visible where they didn't know who I was and

14    discounted me.

15             So, you know, I believe, through the             07:20:02

16    communications, that he's part of the reason I

17    didn't get a promotion like Grant and Noah.   Grant

18    and Noah were direct reports of ██████████.   He

19    promoted them.   He did not promote me.   Based on

20    what I've heard from my managers, he was the main        07:20:17

21    reason, and he was the one person I needed to

22    impress.

23         Q    Your complaint also alleges that there was

24    a photograph of a male director spanking a female

25    director.                                                07:20:42
```

Page 279

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 30 of 33

```
 1    But . . .                                      07:57:21

 2    BY MR. PRINCE:

 3         Q    And so, would the -- sorry.  Let me start

 4    over.

 5            Do you know whether women make hiring or    07:57:40

 6    promotions decisions at Nike?

 7         A    I would assume that some do.

 8         Q    Do you know whether women make

 9    compensation decisions at Nike?

10         A    I would assume that some do that as well.  07:58:00

11         Q    Do you know whether women investigate

12    complaints of gender discrimination at Nike?

13         A    I would assume that they would if it were

14    part of their job.

15         Q    Any reason to believe that women would not  07:58:21

16    participate in any of these processes?

17            MR. KAN:  Objection.  Vague and ambiguous.

18            THE WITNESS:  I wouldn't see why they

19    wouldn't.

20    BY MR. PRINCE:                                  07:58:40

21         Q    In your lawsuit, what's the remedy that

22    you're seeking?

23         A    I don't understand the question.  What do

24    you mean "remedy"?

25         Q    What ultimate relief are you seeking in    07:59:00
```

Page 297

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 31 of 33

```
 1   connection with being a member of this class action          07:59:04

 2   lawsuit?

 3        A    Me personally?

 4        Q    Yes.

 5        A    I would like all women to be treated              07:59:15

 6   fairly, to be treated equitably, to have their

 7   complaints taken seriously.  I don't want any woman

 8   to ever experience what ██████ or I or ██████ did.

 9            I would really like to see a comprehensive

10   training rolled out.  I believe that some of the             07:59:37

11   same issues still exist today, and they're not

12   addressed.  So I'd like to see, you know,

13   comprehensive reform.

14        Q    Anything else?

15        A    Specifically, that's all I really ever             08:00:05

16   wanted.  That's why I went to HR.

17        Q    Any other --

18        A    I mean, I'd also like women to be paid

19   fairly and equitably and promoted fairly and

20   equitably.  I would like my job back at a fair and           08:00:25

21   equitable wage.  And I would like my benefits

22   reinstated.  I really did enjoy that six weeks of

23   vacation.

24            I left with five weeks before my

25   sabbatical.  That would have been six weeks               08:00:39
```

```
 1               REPORTER'S CERTIFICATION

 2

 3          I, Leslie Johnson, a Certified Shorthand

 4     Reporter of the State of California, do hereby certify:

 5            That the foregoing proceedings were taken

 6     before me at the time and place herein set forth; that

 7     any witnesses in the foregoing proceedings, prior to

 8     testifying, were administered an oath; that a record of

 9     the proceedings was made by me using machine shorthand

10     which was thereafter transcribed under my direction;

11     that the foregoing transcript is a true record of the

12     testimony given.

13            Further, that if the foregoing pertains to

14     the original transcript of a deposition in a Federal

15     Case, before completion of the proceedings, review

16     of the transcript [ ] was [ ] was not requested.

17     I further certify I am neither financially interested in

18     the action nor a relative or employee of any attorney or

19     any party to this action.

20            IN WITNESS WHEREOF, I have this date

21     subscribed my name.

               Dated:  December 15, 2020

22

23                    Leslie Johnson

24

               LESLIE JOHNSON

25          CSR No. 11451, RPR, CCRR

                                    Page  312
```

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 72, Page 33 of 33