```
 1                UNITED STATES DISTRICT COURT
 2                   DISTRICT OF OREGON
 3                    PORTLAND DIVISION
 4
 5   KELLY CAHILL, SARA JOHNSTON,      )   Case No.
     LINDSAY ELIZABETH, and HEATHER    )   3:18-cv-01477-JR
 6   HENDER, individually and on       )
     behalf of others similarly        )
 7   situated,                         )
                                       )
 8           Plaintiff,                )
                                       )
 9   vs.                               )
                                       )
10   NIKE, INC., an Oregon             )
     Corporation,                      )
11                                     )
             Defendants.               )
12   _____)
13
14            VIDEO-RECORDED VIDEOCONFERENCE
15            DEPOSITION OF JESSICA JUNKINS
16            Wednesday, December 16, 2020
17                    Volume I
18
19
20
21   Reported by:
     ROCHELLE HOLMES
22   CSR No. 9482
23   Job No. 4347607
24   PAGES 1 - 263
25
```

                                                    Page 1

Sun Decl. Ex. 73, Page 1 of 41

```
 1                UNITED STATES DISTRICT COURT

 2                     DISTRICT OF OREGON

 3                     PORTLAND DIVISION

 4

 5   KELLY CAHILL, SARA JOHNSTON,      )   Case No.
     LINDSAY ELIZABETH, and HEATHER    )   3:18-cv-01477-JR
 6   HENDER, individually and on       )
     behalf of others similarly        )
 7   situated,                         )
                                       )
 8           Plaintiff,                )
                                       )
 9   vs.                               )
                                       )
10   NIKE, INC., an Oregon             )
     Corporation,                      )
11                                     )
             Defendants.               )
12   _____)

13

14

15      Deposition of JESSICA JUNKINS, taken on behalf of

16   Defendants, via videoconference, beginning at 10:01 a.m.

17   and ending at 7:58 p.m. on Wednesday, December 16, 2020,

18   before ROCHELLE HOLMES, Certified Shorthand Reporter No.

19   9482, Certified Realtime Reporter No. 0123.

20

21

22

23

24

25

                                                    Page  2
```

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 2 of 41

```
 1    APPEARANCES:

 2

 3    For Plaintiff:

 4         ACKERMANN & TILAJEF PC

 5         BY:  CRAIG ACKERMANN, ATTORNEY

 6              BRIAN DENLINGER, ATTORNEY

 7         1180 South Beverly Drive, Suite 610

 8         Los Angeles, California  90035

 9         (310) 277-0614

10         Cja@ackermanntilajef.com

11         (Appearing via videoconference.)

12

13    For Defendants:

14         PAUL HASTINGS LLP

15         BY:  NICOLE LUEDDEKE, ATTORNEY

16              LAURA ZABELE, ATTORNEY

17         515 South Flower Street , 25th Floor

18         Los Angeles, California 90071

19         (213) 683-6103

20         Nicolelueddeke@paulhastings.com

21         (Appearing via videoconference.)

22

23    VIDEOGRAPHER:  RON LAZO

24    ALSO PRESENT:  ALYSON SMITH, NIKE

25
```

Page  3

Sun Decl. Ex. 73, Page 3 of 41

1      A    In my backpack.

2      Q    Has that notebook been produced?

3      A    I don't think so.

4           MS. LUEDDEKE:  Okay.  We're going to ask for

5    that notebook to be produced, Counsel?                    11:38AM

6           MR. ACKERMANN:  Okay.  We'll take a look and

7    make a copy and produce it.

8      Q    BY MS. LUEDDEKE:  Do you believe you were

9    discriminated against by Nike?

10     A    Yes.                                                11:39AM

11     Q    What actions do you believe were taken by

12   Nike against you that were discriminatory?

13     A    I have experienced sexual harassment from my

14   direct manager and multiple other senior males.

15     Q    Are there any other actions that you believe     11:39AM

16   were taken by Nike against you that were

17   discriminatory?

18     A    Yes.  When I reported the sexual harassment

19   on three separate occasions I was -- it wasn't taken

20   seriously and I was expected to continue working with    11:39AM

21   the person who was harassing me.

22     Q    Okay.  Are there any other actions taken by

23   Nike against you that you believe were discriminatory?

24     A    I believe as a result of that hostility and

25   gender discrimination and pay in promotions I was        11:40AM

                                                    Page 53

Sun Decl. Ex. 73, Page 4 of 41

1    overlooked for a promotion.

2        Q    Okay.  Anything else?

3        A    I can go through the bullet point details of

4    everything that's gone -- transpired if you like.

5        Q    I'll go back through them, but are there any    11:40AM

6    other instances that you believe were discriminatory?

7        A    Those are the main ones.

8        Q    Are there any that you believe are not main?

9        A    That are not main?  The actions that Nike

10   took against me are sexual harassment that was allowed    11:41AM

11   to continue.  I was expected to continue working with

12   the person who was harassing me.  And my complaints

13   were not taken seriously.  And I was discriminated

14   against.

15       Q    How do you believe you were discriminated    11:41AM

16   against?

17       A    So from day one my manager was wildly

18   inappropriate with me.  He doesn't understand the

19   concept of boundaries, personal space.  He was

20   constantly touching me and saying many things that    11:42AM

21   were wildly inappropriate.

22           Let's see.  So in one of my CFE reviews I

23   was told to -- in 2018 I had been told that I need to

24   edit my sharp responses.  I had been pretty vocal

25   about some unethical things that were going on around    11:42AM

                                                    Page 54

Sun Decl. Ex. 73, Page 5 of 41

1    responded, "Well, it is a man's world so you better

2    get used to it."

3            To which ███ said, "I'm going to connect you

4    with Sharon because I know her personally and she's

5    going to set you straight so you can do well at Nike."    11:45AM

6        Q    You said that your direct manager allegedly

7    touched you; is that right?

