```
 1
 2              UNITED STATES DISTRICT COURT
 3                  DISTRICT OF OREGON
 4                   PORTLAND DIVISION
 5
 6   KELLY CAHILL, SARA          )
     JOHNSTON, LINDSAY           )
 7   ELIZABETH, and HEATHER      )
     HENDER, individually and    )
 8   on behalf of others         )
     similarly situated,         )
 9                               )
                 Plaintiffs,     )
10                               )
        vs.                      )  Case No. 3:18-cv-01477-JR
11                               )
     NIKE, INC., an Oregon       )
12   Corporation,                )
                                 )
13              Defendant.       )
     _____)
14
15       REMOTE VIDEOTAPED DEPOSITION OF EMILY TUCKER
16                   Portland, Oregon
17                Friday, January 22, 2021
18
19
             REPORTED BY:  Dayna Michelle Glaysher
20                         CSR No. 13079;
                           RPR, CRR No. 28081
21
22
23
24
25

                                                   Page 1
```

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 80, Page 1 of 8

```
 1   APPEARANCES (REMOTE):
 2
 3   For Plaintiffs:
 4        GOLDSTEIN BORGEN DARDARIAN & HO
          BY:  MENGFEI SUN, Esq.
 5        155 Grand Avenue, Suite 900
          Oakland, California 94510
 6        TEL:  510.763.9800
          EMAIL: Msun@gbdhlegal.com
 7
 8   For Defendant:
 9        PAUL HASTINGS LLP
          BY:  FELICIA A. DAVIS, Esq.
10        BY:  NICOLE LUEDDEKE, Esq.
          515 South Flower Street, 25th Floor
11        Los Angeles, California  90071
          TEL:  213.683.6000
12        EMAIL: Feliciadavis@paulhastings.com
13
     Also Present:
14
          Lauren Thibodeaux,
15        Nike Client Representative
16        Ron Lazo,
          Videographer
17
18
19
20
21
22
23
24
25
```

Page 3

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 80, Page 2 of 8

1    A.   I mean it would've been throughout the tenure --
2    the tenure of his time as my boss.  So from 2017 until I
3    left the end of 2018.
4        Q.   Okay.  And which bosses are you referring to?
5        Is that also ▓▓▓▓▓▓?                                   09:53:10
6        A.   Yes.
7        Q.   Okay.  Do you have any facts that you believe
8    would show that -- ▓▓▓▓▓▓ going to your male direct
9    reports to get information or bring to senior leadership
10   meeting was based on gender?                               09:53:25
11       A.   I have -- the facts that I have before me are
12   that I had a female and two males on my team.  And ▓▓▓▓▓▓
13   went to the two males and did not tap into the female
14   resource in the same manner.
15       Q.   Who were the two males reporting to you?          09:53:50
16       A.   Jesse Tsu.  J- --
17            (Simultaneous cross-talk.)
18       Q.   Can you spell the last name.
19       A.   Yes.
20       Q.   Sorry.  Go ahead.                                 09:54:00
21       A.   That's okay.  J-e-s-s-e, T-s-u.  T Mac, Thomas
22   McCarthy.
23       Q.   Okay.  And who is the female that directly
24   reported to you?
25       A.   That was Raquel Carabine.                         09:54:18

Page 40

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 80, Page 3 of 8

| | | |
|---|---|---|
| 1 | Q. What was Mr. Tsu's role? | |
| 2 | A. What were they? They were a category business | |
| 3 | manager. | |
| 4 | Q. What was Mr. McCarthy's role? | |
| 5 | A. Category business manager. | 09:54:38 |
| 6 | Q. And what was Ms. Carabine's role? | |
| 7 | A. Category business manager. | |
| 8 | Q. Were they responsible for different categories? | |
| 9 | A. Yes. | |
| 10 | Q. What was Mr. Tsu responsible for? | 09:54:48 |
| 11 | A. Jesse did -- he did the retro and launch. | |
| 12 | Q. I'm sorry, are you done with your answer? | |
| 13 | A. Oh. You just asked me about Jesse, yes? | |
| 14 | Q. Yeah. Okay. | |
| 15 | So he was responsible for retro and launch? | 09:55:36 |
| 16 | A. Correct. | |
| 17 | Q. Got it. What categories were Mr. McCarthy | |
| 18 | responsible for -- was Mr. McCarthy responsible for? | |
| 19 | A. He was responsible for basketball. | |
| 20 | Q. Okay. What categories was Ms. Carabine | 09:55:52 |
| 21 | responsible for? | |
| 22 | A. She was responsible for kids. | |
| 23 | Q. Okay. | |
| 24 | A. And I'll add Thomas was also responsible for | |
| 25 | training. | 09:56:03 |

