```
 1              UNITED STATES DISTRICT COURT
 2                   DISTRICT OF OREGON
 3                    PORTLAND DIVISION
 4
 5   KELLY CAHILL, SARA JOHNSTON,    Case No.: 3:18-cv-01477-JR
     LINDSAY ELIZABETH, and HEATHER
 6   HENDER, individually and on
     behalf of others similarly
 7   situated,
 8           Plaintiffs,
 9       v.
10   NIKE, INC., an Oregon Corporation,
11           Defendant.
     _____
12
13
14
15       VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
16                  JESSICA L. WESTERHOF
17                  Ann Arbor, Michigan
18               Wednesday, April 21, 2021
19                       Volume 1
20
21
22   Reported by:
     LESLIE JOHNSON
23   RPR, CCRR, CSR No. 11451
24   Job No.: 4514710
25   PAGES 1 - 282
```

Page 1

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 82, Page 1 of 13

```
 1                UNITED STATES DISTRICT COURT
 2                    DISTRICT OF OREGON
 3                    PORTLAND DIVISION
 4
 5   KELLY CAHILL, SARA JOHNSTON,    Case No.: 3:18-cv-01477-JR
     LINDSAY ELIZABETH, and HEATHER
 6   HENDER, individually and on
     behalf of others similarly
 7   situated,
 8            Plaintiffs,
 9        v.
10   NIKE, INC., an Oregon Corporation,
11            Defendant.
     _____
12
13
14
15
16
17      VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF JESSICA L.
18   WESTERHOF, Volume 1, taken on behalf of Defendant, at
19   Ann Arbor, Michigan, beginning at 12:05 p.m. and
20   ending at 10:41 p.m., on Wednesday, April 21, 2021, before
21   LESLIE JOHNSON, Certified Shorthand Reporter No. 11451.
22
23
24
25
                                                     Page 2
```

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 82, Page 2 of 13

```
 1   APPEARANCES:
 2
 3   For Plaintiffs:
 4        ACKERMANN & TILAJEF
 5        BY: BRIAN DENLINGER, ESQ.
 6        1180 South Beverly Drive, Suite 610
 7        Los Angeles, California 90035
 8        (310)277-0614
 9        bd@ackermanntilajef.com
10   For Defendant:
11        PAUL HASTINGS LLP
12        BY: LAURA E. ZEBELE, ESQ.
13        515 South Flower Street, 25th Floor
14        Los Angeles, California 90071
15        (213)683-6000
16        laurazebele@paulhastings.com
17   Also Present:
18         STEVE TAGAMI, Videographer
19         ALISON SMITH, Nike
20
21
22
23
24
25
```

Page 3

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 82, Page 3 of 13

| | | |
|---|---|---|
| 1 | was letting you know. But -- | 03:09:11 |
| 2 | Q    Sure.  That's fine. | |
| 3 | A    There was a female hired.  Her name was | |
| 4 | ▇▇▇▇▇▇▇  And prior to her even being | |
| 5 | interviewed, ▇▇▇▇▇▇▇ looked her up on | 03:09:20 |
| 6 | Instagram, her name, and had mentioned to me, "Oh, | |
| 7 | this is a good one," referring to her looks. | |
| 8 | Obviously, we haven't met her, and we don't know | |
| 9 | her -- we didn't know her full qualifications. | |
| 10 | So it was the excitement that he had shown | 03:09:38 |
| 11 | based off of her physical appearance, not off of | |
| 12 | what skills or qualifications she could bring to | |
| 13 | this role to benefit our team.  And she was one of | |
| 14 | the Charlie's Angels. | |
| 15 | Q    Okay.  Any other women you believe were | 03:10:01 |
| 16 | hired because they looked good and not for some | |
| 17 | other reason? | |
| 18 | A    Well, that is the only one that I know | |
| 19 | specifically.  But all the Charlie's Angels -- | |
| 20 | that's what ▇▇▇▇ called them -- they -- he called | 03:10:13 |
| 21 | them -- or ▇▇▇▇ called them his Charlie's Angels. | |
| 22 | So I don't know if that -- I can't speak | |
| 23 | if that was -- they were hired because of their | |
| 24 | looks, but they were referred to as his Charlie's | |
| 25 | Angels, so -- but, yeah, the only one I know | 03:10:32 |

