**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 | Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
**Mengfei Sun** (admitted *pro hac vice*)
msun@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | Fax: (510) 835-1417

Counsel for Plaintiffs, Opt-in Plaintiffs and Putative Class

[Additional Counsel of Record listed on the Signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br>Defendant. | Case No. 3:18-cv-01477-JR<br><br>**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR OBJECTIONS TO FINDINGS AND RECOMMENDATIONS AND RESPONSES** |

Plaintiffs Kelly Cahill, *et al.* ("Plaintiffs") and Nike, Inc. ("Nike" or "Defendant") (collectively, the "Parties"), through their respective counsel hereby present the following stipulated and agreed upon revised deadlines for objections to the Court's Findings and Recommendations and responses to such objections and request that the Court enter an order regarding the same.

## The Parties Have a Good Faith Basis for Revising the Default Deadlines

On November 22, 2022, Magistrate Judge Russo issued Findings and Recommendations on Plaintiffs' Motion for Class Certification and related filings, ECF No. 310 ("F&R"). Under the default deadlines, the Parties have 14 days to file objections and then 14 days to file responses to any objections. ECF No. 311.

The Parties have conferred and in light of the scope and importance of the F&R, numerous intervening holidays, unavailability of counsel, and the absence of any other impacted litigation deadlines, the Parties stipulate to and respectfully request that the Court enter an order revising the default deadlines for filing objections to the F&R and responding to such objections.

## STIPULATED REVISED DEADLINES

The Parties hereby stipulate and agree and request the Court order the following revised deadlines (the default dates are provided in the first column for ease of reference):[1]

| Deadline | Default Date | Proposed Date |
| --- | --- | --- |
| Deadline for Party to File Objections | 12/6/22 | 12/22/22 |
| Deadline for Party to File Responses to Objections | 12/20/22 | 1/26/23 |

---

[1] This request is limited only to an extension of time for the discussed deadlines. It does not raise any requests regarding an enlargement of the page limits for any objections and responses to the F&R, which would be the subject of a separate request, if any. Plaintiffs believe it is premature to raise or discuss this issue. Nike does not believe any such request to be proper given, for example, the Magistrate's review of the briefing and ancillary documents in this matter.

**PARTIES' JOINT STIP. & [PROPOSED] ORDER RE DEADLINES FOR OBJECTIONS TO FINDINGS AND RECOMMENDATIONS AND RESPONSES**
**PAGE 1**

865902.10

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated: November 29, 2022              Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

_/s/ James Kan_
Laura L. Ho (admitted *pro hac vice*)
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Byron Goldstein (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)
Mengfei Sun (admitted *pro hac vice*)

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Kathryn P. Roberts, OSB #064854

ACKERMANN & TILAJEF PC
Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
1180 S Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel: (310) 277-0614
Fax: (310) 277-0635

INDIA LIN BODIEN LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel: (253) 503-1672
Fax: (253) 276-0081

Attorneys for Plaintiffs and Opt-In Plaintiffs

Dated: November 29, 2022            Respectfully submitted,

    */s/ Daniel Prince*
Daniel Prince (pro hac vice)
danielprince@paulhastings.com
Felicia A. Davis (pro hac vice)
feliciadavis@paulhastings.com
Laura E. Zabele (pro hac vice)
laurazabele@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705
Laura E. Rosenbaum, OSB No. 110061
Laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Nike, Inc.

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 11(b)(2), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated:  November 29, 2022　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　GOLDSTEIN, BORGEN, DARDARIAN & HO

　　　　　　　　　　　　　　　　　 /s/ James Kan
　　　　　　　　　　　　　　　　　James Kan (admitted *pro hac vice*)

**PARTIES' JOINT STIP. & [PROPOSED] ORDER RE DEADLINES FOR OBJECTIONS TO FINDINGS AND RECOMMENDATIONS AND RESPONSES**
**PAGE 4**

865902.10

## [PROPOSED] ORDER

The Court has reviewed the Parties' Joint Stipulation Regarding Deadlines for Objections to Findings and Recommendations and Responses and hereby enters the same as reflected below.

| Deadline | Date |
| --- | --- |
| Deadline for Party to File Objections | 12/22/22 |
| Deadline for Party to File Responses to Objections | 01/26/23 |

**IT IS SO ORDERED.**

Dated: _____    _____
JOLIE A. RUSSO
United States Magistrate Judge