## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and and on behalf of other similarly situated, | Case No. 3:18-cv-01477-JR |
| Plaintiffs, | |
| v. | |
| NIKE, INC., an Oregon Corporation | |
| Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR INTERVENORS

The Clerk of the Court will please enter the appearance of Tim Volpert as counsel of record for the non-party intervenors in the above-captioned case and remove Ellen Osoinach as counsel for the non-party intervenors.

Dated: December 19, 2022

Respectfully submitted,

*/s/ Tim Volpert*
Timothy Volpert
OR Bar No. 814074
TIM VOLPERT, P.C.
3934 SE Hawthorne Blvd. Suite 343
Portland, OR 97214
Phone: 503.703.9054
Email: tim@timvolpertlaw.com

*Counsel of Record for Intervenors*