IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

KELLY CAHILL, et al.,                )
individually and on behalf of        )
of others similarly situated,        )
                                     )
            Plaintiffs,              )
                                     )
       vs.                           )   No. 3:18cv-01477-JR
                                     )
NIKE, INC., an Oregon                )
corporation,                         )
                                     )
            Defendant.               )

VIDEOCONFERENCE DEPOSITION
OF
SHANE WALKER
VOLUME I

DATE TAKEN:   December 17, 2020
TIME:         9:30 a.m.
PLACE:        Virtual

1      A.   Yes.
2      Q.   -- Exhibit 505?
3      A.   Yes.  And we have gone through a transition to
4  talking about those in different terms over the past
5  several years.
6      Q.   And what do you mean you've gone through
7  talking about it in different terms?
8      A.   So I'm referring to slide 26 in Exhibit 500, we
9  talk about it in terms of scope and impact, communication
10 and influence and knowledge and experience, whereas on
11 the leveling guides, there were more granular views of
12 what each, I guess, bucket of criteria would be.  So
13 essentially what we've been trying to do is simplify the
14 way we talk about that criteria.
15     Q.   Thank you for the clarification.  Let me just
16 be sure that I understand it.
17          You indicated that the three leveling criteria
18 were the same as the more granular descriptions that were
19 on Exhibit 505 presented in a more simplified form; is
20 that accurate?
21          MS. DAVIS:  Misstates the testimony that
22 they're the same.
23          Go ahead.
24          THE WITNESS:  Yes, I was just going to say they
25 are not exactly the same, but they serve the same

Beovich Walter & Friend
1-800-541-4452          503-228-7201          www.bwreporters.com

Kan Decl. Ex. 3, Page 2 of 4

1    purpose.
2            So we are -- we are using the new three buckets
3    to describe our leveling criteria, and in the past, there
4    was a more granular view of the leveling criteria.
5    BY MR. BARRY GOLDSTEIN:
6        Q.   Okay.  When did you start using the three
7    leveling criteria as opposed to the more granular
8    description?
9        A.   In 2019 when we launched the annual pay review.
10       Q.   Byron just asked me a good question.  When you
11   say you launched the APR, annual pay review in 2019,
12   sometimes there's a confusion between fiscal year '19 and
13   calendar 2019.
14       A.   The calendar year '19, so we launched APR in
15   June of 2019.
16       Q.   So that would be fiscal year '20?
17       A.   Yes.
18       Q.   Just to make the record clear, Nike's fiscal
19   year runs from June 1st to May 31st.
20       A.   Yes.
21       Q.   If you could turn back to Exhibit 505 -- no,
22   excuse me -- 507 and at slide 10.
23       A.   Okay.
24       Q.   There is a note, the Nike system of pipeline
25   family, subfamilies, are very much like Dewey Decimal

```
 1                    CERTIFICATE
 2
 3   STATE OF OREGON      )
 4                        ) ss
 5   COUNTY OF MULTNOMAH  )
 6
 7
 8
 9          I, Teresa L. Rider, CRR, RPR, CCR, CSR, hereby
     certify that said witness appeared before me via Zoom at
10   the time and place set forth in the caption hereof; that
     at said time and place I reported in stenotype all
11   testimony adduced and other oral proceedings had in the
     forgoing matter; that thereafter my notes were
12   transcribed through computer-aided transcription, under
     my direction; and that the foregoing pages constitute a
13   full, true and accurate record of all such testimony
     adduced and oral proceedings had, and the whole thereof.
14          I further certify review of the transcript was
     not requested
15          Witness my hand at Portland, Oregon, this 27th
     day of December 2020.
16
17
18
19
20                                _____
21                                Teresa L. Rider
                                  Oregon CSR No. 12-0421
22                                Washington CCR No. 2119
                                  Expires 12-03-23
23
24
25
```