IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


KELLY CAHILL, SARA JOHNSTON,                          No. 3:18-cv-01477-JR
LINDSAY ELIZABETH, and HEATHER
HENDER, individually and on behalf of                 ORDER
others similarly situated,

                Plaintiffs,

    v.

NIKE, INC., an Oregon Corporation,

                Defendant.


HERNÁNDEZ, District Judge:

Magistrate Judge Jolie A. Russo issued a Findings and Recommendation on

November 22, 2022, in which she recommends that the Court deny Defendant's Motions to

Exclude the Opinions of Kathleen Lundquist and David Neumark, deny Plaintiffs' Motions to

Rule as Inadmissible Parts of the Expert Reports of Chester Hanvey and Ali Saad, and deny

1 – ORDER

Plaintiffs' Motion to Certify the Class. F&R, ECF 310. The matter is now before the Court

pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

## I.    Portions of the Findings and Recommendation to which the parties do not object

The parties did not object to the portions of the Findings and Recommendation in which

Judge Russo recommended the Court deny Defendant's Motions to Exclude the Opinions of

Kathleen Lundquist and David Neumark and Plaintiffs' Motions to Rule as Inadmissible Parts of

the Expert Reports of Chester Hanvey and Ali Saad. The Court, therefore, is relieved of its

obligation to review those portions of the Findings and Recommendation *de novo*. *United States*

*v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc); *see also United States v.*

*Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988)(*de novo* review required only for portions of

Magistrate Judge's report to which objections have been made). Having reviewed the legal

principles *de novo*, the Court finds no error as to those portions of the Findings and

Recommendation.

## II.   Portions of the Findings and Recommendation to which Plaintiffs object

Plaintiffs object to the portion of the Findings and Recommendation in which Judge

Russo recommends the Court deny Plaintiffs' Motion to Certify the Class. The Court, therefore,

must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C.

§ 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-*

*Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc).

The Court has carefully considered Plaintiffs' objections and concludes there is no basis

to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions

of the record *de novo* and finds no error in the Magistrate Judge's Findings and

Recommendation.

**CONCLUSION**

The Court adopts Magistrate Judge Russo's Findings and Recommendation [310].

Accordingly, Defendant's Motions to Exclude the Opinions of Kathleen Lundquist and David

Neumark [179, 181] are denied, Plaintiffs' Motions to Rule as Inadmissible Parts of the Expert

Reports of Chester Hanvey and Ali Saad [192, 221] are denied, and Plaintiffs' Motion to Certify

the Class [146] is denied.

    IT IS SO ORDERED.


    DATED: _____ March 21, 2023 _____



                         _____
                         MARCO A. HERNÁNDEZ
                         United States District Judge