**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 ⎮ Fax: (503) 323-9105


**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
**Mengfei Sun** (admitted *pro hac vice*)
msun@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 ⎮ Fax: (510) 835-1417
Counsel for Plaintiffs, Opt-in Plaintiffs and Putative Class

[Additional Counsel for Plaintiffs, and Counsel for Defendant, listed
on the Signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-JR<br><br>**JOINT STATUS REPORT AND REQUEST FOR STAY** |

Plaintiffs Kelly Cahill, Sara Johnston, Lindsay Elizabeth, and Heather Hender ("Plaintiffs") and Defendant Nike, Inc. ("Nike") (collectively, the "Parties") by and through their respective counsel, submit the following Joint Status Report and Request for Stay pursuant to the Court's March 21, 2023 Order (Dkt. No. 336):

The Parties have conferred regarding the status of the immediate action. In light of the fact that Plaintiffs will file a Fed. R. Civ. P. 23(f) petition with the Ninth Circuit Court of Appeals on April 4, 2023 requesting permission to appeal this Court's denial of Plaintiffs' motion for class certification, the Parties agree that good cause exists for the Court to stay the litigation of this matter—and to withhold on setting further case management deadlines—until the resolution of Plaintiffs' forthcoming Rule 23(f) petition.

The Parties further agree that, within 14 days of the latter of (a) denial of Plaintiffs' forthcoming Rule 23(f) petition, or (b) resolution of Plaintiffs' Rule 23(f) appeal, if permitted, they will jointly submit an updated Joint Status Report to the Court and/or schedule a Case Management Conference.

Dated:  April 4, 2023

Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

  /s/ James Kan
Laura L. Ho (admitted *pro hac vice*)
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Byron Goldstein (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)
Mengfei Sun (admitted *pro hac vice*)

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Kathryn P. Roberts, OSB #064854

ACKERMANN & TILAJEF PC
Craig Ackerman (admitted *pro hac vice*)
Brian Denlinger (admitted *pro hac vice*)

INDIA LIN BODIEN LAW
India Lin Bodien (admitted *pro hac vice*)

Attorneys for Plaintiffs and Opt-In Plaintiffs

Dated:  April 4, 2023                Respectfully submitted,

PAUL HASTINGS LLP


 */s/ Felicia A. Davis*
Daniel Prince (admitted *pro hac vice*)
Felicia A. Davis (admitted *pro hac vice*)

STOEL RIVES LLP
Laura E. Rosenbaum, OSB No. 110061

Attorneys for Defendant Nike, Inc.