**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 ⎮ Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
**Mengfei Sun** (admitted *pro hac vice*)
msun@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 ⎮ Fax: (510) 835-1417

Counsel for Plaintiffs, Opt-in Plaintiffs and Putative Class

[Additional Counsel of Record listed on the Signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br>Defendant. | Case No. 3:18-cv-01477-JR<br><br>**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING AN EXTENSION TO FILE A STATUS REPORT AND PROPOSED CASE MANAGEMENT SCHEDULE** |

Plaintiffs Kelly Cahill, *et al.* ("Plaintiffs") and Nike, Inc. ("Nike" or "Defendant") (collectively, the "Parties"), through their respective counsel hereby present the following stipulated and agreed upon request for a short extension to file a Status Report and Proposed Case Management Schedule.

### The Parties Have a Good Faith Basis for Revising the Default Deadlines

On April 4, 2023, this Court issued an Order requiring, if Plaintiffs' Rule 23(f) Petition was denied, the Parties to "confer and file a formal Joint Status Report which includes proposed case management deadlines within 14 days of the Ninth Circuit Court's ruling." ECF No. 338. On June 1, 2023, the Ninth Circuit, in its discretion, denied the petition. The current deadline for the Parties is thus June 15, 2023.

Since the petition was denied, the Parties have been conferring but have not completed the process. The Parties believe they can complete the conferral process by June 29, 2023. In the absence of any other impacted litigation deadlines, the Parties stipulate to and respectfully request that the Court enter an order revising the due date for the Status Report to June 29, 2023.

### STIPULATED REVISED DEADLINES

The Parties hereby stipulate and agree and request the Court order that the Parties complete their conferral and file a Status Report with proposed case management deadlines by June 29, 2023.

### IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 14, 2023

Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

*/s/Craig Ackermann*
Laura L. Ho (admitted *pro hac vice*)
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Byron Goldstein (admitted *pro hac vice*)

    Katharine L. Fisher (admitted *pro hac vice*)
    Mengfei Sun (admitted *pro hac vice*)

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Kathryn P. Roberts, OSB #064854

ACKERMANN & TILAJEF PC
Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
1180 S Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel:  (310) 277-0614
Fax:  (310) 277-0635

INDIA LIN BODIEN LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel:  (253) 503-1672
Fax: (253) 276-0081

Attorneys for Plaintiffs and Opt-In Plaintiffs

Dated:  June 14, 2023    Respectfully submitted,

*/s/Daniel Prince*
Daniel Prince (pro hac vice)
danielprince@paulhastings.com
Felicia A. Davis (pro hac vice)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705

Laura E. Rosenbaum, OSB No. 110061
Laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Nike, Inc.

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 11(b)(2), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated:  June 14, 2023          Respectfully submitted,

                               ACKERMANN & TILAJEF, P.C.

                                /s/Craig Ackermann
                               Craig Ackermann (admitted *pro hac vice*)

## [PROPOSED] ORDER

The Court has reviewed the Parties' Joint Stipulation Requesting An Extension To File A Status Report And Proposed Case Management Schedule and hereby enters the same. The Parties shall confer and file a formal Joint Status Report which includes proposed case management deadlines by June 29, 2023.

**IT IS SO ORDERED.**

Dated: _____

JOLIE A. RUSSO
United States Magistrate Judge