IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KELLY CAHILL, et al.,

                Plaintiff(s),

    v.

NIKE, INC.,

                Defendant(s).

Civil No. 3:18-cv-01477-JR

**ORDER OF DISMISSAL AS TO CERTAIN OPT-IN PLAINTIFFS**

IT IS ORDERED that Plaintiffs' Unopposed Motion for Voluntary Dismissal of Opt-In Plaintiffs [398] is GRANTED and this action as to Opt-in Plaintiffs Tracee Cheng, Samantha Phillips, Cindy Linebaugh, Paige Azavedo, Donna Olson, Lauren Anderson, Emily Tucker, Jessica Junkins, Christina Baumel, and Jessica Westerhof is DISMISSED without prejudice.

Dated this 28th day of December, 2023.

                                              by   /s/ Jolie A. Russo
                                                    Jolie A. Russo
                                                    United States Magistrate Judge