IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KELLY CAHILL, SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated, | No. 3:18-cv-01477-JR<br><br>ORDER |
| Plaintiffs, | |
| v. | |
| NIKE, INC., an Oregon Corporation, | |
| Defendant. | |

HERNÁNDEZ, District Judge,

Magistrate Judge Jolie A. Russo issued an Order on November 22, 2023, in which she denied Defendant's Motion for a Protective Order or to Quash and denied Plaintiffs' Motion to Compel. ECF 386. On December 6, 2023, Plaintiffs filed objections to the portion of the Order denying Plaintiffs' Motion to Compel, ECF 387. The matter is now before the Court pursuant to Federal Rule of Civil Procedure 72(a).

1 - ORDER

In accordance with Rule 72(a), "[w]hen a pretrial matter not dispositive of a party's claim or defense is referred to a magistrate judge to hear and decide, the magistrate judge must promptly conduct the required proceedings and, when appropriate, issue a written order stating the decision." Fed. R. Civ. P. 72(a). The standard of review for an order with objections is "clearly erroneous" or "contrary to law." 28 U.S.C. § 636(b)(1)(A) (applying the "clearly erroneous or contrary to law" standard of review for non-dispositive motions). If a ruling on a motion is not determinative of "a party's claim or defense," it is not dispositive and, therefore, is not subject to *de novo* review as are proposed findings and recommendations for dispositive motions under 28 U.S.C. § 636(b)(1)(B).

The Court has carefully considered Plaintiffs' objections and concludes they do not provide a basis to modify the Magistrate Judge's Order.

## CONCLUSION

The Court AFFIRMS Magistrate Judge Russo's Order, ECF 386.

IT IS SO ORDERED.

DATED: _____January 8, 2024_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER