LAURA E. ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant NIKE, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated,<br><br>                Plaintiffs,<br><br>        vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>                Defendant. | Case No. 3:18-cv-01477-JR<br><br>DEFENDANT NIKE, INC.'S NOTICE OF APPEAL RE: THE DISTRICT COURT'S JANUARY 5, 2024 ORDER ADOPTING THE MAGISTATE JUDGE'S FINDINGS & RECOMMENDATION (ECF NO. 403) |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN THAT**, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Defendant NIKE, Inc. ("NIKE"), by and through its undersigned counsel, appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's January 5, 2024 Order adopting the Magistrate Judge's Findings & Recommendation dated October 11, 2023.  A true and correct copy of the District Court's January 5, 2024 Order, from which NIKE appeals and which appears on the docket as ECF No. 403, is attached hereto as Exhibit A.

Date:  January 9, 2024            */s/ Daniel Prince*
                                  Daniel Prince

                                  DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
                                  danielprince@paulhastings.com
                                  FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
                                  feliciadavis@paulhastings.com
                                  PAUL HASTINGS LLP
                                  515 South Flower Street, 25th Floor
                                  Los Angeles, CA 90071
                                  Telephone:  (213) 683-6000
                                  Facsimile:  (213) 627-0705

                                  LAURA E. ROSENBAUM, OSB No. 110061
                                  laura.rosenbaum@stoel.com
                                  STOEL RIVES LLP
                                  760 SW Ninth Avenue, Suite 300
                                  Portland, OR 97205
                                  Telephone:  (503) 224-3380
                                  Facsimile:  (503) 220-2480

                                  Attorneys for Defendant NIKE, INC.