UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 11 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KELLY CAHILL, et al.;<br><br>      Plaintiffs - Appellees,<br><br>and<br><br>TRACEE CHENG;, et al.;<br><br>      Plaintiffs,<br><br> v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>      Defendant - Appellant. | No. 24-165<br><br>D.C. No.<br>3:18-cv-01477-JR<br>District of Oregon,<br>Portland<br><br>ORDER |

Before: PAEZ and NGUYEN, Circuit Judges.

The court has received appellant's motion for a stay pending appeal at Docket Entry No. 3.

The request for a temporary stay is granted.  *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019).  The district court's January 5, 2024 order granting the motion to unseal judicial records is temporarily stayed pending resolution of the motion for a stay pending appeal.

Any responses to the motion are due January 16, 2024, by 12:00 p.m. Pacific Time.  The optional reply is due January 17, 2024, by 12:00 p.m. Pacific Time.