UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KELLY CAHILL, et al.; | No. 24-165 |
| Plaintiffs - Appellees, | D.C. No. 3:18-cv-01477-JR District of Oregon, Portland |
| and | |
| TRACEE CHENG;, et al.; | ORDER |
| Plaintiffs, | |
| v. | |
| NIKE, INC., an Oregon Corporation, | |
| Defendant - Appellant. | |

Before: PAEZ and NGUYEN, Circuit Judges.

The motion to correct the docket to be added as parties to this appeal and for leave to file an opposition to appellant's motion for a stay pending appeal (Docket Entry No. 7) is granted.  The Clerk will amend the caption to add as appellees: Insider Inc., d/b/a Business Insider; Advance Local Media LLC d/b/a Oregonian Media; and American City Business Journals, Inc. d/b/a Portland Business Journal. The Clerk will file the opposition (Docket Entry No. 7.2).

The motion to stay the district court's January 5, 2024 order granting the motion to unseal judicial records (Docket Entry No. 3) is granted.  *See Nken v.*

*Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal).

The existing briefing schedule remains in effect.

24-165