**David J. Elkanich**, OSB No. 992558
Email: delkanich@buchalter.com
**David A. Bernstein**, OSB No. 235633
Email: dbernstein@buchalter.com
BUCHALTER, A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR  97205
Telephone: 503.226.1191
Fax: 503.226.0079

*Attorneys for Non-Party Markowitz Herbold PC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al,<br><br>               Plaintiffs,<br><br>   v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>               Defendant | Case No. 3:18-cv-01477-JR<br><br>**NOTICE OF LIMITED APPEARANCE FOR NON-PARTY MARKOWITZ HERBOLD PC** |

TO:    CLERK OF THE COURT AND ALL PARTIES:

NOTICE IS HEREBY GIVEN that David J. Elkanich and David A. Bernstein, of the law firm Buchalter, A Professional Corporation, are appearing on a limited basis as counsel for non-party Markowitz Herbold PC in the above referenced matter.

/ / /

/ / /

/ / /

/ / /

NOTICE OF LIMITED APPEARANCE FOR NON-PARTY
MARKOWITZ HERBOLD PC

All further notices and pleadings are to be served on the undersigned attorneys as follows:

David J. Elkanich
delkanich@buchalter.com
David A. Bernstein
dbernstein@buchalter.com
Buchalter, A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR  97205
Telephone (503) 226-1191

Dated this 25th day of January, 2024.

BUCHALTER
A Professional Corporation


By   s/ *David J. Elkanich*
     David J. Elkanich, OBS No. 992558
     Email:  delkanich@buchalter.com
     David A. Bernstein, OSB No.
     Email: dbernstein@buchalter.com
     Tel: 503/226.1191; Fax: 503/226-0079
     Attorney for Non-Party Markowitz Herbold PC

NOTICE OF LIMITED APPEARANCE FOR NON-PARTY
MARKOWITZ HERBOLD PC