John A. Berg, Bar No. 120018
jberg@littler.com
Paul E. Cirner, Bar No. 191471
pcirner@littler.com
LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, OR 97201
Telephone:    503.221.0309
Fax No.:         503.242.2457

Daniel Prince, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
Felicia A. Davis, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant NIKE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al, <br><br> Plaintiffs, <br><br> v. <br><br> NIKE, INC., an Oregon Corporation, <br><br> Defendant. | Case No.:  3:18-cv-01477-JR <br><br> **NOTICE OF APPEARANCE OF PAUL E. CIRNER ON BEHALF OF DEFENDANT NIKE, INC.** <br><br> **Judge**:  Honorable Marco A. Hernández |

PAGE 1 – NOTICE OF APPEARANCE OF PAUL E. CIRNER ON
BEHALF OF DEFENDANT NIKE, INC.

LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, Oregon  97201
Tel: 503.221.0309

4883-8441-1811.1 / 999991-2099

TO:    Plaintiff Kelly Cahill, and her attorneys of record;

TO:    The Clerk of the Court

PLEASE TAKE NOTICE that Paul E. Cirner of Littler Mendelson, P.C., enters his appearance on behalf of Defendant Nike, Inc., in the above-captioned action. We request that notice of any and all further proceedings in said action except original process be served upon the undersigned at:

Paul E. Cirner, Bar No. 191471
pcirner@littler.com
John A. Berg, OSB No. 120018
jberg@littler.com
LITTLER MENDELSON, P.C.
1300 SW 5th Avenue
Wells Fargo Tower - Ste 2050
Portland, OR 97201
503.242.2457

Dated:  February 6, 2024                     LITTLER MENDELSON, P.C.


                                             *s/Paul E. Cirner*
                                             John A. Berg, OSB No. 120018
                                             jberg@littler.com
                                             Paul E. Cirner, OSB No. 191471
                                             pcirner@littler.com

                                             Attorneys for Defendant Nike, Inc.


PAGE 1 – NOTICE OF APPEARANCE OF PAUL E. CIRNER ON
BEHALF OF DEFENDANT NIKE, INC.

4883-8441-1811.1 / 999991-2099