**Edwin A. Harnden,** OSB No. 721129
eharnden@barran.com
**Bruce T. Garrett**, OSB No. 213430
bgarrett@barran.com
601 SW Second Ave., Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212

Attorneys for Non-Party Advance Local Media LLC d/b/a Oregonian Media Group (The Oregonian)

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND

| | |
|---|---|
| KELLY CAHILL, et al, <br><br> Plaintiffs, <br><br> v. <br><br> NIKE, INC., an Oregon Corporation, <br><br> Defendants. | **3:18-cv-01477-JR** <br><br> **SUPPLEMENTAL DECLARATION OF MATTHEW KISH IN SUPPORT OF ADVANCE LOCAL MEDIA LLC, D/B/A OREGONIAN MEDIA GROUP'S (THE OREGONIAN) EMERGENCY MOTION TO VACATE THE MAGISTRATE JUDGE'S ORDER, OR IN THE ALTERNATIVE, STAY PROCEEDINGS PRIOR TO JANUARY 31, 2024, FRCP 72** |

I, Matthew Kish, declare as follows:

1. Prior to my meeting with Ms. Salerno Owens on January 19, 2024, pursuant to standard journalistic practices, I spoke with a person who I understood not to be a Plaintiff in the *Cahill v. Nike* lawsuit, but who was making her own previously unknown allegation of sexual harassment at Nike. I referenced this person in my first declaration as "a current or former employee of Nike."

Page 1 - SUPPLEMENTAL DECLARATION OF MATTHEW KISH IN SUPPORT OF ADVANCE LOCAL MEDIA LLC, D/B/A OREGONIAN MEDIA GROUP'S (THE OREGONIAN) EMERGENCY MOTION TO VACATE THE MAGISTRATE JUDGE'S ORDER, OR IN THE ALTERNATIVE, STAY PROCEEDINGS PRIOR TO JANUARY 31, 2024, FRCP 72

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

4881-8830-8102

2.   On January 17, 2024, pursuant to standard journalistic practices, I contacted Ms. Laura Salerno Owens because I wanted comment from an attorney representing individuals making similar allegations in the *Cahill v. Nike* lawsuit. Ms. Salerno Owens agreed to meet me on January 19, 2024.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: 2/13/2024 | 10:41 AM PST
_____



Matthew Kish

Page 2 - SUPPLEMENTAL DECLARATION OF MATTHEW KISH IN SUPPORT OF ADVANCE LOCAL MEDIA LLC, D/B/A OREGONIAN MEDIA GROUP'S (THE OREGONIAN) EMERGENCY MOTION TO VACATE THE MAGISTRATE JUDGE'S ORDER, OR IN THE ALTERNATIVE, STAY PROCEEDINGS PRIOR TO JANUARY 31, 2024, FRCP 72

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212

4881-8830-8102