JOHN A. BERG, OSB# 120018
jberg@littler.com
PAUL E. CIRNER, OSB# 191471
pcirner@littler.com
LITTLER MENDELSON P.C.
1300 SW Fifth Avenue
Wells Fargo Tower, Suite 2050
Portland, OR 97201
Telephone:  (503) 221-0309
Facsimile:  (503) 242-2457

DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendant NIKE, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated, | Case No. 3:18-cv-01477-JR |
| Plaintiffs, | |
| vs. | DEFENDANT NIKE, INC.'S NOTICE OF APPEAL RE: THE DISTRICT COURT'S APRIL 9, 2024 ORDER ADOPTING THE MAGISTATE JUDGE'S FINDINGS & RECOMMENDATION (ECF NO. 458) |
| NIKE, INC., an Oregon Corporation, | |
| Defendant. | |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN THAT**, pursuant to Rules 3 and 4 of the Federal Rules

of Appellate Procedure, Defendant NIKE, Inc. ("NIKE"), by and through its undersigned

counsel, appeals to the United States Court of Appeals for the Ninth Circuit from the District

Court's April 9, 2024 Order adopting the Magistrate Judge's Findings & Recommendation dated

February 28, 2024.  A true and correct copy of the District Court's April 9, 2024 Order, from

which NIKE appeals and which appears on the docket as ECF No. 458, is attached hereto as

Exhibit A.


Date:  April 9, 2024

/s/ Daniel Prince
DANIEL PRINCE

DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

JOHN A. BERG, OSB# 120018
jberg@littler.com
PAUL E. CIRNER, OSB# 191471
pcirner@littler.com
LITTLER MENDELSON P.C.
1300 SW Fifth Avenue
Wells Fargo Tower, Suite 2050
Portland, OR 97201
Telephone:  (503) 221-0309
Facsimile:  (503) 242-2457

Attorneys for Defendant NIKE, INC.