# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

NIKE, Inc.

Name(s) of counsel (if any):

Daniel Prince and Felicia A. Davis of Paul Hastings LLP

Address: 515 South Flower Street, 25th Floor, Los Angeles, CA 90071

Telephone number(s): (213) 683-6000

Email(s): danielprince@paulhastings.com; feliciadavis@paulhastings.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Media Organization Intervenor, Advance Local Media LLC, d/b/a Oregonian Media Group

Name(s) of counsel (if any):

Edwin A. Harnden and Bruce T. Garrett of Barran Liebman LLP

Address: 601 SW Second Ave., Suite 2300, Portland, OR 97204

Telephone number(s): (503) 276-2101

Email(s): eharnden@barran.com; bgarrett@barran.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Exhibit B Page 1

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

| |
|---|
| NIKE, Inc. |

Name(s) of counsel (if any):

| |
|---|
| John A. Berg and Paul E. Cirner of Littler Mendelson, PC |

Address: 1300 SW 5th Avenue, Ste. 2050, Portland, OR 97201

Telephone number(s): (503) 224-3380

Email(s): jberg@littler.com; pcirner@littler.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⊙ Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

| |
|---|
| Media Organization Intervenors Insider Inc., d/b/a Business Insider, and American City Business Journals, Inc., d/b/a Portland Business Journal |

Name(s) of counsel (if any):

| |
|---|
| Lisa Zycherman and Katie Townsend of Reporters Committee for Freedom of the Press |

Address: 1156 15th St., NW, Suite 1020, Washington, DC 20005

Telephone number(s): (202) 795-9300

Email(s): lzycherman@rcfp.org; ktownsend@rcfp.org

Name(s) of party/parties:

| |
|---|
| Plaintiffs Counsel Markowitz Herbold PC |

Name(s) of counsel (if any):

| |
|---|
| David J. Elkanich and David A. Bernstein of Buchalter, PC |

Address: 805 SW Broadway, Suite 1500  Portland, OR 97205

Telephone number(s): (503) 226-1191

Email(s): delkanich@buchalter.com; dbernstein@buchalter.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Exhibit B Page 2

## Appendix A:  Contact Information of Attorneys

*Attorneys for Defendant-Petitioner NIKE, Inc.*

DANIEL PRINCE
danielprince@paulhastings.com
FELICIA A. DAVIS
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

JOHN A. BERG
jberg@littler.com
PAUL E. CIRNER
pcirner@littler.com
LITTLER MENDELSON, P.C.
1300 SW 5th Avenue, Ste. 2050
Portland, OR 97201
Telephone: (503) 221-0309

Facsimile: (503) 242-2457

*Attorneys for Media Intervenors-Respondents Insider Inc., d/b/a Business Insider, and American City Business Journals, Inc., d/b/a Portland Business Journal*

TIMOTHY VOLPERT
tim@timvolpertlaw.com
TIM VOLPERT, P.C.
3934 SE Hawthorne Blvd., Ste. 343
Portland, OR 97214
Telephone: (503) 703-9054

LISA ZYCHERMAN
lzycherman@rcfp.org
KATIE TOWNSEND
ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St., NW, Ste. 1020
Washington, D.C. 20005
Telephone: (202) 795-9300

*Attorneys for Plaintiffs-Respondents Kelly Cahill, Sara Johnston, Lindsay Elizabeth, and Heather Hender*

LAURA L. HO
lho@gbdhlegal.com
BARRY GOLDSTEIN
bgoldstein@gbdhlegal.com
JAMES KAN
jkan@gbdhlegal.com

LAURA SALERNO OWENS
laurasalerno@
markowitzherbold.com
DAVID B. MARKOWITZ
davidmarkowitz@
markowitzherbold.com

BYRON GOLDSTEIN
brgoldstein@gbdhlegal.com
KATHARINE L. FISHER
kfisher@gbdhlegal.com
MENGFEI SUN
msun@gbdhlegal.com
GOLDSTEIN, BORGEN,
DARDARIAN & HO
155 Grand Avenue, Ste. 900
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

HARRY B. WILSON
harrywilson@markowitzherbold.com
KATHRYN P. ROBERTS
kathrynroberts@
markowitzherbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Ste. 1900
Portland, OR 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105

*Attorneys for Media Intervenor-Respondent Advance Local Media LLC, d/b/a Oregonian Media Group*

EDWIN A. HARNDEN
eharnden@barran.com
BRUCE T. GARRETT
bgarrett@barran.com
BARRAN LIEBMAN LLP
601 SW Second Ave., Suite 2300
Portland, Oregon 97204-3159

*Attorneys for Plaintiffs Counsel Markowitz Herbold PC*

DAVID J. ELKANICH
delkanich@buchalter.com
DAVID A. BERNSTEIN
dbernstein@buchalter.com
BUCHALTER, PC
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone (503) 226-1191