| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 13 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

KELLY CAHILL, et al.;

       Plaintiffs - Appellees,

 v.

INSIDER INC., et al.;

       Intervenors - Appellees,

NIKE, INC.,

       Defendant - Appellant.

No. 24-2199

D.C. No. 3:18-cv-01477-JR
District of Oregon, Portland

ORDER

Before: BENNETT, R. NELSON, and MILLER, Circuit Judges.

The motion to stay the district court's April 8, 2024 order affirming the magistrate judge's February 28, 2024 order (Docket Entry No. 4) is denied. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal).

The existing briefing schedule remains in effect.