**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 ǀ Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 ǀ Fax: (510) 835-1417

Attorneys for Plaintiffs

[Additional Counsel of Record listed on the Signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-JR<br><br>**DECLARATION OF BRIAN DENLINGER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO REQUEST FOR PRODUCTION SET NOS. TWO (HENDER), THREE (CAHILL), AND FOUR (JOHNSTON AND ELIZABETH** |

I, Brian Denlinger, declare as follows:

1.   I am an attorney at law licensed, authorized, and admitted to practice law before the federal and state courts of Washington and Colorado, and I am admitted *pro hac vice* in this action. I am a Shareholder with the law firm Ackermann & Tilajef, P.C. ("A&T"), and co-counsel for the named Plaintiffs in this action. I have personal knowledge of the facts and matters set forth in this declaration, and could and would testify competently and truthfully to the same if called as a witness to testify thereto under oath.

2.   I make this Declaration in support of Plaintiffs' Opposition to Defendant Nike, Inc's ("Nike") Motion to Compel Production of Documents in Response to Request for Production Set Nos. Two (Hender), Three (Cahill), and Four (Johnston and Elizabeth) ("Motion").

3.   As confirmed through each of the four Plaintiffs' supplemental responses to Nike's Requests for Production of Documents, and through each of the four Plaintiffs' verified interrogatory responses, Plaintiffs do not seek back pay or front pay damages subsequent to their employment with Nike.

4.   Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts of Plaintiff Sara Johnston's March 14, 2024 verified Responses to Nike's Interrogatories.

5.   Attached hereto as **Exhibit 2** is a true and correct copy of the October 5, 2020 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action that was issued by Nike to Adidas America, Inc., which is an employer of Plaintiff Cahill's subsequent to her Nike employment.

6.   Attached hereto as **Exhibit 3** is a true and correct copy of the October 5, 2020 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action that was issued by Nike to Saucony, Inc., which is an employer of Plaintiff Cahill's

subsequent to her Nike employment.

7.      Attached hereto as **Exhibit 4** is a true and correct copy of the October 5, 2020 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action that was issued by Nike to Portland Accessories, LLC, which is an employer of Plaintiff Elizabeth's subsequent to her Nike employment.

8.      Attached hereto as **Exhibit 5** is a true and correct copy of the October 5, 2020 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action that was issued by Nike to Prokarma, Inc., which is an employer of Plaintiff Johnston's subsequent to her Nike employment.

9.      Attached hereto as **Exhibit 6** is a true and correct copy of the October 5, 2020 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action that was issued by Nike to Zoominfo Technologies, LLC, which is an employer of Plaintiff Johnston's subsequent to her Nike employment.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

Executed on this 15th day of April, 2024 in Tacoma, Washington.

By:     /s/Brian Denlinger
Brian Denlinger (admitted *pro hac vice*)
ACKERMANN & TILAJEF, P.C.
2602 North Proctor Street, #205
Tacoma, WA 98406
Tel: (253) 625-7720
Email: bd@ackermanntilajef.com
*Attorney for Plaintiffs*