LAURA ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR  97205
Tel:  (503) 224-3380
Fax:  (503) 220-2480

Daniel Prince, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
Felicia A. Davis, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Tel:  (213) 683-6000
Fax:  (213) 627-0705

Attorneys for Defendant NIKE, INC.
[*Additional counsel of record listed on signature page*]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>       Defendant. | Case No.:  3:18-cv-01477-JR<br><br>**JOINT STIPULATION REGARDING NIKE'S MOTION FOR SUMMARY ADJUDICATION TO DISMISS PLAINTIFF KELLY CAHILL'S TITLE VII CLAIMS FOR RELIEF; [PROPOSED] ORDER** |

Plaintiffs Kelly Cahill, Sara Johnston, Lindsay Elizabeth, and Heather Hender ("Plaintiffs") and Defendant NIKE, Inc. ("NIKE") (collectively, the "Parties"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on October 26, 2023, Plaintiffs filed their Second Amended Class and Collective Action Allegation Complaint (the "SAC").  ECF No. 377.

WHEREAS, Plaintiffs contend Plaintiff Kelly Cahill never brought claims under Title VII of the Civil Rights Act of 1964 ("Title VII Claims") against NIKE in the SAC.

WHEREAS, NIKE contends Plaintiff Kelly Cahill did bring Title VII Claims against NIKE in the SAC.

WHEREAS, on April 5, 2024, NIKE filed a Motion for Summary Adjudication regarding Plaintiff Kelly Cahill's Title VII Claims.  ECF No. 455.

WHEREAS, on April 23 and April 24, 2024, Plaintiffs' counsel confirmed to counsel for NIKE that "Kelly Cahill does not bring Title VII claims" and Kelly "Cahill can never pursue Title VII claims" against NIKE.  Plaintiff Kelly Cahill further confirms that, because she did not and does not bring Title VII Claims against NIKE, she has not been and will not be seeking damages under Title VII.

Based on the foregoing, including the SAC and Plaintiffs' counsel's communications and representations to counsel for NIKE on April 23 and April 24, 2024, and subject to approval by this Court, **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT**:

1. Plaintiff Kelly Cahill did not bring, does not bring, and will not pursue Title VII Claims, or damages under Title VII, against NIKE for anything that allegedly occurred prior to the date of this Stipulation.

2. Based on the foregoing recitals, which are incorporated herein, NIKE withdraws its Motion for Summary Adjudication.

Dated:  April 26, 2024

    *s/ Byron Goldstein*
Laura L. Ho (admitted pro hac vice)
lho@gbdhlegal.com
Barry Goldstein, Of Counsel (admitted pro hac vice)
bgoldstein@gbdhlegal.com
James Kan (admitted pro hac vice)
jkan@gbdhlegal.com
Byron Goldstein (admitted pro hac vice)
brgoldstein@gbdhlegal.com
Katharine L. Fisher (admitted pro hac vice)
kfisher@gbdhlegal.com
Mengfei Sun (admitted *pro hac vice*)
msun@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | Fax: (510) 835-1417

Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Kathryn P. Roberts OSB #064854
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
Fax: (503) 323-9105

Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
ACKERMANN & TILAJEF PC
1180 S Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel:  (310) 277-0614
Fax:  (310) 277-0635

        India Lin Bodien (admitted *pro hac vice*)
        india@indialinbodienlaw.com
        INDIA LIN BODIEN LAW
        2522 North Proctor Street, #387
        Tacoma, WA 98406-5338
        Tel:  (253) 503-1672
        Fax:  (253) 276-0081

        Attorneys for Plaintiffs

Dated:  April 26, 2024        *s/ Felicia A. Davis*
        Daniel Prince (*pro hac vice*)
        danielprince@paulhastings.com
        Felicia A. Davis (*pro hac vice*)
        feliciadavis@paulhastings.com
        PAUL HASTINGS LLP
        515 South Flower Street, Twenty-Fifth Floor
        Los Angeles, CA 90071-2228
        Tel: (213) 683-6000
        Fax: (213) 627-0705

        Laura Rosenbaum, OSB No. 110061
        Laura.rosenbaum@stoel.com
        STOEL RIVES LLP
        760 SW Ninth Avenue, Suite 3000
        Portland, OR 97205
        Tel: (503) 224-3380
        Fax: (503) 220-2480

        Attorneys for Defendant NIKE, Inc.

**SIGNATURE ATTESTATION**

    In accordance with Civil Local Rule 11(b)(2), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated:  April 26, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　PAUL HASTINGS LLP

　　　　　　　　　　　　　　　　　　　  *s/ Felicia A. Davis*
　　　　　　　　　　　　　　　　　　　Felicia A. Davis (*pro hac vice*)

**[PROPOSED] ORDER**

1. Plaintiff Kelly Cahill did not bring, does not bring, and will not pursue Title VII Claims, or damages under Title VII, against NIKE for anything that allegedly occurred prior to the date of this Stipulation.

2. Based on the foregoing recitals, which are incorporated herein, NIKE withdraws its Motion for Summary Adjudication.

**IT IS SO ORDERED.**

Dated: _____
HON. JOLIE A. RUSSO
United States Magistrate Judge