LAURA E. ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendant NIKE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>    Defendant. | Case No.:  3:18-cv-01477-JR<br><br>DEFENDANT NIKE, INC.'S NOTICE REGARDING STATEMENT OF INTENT TO NOT ORDER REPORTER TRANSCRIPTS FOR NINTH CIRCUIT APPEAL NO. 24-2199 |

DEFENDANT NIKE, INC.'S NOTICE REGARDING STATEMENT OF INTENT TO NOT ORDER REPORTER TRANSCRIPTS FOR NINTH CIRCUIT APPEAL NO. 24-2199

NIKE, Inc. ("NIKE") files this notice to inform the Court that it does not intend to order any reporter transcripts for Ninth Circuit appeal no. 24-2199. No transcripts are necessary because no relevant transcripts exist. The orders at issue were issued without argument.[1]

Dated:  June 28, 2024

Respectfully submitted,

/s/ Daniel Prince
Daniel Prince, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
Felicia A. Davis, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

LAURA E. ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Defendant NIKE, INC.

---

[1] NIKE intends to provide copies of this notice to the court reporter and the Ninth Circuit, pursuant to Circuit Rule 10-3.  *See* Ninth Cir. R. 10-3.1(c).

Page 1   -   DEFENDANT NIKE, INC.'S NOTICE REGARDING STATEMENT OF INTENT TO NOT ORDER REPORTER TRANSCRIPTS FOR NINTH CIRCUIT APPEAL NO. 24-2199