**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 | Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | Fax: (510) 835-1417

Counsel for Plaintiffs

[Additional Counsel of Record listed on the Signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>          Defendant. | Case No. 3:18-cv-01477-AB<br><br>**PLAINTIFFS' NOTICE OF COMPLIANCE WITH ECF NO. 543** |

In ECF No. 543, the Court ordered:

> Plaintiffs to file the June 30, 2020, Letter Brief referenced on page 2 of the Order & Opinion on the record with any redactions necessary under the protective order. If redactions are not feasible, Plaintiffs are directed to file a statement explaining why and to file a copy of the June 30, 2020, Letter Brief under the Protective Order. Plaintiffs are ordered to do so by October 29, 2024.

Plaintiffs are notifying the Court that Plaintiffs' June 30, 2020, Letter Brief is filed with redactions at ECF No. 291-1. Plaintiffs filed this Letter Brief, along with Nike's Opposition and Plaintiffs' Reply, in support of their Motion for Class Certification. The June 30, 2020 request was filed as a Letter Brief consistent with the Magistrate Judge's preference for "informal discovery dispute resolution rather than motions practice," as recognized in the Court's April 1, 2021 discovery order. ECF No. 136 at 1-2.

If the Court prefers that Plaintiffs re-file the Letter Brief in a separate filing, Plaintiffs will promptly comply with any such order.

Dated: October 28, 2024        Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

/s/ Byron Goldstein
Laura L. Ho (admitted *pro hac vice*)
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Byron Goldstein (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Kathryn P. Roberts, OSB #064854

ACKERMANN & TILAJEF PC
Craig Ackermann (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com

Erika Smolyar (admitted *pro hac vice*)
es@ackermanntilajef.com
315 S Beverly Drive, Suite 504
Beverly Hills, CA 90212
Tel:  (310) 277-0614
Fax:  (310) 277-0635

INDIA LIN BODIEN, ATTORNEY AT LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel:  (253) 503-1672
Fax:  (253) 276-0081

Of Attorneys for Plaintiffs