**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 | Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | Fax: (510) 835-1417

Counsel for Plaintiffs

[Additional Counsel of Record listed on the Signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-JR<br><br>**PLAINTIFFS' NOTICE OF ERRATA REGARDING REQUEST FOR CLARIFICATION REGARDING ORDER ECF NO. 542 (ECF NO. 547)** |

912933.2

Plaintiffs Kelly Cahill, et al. ("Plaintiffs") submit this Notice of Errata to Plaintiffs' Request for Clarification regarding Order ECF No. 542, which was filed on November 5, 2024. ECF No. 547.

In the Request, Plaintiffs inadvertently made a typo in one citation. The typo is in the following sentence and the typo is underlined: "Plaintiffs' March 2019 RFPs requested all documents and communications titled or referring to 'Starfish' (ECF No. 289-1 at 26, RFP No. 46), and all documents and communications regarding sex discrimination complaints or investigations at Nike HQ, including those provided to or by an executive (*id.* at 19, RFP Nos. 246)." ECF N. 547 at 4. This citation was intended to be "*id.* at 19-20, RFP Nos. 27-29."

Consistent with this Notice, Plaintiffs are re-filing and serving corrected versions of this Request so that the Court and the parties have clean versions of these filings. No other changes have been made.

Dated: November 20, 2024          Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

　/s/ Byron Goldstein
Laura L. Ho (admitted *pro hac vice*)
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Byron Goldstein (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)
Mengfei Sun (admitted *pro hac vice*)

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Kathryn P. Roberts, OSB #064854

ACKERMANN & TILAJEF PC
Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
315 S Beverly Drive, Suite 504
Beverly Hills, CA 90212
Tel: (310) 277-0614

Fax: (310) 277-0635

INDIA LIN BODIEN, ATTORNEY AT LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel: (253) 212-7913
Fax: (253) 276-0081

Of Attorneys for Plaintiffs