LAURA E. ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR  97205
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
LINDSEY C. JACKSON, Cal: SB# 313396 (*pro hac vice*)
lindseyjackson@paulhastings.com
ALYSSA TAPPER, Cal: SB# 324303 (*pro hac vice*)
alyssatapper@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705
Attorneys for Defendant NIKE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>        Defendant. | Case No. 3:18-cv-01477-AB<br><br>**DEFENDANT NIKE, INC.'S NOTICE OF INTENT TO REDACT TRANSCRIPT OF ORAL ARGUMENT HELD ON DECEMBER 13, 2024** |

NIKE, INC.'S NOTICE OF INTENT TO REDACT TRANSCRIPT

Pursuant to Federal Rule of Civil Procedure 5.2, Local Rule 5.2 and this Court's policy on the electronic availability of transcripts in court proceedings, Defendant NIKE, Inc., hereby submits its Notice of Intent to Redact certain portions of the Transcript of Oral Argument held on December 13, 2024 before Judge Amy M. Baggio.

Dated:  December 30, 2024    Respectfully submitted,

/s/ Felicia A. Davis

Felicia A. Davis, Cal. SB No. 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
Daniel Prince, Cal. SB No. 237112(*pro hac vice*)
danielprince@paulhastings.com
Paul Hastings LLP
Lindsey C. Jackson, Cal.SB No.313396(*pro hac vice*)
lindseyjackson@paulhastings.com
Alyssa Tapper, Cal: SB No. 324303 (*pro hac vice*)
alyssatapper@paulhastings.com
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

Laura E. Rosenbaum, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR  97205
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

Attorneys for Defendant NIKE, INC.