LAURA E. ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
LINDSEY C. JACKSON, Cal: SB# 313396 (*pro hac vice*)
lindseyjackson@paulhastings.com
ALYSSA TAPPER, Cal: SB# 324303 (*pro hac vice*)
alyssatapper@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendant NIKE, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et. al.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>　　　　Defendant. | Case No. 3:18-cv-01477-JR<br><br>**NOTICE OF REDACTED FILING OF NIKE'S MOTION TO REDACT A THIRD-PARTY EMPLOYEE NAME FROM TRANSCRIPT (ECF NO. 581)** |

## NOTICE OF REDACTED FILING

NIKE, Inc. ("NIKE") files this notice to inform the Court that it has filed a redacted version of its Motion to Redact A Third-Party Employee Name from Transcript of December 13, 2024 Hearing ("Motion"), ECF No. 581, pursuant to the parties' stipulated protective order, entered by this Court in ECF No. 82.

NIKE believes these redactions are appropriate because NIKE's Motion references—as *required* by District of Oregon's Policy and Procedures for the Electronic Filing of Transcripts—"the requested redaction language, and reason[s] in support of the redaction[s]." *See* THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, *Policy and Procedures for the Electronic Filing of Transcripts*, https://ord.uscourts.gov/index.php/filing-and-forms/1367-transcript-information/958-policy-and-procedures-for-the-electronic-filing-of-transcripts (last accessed Jan. 3, 2025) ("The Motion to Redact Additional Information **must** include the document number of the transcript, the page and line numbers for the information to be redacted, **the requested redaction language**, and **reason(s) in support of the redaction**.") (emphasis added). As such, the only information NIKE has redacted from the Motion is the subject matter of the Motion itself (*i.e.* the non-party name of the third-party individual NIKE's Motion seeks to redact).

Date: January 3, 2025        */s/ Felicia A. Davis*

DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
LINDSEY C. JACKSON, Cal. SB# 313396 (*pro hac vice*)
lindseyjackson@paulhastings.com
ALYSSA K. TAPPER, Cal. SB# 324303 (*pro hac vice*)
alyssatapper@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Page 1 –   NOTICE OF REDACTED FILING OF NIKE'S MOTION TO REDACT A THIRD-PARTY EMPLOYEE NAME FROM TRANSCRIPT (ECF NO. 581)

LAURA E. ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

Page 2 –   NOTICE OF REDACTED FILING OF NIKE'S MOTION TO REDACT A THIRD-PARTY EMPLOYEE NAME FROM TRANSCRIPT (ECF NO. 581)