**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 | Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | Fax: (510) 835-1417

Counsel for Plaintiffs

[Additional Counsel of Record listed on the Signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br>Defendant. | Case No. 3:18-cv-01477-JR<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANT NIKE, INC.'S MOTION TO REDACT A THIRD-PARTY NAME FROM TRANSCRIPT OF DECEMBER 13, 2024, HEARING** |

917550.3

**OPP'N TO DEF.'S MOT. TO REDACT A 3RD-PARTY NAME FROM TR. OF DEC. 13, 2024 HEARING**

Nike moved the Court for an "order redacting a certain third-party employee name included in the Court's December 13, 2024, hearing transcript." ECF No. 581 at p. 1. This individual's name is contained on pages 28, 31 and in the Index to the transcript. *Id.* at 2.

In support of its motion, Nike relies upon the documents that were filed in support of NIKE'S Motion to Redact Third-Party Employee Names from the Transcript of October 9, 2024 Discovery Hearing. ECF No. 581 at 1, citing to ECF Nos. 548, 549 and 570. Nike refers to the arguments that it advanced with respect to its motion to redact the transcript of the October 9 hearing in support of its motion to redact the transcripts of the December 13 hearing because the same arguments apply to both motions.

Similarly, in this Opposition to Nike's Motion, Plaintiffs refer the Court to their filings in support of Plaintiffs' Opposition To Defendant Nike, Inc.'s Motion To Redact Third-Party Names from Transcript of October 9, 2024 Discovery Hearing, ECF Nos. 562 and 563 ("October 9 Opposition").

In their October 9 Opposition, Plaintiffs argue that Nike's attempt to redact the transcript of a public hearing is contrary to applicable law and the strong presumption that Court records, such as the transcript of an open hearing, are available to the public. Specifically with respect to the individual whose name Nike seeks to redact in the transcript to the December 13 hearing Plaintiffs describe that it was particularly inappropriate to redact the name because, among other reasons, her actions indicate that she had provided documents to Plaintiffs' counsel with the knowledge that her name would be publicly disclosed in this civil action. ECF No. 562 at pp. 2, 9-11.

## I.     CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request the Court to deny Nike's Motion to redact portions of the Transcript of publicly held hearing on December 13, 2024 and to permit the filing of an unsealed transcript.

Dated: January 7, 2025                     Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

/s/ James Kan
Laura L. Ho (admitted *pro hac vice*)
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Byron Goldstein (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Kathryn P. Roberts, OSB #064854

ACKERMANN & TILAJEF PC
Craig Ackermann (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
Erika Smolyar (admitted *pro hac vice*)
es@ackermanntilajef.com
315 S Beverly Drive, Suite 504
Beverly Hills, CA 90212
Tel:  (310) 277-0614
Fax:  (310) 277-0635

INDIA LIN BODIEN, ATTORNEY AT LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel:  (253) 503-1672
Fax:  (253) 276-0081

Attorneys for Plaintiffs