
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 ǀ Fax: (510) 835-1417

*Attorneys for Plaintiffs*
*Additional counsel of record listed on signature page*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-AB<br><br>**PLAINTIFFS' PROPOSED VERDICT FORM** |

Page 1 –   PLAINTIFFS' PROPOSED VERDICT FORM

Plaintiffs respectfully request that the Court use the attached Verdict Form.

DATED: January 27, 2025                GOLDSTEIN, BORGEN, DARDARIAN & HO


*s/ Laura Salerno Owens*
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
Laura L. Ho (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Byron Goldstein (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Kathryn P. Roberts, OSB #064854
KathrynRoberts@MarkowitzHerbold.com

INDIA LIN BODIEN LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel: (253) 503-1672
Fax: (253) 276-0081

ACKERMANN & TILAJEF, P.C.
Craig J. Ackermann (admitted *pro hac vice*)
cja@ackermanntilajef.com
Erika Smolyar (admitted *pro hac vice*)
es@ackermanntilajef.com
315 South Beverly Drive, Suite 504
Beverly Hills, CA 90212
Tel: (310) 277-0614
Fax: (310) 277-0635

*Attorneys for Plaintiffs*

2256758

Page 2 –    PLAINTIFFS' PROPOSED VERDICT FORM

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated, | Case No. 3:18-cv-01477-AB |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| NIKE, INC., an Oregon Corporation, | |
| Defendant. | |

We, the jury being duly impaneled and sworn, provide the following answers to the questions submitted by the Court:

### I.  Federal Equal Pay Act

QUESTION 1:  Have plaintiffs proven that Nike, Inc. violated the Federal Equal Pay Act by a preponderance of the evidence?

| | | |
|---|---|---|
| Kelly Cahill | _____ Yes | _____ No |
| Lindsay Elizabeth | _____ Yes | _____ No |
| Heather Hender | _____ Yes | _____ No |

*If you answered "Yes" to any of Question 1 then proceed to Question 1A.  If you answered "No" to all of Question 1, then proceed to Question 3.*

Page 1 –   VERDICT FORM

QUESTION 1A: Did plaintiffs prove that Nike's violation of the Federal Equal Pay Act was willful?

Kelly Cahill        _____ Yes     _____ No

Lindsay Elizabeth   _____ Yes     _____ No

Heather Hender      _____ Yes     _____ No

QUESTION 2: If you find that defendant Nike, Inc.'s violation of the Equal Pay Act was willful, what are plaintiffs' damages, if any, resulting from its willful violation?

Kelly Cahill        $_____

Lindsay Elizabeth   $_____

Heather Hender      $_____

QUESTION 2A: If you find that defendant Nike, Inc.'s violation of the Equal Pay Act was not willful, what are plaintiffs' damages, if any, resulting from its violation?

Kelly Cahill        $_____

Lindsay Elizabeth   $_____

Heather Hender      $_____

## II. Oregon Equal Pay Act

QUESTION 3: Have plaintiffs proven that defendant Nike, Inc. violated the Oregon Equal Pay Act by a preponderance of the evidence?

Kelly Cahill        _____ Yes     _____ No

Lindsay Elizabeth   _____ Yes     _____ No

Heather Hender      _____ Yes     _____ No

*If you answered "Yes" to any of Question 3 then proceed to Question 4. If you answered "No" to all of Question 3, then proceed to Question 5.*

Page 2 –    VERDICT FORM

QUESTION 4: What are plaintiffs' damages, if any, against defendant Nike, Inc. resulting from the violation of the Oregon Equal Pay Act?

    Kelly Cahill          $_____

    Lindsay Elizabeth    $_____

    Heather Hender    $_____

QUESTION 4A: What amount of punitive damages, if any, should be awarded against defendant Nike, Inc. resulting from the violation of the Oregon Equal Pay Act?

    Kelly Cahill          $_____

    Lindsay Elizabeth    $_____

    Heather Hender    $_____

### III. Disparate Treatment

#### a. Disparate Treatment in Pay (Federal and State Claims)

QUESTION 5: Have plaintiffs proven their claim of Disparate Treatment in pay by a preponderance of the evidence?

