**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Anna M. Joyce, OSB #013112**
AnnaJoyce@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA  94612
Telephone: (510) 763-9800 | Fax: (510) 835-1417

*Attorneys for Plaintiffs*
*Additional counsel of record listed on signature page*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-AB<br><br>**PLAINTIFFS' ITEMIZED LIST OF ECONOMIC DAMAGES** |

Page 1 –    PLAINTIFFS' ITEMIZED LIST OF ECONOMIC DAMAGES

Pursuant to the Civil Jury Trial Management Order entered by the Court on November 15, 2024 (Dkt. No. 557), Plaintiffs Kelly Cahill, Sara Johnston, Lindsay Elizabeth, and Heather Hender ("Plaintiffs") submit this Itemized List of Economic Damages[1] to "[s]pecify damages sought and how such damages will be proven":

## CLAIM ONE[2]
### (Disparate Impact Violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. ("Title VII"), and the Oregon Equality Act, ORS 659A.030 ("OEA"))

| Damage Category | Disparate Impact in Prior Pay Under Title VII | Disparate Impact in Prior Pay Under OEA | Disparate Impact in Bonuses Under Title VII | Disparate Impact in Bonuses Under OEA |
|---|---|---|---|---|
| Back Pay | $7,272.01 | $9,097.99 | $1,574.85 | $2,076.94 |
| Interest on Back Pay | $2,362.02 | $5,755.97 | $442.45 | $1,231.60 |
| Liquidated Damages | N/A | N/A | N/A | N/A |
| Total | $9,634.04 | $14,853.96 | $2,017.30 | $3,308.54 |

///

---

[1] In addition to the below itemized list of economic damages, Plaintiff Hender also seeks noneconomic garden-variety emotional injury damages associated with her individual claims of retaliation against Defendant NIKE ("NIKE") pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3(a) and the Oregon State Law Against Discrimination, ORS 659A.001, et seq. Plaintiff Hender alleges that due to NIKE's retaliatory conduct, she suffered emotional distress and is therefore entitled to garden-variety emotional distress damages, and that because NIKE's retaliatory conduct that harmed her was in reckless disregard of her rights, oppressive, or malicious, she is further entitled to punitive damages against NIKE. Since the Court's Civil Jury Trial Management Order only requires an itemized list of economic damages, Plaintiffs do not include in this itemized list Plaintiff Hender's noneconomic damages associated with her individual retaliation claims, but for clarity, Plaintiff Hender is also seeking noneconomic and punitive damages associated with her individual retaliation claims and Plaintiffs do not intend to suggest otherwise.

[2] Plaintiff Cahill does not seek damages associated with either Disparate Impact claims under Title VII.

## CLAIM TWO[3]
### (Disparate Treatment Violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, and the Oregon Equality Act, ORS 659A.030)

| Damage Category | Disparate Treatment in Pay Under Title VII | Disparate Treatment in Pay Under OEA | Disparate Treatment in Promotion Under Title VII | Disparate Treatment in Promotion Under OEA |
|---|---|---|---|---|
| Back Pay | $92,934.18 | $96,978.84 | $14,798.27 | $23,262.96 |
| Interest on Back Pay | $27,050.46 | $54,117.10 | $4,863.80 | $14,820.05 |
| Liquidated Damages | N/A | N/A | N/A | N/A |
| Total | $119,984.63 | $151,095.94 | $19,662.07 | $38,083.01 |

## CLAIM THREE[4]
### (Violations of the Federal Equal Pay Act, 29 U.S.C. §§ 206, *et seq.* ("EPA"))[5]

| Damage Category | Equal Pay Under EPA – Scenario 1 | Equal Pay Under EPA – Scenario 2 |
|---|---|---|
| Back Pay | $80,491.84 | $51,511.64 |
| Interest on Back Pay | $29,951.34 | $16,818.17 |
| Liquidated Damages | $80,491.84 | $51,511.64 |
| Total | $190,935.01 | $119,841.45 |

///

---

[3] Plaintiff Cahill does not seek damages associated with either Disparate Treatment claims under Title VII. Plaintiff Elizabeth does not seek damages associated with a Disparate Treatment in Promotion claim under Title VII or under the OEA. Plaintiff Johnston does not seek damages associated with a Disparate Treatment in Pay claim under Title VII or under the OEA.

