**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 | Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | Fax: (510) 835-1417

Counsel for Plaintiffs

[Additional Counsel of Record listed on the Signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-AB<br><br>**JOINT NEUTRAL STATEMENT OF CASE** |

Pursuant to the Civil Jury Trial Management Order (ECF No. 557 at 2), the Parties provide this Joint Neutral Statement of Case:

In this case, the Plaintiffs are Kelly Cahill, Lindsay Elizabeth, Sara Johnston, and Heather Hender.  The Defendant is NIKE, Inc.  The Plaintiffs were each NIKE employees at its World Headquarters.

Plaintiffs each assert that NIKE paid them less than men for substantially similar or comparable work or denied them promotions because of, at least in part, their sex.  In addition, Hender alleges that NIKE retaliated against her in response to her joining this lawsuit.

NIKE denies all of the allegations.  NIKE further asserts that, to the extent any Plaintiff was paid less or did not receive a promotion, it was justified by factors other than the Plaintiff's sex.

Plaintiffs dispute that the lower pay or denial of promotions were for the reasons Nike asserts.

It is the job of the jury, based on all the evidence, to decide which explanation is more credible.

Dated: February 3, 2025              Respectfully submitted,

                                      GOLDSTEIN, BORGEN, DARDARIAN & HO

                                       */s/ Bryon Goldstein*
                                      Laura L. Ho (admitted *pro hac vice*)
                                      Barry Goldstein, Of Counsel (admitted *pro hac vice*)
                                      James Kan (admitted *pro hac vice*)
                                      Byron Goldstein (admitted *pro hac vice*)
                                      Katharine L. Fisher (admitted *pro hac vice*)

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Kathryn P. Roberts, OSB #064854

ACKERMANN & TILAJEF PC
Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
315 S Beverly Drive, Suite 504
Beverly Hills, CA 90212
Telephone: (310) 277-0614 | Fax: (310) 277-0635

INDIA LIN BODIEN, ATTORNEY AT LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Telephone: (253) 212-7913 | Fax: (253) 276-0081

Of Attorneys for Plaintiffs and Opt-In Plaintiffs


 /s/ *Felicia A. Davis*
Daniel Prince, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
Felicia A. Davis, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
Lindsey C. Jackson, Cal. SB# 313396 (*pro hac vice*)
lindseyjackson@paulhastings.com
Alyssa K. Tapper, Cal. SB# 324303 (*pro hac vice*)
alyssatapper@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000 | Fax: (213) 627-0705

Laura E. Rosenbaum, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380 | Fax: (503) 220-2480

Attorneys for Defendant