LAURA E. ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
LINDSEY C. JACKSON, Cal: SB# 313396 (*pro hac vice*)
lindseyjackson@paulhastings.com
ALYSSA TAPPER, Cal: SB# 324303 (*pro hac vice*)
alyssatapper@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendant NIKE, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>　　　　Defendant. | Case No. 3:18-cv-01477-JR<br><br>**PROOF OF SERVICE** |

## **PROOF OF SERVICE**

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) ss: |
| CITY OF LOS ANGELES AND COUNTY OF LOS ANGELES | ) |
| | ) |

   I am employed in the City of Los Angeles and County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071-2228.

   On February 3, 2025, I served the foregoing document(s) described as:

**DEFENDANT NIKE, INC.'S TRIAL MEMORANDUM [FILED UNDER SEAL]**

**DEFENDANT NIKE INC.'S MOTIONS IN LIMINE NOS. 1 THROUGH 9 [FILED UNDER SEAL]**

**DECLARATION OF DANIEL PRINCE IN SUPPORT OF DEFENDANT NIKE INC.'S MOTIONS IN LIMINE NOS. 1 THROUGH 9 [FILED UNDER SEAL]**

**JOINT LIST OF EXHIBITS AND OBJECTIONS [FILED UNDER SEAL]**

on the interested parties by electronic service as follows:

   *Please see attached Service List.*

☒  **VIA ELECTRONIC MAIL:**

   By personally emailing the aforementioned document(s) in PDF format to the respective email address(es) listed below on February 3, 2025. I did not receive an electronic message indicating errors in transmission.

   I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 3, 2025, at Los Angeles, California.

                    /s/ Francine Sheldon
                    Francine Sheldon

Service List

Laura Salerno Owens
(laurasalerno@markowitzherbold.com)
David Markowitz
(davidmarkowitz@markowitzherbold.com)
Harry B. Wilson
(harrywilson@markowitzherbold.com)
Kathryn P. Roberts
(kathrynroberts@markowitzherbold.com)
Kelsie Crippen
(kelsiecrippen@markowitzherbold.com)
Markowitz Herbold PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
*(Attorneys for Plaintiffs)*

Craig Ackerman
(cja@ackermanntilajef.com)
Brian Denlinger
(bd@ackermanntilajef.com)
Ackermann & Tilajef PC
315 South Beverly Drive, Suite 504
Beverly Hills, CA 90212
*(Attorneys for Plaintiffs)*

Laura L. Ho
(lho@gbdhlegal.com)
Barry Goldstein
(bgoldstein@gbdhlegal.com)
James Kan
(jkan@gbdhlegal.com)
Byron Goldstein
(brgoldstein@gbdhlegal.com)
Katharine L. Fisher
(kfisher@gbdhlegal.com)
Goldstein Borgen Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA 94612-3536
*(Attorneys for Plaintiffs)*

India Lin Bodien
(india@indialinbodienlaw.com)
India Lin Bodien, Attorney At Law
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
*(Attorneys for Plaintiffs)*