**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
**Kelsie G. Crippen, OSB #193454**
KelsieCrippen@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 ǀ Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@gbdhlegal.com
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@gbdhlegal.com
**James Kan** (admitted *pro hac vice*)
jkan@gbdhlegal.com
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@gbdhlegal.com
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 ǀ Fax: (510) 835-1417

Counsel for Plaintiffs, Opt-in Plaintiffs and Putative Class

[Additional Counsel of Record listed on the Signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-AB<br><br>**NOTICE OF SETTLEMENT OF INDIVIDUAL CLAIMS** |

921474.3

NOTICE OF SETTLEMENT OF INDIVIDUAL CLAIMS

In response to the Court's directions set forth by ECF No. 620, Plaintiffs Kelly Cahill, Heather Hender, Lindsay Elizabeth, and Sara Johnston ("Plaintiffs") and Defendant Nike, Inc. ("Nike") (collectively the "Parties") through their respective counsel hereby confirm that they have finalized settlement agreements related to the Plaintiffs' individual claims, which the Parties expect to be signed today. Plaintiffs Cahill, Elizabeth and Johnston have resolved all their claims against Nike. Plaintiff Hender has resolved her individual retaliation and other non-class claims against Nike but retains her class claims so that she may participate in the proposed class settlement and seek appointment to serve as a class representative of the proposed settlement class.[1] However, Plaintiff Hender intends to settle those claims as part of the class settlement and does not wish to move forward with trial of her individual claims. As previously ordered, the Parties will provide a status report by April 11, 2025 on the status of the class claims, and Plaintiffs anticipate moving for preliminary approval of the proposed class settlement by that date or shortly thereafter.

In light of the foregoing, the Parties ask the Court to take any remaining pre-trial deadlines as well as the March 2025 trial off-calendar.

Dated: February 21, 2025               Respectfully submitted,

                                       GOLDSTEIN, BORGEN, DARDARIAN & HO

                                        /s/ James Kan
                                       Laura L. Ho (admitted *pro hac vice*)
                                       Barry Goldstein, Of Counsel (admitted *pro hac vice*)
                                       James Kan (admitted *pro hac vice*)
                                       Byron Goldstein (admitted *pro hac vice*)
                                       Katharine L. Fisher (admitted *pro hac vice*)

---

[1] These individual settlements on behalf of the four plaintiffs are not dependent or conditioned upon the Court's approval of any proposed class settlement. The Parties agreed to the settlement, in principle, that formed the basis for the individual settlements separate and apart from any settlement on behalf of a putative class.

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Kathryn P. Roberts, OSB #064854
Kelsie G. Crippen, OSB #193454

ACKERMANN & TILAJEF PC
Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
Erika Smolyar (admitted *pro hac vice*)
es@ackermanntilajef.com
315 S Beverly Drive, Suite 504
Beverly Hills, CA 90212
Tel:  (310) 277-0614
Fax:  (310) 277-0635

INDIA LIN BODIEN LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel:  (253) 503-1672
Fax:  (253) 276-0081

Attorneys for Plaintiffs


Dated: February 21, 2025          Respectfully submitted,

_/s/ Felicia A. Davis_
Daniel Prince (pro hac vice)
danielprince@paulhastings.com
Felicia A. Davis (pro hac vice)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705
Laura E. Rosenbaum, OSB No. 110061
Laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR 97205
Tel: (503) 224-3380
Fax: (503) 220-2480

Attorneys for Nike, Inc.


921474.3   **PARTIES' JOINT STIP. & [PROPOSED] ORDER REQUESTING A ONE WEEK EXTENSION TO FILE
A STATUS REPORT AND PROPOSED CASE MANAGEMENT SCHEDULE
PAGE 3**

## <u>SIGNATURE ATTESTATION</u>

In accordance with Civil Local Rule 11(b)(2), I attest that concurrence in the filing of this

document has been obtained from the signatories on this e-filed document.


Dated: February 21, 2025                    Respectfully submitted,


                                            /s/ *James Kan*
                                            James Kan