**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
**Kelsie G. Crippen, OSB #193454**
KelsieCrippen@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 | Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@dhkl.law
**Barry Goldstein, Of Counsel** (admitted *pro hac vice*)
bgoldstein@dhkl.law
**James Kan** (admitted *pro hac vice*)
jkan@dhkl.law
**Byron Goldstein** (admitted *pro hac vice*)
brgoldstein@dhkl.law
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@dhkl.law
DARDARIAN HO KAN & LEE
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | Fax: (510) 835-1417

Counsel for Plaintiffs

[Additional Counsel of Record listed on the Signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-AB<br><br>**JOINT STATUS REPORT – APRIL 11, 2025** |

Pursuant to ECF No. 620, Plaintiffs Kelly Cahill, Heather Hender, Lindsay Elizabeth, and Sara Johnston ("Plaintiffs") and Defendant NIKE, Inc. ("NIKE") (collectively the "Parties") through their respective counsel hereby provide the following joint status report on their progress resolving the putative class claims.

The Parties have worked diligently to try to negotiate a proposed agreement to resolve the putative class claims, but several material terms remain pending. The Parties jointly request additional time to continue their discussions, and they respectfully request leave to submit a joint status report no later than May 16, 2025 to update the Court on their progress.

Dated: April 11, 2025

Respectfully submitted,

ACKERMANN & TILAJEF PC

 */s/Brian Denlinger*
Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
Erika Smolyar (admitted *pro hac vice*)
es@ackermanntilajef.com
315 S Beverly Drive, Suite 504
Beverly Hills, CA 90212
Tel: (310) 277-0614
Fax: (310) 277-0635

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Kathryn P. Roberts, OSB #064854
Kelsie G. Crippen, OSB #193454

DARDARIAN HO KAN & LEE
Laura L. Ho (admitted *pro hac vice*)
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Byron Goldstein (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)

<div style="padding-left: 40%;">
INDIA LIN BODIEN LAW  
India Lin Bodien (admitted *pro hac vice*)  
india@indialinbodienlaw.com  
2522 North Proctor Street, #387  
Tacoma, WA 98406-5338  
Tel: (253) 503-1672  
Fax: (253) 276-0081  

Attorneys for Plaintiffs
</div>

Dated: April 11, 2025                Respectfully submitted,

                                     */s/ Felicia A. Davis*  
Daniel Prince (pro hac vice)  
danielprince@paulhastings.com  
Felicia A. Davis (pro hac vice)  
feliciadavis@paulhastings.com  
PAUL HASTINGS LLP  
515 South Flower Street, Twenty-Fifth Floor  
Los Angeles, CA 90071-2228  
Tel: (213) 683-6000  
Fax: (213) 627-0705  

Laura E. Rosenbaum, OSB No. 110061  
Laura.rosenbaum@stoel.com  
STOEL RIVES LLP  
760 SW Ninth Avenue, Suite 300  
Portland, OR 97205  
Tel: (503) 224-3380  
Fax: (503) 220-2480  

Attorneys for NIKE, Inc.

## <u>SIGNATURE ATTESTATION</u>

In accordance with Civil Local Rule 11(b)(2), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: April 11, 2025                Respectfully submitted,

                                     */s/Brian Denlinger*  
Brian Denlinger