| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | MAY 2 2025 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

KELLY CAHILL; et al.,

      Plaintiffs - Appellees,

 v.

INSIDER INC.; et al.,

      Intervenors - Appellees,

NIKE, INC.,

      Defendant - Appellant,

------------------------------------------

MARKOWITZ HERBOLD, PC,

      Intervenor.

No. 24-2199

D.C. No. 3:18-cv-01477-JR

District of Oregon, Portland

MANDATE

The judgment of this Court, entered March 18, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT