JOHN A. BERG, OSB# 120018
jberg@littler.com
PAUL E. CIRNER, OSB# 191471
pcirner@littler.com
LITTLER MENDELSON P.C.
1300 SW Fifth Avenue
Wells Fargo Tower, Suite 2050
Portland, OR 97201
Telephone: (503) 221-0309
Facsimile: (503) 242-2457

DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
LINDSEY C. JACKSON, Cal SB# 313396 (*pro hac vice*)
lindseyjackson@paulhastings.com
ALYSSA K. TAPPER, Cal. SB# 324303 (*pro hac vice*)
alyssatapper@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Tel: (213) 683-6000
Fax: (213) 627-0705

Attorneys for Defendant NIKE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 3:18-cv-01477-AB<br><br>**NIKE, INC.'S UNOPPOSED MOTION TO DISMISS NIKE'S MOTION FOR ATTORNEYS' FEES [ECF NO. 567]** |

## L.R. 7-1 CERTIFICATION

Counsel for Defendant NIKE, Inc. ("NIKE") certifies that it made a good faith effort to confer with counsel for Markowitz Herbold PC ("Markowitz") regarding the issues presented in this Motion. Markowitz does not object to relief requested in this Motion.

## MOTION TO DISMISS NIKE'S MOTION FOR ATTORNEYS' FEES

Pursuant to this Court's May 21, 2025 order at ECF No. 638 and L.R. 41-1(c), NIKE submits this motion to dismiss its Motion for Attorneys' Fees at ECF No. 567, with prejudice and without costs or attorneys' fees.

Dated: May 27, 2025

  *s/ Daniel Prince*
Daniel Prince, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
Felicia A. Davis, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
Lindsey C. Jackson, Cal. SB# 313396 (*pro hac vice*)
lindseyjackson@paulhastings.com
Alyssa K. Tapper, Cal. SB# 324303 (*pro hac vice*)
alyssatapper@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705

JOHN A. BERG, OSB# 120018
jberg@littler.com
PAUL E. CIRNER, OSB# 191471
pcirner@littler.com
LITTLER MENDELSON P.C.
1300 SW Fifth Avenue
Wells Fargo Tower, Suite 2050
Portland, OR 97201
Telephone: (503) 221-0309
Facsimile: (503) 242-2457

Attorneys for Defendant NIKE, Inc.

Page 1    -    NIKE'S MOTION TO DISMISS NIKE'S MOTION FOR ATTORNEYS' FEES