**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
**Kelsie G. Crippen, OSB #193454**
KelsieCrippen@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 ǀ Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@dhkl.law
**James Kan** (admitted *pro hac vice*)
jkan@dhkl.law
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@dhkl.law
DARDARIAN HO KAN & LEE
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 ǀ Fax: (510) 835-1417

Counsel for Plaintiffs

[Additional Counsel of Record listed on the Signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-AB<br><br>**JOINT STATUS REPORT – JUNE 6, 2025** |

925313.3

**JOINT STATUS REPORT – JUNE 6, 2025**

Pursuant to ECF No. 633, Plaintiffs Kelly Cahill, Heather Hender, Lindsay Elizabeth, and Sara Johnston ("Plaintiffs") and Defendant NIKE, Inc. ("NIKE") (collectively the "Parties") through their respective counsel hereby provide the following joint status report on their progress resolving the putative class claims.

The Parties have worked diligently to try to negotiate a proposed agreement to resolve the putative class claims, but several material terms remain pending. The Parties jointly request additional time to continue their discussions, and they respectfully request leave to submit a joint status report no later than August 20, 2025 to update the Court whether or not a proposed class settlement is reached.

Dated: June 6, 2025

Respectfully submitted,

DARDARIAN HO KAN & LEE

 /s/ Laura L. Ho
Laura L. Ho (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Kathryn P. Roberts, OSB #064854
Kelsie G. Crippen, OSB #193454

ACKERMANN & TILAJEF PC
Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
Erika Smolyar (admitted *pro hac vice*)
es@ackermanntilajef.com
315 S Beverly Drive, Suite 504
Beverly Hills, CA 90212
Tel:  (310) 277-0614
Fax:  (310) 277-0635

INDIA LIN BODIEN LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel:  (253) 503-1672
Fax:  (253) 276-0081

BROWNE EMPLOYMENT LAWYERS
Barry Goldstein, Of Cournsel (admitted *pro hac vice*)
barry@browneemploymentlawyers.com
Byron Goldstein (admitted *pro hac vice*)
byron@browneemploymentlawyers.com
1111 Broadway 3rd Floor, Office 04-117
Oakland, CA 94607
Tel:  (510) 584-9020

Attorneys for Plaintiffs

Dated: June 6, 2025                     Respectfully submitted,

  /s/ *Felicia A. Davis*
Daniel Prince (pro hac vice)
danielprince@paulhastings.com
Felicia A. Davis (pro hac vice)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705

Laura E. Rosenbaum, OSB No. 110061
Laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR 97205
Tel: (503) 224-3380
Fax: (503) 220-2480

Attorneys for NIKE, Inc.

## **SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 11(b)(2), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: June 6, 2025                                   Respectfully submitted,

*/s/ Laura L. Ho*
Laura L. Ho