**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 | Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@dhkl.law
**James Kan** (admitted *pro hac vice*)
jkan@dhkl.law
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@dhkl.law
DARDARIAN HO KAN & LEE
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | Fax: (510) 835-1417

Counsel for Plaintiffs and Putative Class

[Additional Counsel of Record listed on the Signature page]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

KELLY CAHILL, *et al.*, individually and on behalf of others similarly situated

Plaintiffs,

v.

NIKE, INC., an Oregon Corporation,

Defendant.

Case No: 3:18-CV-01477-AB

**NOTICE OF ATTORNEY CHANGE OF CONTACT INFORMATION**

TO THE COURT, ALL PARTIES, AND THE PARTIES ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the contact information and law firm of Byron Goldstein and Barry Goldstein, two of Plaintiffs' counsel, has changed to:

Byron Goldstein
byron@goldsteinbrowne.com
Goldstein Browne, PC
1111 Broadway, 3rd Floor, Office 04-117
Oakland, CA 94607
Tel: (510) 929-2914

Barry Goldstein
barry@goldsteinbrowne.com
Goldstein Browne, PC
1111 Broadway, 3rd Floor, Office 04-117
Oakland, CA 94607
Tel: (510) 929-2914

Counsel of record for Plaintiffs otherwise remains the same.

We RESPECTFULLY REQUEST that the Clerk of the Court update the contact information for Byron Goldstein and Barry Goldstein on the docket.

Dated: July 9, 2025

Respectfully submitted,

GOLDSTEIN BROWNE, PC

/s/ *Byron Goldstein*
Byron Goldstein (admitted *pro hac vice*)
Barry Goldstein, Of Counsel (admitted *pro hac vice*)

ACKERMANN & TILAJEF PC
Craig Ackerman (admitted pro hac vice)
cja@ackermanntilajef.com
Brian Denlinger (admitted pro hac vice)
bd@ackermanntilajef.com
Erika Smolyar (admitted pro hac vice)
es@ackermanntilajef.com
315 S Beverly Drive, Suite 504 Beverly Hills, CA 90212 Tel: (310) 277-0614
Fax: (310) 277-0635

INDIA LIN BODIEN LAW
India Lin Bodien (admitted pro hac vice)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel: (253) 503-1672
Fax: (253) 276-0081