**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
**Kelsie G. Crippen, OSB #193454**
KelsieCrippen@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 | Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@dhkl.law
**James Kan** (admitted *pro hac vice*)
jkan@dhkl.law
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@dhkl.law
DARDARIAN HO KAN & LEE
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | Fax: (510) 835-1417

Counsel for Plaintiffs

[Additional Counsel of Record listed on the Signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-AB<br><br>**JOINT STATUS REPORT – AUGUST 20, 2025** |

925313.2

**JOINT STATUS REPORT – AUGUST 20, 2025**

Pursuant to ECF No. 642, Plaintiffs Kelly Cahill, Heather Hender, Lindsay Elizabeth, and Sara Johnston ("Plaintiffs") and Defendant NIKE, Inc. ("NIKE") (collectively the "Parties") through their respective counsel hereby provide the following joint status report on their progress settling the putative class action claims.

As described in the Parties' Notice of Settlement of Individual Claims (ECF No. 622), Plaintiffs Cahill, Elizabeth and Johnston have resolved all of their claims against NIKE, and Plaintiff Hender has resolved her individual retaliation and other non-class claims against NIKE. Additionally, NIKE's claim for attorneys' fees from Markowitz Herbold has been resolved. See ECF Nos. 638-639.

As described in the Parties' June 6, 2025 Joint Status report:

> The Parties have worked diligently to try to negotiate a proposed agreement to resolve the putative class claims, but several material terms remain pending. The Parties jointly request additional time to continue their discussions, and they respectfully request leave to submit a joint status report no later than August 20, 2025 to update the Court whether or not a proposed class settlement is reached.

ECF No. 641; *see also* ECF No. 637 (same).

Plaintiff reports that the Parties did not reach a proposed class settlement.

NIKE disagrees and contends that although the Parties have not been able to finalize all of the details of a long-form, written settlement agreement, the Parties did reach a settlement of the putative class claims. For example, in the Parties' February 21, 2025 filing (ECF No. 622), Plaintiffs stated, "Plaintiff Hender intends to settle [her class claims] as part of the class settlement" and "Plaintiffs anticipate moving for preliminary approval of the proposed class settlement by [April 11, 2025] or shortly thereafter." NIKE intends to move to enforce that agreement so that participating individuals can receive the benefits of that settlement.

The Parties jointly request a status conference with the Court for the last week of

September, or at a time convenient for the Court, to discuss proposed next steps.

Dated: August 20, 2025

Respectfully submitted,

ACKERMANN & TILAJEF PC

 /s/ Byron Goldstein
Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
Erika Smolyar (admitted *pro hac vice*)
es@ackermanntilajef.com
315 S Beverly Drive, Suite 504
Beverly Hills, CA 90212
Tel:  (310) 277-0614
Fax:  (310) 277-0635

GOLDSTEIN BROWNE, PC
Byron Goldstein (admitted *pro hac vice*)
byron@goldsteinbrowne.com
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
barry@goldsteinbrowne.com
1111 Broadway 3rd Floor, Office 04-117
Oakland, CA 94607
Telephone: (510) 584-9020

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Kathryn P. Roberts, OSB #064854
Kelsie G. Crippen, OSB #193454

DARDARIAN HO KAN & LEE
Laura L. Ho (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)

Attorneys for Plaintiffs

Dated: August 20, 2025                Respectfully submitted,

   */s/ Felicia A. Davis*
Daniel Prince (pro hac vice)
danielprince@paulhastings.com
Felicia A. Davis (pro hac vice)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705

Laura E. Rosenbaum, OSB No. 110061
Laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR 97205
Tel: (503) 224-3380
Fax: (503) 220-2480

Attorneys for NIKE, Inc.

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 11(b)(2), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: August 20, 2025                Respectfully submitted,

*/s/ Byron Goldstein*
Byron Goldstein