**Andrew M. Schpak,** OSB No. 044080
aschpak@barran.com
**Edwin A. Harnden,** OSB No. 721129
eharnden@barran.com
**Melissa C. Oakley**, OSB No. 212470
moakley@barran.com
601 SW Second Ave., Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212

Attorneys for Non-Party Advance Local Media LLC d/b/a Oregonian Media Group (The Oregonian)

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al, | **3:18-cv-01477-JR** |
| Plaintiffs, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| NIKE, INC., an Oregon Corporation, | |
| Defendants. | |

PLEASE TAKE NOTICE that Andrew M. Schpak of Barran Liebman LLP, 601 SW Second Avenue, Suite 2300, Portland, OR 97204, is hereby substituted for Joshua Waugh as counsel of record for Advance Local Media LLC d/b/a Oregonian Media Group ("The Oregonian"). Edwin Harnden and Melissa C. Oakley of Barran Liebman LLP remain counsel of

/ / /

/ / /

Page 1 – NOTICE OF SUBSTITUTION OF COUNSEL

record for The Oregonian, and all future papers and pleadings in this matter should continue to be served on Melissa C. Oakley and Edwin A. Harnden as well as Andrew M. Schpak.

Dated this 26th day of July, 2025.

BARRAN LIEBMAN LLP

By s/Andrew M. Schpak
    Andrew M. Schpak, OSB No. 044080
    aschpak@barran.com
    Edwin A. Harnden, OSB No. 721129
    eharnden@barran.com
    Melissa C. Oakley, OSB No. 212470
    moakley@barran.com

    Attorneys for Non-Party Advance Local Media
    LLC d/b/a Oregonian Media Group (The
    Oregonian)

Page 2 – NOTICE OF SUBSTITUTION OF COUNSEL