**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
**Kelsie G. Crippen, OSB #193454**
KelsieCrippen@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 | Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@dhkl.law
**James Kan** (admitted *pro hac vice*)
jkan@dhkl.law
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@dhkl.law
DARDARIAN HO KAN & LEE
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | Fax: (510) 835-1417

Counsel for Plaintiffs

[Additional Counsel of Record listed on the Signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-AB<br><br>**PARTIES' JOINT PROPOSED BRIEFING SCHEDULE FOR (1) PLAINTIFF'S MOTION FOR LEAVE TO FILE RENEWED MOTION FOR CLASS CERTIFICATION, AND (2) DEFENDANT'S MOTION TO ENFORCE SETTLEMENT OF PUTATIVE CLASS CLAIMS** |

Pursuant to ECF No. 647, Plaintiffs Kelly Cahill, Heather Hender, Lindsay Elizabeth, and Sara Johnston ("Plaintiffs") and Defendant NIKE, Inc. ("NIKE") (collectively the "Parties") through their respective counsel, hereby present a proposed schedule setting forth simultaneous and parallel briefing on (1) Plaintiffs' motion for leave to file a motion to alter or amend the class certification order (ECF No. 335, adopting ECF No. 310) pursuant to Fed. R. Civ. P. 23(c)(1)(C), and (2) Defendant's motion to enforce a settlement of the putative class claims (together, "Motions"). The Parties met and conferred about this proposed briefing schedule on September 9 and 10, 2025, and submit the following joint proposed schedule keeping in mind the importance of expeditiousness in completing these motions:

**PROPOSED BRIEFING SCHEDULE**

| Date | Event |
|---|---|
| October 7, 2025 | Motions due |
| October 28, 2025 | Oppositions due |
| November 11, 2025 | Replies due (optional) |

Dated: September 10, 2025        Respectfully submitted,

GOLDSTEIN BROWNE, PC

 /s/ Byron Goldstein
Byron Goldstein (admitted *pro hac vice*)
byron@goldsteinbrowne.com
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
barry@goldsteinbrowne.com
1111 Broadway 3rd Floor, Office 04-117
Oakland, CA 94607
Telephone: (510) 584-9020
Email: team@goldsteinbrowne.com

ACKERMANN & TILAJEF PC
Craig Ackermann (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
Erika Smolyar (admitted *pro hac vice*)
es@ackermanntilajef.com
315 S Beverly Drive, Suite 504
Beverly Hills, CA 90212

**JOINT PROPOSED BRIEFING SCHEDULE**
**PAGE 2**

                                Tel:  (310) 277-0614
                                Fax:  (310) 277-0635

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Kathryn P. Roberts, OSB #064854
Kelsie G. Crippen, OSB #193454

DARDARIAN HO KAN & LEE
Laura L. Ho (admitted *pro hac vice*)
James Kan (admitted *pro hac vice*)
Katharine L. Fisher (admitted *pro hac vice*)

Attorneys for Plaintiffs

Dated: September 10, 2025        Respectfully submitted,

                                 */s/ Felicia A. Davis*
Daniel Prince (pro hac vice)
danielprince@paulhastings.com
Felicia A. Davis (pro hac vice)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705

Laura E. Rosenbaum, OSB No. 110061
Laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR 97205
Tel: (503) 224-3380
Fax: (503) 220-2480

Attorneys for NIKE, Inc.

**JOINT PROPOSED BRIEFING SCHEDULE**

**PAGE 3**

**SIGNATURE ATTESTATION**

      In accordance with Civil Local Rule 11(b)(2), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: September 10, 2025        Respectfully submitted,

      */s/ Byron Goldstein*
      Byron Goldstein