LAURA E. ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
LINDSEY C. JACKSON, Cal: SB# 313396 (*pro hac vice*)
lindseyjackson@paulhastings.com
ALYSSA TAPPER, Cal: SB# 324303 (*pro hac vice*)
alyssatapper@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendant NIKE, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>NIKE, INC., an Oregon corporation,<br><br>             Defendant. | Case No.:  3:18-cv-01477-AB<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

STATE OF CALIFORNIA                                )
                                                   ) ss:
CITY OF LOS ANGELES AND COUNTY OF LOS              )
ANGELES                                            )

      I am employed in the City of Los Angeles and County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071-2228.

      On October 27, 2025, I served the foregoing document(s) described as:

**DEFENDANT NIKE, INC.'S MOTION TO REDACT THIRD-PARTY EMPLOYEE NAMES FROM PLAINTIFFS' MOTION FOR LEAVE**
**[FILED UNDER SEAL; ORAL ARGUMENT REQUESTED]**

**DECLARATION OF DANIEL PRINCE IN SUPPORT OF DEFENDANT NIKE, INC.'S MOTION TO REDACT THIRD-PARTY EMPLOYEE NAMES FROM PLAINTIFFS' MOTION FOR LEAVE**
**[FILED UNDER SEAL; ORAL ARGUMENT REQUESTED]**

**DECLARATION OF ALISON DAUGHERTY IN SUPPORT OF DEFENDANT NIKE, INC.'S MOTION TO REDACT THIRD-PARTY EMPLOYEE NAMES FROM PLAINTIFFS' MOTION FOR LEAVE**
**[FILED UNDER SEAL; ORAL ARGUMENT REQUESTED]**

on the interested parties by electronic service as follows:

    *Please see attached Service List.*

☒   **VIA ELECTRONIC MAIL / FTP:**
I caused the documents to be sent to the persons at the e-mail addresses via FTP on the below service list on the date stated thereon: October 27, 2025. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is francinesheldon@paulhastings.com.

      I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on October 27, 2025, at Los Angeles, California.

                                                Francine Sheldon

Service List

| | |
|---|---|
| Laura Salerno Owens (laurasalerno@markowitzherbold.com) David Markowitz (davidmarkowitz@markowitzherbold.com) Harry B. Wilson (harrywilson@markowitzherbold.com) Kathryn P. Roberts (kathrynroberts@markowitzherbold.com) Kelsie Crippen (kelsiecrippen@markowitzherbold.com) Markowitz Herbold PC 1455 SW Broadway, Suite 1900 Portland, OR 97201 *(Attorneys for Plaintiffs)* | Laura L. Ho (lho@dhkl.law) James Kan (jkan@dhkl.com) Katharine L. Fisher (kfisher@dhkl.com) Dardarian, Ho, Kan & Lee 155 Grand Avenue, Suite 900 Oakland, CA 94612-3536 *(Attorneys for Plaintiffs)* |
| Craig Ackerman (cja@ackermanntilajef.com) Brian Denlinger (bd@ackermanntilajef.com) Erika Smolyar (es@ackermanntilajef.com) Ackermann & Tilajef PC 315 South Beverly Drive, Suite 504 Beverly Hills, CA 90212 *(Attorneys for Plaintiffs)* | India Lin Bodien (india@indialinbodienlaw.com) India Lin Bodien, Attorney At Law 2522 North Proctor Street, #387 Tacoma, WA 98406-5338 *(Attorneys for Plaintiffs)* |
| Byron Goldstein byron@goldsteinbrowne.com Barry Goldstein barry@goldsteinbrowne.com Goldstein Browne, PC 1111 Broadway, 3rd Floor, Office 04-117 Oakland, CA 94607 *(Attorneys for Plaintiffs)* | |

Page 3   -   PROOF OF SERVICE