LAURA E. ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
LINDSEY C. JACKSON, Cal: SB# 313396 (*pro hac vice*)
lindseyjackson@paulhastings.com
ALYSSA TAPPER, Cal: SB# 324303 (*pro hac vice*)
alyssatapper@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant NIKE, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NIKE, INC., an Oregon corporation,<br><br>    Defendant. | Case No.: 3:18-cv-01477-AB<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA            )
                               ) ss:
CITY OF LOS ANGELES AND COUNTY OF LOS   )
ANGELES                        )

    I am employed in the City of Los Angeles and County of Los Angeles, State of California.  I am over the age of 18, and not a party to the within action.  My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA  90071-2228.

    On November 24, 2025, I served the foregoing document(s) described as:

**SUPPLEMENTAL DECLARATION OF DANIEL PRINCE IN SUPPORT OF DEFENDANT NIKE, INC.'S MOTION TO REDACT THIRD-PARTY EMPLOYEE NAMES FROM PLAINTIFFS' MOTION FOR LEAVE**
**[FILED UNDER SEAL; ORAL ARGUMENT REQUESTED]**

on the interested parties by electronic service as follows:

    *Please see attached Service List.*

☒   **VIA ELECTRONIC MAIL:**

    I caused the documents to be sent to the persons at the e-mail addresses via electronic mail on the below service list on the date stated thereon: November 24, 2025.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is irmagamino@paulhastings.com.

    I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on November 24, 2025, at Los Angeles, California.

                                            */s/ Irma Gamino*
                                                Irma Gamino

Service List

Laura Salerno Owens
(laurasalerno@markowitzherbold.com)
David Markowitz
(davidmarkowitz@markowitzherbold.com)
Harry B. Wilson
(harrywilson@markowitzherbold.com)
Kathryn P. Roberts
(kathrynroberts@markowitzherbold.com)
Kelsie Crippen
(kelsiecrippen@markowitzherbold.com)
Markowitz Herbold PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
*(Attorneys for Plaintiffs)*

Laura L. Ho
(lho@dhkl.law)
James Kan
(jkan@dhkl.com)
Katharine L. Fisher
(kfisher@dhkl.com)
Dardarian, Ho, Kan & Lee
155 Grand Avenue, Suite 900
Oakland, CA 94612-3536
*(Attorneys for Plaintiffs)*

Craig Ackerman
(cja@ackermanntilajef.com)
Brian Denlinger
(bd@ackermanntilajef.com)
Erika Smolyar
(es@ackermanntilajef.com)
Ackermann & Tilajef PC
315 South Beverly Drive, Suite 504
Beverly Hills, CA 90212
*(Attorneys for Plaintiffs)*

India Lin Bodien
(india@indialinbodienlaw.com)
India Lin Bodien, Attorney At
Law 2522 North Proctor Street,
#387 Tacoma, WA 98406-5338
*(Attorneys for Plaintiffs)*

Byron Goldstein
byron@goldsteinbrowne.com
Barry Goldstein
barry@goldsteinbrowne.com
Goldstein Browne, PC
1111 Broadway, 3rd Floor, Office 04-117
Oakland, CA 94607
*(Attorneys for Plaintiffs)*