**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
**Kelsie G. Crippen, OSB #193454**
KelsieCrippen@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Tel: (503) 295-3085 | Fax: (503) 323-9105

**Byron Goldstein** (admitted *pro hac vice*)
byron@goldsteinbrowne.com
**Barry Goldstein**, Of Counsel (admitted *pro hac vice*)
barry@goldsteinbrowne.com
GOLDSTEIN BROWNE, PC
1111 Broadway 3rd Floor, Office 04-117
Oakland, CA 94607
Tel: (510) 584-9020
Email: team@goldsteinbrowne.com

Counsel for Plaintiffs
[Additional Counsel of Record listed on the following page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-AB<br><br>**STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFFS KELLY CAHILL, SARA JOHNSTON, AND LINDSAY ELIZABETH'S WITH PREJUDICE, AND DISMISSAL OF PLAINTIFF HEATHER HENDER'S INDIVIDUAL RETALIATION CLAIMS WITH PREJUDICE** |

**STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

**Laura L. Ho** (admitted *pro hac vice*)
lho@dhkl.law
**James Kan** (admitted *pro hac vice*)
jkan@dhkl.law
**Katharine F. Trabucco** (admitted *pro hac vice*)
ktrabucco@dhkl.law
DARDARIAN HO KAN & LEE
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel: (510) 763-9800 ǀ Fax: (510) 835-1417

**Craig Ackerman** (admitted *pro hac vice*)
cja@ackermanntilajef.com
**Brian Denlinger** (admitted *pro hac vice*)
bd@ackermanntilajef.com
**Erika Smolyar** (admitted *pro hac vice*)
es@ ackermanntilajef.com
ACKERMANN & TILAJEF PC
315 S Beverly Drive, Suite 504
Beverly Hills, CA 90212
Tel: (310) 277-0614 ǀ Fax: (310) 277-0635

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Kelly Cahill ("Cahill"), Sara Johnston ("Johnston"), Lindsay Elizabeth ("Elizabeth"), and Heather Hender ("Hender") (together, "Plaintiffs") and Defendant NIKE, Inc. ("Defendant"), through their respective counsel of record, hereby submit this stipulated motion for voluntary dismissal of all of Plaintiffs Cahill, Elizabeth, and Johnston's claims against Defendant with prejudice pursuant to confidential individual settlements between Defendant and Plaintiffs Cahill, Johnston, and Elizabeth. *See* Notice of Settlement of Individual Claims, Dkt. 622.

Additionally, Plaintiffs and Defendant move for voluntary dismissal of Plaintiff Hender's individual retaliation claims against Defendant with prejudice pursuant to a confidential individual settlement between Plaintiff Hender and Defendant. *See* Dkt. 622; Second Amended Complaint, Dkt. 377, Seventh and Eighth Claims for Relief at ¶¶ 237-246. To date, Plaintiff Hender has only settled her non-class claims against Defendant (i.e., her individual retaliation claims), but she has not settled or released any of her class claims, i.e., claims she brought on behalf of herself and all others similarly situated under the Federal Equal Pay Act, Title VII (Disparate Impact and Disparate Treatment), and the Oregon Equal Pay Act, the Oregon Equality Act (Disparate Impact and Intentional Discrimination). *See* Dkt. 377, First through Sixth Claims for Relief, ¶¶ 195-236. Accordingly, the Parties only seek dismissal of Plaintiff Hender's individual retaliation claims (the Seventh and Eighth Claims for Relief) against Defendant, with prejudice, leaving Plaintiff Hender's class claims (the First through Sixth Claims for Relief) against Defendant intact.

Each side shall bear her or its own attorneys' fees and costs except otherwise set forth in their respective confidential individual settlements.

Dated: December 19, 2025     Respectfully submitted,

ACKERMANN & TILAJEF, P.C.

*/s/Erika Smolyar*

        Craig Ackerman (admitted *pro hac vice*)
        cja@ackermanntilajef.com
        Brian Denlinger (admitted *pro hac vice*)
        bd@ackermanntilajef.com
        Erika Smolyar (admitted *pro hac vice*)
        es@ackermanntilajef.com
        315 S Beverly Drive, Suite 504
        Beverly Hills, CA 90212
        Tel: (310) 277-0614 Fax: (310) 277-0635

        GOLDSTEIN BROWNE, PC
        Byron Goldstein (admitted *pro hac vice*)
        Barry Goldstein (admitted *pro hac vice*)
        1111 Broadway 3rd Floor, 04-117
        Oakland, CA 94607
        Telephone: (510) 584-9020

        MARKOWITZ HERBOLD PC
        Laura Salerno Owens, OSB #076230
        David B. Markowitz, OSB #742046
        Harry B. Wilson, OSB #077214
        Kathryn P. Roberts, OSB #064854
        Kelsie G. Crippen, OSB #193454

        DARDARIAN HO KAN & LEE
        Laura L. Ho (admitted *pro hac vice*)
        James Kan (admitted *pro hac vice*)
        Katharine F. Trabucco (admitted *pro hac vice*)

        Attorneys for Plaintiffs

Dated: December 19, 2025        Respectfully submitted,

        */s/Daniel Prince*
        Daniel Prince (*pro hac vice*)
        danielprince@paulhastings.com
        Felicia A. Davis (*pro hac vice*)
        feliciadavis@paulhastings.com
        PAUL HASTINGS LLP
        515 South Flower Street, Twenty-Fifth Floor
        Los Angeles, CA 90071-2228
        Tel: (213) 683-6000
        Fax: (213) 627-0705

        Laura E. Rosenbaum, OSB No. 110061
        Laura.rosenbaum@stoel.com
        STOEL RIVES LLP
        760 SW Ninth Avenue, Suite 300
        Portland, OR 97205
        Tel: (503) 224-3380
        Fax: (503) 220-2480

        Attorneys for NIKE, Inc.