**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
**Kelsie G. Crippen, OSB #193454**
KelsieCrippen@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 | Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@dhkl.law
**James Kan** (admitted *pro hac vice*)
jkan@dhkl.law
DARDARIAN HO KAN & LEE
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800

Counsel for Plaintiffs

[Additional Counsel of Record listed on next page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br>Defendant. | Case No. 3:18-cv-01477-AB<br><br>**NOTICE OF WITHDRAWAL OF INDIA LIN BODIEN, ATTORNEY AT LAW** |

Notice is hereby given that India Lin Bodien, WSBA #44898 (admitted *pro hac vice* in this matter) and India Lin Bodien, Attorney at Law withdraw as counsel of record for Plaintiffs. The following remain as counsel for Plaintiffs: Laura Salerno Owens, David Markowitz, Harry Wilson, Kathryn Roberts, and Kelsie Crippen, of Markowitz Herbold PC; Laura Ho and James Kan, of Dardarian Ho Kan & Lee; Craig Ackermann, Brian Denlinger, and Erika Smolyar, of Ackermann & Tilajef PC; and Byron Goldstein and Barry Goldstein of Goldstein Browne.

Dated: December 30, 2025        Respectfully submitted,

INDIA LIN BODIEN, ATTORNEY AT LAW

_____
INDIA LIN BODIEN, ATTORNEY AT LAW
India Lin Bodien (admitted *pro hac vice*)
india@indialinbodienlaw.com
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
Tel: (253) 212-7913
Fax: (253) 276-0081

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com Harry
B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com Kathryn
P. Roberts, OSB #064854
KathrynRoberts@MarkowitzHerbold.com Kelsie
G. Crippen, OSB #193454
KelsieCrippen@MarkowitzHerbold.com
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 | Fax: (503) 323-9105

ACKERMANN & TILAJEF PC
Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
315 S Beverly Drive, Suite 504
Beverly Hills, CA 90212

Tel: (310) 277-0614
Fax: (310) 277-0635

DARDARIAN HO KAN & LEE
Laura L. Ho (admitted *pro hac vice*)
lho@dhkl.law
James Kan (admitted *pro hac vice*)
jkan@dhkl.law
Katharine F. Trabucco (admitted *pro hac vice*)
ktrabucco@dhkl.law
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel: (510) 763-9800

GOLDSTEIN BROWNE
Byron Goldstein (admitted pro hac vice)
Byron@browneemploymentlawyers.com
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
barry@goldsteinbrowne.com
1111 Broadway 3rd Floor, Office 04-117
Oakland, CA 94607
Tel: 510-584-9020

Attorneys for Plaintiffs