**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
**Kelsie G. Crippen, OSB #193454**
KelsieCrippen@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Tel: (503) 295-3085 | Fax: (503) 323-9105

**Byron Goldstein** (admitted *pro hac vice*)
byron@goldsteinbrowne.com
**Barry Goldstein**, Of Counsel (admitted *pro hac vice*)
barry@goldsteinbrowne.com
GOLDSTEIN BROWNE, PC
1111 Broadway 3rd Floor, Office 04-117
Oakland, CA 94607
Tel: (510) 584-9020
Email: team@goldsteinbrowne.com

*Attorneys for Plaintiff*
*Additional counsel of record listed on signature page*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-AB<br><br>**PLAINTIFF'S ITEMIZED LIST OF ECONOMIC DAMAGES** |

Pursuant to the Civil Jury Trial Management Order entered by the Court on January 16, 2026 (Dkt. No. 678), Plaintiff Heather Hender ("Plaintiff") submits this Itemized List of Economic Damages to "[s]pecify damages sought and how such damages will be proven":

### CLAIM ONE
**(Disparate Impact Violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.* ("Title VII"), and the Oregon Equality Act, ORS 659A.030 ("OEA"))**

| Damage Category | Disparate Impact in Prior Pay Under Title VII | Disparate Impact in Prior Pay Under OEA | Disparate Impact in Bonuses Under Title VII | Disparate Impact in Bonuses Under OEA |
|---|---|---|---|---|
| Back Pay | $4,762.30 | $4,878.17 | $1,272.03 | $1,471.60 |
| Interest on Back Pay | $1,379.44 | $3,235.89 | $328.34 | $930.04 |
| Liquidated Damages | N/A | N/A | N/A | N/A |
| Total | $6,141.74 | $8,114.06 | $1,600.37 | $2,401.63 |

### CLAIM TWO
**(Disparate Treatment Violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, and the Oregon Equality Act, ORS 659A.030)**

| Damage Category | Disparate Treatment in Pay Under Title VII | Disparate Treatment in Pay Under OEA | Disparate Treatment in Promotion Under Title VII | Disparate Treatment in Promotion Under OEA |
|---|---|---|---|---|
| Back Pay | $83,942.16 | $85,292.43 | $13,019.67 | $13,019.67 |
| Interest on Back Pay | $23,154.63 | $54,110.45 | $4,015.12 | $9,088.81 |
| Liquidated Damages | N/A | N/A | N/A | N/A |
| Total | $107,096.79 | $139,402.88 | $17,034.79 | $22,108.48 |

///

///

///

**CLAIM THREE**
**(Violations of the Federal Equal Pay Act, 29 U.S.C. §§ 206, *et seq.* ("EPA"))**[1]

| Damage Category | Equal Pay Under EPA – Scenario 1 | Equal Pay Under EPA – Scenario 2 |
|---|---|---|
| Back Pay | $19,739.82 | $18,851.32 |
| Interest on Back Pay | $4,950.75 | $4,597.89 |
| Liquidated Damages | $19,739.82 | $18,851.32 |
| Total | $44,430.40 | $42,300.53 |

**CLAIM FOUR**
**(Violations of the Oregon Equal Pay Act, ORS 652.220 ("OEPA"))**

| Damage Category | Equal Pay Under OEPA |
|---|---|
| Back Pay | $18,851.32 |
| Interest on Back Pay | $10,674.78 |
| Liquidated Damages | $18,851.32 |
| Total | $48,377.43 |

Plaintiff will prove the above referenced economic damages through the fact witness testimony of some or all of the following individuals, along with the exhibits introduced through the testimony of such individuals and admitted by the Court: Plaintiff Heather Hender, Kelly Cahill, Melanie Strong, ▓▓▓▓▓▓▓, Shane Walker, Jessica Stuckey, Monique Matheson,

---

[1] For purposes of Plaintiff's itemized list of economic damages under the Federal EPA, "Scenario 1" assumes a liability period of three years pursuant to a finding that NIKE's violation was willful, and "Scenario 2" assumes a liability period of two years pursuant to a finding that NIKE's violation was not willful.

Page 3 –   PLAINTIFF'S ITEMIZED LIST OF ECONOMIC DAMAGES

Lauren Anderson, Alison Daugherty, Mark Parker, Elliot Hill, Sheena Compton, Shelli White, and Genevieve Long.

Plaintiff will also prove the above referenced economic damages through the expert testimony of Jennifer Murphy and David Neumark, and the exhibits, attachments, and supporting schedules appended to, or cited in, the expert reports of Ms. Murphy or Mr. Neumark (including the updated expert report of Ms. Murphy). Plaintiff has already put NIKE on notice of Plaintiff's economic damages through, among other things, service on NIKE of Ms. Murphy and Mr. Neumark's expert reports and associated exhibits, attachments, and supporting schedules. This includes, but is not limited to, a full and separate itemization of economic damages sought by Plaintiff for each of the four aforementioned claims, as applicable (i.e., Plaintiff's separate itemization of economic damages by claim are included in Ms. Murphy's corrected expert report at Schedule 3_Hender and in Ms. Murphy's updated expert report at Schedule 1_Hender).[2] Plaintiff has also put Nike on notice of Plaintiff's updated interest calculations, through March 31, 2026, through an updated expert report of Ms. Murphy (i.e., Schedule 1_Hender to Ms. Murphy's updated expert report).

---

[2] Plaintiff also seeks punitive damages associated with NIKE's malicious or reckless act(s) of discrimination, in an amount to be determined by the jury, and Ms. Murphy will testify regarding NIKE's financial condition and ability to pay punitive damages.

Page 4 –    PLAINTIFF'S ITEMIZED LIST OF ECONOMIC DAMAGES

| | |
|---|---|
| DATED: January 26, 2026 | ACKERMANN & TILAJEF, P.C. |
| | |
| | */s/ Erika Smolyar* |
| | Craig J. Ackermann (admitted *pro hac vice*) |
| | cja@ackermanntilajef.com |
| | Brian Denlinger (admitted *pro hac vice*) |
| | bd@ackermanntilajef.com |
| | Erika Smolyar (admitted *pro hac vice*) |
| | es@ackermanntilajef.com |
| | 315 South Beverly Drive, Suite 504 |
| | Beverly Hills, CA  90212 |
| | Tel: (310) 277-0614 | Fax: (310) 277-0635 |
| | |
| | GOLDSTEIN BROWNE, PC |
| | Byron Goldstein (admitted *pro hac vice*) |
| | Barry Goldstein (admitted *pro hac vice*) |
| | 1111 Broadway 3rd Floor, 04-117 |
| | Oakland, CA 94607 |
| | Telephone: (510) 584-9020 |
| | |
| | MARKOWITZ HERBOLD PC |
| | Laura Salerno Owens, OSB #076230 |
| | David B. Markowitz, OSB #742046 |
| | Harry B. Wilson, OSB #077214 |
| | Kathryn P. Roberts, OSB #064854 |
| | Kelsie G. Crippen, OSB #193454 |
| | |
| | DARDARIAN HO KAN & LEE |
| | Laura L. Ho (admitted *pro hac vice*) |
| | James Kan (admitted *pro hac vice*) |
| | Katharine F. Trabucco (admitted *pro hac vice*) |
| | |
| | *Attorneys for Plaintiff* |