# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**KELLY CAHILL, et al.**
    Plaintiff,

Case No.: 3:18–cv–01477–AB

**v.**

**SUPPLEMENTAL JURY TRIAL
MANAGEMENT ORDER
REGARDING THE JERS SYSTEM**

**NIKE, INC.**
    Defendant.

---

To facilitate the use of the Jury Evidence Recording System (JERS) during trial in this action:

**IT IS HEREBY ORDERED** that no later than **February 25, 2026**, the parties shall submit their trial exhibits to the Court in electronic form per the instructions in the *Submission Requirements for Electronic Trial Exhibits* document found at ord.uscourts.gov/jers–exhibits.

Counsel shall contact the Courtroom Deputy to schedule a time to test the parties' exhibit presentation in the courtroom. Counsel may wish to have present staff that assisted in the preparation of exhibits.

**DATED** this 27th day of January, 2026

/s/Amy M. Baggio

Honorable Amy M. Baggio
United States District Judge.