LAURA ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR  97205
Tel:  (503) 224-3380
Fax:  (503) 220-2480

DANIEL PRINCE (*pro hac vice*)
danielprince@paulhastings.com
FELICIA A. DAVIS (*pro hac vice*)
feliciadavis@paulhastings.com
LINDSEY C. JACKSON (*pro hac vice*)
lindseyjackson@paulhastings.com
ALYSSA K. TAPPER (pro hac vice)
alyssatapper@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Tel:  (213) 683-6000
Fax:  (213) 627-0705

Attorneys for Defendant NIKE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated,<br><br>                                   Plaintiffs,<br><br>     v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>                                   Defendant. | Case No.:  3:18-cv-01477-AB<br><br>**NIKE, INC.'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |

**Local Rule 7-1 Certification**

Counsel for Defendant NIKE, Inc. ("NIKE" or "Defendant") conferred with counsel for Plaintiff regarding this motion prior to filing. Counsel for Plaintiff stated: "Plaintiff does not object to NIKE's request in general because Plaintiff seeks to work cooperatively with NIKE, and NIKE's request is done in good faith and with good reasons. Plaintiff cannot agree to join in this affirmative request for a later trial date because of the Court's view that Plaintiff engaged in unreasonable delay (a view we do not agree with but must acknowledge) when it denied - erroneously, in our view - plaintiff and the putative class members the opportunity to use relevant evidence for class certification. Of the weeks listed below, Plaintiff objects to two: the April 20 and April 27 weeks. A critical member of Plaintiff's trial counsel team, and the only Oregon-based trial counsel, has a trial scheduled to begin on April 13 that may continue into the week of April 20. And Plaintiff has a long-planned trip beginning on April 28 that is impossible to reschedule. This means Plaintiff would be substantially prejudiced if trial were scheduled to begin on either April 20 or 27."

**MOTION**

On January 16, 2026, this Court entered a scheduling order setting trial to begin six weeks later, on March 2, 2026. NIKE respectfully requests to continue the trial date to another date mutually agreeable to the Parties and the Court.

While NIKE shares the Court's desire to expedite resolution of this long-standing case, counsel have multiple existing obligations that make a March 2 trial date difficult. For example, as set forth in greater detail in the Declaration of Daniel Prince in support of this motion, counsel for NIKE have significant, immovable conflicts with the March 2 trial date, including:

- Mr. Prince is scheduled to be in Washington, DC from February 18-20; and in

Page 1    -    NIKE, INC.'s UNOPPOSED MOTION TO CONTINUE TRIAL DATE

New York from March 1-5, 2026. Prince Decl. ¶ 3. These client/work obligations would significantly impair Mr. Prince's ability to prepare for trial and would prevent him from participating in trial the week of March 2.

- Felicia Davis is scheduled to be in New York from February 21-March 1, 2026 for work-related meetings. Prince Decl. ¶ 4. These meetings would significantly impair her ability to prepare for a March 2 trial.

- The primary associates supporting the NIKE legal team and local counsel for NIKE also have existing commitments that impair their ability to prepare for and/or participate in trial the week of March 2, including one associate who has surgery scheduled for the week of March 2 that would prohibit her from participating in the trial. Prince Decl. ¶¶ 5-6.

The Parties have conferred regarding scheduling. Existing obligations of counsel in mid-March and early April, as well as the schedule for spring break for Portland-area schools, make a late March or early April trial date challenging. *See* Prince Decl. ¶¶ 3, 4, 6. NIKE conferred with counsel for Plaintiff to identify potential new dates for trial. Based on that conferral, NIKE states as follows:

- The parties are available for trial beginning March 30, 2026. NIKE understands that Plaintiff's expert may need some accommodations relating to the timing of his testimony if trial takes place that week.

- Counsel for NIKE is available for trial beginning the weeks of April 20 or 27, 2026, but understands that counsel for Plaintiff is not available the week of April 20 because one of their attorneys has a conflicting trial or the week of April 27 because of Plaintiff's scheduled vacation.

Page 2   -   NIKE, INC.'s UNOPPOSED MOTION TO CONTINUE TRIAL DATE

- The parties are available for trial beginning May 11, 2026, except that Laura Rosenbaum, local Oregon counsel for NIKE, has a conflicting trial in Multnomah County Circuit Court that week in a later-filed case. If the Court sets trial for that week, Ms. Rosenbaum could try to ask the Multnomah County Court to move that trial, but if the Multnomah County Court did not agree, then that week would not work for NIKE.
- The parties are available for trial beginning June 29, July 13, or July 20, 2026.

This request to continue the trial is not intended for the purposes of delay and does not unfairly prejudice any party in the case. If the Court is not available any of the weeks proposed above, NIKE respectfully requests a status conference with the Court to discuss mutually-agreeable trial dates. If the Court resets the trial date as requested in this Motion, NIKE respectfully requests that the Court also reset the pre-trial conference closer to the new trial date, so that the pre-trial deadlines set by the Court's Civil Jury Trial Management Order are extended to align with the new trial and pre-trial conference dates.

Dated: January 28, 2026

/s/ Daniel Prince
Daniel Prince (*pro hac vice*)
danielprince@paulhastings.com
Felicia A. Davis (*pro hac vice*)
feliciadavis@paulhastings.com
Lindsey C. Jackson (*pro hac vice*)
lindseyjackson@paulhastings.com
Alyssa K. Tapper (*pro hac vice*)
alyssatapper@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705

Page 3 - NIKE, INC.'s UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Laura Rosenbaum, OSB No. 110061
Laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Tel: (503) 224-3380
Fax: (503) 220-2480
Attorneys for Defendant Nike, Inc.

Page 4    -    NIKE, INC.'s UNOPPOSED MOTION TO CONTINUE TRIAL DATE