LAURA ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR  97205
Tel:  (503) 224-3380
Fax:  (503) 220-2480

DANIEL PRINCE (*pro hac vice*)
danielprince@paulhastings.com
FELICIA A. DAVIS (*pro hac vice*)
feliciadavis@paulhastings.com
LINDSEY C. JACKSON (*pro hac vice*)
lindseyjackson@paulhastings.com
ALYSSA K. TAPPER (pro hac vice)
alyssatapper@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Tel:  (213) 683-6000
Fax:  (213) 627-0705

Attorneys for Defendant NIKE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>　　　　　　　　　　Defendant. | Case No.:  3:18-cv-01477-AB<br><br>**DECLARATION OF DANIEL PRINCE IN SUPPORT OF NIKE, INC.'S UNOPPOSED TO MOTION TO CONTINUE TRIAL DATE** |

I, Daniel Prince, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am admitted *pro hac vice* to the District Court of Oregon. I am a partner with the law firm of Paul Hastings LLP and am counsel of record for NIKE, Inc. ("NIKE") in the above-captioned matter. I have personal knowledge of the facts set forth herein, or know of such facts in the normal course of the business of Paul Hastings LLP and, if called upon to do so, could and would competently testify hereto.

2. I submit this Declaration in support of NIKE, Inc.'s Unopposed Motion to Continue Trial Date.

3. I am scheduled to be in Washington, DC for pre-scheduled work meetings from February 18-20, 2026; in New York for pre-scheduled work meetings from March 1-5, 2026; and in Florida for pre-scheduled work meetings from March 11-15, 2026. These pre-existing work/client obligations (which I am unable to move) would significantly impair my ability to prepare for and participate in the trial scheduled in this matter, from March 2-6, 2026. I also have a pre-scheduled personal trip to the Philippines (to participate in a wedding) from April 7-12, 2026.

4. My partner, Felicia Davis, is co-counsel of record for NIKE in the above-captioned matter. Ms. Davis is scheduled to be in New York for work-related meetings from February 21-March 1, 2026, which would significantly impair her ability to prepare NIKE for a March 2 trial. Ms. Davis also has pre-scheduled work meetings in Florida from March 11-15, 2026.

5. The primary associates supporting our team on this case also have pre-existing

      conflicts, including a late February arbitration that would interfere with preparation for trial and a March 4-5 medical procedure that would prevent her trial attendance the week for March 2.

6. I understand that Laura Rosenbaum, who is local counsel for NIKE in this matter, is scheduled to be in Salem, Oregon for oral argument before the Oregon State Court of Appeals on March 4, 2026. This hearing would conflict with local counsel's attendance at trial.

7. We understand that the week of March 23, 2026 is spring break for Portland-area schools, which would make scheduling testimony a challenge for NIKE witnesses and would likely be difficult for many jurors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this day 28th day of January, 2026 in Los Angeles California.

Date:   January 28, 2026              */s/ Daniel Prince*
                                                        DANIEL PRINCE