LAURA ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR  97205
Tel:  (503) 224-3380
Fax:  (503) 220-2480

DANIEL PRINCE (*pro hac vice*)
danielprince@paulhastings.com
FELICIA A. DAVIS (*pro hac vice*)
feliciadavis@paulhastings.com
LINDSEY C. JACKSON (*pro hac vice*)
lindseyjackson@paulhastings.com
ALYSSA K. TAPPER (pro hac vice)
alyssatapper@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Tel:  (213) 683-6000
Fax:  (213) 627-0705

Attorneys for Defendant NIKE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>      v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>                    Defendant. | Case No.:  3:18-cv-01477-AB<br><br>**JOINT STIPULATION REGARDING MOTIONS *IN LIMINE*; [PROPOSED] ORDER** |

Plaintiff Heather Hender ("Plaintiff") and Defendant NIKE, Inc. ("NIKE") (collectively, the "Parties"), through their respective counsel, hereby stipulate as follows and request entry of a Court Order providing for the same:

On January 16, 2026, the Court issued its Civil Jury Trial Management Order, which states that motions *in limine* are "not to exceed 20 pages without leave of court" and "[r]esponses to motions *in limine* . . . [shall] not exceed 15 pages without leave of court." ECF No. 678 at 3, 5. The Parties believe that additional pages are necessary given the issues raised in the case. The Court previously agreed to give the Parties 40 pages for their motions *in limine* and 20 pages for their responses when the case had four plaintiffs. *See* ECF No. 590. While the number of plaintiffs has changed, many of the issues underlying the Parties' motions *in limine* remain the same. Because additional pages are requested for the initial motions *in limine*, the Parties also jointly requested additional pages for the responses to those motions. The Parties therefore jointly request that motions *in limine* not exceed 40 pages per side and 20 pages per side for responses.

Based on the foregoing, the Parties request that the Court enter an order making the following modifications to the Court's pre-trial orders: Motions *in limine* shall be filed as sub-parts within a single document not to exceed 40 pages for each Party. Responses to motions *in limine* shall not exceed 20 pages for each Party.

///

///

///

///

///

///

Page 4    -    PARTIES' JOINT STIPULATION REGARDING MOTIONS *IN LIMINE*; [PROPOSED] ORDER

Dated:  January 29, 2026		Respectfully submitted,

ACKERMANN & TILAJEF, P.C.

 /s/  Byron Goldstein
Craig J. Ackermann (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
Erika Smolyar (admitted *pro hac vice*)
es@ackermanntilajef.com
315 South Beverly Drive, Suite 504
Beverly Hills, CA  90212
	Tel: (310) 277-0614 | Fax: (310) 277-0635

GOLDSTEIN BROWNE, PC
Byron Goldstein (admitted pro hac vice)
Barry Goldstein (admitted pro hac vice)
1111 Broadway 3rd Floor, 04-117
Oakland, CA 94607
Telephone: (510) 584-9020

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
David B. Markowitz, OSB #742046
Harry B. Wilson, OSB #077214
Kathryn P. Roberts, OSB #064854
Kelsie G. Crippen, OSB #193454

DARDARIAN HO KAN & LEE
Laura L. Ho (admitted pro hac vice)
James Kan (admitted pro hac vice)
Katharine F. Trabucco (admitted pro hac vice)

Attorneys for Plaintiff

Page 4     -    PARTIES' JOINT STIPULATION REGARDING MOTIONS *IN LIMINE*; [PROPOSED] ORDER

| | |
|---|---|
| Dated:  January 29, 2026 | /s/  Laura Rosenbaum |

Daniel Prince (*pro hac vice*)
danielprince@paulhastings.com
Felicia A. Davis (*pro hac vice*)
feliciadavis@paulhastings.com
Lindsey C. Jackson (*pro hac vice*)
lindseyjackson@paulhastings.com
Alyssa K. Tapper (*pro hac vice*)
alyssatapper@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705

Laura Rosenbaum, OSB No. 110061
Laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Tel: (503) 224-3380
Fax: (503) 220-2480

Attorneys for Defendant Nike, Inc.

Page 5    -    PARTIES' JOINT STIPULATION REGARDING MOTIONS *IN LIMINE*; [PROPOSED] ORDER

## [PROPOSED] ORDER

Motions *in limine* shall be filed as sub-parts within a single document not to exceed 40 pages in total for NIKE and 40 pages in total for Plaintiff. Responses to motions *in limine* shall not exceed 20 pages in total for NIKE and 20 pages in total for Plaintiff.

**IT IS SO ORDERED.**


Dated: _____    _____
                                                    HON. AMY BAGGIO
                                                    United States District Judge