**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
**Kelsie G. Crippen, OSB #193454**
KelsieCrippen@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 | Fax: (503) 323-9105

**Laura L. Ho** (admitted *pro hac vice*)
lho@dhkl.law
**James Kan** (admitted *pro hac vice*)
jkan@dhkl.law
**Katharine L. Fisher** (admitted *pro hac vice*)
kfisher@dhkl.law
DARDARIAN HO KAN & LEE
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | Fax: (510) 835-1417

Counsel for Plaintiff

[Additional Counsel of Record listed on next page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KELLY CAHILL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-01477-AB<br><br>**DECLARATION OF BYRON GOLDSTEIN IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE A RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>**FILED UNDER SEAL** |

**Byron Goldstein** (admitted *pro hac vice*)
byron@goldsteinbrowne.com
**Barry Goldstein**, Of Counsel (admitted *pro hac vice*)
barry@goldsteinbrowne.com
GOLDSTEIN BROWNE, PC
1111 Broadway 3rd Floor, Office 04-117
Oakland, CA 94607
Telephone: (510) 584-9020
Email: team@goldsteinbrowne.com


**Craig Ackermann** (admitted *pro hac vice*)
cja@ackermanntilajef.com
**Brian Denlinger** (admitted *pro hac vice*)
bd@ackermanntilajef.com
**Erika Smolyar** (admitted *pro hac vice*)
es@ackermanntilajef.com
ACKERMANN & TILAJEF PC
315 S Beverly Drive, Suite 504
Beverly Hills, CA 90212

I, Byron Goldstein, declare as follows:

1.      I am a member in good standing of the Bar of the State of California and a partner at Goldstein Browne, PC in Oakland, California. I am counsel for Plaintiffs, along with Markowitz Herbold, Ackerman & Tilajef, India Lin Bodien Law, and Dardarian, Ho, Kan & Lee. I am providing this declaration in support of Plaintiff's Reply In Support of Motion for Leave to File a Renewed Motion for Class Certification.  I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them if called upon to do so.

2.      Attached as **Exhibit A** is a true and correct copy of an email from Monique Matheson to Nike Employees ("Lst-Nike Global"), dated April 4, 2018, subject line "Representation & Pay Equity Commitments," NIKE_00002233-36, produced by Nike in this litigation. This document is also Plaintiff's Trial Exhibit No. P018.

3.      Attached as **Exhibit B** is a true and correct copy of "Nike Job Architecture," NIKE_00023548, produced by Nike in this litigation. This document is also Plaintiff's Trial Exhibit No. P125.

4.      Attached as **Exhibit C** are true and correct excerpts from the deposition of Genevieve Long, taken on September 27, 2023.

5.      Attached as **Exhibit D** is a true and correct copy of "Brand Marketing Team & Talent Executive Summary," NIKE_00057850-60. This document is also Plaintiff's Trial Exhibit No. P267.

6.      Attached as **Exhibit E** is a true and correct copy of "Consumer Marketplace (+CAT & MERCH)," NIKE_00034369. This document is also Plaintiff's Trial Exhibit No. P212.

7.      Attached as **Exhibit F** are true and correct excerpts from the deposition of Melanie Strong, taken on March 1, 2024.

8.      Attached as **Exhibit G** are true and correct excerpts from the deposition of Nicole Hubbard Graham, taken on June 20, 2024.

9.      Attached as **Exhibit H** is a true and correct copy of emails exchanged between

Monique Matheson and ███████████, cc'ing Hilary Krane, dated February 2018 and June 2019, subject line "Email RE: URGENT: re: Thank you," PLF_028043-44, produced by Plaintiff in this litigation. This document is also Plaintiff's Trial Exhibit No. P403.

10.     Attached as **Exhibit I** is a true and correct copy of an email from ███████████ to Hilary Krane, cc'ing Monique Matheson, dated February 16, 2018, subject line "Re: Thank you," PLF_028039, produced by Plaintiff in this litigation. This document is also Plaintiff's Trial Exhibit No. 400.

11.     Attached as **Exhibit J** is a true and correct copy of an email from Hilary Krane to ███████████, dated March 12, 2018, subject line "Thanks again," PLF_028042. This document is also Plaintiff's Trial Exhibit No. P402.

12.     Attached as **Exhibit K** is a true and correct copy of a Wall Street Journal article entitled "Nike Split with Neymar Amid Sexual-Assault Probe," dated May 27, 2021.

13.     Emily Tucker is a former Nike employee and Opt-In Plaintiff. She filed a consent to join form in this case pursuant to the federal Equal Pay Act on January 22, 2020. *See* Ms. Tucker's Consent to Join, Dkt. 95. After the Court's 2023 order declining to certify a class (Dkt. 335), the Court granted the Unopposed Motion for Voluntary Dismissal of Ms. Tucker's and the other class Opt-In Plaintiffs' federal Equal Pay Act claim on December 28, 2023 (Dkt. 400).

14.     Attached hereto as **Exhibit L** is a true and correct copy of an email that Emily Tucker sent me on October 29, 2025, including the image she attached to this email. One day after Nike filed its Opposition to Plaintiff's Motion for Leave to File a Renewed Motion for Class Certification (Dkt. 661), I received this October 29, 2025 email from Ms. Tucker. This email from Ms. Tucker was unsolicited. I did not solicit this email. No one from the law firms representing Plaintiff solicited this email. Nor did I or anyone else from any of these law firms have any recent contact with Ms. Tucker. After receiving this email, I asked Ms. Tucker whether Plaintiff could refer to and/or attach her email to Plaintiff's Reply in Support of the Motion for Leave to File a Renewed Motion for Class Certification. In response, Ms. Tucker said: "absolutely," and that she "would be happy to clarify to Nike that silence is not equal to having

'moved on!'"

I declare under penalty of perjury under the Laws of the United States and the State of Oregon that the foregoing is true and correct, and that this Declaration was executed this 12th day of November, 2025 in Oakland, California.

_/s/ Byron Goldstein_
Byron Goldstein

# EXHIBIT A

Message

| | |
|---|---|
| **From**: | MMatheson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6FBEEAB93A734FB3939CC8B7F8EDCCA8-M.MMATHESON] |
| **Sent**: | 4/4/2018 4:00:23 PM |
| **To**: | Lst-Nike.Global [lst-nike.global@nike.com] |
| **BCC**: | Powell, Nigel [nigel.powell@nike.com]; Leonard, Kellie [kellie.leonard@nike.com]; Remuzzi, Mary [mary.remuzzi@nike.com]; Oei, Sabrina [sabrina.oei@nike.com]; Freinquel, Mihal [mihal.freinquel@nike.com]; Favret, Emily [emily.favret@nike.com]; Communications, Internal [internal.communications@nike.com]; Wade, Marcus [marcus.wade@nike.com]; Krane, Hilary [hilary.krane@nike.com]; Matheson, Monique [monique.matheson@nike.com]; ███████████████████████████ ]; Andrews, Antoine [antoine.andrews@nike.com]; Fuller, Julie [julie.fuller@nike.com]; Leinwand, Robert [robert.leinwand@nike.com]; Thibodeaux, Lauren [lauren.thibodeaux@nike.com]; Lupo, Kim [kimberly.lupo@nike.com]; Simpson, Patrick [patrick.simpson@nike.com]; Smiddy, Alex [alex.smiddy@nike.com]; Small, Carolyn [carolyn.small@nike.com]; Bassett, Lynn [lynn.bassett@nike.com] |
| **Subject**: | Representation & Pay Equity Commitments |
| **Flag**: | Follow Up |



**EXHIBIT 512**
Shane Walker
12/17/2020
Teresa Rider - CSR

Team –

We are committed to evolving our culture and making NIKE, Inc. an environment focused on respect, equality, inclusion and empowerment. For NIKE to grow and evolve, we need to create meaningful change and put a sharper focus on how we lead our teams and work together.

We're a growth company committed to employing the best and brightest to serve consumers globally. Employees with the necessary skillsets, expertise and diversity are critical to drive our business forward. Diversity allows for a breadth of perspectives and experiences to develop thoughtful and original ideas; it's a key component of innovation.

We also want to create a culture of true inclusion. As part of our plan, we need to improve representation of women and people of color (POC). While we're focused on these two areas in the near term, we will continue to expand representation across other dimensions of diversity over the long term.

While we've spoken about this many times, and tried different ways to achieve change, we have failed to gain traction – and our hiring and promotion decisions are not changing senior-level representation as quickly as we have wanted. We need to accelerate our progress and are committed to being transparent.

I want to walk you through a few elements of this – including where we are now and how we plan to improve. Also, I'd like to help explain some recent pay-related data. It's a lot. Please take some time to get through it.

**OUR CURRENT REPRESENTATION**

Our efforts to improve will begin at the Vice President (VP) level, because representation at this level provides a foundation for us to grow representation at all levels. As a group, these leaders manage broad teams, recognize and promote our internal talent, hire in larger volume, and are charged with leading the business direction for our company and tone for our culture. They also serve as role models and advocates for talent in the organization.

Our FY17 data show that at the VP level, representation is currently at 29% women globally, and 16% POC in the U.S. The U.S. is the only country in which NIKE captures employee race/ethnicity information. Many countries restrict the collection of personal demographic information so we are unable to capture it consistently. Even so, we will continue to make progress against diverse representation globally.

We're also committed to increasing diverse representation across all levels of the company, because we know that our manager and director-level employees will be part of the future senior leadership teams for NIKE. See the FY17 data

CONFIDENTIAL

Plaintiff's Trial Exhibit 18
Page 1 of 4

3:18-cv-01477
PLAINTIFF'S
TRIAL EXHIBIT
**P018**

NIKE_00002233

for all employees, Directors+ and VPs here:

**THE UK GENDER PAY GAP REPORT DETAILS**

I also wanted to share that today, the Nike Brand filed a legally-required government report that measures the

Plaintiff's Trial Exhibit 18
Page 2 of 4

difference in average pay for UK women and men at Nike.

The UK Gender Pay Gap is calculated by aggregating all men's pay versus all women's pay – across all bands, levels and jobs – and taking the average of each. The difference in average pay is caused by having fewer UK women in senior-level, higher-paying positions.

Applying the formula, the calculations show that on average, UK men earned 10% more in hourly pay than women in Wholesale (comprised of all Nike employees in the UK minus Retail) and 3% more in Retail. The bonus pay difference between UK men and women was 37% in Wholesale and 15% in Retail. You can learn more about this methodology and data here.

We are working on an action plan to address these results locally in the UK.

**PAY EQUITY IS ONE PART OF THE SOLUTION**

Not to be confused with the UK Gender Pay Gap Report, we also want to provide our most recent data on Global Pay Equity, which we reported last year for the first time. Pay Equity is defined as equal compensation for women, men and all races/ethnicities who undertake the same work at the same level, experience and performance. It's different from the UK Pay Gap analysis because it looks at pay for jobs, rather than average of all pay.

Our FY17 Pay Equity data show that for every $1 earned by men, women globally earned 99.9 cents, and for every $1 earned by white employees in the U.S., POC earned $1.

Our approach mirrors that of other leading companies, and allows us to compare across companies and evaluate progress. We've also heard from some of you that this result does not reflect your personal experience, so we have begun supplemental analysis to help us to learn more about specific parts of the company and make speedier progress.

We are monitoring these data, and adjusting where appropriate, driving with 1:1 as our goal for both groups, every year. And while Pay Equity is an important measure, we are also focused on the deeper issue of driving changes in representation, banding and promotions. We will be studying time-in-job and the pace of promotions across our employee base – with a strong focus on women and POC – to understand how this impacts representation.

**DRIVING TOWARD CHANGE**

We are committed to driving change to move us forward. We've done some work overall already, but need to move faster. Here is where we will start:

- **Hold leaders accountable:** There are three ways to increase representation – promotion, retention and hiring – and we're working through strategic initiatives and action plans to enable each of them. Leaders will be held accountable for representation growth within their teams (women globally, and POC in the U.S.).
- **Develop diverse talent:** A multi-faceted approach to investing in our diverse talent. This includes evolving our current development offerings, creating new programs that accelerate emerging diverse leaders, and expanding our employee networks – showcasing our commitment to engaging the diverse talent of the future.
- **Inclusive hiring:** Invest in a dedicated diversity sourcing team to be immersed in the marketplace; increase visibility and accountability to ensure slates of diverse candidates when hiring; and remove bias from critical moments of the hiring process by creating more inclusive job descriptions, enabling blind resume reviews, eliminating the collection of candidate salary history, and using data to inform hiring decisions.
- **Accelerated training:** Focused manager training, beginning in May, to ensure all managers are clear on expectations – when and how they are compelled to act – and have resources to lead in a manner consistent with our values and behaviors. Mandatory Unconscious Bias Awareness training for all employees aimed at creating a stronger, more inclusive culture. Unconscious Bias Awareness training will launch to employees located in the U.S. and Canada in August, with a global launch to all employees in mid-FY19.

Our executive leadership team is committed to action and change. We begin with representation – which we know requires sharp and sustained attention. We will be talking a lot more about our culture, redefining what great leadership looks like and how we model a culture where all leaders are focused on empowering our employees.

We look forward to having a full, open dialogue with everyone. We will also provide opportunities to continue this

Plaintiff's Trial Exhibit 18
Page 3 of 4

conversation, and for our communities around the world to share and connect. Over the next couple of weeks and continuing in the months ahead, there will be opportunities to speak directly with leaders face-to-face in small group sessions, 1:1s and D&I-sponsored forums about what this means.

I know you probably have questions, and we've tried to answer some of them here. I believe we are moving in the right direction, and as an Executive Leadership Team, we're encouraged by the passion and voices we hear. We're listening and we'll keep this dialogue going.

We need everyone's help to drive this change, and our leadership team is accountable for making progress against this vision.

I'll connect again soon.

**Mo Matheson**
Chief Human Resources Officer

FOR INTERNAL USE ONLY. © 2018 ALL RIGHTS RESERVED

For more information visit:

CONFIDENTIAL

NIKE_00002236

# EXHIBIT B



1

Plaintiff's Trial Exhibit 125
Page 1 of 34



Hello and welcome to the Job Architecture training.

Determining the right job code for your employees is critical since job codes drive many of the element of total rewards.

Job code drives the employee's pay range,

Job band  (which is associated with job code) determines award eligibility

The job code's function or Pipeline is the starting point for our Talent Development team to determine key talent & career paths.

With all of these elements based on job codes,

it's important as a manager to understand Nike's structure and the architecture of the way that our job codes fit together as well as how to determine the right job code for your employees.

2



Nike's Job Architecture is driven off two elements which are consistent across the globe:

the Size of Work and Type of work.

When these come together, you get the global job code.

3



4



Our band structure at Nike creates a common framework for jobs across the company

Bands are used to determine the relative size of a job

They are a
      Method for Grouping Jobs
      Help to Differentiate Levels and Roles
      Drive Global Consistency
      Allows for Employee Growth and Development and easy transition
      between groups/pipelines/locations/etc.

5



Within our bands are levels which divide the level of work.

These levels align with the surveys that we use to determine market competitiveness.

6



Note that within levels, we have both individual contributor & manager zones.

Management levels are green on this slide, starting with L-band supervisors and progressing through our executive bands.

Make sure that you watch the module on Internal movement as it covers the basics of increasing pay when your employee moves between levels or bands.

7



Looking at our leveling criteria helps us determine the appropriate level for each job.

**Expertise:**
- Look at Functional Expertise required at that level
- Business Expertise External
- Management Expertise

**Delivering Solutions:**
Problem Solving
Customer Focus – Internal &

**Impact**
- Influence
- Accountability
- Decision Making

**Resource Management Leadership**
Project Management
Financial Management
Strategic Planning

**Risk to Brand -** Role in Brand Protection/ Promotion – looks at the level of risk to brand, level of consequences to Nike brand

8



9



When you combine Bands & levels with the *type* of work, you get to specific job codes.

We have identified & divided the many types of work that is done at Nike into **20 Pipelines** = **functional division of type of work.**  Examples:
The way I like to think about this is as our catalogue of jobs.

With over **2000 jobs (2300)** we need a way of grouping jobs together.

**Our system of Pipeline, Family, Subfamilies** are very much like the **Dewey decimal system at a library.**  Help to organize our job codes

They help to narrow the thousands of job codes down into the ones that would be the **most applicable to your group, and to your team**.

10



Look at Finance pipeline – You are a manager with a team of Finance Planners

Need to hire a new team member at the  Intermediate Level

what job code should you use?

Start with the Finance Pipeline

Plaintiff's Trial Exhibit 125
Page 11 of 34



Within each pipeline is multiple job families which further divide each pipeline into similar types of work.

EX:  in Finance pipeline: This is an example of some of the families within the Finance pipeline (there are 12 finance families, total)

12



Important to note that some families have subfamilies that further divide the type of work



In this example, we're looking for the Finance Planning family



Within job families there are jobs across our Nike bands

Plaintiff's Trial Exhibit 125
Page 15 of 34



We're looking for an L –band job

Plaintiff's Trial Exhibit 125
Page 16 of 34



Within the L band, there are two individual contributor levels. In this example, your analyst job is an Intermediate level

17



The appropriate code would be A0374 and the job title would be Prof Inter: Fin Planning.

18

# JOB DESCRIPTIONS

Now, what does a job description look like for this job?

19

# JOB DESCRIPTIONS



At Nike, Job descriptions are meant to be the foundation for information about jobs.

Since the descriptions are global and meant to work for multiple orgs across Nike they are **intentionally very broad** and meant to cover the core accountabilities of the roles, globally.

**Compensation uses the broad descriptions to match to surveys when pricing jobs. The descriptions themselves are owned by Compensation.**

20



When position specific information is added on top of the job description, this information can be used across other areas.

**Talent acquisition** adds role specific information for JOB POSTINGS.

The **Talent Management team** adds information for TALENT MOVEMENT & DEVELOPMENT CONVERSATIONS.

And in **Performance Management processes**, additional information, specific to each individual is added for CFE DEVELOPMENT & REVIEW.

21



Since job codes are global, the job descriptions are as well.  Each job has a job description that includes band level criteria & requirements along with Key Job Accountabilities & Key Capabilities.

Job descriptions are globally relevant and exist for all Nike jobs.

- Info in gray is **standard across the company**
  - Job data
  - Leveling criteria

- Info in white is **job-specific** data
  - Key accountabilities
  - Job requirements

22

# WHERE TO FIND JOB DESCRIPTIONS



Go to your me portal, manager tab

23

Plaintiff's Trial Exhibit 125
Page 23 of 34

# WHERE TO FIND JOB DESCRIPTIONS



On the side is a link to "Lead Team"

24

# WHERE TO FIND JOB DESCRIPTIONS



Under that is a link for Job Descriptions

25

# WHERE TO FIND JOB DESCRIPTIONS



Which will open this page

26

Plaintiff's Trial Exhibit 125
Page 26 of 34

# WHERE TO FIND JOB DESCRIPTIONS



Then just click blue "Run Report" button

27

# WHERE TO FIND JOB DESCRIPTIONS



Which takes you to the Job Descripotions tab.  Either filter to the job description that you need through Functional Area,

# WHERE TO FIND JOB DESCRIPTIONS



or if you know the job code, enter it here

29

Plaintiff's Trial Exhibit 125
Page 29 of 34

# WHERE TO FIND JOB DESCRIPTIONS



Once the code has been entered, click the "Execute" button

Plaintiff's Trial Exhibit 125
Page 30 of 34

# WHERE TO FIND JOB DESCRIPTIONS



And you'll get a list of jobs associated with that code.  Click the space beside the job to highlight it

Plaintiff's Trial Exhibit 125
Page 31 of 34

# WHERE TO FIND JOB DESCRIPTIONS



And then click View Job Description

32

# WHERE TO FIND JOB DESCRIPTIONS



Your job description will show up in the window you'll have the option of dowloading or printing the PDF.

