UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| HEATHER HENDER, | Case No. 3:18-cv-01477-AB |
| Plaintiff, | **JOINT PROPOSED JUROR QUESTIONNAIRE** |
| v. | |
| NIKE, INC., an Oregon Corporation, | |
| Defendant. | |

**JOINT PROPOSED VOIR DIRE QUESTIONS**

The parties request that the following juror questionnaire be completed.  The American Bar Association's Principles for Juries and Jury Trials supports the use of juror questionnaires. *See* American Bar Association, *Principles for Juries and Jury Trials*, Principle 11.A. (rev. 2016) ("Before voir dire begins, the court and parties, through the use of appropriate questionnaires, should be provided with data pertinent to the eligibility of jurors and to matters ordinarily raised in voir dire . . . .").[1]

Furthermore, according to the Seventh Circuit American Jury Project, "[a] strong majority of jurors, when asked whether they would prefer to answer some jury selection questions by filling out a written questionnaire, or whether they would instead prefer to answer all of the questions out loud, responded that the use of a questionnaire would be preferable.  For jurors preferring the use of a questionnaire, the most commonly cited reasons were "privacy," "saves time and speeds up the process," and "don't feel comfortable speaking in public." *Seventh Circuit Bar Association American Jury Project*, Final Report, 38 (2008).[2]

In the event this questionnaire is approved, with or without modifications at the Court's discretion, oral voir dire would be limited to follow-up questions related to the questionnaire, in addition to any questions the Court wishes to pose.

---

[1] This publication is available at:
https://www.americanbar.org/content/dam/aba/administrative/american_jury/2016_jury_principles.pdf (last visited Feb. 3, 2025).

[2] This publication is available at:
https://www.uscourts.gov/file/document/seventh-circuit-american-jury-project-final-report (last visited Feb. 3, 2025).

**Page 1 –    JOINT PROPOSED JUROR QUESTIONNAIRE**

## JUROR QUESTIONNAIRE

Name: _____                    Juror Number: _____

To the Prospective Juror:

This questionnaire is designed to obtain information about your qualifications to be a juror in this case. The questions are not asked to invade your privacy but to ensure you can be a fair and impartial juror. **Please answer the questions as completely as possible**.  The answers to this questionnaire can save a great deal of time for the Court, the parties, and you.

If you need more room to answer a question, please inform the Court.  If you do not understand a question, please write **"I do not understand,"** and the Court will explain the question.

- Gender: _____          Age: _____

- In which city/area do you live? _____

- For how long? _____

- What is your highest level of education? _____

- Please list areas of study and any degree(s) received: _____

- In what areas have you received special training or education? _____

- What is your employment status (*check ☒ only one*)?  ☐ Full-time (Not Self-Employed) ☐ Part-time (Not Self-Employed) ☐ Self-employed ☐ Retired ☐ Not employed ☐ Homemaker ☐ Unable to work ☐ Other: _____

- Marital Status: ☐ Never married ☐ Married ☐ Living with Significant Other ☐ Divorced ☐ Separated ☐ Widowed ☐ Other:_____

- If your spouse/significant other works, who is their employer? _____

- Spouse's/significant other's highest level of education: _____

- What is the name of your current/most recent employer? _____ What is/was your job title? _____ How long have/did you work(ed) there? _____ What are/were your primary duties? _____

- What previous jobs have you held, including dates, employer, and occupation? _____

- Do you currently or have you in the past worked for Nike? ☐ Yes ☐ No.

- Have you ever applied for a job with Nike, or otherwise had business dealings with Nike? ☐ Yes ☐ No.  **If YES**, please explain:_____

_____

**Page 2 –   JOINT PROPOSED JUROR QUESTIONNAIRE**

_____

_____

- To the best of your knowledge, do you have friends or family that currently or previously worked for Nike?  ☐ Yes  ☐ No.  If yes, please explain: _____

_____

_____

- To the best of your knowledge, have you or any friends or family ever been involved in litigation with Nike for any reason?  ☐ Yes ☐ No.  If yes, please explain:

_____

_____

_____

- To the best of your knowledge, do you know Heather Hender?  ☐ Yes ☐ No. If yes, please explain: _____

_____

_____

_____

- To the best of your knowledge, is anyone you know familiar with Heather Hender?  ☐ Yes ☐ No.  If yes, please explain: _____

_____

_____

_____

- Have you ever had any management or supervisory responsibilities?  ☐ Yes  ☐ No.  If yes, please describe the jobs that included management or supervisory responsibilities:

_____

_____

_____

- Have you or someone close to you ever been an officer, director, or member of a corporation, partnership, or limited liability company?  ☐ Yes, Self ☐ Yes, Someone Else ☐ No. **If YES**, please describe: _____

**Page 3 –    JOINT PROPOSED JUROR QUESTIONNAIRE**

_____

_____

_____

- What hobbies or activities do you enjoy? _____

- What organizations do you belong to? _____

- Where do you get most of your news? _____

- What are three words/adjectives you would use to describe yourself? _____

  _____

- Which **public figure** (living or deceased) do you most admire? _____
  Why? _____

- Do you consider yourself a leader?  ☐ Yes ☐ No

- Have you or someone close to you ever worked for an attorney or law firm?
  ☐ Yes, Self ☐ Yes, Someone Else ☐ No.
  **If YES**, which attorney(s) or law firm(s)? _____
  What is/was their job title? _____

