## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**KELLY CAHILL, et al.**

    Plaintiff,

**v.**

**NIKE, INC.**

    Defendant.

**Case No.: 3:18−cv−01477−AB**

**SUPPLEMENTAL JURY TRIAL MANAGEMENT ORDER REGARDING THE JERS SYSTEM**

To facilitate the use of the Jury Evidence Recording System (JERS) during trial in this action:

**IT IS HEREBY ORDERED** that no later than **July 6, 2026**, the parties shall submit their trial exhibits to the Court in electronic form per the instructions in the *Submission Requirements for Electronic Trial Exhibits* document found at ord.uscourts.gov/jers−exhibits.

Counsel shall contact the Courtroom Deputy to schedule a time to test the parties' exhibit presentation in the courtroom. Counsel may wish to have present staff that assisted in the preparation of exhibits.

**DATED** this 18th day of May, 2026

/s/Amy M. Baggio

Honorable Amy M. Baggio
United States District Judge.