LAURA ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Tel:  (503) 224-3380
Fax:  (503) 220-2480

DANIEL PRINCE (*pro hac vice*)
danielprince@paulhastings.com
FELICIA A. DAVIS (*pro hac vice*)
feliciadavis@paulhastings.com
LINDSEY C. JACKSON (*pro hac vice*)
lindseyjackson@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Tel:  (213) 683-6000
Fax:  (213) 627-0705

Attorneys for Defendant NIKE, Inc.


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| KELLY CAHILL, SARA JOHNSTON, LINDSAY ELIZABETH, and HEATHER HENDER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No.:  3:18-cv-01477-AB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |


Page 1          NOTICE OF SUBTITUTION OF COUNSEL

TO: CLERK OF THE COURT;

AND TO: Heather Hender, Plaintiff.

PLEASE TAKE NOTICE that Alyssa Tapper, formerly of Paul Hastings LLP ("Paul Hastings"), hereby withdraws as an attorney of record for Defendant NIKE, Inc. ("NIKE"). Attorneys Jennica K. Wragg and Erica Kelley of Paul Hastings are substituted as counsel for NIKE in the above-captioned matter. Pro Hac Vice applications were granted for Jennica K. Wragg at Docket 739 and Erica Kelley at Docket 730.  Laura Rosenbaum of Stoel Rives LLP and Daniel Prince, Felicia A. Davis, and Lindsey C. Jackson of Paul Hastings will continue as counsel of record for NIKE.  Copies of all further papers and proceedings herein should also be served on Jennica K. Wragg and Erica Kelley at the address below.

> JENNICA K. WRAGG (*pro hac vice*)
> jennicawragg@paulhastings.com
> ERICA KELLEY *(pro hac vice)*
> ericakelley@paulhastings.com
> PAUL HASTINGS LLP
> 515 South Flower Street, 25th Floor
> Los Angeles, CA 90071
> Tel:  (213) 683-6000
> Fax:  (213) 627-0705

This substitution is effective immediately.

Dated:  June 9, 2026                /s/  Laura Rosenbaum
                                    Daniel Prince (*pro hac vice*)
                                    danielprince@paulhastings.com
                                    Felicia A. Davis (*pro hac vice*)
                                    feliciadavis@paulhastings.com
                                    Lindsey C. Jackson (*pro hac vice*)
                                    lindseyjackson@paulhastings.com
                                    PAUL HASTINGS LLP
                                    515 South Flower Street, Twenty-Fifth Floor
                                    Los Angeles, CA 90071-2228
                                    Tel: (213) 683-6000
                                    Fax: (213) 627-0705

                                    Laura Rosenbaum, OSB No. 110061
                                    Laura.rosenbaum@stoel.com

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Tel: (503) 224-3380
Fax: (503) 220-2480
Attorneys for Defendant NIKE, Inc.