**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kathryn P. Roberts, OSB #064854**
KathrynRoberts@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085 | Fax: (503) 323-9105

**Byron Goldstein (admitted *pro hac vice*)**
byron@goldsteinbrowne.com
**Barry Goldstein, Of Counsel (admitted *pro hac vice*)**
barry@goldsteinbrowne.com
GOLDSTEIN BROWNE, PC
1111 Broadway, Office 04-117
Oakland, CA 94607
Tel: 510-584-9020

*Attorneys for Plaintiff*

[Additional Counsel of Record listed on the Signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HEATHER HENDER, | Case No. 3:18-cv-01477-AB |
| Plaintiff, | **PLAINTIFF'S RESPONSE TO NIKE, INC.'S OBJECTION TO AND REQUEST TO STRIKE PLAINTIFF'S MOTIONS IN LIMINE** |
| v. | |
| NIKE, INC., an Oregon Corporation, | |
| Defendant. | |

Page 1 –    PLAINTIFF'S RESPONSE TO NIKE, INC.'S OBJECTION TO AND REQUEST
TO STRIKE PLAINTIFF'S MOTIONS IN LIMINE

Plaintiff Heather Hender respectfully submits this response to Defendant NIKE, Inc.'s Objection to and Request to Strike Plaintiff's Motions in Limine (ECF No. 736).

Nike asks the Court to strike all of Plaintiff's motions in limine because they were not properly formatted. Plaintiff sought to organize her MILs in the most accessible and detailed manner for the Court, such that important evidentiary issues could be addressed before trial, thus making the trial fairer and more efficient. Striking Plaintiff's MILs would not resolve the questions that ultimately matter, the evidentiary issues for trial, while depriving the parties and the Court of the orderly process the Court has already ordered for deciding such questions. Nike's requested solution resolves nothing; it merely defers the same disputes to a far less suitable moment, mid-trial, where the risks of retrial or reversal are greater.

Should the Court have any concern about the format of Plaintiff's submission, Plaintiff offers two straightforward proposals below. Plaintiff would have worked with Nike to address any issues, but Nike never conferred with Plaintiff regarding the page or formatting issue raised in ECF No. 736 before filing it, and the filing contains no Local Rule 7-1 certification. Plaintiff utilized a similar format when she filed her initial Motions in Limine in February 2025 (Dkt. 605), and Nike had not raised any issue until yesterday's filing. Had Nike raised the issue, Plaintiff would have worked to resolve it, as the proposed accommodations below reflect.

To the extent the Court has any concern about the format of Plaintiff's submission, Plaintiff proposes either or both of the following, or such other approach as the Court may prefer:

1. Plaintiff will promptly re-file a reformatted version of her motions in limine; or

2. The Court may afford Nike a short, defined period (Plaintiff suggests five days) with a page limit (Plaintiff suggests five pages) to file a supplemental response, set sufficiently in advance of the pretrial conference to allow full review.

**Page 2 –**    PLAINTIFF'S RESPONSE TO NIKE, INC.'S OBJECTION TO AND REQUEST TO STRIKE PLAINTIFF'S MOTIONS IN LIMINE

Either approach fully addresses the issues Nike raised while preserving the Court's ordered process and ensuring the admissibility issues are decided on the merits before trial.

DATED: June 9, 2026

ACKERMANN & TILAJEF, P.C.

*s/ Craig J. Ackermann*
Craig J. Ackermann (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian W. Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
Erika Smolyar (admitted *pro hac vice*)
es@ackermanntilajef.com
315 South Beverly Drive, Suite 504
Beverly Hills, CA  90212
Tel: (310) 277-0614
Fax: (310) 277-0635

GOLDSTEIN BROWNE, P.C.
Byron Goldstein (admitted *pro hac vice)*
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
1111 Broadway 3rd Floor, 04-117
Oakland, CA 94607
Telephone: (510) 584-9020

DARDARIAN HO KAN & LEE
Laura L. Ho (admitted *pro hac vice)*
lho@dhkl.law
James Kan (admitted *pro hac vice)*
jkan@dhkl.law
Katharine L. Fisher (admitted *pro hac vice)*
kfisher@dhkl.law
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800
Fax: (510) 835-1417

MARKOWITZ HERBOLD PC
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Kathryn P. Roberts, OSB #064854
KathrynRoberts@MarkowitzHerbold.com

*Attorneys for Plaintiff*

**Page 3 –**    PLAINTIFF'S RESPONSE TO NIKE, INC.'S OBJECTION TO AND REQUEST
TO STRIKE PLAINTIFF'S MOTIONS IN LIMINE