LAURA E. ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
LINDSEY C. JACKSON, Cal: SB# 313396 (*pro hac vice*)
lindseyjackson@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendant NIKE, Inc.


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| HEATHER HENDER, | Case No.:  3:18-cv-01477-AB |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| NIKE, INC., an Oregon corporation, | |
| Defendant. | |

## PROOF OF SERVICE

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) ss: |
| CITY OF LOS ANGELES AND COUNTY OF LOS ANGELES | ) |
| | ) |

I am employed in the City of Los Angeles and County of Los Angeles, State of California.  I am over the age of 18, and not a party to the within action.  My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA  90071-2228.

On July 1, 2026, I served the foregoing document(s) described as:

**DEFENDANT NIKE, INC.'S OPPOSITION TO PLAINTIFF HEATHER HENDER'S MOTION IN LIMINE NO. 1**
**FILED UNDER SEAL ORAL ARGUMENT REQUESTED**

**DECLARATION OF FELICIA A. DAVIS IN SUPPORT OF DEFENDANT NIKE, INC.'S OPPOSITION TO PLAINTIFF HEATHER HENDER'S MOTION IN LIMINE NO. 1 FILED UNDER SEAL ORAL ARGUMENT REQUESTED**

on the interested parties by electronic service as follows:

*Please see attached Service List.*

☒ **VIA ELECTRONIC MAIL:**
By personally emailing the aforementioned document(s) in PDF format to the respective email address(es) listed below on July 1, 2026.  I did not receive an electronic message indicating errors in transmission.

☐ **VIA ELECTRONIC MAIL / FTP:**
I caused the documents to be sent to the persons at the e-mail addresses via FTP on the below service list on the date stated thereon: July 1, 2026.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is francinesheldon@paulhastings.com.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on July 1, 2026 at Los Angeles, California.

_____
Francine Sheldon

Page 2    -    PROOF OF SERVICE

Service List

Laura Salerno Owens
(laurasalerno@markowitzherbold.com)
David Markowitz
(davidmarkowitz@markowitzherbold.com)
Harry B. Wilson
(harrywilson@markowitzherbold.com)
Kelsie Crippen
(kelsiecrippen@markowitzherbold.com)
Markowitz Herbold PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
*(Attorneys for Plaintiffs)*

Laura L. Ho
(lho@dhkl.law)
James Kan
(jkan@dhkl.com)
Katharine F. Trabucco
(ktrabucco@dhkl.com)
Dardarian Ho Kan & Lee
155 Grand Avenue, Suite 900
Oakland, CA 94612-3536
*(Attorneys for Plaintiffs)*

Craig Ackerman
(cja@ackermanntilajef.com)
Brian Denlinger
(bd@ackermanntilajef.com)
Erika Smolyar
(es@ackermanntilajef.com)
Ackermann & Tilajef PC
315 South Beverly Drive, Suite 504
Beverly Hills, CA 90212
*(Attorneys for Plaintiffs)*

Byron Goldstein
byron@goldsteinbrowne.com
Barry Goldstein
barry@goldsteinbrowne.com
Goldstein Browne, PC
1111 Broadway, 3rd Floor, Office 04-117
Oakland, CA 94607
*(Attorneys for Plaintiffs)*