**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kelsie G. Crippen, OSB #193454**
KelsieCrippen@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

**Byron Goldstein (admitted *pro hac vice*)**
Byron@goldsteinbrowne.com
**Barry Goldstein, Of Counsel (admitted *pro hac vice*)**
Barry@golsteinbrowne.com
GOLDSTEIN BROWNE, PC
1111 Broadway, Office 04-117
Oakland, CA  97607
Telephone: (510) 584-9020

Attorneys for Plaintiff
[Additional Counsel of Record listed on the Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HEATHER HENDER, | Case No. 3:18-cv-01477-AB |
| Plaintiff, | **DECLARATION OF BYRON GOLDSTEIN IN SUPPORT OF PLAINTIFF'S BRIEF RE REDACTIONS RE TESTIMONY OF WITNESS NICOLE HUBBARD GRAHAM** |
| v. | |
| NIKE, INC., an Oregon Corporation, | |
| Defendant. | |

I, Byron Goldstein, declare as follows:

Page 1 –    **DECLARATION OF BYRON GOLDSTEIN IN SUPPORT OF PLAINTIFF'S BRIEF RE REDACTIONS RE TESTIMONY OF WITNESS NICOLE HUBBARD GRAHAM**

1.    I am a member in good standing of the Bar of the State of California and a partner at the law firm of Goldstein Browne, PC, counsel for Plaintiff.  I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them if called upon to do so.  I make this declaration in support of Plaintiff's Brief re Redactions re Testimony of Witness Nicole Hubbard Graham.

2.    On July 8, 2026, I sent Nike's counsel an email with the subject line "Nike's receipt of Starfish complaints."  I asked Nike whether it would "stipulate that the Starfish questionnaires were provided to Monique Matheson and Hilary Krane in late February/March 2018, including with respect to Exhibits 203-205, 234, 404, 409, 411, 423, and 424. Plaintiff is not asking Nike to stipulate or waive its relevance, prejudice, or hearsay objections." Alternatively, I asked whether Nike would accept service of the subpoena on Nicole Graham Hubbard.  That email is attached as Exhibit 1.

3.    On July 9, 2026, I received Nike's counsel response, in which she stated: "NIKE agrees it received the pay and promotion questionnaires it produced."  Nike's response is attached as Exhibit 2.

I declare under penalty of perjury under the laws of the State of Oregon and of the United States that the foregoing is true and correct, and that this Declaration was executed this 10th day of July, 2026, in Portland, Oregon.

s/Byron Goldstein
_____
Byron Goldstein (admitted *pro hac vice*)

2469325.2

**Page 2 –    DECLARATION OF BYRON GOLDSTEIN IN SUPPORT OF PLAINTIFF'S BRIEF RE REDACTIONS RE TESTIMONY OF WITNESS NICOLE HUBBARD GRAHAM**