LAURA E. ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Tel:  (503) 224-3380
Fax:  (503) 220-2480

FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
LINDSEY C. JACKSON, Cal. SB# 313396 (*pro hac vice*)
lindseyjackson@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Tel:  (213) 683-6000
Fax:  (213) 627-0705

Attorneys for Defendant NIKE, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HEATHER HENDER,<br><br>          Plaintiff,<br><br>     v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>          Defendant. | Case No.:  3:18-cv-01477-AB<br><br>**DECLARATION OF DANIEL PRINCE IN SUPPORT OF DEFENDANT NIKE, INC.'S OPPOSITION TO PLAINTIFF HEATHER HENDER'S BRIEF REGARDING REDACTIONS REGARDING TESTIMONY OF WITNESS NICOLE HUBBARD GRAHAM** |

## DECLARATION OF DANIEL PRINCE

I, Daniel Prince, hereby declare as follows:

1.    I am an attorney licensed by the Bar of the State of California and am admitted *pro hac vice* to practice before the U.S. District Court for the District of Oregon.  I am a Partner with the law firm of Paul Hastings LLP, counsel of record for Defendant Nike, Inc. ("Nike") in the above-captioned matter.  I have personal knowledge of the facts set forth in this Declaration, and if called to testify under oath, I could and would testify competently thereto.

2.    I submit this Declaration in Support of NIKE's Opposition to Plaintiff's Brief regarding redactions of Testimony of Nicole Hubbard Graham.

3.    Attached hereto as **Exhibit A** is a true and correct copy of relevant excerpts from the Deposition of Nicole Hubbard Graham, taken on June 20, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 10th day of July, 2026, at Portland, Oregon.


Dated:  July 10, 2026

/s/ Daniel Prince

Daniel Prince
Attorney for Defendant NIKE, INC



Page 1        DECLARATION OF DANIEL PRINCE IN SUPPORT OF DEFENDANT
               NIKE, INC.'S OPPOSITION TO PLAINTIFF HEATHER HENDER'S BRIEF
               REGARDING REDACTIONS REGARDING TESTIMONY OF WITNESS
               NICOLE HUBBARD GRAHAM

# EXHIBIT A

# Deposition Transcript

Case Number: 3:18-cv-01477-JR
Date: June 20, 2024

In the matter of:

# CAHILL, et al. v NIKE, INC.

# Nicole Hubbard Graham



CERTIFIED COPY

Reported by:
Mary Jacks

Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

                    STATES DISTRICT COURT

                  FOR THE DISTRICT OF OREGON


KELLY CAHILL, et al.,

   Plaintiff,

      V                        Case No. 3:18-cv-01477-JR

NIKE, INC.,

   Defendant.

_____

                    DEPOSITION OF

                 NICOLE HUBBARD GRAHAM

              Taken in behalf of the Plaintiff


     BE IT REMEMBERED THAT, the video deposition of Nicole Hubbard Graham was taken before Mary Jacks, Court Reporter and Notary Public, on Thursday, June 20th, 2024, commencing at the hour of 9:38 a.m., at the location of Stoel Rives, 760 SW Ninth Ave, Suite 3000, Portland, Oregon 97201.

NICOLE HUBBARD GRAHAM
JUNE 20, 2024

JOB NO. 1025103

BY MR. GOLDSTEIN:

Q.  Sure.

Do you know that Missy Capone collected filled-in Starfish questionnaires?

MR. PRINCE:  Lacks foundation.

MS. GRAHAM:  I don't know.

BY MR. GOLDSTEIN:

Q.  One quick question about Exhibit A, Project Starfish, that document.

A.  Exhibit A, this one?

Q.  Yes.

A.  Yep.  This is the Exhibit A?  Or sorry.

Q.  Yeah, that's --

A.  This Exhibit A.

Q.  That's Exhibit A.

A.  Okay.

Q.  So Melanie Strong testified that she provided this to Monique Matheson and Hilary Krane.

A.  Okay.

Q.  Do you know whether that is correct or incorrect?

A.  I do not know if that's correct or incorrect.

Q.  Okay.  Thanks.

Do you know how all these different people knew to send an e-mail with the subject Starfish?

NICOLE HUBBARD GRAHAM                                           JOB NO. 1025103
JUNE 20, 2024

Matheson or Hilary Krane were handed Exhibit A,
Project Starfish.

Can you deny -- can you confirm or deny whether
Melanie Strong saw Exhibit A, Project Starfish, being
handed to Ms. Matheson or Ms. Krane?

MR. PRINCE:  Objection.  Compound, as well
as foundation, and scope of the court's order 486.

MS. GRAHAM:  Sorry.  It seems a little bit
like the last one.  I can't confirm or deny because I
wasn't there when she --

BY MR. GOLDSTEIN:

Q.  Do you -- do you know whether Melanie saw
Project Starfish, Exhibit A, being provided to
Ms. Krane or Ms. Matheson?

MR. PRINCE:  Same objections.

MS. GRAHAM:  I don't know.  I don't know
that she provided this to Hilary or Monique.  I
wasn't there.

MR. GOLDSTEIN:  Okay.  Nothing further.

Do you have any questions, Daniel.

MR. PRINCE:  No, I don't believe so.

MR. GOLDSTEIN:  Well, we're going to have
to suspend this deposition under -- I appreciate you
being here -- but under local rule 30-6, subsections
A and B, because of the lack of production that Nike

REPORTER'S CERTIFICATE

I, Mary Jacks, a professional court reporter, do hereby certify:  That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is a transcription thereof.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney of any of the parties.

IN WITNESS HEREOF, I have hereunto subscribed my name this 26th day of June, 2024.

_____

Mary Jacks

Oregon Commission No. 1027581

Expires 09/13/2026