**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kelsie G. Crippen, OSB #193454**
KelsieCrippen@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

**Byron Goldstein (admitted *pro hac vice*)**
Byron@goldsteinbrowne.com
**Barry Goldstein, Of Counsel (admitted *pro hac vice*)**
Barry@golsteinbrowne.com
GOLDSTEIN BROWNE, PC
1111 Broadway, Office 04-117
Oakland, CA  97607
Telephone: (510) 584-9020

Attorneys for Plaintiff
[Additional Counsel of Record listed on the Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HEATHER HENDER, | Case No. 3:18-cv-01477-AB |
| Plaintiff, | **DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION RE PAY EQUITY OR TO STRIKE TESTIMONY** |
| v. | |
| NIKE, INC., an Oregon Corporation, | |
| Defendant. | |

I, Laura Salerno Owens, declare as follows:

Page 1 –    **DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION RE PAY EQUITY OR TO STRIKE TESTIMONY**

1.      I am a shareholder with Markowitz Herbold PC, attorneys of record for Plaintiffs. I have personal knowledge of the facts set forth herein.  I make this declaration in support of Plaintiff's Motion to Compel Production Re Pay Equity or to Strike Testimony.

2.      Attached is a true and correct copy of the following exhibit:

| Ex. No. | Document Description | Date |
|---------|---------------------|------|
| 1 | Transcript Excerpts | 07/15/2026 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 16, 2026, at Portland, Oregon.

*s/ Laura Salerno Owens*
Laura Salerno Owens, OSB # 076230

2472475.1

**Page 2 –    DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION RE PAY EQUITY OR TO STRIKE TESTIMONY**