**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kelsie G. Crippen, OSB #193454**
KelsieCrippen@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

**Byron Goldstein (admitted *pro hac vice*)**
Byron@goldsteinbrowne.com
**Barry Goldstein, Of Counsel (admitted *pro hac vice*)**
Barry@golsteinbrowne.com
GOLDSTEIN BROWNE, PC
1111 Broadway, Office 04-117
Oakland, CA  97607
Telephone: (510) 584-9020

Attorneys for Plaintiff
[Additional Counsel of Record listed on the Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HEATHER HENDER, | Case No. 3:18-cv-01477-AB |
| Plaintiff, | **DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF PLAINTIFF'S MOTION TO READ 30(B)(6) AND NIKE'S OFFICER'S DEPOSITION TRANSCRIPTS TO THE JURY** |
| v. | |
| NIKE, INC., an Oregon Corporation, | |
| Defendant. | |

I, Laura Salerno Owens, declare as follows:

Page 1 –    **DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF PLAINTIFF'S MOTION TO READ 30(B)(6) AND NIKE'S OFFICER'S DEPOSITION TRANSCRIPTS TO THE JURY**

1.      I am a shareholder with Markowitz Herbold PC, attorneys of record for plaintiffs. I have personal knowledge of the facts set forth herein.  I make this declaration in support of Plaintiff's Motion to Read 30(b)(6) and Nike's Officer's Deposition Transcripts to the Jury.

2.      Attached are true and correct copies of the following exhibits:

| Ex. No. | Document Description |
| --- | --- |
| A | February 5, 2021 Deposition of Alison Daugherty, 366:8-24. |
| B | February 22, 2021 Deposition of Monique Matheson, 94:16-95:6. |

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed July 18, 2026, at Portland, Oregon.

*s/ Laura Salerno Owens*

Laura Salerno Owens, OSB # 076230

2472946.1

**Page 2 –**    **DECLARATION OF LAURA SALERNO OWENS IN SUPPORT OF PLAINTIFF'S MOTION TO READ 30(B)(6) AND NIKE'S OFFICER'S DEPOSITION TRANSCRIPTS TO THE JURY**

# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KELLY CAHILL, et al.,

individually and on behalf

of others similarly situated,    No.

      Plaintiffs,    3:18-cv-01477-JR

   v.

NIKE INC., an Oregon

Corporation,

      Defendant.

VOLUME II

REMOTE VIDEOCONFERENCE 30(b)(6) AND PERSONAL

DEPOSITION OF ALISON DAUGHERTY

Taken in behalf of Plaintiffs

February 5, 2021

Daugherty, Alison - Vol. 2                    February 5, 2021

Page 223

BE IT REMEMBERED THAT, the remote videoconference 30(b)(6) and personal deposition of ALISON DAUGHERTY was reported by Aleshia K. Macom, Oregon CSR No. 94-0296, Washington CCR No. 2095, California CSR No. 7955, RMR, CRR, RPR, on Friday, February 5, 2021, commencing at the hour of 9:03 a.m., the witness appearing at Beaverton, Oregon.

APPEARANCES (Via Zoom videoconference)

GOLDSTEIN, BORGEN, DARDARIAN & HO
  By Barry Goldstein
      James Kan
      Byron Goldstein
      Mengfei Sun
  155 Grand Avenue, Suite 900
  Oakland, California 94612
  510-763-9800
  bgoldstein@gbdhlegal.com
  jkan@gbdhlegal.com
  brgoldstein@gbdhlegal.com
  msun@gbdhlegal.com
  Appearing for Plaintiffs

Page 224

PAUL HASTINGS

By Daniel Prince

Lindsey C. Jackson

515 South Flower Street, 25th Floor

Los Angeles, California 90071

213-683-6169

danielprince@paulhastings.com

lindseyjackson@paulhastings.com

Appearing for Defendant


Also Present:  Lauren Thibodeaux - Nike

*    *    *

Page 225

EXAMINATION INDEX

                                                    Page

Examination by Mr. Barry Goldstein        227, 417

Examination by Mr. Prince                      409


                EXHIBIT INDEX

Exhibit No.      Item                            Page

Exhibit 615      Lisa J. Lewen LinkedIn          229
                 profile

Exhibit 616      August 3, 2018, E-mail from     245
                 Jennifer Nunez
                 NIKE_00006252

Exhibit 617      Josh Simon LinkedIn profile     288

Exhibit 618      1-31-2018 E-mail from           294
                 Nikki Neuburger
                 NIKE_00015835

