LAURA E. ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Tel:  (503) 224-3380
Fax:  (503) 220-2480

FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
LINDSEY C. JACKSON, Cal. SB# 313396 (*pro hac vice*)
lindseyjackson@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Tel:  (213) 683-6000
Fax:  (213) 627-0705

Attorneys for Defendant NIKE, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HEATHER HENDER,<br><br>Plaintiff,<br><br>v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No.:  3:18-cv-01477-AB<br><br>**DECLARATION OF DANIEL PRINCE IN SUPPORT OF DEFENDANT NIKE'S OPPOSITION TO PLAINTIFF HEATHER HENDER'S MOTION TO READ 30(B)(6) AND NIKE'S OFFICER'S DEPOSITION TRANSCRIPTS TO THE JURY** |

**DECLARATION OF DANIEL PRINCE**

I, Daniel Prince, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California.  I am admitted *pro hac vice* in the United States District Court for the District Court of Oregon.  I am a partner with the law firm of Paul Hastings LLP, counsel of record for Defendant NIKE, Inc. ("NIKE") in the above-captioned matter.  I have personal knowledge of the facts herein, and if called upon to do so, could and would competently testify thereto.

2.      I submit this Declaration in Support of NIKE's Opposition to Plaintiff Heather Hender's motion to read 30(b)(6) and NIKE's officer's deposition transcripts to the jury.

3.      Attached hereto as **Exhibit 1** are true and correct copies of relevant excerpts from the Hearing Transcript of the Pre Trial Conference, taken on June 29th, 2026.

4.      Attached hereto as **Exhibit 2** are true and correct copies of relevant excerpts from the Deposition of Alison Daugherty, taken on February 5, 2021.

5.      Attached hereto as **Exhibit 3** are true and correct copies of relevant excerpts from the Trial Transcript, Day 2, taken on July 14, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 19th day of July, 2026, at Portland, Oregon.

Dated:  July 19, 2026

/s/ Daniel Prince

_____

Daniel Prince
Attorney for Defendant NIKE, INC

Page 1    -    DECLARATION OF DANIEL PRINCE IN SUPPORT OF DEFENDANT NIKE'S OPPOSITION TO PLAINTIFF HEATHER HENDER'S MOTION TO READ 30(B)(6) AND NIKE'S OFFICER'S DEPOSITION TRANSCRIPTS TO THE JURY