# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KELLY CAHILL, et al.,

individually and on behalf

of others similarly situated,   No.

     Plaintiffs,   3:18-cv-01477-JR

  v.

NIKE INC., an Oregon

Corporation,

    Defendant.


VOLUME II

REMOTE VIDEOCONFERENCE 30(b)(6) AND PERSONAL

DEPOSITION OF ALISON DAUGHERTY

Taken in behalf of Plaintiffs

February 5, 2021

Q.    He says, "There was conduct where an insular group of high-level managers in pockets of the organization protected each other and looked the other way."

A.    Uh-huh.

Q.    Do you see that?

A.    I do.

Q.    Now, I asked you about that last time and you said you had not seen that before.  Do you know whether in the course of the investigations concerning the survey complaints such as Exhibit 623, Nike investigated whether there were high-level managers who protected each other from complaints of discrimination?

        MR. PRINCE:  Objection; scope.

        THE WITNESS:  I think that -- I don't think that that's the right characterization.  I think that, as you can see in KeJuan's, at the last sentence there, is that there were people complaining about in crowd, out crowd, but it was not, you know, it wasn't, as KeJuan says, it wasn't gender specific.  It wasn't complaints of discrimination.  It was complaints of in crowd, out crowd, you know...

Q.    BY MR. BARRY GOLDSTEIN:  I understand the way

Page 430

C E R T I F I C A T E

I, Aleshia K. Macom, Oregon CSR No. 94-0296, Washington CCR No. 2095, California CSR No. 7955, RMR, CRR, RPR, do hereby certify that ALISON DAUGHERTY remotely appeared before me at the time and place mentioned in the caption herein; that the witness was by me first duly sworn on oath, and examined upon oral interrogatories propounded by counsel; that said examination, together with the testimony of said witness, was taken down by me in stenotype and thereafter reduced to typewriting; and that the foregoing transcript, pages 222 to 429, both inclusive, constitutes a full, true and accurate record of said examination of and testimony given by said witness, and of all other proceedings had during the taking of said deposition, and of the whole thereof, to the best of my ability.

Witness my hand at Portland, Oregon, this 16th day of February, 2021.

_____

Aleshia K. Macom

OR CSR No. 94-0296, Expires 9-30-2023

WA CCR No. 2095, Expires 7-7-2021