# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


HEATHER HENDER,                          )
                                         )
                    Plaintiff,   )   No. 3:18-cv-01477-AB
                                         )
              vs.                )   July 14, 2026
                                         )
NIKE, INC., an Oregon            )   Portland, Oregon
corporation,                             )
                                         )
              Defendant.    )
_____


TRANSCRIPT OF PROCEEDINGS

(Trial - Day 2)


BEFORE THE HONORABLE AMY M. BAGGIO

UNITED STATES DISTRICT COURT JUDGE


Court Reporter:            Ryan White, RMR, CRR
                           United States District Courthouse
                           1000 SW 3rd Avenue, Room 301
                           Portland, Oregon 97204
                           (503) 326-8184

aspect of Mr. Goldstein's question, please.

THE WITNESS:  I don't believe that that was my testimony.

BY MR. GOLDSTEIN:

Q.  Sure.  Can you please turn to your deposition, please, on page 366.

Okay.  On page 366 of your February 5th, 2021, deposition, you were asked:  "Now, I asked you about the last time, and you said you had not seen that before.

"Do you know whether in the course of the investigations concerning the survey complaints, such as Exhibit 623, NIKE investigated whether there were high-level managers who protected each other from complaints of discrimination?"

And after an objection by defendant, you testified: "I think that -- I don't think that's -- that's the right characterization.  I think that, as you can see in KeJuan at the last sentence there, is that there were people complaining about in-crowd, out-crowd; but it was not, you know -- it wasn't as KeJuan says, it wasn't gender specific, it wasn't complaints of discrimination, it was complaints of in-crowd, out-crowd, you know."

That -- did I read that correctly?

MR. PRINCE:  Objection.  Improper impeachment and rule of completeness.

465

C E R T I F I C A T E

I certify, by signing below, that the foregoing is a true and correct transcript of the record, taken by stenographic means, of the proceedings in the above-titled cause.  A transcript without an original signature, conformed signature, or digitally signed signature is not certified.

DATED this 14th day of July, 2026.

// Ryan White
RYAN WHITE
Registered Merit Reporter
Certified Realtime Reporter
Expires 9/30/2028