| | |
|---|---|
| **From:** | Wragg, Jennica K. |
| **To:** | Jennifer Paget |
| **Cc:** | Prince, Daniel; Kelley, Erica; Jackson, Lindsey C.; Davis, Felicia A.; Laura Salerno Owens; Byron Goldstein; Erika Smolyar; Brian Denlinger; Barry Goldstein; Rosenbaum, Laura E. |
| **Subject:** | RE: 3:18-cv-01477-AB Cahill et al v. Nike, Inc - Request for Conference |
| **Date:** | Monday, July 20, 2026 9:59:30 PM |
| **Attachments:** | image001.png |

Good evening, Ms. Paget:

As you may recall, at the conclusion of today's proceedings, counsel for Defendant alerted Judge Baggio that it may seek to discuss issues raised in closing and rebuttal with Judge Baggio prior to the start of deliberations.

We kindly request a conference to discuss our objections to the issues raised in closing and rebuttal before the jurors start deliberating tomorrow.

Jennica



**Jennica Wragg** | **Associate, Litigation Department**
Paul Hastings LLP | 1999 Avenue of the Stars, 26th Floor, Century City, CA 90067 | Direct: +1.310.620.5705 | Main: +1.310.620.5700 | Fax: +1.310.620.5805 | jennicawragg@paulhastings.com | www.paulhastings.com