

COURT'S
EXHIBIT NO. B
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 7/21/26

Your Honor—

Can You give us a little more guidance on directing us in deciding punitive damages?

You have received all of the jury instructions, including those related to punitive damages.
7/21/2026
4:43 PM    Amy Snow