IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HEATHER HENDER

               Plaintiff,

      v.

NIKE, INC., and Oregon Corporation,

               Defendant.

Case No. 3:18-cv-01477-AB

VERDICT FORM

We, the jury being duly empaneled and sworn in the above-entitled case, do unanimously find as follows:

**I.**    **Federal Equal Pay Act**

QUESTION 1: Has Plaintiff Hender proved by a preponderance of the evidence that Defendant NIKE paid her less than male employees in jobs requiring substantially equal work?

   ✓ Yes    _____ No

*If your answer to Question 1 is "Yes," proceed to Question 2.*

*If your answer to Question 1 is "No," proceed to Question 6.*

1 – VERDICT FORM

QUESTION 2: Has Defendant NIKE proved by a preponderance of the evidence that any pay disparity between Plaintiff Hender and male employees in jobs requiring substantially equal work was based entirely on job-related factors, not sex?

_____ Yes    ✓ No

*If your answer to Question 2 is "Yes," proceed to Question 6.*

*If your answer to Question 2 is "No," proceed to Question 3.*

QUESTION 3: Has Plaintiff Hender proved by a preponderance of the evidence that Defendant NIKE willfully violated the Federal Equal Pay Act?

✓ Yes    _____ No

*If your answer to Question 3 is "Yes," proceed to Question 4.*

*If your answer to Question 3 is "No," proceed to Question 5.*

QUESTION 4: If you found that Defendant NIKE willfully violated the Federal Equal Pay Act, what are Plaintiff Hender's damages, if any?

$ 19,139.52

*Proceed to Question 6.*

QUESTION 5: If you found that Defendant NIKE did not willfully violate the Federal Equal Pay Act, what are Plaintiff Hender's damages, if any?

$_____

*Proceed to Question 6.*

2 – VERDICT FORM

## II.    Oregon Equal Pay Act

QUESTION 6: Has Plaintiff Hender proved by a preponderance of the evidence that Defendant NIKE paid her less than male employees for work of comparable character?

✓ Yes _____ No

*If your answer to Question 6 is "Yes," proceed to Question 7.*

*If your answer to Question 6 is "No," proceed to Question 9.*

QUESTION 7: Has Defendant NIKE proved by a preponderance of the evidence that any pay disparity between Plaintiff Hender and male employees performing work of comparable character was based entirely on bona fide factor(s) related to the position in question, not sex?

_____ Yes ✓ No

*If your answer to Question 7 is "Yes," proceed to Question 9.*

*If your answer to Question 7 is "No," proceed to Question 8.*

QUESTION 8: Has Plaintiff Hender proved by clear and convincing evidence that she is entitled to punitive damages for Defendant NIKE's violation of the Oregon Equal Pay Act?

✓ Yes _____ No

*Proceed to Question 9.*

*Note: If you find in favor of Plaintiff on this claim, the Court determines the amount of non-punitive damages.*

///

///

///

3 – VERDICT FORM

### III. Disparate Treatment under Title VII and ORS 659A.030

#### A.    Disparate Treatment in Pay

QUESTION 9: Has Plaintiff Hender proved by a preponderance of the evidence that Defendant NIKE paid Plaintiff Hender less because of Plaintiff Hender's sex?

_✓_ Yes    _____ No

*If your answer to Question 9 is "Yes," proceed to Question 10.*

*If your answer to Question 9 is "No," proceed to Question 12.*

QUESTION 10: Has Plaintiff Hender proved by a preponderance of the evidence that she is entitled to punitive damages for Defendant NIKE's Title VII disparate treatment in pay violation?

_✓_ Yes    _____ No

*If your answer to Question 10 is "Yes," proceed to Question 11.*

*If your answer to Question 10 is "No," proceed to Question 12.*

QUESTION 11: Has Plaintiff Hender proved by clear and convincing evidence that she is entitled to punitive damages for Defendant NIKE's ORS 659A.030 disparate treatment in pay violation?

_✓_ Yes    _____ No

*Proceed to Question 12.*

*If you find for Plaintiff Hender on this claim, the Court will determine the amount of her non-punitive damages.*

4 – VERDICT FORM

**B.    Disparate Treatment in Promotion**

QUESTION 12: Has Plaintiff Hender proved by a preponderance of the evidence that Defendant NIKE promoted Plaintiff Hender more slowly because of Plaintiff Hender's sex?

___✓___ Yes    _____ No

*If your answer to Question 12 is "Yes," proceed to Question 13.*

*If your answer to Question 12 is "No," proceed to "IV. Punitive Damages."*

QUESTION 13: Has Plaintiff Hender proved by a preponderance of the evidence that she is entitled to punitive damages for Defendant NIKE's Title VII disparate treatment in promotion violation?

___✓___ Yes    _____ No

*If your answer to Question 13 is "Yes," proceed to Question 14.*

*If your answer to Question 13 is "No," proceed to "IV. Punitive Damages."*

QUESTION 14: Has Plaintiff Hender proved by clear and convincing evidence that she is entitled to punitive damages for Defendant NIKE's ORS 659A.030 disparate treatment in promotion violation?

___✓___ Yes    _____ No

*Proceed to "IV. Punitive Damages."*

*If you find for Plaintiff Hender on this claim, the Court will determine the amount of her non-punitive damages.*

///

///

///

5 – VERDICT FORM

## IV.  Punitive Damages

*If you answered "Yes" to Questions 10 or 13, answer Question 15.*

*If you answered "Yes" to Questions 8, 11, or 14, answer Question 16.*

*If you did not answer "Yes" to Questions 8, 10, 11, 13, or 14, proceed to the end and sign and date this Verdict Form.*

QUESTION 15: What amount of punitive damages, if any, should Plaintiff Hender be awarded for Defendant NIKE's violation of Title VII?

$ __7.5 million__

QUESTION 16: What amount of punitive damages, if any, should Plaintiff Hender be awarded for Defendant NIKE's violation of the Oregon Equal Pay Act and/or ORS 659A.030?

$ __7.5 million__

*The presiding juror should sign and date this Verdict Form.*

DATED this __22__ day of __July__ , 2026.

_____
Presiding Juror

6 – VERDICT FORM