COURT'S
EXHIBIT NO. 13
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 7/21/26



Your Honor-
Can you give us a little
more guidance on directing us
in deciding punitive damages?

You have received all of the jury instructions,
including those related to punitive damages.
7/21/2024
4:43pm    Amy Brown