✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF                         Portland

Heather Hender

V.

Nike, Inc.

## EXHIBIT AND WITNESS LIST

Case Number:   3:18-cv-01477-AB

| PRESIDING JUDGE Amy Baggio | | | | | PLAINTIFF'S ATTORNEY Goldstein, Solerno Owens, et al | DEFENDANT'S ATTORNEY Prince, Davis, et al |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 7/13/2026 - 7/22/2026 | | | | | COURT REPORTER Ryan White | COURTROOM DEPUTY Jennifer Paget |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | 7/13/2026 | X | | Court Ex. A - Emails regarding "same decision" affirmative defense - docketed as ECF 780 | |
| | | | | | Vor Dire - Jury seated at 3:21PM | |
| X | | 7/14/2026 | | | Opening Statement (P:  9:17 - 9:51; D: 9:52 - 10:25) | |
| X | | 7/14/2026 | | | Melanie Strong (D: 10:50 - 11:51; C: 11:51 - 11:54; C (Cont'): 1:05 - 1:12; RD: 1:12 - 1:15) | |
| 102 | | | X | X | Email, D. Ayre to Nike Employees re Equal Pay Day, Nike Has Pay Equity, dated April 4, 2017 | |
| 577 | | | X | X | Project Starfish (577 replaced 428 on Ex. List 3) | |
| 315 | | | X | X | Meeting invitation re 9:00-9:45AM Starfish, dated February 14, 2018 | |
| 308 | | | X | X | Meeting invitation re 2:30-3:30PM Starfish, dated February 14, 2018 | |
| 310 | | | X | X | Email Fwd: PERSONAL AND CONFIDENTIAL- ... RECIPIENT ONLY, dated March 30, 2018 | |
| 311 | | | X | X | Email FW: PERSONAL AND CONFIDENTIAL - ... RECIPIENT ONLY, dated March 30, 2018 | |
| 18 | | | X | X | Email from Monique Matheson to Nike Employees ("Lst-Nike Global"), dated April 4, 2018 | |
| 579 | | | X | X | Starfish response | |
| | | | | | Court gave limiting instruction #1 (11:38) | |
| 572 | | | X | | NOT ADMITTED:  Parker speech, dated May 2018 (replaced 570) | |
| X | | 7/14/2026 | | | Alison Daugherty (Pla D: 1:17 - 1:53; Def D: 1:53 - 2:08; Pla RD/C: 2:11 - 2:15, 2:35 - 2:44) | |
| 578 | | | X | | NOT ADMITTED:  Nike Obj to Ptf's Notice with Nike's des. of topics for Daugherty's depo (replaced | |
| 573 | | | X | X | Email Mark Parker to Nike Employees re A note from Mark, dated March 15, 2018 (Replaced 571) | |
| 580 | | | X | X | MORHL OC: MOR - Simon, Joshua, dated June 14, 2018 (replaced 565) | |
| | | | | | Court gave limiting instruction #2 (1:48) | |
| 105 | | | X | X | "Employee Relations Playbook", dated June 5, 2019 | |
| 572 | | | X | | NOT ADMITTED:  Parker speech, dated May 2018 (replaced 570) | |
| X | | 7/14/2026 | | | Monique Matheson (D: 3:15 - 3:47; C: 3:47 - 3:57; RD: 3:57 - 4:04) | |

*** (to the left of rows 308 through 572)

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___6___ Pages

*** Ex. 573 (Rec'd before 310 on 7/14/26)   Mark Parker Email on Culture and Diversity Initiatives (Ex. 573 Replaced 517)

