LAURA ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Tel:  (503) 224-3380
Fax:  (503) 220-2480

FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
LINDSEY C. JACKSON, Cal. SB# 313396 (*pro hac vice*)
lindseyjackson@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071
Tel:  (213) 683-6000
Fax:  (213) 627-0705

Attorneys for Defendant NIKE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HEATHER HENDER,<br><br>        Plaintiff,<br><br>    v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>        Defendant. | Case No.:  3:18-cv-01477-AB<br><br>**JOINT STIPULATED BRIEFING SCHEDULE** |

Pursuant to the Court's instructions on July 22, 2026, Defendant NIKE, Inc. ("NIKE") and Plaintiff Heather Hender ("Plaintiff") (collectively the "Parties") through their respective counsel hereby provide the following joint stipulated briefing schedule:

I.    Briefing regarding damages to be determined by the Court following the jury's verdict

- o    Plaintiff's opening brief due August 3, 2026

- o    Defendant's response brief due August 13, 2026

- o    Plaintiff's reply brief due August 20, 2026

II.   Proposed findings of fact and conclusions of law regarding Plaintiff's disparate impact claims, tried to the Court:

- o    Both Parties will file simultaneous proposed findings of fact and conclusions of law on August 31, 2026

- o    Both Parties will file simultaneous responses on September 28, 2026

- o    The Parties request oral argument on this claim

The Parties' agreement with respect to the aforementioned deadlines does not preclude or waive the right of either Party to file additional post-trial motions on the timelines set by rule or statute.

Dated:  July 24, 2026                 Respectfully submitted,

 */s/ Felicia A. Davis*
Daniel Prince (*pro hac vice*)
danielprince@paulhastings.com
Felicia A. Davis (*pro hac vice*)
feliciadavis@paulhastings.com
Lindsey C. Jackson (*pro hac vice*)
lindseyjackson@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705

Page 1-       JOINT STIPULATED BRIEFING SCHEDULE

Laura Rosenbaum, OSB No. 110061
Laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Tel: (503) 224-3380
Fax: (503) 220-2480

Attorneys for Defendant NIKE, Inc.

Dated:  July 24, 2026          Respectfully submitted,

 */s/ Byron Goldstein*
Byron Goldstein (admitted *pro hac vice*)
byron@goldsteinbrowne.com
Barry Goldstein, Of Counsel (admitted
*pro hac vice*)
barry@goldsteinbrowne.com
GOLDSTEIN BROWNE, PC
1111 Broadway, Office 04-117
Oakland, CA 94607
Tel: 510-584-9020

Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
Erika Smolyar (admitted *pro hac vice*)
es@ackermanntilajef.com
ACKERMANN & TILAJEF PC
315 S Beverly Drive, Suite 504
Beverly Hills, CA 90212
Tel:  (310) 277-0614
Fax:  (310) 277-0635

Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Kelsie G. Crippen, OSB #193454
KelsieCrippen@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085

Page 2-      JOINT STIPULATED BRIEFING SCHEDULE

Laura L. Ho (admitted *pro hac vice*)
lho@dhkl.law
James Kan (admitted *pro hac vice*)
jkan@dhkl.law
Katharine L. Fisher (admitted *pro hac vice*)
kfisher@dhkl.law
DARDARIAN HO KAN & LEE
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800
Fax: (510) 835-1417

Attorneys for Plaintiff

Page 3-     JOINT STIPULATED BRIEFING SCHEDULE

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 11(b)(2), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: July 24, 2026                   Respectfully submitted,


                                       /s/ Felicia A. Davis
                                       Felicia A. Davis