**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Kelsie G. Crippen, OSB #193454**
KelsieCrippen@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

**Byron Goldstein (admitted *pro hac vice*)**
Byron@goldsteinbrowne.com
**Barry Goldstein, Of Counsel (admitted *pro hac vice*)**
Barry@golsteinbrowne.com
GOLDSTEIN BROWNE, PC
1111 Broadway, Office 04-117
Oakland, CA  97607
Telephone: (510) 584-9020

Attorneys for Plaintiff
[Additional Counsel of Record listed on the Signature Page]


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HEATHER HENDER, | Case No. 3:18-cv-01477-AB |
| Plaintiff, | **DECLARATION OF BRIAN DENLINGER IN SUPPORT OF PLAINTIFF'S OPENING BRIEF RE DAMAGES TO BE DETERMINED BY THE COURT** |
| v. | |
| NIKE, INC., an Oregon Corporation, | |
| Defendant. | |


**Page 1 –    DECLARATION OF BRIAN DENLINGER IN SUPPORT OF PLAINTIFF'S OPENING BRIEF RE DAMAGES TO BE DETERMINED BY THE COURT**

I, Brian Denlinger, declare as follows:

1.      I am a member in good standing of the Bars of the States of Washington and Colorado and a shareholder at the law firm of Ackermann & Tilajef, P.C., counsel for Plaintiff.  I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them if called upon to do so.  I make this declaration in support of Plaintiff's Opening Brief Regarding Damages to be Determined by the Court.

2.      On July 8, 2026, Plaintiff's forensic accounting and economic damages expert, Jennifer Murphy, sent me her July 8, 2026 Updated Expert Report. I sent Nike's counsel a copy of the same on July 8, 2026. Attached hereto as **Exhibit A** is a true and correct copy of Ms. Murphy's July 8, 2026 Updated Expert Report, portions of which were used during Ms. Murphy's trial examination and referenced as Plaintiff's Illustrative Aid 2 (AI-2). See Day 4 Tr. 930:10-939:19.

I declare under penalty of perjury under the laws of the State of Washington and of the United States that the foregoing is true and correct, and that this Declaration was executed this 3rd day of August, 2026, in Tacoma, Washington.

_____
Brian Denlinger (admitted *pro hac vice*)

**Page 2 –**      **DECLARATION OF BRIAN DENLINGER IN SUPPORT OF PLAINTIFF'S OPENING BRIEF RE DAMAGES TO BE DETERMINED BY THE COURT**