LAURA ROSENBAUM, OSB No. 110061
laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Tel: (503) 224-3380
Fax: (503) 220-2480

FELICIA A. DAVIS, Cal. SB# 266523 (*pro hac vice*)
feliciadavis@paulhastings.com
DANIEL PRINCE, Cal. SB# 237112 (*pro hac vice*)
danielprince@paulhastings.com
LINDSEY C. JACKSON, Cal. SB# 313396 (*pro hac vice*)
lindseyjackson@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Tel: (213) 683-6000
Fax: (213) 627-0705

Attorneys for Defendant NIKE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HEATHER HENDER,<br><br>Plaintiff,<br><br>v.<br><br>NIKE, INC., an Oregon Corporation,<br><br>Defendant. | Case No.: 3:18-cv-01477-AB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REVISED BRIEFING DEADLINES FOR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

Defendant NIKE, Inc. ("NIKE") and Plaintiff Heather Hender ("Plaintiff") (collectively the "Parties") through their respective counsel hereby provide the following joint stipulated and agreed-upon revised briefing deadlines regarding Proposed Findings of Fact and Conclusions of Law regarding Plaintiff's Disparate Impact Claims and request that the Court enter an order regarding the same. The Parties have a good faith basis for submitting this request, which extends their opening briefs and responses deadlines by eight days each. This request is not brought for purposes of delay and will not result in any prejudice to the Parties or to the Court.

**STIPULATED REVISED BRIEFING DEADLINES**

The parties hereby stipulate and agree and request the Court order the following revised briefing deadlines:

| **Briefing Deadline** | **Previous Deadline (*See* Dkt 832)** | **Proposed New Deadline** |
|---|---|---|
| Both Parties will file simultaneous proposed findings of fact and conclusions of law | August 31, 2026 | September 8, 2026 |
| Both Parties will file simultaneous responses | September 28, 2026 | October 6, 2026 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

Dated: August 21, 2026

Respectfully submitted,

*/s/ Felicia A. Davis*

Daniel Prince (*pro hac vice*)
danielprince@paulhastings.com
Felicia A. Davis (*pro hac vice*)
feliciadavis@paulhastings.com
Lindsey C. Jackson (*pro hac vice*)
lindseyjackson@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705

Laura Rosenbaum, OSB No. 110061
Laura.rosenbaum@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Tel: (503) 224-3380
Fax: (503) 220-2480

Attorneys for Defendant NIKE, Inc.

Dated: August 21, 2026

Respectfully submitted,

*/s/ Byron Goldstein*

Byron Goldstein (admitted *pro hac vice*)
byron@goldsteinbrowne.com
Barry Goldstein, Of Counsel (admitted *pro hac vice*)
barry@goldsteinbrowne.com
GOLDSTEIN BROWNE, PC
1111 Broadway, Office 04-117
Oakland, CA 94607
Tel: 510-584-9020

Craig Ackerman (admitted *pro hac vice*)
cja@ackermanntilajef.com
Brian Denlinger (admitted *pro hac vice*)
bd@ackermanntilajef.com
Erika Smolyar (admitted *pro hac vice*)
es@ackermanntilajef.com
ACKERMANN & TILAJEF PC
315 S Beverly Drive, Suite 504
Beverly Hills, CA 90212
Tel: (310) 277-0614
Fax: (310) 277-0635

Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Kelsie G. Crippen, OSB #193454
KelsieCrippen@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085

Laura L. Ho (admitted *pro hac vice*)
lho@dhkl.law
James Kan (admitted *pro hac vice*)
jkan@dhkl.law
Katharine L. Fisher (admitted *pro hac vice*)
kfisher@dhkl.law
DARDARIAN HO KAN & LEE
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800
Fax: (510) 835-1417

Attorneys for Plaintiff

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 11(b)(2), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: August 21, 2026

Respectfully submitted,

*/s/ Felicia A. Davis*
Felicia A. Davis

**[PROPOSED] ORDER**

The Court has reviewed the Parties' Joint Stipulation Regarding Revised Briefing Deadlines for Proposed Findings of Fact and Conclusions of Law and hereby enters the same as reflected below.

| **Briefing Deadline** | **Previous Deadline (*See* Dkt 832)** | **Proposed New Deadline** |
|---|---|---|
| Both Parties will file simultaneous proposed findings of fact and conclusions of law | August 31, 2026 | September 8, 2026 |
| Both Parties will file simultaneous responses | September 28, 2026 | October 6, 2026 |

**IT IS SO ORDERED.**

Dated:

HON. AMY M. BAGIO
United States District Judge