8        A    He did.  A lot.  There's no alleged.  He

9    did.

10       Q    And so going back to that CFE discussion,    11:45AM

11   was anybody present during that time?

12       A    No.

13       Q    How did you know about the conversation

14   between ████████ and Ms. Baron?

15       A    Because he told me.    11:46AM

16       Q    Did he ever connect you with Ms. Baron?

17       A    No.  Because 99 percent of the things he

18   said never materialized.

19       Q    Okay.  Did ████████ ever touch you below

20   the waist?    11:46AM

21       A    Yes.

22       Q    Okay.  On what occasion?

23       A    I was sitting at one of the worktables and

24   he touched my leg in a pretty gross way.  There was

25   another occasion, this was after my first complaint.    11:46AM

                                              Page 56

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 6 of 41

1    We were in a meeting on the work floor, there was a

2    worktable out in the middle of the work floor.  There

3    were several people at the table.  And ███ was

4    flitting in and out of the meeting.  I hadn't even

5    invited him, but he just invited himself.  He touched        11:47AM

6    me numerous times throughout the meeting.

7           And after the meeting was over a few of us

8    remained at the table to continue working.  And again,

9    ███ came back over.  He used to just run around the

10   building randomly and he would just, you know, appear       11:47AM

11   behind you.  And he pulled one of those.  And he

12   started looking over my shoulder at what I was doing

13   on my computer.  And this was a pretty tall table.  I

14   was sitting on a stool.  I was at one end and there

15   was two guys at the other end of the table.  And ███        11:48AM

16   pushed his lower body, his waist and his pelvis

17   against my lower body on the left side of my body --

18   sorry, the right side.  And continued to push his body

19   into me under the table so that no one else could see

20   what was going on, to which I froze and slowly stood        11:48AM

21   up and moved my chair over and my computer.

22       Q    How long was his lower body allegedly

23   touching you?

24       A    I don't know exactly.  It felt like a

25   million years.  Probably five to ten seconds.              11:48AM

                                                    Page 57

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 7 of 41

```
 1        A    I don't remember.

 2        Q    Approximately when did that happen?

 3        A    I don't know.  It could have been around the

 4   same time.  Might have been before.

 5        Q    Okay.  You said that you also experienced      11:50AM

 6   sexual harassment from multiple other senior males,

 7   who were they?

 8        A    ███████████, ████████████ ██,

 9   ███████,

10        Q    Anybody else?                                   11:51AM

11        A    My current manager ██████ has a touching

12   problem as well, but I believe that ER's spoken to him

13   and he stopped doing it.

14        Q    Did you report when ████ allegedly touched

15   your leg at the working table to ER when it happened?    11:51AM

16        A    It was part of my complaint, my second

17   complaint in 2018.

18        Q    Do you know about how long after the

19   incident that was?

20        A    I don't know.                                   11:51AM

21        Q    Did you report when ████████ allegedly

22   touched you during the meeting to HR when it happened?

23        A    That was the final straw as to best of my

24   recollection that prompted me to make my second

25   complaint.                                                11:52AM
```

Page 59

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 8 of 41

1    Q    About how long after the incident was that?

2    A    I don't remember.

3    Q    Why didn't you report when he allegedly

4  touched your leg at your working table to HR

5  immediately?                                         11:52AM

6    A    Because there was so much inappropriate

7  behavior going on on a regular basis.  And when I made

8  my first complaint in 2016 and nothing was done and

9  people who I spoke to knew what was going on and

10  nobody seemed to care.  So I figured I guess this is    11:52AM

11  just the culture of Nike.

12    Q    So it wasn't your complaint in 2016; is that

13  right?

14    A    I did make a complaint at the time, but I

15  was brought into an existing investigation.          11:53AM

16    Q    In addition to that existing investigation,

17  did you make your own complaint?

18    A    I told them what was going on.

19    Q    In the context of the ongoing investigation?

20    A    They asked me if I had any concerns about    11:53AM

21  anyone on my team and I told them ██.  And I told

22  them what he was doing to me and how he behaved and

23  that I was actually frightened of him, particularly at

24  a recent off-site.  So to -- in my mind I was making a

25  complaint, regardless of whether someone else had    11:54AM

Page 60

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 9 of 41

1    already made a complaint.

2        Q    What happened during the off-site?

3        A    So he was -- I'll start from the beginning.

4             Before the off-site, granted for several

5    months his behavior was very erratic, very              11:54AM

6    unpredictable, there was constant touching.  He was

7    just like a loose canyon, honestly, you never knew

8    what was coming.

9             And about a week before the off-site he came

10   up to ████████ and I, we were both still ETWs.  And he   11:54AM

11   started to tell us, "Don't think of me as your

12   manager, we're equals, we're going to get to see each

13   other's dark side at the off-site."

14            To which based on all the behavior that I

15   see after I heard that, yeah, I was even more scared    11:55AM

16   to go.  And when we got to the off-site, he was like

17   following me around, he kept asking me the same

18   question over and over again.  "How are you, how are

19   you?"  "I'm fine, I'm fine."

20            I wanted to take this opportunity to get to    11:55AM

21   know some of my other teammates that I didn't

22   regularly work with, but he kept like basically

23   following me around, every time I turned around he was

24   standing there.