Page 41

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 80, Page 4 of 8

| | | |
|---|---|---|
| 1 | Q.  Okay.  How many times did you see ▮▮▮▮▮ ask | |
| 2 | Mr. Tsu and Mr. McCarthy to -- for information or to | |
| 3 | come to a senior leadership meeting? | |
| 4 | A.  I mean I -- I can't tell you how many times.  But | |
| 5 | often it was not something that I saw happening in the | 09:56:31 |
| 6 | moment.  It was something I learned about later. | |
| 7 | Q.  Okay.  Can you give me an estimate in terms of | |
| 8 | the senior leadership meetings how many times you saw | |
| 9 | ▮▮▮▮▮ ask Mr. Tsu and Mr. McCarthy come to the | |
| 10 | senior leadership meeting? | 09:56:50 |
| 11 | A.  I mean I couldn't -- I would be guessing. | |
| 12 | Q.  Okay.  More than ten? | |
| 13 | A.  I would say not -- no, not more than ten. | |
| 14 | Q.  More than five? | |
| 15 | A.  More than five, I -- again, I'm guessing. | 09:57:09 |
| 16 | Q.  Well, I don't want you to guess. | |
| 17 |     But can you give me an estimate? | |
| 18 |     So it's less than ten. | |
| 19 |     Is it more than five? | |
| 20 | A.  Why don't we say about five. | 09:57:19 |
| 21 | Q.  Okay. | |
| 22 | A.  But again, it was something that I typically | |
| 23 | learned about after the fact. | |
| 24 | Q.  Okay.  Do you know what was discussed at those | |
| 25 | senior leadership meetings where ▮▮▮▮▮ asked Mr. Tsu | 09:57:35 |

Page 42

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 80, Page 5 of 8

| | |  |
|---|---|---|
| 1 | and Mr. McCarthy to attend? | |
| 2 | A.  It would've been -- they would've been talking | |
| 3 | about sell-through, performance of our shoes in the | |
| 4 | marketplace, strategy. | |
| 5 | Q.  Okay.  Do you know -- did you sit in those | 09:57:58 |
| 6 | meetings? | |
| 7 | A.  No. | |
| 8 | Q.  Okay.  So you don't know what was discussed, | |
| 9 | correct? | |
| 10 | A.  I know what I heard after the fact. | 09:58:07 |
| 11 | Q.  Okay.  So you know what someone told you, but you | |
| 12 | don't know if they're reporting accurately, correct? | |
| 13 | A.  That's fair. | |
| 14 | Q.  Okay.  Do you know why [redacted] asked Mr. Tsu | |
| 15 | and/or Mr. McCarthy to come to the senior leadership | 09:58:25 |
| 16 | meetings with him and did not ask Ms. Carabine? | |
| 17 | A.  I don't know. | |
| 18 | Q.  Okay. | |
| 19 | A.  I might add that she was -- had the most tenure | |
| 20 | on the team and would've been most experienced in the | 09:58:44 |
| 21 | role. | |
| 22 | Q.  Maybe they just weren't talking about kids shoes | |
| 23 | those days. | |
| 24 | Is that a possibility? | |
| 25 | A.  Ever? | 09:58:54 |

Page 43

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 80, Page 6 of 8

1   Q.  Well, I don't know.  Neither of us were at the
2   meeting so we don't know what was discussed.
3   A.  Okay.
4   Q.  Is it your testimony that she was never invited
5   to a senior leadership meeting or do you just not know?    09:59:16
6   A.  Not to my knowledge.
7   Q.  Okay.  Not that you're aware of, correct?
8   A.  Yes.
9   Q.  Is Ms. Carabine still at Nike?
10  A.  No.                                                    09:59:27
11  Q.  Okay.  Do you know when she left?
12  A.  Within the last year.
13  Q.  Okay.  All right.  And we also talked about your
14  compensation in that final role.  As sales operations
15  director for Brand Jordan, you said you were paid less     09:59:52
16  than your male predecessor.
17      Who was your male predecessor?
18  A.  Dave Kamm.
19  Q.  Okay.  Can you spell the last name?  I'm sorry.
20  A.  Uh-huh.  That's okay.  K-a-m-m.                        10:00:05
21  Q.  Okay.  What makes you believe that you were paid
22  significantly less than Mr. Kamm?
23  A.  So when I started my role as sales operations
24  director, he had left behind in -- in the files in my
25  desk drawer a 2X pay review -- a letter granting him a     10:00:38

Page 44

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 80, Page 7 of 8

```
 1                        CERTIFICATE

 2                             OF

 3                 CERTIFIED SHORTHAND REPORTER

 4

 5

 6            The undersigned certified shorthand reporter

 7   of the State of California does hereby certify:

 8            That the foregoing deposition was taken

 9   before me at the time and place therein set forth, at

10   which time the witness was duly sworn by me.

11            That the testimony of the witness and all

12   objections made at the time of the deposition were

13   recorded stenographically by me and thereafter

14   transcribed, said transcript being a true copy of my

15   shorthand notes thereof.

16            In witness whereof, I have subscribed my

17   name this date: February 4, 2021

18

19

20                    [signature]

21

22            CSR Number 13079

23            RPR, CRR Number 28081

24

25
```

Page 186

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 80, Page 8 of 8