Page 94

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 82, Page 4 of 13

```
 1   directly of -- or felt directly was because of ████     03:10:39
 2   ████
 3       Q    And, when you said that ████ looked
 4   up ████ Instagram page, was anyone -- you
 5   were present when he did that?                          03:10:53
 6       A    Yeah.  I mean, yeah.  And then he showed
 7   me her page too.
 8       Q    Sorry.  I might have missed what you just
 9   said.  Hold on.
10       A    Oh.                                            03:11:07
11       Q    Okay.  Now I can see it.
12       A    I don't believe anyone else was present
13   when he showed me her page.
14       Q    Okay.  And he just showed you her page
15   once?                                                   03:11:35
16       A    Yes.  I did not need to see it again.
17       Q    Okay.  And he said this is a good one?
18       A    Yes.  Something along those lines.  That
19   might not be an exact quote, but yeah.  And then he
20   did do, I remember, an eyebrow -- like double           03:11:50
21   eyebrow raise, like (indicating).  I don't know.  I
22   can't -- I know you can't, like, write down actions
23   that I'm doing, but -- I don't know how to describe
24   it.
25       Q    Yeah.  Sorry.  Okay.  Did he say anything      03:12:05
```

Page 95

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 82, Page 5 of 13

| | | |
|---|---|---|
| 1 | A    Yes. | 03:18:45 |
| 2 | Q    Okay.  More than 10? | |
| 3 | A    I'm not sure. | |
| 4 | Q    Okay.  And who did you understand him to | |
| 5 | be referring to when he used the phrase "Charlie's | 03:18:56 |
| 6 | Angels"? | |
| 7 | A    ████████████████████████████████ | |
| 8 | ████████████ | |
| 9 | Q    And when ████████ would use that phrase, | |
| 10 | what exactly would he say -- | 03:19:27 |
| 11 | A    He would call them -- | |
| 12 | Q    -- that you recall right now? | |
| 13 | A    He would call them ████'s Charlie's | |
| 14 | Angels.  And he would point to the desks of the | |
| 15 | three of them that sat down in the row to his left. | 03:19:42 |
| 16 | Q    Okay.  I guess, like, what was the context | |
| 17 | when he would say that? | |
| 18 | A    Well, it really would come out of nowhere, | |
| 19 | but it would just be -- someone could walk up to the | |
| 20 | pod, and he would go "Have you seen my Charlie's | 03:20:03 |
| 21 | Angels yet?"  And that's just one example I can | |
| 22 | think of.  It was very, like, bragging, boastful. | |
| 23 | Q    Okay.  And you told me ████████████'s job. | |
| 24 | What about ████████████?  What was her role | |
| 25 | at the time? | 03:20:29 |

Page 99

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 82, Page 6 of 13

```
 1   best one here.  Okay.  Maybe the third one, like the        08:30:13
 2   one at the bottom, appears to be an email from Tanya
 3   Morning to you, copy to Alison, Kori and Cory dated
 4   Thursday, June 7, 2018.
 5          Do you see that?                                     08:30:33
 6      A   Yes.
 7      Q   And it looks like Tanya wrote "Jessica,
 8   I've scheduled time on your calendar for today at
 9   2:00 p.m.  Cory will follow up this morning with the
10   exact location on Beaverton Creek.  See you soon."          08:30:45
11          Do you see that?
12      A   Yes.
13      Q   Okay.  And, to the best of your
14   recollection, did you in fact meet with Tanya
15   Morning on Thursday, June 7, 2018?                          08:30:54
16      A   Yeah.  I met with Tanya and Cory
17   Gillespie.
18      Q   Okay.  Anyone else in attendance?
19      A   No.  Not that I can remember.
20      Q   Okay.  All right.  And you met with them             08:31:18
21   in person, correct?
22      A   Yes.
23      Q   And how long did your meeting last, if you
24   remember?
25      A   I'm not sure.  About an hour probably.               08:31:29
```