    Kelly Cahill          _____ Yes    _____ No

    Lindsay Elizabeth    _____ Yes    _____ No

    Heather Hender    _____ Yes    _____ No

*If you answered "Yes" to any of Question 5 then proceed to Question 6. If you answered "No" to all of Question 5, then proceed to Question 7.*

### i. Economic Damages for Disparate Treatment in Pay (Federal and State Claims)

QUESTION 6: What are plaintiffs' damages, if any, against defendant Nike, Inc. resulting from its disparate treatment in pay?

Kelly Cahill         $_____

Lindsay Elizabeth    $_____

Heather Hender       $_____

### ii. Punitive Damages for Disparate Treatment in Pay (Federal and State Claims)

QUESTION 6A: What amount of punitive damages, if any, should be awarded against defendant Nike, Inc. resulting from the disparate treatment in pay violation of the Federal Civil Rights Act of 1964?

Lindsay Elizabeth    $_____

Heather Hender       $_____

QUESTION 6B: What amount of punitive damages, if any, should be awarded against defendant Nike, Inc. resulting from the disparate treatment in pay violation of the Oregon Equality Act?

Kelly Cahill         $_____

Lindsay Elizabeth    $_____

Heather Hender       $_____

### b. Disparate Treatment in Promotion (Federal and State)

QUESTION 7:  Have plaintiffs proven their claim of Disparate Treatment in promotion by a preponderance of the evidence?

| | | |
|---|---|---|
| Kelly Cahill | _____ Yes | _____ No |
| Heather Hender | _____ Yes | _____ No |
| Sara Johnston | _____ Yes | _____ No |

*If you answered "Yes" to any of Question 7 then proceed to Question 8.  If you answered "No" to all of Question 7, then proceed to Question 9.*

### i. Economic Damages for Disparate Treatment in Promotion (Federal and State Claims)

QUESTION 8:  What are plaintiffs' damages, if any, against defendant Nike, Inc. resulting from the disparate treatment in promotion violation?

| | |
|---|---|
| Kelly Cahill | $_____ |
| Heather Hender | $_____ |
| Sara Johnston | $_____ |

### ii. Punitive Damages for Disparate Treatment in Promotion (Federal and State Claims)

QUESTION 8A:  What amount of punitive damages, if any, should be awarded against defendant Nike, Inc. resulting from the disparate treatment in promotion violation of the Federal Civil Rights Act of 1964?

| | |
|---|---|
| Heather Hender | $_____ |
| Sara Johnston | $_____ |

Page 5 –    VERDICT FORM

QUESTION 8B: What amount of punitive damages, if any, should be awarded against defendant Nike, Inc. resulting from the disparate treatment in promotion violation of the Oregon Equality Act?

    Kelly Cahill        $_____

    Heather Hender   $_____

    Sara Johnston    $_____

## IV.   Retaliation (Federal and State Claims)

QUESTION 9: Has plaintiff Hender proven her claim of Retaliation by a preponderance of the evidence?

_____ Yes    _____ No

*If you answered "Yes" to any of Question 9 then proceed to Question 10. If you answered "No" to Question 9, then proceed to end of verdict form.*

### i.  Non-Economic Damages for Retaliation (Federal and State Claims)

QUESTION 10: What are plaintiff Hender's non-economic damages, if any, against defendant Nike, Inc. resulting from the retaliation claims?

$_____

### ii.  Punitive Damages for Retaliation (Federal and State Claims)

QUESTION 10A: What punitive damages, if any, should be awarded against defendant Nike, Inc. resulting from the violation of the Federal Civil Rights Act of 1964?

$_____

QUESTION 10B: What punitive damages, if any, should be awarded against defendant Nike, Inc. resulting from the violation of the Oregon Equality Act?

$_____

Page 6 –   VERDICT FORM

*The presiding juror should sign and date the verdict form. By signing this form, the presiding juror confirms that the responses to each question were unanimous.*

DATED: _____, 2025

_____
Presiding Juror
Juror No. \_\_\_\_\_

Signed on behalf of the jury,

_____
Amy M. Baggio
United States District Judge

**Page 7 –   VERDICT FORM**