[4] Plaintiff Johnston does not seek damages associated with an Equal Pay claim under the EPA.

[5] For purposes of Plaintiffs' itemized list of economic damages under the Federal EPA, "Scenario 1" assumes a liability period of three years pursuant to a finding that NIKE's violation was willful, and "Scenario 2" assumes a liability period of two years pursuant to a finding that NIKE's violation was not willful.

Page 3 –    PLAINTIFFS' ITEMIZED LIST OF ECONOMIC DAMAGES

## CLAIM FOUR[6]
### (Violations of the Oregon Equal Pay Act, ORS 652.220 ("OEPA"))

| Damage Category | Equal Pay Under OEPA |
|---|---|
| Back Pay | $33,988.98 |
| Interest on Back Pay | $18,691.54 |
| Liquidated Damages | $33,988.98 |
| Total | $86,669.50 |

Plaintiffs will prove the above referenced economic damages through the fact witness testimony of some or all of the following individuals, along with the exhibits introduced through the testimony of such individuals and admitted by the Court: the four named Plaintiffs, Melanie Strong, Missy Capone, Shane Walker, Jessica Stuckey, Monique Matheson, Lauren Anderson, Alison Daugherty, Mark Parker, Elliot Hill, Sheena Compton, Shelli White, Genevieve Long, David Ellington, and Jared Brandt.

Plaintiffs will also prove the above referenced economic damages through the expert testimony of Jennifer Murphy and David Neumark, and the exhibits, attachments, and supporting schedules appended to, or cited in, the expert reports of Ms. Murphy or Mr. Neumark (including the corrected expert report of Ms. Murphy). Plaintiffs have already put NIKE on notice of Plaintiffs' economic damages through, among other things, service on NIKE of Ms. Murphy and Mr. Neumark's expert reports and associated exhibits, attachments, and supporting schedules. This includes, but is not limited to, a full and separate itemization of economic damages sought by each of the four named Plaintiffs for each of the four aforementioned claims, as applicable (i.e., Plaintiffs separate itemization of economic damages by claim are included in Ms. Murphy's

---

[6] Plaintiff Johnston does not seek damages associated with an Equal Pay claim under the OEPA.

Page 4 –    PLAINTIFFS' ITEMIZED LIST OF ECONOMIC DAMAGES

corrected expert report at Schedule 1_Cahill, Schedule 2_Elizabeth, Schedule 3_Hender, and Schedule 4_Johnston).[7]

DATED:  January 27, 2025

ACKERMANN & TILAJEF, P.C.

*/s/Craig J. Ackermann*
Craig J. Ackermann (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
Erika Smolyar (admitted *pro hac vice*)
es@ackermanntilajef.com
315 South Beverly Drive, Suite 504
Beverly Hills, CA  90212
Tel: (310) 277-0614 | Fax: (310) 277-0635

GOLDSTEIN, BORGEN, DARDARIAN & HO
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
Laura L. Ho (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Byron Goldstein (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com

INDIA LIN BODIEN LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA  98406-5338
Tel: (253) 503-1672 | Fax: (253) 276-0081

*Attorneys for Plaintiffs*

---

[7] Plaintiffs also seek punitive damages associated with NIKE's malicious or reckless act(s) of discrimination, in an amount to be determined by the jury, and Ms. Murphy will testify regarding NIKE's financial condition and ability to pay punitive damages.

Page 5 –    PLAINTIFFS' ITEMIZED LIST OF ECONOMIC DAMAGES