33



Please make sure that you take the time to view the other Comp Training videos that are available online.

For additional questions, you can reference the Manager Playbook and the Talk With me documents that cover a variety of comp topics.

Additional information is also available on the Nike HR website for managers and for employees.

And finally, if you find that you need more in-depth help with any other comp issues that arise, please do not hesitate to reach out to HR Direct for additional help & guidance.

34

# EXHIBIT C

# Deposition Transcript

Case Number: 3:18-cv-01477-JR
Date: September 27, 2023

In the matter of:

# CAHILL, et al. v NIKE, INC.

## GENEVIEVE LONG

**CERTIFIED COPY**

Reported by:

Mary Jacks

Oregon Commission
No. 1027581

Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F



1          UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF OREGON

3

4 KELLY CAHILL, et al.,

5    Plaintiff,

6      V                    Case No. 3:18-cv-01477-JR

7 NIKE, INC.,

8    Defendant.

9 _____

10               DEPOSITION OF

11             GENEVIEVE LONG

12        Taken in behalf of the Plaintiff

13

14

15

16

17

18

19

20     BE IT REMEMBERED THAT, the deposition of

21 Genevieve Long was taken before Mary Jacks, Court

22 Reporter and Notary Public, on Wednesday,

23 September 27, 2023, commencing at the hour of 9:32

24 a.m., at the location of Markowitz Herbold, 1455 SW

25 Broadway, Suite 1900 Portland, Oregon 97201.

```
 1                     APPEARANCES

 2

 3   Appearing on behalf of the Plaintiff:

 4   Byron Goldstein

 5   Goldstein, Borgen, Dardarian & Ho

 6   155 Grand Avenue

 7   Suite 900

 8   Oakland, California 94612

 9   510-287-4324

10   Brgoldstein@gbdhlegal.com

11

12   Appearing on behalf of the Witness:

13   Jose Klein

14   Klein Munsinger, LLC

15   1215 SE 8th Avenue

16   Suite F

17   Portland, Oregon 97214

18   503-260-9587

19   Jose@kleinmunsinger.com

20

21   Also Present:  Shreve VanZanten, Videographer

22

23

24

25
```

| | | |
|---|---|---|
| 09:43:11 | 1 | is? |
| 09:43:11 | 2 | A.  Yes. |
| 09:43:12 | 3 | Q.  And what is this document? |
| 09:43:15 | 4 | A.  It is the leadership org chart at that time. |
| 09:43:19 | 5 | Q.  And do you see that some people have a |
| 09:43:25 | 6 | parenthesis under their title that says "NET"? |
| 09:43:30 | 7 | A.  Yes. |
| 09:43:30 | 8 | Q.  What does that mean? |
| 09:43:32 | 9 | A.  Nike executive team, I believe. |
| 09:43:34 | 10 | Q.  And are those the highest level executives at |
| 09:43:39 | 11 | Nike? |
| 09:43:39 | 12 | A.  Those would have been considered, yes, some of |
| 09:43:42 | 13 | the highest level executives at Nike. |
| 09:43:46 | 14 | Q.  And do you see at the bottom in very small |
| 09:43:50 | 15 | letters it says -- well, there's a definition of NET. |
| 09:43:55 | 16 | A.  Oh, there it is.  I was correct. |
| 09:43:58 | 17 | Q.  And then additional NET members, do you see |
| 09:44:02 | 18 | that, Kris Aman, Jayme Martin? |
| 09:44:03 | 19 | A.  Yes. |
| 09:44:04 | 20 | Q.  Did you work closely with any executives at |
| 09:44:12 | 21 | Nike while you were an HRBP? |
| 09:44:15 | 22 | A.  Yes. |
| 09:44:15 | 23 | Q.  And when I say "executives," I mean vice |
| 09:44:20 | 24 | president and above? |
| 09:44:21 | 25 | A.  Yes. |

09:44:21  1    Q.  Is that what Nike means when they say

09:44:25  2  executive?

09:44:25  3    A.  Yes.

09:44:25  4    Q.  So as we went through just the different

09:44:31  5  businesses you supported, can you tell me who were

09:44:34  6  the executives at Nike that you worked with regularly

09:44:41  7  during your time as HRBP, to the extent you remember

09:44:46  8  them?

09:44:46  9    A.  Yes.  Oh, my goodness.  So --

09:44:50  10    Q.  Would it be easier if I broke it down, maybe

09:44:55  11  starting from the sooner or would it be easier to

09:44:57  12  start from the later?

09:44:57  13    A.  Let's start from the later and maybe build up

09:45:00  14  and -- because I don't know if I remember everybody.

09:45:03  15  There was -- with the PPI that was Patty Ross.  The

09:45:07  16  finance in the beginning was Mike Yonkers.  And then

09:45:14  17  I'm forgetting who the strategy person was.  And then

09:45:18  18  I moved into -- if you can help me --

09:45:18  19    Q.  Sure.

09:45:22  20    A.  Was it running?

09:45:23  21    Q.  And then you moved into most categories --

09:45:23  22    A.  Yeah.

09:45:26  23    Q.  -- running, Super Bowl, Olympics.

09:45:29  24    A.  Yep.  So that was Kris Aman, Jayme Martin,

09:45:37  25  Mark -- oh, if I remember something, should I add

```
 1                REPORTER'S CERTIFICATE

 2            I, Mary Jacks, a professional court

 3   reporter, do hereby certify:

 4            That the foregoing proceedings were taken

 5   before me at the time and place herein set forth;

 6   that any witnesses in the foregoing proceedings,

 7   prior to testifying were placed under oath; that a

 8   verbatim record of the proceedings was made by me

 9   using machine shorthand which was thereafter

10   transcribed under my direction; further, that the

11   foregoing is a transcription thereof.

12            I further certify that I am neither

13   financially interested in the action nor a relative

14   or employee of any attorney of any of the parties.

15            IN WITNESS HEREOF, I have hereunto

16   subscribed my name this 1st day of October, 2023.

17

18

19   _____

20   Mary Jacks

21   Oregon Commission No. 1027581

22   Expires 09/13/2026

23

24

25
```

# EXHIBIT D

# BRAND MARKETING TEAM & TALENT EXECUTIVE SUMMARY
## BRAND TALENT PLANNING MEETING: 11/7/16

> Incorporate HCI/P-Code data for Brand Marketing?

- As Brand Marketing shifts towards the future, we will evolve our operating model to serve consumers today and tomorrow.

- Macro Trends such as higher expectations of our consumers, a faster moving world and the importance of community cause us to change the way we work and shift our focus areas – for example, Elevate Go-to-Market Integration, Supercharge our Creative Functions and Power the Key Cities.

- These changes will require our teams to behave in new ways as we streamline and unify the Strategy, Planning and Delivery of the Brand Experience.

| FROM | TO |
|---|---|
| Managing Communities | Deep Platform Excellence & Innovation |
| Disjointed Briefs & Briefings | Unified Collaborative, Sharp and Scale |
| KPI Confusion | Cross Functionally Aligned KPI's |
| Reactive & Rushed | Proactive & Dynamic |
| Fractured Creative 4.0 Process | Aligned Brand Design & Brand Comms |
| Too Many Product Layers | Streamlined Production Model |
| Multiple Shoots for Every Story | Strategic Integrated Shoots |
| Working Outside Teams for Capabilities | Teams Leveraging their Experience |
| Lack of Connection and Energy of the Street | Impact & Share of Presence in Key Cities |

- The proceeding slides provide an overview of some of the proposed organizational and talent changes in Brand Marketing.  Each reflects a thoughtful approach to organizational and headcount productivity (e.g. HCI & P-Codes) as well as an intention of matching employee's experiences and strengths with key role requirements.



3:18-cv-01477
PLAINTIFF'S
TRIAL EXHIBIT
**P267**

Plaintiff's Trial Exhibit 267
Page 1 of 11

Confidential

# KEY ROLE CHANGES
## BRAND MARKETING'S STRATEGY HAS RESULTED IN THE LATEST SERIES OF PROPOSED TALENT MOVES



| | 1. VP INTEGRATED MEDIA | 2. VP BRAND OPS & PLANNING | 3. VP GLOBAL BRAND DIGITAL | 4. VP NA BRAND PERF. CATEGORIES | 5. VP GLOBAL BRAND WOMEN'S & MEN'S TRAINING |
|---|---|---|---|---|---|
| **TODAY** *TIME IN JOB AS OF OCTOBER 1, 2016* | NEW E7 | KATE ARMSTRONG E7 – HI/MID TIJ: 11MO | DAVE GENEL E7 – MID/MID TIJ: 1YR 11MO | NEW E7 | NEW E7 |
| **COMMENTS** | ☐ New organization ☐ Timing: 12/1/16 | ☐ Redesigned role, remains S band ☐ Timing: 12/1/16 | ☐ New reporting into VP Global Brand Creative & Experience ☐ Timing: 12/1/16 | ☐ New role and org structure managing Performance categories in Brand NA org ☐ Timing: 10/1/16, Already activated | ☐ New combined WT & MT role ☐ Timing: 10/1/16, Already activated |
| **FUTURE** | KATE ARMSTRONG E7 – HI/MID | DAVE GENEL E7 – MID/MID | DANNY TAWIAH S – HI/MID | SEAN TRESVANT E7 – MID/HI | MELANIE STRONG E7 – HI/HI |
| **IMPACT** | -1 P-CODE LATERAL MOVE | +1 P-CODE LATERAL MOVE | PROMOTION | LATERAL MOVE | LATERAL MOVE |
| **OFFSET RECOMMENDATION** | | ☐ DIVEST OF SR. DIRECTOR GLOBAL MARKETING OPS (CHRIS AVENI'S CURRENT ROLE, 10/11/16 EXIT) | | ☐ DIVEST OF VP GLOBAL BRAND MEN'S TRAINING (SEAN TRESVANT'S CURRENT ROLE) | |

### HCI SUMMARY:
CLT NEUTRAL
+1 P-CODE

● 2016 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

Last Updated 11/1/16

2

NIKE_00057851

# GLOBAL BRAND MARKETING LT

Addition of new LT role with the split of VP Brand Media, Planning & Ops into:
- VP Integrated Media (E7)
- VP Brand Strategy & Ops (E7 p-code)



**MARKETING**

Greg Hoffman
CHIEF MARKETING OFFICER

| BRAND EXPERIENCE | POWER UP CATEGORY OFFENSE | CONSUMER AT THE CENTER | DTC FOCUS | INTEGRATED MEDIA | LEAD WITH INNOVATION | CREATIVE EXCELLENCE | OPTIMIZATION |

**VP GBL CREATIVE & EXPERIENCE**
David Schriber
E6

**VP CATEGORIES**
Simon Pestridge
E6

**VP GBL CONSUMER KNOWLEDGE**
Sean Bruich
E7

**VP MEMBER SERVICES**
Pierre-Laurent Baudey
E7

**VP GBL DTC**
Kerri Hoyt-Pack
E7

**VP GBL INTEGRATED MEDIA**
Kate Armstrong
E7

**VP BRAND INNOVATION**
Adam Roth
E7

**VP CREATIVE DIRECTOR CONCEPT DESIGN**
Martin Lotti
E6

**VP BRAND STRATEGY & OPS**
David Genel
E7

**SYNERGY WITH GEOS**

**VP NA**
Gino Fisanotti
E6

**VP WE**
Edgar Jorissen
E6

**VP CHINA**
Stephen Tsoi
E6

**VP CEE**
Robert Zajac
E7

**VP JAPAN**
Gary Tan
E7

**VP EM**
Paolo Tubito
E7

NEW ROLE     NEW TALENT

| TOTAL MOVES: 2 (1 DIVERSE) |
| PROMOTIONS: 0 (0 DIVERSE) |
| LATERALS: 2 (1 DIVERSE) |
| EXTERNALS: 0 |
| EXITS: 0 |
| CLT HC IMPACT: 0 |

● 2016 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

Last Updated
11/1/16

3

# GLOBAL BRAND MARKETING CATEGORIES

Combination of VP Women's Training & Men's
Training into one role



POWER UP
CATEGORY
OFFENSE

VP
CATEGORIES

Simon Pestridge



| VP GBL FOOTBALL | VP GBL RUNNING | VP GBL WT & MT | VP GBL BASKETBALL | SR DIR GLOBAL GOLF | SR DIR GBL SB | VP GBL YA | VP NSW | NIKEiD | BRAND EVENTS | HURLEY | VP JORDAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jesse Stollak E7 | Nikki Neuburger E7 | Melanie Strong E7 | Nicole Hubbard-Graham E7 | Marc Patrick E7 | Kalen Thornton S | Barbara Guinet E7 | Liz Weldon E7 | Vik Singh S | Jessica Roosli S | Priscilla Shumate S | Brian O'Connor E7 |

| WOMEN'S SR BRAND DIRECTOR | WOMEN'S TRAINING SR BRAND DIRECTOR | MEN'S TRAINING SR BRAND DIRECTOR |
|---|---|---|
| Sharon Ong S | Tesa Aragones S | Chloe Shattock S |

NEW ROLE      NEW TALENT

| TOTAL MOVES: 1 (1 DIVERSE) |
| PROMOTIONS: 0 (0 DIVERSE) |
| LATERALS: 1 (1 DIVERSE) |
| EXTERNALS: 0 |
| EXITS: 0 |
| CLT HC IMPACT: 0 |

● 2016 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

Last Updated
11/1/16

4

Plaintiff's Trial Exhibit 267
Page 4 of 11

# BRAND MARKETING NORTH AMERICA

Addition of new LT role, VP NA Brand Performance Categories

Split of Sr. Brand Director NSW & Basketball into two separate roles



**VP NORTH AMERICA**

Gino Fisanotti

| SR DIRECTOR EAST | SR DIRECTOR WEST | SR DIRECTOR CENTRAL | SR DIRECTOR PLANNING & OPS | SR DIRECTOR NSW | VP PERFORMANCE CATEGORIES | VP SPORTS MARKETING | VP COMMUNICATIONS | VP RETAIL BRAND | SR DIRECTOR MEMBER SERVICES | SR DIRECTOR ENTERTAINMENT MKTG | VP CREATIVE | SR DIRECTOR FIELD SPORTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alero Akuya S | Vida Deirahim S | Rami Jabaji S | Jay Lindemann S | Adrian Fenech S | Sean Tresvant E7 | Jon Banks E6 | Charlie Brooks E7 | Pamela Neferkara E7 | Marc Reeves S | Darla Vaughn | Ray Butts E7 | Jack Gold |

**SR DIRECTOR BRAND DIGITAL** — OPEN S

**SR DIRECTOR EVENTS** — Robert Aldinger S

**SR DIRECTOR BRAND COMMS** — Alex Lopez S

| WOMEN'S & WOMEN'S TRAINING | RUNNING | SOCCER | BASKETBALL |
|---|---|---|---|
| Deb Friedman S | Kevin Kirksey S | Kyna Williams E | Jabari Hearn S |

| ATHLETIC TRAINING | SB | YOUNG ATHLETES |
|---|---|---|
| Andy Miguel S | Katie Faulkner U | OPEN E |

NEW ROLE    NEW TALENT

| | |
|---|---|
| TOTAL MOVES: 7 (3 DIVERSE) | |
| PROMOTIONS: 4 (1 DIVERSE) | |
| LATERALS: 3 (2 DIVERSE) | |
| EXTERNALS: 0 | |
| EXITS: 0 | |
| CLT HC IMPACT: 0 | |

● 2016 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

Last Updated 11/1/16

5

# ORG & TALENT PROPOSAL

## 1. INTEGRATED MEDIA

Media powers Nike's Brand and Business, and in order to leverage its full benefit there will be a shift:

| FROM | TO |
|---|---|
| Multiple disconnected Media teams | One aligned and integrated Media team |
| Media Plans with vastly different objectives & KPI's | Aligned Media objectives and KPI's |
| Disconnected Media Buys with the same vendors | One Buy, shared efficiencies |
| Disconnected partnership discussions | One voice to partners |

This shift will result in an Integrated Media Center of Excellence dedicated to driving a single vision, strategy and execution across all paid Media. The team's role will be to:

1. Build Strategy and drive Brand, Category and Business engagement
2. Partner seamlessly with Brand Digital, Brand DTC, Integrated Digital, Member Services, Global Consumer Knowledge and Nike.com
3. Plan and execute new Integrated Media standards across all geographies

Kate Armstrong currently VP Brand Media, Planning & Ops will move laterally into the newly created role, VP, Global Integrated Media (E7).

**INTEGRATED MEDIA: ONE CENTER OF EXCELLENCE**



● 2016 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

Last Updated
11/1/16

6

CONFIDENTIAL

# EXECUTIVE TALENT MOVE TRACKING

To keep pace with growth, we must be better, move faster and behave differently to …

O. Optimize our HUMAN CAPITAL INVESTMENT
1. Increase SUCCESSION PLANNING PRECISION & ALIGNMENT, with A Critical Requirement to Reduce Overlap (Same Person Planned Into More Than One Job at the Same Time)
2. **ACCELERATE DEVELOPMENT** of Our High Potential Players (70 / 20 / 10)
3. RETAIN KEY TALENT, Balanced with Effectively Managing Leadership Transitions
4. Supplement Our Strong Internal Bench with EXTERNAL TALENT
5. **EMBRACE DIVERSITY** Through a Planned and Disciplined Approach

PROMO

TOP 50 JOB



| Movement Legend | |
|---|---|
| 2+ | 2 + Yrs in Current Role |
| ★ | Hi Potential (Inverted L) |
| 🎒 | On Succession (Current Move) |
| 🎒 | On Succession (Top Job) |
| P | P Band Created |
| Ⓟ | P Band Eliminated |
| C | CLT Position Created |
| 🎒 | CLT Position Eliminated |



**KATE ARMSTRONG (HOFFMAN/LONG)**

**CURRENT ROLE:** VP, GLBL MEDIA, BRND PLANNING & OPS

**JOB BAND:** S

**PERSON BAND:** E7

**PERF–PO:** HI/MID

**CFE:** HS/HS/HS

**TU/NIKE:** 11MO/17YR 5MO

**ON SUCCESSION:** N/A

**BRINGS TO ROLE:**
- Deep Media experience and expertise
- Bias for action
- Thinks like a consumer
- Manages trade-offs
- Reduces complexity

**GAINS FROM ROLE:**
- Experience setting the future Integrated Media vision and rallying the organization around it
- Leverage the matrix
- Impact the brand through Media excellence

**TIMING 12/1/16**

(HOFFMAN/LONG)
**VP GLOBAL INTEGRATED MEDIA (E7)**

**KEY REQUIREMENTS:**

- Lead and integrate all media platforms and key performance indicators

- Leverage the matrix though key partnerships with Brand Functions and Geos

- Build an inspiring vision and mission for the future and use it to engage Brand, Category and Business engagement over time

- Showcase deep consumer understanding to drive consumer demand

| | |
|---|---|
| TOTAL MOVES: | 0 (1 DIVERSE) |
| PROMOTIONS: | 0 (0 DIVERSE) |
| LATERALS: | 1 (1 DIVERSE) |
| EXTERNALS: | 0 |
| EXITS: | 0 |
| CLT IMPACT: | 0 |

● 2016 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

Last Updated 11/1/16

7

Confidential

NIKE_00057856

# ORG & TALENT PROPOSAL

## 2. GLOBAL BRAND OPERATIONS & PLANNING

Brand Operations & Strategic Planning are critical functions within the Global Brand Marketing organization.