- Have you or your spouse served as a juror before? ☐ Yes ☐ No. **If YES**, please answer in the boxes below for each service:

| Type | Nature of Case | Year | Verdict Reached | Were you Foreperson? |
|---|---|---|---|---|
| ☐ Civil   ☐ Criminal | | | ☐ Yes     ☐ No | ☐ Yes     ☐ No |
| ☐ Civil   ☐ Criminal | | | ☐ Yes     ☐ No | ☐ Yes     ☐ No |
| ☐ Civil   ☐ Criminal | | | ☐ Yes     ☐ No | ☐ Yes     ☐ No |

- Have you, any relatives, or anyone close to you ever: (*check ☒ all that apply*)

| | No | Self | Relative | Someone Close |
|---|---|---|---|---|
| Sued someone (Plaintiff) | | | | |
| Been sued (Defendant) | | | | |
| Been a witness in a legal proceeding | | | | |
| Been involved in a workplace investigation or a lawsuit against an employer? | | | | |
| Given a statement or deposition | | | | |
| Served as an expert in litigation | | | | |

  **If YES,** please explain: _____

  _____

_____

- In general, do you think that the number of lawsuits filed has been (*check ☒ only one*):
☐ Much too large ☐ Too large ☐ Reasonable ☐ Too small ☐ Much too small

- Damages awarded by juries these days are (*check ☒ only one*):
☐ Much too large ☐ Too large ☐ Reasonable ☐ Too small ☐ Much too small

- Do you have any special knowledge, training, education, or experience in the following areas (*check ☒ all that apply*)?

| | No | Self | Relative | Someone Close |
|---|---|---|---|---|
| Statistics | | | | |
| Data analytics | | | | |
| Engineering | | | | |
| Attorney, Paralegal, or in any other aspect of legal field | | | | |
| Computer science | | | | |
| Accounting/Finance | | | | |
| Marketing | | | | |
| Sports marketing | | | | |
| Supply chain logistics | | | | |
| Manufacturing/process engineering | | | | |
| Human Resources | | | | |
| Apparel design/marketing | | | | |
| Shoe design/marketing | | | | |

**If you checked any response other than no**, please explain: _____

_____

_____

- For whatever reason (religious, political, health, past experiences, etc.), have you already concluded that you could not be a fair and impartial juror in this case? ☐ Yes ☐ No.
**If YES**, please explain: _____

_____

_____

- We anticipate the length of this trial to be roughly one week, beginning July 13, 2026. If you have pre-paid travel, doctor appointment(s), or surgery scheduled, please indicate that here:

_____

_____

_____

**Page 5 –    JOINT PROPOSED JUROR QUESTIONNAIRE**

- Are there any circumstances that would cause you serious personal or financial hardship if you serve on the jury in this case?  Please describe: _____

  _____

  _____

- Is there anything else you feel the Court and the parties should know about you and your ability to be a fair and impartial juror?  ☐ Yes  ☐ No.
  **If YES**, please explain:  _____

  _____

  _____


**Thank you for helping us seat a fair and impartial jury.**

**Juror's Oath:**  I swear or affirm that all answers given above are true, correct, and complete to the best of my knowledge.

**Juror's Signature:** _____ **Date:** _____

**Page 6 –    JOINT PROPOSED JUROR QUESTIONNAIRE**

DATED:  April 30, 2026           GOLDSTEIN BROWNE PC


*/s/ Byron Goldstein*

Byron Goldstein (admitted *pro hac vice)*
byron@goldsteinbrowne.com
Barry Goldstein, Of Counsel (admitted *pro hac vice)*
barry@goldsteinbrowne.com
1111 Broadway, Suite 300
Oakland, CA 94607
Tel: 510-584-9020
MARKOWITZ HERBOLD
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Kathryn P. Roberts, OSB #064854
KathrynRoberts@MarkowitzHerbold.com
Kelsie G. Crippen, OSB #193454
KelsieCrippen@MarkowitzHerbold.com

ACKERMANN & TILAJEF, P.C.
Craig J. Ackermann (admitted pro hac vice)
cja@ackermanntilajef.com
Brian Denlinger (admitted pro hac vice)
bd@ackermanntilajef.com
Erika Smolyar (admitted pro hac vice)
es@ackermanntilajef.com
315 South Beverly Drive, Suite 504
Beverly Hills, CA  90212
Tel: (310) 277-0614
Fax: (310) 277-0635


**Page 7 –    JOINT PROPOSED JUROR QUESTIONNAIRE**

DARDARIAN, HO, KAN & LEE
Laura L. Ho (admitted pro hac vice)
lho@dhkl.law
James Kan (admitted pro hac vice)
jkan@dhkl.law
Katharine L. Fisher (admitted pro hac vice)
ktrabucco@dhkl.law
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel: (510) 763-9800
Fax: (510) 835-1417 Fax: 5100


*Attorneys for Plaintiff Heather Hender*


DATED:  April 30, 2026          PAUL HASTINGS LLP


*/s/ Daniel Prince*
_____
Daniel Prince (*admitted pro hac vice*)
danielprince@paulhastings.com
Felicia A. Davis (*admitted pro hac vice)*
feliciadavis@paulhastings.com
Lindsey C. Jackson (*admitted pro hac vice*)
lindseyjackson@paulhastings.com
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705

Laura E. Rosenbaum, OSB No. 110061
Laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 300
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

*Attorneys for Defendant NIKE, Inc.*


**Page 8 –   JOINT PROPOSED JUROR QUESTIONNAIRE**