Exhibit 619      E-mail string re:  External     300
                 Thank you
                 NIKE_00023461 - NIKE_00023463

Exhibit 620      Starfish Survey complaint       347
                 NIKE_00033364-65 - NIKE_00033365

Exhibit 621      Starfish Survey complaint       353
                 NIKE_00033366 - NIKE_00033367

Exhibit 622      Starfish Survey complaint       356
                 NIKE_00033352 - NIKE_00033355

Page 226

EXHIBIT INDEX

| Exhibit No. | Item | Page |
|---|---|---|
| Exhibit 623 | Starfish Survey complaint | 361 |
| | NIKE_00033344 - NIKE_00033345 | |
| Exhibit 624 | Starfish Survey complaint | 370 |
| | NIKE_00033356 - NIKE_00033359 | |
| Exhibit 625 | Starfish Survey complaint | 378 |
| | NIKE_00033368 - NIKE_00033369 | |
| Exhibit 626 | United States Securities and | 394 |
| | Exchange Commission Schedule | |
| | 14A Information | |
| | PLF_000010 - PLF_000063 | |
| Exhibit 627 | Volume I deposition | 423 |
| | transcript of Alison Daugherty | |

Q.   He says, "There was conduct where an insular group of high-level managers in pockets of the organization protected each other and looked the other way."

A.   Uh-huh.

Q.   Do you see that?

A.   I do.

Q.   Now, I asked you about that last time and you said you had not seen that before.  Do you know whether in the course of the investigations concerning the survey complaints such as Exhibit 623, Nike investigated whether there were high-level managers who protected each other from complaints of discrimination?

        MR. PRINCE:  Objection; scope.

        THE WITNESS:  I think that -- I don't think that that's the right characterization.  I think that, as you can see in KeJuan's, at the last sentence there, is that there were people complaining about in crowd, out crowd, but it was not, you know, it wasn't, as KeJuan says, it wasn't gender specific.  It wasn't complaints of discrimination.  It was complaints of in crowd, out crowd, you know...

Q.   BY MR. BARRY GOLDSTEIN:  I understand the way

Page 430

C E R T I F I C A T E

I, Aleshia K. Macom, Oregon CSR No. 94-0296, Washington CCR No. 2095, California CSR No. 7955, RMR, CRR, RPR, do hereby certify that ALISON DAUGHERTY remotely appeared before me at the time and place mentioned in the caption herein; that the witness was by me first duly sworn on oath, and examined upon oral interrogatories propounded by counsel; that said examination, together with the testimony of said witness, was taken down by me in stenotype and thereafter reduced to typewriting; and that the foregoing transcript, pages 222 to 429, both inclusive, constitutes a full, true and accurate record of said examination of and testimony given by said witness, and of all other proceedings had during the taking of said deposition, and of the whole thereof, to the best of my ability.

Witness my hand at Portland, Oregon, this 16th day of February, 2021.

_____

Aleshia K. Macom
OR CSR No. 94-0296, Expires 9-30-2023
WA CCR No. 2095, Expires 7-7-2021

# Exhibit B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


KELLY CAHILL, et al.,

individually and on behalf

of others similarly situated,    No.

      Plaintiffs,                    3:18-cv-01477-JR

    v.

NIKE INC., an Oregon

Corporation,

      Defendant.


REMOTE VIDEOCONFERENCE DEPOSITION OF

MONIQUE MATHESON

Taken in behalf of Plaintiffs

February 22, 2021

Page 2

BE IT REMEMBERED THAT, the remote videoconference deposition of MONIQUE MATHESON was reported by Aleshia K. Macom, Oregon CSR No. 94-0296, Washington CCR No. 2095, California CSR No. 7955, RMR, CRR, RPR, on Monday, February 22, 2021, commencing at the hour of 9:02 a.m., the witness appearing at Beaverton, Oregon.