✎ AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | Heather Hender    vs.    Nike, Inc.    CASE NO. 3:18-cv-01477-AB |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/14/2026 | | | Monique Matheson (Cont') |
| 556 | | | X | X | Matheson Declaration |
| 308 | | | X | X | Meeting invitation re 2:30-3:30PM Starfish, dated February 14, 2018 |
| 312 | | | X | X | Meeting invitation re 5:00-6:00PM Starfish, dated February 26, 2018 |
| 18 | | | X | X | Email from Monique Matheson to Nike Employees ("Lst-Nike Global"), dated April 4, 2018 |
| 572 | | | X | | NOT ADMITTED:  Parker speech, dated May 2018 (replaced 570) |
| 579 | | | X | X | Starfish response |
| X | | 7/14/2026 | | | Heather Hender (D: 4:06-4:51) |
| 83 | | | X | X | Hender Manufacturing Engineer II Nike Offer Letter, dated March 5, 2015 |
| 350 | | | X | X | Candidate Summary of Heather Hender, dated December 1, 2014 |
| 59 | | | X | X | Hender Application for Senior Engineer II Position, dated October 3, 2016 |
| 389 | | | X | X | Emails from Hender to Ponganis re "Jus' the facts, ma'am", dated April 5, 2018 |
| 358 | | | X | X | Emails between Hender and Ponganis re "Job Opportunity- Please Read", dated May 25, 2018 |
| X | | 7/15/2026 | | | Heather Hender (D (Cont'): 9:13-9:44; C: 9:45-10:30, 10:48-11:58, 1:05-1:15; RD: 1:15-1:24; RC: 1 |
| 353 | | | X | X | Senior Equipment Engineer II Job Description, dated July 10, 2018 |
| 58 | | | X | X | Hender Offer Letter for Sr. Process Engineer I, dated August 23, 2018 (NIKE_00008699) |
| 2 | | | X | X | Hender FY'16 CFE, dated July 1, 2016 |
| 3 | | | X | X | Hender FY'17 CFE, dated July 1, 2017 |
| 4 | | | X | X | Hender FY'18 CFE, dated July 1, 2018 |
| 396 | | | X | X | Hender's FY'19 Q4 CFE, dated July 1, 2019 |
| 389 | | | X | X | Emails from Hender to Ponganis re "Jus' the facts, ma'am", dated April 5, 2018 |
| 358 | | | X | X | Emails between Hender and Ponganis re "Job Opportunity- Please Read", dated May 25, 2018 |
| | 1072 | | X | X | Nike's New Hire policy Acknowledgment form signed by Heather Hender, 04/06/2015 |
| | 1073 | | X | X | Heather Hender Resume |
| X | | 7/15/2026 | | | Shane Walker (D: 1:26 - 2:40, 2:54 - 3:51; C: 3:52 - 4:14; RD: 4:14 - 4:39) |
| 35 | | | X | X | Managing Pay at NIKE with Script (Updated Apr 24) |
| 280 | | | X | X | Email re: Facilitator Sign-up for Managing Pay at Nike, dated April 6, 2019 (NIKE_00060254) |

✎AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | | CASE NO. |
|---|---|---|---|---|---|---|
| Heather Hender | | | VS. | | Nike, Inc. | 3:18-cv-01477-AB |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/15/2026 | | | Shane Walker (D (Cont')) |
| 125 | | | X | | Nike Job Architecture |
| 123 | | | X | X | HR Training Pay Ranges |
| 130 | | | X | X | "Range Positioning", dated July 31, 2016 |
| 289 | | | X | X | Internal Movement |
| 207 | | | X | X | Annual Pay Review July 2019, dated July 1, 2019 |
| 158 | | | X | X | Annual Pay Review Deep Dive , dated March 12, 2019 |
| 295 | | | X | X | FY20 Total Rewards Updates, dated May 24, 2019 |
| 145 | | | X | X | "Global Benchmarking FY19 Programs and TRC Working Session" , dated May 29, 2018 (date cre; |
| 208 | | | X | X | HR Fair Pay Tool, dated August 20, 2016 |
| 40 | | | X | X | Annual Pay Review - Year End Process, dated June 13, 2019 |
| 151 | | | X | X | Salary Survey Process Playbook |
| 152 | | | X | X | New Intake Form - Mid-Tier Exec |
| 302 | | | X | | Email Re: Pay Equity Legislation Update, dated October 6, 2017 |
| 331 | | | X | X | Total Rewards GPR & Stock Planning Deep-Dive |
| | | 7/16/2026 | | | Court gave curative instruction re pay equity analysis testimony |
| X | | 7/16/2026 | | | David Neumark [expert - economics] (D: 9:45-10:58, 11:16-11:48; C: 11:48-12:07, 1:07-2:22; RD-; |
| 555 | | | X | X | Hender's and Waddell's Starting Job Code, Position, Job Level, and Job Subfamily |
| 559 | | | X | X | Hender vs. Waddell Pre-Nike Experience & Education Tables |
| 560 | | | X | X | Hender vs. Waddell Job Applications Tables |
| 561 | | | X | X | Hender vs. Waddell Hire Date, Starting Job, & Starting Pay Tables |
| 562 | | | X | X | Hender vs. Waddell Performance Ratings Tables |
| 563 | | | X | X | Hender vs. Waddell Salary & PSP Tables |
| 564 | | | X | X | Hender vs. Waddell Promotions Tables |
| IA | | | | | P-IA-01 (Plaintiff's Illustrative Aid) - DEMONSTRATIVE ONLY |
| 35 | | | X | X | Managing Pay at NIKE with Script (Updated Apr 24) |
| X | | 7/16/2026 | | | Shelli White (D: 2:46 - 3:05; C: 3:05 - 3:06) |