25            At one point we were in a banquet area,       11:55AM

Page 61

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 10 of 41

| | |
|---|---|
| 1 | multiple tables and I felt someone staring at me.  And |
| 2 | I turn around and ███ is staring at me like right |
| 3 | behind my head with this creepy joker smile on his |
| 4 | face.  And he didn't look away when I looked at him, |
| 5 | he just kept staring.  And that -- that happened |
| 6 | numerous times after that, not just at the off-site, |
| 7 | throughout my employment. |
| 8 | At one point people were -- random people |
| 9 | would be speaking during the off-site during meetings |
| 10 | and he would just ramble on, and he was like not -- it |
| 11 | was like he wasn't saying anything, he was just |
| 12 | talking about nonsense.  And I was just like, "Is |
| 13 | anybody listening to this?  This is like insanity, |
| 14 | what's going on here?" |
| 15 | And he was highly intoxicated, at least |
| 16 | throughout the three days we were there and at least |
| 17 | at one party he was really, really drunk or high or |
| 18 | whatever, I don't know, he was really intoxicated and |
| 19 | I felt pretty scared.  And I asked someone to take me |
| 20 | back to my cabin.  And I avoided most of the other |
| 21 | social interactions after that and spent the rest of |
| 22 | my time, free time locked in my cabin. |
| 23 | Q    Why were you scared? |
| 24 | A    Because he was behaving in an erratic and |
| 25 | unpredictable manner and it felt like it was directed |

Line 5: 11:56AM
Line 10: 11:56AM
Line 15: 11:57AM
Line 20: 11:57AM
Line 25: 11:57AM

Page 62

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 11 of 41

1    at me.

2        Q    What was erratic and unpredictable about his

3    manner?

4        A    He was talking very random things that

5    didn't make sense in front of everyone, he was          11:58AM

6    creeping up behind me, he was intoxicated, highly

7    intoxicated, and kept asking me how I was, "How are

8    you doing, how are you doing?"

9            And when I didn't give him the answer he

10   wanted he just kept persisting.                          11:58AM

11       Q    Did you --

12       A    Oh, yeah, at one time he was riding a bike

13   and me and ██████ were walking back to the cabin and

14   he started circling us on the bike.  And he said,

15   "Hey, ladies," and was just circling around us on this    11:59AM

16   bike and he -- I don't know.

17           After the dark side comment, which he

18   repeated at the off-site, "We're going to get to see

19   each other's dark side," yeah, I didn't want to find

20   out anything else.                                       11:59AM

21       Q    Did he do anything else on that trip that

22   scared you?

23       A    As far as I can remember, that's what I can

24   remember at this time.

25       Q    Did you see him drinking alcohol at the         11:59AM

Page 63

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 12 of 41

1   trip?

2        A     Yes.

3        Q     Were other people drinking alcohol?

4        A     Yeah.

5        Q     Were you drinking alcohol?            11:59AM

6        A     I drank some, yes.

7        Q     Did you see him smoke anything?

8        A     No.

9        Q     Did you see him take any other drugs of any

10   kind?                                           12:00PM

11       A     No.

12       Q     Okay.  You mentioned earlier, you said there

13   was constant touching by ████████  and you told us

14   about the two times that he allegedly touched you

15   below the waist.                                12:00PM

16             Could you describe this other constant

17   touching?

18       A     It was on and off for most of the first two

19   years of my employment.  The first significant

20   incident was when we were still ETWs and I was sitting  12:00PM

21   at my desk, which was still out on the floor at this

22   time, we weren't in the main office area.  And he just

23   came up behind me, I didn't even see him.  The first

24   thing I felt was a hand on my back and he's just

25   rubbing my back up and down, just rubbing my back.  He  12:01PM

Page 64

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 13 of 41

1    just came up out of nowhere and just started rubbing

2    my back.

3          Q     When was that?

4          A     I don't remember the exact date, but it was

5    sometime in 2016.                                    12:01PM

6          Q     How long did he rub your back for?

7          A     I don't recall exactly, but it was five to

8    ten, 15 seconds, I don't know.

9          Q     Did anybody else see this?

10         A     I don't know.                            12:01PM

11         Q     Did you report this to HR when it happened?

12         A     When I was brought into the investigation, I

13   told them.

14         Q     So when you were brought into the

15   investigation you told them about him allegedly       12:01PM

16   rubbing your back and you told them about the

17   off-site.

18               Did you say anything else in the 2016

19   investigation?

20         A     Yes.  I told them that he regularly acts   12:01PM

21   crazy and unpredictably and aggressively.

22         Q     How does he act aggressively?

23         A     He's -- I witnessed him physically

24   threatening ██████████████ on more than one

25   occasion.  I consider all of the touching and weird   12:02PM

                                                    Page 65

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 14 of 41

```
1          A    No.

2          Q    Did you throw any items down on the table?

3          A    No.

4          Q    When did this occur?

5          A    I don't remember exactly.  It was probably     12:11PM

6    sometime in 2018.

7          Q    Okay.  You said that ███████  has said

8    things that are wildly inappropriate to you.

9               What are those things?

10         A    Boy, so I would say first of all, we're       12:12PM

11   going to get to see each other's dark side is pretty

12   inappropriate thing to say to someone at work,

13   especially your subordinates.

14              Sometime in 2016, I was working on a

15   Converse Chuck version -- an usher version of that,     12:12PM

16   and I redesigned the pattern for the tongue and was

17   showing him.  And he leaned over the table and said,

18   "I like your tongue."

19              And I just looked shocked at him and he

20   started apologizing profusely.  Yeah.                   12:13PM

21              Let's see.  Another time there was -- on

22   occasion there's items in the building that are up for

23   grabs for people that Nike no longer wants or uses or

24   is going to end up in the garbage.  And one of those

25   was -- it was a rug.  And I had recently moved and I     12:13PM
```

Page 71

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 15 of 41

1    was looking for a similar rug and I was like, "Hey,

2    ███, can I get this rug?"

3              And he's like, "Sure."

4              First of all, he insisted that he bring it

5    over to my house.  And when I said, "No, I don't -- I    12:13PM

6    got it, it's not that big, I can carry it myself."

7              He continued to insist, he really, really

8    wanted to bring that rug over to my house himself.