Page 219

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 82, Page 7 of 13

| | | |
|---|---|---|
| 1 | Q    And what did you tell Tanya and Cory in | 08:31:36 |
| 2 | that meeting? | |
| 3 | A    I told them that I had been working -- | |
| 4 | doing the work, time and time again, taking on extra | |
| 5 | responsibilities, including stretch assignments, | 08:31:59 |
| 6 | activities or extracurricular things around campus | |
| 7 | to promote, like, a positive culture and, like, | |
| 8 | development -- career development for men and women. | |
| 9 | I had come to -- I had brought this to my | |
| 10 | manager's attention several times and that it was | 08:32:16 |
| 11 | acknowledged that I was getting paid too little and | |
| 12 | that I -- but nothing was being done about it, and | |
| 13 | that I felt like I just -- every time I kept | |
| 14 | bringing it up, it just kept getting pushed aside or | |
| 15 | not taken seriously, which is why I felt the need to | 08:32:39 |
| 16 | reach out to the Diversity and Inclusion email | |
| 17 | because I wasn't getting any answers or any -- | |
| 18 | nothing -- no progress was happening with my own | |
| 19 | managers, with [redacted] | |
| 20 | And then I also -- it was the -- like, the | 08:32:58 |
| 21 | verbal abuse that I -- that I felt I was receiving | |
| 22 | from both [redacted] that was extremely | |
| 23 | hurtful.  It was, like -- it was very confusing and | |
| 24 | misleading.  It was ruining my -- they were ruining | |
| 25 | my reputation around campus. | 08:33:29 |

Page 220

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 82, Page 8 of 13

| | | |
|---|---|---|
| 1 | I wasn't able to do well in my role.  When | 08:33:32 |
| 2 | I was struggling, I reached out for help, and | |
| 3 | that -- my reach out for help was taken as -- wasn't | |
| 4 | taken seriously, when we were in the weeds, that my | |
| 5 | concerns were ignored.  You know, I just wasn't | 08:33:50 |
| 6 | being taken seriously, and that I was killing myself | |
| 7 | to prove myself and not -- I don't feel like I was | |
| 8 | getting not only paid fairly, but, I mean, I was -- | |
| 9 | I don't believe I was getting treated fairly either. | |
| 10 | I didn't have -- I had a manager who was | 08:34:18 |
| 11 | telling me that he didn't even have the time to | |
| 12 | worry about our category and to invest time in me | |
| 13 | and -- but also acknowledging at the same time that | |
| 14 | I wasn't getting paid, you know, equitably for what | |
| 15 | my roles and responsibilities were. | 08:34:35 |
| 16 | But then if it -- if there was any -- if I | |
| 17 | brought up any other hesitations or concerns, it | |
| 18 | just -- it didn't feel like I was really being | |
| 19 | heard.  And I just -- I needed to know from a source | |
| 20 | that I thought -- I considered like a third party to | 08:34:59 |
| 21 | tell me, you know, if this was the right -- if this | |
| 22 | is right or wrong, what is happening to me. | |
| 23 | And so I needed -- I felt like I wanted HR | |
| 24 | and ER to help, you know, calm -- or help, you know, | |
| 25 | put my, like, worries and my concerns at ease.  And | 08:35:20 |

Page 221

Veritext Legal Solutions
866 299-5127

Sun Decl.  Ex. 82, Page 9 of 13

| | | |
|---|---|---|
| 1 | so that's what I was hoping to get from this | 08:35:26 |
| 2 | conversation was a little sense of clarity of where | |
| 3 | I do fall.  What can I do?  Why am I being rated or | |
| 4 | being paid this way?  What makes me different from | |
| 5 | anyone else? | 08:35:39 |
| 6 |       You know, I explained my story and the | |
| 7 | things that I felt like I was being treated unfairly | |
| 8 | from, and I -- yeah.  That's what the -- I can't | |
| 9 | remember everything specifically, but . . . | |
| 10 |   Q   Okay.  I guess, just to close it out, | 08:36:02 |
| 11 | anything else you recall telling Tanya and Cory in | |
| 12 | that meeting that you haven't already mentioned? | |
| 13 |   A   I can't think of anything at this time. | |
| 14 |   Q   Okay.  So a moment ago you referred to | |
| 15 | verbal abuse that you felt you were receiving from | 08:36:42 |
| 16 | both ▓▓▓▓▓▓▓▓▓▓ | |
| 17 |   A   Yes. | |
| 18 |   Q   What's the verbal abuse that you felt you | |
| 19 | were receiving from ▓▓▓▓▓▓▓▓ | |
| 20 |   A   Well, before ▓▓▓▓ went on his sabbatical | 08:36:57 |
| 21 | in April 2018 -- or no.  I'm sorry.  That was -- oh, | |
| 22 | no.  Wait.  That was before that -- this one.  This | |
| 23 | was before his sabbatical, I believe, in April 2018. | |
| 24 | But he had -- man, I want to -- I'm pretty sure this | |
| 25 | was it. | 08:37:42 |