- Brand Planning provides expertise on leading Global Brand strategies and driving integration and alignment across Categories, Functions and Geographies.
- Marketing & Creative Operations provides expertise on steering work through GamePlan, supporting team alignment and enabling the development of Brand defining work.

Both functions are currently organized under one leader, VP, Brand Media, Planning & Ops.  With the expansion of Integrated Media and a renewed focus on Brand Strategy and Operations, a new role will be created reporting into the Chief Marketing Officer: VP Brand Strategy & Ops.

Dave Genel, currently VP, Global Brand Digital will move laterally into this new role (E7 p-code).

## 3. GLOBAL BRAND DIGITAL

Global Brand Digital continues to power the positioning, storytelling & programming of Nike's Digital channels to support our connection with consumers and drive our Brand, Retail and Wholesale Business.  Its key functions include:

- Brand Positioning & Consumer Proposition
- Storytelling & Content Development
- Targeted Communication
- Content Distribution (Unpaid Social Media)
- Seasonal Concept Creation and Consumer Activation

With Dave Genel's move into VP, Brand Strategy & Ops, Danny Tawiah, currently Sr. Director NA Brand Digital Platforms will be promoted into VP, Global Brand Digital.  Going forward the role will report to David Schriber, VP Global Brand Creative & Experience.

● 2016 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

Last Updated
11/1/16

8

NIKE_00057857

*CONFIDENTIAL*

# EXECUTIVE TALENT MOVE TRACKING



To keep pace with growth, we must be better, move faster and behave differently to …

O. Optimize our HUMAN CAPITAL INVESTMENT
1. Increase SUCCESSION PLANNING PRECISION & ALIGNMENT, with A Critical Requirement to Reduce Overlap (Same Person Planned Into More Than One Job at the Same Time)
2. ACCELERATE DEVELOPMENT of Our High Potential Players (70 / 20 / 10)
3. RETAIN KEY TALENT, Balanced with Effectively Managing Leadership Transitions
4. Supplement Our Strong Internal Bench with EXTERNAL TALENT
5. EMBRACE DIVERSITY, Through a Planned and Disciplined Approach



**DANNY TAWIAH (HIDALGO/FULLER)**

CURRENT ROLE: SR. DIRECTOR NA BRAND DIGITAL PLATFORMS
JOB BAND: S
PERSON BAND: S
PERF–PO: HI/MID
CFE: S/S/E
TIJ/NIKE: 2YR 3MO/10YR
ON SUCCESSION: YES

BRINGS TO ROLE:
• Deep consumer understanding
• Seasoned Brand Digital expert
• Great creative eye and brand sense for what is right

GAINS FROM ROLE:
• Global leadership for large and critical Brand function
• Lead large-scale change
• Influence across the matrix

TIMING 12/1/16

**ALSO CONSIDERED FOR VP, GLOBAL BRAND DIGITAL**

DORINDA ROSS (S), SR. DIRECTOR BRAND DIGITAL WE/CEE

**DAVE GENEL (HOFFMAN/LONG)**

CURRENT ROLE: VP, GLOBAL DIGITAL BRAND
JOB BAND: E7
PERSON BAND: E7
PERF–PO: MID/MID
CFE: S/HS/HS
TU/NIKE: 1YR 11MO/8YR 6MO
ON SUCCESSION: N/A

BRINGS TO ROLE:
• Brand planning experience and expertise
• Brand digital and media strength

GAINS FROM ROLE:
• Role in influencing Global Brand Marketing's future strategy and operating model
• Leveraging the matrix

TIMING 12/1/16

**(HOFFMAN/LONG)**
**VP BRAND STRATEGY & OPS (S)**

KEY REQUIREMENTS:
• Ability to provide strategic direction & focus across the Brand Planning and Operations functions
• Experience leading organizational and individual change and transition
• Expertise partnering with senior leadership to guide strategic direction and lead annual planning process
• Deep consumer knowledge

TOTAL MOVES: 2 (1 DIVERSE)
PROMOTIONS: 1 (1 DIVERSE)
LATERALS: 1 (0 DIVERSE)
EXTERNALS: 0
EXITS: 0
CLT IMPACT: 0

● 2016 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

Last Updated 11/1/16

9

# ORG & TALENT PROPOSAL

## 4. NORTH AMERICA BRAND CATEGORIES

With a focus on resetting the North America Brand Marketing team and where possible mirroring the Global Brand team to create both consistency and clear points of reference, a new E7 role was introduced into the organization, VP, NA Brand Performance Categories.  The role is not only driving a cohesive category offense across product, marketing, investments and marketplace but supports Gino Fisanotti, VP Brand Marketing North America in staying connected to the culture of the North America geography.  The talent in this role leads the NA Category Brand Performance leaders, similar to Simon Pestridge, VP Global Brand Marketing Categories.

Sean Tresvant, currently VP Global Brand Marketing Men's Training (E7) has moved laterally into this role.



●2016 NIKE, Inc. Confidential & Proprietary information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

Last Updated
11/1/16

10

Confidential

NIKE_00057859

CONFIDENTIAL

# EXECUTIVE TALENT MOVE TRACKING

| | |
|---|---|
| PROMO | |
| TOP 50 JOB | |

**Movement Legend**

| | |
|---|---|
| 2+ | 2 + Yrs in Current Role |
| ☆ | Hi Potential (inverted Δ) |
| | On Succession (Current Move) |
| | On Succession (Top Job) |
| P | P Band Created |
| Ⓟ | P Band Eliminated |
| C | CLT Position Created |
| Ⓒ | CLT Position Eliminated |

To keep pace with growth, we must be better, move faster and behave differently to ...

O. Optimize our HUMAN CAPITAL INVESTMENT
1. Increase SUCCESSION PLANNING PRECISION & ALIGNMENT, with A Critical Requirement to Reduce Overlap (Same Person Planned Into More Than One Job at the Same Time)
2. ACCELERATE DEVELOPMENT of Our High Potential Players (70 / 20 / 10)
3. RETAIN KEY TALENT, Balanced with Effectively Managing Leadership Transitions
4. Supplement Our Strong Internal Bench with EXTERNAL TALENT
5. EMBRACE DIVERSITY Through a Planned and Disciplined Approach



**EVOLUTION OF VP, GLOBAL CATEGORY BRAND ATHLETIC TRAINING**

VP, GLOBAL CATEGORY BRAND ATHLETIC TRAINING (E7) WILL BE ELIMINATED

VP, GLOBAL CATEGORY BRAND ATHLETIC TRAINING (E7) AND VP, GLOBAL WOMEN'S TRAINING BRAND MARKETING (E7) WILL COMBINE INTO ONE ROLE, VP GLOBAL BRAND MARKETING TRAINING WOMEN'S AND MEN'S TRAINING (E7)

MELANIE STRONG (E7), CURRENT VP, GLOBAL WOMEN'S TRAINING BRAND MARKETING WILL TAKE ON THE NEWLY COMBINED ROLE AND MANAGE BOTH BRAND MARKETING TRAINING TEAMS

**SEAN TRESVANT (HOFFMAN/LONG)**

CURRENT ROLE: VP, GLOBAL CATEGORY BRAND MEN'S TRAINING
JOB BAND: E7    2+
PERSON BAND: E7
PERF-PO: MID/HI
CFE: S/S/HS
TU/NIKE: 2YR 2MO/9Y 7M
ON SUCCESSION: N/A

BRINGS TO ROLE:
• Think like a consumer
• Engage employees
• Be open and curious
• Global category enterprise marketing leadership experience

GAINS FROM ROLE:
• Influencing across the matrix
• Setting a cross-category brand strategy
• Experience that supports future category GM role
TIMING 10/1/16
(ALREADY ACTIVATED)

**{HIDALGO/FULLER}**

**NEW ROLE**
**VP NA BRAND PERFORMANCE CATEGORIES**
**E7**

KEY REQUIREMENTS:
• Ability to drive a cohesive category offense across product, marketing, investments and marketplace
• Connection to the North American culture
• Think like a consumer
• Leverage the matrix
• Engage employees
• Strategic direction & focus
• Brand visionary

**ALSO CONSIDERED FOR VP NA BRAND CATEGORIES**

BRIAN O'CONNOR (E7), VP JORDAN MARKETING

NICOLE HUBBARD-GRAHAM (E7), VP GLOBAL BASKETBALL BRAND MARKETING

| | |
|---|---|
| TOTAL MOVES: | 1 (1 DIVERSE) |
| PROMOTIONS: | 0 (0 DIVERSE) |
| LATERALS: | 1 (1 DIVERSE) |
| EXTERNALS: | 0 |
| EXITS: | 0 |
| CLT HC IMPACT: | 0 |

© 2016 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

Last Updated 11/1/16    11

NIKE_00057860

# EXHIBIT E

# CONSUMER MARKETPLACE
## (+ CAT & MERCH)

3:18-cv-01477
PLAINTIFF'S
TRIAL EXHIBIT
**P212**

# CONSUMER & MARKETPLACE LT

**PRESIDENT CONSUMER & MARKETPLACE**



ELLIOTT HILL



✓ AGREED MOVE – IN MOTION

☐ MOVE FOR DISCUSSION (dashed orange)

☐ LESS THAN 1 YR IN ROLE (blue)

∧ FEMALE

★ USPOC

AS OF MAY 11, 2018

## BRAND SALES | BRAND GEOGRAPHIES | BRAND

| VP/GM GLOBAL SALES | VP MKTPL DEV | VP/GM EMEA | VP/GM NA | VP/GM GC | VP/GM APLA | VP CHIEF DIGITAL OFFICER | PRESIDENT NIKE DIRECT | PRESIDENT JORDAN | CHIEF MARKETING OFFICER | VP NIKE BRAND STRAT |
|---|---|---|---|---|---|---|---|---|---|---|
| MIKE BEST | STUART HOGUE E7 ACCELERATING | BERT HOYT | TOM PEDDIE | ANGELA DONG ∧ | ANN HEBERT ∧ | ADAM SUSSMAN | HEIDI O'NEILL ∧ | LARRY MILLER ★ | DJ VAN HAMEREN | ALEX YOUNG E7 ACCELERATING |
| 1/12/2015 | 06/19/2017 | 6/19/2017 | 7/1/2016 | 5/29/2015 | 6/15/2017 | 7/24/2017 | 6/1/2016 | 7/16/2012 | 1/15/2018 | 5/19/2014 |
| | | | | | | | | | | RADAR |

## ICDPM | GOT | CORPORATE FUNCTIONS

| VP GBL MERCH | VP GBL LOGISTICS & OPERATIONS | VP DSM | SR DIR GEO IMP STRATEGIC PLANNING | VP CFO GBL BRAND & FUNCTIONS | VP HR |
|---|---|---|---|---|---|
| ANNE SPANGENBERG ∧ | MIKE BREWER | AMY WHITE ∧ | OLIVER KSIONSKI ★ INTERIM ADVANCING 07/2017 | MATT FRIEND | STEVE CONROY |
| 10/1/2014 | 4/1/2016 | 6/19/2017 | | 11/6/2017 | |
| | PLANNED MOVE: VP GSM (E6) PROPSED BACKFILL: EXTERNAL | | | | |

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

2

Plaintiff's Trial Exhibit 212
Page 2 of 41

# SALES

3

# GLOBAL SALES LT

AS OF MAY 11, 2018





**VP GLOBAL SALES**

MIKE BEST

✔ AGREED MOVE – IN MOTION
▢ MOVE FOR DISCUSSION (dashed orange)
▢ LESS THAN 1 YR IN ROLE (blue)
∧ FEMALE
★ USPOC

## GEOGRAPHIES

| VP NA (E6) | VP EMEA (E6) | VP APLA (E6) | VP GC (E6) |
|---|---|---|---|
| TIM SHEERIN E6 | DANIEL EPPLER E6 | IGNACIO SERRAT E7 (P-) ACCELERATING 6/15/2017 | EDDIE HU E7 (P-) ACCELERATING 6/1/2017 |
| 11/7/2016 | 6/19/2017 | | |
| | | ✔ PLANNED MOVE VP/GM BARCELONA/ MILAN/SOUTH (E7) | ✔ PANNED MOVE VP/GM SHANGHAI 5TH & EAST (E7) |
| | | BACKFILL SUE CAREY ^ (E6), EFFECTIVE 6/1/18 | BACKFILL SIMON MEN |

## STRAT ACCT

| VP/GM FOOTLOCKER (E6) | VP/GM INTERSPORT & SPORTING GOODS (E7) |
|---|---|
| JIM REYNOLDS E6 | MARK TRELEASE E7 EXPANDING 1/5/2015 |
| 6/19/2017 | RADAR |

## FUNCTIONS

| VP GBL DIGITAL GTM (E7) |
|---|
| KERRY SOBOL ^ E7 ADVANCING 6/19/2017 |

## CORPORTE FUNCTIONS

| SR DIR GBL SALES PLNG (S) | DIR BIZ DEV (E) | SR DIR MKTPLC OPS (S) | SR DIR HRBP |
|---|---|---|---|
| JOHN KENNEKE S ACCELERATING 6/1/2016 | KIRAN VUTLA ^ E NOT RATED 11/13/2017 | MAITHILI SHENOY ^^ S ACCELERATING 6/13/2016 | REGINA PERATA |

## CATEGORIES

| VP, GLOBAL CATEGORY MKTPL (E6) | VP GBL NSW MKTPL (E7) | VP GBL WOMENS MKTPL (E7) | VP GBL YA MKTPL (E7) | VP GBL TRAINING MKTPL (E7) | VP GBL BBAL MKTPL (E7) | VP GBL RUNNING MKTPL (E7) | VP GBL FOOTBALL MKTPL (E7) |
|---|---|---|---|---|---|---|---|
| OPEN | NIK JACKSON E7 ACCELERATING 2/1/2017 | TARUN PURI E7 ADVANCING 8/8/2013 | TRIP RANDALL E7 ADVANCING 10/1/2015 | CHRIS O'DONNELL E7 ADVANCING 6/19/2017 | GARY SCHAMMEL E7 EXPANDING 6/15/2017 | CHRIS JONES * E7 ADVANCING 6/19/2017 | KRISTJAN LUHA E7 ADVANCING 6/15/2017 |
| PROPOSED BACKFILL: MAGGIE GAUGER^ (E6) | | | | | | | |

## MULTI-CATEGORY

| SR DIR GLOBAL MKTPL, SPECIALTY CATEGORY (S) |
|---|
| BRIAN WILSON S ADVANCING 6/19/2017 |

## JORDAN

| VP, GLOBAL JORDAN MKTPL (E6) |
|---|
| DARIC ASHFORD * E6 6/28/2017 |

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

4

# GLOBAL SALES
## OTHER CLT

**VP GLOBAL SALES**



MIKE BEST

AS OF MAY 11, 2018

| VP, NA SPORTING GOODS | VP/GM NA SALES FINISH LINE | VP, NA SALES – FOOTLOCKER | VP, NA SALES CATEGORIES |
|---|---|---|---|
| EDWARD HABERLE E7 TRANSITIONING 10/1/2001 | JAMES BEEMAN E7 ADVANCING 2/1/2017 | JASON KIRRER E7 ACCELERATING 4/3/2017 | SUSAN CAREY ^ E7 ADVANCING 9/4/2017 |
| RADAR | | | ✓ PLANNED MOVE: VP SALES APLA (E6 PROMO) |
| | | | BACKFILL TANYA HVIZDAK ^ (E7 PROMO) EFFEETIVE 6/1/18 |



© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

5

# GEOS

Plaintiff's Trial Exhibit 212
Page 6 of 41

# NORTH AMERICA LT

**VP/GM NA**



TOM PEDDIE

✓ AGREED MOVE – IN MOTION

☐ MOVE FOR DISCUSSION (orange dashed)

☐ LESS THAN 1 YR IN ROLE (blue)

∧ FEMALE

★ USPOC

AS OF MAY 11, 2018

## TERRITORIES | FUNCTIONS



| VP/GM – WEST (E7) | VP/GM– NYC & EAST (E7) | GM NORTH CENTRAL (E7) | VP NIKE DIRECT NA (E6) | VP MERCH (E6) | VP MARKETING (E6) | VP SALES (E6) |
|---|---|---|---|---|---|---|
| BLANCA GONZALEZ ∧★ E7 ADVANCING 3/2/2015 | ERICA BULLARD ∧★ (P+) E6 (P+) ACCELERATNG 5/7/2017 | ZOE KRISLOCK ∧ E7 ADVANCING 6/15/2017 | NICOLE OTTO ∧ E6 01/01/2018 | JENNIFER INGRAFFEA ∧ E6 3/28/2016 | GINO FISANOTTI E6 7/15/2016 | TIM SHEERIN E6 11/7/2016 |
| RADAR | | | | | | |

## CATEGORIES | GOT | CORPORATE FUNCTIONS

| VP GM RUNNING (E6) | VP GM NSW (E6) | VP GM BASKETBALL (E6) | VP GM WOMENS (E6) | VP GM FIELD SPORTS & SPECIALTY CATG (E6) | VP GM TRAINING (E7) | VP GM YA (E7) | VP GM JORDAN (E7) | VP, LOGISTICS & OPERATIONS (E6) | VP DSM (E7) | CFO (E6) | VP, GLOBAL IMP COUNSEL (E7) | SR. STRAT PLANNING DIR (S) | VP HR NA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAGGIE GAUGER ∧ E6 8/1/2016 | MAGGIE KEITH ∧ E5 6/19/2017 | BRIAN ZAPPITELLO E6 10/5/2015 | SANDY PRESSLEY ∧ E6 4/10/2017 | OPEN E6 | AARON PEMPEL E7 EXPANDING 5/29/2017 | CAL DOWERS ★ E6 (P+) 6/19/2017 | SARAH MENSAH ∧★ E7 ADVANCING 11/3/2014 | BERT STEVENS E6 8/15/2016 | SUSAN BROWN ∧ E7 ADVANCING 6/19/2017 | SHANNON EISENHARDT ∧ E7 1/9/2017 | FABRIZIO MECOZZI E7 ADVANCING 6/3/2016 | JOSH PROCTOR S ADVANCING 1/21/2014 | KORI VYSE |

PROPOSED MOVE
VP GBL X-CAT MP (E6)

✓ EXIT NIKE

BACKFILL:
EMMA MINTO ∧
(E6 PROMO)

PROPOSED BACKFILL:
CEDRIC FLECTHER*
(E6 PROMO)

PLANNED MOVE:
VP/GM NSW APLA (E7)
EFFECTIVE JUNE TBC

PROPOSED BACKFILL:
SCOTT DIXON (E7)

ASSIGNMENT ENDING
Q1 FY20

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

7

# NORTH AMERICA
## OTHER CLT



✓ AGREED MOVE – IN MOTION

☐ MOVE FOR DISCUSSION

☐ LESS THAN 1 YR IN ROLE

∧ FEMALE

＊ USPOC

**VP/GM NA**

TOM PEDDIE

AS OF MAY 11, 2018

**OTHER NA CLT**



| VP, NORTH AMERICA RETAIL BRAND | VP, CREATIVE DIRECTOR NORTH AMERICA | VP, NORTH AMERICA COMMUNICATIONS | VP SPORTS MARKETING NORTH AMERICA | VP NA, BRAND MKTG- PERFORMANCE CATEGORIES | VP/GM DIGITAL COMMERCE NA |
|---|---|---|---|---|---|
| JILL RANKIN ∧ E7 ADVANCING 02/01/2016 | RAY BUTTS ＊ E7 (P+) TRANSITIONING 10/27/2014 | KEJUAN WILKINS ＊ E7 EXPANDING 9/15/2017 | JONATHAN BANKS E6 6/1/2015 | SEAN TRESVANT ＊ E7 ADVANCING 9/2/2016 | SHANNON GLASS ∧ E7 ACCELERATING 5/1/2017 |
| | | | | PLANNED MOVE: VP JORDAN MAKRETING | |
| | | | | PLANNED BACKFILL TBC | |