APPEARANCES (Via Zoom videoconference)

GOLDSTEIN, BORGEN, DARDARIAN & HO
  By Barry Goldstein
     James Kan
     Byron Goldstein
     Mengfei Sun
  155 Grand Avenue, Suite 900
  Oakland, California 94612
  510-763-9800
  bgoldstein@gbdhlegal.com
  jkan@gbdhlegal.com
  brgoldstein@gbdhlegal.com
  msun@gbdhlegal.com
  Appearing for Plaintiffs

Page 3

PAUL HASTINGS

By Daniel Prince

515 South Flower Street, 25th Floor

Los Angeles, California 90071

213-683-6169

danielprince@paulhastings.com

Appearing for Defendant


Also Present:  Felicia Davis - Nike

Lauren Thibodeaux - Nike

*    *    *

Matheson, Monique                                    February 22, 2021

Page 4

                        EXAMINATION INDEX

                                                        Page

     Examination by Mr. Barry Goldstein                   6




                         EXHIBIT INDEX

     Exhibit No.    Item                                 Page
     Exhibit 630    Article:  Nike's HR Chief             23
                    Says Company Fails to Promote
                    Enough Women, Minorities - Memo
                    PLF_020777 - PLF_020779
     Exhibit 631    Nike, Inc., Announces Monique   30
                    Matheson as New EVP, Global
                    Human Resources
     Exhibit 632    10-31-2017 E-mail from               36
                    MMatheson re:  Nike's
                    Commitment to a Matter of
                    Respect
                    NIKE_00028105 - NIKE_00028106
     Exhibit 633    April 4, 2018, Representation 169
                    and Pay Equity Commitments
                    message from Monique Matheson
                    NIKE_00003198 - NIKE_00003199

Matheson, Monique                              February 22, 2021

Page 5

EXHIBIT INDEX

Exhibit No.    Item                                    Page

Exhibit 634    Active Pay Management                     204

               May 2018

               NIKE_00015686 - NIKE_00015704


INSTRUCTION NOT TO ANSWER

PAGE    LINE

65       14

70       10

112      24

Matheson, Monique                                    February 22, 2021

Page 94

(Record read as follows:

"Q    How did that come about that the two of you were together and a hard copy of the survey was provided?")

THE WITNESS:  I believe Hilary and I were together and we were talking with an employee who was sharing her concerns.  She brought with her a hard copy of the surveys and over the course of our conversation, provided us with a hard copy of the surveys.

Q.  BY MR. BARRY GOLDSTEIN:  You don't remember the name of the employee who both you and Hilary Krane was talking to when the hard copy of the surveys was provided to you?

A.  I don't recall the name.

Q.  Do you have a vice president at Nike or someone who was a vice president at Nike by the name of Strong, I think Melanie Strong?

A.  I know Melanie Strong.

Q.  Is she currently an employee at Nike?

A.  She is not an employee at Nike.

Q.  Is she a -- Was she a vice president at Nike?

A.  She was a vice president at Nike.

Q.  Do you know if she had any relationship to the Starfish survey?

Matheson, Monique                                    February 22, 2021

Page 95

A.    If she did.

Q.    Have you heard -- Excuse me.

      Have you heard that she had a relationship to the Starfish survey?

A.    No.  I'm not familiar with, with what role she may or may not have had with the survey.

Q.    We're uploading an exhibit that has been marked as 585.  It's an e-mail from KeJuan Wilkins to Ilana Finley, April 2015.

A.    I have the e-mail up.

Q.    If you'd turn to -- Well, before I ask you about that, do you know KeJuan Wilkins?

A.    Yes.  I know KeJuan Wilkins.

Q.    KeJuan -- Excuse me.

A.    Okay.

Q.    And what is his position?

      MR. PRINCE:  I think Ms. Matheson may be frozen on the screen.

      MR. BARRY GOLDSTEIN:  Oh, no.

      MR. BYRON GOLDSTEIN:  Ms. Matheson, do you want to try resetting your Zoom again?

      (Break taken from 12:46 to 12:47.)

Q.    BY MR. BARRY GOLDSTEIN:  I had asked you about KeJuan Wilkinson, what his position was.

A.    I know KeJuan Wilkins.  His current position, I

Page 214

C E R T I F I C A T E

I, Aleshia K. Macom, Oregon CSR No. 94-0296, Washington CCR No. 2095, California CSR No. 7955, RMR, CRR, RPR, do hereby certify that MONIQUE MATHESON appeared before me remotely at the time and place mentioned in the caption herein; that the witness was by me first duly sworn on oath, and examined upon oral interrogatories propounded by counsel; that said examination, together with the testimony of said witness, was taken down by me in stenotype and thereafter reduced to typewriting; and that the foregoing transcript, pages 1 to 213, both inclusive, constitutes a full, true and accurate record of said examination of and testimony given by said witness, and of all other proceedings had during the taking of said deposition, and of the whole thereof, to the best of my ability.

Witness my hand at Portland, Oregon, this 3rd day of March, 2021.

_____

Aleshia K. Macom

OR CSR No. 94-0296, Expires 9-30-2023

WA CCR No. 2095, Expires 7-7-2021