✎AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Heather Hender | | VS. | | Nike, Inc. | CASE NO. 3:18-cv-01477-AB |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X | | 7/16/2026 | | | Shelli White (Cont') |
| 162 | | | X | X | Performance Rewards: CFE Collection FAQs for Managers, dated Undated |
| 79 | | | X | X | "FY18 PSP Brochure", dated modified August 16, 2018 |
| 100 | | | X | X | Hender FY'18 Personal Pay Statement, undated |
| 189 | | | X | X | Talk with me: PSP , dated April 21, 2016 |
| 111 | | | X | X | Nike Performance Sharing Plan (PSP) |
| X | | 7/16/2026 | | | Jessica Stuckey (D: 3:12-3:44; C/D: 3:44 - 3:45) |
| 209 | | | X | X | Job Descriptions |
| 581 | | | X | | Email re Matter of Respect |
| 582 | | | X | | Nike Offer Intake Forms |
| 303 | | | X | X | Comp History Policy Change |
| 17 | | | X | | TA Comp History Policy |
| X | | 7/16/2026 | | | Jennifer Murphy [expert - damages] (D: 3:59 - 4:43) |
| IA | | | | | P-IA-02 (Damages Chart) - DEMONSTRATIVE ONLY |
| IA | | | | | P-IA-03 (Schedule 6) - DEMONSTRATIVE ONLY |
| | | | | | Limiting instruction given re Nike net worth |
| | | 7/17/2026 | | | Jennifer Murphy [expert - damages] (D reopened (Cont'): 9:06-9:09; C: 9:09-9:34; RD:  9:34-9:39) |
| IA | | | | | Schedule 1.1 of Report - DEMONSTRATIVE ONLY |
| X | | | | | Plaintiff rests (9:39) |
| | X | | | | Defense Rule 50 and 52 Motions put on the record - to be taken up later |
| | X | 7/17/2026 | | | Shine Thomas (D: 9:42 - 9:58; C: 9:58 - 10:09; RD: 10:09 - 10:10; RC: 10:10-10:11) |
| 153 | | | X | X | Email re: Commitment to Pay Equity, dated October 12, 2017 |
| 582 | | | X | X | Nike Offer Intake Forms |
| 33 | | | X | X | Hiring Process - Nike HR, dated December 13, 2018 |
| | | | | | Limiting instruction given re demonstrative exhibit used with Jennifer Wilson |
| | X | 7/17/2026 | | | Geoff Weston (by video) (D: 10:47 - 11:20; C: 11:20 - 11:22) |
| | X | 7/17/2026 | | | Trent Waddell (D: 11:28 - 11:58, 1:10-1:13; C: 1:13-1:20; RD: 1:20-1:23) |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| Heather Hender | | | VS. | Nike, Inc. | CASE NO.<br>3:18-cv-01477-AB |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/17/2026 | | | Trent Waddell (Cont') |
| 35 | | | X | X | Managing Pay at NIKE with Script (Updated Apr 24) |
| | 1411 | | X | X | CFE - Trent Waddell 2018 |
| | 1412 | | X | X | CFE - Trent Waddell 2019 |
| | 1413 | | X | X | CFE - Trent Waddell 2020 |
| | X | 7/17/2026 | | | Mike Pfluger (D: 1:25 -1:53; C: 1:53-2:03; RD: 2:03-2:04) |
| 263 | | | X | X | Emails bw Betse Green (TA Recruiter) and Mike Pfluger re Heather Hender, dated March 4, 2015 |
| 249 | | | X | X | Emails bw Hender and Mike Pfluger re Inflation Idea, dated July 9, 2015 |
| | X | | | | Deni Mei (D: 2:05-2:38, 2:51-3:50; C: 3:50-4:01) |
| 389 | | | X | X | Emails from Hender to Ponganis re "Jus' the facts, ma'am", dated April 5, 2018 |
| 3 | | | X | X | Hender FY'17 CFE, dated July 1, 2017 |
| 4 | | | X | X | Hender FY'18 CFE, dated July 1, 2018 |
| 5 | | | X | X | Email from Deni Mei to Bret Liebeno and Ken Fricke, dated April 25, 2018 |
| 396 | | | X | X | Hender's FY'19 Q4 CFE, dated July 1, 2019 |
| 1363 | | | X | X | FY20 CFE - Heather Hender |
| 100 | | | X | X | Hender FY'18 Personal Pay Statement, undated |
| 518 | | | X | X | Email from Ken Fricke to Deni Ponganis re "Heather Promotion" |
| | X | 7/17/2026 | | | James Stowell (D: 4:03 - 4:22; C: 4:22 - 4:26; RD: 4:26 - 4:27) |
| | | | | | Oral Argument on Defendant's Judgment as a Matter of Law (4:48-5:10) |
| | | 7/20/2026 | | | Defense rests (9:06) - Plaintiff not presenting a rebuttal case. |
| | | | | | Oral Arg on Def Rule 50 and 52 directed verdict motions (9:10 - 9:36), Ptf Resp (9:36-10:04) |
| | | | | | (Cont' from above)  Def Reply (10:04-10:09) Court ruling:  10:20-10:30 |
| | | | | | Jury instructions finalized (10:30-10:57) |
| | | | | | Jury Instructions read (11:40 - 12:08) |
| | | | | | Closing Arguments (Ptf: 1:06 - 2:11; Def: 2:12 - 3:45; Ptf Rebuttal: 4:03-4:29) |
| | | | | | Final Jury instructions and verdict read (4:30 - 4:45) |
| | | | | | Jury begins deliberations (4:50) to continue at 9am tomorrrow |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| Heather Hender | | | vs. | Nike, Inc. | CASE NO. 3:18-cv-01477-AB |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/21/2026 | | | Jury continues deliberations |
| | | 7/22/2026 | | | Jury continues deliberations |
| | | 7/22/2026 | | | Jury Verdict read (11:34AM) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