9    And I said, "No, I've got it."

10             And as I was inspecting the rug I saw that     12:14PM

11   it was very dusty because it had been sitting on the

12   shelf for probably two years.  And I said, "Wow, this

13   is really dusty, I'm going to need to get a vacuum,"

14   or something like that.

15             And he's like, "No, you don't, you just need   12:14PM

16   a strong man to come over and shake out your rug, I

17   can come over and shake out your rug."

18        Q    Okay.  Anything else?

19        A    Yeah.  There was a lot more.  And a lot of

20   it is already detailed in my notes that have been       12:14PM

21   submitted.

22        Q    Could you describe what those instances are?

23   The current question is things that he said to you

24   that were allegedly wildly inappropriate?

25        A    Well, again, I would also refer back to the    12:15PM

                                                        Page 72

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 16 of 41

1    Phil Knight story.  "It's a man's world and there's a

2    certain way that women are supposed to behave at

3    Nike."

4            I'd call that pretty wildly inappropriate.

5            Another instance, I was working at the table          12:15PM

6    again and he was doing his running around the building

7    like a chicken with his head cut off like he usually

8    did.  And he sweeps up behind me, puts his hands over

9    my ears, because I was wearing headphones, he puts his

10   hands over my ears and yells "Get your hands off me          12:16PM

11   you dirty old man," as if to quote me.

12       Q    Anything else?

13       A    Yeah.  So there was one time I was asked to

14   give a tour and I was showing one step of the process

15   that we were working on.  And a group of guys came in.      12:16PM

16   I didn't know who they were, late, middle age, older

17   white males.  And they were acting like children,

18   goofing off, elbowing each other.  I'm the only woman,

19   I'm giving a tour, I'm giving a demonstration of -- I

20   believe it was welding, ultrasonic welding.  And one        12:17PM

21   of the guys made some breast comment and put his hands

22   up and gestured as if he was touching someone's

23   breasts.

24           I -- after the tour was over I told ██ what

25   happened and he was pissed at me for complaining.  And       12:17PM

                                                    Page 73

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 17 of 41

1    he yelled at me, "Jessica, they're shoe dogs.   This is

2    how they behave."

3        Q    Anything else?

4        A    Yeah.   I was giving another tour to a

5    smaller group, the inline prototyping group.   Again,                12:18PM

6    he wasn't invited on purpose, but he stumbled up and

7    he was what I would describe as sedated, intoxicated

8    somehow.   And I was talking to -- I was talking to

9    ███████████ -- yeah.   And then I walked away.

10       ███ comes up and he starts talking to them                      12:18PM

11   and he's talking directly to ███████████   I came

12   back to rejoin the conversation and asked specifically

13   what they were referring to.   And ███ in a really --

14   like as an intoxicated person would, he waves his hand

15   up in ███'s face and says, "Oh, no, no, nothing                     12:19PM

16   important here, nothing, don't worry about it," as if

17   to just shoo ███ away like he didn't matter.

18            And he went away and then I continued on the

19   tour.   And he stumbled back up later.   And we were on

20   a time limit so I was trying to cut it short, but he                12:19PM

21   continued to talk and describe this -- he was clearly

22   altered.   And when I tried to tell him we need to wrap

23   this up and move on he puts his hand in my face, got

24   hand to the face several times, and he just shushed me

25   and continued to talk.                                              12:20PM

Page 74

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 18 of 41

1      And after that we just -- I just started

2  walking over and tried to get the tour to keep walking

3  towards the next station.

4      After the tour was over, I went back into my

5  desk in the office area and I saw him stumbling around          12:20PM

6  talking to several different people at their desks and

7  I could hear that he sounded like emotionally upset or

8  something, I don't know what was going on, but I saw

9  him go from desk to desk.   And it looked like he was

10  having serious conversations.                                  12:20PM

11      And he comes over to me.   And my desk was

12  against the wall so I couldn't escape, and he

13  kneels -- he kneels next to me really, really closely

14  and he starts rambling on about his personal life,

15  things that I don't need to know, it was just -- it            12:21PM

16  was really weird, it was really uncomfortable.   And

17  there was -- it was inappropriate.   First of all, he

18  was so close to me, his head was like right next to my

19  crotch.   He was clearly intoxicated.   And he was

20  talking about his wife and like all this personal             12:21PM

21  stuff that was just not appropriate.

22      Q    When he allegedly said that "I like your

23  tongue," when was that?

24      A    I think I was still an ETW or it might have

25  been right after we were hired on.                             12:22PM

Page 75

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 19 of 41

```
 1                      EXAMINATION (Resumed)

 2   BY MS. LUEDDEKE:

 3        Q    When did the alleged incident with the rug

 4   occur?

 5        A    It was early 2019, because I had just moved      01:20PM

 6   to Beaverton.   It might have been March or April.

 7        Q    Did you report it to HR when it happened?

 8        A    I included it in my report when I made my

 9   complaint in late 2019.

10        Q    So like ten or 11 months later?                  01:21PM

11        A    Yeah.

12        Q    Why did you wait that long?

13        A    Because I hadn't been taken seriously

14   before, so I kind of felt it was futile at that point.

15        Q    What makes you say that you hadn't been          01:21PM

16   taken seriously?

17        A    Because I made two other complaints and I

18   was still expected to continue working with him.

19        Q    Do you know if it's standard if once you

20   make a complaint for you to not work with the person      01:22PM

21   that you're complaining against?

22        A    I don't know.

23        Q    Do you know if any coaching resulted from

24   the 2016 investigation that you were a part of or your

25   2018 complaint?                                            01:22PM
```

Page 78

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 20 of 41

1       A      Based on what Seana told me and what the

2   first group of HR people told me in 2016 that he would

3   be receiving coaching, yes.