Page 222

Veritext Legal Solutions
866 299-5127

Sun Decl.  Ex. 82, Page 10 of 13

| | | |
|---|---|---|
| 1 | But he had -- it was his sabbatical at | 08:37:43 |
| 2 | that time, but also his wife was pregnant with their | |
| 3 | third kid, which he left for his paternity leave | |
| 4 | later in that year.  That's the last one I was | |
| 5 | covering when I left in October 2018.  But he had | 08:37:56 |
| 6 | just gotten a new car to accommodate for now his | |
| 7 | soon to be family of five, and it was a Chevy Tahoe. | |
| 8 | And I was going to cover for him yet again in | |
| 9 | another stretch assignment. | |
| 10 | And, before he had left officially for his | 08:38:09 |
| 11 | leave, he had said that he had concerns about what | |
| 12 | he was going to come back to when I -- when he got | |
| 13 | back from his sabbatical.  I asked him what he | |
| 14 | meant, and he said, "Well, take this Chevy Tahoe, | |
| 15 | for example."  He was like, "I know when I give you | 08:38:30 |
| 16 | the keys" -- "I'm about" -- or "I'm about to hand | |
| 17 | the keys over to this Chevy Tahoe, and I know when I | |
| 18 | get it back, it's going to be clean and it's going | |
| 19 | to be filled with gas and it's going to be shiny. | |
| 20 | You're going to even give it a car wash.  What I am | 08:38:44 |
| 21 | not sure of is that when I get that car back and I'm | |
| 22 | driving down the street, everyone is going to be | |
| 23 | pointing at that car and saying 'Look out for that | |
| 24 | bitch coming through.'" | |
| 25 | So, I mean, he referred to -- that's what | 08:38:58 |

Page 223

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 82, Page 11 of 13

```
 1  he said.                                              08:39:07
 2      Q    I guess I don't understand how -- how is
 3  he relating the car to you?
 4      A    Well, I'm covering him.  So while I'm
 5  covering him, I'm in the driver's seat.  But the     08:39:29
 6  windows are tinted, so you can't see through.  Maybe
 7  they don't know that, when he gets the car back,
 8  it's him, not me.  Well, he doesn't want me to ruin
 9  his reputation or ruin -- or create a bad image for
10  him while he's gone, by referring to me as a bitch   08:39:47
11  taking his place.  I mean, yeah.  Does that help?
12      Q    Okay.  And I guess -- did he then -- did
13  he explain that analogy exactly or was that what you
14  inferred from what he said?
15      A    Oh, no.  That's exactly what he said.       08:40:12
16  Because I didn't understand him, and he literally
17  said to me, "Let me put it this way.  I'm about to
18  hand the keys over of this Tahoe to you, and I know
19  when I get it back," et cetera, whatever I said
20  before.  So he literally said that to me.            08:40:27
21      Q    Okay.  And when he said that, how did you
22  respond to him?
23      A    Well, since it was said on campus and
24  during work hours, and it caught me off guard, I
25  mean, I didn't react.  I didn't find it funny.  I    08:40:48
```

Page 224

Veritext Legal Solutions
866 299-5127

Sun Decl.  Ex. 82, Page 12 of 13

```
 1              REPORTER'S CERTIFICATION
 2            I, Leslie Johnson, a Certified Shorthand
 3   Reporter of the State of California, do hereby certify:
 4            That the foregoing proceedings were taken
 5   before me at the time and place herein set forth; that
 6   any witnesses in the foregoing proceedings, prior to
 7   testifying, were administered an oath; that a record of
 8   the proceedings was made by me using machine shorthand
 9   which was thereafter transcribed under my direction;
10   that the foregoing transcript is a true record of the
11   testimony given.
12            Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [ ] was not requested.
16   I further certify I am neither financially interested in
17   the action nor a relative or employee of any attorney or
18   any party to this action.
19            IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21   Dated:  May 11, 2021
22
23                    [signature: Leslie Johnson]
24                    LESLIE JOHNSON
25                    CSR No. 11451, RPR, CCRR
```

Page 282

Veritext Legal Solutions
866 299-5127

Sun Decl. Ex. 82, Page 13 of 13