**OTHER NA CLT**



| VP, NA SPORTING GOODS | VP/GM NA SALES FINISH LINE | VP, NA SALES FOOTLOCKER | VP, NA SALES CATEGORIES | VP/GM NSO/NFS NA | VP, MERCHANT X-CATEGORY NA | VP NA INTG ACCOUNTS MERCHANDISING | VP, MERCH NIKE DIRECT NA |
|---|---|---|---|---|---|---|---|
| EDWARD HABERLE E7 TRANSITIONING 10/1/2001 | JAMES BEEMAN E7 ADVANCING 2/1/2017 | JASON KIRRER E7 ACCELERATING 4/3/2017 | SUSAN CAREY ∧ E7 ADVANCING 9/4/2017 | KRIS YOUNG ∧ E7 EXPANDING 10/26/2015 | MICHAEL ISAAC E7 ADVANCING 10/1/2015 | ARCHIE MCEACHEN E7 EXPANDING 11/1/2016 | FRANK HA E6 (P+) EXPANDING 6/19/2017 |
| RADAR | | | ✓ PLANNED MOVE: VP SALES APLA EFFECTIVE 6/1/18 (E6 PROMO) | | RADAR | PLANNED MOVE: SR DIR X-CAT MERCH, GC (P+) EFFECTIVE 7/15/18 | |
| | | | BACKFILL: TANYA HVIZDAK^ (E7 PROMO) | | | BACKFILL SLATE: SARAH CARIAGA^＊ KATE DIXON^ | |

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

8

# EMEA LT



✓ AGREED MOVE – IN MOTION
▢ MOVE FOR DISCUSSION
▢ LESS THAN 1 YR IN ROLE
∧ FEMALE
★ USPOC

**VP/GM EMEA**



BERT HOYT

AS OF MAY 11, 2018

## TERRITORIES | FUNCTIONS

| VP/GM LONDON/WEST (E7) | VP/GM BERLIN/CENTRAL (E7) | VP/GM BARCELONA/MILAN/SOUTH (E7) | VP/GM PARIS/NORTH (E7) | VP/GM EAST (E7) | VP NIKE DIRECT EMEA (E6) | VP MERCH (E6) | VP MARKETING (E6) | VP SALES (E6) |
|---|---|---|---|---|---|---|---|---|
| DAVID CARMONT E6 (P+) | ULRIKE KOEHLER ∧ E7 EXPANDING | OPEN E7 10 | ERIC CUENOT E7 ACCELERATING | MATTHIJS VISCH E7 ADVANCING | JORIS VAN ROOY E6 | PATRICK SEEHAFER E6 | EDGAR JORISSEN E6 | DANIEL EPPLER E6 |
| 11/1/2016 | 6/19/2017 | | 11/1/2016 | 6/15/2017 | 6/1/2017 | 6/19/2017 | 6/19/2017 | 6/19/2017 |
| ASSIGNMENT ENDING Q2 FY20 (NO RATING IN SYSTEM YET) | | ✓ PLANNED BACKFILL: IGNACIO SERRAT (E7) Q1FY18 | PLANNED MOVE: VP/GM FB + SPECIALTY APLA (E7) | | ASSIGNMENT ENDING Q2 FY20 | | | |
| | | | PROPOSED BACKFILL: CHRISTOPHE MERKEL (E7) | | | | | |

## CATEGORIES | GOT | CORPORATE FUNCTIONS



| VP/GM RUNNING (E6) | VP/GM NSW (E6) | VP/GM FOOTBALL (E6) | VP/GM WOMEN'S (E6) | GM JORDAN (S) | GM EMEA TRAINING (S) | GM YA (S) | GM MULTI-CATG EMEA (S) | VP, LOGISTICS & OPERATIONS EMEA (E6) | VP, DSM (E7) | VP CFO EMEA (E6) | VP, EMEA COUNSEL (E7) | STRAT PLANNING DIRECTOR (S) | VP HR EMEA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KEITH HOULEMARD ★ E6 | LUCY ROUSE ∧ E7 (P-) | MARCOS GARZO E7 ACCELERATING | SARAH HANNAH ∧ E7 ADVANCING | ROBERT ZAJAC S ADVANCING | DREW CONANT S ADVANCING | KIM VAN DIJK ∧ S ADVANCING | STEPHANE BAIL S ADVANCING | JOHAN GEUENS E6 | FOKKO DE ROOIJ E7 ADVANCING | BART BOEKRAAD E7 (P-) | BILL BERNER E7 EXPANDING | SAM RAWLINS ∧ S ACCELERATING | ELVIRA COREY |
| 9/3/2017 | 3/1/2018 | 8/1/2010 | 1/1/2018 | 6/15/2017 | 6/25/2017 | 3/1/2018 | 6/19/2017 | 7/26/2016 | 6/15/2017 | 7/1/2015 | 9/27/2016 | 6/19/2017 | |
| | | | | RADAR: MOVE: VP MKTG BB EFFECTIVE 6/1/18 (E7 PROMO) | | GM EMEA: ASSIGNMENT ENDING Q2 FY19 (PROPOSED EXTENSION) | | | | PLANNED MOVE VP/GM TURKEY (P+) | ASSIGNMENT ENDING Q2 FY20 | | |
| | | | | BACKFILL SLATE: TOBY HUNTER (S) OTHER TBC | | | | | | BACKFILL: GAVIN LINDBERG (E6) EFFECTIVE 6/1/18 | | | |

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

9

# EMEA
## OTHER CLT



✓ AGREED MOVE – IN MOTION
⬚ MOVE FOR DISCUSSION
▢ LESS THAN 1 YR IN ROLE

∧ FEMALE
★ USPOC



**VP/GM EMEA**



BERT HOYT

AS OF MAY 11, 2018

## OTHER EMEA CLT

| VP/GM NIKE DIRECT STORES (E7) | VP, EMEA DIGITAL COMMERCE (E7) | VP X-CAT MERCHANDISING EMEA (E7) | VP CREATIVE DIR EMEA (S) | VP MARKETPLACE MERCH EMEA (E7) | VP, NIKE DIRECT MERCH EMEA (E7) |
|---|---|---|---|---|---|
| WILL RAYMENT E7 ACCELERATING 4/1/2015 | OPEN | ADAM WILSON E7 ACCELERATING 6/22/2015 | ANDY WALKER E7 (P+) ADVANCING 10/13/2014 | TRUDI KAY E7 EXPANDING 10/1/2015 | ERIN MOSCOW S (P-) ACCELERATING 10/1/2017 |
| | BACKFILL EXTERNAL | | | ✓ PLANNED MOVE: TRANSITION TO SR DIR ROLE<br><br>BACKFILL: GER WRIGHT ∧ (E7 PROMO) EFFECTIVE 7/1/18 | ACTION P-CODE REMOVAL Q1 FY19 |

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

10

Plaintiff's Trial Exhibit 212
Page 10 of 41

# APLA LT

✔ AGREED MOVE – IN MOTION

☐ MOVE FOR DISCUSSION

☐ LESS THAN 1 YR IN ROLE

∧ FEMALE

★ USPOC

## VP/GM APLA



ANN HEBERT

AS OF MAY 11, 2018

## TERRITORIES

| TERRITORY GM JAPAN (E7) | VP/GM KOREA (E7) | VP/GM NIKE MEXICO (E7) | VP/GM SOCO (E7) | VP/GM SEA & INDIA (E7) | VP/GM BRASIL (S) | TERRITORY GM PACIFIC (S) | DISTRIBUTORS GM (S) |
|---|---|---|---|---|---|---|---|
| CHRISTOPHE MERKEL E7 ADVANCING 7/1/2016 | DAVID SONG * E7 ADVANCING 7/4/2015 | LAURENT PAYRE E7 ADVANCING 9/4/2016 | CARLOS HOMEDES * E7 ADVANCING 6/15/2017 | SANJAY GANGOPADHYAY E7 ACCELERATING 7/10/2017 | ALFONSO BUENO S ADVANCING 6/15/2017 | ASHLEY READE S ADVANCING 10/3/2016 | ANDRES SABAROTS * S EXPANDING 7/1/2012 |
| **PROPOSED MOVE:** VP/GM PARIS + NTH (E7) **BACKFILL:** TETSUJI KOBAYASHI (E7) EFFECTIVE DATE TBC | ASSIGNMENT ENDING Q1 FY20 | ASSIGNMENT ENDING Q2 FY20 | ASSIGNMENT ENDING Q1 FY21 | ASSIGNMENT ENDING Q1 FY20 | ASSIGNMENT ENDING Q1 FY21 | | |

## FUNCTIONS

| VP NIKE DIRECT (E7) | VP MERCH (E6) | VP MARKETING (E6) | VP SALES (E6) |
|---|---|---|---|
| KARLA GRAY ∧ E7 ADVANCING 4/11/2016 | JULIANA HOWARD ∧ E7 (P-) 4/4/2016 | PAOLO TUBITO E7 (P-) 4/4/2016 | IGNACIO SERRAT E7 (P-) ACCELERATING 6/15/2017 |
| | | | ✔ **PLANNED MOVE:** VP/GM BARCELONA/ MILAN/SOUTH (E7) **BACKFILL SLATE:** SUE CAREY ∧ (E6) EFFECTIVE 6/1/18 |

## CATEGORIES

| VP GM RUNNING (E7) | VP GM NSW (E7) | VP GM FOOTBALL & SPEC CATEGORIES (E7) | VP GM WOMENS (E7) | GM JORDAN (S) | GM YA & BASKETBALL (S) |
|---|---|---|---|---|---|
| FABIAN TINNIRELLO E7 ACCELERATING 6/15/2016 | TETSUJI KOBAYASHI E7 ACCELERATING 11/1/2015 | HENRY RABELLO E7 EXPANDING 9/1/2016 | HELEN BOUCHER ∧ E7 EXPANDING 7/3/2017 | CRISTIN CAMPBELL ∧ S ADVANCING 9/4/2017 | ROGERIO REYES * S ADVANCING 6/27/2019 |
| | ✔ **PLANNED MOVE:** VP/GM JAPAN **BACKFILL SLATE:** SARAH MENSAH ∧ EFFECTIVE 6/1 TBC | **EXIT NIKE** **PROPOSED BACKFILL:** ERIC CUENOT (E7) | | | |

## GOT

| VP. LOGISTICS & OPERATIONS (E7) | VP. DSM (E7) |
|---|---|
| GREGORY BRINK E7 *EXPANDING 4/1/2016 | MARK SENEKER E7 EXPANDING 6/19/2017 |

## CORPORATE FUNCTIONS

| CFO (E6) | VP, LEGAL (E7) | SR. DIR STRAT PLANNING (S) | VP HR APLA |
|---|---|---|---|
| NICOLETTE RYAN ∧ E6 1/9/2017 | NEAL BIEKER E7 EXPANDING 6/22/2014 | ANDY LI S ADVANCING 2/5/2018 | ANDREW KILSHAW |





© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

11

# GREATER CHINA LT



**VP/GM GC**

ANGELA DONG

✓ AGREED MOVE – IN MOTION

☐ MOVE FOR DISCUSSION (dashed orange)

☐ LESS THAN 1 YR IN ROLE (blue)

∧ FEMALE

★ USPOC

AS OF MAY 11, 2018



## TERRITORIES | FUNCTIONS

| VP/GM BEIJING, NORTH & WEST (E7) | VP/GM SHANGHAI SOUTH & EAST (E7) | GM HONG KONG & TAIWAN (S) | VP/GM NIKE DIRECT (E6) | VP NIKE STORES GC E7 | VP DIGITAL COMMERCE GC (E7) | VP SALES (E6) | SR DIR DIGITAL STUDIO (S) | VP MERCH (E6) | VP MARKETING (E6) | VP X-CAT MKTG (E7) |
|---|---|---|---|---|---|---|---|---|---|---|
| SIMON MEN E7 ACCELERATING 6/19/2017 | ERIC SO E7 ACCELERATING 6/19/2017 | NICOLE AU S ADVANCING 6/19/2017 | DENNIS VAN OOSSANEN E6 10/19/2016 | SAM AQUA S ACCELERATING 6/1/2015 | ANDY SHIH E7 ACCELERATING 6/28/2015 | EDDIE HU E7 (P-) 6/1/2017 | JEFFREY CHANG S ADVANCING 8/1/2017 | CAROL LIM E6 10/1/2014 | STEPHEN TSOI E6 8/28/2014 | OPEN |
| ✓ PLANNED MOVE: VP SALES GC BACKFILL: VINCENT DU (S) EFFECTIVE 6/1/18 | ✓ PLANNED MOVE: GM JORDAN (P+) BACKFILL: EDDIE HU (E7), EFFECTIVE 6/1/18 | | ASSIGNMENT ENDING Q2 FY20 | REPORTS TO DVO | REPORTS TO DVO | ✓ PLANNED MOVE: VP/GM SHANGHAI STH & EAST BACKFILL: SIMON MEN (BAND TBC) EFFECTIVE 6/1/18 | ASSIGNMENT ENDING Q2 FY20 | | | ✓ PLANNED CANDIDATE: ERIC WEI (E7 PROMO) |

## CATEGORIES | GOT | CORPORATE FUNCTIONS

| VP/GM RUNNING/TN (E7) | VP/GM NSW (E7) | GM, BASKETBALL (S) | GM WOMENS (S) | GM FOOTBALL & SPECIALTY CATG (S) | GM YA (S) | GM JORDAN (S) | VP, LOGISTICS & OPERATIONS (E7) | VP DSM (E7) | VP/CFO (E6) | VP, LEGAL (E7) | STRAT PLANNING DIRECTOR (E) | VP HR GC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCOTT LECLAIR E6 (P+) 6/19/2017 | MICHAEL ANTHES E7 ADVANCING 9/1/2016 | VINCENT DU S ACCELERATING 6/1/2015 | GINGER ZHU S ADVANCING 1/1/2018 | OPEN | MIDEE CHEN S ADVANCING 6/19/2017 | ERIC WEI S ACCELERATING 2017 BTC | JIM SHI E7 ACCELERATING 9/6/2017 | JO NG E7 ACCELERATING 6/19/2017 | GAVIN LINDBERG E6 3/23/2015 | HONGYE ZHAO E7 EXPANDING 10/1/2013 | PAUL GROSMANN E ADVANCING 8/1/2016 | CHRISTIE MAO |
| ASSIGNMENT ENDING Q1 FY21 | ASSIGNMENT ENDING Q1 FY20 | ✓ PLANNED MOVE: VP/GM BEIJING, NORTH & WEST BACKFILL: TBC | ✓ PLANNED BACKFILL: PAUL GROSSMAN (S) | | ✓ PLANNED MOVE: VP X-CAT MKTG GC (E7 PROMO) BACKFILL: ERIC SO (E7+) | | | | ✓ PLANNED MOVE: VP CFO EMEA PROPOSED BACKFILL: LI Z HU (BAND TBC) | | ASSIGNMENT ENDING Q3 FY18 PLANNED MOVE: GM FB & SPEC CAT GC (S) PROPOSED BACKFILL: INTERNAL | |



© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

12

# *NIKE DIRECT*

13

# NIKE DIRECT LT

**PRESIDENT NIKE DIRECT**



HEIDI O'NEILL

- ✓ AGREED MOVE – IN MOTION
- ⬜ MOVE FOR DISCUSSION (dashed)
- ⬜ LESS THAN 1 YR IN ROLE (blue)
- ∧ FEMALE
- ★ USPOC

**ANALYTICS - FROM**
- Total # of Positions: 18 (excludes HR)
- Gender Diversity: 35% (6/17)
- US POC: 27% (4/15)
- Accelerating Talent: 0% (0/7)
- In role less than 2 years: 88% (15/17)

**ANALYTICS - TO**
- Total # of Positions: 18 (excludes HR & Dan Heaf - TBH)
- Gender Diversity: 33% (5/15)
- US POC: 21% (3/14)
- Accelerating Talent: 0% (0/6)
- In role less than 2 years: 94% (15/16)

AS OF MAY11, 2018

## GEOGRAPHIES | FUNCTIONS



| VP/GM NA (E6) | VP/GM EMEA (E6) | VP/GM GC (E6) | VP/GM APLA (E7) | VP/GM CONVERSE (S) | VP GBL MERCH (E6) | VP NIKE DIRECT IRM (E6) | VP RETAIL INNOVATION (E7) | SR DIR STRATEGY (S) | VP GBL COMMS (E7) |
|---|---|---|---|---|---|---|---|---|---|
| NICOLE OTTO ∧ E6 | JORIS VAN ROOY E6 | DENNIS VAN OOSSANEN E6 | KARLA GRAY ∧ E7 ADVANCING | DAVID KELSAY E7 (P+) ADVANCING | MARY SEABRIGHT ∧ E6 | NICOLE HUBBARD ∧ E6 | BYRON MERRITT ★ E7 EXPANDING | ANNIE LIPSITZ ∧ S EXPANDING | CHARLIE BROOKS ★ E7 EXPANDING |
| 1/1/2018 | 6/19/2017 | 10/19/2016 | 4/11/2016 | 1/5/2015 | 05/01/2017 | 03/01/2018 | 6/19/2017 | 02/12/2018 | 10/1/2017 |
| | | ASSIGNMENT ENDING Q2 FY20 | | RADAR PLANNED MOVE: NIKE STORES (TBC) PROPOSED BACKFILL KARL STROVINK (S) | | | | PLANNED MOVE: RESIGNATION BACKFILL TBC | |

## DIMENSION GM | ENABLING FUNCTIONS

| VP/GM NIKE DIRECT STORES (E6) | VP/GM NIKE DIRECT PARTNER (E6) | VP/GM NIKE DIRECT DIGITAL COMMERCE (E6) | VP/GM NIKE DIRECT MEMBER STUDIO (S) | SPECIAL PROJECT VP IM & CAPABILITIES AUDIT (E6) | VP/GM GBL RETAIL COE (E6) | VP/CFO NIKE DIRECT (E6) | VP, GBL DIRECT DIG COMMERCE OPS & NEW BIZ MODELS (E7) | VP HRBP |
|---|---|---|---|---|---|---|---|---|
| CATHY SPARKS ∧ E6 | CRISTIAN CORSI ★ E6 | DAN HEAF E5+ | KEN DICE E7 (P+) EXPANDING | JEFF NICHOLS E6 | RAVI THANAWALA ★ E6 | PATRICK DONNELLY E6 | MIKE BUCKLEY E7 NOT RATED | JENN FALOR |
| 6/19/2017 | 10/1/2016 | 9/1/2018 (TBC) | 6/19/2017 | 1/1/2018 | 10/10/2016 | 1/22/2018 | 1/24/2018 | |
| | | RADAR | | | PLANNED MOVE: VP CFO CONVERSE BACKFILL SLATE: EXTERNAL TBC | | | |