United States District Court
District Court
Exhibits Log: 3:18-cv-01477-AB
Hender v. Nike, 7/13/2026

*Byron Goldstein*

| EXHIBIT | DESCRIPTION | RLS | SEAL | IDENTIFIED | ADMITTED |
|---------|-------------|-----|------|------------|----------|
| Pla-2 | FY16 Hender_Pfulger_Rosenberg Coaching For Excellence | No | No | 7/9/2026 12:36 PM | 7/15/2026 9:25 AM |
| Pla-3 | FY16 CFE Hender_Mei Coaching For Excellence | No | No | 7/9/2026 12:36 PM | 7/15/2026 9:28 AM |
| Pla-4 | FY18 Hender_Mei Coaching For Excellence | No | No | 7/9/2026 12:36 PM | 7/15/2026 9:28 AM |
| Pla-5 | Mei Email to Liebeno re-Hender Promotion | No | No | 7/9/2026 12:36 PM | 7/17/2026 3:08 PM |
| Pla-18 | Monique Matheson Communication on Diversity and Pay Equity | No | No | 7/9/2026 12:36 PM | 7/20/2026 11:01 AM |
| Pla-33 | Nike Hiring Process Overview | No | No | 7/9/2026 12:36 PM | 7/17/2026 10:07 AM |
| Pla-35 | Nike Managing Pay Training Guide | No | No | 7/9/2026 12:36 PM | 7/15/2026 1:31 PM |
| Pla-40 | Nike Annual Pay Review Policies and SuccessFactors Guide | No | No | 7/9/2026 12:36 PM | 7/15/2026 3:32 PM |
| Pla-58 | Heather Hender Offer Letter - Sr. Process Engineer I | No | No | 7/9/2026 12:36 PM | 7/15/2026 9:20 AM |
| Pla-59 | Heather Hender Application - Senior Equipment Engineer II | No | No | 7/9/2026 12:36 PM | 7/14/2026 4:37 PM |
| Pla-79 | Nike Performance Sharing Plan Brochure | No | No | 7/9/2026 12:36 PM | 7/16/2026 2:52 PM |
| Pla-83 | Heather Hender Offer Letter - Manufacturing Engineer II | No | No | 7/9/2026 12:36 PM | 7/14/2026 4:22 PM |
| Pla-100 | Heather Hender Pay Statement FY18 | No | No | 7/9/2026 12:36 PM | 7/16/2026 2:54 PM |
| Pla-102 | David Ayre Communication re Nike Global Pay Equity Achievement | No | No | 7/9/2026 12:36 PM | 7/14/2026 2:03 PM |
| Pla-105 | Nike Employee Relations Investigations Playbook | No | No | 7/9/2026 12:36 PM | 7/14/2026 2:03 PM |
| Pla-111 | Nike Performance Sharing Plan - Eligibility Calculation and Clawback Provisions | No | No | 7/9/2026 12:36 PM | 7/16/2026 3:15 PM |
| Pla-123 | Nike Compensation Evolution - Transition from Market Zones to Global Salary Structures | No | No | 7/9/2026 12:36 PM | 7/15/2026 2:12 PM |
| Pla-125 | Nike Job Architecture Training Guide - Job Codes Bands and Pipelines | No | No | 7/9/2026 12:36 PM | 7/16/2026 3:20 PM |
| Pla-130 | Nike Compensation Strategy - Range Positioning and Pay Considerations | No | No | 7/9/2026 12:36 PM | 7/15/2026 2:20 PM |
| Pla-145 | Nike HR Benchmarking and Compensation Analysis FY19 - Pay Structure Design Roadmap | No | No | 7/9/2026 12:36 PM | 7/15/2026 3:13 PM |
| Pla-151 | Nike Salary Survey Process - Methodology Participation and Global Job Matching | No | No | 7/9/2026 12:36 PM | 7/15/2026 3:32 PM |
| Pla-152 | Nike Mid-Tier Executive Hire Intake Form Template | No | No | 7/9/2026 12:36 PM | 7/15/2026 3:32 PM |
| Pla-153 | Nike Senior Director Communication re Pay Equity Policy and Compensation Discussions | No | No | 7/9/2026 12:36 PM | 7/17/2026 10:01 AM |
| Pla-158 | Nike Annual Pay Review Process - Compensation Equity Transparency and Manager Training | No | No | 7/9/2026 12:36 PM | 7/15/2026 3:06 PM |
| Pla-162 | Nike CFE Ratings Manager Guidelines and FAQ | No | No | 7/9/2026 12:36 PM | 7/16/2026 2:49 PM |