4       Q      So why do you believe that you weren't taken

5   seriously?                                              01:22PM

6       A      Because the pattern of his behavior is he

7   will stop for a while, then he starts again, he stops

8   for a while, then he starts again.  And I feel that

9   the infractions were serious enough to justify my

10  termination.                                            01:23PM

11      Q      But ER didn't agree with that; is that

12  correct?

13      A      Apparently not.

14      Q      Was anybody else around when ██████████

15  asked if you needed help with the rug?                  01:23PM

16      A      Not to my recollection, no.

17      Q      When ████████████ allegedly put his hands on

18  your ears and he said, "Get your hands off of me, your

19  dirty old man," was anybody else around for that?

20      A      I believe there were some people at the far   01:23PM

21  end of the table, but I don't remember who it was.

22      Q      When did this incident occur?

23      A      I don't remember the exact date, but I was

24  still an ECW so it was probably sometime in 2016.

25      Q      Did you report this incident in the 2016      01:24PM

                                                    Page 79

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 21 of 41

```
1         A    I don't know, because I can't remember if it
2    happened before or after.
3         Q    Is this the same incident where ██████████
4    allegedly leaned down in front of you and was talking
5    about his personal life?                              01:29PM
6         A    Yes.  After the tour was over he went and
7    talked to several people in the office and then he
8    came over to my desk.
9         Q    What did he say about his personal life?
10        A    It's hard to recall because it was very      01:29PM
11   rambling and disjointed.  He was talking about his
12   wife, his family, other things that had nothing to do
13   with work.
14        Q    Did he talk about anything sexual in this
15   conversation?                                          01:29PM
16        A    Not that I recall.
17        Q    And you said that his head was close to your
18   crotch; is that right?
19        A    Yeah.  He was kneeling down while I was
20   sitting in my chair and he was very close to my body,  01:30PM
21   yes.
22        Q    How close was he to your body?
23        A    Really close, like, I don't know, his head
24   was like less than a foot away from me.
25        Q    Was he touching you?                         01:30PM
```

                                              Page 83

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 22 of 41

1      A    He did touch me at some point in the

2  conversation, yes, he put his hand on me.

3      Q    Where did he touch you?

4      A    On my leg.

5      Q    For how long?                              01:30PM

6      A    I don't remember.

7      Q    Did anybody else see this?

8      A    I don't know.  There were multiple people in

9  the office coming to and from so I don't know if

10  anyone was paying any attention.                    01:30PM

11      Q    Do you remember who else was in the office?

12      A    There was at least over 20 people.  I don't

13  know.

14      Q    Do you remember anybody at all?

15      A    I do not.                                  01:30PM

16      Q    You said that you experienced sexual

17  harassment from multiple other senior males and you

18  listed their names, the first was ███████████.

19           Could you explain the circumstances where

20  you believe ███████████ sexually harassed you?     01:31PM

21      A    He would -- early on he would frequently

22  flirt with me.  It was pretty constant.  It was

23  required, part of our conversations was I just had to

24  play along with the flirting.  There were several

25  occasions where he would come up behind me and just   01:31PM

                                                  Page 84

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 23 of 41

1    grab my arms for no reason.

2           On our off-site when I was still an ETW he'd

3    put his hand on my leg when we were on the bus.  Yeah,

4    those are the main ones that I can remember.

5        Q    You said that you were required to play          01:32PM

6    along with the flirting; is that right?

7        A    Yes.

8        Q    What is your basis for that understanding?

9        A    It felt like it was necessary.

10       Q    What made it feel necessary?                     01:32PM

11       A    Because he is one of the highest most senior

12   people in the department and at Nike and one of the

13   most famous designers at Nike.

14       Q    Are there any other facts that you believe

15   made you feel required to play along with the alleged    01:33PM

16   flirting?

17       A    Because it was well known and I witnessed

18   that if you didn't play along or give him what he

19   wants when he wants it, there will be consequences.

20       Q    What consequences did you witness?               01:33PM

21       A    Abuse, verbal abuse.

22       Q    Could you explain what you're referring to?

23       A    He is pretty well known to be pretty

24   abusive.

25       Q    Well known by whom?                              01:33PM

                                                   Page 85

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 24 of 41

1    A    Anyone who knows him, anyone that worked

2    with him.

3                 (Reporter interruption.)

4                 THE VIDEOGRAPHER:  We are now going off the

5    record.  The time is 1:34 p.m.                        01:34PM

6                 (A brief recess was taken.)

7                 THE VIDEOGRAPHER:  We are now back on the

8    record.  The time is 1:36 p.m.

9    Q    BY MS. LUEDDEKE:  What are the alleged

10   consequences that you witnessed from people not      01:36PM

11   playing along with ██████████ alleged flirting?

12   A    I don't have any concrete answers for that.

13   And perhaps I should rephrase my first answer.

14   Obviously it was not required to flirt with him, but

15   under the circumstances as an ETW, he's one of the   01:36PM

16   most senior people, it felt like quite a bit of

17   pressure to play along.

18   Q    Did any of your managers tell you that you

19   should or are required to flirt with ██████████?

20   A    No.                                              01:37PM

21   Q    You said that it is -- scratch that.

22        Could you describe the alleged flirting by

23   ██████████ that you say occurred?

24   A    He -- he would make several comments about

25   my appearance frequently.  Several occasions he would  01:37PM

                                                   Page 86

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 25 of 41

1    just start singing to me about my face or something or

2    how beautiful I was.   There was one time at the --

3    again, at the laser, it was right before the off-site

4    and he said, "Wait until you see me in my Speedo,

5    Jessica."                                              01:38PM

6             I was like, "Okay."

7             And he just cont -- he wouldn't let up.   He

8    continued on with that.   But -- yes, those are the

9    incidents that I can remember the most.

10       Q    What comments did he make about your         01:38PM

11   appearance?