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

14

# NIKE DIRECT
## OTHER CLT

| PRESIDENT NIKE DIRECT |
| --- |



HEIDI O'NEILL

✔ AGREED MOVE – IN MOTION

☐ MOVE FOR DISCUSSION

☐ LESS THAN 1 YR IN ROLE

∧ FEMALE

★ USPOC

AS OF MAY 11, 2018

| VP, DIRECT RET OPS & SVC, RE & CONST (E7) | VP, GLOBAL CAT DIG BUSINESS (E7) | VP GBL MERCH .DIG COMMERCE (E7) | VP/GM NIKE DIRECT STORES NA (E7) | VP/GM NIKE DIRECT .DIG COMMERCE NA (E7) | VP/GM NIKE DIRECT STORES EMEA (E7) | VP/GM NIKE DIRECT DIGITAL EMEA (E7) | GM NIKE DIRECT .DIG COMMERCE APLA (S) | GM NIKE STORES APLA (S) | VP NIKE STORES GC E7) | VP DIGITAL COMMERCE GC (E7) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| EMMA MINTO E7 ADVANCING 6/1/2016 | KWAMINA CRANKSON E7 ADVANCING 9/1/2016 | ANNE NEWTON E7 NOT RATED 4/1/2018 | KRIS YOUNG E7 EXPANDING 10/26/2015 | SHANNON GLASS E7 ACCELERATING 5/1/2017 | WILL RAYMENT E7 ACCELERATING 10/1/2017 | OPEN | TOM NEUNER E7 ADVANCING 9/4/2017 | ANGIE CALLAWAY S ADVANCING 9/4/2017 | SAM AQUA E7 ACCELERATING 6/1/2015 | ANDY SHH E7 ACCELERATING 6/28/2015 |

✔ 

**PLANNED MOVE:**
VP/GM WOMENS
(E6 PROMO)

**BACKFILL SLATE:**
EFFECTIVE DATE TBD

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

15

# NIKE DIGITAL LT



CHIEF DIGITAL OFFICER



**ADAM SUSSMAN**

AS OF MAY 11, 2018



✓ AGREED MOVE – IN MOTION

☐ MOVE FOR DISCUSSION

☐ LESS THAN 1 YR IN ROLE

∧ FEMALE

✱ USPOC

## GLOBAL

| CHIEF TECHNOLOGY OFFICER (E6) | VP DIGITAL PLATFORMS (E7) | VP DIGITAL PRODUCTS (E6) | HEAD OF CENTRAL PRODUCT MGT (S) | SR DIR STRATEGY & OPS (S) | VP DIGITAL INNOVATION (E6) | VP CREATIVE DIR DIGITAL DESIGN (E7) | VP MEMBER SERVICES & CONSUMER KNOWLEDGE (E6) |
|---|---|---|---|---|---|---|---|
| SKIP POTTER E6 | ERIC WOOD E7 NOT RATED | MICHAEL MARTIN E6 | MATT SALAZAR S ACCELERATING | BRYAN CHANG S ADVANCING | OPEN | JOSHUA MOORE E7 ACCELERATING | SEAN BRUICH E6 |
| 9/8/2016 | 3/14/2016 | 10/3/2016 | 5/9/2016 | 12/19/2016 | | 7/1/2016 | 2/2018 |

ROLE WILL
NOT BE FILLED
(HC TO BE LEVERAGED
DIFFERENTLY)

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

16

# NIKE DIGITAL
## OTHER CLT

**CHIEF DIGITAL OFFICER**



ADAM SUSSMAN

✓ AGREED MOVE – IN MOTION

☐ MOVE FOR DISCUSSION

☐ LESS THAN 1 YR IN ROLE

∧ FEMALE

★ USPOC

AS OF MAY 11, 2018

| VP, DELIVERY ENABLEMENT (E7) | VP, CATEGORY DIGITAL PRODUCTS (E7) | VP, PLATFORM ENGINEERING (E7) | VP, WEB ENGINEERING (E7) | VP QUALITY CHANGE & RELEASE (E7) | VP, DIG COMMERCE PRODUCT & EXPERIENCE (E7) | VP MEMBERSHIP MKTG & PROGRAMS (E7) | VP, APP ENGINEERING (E7) | VP, PRODUCT ENGINEERING (E7) | SR DIR, NYC DIGITAL STUDIO & SNKRS APP (S) |
|---|---|---|---|---|---|---|---|---|---|
| ANDY RUSSELL E7 EXPANDING 6/19/2017 | MIKE MCCABE E7 ACCELERATING 10/31/2016 | COURTNEY HAWKINS E7 ADVANCING 9/18/2017 | RONALD FORRESTER E7 EXPANDING 4/10/2017 | HOLLIE NEWTON E7 ADVANCING 4/10/2017 | SCOTT BOECKER E7 TRANSITIONING 8/15/2016 | PIERRE-LAURENT BAUDEY E7 TRANSITIONING 2/2018 | OPEN | DEEPAK ARORA* (E6+) NOT RATED 6/11/2018 | RON FARIS S ACCELERATING 6/20/2016 |
| | | | | | | PLANNED MOVE: VP INN & PURPOSE MKTG (E7) BACKFILL TBC | ROLE WILL NOT BE FILLED – CLT HC LEVERAGED AS PART OF RE-ORG | | BANDING UNDER EVALUATION - TO E7 |

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

17

# BRAND MARKETING

Plaintiff's Trial Exhibit 212
Page 18 of 41

# GLOBAL MARKETING LT - FROM

**VP, CHIEF MKTG OFFICER**



DIRK-JAN "DJ"
VAN HAMEREN

✓ AGREED MOVE – IN MOTION
☐ MOVE FOR DISCUSSION (orange dashed)
☐ LESS THAN 1 YR IN ROLE (blue)
∧ FEMALE
★ USPOC

AS OF MAY 25 , 2018

## GLOBAL



| VP, GBL BRAND CREATIVE MKTG INNOV (E6) | VP NIKE DIRECT IRM (E6) | VP GLOBAL INTEGRATED MEDIA (E7) | VP GBL BRAND MKTG CAT & BRAND CONCEPS (E6) | VP INFLUENCER MARKETING (E7) |
|---|---|---|---|---|
| GREG HOFFMAN * 1/22/2018 | NICOLE HUBBARD-GRAHAM ^ E6 3/01/2018 | KATE ARMSTRONG ^ E7 NOT RATED 1/3/2017 | OPEN | DRIEKE LEENKNEGT ^ E7 NOT RATED 8/25/2017 |

ROLE EVOLVES AS PART OF RE-ORG TO VP CREATVIE & ADVANCED CONCEPTS (E6)

PLANNED BACKFILL:
BRIAN O'CONNOR
(E6 PROMO)

## GEOS                          JORDAN            CORPORATE FUNCTIONS

| VP MARKETING NA (E6) | VP MARKETING EMEA (E6) | VP MARKETING GREATER CHINA (E6) | VP MARKETING APLA (E6) | VP MARKETING JORDAN (E7) | VP FINANCE (E7) | SR DIR STRATEGY PLANNING & OPS (S) | VP HR GBL MARKETING COMMS, SPORTS MKT |
|---|---|---|---|---|---|---|---|
| GINO FISANOTTI E6 7/15/2016 | EDGAR JORISSEN E6 6/19/2017 | STEPHEN TSOI E6 8/25/2014 | PAOLO TUBITO E7 (P-) 4/4/2016 | BRIAN O'CONNOR E7 ADVANCING 12/16/2012 | FRANCIS LEE * S (P-) EXPANDING 12/11/2017 | DAVID GENEL S EXPANDING 1/3/2017 | OMAR DOUGLAS |

RADAR

PLANNED MOVE:
VP BRAND MARKETING
CATEGORY (E6 PROMO)

BACKFILL:
SEAN TRESVANT (E7)

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

# GLOBAL MARKETING LT – FROM
## OTHER CLT

**CHIEF MKTG OFFICER**



DIRK-JAN "DJ"
VAN HAMEREN

✓ AGREED MOVE – IN MOTION

☐ MOVE FOR DISCUSSION

☐ LESS THAN 1 YR IN ROLE

∧ FEMALE

★ USPOC

AS OF MAY 11, 2018

---

## EXTENDED MARKETING CLT

| VP GBL BRAND DESIGN (E6) | VP ADVANCED CONCEPTS (E7) | VP CREATIVE DIRECTOR WMNS (E7) | VP NSW/NIKE COURT (E7) | VP GBL BASKETBALL (E7) | VP GBL FOOTBALL (E7) | VP GBL RUNNING (E7) | VP GBL WOMEN'S (E7) | VP GBL MARKETING .COM (E7) |
|---|---|---|---|---|---|---|---|---|
| MARTIN LOTTI E6 5/29/2015 | ADAM ROTH * EXPANDING E7 4/28/2010 | JULIE IGARASHI ∧ E7 ADVANCING 2/17/2014 | ELIZABETH WELDON ∧ E7 ADVANCING 7/15/2016 | OPEN | JESSE STOLLAK E7 ACCELERATING | PRISCILLA SHUMATE ∧* E7 ADVANCING 8/15/2016 | BARBARA GUINET ∧ E7 ADVANCING 4/30/2016 | SWAN SIT ∧* E7 TNTR STARTS 3/5/2018 |

ROLE TO
MOVE AS DIRECT
REPORT TO CMO

PLANNED MOVE:
VPVP BRAND COMMS (E6 PENDING)

ROLE WILL NOT BE BACKFILLED
HC LEVERAGED FOR NEW ROLE
VP INNOVATION  PURPOSE MKTG (E7) – PIERRE-LAURENT BAUDEY

✓ MOVE ACTIVATED:

ROBERT ZAJAC
(E7 PROMO)
EFFECTIVE JUNE 2018

---

## EXTENDED MARKETING CLT

| VP, NORTH AMERICA IRM | VP, CREATIVE DIRECTOR NORTH AMERICA | VP NA, BRAND MKTG-PERFORMANCE CATEGORIES | VP CREATIVE DIR EMEA | VP GBL BRAND COMMS (E7) | VP DIGITAL MARKETING INNOVATION (E7) | VP PERF CAT CREATIVE DIRECTOR (E7) | VP GBL WORLD CUP MARKETING (E7) | VP CREATIVE DIR BRAND RETAIL DESIGN (E7) | VP SPORTS MARKETING NORTH AMERICA (E6) |
|---|---|---|---|---|---|---|---|---|---|
| JILL RANKIN ∧ E7 ADVANCING 2/15/2018 | RAY BUTTS * E7 (P+) TRANSITIONING 10/27/2014 | SEAN TRESVANT * E7 ADVANCING 9/2/2016 | ANDY WALKER E7 (P+) ADVANCING 10/13/2014 | OPEN | OPEN | GARY HORTON E7 EXPANDING 1/25/2016 | ENRICO BALLERI E7 NOT RATED 2/20/2018 | ADRIAN NYMAN E7 ADVANCING 5/29/2015 | JONATHAN BANKS E6 NOT RATED 6/1/2015 |

PLANNED MOVE:
VP JORDAN MARKETING (E7)

PLANNED BACKFILL:
ADAM ROTH*

ROLE PENDING E6 BAND
EVALUATION

ROLE WIL NOT BE BACKFIELD
HC LEVERAGED FOR NEW ROLE

VP STORES ND BRAND MKTG (E7)
– PAM HROZA* (E7 PROMO)
EFFECTIVE 8/2016

ROLE WILL
NO EXIST IN FUTURE STATE ORG

ENRICO TO REPATRIATE
TO EUROPE AS
SR DIR MKTG BARCELONA/SOUTH



© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

20

# *JORDAN*

Plaintiff's Trial Exhibit 212
Page 21 of 41

# JORDAN LEADERSHIP



PRESIDENT JORDAN BRAND

✓ AGREED MOVE – IN MOTION
☐ MOVE FOR DISCUSSION
☐ LESS THAN 1 YR IN ROLE

∧ FEMALE
★ USPOC

LARRY MILLER

AS OF MAY 25 , 2018

## LEADERSHIP TEAM

| VP, CREATIVE DIR. JORDAN (E7) | VP, GM JORDAN GLOBAL (E6) | VP, MTKPL. JORDAN (E6) | VP/CFO JORDAN BRAND (S) | VP JORDAN BRAND AFFAIRS (E6) | VP HRBP (E7) |
|---|---|---|---|---|---|
| DAVID CREECH * E7 ADVANCING 12/14/2015 | CARL GREBERT E6 6/28/2017 | DARIC ASHFORD * E6 6/28/2017 | CHRIS GEORGE E7 (P+) ADVANCING 7/1/2015 | HOWARD WHITE * E6 8/6/2012 | ALYCIA GONZALEZ |

| MARKETING | | FW/AP | | MERCH | GM | |
|---|---|---|---|---|---|---|
| VP, GM JORDAN GLOBAL (E6) | VP, JORDAN MARKETING (E7) | VP JORDAN CFL (E7) | VP, GCAL JORDAN (S) | VP GLOBAL MERCH JORDAN (E7) | GM JORDAN WOMEN'S & KIDS (S) | GM JORDAN MENS (E7) |
| CARL GREBERT E6 6/28/17 | BRIAN O'CONNOR E7 ADVANCING 12/16/2012 | GENTRY HUMPHREY * E7 ADVANCING 3/20/2018 | PHIL HODGSON E7 (P+) ADVANCING 2/1/2016 | CEDRIC FLETCHER * E7 ACCELERATING 6/28/2017 | ANDREA PEREZ ** E7 (P+) ADVANCING 10/6/2017 | SCOTT DIXON E7 ACCELERATING 5/1/2018 |
| | PLANNED MOVE: VP GBL CAT MARKETING (E6 PROMO) BACKFILL: SEAN TRESVANT* (E7) | | | PLANNED MOVE: VP/GM FS + SPEC NA (E6 PROMO) BACKFILL: STEVE BRAMBLE* (E7 PROMO) | | PLANNED MOVE: VP/GM JORDAN NA (E7) BACKFILL: KARIE CONNOR^^ (E7 PROMO) |

| GEO GM | | | | | MARKETPLAC | | | RETAIL |
|---|---|---|---|---|---|---|---|---|
| VP, MKTPL JORDAN (E7) | VP/GM JORDAN NA (E6) | GM JORDAN APLA (S) | GM JORDAN GC (S) | GM JORDAN EMEA (S) | SR DIR GBL MKTPL (S) | SR DIR GBL JORDAN N KTPL (S) | SR DIR JORDAN DIG LEAD (S) | SR DIR GBL RETAIL CONCEPTS (S) |
| DARIC ASHFORD * E7 6/28/17 | SARAH MENSAH ** E7 ADVANCING 11/3/2014 | CRISTIN CAMPBELL ^ S ADVANCING 9/4/2017 | ERIC WEI S ACCELERATING 6/1/2015 | ROBERT ZAJAC S ADVANCING 6/15/2017 | CHRIS MONROE S (P+) TRANSITIONING 9/4/2017 | CALVIN CHEUNG * S ACCELERATING 1/15/2018 | CARLOS EVORA * S EXPANDING 11/10/2017 | PRATIMA RAZDAN ^ S ADVANCING 12/8/2015 |
| | PLANNED MOVE: VP/GM NSW APLA (E7) PROPOSED BACKFILL: SCOTT DIXON (E7) | | PLANNED MOVE: VP X-CATEGORY MKTG BACKFILL: ERIC SO (E7+) | PLANNED MOVE: VP MKTG BASKETBALL (E7 PROMO) PROPOSED BACKFILL: TBC | | | | |

22

# CDPM

Plaintiff's Trial Exhibit 212
Page 23 of 41

# CDPM LEADERSHIP

UPDATED MAY 2018

### PRESIDENT OF CATEGORIES AND PRODUCT



MICHAEL SPILLANE

☐ LESS THAN 1 YR IN ROLE
☐ AGREED MOVE – IN MOTION
☐ MOVE FOR DISCUSSION
★ CRITICAL ROLES
★ O&A / RADAR NEXT 6-12MTHS



| VP/GM GLOBAL CATEGORIES | VP CHIEF DESIGN OFFICER | VP, GLOBAL FOOTWEAR | VP/GM GLOBAL APPAREL | VP, GLOBAL MERCHANDISING | VP, NIKE GROWTH INITIATIVES | VP, GBL PRODUCT & MERCH OPERATIONS | VP, MATERIALS | VP, EXPRESS LANE | VP, PRODUCT & MERCH STRATEGIC PLANNING |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AMY MONTAGNE | JOHN HOKE | PHIL MCCARTNEY | REENIE BENZIGER | ANNE SPANGENBERG | CLARE HAMILL | WHITNEY MALKIEL | SUSAN PROUDMAN | STEFANIE STRACK | ANNE NEWTON |

24

# *CATEGORIES*

Plaintiff's Trial Exhibit 212
Page 25 of 41

# GLOBAL CATEGORIES LT

**VP/GM GLOBAL**



AMY MONTAGNE



✓ AGREED MOVE – IN MOTION

⬜ MOVE FOR DISCUSSION

🟦 LESS THAN 1 YR IN ROLE

∧ FEMALE

★ USPOC

AS OF MAY 25 , 2018



| GLOB | | | | | | | | CATEGORY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| VP/GM GLOBAL WOMEN'S | VP/GM GLOBAL RUNNING | VP/GM GLOBAL TRAINING | VP/GM GLOBAL SPORTSWEAR | VP/GM GLOBAL YOUNG ATHLETES | VP/GM GLOBAL FOOTBALL | VP/GM GLOBAL BASKETBALL | VP/GM GOLF/TENNIS & SPECIALTY CATEGORY | VP/GM FIELD SPORTS NA SP CAT |
| ROSEMARY ST. CLAIR ^ E6 | CESAR GARCIA E6 | JAMIE JEFFRIES E6 | AARON CAIN E6 | WHITNEY CHAPMAN ^ E6 | DERMOTT CLEARY E6 | CRAIG ZANON E6 | MARTIN BUCKLEY E6 | OPEN E6 |
| 5/1/2018 | 8/1/2018 | 6/19/2017 | 3/1/2017 | 6/9/2017 | 7/1/2013 | 7/1/2016 | 6/19/2017 | |

PLANNED BACKFILL:
CEDRIC FLETCHER* (E6 PROMO)

VP/GM OLYMPICS & ATHLETES

CHUCK GATCHELL
E7
ADVANCING
6/28/2017

NBA & WOMEN NBA

LOREN HOPPES
E7
ADVANCING
10/5/2015

GM NIKE SB, GLOBAL

MEL STRONG ^
E7 (P+)
ACCELERATING
9/4/2017

RADAR

SR. DIRECTOR HURLEY

BOB COOMBES
E7 (P+)
ADVANCING
8/1/2015

**ENABLING FUNCTIONS**

SR DIR GLOBAL STRAT PLANNING CATEGORIES

SR DIR HRBP

JOSH SIMON

ELIZABETH BROUWER

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

23

# GEO CATEGORY LEADERSHIP

AS OF MAY 11, 2018



**NORTH AMERICA**

| VP GM RUNNING (E6) | VP GM NSW (E6) | VP GM BASKETBALL (E6) | VP GM WOMENS (E6) | VP GM FIELD SPORTS & SPECIALTY CATG (E6) | VP GM TRAINING (E7) | VP GM YA (E7) |
|---|---|---|---|---|---|---|
| MAGGIE GAUGER ^ E6 8/1/2016 | MAGGIE KEITH ^ E6 6/19/2017 | BRIAN ZAPPITELLO E6 10/5/2015 | SANDY PRESSLEY ^ E6 4/10/2017 | OPEN E6 | AARON PEMPEL E7 EXPANDING 5/29/2017 | CAL DOWERS * E6 (P+) 6/19/2017 |

PLANNED MOVE:: VP X-CAT SALES GBL (E6)

✓ EXIT NIKE BACKFILL: EMMA MINTO ^ (E6 PROMO)

PLANNED BACKFILL: CEDRIC FLETCHER* (E6 PROMO)