- 1 -

| EXHIBIT | DESCRIPTION | RLS | SEAL | IDENTIFIED | ADMITTED |
|---------|-------------|-----|------|-----------|----------|
| Pla-189 | Nike Performance Sharing Plan - Manager Guidelines on Eligibility and Rewards | No | No | 7/9/2026 12:36 PM | 7/16/2026 3:01 PM |
| Pla-207 | Nike 2019 Annual Pay Review Overview - Total Rewards Core Pay and Stock Awards | No | No | 7/9/2026 12:36 PM | 7/15/2026 3:09 PM |
| Pla-208 | Fair Pay Analysis and Compensation Data.pdf | No | No | 7/14/2026 12:37 PM | 7/15/2026 3:18 PM |
| Pla-209 | Nike Global Job Description Standardization Process and Purpose | No | No | 7/9/2026 12:36 PM | 7/16/2026 3:15 PM |
| Pla-249 | Emails re Perimeter Welding R&D Project - Mike Pfluger and Heather Hender | No | No | 7/9/2026 12:36 PM | 7/17/2026 2:01 PM |
| Pla-263 | Emails re Heather Hender Employment Offer - Salary and Start Date | No | No | 7/9/2026 12:36 PM | 7/17/2026 1:35 PM |
| Pla-280 | Email re Total Rewards Fundamentals Course Facilitator Sign-Up | No | No | 7/9/2026 12:36 PM | 7/15/2026 2:12 PM |
| Pla-289 | Nike Salary Adjustment Guidelines for Promotions and Lateral Moves | No | No | 7/9/2026 12:36 PM | 7/15/2026 3:09 PM |
| Pla-295 | Nike Total Rewards Philosophy - Compensation Pay Structure and Evaluation Methodology | No | No | 7/9/2026 12:36 PM | 7/15/2026 3:06 PM |
| Pla-303 | Nike Hiring Policy Update - Prohibition on Candidate Compensation History Inquiries | No | No | 7/9/2026 12:36 PM | 7/16/2026 3:34 PM |
| Pla-308 | Hilary Krane Email re Meeting with Melanie Strong and Monique Matheson | No | No | 7/9/2026 12:36 PM | 7/14/2026 2:03 PM |
| Pla-310 | Email re Misconduct Concerns Investigation - Melanie Strong - Tiffany Tran | No | No | 7/9/2026 12:36 PM | 7/14/2026 2:03 PM |
| Pla-311 | Internal Emails re Nicole Hubbard Concerns - Matter of Respect Team Investigation | No | No | 7/9/2026 12:36 PM | 7/14/2026 2:03 PM |
| Pla-312 | Meeting Invitation - Starfish Meeting March 2 2018 | No | No | 7/9/2026 12:36 PM | 7/14/2026 3:52 PM |
| Pla-315 | Meeting Invitation - Starfish Discussion February 19 2018 Ace Conference Room | No | No | 7/9/2026 12:36 PM | 7/14/2026 2:03 PM |
| Pla-331 | Nike Stock and Rewards Program Changes - Pay-for-Performance and Equitable Compensation Updates | No | No | 7/9/2026 12:36 PM | 7/20/2026 11:01 AM |
| Pla-353 | Nike Job Description - Senior Equipment Engineer II | No | No | 7/9/2026 12:36 PM | 7/15/2026 9:20 AM |
| Pla-358 | Internal Emails re Rapid Prototype Engineer Position Opportunity and Requirements | No | No | 7/9/2026 12:36 PM | 7/14/2026 4:49 PM |
| Pla-389 | Emails re Heather Hender One-on-One Meeting Scheduling and Process Engineering Work - Deni Ponganis | No | No | 7/9/2026 12:36 PM | 7/14/2026 4:45 PM |
| Pla-396 | Heather Hender Performance Review and Goal-Setting Report - Senior Process Engineer FY18 | No | No | 7/9/2026 12:36 PM | 7/15/2026 9:30 AM |
| Pla-518 | Ken Fricke Email re Heather Hender Promotion Authorization - 7_ Pay Increase | No | No | 7/9/2026 12:36 PM | 7/20/2026 11:01 AM |
| Pla-555 | Hender and Waddells Starting Job Code Position, Job Level, and Job Sub Family | No | No | 7/9/2026 12:36 PM | 7/16/2026 9:59 AM |
| Pla-556 | Matheson declaration (Redacted) | No | No | 7/14/2026 5:28 PM | 7/14/2026 5:28 PM |
| Pla-559 | Hender PreNike Experience | No | No | 7/9/2026 12:59 PM | 7/16/2026 10:06 AM |
| Pla-560 | Hender Nike Job Applications | No | No | 7/9/2026 12:59 PM | 7/16/2026 10:08 AM |
| Pla-561 | Hender and Waddell Starting Job Pay and Hire Date | No | No | 7/9/2026 12:59 PM | 7/16/2026 10:16 AM |
| Pla-562 | Hender and Waddel Performance Ratings | No | No | 7/9/2026 12:59 PM | 7/16/2026 10:16 AM |
| Pla-563 | Annual Salary Hender Waddell | No | No | 7/9/2026 12:59 PM | 7/16/2026 10:16 AM |