12       A    Just how I was dressed, my face.

13       Q    What about how you were dressed?

14       A    In a way that made me feel uncomfortable.

15       Q    What did he say about how you were dressed?  01:39PM

16       A    I don't remember the specifics, but there

17   was more than one occasion where he was pointing out

18   my clothing.   And this was something that ████ did

19   also.

20       Q    Pointing out what about your clothing?       01:39PM

21       A    Just focusing on the way that I looked, my

22   body and my clothing.   I don't remember the specifics.

23       Q    Do you remember what he said about your

24   body?

25       A    No.                                          01:39PM

                                                    Page 87

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 26 of 41

1        Q    Do you remember what he said about your

2   appearance?

3        A    No.

4        Q    You said he sang to you about how beautiful

5   you were?                                              01:39PM

6        A    Yes, something about "When I see your face."

7   I don't know.

8        Q    Was anybody around for that?

9        A    I don't remember.

10       Q    Did ██████████ often sing?                   01:40PM

11       A    No.

12       Q    You said that he grabbed your arms on one

13  occasion; is that right?

14       A    There was at least two occasions at the

15  laser.  There's two workstations, there's a one --     01:40PM

16  nice cutter and then there's a laser cutter.  And he

17  would -- you know, passing through he would -- I'd be

18  standing at the laser and he would come up behind me

19  and just grab my arms for no reason.

20            There was an incident where I was running    01:40PM

21  toward a sewing machine, walking -- walking quickly

22  towards a sewing machine because I was trying to hurry

23  up and finish something.  And he came up behind me and

24  just grabbed me.  That was the last incident.

25       Q    Came up behind you and grabbed you where?    01:41PM

Page 88

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 27 of 41

1    A    On my arms, both arms just above the elbow.

2    Q    Did anybody see this?

3    A    I don't know.

4    Q    When was it?

5    A    It could have been fall last year, could          01:41PM

6    have been -- I don't remember exactly, but it was the

7    second half of 2019 sometime.

8    Q    How long did he touch your arms for on that

9    second occasion?

10    A    I don't remember.  Maybe five to ten           01:41PM

11    seconds.

12    Q    On the first occasion do you know how long

13    he touched your arms for?

14    A    About the same probably.  But I don't

15    remember exactly.                                      01:42PM

16    Q    Do you know if anybody else was around on

17    the first occasion?

18    A    Somebody was standing there.  I don't

19    remember who it was.

20    Q    And when was that?                               01:42PM

21    A    I don't remember.  I believe it was in 2018.

22    Q    Did you include that first instance in your

23    2018 complaint?

24    A    I don't think so, because my main complaint

25    with ▇▇▇▇ was regarding something else.              01:42PM

                                                     Page 89

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 28 of 41

1       Q       What was it regarding?

2       A       It's not related to this case.

3       Q       What was it?

4       A       I don't know that I have to answer that if

5    it's not related to this case.                          01:43PM

6       Q       You do.

7       A       I complained that he was allowed to work

8    very closely with his daughter and his other children.

9       Q       Why do you believe that's not related to

10   this case?                                               01:43PM

11      A       Because it doesn't have anything to do with

12   sexual harassment or gender discrimination for pay and

13   promotions.

14      Q       You said that ████████ put his hand on

15   your leg at the off-site meeting; is that right?         01:44PM

16      A       Yes, we were on the bus.  I believe it was

17   on the way back.  And I was trying to ask him about

18   some work-related stuff, something specific about work

19   that he said.  And he took that opportunity to put his

20   hand on my bare leg.                                     01:44PM

21      Q       So you were wearing shorts?

22      A       I was wearing a skirt.

23      Q       Did anybody see this?

24      A       I don't know.

25      Q       How long did he keep his hand on your leg   01:44PM

Page 90

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 29 of 41

1    for?

2        A    I don't remember.

3        Q    Do you have an approximation?

4        A    Probably five to ten seconds, I don't know.

5        Q    Did you report this incident in your 2016 --    01:45PM

6    I'm sorry, in the 2016 investigation?

7        A    I don't remember.

8        Q    Did you report this incident in the 2018

9    investigation?

10       A    I don't remember.  I don't remember.    01:45PM

11       Q    You said that it is well known by everybody

12   that ▆▆▆▆▆▆▆ is allegedly abusive; is that right?

13       A    Within my group and MI, most everybody

14   didn't want to work with him anymore because of the

15   way he treated people.    01:46PM

16       Q    How do you know that?

17       A    Because I talked to several people about it.

18       Q    Who told you this?

19       A    Pick anyone in MI when I was there.

20       Q    Who specifically told you that they did not    01:46PM

21   want to work for ▆▆▆▆▆▆ because they believed he

22   was abusive?

23       A    Off the top of my head, I know that ▆▆▆

24   said that, I know that ▆▆▆ said that, I know that

25   ▆▆▆ and ▆▆▆ said that.  Yes.  A large portion of    01:47PM

Veritext Legal Solutions
866 299-5127

```
 1    would say.
 2         Q    What are these assumptions based off of?
 3         A    Based off of the way I saw him treating
 4    Ryan.
 5         Q    Do you know why ███████ changed projects?      01:54PM
 6         A    I don't know, but I believe he told me that
 7    he requested to be removed from that project.
 8         Q    Due to ██████████ behavior?
 9         A    I believe that is at least part of it, yes.
10         Q    But you don't know that to be sure?           01:54PM
11         A    I don't know that that's the only thing.
12         Q    The next senior male that you allege to have
13    sexually harassed you is ████████████; is that
14    correct?
15         A    ████████████████?                             10:59AM
16         Q    ████████████████.  Could you explain the
17    instances where you believe he sexually harassed you?
18         A    There was a few -- only a few incidences.
19    As with ██████ the harassment was -- the sexual
20    harassment was not as significant as with ████ or as    01:55PM
21    frequent.  But I remember one time I actually went to
22    ██████ and I was asking him if there were any
23    opportunities in his department.  And this was before
24    I knew how he treated people.  And he said, "Oh, I
25    don't know if ████'s going to like that, he's going to   01:56PM
```

                                                    Page 96

Sun Decl. Ex. 73, Page 31 of 41

1    be so jealous if I steal you away from him."