**EME**

| VP/GM RUNNING (E6) | VP/GM NSW (E6) | VP/GM FOOTBALL (E6) | VP/GM WOMEN'S (E7) | GM EMEA TRAINING (S) | GM YA (S) | GM MULTI-CATG EMEA (S) |
|---|---|---|---|---|---|---|
| KEITH HOULEMARD * E6 NOT RATED 9/3/2014 | LUCY ROUSE ^ E7 (P-) 3/1/2018 | MARCOS GARZO E6 5/1/2014 | SARAH HANNAH ^ E7 ACCELERATING 1/1/2018 | DREW CONANT S ADVANCING 6/25/2017 | KIM VAN DIJK ^ S ACCELERATING 3/1/2018 | STEPHANE BAIL S ADVANCING 6/19/2017 |

ASSIGNMENT ENDING Q2 FY19

**APL**

| VP GM RUNNING (E7) | VP GM NSW (E7) | VP GM FOOTBALL & SPEC CATEGORIES (E7) | VP GM WOMENS (E7) | GM JORDAN (S) | GM YA & BASKETBALL (S) |
|---|---|---|---|---|---|
| FABIAN TINNIRELLO E7 ACCELERATING 6/15/2016 | TETSUJI KOBAYASHI E7 ADVANCING 11/1/2015 | HENRY RABELLO E7 TRANSITIONING 9/1/2016 | HELEN BOUCHER ^ E7 EXPANDING 7/3/2017 | CRISTIN CAMPBELL S ADVANCING 9/4/2017 | ROGERIO REYES S ADVANCING 6/27/2015 |

✓ PLANNED MOVE: VP/GM JAPAN (E7) BACKFILL: SARAH MENSAH^*

EXIT NIKE PLANNED BACKFILL: ERIC CUENOT (E7)

**GREATER CHINA**

| VP/GM RUNNING/TN (E7) | VP/GM NSW (E7) | GM, BASKETBALL (S) | GM WOMENS (S) | GM FOOTBALL & SPECIALTY CATG (S) | GM YA (S) |
|---|---|---|---|---|---|
| SCOTT LECLAIR E6 (P+) EXPANDING 6/19/2017 | MICHAEL ANTHES E7 ADVANCING 9/1/2016 | VINCENT DU E6 ACCELERATING 6/1/2015 | GINGER ZHU ^ S ADVANCING 1/1/2018 | OPEN | MIDEE CHEN ^ S ADVANCING 6/19/2017 |

✓ PLANNED MOVE: VP/GM BEIJING, NTH + WEST (S) BACKFILL: TBC

✓ PROPOSED BACKFILL: PAUL GROSSMAN^*

24

# DESIGN

Plaintiff's Trial Exhibit 212
Page 28 of 41

# DESIGN LEADERSHIP TEAM
UPDATED MAY 2018



VP CHIEF DESIGN OFFICER

JOHN HOKE

- ☐ LESS THAN 1 YR IN ROLE
- ☐ AGREED MOVE – IN MOTION
- ☐ MOVE FOR DISCUSSION
- ★ CRITICAL ROLES
- ★ Q&A / RADAR NEXT 6-12MTHS



| VP, FOOTWEAR DESIGN (E6) | VP, APPAREL DESIGN (E6) | VP, CREATIVE DIR, NIKE SPECIAL PROJECTS (E7) | VP, CREATIVE OPERATIONS & STRATEGY (E7) | SR DIR, DESIGN CULTURE & COMMUNITY (S) |
|---|---|---|---|---|
| ANDREW CAINE E6 HI / HI 05/06/12 (5y, 9m) | KURT PARKER E6 HI / MID 06/01/15 (2y, 8m) | TODD VANHORNE E7 HI / MID 01/02/11 (7y, 1m) | JORDAN MORRELL E7 MID / MID 05/15/17 (0y,9m) | ANGELA SNOW S MID / AT 01/06/14 (4y,1m) |

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

29

# DESIGN

UPDATED MAY 2018



☐ LESS THAN 1 YR IN ROLE
☐ AGREED MOVE – IN MOTION
☐ MOVE FOR DISCUSSION
★ CRITICAL ROLES
★ O&A / RADAR NEXT 6-12MTHS

## FOOTWEAR



| VP, FOOTWEAR DESIGN (E6) | VP, CREATIVE DIR CORE FTWR (E7) | VP, FTWR MATERIAL DESIGN (E7) | VP, COLOR DESIGN (E7) | VP, CREATIVE DIR DTWR INNOVATION (E7) | VP, CREATIVE DOR NSW FTWR (E7) | VP, CREATIVE DIR SPORT PERF FTW (E7) |
|---|---|---|---|---|---|---|
| ANDREW CAINE | ANDREAS HARLOW E7 HI / HI 12/30/13 (4y, 1m) | ARIANA PONIATOWSKI E7 HI / HI 10/17/16 (1y, 4m) | COURTNEY DAILEY E7 HI / MID 10/17/14 (1y, 4m) | MATTHEW HOLMES E7 HI / HI 10/20/14 (3y,3m) | SEBASTIAN MERMET E7 HI / HI 06/19/17 (0y,8m) | ROBERT DOLAN E7 HI / HI 06/19/17 (0y,8m) |

## APPAREL



| VP, APPAREL DESIGN (E6) | VP, CREATIVE DIR RUN TRAIN LIVE APP (E7) | VP, APPAREL DESIGN SPECIAL PROJECTS (E7) | VP, CREATIVE DIR WOMEN'S APPAREL (E7) | VP, CREATIVE DIR GOLF/TENNIS/ SB AP (S) | VP, CREATIVE DIR LICENSED PRODUCT (E7) | VP, CREATIVE DIR APPAREL (E7) | VP, CREATIVE DIR APPAREL (E7) | VP, CREATIVE DIR – ART DEPARTMENT (E7) |
|---|---|---|---|---|---|---|---|---|
| KURT PARKER | CHARLES HOLMES E7 HI / MID 06/19/17 (0y, 8m) | DEVON BURT E7 HI / AT 09/01/15 (2y, 5m) | HEATHER AMUNY-DEY E7 HI / HI 06/19/17 (0y, 8m) | KELLY TWEDEN E7 HI / MID 06/19/17 (0y,8m) | MARTHA MOORE E7 HI / MID 07/25/16 (1y,6m) | STUART MCARTHUR E7 HI / MID 04/04/16 (1y,10m) | THOMAS WALKER E7 MID / MID 06/19/17 (0y,8m) | ZACH AUGUSTINE E7 HI / HI 04/04/16 (1y,10m) |

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

30

# *PRODUCT*

31

# GLOBAL FOOTWEAR LT

UPDATED MAY 2018

**VP, GLOBAL FOOTWEAR**



PHIL MCCARTNEY

☐ LESS THAN 1 YR IN ROLE

☐ AGREED MOVE – IN MOTION

☐ MOVE FOR DISCUSSION

★ CRITICAL ROLES

★ O&A / RADAR NEXT 6-12MTHS

| VP, EXPRESS LANE FTW (E6) | VP, CORE FTW (E6) | VP, NSW/WOMEN FTW (E6) | VP, YA FTW (E7) | VP, PRODUCT CREATION FTW (E7) | VP, PROFILE SPORTS FTW (E7) | VP, RUNNING FTW (E7) | VP, CFL FOOTBALL (E7) | VP, BASKETBALL FTW (E7) | SR DIR, FTW BUSINESS OPS (S) |
|---|---|---|---|---|---|---|---|---|---|
| ★ | ★ | ★ | ★ | | | | | | |
| OPEN | JAMES FORD | CHERYL NENOW | ELISABETTA QUAGLIA | MARK ALLEN | GENTRY HUMPHREY | BRETT HOLTS | MAXIMILLIAN BLAU | KEVIN DODSON | SCOTT BOUSKA |
| | E6 | E6 | E6 (P+) | E6 (P+) | E7 | E7 | E7 | E7 | S |
| | HI / AT | HI / HI | HI / MID | MID / AT | MID / AT | MID / MID | HI / MID | HI / HI | MID / HI |
| | 06/20/14 (3y, 7m) | 03/01/17 (1y, 0m) | 07/01/16 (1y, 7m) | 06/19/17 (0y, 8m) | 06/19/17 (0y, 8m) | 06/19/17 (0y, 8m) | 11/04/13 (4y, 3m) | 06/19/17 (0y, 8m) | 12/14/16 (1y, 2m) |

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

32

# FOOTWEAR

UPDATED MAY 2018



LESS THAN 1 YR IN ROLE

AGREED MOVE – IN MOTION

MOVE FOR DISCUSSION

CRITICAL ROLES

Q&A / RADAR NEXT 6-12MTHS



| VP, NSW/WOMEN FTWR (E6) | VP, NSW MENS, FTWR (E7) | VP, MAX AIR FTWR (E7) | VP, NSW PRODUCT CREATION FTWR (E7) | VP WOMEN'S FTWR (E7) |
|---|---|---|---|---|
| CHERYL NENOW | CHARLES WILLIAMS E7 HI / HI 06/19/17 (0y, 8m) | DAVID SCHECHTER E7 HI / MID 06/19/17 (0y, 8m) | JEFFREY PERKINS E7 HI / MID 06/19/17 (0y, 8m) | LISA HARDWICK E7 HI / MID 06/19/17 (0y,8m) |



| VP, CORE FTWR (E6) | VP, CORE PERFORMANCE FTWR (E7) |
|---|---|
| JAMES FORD | TIMOTHY SLINGSBY E7 HI / MID 06/19/14 (3y, 8m) |

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

33

# GLOBAL APPAREL LT

UPDATED MAY 2018



VP/GM GLOBAL APPAREL

REENIE BENZIGER



☐ LESS THAN 1 YR IN ROLE

☐ AGREED MOVE – IN MOTION

☐ MOVE FOR DISCUSSION

⭐ CRITICAL ROLES

⭐ Q&A / RADAR NEXT 6-12MTHS



| VP APPAREL SPORTS PERFORMANCE (E6) | VP, RUN TRAIN LIVE (E6) | VP, GCAL YOUNG ATHLETES (E7) | VP, GLOBAL APPAREL & EQ MATERIALS (E7) | VP, APPAREL PRODUCT CREATION (E7) | SR DIR, GCAL SPECIALTY CATEGORIES (S) | SR DIR, GCAL GLOBAL CREATE APPAREL (S) |
|---|---|---|---|---|---|---|
| AARON HEISER | JOE SERINO | SEAN VALI | SUSAN ROWAN | SARAH MCMULLIN | OLIVER FRITSCH | MELISSA PHILIPPI |
| E6 | E6 | E7 | E7 | E7 | S | S |
| HI / HI | HI / MID | MID / MID | MID / HI | MID / MID | HI / HI | HI / MID |
| 07/26/14 (3y, 6m) | 06/19/17 (0y, 8m) | 11/15/16 (1y, 2m) | 03/28/16 (1y, 11m) | 08/01/16 (1y, 6m) | 06/19/17 (0y, 8m) | 06/19/17 (0y, 8m) |

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

34

# APPAREL

UPDATED MAY 2018



☐ LESS THAN 1 YR IN ROLE

☐ AGREED MOVE – IN MOTION

☐ MOVE FOR DISCUSSION

★ CRITICAL ROLES

★ O&A / RADAR NEXT 6-12MTHS



| VP, APPAREL SPORTS PERF (E6) | VP, GCAL FOR SOCKS (E7) | VP, GCAL, BASKETBALL (E7) | VP, FOOTBALL GCAL (E7) | VP, FBAT (E7) |
|---|---|---|---|---|
| AARON HEISER | HANS GEORGE E7 MID / MID 09/12/16 (1y, 5m) | MATTHEW PARK E7 HI / HI 08/31/15 (2y, 5m) | SCOTT MUNSON E7 HI / HI 12/29/14 (3y, 2m) | THOMAS CREIGHTON E7 MID / MID 08/31/15 (2y,5m) |



| VP, RUN TRAIN LIVE (E6) | VP, GCAL RUNNING (E7) | VP, WOMENS APPAREL (E7) | VP, SPORTSWEAR GCAL (E7) |
|---|---|---|---|
| JOSEPH SERINO | AILSA HUGGINS E7 MID / MID 03/17/14 (3y, 11m) | MELISSA OHM E7 HI / HI 06/19/17 (0y, 8m) | TANCREDI VITALE E7 HI / HI 06/19/17 (0y, 8m) |

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

35

# *MERCHANDISING*

Plaintiff's Trial Exhibit 212
Page 36 of 41

# GLOBAL MERCHANDISING LT



**VP GLOBAL MERCHANDISING**

ANNE SPANGENBERG

✓ AGREED MOVE – IN MOTION
⬛ MOVE FOR DISCUSSION
🔲 LESS THAN 1 YR IN ROLE
∧ FEMALE
★ USPOC

AS OF MAY 25 , 2018



| VP, NIKE DIRECT GLOBAL MERCHANDISING (E6) | VP/GMM, GLOBAL CATEGORIES MERCHANDISING (E6) | VP, GLOBAL BRAND MERCHANDISING (E7) | SR DIR, MERCHANDISING BUSINESS OPS (S) | SR DIR HRBP |
| MARY SEABRIGHT ∧ E6 | MAY SHELSTAD ∧★ E6 | MATT BOLTE E7 EXPANDING | JASON WALKERS ACCELERATING | ELIZABETH BROUWER |
| 6/19/2017 | 6/6/2016 | 6/19/2017 | 11/21/2017 | |

**VP GBL MERCH DIGITAL COMMERCE (E7)**



ANNE NEWTON
E7
NOT RATED
4/1/2018

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

26

# GLOBAL MERCHANDISING LT
## OTHER CLT

✓ AGREED MOVE – IN MOTION
☐ MOVE FOR DISCUSSION
☐ LESS THAN 1 YR IN ROLE
∧ FEMALE
* USPOC



**VP GLOBAL MERCHANDISING**

ANNE SPANGENBERG

AS OF MAY 25 , 2018



| VP/GMM GLOBAL CATEGORIES MERCH (E6) | VP/GMM GLOBAL CAT MERCH YA (E7) | VP/GMM GLOBAL CAT MERCH BB (E7) | VP/GMM GLOBAL CAT MERCH WOMENS (E7) | VP/GMM GLOBAL CAT MERCH RUNNING (E7) | VP/GMM GLOBAL CAT MERCH NSW (E7) | VP/GMM GLOBAL CAT MERCH FB (E7) |
|---|---|---|---|---|---|---|
| MAY SHELSTAD ^* E6 6/6/2016 | CURTIS HIDALGO E7 ADVANCING 2/15/2018 | JAMES SHERBONDY E7 EXPANDING 10/1/2015 | JENN JOHNSON E7 ACCELERATING 6/19/2017 | OPEN PLANNED BACKFILL: ROBIN GREEN** (E7 PROMO) | REHAM HABIB E7 EXPANDING 8/9/2017 | SARAH CARIAGA E7 ADVANCING 5/1/2017 |

## GEO



| VP, NORTH AMERICA MERCH (E6) | VP, MERCHANT X-CATEGORY NA (E7) | VP NA INTG ACCOUNTS MERCHANDISING(E7) | VP, MERCH NIKE DIRECT NA(E7) | VP, GM EMEA MERCH (E6) | VP MARKETPLACE MERCH EMEA (E7) | VP, NIKE DIRECT MERCH EMEA (E7) | VP X-CAT MERCHANDISING EMEA (E7) | VP, GREATER CHINA MERCH (E6) | VP, APLA MERCH (E67) |
|---|---|---|---|---|---|---|---|---|---|
| JENNIFER INGRAFFEA E6 3/28/2016 | MICHAEL ISAAC E7 ADVANCING 10/1/2015 | ARCHIE MCEACHERN E7 EXPANDING 11/1/2015 | FRANK HA E6 (P+) EXPANDING 8/19/2017 | PATRICK SEEHAFER E6 EXPANDED 9/5/2016 | TRUDI KAY E7 TRANSITIONING 10/1/2015 | ERIN MOSCOW E7 ACCELERATING 10/1/2017 | ADAM WILSON E7 ACCELERATING 6/22/2015 | CAROL LIM E6 ADVANCING 10/1/2014 | JULIANA HOWARD E7 (P-) EXPANDING 4/4/2016 |

PLANNED MOVE:
SR DIR GC X-CAT MERCH (S)
PROPOSED BACKFILL:
SARAH CARIAGA ^ (E7)
KATIE POST^ (E7)

PLANNED BACKFILL:
S BAND ROLE (7/1/18)
PLANNED BACKFILL:
GER WRIGHT ^ (E7 PROMO)

27

Plaintiff's Trial Exhibit 212
Page 38 of 41

*INNOVATION*

39

# GLOBAL INNOVATION LT

UPDATED MAY 2018



PRESIDENT INNOVATION

TOM CLARKE



| ☐ | LESS THAN 1 YR IN ROLE |
| ☐ | AGREED MOVE – IN MOTION |
| ☐ | MOVE FOR DISCUSSION |
| ★ | CRITICAL ROLES |
| ★ | Q&A / RADAR NEXT 6-12MTHS |



| VP, NIKE EXPLORE TEAM | VP, GM OF NIKE EASE & NXT SUSTAINABILITY | VP, INNOVATION ACCELERATOR & CHF SUS OFC | VP, CREATIVE DIR INNOVATION | VP, NXT INNOVATION PROJECTS | VP, SPECIAL PROJECTS |
| --- | --- | --- | --- | --- | --- |
| MIKE YONKER | JEANINE HAYES | HANNAH JONES | ERIC AVAR | ANDREA CORREANI | ALEXANDER BODECKER |

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

40

# INNOVATION

UPDATED MAY 2018



| | |
|---|---|
| ☐ | LESS THAN 1 YR IN ROLE |
| ☐ | AGREED MOVE – IN MOTION |
| ☐ | MOVE FOR DISCUSSION |
| ★ | CRITICAL ROLES |
| ★ | O&A / RADAR NEXT 6-12MTHS |



**VP, INNOVATION ACCELERATOR & CHF SUS OFC**

HANNAH JONES

**VP, SUSTAINABLE BUSINESS & INNOVATION (E7)**

CYRUS WADIA
E7
HI / MID
02/01/16 (2y, 0m)



**VP, NIKE EXPLORE TEAM**

MIKE YONKER

**VP, NXT FOOTWEAR (E6)**

★ TONY BIGNELL
E6
HI / MID
09/22/14 (3y, 4m)

**VP, DIGITAL INNOVATION (E7)**

ROBERT BARNETTE
E7
HI / MID
02/01/16 (2y, 0m)

**VP, NXT SPACE (E7)**

MICHAEL DONAGHU
E7
HI / HI
07/11/16 (1y,7m)

**VP, NIKE SPORTS RESEARCH LAB (S)**

MATTHEW NURSE
E7 (P+)
HI / MID
07/13/15 (2y,7m)

**VP, NXT APPAREL INNOVATION (E6)**

JANETT NICHOL
E6
MID / MID
01/15/16 (2y,1m)

© 2017 NIKE, Inc. Confidential & Proprietary Information for Internal Use Only. This document is strictly for planning purposes. NIKE, Inc. reserves the right to change this document at any time at its sole discretion. Nothing contained herein is intended to create a contract, either express or implied, or alter the at-will nature of employment at Nike for anyone.