| EXHIBIT | DESCRIPTION | RLS | SEAL | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| Pla-564 | Promotions Hender Waddell | No | No | 7/9/2026 12:59 PM | 7/16/2026 10:16 AM |
| Pla-573 | Mark Parker Email on Culture and Diversity Initiatives | No | No | 7/14/2026 12:37 PM | 7/14/2026 2:03 PM |
| Pla-577-new | Project Starfish | No | No | 7/14/2026 1:20 PM | 7/14/2026 2:03 PM |
| Pla-579 | Excerpted Starfish Response | No | No | 7/14/2026 1:25 PM | 7/14/2026 2:03 PM |
| Pla-580 | Email re Matter of Respect | No | No | 7/15/2026 7:52 AM | 7/15/2026 7:52 AM |
| Pla-582 | Nike Offer Intake Forms | No | No | 7/16/2026 7:37 AM | 7/17/2026 10:03 AM |
| Def-1072 | New Hire policy ack signed by Hender | No | No | 7/10/2026 1:23 PM | 7/15/2026 10:07 AM |
| Def-1073 | Hender resume Mfg Eng Process Improvement Data Analysis | No | No | 7/10/2026 1:23 PM | 7/15/2026 10:14 AM |
| Def-1363 | Hender Coaching for Excellence FY20 | No | No | 7/10/2026 1:23 PM | 7/17/2026 3:26 PM |
| Def-1411 | Waddell Coaching for Excellence FY18 | No | No | 7/10/2026 1:23 PM | 7/17/2026 1:20 PM |
| Def-1412 | Waddell Coaching for Excellence FY19 | No | No | 7/10/2026 1:23 PM | 7/17/2026 1:20 PM |
| Def-1413 | Waddell Coaching for Excellence FY20 | No | No | 7/10/2026 1:23 PM | 7/17/2026 1:20 PM |

United States District Court
District Court
Exhibits Log: 3:18-cv-01477-AB
Hender v. Nike, 7/13/2026