2            And then another occasion we were standing

3    at the laser again. ███ was there, he was telling him

4    about the -- we were supposed to be getting a vision

5    system attached to the laser. And then ███ said,        01:56PM

6    "Well, why do you need a vision system, why do you

7    need mechanical eyes when you have the most beautiful

8    pair of eyes here," referring to me.

9            And I think that was when I stopped wearing

10   eye makeup. ███ didn't say anything obviously to stop   01:57PM

11   him from saying something like that.

12           Those are the main issues that I can

13   remember from ███ that were directly affecting me.

14       Q    Did you report either of these issues to HR?

15       A    No. Because they kind of paled in               01:57PM

16   comparison to what I was experiencing from my manager.

17       Q    You said that ███ also sexually

18   harassed you?

19       A    Yes.

20       Q    Could you explain that instance?               01:57PM

21       A    This was when I was still an ETW. It was

22   right after the Women's March. And I don't know if

23   you recall all the women had knit pink hats and they

24   were calling them pink pussy hats. And this was

25   before I really knew ███. And again, he's been at the  01:58PM

Page 97

1    company for 35 years, he's been there like from the

2    beginning basically.   He's well known.   Here I am an

3    ETW out on the floor.

4              He comes up to me and starts asking me about

5    the march and if I went.   And then he's asking me,          01:58PM

6    "Where's your pink pussy hat, did you wear your pink

7    pussy hat?"

8              And he kept saying it over and over again.

9    "Show me where your pink pussy hat is, did you bring

10   it?"                                                         01:58PM

11        Q     This was in 2016; is that right?

12        A     Yes.

13        Q     Was anybody else around for this

14   conversation?

15        A     I don't remember.                                01:59PM

16        Q     Did you report this conversation to HR?

17        A     No.

18        Q     You also said that ███████████ say has

19   sexually harassed you; is that right?

20        A     He's put his hands on me numerous times.  It     01:59PM

21   was like every time he talked to me he had to put his

22   hands on me.  He stopped, I believe -- I mentioned it

23   to ER and he stopped.

24        Q     When did you mention it to ER?

25        A     In my last complaint.                            01:59PM

Page 98

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 33 of 41

```
 1    sure that I just asked him what was the -- what did
 2    they find, what was the consequence, what was going to
 3    happen, what could he tell me.  I -- if it's the one
 4    that I'm thinking of, I was shocked that -- again,
 5    that nothing was apparently going to be done.          05:20PM
 6         Q    What was your response to -- what was
 7    Dante's response to this?
 8         A    The only thing that I remember that was said
 9    in that phone call was that he said they were closing
10    the case as far as I can remember and that he couldn't  05:20PM
11    tell me what their actions were going to be.
12         Q    Did you tell Dante that you were happy just
13    moving on?
14         A    I don't remember saying that, no.  No, this
15    is -- most of this is news to me.                      05:20PM
16         Q    Were you aware that Dante coached
17    ▮▮▮▮▮▮▮▮ on being cognizant of his audience and
18    personal space?
19         A    No.  But this is the response that I keep
20    getting is that it's me that has the problem, that I   05:21PM
21    just need more personal space than most people, which
22    is not the case.  But this is the typical response is
23    it's my problem, I need more personal space.
24         Q    Did Dante say that to you?
25         A    No.  But -- I don't remember which HR person  05:21PM
```

Page 190

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 34 of 41

1    said it.   One of the HR people said it.   Or one of the

2    ER people said it.   And I'm pretty sure that Seana

3    said it, but I can't be 100 percent sure.   But this is

4    the general tone is that "Some people need more space,

5    and I guess you just need more space, Jessica," which      05:22PM

6    is not the case.   I just need basic respect.

7         Q    You don't remember who said that to you?

8         A    No.   But I know that there's been more than

9    a couple people who have relayed that sentiment.

10        Q    During which of your complaints was that        05:22PM

11   sentiment relayed to you?

12        A    I don't remember exactly when it happened,

13   but I remember hearing it from somebody in ER,

14   somebody in HR and I'm pretty sure Seana said it to

15   me.                                                        05:22PM

16        Q    Do you remember what year this was allegedly

17   said to you?

18        A    No.

19        Q    Do you remember if it was in person or over

20   the phone?                                                 05:22PM

21        A    I don't.

22        Q    Did you tell Dante that you believed you

23   were being paid less than men doing substantially

24   similar work?

25        A    I do not.                                        05:23PM

                                                      Page 191

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 35 of 41

```
 1       A    His abuse, everyone's pretty much fair game

 2   if you don't comply with him.  However, that doesn't

 3   mean that he wasn't inappropriate with me.

 4       Q    Who is aware of this alleged running joke

 5   that everyone is fair game to him?                    06:23PM

 6       A    I've heard multiple people say it.

 7       Q    Like who?

 8       A    I heard ████ say it.

 9       Q    Anybody else?

10       A    Yes.  There's been other people I've heard   06:23PM

11   say it, but I don't remember who.

12       Q    Did you ever tell anybody in HR or ER that

13   someone was discriminating against you on the basis of

14   your gender?

15       A    No.                                          06:23PM

16       Q    If you go down to Page 824 do you see the

17   heading that starts with "Cronological:  ████"?

18       A    Yes.

19       Q    In the third bullet point down you say,

20   "Between the start date and June 2016, I caught him    06:24PM

21   staring at my chest and my crotch on numerous

22   occasions."

23            Do you see that?

24       A    Yes.  This was an ongoing issue.  And it did

25   stop for a while and then it continued after that.     06:24PM
```

Veritext Legal Solutions
866 299-5127

1      Q      How many times did this occur?

2      A      I don't have a number.  It was a lot, enough

3  that I felt the need to change the way that I dress.