41

# EXHIBIT F

# Deposition Transcript

Case Number: 3:18-cv-01477-JR
Date: March 1, 2024

In the matter of:

# CAHILL, et al. v NIKE, INC.

# MELANIE STRONG

**CERTIFIED COPY**



**Reported by:**

Mary Jacks

Oregon Commission No. 1027581

CONFIDENTIAL
ATTORNEYS'
EYES ONLY

Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

1  STATES DISTRICT COURT

2                    FOR THE DISTRICT OF OREGON

3

4  KELLY CAHILL, et al.,

5    Plaintiff,

6      V                        Case No. 3:18-cv-01477-JR

7  NIKE, INC.,

8    Defendant.

9  _____

10                     DEPOSITION OF

11                    MELANIE STRONG

12               Taken in behalf of the Plaintiff

13                  ATTORNEYS' EYES ONLY

14

15

16

17

18

19

20      BE IT REMEMBERED THAT, the video deposition of

21  Melanie Strong was taken before Mary Jacks, Court

22  Reporter and Notary Public, on Friday, March 1, 2024,

23  commencing at the hour of 9:36 a.m., at the location

24  of Markowitz Herbold, 1455 SW Broadway, Suite 1900

25  Portland, Oregon 97201.

```
 1                      APPEARANCES

 2

 3  Appearing on behalf of the Plaintiff:

 4  Byron Goldstein

 5  Barry Goldstein (Via Zoom)

 6  Goldstein, Borgen, Dardarian & Ho

 7  155 Grand Avenue

 8  Suite 900

 9  Oakland, California 94612

10  510-763-9800

11  Brgoldstein@gbdhlegal.com

12

13  Appearing on behalf of the Witness:

14  Dana Sullivan

15  Buchanan Angeli Altschul & Sullivan LLP

16  921 SW Washington Street

17  Suite 516

18  Portland, Oregon 97205

19  503-974-5023

20  Dana@baaslaw.com

21

22

23

24

25
```

```
 1                   APPEARANCES (CONT.)

 2

 3   Appearing on behalf of Nike:

 4   Laura Rosenbaum

 5   Stoel Rives LLP

 6   760 SW Ninth Avenue

 7   Suite 3000

 8   Portland, Oregon 97205

 9   503-294-9642

10   Laura.rosenbaum@stoel.com

11

12

13   Appearing on behalf of Nike:

14   Felicia Davis (Via Zoom)

15   Paul Hastings, LLP

16   515 South Flower Street

17   Twenty-Fifth Floor

18   Los Angeles, California 90071

19   213-683-6120

20   Feliciadavis@paulhastings.com

21

22

23

24

25
```

```
 1                      APPEARANCES (CONT.)

 2

 3   Appearing on behalf of Nike:

 4   Daniel Prince (Via Zoom)

 5   Paul Hastings, LLP

 6   515 South Flower Street

 7   Twenty-Fifth Floor

 8   Los Angeles, California 90071

 9   213-683-6169

10   Danielprince@paulhastings.com

11

12   Appearing on behalf of Nike:

13   Lindsey Jackson (Via Zoom)

14   Paul Hastings, LLP

15   515 South Flower Street

16   Twenty-Fifth Floor

17   Los Angeles, California 90071

18   213-683-6103

19   Lindseyjackson@paulhastings.com

20

21

22

23

24

25
```

```
 1              APPEARANCES (CONT.)

 2  Appearing on behalf of Nike:

 3  Kane Yatuka Tenorio (Via Zoom)

 4  Paul Hastings LLP

 5  515 South Flower Street

 6  Twenty-Fifth Floor

 7  Los Angeles, California 90071

 8  213-683-6185

 9  Kanetenorio@paulhastings.com

10

11

12

13  Appearing on behalf of Nike:

14  Lauren Thibodeaux

15  Nike, Inc.

16  1 Bowerman Drive

17  Beaverton, Oregon 97209

18  971-317-6884

19  Lauren.thibodeaux@nike.com

20

21

22

23  Also Present:  Devin Williams, Videographer

24

25
```

MELANIE STRONG - CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 875525
MARCH 01, 2024

| | | |
|---|---|---|
| 10:02:24 | 1 | A.  Yes. |
| 10:02:24 | 2 | Q.  And you described to Ms. Matheson that those |
| 10:02:29 | 3 | were your experiences with ███████? |
| 10:02:32 | 4 | A.  Yes. |
| 10:02:33 | 5 | Q.  Can you turn back to the document we looked at |
| 10:02:46 | 6 | with the standard Starfish form, Exhibit 587? |
| 10:02:53 | 7 | A.  Yes. |
| 10:02:54 | 8 | Q.  Do you know who was involved in creating this |
| 10:03:02 | 9 | standard Starfish Survey form? |
| 10:03:05 | 10 | A.  I believe it was either Jamie Jeffries or ███████ |
| 10:03:17 | 11 | ███████ |
| 10:03:17 | 12 | Q.  And were you involved in discussions about |
| 10:03:24 | 13 | creating this form? |
| 10:03:29 | 14 | A.  Yes. |
| 10:03:30 | 15 | Q.  And was ███████ a vice president around the |
| 10:03:38 | 16 | time that the Starfish Survey form was created? |
| 10:03:43 | 17 | MS. DAVIS:  Objection, calls for |
| 10:03:45 | 18 | speculation. |
| 10:03:46 | 19 | MS. STRONG:  I believe she was, either a |
| 10:03:48 | 20 | VP or a senior director. |
| 10:03:51 | 21 | BY MR. GOLDSTEIN: |
| 10:03:51 | 22 | Q.  And was Ms. Jeffries, if you remember, a vice |
| 10:03:57 | 23 | president at the time the Starfish Survey was |
| 10:04:01 | 24 | created? |
| 10:04:01 | 25 | A.  She was. |

| | | |
|---|---|---|
| 12:08:18 | 1 | A.  Not that I can recall. |
| 12:08:20 | 2 | Q.  Did you create any other charts that are not |
| 12:08:26 | 3 | part of Exhibit A, like any Excel summaries or, like, |
| 12:08:33 | 4 | a database collecting the information? |
| 12:08:38 | 5 | A.  Not that I can recall. |
| 12:08:40 | 6 | Q.  Is Exhibit A the only summary of the complaint |
| 12:08:47 | 7 | documents? |
| 12:08:50 | 8 | A.  I'm not sure. |
| 12:08:51 | 9 | Q.  If there were other documents created, who |
| 12:08:59 | 10 | would have them? |
| 12:09:03 | 11 | A.  The same people I mentioned. |
| 12:09:05 | 12 | Q.  You said earlier that you believed there were |
| 12:09:20 | 13 | around 300 complaint documents received.  Did you |
| 12:09:24 | 14 | mean 300 pages or 300 separate complaints? |
| 12:09:29 | 15 | A.  300 separate complaints. |
| 12:09:31 | 16 | Q.  From 300 different people? |
| 12:09:35 | 17 | A.  Correct. |
| 12:09:36 | 18 | Q.  And how do you know that the -- the number was |
| 12:09:42 | 19 | 300? |
| 12:09:43 | 20 | A.  We counted them. |
| 12:09:45 | 21 | Q.  Do you know about how many pages that amounted |
| 12:09:57 | 22 | to? |
| 12:09:58 | 23 | A.  It depended on whether people had double-sided |
| 12:10:08 | 24 | printouts or single-sided printouts. |
| 12:10:12 | 25 | Q.  Do you have a visual in your mind, like, the |

```
 1              REPORTER'S CERTIFICATE

 2

 3        I, Mary Jacks, a professional court reporter,

 4  do hereby certify:

 5        That the foregoing proceedings were taken

 6  before me at the time and place herein set forth;

 7  that any witnesses in the foregoing proceedings,

 8  prior to testifying were placed under oath; that a

 9  verbatim record of the proceedings was made by me

10  using machine shorthand which was thereafter

11  transcribed under my direction; further, that the

12  foregoing is a transcription thereof.

13        I further certify that I am neither financially

14  interested in the action nor a relative or employee

15  of any attorney of any of the parties.

16        IN WITNESS HEREOF, I have hereunto subscribed

17  my name this 3rd day of March, 2024.

18

19

20

21        Mary Jacks

22        Oregon Commission No. 1027581

23        Expires 09/13/2026

24

25
```

# EXHIBIT G

# Deposition Transcript

Case Number: 3:18-cv-01477-JR
Date: June 20, 2024

In the matter of:

# CAHILL, et al. v NIKE, INC.

# Nicole Hubbard Graham



**CERTIFIED COPY**

Reported by:
Mary Jacks

**Steno**
**Official Reporters**

**315 West 9th Street**
**Suite 807**
**Los Angeles, CA 90015**
concierge@steno.com
**(310) 573-8380**
**NV: Firm #108F**

```
 1                 STATES DISTRICT COURT
 2              FOR THE DISTRICT OF OREGON
 3
 4  KELLY CAHILL, et al.,
 5     Plaintiff,
 6        V                    Case No. 3:18-cv-01477-JR
 7  NIKE, INC.,
 8     Defendant.
 9  _____
10                   DEPOSITION OF
11               NICOLE HUBBARD GRAHAM
12            Taken in behalf of the Plaintiff
13
14
15
16
17
18
19
20        BE IT REMEMBERED THAT, the video deposition of
21  Nicole Hubbard Graham was taken before Mary Jacks,
22  Court Reporter and Notary Public, on Thursday,
23  June 20th, 2024, commencing at the hour of 9:38 a.m.,
24  at the location of Stoel Rives, 760 SW Ninth Ave,
25  Suite 3000, Portland, Oregon 97201.
```

```
 1                      APPEARANCES

 2

 3  Appearing on behalf of the Plaintiff:

 4  Byron Goldstein

 5  James Kan

 6  Goldstein, Borgen, Dardarian & Ho

 7  155 Grand Avenue

 8  Suite 900

 9  Oakland, California 94612

10  510-763-9800

11  Brgoldstein@gbdhlegal.com

12

13

14  Appearing on behalf of Nike:

15  Laura Rosenbaum

16  Stoel Rives LLP

17  760 SW Ninth Avenue

18  Suite 3000

19  Portland, Oregon 97205

20  503-294-9642

21  Laura.rosenbaum@stoel.com

22

23

24

25
```

```
 1                 APPEARANCES (CONT.)

 2

 3   Appearing on behalf of Nike:

 4   Alyssa Tapper (Via Zoom)

 5   Paul Hastings, LLP

 6   515 South Flower Street

 7   Twenty-Fifth Floor

 8   Los Angeles, California 90071

 9   213-683-6120

10   Alyssatapper@paulhastings.com

11

12

13   Appearing on behalf of Nike:

14   Daniel Prince

15   Paul Hastings, LLP

16   515 South Flower Street

17   Twenty-Fifth Floor

18   Los Angeles, California 90071

19   213-683-6169

20   Danielprince@paulhastings.com

21

22

23

24

25
```

```
 1              APPEARANCES (CONT.)

 2

 3

 4  Appearing on behalf of Nike:

 5  Lauren Thibodeaux

 6  Nike, Inc.

 7  1 Bowerman Drive

 8  Beaverton, Oregon 97209

 9  971-317-6884

10  Lauren.thibodeaux@nike.com

11

12

13  Appearing on behalf of Plaintiffs:

14  Brian Denlinger

15  Ackermann Tilajef

16  2602 North Proctor Street

17  Suite 205

18  Tacoma, Washington 98406

19  253-625-7720

20  Bd@ackermanntilajef.com

21

22  Also Present:  Rick Majewski, Videographer

23

24

25
```

NICOLE HUBBARD GRAHAM
JUNE 20, 2024

JOB NO. 1025103

| | | |
|---|---|---|
| 13:09:35 | 1 | A.   Yeah, of course.  Sorry.  I have to put them in |
| 13:09:43 | 2 | alphabetical order. |
| 13:09:46 | 3 | Q.   That's okay.  You can see my organization. |
| 13:09:48 | 4 | A.   I have my office much like that so -- |
| 13:09:52 | 5 | Q.   Jamie was very organized. |
| 13:09:54 | 6 | On page three -- |
| 13:09:59 | 7 | A.   Yes. |
| 13:10:00 | 8 | Q.   -- it says, "The things we have heard on |
| 13:10:03 | 9 | challenges women face"? |
| 13:10:04 | 10 | A.   Yes. |
| 13:10:05 | 11 | Q.   So these were themes you had discussed when you |
| 13:10:08 | 12 | were at Ms. Jeffries' house reviewing the filled-in |
| 13:10:13 | 13 | Starfish questionnaires? |
| 13:10:15 | 14 | A.   Yes. |
| 13:10:22 | 15 | Q.   And one of those themes was, "No trust in HR/ER |
| 13:10:40 | 16 | if you report things." |
| 13:10:41 | 17 | Do you see that? |
| 13:10:42 | 18 | A.   I do. |
| 13:10:42 | 19 | Q.   That was one of the themes that you identified |
| 13:10:46 | 20 | in that discussion at Ms. Jeffries' house? |
| 13:10:51 | 21 | MR. PRINCE:   Objection.  Scope of the |
| 13:10:54 | 22 | court's Order 486.  No response.  Instruction not to |
| 13:10:58 | 23 | respond. |
| 13:10:58 | 24 | BY MR. GOLDSTEIN: |
| 13:10:59 | 25 | Q.   When you were reviewing filled-out Starfish |

NICOLE HUBBARD GRAHAM
JUNE 20, 2024

JOB NO. 1025103

| | | |
|---|---|---|
| 13:11:01 | 1 | questionnaires, you found one of the themes was no |
| 13:11:10 | 2 | trust in HR/ER if you report things. |
| 13:11:13 | 3 | Do you see that? |
| 13:11:14 | 4 | MR. PRINCE:  Objection.  Scope.  486. |
| 13:11:18 | 5 | Witness is not here to testify about that. |
| 13:11:25 | 6 | BY MR. GOLDSTEIN: |
| 13:11:26 | 7 | Q.  Do you need Mary to read back the question? |
| 13:11:29 | 8 | A.  Sure. |
| 13:11:31 | 9 | MR. GOLDSTEIN:  Unless you're instructed |
| 13:11:33 | 10 | not to answer, but it wasn't clear. |
| 13:11:36 | 11 | MR. PRINCE:  The question is does she see |
| 13:11:38 | 12 | this written on the document? |
| 13:11:38 | 13 | MR. GOLDSTEIN:  Can you read back the |
| 13:11:57 | 14 | question, Mary?  Thank you. |
| 13:11:57 | 15 | (The court reporter read back as |
| 13:11:57 | 16 | requested.) |
| 13:11:58 | 17 | MS. GRAHAM:  I do see that. |
| 13:11:59 | 18 | BY MR. GOLDSTEIN: |
| 13:12:00 | 19 | Q.  Okay.  And that was based on a review of |
| 13:12:03 | 20 | filled-in Starfish questionnaires; correct? |
| 13:12:06 | 21 | MR. PRINCE:  Objection.  Scope of the |
| 13:12:09 | 22 | court's order 486.  Instruction not to answer. |
| 13:12:14 | 23 | BY MR. GOLDSTEIN: |
| 13:12:19 | 24 | Q.  Now do you see the theme at the bottom, "Women |
| 13:12:26 | 25 | competing with one another versus supporting"? |

| | | |
|---|---|---|
| 13:48:08 | 1 | Q.  I'm not asking about what you told them, the |
| 13:48:11 | 2 | content of it.  I'm just asking about you had your |
| 13:48:15 | 3 | own experiences concerning discrimination or |
| 13:48:19 | 4 | harassment that you reported to Ms. Matheson and |
| 13:48:24 | 5 | Ms. Krane around March 2nd, 2018 in the meeting that |
| 13:48:31 | 6 | is labeled Starfish meeting in that e-mail.  Isn't |
| 13:48:34 | 7 | that correct? |
| 13:48:34 | 8 | MR. PRINCE:  Same objections.  Scope of |
| 13:48:36 | 9 | the court's order 486.  No response.  Instruction not |
| 13:48:40 | 10 | to respond. |
| 13:48:40 | 11 | BY MR. GOLDSTEIN: |
| 13:48:55 | 12 | Q.  How many filled-in Starfish survey responses |
| 13:49:02 | 13 | were there in 2018? |
| 13:49:09 | 14 | A.  To the best of my recollection, it was the |
| 13:49:16 | 15 | surveys that we pulled together at Jamie's house, |
| 13:49:20 | 16 | which then were in my possession which I took to |
| 13:49:23 | 17 | Monique and Hilary which was approximately 30-ish. |
| 13:49:28 | 18 | Q.  Okay.  And so that -- you're saying so 30, and |
| 13:49:33 | 19 | there's 30 Starfish questionnaire responses that are |
| 13:49:37 | 20 | in the documents you provided counsel last week, last |
| 13:49:41 | 21 | Friday? |
| 13:49:42 | 22 | A.  Correct. |
| 13:49:42 | 23 | Q.  Okay.  So, but you can see from Exhibit 587 and |
| 13:49:47 | 24 | 570 and Exhibit T that there's other Starfish |
| 13:49:52 | 25 | questions and responses; correct? |

NICOLE HUBBARD GRAHAM                                    JOB NO. 1025103
JUNE 20, 2024

13:49:52   1      A.   Correct.

13:49:53   2      Q.   Okay.  And you can't -- you don't know what --

13:49:55   3   you don't deny that Melanie Strong filled out a

13:49:59   4   Starfish questionnaire; correct?

13:50:01   5                MR. PRINCE:  Objection.  Assumes facts not

13:50:03   6   in evidence.  Lacks foundation.

13:50:05   7                MS. GRAHAM:  I don't know what --

13:50:06   8                MR. PRINCE:  And calls for speculation.

13:50:07   9                MS. GRAHAM:  I don't know what Mel did.

13:50:08  10   BY MR. GOLDSTEIN:

13:50:09  11      Q.   Okay.  So you can't -- you cannot definitively

13:50:11  12   say that there's only 30 Starfish questionnaire

13:50:15  13   complaints; correct?

13:50:16  14                MR. PRINCE:  Objection.  Foundation.

13:50:20  15                MS. GRAHAM:  I can't definitively say, no.

13:50:22  16   BY MR. GOLDSTEIN:

13:50:23  17      Q.   Okay.  So we've doubled checked the extensive

13:50:35  18   correspondence about Ms. Strong's deposition and it

13:50:37  19   appears it is -- Nike has not designated any part of

13:50:43  20   the transcript AEO, so on the confidential Ms. Graham

13:50:48  21   can hear it.

13:51:07  22        Earlier we were asking about -- do you remember

13:51:08  23   when I was asking you about Ms. -- Ms. Strong and

13:51:10  24   honesty?

13:51:11  25      A.   Yeah.

14:33:49   1   house when we came was that we looked through the

14:33:52   2   surveys and we started to -- we started to just kind

14:33:58   3   of identify different themes, if you will, of the

14:34:04   4   surveys.  I then -- I then took those surveys and

14:34:07   5   that's what I delivered to my meeting with Monique

14:34:10   6   and Hilary.

14:34:11   7   BY MR. GOLDSTEIN:

14:34:11   8       Q.  And was there anything in that clip we played

14:34:14   9   of Ms. Strong's testimony that you know is incorrect?

14:34:17  10            MR. PRINCE:  Objection.  Vague and

14:34:19  11   ambiguous.  It was a long clip that ran several pages

14:34:23  12   in the transcript.  Vague as to anything in there

14:34:29  13   that may be incorrect so --

14:34:34  14            MS. GRAHAM:  I was never at a meeting

14:34:35  15   where we sorted through 300 surveys.

14:34:39  16   BY MR. GOLDSTEIN:

14:34:39  17       Q.  Okay.  But there could have -- you do not deny

14:34:42  18   that Ms. Strong could have been at -- was --

14:34:45  19            Do you deny that Ms. Strong was at a meeting

14:34:49  20   where 300 Starfish surveys were sorted through?

14:34:52  21       A.  That would be total speculation on my part.

14:34:55  22       Q.  So it's -- it's -- you do not deny that there

14:35:04  23   was a meeting with Ms. Strong at where there was 300

14:35:09  24   Starfish questionnaires that were filled in.

14:35:12  25            MR. PRINCE:  Objection.  Lacks foundation.

NICOLE HUBBARD GRAHAM
JUNE 20, 2024
JOB NO. 1025103

14:35:14  1  Assumes facts not in evidence.  And the witness can

14:35:21  2  testify about her personal knowledge.