| EXHIBIT | DESCRIPTION | RLS | SEAL | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| Pla-2 | FY16 Hender_Pfulger_Rosenberg Coaching For Excellence | No | No | 7/9/2026 12:36 PM | 7/15/2026 9:25 AM |
| Pla-3 | FY16 CFE Hender_Mei Coaching For Excellence | No | No | 7/9/2026 12:36 PM | 7/15/2026 9:28 AM |
| Pla-4 | FY18 Hender_Mei Coaching For Excellence | No | No | 7/9/2026 12:36 PM | 7/15/2026 9:28 AM |
| Pla-5 | Mei Email to Liebeno re-Hender Promotion | No | No | 7/9/2026 12:36 PM | 7/17/2026 3:08 PM |
| Pla-18 | Monique Matheson Communication on Diversity and Pay Equity | No | No | 7/9/2026 12:36 PM | 7/20/2026 11:01 AM |
| Pla-33 | Nike Hiring Process Overview | No | No | 7/9/2026 12:36 PM | 7/17/2026 10:07 AM |
| Pla-35 | Nike Managing Pay Training Guide | No | No | 7/9/2026 12:36 PM | 7/15/2026 1:31 PM |
| Pla-40 | Nike Annual Pay Review Policies and SuccessFactors Guide | No | No | 7/9/2026 12:36 PM | 7/15/2026 3:32 PM |
| Pla-58 | Heather Hender Offer Letter - Sr. Process Engineer I | No | No | 7/9/2026 12:36 PM | 7/15/2026 9:20 AM |
| Pla-59 | Heather Hender Application - Senior Equipment Engineer II | No | No | 7/9/2026 12:36 PM | 7/14/2026 4:37 PM |
| Pla-79 | Nike Performance Sharing Plan Brochure | No | No | 7/9/2026 12:36 PM | 7/16/2026 2:52 PM |
| Pla-83 | Heather Hender Offer Letter - Manufacturing Engineer II | No | No | 7/9/2026 12:36 PM | 7/14/2026 4:22 PM |
| Pla-100 | Heather Hender Pay Statement FY18 | No | No | 7/9/2026 12:36 PM | 7/16/2026 2:54 PM |
| Pla-102 | David Ayre Communication re Nike Global Pay Equity Achievement | No | No | 7/9/2026 12:36 PM | 7/14/2026 2:03 PM |
| Pla-105 | Nike Employee Relations Investigations Playbook | No | No | 7/9/2026 12:36 PM | 7/14/2026 2:03 PM |
| Pla-111 | Nike Performance Sharing Plan - Eligibility Calculation and Clawback Provisions | No | No | 7/9/2026 12:36 PM | 7/16/2026 3:15 PM |
| Pla-123 | Nike Compensation Evolution - Transition from Market Zones to Global Salary Structures | No | No | 7/9/2026 12:36 PM | 7/15/2026 2:12 PM |
| Pla-125 | Nike Job Architecture Training Guide - Job Codes Bands and Pipelines | No | No | 7/9/2026 12:36 PM | 7/16/2026 3:20 PM |
| Pla-130 | Nike Compensation Strategy - Range Positioning and Pay Considerations | No | No | 7/9/2026 12:36 PM | 7/15/2026 2:20 PM |
| Pla-145 | Nike HR Benchmarking and Compensation Analysis FY19 - Pay Structure Design Roadmap | No | No | 7/9/2026 12:36 PM | 7/15/2026 3:13 PM |
| Pla-151 | Nike Salary Survey Process - Methodology Participation and Global Job Matching | No | No | 7/9/2026 12:36 PM | 7/15/2026 3:32 PM |
| Pla-152 | Nike Mid-Tier Executive Hire Intake Form Template | No | No | 7/9/2026 12:36 PM | 7/15/2026 3:32 PM |
| Pla-153 | Nike Senior Director Communication re Pay Equity Policy and Compensation Discussions | No | No | 7/9/2026 12:36 PM | 7/17/2026 10:01 AM |
| Pla-158 | Nike Annual Pay Review Process - Compensation Equity Transparency and Manager Training | No | No | 7/9/2026 12:36 PM | 7/15/2026 3:06 PM |
| Pla-162 | Nike CFE Ratings Manager Guidelines and FAQ | No | No | 7/9/2026 12:36 PM | 7/16/2026 2:49 PM |