4      Q      Was it more than five?

5      A      Yes.                                        06:25PM

6      Q      More than ten?

7      A      Yes.

8      Q      More than 20?

9      A      Probably, yes.

10     Q      Do you know on the date that this occurred?   06:25PM

11     A      No.

12     Q      Was anybody else aware or a witness of

13  █████████   allegedly staring at your breasts or your

14  crotch?

15     A      Yeah.  I asked ███████████ -- I talked to   06:25PM

16  ████████████ before we went on the -- sorry -- I'm

17  going to need to take a break in a second.  I talked

18  to ██████████████ before we went on our off-site and

19  he confirmed witnessing what I was describing.

20     Q      What did he say to you?                      06:26PM

21     A      I asked him if -- I didn't ask him, I told

22  him what I was experiencing and he says, "I know, he

23  does it to all of you."

24     Q      What did you tell him that you were

25  experiencing?                                          06:26PM

                                           Page 222

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 37 of 41

1       A    Touching, staring, ogling, close talking, no

2    respect for personal space, weird comments.

3       Q    Who was ▆▆▆▆▆▆ referring to when he

4    said he does this to all of you?

5       A    I believe he was referring to ▆▆▆ and        06:27PM

6    ▆▆▆ and myself.

7       Q    Did you ask him who he was referring to?

8       A    That's who he meant.

9       Q    How do you know that?

10      A    Because we were talking about our immediate     06:27PM

11   team.

12           MS. LUEDDEKE:  Okay.  Did you say you'd like

13   to take a break?

14           THE WITNESS:  I do need to take a break.

15   Can you give me ten minutes?                          06:27PM

16           MS. LUEDDEKE:  Yeah, definitely.

17           THE VIDEOGRAPHER:  We are now going off the

18   record.  The time is 6:28 p.m.

19               (A brief recess was taken.)

20           THE VIDEOGRAPHER:  We are now on the record.    06:36PM

21   The time is 6:36 p.m.

22      Q    BY MS. LUEDDEKE:  In the second to last put

23   bullet point on Page 824 you're describing that time

24   that ▆▆▆▆▆ allegedly rubbed your back.  And you

25   say, "At the time I was an ETW and my manager from the   06:37PM

Page  223

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 38 of 41

```
 1    have to ask some of the engineers for 3D assistance.

 2    But I believe my primary responsibility is going to be

 3    jigging -- jigging exploration and running the

 4    stitching machine.

 5         Q    In your opt-in complaint you said that Nike      07:36PM

 6    refused to tell you whether they kept your identity

 7    confidential; is that right?

 8         A    I believe so.  Yeah.  I don't know if the

 9    people I complained about know it was me making the

10    complaint.                                                 07:36PM

11         Q    Who did you ask at Nike HR?

12         A    I don't know exactly who I asked.  I believe

13    I asked either Ana or Julio.

14         Q    Did you ask the same question in your 2018

15    complaint?                                                 07:37PM

16         A    I don't remember specifically, but I may

17    have.

18         Q    Do you remember who you may have asked in

19    2018?

20         A    It would either be Dante or Seana.              07:37PM

21         Q    Do you remember Dante or Seana's response to

22    your question of whether your identity has been kept

23    confidential?

24         A    I don't remember.  I think they said no.

25    But I can't be certain.  I believe Ana -- I was told     07:38PM
```

Page 252

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 39 of 41

1    again that this was -- that it was confidential.

2        Q    By whom?

3        A    By either Ana or Julio, I can't say for

4    sure, I don't remember.

5        Q    Did you say that they did say that it was          07:38PM

6    confidential?

7        A    I believe they told me that yes, that it was

8    not known that I was the complainer.

9        Q    Do you understand the nature of a class

10   action proceeding?                                           07:39PM

11       A    Not the details.

12       Q    What is your understanding of a class action

13   proceeding?

14            MR. DENLINGER:  I'll object to the extent it

15   calls for a legal conclusion.                                07:40PM

16            You can answer.

17            THE WITNESS:  As I understand it, a class

18   action suit is anyone who was working at the time that

19   the original complaints are made who is similarly

20   situated, can be included in this proceeding, in this       07:40PM

21   lawsuit.

22       Q    BY MS. LUEDDEKE:  Do you know if there are

23   any class members who made hiring and promotion

24   decisions about other women?

25       A    I don't know, but I assume.                         07:40PM

Page 253

```
1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2         I, Rochelle Holmes, the undersigned, a Certified
3    Shorthand Reporter of the State of California, do
4    hereby certify:
5         That the foregoing proceedings were taken
6    before me via videoconference; that any witnesses in
7    the foregoing proceedings, prior to testifying, were
8    administered an oath; that a record of the proceedings
9    was made by me using machine shorthand which was
10   thereafter transcribed under my direction; that the
11   foregoing transcript is a true record of the testimony
12   given.
13        Further, that if the foregoing pertains to the
14   original transcript of a deposition in a Federal Case,
15   before completion of the proceedings, review of the
16   transcript [ ] was [X] was not requested.
17        I further certify I am neither financially
18   interested in the action nor a relative or employee
19   of any attorney or any party to this action.
20        IN WITNESS WHEREOF, I have this date subscribed
21   my name.
22   Dated:  this 5th day of January, 2021.
23
24              Rochelle Holmes
                Rochelle Holmes
25              CSR No. 9482, CCRR No. 0123
```

Page 263

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 73, Page 41 of 41