14:35:25  3         MS. GRAHAM:  So my personal experience was

14:35:29  4  at Jamie Jeffries' house.  We went through the

14:35:32  5  surveys.  I then brought those surveys to Monique and

14:35:36  6  Hilary.  And once we brought those to Monique and

14:35:41  7  Hilary, the intention was, hey, guys, I think you

14:35:44  8  need to look into this.  Like, there's something

14:35:47  9  going on here.

14:35:48  10         And so after that moment, our sort of

14:35:51  11  desire was to get out of the survey business.  Like,

14:35:54  12  I didn't need people handing me surveys anymore.  Now

14:36:00  13  lines of communication were opened up to Monique and

14:36:01  14  Hilary and so people could come forward and go

14:36:01  15  straight to them.  I didn't have to be privy to it.

14:36:04  16  Other people didn't have to be privy to it.  So I

14:36:09  17  don't know what else happened.  I don't know if there

14:36:10  18  were other surveys.  I don't know.

14:36:13  19  BY MR. GOLDSTEIN:

14:36:13  20     Q.  Thank you, Nicole.  And I just -- I just

14:36:17  21  need -- for the record, I just need -- I appreciate

14:36:20  22  the explanation.  I just want to try to get an answer

14:36:23  23  to this question so we can move on.

14:36:28  24         You cannot deny that Melanie Strong was in a

14:36:36  25  room where three -- about 300 Starfish questionnaires

| | | |
|---|---|---|
| 14:37:40 | 1 | on about 300 Starfish questionnaires. |
| 14:37:40 | 2 | A.  Yeah. |
| 14:37:41 | 3 | Q.  Were you ever sent Project Starfish, Exhibit A? |
| 14:37:45 | 4 | MR. PRINCE:  Asked and answered. |
| 14:37:50 | 5 | MS. GRAHAM:  I think your original |
| 14:37:53 | 6 | question, if I'm not mistaken was -- was did I create |
| 14:37:55 | 7 | this.  And I definitely recognize this page and I |
| 14:38:00 | 8 | recognize these themes.  But I think -- I think, as I |
| 14:38:05 | 9 | said before, these themes were very much tied to |
| 14:38:09 | 10 | these questionnaires that -- that we had reviewed as |
| 14:38:12 | 11 | well as discussion that we had had in this process, |
| 14:38:17 | 12 | and quite frankly discussions that we had had for |
| 14:38:20 | 13 | years.  And like I said, there's a few on here that I |
| 14:38:24 | 14 | did not agree with and still don't agree with. |
| 14:38:27 | 15 | BY MR. GOLDSTEIN: |
| 14:38:27 | 16 | Q.  What were some of the themes that you had been |
| 14:38:30 | 17 | discussing for years that are on that page? |
| 14:38:32 | 18 | MR. PRINCE:  Objection.  Scope, 486, court |
| 14:38:37 | 19 | order.  Instruction not to respond. |
| 14:38:37 | 20 | BY MR. GOLDSTEIN: |
| 14:38:44 | 21 | Q.  Had you been sent a document that included the |
| 14:38:49 | 22 | language on the second and third page, the "what we |
| 14:38:52 | 23 | want" and the themes of Exhibit A? |
| 14:38:55 | 24 | MR. PRINCE:  Objection.  Vague and |
| 14:38:58 | 25 | ambiguous.  Also, the witness testified earlier this |

1                    REPORTER'S CERTIFICATE

2

3          I, Mary Jacks, a professional court reporter,

4   do hereby certify:  That the foregoing proceedings

5   were taken before me at the time and place herein set

6   forth; that any witnesses in the foregoing

7   proceedings, prior to testifying were placed under

8   oath; that a verbatim record of the proceedings was

9   made by me using machine shorthand which was

10  thereafter transcribed under my direction; further,

11  that the foregoing is a transcription thereof.

12         I further certify that I am neither financially

13  interested in the action nor a relative or employee

14  of any attorney of any of the parties.

15         IN WITNESS HEREOF, I have hereunto subscribed

16  my name this 26th day of June, 2024.

17

18         _____

19         Mary Jacks

20         Oregon Commission No. 1027581

21         Expires 09/13/2026

22

23

24

25

# EXHIBIT H

Message

| | |
|---|---|
| **From:** | Matheson, Monique [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7048FD48BB534F8C9C86FAA0BC6A062B-MATHESON, M] |
| **Sent:** | 6/4/2019 10:26:03 AM |
| **To:** | ███████████ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cdfbb921949b46989bb458dbf42d928f██████████ |
| **CC:** | Krane, Hilary [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1bf9aef4d1cc463797f09787e91cda6c-Krane, Hila] |
| **Subject:** | RE: URGENT: re: Thank you |

And, my cell: ███████████  Talk soon,

Mo

---

**From:** Matheson, Monique
**Sent:** Tuesday, June 4, 2019 10:15 AM
**To:** ███████████████████
**Cc:** Krane, Hilary <Hilary.Krane@nike.com>
**Subject:** Re: URGENT: re: Thank you

Of course … Jody my assistant will make sure we find time that works.

Please call if are available and want to talk before Monday — I'm here and would love to connect.

Mo

Sent from my iPhone

On Jun 4, 2019, at 10:09 AM, ███████████████████████ wrote:

> Hi both,
>
> Hoping to get some time with you on Monday as a priority. I am in NYC this week for work but back Monday.
>
> Are you able to spare 15min to chat concerning our meeting last February?
>
> It is urgent.
>
> Thank you,
>
> ███
>
> **From:** "Matheson, Monique" <Monique.Matheson@nike.com>
> **Date:** Sunday, February 18, 2018 at 9:21 AM
> **To:** ██████████████████████
> **Cc:** "Krane, Hilary" <Hilary.Krane@nike.com>
> **Subject:** Re: Thank you

 — coming behind Hilary's note, with much appreciation for spending time with us last week.

We've started an important conversation and it's going to make a difference, in the most positive way.

3:18-cv-01477
PLAINTIFF'S
TRIAL EXHIBIT
**P403**

Enjoy the rest of your weekend!  As Hilary noted — don't hesitate to reach out to either of us if you have any questions or concerns,


Mo

Sent from my iPhone

On Feb 15, 2018, at 8:32 PM, Krane, Hilary <Hilary.Krane@nike.com> wrote:

███████  Thanks for taking the leap of faith with us today.   We know it wasn't easy; but we really believe you are empowering us to make change that is meaningful.   We will be in touch again and look forward to the day where we get to spend some time together on much different subjects.   Mo had to immediately leave town to attend to parenting duties so I am sending this on behalf of both us.   Never hesitate to reach out to either of us.   Warmly, Mo and Hilary

PLF_028044

# EXHIBIT I

**Message**

| | |
|---|---|
| **From**: | ████████nike.com ███████████ |
| **Sent**: | 2/16/2018 4:36:36 PM |
| **To**: | Krane, Hilary [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1bf9aef4d1cc463797f09787e91cda6c-Krane, Hila] |
| **CC**: | Matheson, Monique [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7048fd48bb534f8c9c86faa0bc6a062b-Matheson, M] |
| **Subject**: | Re: Thank you |

Thank you both for the time. It was not an easy conversation to have, but I'm grateful that you were there to listen.

Please let me know how things progress and if I can be of any help.

Thank you,

████████

Sent from my iPhone

> On Feb 15, 2018, at 7:37 PM, Krane, Hilary <Hilary.Krane@nike.com> wrote:
>
> ████████ of course my last note should have addressed you by your real name!  Eeek.  I went through my whole list and then said but where is ████████ and realized my mistake, forgive me....
>
> Sent from my iPad

3:18-cv-01477

**PLAINTIFF'S TRIAL EXHIBIT**

**P400**

PLF_028039

# EXHIBIT J

Message
| | |
|---|---|
| **From**: | Krane, Hilary [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1BF9AEF4D1CC463797F09787E91CDA6C-KRANE, HILA] |
| **Sent**: | 3/12/2018 7:40:07 PM |
| **To**: | ▮▮▮▮▮▮ /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cdfbb921949b46989bb458dbf42d928f-▮▮▮▮ |
| **Subject**: | Thanks again |

▮▮▮▮   Thank you for today.   It was extremely helpful.   Sorry to distract you with this again but it really made me more comfortable to clarify.   Back to work, killing it as you do. ☺  Best, H

PLF_028042

Plaintiff's Trial Exhibit 402
Page 1 of 1

# EXHIBIT K

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/business/nike-split-with-neymar-amid-sexual-assault-probe-11622159616

EXCLUSIVE | BUSINESS

# Nike Split With Neymar Amid Sexual-Assault Probe

Sneaker giant investigated allegation by Nike employee that soccer star sexually assaulted her; Neymar denies allegation and says commercial reasons ended endorsement deal

*By Khadeeja Safdar*  Follow

May 27, 2021 7:53 pm ET

Nike Inc.  NKE **3.87%** ▲ and soccer superstar Neymar split ways last year after the company started investigating an allegation by a Nike employee that the Brazilian athlete had sexually assaulted her, according to people familiar with the matter and documents reviewed by The Wall Street Journal.

In August 2020, Nike didn't publicly give a reason for the early end to its endorsement deal with one of the world's most recognizable athletes. Nike's marketing contract with Neymar had another eight years remaining, according to a person familiar with the matter.

The Nike employee had told friends as well as Nike colleagues in 2016 that Neymar tried to force her to perform oral sex in his hotel room while in New York City where she was helping to coordinate events and logistics for Neymar and his entourage, according to the people, including former and current Nike employees, and the documents.

Neymar denies the allegation, his spokeswoman said. "Neymar Jr. will vigorously defend himself against these baseless attacks in case any claim is presented, which did not happen so far," she said in a statement. She said Nike and Neymar split for commercial reasons.

The Nike employee filed a complaint to Nike in 2018 and described the incident to the company's head of human resources and general counsel, according to the people and documents. Nike hired lawyers at Cooley LLP to conduct an investigation starting in 2019 and decided to stop featuring Neymar in marketing amid the probe, according to the people and documents.



Neymar visited New York in June 2016 to drum up excitement for a shoe collaboration with Nike's
Jordan brand. MICHAEL STEWART/GETTY IMAGES

Nike ended its relationship with Neymar in 2020 after the athlete wouldn't cooperate with the
Cooley investigation, some of the people said. They said the probe wasn't completed when the
business relationship ended.

"Nike ended its relationship with the athlete because he refused to cooperate in a good faith
investigation of credible allegations of wrongdoing by an employee," said Hilary Krane, Nike's
general counsel, in response to questions from the Journal.

Ms. Krane said Nike didn't previously discuss the matter publicly because "no single set of facts
emerged that would enable us to speak substantively on the matter. It would be inappropriate for
Nike to make an accusatory statement without being able to provide supporting facts."



FOCUS ON SPORT/GETTY IMAGES

Neymar's spokeswoman said the two sides had been in discussions since 2019. "It is very strange a
case that was supposed to have happened in 2016, with allegations by a Nike employee, come to light

only at that moment," the spokeswoman said.

Representatives for Neymar disputed the woman's account during the Cooley probe but the athlete himself refused to be interviewed by Nike's investigators, some of the people said.

An attorney for the Nike employee didn't respond to requests for comment.

Neymar da Silva Santos Jr., 29 years old, signed with Nike at age 13, before he became a professional player in Brazil and then a star in Europe. He became the most expensive player in the history of soccer when Paris Saint-Germain paid FC Barcelona a transfer fee of about $260 million for him in 2017. The flashy goal scorer is a leader on the Brazilian national team and recently signed a contract extension with PSG, a top French club, through 2025.



Neymar signed with Nike at age 13, before he became a professional player in Brazil and then a star in Europe.
CHRISTOPHER PILLITZ/GETTY IMAGES

Neymar was the face of the Nike brand in South America with signature shoes and apparel collections and was among Nike's highest-paid athletes when the relationship ended. "Neymar Jr. will no longer be a Nike player as of August 31, 2020," a Nike spokesman said that month.

About two weeks later, on Sept. 12, Puma SE  PUM **3.70%** ▲  announced it had an endorsement deal with Neymar. "Welcome to the fam @neymarjr #KingIsBack," the official Puma account tweeted. Puma has since released signature Neymar shoes and the athlete has appeared in marketing for the German company, a smaller rival to Nike and Adidas AG  ADDYY **2.75%** ▲ .

A spokeswoman for Puma declined to comment.

Neymar discussed his move to Puma in a message last September. "I grew up watching videos of great football legends such as Pelé, Cruyff, Matthäus, Eusébio and Maradona," he wrote. "I wish to bring back the legacy that those athletes created on the pitch. They each played in Puma, and each of them created their magic in the King."

Neymar has more than 150 million followers on Instagram. Along with Puma, he has marketing partnerships with Red Bull, Qatar Airways and PokerStars, according to his website. In recent months, Neymar unveiled marketing deals with apparel brand SuperDry and Epic Games Inc., maker of the popular "Fortnite" videogame.

Neymar traveled to New York City in late May and early June 2016 on a Nike publicity campaign where he visited Citi Field and met with basketball great Michael Jordan to drum up excitement for a shoe collaboration between Nike's Jordan brand and the soccer star.

The woman, a longtime Nike employee who is still employed at the sneaker giant, was working with other Nike employees to coordinate logistics for Neymar and his entourage for the Jordan event in Manhattan, the people said. The group celebrated that evening at the Up & Down nightclub, the people said.

After midnight, in the early hours of June 2, hotel staff asked the woman along with another Nike employee to help Neymar, who appeared to be intoxicated, into his room at the hotel, the woman told friends and Nike colleagues that night and in subsequent days. She told these people that when she was briefly left alone in the room with Neymar, he took off his underwear and tried to force her to perform oral sex. She said Neymar tried to block her from leaving the room and then chased her down the hotel hallway while he was still undressed.

The employee shared the incident with several friends, family members and Nike employees that night and in the following days and weeks, the people said.

The employee made a complaint in 2018 when other women at Nike were stepping forward to share experiences of harassment and discrimination as part of a survey about the treatment of women at the company, according to the people and documents.

At the time, the employee shared details about the alleged incident with Monique Matheson, the head of Nike's human resources department, and Ms. Krane, Nike's general counsel, according to the people and documents.

Neymar continued to appear in marketing for Nike the following year. Around the time of the women's World Cup in France, Neymar appeared in a June 2019 Nike commercial about female athletes and their dreams.

Also in June 2019, another woman accused Neymar of rape at a Paris hotel a month earlier. Neymar said the encounter with the woman, a Brazilian model, was consensual and he accused her of attempting to extort him. The Brazilian authorities dropped the investigation of Neymar, citing a lack of evidence.

Authorities in Brazil later charged the model with slander, extortion and procedural fraud. The slander and extortion charges were dismissed in 2019 and she was acquitted of the fraud charge in 2020. A spokeswoman for the model said she stands by her original account of what happened.

In June 2019 after the Brazilian model made her public allegation, the Nike employee approached Ms. Krane and Ms. Matheson to ask the status of the complaint she made about Neymar a year earlier, according to the people and documents. Nike executives told the employee they hadn't taken any action because they had been under the impression she didn't want them to, the people said.



Puma announced it had an endorsement deal with Neymar in September 2020. JOHN BERRY/GETTY IMAGES

Ms. Krane said that when the employee first relayed her allegations to Nike's leadership in 2018, she did so on the condition of confidentiality. "As her employer, we had a responsibility to respect her privacy and did not believe it was appropriate to share that information with law enforcement or any third party without the employee's consent," Ms. Krane said.

"In 2019, when the employee later expressed interest in pursuing the matter, we acted immediately," Ms. Krane said. "From the very beginning, we have treated the employee's allegations and her experience with great seriousness."

In 2019, Nike ramped up its investigation into the 2016 incident, and lawyers from Cooley conducted interviews with witnesses, including Nike employees, the people said and documents show. Nike helped the employee retain counsel, and Nike agreed to pay her legal fees, the people said and documents show.

Cooley lawyer Amanda Main said her firm "conducted an extensive and thorough investigation, both within the company and through external sources."

Neymar's spokeswoman said, "Similar to the sexual assault allegations made against him in 2019—allegations which the Brazilian authorities found Neymar Jr. innocent—these allegations are false."



Nike is the jersey sponsor for Neymar's club Paris Saint-Germain. PAUL ELLIS/AGENCE FRANCE-PRESSE/GETTY IMAGES

In meetings with Nike executives, the woman requested that Nike tell the public that Neymar's behavior didn't align with its values, start enforcing morality clauses in athlete contracts and adopt a code of conduct for endorsement deals, the people said.

On Aug. 30, Nike confirmed that Neymar was no longer with the brand. It made no mention of the reasons for his departure.

Nike continues to be the jersey sponsor for both Neymar's club Paris Saint-Germain and the Brazilian national team, meaning its swoosh logo still appears on uniforms with Neymar's name and his number, 10.

**Write to** Khadeeja Safdar at khadeeja.safdar@wsj.com

*Appeared in the May 28, 2021, print edition as 'Nike and Soccer Star Neymar Split Amid Sex-Assault Probe'.*

## WSJ | Buy Side

Buy Side is independent of The Wall Street Journal newsroom.



**LIVING ROOM**

**The Best Artificial Christmas Trees for a Festive (and Easier) Holiday**



**DEALS & SALES**

**The 76 Best Early Black Friday 2025 Deals**

# EXHIBIT L

| | |
|---|---|
| **Subject:** | Cahill, et al v Nike |
| **Date:** | Wednesday, October 29, 2025 at 10:13:29 AM Pacific Daylight Time |
| **From:** | Emily Tucker |
| **To:** | byron@goldsteinbrowne.com |
| **Attachments:** | IMG_2024.jpeg, ATT00001.txt |

Hi there - hoping you remember me (one of the opt-in Nike plaintiffs) I surely haven't forgotten you. I have been following the case since we had to cut loose and in reading Nike's response to motion I am compelled to reach out.

The way they describe the opt-in's opting out voluntarily and that we have moved on could not be any further from my truth. I have been watching this case very closely and was buoyed by the class element to the settlement. Now that this is continuing NOT to be resolved, I wonder whether I should have filed an individual claim? From my perspective, no one brings individual claims because this is confusing, scary, and I bet pretty darn expensive. I don't know about the others, but I don't have a corporate paycheck, regardless of whether it's equitable, to fund that fight. Which is why I have been watching to see what happens as part of a class settlement, which I believe is the correct path to accountability.

Thank you for continuing to fight and just know I have the docket bookmarked and I check it frequently and am cheering the effort on from the sidelines. If there's anything I can do to help please don't hesitate to reach out.

Respectfully,
Emily Tucker
email address
phone number

At worst, the conduct is indicative of the failure to act in the best interest of the putative class.

The facts support the latter. Since the Court's denial of class certification in November 2022, all of the Opt-In Plaintiffs voluntarily dismissed themselves from the case. ECF No. 398. Not a single putative class member has filed an individual pay equity lawsuit against NIKE. Prince Decl. ¶ 16. Three of the four named Plaintiffs have moved on. While Plaintiff's counsel appears unable to move on, the class's interest in this action can, at best, be described as indifference. In any event, a denial of this belated motion would not deprive Plaintiffs of an opportunity to pursue their claims. It would confirm what has been true all along: the claims are more appropriate for individualized resolution. ECF No. 310 at 55.

### C. Plaintiff Fails To Identify New Evidence That Would Support A Renewed Attempt At Class Certification, Instead Relying On Recycled Theories.

Plaintiff argues that new evidence supports a second chance at class certification. However, of the 38 exhibits Plaintiff attaches to her Motion, almost half are documents (or exact duplicates of documents) that were produced *before* class certification. Prince Decl. ¶ 14. Another