- 1 -

| EXHIBIT | DESCRIPTION | RLS | SEAL | IDENTIFIED | ADMITTED |
|---------|-------------|-----|------|-----------|----------|
| Pla-189 | Nike Performance Sharing Plan - Manager Guidelines on Eligibility and Rewards | No | No | 7/9/2026 12:36 PM | 7/16/2026 3:01 PM |
| Pla-207 | Nike 2019 Annual Pay Review Overview - Total Rewards Core Pay and Stock Awards | No | No | 7/9/2026 12:36 PM | 7/15/2026 3:09 PM |
| Pla-208 | Fair Pay Analysis and Compensation Data.pdf | No | No | 7/14/2026 12:37 PM | 7/15/2026 3:18 PM |
| Pla-209 | Nike Global Job Description Standardization Process and Purpose | No | No | 7/9/2026 12:36 PM | 7/16/2026 3:15 PM |
| Pla-249 | Emails re Perimeter Welding R&D Project - Mike Pfluger and Heather Hender | No | No | 7/9/2026 12:36 PM | 7/17/2026 2:01 PM |
| Pla-263 | Emails re Heather Hender Employment Offer - Salary and Start Date | No | No | 7/9/2026 12:36 PM | 7/17/2026 1:35 PM |
| Pla-280 | Email re Total Rewards Fundamentals Course Facilitator Sign-Up | No | No | 7/9/2026 12:36 PM | 7/15/2026 2:12 PM |
| Pla-289 | Nike Salary Adjustment Guidelines for Promotions and Lateral Moves | No | No | 7/9/2026 12:36 PM | 7/15/2026 3:09 PM |
| Pla-295 | Nike Total Rewards Philosophy - Compensation Pay Structure and Evaluation Methodology | No | No | 7/9/2026 12:36 PM | 7/15/2026 3:06 PM |
| Pla-303 | Nike Hiring Policy Update - Prohibition on Candidate Compensation History Inquiries | No | No | 7/9/2026 12:36 PM | 7/16/2026 3:34 PM |
| Pla-308 | Hilary Krane Email re Meeting with Melanie Strong and Monique Matheson | No | No | 7/9/2026 12:36 PM | 7/14/2026 2:03 PM |
| Pla-310 | Email re Misconduct Concerns Investigation - Melanie Strong - Tiffany Tran | No | No | 7/9/2026 12:36 PM | 7/14/2026 2:03 PM |
| Pla-311 | Internal Emails re Nicole Hubbard Concerns - Matter of Respect Team Investigation | No | No | 7/9/2026 12:36 PM | 7/14/2026 2:03 PM |
| Pla-312 | Meeting Invitation - Starfish Meeting March 2 2018 | No | No | 7/9/2026 12:36 PM | 7/14/2026 3:52 PM |
| Pla-315 | Meeting Invitation - Starfish Discussion February 19 2018 Ace Conference Room | No | No | 7/9/2026 12:36 PM | 7/14/2026 2:03 PM |
| Pla-331 | Nike Stock and Rewards Program Changes - Pay-for-Performance and Equitable Compensation Updates | No | No | 7/9/2026 12:36 PM | 7/20/2026 11:01 AM |
| Pla-353 | Nike Job Description - Senior Equipment Engineer II | No | No | 7/9/2026 12:36 PM | 7/15/2026 9:20 AM |
| Pla-358 | Internal Emails re Rapid Prototype Engineer Position Opportunity and Requirements | No | No | 7/9/2026 12:36 PM | 7/14/2026 4:49 PM |
| Pla-389 | Emails re Heather Hender One-on-One Meeting Scheduling and Process Engineering Work - Deni Ponganis | No | No | 7/9/2026 12:36 PM | 7/14/2026 4:45 PM |
| Pla-396 | Heather Hender Performance Review and Goal-Setting Report - Senior Process Engineer FY18 | No | No | 7/9/2026 12:36 PM | 7/15/2026 9:30 AM |
| Pla-518 | Ken Fricke Email re Heather Hender Promotion Authorization - 7_ Pay Increase | No | No | 7/9/2026 12:36 PM | 7/20/2026 11:01 AM |
| Pla-555 | Hender and Waddells Starting Job Code Position, Job Level, and Job Sub Family | No | No | 7/9/2026 12:36 PM | 7/16/2026 9:59 AM |
| Pla-556 | Matheson declaration (Redacted) | No | No | 7/14/2026 5:28 PM | 7/14/2026 5:28 PM |
| Pla-559 | Hender PreNike Experience | No | No | 7/9/2026 12:59 PM | 7/16/2026 10:06 AM |
| Pla-560 | Hender Nike Job Applications | No | No | 7/9/2026 12:59 PM | 7/16/2026 10:08 AM |
| Pla-561 | Hender and Waddell Starting Job Pay and Hire Date | No | No | 7/9/2026 12:59 PM | 7/16/2026 10:16 AM |
| Pla-562 | Hender and Waddel Performance Ratings | No | No | 7/9/2026 12:59 PM | 7/16/2026 10:16 AM |
| Pla-563 | Annual Salary Hender Waddell | No | No | 7/9/2026 12:59 PM | 7/16/2026 10:16 AM |

- 2 -

| EXHIBIT | DESCRIPTION | RLS | SEAL | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| Pla-564 | Promotions Hender Waddell | No | No | 7/9/2026 12:59 PM | 7/16/2026 10:16 AM |
| Pla-573 | Mark Parker Email on Culture and Diversity Initiatives | No | No | 7/14/2026 12:37 PM | 7/14/2026 2:03 PM |
| Pla-577-new | Project Starfish | No | No | 7/14/2026 1:20 PM | 7/14/2026 2:03 PM |
| Pla-579 | Excerpted Starfish Response | No | No | 7/14/2026 1:25 PM | 7/14/2026 2:03 PM |
| Pla-580 | Email re Matter of Respect | No | No | 7/15/2026 7:52 AM | 7/15/2026 7:52 AM |
| Pla-582 | Nike Offer Intake Forms | No | No | 7/16/2026 7:37 AM | 7/17/2026 10:03 AM |
| Def-1072 | New Hire policy ack signed by Hender | No | No | 7/10/2026 1:23 PM | 7/15/2026 10:07 AM |
| Def-1073 | Hender resume Mfg Eng Process Improvement Data Analysis | No | No | 7/10/2026 1:23 PM | 7/15/2026 10:14 AM |
| Def-1363 | Hender Coaching for Excellence FY20 | No | No | 7/10/2026 1:23 PM | 7/17/2026 3:26 PM |
| Def-1411 | Waddell Coaching for Excellence FY18 | No | No | 7/10/2026 1:23 PM | 7/17/2026 1:20 PM |
| Def-1412 | Waddell Coaching for Excellence FY19 | No | No | 7/10/2026 1:23 PM | 7/17/2026 1:20 PM |
| Def-1413 | Waddell Coaching for Excellence FY20 | No | No | 7/10/2026 1:23 PM | 7/17/2026 1:20 PM |